AOC-E-105 Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice Courts.ky.gov

CR 4.02; Cr Official Form 1

Case #: **22-CI-00284**
Court: **CIRCUIT**
County: **SCOTT**

# CIVIL SUMMONS

*Plantiff*, **REECE, JAMIE VS. THE LINCOLN NATIONAL LIFE INSURANCE CO**, *Defendant*

TO: **CORPORATION SERVICE COMPANY**
**421 WEST MAIN STREET**
**FRANKFORT, KY 40601**

Memo: Related party is THE LINCOLN NATIONAL LIFE INSURANCE CO

The Commonwealth of Kentucky to Defendant:
**THE LINCOLN NATIONAL LIFE INSURANCE CO**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Tina Foster, Scott Circuit
Clerk
Date: **5/10/2022**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: ______________________________

☐ Not Served because: ______________________________

Date: ________________, 20______ ______________________________
Served By

______________________________
Title

EXHIBIT
A

Summons ID: 459675130780023@00001073190
CIRCUIT: 22-CI-00284 Certified Mail
REECE, JAMIE VS. THE LINCOLN NATIONAL LIFE INSURANCE CO



eFiled

COMMONWEALTH OF KENTUCKY
SCOTT CIRCUIT COURT
CIVIL ACTION NO ______________
*Electronically Filed*

JAMIE REECE PLAINTIFF

vs. **COMPLAINT**

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY DEFENDANT

Serve:
Corporation Service Company
421 West Main Street
Frankfort, KY 40601

** ** ** ** ** ** ** ** ** **

Comes the Plaintiff, by counsel, and for her Complaint against Defendant The Lincoln National Life Insurance Company ("Lincoln" or "Defendant"), hereby states as follows:

1. This is an action brought pursuant to the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001, *et seq.*, to recover, *inter alia*, wrongfully withheld long-term disability ("LTD") benefits.
2. Plaintiff Jamie Reece is a citizen and resident of Fayette County, Kentucky.
3. Defendant Lincoln is an insurance company domiciled in the state of Indiana, where it is a citizen and resident, and it is authorized to do the business of insurance in Kentucky by holding a Kentucky Certificate of Authority. Defendant's service of process agent is Corporation Service Company, 421 West Main Street, Frankfort, KY 40601, and Defendant may be served through said service of process agent.
4. Jurisdiction is proper in this Court because Defendant transacted business, entered into the plan at issue, a contract, and/or issued a policy of insurance in, and caused damages in the Scott County, Kentucky, and Plaintiff is a citizen and resident of, and was caused harm in, Kentucky.

5. At the time of the circumstances giving rise to this lawsuit, Plaintiff was an employee of Toyota Motor Engineering and Manufacturing North America, Inc. ("Toyota") in Scott County, Kentucky.

6. Lincoln supplied and issued a policy of insurance (a Group Disability Income Policy) (the "Policy") to employees of Toyota, whereby Plaintiff obtained coverage and became insured for LTD insurance/coverage under said Policy.

7. The Policy provides for monthly disability benefit payments, based on a percentage of Plaintiff's pre-disability earnings.

8. Plaintiff, while employed with Toyota, became totally disabled as defined under the Policy on or about April 15, 2018, and remains disabled. Her conditions include, but are not limited to, psoriatic arthritis, shoulder and elbow pain, IBS, scapulalgia, incoordination, choking when swallowing, intermittent dysphagia, altered bowel function, right shoulder impingement syndrome, chest discomfort, blurred vision, CNS demyelination, fatigue, numbness, joint pain, pruritis, psoriasis, complex regional pain syndrome, dry eyes, eyelid swelling, right foot pain, wrist fracture (status post open reduction internal fixation with hardware installed), and pelvic floor issues including surgery.

9. Plaintiff was, and remains, unable to perform the material duties of her own occupation and any other occupation for which she is qualified, since on or about April 15, 2018, and she satisfies the definition of "disabled" under the Policy and its "own occupation" and "any occupation" standards.

10. Plaintiff applied, and made a claim, for LTD benefits with Defendant in a timely and proper fashion, in the manner outlined in the Policy. The applicable claim number is 8356763.

11. Lincoln initially denied Plaintiff's LTD claim in October 2018, and Plaintiff timely and properly submitted an appeal in the manner set forth in the Policy.

12. By letter dated June 24, 2019, Lincoln approved Plaintiff's LTD claim.

13. By letter dated July 21, 2021, Lincoln denied Plaintiff's LTD claim effective July 20, 2021, finding that Plaintiff is not disabled under the "any occupation" standard of disability.

14. Plaintiff timely and properly appealed the wrongful denial of her LTD claim, in the manner set forth in the Policy, and thereafter timely and properly supplemented said appeal with additional medical information.

15. Plaintiff provided sufficient proof, including medical evidence, that she is totally disabled under the terms of the Policy.

16. By letter dated May 6, 2022, Lincoln again denied Plaintiff's LTD claim, and Lincoln stated that Plaintiff had exhausted all administrative rights to appeal, and that Lincoln would conduct no further review of the claim nor would it consider any additional information.

17. To date, Lincoln has refused to approve Plaintiff's claim for LTD benefits, to which she is entitled by virtue of her total disability which satisfies the applicable standard of "disability" under the Policy.

18. Plaintiff properly and timely exhausted all administrative remedies with Defendant with respect to the LTD claim.

19. Plaintiff is entitled to LTD benefits under the terms of the Policy, due to her disabilities, and Defendant should be required to perform under the contract and pay LTD benefits to Plaintiff.

20. Defendant should be enjoined from ceasing LTD benefit payments under the contract.

21. Under ERISA, the decisions made by Defendant to deny Plaintiff's claim were arbitrary and capricious, against the overwhelming evidence provided to Defendant, which entitles

Plaintiff to recovery of benefits under the Policy, interest, costs and attorney's fees under 29 U.S.C. § 1132(a)(1)(B) and 29 U.S.C. § 1132(g).

22. The damages sought for the aforesaid injuries are in excess of the jurisdictional limits of this Court.

WHEREFORE, Plaintiff demands the following relief against Defendant:

1. Pursuant to ERISA, judgment against Lincoln for full benefits under the Policy and plan (including, but not necessarily limited to, all LTD benefits wrongfully withheld), as well as attorney's fees, pre-judgment and post-judgment interest, and costs;

2. Any and all other relief to which Plaintiff appears entitled.

Respectfully submitted,

*/s/ Bartley K. Hagerman*
PHILIP G. FAIRBANKS
BARTLEY K. HAGERMAN
**Mehr Fairbanks Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: 859-225-3731
Facsimile: 859-225-3830
Email: pgf@austinmehr.com
Email: bkh@austinmehr.com
*Counsel for Plaintiff*

Tina Foster, Scott Circuit Clerk
119 N. Hamilton Street
Georgetown, KY 40324-1784

Case Number: 22-CI-00284

USPS CERTIFIED MAIL

9236 0901 9403 8376 1037 23

Restricted Delivery

CORPORATION SERVICE COMPANY
421 WEST MAIN STREET
FRANKFORT, KY 40601

## KCOJ eFiling Cover Sheet

Case Number: 22-CI-00284

Envelope Number: 4596751

Package Retrieval Number: 459675130780023@00001073190

Service by: Certified Mail

Service Fee: $ 0.00

Postage Fee: $ 13.33

The attached documents were generated via the Kentucky Court of Justice eFiling system. For more information on eFiling, go to http://courts.ky.gov/efiling.

Presiding Judge: HON. ROBERT W. MCGINNIS (300034)

ackage : 000001 of 000008



Generated: 5/11/2022 9:01:38 AM