**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**

| | |
|---|---|
| **JAMIE REECE**<br>**Plaintiff,**<br><br>**V.**<br><br>**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**<br>**Defendant.** | **CIVIL ACTION NO. 5:22-CV-137-KKC**<br><br>**ORDER** |

* * * * * * * *

The Court hereby ORDERS:

(1) No later than thirty (30) days from the entry of this order, counsel for the parties shall confer and file a written joint report setting out the appropriate standards of review and shall file the record which was before the plan administrator. If the parties are unable to agree on the appropriate standards of review, no later than forty-five (45) days from the entry of this order, each shall file a brief not to exceed five (5) pages setting forth their position regarding the standard of review.

(2) No later than sixty (60) days from the entry of this order, counsel for the plaintiff shall file a motion for judgment reversing the administrative decision.

(3) No later than thirty (30) days following the filing of plaintiff's motion, counsel for the defendant shall file a Response thereto.

(4) No later than fifteen (15) days following the filing of defendant's response, counsel for the plaintiff may file a Reply.

(5) That upon filing of the above, the case shall stand submitted.

Dated June 9, 2022.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY