**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON**

| | | |
|---|---|---|
| **JAMIE REECE**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CIVIL ACTION NO. 5:22cv00137-KKC** |

## JOINT STATEMENT REGARDING STANDARD OF REVIEW

Pursuant to the Court's order dated June 6, 2022, Plaintiff Jamie Reece, and Defendant The Lincoln National Life Insurance Company, by and through counsel, submit this Joint Statement Regarding Standard of Review and hereby stipulate that the arbitrary and capricious standard of review applies to this ERISA benefits case.

Respectfully submitted this 8th day of July 2022.

Respectfully submitted,

By: /s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

COUNSEL FOR DEFENDANT

**AND**

By: *___/s/ Bartley K. Hagerman___________________*
PHILIP G. FAIRBANKS
Email: pgf@austinmehr.com
BARTLEY K. HAGERMAN
Email: bkh@austinmehr.com
**Mehr, Fairbanks & Peterson**
**Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: (859) 225-3731
Facsimile: (859) 225-3830

COUNSEL FOR PLAINTIFF