DEFENDANT’S SUBMISSION OF ADMINISTRATIVE RECORD

# EXHIBIT 3

**(Lincoln/Reece 0049-0081, 0099-0316, and 0323-3998)**

## TO BE FILED SEPARATELY