**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON**

| | | |
|---|---|---|
| **JAMIE REECE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO. 5:22cv00137-KKC** |
| **v.** | ) | |
| | ) | |
| **LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S SUBMISSION OF ADMINISTRATIVE RECORD**

Defendant The Lincoln National Life Insurance Company files this Submission of Administrative Record pursuant to the Scheduling Order entered by the Court on June 9, 2022 (Document 8).

1. Group Disability Income Policy (Lincoln/Reece 0001-0048);

2. May 6, 2022, correspondence containing decisions on appeal (Lincoln/Reece 0082-0098);

3. The Administrative Record (Lincoln/Reece 0049-0081, 0099-0316, and 0323-3998).[1]

Dated this 8th day of July 2022.

Respectfully submitted,

By: /s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

[1] Documents labeled 0317-0322 were produced and labeled as part of Defendant's files concerning this claim but are not filed as a part of the administrative record as those documents pertain to other patients.

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Eastern District of Kentucky, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

PHILIP G. FAIRBANKS
Email: pgf@austinmehr.com

BARTLEY K. HAGERMAN
Email: bkh@austinmehr.com

| | |
|---|---|
| July 8, 2022 | /s/ Iwana Rademaekers |
| Date | Iwana Rademaekers |