**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 8356763 Claim Last Updated 05/06/2022 Printed On 5/18/2022

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | JAMIE H REECE | SSN | | Birth Date | |
| Address | | Salary Amount $ | 3562.00 | Mode | M |
| | | Date of Hire | 06/12/2017 | | |
| | | Last Work Date | 04/14/2018 | | |
| | | Federal Tax | Employee Option | State Tax | No |
| Phone | | Phys Demands | Medium | | |

JobDesc TEAM MEMBER

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Closed | Status Reason | Not TD Any Occ | Received Date | 08/28/2018 |
| Disability Date | 04/15/2018 | Close Date | 07/21/2021 | Reopen Date | 06/24/2019 |
| Sick Days Left | 189 | Max Ben Date | 09/21/2033 | RTW FT / PT | |
| Ben Begin Date | 10/21/2018 | Apprv Thru Date | 07/20/2021 | Gross Ben $ | |

Diagnosis 1 Code/Desc M54.2 Cervicalgia

Diagnosis 2 Code/Desc M25.511 Pain in right shoulder

Policyholder Information

Customer ID 06 - 066619 TOYOTA MOTOR ENGINEERING & MAN

Subsidiary TKY0 TOYOTA TEMA KENTUCKY

Location LT230000 TEMA KENTUCKY

Symb GF Numeral 01 Product LTD Funding CON Bank Y Calcs Y Cntr Eff 01/01/2013

Class 1B ALL ACTIVE FULL-TIME AND PART-TIME TEAM MEMBERS OF TOYOTA MOTORS EN

Waiting Period: New/Mode-Current/Mode 6 Month 6 Month Days in WRKWK

Elimination Period: Days/Type 180 Sickness COLA: Mode/Duration

Successive Period: Period/Mode 6 Month SS Integration:Type/Value FSS

Partial Disability Type/Pct QRP Survivor Ben Months/Wait Period 3 180

Non-Verifiable Symptoms Limit 24 Own Occupation Definition Limit 24 M/N Limit 24

Benefit % Max Benefit $ Min Benefit $ Employer Contr % 100.00 Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 1B | 12/12/2017 |
| PD | 01 | STD | 02 | 06/12/2017 |

Additional Information:

EXHIBIT

3, part 1

**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 8191808 Claim Last Updated 09/12/2018 Printed On 5/18/2022

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | JAMIE H REECE | SSN | | Birth Date | |
| Address | 201 WEST SHORT STREET | Salary Amount $ | 1644.00 | Mode | B |
| | SUITE 800 | Date of Hire | 06/12/2017 | | |
| | | Last Work Date | 04/14/2018 | | |
| | LEXINGTON, KY 40507-0000 | Federal Tax | None | State Tax | No |
| Phone | | Phys Demands | Medium | | |

JobDesc TEAM MEMBER

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Closed | Status Reason | Max Dur/To LTD | Received Date | 06/18/2018 |
| Disability Date | 04/15/2018 | Close Date | 10/21/2018 | Reopen Date | |
| Sick Days Left | | Max Ben Date | 10/20/2018 | RTW FT / PT | |
| Ben Begin Date | 04/22/2018 | Apprv Thru Date | 10/20/2018 | Gross Ben $ | |

Diagnosis 1 Code/Desc M54.2 Cervicalgia

Diagnosis 2 Code/Desc M25.511 Pain in right shoulder

Policyholder Information

Customer ID 06 - 066619 TOYOTA MOTOR ENGINEERING & MAN

Subsidiary TKY0 TOYOTA TEMA KENTUCKY

Location LT230000 TEMA KENTUCKY

Symb PD Numeral 01 Product STD Funding ASO Bank N Calcs Y Cntr Eff 01/01/2015

Class 02 ALL ACTIVE, FULL-TIME AND PART-TIME HOURLY TEAM MEMBERS OF TOYOTA MC

Waiting Period: New/Mode-Current/Mode 0 0 Days in WRKWK 5

Elimination Period: Days/Type 7 Sickness COLA: Mode/Duration

Successive Period: Period/Mode 60 Day SS Integration:Type/Value

Partial Disability Type/Pct Survivor Ben Months/Wait Period

Non-Verifiable Symptoms Limit Own Occupation Definition Limit M/N Limit

Benefit % Max Benefit $ Min Benefit $ Employer Contr % Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 1B | 12/12/2017 |
| PD | 01 | STD | 02 | 06/12/2017 |

Additional Information:

**Note Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim

* **Claim/Event/Leave Number** 8356763 **Accommodation Number**

**Note type:**

Primary Sort Order
- Note Type
- Note Number
- ● Note Date/Time
- Accm. No.

Sec
●

**05/17/2022 10:46 AM - CLAIM Note 193**
Claim/Event/Leave: 8356763
NoteSubject : Legal
Other Subject : LAWSUIT FILED
Text: [05/17/2022 - MAINELLI, DEBRA]CLAIMANT HAS FILED A LAWSUIT. PLEASE DIRECT ANY FURTHER INQUIRY ON THIS CLAIM TO THE LITIGATION MANAGER.

**05/06/2022 12:46 PM - CLAIM Note 192**
Claim/Event/Leave: 8356763
NoteSubject : Appeal
Other Subject : OUT
Text: [05/06/2022 - MACK, LINDSAY]UPHOLD. THE REVIEW OF THE FILE AND INFORMATION RECEIVED ON APPEAL DOES NOT OFFER FINDINGS THAT WOULD ALTER THE PREVIOUS CLAIM DETERMINATION. MAINTAINING LTD DENIAL BEYOND 7/20/21 AS THE INFORMATION ON FILE DOES NOT SUBSTANTIATE DISABILITY FROM ANY OCCUPATION. LETTER FAXED TO CLMT'S ATTNY.

**05/02/2022 8:52 PM - CLAIM Note 191**
Claim/Event/Leave: 8356763
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 5/2/2022-REFERRAL RECEIVED BY VCM AND ASSIGNED TO MILLER, JASON. CLAIM/AS EVENT IS PENDING REVIEW.

**05/02/2022 1:03 PM - CLAIM Note 190**
Claim/Event/Leave: 8356763
NoteSubject : Voc Rehab
Other Subject : TSA MEMO
Text: [05/02/2022 - MILLER, JASON]BASED ON THESE UPDATED CAPACITIES, THE PREVIOUSLY-IDENTIFIED OCCUPATIONS REMAIN VIABLE. ALL OCCUPATIONS WERE VERIFIED THROUGH USE OF THE DICTIONARY OF OCCUPATIONAL TITLES, THE ECONOMIC RESEARCH INSTITUTE AND/OR A REVIEWOF MATERIAL AND SUBSTANTIAL FUNCTIONS AGAINST RESTRICTIONS AND LIMITATIONS OUTLINED ABOVE.

**04/27/2022 8:50 PM - CLAIM Note 189**
Claim/Event/Leave: 8356763
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 4/27/2022 - REFERRED TO THE VOC UNIT FOR TRANSFERABLE SKILLS ANALYSIS.

**04/27/2022 8:31 AM - CLAIM Note 188**
Claim/Event/Leave: 8356763
NoteSubject : Peer Review
Other Subject : CLARIFICATION
Text: [04/27/2022 - MACK, LINDSAY]RECEIVED UPATED PEER CLARIFICATION REPORT DATED 4/26/22 ADDRESSING BOTH REQUESTED QUESTIONS FOR CLARIFICATION.

**04/21/2022 3:45 PM - CLAIM Note 187**
Claim/Event/Leave: 8356763
NoteSubject : Appeal
Other Subject : STATUS
Text: [04/21/2022 - MACK, LINDSAY]RECEIVED CLARIFICATION REPORT DATED 4/30/22 FROM ECN. HOWEVER, THIS REPORT ONLY ADDRESSED ONE OF TWO REQUESTED CLARIFICATIONS. F/U SENT TO ECN.

**04/14/2022 12:13 PM - CLAIM Note 186**
Claim/Event/Leave: 8356763

NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [04/14/2022 - MICHAUD, ROBIN]INVOICE DATED 4/12/2022 FROM ECN. INVOICE # BOCA 137678 IN THE AMOUNT OF $ 200.00 FOR PMR PEER REVIEW ADDENDUM BY LISA PITINO . INVOICE PAID IN FULL

**04/14/2022 12:08 PM - CLAIM Note 185**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [04/14/2022 - MICHAUD, ROBIN]INVOICE DATED 4/12/2022 FROM ECN. INVOICE # BOCA 137679 IN THE AMOUNT OF $ 200.00 FOR INT MED PEER REVIEW ADDENDUM BY ROANK GARG . INVOICE PAID IN FULL

**04/13/2022 4:52 PM - CLAIM Note 184**
Claim/Event/Leave: 8356763
NoteSubject : Peer Review
Other Subject : ADDENDUM REPORTS
Text: [04/13/2022 - MACK, LINDSAY]RECEIVED INT MED AND PM&R ADDENDUM REPORTS FROM ECN; ASSOCIATED INVOICES (2) FORWARDED FOR PROCESSING. REQUEST FOR CLARIFICATION REGARDING PM&R PEER REVIEW SENT TO ECN.

**04/06/2022 10:34 AM - CLAIM Note 183**
Claim/Event/Leave: 8356763
NoteSubject : Appeal
Other Subject : STATUS
Text: [04/06/2022 - MACK, LINDSAY]ADDL INFORMATION REFERRED TO ECN FOR PANEL REVIEW ADDENDUM.

**04/06/2022 10:33 AM - CLAIM Note 182**
Claim/Event/Leave: 8356763
NoteSubject : LTR to Atty
Other Subject :
Text: [04/06/2022 - MACK, LINDSAY]FAXED LETTER TO ATTNY ACKN RECEIPT OF ADDL INFORMATION; THIS HAS BEEN ADDED TO MS. REECE'S CLAIM FILE AND WILL BE INCLUDED IN OUR EVALUATION OF HER APPEAL. UPON COMPLETION OF OUR REVIEW, ATTNY WILL BE NOTIFIED OF OUR DETERMINATION ACCORDINGLY.

**03/31/2022 4:17 PM - CLAIM Note 181**
Claim/Event/Leave: 8356763
NoteSubject : Med Records Rcvd
Other Subject :
Text: [03/31/2022 - MACK, LINDSAY]RECEIVED SUPPLEMENTAL REPORT DATED 2/26/22 FROM DR. JAMES OWEN SUBMITTED BY ATTNY.

**03/15/2022 3:29 PM - CLAIM Note 180**
Claim/Event/Leave: 8356763
NoteSubject : LTR to Atty
Other Subject : RTR EXT
Text: [03/15/2022 - MACK, LINDSAY]FAXED LETTER TO ATTNY GRANTING EXT TO RTR DEADLINE. NEW DUE DATE 4/5/22.

**03/15/2022 3:29 PM - CLAIM Note 179**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : ATTNY RTR EXT REQ
Text: [03/15/2022 - MACK, LINDSAY]RECEIVED LETTER DATED 3/7/22 (SENT VIA EMAIL BY ATTNY ON 3/15/22) REQUESTING AN ADDL 21-DAY EXT TO THE 3/15/22 DEADLINE TO RESPOND TO THE PANEL MEDICAL REVIEW SENT TO THEM ON 2/22/22.

**03/09/2022 8:35 AM - CLAIM Note 178**
Claim/Event/Leave: 8356763
NoteSubject : Med Records Rcvd
Other Subject :
Text: [03/09/2022 - MACK, LINDSAY]RECEIVED LETTER DATED 3/7/22 FROM ATTORNEY WITH COPY OF 1/20/22 OV NOTE FROM RACHEL GILLIAM, NP / STERLING WOMEN'S CARE.

**02/22/2022 2:55 PM - CLAIM Note 177**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [02/22/2022 - YEREMIAN, KEVORK]INVOICE RECEIVED ON 02/22/2022 AND DATED 02/21/2022 FROM GENEX SERVICES LLC. INV# BOCA 131404, IN THE AMOUNT OF $1710.00 FOR PANEL PEER REVIEW PERFORMED BY RONAK B GARG, MD WITH A SPECIALTY OF INTERNAL MEDICINE. PAID INVOICE IN FULL

**02/22/2022 2:53 PM - CLAIM Note 176**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [02/22/2022 - YEREMIAN, KEVORK]INVOICE RECEIVED ON 02/22/2022 AND DATED 02/21/2022 FROM GENEX SERVICES LLC. INV# BOCA 131403, IN THE AMOUNT OF $1710.00 FOR PANEL PEER REVIEW PERFORMED BY LISA M PITINO, DO WITH A

SPECIALTY OF PM&R. PAID INVOICE IN FULL

**02/22/2022 12:35 PM - CLAIM Note 175**
Claim/Event/Leave: 8356763
NoteSubject : LTR to Atty
Other Subject : RTR
Text: [02/22/2022 - MACK, LINDSAY]FAXED PANEL REVIEW REPORT TO ATTNY FOR RIGHT TO REVIEW; RESPONSE DUE 3/15/22.

**02/22/2022 11:31 AM - CLAIM Note 174**
Claim/Event/Leave: 8356763
NoteSubject : Peer Review
Other Subject : PM&R / IM
Text: [02/22/2022 - MACK, LINDSAY]RECEIVED PM&R PEER REVIEW FROM ECN; INVOICE FORWARDED FOR PROCESSING. [02/22/2022 - MACK, LINDSAY]CORRECTION: RECEIVED PM&R AND INTERNAL MEDICINE PANEL REVIEW FROM ECN; INVOICES (2) FORWARDED FOR PROCESSING.

**02/10/2022 3:35 PM - CLAIM Note 173**
Claim/Event/Leave: 8356763
NoteSubject : Med Records Rcvd
Other Subject : CHRIST HOSPITAL
Text: [02/10/2022 - MACK, LINDSAY]RECEIVED LETTER DATED 2/7/22 FROM ATTNY WITH MEDICAL RECORDS FROM CHRIST HOSPITAL.[02/10/2022 - MACK, LINDSAY]RECORDS FORWARDED TO ECN FOR INCLUSION IN REVIEW.

**02/07/2022 12:56 PM - CLAIM Note 172**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : FILE COPY
Text: [02/07/2022 - HOFFNER, FAYE]VCP REFERRAL- ALL DOCUMENTS & LETTERS IN DOC LIST AND CORRESPONDENCE LINK EXCLUDING OUTGOING CORRESPONDENCE AND INVOICES FOR CLAIMS 8356763 8191808--- ADMIN SUBMITTED FILE TO ECN PORTAL CASE 165744 FOR REVIEW. ADMIN RESPONDED TO CONSULTANT OF SUBMISSION FOR THEIR REFERERNCE.

**02/04/2022 8:50 PM - CLAIM Note 171**
Claim/Event/Leave: 8356763
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 2/4/2022 - REFERRED TO EXAM COORDINATORS - ECN FOR PANEL REVIEW.

**02/04/2022 12:10 PM - CLAIM Note 170**
Claim/Event/Leave: 8356763
NoteSubject : LTR to Atty
Other Subject : STATUS
Text: [02/04/2022 - MACK, LINDSAY]FAXED STATUS LETTER TO ATTORNEY ACKNOWLEDGING RECEIPT OF THE DOCUMENTS ENCLOSED ON CD, ASSOCIATED WITH HIS JANUARY 13, 2022 APPEAL LETTER, AS WELL AS THE AMENDED VOCATIONAL REPORT FROM DR. STEPHANIE BARNES, THE IME REPORTFROM DR. JAMES OWEN, AND THE PHARMACY RECORDS THAT HE SUBMITTED VIA EMAIL. ADVISED OF MEDICAL REFERRAL, WITH EXPECTED COMPLETION BY 3/4/22.

**02/04/2022 12:09 PM - CLAIM Note 169**
Claim/Event/Leave: 8356763
NoteSubject : Appeal
Other Subject : STATUS
Text: [02/04/2022 - MACK, LINDSAY]COMPLETED FULL REVIEW OF FILE. CLAIM REFERRED FOR PANEL REVIEW BY PM&R AND INTERNAL MEDICINE.

**02/04/2022 11:06 AM - CLAIM Note 168**
Claim/Event/Leave: 8356763
NoteSubject : Med Records Rcvd
Other Subject :
Text: [02/04/2022 - MACK, LINDSAY]RECEIVED 2/3/22 EMAIL/LETTER FROM ATTNY WITH ALONG WITH PHARMACY RECORDS FROM WALMART.

**02/03/2022 4:26 PM - CLAIM Note 167**
Claim/Event/Leave: 8356763
NoteSubject : Med Records Rcvd
Other Subject :
Text: [02/03/2022 - MACK, LINDSAY]RECORDS TOTALING 956 PAGES RECEIVED ON 1/31/22 (ATTACHMENTS ASSOCIATED WITH 1/13/22 APPEAL LETTER.)

**01/31/2022 9:44 AM - CLAIM Note 166**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : LTR FROM ATTNY
Text: [01/31/2022 - MACK, LINDSAY]RECEIVED LETTER DATED 1/26/22 LETTER FROM ATTNY INDICATING THEY ARE MAILING ANOTHER COPY OF ENCLOSURE TO THEIR 1/13/22 LETTER. ADDITIONALLY, ATTNY SUBMITTED COPY OF 1/18/22 IME

ANOTHER COPY OF ENCLOSURE TO THEIR 1/13/22 LETTER. ADDITIONALLY, ATTNY SUBMITTED COPY OF 1/18/22 IME REPORT FROM DR. JAMES OWEN.

**01/26/2022 4:39 PM - CLAIM Note 165**
Claim/Event/Leave: 8356763
NoteSubject : LTR to Atty
Other Subject : MISSING ENCLOSURES
Text: [01/26/2022 - MACK, LINDSAY]FAXED LETTER TO ATTORNEY NOTIFYING HIM THAT NO ENCLOSURES WERE RECEIVED WITH THE MAILED COPY OF HIS 1/13/22 APPEAL LETTER. ASKED THAT HE PLEASE PROVIDE THE DOCUMENTS THAT WERE SUPPOSED TO HAVE BEEN INCLUDED WITH HIS 1/13/22 APPEAL LETTER, AS WELL AS ANY ADDITIONAL INFORMATION HE WISHES TO SUBMIT IN SUPPORT OF THE CLAIM BY 2/13/22 (PREVIOUSLY GRANTED EXTENSION DATE).

**01/19/2022 4:32 PM - CLAIM Note 164**
Claim/Event/Leave: 8356763
NoteSubject : Appeal
Other Subject : ADDL INFO
Text: [01/19/2022 - MACK, LINDSAY]RECEIVED LETTER DATED 1/13/22 FROM ATTNY WITH AMENDED VOCATIONAL EVALUATION REPORT. ATTNY REQUESTED WE CONTINUE TO TOLL UNTIL 2/13/22 WHILE THEY SUPPLEMENT APPEAL.

**01/14/2022 12:35 PM - CLAIM Note 163**
Claim/Event/Leave: 8356763
NoteSubject : LTR to Atty
Other Subject : TOLLING
Text: [01/14/2022 - MACK, LINDSAY]FAXED TOLLING LETTER TO CLMT'S ATTORNEY; INFO DUE 2/13/22.

**01/14/2022 12:05 PM - CLAIM Note 162**
Claim/Event/Leave: 8356763
NoteSubject : Appeal
Other Subject : ARC ASSIGNMENT
Text: [01/14/2022 - AVERILL, REBECCA]APPEAL LETTER ONLY RECVD ON 1/13/22 FROM MEHR, FAIRBANKS AND PETERSON. APPEAL EXHIBITS WERE MAILED AND ATTORNEY IS REQUESTING ADDTL TIME TO SUBMIT INFO. LETTER INDICATES WE DID NOT RESPOND TO HIS 12/20/21 REQUEST TO EXTEND THE DEADLINE HOWEVER THIS WAS NOT RECVD. AA'S FAX # ON APPEAL LETTER IS INCORRECT WHICH MUST BE WHY THIS WAS NOT RECVD AND RESPONDED TO. ASSIGNED TO LINDSAY MACK TO TOLL AND RESPOND TO REQUEST FOR EXTENSION.

**10/11/2021 2:29 PM - PHONE Note 15**
Claim/Event/Leave: 8356763
NoteSubject : Called Other
Other Subject : ATTORNEY CHECK IN
Text: [10/11/2021 - AVERILL, REBECCA]PLACED COURTESY CALL TO MEHR, FAIRBANKS AND PETERSON AT (859) 225-3731 TO CHECK IN AND ENSURE THEY HAVE WHAT THEY NEED FROM THE CLAIM FILE AND REMINDED THEM THE APPEAL DUE DATE IS 1/17/22. I S/W BARTLY AND THEY WILL PLAN TO APPEAL BY THE DUE DATE

**08/03/2021 8:18 AM - CLAIM Note 161**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : FILE COPY
Text: [08/03/2021 - NILES, CATHY]REQUEST TO SEND A COPY OF THE COMPLETE CLAIM FILE, POLICY AND COVER LETTER TO THE ATTY HAS BEEN COMPLETED. SENT TO EMAIL BKH@AUSTINMEHR.COM THRU ONEDRIVE.

**07/30/2021 3:00 PM - CLAIM Note 160**
Claim/Event/Leave: 8356763
NoteSubject : Ref to Other
Other Subject : ADMIN
Text: [07/30/2021 - AVERILL, REBECCA]SENT REQUEST TO HAVE ONEDRIVE CLAIM FILE SENT TO THE ATTORNEY

**07/30/2021 2:59 PM - CLAIM Note 159**
Claim/Event/Leave: 8356763
NoteSubject : LTR to Atty
Other Subject : INTENT TO APPEAL ACK
Text: [07/30/2021 - AVERILL, REBECCA]SENT THE INTENT TO APPEAL ACK LETTER TO THE ATTORNEY INDICATING THE APPEAL DEADLINE IS 1/17/22 AND THE CLAIM FILE IS COMING.

**07/30/2021 2:59 PM - CLAIM Note 158**
Claim/Event/Leave: 8356763
NoteSubject : Appeal
Other Subject : PRESCREEN COMPLETE.
Text: [07/30/2021 - AVERILL, REBECCA]PRESCREEN COMPLETE. FI LTD ERISA RECVD ON 06/18/2018 WITH STD 8191808. AUTH AND JD ON FILE. CLOSED NOT TD AO. LETTER FAXED 7/21/21. APPEAL TIMEFRAME 180 DAYS. APPEAL DEADLINE 1/17/22. ATTORNEY REPPED INTENT TO APPEALAND REQ FOR CLAIM FILE RECVD ON 7/28/21. WILL SEND INTENT TO APPEAL ACK LETTER AND CLAIM FILE TO ATTORNEY.

**07/30/2021 7:19 AM - CLAIM Note 157**
Claim/Event/Leave: 8356763
NoteSubject : Appeal

Other Subject : REFERRAL RECVD
Text: [07/30/2021 - AVERILL, REBECCA]ASSIGNED TO BECKY AVERILL

**07/29/2021 8:51 PM - CLAIM Note 156**
Claim/Event/Leave: 8356763
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 7/29/2021 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**07/29/2021 8:48 AM - CLAIM Note 155**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [07/29/2021 - MASSARO, TIFFANY]AGREE W/CS RECOMMENDATION TO REFER TO ARU

**07/28/2021 7:45 PM - CLAIM Note 154**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : INTENT TO APPEAL
Text: [07/28/2021 - CRUZ, ERIKA]RECD LETTER FROM ATTORNEY, BARTLEY K. HAGERMAN TO NOTIFY OF INTENT TO APPEAL - DOCUMENTS REQUESTED. ***DCM RECOMMENDS REFERRAL TO ARU FOR FURTHER HANDLING.

**07/26/2021 10:50 AM - OVERPMT Note 1**
Claim/Event/Leave: 8356763
NoteSubject : OP/SS
Other Subject : SS PENDING
Text: [07/26/2021 - CHAPUT, CHRISTINE]FILE RECEIVED AS A CLOSED CLAIM WITH SS PENDING CURRENTLY WITH ATTORNEY BARTLEY HAGERMAN. SENT LETTER TO CLAIMANT/ATTORNEY TO CONTACT LINCOLN IMMEDIATELY UPON RECEIPT OF AWARD LETTER. SS PENDING FILE CLOSED AT THIS TIME. IF AWARD INFO PROVIDED, REFERRAL WILL BE REOPENED TO CALCULATE OVERPAYMENT.

**07/21/2021 8:51 PM - CLAIM Note 153**
Claim/Event/Leave: 8356763
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY PENDING HAS BEEN RECEIVED AND ASSIGNED TO CHRISTIE CHAPUT.

**07/21/2021 8:51 PM - CLAIM Note 152**
Claim/Event/Leave: 8356763
NoteSubject : Ref to Other
Other Subject : FRS
Text: FOR SOCIAL SECURITY PENDING.WITH A REASON OF .COMMENTS: CLAIM CLOSED WITH PENDING SSDI - CLAIM REFERRED TO FRS FOR TRACKING.

**07/21/2021 1:04 PM - CLAIM Note 151**
Claim/Event/Leave: 8356763
NoteSubject : Ref to Other
Other Subject : FRS
Text: [07/21/2021 - CRUZ, ERIKA]CLAIM CLOSED W/ SSDI PENDING - CLAIM REFERRED TO FRS FOR TRACKING.

**07/21/2021 12:58 PM - CLAIM Note 150**
Claim/Event/Leave: 8356763
NoteSubject : LTR to Atty
Other Subject : BARTLEY HAGERMAN
Text: [07/21/2021 - CRUZ, ERIKA]CLOSURE LETTER FAX TO BARTLEY HAGERMAN (ATTORNEY)

**07/21/2021 12:27 PM - CLAIM Note 149**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [07/21/2021 - MASSARO, TIFFANY]AGREE W/CS RECOMMENDATION TO CLOSE

**07/19/2021 4:53 PM - CLAIM Note 148**
Claim/Event/Leave: 8356763
NoteSubject : Closed
Other Subject : NOT TD ANY OCC
Text: [07/19/2021 - CRUZ, ERIKA]52YOF-PRODUCTION TEAM MEMBER AT TEMADOH: 6/12/2017-EDOC: 12/12/17 LTD CLASS IB TO EQUAL 60% OF BME. BME: $3562.00 LTD BENEFIT AT 60%: $2137.20. SSDI PENDING AT THE INITIAL LEVEL. LDW: 4/14/18 DOD: 4/15/18. LTD BBD: 10/21/1824-MONTH OO W/ CID TO AO ON 10/21/20. AP: DR. KATHERINE RODENT AT LEXINGTON CLINIC. TM IS REPRESENTED BY MEHR, FAIRBANKS AND PETERSON, ATTORNEYS AT LAW. TM OOW DUE TO COMPLEX REGIONAL PAIN SYNDROME, RT. UPPER LIMB; MYOFASCIAL PAIN; CERVICALGIA; RIGHT WRIST FRACTURE, STATUS/POST OPEN REDUCTION INTERNAL FIXATION; BILATERAL HIP OSTEOARTHRITIS; LUMBAR DISC DISEASE; BUNION OF RIGHT FOOT; RIGHT FOOT OSTEOARTHRITIS; RIGHT FOOT HALLUX VALGUS. CO-MORBID DIAGNOSIS: PSORIATIC ARTHRITIS.

PM&R PR FROM 7/1/21, TM HAS R&LS SUPPORTED THROUGH 12/1/21. VOC TSA IDENTIFIED ALTERNATIVE VOCS CONSISTENT W/ TM'S PHYSICAL ABILITIES AND IDENTIFIED SKILL LEVEL. GIVEN THE MEDICAL AND VOC REVIEWS, TM DOES NOT MEET THE DEFINITION OF DISABILITY UNDER ANY OCC AND SHE ISNO LONGER ELIGIBLE FOR LTD BENEFITS. BENEFITS WILL BE PAID THROUGH 7/20/21 AND CLAIM IS CLOSED AS OF 7/21/21. CLOSURE LETTER WILL BE SENT TO TM'S ATTORNEY AFTER MGR I'S REVIEW.

**07/07/2021 10:33 AM - CLAIM Note 147**
Claim/Event/Leave: 8356763
NoteSubject : Peer Review
Other Subject : PM&R
Text: [07/07/2021 - CRUZ, ERIKA]RECD PM&R PR REPORT BY DR. JOHN ZHENG DO DATED 7/1/21

**07/06/2021 3:14 PM - CLAIM Note 146**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [07/06/2021 - MUELLER, JACQUELINE]INVOICE RECEIVED ON AND DATED FROM EXAM COORDINATORS NETWORK INV #BOCA111774 IN THE AMOUNT OF $660.00 FOR PMR PM PEER REVIEW PERFORMED BY JOHN ZHENG . INVOICE PAID IN FULL

**06/11/2021 8:51 PM - CLAIM Note 145**
Claim/Event/Leave: 8356763
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 6/11/2021 - REFERRED TO EXAM COORDINATORS - ECN FOR PEER REVIEW.

**06/10/2021 11:54 AM - CLAIM Note 144**
Claim/Event/Leave: 8356763
NoteSubject : Ref to Other
Other Subject : PM&R CP REVIEW
Text: [06/10/2021 - CRUZ, ERIKA]CLAIM REFERRED FOR PM&R CP REVIEW.

**06/10/2021 11:36 AM - CLAIM Note 143**
Claim/Event/Leave: 8356763
NoteSubject : Med Records Rcvd
Other Subject : LEXINGTON CLINIC
Text: [06/10/2021 - CRUZ, ERIKA]RECD MR FROM LEXINGTON CLINIC - DUPLICATE MR THRU 10/27/20. DATES OF NEW MEDICAL RANGED FROM 11/17/20, 4/6/21 - OFFICE VISITS W/ PAIN MEDICINE, 1/13/20, 5/6/21 - OFFICE VISITS W/ RHEUM, 1/18/21, 2/5/21, 5/5/21, 5/20/21 - OFFICE VISIT W/ OPHTHALMOLOGY; 1/25/21 - OV W/ GASTRO.

**05/18/2021 1:44 PM - CLAIM Note 142**
Claim/Event/Leave: 8356763
NoteSubject : Action Plan
Other Subject : CLOSE NP AUG. 2021
Text: [05/18/2021 - CRUZ, ERIKA]PLEASE REFER TO ACTION PLAN FROM 10/20/20 FOR CLAIM DETAILS ****UPON REVIEW OF THE PM&R PR FROM 1/8/21, IT WAS NOTED THAT R&LS IDENTIFIED WERE FOUND SUPPORTED FROM 10/1/20 TO PRESENT W/ REASSESSMENT ON OR AROUND 4/1/21. GIVEN THE ABOVE, REQ. FOR MR FROM 11/1/20-PRESENT WAS FAXED TO LEXINGTON CLINIC AND 75TH DAY N&P LETTER WAS FAXED TO TM'S ATTORNEY. A RESPONSE BY 7/1/31 WAS REQUESTED TO AVOID SUSPENSION IN BENEFITS. TASK SET FOR 6/16/21 AND 7/1/21 TO REVIEW 30TH AND 45TH DAY N&P. UPON RECEIPT OF MR, PM&R ADDENDUM WILL BE CONSIDERED.

**05/17/2021 12:25 PM - CLAIM Note 141**
Claim/Event/Leave: 8356763
NoteSubject : Voc Rehab
Other Subject : TSA
Text: [05/17/2021 - HALL, NICOLE]RCVD RE-REFERRAL FOR TSA REPORT AS ADDITIONAL TE&E FORMS HAVE BEEN OBTAINED. COMPLETED TSA REPORT AND PLACED IN S1 WITH NOTIFICATION TO CCM. TSA SUMMARY PROVIDED BELOW: THE TRANSFERABLE SKILLS ANALYSIS IDENTIFIED OCCUPATIONS ARE WITHIN MS. REECE S PHYSICAL ABILITIES AND WITHIN HER IDENTIFIED SKILL LEVEL. THE FOLLOWING ARE EXAMPLES OF OCCUPATIONS MS. REECE COULD PERFORM: CUSTOMER SERVICE REPRESENTATIVE, INFORMATION CLERK, GATE GUARD, ASSEMBLER PRODUCTION, AND ASSEMBLERSMALL PRODUCTS I. THE OCCUPATIONS MEET THE GAINFUL AMOUNT OF $2,137.20 PER MONTH IN THE NATIONAL ECONOMY. I HAVE NOT MET WITH MS. REECE FOR THE PURPOSE OF THIS REVIEW. ALL OPINIONS ARE BASED ON REVIEW OF VOCATIONAL INFORMATION, MEDICAL RECORDS ANDRESOURCES NOTED.

**05/14/2021 8:52 PM - CLAIM Note 140**
Claim/Event/Leave: 8356763
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 5/14/2021-REFERRAL RECEIVED BY VCM AND ASSIGNED TO HALL, NICOLE ANN. CLAIM/AS EVENT IS PENDING REVIEW.

**05/07/2021 8:51 PM - CLAIM Note 139**
Claim/Event/Leave: 8356763
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 5/7/2021 - REFERRED TO THE VOC UNIT FOR TRANSFERABLE SKILLS ANALYSIS

Text: 5/7/2021 - REFERRED TO THE VOC UNIT FOR TRANSFERABLE SKILLS ANALYSIS.

**05/07/2021 6:19 PM - CLAIM Note 138**
Claim/Event/Leave: 8356763
NoteSubject : Ref to Other
Other Subject : VOC
Text: [05/07/2021 - CRUZ, ERIKA]CLAIM REFERRED TO VOC FOR TSA.

**05/07/2021 6:17 PM - CLAIM Note 137**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : TEE FORM
Text: [05/07/2021 - CRUZ, ERIKA]RECD TEE FORM FROM TM'S ATTORNEY - IN DOC LIST.

**04/13/2021 4:20 PM - CLAIM Note 136**
Claim/Event/Leave: 8356763
NoteSubject : Social Security
Other Subject : CLAIM STATUS
Text: [04/13/2021 - CRUZ, ERIKA]RECD CORRESPONDENCE FROM TM'S ATTORNEY DATED 4/13/21 TO INDICATE: I AM IN RECEIPT OF YOUR 4/8/21 FAX. THERE HAS BEEN NO DECISION MADE IN REGARD TO MS. REECE'S SOCIAL SECURITY DISABILITY CLAIM AND IT IS OUR UNDERSTANDING THATTHEY ARE STILL REVIEWING IT.

**04/13/2021 4:08 PM - CLAIM Note 135**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : TEE TO ATTORNEY
Text: [04/13/2021 - CRUZ, ERIKA]BLANK TEE FORM FAXED TO ATTORNEY. ATTORNEY WAS ASKED TO HAVE TM COMPLETE THE FORM ON ITS ENTIRETY. IF SHE HELD DIFFERENT POSITIONS W/IN THE COMPANY, SHE NEEDS TO LIST THE RESPONSIBILITIES, TASKS/DUTIES AND PHYSICAL REQUIREMENTS OF THE POSITIONS THAT SHE HELD. A RESPONSE BY 5/12/2021 WAS REQUESTED.

**04/08/2021 5:45 PM - CLAIM Note 134**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : FAX TO ATTORNEY
Text: [04/08/2021 - CRUZ, ERIKA]FAX SENT TO TM'S ATTORNEY TO INQUIRE ON THE STATUS OF SSDI CLAIM.

**03/10/2021 11:19 AM - CLAIM Note 133**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : EMAIL FROM/TO ER
Text: [03/10/2021 - CRUZ, ERIKA]F/UP EMAIL SENT TO ER FOR JOB DESC ON 2/25/21. RESPONSE FROM ER INDICATED: ERIKA, CAN YOU HELP ME UNDERSTAND WHAT IS NEEDED ON THIS TM? IS THIS TO APPROVE A CLAIM? WE DON T USE A FORM LIKE THIS FOR JOB DESCRIPTIONS BUT IWOULD NOT BE ABLE TO PROVIDE ANYTHING THAT WAS ABSOLUTE FOR THIS TM AT THAT TIME. ITS HARD TO EXPLAIN BUT IF YOU WOULD LIKE TO SET UP A TIME THAT WE COULD TALK, I WOULD BE HAPPY TO DISCUSS. *****RESPONSE SENT TO ER ON 2/26/21 INDICATED: HELLO, WE ARE CURRENTLY REVIEWING MS. REECE S CLAIM TO DETERMINE HER ELIGIBILITY FOR ONGOING BENEFITS BEYOND 24 MONTHS. TO BE ELIGIBLE FOR BENEFITS BEYOND 24 MONTHS, SHE HAS TO BE DISABLED FROM ANY OCCUPATION. THE JOB DESCRIPTION HELP US IDENTIFIED HER TRANSFERABLE SKILLS BASED ON HER JOB DUTIES, QUALIFICATIONS AND THE RESPONSIBILITIES SHE HAD. THE ONLY INFORMATION WE HAVE IN HER CLAIM FILE IS VARIOUS PHYSICAL DEMAND EVALUATIONS OF THE JOB WHICH DO NOT INDICATE JOB DUTIES/TASKS, RESPONSIBILITIES, ETC. PLEASE LET ME KNOW IF YOU HAVE FURTHER QUESTIONS.

**02/11/2021 7:28 PM - CLAIM Note 132**
Claim/Event/Leave: 8356763
NoteSubject : LTR to AP
Other Subject : SUB. REQ. TO ER
Text: [02/11/2021 - CRUZ, ERIKA]SUB. REQ. TO ER FOR JOB DESCRIPTION THAT OUTLINES THE JOB DUTIES OR COMPLETION OF JOB DESCRIPTION FORM SENT TODAY. TASK SET FOR 2/25/21 TO FOLLOW UP ON THEIR RESPONSE.

**02/03/2021 7:17 PM - CLAIM Note 131**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : TM TERMINATED
Text: [02/03/2021 - CRUZ, ERIKA]RECD NOTIFICATION FROM ER THAT TM WAS TERMINATED 6/1/2020

**02/01/2021 4:55 PM - CLAIM Note 130**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : EMAIL TO ER
Text: [02/01/2021 - CRUZ, ERIKA]EMAIL SENT TO DONNA SUTHERLAND TO INDICATE: HELLO DONNA, I M IN NEED OF A JOB DESCRIPTION FOR MS. JAMIE REECE THAT OUTLINES HER WORK DUTIES, TASKS, RESPONSIBILITIES, ETC; ALL WE HAVE ARE NUMEROUS PHYSICAL DEMAND FORMS THAT DO NOT PROVIDE US W/ THE ACTUAL JOB DESCRIPTION. IF THERE IS NO JOB DESCRIPTION AVAILABLE, I WOULD NEED TO HAVE THE ATTACHED FORM COMPLETED PLEASE? JOB DESCRIPTION FORM ATTACHED.

**01/25/2021 11:52 AM - CLAIM Note 129**
Claim/Event/Leave: 8356763
NoteSubject : Voc Rehab
Other Subject : REFERRAL CLOSURE
Text: [01/25/2021 - HALL, NICOLE]RCVD REFERRAL FOR TSA REPORT; REVIEWED FILE INFORMATION AND IDENTIFIED THAT THERE IS NO JD WITHIN DOC LIST, JUST VARIOUS PHYSICAL DEMAND EVALUATIONS OF THE JOB. REVIEWED COMPLETED TE&E FORMS AND IDENTIFIED THAT EE DID NOT COMPLETE JOB DUTIES/TASKS SECTION OF TE&E. VCM THEREFORE HAS NO INFORMATION REGARDING EE'S JOB WITH TOYOTA. REACHED OUT TO CCM AND NOTED THAT WITHOUT EE'S JOB INFO, TSA REPORT CANNOT BE COMPLETED. WILL PLAN TO CLOSE REFERRAL OUT AT THIS TIME, BUT CCMCAN RESCORE ONCE WE HAVE A FULL JOB NARRATIVE ON FILE OR THE EE COMPLETES THE TE&E FORM FULLY. CLOSING AT THIS TIME.

**01/22/2021 8:52 PM - CLAIM Note 128**
Claim/Event/Leave: 8356763
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 1/22/2021-REFERRAL RECEIVED BY VCM AND ASSIGNED TO HALL, NICOLE ANN. CLAIM/AS EVENT IS PENDING REVIEW.

**01/20/2021 10:45 AM - CLAIM Note 127**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [01/20/2021 - YEREMIAN, KEVORK]INVOICE RECEIVED ON 01/11/2021 AND DATED 01/08/2021 FROM GENEX. INV# BOCA 99338, IN THE AMOUNT OF $660.00 FOR PEER REVIEW PERFORMED BY JOHN Z ZHENG, DO WITH A SPECIALTY OF PMR/PAIN MANAGEMENT. PAID INVOICE IN FULL

**01/19/2021 8:52 PM - CLAIM Note 126**
Claim/Event/Leave: 8356763
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 1/19/2021 - REFERRED TO THE VOC UNIT FOR TRANSFERABLE SKILLS ANALYSIS.

**01/19/2021 7:30 PM - CLAIM Note 125**
Claim/Event/Leave: 8356763
NoteSubject : Ref to Other
Other Subject : VOC
Text: [01/19/2021 - CRUZ, ERIKA]CLAIM REFERRED TO VOC FOR TSA

**01/19/2021 7:28 PM - CLAIM Note 124**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : INVOICE RECD
Text: [01/19/2021 - CRUZ, ERIKA]RECD INVOICE BOCA 99338 DATED 1/8/21 FROM EXAM COORDINATOR NETWORK IN THE AMOUNT OF $660.00 FOR PM&R PR BY DR. JOHN ZHENG DO ****INVOICE REFERRED TO JAMES BEST FOR PROCESSING.

**01/19/2021 7:26 PM - CLAIM Note 123**
Claim/Event/Leave: 8356763
NoteSubject : Peer Review
Other Subject : PM&R-1/8/21
Text: [01/19/2021 - CRUZ, ERIKA]RECD PM&R PR REPORT FROM DR. JOHN ZHENG DATED 1/8/21.

**12/28/2020 2:28 PM - PHONE Note 14**
Claim/Event/Leave: 8356763
NoteSubject : Other Called
Other Subject : ATTY RC/LM RC
Text: [12/28/2020 - LEITCH, DEWEY]CAITLYN W/ ATTY RC/LM TO ADV CBN IS 8597853289. DCS RC/SW CAITLYN TO ADV THAT THE ONE DAY DIFFERENCE IN BENEFIT IS DUE TO CLAIM BEING IN REVIEW FOR CID AND THE 60 DAY REVIEW ENDED 12/19/20. DCS ADV NEW PAYMT PERIOD WOULDMOST LIKELY BE 20TH TO 19TH. SHE ACK, ADV BARTLEY MAY HAVE ADDL QUESTIONS UPON RTW NEXT WK. DCS ACK. NFQ, C/E.

**12/28/2020 12:54 PM - PHONE Note 13**
Claim/Event/Leave: 8356763
NoteSubject : Called Other
Other Subject : ATTY BARTLEY
Text: [12/28/2020 - LEITCH, DEWEY]DCS S/W KENNEDY, AND SHE ADV BARTLEY NOT AVAILABLE, OUT OF OFFICE ALL WEEK. DCS ACK, ADV HAS RESPONSE FOR CONCERN, ADV OF ADCS CBN, C/E.

**12/24/2020 8:50 PM - CLAIM Note 122**
Claim/Event/Leave: 8356763
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 12/24/2020 - REFERRED TO EXAM COORDINATORS - ECN FOR PEER REVIEW.

**12/23/2020 6:09 PM - CLAIM Note 121**
Claim/Event/Leave: 8356763

Claim/Event/Leave: 8356763
NoteSubject : Legal
Other Subject :
Text: [12/23/2020 - LEITCH, DEWEY]PAYMT DISCREPANCY INQRY RECVD

**12/07/2020 3:25 PM - CLAIM Note 120**
Claim/Event/Leave: 8356763
NoteSubject : Ref to Other
Other Subject : PM&R/PAIN MED CP
Text: [12/07/2020 - CRUZ, ERIKA]CLAIM REFERRED FOR PM&R/PAIN MEDICINE CP REVIEW.

**12/07/2020 3:01 PM - CLAIM Note 119**
Claim/Event/Leave: 8356763
NoteSubject : Med Records Rcvd
Other Subject : LEXINGON CLINIC
Text: [12/07/2020 - CRUZ, ERIKA]RECD MR FROM LEXINGTON CLINIC FOR DOS: 6/26/20, 7/24/20, 7/31/20, 9/18/20, 10/12/20, 10/19/20, 10/20/20 AND 10/27/20; ESOPHAGOGASTRO DUODENOSCOPY FROM 10/27/20.

**11/19/2020 5:29 PM - CLAIM Note 118**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [11/19/2020 - MUELLER, JACQUELINE]INVOICE RECEIVED ON 11/17/2020 AND DATED 11/16/2020 FROM VITAL CHART INVOICE# IN20201114072931928 IN THE AMOUNT OF $45.00 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**11/18/2020 5:04 PM - CLAIM Note 117**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : INV
Text: [11/18/2020 - FISCHER, SYDNEY]VITAL CHART INV #IN20201114072931928 FOR $45.00 FOR MR'S FROM LEX CLINIC

**11/11/2020 5:32 PM - CLAIM Note 116**
Claim/Event/Leave: 8356763
NoteSubject : LTR to AP
Other Subject : SUB. REQUEST
Text: [11/11/2020 - CRUZ, ERIKA]SUB. REQUEST FOR MR FROM 6/20/20-PRESENT FAXED TO LEXINGTON CLINIC ****DUE DATE: 11/25/20.

**10/21/2020 1:56 PM - CLAIM Note 115**
Claim/Event/Leave: 8356763
NoteSubject : LTR to AP
Other Subject : LEXINGTON CLINIC
Text: [10/21/2020 - CRUZ, ERIKA]REQUEST FOR MR FROM 6/20/20-PRESENT FAXED TO LEXINGTON CLINIC-RELEASE OF INFORMATION *****DUE DATE: 11/4/20.

**10/20/2020 7:23 PM - CLAIM Note 114**
Claim/Event/Leave: 8356763
NoteSubject : LTR to Atty
Other Subject : AO ROR APPROVAL
Text: [10/20/2020 - CRUZ, ERIKA]AO ROR APPROVAL FAXED TO TM'S ATTORNEY.

**10/20/2020 7:17 PM - CLAIM Note 113**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : MGR REVIEW-CID ROR
Text: [10/20/2020 - DIGIANDOMENICO, ROBERT]AGREE WITH ACTION PLAN TO ADMINSTER UNDER ROR UNTIL CID AO REVIEW IS COMPLETED

**10/20/2020 7:06 PM - CLAIM Note 112**
Claim/Event/Leave: 8356763
NoteSubject : Action Plan
Other Subject : RTW AO APR. 2021
Text: [10/20/2020 - CRUZ, ERIKA]52YOF-PRODUCTION TEAM MEMBER AT TEMA. EDOP: 1/1/15 DOH: 6/12/2017-EDOC: 12/12/17 LTD CLASS IB TO EQUAL 60% OF BME. BME: $3562.00 LTD BENEFIT AT 60%: $2137.20. SSDI PENDING AT THE INITIAL LEVEL. LDW: 4/14/18 DOD: 4/15/18. LTD BBD: 10/21/18 24-MONTH OO W/ CID TO AO ON 10/21/20 PM&R PR FROM 7/27/20 INDICATED PRIMARY IMPAIRING DXS ARE CRPS TYPE I AND RT. UPPER LIMB AND HX OF ORIF OF RIGHT WRIST FRACTURE AFTER A FALL IN 10/2019. ALTHOUGH R&LS WERE IDENTIFIED, CLARIFICATIONWAS NEEDED IF THE TM IS INDEED STILL REQUIRING AN ARM CAST AS AMPLE AMOUNT OF TIME HAS PASSED SINCE HER SURGERY. A LETTER WAS FAXED TO AP ASKING MULTIPLE QUESTIONS RE: IMPAIRING DXS, RECENT EVALUATIONS, DIAGNOSTIC TESTING, TREATMENT, ETC. A RESPONSEFROM AP/TM'S ATTORNEY WAS RECD TODAY. GIVEN THAT REFERRAL FOR A PR ADDENDUM IS NEEDED FOLLOWED BY A VOC TSA; DCM RECOMMENDS APPROVAL OF AO UNDER ROR TO ALLOW TIME FOR THESE ITEMS TO BE COMPLETED. TASK SET FOR 11/18/20 AND 12/18/20 TO REVIEW30TH AND60TH DAY ROR.[03/31/2021 - CRUZ, ERIKA]TSA PENDING

**10/20/2020 6:58 PM - CLAIM Note 111**

Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : RESPONSE FROM AP
Text: [10/20/2020 - CRUZ, ERIKA]RECD CORRESPONDENCE FROM TM'S ATTORNEY W/ ATTACHED COMPLETED QUESTIONNAIRE REQUESTED FROM DR. KATHERINE RODEN.

**10/05/2020 5:49 PM - CLAIM Note 110**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : FAX FROM ATTY
Text: [10/05/2020 - FISCHER, SYDNEY]REQ TO EXT N&P TO 11/2 DUE TO COVID-19

**09/30/2020 3:24 PM - PHONE Note 12**
Claim/Event/Leave: 8356763
NoteSubject : AP Called
Other Subject : DOC QUEST
Text: [09/30/2020 - BROWN, ERICA]AP CALLED RE ALT FAX # OR EMAIL TO SUBMIT DOCS. LS COULD NOT CONTACT TEAM MEMBERS TO VERIFY ALT SUBMISSIONS. LS REVIEWED OTHER CLMS FROM SAME LOC AND ADV ALT DISB FAX #. AP THANKED, EC.

**09/10/2020 12:29 PM - CLAIM Note 109**
Claim/Event/Leave: 8356763
NoteSubject : LTR to Atty
Other Subject : COPY OF AP QUESTIONN
Text: [09/10/2020 - CRUZ, ERIKA]FAX SENT TO BARTLEY HAGERMAN (ATTORNEY) ADVISING OF THE QUESTIONS SENT TO DR. KATHERINE RODEN ON 7/27/20 AND 9/10/20. WE ASK FOR HIS COOPERATION IN OBTAINING THIS INFORMATION BY 10/1/20.

**09/10/2020 12:27 PM - CLAIM Note 108**
Claim/Event/Leave: 8356763
NoteSubject : LTR to AP
Other Subject : SUB. REQUEST
Text: [09/10/2020 - CRUZ, ERIKA]SUB. REQUEST FOR QUESTIONS PREVIOUSLY SENT BY PR ON 7/27/20 TO DR. KATHERINE RODEN WAS FAXED TODAY. A RESPONSE BY 9/24/20 WAS REQUESTED.

**08/18/2020 1:59 PM - CLAIM Note 107**
Claim/Event/Leave: 8356763
NoteSubject : Surveillance
Other Subject : DB SEARCH
Text: [08/18/2020 - FISCHER, SYDNEY]FACEBOOK SHOWED UPDATED PROFILE PIC 6/2020, NO OTHER FINDINGS

**08/12/2020 10:44 AM - CLAIM Note 106**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [08/12/2020 - MITCHELL, CATHERINE]INVOICE DATED 7/27/2020 FROM RRS INV # 52361-1 IN THE AMT OF $367.50 FOR PAIN MED PEER REVIEW INVOICE PAID IN FULL.

**07/30/2020 8:51 PM - CLAIM Note 105**
Claim/Event/Leave: 8356763
NoteSubject : Ref to Special Invest
Other Subject : SCORE REFERRAL
Text: 7/30/2020 - REFERRED TO SIU FOR DATABASE SEARCH. TYPE OF SERVICE(S) REQUESTED: - SOCIAL MEDIA.

**07/30/2020 2:17 PM - CLAIM Note 104**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : MGR NOTE
Text: [07/30/2020 - DIGIANDOMENICO, ROBERT]AGREE WITH DB SEARCH REQUEST

**07/30/2020 1:42 PM - CLAIM Note 103**
Claim/Event/Leave: 8356763
NoteSubject : Ref to Other
Other Subject : SOCIAL MEDIA SEARCH
Text: [07/30/2020 - CRUZ, ERIKA]PM&R PR FROM 7/27/20 INDICATED THAT CLARIFICATION IS NEEDED IF THE TM IS INDEED STILL REQUIRING AN ARM CAST AS AMPLE TIME HAS PASSED SINCE HER SURGERY. IN ORDER TO VERIFY IF SHE IS STILL USING A CAST, A SOCIAL MEDIA SEARCHIS BEING REQUESTED.

**07/30/2020 12:10 PM - CLAIM Note 102**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : INVOICE RECD
Text: [07/30/2020 - CRUZ, ERIKA]RECD INVOICE 52361-1 DATED 7/27/20 IN THE AMOUNT OF $367.50 FROM RELIABLE REVIEW SERVICES FOR PM&R PR BY DR. EMAD BEHZAD ****INVOICE REFERRED TO JAMES BEST FOR PROCESSING.

**07/30/2020 12:05 PM - CLAIM Note 101**
Claim/Event/Leave: 8356763
NoteSubject : Action Plan
Other Subject : RTW AO OCT. 2020
Text: [07/30/2020 - CRUZ, ERIKA]51YOF-PRODUCTION TEAM MEMBER AT TEMA. EDOP: 1/1/15 DOH: 6/12/2017 EE IS ELIGIBLE FOR LTD 100% ER CONTRIBUTORY 6 MONTHS OF CONT. ACTIVE EMPLOYMENT-EDOC: 12/12/17 LTD CLASS IB TO EQUAL 60% OF BME. BME: $3562.00 LTD BENEFIT AT60%: $2137.20. SSDI PENDING AT THE INITIAL LEVEL. LDW: 4/14/18 DOD: 4/15/18. LTD BBD: 10/21/18 24-MONTH OO W/ CID TO AO ON 10/21/20 PRE-X CONDITIONS INCLUDE: PSORIATIC ARTHRITIS, PROBABLE SERONEGATIVE ARTHROPATHY AND LOW BACK PAIN. AP: DR. KATHERINERODEN. BASED ON PM&R PR FROM 7/27/20, THE PRIMARY IMPAIRING DXS ARE CRPS TYPE I AND RT. UPPER LIMB AND HX OF ORIF OF RIGHT WRIST FRACTURE AFTER A FALL IN 10/2019. SUPPORTED R&LS INCLUDE: STANDING/WALKING UP TO 4 HRS AT A TIME EACH AND UP TO A TOTALOF 8 HRS. NO CARRYING/LIFTING/PUSHING AND/OR PULLING ANY AMOUNT OF WEIGHT USING THE RT. UPPER EXTREMITY. NO REACHING OVERHEAD ABOVE SHOULDER, AT WAIST/DESK LEVEL AND BELOW THE WAIST LEVEL USING THE RT. UPPER EXTREMITY. FREQUENT HANDLING, FINGERING,FEELING, GRASPING, PINCHING, GRIPPING AND/OR USE OF HAND CONTROL USING THE RT. HAND. A RESTRICTIONS FORM BY AP NOTED LIMITED LIFTING/PUSHING/PULLING UP TO 20 LBS. SHE ALSO NOTED THAT TM COULD WORK AT THE LIGHT LEVEL. BASED ON THE MR PROVIDED, TM HASONGOING FUNCTIONAL IMPAIRMENT IN THE RUE, COMPLICATED BY PRESENT OF RT. ARM CAST. CLARIFICATION IS NEEDED IF THE TM IS INDEED STILL REQUIRING AN ARM CAST AS AMPLE AMOUNT OF TIME HAS PASSED SINCE HER SURGERY. A LETTER WAS FAXED TO AP ASKING MULTIPLE QUESTIONS RE: IMPAIRING DXS, RECENT EVALUATIONS, DIAGNOSTIC TESTING, TREATMENT, ETC. A RESPONSE BY 8/10/20 WAS REQUESTED. ONCE A RESPONSE FROM AP IS RECD, IT WILL BE REFERRED TO PR FOR ADDITIONAL REVIEW. TASK SET FOR 8/10/20 TO CHECK IF A RESPONSE FROM AP WAS RECD.

**07/24/2020 12:49 PM - CLAIM Note 100**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : DUPLICATE MR
Text: [07/24/2020 - CRUZ, ERIKA]RECD DUPLICATE MR FROM TM'S ATTORNEY - NEW LEXINGTON CLINIC FROM 2/11/19-6/19/20

**07/16/2020 11:08 PM - CLAIM Note 99**
Claim/Event/Leave: 8356763
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 7/16/2020 - REFERRED TO RELIABLE REVIEW SERVICES FOR PEER REVIEW.

**07/15/2020 4:59 PM - CLAIM Note 98**
Claim/Event/Leave: 8356763
NoteSubject : Med Records Rcvd
Other Subject : FROM TM'S ATTORNEY
Text: [07/15/2020 - CRUZ, ERIKA]RECD MR SUBMITTED BY BARTLEY HAGERMAN (ATTORNEY). MR FROM DR. KATHERINE RODEN AT NEW LEXINGTON CLINIC FOR DOS: 1/15/20, 3/6/20, 3/30/20, 5/15/20 AND 6/19/20.[07/16/2020 - CRUZ, ERIKA]IN A SEPARATE DOCUMENT PGRS NOTES FROM 7/8/19, 8/5/19, 8/12/19, 8/21/19, 9/5/19, 9/23/19, 10/2/19, 10/11/19, 11/5/19, 1/3/20 + PGRS NOTES FROM 1/15/20-6/19/20.[07/16/2020 - CRUZ, ERIKA]IN A SEPARATE DOCUMENT - MR FROM 2/11/19-6/19/20 ALONG W/ LABS AND DIAGNOSTIC TEST RESULTS WERE SUBMITTED (IN DOC LIST)

**07/14/2020 6:11 PM - CLAIM Note 97**
Claim/Event/Leave: 8356763
NoteSubject : Ref to Other
Other Subject : PM&P-PAIN MGMT CP RE
Text: [07/14/2020 - CRUZ, ERIKA]CLAIM REFERRED FOR PM&R-PAIN MGMT CP REVIEW.

**07/14/2020 6:04 PM - CLAIM Note 96**
Claim/Event/Leave: 8356763
NoteSubject : Med Records Rcvd
Other Subject : LEXINGTON CLINIC
Text: [07/14/2020 - CRUZ, ERIKA]RECD MR FROM NEW LEXINGTON CLINIC. DATES OF MR RANGED FROM 6/10/19 THROUGH 5/15/20.

**07/09/2020 6:51 PM - CLAIM Note 95**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : RESTRICTIONS FORM
Text: [07/09/2020 - CRUZ, ERIKA]RECD RESTRICTIONS FORM FROM DR. KATHERIN RODEN INDICATING LIGHT CAPACITY. LIMIT LIFTING/PULLING/PUSHING UP TO 20 LBS. RESTRICTIONS IMPOSED FROM 2018-CURRENT.

**06/29/2020 12:23 PM - CLAIM Note 94**
Claim/Event/Leave: 8356763
NoteSubject : Social Security
Other Subject : INITIAL APP. FILED
Text: [06/29/2020 - CRUZ, ERIKA]RECD LETTER FROM BARTLEY K. HAGERMAN FROM MEHR, FAIRBANKS & PETERSON TRIAL LAWYERS DATED 6/26/20. ENCLOSED WAS THE RECEIPT/PROOF OF APPLICATION FOR SSDI DATED 6/25/20. LETTER INDICATES THAT THIS PROVES EE HAS APPLIED FOR SSDI AND THEREFORE, THEY EXPECT US WILL NOT DEDUCT AN ESTIMATED SSDI OFFSET. *****SSDI SCREEN UPDATED TO REFLECT INITIAL APPLICATION FILED 6/25/20.

ESTIMATED SSDI OFFSET. SSDI SCREEN UPDATED TO REFLECT INITIAL APPLICATION FILED 6/25/20.

**06/16/2020 2:52 PM - CLAIM Note 93**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [06/16/2020 - MUELLER, JACQUELINE]INVOICE RECEIVED ON 06/12/2020 AND DATED 06/12/2020 FROM VITAL CHART INVOICE# IN20200611095506685 IN THE AMOUNT OF $ 76.00 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**06/12/2020 12:30 PM - CLAIM Note 92**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : INVOICE RECD
Text: [06/12/2020 - CRUZ, ERIKA]RECD INVOICE IN20200611095506685 DATED 6/12/20 FROM VITALCHART IN THE AMOUNT OF $76.00 FOR MR REQUESTED FROM LEXINGTON CLINIC ****INVOICE REFERRED TO JAMES BEST FOR PROCESSING.

**06/10/2020 6:00 PM - CLAIM Note 91**
Claim/Event/Leave: 8356763
NoteSubject : Social Security
Other Subject : INITIAL LTR TO FILE
Text: [06/10/2020 - CRUZ, ERIKA]INITIAL LETTER TO FILE FOR SSDI AND PROVIDE PROOF OF APPLICATION W/IN 45 DAYS SENT TO TM'S ATTORNEY. ESTIMATED OFFSET WILL BE APPLIED IF PROOF OF APPLICATION IS NOT SUBMITTED BY 7/24/20.

**06/10/2020 5:59 PM - CLAIM Note 90**
Claim/Event/Leave: 8356763
NoteSubject : Notice/Proof Review
Other Subject :
Text: [06/10/2020 - CRUZ, ERIKA]REQ. FOR MR FROM 6/1/19-PRESENT AND RESTRICTIONS FORM TO BE COMPLETED BY DR. RODEN AND DR. ABBAS FAXED TO LEXINGTON CLINIC ****DUE DATE: 6/24/20. 75TH DAY N&P LETTER FAXED TO TM'S ATTORNEY TO ADVISE OF MR REQUESTED FROM AP(S). A RESPONSE BY 7/24/20 WAS REQUESTED TO AVOID SUSPENSION IN BENEFITS. TASK SET FOR 7/9/20 AND 7/24/20 TO REVIEW 30TH AND 45TH DAY N&P.

**06/10/2020 5:23 PM - CLAIM Note 89**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : LTD FORMS
Text: [06/10/2020 - CRUZ, ERIKA]RECD LTD FORMS FROM TM'S ATTORNEY: AUTH(S) CIF, CSS, AQ, FIQ, TEE. LETTER FROM ATTORNEY-BARTLEY K. HAGERMAN INDICATED THAT CERTAIN LANGUAGE WAS STRUCK FROM THE AUTHORIZATION AS IT IS NOT REASONABLY NEEDED FOR US TO ADMINISTER THIS ONGOING CLAIM FOR LTD BENEFITS.

**05/26/2020 1:40 PM - CLAIM Note 88**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : NO MR-FAM. PRACTICE
Text: [05/26/2020 - CRUZ, ERIKA]RECD RESPONSE TO REQ. FOR MR SENT TO FAMILY PRACTICE ASSOCIATES OF LEXINGTON TO INDICATE: NO RECORDS AVAILABLE FOR DOS.

**05/21/2020 12:13 PM - CLAIM Note 87**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : REJECTED REQ.
Text: [05/21/2020 - CRUZ, ERIKA]RECD CORRESPONDENCE FROM MEDICOPY IN REGARDS TO REQ. FOR MR FROM DR. NICOLE EVERMAN-KENTUCKY HEALTH. REQ. REJECTED BECAUSE THE AUTHORIZATION SUBMITTED IS FOR LIBERTY MUTUAL AND THE REQ. IS FOR LFG.

**05/19/2020 5:03 PM - CLAIM Note 86**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : NO MR-DR. P. LEUNG
Text: [05/19/2020 - CRUZ, ERIKA]RECD RETURNED REQUEST FROM DR. PATRICK LEUNG W/ HANDWRITTEN NOTE TO INDICATE: PATIENT HAS NOT BEEN SEEN SINCE 12/10/18.

**05/19/2020 4:29 PM - CLAIM Note 85**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : NO MR BLUEGRASS ORTH
Text: [05/19/2020 - CRUZ, ERIKA]RECD CORRESPONDENCE FROM MEDICOPY RE: REQUEST FOR MR FAXED TO BLUEGRASS ORTHOPAEDIC. PATIENT NOT SEEN BY PROVIDER DURING DATES REQUESTED.

**05/19/2020 12:33 PM - CLAIM Note 84**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : NO MR-LEXINGTON CLIN
Text: [05/19/2020 - CRUZ, ERIKA]RECD CORRESPONDENCE FROM VITAL CHART REGARDING MR FROM LEXINGTON CLINIC -

REJECTION NOTICE. NO RECORDS FOR DOS.

**05/12/2020 6:01 PM - CLAIM Note 83**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : LETTER FROM ATTORNEY
Text: [05/12/2020 - CRUZ, ERIKA]RECD LETTER FROM BARLEY K. HAGERMAN - MEHR, FAIRBANKS AND PETERSON TRIAL LAWYERS DATED 5/8/20 RE: LETTER OF 5/7/20. LETTER CONTAINS 2 DIFFERENT DUE DATES TO RETURN INFORMATION TO US: 6/6/20 AND 6/21/20. 6/6/20, WOULD LEAVE THEM W/ LESS THAN ONE MONTH, WHICH IS UNREASONABLE, SO THEY ASSUME THAT WE INTENDED 6/21/20 TO BE THE CORRECT DUE DATE AND WILL PROCEED W/ RELIANCE UPON THIS ASSUMPTION UNLESS ADVISED OTHERWISE W/IN THE NEXT 5 DAYS.

**05/07/2020 3:33 PM - CLAIM Note 82**
Claim/Event/Leave: 8356763
NoteSubject : Notice/Proof Review
Other Subject : DUE 7/21
Text: [05/07/2020 - ALEXANDER, CAITLIN]REQUESTED MED FROM ALL PROVIDERS 6/1/19 - PRESENT. LTD FORMS SENT TO ATTY'S OFFICE.

**05/07/2020 3:32 PM - CLAIM Note 81**
Claim/Event/Leave: 8356763
NoteSubject : LTR to AP
Other Subject : MEDICAL REQUEST
Text: [05/07/2020 - ALEXANDER, CAITLIN] CONTACTED DR. ASSOCIATES OF LEXINGTON, DR. EVERMAN, DR. HAIDER, DR. JIMENEZ, DR. TUTT, DR. DONEGAN, DR. MOBERLY, DR. KIBLER, AND DR. LEUNG FOR MEDICAL RECORDS. - REQUEST - PROVIDER - MEDICAL

**10/04/2019 8:19 AM - CLAIM Note 80**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [10/04/2019 - NAI, TIMOTHY]INVOICE RECEIVED ON 10/03/2019 AND DATED 06/07/2019 FROM RELIABLE REVIEW SERVICES. INV #38748-1 , IN THE AMOUNT OF $2887.50 FOR PEER REVIEW. INVOICE PAID IN FULL.

**07/08/2019 5:26 PM - PHONE Note 11**
Claim/Event/Leave: 8356763
NoteSubject : Other Called
Other Subject : ATTORNEY
Text: [07/08/2019 - SPROUS, TRACEY]MEHR, FAIR BANKS, & PETERSON CALLED REGARDING PAYMENT. ADVISED IS BEING SENT TO ATTORNEY VIA MAIL AND SB ISSUED AS OF 7/9/19 AS PAYMENT SET UP TODAY. THE AMT OF CHECK IS $17097.60. PROVIDED ATTORNEY WITH NEW ADCM INFORMATION ON CLAIM. CALL CONCLUDED.

**07/08/2019 11:15 AM - CLAIM Note 79**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : BENEFIT CALC
Text: [07/08/2019 - JOHNSON, KATHLEEN]SET UP SCHEDULED PAYMENT BASED ON ELIGIBILITY EFFECTIVE 06/19/18. $42,744 ANNUAL SALARY AMOUNT / 12 = $3562.00 MONTHLY PRE-DIS SALARY. THE BENEFIT IS 60% OR $2137.20. NO OFFSETS OR DEDUCTIONS.

**06/29/2019 2:32 AM - CLAIM Note 78**
Claim/Event/Leave: 8356763
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND INITIAL PAYMENT CALCULATION HAS BEEN REASSIGNED TO KATHLEEN JOHNSON.

**06/26/2019 2:29 AM - CLAIM Note 77**
Claim/Event/Leave: 8356763
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND INITIAL PAYMENT CALCULATION HAS BEEN RECEIVED AND ASSIGNED TO NANCY AUBIN.

**06/25/2019 4:45 PM - CLAIM Note 76**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : ATTORNEY
Text: [06/25/2019 - SPROUS, TRACEY]MEHR, FAIR BANKS, & PETERSON, LETTER DATED 6/25/19 TP CONFIRM RECEIPT OF APPROVAL LETTER AND INSTRUCTED THAT ALL BENEFT PAYMENTS BOTH PAST DUE AND AS WELL AS FUTURE PAYMENTS BE SENT TO ATT AND CHECKS PAYABLE TO JAIME REECE.

**06/25/2019 10:16 AM - PHONE Note 10**
Claim/Event/Leave: 8356763

NoteSubject : Called Other
Other Subject : ATTORNEY
Text: [06/25/2019 - SPROUS, TRACEY]CALLED RENA REGARDING PARTNERS CLAIM TO ADVISED ONGOING MEDICAL REVIEW HAS BEEN COMPLETED AND NO ADDITIONAL BENEFITS ARE PAYABLE BEYOND 6/24/19. RENA ADVISED PARTNER CANNOT WORK DUE TO MULTIPLE CONDITIONS, MEDICATIONS, SLEEP APENA, AND COGNTIVE ISSUES. ADVISED BASED ON MED REQ CONDITIONS ARE STABLE WITH MEDICATIONS AND PARTNER ON CPAP FOR SLEEP APENA PER MED REVIEW. RENA ADVISED PARTNER IS DEEMED DISABLED FROM SS AND VA. ADVISED RENA LTD DETERMINATION IS SEPARATE FROM WITH OWN REVIEWS. RENA ADVISED WOULD BE HARD FOR PARTNER TO WORK DUE TO COGNITIVE ISSUES. ADVISED RENA CAN APPEAL CLAIM WITH ADDITIONAL MEDICAL AND IF PARTNER HAS HAD ANY COGNTIVE TESTING CAN INCLUDED. RENA REQUESTED CLOSURE LETTER BE EMAILED ANDMAILED. ADVISED RENA MAILED LETTER YESTERDAY. ADVISED RENA CAN SEND APPEAL TO DCM. THANKED RENA FOR TIME AND CALL CONCLUDED.

**06/25/2019 2:29 AM - CLAIM Note 75**
Claim/Event/Leave: 8356763
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR INITIAL PAYMENT CALCULATION. COMMENTS: INITIAL CALCULATION

**06/24/2019 6:39 PM - CLAIM Note 74**
Claim/Event/Leave: 8356763
NoteSubject : Action Plan
Other Subject : RTW AO OCT 2020
Text: [06/24/2019 - SPROUS, TRACEY]50YOF LWD 4/14/18*DOD 4/15/18** DOH 6/12/2017**6 MTH EWP **** THIS CLAIM IS SUBJECT TO A PRE-EX INVESTIGATION. THE PRE-EX PROVISION IS 3-12, THE DOD FOR THIS CLAIMANT IS 04/15/2018, THE ELIGIBILITY DATE IS 12/12/2017, AND THE TRANSFER PROVISION IS YES. THEREFORE, MEDICAL MUST BE GATHERED AND REVIEWED FROM 09/12/2017 THROUGH THE PRESENT. ALL MEDIOCAL 12/12/2016- CURRENT PRE-X PERIOD 9/12/17-12/11/17** LTD BBD 10/21/18** 180 DAY EP OR END OF STD** 60% BME$3562.00** CID 10/20/2020** MAX DATE 9/21/2033** 100 % ER CLASS 1B** CID 10/20/2020** MAX DATE 9/21/2033** JD PRODUCTION TEAM MEMBER ** WC INJURY DENIED** AP STATING IS WORK RELATED DUE TO REPETIVE MOTION OF SHOULDER AND BACK** CLAIM DENIED FOR PRE-X OVERTURNEDIN APPEALS. 6/7/19 DR. GARY NUDELL THIS REVIEW IS FROM AN INTERNAL MEDICINE PERSPECTIVE. THE CLAIMANT IS A 50 YEAR OLD FEMALE WHO HAS A LISTED DIAGNOSIS OF CERVICALGIA. THIS REVIEW IS TO DETERMINE IF THE CLAIMANT WAS FUNCTIONALLY IMPAIRED FROM OCTOBER 21, 2018 TO PRESENT. THE CLAIMANT S DATE OF DISABILITY WAS NOTED TO BE APRIL 15, 2018. THE CLAIMANT WAS EVALUATED FOR RIGHT SHOULDER AND UPPER EXTREMITY PAIN BEGINNING IN JANUARY 2018, INITIALLY THOUGHT TO BE RELATED TO SOME WORK RELATED INJURY. WHILE THE ULTIMATE DIAGNOSIS FOR THE ONGOING SHOULDER AND ARM PAIN IS SOMEWHAT UNCLEAR, THE CLAIMANT DOES CONTINUE TO RECEIVE PHYSICAL THERAPY AND PAIN MANAGEMENT SECONDARY TO POSSIBLE IMPINGEMENT SYNDROME AND SUBSEQUENT CRPS OF THE RIGHT UPPER EXTREMITY. THERE WAS NO INDICATION THAT THIS CONDITION HAD ANY RELATION TO A DIAGNOSIS OF PSORIATIC ARTHROPATHY. THE NATURE OF ONGOING TREATMENT AND ONGOING PAIN OF THE SHOULDER/UPPER EXTREMITY WOULD SUPPORT THE RESTRICTIONS AND LIMITATIONS DESCRIBED ABOVE. THE ULTIMATE DURATION OF SUCH IMPAIRMENT IS UNCLEAR AT THIS TIME; IF THE CLAIMANT ULTIMATELY HAS IMPROVEMENT WITH ONGOING PHYSICAL THERAPY, IT IS POSSIBLE THAT THE DOCUMENTED RESTRICTIONS/LIMITATIONS COULD BE ADJUSTED; FURTHER ASSESSMENT OVER THE NEXT 6 MONTHS WOULD BE INDICATED** ACTION 6/24/19 CLAIM REOPENED AND BENEFITS PAID TO ATTORNEY** APPROVAL LETTER FAXED TO ATTORNEY** CONTINUE 90 DAY MEDICAL UPDATES** TM TD OO THROUGH DEC 2019**

**06/24/2019 6:34 PM - CLAIM Note 73**
Claim/Event/Leave: 8356763
NoteSubject : LTR to Atty
Other Subject : APPROVAL
Text: [06/24/2019 - SPROUS, TRACEY]MAILED LTD APPROVAL LETTER TO EE

**06/24/2019 5:52 PM - CLAIM Note 72**
Claim/Event/Leave: 8356763
NoteSubject : Ref to Other
Other Subject : PS
Text: [06/24/2019 - SPROUS, TRACEY]REFERRAL TO PS FOR IBC DUE TO CLAIM REOPEN ON APPEAL

**06/24/2019 5:47 PM - CLAIM Note 71**
Claim/Event/Leave: 8356763
NoteSubject : Reopen
Other Subject : MANAGER REVIEW
Text: [06/24/2019 - SANTIBANEZ, ELENA]CLAIM REOPENED.

**06/24/2019 1:02 PM - CLAIM Note 70**
Claim/Event/Leave: 8356763
NoteSubject : Appeal
Other Subject : OUT/OT
Text: [06/24/2019 - MACALLISTER, LISA]APPEAL DETERMINATION BASED ON A PEER REVIEW. CONCLUSION: NOT PRE-X RIGHT SHOULDER PAIN/IMPINGEMENT CRPS PSORIATIC ARTHRITIS PRE-X- THIS CONDITION WAS TREATED AND ADDRESSED DURING THE PRE-EXISTING CONDITION TIMEFRAME. LOW BACK PAIN. R&LS: AVOIDANCE OF OVERHEAD LIFTING. LIFTING/PUSHING/PULLING UP TO 10 POUNDS OF WEIGHT WITH THE RIGHT UPPER EXTREMITY TO WAIST LEVEL ONLY (NO RESTRICTIONS WITH THE LEFT UPPER EXTREMITY). NO RESTRICTIONS IN RELATION TO STANDING, AMBULATING, AND/OR SITTING. NO RESTRICTIONS WITH FINE MOTOR/GROSS HAND MOVEMENTS ACTIVITY OF THE UPPER EXTREMITIES. NO RESTRICTIONS IN RELATION TO BENDING, KNEELING, AND/OR SQUATTING. THE CLAIMANT WOULD BE ABLE TO PERFORM FULL TIME WORK ACTIVITY WITH THESE RESTRICTIONS/LIMITATIONS FROM OCTOBER 21, 2018 TO

ABLE TO PERFORM FULL-TIME WORK ACTIVITY WITH THESE RESTRICTIONS/LIMITATIONS FROM OCTOBER 21, 2018 TO PRESENT. **LETTER TO ATTY/ER.

**06/14/2019 2:43 PM - CLAIM Note 69**
Claim/Event/Leave: 8356763
NoteSubject : Appeal
Other Subject : REVIEW
Text: [06/14/2019 - SNEIRSON, KARILANN]AGREE

**06/12/2019 6:06 PM - CLAIM Note 68**
Claim/Event/Leave: 8356763
NoteSubject : Appeal
Other Subject : STATUS
Text: [06/12/2019 - MACALLISTER, LISA]REFERRED TO MANAGER

**06/10/2019 2:54 PM - CLAIM Note 67**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : INVOICE RECD
Text: [06/10/2019 - MACALLISTER, LISA]INVOICE NUMBER : 38748-1 RECD FROM RRS***FWD TO PAYMENT UNIT FOR PROCESSING.

**06/06/2019 1:24 PM - CLAIM Note 66**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : VENDOR RESPONSE
Text: [06/06/2019 - MACALLISTER, LISA]I WANTED TO LET YOU KNOW THIS CASE IS DELAYED AS I HAVE A CLARIFICATION OUT TO THE REVIEWER. SANDI COLLINS, RN, BSN

**05/25/2019 2:29 AM - CLAIM Note 65**
Claim/Event/Leave: 8356763
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 5/24/2019 - REFERRED TO RELIABLE REVIEW SERVICES FOR PEER REVIEW.

**05/24/2019 2:32 PM - CLAIM Note 64**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : COPY JOB
Text: [05/24/2019 - PILAR, SARAH]COPY OF DOC LIST SENT TO RRS VIA CITRIX SHAREFILE.

**05/21/2019 12:29 PM - CLAIM Note 63**
Claim/Event/Leave: 8356763
NoteSubject : Appeal
Other Subject : STATUS
Text: [05/21/2019 - MACALLISTER, LISA]REFERRED TO CP FOR PRE-X REVIEW**DELAY LETTER TO EE.[05/21/2019 - MACALLISTER, LISA]CORRECTION LETTER FAXED TO ATTY

**05/16/2019 10:42 AM - CLAIM Note 62**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : ER
Text: [05/16/2019 - SPROUS, TRACEY]APPEAL STATUS SENT TO BETH RENFRO (TMMK) <BETH.RENFRO@TOYOTA.COM> TO ADVISE MS. REECE FILED AN APPEAL AND WAS REFERRED ON 4/16/19. CURRENTLY, THE CLAIM IS UNDER APPEAL REVIEW

**04/21/2019 9:55 PM - CLAIM Note 61**
Claim/Event/Leave: 8356763
NoteSubject : Appeal
Other Subject : ARC ASSIGNMENT
Text: [04/21/2019 - PRESTON, SHERRY]PRESCREEN COMPLETE. FI ERISA LTD CLAIM FILED 6/18/18. AUTH/JD IN DOC LIST. DIS TYPE CODING CORRECT. APPEAL CODING CORRECT. DENIED -PRE-EXISTING CONDITION - LETTER ISSUED 10/29/18. 180 DAY APPEAL TIMEFRAME. APPEAL DUE 4/26/19. *** NOTIFICATION OF ATTY REP (W/AUTH) RECD IN FEB 2019-DCM SENT ACK INTENT TO APPEAL LTR TO ATTY W/APPEAL DEADLINE OF 8/6/19. ATTY CLARIFIED CORRECT APPEAL DATE OF 4/26/19. ***APPEAL LETTER FROM ATTY W/MEDICAL DOCUMENTATION WAS DATED 4/12/19 AND RECD 4/16/19. SENT APPEAL ACK LTR TO ATTY W/CC TO ER CONTACTS. ASSIGNED TO LISA MACALLISTER.

**04/18/2019 7:29 AM - CLAIM Note 60**
Claim/Event/Leave: 8356763
NoteSubject : Appeal
Other Subject : REFERRAL RECD
Text: [04/18/2019 - PRESTON, SHERRY]ASSIGNED TO SHERRY PRESTON

**04/18/2019 2:30 AM - CLAIM Note 59**
Claim/Event/Leave: 8356763
NoteSubject : Ref to Appeals

Other Subject : SCORE REFERRAL
Text: 4/17/2019 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**04/17/2019 6:01 PM - CLAIM Note 58**
Claim/Event/Leave: 8356763
NoteSubject : Ref to Appeals
Other Subject : ARU
Text: [04/17/2019 - SPROUS, TRACEY]ARU REFERRAL

**04/17/2019 5:51 PM - CLAIM Note 57**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [04/17/2019 - SANTIBANEZ, ELENA]AGREE WITH ARU REFERRAL.

**04/16/2019 7:26 PM - CLAIM Note 56**
Claim/Event/Leave: 8356763
NoteSubject : Ref to Other
Other Subject : ARU
Text: [04/16/2019 - SPROUS, TRACEY]50YOF LWD 4/14/18*DOD 4/15/18** * JD PRODUCTION TEAM MEMBER ** MDS REVIEW 10/29/18 BASED ON MEDICAL EVIDENCE THE DISABLING DIAGNOSES ARE PSORIATIC ARTHRITIS (A FORM OF ARTHRITIS THAT AFFECTS SOME PEOPLE WHO HAVE THE SKIN CONDITION PSORIASIS), RIGHT SHOULDER PAIN, CNS DEMYELINATION AND FATIGUE. WITH THE CURRENT RECORDS, TM TREATEDFOR THE DIAGNOSIS OF PSORIATIC ARTHROPATHY/PSORIATIC ARTHRITIS BETWEEN THE DATES OF 9/12/17 THROUGH 12/11/17. CLAIM DENIED FOR PRE-X CONDITON 10/11/18. APPEAL RECEIVED 4/16/19 FROM ATTORNEY MEHR FAIRBANKS, DCM RECOMMENDS REFERRAL TO ARU. REFER TO MGR1 FOR REVIEW.

**04/16/2019 7:22 PM - CLAIM Note 55**
Claim/Event/Leave: 8356763
NoteSubject : Appeal
Other Subject : MEHR FAIRBANKS
Text: [04/16/2019 - SPROUS, TRACEY]APPEAL DOCUMENTS FROM ATTORNEY MEHR FAIRBANKS, MEDICAL, LETTERS, PHARMACY RECORDS, AND APPEAL LETTER.

**04/12/2019 5:33 PM - PHONE Note 9**
Claim/Event/Leave: 8356763
NoteSubject : Called Other
Other Subject : ATTORNEY
Text: [04/12/2019 - SPROUS, TRACEY]CALLED ATTORNEY OFFICE AND LEFT VM TO ADVISE RECEIVED APPEAL LETTER WITH NO ATTACHED MEDICAL DOCUMENTATION AND RECEIVED 6PG LETTER. LEFT CALL BACK NUMBER TO CONFIRM IF WILL BE FOWARDING MEDICAL FOR REVIEW. MESSAGE CONCLUDED.

**04/12/2019 5:28 PM - CLAIM Note 54**
Claim/Event/Leave: 8356763
NoteSubject : Appeal
Other Subject : ATTORNEY
Text: [04/12/2019 - SPROUS, TRACEY]CORRESPONDENCE FROM ATTORNEY 4/12/19 LETTER REGARDING APPEAL. NO DOCUMENTS WERE ATTACHED

**02/12/2019 11:53 AM - CLAIM Note 53**
Claim/Event/Leave: 8356763
NoteSubject : Appeal
Other Subject : COPY OF FILE
Text: [02/12/2019 - SPROUS, TRACEY]1Z24896X0298531178. UPS SENT COPY OF FILE TO ATTORNEY BARTLEY K HAGERMAN AT MEHR, FAIRBANKS, & PETERSON LAW FIRM,

**02/12/2019 11:05 AM - CLAIM Note 52**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : COPY JOB
Text: [02/12/2019 - PILAR, SARAH]COMPLETE COPY OF CLAIM ON THUMB DRIVE SENT TO ATTY VIA UPS 2ND DAY 1Z24896X0298531178.

**02/08/2019 5:22 PM - CLAIM Note 51**
Claim/Event/Leave: 8356763
NoteSubject : LTR to Atty
Other Subject : APPEAL DEADLINE
Text: [02/08/2019 - SPROUS, TRACEY]FAXED LETTER TO EE TO ADVISE APPEAL DEADLINE IS 4/26/19 WHICH IS 180 CALENDAR DAYS.

**02/08/2019 5:13 PM - CLAIM Note 50**
Claim/Event/Leave: 8356763
NoteSubject : Appeal
Other Subject : ATTORNEY

Text: [02/08/2019 - SPROUS, TRACEY]ATTORNEY REPRESENTATION LETTER FOR APPEAL MEHR, FAIRBANKS & PETERSON

**02/08/2019 5:08 PM - CLAIM Note 49**
Claim/Event/Leave: 8356763
NoteSubject : Ref to Other
Other Subject : CLAIMS
Text: [02/08/2019 - SPROUS, TRACEY]E-MAIILED CLAIMSHOADMIN <CLAIMSHOADMIN@LFG.COM> TO SEND COMPLETE COPY OF FILE TO ATTORNEY FOR APPEAL

**02/08/2019 3:57 PM - CLAIM Note 48**
Claim/Event/Leave: 8356763
NoteSubject : Appeal
Other Subject : ATTORNEY
Text: [02/08/2019 - SPROUS, TRACEY]ATTORNEY REQUEST FOR FILE FOR APPEAL

**02/07/2019 4:10 PM - CLAIM Note 47**
Claim/Event/Leave: 8356763
NoteSubject : LTR to Atty
Other Subject : MEHR, FAIRBANKS,
Text: [02/07/2019 - SPROUS, TRACEY]FAXED INTENT TO APPEAL LETTER TO EE BARTLEY K HAGERMAN ATTORNEY.

**02/07/2019 4:03 PM - CLAIM Note 46**
Claim/Event/Leave: 8356763
NoteSubject : Appeal
Other Subject : INTENT LETTER
Text: [02/07/2019 - SPROUS, TRACEY]ATTORNEY LETTER INTENT TO APPEAL FROM BARTLEY K HAGERMAN WITH MEHR FAIRBANKS 2/7/19 WITH REPRESENTATION TO CLIENT

**02/07/2019 3:12 PM - CLAIM Note 45**
Claim/Event/Leave: 8356763
NoteSubject : Appeal
Other Subject : BARTLEY K HAGERMAN
Text: [02/07/2019 - SPROUS, TRACEY]APPEAL ATTORNEY REPRESENTATION BARTLEY K HAGERMAN ADVISED 5 PAGES ATTACHED BUT ONLY RECEIVED COVER PAGE. CALLED ATTORNEY OFFICE TO ADVISE DID NOT RECIEVE ALL PAGES AND PROVIDED FAX NUMBER TO RESEND AND CALL NUMBER. CALL CONCLUDED.

**12/19/2018 1:41 PM - CLAIM Note 44**
Claim/Event/Leave: 8356763
NoteSubject : Appeal
Other Subject : ATTTORNEY
Text: [12/19/2018 - SPROUS, TRACEY]REPRESENTATION FORM SENT FROM ,MEHR, FAIRBANKS, & PETERSON

**12/19/2018 12:13 PM - CLAIM Note 43**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : UPS
Text: [12/19/2018 - SPROUS, TRACEY]1Z8166380294272102 UPS TRACKING NUMBER

**12/13/2018 5:28 PM - CLAIM Note 42**
Claim/Event/Leave: 8356763
NoteSubject : Appeal
Other Subject : ATTORNEY
Text: [12/13/2018 - SPROUS, TRACEY]ATTORNEY REPRESENTATION LETTER RECEIVED FROM MEHR, FAIRBANKS, & PETERSON FOR CLAIM FILE

**11/28/2018 2:55 PM - CLAIM Note 41**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : DR. ABBAS HALDER
Text: [11/28/2018 - SPROUS, TRACEY]MEDICAL REQUESTS SB MAILED TO LEXINGTON CLINIC ROI 1221 SOUTH BROADWAY LEXINGTON , KY 40504

**11/14/2018 6:11 PM - CLAIM Note 40**
Claim/Event/Leave: 8356763
NoteSubject : Med Records Rcvd
Other Subject : INHIRA BISONO-JIMENE
Text: [11/14/2018 - SPROUS, TRACEY]6/11/18-9/17/18 MEDICAL RECORDS

**11/08/2018 7:49 PM - CLAIM Note 39**
Claim/Event/Leave: 8356763
NoteSubject : Med Records Rcvd
Other Subject : DR. MATTHEW TUTT
Text: [11/08/2018 - SPROUS, TRACEY]INV MEDCOPY $39.16 PD INV#12463058** 5/13/18-5/14/18 TX NOTES

**10/30/2018 11:51 AM - PHONE Note 8**

**10/30/2018 11:31 AM - PHONE Note 8**
Claim/Event/Leave: 8356763
NoteSubject : Called EE
Other Subject : CLAIM DENIAL
Text: [10/30/2018 - SPROUS, TRACEY]CALLED TM TO ADVISE COMPLETED REVIEW OF THE LTD CLAIM AND CONDITIONS ARE PRE-EXISITING. THEREFORE CLAIM IS NOT PAYABLE. TM ADVISED HAD SHOULDER INJURY. ADVISED TM SHOULDER AND BACK PAIN WAS FOUND TO BE TREATED DURING THEPRE-X PERIOD. TM ADVISED SHOULDER PAIN WAS OVER A PERIOD OF TIME OF REPETITIVE MOTION AND NOT RELATED TO DX OF PSORIATIC ARTHRITIS. TM ADVISED HAS AN ATTORNEY AND WILL HAVE ATTORNEY REVIEW CLAIM. ADVISED TM MAILED LETTER AND HAS AN 180 DAY TO APPEAL CLAIM. THANKED TM FOR TIME AND CALL CONCLUDED.

**10/29/2018 8:40 PM - CLAIM Note 38**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : INV PAYMENT
Text: [10/29/2018 - SPROUS, TRACEY]INV#0258330622 $52.89 MEDICAL RECORDS PD TO CIOX FOR KENTUCKY RHEUMATOLOGY ASSOC

**10/29/2018 6:52 PM - CLAIM Note 37**
Claim/Event/Leave: 8356763
NoteSubject : LTR to EE
Other Subject : DENIAL
Text: [10/29/2018 - SPROUS, TRACEY]MAILED PRE-X DENIAL LETTER

**10/29/2018 6:45 PM - CLAIM Note 36**
Claim/Event/Leave: 8356763
NoteSubject : Denied
Other Subject : MGR REVIEW
Text: [10/29/2018 - DIGIANDOMENICO, ROBERT]AGREE WITH DETERMINATION RATIONALE TO DENY LTD CLAIM DUE TO PRE X EXCLUSION AS MDS REVIEW PERFORMED REVEALS THAT CLMT WAS TREATED IN PRE X PERIOD IDENTIFIED FOR REPORTED DISABLING CONDITIONS -DENIAL LTR REVIEWED

**10/29/2018 6:41 PM - CLAIM Note 35**
Claim/Event/Leave: 8356763
NoteSubject : Med Records Rcvd
Other Subject : DR. ABBAS HAIDER
Text: [10/29/2018 - SPROUS, TRACEY]INV#12460734 $39.16 MEDICAL RECORDS J. REECE DOB PD TO DR. HAIDER MEDICAL RECORDS 10/10/18 TX NOTE

**10/29/2018 6:02 PM - CLAIM Note 34**
Claim/Event/Leave: 8356763
NoteSubject : Denied
Other Subject : PRE -X
Text: [10/29/2018 - SPROUS, TRACEY]50YOF LWD 4/14/18*DOD 4/15/18** DOH 6/12/2017**6 MTH EWP **** THIS CLAIM IS SUBJECT TO A PRE-EX INVESTIGATION. THE PRE-EX PROVISION IS 3-12, THE DOD FOR THIS CLAIMANT IS 04/15/2018, THE ELIGIBILITY DATE IS 12/12/2017, AND THE TRANSFER PROVISION IS YES. THEREFORE, MEDICAL MUST BE GATHERED AND REVIEWED FROM 09/12/2017 THROUGH THE PRESENT. ALL MEDIOCAL 12/12/2016- CURRENT PRE-X PERIOD 9/12/17-12/11/17** LTD BBD 10/21/18** 180 DAY EP OR END OF STD** 60% BME$3562.00** CID 10/20/2020** MAX DATE 9/21/2033** 100 % ER CLASS 1B** CID 10/20/2020** MAX DATE 9/21/2033** JD PRODUCTION TEAM MEMBER ** WC INJURY DENIED** AP STATING IS WORK RELATED DUE TO REPETIVE MOTION OF SHOULDER AND BACK. DOD 4/15/18 TM WAS ON RESTRICTIONSAT WORK. TM SENT HOME 4/15/18** TM ATTENDING PT WEEKLY AND THERAPY AT HOME EVERY DAY** NO REFERRAL FOR PAIN MGMT** NERVE PAIN *** NO PHYSICAL LABOR** BLOWING HAIR IS DIFFICULT** DRIVING BRINGS DISCOMFORT, CAUTIOUS OF ACTVITY LEVEL** ARTHRITIS JOINTRELATED ** RX ARTHRITIS** THIS CLAIM IS SUBJECT TO A PRE-EX INVESTIGATION. THE PRE-EX PROVISION IS 3-12, THE DOD FOR THIS CLAIMANT IS 04/15/2018, THE ELIGIBILITY DATE IS 12/12/2017, AND THE TRANSFER PROVISION IS YES. THEREFORE, MEDICAL MUST BE GATHERED AND REVIEWED FROM 09/12/2017 THROUGH THE PRESENT** ALL MEDICAL 12/12/2016- CURRENT PRE-X PERIOD 9/12/17-12/11/17** LTD 10/21/18** STD MAXES 10/20/18** NO OTHER INCOME OR EMPLOYMENT** MARRIED SPOUSE DOB 5/19/1970** 2 DEPENDENTS**MDS REVIEW 10/29/18 BASED ON MEDICAL EVIDENCE THE DISABLING DIAGNOSES ARE PSORIATIC ARTHRITIS (A FORM OF ARTHRITIS THAT AFFECTS SOME PEOPLE WHO HAVE THE SKIN CONDITION PSORIASIS), RIGHT SHOULDER PAIN, CNS DEMYELINATION AND FATIGUE. WITH THE CURRENT RECORDS, TM TREATEDFOR THE DIAGNOSIS OF PSORIATIC ARTHROPATHY/PSORIATIC ARTHRITIS BETWEEN THE DATES OF 9/12/17 THROUGH 12/11/17. YOU WERE TREATED BY SUSAN MOBERLY (RHEUMATOLOGY) AND WAS TREATED WITH PREDNISONE (STEROID), METHOTREXATE (IMMUNOSUPPRESSIVE). DCM RECOMMENDS DENIAL OF CLAIM FOR PRE X REFER TO MGR 1 FOR REVIEW.

**10/29/2018 5:33 PM - MDS Note**
Claim/Leave: 8356763
Episode #: 1
Nurse Name: MILLAY, JULIA
Service #: 16672011
Service Date: 10/29/2018
Activity: PHONE CONTACT, CLAIMS
Contact Information: CLAIMS, TRACEY, SPROUS
Note Type: INFORMATION OBTAINED DESC
Text: NCM RECEIVED CONFIRMATION FROM THE DCM THAT NO FURTHER NCM ACTION IS NEEDED, FILE REMOVED FROM NCM ASSIGNMENT.

**10/29/2018 3:00 PM - MDS Note**
Claim/Leave: 8356763
Episode #: 1
Nurse Name: MILLAY, JULIA
Service #: 16671886
Service Date: 10/29/2018
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, TRACEY, SPROUS
Note Type: ASSESSMENT DESCRIPTION
Text: -CONTINUED-THE CLMT SEEN BY NEUROLOGY MEGAN COLLETT APRN FOR A CONSULT IN REGARDS TO CERVICAL RADICULOPATHY AND MULTIPLE SCLEROSIS EVALUATION (A DISEASE IN WHICH THE IMMUNE SYSTEM EATS AWAY AT THE PROTECTIVE COVERING OF NERVES). THE ASSESSMENT WAS CNS DEMYELINATION, BLURRED VISION, FATIGUE AND NUMBNESS. THE APRN INDICATES FURTHER WORKUP IS NEEDED. 6/20/18 MRI OF THE BRAIN FEW SCATTERED NONSPECIFIC WHITER MATTER CHANGES. CLMT SEEN ON 8/20/18 WITH DR. KEITH APPLEGATE, DIAGNOSES OF ACUTE PHARYNGITIS (INFLAMMATION OF THE THROAT) AND PSORIATIC ARTHRITIS. BASED ON MEDICAL EVIDENCE THE DISABLING DIAGNOSES ARE PSORIATIC ARTHRITIS (A FORM OF ARTHRITIS THAT AFFECTS SOME PEOPLE WHO HAVE THE SKIN CONDITION PSORIASIS), RIGHT SHOULDER PAIN, CNS DEMYELINATION AND FATIGUE. WITH THE CURRENT RECORDS THE CLMT DID TREAT FOR THE DIAGNOSIS OF PSORIATIC ARTHROPATHY/PSORIATIC ARTHRITIS BETWEEN THE DATES OF 9/12/17 THROUGH 12/11/17. THE CLMT WAS TREATED BY SUSAN MOBERLY (RHEUMATOLOGY) AND WAS TREATED WITH PREDNISONE (STEROID), METHOTREXATE (IMMUNOSUPPRESSIVE). DCM NOTIFIED.

**10/29/2018 3:00 PM - MDS Note**
Claim/Leave: 8356763
Episode #: 1
Nurse Name: MILLAY, JULIA
Service #: 16671886
Service Date: 10/29/2018
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, TRACEY, SPROUS
Note Type: INFORMATION OBTAINED DESC
Text: CLMT SEEN ON 9/14/17 WITH DORIS ADAMS APRN (FAMILY PRACTICE) FOR ACUTE BILATERAL LOW BACK PAIN WITH LEFT SIDED SCIATICA (NERVE PAIN-M54.42). THE CLMT SEEN ON 9/18/17 FOR PULLED BACK, LOWER BACK PAIN. CLMT STATES THAT HER BACK IS DOING BETTER. NO EXAM THEASSESSMENT WAS ALTERATION IN COMFORT. 9/18/17 THERAPY NOTE CLMT SEEN FOR LOW BACK PAIN. CLMT SEEN ON 11/17/17 WITH SUSANNA MOBERLY APRN (RHEUMATOLOGY), SEEN FOR NEW JOINT STIFFNESS AND PAIN. THE CLMT REPORTING MULTIPLE RECURRING JOINT PAIN AND TENDERNESS,HISTORY OF PSORIASIS (A CONDITION IN WHICH SKIN CELLS BUILD UP AND FORM SCALES AND ITCHY, DRY PATCHES), RIGHT HIP PAIN, STIFFNESS, TENDERNESS, THE ASSESSMENT WAS MULTIPLE JOINT PAIN CHRONIC AND RECURRING JOINT PAIN AND TENDERNESS WITH FLARES MORE ON THERIGHT SIDE THAN ON THE LEFT AND PSORIASIS WITH ARTHROPATHY (DISEASE OF THE JOINTS). MEDICATIONS WERE ANTI-INFLAMMATORY AND STEROID. 11/17/17 LABS SHOWING NEGATIVE ANA, RA NORMAL, SED RATE AND CRP NORMAL (INFLAMMATORY MARKERS). THE CLMT WAS REFERRED TO DR. DONAGAN. THE CLMT HAS UNDERGONE CERVICAL X-RAYS, MRI OF THE RIGHT SHOULDER AND EMG. CLMT SEEN ON 4/12/18 WITH DEBRA SCHILDER PA-C FOR RIGHT SHOULDER, RIGHT WRIST AND NECK. THE CLMT REPORTS THAT THE RIGHT SHOULDER IS STILL HURTING A LOT. PAIN IN THE RIGHT ANTERIOR SHOULDER AND ABOVE THE CLAVICLE AS WELL. THE ASSESSMENT WAS NECK AND RIGHT SHOULDER PAIN, MEDICAL EPICONDYLITIS OF THE RIGHT ELBOW, ACUTE RIGHT WRIST PAIN AND ACUTE RIGHT NEURITIS (NERVE INFLAMMATION) OF THE UPPER EXTREMITY. THE CLMT SEEN BY DR. RYAN DONEGAN (ORTHOPEDIC), THE ASSESSMENT WAS SHOULDER PAIN WITHOUT AN OBVIOUS SOURCE. THE AP REPORTS THAT THE CLMT HAS HAD AN INJECTION THAT HAS GIVEN HER NO RELIEF. THE AP TO REFER TO EITHER DR. SAJADI OR DR. WILKES. THE AP REPORTS HE HAS NOTHING FURTHER TO ADD. THE RESTRICTIONS GIVEN WERE NO USE OF THE RIGHT UPPER EXTREMITY. OFF WORK UNTIL THE NEXT OFFICE VISIT. -CONTINUED-

**10/24/2018 7:49 PM - CLAIM Note 33**
Claim/Event/Leave: 8356763
NoteSubject : Ref to Managed Care
Other Subject : MDS
Text: [10/24/2018 - SPROUS, TRACEY]PLEASE INDICATE WHAT THE DISABLING DIAGNOSIS IS IF ANY, AND ADDRESS IF CLMT RECEIVED TREATMENT FOR IT DURING THE PRE-X PERIOD OF 9/12/17-12/11/17 *** IF CLMT DID NOT RECEIVE TREATMENT DURING THE PRE-X PERIOD PLEASE OUTLINE SPECIFIC R/L S AS REASONABLE** PRE-EXISTING CONDITION EXCLUSION(S) THIS POLICY WILL NOT COVER ANY DISABILITY OR PARTIAL DISABILITY: 1. WHICH IS CAUSED OR CONTRIBUTED TO BY, OR RESULTS FROM, A PRE-EXISTING CONDITION; AND 2. WHICH BEGINS INTHE FIRST 12 MONTHS IMMEDIATELY AFTER THE COVERED PERSON'S EFFECTIVE DATE OF COVERAGE PRE-EXISTING CONDITION MEANS A CONDITION RESULTING FROM AN INJURY OR SICKNESS FOR WHICH THE COVERED PERSON IS DIAGNOSED OR RECEIVED TREATMENT WITHIN THREE MONTHS PRIOR TO THE COVERED PERSON'S EFFECTIVE DATE OF COVERAGE. FOR EMPLOYEES WHO INCREASE THEIR COVERAGE OPTION DURING AN ANNUAL ENROLLMENT: THIS POLICY WILL NOT COVER ANY INCREASE IN AMOUNT OF COVERAGE FOR ANY DISABILITY OR PARTIAL DISABILITY: 1. WHICH IS CAUSED OR CONTRIBUTED TO BY, OR RESULTS FROM, A PRE-EXISTING CONDITION; AND 2. WHICH BEGINS IN THE FIRST 12 MONTHS IMMEDIATELY AFTER THE COVERED PERSON'S EFFECTIVE DATE OF INCREASED COVERAGE. PRE-EXISTING CONDITION MEANS ACONDITION RESULTING FROM AN INJURY OR SICKNESS FOR WHICH THE COVERED PERSON IS DIAGNOSED OR RECEIVED TREATMENT WITHIN THREE MONTHS PRIOR TO THE COVERED PERSON'S EFFECTIVE DATE OF INCREASED COVERAGE

**10/24/2018 7:47 PM - CLAIM Note 32**
Claim/Event/Leave: 8356763
NoteSubject : Med Records Rcvd
Other Subject : WALMART PHARMACY
Text: [10/24/2018 - SPROUS, TRACEY]5/17/16-10/15/18 PHARMACY RECORDS

Text: [10/24/2018 - SPROUS, TRACEY]5/17/16-10/15/18 PHARMACY RECORDS

**10/23/2018 11:21 AM - PHONE Note 7**
Claim/Event/Leave: 8356763
NoteSubject : Called EE
Other Subject : CLAIM
Text: [10/23/2018 - SPROUS, TRACEY]RETURNED CALL TO TM TO ADVISE CLAIM IS PENDING WALMART PHARMACY RECORDS. TM WILL FAX OVER PHARMACY RECORDS. ONCE RECEIVED WILL REFER FOR MEDICAL REVIEW. TM IS HAVING BONE TEST. FUP ON 11/12/18 AND 11/15/18. ADVISED TM DIDRECEIVE LTD FORMS AS WELL. THANKED TM FOR TIME AND CALL CONCLUDED.

**10/22/2018 6:46 PM - CLAIM Note 31**
Claim/Event/Leave: 8356763
NoteSubject : Med Records Rcvd
Other Subject : LEXINGTON CLINIC
Text: [10/22/2018 - SPROUS, TRACEY]11/11/17-10/10/18 MEDICAL RECORDS LEXINGTON CLINIC

**10/20/2018 12:30 PM - CLAIM Note 30**
Claim/Event/Leave: 8356763
NoteSubject : LTR to AP
Other Subject : DR. TUTT
Text: [10/20/2018 - SPROUS, TRACEY]MAILED MED REQ TO DR. TUTT TO LEXINGTON CLINIC FOR MR DATED 9/12/2017 AS WELL NOT ACCEPT FAXED MEDICAL REQUESTS

**10/20/2018 12:26 PM - CLAIM Note 29**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : DR. TUTT
Text: [10/20/2018 - SPROUS, TRACEY]AP RESPONSE TO ADVISE WILL NOT ACCEPT FAXED MED REQ MUST BE MAILED TO LEXINGTON CLINIC

**10/20/2018 12:15 PM - CLAIM Note 28**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : DR JIMINEZ
Text: [10/20/2018 - SPROUS, TRACEY]6/11/2018-9/17/18 MEDICAL RECORDS KY ONE RA ASSOC

**10/17/2018 5:19 PM - CLAIM Note 27**
Claim/Event/Leave: 8356763
NoteSubject : LTR to AP
Other Subject : MULTIPLE
Text: [10/17/2018 - IXEHUALT, DAISY]REQ MR FROM AP TUTT, AND AP JIMENEZ FROM 9/12/17 THROUGH PRESENT. DUE BY 10/31/18.

**10/17/2018 5:19 PM - CLAIM Note 26**
Claim/Event/Leave: 8356763
NoteSubject : LTR to AP
Other Subject : MEDICAL REQUEST
Text: [10/17/2018 - IXEHUALT, DAISY] CONTACTED DR. JIMENEZ, AND DR. TUTT FOR MEDICAL RECORDS. - REQUEST - PROVIDER - MEDICAL

**10/17/2018 1:10 PM - PHONE Note 6**
Claim/Event/Leave: 8356763
NoteSubject : Called EE
Other Subject : MEDICAL
Text: [10/17/2018 - SPROUS, TRACEY]RETURNED CALL TO TM LEFT MESSAGE TO ADVISE CAN SEND MEDICAL INFORMATION VIA FAX OR EMAIL. PROVIDED TM WITH INFORMATION MESSAGE CONCLUDED.

**10/16/2018 7:06 PM - CLAIM Note 25**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : FORMS RCVD
Text: [10/16/2018 - KELLEY, CHRISTINE]AQ,CIF, RA, AUTH, CSS, FIQ, TEE, COPY DL, WC INFO FORMS RCVD FROM EE

**10/12/2018 4:24 PM - PHONE Note 5**
Claim/Event/Leave: 8356763
NoteSubject : EE Called
Other Subject : MEDICAL
Text: [10/12/2018 - SPROUS, TRACEY]TM LEFT MESSAGE TO ADVISE FUP WITH LEXINGTON AND WILL FUP WITH DR. DONEGAN ON MONDAY. TM REQUSTED DCM CALL WHEN MEDICAL RECEIVED. MESSAGE CONCLUDED.

**10/12/2018 3:52 PM - CLAIM Note 24**
Claim/Event/Leave: 8356763
NoteSubject : LTR to AP
Other Subiect : DR. ABBAS

Text: [10/12/2018 - SPROUS, TRACEY]MAILED LETTER TO LEXINGTON CLNIC FOR MR DATED 10/10/18- CURRENT

**10/12/2018 3:31 PM - PHONE Note 4**
Claim/Event/Leave: 8356763
NoteSubject : Called EE
Other Subject : FTPP DENIAL
Text: [10/12/2018 - SPROUS, TRACEY]CALLED TM TO ADVISE OF CLAIM DENIAL. ADVISED TM STILL NEEDED LTD FORM AND MEDICAL DATED 12/12/16- CURRENT FROM WALMART PHARMACY, DR. DONEGAN, DR. KIBLER. EE MAILED AND FAXED FORMS ON MONDAY 10/8/18. TM HAS NEW PROVIDER AND INCLUDED ON CIF. FOV 10/10/18 DR. ABDAS WITH LEXINGTON CLINIC** ADVISED TM CLINIC DOES NOT ACCEPT FAXED MED REQUESTS AND HAS TO BE MAILED. TM WILL BE REFERRED TO PMR AT LEXINGTON CLINIC APPT IS 10/15/18. TM WILL FUP WITH DCM WITH NAME OF PROVIDERAFTER APPT. TM HAS A NEW DX CRPS TYPE 1 CHRONIC REGIONAL PAIN SYNDROME. ADVISED TM MAILED DENIAL LETTER OF PENDED INFORMATION AND HAS 180 DAYS TO ENSURE ADDITIONAL INFORMATION IS SUBMITTED AND WILL CONTINUE TO RVIEW CLAIM. TM WILL FUP FOR PENDED INFORMATION. TM ADVISED DID NOT SEE DR. DONEGAN OR KIBLER IN 2016, ADVISED TM THE PRE X PERIOD IS 9/12/17-12/17 SO IF TX FOR ANY DISABLING CONDITION DURING PERIOD WILL NOT BE PAYABLE CLAIM. THANKED TM FOR TIME AND CALL CONCLUDED.

**10/11/2018 8:46 PM - CLAIM Note 23**
Claim/Event/Leave: 8356763
NoteSubject : Denied
Other Subject : MGR REVIEW
Text: [10/11/2018 - DIGIANDOMENICO, ROBERT]AGREE WITH DETERMINATION RATIONALE TO DENY LTD CLAIM FOR FAILURE TO PROVIDE NOTICE OF PROOF-N/P DENIAL LTR REVIEWED

**10/11/2018 5:02 PM - CLAIM Note 22**
Claim/Event/Leave: 8356763
NoteSubject : Denied
Other Subject : PRE-X 3/12
Text: [10/11/2018 - SPROUS, TRACEY]50YOF LWD 4/14/18*DOD 4/15/18** DOH 6/12/2017**6 MTH EWP **** THIS CLAIM IS SUBJECT TO A PRE-EX INVESTIGATION. THE PRE-EX PROVISION IS 3-12, THE DOD FOR THIS CLAIMANT IS 04/15/2018, THE ELIGIBILITY DATE IS 12/12/2017, AND THE TRANSFER PROVISION IS YES. THEREFORE, MEDICAL MUST BE GATHERED AND REVIEWED FROM 09/12/2017 THROUGH THE PRESENT. ALL MEDIOCAL 12/12/2016- CURRENT PRE-X PERIOD 9/12/17-12/11/17** LTD BBD 10/21/18** 180 DAY EP OR END OF STD** 60% BME$3562.00** CID 10/20/2020** MAX DATE 9/21/2033** 100 % ER CLASS 1B** CID 10/20/2020** MAX DATE 9/21/2033** JD PRODUCTION TEAM MEMBER ** WC INJURY DENIED** AP STATING IS WORK RELATED DUE TO REPETIVE MOTION OF SHOULDER AND BACK. DOD 4/15/18 TM WAS ON RESTRICTIONSAT WORK. TM SENT HOME 4/15/18** TM ATTENDING PT WEEKLY AND THERAPY AT HOME EVERY DAY** NO REFERRAL FOR PAIN MGMT** NERVE PAIN *** NO PHYSICAL LABOR** BLOWING HAIR IS DIFFICULT** DRIVING BRINGS DISCOMFORT, CAUTIOUS OF ACTVITY LEVEL** ARTHRITIS JOINTRELATED ** RX ARTHRITIS** THIS CLAIM IS SUBJECT TO A PRE-EX INVESTIGATION. THE PRE-EX PROVISION IS 3-12, THE DOD FOR THIS CLAIMANT IS 04/15/2018, THE ELIGIBILITY DATE IS 12/12/2017, AND THE TRANSFER PROVISION IS YES. THEREFORE, MEDICAL MUST BE GATHERED AND REVIEWED FROM 09/12/2017 THROUGH THE PRESENT** ALL MEDICAL 12/12/2016- CURRENT PRE-X PERIOD 9/12/17-12/11/17** LTD 10/21/18** STD MAXES 10/20/18** NO OTHER INCOME OR EMPLOYMENT** MARRIED SPOUSE DOB 5/19/1970** 2 DEPENDENTS**DCM RECOMMENDS DENIAL OF CLAIM FOR FTPP AS CLAIM PENDING LONG TERM DISABILITY FORMS TO INCLUDE: ACTIVITIES QUESTIONNAIRE, AGREEMENT CONCERNING BENEFITS FORM, WORKERS COMPENSATION FORM, AUTHORIZATION(S), CLAIMANT INFORMATION, CLAIMANT SUPPLEMENTARY STATEMENT, FAMILYINFORMATION QUESTIONNAIRE, TRAINING-EDUCATION-EXPERIENCE; A LEGIBLE PHOTOCOPY OF A VALID ID ALONG WITH A COPY OF ALL OFFICE TREATMENT NOTES, TEST RESULTS, THERAPY RECORDS, HOSPITAL ADMISSION RECORDS, OPERATIVE REPORTS, PRESCRIPTION HISTORY AND TREATMENT PLANS FROM DECEMBER 12, 2016 THROUGH PRESENT FROM DR. DONEGAN, DR. KIBLER, AND WALMART PHARMACY FOR PRE X REVIEW. REFER TO MGR 1 FOR REVIEW

**10/09/2018 3:03 PM - CLAIM Note 21**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [10/09/2018 - BEST III, JAMES]INVOICE RECEIVED ON 10/08/2018 AND DATED 10/01/2018 FROM CIOXHEALTH. INV # 0256727398, IN THE AMOUNT OF $53.00 FOR 51 PAGES OF MEDICAL RECORDS FROM KENTUCKY ONE RHEUMATOLOGY ASSOC. INVOICE PAID IN FULL

**10/09/2018 11:05 AM - CLAIM Note 20**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : INV
Text: [10/09/2018 - PACHECO, KATIE]RECD INV FROM BISONO-JIMENEZ FOR $53.00. REFERRED TO BE PAID.

**10/01/2018 6:45 PM - CLAIM Note 19**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : INV PAYMENT
Text: [10/01/2018 - SPROUS, TRACEY]INV#277015 $149.00 PHARMACY SEARCH FORWARDED TO ACS TEAM FOR PAYMENT

**10/01/2018 6:43 PM - CLAIM Note 18**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : PHARMACY

Text: [10/01/2018 - SPROUS, TRACEY]WALMART WOULD NOT ACCEPT DIGITAL LM AUTH SIGNATURE

**09/24/2018 4:00 PM - CLAIM Note 17**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [09/24/2018 - MUELLER, JACQUELINE]INVOICE RECEIVED ON 09/21/2018 AND DATED 09/20/2018 FROM MEDI COPY INV #12452754 , IN THE AMOUNT OF $45.92 FOR MEDICAL RECORDS FROM THE LEXINGTON CLINIC . INVOICE PAID IN FULL.

**09/21/2018 5:42 PM - CLAIM Note 16**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : INV PAYMENT
Text: [09/21/2018 - SPROUS, TRACEY]INV#12452754 $45.92 MEDICAL RECORDS TO MEDI-COPY FOR DR. MOBERLY AT LEXINGTON CLINIC FORWARDED TO ACS TEAM FOR PAYMENT

**09/21/2018 5:39 PM - CLAIM Note 15**
Claim/Event/Leave: 8356763
NoteSubject : Med Records Rcvd
Other Subject : DR. MOBERLY
Text: [09/21/2018 - SPROUS, TRACEY]11/17/17-3/26/18- MEDICAL RECORDS

**09/20/2018 8:48 PM - CLAIM Note 14**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : INV PAYMENT
Text: [09/20/2018 - SPROUS, TRACEY]FAMILY PRACTICE ASSOCIATES OF LEXINGTON, PSC INV#8356763 $25.00 MEDICAL RECORDS PD 9/20/18

**09/18/2018 3:48 PM - CLAIM Note 13**
Claim/Event/Leave: 8356763
NoteSubject : LTR to EE
Other Subject : NP
Text: [09/18/2018 - SPROUS, TRACEY]MAILED NP LETTER TO TM FOR LTD FORMS AND A COPY OF ALL OFFICE TREATMENT NOTES, TEST RESULTS, THERAPY RECORDS, HOSPITAL ADMISSION RECORDS, OPERATIVE REPORTS, PRESCRIPTION HISTORY AND TREATMENT PLANS FROM DECEMBER 12, 2016 THROUGH PRESENT FROM FAMILY PRACTICE, DR. DONEGAN, DR. JIMENEZ, DR. KIBLER, DR. MOBERLY, AND WALMART PHARMACY. NP DUE DATE 10/10/18

**09/13/2018 5:12 PM - CLAIM Note 12**
Claim/Event/Leave: 8356763
NoteSubject : LTR to AP
Other Subject : MOBERLY
Text: [09/13/2018 - SPROUS, TRACEY]MAILED MED REQ TO DR. MOBERLY PER FAX LEXINGTON CLINIC DOES NOT ACCEPT FAXED REQUESTS.

**09/12/2018 12:47 PM - CLAIM Note 11**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : DR.KIBLER
Text: [09/12/2018 - SPROUS, TRACEY]AP NOTE DR KIBLER LEXINGTON CLINIC TO ADVISE DX OF IMPINGEMENT. START RESISTANCE TRAINING, STRENGHENING, SCAPULAR STABILIZATION, PER AP UNABLE TO DO REGULAR DUTY TO HAVE RA IMPUT REGARDING ULTIMATE RTW.

**09/11/2018 2:15 PM - CLAIM Note 10**
Claim/Event/Leave: 8356763
NoteSubject : LTR to EE
Other Subject : LTD FORMS
Text: [09/11/2018 - SPROUS, TRACEY]MAILED SUBSEQUENT REQUESTS TO TM FOR LTD FORMS

**09/11/2018 2:13 PM - PHONE Note 3**
Claim/Event/Leave: 8356763
NoteSubject : EE Called
Other Subject : MEDICAL UPDATE
Text: [09/11/2018 - SPROUS, TRACEY]TM RETURNED CALL TO ADVISED APPT ON 9/7/18 WITH DR. KIBLER. TM TO CONTINUE ONGOING THERAPY WEEKLY FOR NECK AND SHOULDER. NOV WILL BE THE FIRST WEEK OF NOVEMBER. TM WILL FORWARD DCM COPY OF WORK STATUS NOTE. TM TO FUP WITH RA PROVIDER PER DR. KIBLERS REQUEST. TM STARTED HUMRIA. ADVISED TM ONCE RECEIVE WORK STATUS WILL EXTEND STD CLAIM. TM ADVISED DID NOT RECEIVE LTD FORMS. ADVISED TM WILL RESEND AS CONTINUING PRE-X REVIEW FOR LTD CLAIM. THANKED TM FOR TIME AND CALLCONCLUDED.

**09/11/2018 1:59 PM - PHONE Note 2**
Claim/Event/Leave: 8356763
NoteSubject : Called EE
Other Subject : MEDICAL UPDATE
Text: [09/11/2018 - SPROUS, TRACEY]CALLED TM LEFT VM FOR MEDICAL UPDATE TO DETERMINE STD EXT WITH ONGOING

Text: [09/11/2018 - SPROUS, TRACEY]CALLED TM LEFT VM FOR MEDICAL UPDATE TO DETERMINE STD EXT WITH ONGOING TX PLAN

**09/11/2018 11:26 AM - CLAIM Note 9**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [09/11/2018 - NEAULT, TAMIE]INVOICE RECEIVED ON 9/10/2018, FROM VENDOR MEDICOPY, INV# 124370246, DATED 9/6/2018, IN THE AMOUNT OF $37.08, FOR MEDICAL RECORDS FROM LEXINGTON CLINIC. INVOICE PAID IN FULL.

**09/10/2018 5:00 PM - CLAIM Note 8**
Claim/Event/Leave: 8356763
NoteSubject : Med Records Rcvd
Other Subject : DR. TUTT
Text: [09/10/2018 - SPROUS, TRACEY]NO MEDICAL RECORDS

**09/10/2018 1:38 PM - CLAIM Note 7**
Claim/Event/Leave: 8356763
NoteSubject : Med Records Rcvd
Other Subject : DR. KIBLER
Text: [09/10/2018 - SPROUS, TRACEY]INV#124370246 MEDICAL RECORDS $37.08 REFERRED TO ACS TEAM FOR PAYMENT TO MEDI COPY OF MR DATED 12/12/16-8/28/19[09/10/2018 - SPROUS, TRACEY]7/13/18 TX NOTE

**09/10/2018 12:52 PM - CLAIM Note 6**
Claim/Event/Leave: 8356763
NoteSubject : Other
Other Subject : HUB
Text: [09/10/2018 - SPROUS, TRACEY]PHARMACY CHECK WITH RECORDS LOCATED AT WALMART PHARMACY

**09/04/2018 9:21 PM - CLAIM Note 5**
Claim/Event/Leave: 8356763
NoteSubject : Med Records Rcvd
Other Subject : DR. PATRICK LEUNG
Text: [09/04/2018 - SPROUS, TRACEY]3/22/18-7/3/18 MEDICAL RECORDS

**08/30/2018 11:54 AM - CLAIM Note 4**
Claim/Event/Leave: 8356763
NoteSubject : Med Records Rcvd
Other Subject : DR. NICOLE EVERMAN
Text: [08/30/2018 - SPROUS, TRACEY]6/8/18 TX NOTE

**08/28/2018 7:22 PM - CLAIM Note 3**
Claim/Event/Leave: 8356763
NoteSubject : Med Records Rcvd
Other Subject : IHS
Text: [08/28/2018 - SPROUS, TRACEY]IHS KY MEDICAL RECORDS 3/27/17,3/23/17, 3/24/17,3/27/17,3/30/17,4/4/17, 8/1/17,8/18/17,12/19/17,1/23/18, 2/1/18,1/11/18,2/22/18,3/15/18,3/23/18,3/29/18,4/12/18, 2/13/18,2/15/18,2/20/18,2/22/18,2/26/18,2/27/18,3/5/18,3/6/18,3/13/18,3/14/18,3/20/18,3/22/18** 4/4/18 TX NOTE DR. DONEGAN,

**08/28/2018 12:55 PM - CLAIM Note 2**
Claim/Event/Leave: 8356763
NoteSubject : LTR to AP
Other Subject : MEDICAL REQUEST
Text: [08/28/2018 - SPROUS, TRACEY] CONTACTED IHS, DR. ASSOCIATES OF LEXINGTON PSC, DR. JIMENEZ, DR. TUTT, DR. EVERMAN, DR. LEUNG, DR. DONEGAN, DR. MOBERLY, AND DR. KIBLER FOR MEDICAL RECORDS. - REQUEST - PROVIDER - MEDICAL

**08/28/2018 12:35 PM - CLAIM Note 1**
Claim/Event/Leave: 8356763
NoteSubject : Action Plan
Other Subject : PRE-X 3/12
Text: [08/28/2018 - SPROUS, TRACEY]50YOF LWD 4/14/18*DOD 4/15/18** DOH 6/12/2017**6 MTH EWP **** THIS CLAIM IS SUBJECT TO A PRE-EX INVESTIGATION. THE PRE-EX PROVISION IS 3-12, THE DOD FOR THIS CLAIMANT IS 04/15/2018, THE ELIGIBILITY DATE IS 12/12/2017, AND THE TRANSFER PROVISION IS YES. THEREFORE, MEDICAL MUST BE GATHERED AND REVIEWED FROM 09/12/2017 THROUGH THE PRESENT. ALL MEDIOCAL 12/12/2016- CURRENT PRE-X PERIOD 9/12/17-12/11/17** LTD BBD 10/21/18** 180 DAY EP OR END OF STD** 60% BME$3562.00** CID 10/20/2020** MAX DATE 9/21/2033** 100 % ER CLASS 1B** CID 10/20/2020** MAX DATE 9/21/2033** JD PRODUCTION TEAM MEMBER ** WC INJURY DENIED** AP STATING IS WORK RELATED DUE TO REPETIVE MOTION OF SHOULDER AND BACK. DOD 4/15/18 TM WAS ON RESTRICTIONSAT WORK. TM SENT HOME 4/15/18** TM ATTENDING PT WEEKLY AND THERAPY AT HOME EVERY DAY** NO REFERRAL FOR PAIN MGMT** NERVE PAIN *** NO PHYSICAL LABOR** BLOWING HAIR IS DIFFICULT** DRIVING BRINGS DISCOMFORT, CAUTIOUS OF ACTVITY LEVEL** ARTHRITIS JOINTRELATED ** RX ARTHRITIS** THIS CLAIM IS SUBJECT TO A PRE-EX INVESTIGATION. THE PRE-EX PROVISION IS 3-12, THE DOD FOR THIS CLAIMANT IS 04/15/2018, THE ELIGIBILITY DATE IS 12/12/2017, AND THE TRANSFER PROVISION IS YES. THEREFORE, MEDICAL MUST BE GATHERED AND REVIEWED FROM 09/12/2017 THROUGH THE PRESENT** ALL MEDICAL 12/12/2016- CURRENT PRE-X PERIOD 9/12/17-12/11/17** LTD 10/21/18** STD MAXES 10/20/18** NO OTHER INCOME OR EMPLOYMENT** MARRIED SPOUSE DOB 5/19/1970** 2

DEPENDENTS** NOV 9/7/2018 TX PROVIDERS** DR. DONEGAN IN THE BEGINNING AND NO LONGER TX WITH** DR. KILBER TX PROVIDER AT LEXINGTON CLINIC** DR. NICOLE EVERMAN** NEURO CONCERNED THAT TM MAY HAVE MS AND FUP WITH NEURO** TM FUP WITH A NEW NEURO DR. PATRICK LEUNG IN LEXTINGTON ANDFUP FOR NERVE CONDUCTION STUDY** BRAIN IS LESION FREE** DR MATTHEW TUTT THOUGHT TM HAS MS.. **FAMILY PRACTICE ASSOCIATES IN LEXINGTON, KY** RA PROVIDER. DR. SUZANNE MOBERLY WITH LEXINGTON CLINIC** CURRENT RA PROVIDER IS WITH KENTUCKY ONE HEALTH ** DR. BISONO** ADVISED TM WILL MAIL OUT LTD FORMS TO BE COMPLETED AND RETURNED. UPON RECEIPT WILL REFER FOR MEDICAL REVIEW ONCE MEDICAL AND PHARMACY RECORDS RECEIVED. ACTION: 8/28/18 PLACED EE ON NP FOR MEDICAL AND LTD FORMS,** REQUSTED ALL MEDICAL DATED /PHARMACY RECORDS DATED 12/12/16- CURRENT FROM ALL TX PROVIDERS FOR PRE-X REVIEW PERIOD OF 9/12/17-12/11/17** UPON RECEIPT REFER FOR MDS REVIEW** NP DUE DATE 10/11/18

**08/28/2018 12:30 PM - PHONE Note 1**
Claim/Event/Leave: 8356763
NoteSubject : Initial EE Interview
Other Subject : CALLED EE
Text: [08/28/2018 - SPROUS, TRACEY]COMPLETED INITIAL CALL WITH TM NOV 9/7/2018 WITH AP. DOB DOH 6/12/2017** JD PRODUCTION TEAM MEMBER LWD 4/14/2018** WC INJURY DENIED** AP STATING IS WORK RELATED DUE TO REPETIVE MOTION OF SHOULDER AND BACK. DOD 4/15/18 TM WAS ON RESTRICTIONS AT WORK. TM SENT HOME 4/15/18** TM ATTENDING PT WEEKLY AND THERAPY AT HOME EVERY DAY** NO REFERRAL FOR PAIN MGMT** NERVE PAIN *** NO PHYSICAL LABOR** BLOWING HAIR IS DIFFICULT** DRIVING BRINGS DISCOMFORT, CAUTIOUS OF ACTVITY LEVEL** ARTHRITIS JOINT RELATED ** RX ARTHRITIS** THIS CLAIM IS SUBJECT TO A PRE-EX INVESTIGATION. THE PRE-EX PROVISION IS 3-12, THE DOD FOR THIS CLAIMANT IS 04/15/2018, THE ELIGIBILITY DATE IS 12/12/2017, AND THE TRANSFER PROVISION IS YES. THEREFORE, MEDICAL MUST BE GATHERED AND REVIEWED FROM 09/12/2017 THROUGH THE PRESENT** ALL MEDICAL 12/12/2016- CURRENT PRE-X PERIOD 9/12/17-12/11/17** LTD 10/21/18** STD MAXES 10/20/18** NO OTHER INCOME OR EMPLOYMENT** MARRIED SPOUSE DOB 5/19/1970** 2DEPENDENTS** TX PROVIDERS** DR. DONEGAN IN THE BEGINNING AND NO LONGER TX WITH** DR. KILBER TX PROVIDER AT LEXINGTON CLINIC** DR. NICOLE EVERMAN** NEURO CONCERNED THAT TM MAY HAVE MS AND FUP WITH NEURO** TM FUP WITH A NEW NEURO DR. PATRICK LEUNG INLEXTINGTON AND FUP FOR NERVE CONDUCTION STUDY** BRAIN IS LESION FREE** DR MATTHEW TUTT THOUGHT TM HAS MS.. **FAMILY PRACTICE ASSOCIATES IN LEXINGTON, KY** RA PROVIDER. DR. SUZANNE MOBERLY WITH LEXINGTON CLINIC** CURRENT RA PROVIDER IS WITH KENTUCKYONE HEALTH ** DR. BISONO** ADVISED TM WILL MAIL OUT LTD FORMS TO BE COMPLETED AND RETURNED. UPON RECEIPT WILL REFER FOR MEDICAL REVIEW ONCE MEDICAL AND PHARMACY RECORDS RECEIVED. THANKED TM FOR TIME AND CALL CONCLUDED.

**08/28/2018 12:09 PM - POSSINV Note 2**
Claim/Event/Leave: 8356763
NoteSubject : Possible Pre-Ex
Other Subject :
Text: THIS CLAIM IS SUBJECT TO A PRE-EX INVESTIGATION. THE PRE-EX PROVISION IS 3-12, THE DOD FOR THIS CLAIMANT IS 04/15/2018, THE ELIGIBILITY DATE IS 12/12/2017, AND THE TRANSFER PROVISION IS YES. THEREFORE, MEDICAL MUST BE GATHERED AND REVIEWED FROM 09/12/2017 THROUGH THE PRESENT.

**08/28/2018 12:09 PM - POSSINV Note 1**
Claim/Event/Leave: 8356763
NoteSubject : Possible Pre-Ex
Other Subject :
Text: THIS CLAIM IS SUBJECT TO A PRE-EX INVESTIGATION. THE PRE-EX PROVISION IS 3-12, THE DOD FOR THIS CLAIMANT IS 04/15/2018, THE ELIGIBILITY DATE IS 12/12/2017, AND THE TRANSFER PROVISION IS YES. THEREFORE, MEDICAL MUST BE GATHERED AND REVIEWED FROM 09/12/2017 THROUGH THE PRESENT.[10/11/2018 - SPROUS, TRACEY]PRE X REVIEW NOT COMPLETED PENDING LONG TERM DISABILITY FORMS TO INCLUDE: ACTIVITIES QUESTIONNAIRE, AGREEMENT CONCERNING BENEFITS FORM, WORKERS COMPENSATION FORM, AUTHORIZATION(S), CLAIMANT INFORMATION, CLAIMANT SUPPLEMENTARY STATEMENT, FAMILY INFORMATION QUESTIONNAIRE, TRAINING-EDUCATION-EXPERIENCE; A LEGIBLE PHOTOCOPY OF A VALID ID ALONG WITH A COPY OF ALL OFFICE TREATMENT NOTES, TEST RESULTS, THERAPY RECORDS, HOSPITAL ADMISSION RECORDS, OPERATIVE REPORTS, PRESCRIPTION HISTORY AND TREATMENT PLANS FROM DECEMBER 12, 2016 THROUGH PRESENT FROM DR. DONEGAN, DR. KIBLER, AND WALMART PHARMACY.

**Note Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim

***Claim/Event/Leave Number** 8191808 **Accommodation Number**

**Note type:**

Primary Sort Order: Note Type / Note Number / ● Note Date/Time / Accm. No.

Sec ●

**09/12/2018 12:55 PM - NOTIFICATION Note 3**
Claim/Event/Leave: 8191808
NoteSubject : Text Message
Other Subject : Extension
Text: Recipient Name : Liberty Mutual Insurance: Claim 8191808. Your approved through date has been changed from 09/08/2018 to 10/20/2018.
**TEXT Life Cycle**
Sent ON: 09/12/2018 12:55 PM EST
Current Status: DELIVERED
Delivered ON: 09/12/2018 12:55 PM EST

**09/12/2018 12:52 PM - CLAIM Note 24**
Claim/Event/Leave: 8191808
NoteSubject : Closed
Other Subject : MAX DURATION
Text: [09/12/2018 - SPROUS, TRACEY]AP NOTE DR KIBLER LEXINGTON CLINIC TO ADVISE DX OF IMPINGEMENT. START RESISTANCE TRAINING, STRENGHENING, SCAPULAR STABILIZATION, PER AP UNABLE TO DO REGULAR DUTY TO HAVE RA IMPUT REGARDING ULTIMATE RTW. NOV 11/8/18. DCM FINDS IT REASONABLE TO MAX STD CLAIM TO LTD TO ALLOW TIME FOR RA FUP AND CONTINUED PT AS TM UNABLE TO PERFORM PHYSICAL DUTIES OF MED OCC.

**08/31/2018 2:14 PM - PHONE Note 17**
Claim/Event/Leave: 8191808
NoteSubject : ER Called
Other Subject : EMAIL
Text: [08/31/2018 - SOCACIU, ANDREW]ER EMAILED DCM TM JOB DESCRIPTIONS.

**08/28/2018 2:23 PM - CLAIM Note 23**
Claim/Event/Leave: 8191808
NoteSubject : LTR to Other
Other Subject : HUB
Text: [08/28/2018 - SPROUS, TRACEY]REFERRED FOR PHARMARCY CHECK

**08/24/2018 11:33 AM - CLAIM Note 22**
Claim/Event/Leave: 8191808
NoteSubject : Escalation
Other Subject : REVIEW
Text: [08/24/2018 - SANTIBANEZ, ELENA]AGREE WITH ESCALATION TO LTD.

**08/24/2018 10:53 AM - CLAIM Note 21**
Claim/Event/Leave: 8191808
NoteSubject : Escalation
Other Subject :
Text: [08/24/2018 - SOCACIU, ANDREW]49 YOF TM JOB TITLE TEAM MEMBER, WITH MEDIUM JOB DUTIES, CONSTANTLY WALKING, STANDING, BENDING, TWISTING, AND LIFTING UP TO 20 LBS OCCASIONALY. TM CF LDW 4/14/18 FULL SHIFT, DOD 4/15/18. DX M54.12 CERVICAL RADICULOPATHY,M25.511 R SHOULDER PAIN, AND H53.8 CHANGE IN VISION. TX PHYS THER FOR R SHOULDER. MDS RVW SUPPORTS RLS THRU 9/8/18. CLAIM CURR ATD 9/8/18. BASED ON SEVERITY OF CONDITION, AP CF OF DX/TX, MDS RVW SUPPORTS RL S, MAX STD 10/20/18/18. DCM TO ESCALATE TOLTD AS ERTW UNK. MED AUTH ON FILE, DCM ADV TM OF ESC, AND REQ JD AND CURRENT MR.

**08/24/2018 10:37 AM - CLAIM Note 20**
Claim/Event/Leave: 8191808
NoteSubject : LTR to AP
Other Subiect : MED REQ

Text: [08/24/2018 - SOCACIU, ANDREW]DCM MAILED MED REQ TO AP TUTTLE/LEXINGTON CLINIC FOR TM MED REC FROM 7/14/18 THRU THE PRESENT. AP ACCEPTS NO FAXED REQUESTS.

**08/24/2018 10:32 AM - PHONE Note 16**
Claim/Event/Leave: 8191808
NoteSubject : Called ER
Other Subject : EMAIL
Text: [08/24/2018 - SOCACIU, ANDREW]DCM EMAILED ER: CAN YOU PLEASE PROVIDE TM JOB DESCRIPTION.

**08/24/2018 10:28 AM - PHONE Note 15**
Claim/Event/Leave: 8191808
NoteSubject : Called EE
Other Subject :
Text: [08/24/2018 - SOCACIU, ANDREW]DCM CLD TM LMOM XPLND CLAIM BEING ESC TO LTDCM. GAVE DCM CONTACT INFO IF ANY QUESTIONS, THNKD, CC.

**07/26/2018 10:02 AM - CLAIM Note 19**
Claim/Event/Leave: 8191808
NoteSubject : Other
Other Subject : VENDOR PMT
Text: [07/26/2018 - LANDRY, KATHLEEN]INV RCVD 7/25/18 FROM MEDICOPY, INV 642500284 DATED 7/25/18 FOR MED RECS FROM THE LEXINGTON CLINIC IN THE AMT OF $37.08. INV PAID IN FULL

**07/25/2018 1:14 PM - CLAIM Note 18**
Claim/Event/Leave: 8191808
NoteSubject : Action Plan
Other Subject :
Text: [07/25/2018 - SOCACIU, ANDREW]NO ACTION TAKEN ON MED REC, CLAIM CURR ATD 9/8/18

**07/25/2018 1:13 PM - CLAIM Note 17**
Claim/Event/Leave: 8191808
NoteSubject : Med Records Rcvd
Other Subject : KIBLER
Text: [07/25/2018 - SOCACIU, ANDREW]7/13/18

**07/17/2018 6:08 PM - CLAIM Note 16**
Claim/Event/Leave: 8191808
NoteSubject : Med Records Rcvd
Other Subject : CORRESPONDENCE
Text: [07/17/2018 - SOCACIU, ANDREW]DCM RCVD FAX FROM AP TUTT/LEXINGTON CLINIC STATING MED REQ MUST BE MAILED, NO FAXES ACCEPTED.

**07/17/2018 1:16 PM - NOTIFICATION Note 2**
Claim/Event/Leave: 8191808
NoteSubject : Text Message
Other Subject : Extension
Text: Recipient Name : Liberty Mutual Insurance: Claim 8191808. Your approved through date has been changed from 06/28/2018 to 09/08/2018.
**TEXT Life Cycle**
Sent ON: 07/17/2018 01:16 PM EST
Current Status: DELIVERED
Delivered ON: 07/17/2018 01:17 PM EST

**07/17/2018 1:14 PM - CLAIM Note 15**
Claim/Event/Leave: 8191808
NoteSubject : Action Plan
Other Subject : EXT
Text: [07/17/2018 - SOCACIU, ANDREW]CLAIM CURRENTLY APPROVED THRU 6/28/18. DX M54.12 CERVICAL RADICULOPATHY, M25.511 R SHOULDER PAIN, AND H53.8 CHANGE IN VISION. TX PHYS THER FOR R SHOULDER AND NO WORK FOR 2 MONTHS. MDS RVW SUPPORTS RLS THRU 9/8/18 AS INDICATED BY AP. LOV 7/15/18 W/AP KIBLER. ERTW UNKNOWN. BASED ON SEVERITY OF SICKNESS, TM MED JOB DUTIES, AP CF OF DX AND TX, MDS RVW SUPPORTING RLS, IS REASONABLE TO EXT ATD TO 9/8/18. DCM FU 9/9/18 TO CF TX/ERTW.

**07/17/2018 10:38 AM - MDS Note**
Claim/Leave: 8191808
Episode #: 2
Nurse Name: HABBERSHAW, REBECCA
Service #: 16619372
Service Date: 07/17/2018
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, ANDREW, SOCACIU
Note Type: INFORMATION OBTAINED DESC
Text: RE-REFERRAL TO MDS FOR ONGOING R&LS. SEE PRIOR REVIEW BY THIS NCM FOR FULL FILE DETAILS. TM WITH CERVICAL RADICULOPATHY (M54.12), RIGHT SHOULDER PAIN (M25.511) AND CHANGE IN VISION (H53.8) UNDER THE CARE

OF DR. DORIS ADAMS (PCP), SUSANNA MOBERLY, NP FORRHEUMATOLOGY, DR. W. BEN KIBLER (SHOULDER SPECIALIST), DR. RYAN DONEGAN (ORTHOPEDIC SURGEON), DR. NICOLE EVERMAN (NEUROLOGIST) AND DR. MATTHEW TUTT (NEUROSURGEON). CO-MORBID OF PSORIATIC ARTHRITIS. OF NOTE THE TM IS RIGHT HANDED. UPDATED MEDICAL RECEIVED INCLUDES NOTE DATED 7/3/18 FROM DR. PATRICK LEUNG (NEUROLOGIST) NOTING THE TM DOES NOT HAVE MULTIPLE SCLEROSIS, THE TM HAS A SHOULDER PROBLEM. THE TM SAW SHOULDER SPECIALIST, DR. W. BEN KIBLER ON 7/15/18 AND WAS NOTED TO HAVE A RIGHT SHOULDER ISSUE AND WILL DO PT AND AP NOTES NO WORK FOR 2 MONTHS. BASED ON THE UPDATED MEDICAL RECEIVED INDICATING PERSISTENT PAIN IN THE DOMINANT ARM, NEED FOR PT, AND F/U WITH ORTHO, R&LS OF NO REPETITIVE USE OF THE RIGHT ARM, NO LIFTING WITH THE RIGHT ARM, NO WORK ATOR ABOVE THE RIGHT SHOULDER WOULD BE REASONABLE FROM 6/29/18 THROUGH 9/8/18 AS INDICATED BY AP. IF THE TM DOES NOT RTW AFTER SUCH TIME, NCM RECOMMENDS DCM OBTAIN UPDATED ORTHO, PCP AND RHEUMATOLOGY OVNS, UPDATED PT NOTES AND ANY UPDATED IMAGING AND CONSIDER RE-REFERRAL TO MDS IF IMPAIRMENT IS UNCLEAR. NO FURTHER ACTIVITY BY NCM. UPDATED DCM AND REMOVED FROM ASSIGNMENT.

**07/16/2018 2:03 PM - PHONE Note 14**
Claim/Event/Leave: 8191808
NoteSubject : Called EE
Other Subject :
Text: [07/16/2018 - SOCACIU, ANDREW]DCM CLD TM ADV CLAIM CURR APPR THRU 6/28/18. DCM ADV DID RCV ADDTL MED REC TODAY AND WILL BE RVWD TO SEE IF THEY WILL ALLOW ADDTL EXT. TM UNDERSTANDS, NFQ, THNKD, CC.

**07/16/2018 1:29 PM - CLAIM Note 14**
Claim/Event/Leave: 8191808
NoteSubject : Action Plan
Other Subject :
Text: [07/16/2018 - SOCACIU, ANDREW]CLAIM CURRENTLY APPR THRU 6/28/18. ADDTL MED REC RCVD. BASED ON MR RCVD DCM SENT TO MDS TO RVW.

**07/16/2018 1:28 PM - CLAIM Note 13**
Claim/Event/Leave: 8191808
NoteSubject : Ref to Managed Care
Other Subject : MDS
Text: [07/16/2018 - SOCACIU, ANDREW]PLEASE REVIEW MEDICAL RECORDS. PLEASE INDICATE WHAT REASONABLE R&LS MAY APPLY. WHAT IS A REASONABLE TIMEFRAME FOR THESE R&L'S TO BE IMPOSED? PLEASE COMMENT ON ANY R&L'S THAT ARE PRESENT BASED ON THE CLAIMANT'S RX. IF NECESSARY FOR REVIEW COMPLETION, PLEASE CONTACT CLMT'S TREATING PHYSICIANS TO CLARIFY THE SEVERITY OF CLMT'S R&LS. IF YOU ARE UNABLE TO CONTACT THE PHYSICIAN PLEASE PROVIDE ANY QUESTIONS YOU WOULD LIKE CLARIFIED AFTER YOUR MEDICAL RECORD REVIEW.

**07/16/2018 1:27 PM - NOTIFICATION Note 1**
Claim/Event/Leave: 8191808
NoteSubject : Text Message
Other Subject : Approved
Text: Recipient Name : Liberty Mutual Insurance: Claim 8191808. Your disability claim has been approved through 06/28/2018.
**TEXT Life Cycle**
Sent ON: 07/16/2018 01:27 PM EST
Current Status: DELIVERED
Delivered ON: 07/16/2018 01:27 PM EST

**07/16/2018 1:23 PM - CLAIM Note 12**
Claim/Event/Leave: 8191808
NoteSubject : Action Plan
Other Subject : APPROVED
Text: [07/16/2018 - SOCACIU, ANDREW]TM IS A 49 YOF. JOB TITLE TEAM MEMBER, WITH MEDIUM JOB DUTIES, CONSTANTLY WALKING, STANDING, BENDING, TWISTING, AND LIFTING UP TO 20 LBS OCCASIONALY. TM CF LDW 4/14/18 FULL SHIFT, DOD 4/15/18. DX CERVICALGIA, RIGHT SHOULDER PAIN. ERTW UNKNOWN. EP IS 7 DAYS. WC CLAIM WAS PD 4/15/18 THRU 6/9/18 THEN DENIED. MDS RVW COMPLETED BASED ON MR RCVD SHOWS NO SEVERITY IN CONDITION OR CURRENT TREATMENT TO WARRANT ANY R&LS BEYOND 6/28/18. BBD 4/22/18. TM IS CLASS 2 WHO SHOULD RECEIVE 65%. TM DOH AND EDOC IS 6/12/17 AS EWP IS 0 DAYS. DATE OF PLAN IS 1/1/15. TM BASE BI-WEEKLY SALARY RATE IS $1644.00. NO DEDUCTIONS/OFFSETS LISTED. BASED ON TM MED JOB DUTIES, AP CF OF DX/TX, MDS RVW CF R&LS THRU 6/28/18, IT IS REASONABLE TO APPROVE CLAIM THRU 6/28/18. DCM FU TO RVW ADDTL MED REC.[07/16/2018 - SOCACIU, ANDREW]**** CLAIM PD BY WC 4/15/18 THRU 6/9/18 ***

**07/16/2018 12:46 PM - CLAIM Note 11**
Claim/Event/Leave: 8191808
NoteSubject : Med Records Rcvd
Other Subject : LEUNG
Text: [07/16/2018 - SOCACIU, ANDREW]7/3/18

**07/16/2018 10:51 AM - MDS Note**
Claim/Leave: 8191808
Episode #: 1
Nurse Name: HABBERSHAW, REBECCA
Service #: 16618704
Service Date: 07/16/2018
Activity: NURSE REVIEW, FILE REVIEW

Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, ANDREW, SOCACIU
Note Type: ASSESSMENT DESCRIPTION
Text: HAD F/U WITH ORTHO ON 6/18/18 NOTING NO CHANGE. EXAM NOTED TENDERNESS TO PALPATION, NORMAL STRENGTH AND ROM. MRI OF THE NECK NOTED MILD DISC BULGE AT C4-5 WITH NARROWING. THE TM WAS REFERRED TO DR. SAJADI OR DR. WILKES FOR 2ND OPINION AND ADVISED RTW WITH R&LS OF NO USE OF THE RIGHT ARM. THE TM HAD LOV WITH NEUROLOGIST ON 6/28/18 NOTING CONTINUED NUMBNESS AND BLURRY VISION. MRI OF THE BRAIN AND T-SPINE WERE NORMAL. THE TM ALSO NOTED FOR THE PAST FEW MONTHS SHE HAS HAD SQUEEZING CHEST PAIN ONCE A WEEK. THE TM WAS ADVISED TO REPEAT MRI OF THE BRAIN AND C-SPINE IN DECEMBER AND F/U IN 6 MONTHS. BASED ON THE MEDICAL EVIDENCE ON FILE FOR REVIEW IN REGARDS TO THE NECK AND RIGHT ARM ISSUES, AND NEED FOR MEDICATION MANAGEMENT, PT, INJECTION AND F/U WITH MULTIPLE SPECIALISTS, ALONG WITH CO-MORBID AND OCC, R&LS OF NO USE OF THE RIGHT ARM WOULD BE REASONABLE FROM 4/15/18 THROUGH 5/30/18. BASED ON NO OBJECTIVE FINDINGS AT IME ON 5/31/18 AND CLEARANCE TO RTW IN REGARDS TO THE RIGHT ARM AND NECK ON 5/31/18 WITHNO R&LS, NO R&LS FOR THE ARM WOULD BE SUPPORTED BEYOND 5/30/18. IN REGARDS TO THE BLURRY VISION AND ABNORMAL FINDING ON MRI OF THE BRAIN WHICH NEEDED FURTHER DIAGNOSTICS AND F/U WITH SPECIALISTS, IT WOULD BE REASONABLE TO ALLOW R&LS OF NO DRIVING OR OPERATING HEAVY MACHINERY, NO CLIMB OR WORK FROM HEIGHTS DUE TO CHANGE IN VISION NOTED AND NEED TO RULE OUT MS FROM 4/15/18 THROUGH LOV WITH NEUROLOGIST ON 6/28/18. BASED ON NEUROLOGIST INDICATING NO MS, AND NO NEED FOR F/U FOR 6 MONTHS, THERE IS NO SEVERITY IN CONDITION OR CURRENT TREATMENT TO WARRANT ANY R&LS BEYOND 6/28/18. NO FURTHER ACTIVITY BY NCM. UPDATED DCM AND REMOVED FROM ASSIGNMENT.

**07/16/2018 10:51 AM - MDS Note**
Claim/Leave: 8191808
Episode #: 1
Nurse Name: HABBERSHAW, REBECCA
Service #: 16618704
Service Date: 07/16/2018
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, ANDREW, SOCACIU
Note Type: INFORMATION OBTAINED DESC
Text: TM WITH CERVICAL RADICULOPATHY (M54.12) AND CHANGE IN VISION (H53.8) UNDER THE CARE OF DR. DORIS ADAMS (PCP), SUSANNA MOBERLY, NP FOR RHEUMATOLOGY, DR. KIBLER (SHOULDER SPECIALIST), DR. RYAN DONEGAN (ORTHOPEDIC SURGEON), DR. NICOLE EVERMAN (NEUROLOGIST) AND DR. MATTHEW TUTT (NEUROSURGEON). CO-MORBID OF PSORIATIC ARTHRITIS. OF NOTE THE TM IS RIGHT HANDED. NOTES INDICATE THE TM BEGAN HAVING PAIN IN THE NECK AND RIGHT ARM AROUND 1/30/18. THE TM WAS SEEN AT TOYOTA CLINIC ON 2/1/18 NOTING SUCH. THE TM WASREFERRED TO PT 2 X A WEEK AND GIVEN MODIFIED R&LS AND ADVISED F/U IN 4 WEEKS. THE TM WAS SEEN BY RHEUMATOLOGIST ON 3/26/18 TO F/U FOR PSORIATIC ARTHRITIS. THE TM IS ON METHOTREXATE AND AT LOV WAS GIVEN PRESCRIPTION FOR HUMIRA AND DID NOT START DUE TO FEAR OF SIDE EFFECTS. THE TM NOTED PAIN IN THE RIGHT SHOULDER AND RIGHT HIP. LAB WORK WAS NORMAL AND THE ORAL STEROID WAS HELPING. THE TM WILL CONTINUE METHOTREXATE AND F/U IN 3 MONTHS. THE TM HAD EMG DONE 3/22/18 WHICH WAS NORMAL. THE TM HAD MRI OF THE C-SPINE ON 4/10/18 NOTING POSSIBLE INCREASED SIGNAL IN THE CORD AT C8 AND MILD DISC BULGING WITH NARROWING AT C4-5. THE TM WAS REFERRED TO NEUROSURGEON AND NEUROLOGIST. THE TM HAD OV WITH NEUROSURGEON ON 5/14/18 NOTING NO CONCERN FROM A SURGERY PERSPECTIVE AND F/U WITH NEUROLOGIST. THE TM HAD OV WITH ORTHOPEDIC SURGEON ON 5/29/18 NOTING PERSISTENT PAIN IN THE NECK AND RIGHT ARM. EXAM NOTED SOME PAIN WITH ROM HOWEVER ROM WAS FULL. THE TM HAD MILD WEAKNESS IN THE SHOULDER. THE TM WILL CONTINUE THENERVE PAIN MEDICATION AND MRI OF THE SHOULDER WAS NORMAL. AN INJECTION WAS GIVEN AND THE TM WAS ADVISED TO F/U IN 2 WEEKS AND RTW WITH R&LS OF NO USE OF THE RIGHT ARM. THE TM HAD AN IME ON 5/31/18 NOTING ONLY SUBJECTIVE COMPLAINTS, AND NO OBJECTIVE ABNORMALITIES TO SUPPORT ANY R&LS. EXAMINER NOTES THE TM IS MMI AS OF 5/31/18. THE TM HAD OV WITH NEURO ON 6/8/18 TO RULE OUT MULTIPLE SCLEROSIS. THE AP ORDERED MRI OF THE BRAIN AND MRI OF THE T-SPINE AND STARTED THE TM ON AN ANXIETY MEDICATION. THE TM

**07/13/2018 7:17 PM - CLAIM Note 10**
Claim/Event/Leave: 8191808
NoteSubject : LTR to AP
Other Subject : MED REQ
Text: [07/13/2018 - SOCACIU, ANDREW]DCM MAILED MED REQ TO AP KIBLER/LEXINGTON CLINIC FOR TM MED REC FROM 7/13/18 THRU THE PRESENT.

**07/13/2018 7:14 PM - PHONE Note 13**
Claim/Event/Leave: 8191808
NoteSubject : Called AP
Other Subject : KIBLER
Text: [07/13/2018 - SOCACIU, ANDREW]DCM CLD AP KIBLER, RCVD VMX STATING NO FAX MED REQ, MUST MAIL WITH SIGNED MED AUTH, CF ADDR. CE.

**07/13/2018 7:10 PM - PHONE Note 12**
Claim/Event/Leave: 8191808
NoteSubject : Called EE
Other Subject :
Text: [07/13/2018 - SOCACIU, ANDREW]DCM CLD TM TO ADV MED REC CURR UNDER RVW. TM ADV LOV 7/13/18 W/AP KIBLER, ADV AP WAS ABLE TO DX PROBLEM BUT SHE DSNT REMEMBER WHAT IT WAS, SHE WILL FAX PPRWRK FROM LOV TO DCM. DCM ADV WLD CALL AP & RQST MED REC. NFQ, THNKD, CC.[07/13/2018 - SOCACIU, ANDREW]**** THIS WAS THE FIRST TIME TM HAD MET WITH AP KIBLER ****

**07/13/2018 7:01 PM - CLAIM Note 9**

Claim/Event/Leave: 8191808
NoteSubject : Action Plan
Other Subject :
Text: [07/13/2018 - SOCACIU, ANDREW]CLAIM CURRENTLY NOT APPROVED. BASED ON MR RCVD DCM SENT TO MDS TO RVW.

**07/13/2018 7:00 PM - CLAIM Note 8**
Claim/Event/Leave: 8191808
NoteSubject : Ref to Managed Care
Other Subject : MDS
Text: [07/13/2018 - SOCACIU, ANDREW]PLEASE REVIEW MEDICAL RECORDS. PLEASE INDICATE WHAT REASONABLE R&LS MAY APPLY. WHAT IS A REASONABLE TIMEFRAME FOR THESE R&L'S TO BE IMPOSED? PLEASE COMMENT ON ANY R&L'S THAT ARE PRESENT BASED ON THE CLAIMANT'S RX. IF NECESSARY FOR REVIEW COMPLETION, PLEASE CONTACT CLMT'S TREATING PHYSICIANS TO CLARIFY THE SEVERITY OF CLMT'S R&LS. IF YOU ARE UNABLE TO CONTACT THE PHYSICIAN PLEASE PROVIDE ANY QUESTIONS YOU WOULD LIKE CLARIFIED AFTER YOUR MEDICAL RECORD REVIEW.

**07/06/2018 2:32 PM - CLAIM Note 7**
Claim/Event/Leave: 8191808
NoteSubject : Other
Other Subject : VENDOR PMT
Text: [07/06/2018 - WADE, CATHERINE]REC'D INVOICE# 47006387 ON 7/5/18 FROM MEDI COPY. INVOICE DATED 7/3/18 IN THE AMT OF $40.50 FOR MEDICAL RECORDS. RECORDS FROM: BLUEGRASS ORTHO. INVOICE PAID IN FULL.

**07/05/2018 7:14 PM - PHONE Note 11**
Claim/Event/Leave: 8191808
NoteSubject : EE Called
Other Subject : EMAIL
Text: [07/05/2018 - SOCACIU, ANDREW]DCM RCVD EMAIL FROM JENNA KANE/MITSUI REGARDING REQUEST FOR TM MED REC: THE FILE IS TOO LARGE TO SCAN/EMAIL TO YOU SO I WILL MAIL TO THE PO BOX IN LONDON, KY AS LISTED IN YOUR SIGNATURE.

**07/05/2018 7:06 PM - CLAIM Note 6**
Claim/Event/Leave: 8191808
NoteSubject : Med Records Rcvd
Other Subject : DONEGAN
Text: [07/05/2018 - SOCACIU, ANDREW]5/29/18 THRU 6/18/18[07/05/2018 - SOCACIU, ANDREW]*** RVWD MED REC, WAITING ON ADDTL MED REC FROM AP EVERMAN, TUTT, AND WC/MITSUI. ***

**07/03/2018 11:13 AM - PHONE Note 10**
Claim/Event/Leave: 8191808
NoteSubject : EE Called
Other Subject :
Text: [07/03/2018 - SOCACIU, ANDREW]TM CLD DCM, TO ADV LOV AP LEUNG, NERVE CONDUCTION STUDY, AP ADV HAS SHOULDER ISSUES, CF AP CONTACT INFO. TM ADV FIRST OV WITH AP KIBLER, SHOULDER SPECIALIST AT LEXINGTON CLINIC, CF AP INFO. DCM ADV TM WAITING ON MED RECAND AS SOON AS RCVD WILL RVW FOR APPRVL, DCM ADV CURR MR RCVD NOT ENOUGH TO APPROVE CLAIM. TM UNDERSTANDS, NFQ, THNKD, CC.

**06/27/2018 2:46 PM - PHONE Note 9**
Claim/Event/Leave: 8191808
NoteSubject : Called ER
Other Subject : EMAIL
Text: [06/27/2018 - SOCACIU, ANDREW]DCM EMAILED MITSUI: CAN YOU PLEASE PROVIDE ALL MEDICAL RECORDS FOR JAMIE REECE. I HAVE ATTACHED HER MEDICAL AUTHORIZATION. THE STD CLAIM NUMBER IS 8191808.

**06/27/2018 2:29 PM - CLAIM Note 5**
Claim/Event/Leave: 8191808
NoteSubject : Action Plan
Other Subject : PENDED
Text: [06/27/2018 - SOCACIU, ANDREW]DCM REQ MR FROM AP DONEGAN, AP EVERMAN, AND AP TUTT. SENT NP 6/27/18, DUE 7/11/18. CLAIM PENDING MR. DCM NP FU 7/5/18.

**06/27/2018 2:29 PM - CLAIM Note 4**
Claim/Event/Leave: 8191808
NoteSubject : Notice/Proof Review
Other Subject :
Text: [06/27/2018 - SOCACIU, ANDREW]DCM MLD TM N&P, DUE 7/11/18. DCM TASK FOR 7 DAY FU 7/5/18.

**06/27/2018 2:29 PM - CLAIM Note 3**
Claim/Event/Leave: 8191808
NoteSubject : LTR to AP
Other Subject : DONEGAN,EVERMAN,TUTT
Text: [06/27/2018 - SOCACIU, ANDREW]DCM FAXED MR RQST TO AP DONEGAN, AP EVERMAN, AND AP TUTT, FOR TM FROM 4/14/18 THRU THE PRESENT.

**06/25/2018 1:18 PM - DOCUMENT Note 3**
Claim/Event/Leave: 8191808
NoteSubject : eSignature
Other Subject : Document Signed

**06/25/2018 1:07 PM - PHONE Note 8**
Claim/Event/Leave: 8191808
NoteSubject : Called EE
Other Subject :
Text: [06/25/2018 - SOCACIU, ANDREW]DCM RTC TO TM. DCM ADV ESIGN MED AUTH NOT RCVD, TM ADV WLD COMPLETE. TM ADV TREATING W/AP EVERMAN NEUROLOGIST CF CONTACT INFO, LOV 6/8/18. MRI AND BRAIN SCAN COMPLETED 6/20/18. NOV 6/28/18 TO REVIEW RESULTS. DCM ADV TM WC DENIAL DOES NOT MEAN THAT STD WILL BE DENIED, DEPENDS ON MED REC RCVD IF THEY SUPPORT DISABILITY OR NOT. TM UNDERSTANDS. NFQ, THNKD, CC.

**06/25/2018 12:59 PM - PHONE Note 7**
Claim/Event/Leave: 8191808
NoteSubject : EE Called
Other Subject :
Text: [06/25/2018 - SOCACIU, ANDREW]TM CLD DCM LMOM RQST CLBK RE CLAIM. CE.

**06/23/2018 1:16 PM - DOCUMENT Note 2**
Claim/Event/Leave: 8191808
NoteSubject : eSignature
Other Subject : Document Not Signed Day 2

**06/21/2018 3:06 PM - PHONE Note 6**
Claim/Event/Leave: 8191808
NoteSubject : EE Called
Other Subject :
Text: [06/21/2018 - SOCACIU, ANDREW]TM CLD DCM ADV CMPLTD ESIGN AUTH FORM, WONDERING WHAT IS HAPPENING. DCM ADV WC CLAIM WAS PD 4/15/18 THRU 6/9/18 AND STD CLAIM IS SET UP SINCE WC IS STOPPED. DCM ADV WILL BE RQSTNG MED REC FROM AP S AND ONCE RCVD WILL MAKE DETERMINATION ON CLAIM. NFQ, THNKD, CC.

**06/21/2018 1:27 PM - PHONE Note 5**
Claim/Event/Leave: 8191808
NoteSubject : Called AP
Other Subject : TUTT
Text: [06/21/2018 - SOCACIU, ANDREW]DCM CLD AP TUTT S/W PATSY, CF TM LOV 5/14/18, SEEN FOR CERVICAL PAIN, NO SIGNIFICANT FINDING ON MRI. NO OTHER INFO AVAIL, THNKD, CC.

**06/21/2018 1:22 PM - PHONE Note 4**
Claim/Event/Leave: 8191808
NoteSubject : Called AP
Other Subject : DONEGAN
Text: [06/21/2018 - SOCACIU, ANDREW]DCM CLD AP DONEGAN, RCVD VMX CF FAX, MSG ADV MUST FAX MR RQST, TAKES 7-10 DAYS. CE.

**06/21/2018 1:18 PM - PHONE Note 3**
Claim/Event/Leave: 8191808
NoteSubject : Called EE
Other Subject :
Text: [06/21/2018 - SOCACIU, ANDREW]DCM CLD TM LMOM TO ADV ADV ND MED AUTH, EMAILD FOR ESIGN. GAVE DCM CONTACT INFO, THNKD, CC.

**06/21/2018 1:16 PM - DOCUMENT Note 1**
Claim/Event/Leave: 8191808
NoteSubject : eSignature
Other Subject : Document Requested

**06/21/2018 10:15 AM - CLAIM Note 2**
Claim/Event/Leave: 8191808
NoteSubject : FMLA
Other Subject : LEAVE NOT COORDINATE
Text: THE DISABILITY CLAIM DETERMINATION WAS NOT MADE WITHIN THE DETERMINATION WAITING PERIOD. THE LEAVE WAS CONVERTED TO THE LEAVE ONLY PROCESS, AND WILL NO LONGER COORDINATE WITH THE CLAIM. REFER QUESTIONS TO THE LEAVE SERVICES UNIT.

**06/21/2018 10:15 AM - CLAIM Note 1**
Claim/Event/Leave: 8191808
NoteSubject : FMLA
Other Subject : ACKNOWLEDGMENT SENT
Text: THIS LEAVE ACKNOWLEDGEMENT LETTER WAS SENT. THE LEAVE BEGIN DATE IS 04/15/2018 AND THE LEAVE END DATE IS 05/01/2018.

**06/20/2018 5:35 PM - PHONE Note 2**

**06/20/2018 3:33 PM - PHONE Note 2**
Claim/Event/Leave: 8191808
NoteSubject : Initial EE Interview
Other Subject : COMPLETED
Text: [06/20/2018 - SOCACIU, ANDREW]DCM CLD TM FOR II. CF DOB/ADDR/PHN/EML. TM CF NO OTHER INCOME. TM OPT IN TEXT/EML. CF TM JOB TITLE TEAM MEMBER, WITH MEDIUM JOB DUTIES, CONSTANTLY WALKING, STANDING, BENDING, TWISTING, AND LIFTING UP TO 20 LBS OCCASIONALY. TM CF LDW 4/14/18 FULL SHIFT, DOD 4/15/18. TM CF IS CURRENTLY BEING PAID BY WC. SXS REPETITIVE MOTIONS CAUSED DISK PROBLEM IN NECK, AND PAIN IN NECK R SHOULDER, COLLAR BONE, THAT RADIATES DOWN R ARM INTO HAND, ALSO A TEAR IN SHOULDER. DX CERVICALGIA, RIGHT SHOULDER PAIN. LOV 6/18/18, NOV NONE. ERTW UNKNOWN. TM CF AP CONTACT INFO. TM ADV AUTH ON FILE WITH AP. EXPLAINED BENEFIT STRUCTURE OF 7 DAY EP, TM PAID THRU ER AT 65% REGULAR PAY ON SAME PAY CYCLE. DCM EXPLAINED NEXT STEPS OF CF WC CLAIM STATUS, AND CALLING AP TO CF DX AND TX, AND TM WILL BE CONTACTED AS SOON AS STATUS OF CLAIM CHANGES. DCM GAVE CONTACT INFO, NFQ, THANKED, CC.

**06/20/2018 12:20 PM - PHONE Note 1**
Claim/Event/Leave: 8191808
NoteSubject : Initial EE Interview
Other Subject : INCOMPLETE
Text: [06/20/2018 - SOCACIU, ANDREW]DCM CALLED TM FOR II, L/M AND REQ R/C TO DISCUSS CLAIM. DCM THANKED, LEFT CONTACT INFO, CC.

**06/19/2018 1:06 PM - POSSINV Note 1**
Claim/Event/Leave: 8191808
NoteSubject : Prior Claim
Other Subject :
Text: [06/19/2018 - NEWTON, CYNTHIA]PLEASE INVESTIGATE. CLAIM CREATED PER EMAIL[06/19/2018 - NEWTON, CYNTHIA] PLEASE VERIFY DATES NEEDED.

**Vocational Memorandum**

**From:** Jason E. Miller, Ed.M., CRC, ABVE/F **Date:** 05/02/22

**To:** Lindsay Mack

**Claim#:** 8356763
**Claimant:** Jamie Reece
**Date of Birth:**
**Date of Disability:** 04/15/18

**Vocational Assessment:**

VCM received this file for a TSA update to one previously performed by Nicole Hall on 05/17/21. Please see that report for complete details regarding demographics, capacities utilized, education, work history, transferable skills and alternative occupations with accompanying wages. The following occupations were identified in that TSA:

| DOT Code | Occupation | Specific Vocational Preparation (SVP) | Strength | National Monthly Wage |
|---|---|---|---|---|
| 239.362-014 | Customer Service Representative | 5 | S | $2,987 |
| 237.367-022 | Information Clerk | 4 | S | $2,593 |
| 372.667-030 | Gate Guard | 3 | L | $2,588 |
| 706.687-010 | Assembler, Production | 2 | L | $2,617 |
| 706.684-022 | Assembler, Small Products I | 2 | L | $2,617 |

**Wage Information is based on median 2020 Bureau of Labor Statistical Data*

The following education, training, and work experience was noted:

**Education & Training:**
Education: High School Diploma, one year of college experience
Certifications/Licensures: None reported
Computer Skills: Email, Internet

**Work History:**

| DOT Code | Job Title/Occupation Title | Specific Vocational Preparation (SVP) | Strength | Years |
|---|---|---|---|---|
| 845.381-014 | Painter, Automotive | 6 | M | 3 |
| 092.227-018 | Child Care Teacher | 7 | L | 4 |

*No additional work history information was noted or provided by Ms. Reece; therefore, the OASYS analysis will reflect only the work information as noted above.

As part of my analysis, I also reviewed the report of Vocational Consultant Stephanie Barnes. However, the conclusions/opinions in her review summary are all medical in nature and better addressed by medical professionals.

I have been asked to utilize restrictions and limitations from the following:

1. 02/21/22 Peer Review completed by Ronak Garg, MD (Internal Medicine)
   "Sitting: unrestricted
   Standing: unrestricted
   Walking: unrestricted
   Lifting/carrying/pushing/pulling: occasionally no more than 40lbs, frequently up to 20lbs.
   Climbing stairs: frequently
   Climbing ladders: never
   Stooping: frequently
   Kneeling: frequently
   Crouching: frequently
   Crawling: never
   Balance: frequently
   Reaching overhead: occasionally
   Reaching at waist and desk level: unrestricted
   Reaching below waist: unrestricted
   Use lower extremities for foot controls: unrestricted
   Fine manipulation: unrestricted
   Simple and firm grasping: unrestricted
   Keyboarding: unrestricted"

2. 04/12/22 Peer Review addendum completed by Lisa Pitino, DO (Physiatry)
   "Sitting: Occasionally up to a total of 2.5 hours/day
   Standing: unrestricted
   Walking: unrestricted
   Lifting/carrying/pushing/pulling: occasionally no more than once
   Climbing stairs: frequently
   Climbing ladders: never
   Stooping: frequently
   Kneeling: frequently
   Crouching: frequently
   Crawling: never
   Balance: frequently
   Reaching overhead: occasionally
   Reaching at waist and desk level: unrestricted
   Reaching below waist: unrestricted
   Use lower extremities for foot controls: unrestricted
   Fine manipulation: unrestricted
   Simple and firm grasping: unrestricted
   Keyboarding: unrestricted"

3. 04/26/22 Peer Review clarification completed by Lisa Pitino, DO (Physiatry)
   "Lifting/carrying/pushing/pulling: occasionally no more than 40lbs, frequently up to 20lbs."

Based on these updated capacities, the previously-identified occupations remain viable. All occupations were verified through use of the Dictionary of Occupational Titles, the Economic Research Institute and/or a review of material and substantial functions against restrictions and limitations outlined above. In all sedentary occupations above, standing can be performed while remaining in one's workstation with intermittent sitting.

This information will be provided to the ARC. This memorandum will serve in lieu of a formal written report given no change from the prior review.

Jason E. Miller, Ed.M., CRC, ABVE/F
Board Certified Vocational Expert
Certified Rehabilitation Counselor
Certified ADA Administrator
Vocational Consultant II
Workplace Solutions
Lincoln Financial Group

VOC Suite

# VOCATIONAL CASE MANAGEMENT

## Transferable Skills Analysis

**PLEASE HAVE THE FOLLOWING IN THE CLAIM FILE BEFORE REFERRING**

- [x] JOB DESCRIPTION (if cannot obtain in writing, must have phone doc from discussions with EE/ER detailing job duties)
- [x] PHYSICAL JOB EVALUATION FORM (if available)
- [x] UPDATED MEDICAL WITH CLEAR R&L'S
- [x] TRAINING-EDUCATION-EXPERIENCE FORM
- [ ] MANAGER APPROVAL (if required)
- [x] ATTORNEY INFO (if applicable)

FROM: Lindsay Mack DATE: Wednesday, April 27, 2022

## CLAIM BACKGROUND

Claimant Name: JAMIE REECE Claim Number: 8356763

- [ ] STD
- [x] FULLY INSURED
- ( THRESHOLD $ )
- [x] LTD
- [ ] ASO
- [ ] LIFE

Has MDS worked the claim? [x] YES [ ] NO

Employer: TOYOTA MOTOR ENGINEERING & MAN

Change In DEF. Date: 10/20/2020

Pre-Disability Earnings: $3,562.00 / M (mode) Claim Service Type: ADOP

**Document Locations**

- [x] Document List
- [ ] Correspondence
- [ ] Paper File

**Case Manager's Recommendations / Reason For Referral:**

Appeal. Prior TSA completed 5/17/21. Claim referred for TSA update based on updated R&L's from Dr. Ronak Garg as per 2/21/22 report (for period 7/21/21-10/27/21) and Dr. Lisa Pittino as per 4/12/22 addendum and 4/26/22 clarification reports. See also 12/6/21 vocational evaluation by Stephanie Barnes submitted by attorney on appeal (amended report submitted by attny 1/18/22).

## Lisa Pitino, D.O.
## Board Certified Physical Medicine & Rehabilitation

**CLAIMANT NAME: Jamie Reece**
**ECN #: 165744-7**
**CLAIM #: 8356763**
**DATE OF LOSS: 04/15/2018**
**DATE OF REVIEW: 04/26/2022**
**CASE TYPE: Long-Term Disability**

### Clarification

1. **Please clarify the date of r/l's onset, since Dr. Pittino stated, "Given that the clamant had difficulty sitting following her surgery…". We need to determine R&L's from 7/21/21 forward; however, the surgery did not take place until 10/28/21. So if different R&L's apply for different time periods, we do need clarification of that.**

Restrictions would be in effect from 07/21/2021 and are permanent. Although surgery was not until 10/28/2021, she had persistent pain and symptoms previous to this date that would limit her abilities.

2. **The report states, "Lifting/carrying/pushing/pulling: occasionally no more than once". This statement appears to be incomplete. Please clarify this restriction including any applicable weight limit(s).**

Lifting/carrying/pushing/pulling: occasionally no more than 40lbs, frequently up to 20lbs.

Lisa Pitino, D.O.
Board Certified Physical Medicine & Rehabilitation
Board Certified Pain Medicine
License: 20A10571 CA
License: N9933 TX

**From:**Staley, Sara <Sara.Staley@genexservices.com>
**Sent:**Tue, 26 Apr 2022 17:29:02 +0000
**To:**VendorReferrals
**Subject:**J. Reece Claim #8356763
**Attachments:**Clarification_7623495BOCA.PDF

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi ,

Attached is the Clarification for the above referenced claimant. If we can further assist you with this file, please don't hesitate to give us a call.

Thanks for the referral,

**Sara Staley**
***Quality Assurance Coordinator***
Exam Coordinators Network, a division of Genex Services
**T**: 855-648-9248 #3
**F**: 561-392-5881
**Access our portal at: View My Cases**

urac®
ACCREDITED
Independent
Medical
Examinations
Expires 04/01/2024

The information and any attachments contained in this email are confidential and proprietary, and may be protected under the law, including federal and state privacy laws. The information and attachments are intended solely for use by the individual or entity to whom this email is addressed. If you are not the intended recipient, you are notified that any use, dissemination, forwarding, or copying of this information or attachments is strictly prohibited. If you received this email in error, please notify the sender immediately and delete all copies of this email. Thank you.

**From:**Mack, Lindsay
**Sent:**Thu, 21 Apr 2022 18:40:21 +0000
**To:**Thomas, Makayla
**Cc:**BocaLegacy
**Subject:**RE: Clarification request - 8356763
**Importance:**High

I received a clarification report dated 4/20/22; however, it only addressed the question pertaining to the date of onset of the R&Ls. I have not received the other clarification requested in my 4/13/22 email.

- The report states, "Lifting/carrying/pushing/pulling: occasionally no more than once". This statement appears to be incomplete. Please clarify this restriction including any applicable weight limit(s).

**Lindsay Mack**
Appeals Consultant
Group Protection
888-437-7611 x14698 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** Mack, Lindsay
**Sent:** Thursday, April 14, 2022 7:58 AM
**To:** Thomas, Makayla <Makayla.Thomas@genexservices.com>
**Subject:** RE: Clarification request - 8356763
**Importance:** High

I understand the R&L's are of permanent duration, but still need to clarify the date of onset, since Dr. Pittino stated, "Given that the clamant had difficulty sitting following her surgery…". We need to determine R&L's from 7/21/21 forward; however, the surgery did not take place until 10/28/21. So if different R&L's apply for different time periods, we do need clarification of that.

Thank you.

**Lindsay Mack**
Appeals Consultant

Group Protection
888-437-7611 x14698 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** Thomas, Makayla <Makayla.Thomas@genexservices.com>
**Sent:** Wednesday, April 13, 2022 5:04 PM
**To:** Mack, Lindsay <Lindsay.Mack@lfg.com>; BocaLegacy <legacy@ecnime.com>
**Subject:** RE: Clarification request - 8356763

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good afternoon Lindsay,

The R/L's are permanent, but we will be processing the rest of the clarification.

Thank you,

Makayla Thomas
*Peer Review Intake Coordinator/IME-Peer Services/Boca*
ECN, a division of Genex Services

T: 561.290.0318
F: 561.886.6562

urac
ACCREDITED
Independent Medical Examinations
Expires 04/01/2024

Access our portal at View My Cases
All electronic communications from ECN / Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this

communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

---

**From:** Mack, Lindsay <Lindsay.Mack@lfg.com>
**Sent:** Wednesday, April 13, 2022 4:50 PM
**To:** BocaLegacy <legacy@ecnime.com>
**Subject:** Clarification request - 8356763

EXTERNAL: This email was received from outside of Genex Services. Please do not click links or open attachments unless you know the content is safe.
We are in need of clarification regarding the 4/12/22 addendum report from Dr. Lisa Pittino regarding the above-referenced claim.

- Are the restrictions/limitations outlined in the 4/12/22 addendum appliable from 7/21/21 forward? If a different date of onset is applicable, please specify.

- The report states, "Lifting/carrying/pushing/pulling: occasionally no more than once". This statement appears to be incomplete. Please clarify this restriction including any applicable weight limit(s).

Thank you,

**Lindsay Mack**
Appeals Consultant
Group Protection

**Lincoln Life Assurance Company of Boston**
LincolnFinancial.com

888-437-7611 x14698
Office

603-334-5711 Fax

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in

relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

The information and any attachments contained in this email are confidential and proprietary, and may be protected under the law, including federal and state privacy laws. The information and attachments are intended solely for use by the individual or entity to whom this email is addressed. If you are not the intended recipient, you are notified that any use, dissemination, forwarding, or copying of this information or attachments is strictly prohibited. If you received this email in error, please notify the sender immediately and delete all copies of this email. Thank you.

**Lisa Pitino, D.O.**
**Board Certified Physical Medicine & Rehabilitation**

**CLAIMANT NAME: Jamie Reece**
**ECN #: 165744-7**
**CLAIM #: 8356763**
**DATE OF LOSS: 04/15/2018**
**DATE OF REVIEW: 04/20/2022**
**CASE TYPE: Long-Term Disability**

**Clarification**

1. **Please clarify the date of r/l's onset, since Dr. Pittino stated, "Given that the clamant had difficulty sitting following her surgery…". We need to determine R&L's from 7/21/21 forward; however, the surgery did not take place until 10/28/21. So if different R&L's apply for different time periods, we do need clarification of that.**

Restrictions would be in effect from 07/21/2021 and are permanent. Although surgery was not until 10/28/2021, she had persistent pain and symptoms previous to this date that would limit her abilities.

Lisa Pitino, D.O.
Board Certified Physical Medicine & Rehabilitation
Board Certified Pain Medicine
License: 20A10571 CA
License: N9933 TX

**From:**Staley, Sara <Sara.Staley@genexservices.com>
**Sent:**Wed, 20 Apr 2022 16:57:25 +0000
**To:**VendorReferrals
**Subject:**J. Reece Claim #8356763
**Attachments:**Clarification_7584977BOCA.PDF

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi ,

Attached is the Clarification for the above referenced claimant. If we can further assist you with this file, please don't hesitate to give us a call.

Thanks for the referral,


**Sara Staley**
***Quality Assurance Coordinator***
Exam Coordinators Network, a division of Genex Services
**T**: 855-648-9248 #3
**F**: 561-392-5881
**Access our portal at: View My Cases**


urac
ACCREDITED
Independent Medical Examinations
Expires 04/01/2024


The information and any attachments contained in this email are confidential and proprietary, and may be protected under the law, including federal and state privacy laws. The information and attachments are intended solely for use by the individual or entity to whom this email is addressed. If you are not the intended recipient, you are notified that any use, dissemination, forwarding, or copying of this information or attachments is strictly prohibited. If you received this email in error, please notify the sender immediately and delete all copies of this email. Thank you.

**Ronak Garg, M.D.**
**Board Certified Internal Medicine**

**CLAIMANT NAME: Jamie Reece**
**ECN #: 165744-6**
**CLAIM #: 8356763**
**DATE OF LOSS: 4/15/2018**
**DATE OF REVIEW: 04/12/2022**
**CASE TYPE: Long-Term Disability**

**DIAGNOSIS:** Cervicalgia

**MEDICAL RECORDS REVIEWED:**

01/20/2022, Clinical Note, Rachel Gilliam, NP.
02/26/2022, Letter, James C. Owen, MD., CIME.

**HISTORY:** This case involves a now 53-year-old female with a date of injury of 04/15/2018, and a long-term disability claim. The diagnosis submitted was cervicalgia.

According to an encounter dated 01/20/2022, the claimant was seen regarding an annual examination. The claimant had prolapsed surgery and was unable to sit on bottom. The claimant was unable to get out of bed and had to lie down in the car as she was unable to sit. There was significant numbness and shooting nerve pain in the vagina, rectum and right side of the labia and buttocks. On examination, paresthesia on the right labia and perineum was noted. The claimant was recommended for diazepam and estradiol.

According to a letter dated 02/26/2022, the claimant was completely disabled for the time of 07/2021 through 10/2021. There were ongoing obvious problems. The claimant was also diagnosed with complex regional pain syndrome 1.

**RESPONSE TO REFERRAL QUESTIONS:**

1. **Please review the additional medical information and advise if it alters your prior opinion stated in your report. Please explain why or why not.**
   The claimant was diagnosed with cervicalgia. Other diagnosis included complex regional pain syndrome type I. On 01/20/2022, the claimant was seen regarding history of prolapse surgery with the inability to sit on the bottom. There were reports of numbness and shooting nerve pain in the vagina, rectum and right side of the labia and buttocks. However, there was no significant objective data that would change the prior recommended restrictions/limitations. Therefore, the additional medical information does not alter the prior opinion stated in the previous report.

Ronak Garg, M.D.
Board Certified Internal Medicine
License: A120497 CA

# Lisa Pitino, D.O.
## Board Certified Physical Medicine & Rehabilitation

**CLAIMANT NAME: Jamie Reece**
**ECN #: 165744-5**
**CLAIM #: 8356763**
**DATE OF LOSS: 04/15/2018**
**DATE OF REVIEW: 04/12/2022**
**CASE TYPE: Long-Term Disability**

**ADDENDUM**

**DIAGNOSIS:** Cervicalgia

**MEDICAL RECORDS REVIEWED:**

1. 03/30/2022, Correspondence, Bartley Hagerman
2. 02/26/2022, Correspondence, James Owen, MD
3. 01/20/2022, Progress Note, Rachel Gilliam, NP

**HISTORY:** This case involves a now 53-year-old female with a date of loss of 04/15/2018. The documented diagnosis is cervicalgia.

In review of the previous determination, the claimant was provided restriction and/or limitation from 07/21/2021 moving forward from physical medicine and rehabilitation standpoint it was stated that the restrictions were permanent as her outcome was unlikely to change.

On 01/20/2022 the claimant was seen for an evaluation. She previously had rectocele and prolapse surgery and was unable to sit there was paresthesia to the right labia and perineum she was referred to a urogynecologist and prescribed vaginal diazepam and estradiol.

A correspondence dated 02/26/2022 stated that the claimant continued to be treated for complex regional pain syndrome, as well as prolapse pain. She had evidence of incontinence and dysfunctional colon performance which further debilitated her it was indicated that she had complex regional pain syndrome 1 and cervicalgia which significantly limited her functionality.

**RESPONSE TO REFERRAL QUESTIONS:**

1. **Please review the additional medical information and advise if it alters your prior opinion stated in your report. Please explain why or why not.**

Yes. The additional documentation would change the prior determination. The claimant had a complicated past medical history to include complex regional pain syndrome, cervicalgia, degenerative joint disease, irritable bowel syndrome, and genitourinary pain.

Given that the claimant had difficulty sitting following her surgery, as well as persistent neck and next regional pain syndrome style pain, the following restriction and/or limitations would be warranted and will be considered permanent as significant improvement is not expected.

Sitting: Occasionally up to a total of 2.5 hours/day

Standing: unrestricted

Walking: unrestricted

Lifting/carrying/pushing/pulling: occasionally no more than once

Climbing stairs: frequently

Climbing ladders: never

Stooping: frequently

Kneeling: frequently

Crouching: frequently

Crawling: never

Balance: frequently

Reaching overhead: occasionally

Reaching at waist and desk level: unrestricted

Reaching below waist: unrestricted

Use lower extremities for foot controls: unrestricted

Fine manipulation: unrestricted

Simple and firm grasping: unrestricted

Keyboarding: unrestricted

Lisa Pitino, D.O.
Board Certified Physical Medicine & Rehabilitation
Board Certified Pain Medicine
License: 20A10571 CA
License: N9933 TX

**From:** Staley, Sara <Sara.Staley@genexservices.com>
**Sent:** Tue, 12 Apr 2022 17:53:48 +0000
**To:** VendorReferrals
**Subject:** J. Reece Claim #8356763
**Attachments:** Addendum_7531627BOCA.PDF, Invoice.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi ,

Attached are the Addendum and Invoice for the above referenced claimant. If we can further assist you with this file, please don't hesitate to give us a call.

Thanks for the referral,


**Sara Staley**
***Quality Assurance Coordinator***
Exam Coordinators Network, a division of Genex Services
**T**: 855-648-9248 #3
**F**: 561-392-5881
**Access our portal at: View My Cases**


urac
ACCREDITED
Independent Medical Examinations
Expires 04/01/2024


The information and any attachments contained in this email are confidential and proprietary, and may be protected under the law, including federal and state privacy laws. The information and attachments are intended solely for use by the individual or entity to whom this email is addressed. If you are not the intended recipient, you are notified that any use, dissemination, forwarding, or copying of this information or attachments is strictly prohibited. If you received this email in error, please notify the sender immediately and delete all copies of this email. Thank you.

**From:**Staley, Sara <Sara.Staley@genexservices.com>
**Sent:**Tue, 12 Apr 2022 17:46:15 +0000
**To:**VendorReferrals
**Subject:**J. Reece Claim #8356763
**Attachments:**Addendum_7531536BOCA.PDF, Invoice.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi ,

Attached are the Addendum and Invoice for the above referenced claimant. If we can further assist you with this file, please don't hesitate to give us a call.

Thanks for the referral,

**Sara Staley**
***Quality Assurance Coordinator***
Exam Coordinators Network, a division of Genex Services
**T**: 855-648-9248 #3
**F**: 561-392-5881
**Access our portal at: View My Cases**

urac ACCREDITED
Independent Medical Examinations
Expires 04/01/2024

The information and any attachments contained in this email are confidential and proprietary, and may be protected under the law, including federal and state privacy laws. The information and attachments are intended solely for use by the individual or entity to whom this email is addressed. If you are not the intended recipient, you are notified that any use, dissemination, forwarding, or copying of this information or attachments is strictly prohibited. If you received this email in error, please notify the sender immediately and delete all copies of this email. Thank you.

ECN
Exam Coordinators Network   A division of Genex Services, LLC

**Corporate Office**
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
**Toll Free: (877) 463-9463**
Local: (561) 922-5200
Fax: (561) 392-5881

E-mail: info@ecnime.com   Web: www.ecnime.com

**Invoice:** **BOCA 137679**

**Date** **4/12/2022**

***Bill To:***

**Lindsay Mack**
**Lincoln Financial-London, KY**
**P.O. Box 7207**
**London, KY 40742**

**Claim #** 8356763
**Date of Loss:** 4/15/2018
**ECN #** 165744-6
**Account #**

**Claimant** Jamie Reece

| | | |
|---|---|---|
| 4/6/2022 | Addendum Peer - Long Term Disability: Addendum<br>Provider: Ronak B Garg, MD<br>Specialty: Internal Medicine | $200.00 |
| | **SubTotal** | $200.00 |
| | **Final Invoice Total** | $200.00 |

***Remit To:***
Exam Coordinators Network
440 E. Swedesford Road
Suite 1000
Wayne, PA 19087

Terms: Net 30 days
Tax Id #: 95-3327434

THANK YOU FOR THE OPPORTUNITY TO PROVIDE THIS SERVICE FOR YOU. PLEASE REMIT PAYMENT PROMPTLY.

ECN
Exam Coordinators Network A division of Genex Services, LLC

**Corporate Office**
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
**Toll Free: (877) 463-9463**
Local: (561) 922-5200
Fax: (561) 392-5881

E-mail: info@ecnime.com Web: www.ecnime.com

**Invoice:** **BOCA 137678**

**Date** **4/12/2022**

***Bill To:***

**Lindsay Mack**
**Lincoln Financial-London, KY**
**P.O. Box 7207**
**London, KY 40742**

| | |
|---|---|
| **Claim #** | 8356763 |
| **Date of Loss:** | 4/15/2018 |
| **ECN #** | 165744-5 |
| **Account #** | |

**Claimant** Jamie Reece

| | | |
|---|---|---|
| 4/6/2022 | Addendum Peer - Long Term Disability: Addendum<br>Provider: Lisa M Pitino, DO<br>Specialty: Physical Medicine and Rehabilitation | $200.00 |
| | **SubTotal** | $200.00 |
| | **Final Invoice Total** | $200.00 |

***Remit To:***
Exam Coordinators Network
440 E. Swedesford Road
Suite 1000
Wayne, PA 19087

Terms: Net 30 days
Tax Id #: 95-3327434

THANK YOU FOR THE OPPORTUNITY TO PROVIDE THIS SERVICE FOR YOU. PLEASE REMIT PAYMENT PROMPTLY.

**From:**Mack, Lindsay
**Sent:**Wed, 6 Apr 2022 14:25:34 +0000
**To:**BocaLegacy
**Subject:**Addendum request 8356763 (secure)
**Attachments:**8356763-MEDICAL-MEDICALRECORDS-03.07.2022.pdf, 8356763-MEDICAL-CORRESPONDENCE-03.30.2022.pdf

A panel review was completed on the above claim by Dr. Lisa Pitino and Dr. Ronak Garg on 2/21/22. The attached additional medical documentation has since been received. Please have an addendum completed by Dr. Pitino and Dr. Garg to address this new information, whether it alters their previous conclusions, and why or why not.

Thank you,


**Lindsay Mack**
Appeals Consultant
Group Protection

**Lincoln Life Assurance Company of Boston**
LincolnFinancial.com

888-437-7611 x14698
Office

603-334-5711 Fax



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5711

| | |
|---|---|
| Date: | April 6, 2022 |
| To: | BARTLEY HAGERMAN<br>MEHR, FAIRBANKS & PETERSON<br>201 WEST SHORT STREET<br>SUITE 800<br>LEXINGTON KY 40507 |
| Attn: | |
| Fax: | (859) 225-3830 |
| From: | Lindsay Mack<br>Appeals Consultant<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5711 |
| Total Pages (Including Cover): | 2 |
| RE: | Claim #: 8356763<br>Claimant: Jamie Reece<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5711

April 6, 2022

Bartley K. Hagerman
Mehr, Fairbanks & Peterson
201 WEST SHORT STREET
SUITE 800
LEXINGTON, KY 40507

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece

Dear Bartley Hagerman:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Toyota Motor Engineering & Manufacturing North America, Inc.'s Group Disability Policy. We are writing in reference to Jamie Reece's claim for LTD benefits under the Policy.

In a letter dated February 22, 2022, you were afforded until March 15, 2022 to provide any response you wished to be considered to the panel medical review by Dr. Lisa Pitino and Dr. Ronak Garg, prior to a final determination being rendered on Ms. Reece's appeal.

On March 7, 2022, we received your submission of a January 20, 2022 office visit note from Rachel Gilliam, NP. On March 15, 2022, we granted your request for an additional time to provide a response, until April 5, 2022. On March 30, 2022, we received your submission of a supplemental report dated February 26, 2022 from Dr. James Owen.

This additional information has been added to Ms. Reece's claim file and will be included in our evaluation of her appeal. Upon completion of our review, you will be notified of our determination accordingly.
If you have any questions regarding this matter, please contact me.

Sincerely,

Lindsay Mack
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 14698
Secure Fax No.: (603) 334-5711

**From:** DisabilityDocuments
**Sent:** Wednesday, March 30, 2022 1:57 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: Claim No. 8356763; Reece, Jamie

---

**From:** Bartley K. Hagerman <bkh@austinmehr.com>
**Sent:** Wednesday, March 30, 2022 5:40:06 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** Claim No. 8356763; Reece, Jamie

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Dear Madam or Sir:

Please see the attached correspondence with enclosure.

Sincerely,


**Bartley K. Hagerman | Attorney**

201 West Short Street, Suite 800

Lexington, KY 40507

Phone: (859) 225-3731

Fax: (859) 225-3830

bkh@austinmehr.com

**www.mehrfairbanks.com**

https://www.facebook.com/MehrFairbanksPetersonTrialLawyershttps://www.linkedin.com/company/mehr-fairbanks-peterson/

This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information contained in this communication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in future then please respond to the sender to this effect.

2022-03-30 ltr to Lincoln.pdf

2022-03-30 exhibit.pdf

MEHR FAIRBANKS
TRIAL LAWYERS

201 West Short Street, Suite 800 • Lexington, Kentucky 40507 • 859-225-3731 • 859-225-3830 • www.mehrfairbanks.com

M. Austin Mehr — amehr@austinmehr.com
Philip G. Fairbanks — pgf@austinmehr.com
Bartley K. Hagerman — bkh@austinmehr.com
Elizabeth A. Thornsbury — elizabeth@austinmehr.com

March 30, 2022

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
Disability and Life Claims
P.O. Box 2578
Omaha, NE 68172-9688

***Via email: DisabilityDocuments@LFG.com***

**RE: Claimant: Jamie Reece**
**Claim No.: 8356763**
**Toyota Long Term Disability Benefits**

Dear Madam or Sir:

In further support of my client's claim and appeal, and in response to the opinions Lincoln recently supplied, I enclose herewith a supplemental report dated February 26, 2022 from Dr. James Owen. Please add this to, and consider this in conjunction with, my client's pending LTD appeal.

Sincerely,

*/s/ Bartley K. Hagerman*

Bartley K. Hagerman

Enclosure

**James C. Owen, M.D., A.B.P.M., A.B.E.M.**
Fellow of American Academy of Disability Evaluating Physicians
• Certified Independent Medical Evaluator •
330 Romany Road, Lexington, KY 40502

February 26, 2022

*

RE: Jamie Reece
ECN# 1657443
Claim #8356763
Date of Loss: 4/15/2018
Case Type is Long-term Disability

In Contention is whether or not Ms. Reece was completely disabled in the time period 7/21 to 10/21. She has been reviewed by two different physicians, one of whom was Pitino who gives a history and a comprehensive medical record review. That begins 3/6/2017 and includes multiple physical therapy reports, which are primarily for the treatment of her shoulder and neck pain previously mentioned on my IME. Eventually diagnosed as CRPS I by Dr. Abbas. The date of that diagnosis being 10/10/2018. Subsequently continued physical therapy.

Notes from Dr. Roden, Dr. St. Clair, and Dr. O'Neal, and Dr. Russ with an MRI of the lumbar spine dated 11/3/2020. In the time period involved, that being 7/21 to 10/21, she was being seen by Mahloch for her right foot. Dr. Newcomb just prior to that and peer review by Dr. Zheng, nurse practitioner, Collins, Dr. O'Neal, Dr. Beiting. An op report by Dr. Karram that being 10/28/2021.

Indicates 11/3/2020 MRI of the lumbar spine noted degenerative change of facet arthrosis. Most pronounced at L4-5. There was a mild left L4-5 foraminal encroachment.

A 12/7/2020 MRI of the right hip was unremarkable. On 5/20/2021, right foot radiograph showed mild degenerative changes of the right foot and then she was seen 6/25/2021 by PA-C Cox who gives a medical history significant for complex regional pain syndrome, allergic rhinitis, irritable bowel syndrome, psoriatic arthritis, hormone replacement and history of polyps. She had developed thrush on her tongue.

Then in the 8/2/2021 time period Dr. O'Neill reported right hand pain, nodule in the right palm, diagnosis of interphalangeal joint disease of the right hand. Then she underwent operative intervention by Dr. Karram for recurrent pelvic organ prolapse, rectal suspension and posterior repair were performed. Diagnosis of cervicalgia.

**James C. Owen, M.D., A.B.P.M., A.B.E.M.**
Fellow of American Academy of Disability Evaluating Physicians
• Certified Independent Medical Evaluator •
330 Romany Road, Lexington, KY 40502

Response to referral questions include cervicalgia and psoriatic arthritis. Comorbid diagnosis include complex regional pain syndrome, history of right distal radial fracture, distal interphalangeal joint disease of the right hand, lumbar degenerative disk disease, allergic rhinitis, irritable bowel syndrome, hormone replacement and history of polyps. Restrictions dated 7/21/2021 and forward were to be included. Dr. Pitino leaves out of her restrictions the diagnosis for CRPS I, choosing to call it cervicalgia I assume. She also leaves out any description or problems that were associated with recurrent pelvic organ prolapse that eventually provoked a vaginal wall suspension and posterior repair and multiple subsequent problems with constipation, etc. as delineated on my IME. She fails to recognize the severity of the CRPS I giving a restriction of reaching occasionally. That clearly is inappropriate for the diagnosis.

She tries to explain away the ongoing obvious problems by using Dr. O'Neill's report that had to do only with the distal interphalangeal joint disease. By association saying there was no recently listed restriction limitation from a physical medicine perspective. Yet she was continuing to be treated for the CRPS through that time period. She was having more than sufficient debility secondary to the prolapse to keep her from working. There is finally a note from Dr. Pitino indicating support from Dr. Garg, internal medicine who is a secondary reviewer. Again the CRPS is not recognized and I mentioned only a cervicalgia.

It should also be noted that in that same time period, i.e. 7/2021 to 10/2021. She had been reviewed by Drs. Cox, Beiting and eventually referred to Cincinnati where she underwent an operative intervention by Dr. Karram. This was for incontinence and dysfunctional colon performance which in and of itself would be significant debilitating problem. That came to fore in this time period.

It is therefore my opinion given the entirety of the picture that she was indeed disabled from the 7/21 time period through the 10/21 time period. Certainly beyond that she continued to be disabled from a plethora of causes.

James C. Owen, M.D., CIME

JCO/jib
DS254855

**From:** DisabilityDocuments
**Sent:** Tuesday, March 15, 2022 9:08 AM
**To:** SA-EMLRIP114-P
**Subject:** FW: Claim No. 8356763; Reece, Jamie

---

**From:** Bartley K. Hagerman <bkh@austinmehr.com>
**Sent:** Tuesday, March 15, 2022 1:07:03 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** Claim No. 8356763; Reece, Jamie

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Please see the attached letter.

Sincerely,

**Bartley K. Hagerman | Attorney**

201 West Short Street, Suite 800

Lexington, KY 40507

Phone: (859) 225-3731

Fax: (859) 225-3830

bkh@austinmehr.com

**www.mehrfairbanks.com**

https://www.facebook.com/MehrFairbanksPetersonTrialLawyershttps://www.linkedin.com/company/mehr-fairbanks-peterson/

This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information contained in this communication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in future then please respond to the sender to this effect.

2022-03-15 ltr to Lincoln.pdf

MEHR FAIRBANKS
TRIAL LAWYERS

201 West Short Street, Suite 800 • Lexington, Kentucky 40507 • 859-225-3731 • 859-225-3830 • www.mehrfairbanks.com

M. Austin Mehr — amehr@austinmehr.com
Philip G. Fairbanks — pgf@austinmehr.com
Bartley K. Hagerman — bkh@austinmehr.com
Elizabeth A. Thornsbury — elizabeth@austinmehr.com

March 7, 2022

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
Disability and Life Claims
P.O. Box 2578
Omaha, NE 68172-9688

***Via email: DisabilityDocuments@LFG.com***

**RE: Claimant: Jamie Reece**
**Claim No.: 8356763**
**Toyota Long Term Disability Benefits**

Dear Madam or Sir:

I am in receipt of your letter of February 22, 2022 enclosing two opinions of physicians hired by you to review my client's medical records. We are in the process of responding but in light of the fact that there are two opinions which total nearly 20 pages, we need additional time to respond. We hereby request a 21-day extension of the March 15, 2022 deadline to supplement the appeal and respond to the new February 22, 2022 information you sent us. Please confirm if this requested extension is granted. We believe this is reasonable and Lincoln should consider all information available to it. Allowing us just 3 weeks to respond to nearly 20 pages of new information is not sufficient. Thank you.

Sincerely,

*/s/ Bartley K. Hagerman*

Bartley K. Hagerman

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5711

| | |
|---|---|
| Date: | March 15, 2022 |
| To: | BARTLEY HAGERMAN<br>MEHR, FAIRBANKS & PETERSON<br>201 WEST SHORT STREET<br>SUITE 800<br>LEXINGTON KY 40507 |
| Attn: | |
| Fax: | (859) 225-3830 |
| From: | Lindsay Mack<br>Appeals Consultant<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5711 |
| Total Pages<br>(Including Cover): | 2 |
| RE:<br><br>Claim #: 8356763<br>Claimant: Jamie Reece<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5711

March 15, 2022

Bartley K. Hagerman
Mehr, Fairbanks & Peterson
201 WEST SHORT STREET
SUITE 800
LEXINGTON, KY 40507

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece

Dear Bartley Hagerman:

The Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Toyota Motor Engineering & Manufacturing North America, Inc.'s Group Disability Policy. We are writing in reference to Jamie Reece's claim for LTD benefits under the Policy.

In a letter dated February 22, 2022, you were afforded until March 15, 2022 to provide any response you wished to be considered to the panel medical review by Dr. Lisa Pitino and Dr. Ronak Garg, prior to a final determination being rendered on Ms. Reece’s appeal.

In letter dated March 15, 2022, you reported that you would require additional time to provide a response. For Lincoln to conduct a timely review of Ms. Reece’s appeal, we ask that you submit any additional information you wish to have considered within 21 days of this letter. If we do not hear from you and do not receive additional information by April 5, 2022, we will proceed with our appeal review and make a final determination based on the information currently contained in your file. Since we are waiting for you to submit additional documentation, the days from the date of this letter until we receive your submission are not counted as part of the appeal determination period.

If you have any questions regarding this matter, please contact me.

Sincerely,

Lindsay Mack
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 14698
Secure Fax No.: (603) 334-5711

**From:** DisabilityDocuments
**Sent:** Monday, March 7, 2022 4:59 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: Claim No. 8356763; Reece, Jamie

---

**From:** Bartley K. Hagerman <bkh@austinmehr.com>
**Sent:** Monday, March 7, 2022 9:57:07 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** Claim No. 8356763; Reece, Jamie

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

2022-03-07 ltr to Lincoln.pdf

2022-03-07 exh. 1.pdf

MEHR FAIRBANKS
TRIAL LAWYERS

201 West Short Street, Suite 800 • Lexington, Kentucky 40507 • 859-225-3731 • 859-225-3830 • www.mehrfairbanks.com

M. Austin Mehr — amehr@austinmehr.com
Philip G. Fairbanks — pgf@austinmehr.com
Bartley K. Hagerman — bkh@austinmehr.com
Elizabeth A. Thornsbury — elizabeth@austinmehr.com

March 7, 2022

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
Disability and Life Claims
P.O. Box 2578
Omaha, NE 68172-9688

***Via email: DisabilityDocuments@LFG.com***

**RE: Claimant: Jamie Reece**
**Claim No.: 8356763**
**Toyota Long Term Disability Benefits**

Dear Madam or Sir:

In further support of this appeal, I enclose herewith 3 pages of records from Sterling Women's Care for a 1/20/22 visit. Please add these to my client's claim file and consider them in conjunction with the previously tendered LTD appeal.

Sincerely,

*/s/ Bartley K. Hagerman*

Bartley K. Hagerman

Enclosure

# Reece, Jamie



Office/Outpatient Visit
**Visit Date:** Thu, Jan 20, 2022 11:31 am
**Provider:** Gilliam, Rachel, N.P. (Assistant: Thomas (SHS), Mahogany, )
**Location:** Sterling Women's Care - Winchester

Electronically signed by Rachel Gilliam, N.P. on 01/21/2022 05:53:06 PM
Printed on 03/07/2022 at 1:12 pm.

## Subjective:

CC: Ms. Reece is a 53 year old female. She is an established patient to our practice. This is a follow-up visit. She is here for an annual exam. Had a rectolcil and prolapse surgery. having issues. cant sit on bottom.

HPI:
Pt presents for refill of estradiol for ERT and pelvic pain after surgery. She had a LAVH with BSO followed by POP. She had pelvic reconstruction surgery in Nov 2020 at UK that she states failed. She was offered a colpoclesis, but is still sexually active and was very upset at this suggestion. She had surgery again in Cincinatti in Oct 2021 and reports she had severe pain for 2 weeks after. She was unable to get out of bed and had to lie down in the car as she was unable to sit. She reports she was given an injection in her pudendal nerve that only helped for several hours. She had another surgery to release the tack in November. She states she has significant numbness and shooting nerve pain in her vagina, rectum and the right side of her labia and buttock. She is unable to have IC d/t the pain. She had another pudendal nerve block and was told nerves regenerate slowly. She is having to sit on a cushion at all times and having to disempact herself with a finger in order to have a bowel movement. She has seen colorectal in the past and was told there was nothing they could do. Dr. Doane at bs to consult and discuss recs. Discussed trialing vaginal valium as well as vaginal estrogen and referring to colorectal and urogyn again for consult.

ROS:
CONSTITUTIONAL: Negative for chills, fatigue, fever and night sweats.
CARDIOVASCULAR: Negative for chest pain, palpitations, tachycardia, orthopnea, and edema.
RESPIRATORY: Negative for recent cough, dyspnea and hemoptysis.
GASTROINTESTINAL: Negative for abdominal pain, heartburn, constipation, diarrhea, and stool changes.
GENITOURINARY: See HPI
MUSCULOSKELETAL: See HPI
INTEGUMENTARY/BREAST: Negative for atypical moles, dry skin, pruritis, rashes, breast masses, and nipple discharge.
NEUROLOGICAL: Negative for dizziness, headaches, paresthesias, and weakness.
HEMATOLOGIC/LYMPHATIC: Negative for easy bruising, bleeding, and lymphadenopathy.
PSYCHIATRIC: Negative for anxiety, sleep disturbance, fear of harm and depression.

**Current Problems:**
Last Reviewed on 1/14/2021 11:46 AM by Greene, John F
Hormone replacement therapy
Encounter for issue of repeat prescription

**Current Medications:**
Last Reviewed on 1/14/2021 11:46 AM by Greene, John F
Lyrica
tiZANidine
terconazole
Xeljanz XR
NexIUM
estradioL 1 mg oral tablet [take 1 tablet (1 mg) by oral route once daily]

## Objective:

**Vitals:**

Current: 1/20/2022 11:34:26 AM
Ht: 5 ft, 7 in; Wt: 185.8 lbs; BMI: 29.1BP: 112/72 mm Hg

CPT ® is a registered trademark of the American Medical Association

# Reece, Jamie



Office/Outpatient Visit
**Visit Date:** Thu, Jan 20, 2022 11:31 am
**Provider:** Gilliam, Rachel, N.P. (Assistant: Thomas (SHS), Mahogany, )
**Location:** Sterling Women's Care - Winchester

Electronically signed by Rachel Gilliam, N.P. on 01/21/2022 05:53:06 PM
Printed on 03/07/2022 at 1:12 pm.

**Exams:**

GENERAL: well developed; well nourished; well groomed; no apparent distress
NECK: Neck is supple with full range of motion; thyroid is normal to palpation;
RESPIRATORY: normal respiratory rate and pattern with no distress; normal breath sounds with no rales, rhonchi, wheezes or rubs;
CARDIOVASCULAR: normal rate; regular rhythm; normal S1 and S2 heartsounds with no S3 or S4; no murmurs;
GENITOURINARY: external genitalia and vagina: **parasthesia on right labia and perineum**; Labia: normal appearance cervix: absent (s/p hyst); uterus: absent s/p hyst; rectal exam: normal tone
SKIN: no ulcerations, lesions or rashes
PSYCHIATRIC: mental status: alert and oriented x 3; appropriate affect and demeanor;

**Lab/Test Results:**

**PHQ 2 score: 0** (01/20/2022),
**Tobacco Use Assessed:** Yes (01/20/2022),
**Tobacco Use Assessment:** Non-smoker (01/20/2022),
**BMI:** 29.1 (01/20/2022),

## Assessment:

Z00.00 Encounter for general adult medical examination without abnormal findings
G58.8 Other specified mononeuropathies
R10.2 Pelvic and perineal pain
N95.1 Menopausal and female climacteric states

## ORDERS:

**Meds Prescribed:**
[New Rx] diazePAM 5 mg oral tablet [place 1 tablet vaginally daily PRN for pain], #30 (thirty) tablets, Refills: 0 (zero)
[New Rx] estradioL 0.01 % (0.1 mg/gram) Vaginal Cream [insert 1 gram by vaginal route 3 times per week], #42.5 (forty two point five) grams, Refills: 11 (eleven)

**Procedures Ordered:**
Urologist Referral (Send-Out)
Referral (Send-Out)

## Plan:

**Other specified mononeuropathies**

REFERRALS: Referral initiated to a urogynecologist ( Dr. Rudy Tovar; Routine/Next available appointment.; for evaluation of complications from POP surgery ). colorectal surgeon- Dr Rae for rectal complaints following POP surgery

CPT ® is a registered trademark of the American Medical Association

# Reece, Jamie



Office/Outpatient Visit
**Visit Date:** Thu, Jan 20, 2022 11:31 am
**Provider:** Gilliam, Rachel, N.P. (Assistant: Thomas (SHS), Mahogany, )
**Location:** Sterling Women's Care - Winchester

Electronically signed by Rachel Gilliam, N.P. on 01/21/2022 05:53:06 PM
Printed on 03/07/2022 at 1:12 pm.

Orders:
Urologist Referral (Send-Out)
Referral (Send-Out)

**Pelvic and perineal pain**

FOLLOW-UP: Schedule a follow-up visit in 1 month..

Prescriptions:
[New Rx] diazePAM 5 mg oral tablet [place 1 tablet vaginally daily PRN for pain], #30 (thirty) tablets, Refills: 0 (zero)

**Menopausal and female climacteric states**

Prescriptions:
[New Rx] estradioL 0.01 % (0.1 mg/gram) Vaginal Cream [insert 1 gram by vaginal route 3 times per week], #42.5 (forty two point five) grams, Refills: 11 (eleven)

## Diagnosis and Procedure Summary:

**Primary Diagnosis:**
Z00.00 Encounter for general adult medical examination without abnormal findings
G58.8 Other specified mononeuropathies

Orders:
99214-25 Established patient outpatient visit, Moderate MDM and/or 30-39 minutes (In-House)

R10.2 Pelvic and perineal pain
N95.1 Menopausal and female climacteric states

CPT ® is a registered trademark of the American Medical Association

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5711

| | |
|---|---|
| Date: | February 22, 2022 |
| To: | BARTLEY HAGERMAN<br>MEHR, FAIRBANKS & PETERSON<br>201 WEST SHORT STREET<br>SUITE 800<br>LEXINGTON KY 40507 |
| Attn: | |
| Fax: | (859) 225-3830 |
| From: | Lindsay Mack<br>Appeals Consultant<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5711 |
| Total Pages<br>(Including Cover): | 22 |
| RE:<br><br>Claim #: 8356763<br>Claimant: Jamie Reece<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5711

February 22, 2022

Bartley K. Hagerman
Mehr, Fairbanks & Peterson
201 WEST SHORT STREET
SUITE 800
LEXINGTON, KY 40507

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece

Dear Bartley Hagerman:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Toyota Motor Engineering & Manufacturing North America, Inc.'s Group Disability Policy. We are writing in reference to Jamie Reece's claim for LTD benefits under the Policy.

We are in process of reviewing your appeal of our denial determination regarding the above-referenced claim. The purpose of this letter and enclosure(s) is to provide you with an opportunity to review and comment on new / additional evidence that has been received before a decision is rendered on your appeal.

Please find attached a copy of a panel medical review by a board certified physical medicine and rehabilitation (PM&R) physician and a board certified internal medicine physician, which is new or additional evidence in connection with Ms. Reece’s appeal. You may review the report by Dr. Lisa Pitino and Dr. Ronak Garg and provide a written response to us, which we will consider in making our decision on Ms. Reece’s appeal. If we do not receive your response within 21 days of the date of this letter or March 15, 2022, we will proceed with making a determination on Ms. Reece’s appeal.

Information may be submitted to the address or direct fax number noted in the letterhead, or via email to DisabilityDocuments@LFG.com.

Upon receipt of your response, we will promptly complete our review and render a determination on Ms. Reece’s appeal. If your response is not received by **March 15, 2022**, we will render a determination based on the information contained in Ms. Reece's file.

Due to these special circumstances, an extension of time to process Ms. Reece's appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act (ERISA).

Under ERISA, an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln's control, which require a delay in making a determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision. Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate the claim. (Tolled: accumulation of time is suspended.)

If you have any questions regarding this matter, please contact me.

Sincerely,

Lindsay Mack
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 14698
Secure Fax No.: (603) 334-5711

Attachments: 8356763-MEDICAL-CP/PEER REVIEW-02.21.2022

## Lisa Pitino, D.O.
## Board Certified Physical Medicine & Rehabilitation

**CLAIMANT NAME: Jamie Reece**
**ECN #: 165744-3**
**CLAIM #: 8356763**
**DATE OF LOSS: 04/15/2018**
**DATE OF REVIEW: 02/21/2022**
**CASE TYPE: Long-Term Disability**

**Advisory Report #1- Lead Reviewer – Lisa Pittino, D.O.**

**Physical Medicine and Rehabilitation**

**MEDICAL RECORDS REVIEWED:**

1. 03/06/2017, History and Physical Examination, Lindsey Clickner, APRN.
2. 03/15/2017, Physical Therapy Report, Mark Neal, PT.
3. 03/22/2017, Physical Therapy Report, Mark Neal, PT.
4. 03/27/2017, Physical Therapy Report, Mark Neal, PT.
5. 03/30/2017, Physical Therapy Report, Mark Neal, PT.
6. 04/04/2017, Physical Therapy Report, Mark Neal, PT.
7. 04/17/2017, Physical Therapy Report, Mark Neal, PT.
8. 05/03/2017, Progress Report, Lori Denison, APRN.
9. 08/07/2017, Upper Endoscopy, An-Yu Chen, MD.
10. 08/10/2017, Progress Report, Samantha Howard, APRN.
11. 09/05/2017, Physical Therapy Report, Mark Neal, PT.
12. 09/13/2017, Lumbar Radiographs, Katherine Jenkins, MD.
13. 09/14/2017, Progress Report, Doris Adams, APRN.
14. 11/17/2017, Progress Report, Susanna Moberly, APRN.
15. 12/08/2017, Physical Therapy Report, Mark Neal, PT.
16. 01/26/2018, Progress Report, Susanna Moberly, APRN.
17. 02/01/2018, Progress Report, Debra Schilder, PA-C.
18. 02/13/2018, Physical Therapy Report, Todd Brockman, PT.
19. 02/15/2018, Physical Therapy Report, Todd Brockman, PT.
20. 02/20/2018, Physical Therapy Report, Todd Brockman, PT.
21. 02/26/2018, Physical Therapy Report, Todd Brockman, PT.
22. 02/27/2018, Right Shoulder Radiographs, Charles Kenney, MD.
23. 02/28/2018, Cervical Spine Radiographs, Charles Kenney, MD.
24. 03/05/2018, Physical Therapy Report, Todd Brockman, PT.

25. 03/13/2018, Physical Therapy Report, Todd Brockman, PT.
26. 03/15/2018, Progress Report, Debra Schilder, PA-C.
27. 03/20/2018, MRA Right Shoulder, Jason Harris, MD.
28. 03/22/2018, Progress Report, Patrick Leung, MD.
29. 03/26/2018, Laboratory Testing, Lexington Clinic Laboratory.
30. 03/29/2018, Progress Report, Debra Schilder, PA-C.
31. 04/04/2018, Progress Report, Ryan Donegan, MD.
32. 04/10/2018, MRI Cervical Spine, Unclear.
33. 04/11/2018, Progress Report, Ryan Donegan, MD.
34. 04/17/2018, Progress Report, An-Yu Chen, MD.
35. 05/14/2018, Progress Report, Matthew Tutt, MD.
36. 05/29/2018, Progress Report, Ray Metre, MD.
37. 05/31/2018, Independent Medical Examination, David Jenkinson, MD.
38. 06/11/2018, Laboratory Testing, Saint Joseph Rheumatology Associates.
39. 06/18/2018, Progress Report, Megan Collett, APRN.
40. 06/19/2018, Progress Report, An-Yu Chen, MD.
41. 06/20/2018, MRI Brain, Jamie Reece, MD.
42. 07/13/2018, Progress Report, Ben Kibler, MD.
43. 07/26/2018, Physical Therapy Report, Daniel Rouse, PT.
44. 08/01/2018, Physical Therapy Report, Daniel Rouse, PT.
45. 08/01/2018, Progress Report, Indhira Jimenez, MD.
46. 08/15/2018, Physical Therapy Report, Daniel Rouse, PT.
47. 08/21/2018, MRI Chest, Charles Kenney, MD.
48. 08/30/2018, Investigative Report, HUB Enterprises.
49. 09/07/2018, Physical Therapy Report, Daniel Rouse, PT.
50. 09/07/2018, Progress Report, Ben Kibler, MD.
51. 09/17/2018, Progress Report, Indhira Jimenez, MD.
52. 10/01/2018, Investigative Report, HUB Enterprises.
53. 10/05/2018, Physical Therapy Report, Daniel Rouse, PT.
54. 10/10/2018, Progress Report, Syed Abbar, MD.
55. 10/15/2018, Progress Report, Katherine Roden, MD.
56. 10/15/2018, Prescription History Report, Connexus Pharmacy System.
57. 11/06/2018, Physical Therapy Report, Daniel Rouse, PT.
58. 11/12/2018, Progress Report, Katherine Roden, MD.
59. 11/12/2018, Progress Report, Syed Abbar, MD.
60. 11/22/2018, Physical Therapy Report, Mark Neal, PT.
61. 11/29/2018, Physical Therapy Report, Mark Neal, PT.
62. 12/10/2018, Physical Therapy Report, Mark Neal, PT.
63. 12/14/2018, Progress Report, Katherine Roden, MD.
64. 12/18/2018, Physical Therapy Report, Mark Neal, PT.
65. 01/07/2019, Physical Therapy Report, Mark Neal, PT.
66. 02/01/2019, Physical Therapy Report, Mark Neal, PT.
67. 02/21/2019, Physical Therapy Report, Michael Hopper, PT.

68. 03/07/2019, Physical Therapy Report, Michael Hopper, PT.
69. 03/21/2019, Physical Therapy Report, Michael Hopper, PT.
70. 03/29/2019, Physical Therapy Report, Michael Hopper, PT.
71. 04/04/2019, Physical Therapy Report, Michael Hopper, PT.
72. 04/04/2019, Physical Therapy Report, Michael Hopper, PT.
73. 04/09/2019, Progress Report, Amy Collins, APRN.
74. 04/09/2019, Laboratory Testing, Lexington Clinic Laboratory.
75. 04/12/2019, Correspondence, Bartley Hagerman.
76. 04/18/2019, Abdomen Ultrasound, Shailendra Chopra, MD.
77. 06/07/2019, Peer Review, Gary Nudell, MD.
78. 06/10/2019, Progress Report, Katherine Roden, MD.
79. 08/05/2019, Progress Report, Katherine Roden, MD.
80. 08/12/2019, Progress Report, Syed Abbar, MD.
81. 08/21/2019, Progress Report, Collin St. Clair, DO.
82. 10/02/2019, Progress Report, Syed Abbar, MD.
83. 10/02/2019, Laboratory Testing, Lexington Clinic Laboratory.
84. 10/11/2019, Progress Report, Ray Metre, MD.
85. 10/14/2019, Progress Report, William O'Neil, MD.
86. 10/28/2019, Progress Report, William O'Neil, MD.
87. 11/05/2019, Progress Report, Katherine Roden, MD.
88. 12/05/2019, Physical Therapy Report, Michael Hopper, PT.
89. 12/10/2019, Physical Therapy Report, Michael Hopper, PT.
90. 12/12/2019, Physical Therapy Report, Michael Hopper, PT.
91. 12/19/2019, Physical Therapy Report, Michael Hopper, PT.
92. 01/15/2020, Progress Report, Collin St. Clair, DO.
93. 01/15/2020, Laboratory Testing, Lexington Clinic Laboratory.
94. 02/11/2020, Progress Report, Katherine Roden, MD.
95. 03/06/2020, Progress Report, Katherine Roden, MD.
96. 03/30/2020, Progress Report, Collin St. Clair, DO.
97. 05/15/2020, Progress Report, Katherine Roden, MD.
98. 06/19/2020, Progress Report, Katherine Roden, MD.
99. 06/26/2020, Progress Report, Andrew Scheider, MD.
100. 07/31/2020, Progress Report, Susanna Moberly, APRN.
101. 08/07/2020, Surveillance Report, Covent Bridge Group.
102. 09/18/2020, Progress Report, Susanna Moberly, APRN.
103. 09/19/2020, Progress Report, Katherine Roden, MD.
104. 10/12/2020, Lumbar Radiographs, Timothy Averion-Mahloch, MD.
105. 10/12/2020, Hip Radiographs, Timothy Averion-Mahloch, MD.
106. 10/12/2020, Laboratory Testing, Lexington Clinic Laboratory.
107. 10/19/2020, Progress Report, An-Yu Chen, MD.
108. 10/23/2020, Laboratory Testing, Solaris Diagnostic.
109. 10/27/2020, Progress Report, An-Yu Chen, MD.
110. 11/03/2020, MRI Lumbar Spine, Edmond Russ, MD.

111. 11/17/2020, Progress Report, Katherine Roden, MD.
112. 12/07/2020. MRI Right Hip, Jon Kostelic, MD.
113. 01/08/2021, Peer Review, John Zheng, DO.
114. 01/18/2021, Progress Report, Michael Newcomb, MD.
115. 01/25/2021, Progress Report, An-Yu Chen, MD.
116. 02/05/2021, Progress Report, Michael Newcomb, MD.
117. 05/05/2021, Progress Report, Michael Newcomb, MD.
118. 05/09/2021, Laboratory Testing, Lexington Clinic Laboratory.
119. 05/17/2021, Transferable Skills Analysis, Lincoln Financial Group.
120. 05/20/2021, Progress Report, Susanna Moberly, APRN.
121. 05/20/2021, Right Foot Radiographs,Timothy Averion-Mahloch, MD.
122. 06/05/2021, Progress Report, Michael Newcomb, MD.
123. 06/25/2021, Progress Report, Kristina Cox, PA-C.
124. 07/01/2021, Peer Review, John Zheng, DO.
125. 07/15/2021, Progress Report, Amy Collins, APRN.
126. 07/16/2021, Laboratory Testing, Solaris Diagnostic.
127. 08/02/2021, Progress Report, William O'Neil, MD.
128. 08/09/2021, Progress Report, Clarrissa Beiting, MD.
129. 09/20/2021, Progress Report, Amy Collins, APRN.
130. 10/12/2021, Pathology Report, The Christ Hospital.
131. 10/28/2021, Operative Report, Mickey Karram, MD.
132. 10/28/2021, Laboratory Testing, The Christ Hospital.
133. 11/15/2021, Progress Report, Mickey Karram, MD.
134. 12/06/2021, Vocational Evaluation, Stephanie Barnes, Rh.D.
135. 01/10/2022, Vocational Evaluation,Stephanie Barnes, Rh.D.
136. 01/13/2022, Correspondence, Bartley Hagerman.
137. 02/07/2022, Correspondence, Bartley Hagerman.
138. Physical Demand Analysis, Premise Health.

**HISTORY:** This case involves a now 53-year-old female with a date of loss of 04/15/2018. The documented diagnosis is cervicalgia.

On 03/06/2017, the claimant was seen by Lindsay Clickner, APRN, for evaluation. There was a chief complaint of right hip pain. There was pain involving the right leg. Examination demonstrated generalized tenderness over the right hip and groin. There was some tenderness over the gluteal area. There was no focal neurologic abnormality. The claimant was diagnosed with right hip joint pain. An injection of steroid was administered. The claimant was started on ketoprofen. Physical therapy was planned.

On 03/15/2017, the claimant was treated with physical therapy for the right hip and leg.

On 09/13/2017, lumbar radiographs, noted minimal degenerative changes. There was no evidence of acute fracture or dislocation.

On 02/01/2018, the claimant was seen by Debra Schilder, PA-C, for evaluation. The claimant reported right shoulder, wrist, neck pain. Examination demonstrated no joint instability. There was diffuse tenderness at the right shoulder with restricted motion and 100° of abduction. There were symmetrical reflexes and normal strength. The claimant was diagnosed with neck and right shoulder pain, right elbow medial epicondylitis, and acute right wrist pain. Physical therapy was recommended.

On 02/13/2018, the claimant was seen for physical therapy treatment.

On 03/20/2018, MR arthrogram of the right shoulder, noted mild fraying along the articular surface of the supraspinatus and infraspinatus. There was no full thickness rotator cuff tearing evident. There was mild acromioclavicular osteoarthritis.

On 04/10/2018, MRI of the cervical spine, noted diffuse disc bulging and mild bilateral foraminal narrowing at C4-C5. There was possible increased signal at the cervical cord at the C6 level.

On 05/31/2018, the claimant was seen by David Jenkinson, MD, for an independent medical examination. The claimant had been a full-time worker at Toyota for the past three years. She reported pain in the neck, right shoulder and right upper extremity has been 01/30/2018. She could not recall the acute incident but believes symptoms were related to work. Examination demonstrated full range of motion to the cervical spine in the shoulders. There was some tightness at the right shoulder after motion testing. There were no focal lower extremity abnormalities. There were no focal neurologic findings identified. The claimant had no objective abnormality that could establish a specific diagnosis related to her neck and right upper extremity complaints. There were multiple subjective complaints that were not structural related to the neck, right shoulder or the right upper extremity. There was no possible way to assign a proximate cause for her multiple subjective complaints. There was no significant abnormality identified on imaging. There were minor age-related degenerative changes of no clinical significance. There was no convincing evidence that the claimant suffered any significant work injury.

On 08/30/2018, investigative report, noted no red flags were identified during a pharmacy check of the claimant.

On 10/01/2018, an investigative report, noted a negative canvas detail assessment.

On 11/12/2018, the claimant was seen by Katherine Roden, MD, for evaluation. The claimant was seen for pain management follow-up. She reported pain in the right arm with some numbness and swelling. Examination demonstrated some tightness at the cervical paraspinal muscles and trapezius. There was 5/5 upper extremity strength and normal sensation. Gabapentin and baclofen were prescribed.

On 11/22/2018, the claimant continued physical therapy treatment. She was treated for a diagnosis of complex regional pain syndrome in the right upper limb, right shoulder pain, and right shoulder impingement syndrome.

On 06/10/2019, the claimant was seen by Dr. Roden, for evaluation. The claimant was seen for follow-up of right shoulder and generalized right upper extremity pain. There was tenderness over the right cervical paraspinal muscles and trapezius. There were no noted neurologic abnormalities. The claimant was treated for complex regional pain syndrome. Lyrica was prescribed.

On 10/14/2019, the claimant was seen by William O'Neill, MD, for evaluation. The claimant was seen for right wrist pain. She had been referred from the emergency room. Examination noted stable vital signs. There was some tenderness and swelling at the right wrist. There was good sensation. There were no noted neurologic abnormalities. Radiographs of the right wrist revealed a displaced distal radius fracture. There were plans for surgical open reduction and internal fixation. Tramadol was prescribed.

On 10/28/2019, the claimant was seen by William O'Neill, MD, for evaluation. The claimant had undergone operative management. Radiographs demonstrated intact hardware and reduction with anatomic alignment of the distal radial fracture. Sutures were removed from a healed surgical incision. A short arm cast was applied.

On 12/05/2019, the claimant began a course of physical therapy for treatment of the right wrist.

On 05/15/2020, the claimant was seen by Katherine Roden, MD, for evaluation. The claimant was seen for medication management related to complex regional pain syndrome. The claimant remained on tizanidine and Lyrica. Examination noted some tenderness over the neck and right shoulder. There were no focal neurologic abnormalities. Lyrica was refilled.

On 08/07/2020, surveillance report, noted an Internet and social media search of the claimant was performed. There were photos of the claimant posing with individuals. There were no findings of clinical significance.

On 10/12/2020, lumbar and hip radiographs, demonstrated minimal degenerative changes at the hip and pelvis. There was mild lumbar degenerative disc disease.

On 11/03/2020, MRI of the lumbar spine, noted degenerative changes and facet arthrosis most pronounced at L4-L5. There was mild left L4-L5 foraminal encroachment.

On 12/07/2020, MRI of the right hip, noted an unremarkable study.

On 05/05/2021, the claimant was seen by Michael Newcomb, MD, for evaluation. The claimant was seen for an eye examination. There was a complaint of some swelling at the upper eyelids.

Examination noted visual acuity of 20/25 of the right and 20/25 on the left. There were symmetrical intraocular pressures.

Prednisone drops were prescribed for a diagnosis of dry eyes.

On 05/20/2021, right foot radiographs, noted mild degenerative changes at the right foot.

On 06/25/2021, the claimant was seen by Kristina Cox, PA-C, for evaluation. The claimant was seen for possible thrush and canker sore. Medical history was significant for complex regional pain syndrome, allergic rhinitis, irritable bowel syndrome, psoriatic arthritis, hormone replacement therapy, and history of polyps. The claimant reported a 1 to 2-day history of a white coating on the tongue. The report did not indicate any specific treatment plan.

On 08/02/2021, the claimant was seen by William O'Neill, MD, for evaluation. The claimant reported right hand pain. Examination demonstrated stable vital signs. There was a nodule at the right palm. There was a diagnosis of distal interphalangeal joint disease of the right hand. The provider did not expect the claimant have any major difficulty from the diagnosis for the foreseeable future.

On 10/28/2021, the claimant underwent operative intervention by Dr. Karram, for a diagnosis of recurrent pelvic organ prolapse. Skin tissue realignment, vaginal vault suspension and posterior repair were performed.

**DIAGNOSIS:** Cervicalgia

**RESPONSE TO REFERRAL QUESTIONS:**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).**

Cervicalgia (M54.2) and Psoriatic Arthritis (L40.52)

**2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).**

Complex regional pain syndrome (G90.5), history of right distal radial fracture (S52.501A), distal interphalangeal joint disease of the right hand (L40.51), lumbar degenerative disc disease, allergic rhinitis, irritable bowel syndrome, hormone replacement therapy, and history of polyps.

**3. In consideration of the claimant's medical diagnoses and symptoms as outlined in the medical records, would there be any expected/reasonable restrictions and limitations supported from 07 / 21 / 21 forward? Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, walk, lift/carry, reach, handle, finger, bend/stoop, twist, crouch/squat, kneel, crawl, climb, balance, etc.) and include the expected duration. Please also comment on any non-exertional restrictions or limitations, if**

**applicable. Please explain your medical rationale for any restrictions or limitations or why any restrictions and limitations are not supported.**

In consideration of the claimant's medical diagnosis and symptoms outlined in the records, it is supported that there are restrictions and limitations from 07/21/2021 moving forward from a physical medicine and rehabilitative perspective.

On 04/10/2018 the claimant underwent MRI of the cervical spine that revealed diffuse disc bulging and mild bilateral foraminal narrowing at C4-C5. On 10/14/2019 the claimant presented to the emergency room for right wrist pain. The claimant had tenderness and swelling at the right wrist upon physical evaluation. Radiographs of the right wrist revealed a distal displaced radius fracture. The claimant was advised to undergo open reduction and internal fixation. On 10/28/2019 the claimant underwent surgery with no complications noted. On 05/20/2021 the claimant underwent x-ray to the right foot that revealed mild degenerative changes. On 06/25/2021 the claimant was seen for evaluation and was noted to have a diagnosis of chronic psoriatic arthritis. On 08/02/2021 the claimant was seen for evaluation and reported right hand pain. The claimant was noted to have a nodule at the right palm and was diagnosed with distal interphalangeal joint disease of the right hand. On 10/28/2021 the claimant underwent a procedure to correct recurrent pelvic organ prolapse. The medical records do demonstrate the claimant has a longstanding history of cervicalgia and psoriatic arthritis. While the medical records do not demonstrate any recent specific exam findings for acute conditions, restrictions and limitations would be reasonable based on the claimant's chronic diagnoses. As such restrictions and limitations are recommended below for cervicalgia and psoriatic arthritis. These restrictions and limitations would be considered permanent as the conditions are not expected to have any significant improvement. With these restrictions and limitations in place, the claimant would be able to sustain full-time activity.

Sitting: unrestricted
Standing: unrestricted
Walking: unrestricted
Lifting/carrying/pushing/pulling: occasionally no more than 40lbs, frequently up to 20lbs.
Climbing stairs: frequently
Climbing ladders: never
Stooping: frequently
Kneeling: frequently
Crouching: frequently
Crawling: never
Balance: frequently
Reaching overhead: occasionally
Reaching at waist and desk level: unrestricted
Reaching below waist: unrestricted
Use lower extremities for foot controls: unrestricted
Fine manipulation: unrestricted
Simple and firm grasping: unrestricted
Keyboarding: unrestricted

**4. Are there any reported or observed cognitive and/or physical side effects attributed to the claimant's medications? If yes, do the side effects contribute to claimant's impairment from 07 /21/21 forward? Please explain your medical rationale.**

There is no documented or observed cognitive and/or physical side effects attributed to medication use from a physical medicine and rehabilitative perspective.

**5. Does the medical documentation support that any medical condition(s), alone or in combination, would preclude the claimant from sustained occupational functioning on a full-time basis from 07 /21/21 forward? Please explain why or why not.**

While the medical records do not demonstrate any recent specific exam findings for acute conditions, restrictions and limitations would be reasonable based on the claimant's chronic diagnoses. As such restrictions and limitations are recommended below for cervicalgia and psoriatic arthritis. These restrictions and limitations would be considered permanent as the conditions are not expected to have any significant improvement. With these restrictions and limitations in place, the claimant would be able to sustain full-time activity.

**6. If your opinion regarding the claimant's work capacity differs from that of the treating provider(s), please explain the clinical rationale to support your opinion and/or why the treating provider's opinion is not supported.**

There are no recently listed restrictions and limitations from a physical medicine perspective. The 08/02/2021 report noted the provider did not feel the claimant was to have any major difficulty from the diagnosis of distal interphalangeal joints disease of the right hand for the foreseeable future.

**7. Please advise whether the claimant received treatment (i.e., consultation, care, or services provided by or under the direction of a physician including diagnostic measures and prescribed drugs or medicines) during the period of 09/12/17 through 12/11/17 for any condition that caused, contributed to, or resulted in one or more of the conditions currently impairing her. If so, please provide an outline of the treatment received during the period in question.**

During the timeframe of 09/12/2017 through 12/11/2017 the claimant underwent the following evaluation and treatment. On 09/13/2017 the claimant underwent x-ray of the lumbar spine with no acute abnormalities noted. The claimant did have mild degenerative changes noted. On 11/17/2017 the claimant was seen for complaints of joint stiffness and pain. The claimant reported multiple recurring joint pain and tenderness with a history of psoriatic arthritis. The claimant also had a noted history of psoriasis, right hip pain, stiffness and tenderness. The claimant was diagnosed with ongoing psoriatic arthritis and known to be a long-term methotrexate user. After review of medical records, they do demonstrate the claimant received treatment for psoriatic arthritis which is also listed as the primary impairing condition for the timeframe under review for this report.

**PANEL DISCUSSION:**

On 02/15/2022, I participated in a panel discussion with Dr. Garg. Dr. Garg and I discussed the case at 01:26 PM PST. Dr. Garg and I reviewed the claimant's medical records. I explained to Dr. Garg my support for restrictions and limitations for the diagnosis of cervicalgia and psoriatic arthritis and recommended restrictions and limitations. Dr. Garg supported my recommendations for restrictions and limitations as outlined in question three, from a pain management and rehabilitation perspective without any changes for the timeframe of 07/21/2021 through 10/27/2021 and once the claimant returns to baseline after recovery from surgery. Dr. Garg discussed the claimant's pelvic floor dysfunction and need for restrictions and limitations prior to surgery and complete work restriction as of 10/28/2021 through recovery. I support Dr. Garg's recommendation that the claimant has no work capacity as of 10/28/2021 and beyond. A follow-up will need to be performed by 05/15/2022 to assess surgical recovery as recommended by Dr. Garg and supported by me.

Lisa Pitino, D.O.
Board Certified Physical Medicine & Rehabilitation
Board Certified Pain Medicine
License: 20A10571 CA
License: N9933 TX

**Advisory Report #2- Secondary Reviewer – Ronak Garg, M.D.**

**Internal Medicine**

**HISTORY:** This case involves a now 53-year-old female with a date of loss of 04/15/2018. The documented diagnosis is cervicalgia.

On 05/03/2017, the claimant was seen by Lori Denison, APRN. The claimant had a history of migraine headaches, nausea, and nasal congestion. There was a noted history of gastroesophageal reflux disease and allergic rhinitis. The claimant noted rhinitis symptoms were moderate in severity. Examination demonstrated stable vital signs. Heart was regular rate and rhythm. Lungs were clear. There were no focal ENT abnormalities. The claimant was prescribed loratadine for seasonal allergies. Topiramate was prescribed for migraine headaches. Zofran was prescribed for nausea.

On 08/07/2017, an upper endoscopy was performed by Dr. Chen. The study was noted to be normal.

On 09/13/2017, lumbar radiographs, demonstrated minimal degenerative changes.

On 01/26/2018, the claimant was seen by Susanna Moberly, APRN, for evaluation. The claimant was seen for a rheumatology follow-up. There was a history of psoriatic arthritis. The claimant reported ongoing joint pain and tenderness. The claimant had a history of psoriasis. Examination demonstrated no musculoskeletal deformity or swelling. There was no noted tenderness. There were mild psoriatic lesions. Methotrexate was prescribed.

On 02/27/2018, right shoulder radiographs, demonstrated minimal acromioclavicular and glenohumeral joint degenerative change.

On 02/20/2018, cervical radiographs, demonstrated degenerative changes most pronounced at C5-C6.

On 03/15/2018, the claimant was seen by Deborah Schilder, PA-C. The claimant was seen for right shoulder, right wrist and neck pain. Examination demonstrated some cervical tenderness to palpation. There was full motion at the extremities. An MRI of the right shoulder and cervical spine were ordered. Electrodiagnostic testing was recommended.

On 03/20/2018, MRA of the right shoulder, demonstrated mild fraying along the articular surface of the supraspinatus and infraspinatus.

On 04/10/2018, MRI of the cervical spine, demonstrated diffuse disc bulging and mild bilateral foraminal narrowing at C4-C5. There was a signal change at the cervical cord around the C6 level.

On 05/31/2018, the claimant was seen by Dr. Jenkinson. An independent medical examination was performed. The claimant had been a full-time worker at Toyota for the past three years. She reported pain in the neck, right shoulder and right upper extremity has been 01/30/2018. She could not recall the acute incident but believes symptoms were related to work. There were no focal examination abnormalities. There was no significant abnormality identified on imaging. There were minor age-related degenerative changes of no clinical significance. There was no convincing evidence that the claimant suffered any significant work injury.

On 06/20/2018, MRI of the brain, demonstrated the study did not meet criteria for multiple sclerosis. There were a few scattered white matter changes that were considered entirely nonspecific.

On 08/21/2018, MRI of the chest, demonstrated no abnormality identified.

On 08/30/2018, a surveillance report included a pharmacy check of the claimant. There were no reported abnormalities.

On 04/09/2019, the claimant was seen by Amy Collins, APRN. The claimant was seen for epigastric pain over the past three weeks. Reflex was controlled by esomeprazole. Examination demonstrated no focal abnormality. There were no neurologic, abdominal, or ENT findings. A barium swallow was discussed as a diagnostic option.

On 04/18/2019, abdominal ultrasound, demonstrated a normal study.

On 06/10/2019, the claimant was seen by Dr. Roden. The claimant was seen for follow-up of right shoulder and generalized right upper extremity pain. There was tenderness over the right cervical paraspinal muscles and trapezius. Lyrica was prescribed.

On 10/14/2019, the claimant was seen by Dr. O'Neill, MD, for evaluation. There was a chief complaint of right wrist pain. The claimant had been evaluated in the emergency room setting. Radiographs of the right wrist revealed a displaced distal radius fracture. There were plans for surgical open reduction and internal fixation.

On 12/05/2019, postoperative physical therapy was performed for the right wrist.

On 01/15/2020, the claimant was seen by Dr. St. Clair. There was a chief complaint of headaches. The claimant had a medical history significant for psoriatic arthritis, irritable bowel syndrome, right shoulder pain and a prior hysterectomy. The claimant was on hormone replacement therapy. Examination demonstrated no focal neurologic abnormality. ENT

evaluation was normal. The claimant was diagnosed with headache of unclear etiology. She was currently utilizing Tylenol and ibuprofen. Imitrex was prescribed.

On 03/06/2020, the claimant was seen by Dr. Roden, MD, for evaluation. The claimant had a diagnosis of complex regional pain syndrome to the right upper extremity. Examination noted tenderness over the cervical spine and right shoulder. There were no abnormal neurological findings. Pregabalin was refilled.

On 06/26/2020, the claimant was seen by Dr. Scheider. There was a chief complaint of headache. The claimant reported headaches were occurring 4-5 times per month. She was taking Lyrica and had attended physical therapy. Examination demonstrated no focal abnormality. Cranial nerves were grossly intact. Romberg testing was negative. Low dose of Effexor was prescribed for headache.

On 08/07/2020, an investigative report, noted an Internet search and social media review of the claimant was performed. There were no findings of significance relative to the claimant's treating diagnosis.

On 11/03/2020, MRI of the lumbar spine, demonstrated degenerative changes and facet arthrosis most pronounced at L4-L5. There was mild left L4-L5 foraminal encroachment.

On 12/07/2020, MRI of the right hip, demonstrated a normal study.

On 01/25/2021, the claimant was seen by Dr. Chen. The claimant was evaluated by telehealth. There was a history of a prior failed rectocele surgery. The claimant was still having incomplete bowel emptying. The pelvic floor procedure had been performed in United Kingdom. Examination noted no physical findings. The claimant was assessed with a cystocele and rectocele. A second opinion evaluation from a colorectal surgeon was discussed.

On 05/05/2021, the claimant was seen by Dr. Newcomb. The ophthalmology evaluation was performed for a diagnosis of dry eye syndrome. There was no change in the claimant's visual acuity. Anti-inflammatory drops were prescribed. The claimant reported right foot pain. There was no history of trauma. The claimant had a history of complex regional pain syndrome to the right upper extremity. Examination demonstrated some right foot tenderness and swelling. A steroid injection was performed at the right foot. Radiographs were ordered. A prescription for topical diclofenac was provided. There was a diagnosis of hallux valgus.

On 05/20/2021, right foot radiographs, demonstrated a bunion at the first metatarsal head with mild osteoarthritic changes.

On 06/25/2021, the claimant was seen by Kristina Cox, PA-C. There was possible thrush and a canker sore. The claimant reported a two-day history of a white coating at the tongue. There were no physical findings or recommended treatment.

On 08/09/2021, the claimant was seen by Dr. Beiting. The claimant had a history of a failed pelvic floor repair surgery in December 2020 performed in United Kingdom. There was a complaint of rectal leakage. The claimant had been seen by a colorectal specialist following her surgery. The claimant reported difficulty with dysfunctional issues. She reports performing digital augmentation to assist bowel movements. Examination demonstrated no evidence of any significant vaginal or rectocele. There was no identified deep pocket. Examination appeared minimal. The claimant was assessed with pelvic floor dysfunction. There was dysfunction of defecation. The claimant was referred to a pelvic floor center in Cincinnati where access to higher level specialists could assess the claimant for treatment.

On 10/28/2021, the claimant underwent operative intervention by Dr. Karram, operative treatment was performed for a diagnosis of recurrent pelvic organ prolapse. The surgical procedure included a skin tissue realignment, vaginal vault suspension and posterior repair were performed.

On 11/15/2021, the claimant was seen by Dr. Karram. The claimant reportedly had persistent pain following surgery and an undergone a pudendal block on 11/08/2021. Examination demonstrated no swelling. Pelvic and rectal assessments were deferred. Additional surgical treatment was pending. The claimant required operative management for removal of sacrospinous stiches and cystoscopy.

**RESPONSE TO REFERRAL QUESTIONS:**

**. Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).**

Pelvic floor dysfunction (M99.05).

**2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).**

Cervicalgia (M54.2), irritable bowel syndrome (K58.9), psoriatic arthritis (L40.52), complex regional pain syndrome, history of a right distal radial fracture, seasonal allergies, allergic rhinitis, and right foot osteoarthritis.

**3. In consideration of the claimant's medical diagnoses and symptoms as outlined in the medical records, would there be any expected/reasonable restrictions and limitations supported from 07 / 21 / 21 forward? Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, walk, lift/carry, reach, handle, finger, bend/stoop, twist, crouch/squat, kneel, crawl, climb, balance, etc.) and include the expected duration. Please also comment on any non-exertional restrictions or limitations, if applicable. Please explain your medical rationale for any restrictions or limitations or why any restrictions and limitations are not supported.**

Considering the claimant's medical diagnosis and symptoms, restrictions and limitations are supported for a diagnosis of pelvic floor dysfunction from 07/21/2021 moving forward. The records indicate the claimant had a failed rectocele surgery and has continued symptoms including bowel dysregulation and requirements for self dis-impaction. During the timeframe in question, a revision procedure has been performed and an additional procedure is pending. On 10/28/2021, a skin tissue realignment, vaginal vault suspension and posterior repair were performed. As of 11/15/2021, the claimant still had significant postoperative pain that required a pudendal nerve block. The report noted the claimant was pending surgical treatment for a cystoscopy and sacrospinous stich removal. When accounting for the claimant's ongoing clinical symptoms attributed to the diagnosis, a degree of restrictions and limitations are supported. The claimant's follow-up evaluation findings should be reviewed on or around 05/15/2022 to further clarify the extent or need for additional restrictions and limitations moving forward. The additional listed diagnosis would not arise to the level of impairment. The claimant's other internal medicine related conditions are largely stable without manifestation of significant objective or diagnostic abnormalities that would preclude activity.

From 10/28/2021 to the present, the claimant is not capable of performing work-related activity.

From 07/21/2021 until 10/27/2021, the claimant has the following restrictions and limitations:

Sitting: unrestricted
Standing: unrestricted
Walking: unrestricted
Lifting/carrying/pushing/pulling: occasionally no more than 40lbs, frequently up to 20lbs.
Climbing stairs: frequently
Climbing ladders: never
Stooping: frequently
Kneeling: frequently
Crouching: frequently
Crawling: never
Balance: frequently
Reaching overhead: occasionally
Reaching at waist and desk level: unrestricted
Reaching below waist: unrestricted
Use lower extremities for foot controls: unrestricted
Fine manipulation: unrestricted
Simple and firm grasping: unrestricted
Keyboarding: unrestricted

**4. Are there any reported or observed cognitive and/or physical side effects attributed to the claimant's medications? If yes, do the side effects contribute to claimant's impairment from 07 /21/21 forward? Please explain your medical rationale.**

The reviewed records do not address any side effects from prescription medications. There are no cognitive facts or adverse effects from medication use.

**5. Does the medical documentation support that any medical condition(s), alone or in combination, would preclude the claimant from sustained occupational functioning on a full-time basis from 07 /21/21 forward? Please explain why or why not.**

The claimant is restricted from full-time functioning from 10/28/2021 moving forward, during the timeframe, the claimant has undergone operative treatment was pending further surgical treatment attributed to symptoms related to pelvic floor dysfunction. Prior to this date, the claimant could sustain full-time activity with restrictions and limitations.

**6. If your opinion regarding the claimant's work capacity differs from that of the treating provider(s), please explain the clinical rationale to support your opinion and/or why the treating provider's opinion is not supported.**

Recent restrictions and limitations recommended by the treating provider and relative to the claimant's conditions are unclear. The claimant is currently not capable of performing activity when accounting for recent surgical management attributed to the claimant's pelvic floor dysfunction.

**7. Please advise whether the claimant received treatment (i.e., consultation, care, or services provided by or under the direction of a physician including diagnostic measures and prescribed drugs or medicines) during the period of 09/12/17 through 12/11/17 for any condition that caused, contributed to, or resulted in one or more of the conditions currently impairing her. If so, please provide an outline of the treatment received during the period in question.**

There was no indication that the claimant was treating for any signs or symptoms attributed to pelvic floor dysfunction during the timeframe of 09/12/2017 through 12/11/2017.

**PANEL DISCUSSION:**

On 02/14/2022 at 01:30 PM PST, I spoke with Dr. Pitino to discuss the claimant's case. Dr. Pitino recommended the claimant be on restrictions and limitations for cervicalgia and psoriatic arthritis. I agreed with Dr. Pitino and recommended the claimant be on full work restriction as of 10/28/2021 and beyond for surgery and recovery until a follow-up can be performed in approximately three months or 05/14/2022. Dr. Pitino and I agree the claimant should be on restrictions and limitations due to persistent pain and pelvic floor dysfunction.

Ronak Garg, M.D.
Board Certified Internal Medicine
License: A120497 CA

**PANEL DISCUSSION:**

On 02/15/2022, I participated in a panel discussion with Dr. Garg. Dr. Garg and I discussed the case at 01:26 PM PST. Dr. Garg and I reviewed the claimant's medical records. I explained to Dr. Garg my support for restrictions and limitations for the diagnosis of cervicalgia and psoriatic arthritis and recommended restrictions and limitations. Dr. Garg supported my recommendations for restrictions and limitations as outlined in question three, from a pain management and rehabilitation perspective without any changes for the timeframe of 07/21/2021 through 10/27/2021 and once the claimant returns to baseline after recovery from surgery. Dr. Garg discussed the claimant's pelvic floor dysfunction and need for restrictions and limitations prior to surgery and complete work restriction as of 10/28/2021 through recovery. I support Dr. Garg's recommendation that the claimant has no work capacity as of 10/28/2021 and beyond. A follow-up will need to be performed by 05/15/2022 to assess surgical recovery as recommended by Dr. Garg and supported by me.

Lisa Pitino, D.O.
Board Certified Physical Medicine & Rehabilitation
Board Certified Pain Medicine
License: 20A10571 CA
License: N9933 TX

Claimant Name: Jamie Reece
Claim Number: 8356763
Case Number: 165744-3

"I, Lisa M Pitino, DO, am a physician duly licensed to practice medicine in the State of CA. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

2/21/2022

Signature of Physician Date
Medical/Professional License # 20A10571

ECN

Corporate Office

Exam Coordinators Network A division of Genex Services, LLC

Claimant Name: Jamie Reece
Claim Number: 8356763
Case Number: 165744-4

"I, Ronak B Garg, MD, am a physician duly licensed to practice medicine in the State of CA. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

2/21/2022

Signature of Physician — Date
Medical/Professional License # A120497

**Lisa Pitino, D.O.**
**Board Certified Physical Medicine & Rehabilitation**

**CLAIMANT NAME: Jamie Reece**
**ECN #: 165744-3**
**CLAIM #: 8356763**
**DATE OF LOSS: 04/15/2018**
**DATE OF REVIEW: 02/21/2022**
**CASE TYPE: Long-Term Disability**

**Advisory Report #1- Lead Reviewer – Lisa Pittino, D.O.**

**Physical Medicine and Rehabilitation**

## MEDICAL RECORDS REVIEWED:

1. 03/06/2017, History and Physical Examination, Lindsey Clickner, APRN.
2. 03/15/2017, Physical Therapy Report, Mark Neal, PT.
3. 03/22/2017, Physical Therapy Report, Mark Neal, PT.
4. 03/27/2017, Physical Therapy Report, Mark Neal, PT.
5. 03/30/2017, Physical Therapy Report, Mark Neal, PT.
6. 04/04/2017, Physical Therapy Report, Mark Neal, PT.
7. 04/17/2017, Physical Therapy Report, Mark Neal, PT.
8. 05/03/2017, Progress Report, Lori Denison, APRN.
9. 08/07/2017, Upper Endoscopy, An-Yu Chen, MD.
10. 08/10/2017, Progress Report, Samantha Howard, APRN.
11. 09/05/2017, Physical Therapy Report, Mark Neal, PT.
12. 09/13/2017, Lumbar Radiographs, Katherine Jenkins, MD.
13. 09/14/2017, Progress Report, Doris Adams, APRN.
14. 11/17/2017, Progress Report, Susanna Moberly, APRN.
15. 12/08/2017, Physical Therapy Report, Mark Neal, PT.
16. 01/26/2018, Progress Report, Susanna Moberly, APRN.
17. 02/01/2018, Progress Report, Debra Schilder, PA-C.
18. 02/13/2018, Physical Therapy Report, Todd Brockman, PT.
19. 02/15/2018, Physical Therapy Report, Todd Brockman, PT.
20. 02/20/2018, Physical Therapy Report, Todd Brockman, PT.
21. 02/26/2018, Physical Therapy Report, Todd Brockman, PT.
22. 02/27/2018, Right Shoulder Radiographs, Charles Kenney, MD.
23. 02/28/2018, Cervical Spine Radiographs, Charles Kenney, MD.
24. 03/05/2018, Physical Therapy Report, Todd Brockman, PT.

25. 03/13/2018, Physical Therapy Report, Todd Brockman, PT.
26. 03/15/2018, Progress Report, Debra Schilder, PA-C.
27. 03/20/2018, MRA Right Shoulder, Jason Harris, MD.
28. 03/22/2018, Progress Report, Patrick Leung, MD.
29. 03/26/2018, Laboratory Testing, Lexington Clinic Laboratory.
30. 03/29/2018, Progress Report, Debra Schilder, PA-C.
31. 04/04/2018, Progress Report, Ryan Donegan, MD.
32. 04/10/2018, MRI Cervical Spine, Unclear.
33. 04/11/2018, Progress Report, Ryan Donegan, MD.
34. 04/17/2018, Progress Report, An-Yu Chen, MD.
35. 05/14/2018, Progress Report, Matthew Tutt, MD.
36. 05/29/2018, Progress Report, Ray Metre, MD.
37. 05/31/2018, Independent Medical Examination, David Jenkinson, MD.
38. 06/11/2018, Laboratory Testing, Saint Joseph Rheumatology Associates.
39. 06/18/2018, Progress Report, Megan Collett, APRN.
40. 06/19/2018, Progress Report, An-Yu Chen, MD.
41. 06/20/2018, MRI Brain, Jamie Reece, MD.
42. 07/13/2018, Progress Report, Ben Kibler, MD.
43. 07/26/2018, Physical Therapy Report, Daniel Rouse, PT.
44. 08/01/2018, Physical Therapy Report, Daniel Rouse, PT.
45. 08/01/2018, Progress Report, Indhira Jimenez, MD.
46. 08/15/2018, Physical Therapy Report, Daniel Rouse, PT.
47. 08/21/2018, MRI Chest, Charles Kenney, MD.
48. 08/30/2018, Investigative Report, HUB Enterprises.
49. 09/07/2018, Physical Therapy Report, Daniel Rouse, PT.
50. 09/07/2018, Progress Report, Ben Kibler, MD.
51. 09/17/2018, Progress Report, Indhira Jimenez, MD.
52. 10/01/2018, Investigative Report, HUB Enterprises.
53. 10/05/2018, Physical Therapy Report, Daniel Rouse, PT.
54. 10/10/2018, Progress Report, Syed Abbar, MD.
55. 10/15/2018, Progress Report, Katherine Roden, MD.
56. 10/15/2018, Prescription History Report, Connexus Pharmacy System.
57. 11/06/2018, Physical Therapy Report, Daniel Rouse, PT.
58. 11/12/2018, Progress Report, Katherine Roden, MD.
59. 11/12/2018, Progress Report, Syed Abbar, MD.
60. 11/22/2018, Physical Therapy Report, Mark Neal, PT.
61. 11/29/2018, Physical Therapy Report, Mark Neal, PT.
62. 12/10/2018, Physical Therapy Report, Mark Neal, PT.
63. 12/14/2018, Progress Report, Katherine Roden, MD.
64. 12/18/2018, Physical Therapy Report, Mark Neal, PT.
65. 01/07/2019, Physical Therapy Report, Mark Neal, PT.
66. 02/01/2019, Physical Therapy Report, Mark Neal, PT.
67. 02/21/2019, Physical Therapy Report, Michael Hopper, PT.

68. 03/07/2019, Physical Therapy Report, Michael Hopper, PT.
69. 03/21/2019, Physical Therapy Report, Michael Hopper, PT.
70. 03/29/2019, Physical Therapy Report, Michael Hopper, PT.
71. 04/04/2019, Physical Therapy Report, Michael Hopper, PT.
72. 04/04/2019, Physical Therapy Report, Michael Hopper, PT.
73. 04/09/2019, Progress Report, Amy Collins, APRN.
74. 04/09/2019, Laboratory Testing, Lexington Clinic Laboratory.
75. 04/12/2019, Correspondence, Bartley Hagerman.
76. 04/18/2019, Abdomen Ultrasound, Shailendra Chopra, MD.
77. 06/07/2019, Peer Review, Gary Nudell, MD.
78. 06/10/2019, Progress Report, Katherine Roden, MD.
79. 08/05/2019, Progress Report, Katherine Roden, MD.
80. 08/12/2019, Progress Report, Syed Abbar, MD.
81. 08/21/2019, Progress Report, Collin St. Clair, DO.
82. 10/02/2019, Progress Report, Syed Abbar, MD.
83. 10/02/2019, Laboratory Testing, Lexington Clinic Laboratory.
84. 10/11/2019, Progress Report, Ray Metre, MD.
85. 10/14/2019, Progress Report, William O'Neil, MD.
86. 10/28/2019, Progress Report, William O'Neil, MD.
87. 11/05/2019, Progress Report, Katherine Roden, MD.
88. 12/05/2019, Physical Therapy Report, Michael Hopper, PT.
89. 12/10/2019, Physical Therapy Report, Michael Hopper, PT.
90. 12/12/2019, Physical Therapy Report, Michael Hopper, PT.
91. 12/19/2019, Physical Therapy Report, Michael Hopper, PT.
92. 01/15/2020, Progress Report, Collin St. Clair, DO.
93. 01/15/2020, Laboratory Testing, Lexington Clinic Laboratory.
94. 02/11/2020, Progress Report, Katherine Roden, MD.
95. 03/06/2020, Progress Report, Katherine Roden, MD.
96. 03/30/2020, Progress Report, Collin St. Clair, DO.
97. 05/15/2020, Progress Report, Katherine Roden, MD.
98. 06/19/2020, Progress Report, Katherine Roden, MD.
99. 06/26/2020, Progress Report, Andrew Scheider, MD.
100. 07/31/2020, Progress Report, Susanna Moberly, APRN.
101. 08/07/2020, Surveillance Report, Covent Bridge Group.
102. 09/18/2020, Progress Report, Susanna Moberly, APRN.
103. 09/19/2020, Progress Report, Katherine Roden, MD.
104. 10/12/2020, Lumbar Radiographs, Timothy Averion-Mahloch, MD.
105. 10/12/2020, Hip Radiographs, Timothy Averion-Mahloch, MD.
106. 10/12/2020, Laboratory Testing, Lexington Clinic Laboratory.
107. 10/19/2020, Progress Report, An-Yu Chen, MD.
108. 10/23/2020, Laboratory Testing, Solaris Diagnostic.
109. 10/27/2020, Progress Report, An-Yu Chen, MD.
110. 11/03/2020, MRI Lumbar Spine, Edmond Russ, MD.

111. 11/17/2020, Progress Report, Katherine Roden, MD.
112. 12/07/2020. MRI Right Hip, Jon Kostelic, MD.
113. 01/08/2021, Peer Review, John Zheng, DO.
114. 01/18/2021, Progress Report, Michael Newcomb, MD.
115. 01/25/2021, Progress Report, An-Yu Chen, MD.
116. 02/05/2021, Progress Report, Michael Newcomb, MD.
117. 05/05/2021, Progress Report, Michael Newcomb, MD.
118. 05/09/2021, Laboratory Testing, Lexington Clinic Laboratory.
119. 05/17/2021, Transferable Skills Analysis, Lincoln Financial Group.
120. 05/20/2021, Progress Report, Susanna Moberly, APRN.
121. 05/20/2021, Right Foot Radiographs,Timothy Averion-Mahloch, MD.
122. 06/05/2021, Progress Report, Michael Newcomb, MD.
123. 06/25/2021, Progress Report, Kristina Cox, PA-C.
124. 07/01/2021, Peer Review, John Zheng, DO.
125. 07/15/2021, Progress Report, Amy Collins, APRN.
126. 07/16/2021, Laboratory Testing, Solaris Diagnostic.
127. 08/02/2021, Progress Report, William O'Neil, MD.
128. 08/09/2021, Progress Report, Clarrissa Beiting, MD.
129. 09/20/2021, Progress Report, Amy Collins, APRN.
130. 10/12/2021, Pathology Report, The Christ Hospital.
131. 10/28/2021, Operative Report, Mickey Karram, MD.
132. 10/28/2021, Laboratory Testing, The Christ Hospital.
133. 11/15/2021, Progress Report, Mickey Karram, MD.
134. 12/06/2021, Vocational Evaluation, Stephanie Barnes, Rh.D.
135. 01/10/2022, Vocational Evaluation,Stephanie Barnes, Rh.D.
136. 01/13/2022, Correspondence, Bartley Hagerman.
137. 02/07/2022, Correspondence, Bartley Hagerman.
138. Physical Demand Analysis, Premise Health.

**HISTORY:** This case involves a now 53-year-old female with a date of loss of 04/15/2018. The documented diagnosis is cervicalgia.

On 03/06/2017, the claimant was seen by Lindsay Clickner, APRN, for evaluation. There was a chief complaint of right hip pain. There was pain involving the right leg. Examination demonstrated generalized tenderness over the right hip and groin. There was some tenderness over the gluteal area. There was no focal neurologic abnormality. The claimant was diagnosed with right hip joint pain. An injection of steroid was administered. The claimant was started on ketoprofen. Physical therapy was planned.

On 03/15/2017, the claimant was treated with physical therapy for the right hip and leg.

On 09/13/2017, lumbar radiographs, noted minimal degenerative changes. There was no evidence of acute fracture or dislocation.

On 02/01/2018, the claimant was seen by Debra Schilder, PA-C, for evaluation. The claimant reported right shoulder, wrist, neck pain. Examination demonstrated no joint instability. There was diffuse tenderness at the right shoulder with restricted motion and 100° of abduction. There were symmetrical reflexes and normal strength. The claimant was diagnosed with neck and right shoulder pain, right elbow medial epicondylitis, and acute right wrist pain. Physical therapy was recommended.

On 02/13/2018, the claimant was seen for physical therapy treatment.

On 03/20/2018, MR arthrogram of the right shoulder, noted mild fraying along the articular surface of the supraspinatus and infraspinatus. There was no full thickness rotator cuff tearing evident. There was mild acromioclavicular osteoarthritis.

On 04/10/2018, MRI of the cervical spine, noted diffuse disc bulging and mild bilateral foraminal narrowing at C4-C5. There was possible increased signal at the cervical cord at the C6 level.

On 05/31/2018, the claimant was seen by David Jenkinson, MD, for an independent medical examination. The claimant had been a full-time worker at Toyota for the past three years. She reported pain in the neck, right shoulder and right upper extremity has been 01/30/2018. She could not recall the acute incident but believes symptoms were related to work. Examination demonstrated full range of motion to the cervical spine in the shoulders. There was some tightness at the right shoulder after motion testing. There were no focal lower extremity abnormalities. There were no focal neurologic findings identified. The claimant had no objective abnormality that could establish a specific diagnosis related to her neck and right upper extremity complaints. There were multiple subjective complaints that were not structural related to the neck, right shoulder or the right upper extremity. There was no possible way to assign a proximate cause for her multiple subjective complaints. There was no significant abnormality identified on imaging. There were minor age-related degenerative changes of no clinical significance. There was no convincing evidence that the claimant suffered any significant work injury.

On 08/30/2018, investigative report, noted no red flags were identified during a pharmacy check of the claimant.

On 10/01/2018, an investigative report, noted a negative canvas detail assessment.

On 11/12/2018, the claimant was seen by Katherine Roden, MD, for evaluation. The claimant was seen for pain management follow-up. She reported pain in the right arm with some numbness and swelling. Examination demonstrated some tightness at the cervical paraspinal muscles and trapezius. There was 5/5 upper extremity strength and normal sensation. Gabapentin and baclofen were prescribed.

On 11/22/2018, the claimant continued physical therapy treatment. She was treated for a diagnosis of complex regional pain syndrome in the right upper limb, right shoulder pain, and right shoulder impingement syndrome.

On 06/10/2019, the claimant was seen by Dr. Roden, for evaluation. The claimant was seen for follow-up of right shoulder and generalized right upper extremity pain. There was tenderness over the right cervical paraspinal muscles and trapezius. There were no noted neurologic abnormalities. The claimant was treated for complex regional pain syndrome. Lyrica was prescribed.

On 10/14/2019, the claimant was seen by William O'Neill, MD, for evaluation. The claimant was seen for right wrist pain. She had been referred from the emergency room. Examination noted stable vital signs. There was some tenderness and swelling at the right wrist. There was good sensation. There were no noted neurologic abnormalities. Radiographs of the right wrist revealed a displaced distal radius fracture. There were plans for surgical open reduction and internal fixation. Tramadol was prescribed.

On 10/28/2019, the claimant was seen by William O'Neill, MD, for evaluation. The claimant had undergone operative management. Radiographs demonstrated intact hardware and reduction with anatomic alignment of the distal radial fracture. Sutures were removed from a healed surgical incision. A short arm cast was applied.

On 12/05/2019, the claimant began a course of physical therapy for treatment of the right wrist.

On 05/15/2020, the claimant was seen by Katherine Roden, MD, for evaluation. The claimant was seen for medication management related to complex regional pain syndrome. The claimant remained on tizanidine and Lyrica. Examination noted some tenderness over the neck and right shoulder. There were no focal neurologic abnormalities. Lyrica was refilled.

On 08/07/2020, surveillance report, noted an Internet and social media search of the claimant was performed. There were photos of the claimant posing with individuals. There were no findings of clinical significance.

On 10/12/2020, lumbar and hip radiographs, demonstrated minimal degenerative changes at the hip and pelvis. There was mild lumbar degenerative disc disease.

On 11/03/2020, MRI of the lumbar spine, noted degenerative changes and facet arthrosis most pronounced at L4-L5. There was mild left L4-L5 foraminal encroachment.

On 12/07/2020, MRI of the right hip, noted an unremarkable study.

On 05/05/2021, the claimant was seen by Michael Newcomb, MD, for evaluation. The claimant was seen for an eye examination. There was a complaint of some swelling at the upper eyelids.

Examination noted visual acuity of 20/25 of the right and 20/25 on the left. There were symmetrical intraocular pressures.

Prednisone drops were prescribed for a diagnosis of dry eyes.

On 05/20/2021, right foot radiographs, noted mild degenerative changes at the right foot.

On 06/25/2021, the claimant was seen by Kristina Cox, PA-C, for evaluation. The claimant was seen for possible thrush and canker sore. Medical history was significant for complex regional pain syndrome, allergic rhinitis, irritable bowel syndrome, psoriatic arthritis, hormone replacement therapy, and history of polyps. The claimant reported a 1 to 2-day history of a white coating on the tongue. The report did not indicate any specific treatment plan.

On 08/02/2021, the claimant was seen by William O'Neill, MD, for evaluation. The claimant reported right hand pain. Examination demonstrated stable vital signs. There was a nodule at the right palm. There was a diagnosis of distal interphalangeal joint disease of the right hand. The provider did not expect the claimant have any major difficulty from the diagnosis for the foreseeable future.

On 10/28/2021, the claimant underwent operative intervention by Dr. Karram, for a diagnosis of recurrent pelvic organ prolapse. Skin tissue realignment, vaginal vault suspension and posterior repair were performed.

**DIAGNOSIS:** Cervicalgia

**RESPONSE TO REFERRAL QUESTIONS:**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).**

Cervicalgia (M54.2) and Psoriatic Arthritis (L40.52)

**2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).**

Complex regional pain syndrome (G90.5), history of right distal radial fracture (S52.501A), distal interphalangeal joint disease of the right hand (L40.51), lumbar degenerative disc disease, allergic rhinitis, irritable bowel syndrome, hormone replacement therapy, and history of polyps.

**3. In consideration of the claimant's medical diagnoses and symptoms as outlined in the medical records, would there be any expected/reasonable restrictions and limitations supported from 07 / 21 / 21 forward? Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, walk, lift/carry, reach, handle, finger, bend/stoop, twist, crouch/squat, kneel, crawl, climb, balance, etc.) and include the expected duration. Please also comment on any non-exertional restrictions or limitations, if**

**applicable. Please explain your medical rationale for any restrictions or limitations or why any restrictions and limitations are not supported.**

In consideration of the claimant's medical diagnosis and symptoms outlined in the records, it is supported that there are restrictions and limitations from 07/21/2021 moving forward from a physical medicine and rehabilitative perspective.

On 04/10/2018 the claimant underwent MRI of the cervical spine that revealed diffuse disc bulging and mild bilateral foraminal narrowing at C4-C5. On 10/14/2019 the claimant presented to the emergency room for right wrist pain. The claimant had tenderness and swelling at the right wrist upon physical evaluation. Radiographs of the right wrist revealed a distal displaced radius fracture. The claimant was advised to undergo open reduction and internal fixation. On 10/28/2019 the claimant underwent surgery with no complications noted. On 05/20/2021 the claimant underwent x-ray to the right foot that revealed mild degenerative changes. On 06/25/2021 the claimant was seen for evaluation and was noted to have a diagnosis of chronic psoriatic arthritis. On 08/02/2021 the claimant was seen for evaluation and reported right hand pain. The claimant was noted to have a nodule at the right palm and was diagnosed with distal interphalangeal joint disease of the right hand. On 10/28/2021 the claimant underwent a procedure to correct recurrent pelvic organ prolapse. The medical records do demonstrate the claimant has a longstanding history of cervicalgia and psoriatic arthritis. While the medical records do not demonstrate any recent specific exam findings for acute conditions, restrictions and limitations would be reasonable based on the claimant's chronic diagnoses. As such restrictions and limitations are recommended below for cervicalgia and psoriatic arthritis. These restrictions and limitations would be considered permanent as the conditions are not expected to have any significant improvement. With these restrictions and limitations in place, the claimant would be able to sustain full-time activity.

Sitting: unrestricted
Standing: unrestricted
Walking: unrestricted
Lifting/carrying/pushing/pulling: occasionally no more than 40lbs, frequently up to 20lbs.
Climbing stairs: frequently
Climbing ladders: never
Stooping: frequently
Kneeling: frequently
Crouching: frequently
Crawling: never
Balance: frequently
Reaching overhead: occasionally
Reaching at waist and desk level: unrestricted
Reaching below waist: unrestricted
Use lower extremities for foot controls: unrestricted
Fine manipulation: unrestricted
Simple and firm grasping: unrestricted
Keyboarding: unrestricted

**4. Are there any reported or observed cognitive and/or physical side effects attributed to the claimant's medications? If yes, do the side effects contribute to claimant's impairment from 07 /21/21 forward? Please explain your medical rationale.**

There is no documented or observed cognitive and/or physical side effects attributed to medication use from a physical medicine and rehabilitative perspective.

**5. Does the medical documentation support that any medical condition(s), alone or in combination, would preclude the claimant from sustained occupational functioning on a full-time basis from 07 /21/21 forward? Please explain why or why not.**

While the medical records do not demonstrate any recent specific exam findings for acute conditions, restrictions and limitations would be reasonable based on the claimant's chronic diagnoses. As such restrictions and limitations are recommended below for cervicalgia and psoriatic arthritis. These restrictions and limitations would be considered permanent as the conditions are not expected to have any significant improvement. With these restrictions and limitations in place, the claimant would be able to sustain full-time activity.

**6. If your opinion regarding the claimant's work capacity differs from that of the treating provider(s), please explain the clinical rationale to support your opinion and/or why the treating provider's opinion is not supported.**

There are no recently listed restrictions and limitations from a physical medicine perspective. The 08/02/2021 report noted the provider did not feel the claimant was to have any major difficulty from the diagnosis of distal interphalangeal joints disease of the right hand for the foreseeable future.

**7. Please advise whether the claimant received treatment (i.e., consultation, care, or services provided by or under the direction of a physician including diagnostic measures and prescribed drugs or medicines) during the period of 09/12/17 through 12/11/17 for any condition that caused, contributed to, or resulted in one or more of the conditions currently impairing her. If so, please provide an outline of the treatment received during the period in question.**

During the timeframe of 09/12/2017 through 12/11/2017 the claimant underwent the following evaluation and treatment. On 09/13/2017 the claimant underwent x-ray of the lumbar spine with no acute abnormalities noted. The claimant did have mild degenerative changes noted. On 11/17/2017 the claimant was seen for complaints of joint stiffness and pain. The claimant reported multiple recurring joint pain and tenderness with a history of psoriatic arthritis. The claimant also had a noted history of psoriasis, right hip pain, stiffness and tenderness. The claimant was diagnosed with ongoing psoriatic arthritis and known to be a long-term methotrexate user. After review of medical records, they do demonstrate the claimant received treatment for psoriatic arthritis which is also listed as the primary impairing condition for the timeframe under review for this report.

**PANEL DISCUSSION:**

On 02/15/2022, I participated in a panel discussion with Dr. Garg. Dr. Garg and I discussed the case at 01:26 PM PST. Dr. Garg and I reviewed the claimant's medical records. I explained to Dr. Garg my support for restrictions and limitations for the diagnosis of cervicalgia and psoriatic arthritis and recommended restrictions and limitations. Dr. Garg supported my recommendations for restrictions and limitations as outlined in question three, from a pain management and rehabilitation perspective without any changes for the timeframe of 07/21/2021 through 10/27/2021 and once the claimant returns to baseline after recovery from surgery. Dr. Garg discussed the claimant's pelvic floor dysfunction and need for restrictions and limitations prior to surgery and complete work restriction as of 10/28/2021 through recovery. I support Dr. Garg's recommendation that the claimant has no work capacity as of 10/28/2021 and beyond. A follow-up will need to be performed by 05/15/2022 to assess surgical recovery as recommended by Dr. Garg and supported by me.

Lisa Pitino, D.O.
Board Certified Physical Medicine & Rehabilitation
Board Certified Pain Medicine
License: 20A10571 CA
License: N9933 TX

**<u>Advisory Report #2- Secondary Reviewer – Ronak Garg, M.D.</u>**

**<u>Internal Medicine</u>**

**HISTORY:** This case involves a now 53-year-old female with a date of loss of 04/15/2018. The documented diagnosis is cervicalgia.

On 05/03/2017, the claimant was seen by Lori Denison, APRN. The claimant had a history of migraine headaches, nausea, and nasal congestion. There was a noted history of gastroesophageal reflux disease and allergic rhinitis. The claimant noted rhinitis symptoms were moderate in severity. Examination demonstrated stable vital signs. Heart was regular rate and rhythm. Lungs were clear. There were no focal ENT abnormalities. The claimant was prescribed loratadine for seasonal allergies. Topiramate was prescribed for migraine headaches. Zofran was prescribed for nausea.

On 08/07/2017, an upper endoscopy was performed by Dr. Chen. The study was noted to be normal.

On 09/13/2017, lumbar radiographs, demonstrated minimal degenerative changes.

On 01/26/2018, the claimant was seen by Susanna Moberly, APRN, for evaluation. The claimant was seen for a rheumatology follow-up. There was a history of psoriatic arthritis. The claimant reported ongoing joint pain and tenderness. The claimant had a history of psoriasis. Examination demonstrated no musculoskeletal deformity or swelling. There was no noted tenderness. There were mild psoriatic lesions. Methotrexate was prescribed.

On 02/27/2018, right shoulder radiographs, demonstrated minimal acromioclavicular and glenohumeral joint degenerative change.

On 02/20/2018, cervical radiographs, demonstrated degenerative changes most pronounced at C5-C6.

On 03/15/2018, the claimant was seen by Deborah Schilder, PA-C. The claimant was seen for right shoulder, right wrist and neck pain. Examination demonstrated some cervical tenderness to palpation. There was full motion at the extremities. An MRI of the right shoulder and cervical spine were ordered. Electrodiagnostic testing was recommended.

On 03/20/2018, MRA of the right shoulder, demonstrated mild fraying along the articular surface of the supraspinatus and infraspinatus.

On 04/10/2018, MRI of the cervical spine, demonstrated diffuse disc bulging and mild bilateral foraminal narrowing at C4-C5. There was a signal change at the cervical cord around the C6 level.

On 05/31/2018, the claimant was seen by Dr. Jenkinson. An independent medical examination was performed. The claimant had been a full-time worker at Toyota for the past three years. She reported pain in the neck, right shoulder and right upper extremity has been 01/30/2018. She could not recall the acute incident but believes symptoms were related to work. There were no focal examination abnormalities. There was no significant abnormality identified on imaging. There were minor age-related degenerative changes of no clinical significance. There was no convincing evidence that the claimant suffered any significant work injury.

On 06/20/2018, MRI of the brain, demonstrated the study did not meet criteria for multiple sclerosis. There were a few scattered white matter changes that were considered entirely nonspecific.

On 08/21/2018, MRI of the chest, demonstrated no abnormality identified.

On 08/30/2018, a surveillance report included a pharmacy check of the claimant. There were no reported abnormalities.

On 04/09/2019, the claimant was seen by Amy Collins, APRN. The claimant was seen for epigastric pain over the past three weeks. Reflex was controlled by esomeprazole. Examination demonstrated no focal abnormality. There were no neurologic, abdominal, or ENT findings. A barium swallow was discussed as a diagnostic option.

On 04/18/2019, abdominal ultrasound, demonstrated a normal study.

On 06/10/2019, the claimant was seen by Dr. Roden. The claimant was seen for follow-up of right shoulder and generalized right upper extremity pain. There was tenderness over the right cervical paraspinal muscles and trapezius. Lyrica was prescribed.

On 10/14/2019, the claimant was seen by Dr. O'Neill, MD, for evaluation. There was a chief complaint of right wrist pain. The claimant had been evaluated in the emergency room setting. Radiographs of the right wrist revealed a displaced distal radius fracture. There were plans for surgical open reduction and internal fixation.

On 12/05/2019, postoperative physical therapy was performed for the right wrist.

On 01/15/2020, the claimant was seen by Dr. St. Clair. There was a chief complaint of headaches. The claimant had a medical history significant for psoriatic arthritis, irritable bowel syndrome, right shoulder pain and a prior hysterectomy. The claimant was on hormone replacement therapy. Examination demonstrated no focal neurologic abnormality. ENT

evaluation was normal. The claimant was diagnosed with headache of unclear etiology. She was currently utilizing Tylenol and ibuprofen. Imitrex was prescribed.

On 03/06/2020, the claimant was seen by Dr. Roden, MD, for evaluation. The claimant had a diagnosis of complex regional pain syndrome to the right upper extremity. Examination noted tenderness over the cervical spine and right shoulder. There were no abnormal neurological findings. Pregabalin was refilled.

On 06/26/2020, the claimant was seen by Dr. Scheider. There was a chief complaint of headache. The claimant reported headaches were occurring 4-5 times per month. She was taking Lyrica and had attended physical therapy. Examination demonstrated no focal abnormality. Cranial nerves were grossly intact. Romberg testing was negative. Low dose of Effexor was prescribed for headache.

On 08/07/2020, an investigative report, noted an Internet search and social media review of the claimant was performed. There were no findings of significance relative to the claimant's treating diagnosis.

On 11/03/2020, MRI of the lumbar spine, demonstrated degenerative changes and facet arthrosis most pronounced at L4-L5. There was mild left L4-L5 foraminal encroachment.

On 12/07/2020, MRI of the right hip, demonstrated a normal study.

On 01/25/2021, the claimant was seen by Dr. Chen. The claimant was evaluated by telehealth. There was a history of a prior failed rectocele surgery. The claimant was still having incomplete bowel emptying. The pelvic floor procedure had been performed in United Kingdom. Examination noted no physical findings. The claimant was assessed with a cystocele and rectocele. A second opinion evaluation from a colorectal surgeon was discussed.

On 05/05/2021, the claimant was seen by Dr. Newcomb. The ophthalmology evaluation was performed for a diagnosis of dry eye syndrome. There was no change in the claimant's visual acuity. Anti-inflammatory drops were prescribed. The claimant reported right foot pain. There was no history of trauma. The claimant had a history of complex regional pain syndrome to the right upper extremity. Examination demonstrated some right foot tenderness and swelling. A steroid injection was performed at the right foot. Radiographs were ordered. A prescription for topical diclofenac was provided. There was a diagnosis of hallux valgus.

On 05/20/2021, right foot radiographs, demonstrated a bunion at the first metatarsal head with mild osteoarthritic changes.

On 06/25/2021, the claimant was seen by Kristina Cox, PA-C. There was possible thrush and a canker sore. The claimant reported a two-day history of a white coating at the tongue. There were no physical findings or recommended treatment.

On 08/09/2021, the claimant was seen by Dr. Beiting. The claimant had a history of a failed pelvic floor repair surgery in December 2020 performed in United Kingdom. There was a complaint of rectal leakage. The claimant had been seen by a colorectal specialist following her surgery. The claimant reported difficulty with dysfunctional issues. She reports performing digital augmentation to assist bowel movements. Examination demonstrated no evidence of any significant vaginal or rectocele. There was no identified deep pocket. Examination appeared minimal. The claimant was assessed with pelvic floor dysfunction. There was dysfunction of defecation. The claimant was referred to a pelvic floor center in Cincinnati where access to higher level specialists could assess the claimant for treatment.

On 10/28/2021, the claimant underwent operative intervention by Dr. Karram, operative treatment was performed for a diagnosis of recurrent pelvic organ prolapse. The surgical procedure included a skin tissue realignment, vaginal vault suspension and posterior repair were performed.

On 11/15/2021, the claimant was seen by Dr. Karram. The claimant reportedly had persistent pain following surgery and an undergone a pudendal block on 11/08/2021. Examination demonstrated no swelling. Pelvic and rectal assessments were deferred. Additional surgical treatment was pending. The claimant required operative management for removal of sacrospinous stiches and cystoscopy.

**RESPONSE TO REFERRAL QUESTIONS:**

**. Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).**

Pelvic floor dysfunction (M99.05).

**2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).**

Cervicalgia (M54.2), irritable bowel syndrome (K58.9), psoriatic arthritis (L40.52), complex regional pain syndrome, history of a right distal radial fracture, seasonal allergies, allergic rhinitis, and right foot osteoarthritis.

**3. In consideration of the claimant's medical diagnoses and symptoms as outlined in the medical records, would there be any expected/reasonable restrictions and limitations supported from 07 / 21 / 21 forward? Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, walk, lift/carry, reach, handle, finger, bend/stoop, twist, crouch/squat, kneel, crawl, climb, balance, etc.) and include the expected duration. Please also comment on any non-exertional restrictions or limitations, if applicable. Please explain your medical rationale for any restrictions or limitations or why any restrictions and limitations are not supported.**

Considering the claimant's medical diagnosis and symptoms, restrictions and limitations are supported for a diagnosis of pelvic floor dysfunction from 07/21/2021 moving forward. The records indicate the claimant had a failed rectocele surgery and has continued symptoms including bowel dysregulation and requirements for self dis-impaction. During the timeframe in question, a revision procedure has been performed and an additional procedure is pending. On 10/28/2021, a skin tissue realignment, vaginal vault suspension and posterior repair were performed. As of 11/15/2021, the claimant still had significant postoperative pain that required a pudendal nerve block. The report noted the claimant was pending surgical treatment for a cystoscopy and sacrospinous stich removal. When accounting for the claimant's ongoing clinical symptoms attributed to the diagnosis, a degree of restrictions and limitations are supported. The claimant's follow-up evaluation findings should be reviewed on or around 05/15/2022 to further clarify the extent or need for additional restrictions and limitations moving forward. The additional listed diagnosis would not arise to the level of impairment. The claimant's other internal medicine related conditions are largely stable without manifestation of significant objective or diagnostic abnormalities that would preclude activity.

From 10/28/2021 to the present, the claimant is not capable of performing work-related activity.

From 07/21/2021 until 10/27/2021, the claimant has the following restrictions and limitations:

Sitting: unrestricted
Standing: unrestricted
Walking: unrestricted
Lifting/carrying/pushing/pulling: occasionally no more than 40lbs, frequently up to 20lbs.
Climbing stairs: frequently
Climbing ladders: never
Stooping: frequently
Kneeling: frequently
Crouching: frequently
Crawling: never
Balance: frequently
Reaching overhead: occasionally
Reaching at waist and desk level: unrestricted
Reaching below waist: unrestricted
Use lower extremities for foot controls: unrestricted
Fine manipulation: unrestricted
Simple and firm grasping: unrestricted
Keyboarding: unrestricted

**4. Are there any reported or observed cognitive and/or physical side effects attributed to the claimant's medications? If yes, do the side effects contribute to claimant's impairment from 07 /21/21 forward? Please explain your medical rationale.**

The reviewed records do not address any side effects from prescription medications. There are no cognitive facts or adverse effects from medication use.

**5. Does the medical documentation support that any medical condition(s), alone or in combination, would preclude the claimant from sustained occupational functioning on a full-time basis from 07 /21/21 forward? Please explain why or why not.**

The claimant is restricted from full-time functioning from 10/28/2021 moving forward, during the timeframe, the claimant has undergone operative treatment was pending further surgical treatment attributed to symptoms related to pelvic floor dysfunction. Prior to this date, the claimant could sustain full-time activity with restrictions and limitations.

**6. If your opinion regarding the claimant's work capacity differs from that of the treating provider(s), please explain the clinical rationale to support your opinion and/or why the treating provider's opinion is not supported.**

Recent restrictions and limitations recommended by the treating provider and relative to the claimant's conditions are unclear. The claimant is currently not capable of performing activity when accounting for recent surgical management attributed to the claimant's pelvic floor dysfunction.

**7. Please advise whether the claimant received treatment (i.e., consultation, care, or services provided by or under the direction of a physician including diagnostic measures and prescribed drugs or medicines) during the period of 09/12/17 through 12/11/17 for any condition that caused, contributed to, or resulted in one or more of the conditions currently impairing her. If so, please provide an outline of the treatment received during the period in question.**

There was no indication that the claimant was treating for any signs or symptoms attributed to pelvic floor dysfunction during the timeframe of 09/12/2017 through 12/11/2017.

**PANEL DISCUSSION:**

On 02/14/2022 at 01:30 PM PST, I spoke with Dr. Pitino to discuss the claimant's case. Dr. Pitino recommended the claimant be on restrictions and limitations for cervicalgia and psoriatic arthritis. I agreed with Dr. Pitino and recommended the claimant be on full work restriction as of 10/28/2021 and beyond for surgery and recovery until a follow-up can be performed in approximately three months or 05/14/2022. Dr. Pitino and I agree the claimant should be on restrictions and limitations due to persistent pain and pelvic floor dysfunction.

Ronak Garg, M.D.
Board Certified Internal Medicine
License: A120497 CA

**PANEL DISCUSSION:**

On 02/15/2022, I participated in a panel discussion with Dr. Garg. Dr. Garg and I discussed the case at 01:26 PM PST. Dr. Garg and I reviewed the claimant's medical records. I explained to Dr. Garg my support for restrictions and limitations for the diagnosis of cervicalgia and psoriatic arthritis and recommended restrictions and limitations. Dr. Garg supported my recommendations for restrictions and limitations as outlined in question three, from a pain management and rehabilitation perspective without any changes for the timeframe of 07/21/2021 through 10/27/2021 and once the claimant returns to baseline after recovery from surgery. Dr. Garg discussed the claimant's pelvic floor dysfunction and need for restrictions and limitations prior to surgery and complete work restriction as of 10/28/2021 through recovery. I support Dr. Garg's recommendation that the claimant has no work capacity as of 10/28/2021 and beyond. A follow-up will need to be performed by 05/15/2022 to assess surgical recovery as recommended by Dr. Garg and supported by me.

Lisa Pitino, D.O.
Board Certified Physical Medicine & Rehabilitation
Board Certified Pain Medicine
License: 20A10571 CA
License: N9933 TX

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com • Web: www.ecnime.com

Claimant Name: Jamie Reece
Claim Number: 8356763
Case Number: 165744-3

"I, Lisa M Pitino, DO, am a physician duly licensed to practice medicine in the State of CA. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

2/21/2022

Signature of Physician Date
Medical/Professional License # 20A10571

ECN
Exam Coordinators Network A division of Genex Services, LLC
Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com • Web: www.ecnime.com

Claimant Name: Jamie Reece
Claim Number: 8356763
Case Number: 165744-4

"I, Ronak B Garg, MD, am a physician duly licensed to practice medicine in the State of CA. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

2/21/2022

Signature of Physician Date
Medical/Professional License # A120497

**From:**Staley, Sara <Sara.Staley@genexservices.com>
**Sent:**Mon, 21 Feb 2022 22:12:09 +0000
**To:**VendorReferrals
**Subject:**J. Reece Claim #8356763
**Attachments:**Panel Peer Review_7200708BOCA.PDF, Invoice.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi ,

Attached is the Panel Peer Review and Invoice for the above referenced claimant. If we can further assist you with this file, please don't hesitate to give us a call.

Thanks for the referral,

**Sara Staley**
***Quality Assurance Coordinator***
Exam Coordinators Network, a division of Genex Services
**T**: 855-648-9248 #3
**F**: 561-392-5881
**Access our portal at: View My Cases**

urac
ACCREDITED
Independent
Medical
Examinations
Expires 04/01/2024

The information and any attachments contained in this email are confidential and proprietary, and may be protected under the law, including federal and state privacy laws. The information and attachments are intended solely for use by the individual or entity to whom this email is addressed. If you are not the intended recipient, you are notified that any use, dissemination, forwarding, or copying of this information or attachments is strictly prohibited. If you received this email in error, please notify the sender immediately and delete all copies of this email. Thank you.

ECN
Exam Coordinators Network A division of Genex Services, LLC

**Corporate Office**
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
**Toll Free: (877) 463-9463**
Local: (561) 922-5200
Fax: (561) 392-5881

E-mail: info@ecnime.com Web: www.ecnime.com

**Invoice:** **BOCA 131403**

**Date** **2/21/2022**

***Bill To:***

**Lindsay Mack**
**Lincoln Financial-London, KY**
**P.O. Box 7207**
**London, KY 40742**

**Claim #** 8356763
**Date of Loss:** 4/15/2018
**ECN #** 165744-3
**Account #**

**Claimant** Jamie Reece

| | | |
|---|---|---|
| 2/9/2022 | Panel Peer Review - Long Term Disability: Service Provider: Lisa M Pitino, DO<br>Specialty: Physical Medicine & Rehab | $1710.00 |
| | **SubTotal** | $1710.00 |
| | **Final Invoice Total** | $1710.00 |

***Remit To:***
Exam Coordinators Network
440 E. Swedesford Road
Suite 1000
Wayne, PA 19087

Terms: Net 30 days
Tax Id #: 95-3327434

THANK YOU FOR THE OPPORTUNITY TO PROVIDE THIS SERVICE FOR YOU. PLEASE REMIT PAYMENT PROMPTLY.

ECN
Exam Coordinators Network A division of Genex Services, LLC

**Corporate Office**
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
**Toll Free: (877) 463-9463**
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com Web: www.ecnime.com

**Invoice:** **BOCA 131404**

**Date** **2/21/2022**

***Bill To:***

**Lindsay Mack**
**Lincoln Financial-London, KY**
**P.O. Box 7207**
**London, KY 40742**

**Claim #** 8356763
**Date of Loss:** 4/15/2018
**ECN #** 165744-4
**Account #**

**Claimant** Jamie Reece

| | | |
|---|---|---|
| 2/9/2022 | Panel Peer Review - Long Term Disability: Service<br>Provider: Ronak B Garg, MD<br>Specialty: Internal Medicine | $1710.00 |
| | **SubTotal** | $1710.00 |
| | **Final Invoice Total** | $1710.00 |

***Remit To:***
Exam Coordinators Network
440 E. Swedesford Road
Suite 1000
Wayne, PA 19087

Terms: Net 30 days
Tax Id #: 95-3327434

THANK YOU FOR THE OPPORTUNITY TO PROVIDE THIS SERVICE FOR YOU. PLEASE REMIT PAYMENT PROMPTLY.

**From:**Mack, Lindsay
**Sent:**Thu, 10 Feb 2022 20:44:45 +0000
**To:**BocaLegacy
**Subject:**Additional records - claim 8356763 (secure)
**Attachments:**8356763-EMPLOYEE-CLAIMANT-ATTORNEYDOCUMENTS-02.10.2022.pdf

Please add the attached additional records to those previously sent for referral on the above claim.
Thank you.


**Lindsay Mack**
Appeals Consultant
Group Protection

**Lincoln Life Assurance Company of Boston**
LincolnFinancial.com

888-437-7611 x14698
Office

603-334-5711 Fax



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

I understand that I may contact TCH's HIM/Medical Records Department to ask that TCH not contact me using any one or more methods or technologies by writing to us at 2139 Auburn Ave Cincinnati, OH 45219, calling us at 513-263-8660 or by any other reasonable means. I understand that my receipt of healthcare treatment and services is not conditioned upon my agreement to this provision.

6. FINANCIAL AGREEMENT:
   a. **Assistance.** I understand that TCH has Patient Financial Services Counselors available to patients who request help in understanding their insurance and their financial responsibility to TCH; who seek cost estimates; and/or who want to determine their eligibility for financial assistance or government healthcare.
   b. I understand that TCH and physicians have established standard charges for services and items provided during my care. These standard charges are maintained in a charge list or chargemaster and are updated from time to time.
   c. I acknowledge and agree that I have been informed of the availability of TCH's price information list as required by O.R.C. 3727.42 and can obtain a free copy of the list on TCH's website or by calling Customer Service at 585-1600, and that TCH maintains an extensive list of its standard charges on TCH's website, which is readily available for my review.
   d. **In-Network**. If TCH currently has a contract with my/patient's commercial health plan that covers my/patient's medical care at TCH, I hereby authorize TCH to submit a claim to the health plan for medical care and items TCH provides, and, at TCH's option, to take legal steps to obtain payment from the health plan for all medical care and items on my behalf. I understand and agree that I am responsible to pay directly to TCH any deductible, co-payment, cost-share, coinsurance, or other patient payment responsibility as determined by my health plan.
   e. **Out-of-Network**. If TCH does not have a contract with my/patient's commercial health plan that covers my/patient's care at TCH, I hereby authorize TCH to submit a claim to the health plan for medical care and items TCH provides, and, at TCH's option, to take legal steps to obtain payment from the health plan for all medical care and items on my behalf. I understand that my health plan may determine that it is not responsible to pay for all or part my care, and, in that case, I agree I am responsible to promptly pay for my care at TCH, in the amount of the TCH's total charges for my/patient's medical care, calculated in accordance with TCH's charge list or chargemaster in effect at the time of care, unless TCH and I enter into a different written, executed payment agreement. I understand and agree that I am responsible to pay directly to TCH any deductible, co-payment, cost share, and coinsurance or other payment responsibility as determined by my health plan.
   f. **Non-Covered Services**. I understand that even if I am an eligible member of a commercial health plan, the plan may determine prior to, concurrent with, or after TCH provides a service or item to me that one or more service or item is not a covered benefit under my health care benefit plan. If my health plan determines that a service or item provided by TCH to me is not a covered benefit under my health care benefit plan, I hereby authorize TCH to pursue payment from me for the non-covered service or item of amounts up to TCH's total charges, calculated in accordance with the charge list or chargemaster in effect at the time of care.
   g. **Medicare/Medicaid.** I understand that I am responsible to pay directly to TCH any cost share or co-payment due from me under these government programs, as well as any charges for treatment or services or item not covered by these programs that I have requested and agreed, in advance, to be provided. I understand that Medicare and Medicaid are payers of last resort and TCH may choose not to bill those payer sources if a third party is liable to pay for his/her treatment.
   h. I understand that my commercial health plan may ask if I have other insurance to coordinate benefits (COB), and I agree to promptly reply to this question from my commercial health plan and TCH. I understand that a COB denial from my health plan will result in my responsibility for the total charges.
   i. Nothing in this agreement shall preclude TCH from seeking reimbursement from other responsible third parties (e.g., health plans, auto and liability insurers, third party administrators, and government healthcare programs) for any amounts that may be due from them.
   j. I agree to release TCH from any responsibility or liability arising from the loss or damage to personal items or valuables brought to the hospital.

7. ASSIGNMENT OF BENEFITS: I hereby authorize payment directly to TCH and/or my physician(s) and/or their designees, all Medicare benefits, other insurance benefits, or other payments from any payer liable by reason of contract or negligent or wrongful conduct, otherwise payable to me.

8. KEEPING PATIENTS SAFE: TCH has zero-tolerance for violence and abusive language or behavior. We are committed to maintaining a safe environment that is free from threats and acts of intimidation and violence. As such, it is the expectation of TCH that you and your visitors will conduct yourselves in a respectful, non-violent and non-abusive manner. For the

## 10/28/2021 - Admission (Discharged) in GENERAL SURGERY UNIT (continued)

**Documents (continued)**

**Consent Form - Scan on 11/16/2021 1145: SIGNED SURGERY CONSENT- 11/2021- MICKEY KARRAM, MD**

Scan (below)

Outpt. Ext. Rec. PCP — Jamie Reece

THE CHRIST HOSPITAL AND ITS SUBSIDIARIES AND AFFILIATES ("THE HOSPITAL")
CINCINNATI, OHIO 45219
R-__Rev. 4/2013 page 1 of 3

# 710054

10817229.

SURGERY INFORMED CONSENT

Patient Name: Jamie Reece. I hereby authorize Dr. Karram and his/her associates or assistants, including residents and/or ~~other qualified medical~~ practitioner to perform:

Vaginal Hysterectomy — (Vaginal ~~Vault Suspension~~ Possible) — (Cystoscopy)
Anterior Repair — (Posterior Repair) — (Enterocele Repair Possible) — Suburethral Sling

Other: ________

("Procedure") at The Christ Hospital.

October 28th 0800 am.

GOAL AND NATURE AND OF THE PROPOSED PROCEDURE

I understand that I have been diagnosed with: rectocele

The goal/ potential benefit of my Procedure is to: repair bulge

My Procedure involves (address surgical site and laterality, if applicable): Vaginal area.

POTENTIAL RISKS/SIDE EFFECTS OF PROPOSED PROCEDURE

My physician has discussed with me and clearly explained the above proposed Procedure, the potential benefits, material risks, and the likelihood of the occurrence of the potential benefits and material risks. I acknowledge no guarantee or assurance has been made to me regarding the results. I am aware that the practice of medicine is not an exact science, and I understand my doctors cannot be sure that side effects or complications will not occur. I understand that each patient can respond differently to this Procedure and could have side effects that have not been reported by others. I understand the potential problems that may occur during recuperation.

- Surgery. I understand and acknowledge that my physician has discussed with me the reasonably known, material risks/potential side effects of surgery, in general, which include: severe blood loss, injury to surrounding structures, heart attack, infection, stroke, emergency surgery, perforation, loss of limb, arrhythmia, and death. Other reasonably known, material risks for this surgical Procedure may include: **Bleeding, infection, damage to bowel, bladder, urethra, ureters, blood vessels, the need for transfusion or additional surgery, recurrent prolapse or incontinence, risk of nerve injury, postoperative voiding dysfunction (bladder and bowel), dyspareunia, loss of sexual function, mesh erosion, other:** ________

- Anesthesia and Sedation. I understand the risks of anesthesia for surgery to include: allergic reaction, increase or decrease in blood pressure; increase or decrease in heart rate; changes in breathing; sore throat; hoarseness; injury to face, eyes, mouth or teeth; nausea/vomiting; headache; injury to blood vessels or nerves; respiratory arrest; cardiac arrest; death, brain damage, and paralysis. I understand the risks of sedative medications to include: allergic reactions; changes in breathing changes, blood pressure and heart function; nausea/vomiting, temporary impairment of memory and fine motor skills; and that sedation can occasionally progress to a state of deep sedation or general anesthesia. I authorize my physician or his/her designee permission to administer anesthesia or sedation as necessary for the Procedure.

- Videotaping. I give consent for my Procedure to be videotaped/recorded. I understand no identifying information, specifically my head or face, will be recorded.

I understand that I may contact TCH's HIM/Medical Records Department to ask that TCH not contact me using any one or more methods or technologies by writing to us at 2139 Auburn Ave Cincinnati, OH 45219, calling us at 513-263-8660 or by any other reasonable means. I understand that my receipt of healthcare treatment and services is not conditioned upon my agreement to this provision.

6. FINANCIAL AGREEMENT:
   a. **Assistance.** I understand that TCH has Patient Financial Services Counselors available to patients who request help in understanding their insurance and their financial responsibility to TCH; who seek cost estimates; and/or who want to determine their eligibility for financial assistance or government healthcare.
   b. I understand that TCH and physicians have established standard charges for services and items provided during my care. These standard charges are maintained in a charge list or chargemaster and are updated from time to time.
   c. I acknowledge and agree that I have been informed of the availability of TCH's price information list as required by O.R.C. 3727.42 and can obtain a free copy of the list on TCH's website or by calling Customer Service at 585-1600, and that TCH maintains an extensive list of its standard charges on TCH's website, which is readily available for my review.
   d. **In-Network**. If TCH currently has a contract with my/patient's commercial health plan that covers my/patient's medical care at TCH, I hereby authorize TCH to submit a claim to the health plan for medical care and items TCH provides, and, at TCH's option, to take legal steps to obtain payment from the health plan for all medical care and items on my behalf. I understand and agree that I am responsible to pay directly to TCH any deductible, co-payment, cost-share, coinsurance, or other patient payment responsibility as determined by my health plan.
   e. **Out-of-Network**. If TCH does not have a contract with my/patient's commercial health plan that covers my/patient's care at TCH, I hereby authorize TCH to submit a claim to the health plan for medical care and items TCH provides, and, at TCH's option, to take legal steps to obtain payment from the health plan for all medical care and items on my behalf. I understand that my health plan may determine that it is not responsible to pay for all or part my care, and, in that case, I agree I am responsible to promptly pay for my care at TCH, in the amount of the TCH's total charges for my/patient's medical care, calculated in accordance with TCH's charge list or chargemaster in effect at the time of care, unless TCH and I enter into a different written, executed payment agreement. I understand and agree that I am responsible to pay directly to TCH any deductible, co-payment, cost share, and coinsurance or other payment responsibility as determined by my health plan.
   f. **Non-Covered Services**. I understand that even if I am an eligible member of a commercial health plan, the plan may determine prior to, concurrent with, or after TCH provides a service or item to me that one or more service or item is not a covered benefit under my health care benefit plan. If my health plan determines that a service or item provided by TCH to me is not a covered benefit under my health care benefit plan, I hereby authorize TCH to pursue payment from me for the non-covered service or item of amounts up to TCH's total charges, calculated in accordance with the charge list or chargemaster in effect at the time of care.
   g. **Medicare/Medicaid.** I understand that I am responsible to pay directly to TCH any cost share or co-payment due from me under these government programs, as well as any charges for treatment or services or item not covered by these programs that I have requested and agreed, in advance, to be provided. I understand that Medicare and Medicaid are payers of last resort and TCH may choose not to bill those payer sources if a third party is liable to pay for his/her treatment.
   h. I understand that my commercial health plan may ask if I have other insurance to coordinate benefits (COB), and I agree to promptly reply to this question from my commercial health plan and TCH. I understand that a COB denial from my health plan will result in my responsibility for the total charges.
   i. Nothing in this agreement shall preclude TCH from seeking reimbursement from other responsible third parties (e.g., health plans, auto and liability insurers, third party administrators, and government healthcare programs) for any amounts that may be due from them.
   j. I agree to release TCH from any responsibility or liability arising from the loss or damage to personal items or valuables brought to the hospital.

7. ASSIGNMENT OF BENEFITS: I hereby authorize payment directly to TCH and/or my physician(s) and/or their designees, all Medicare benefits, other insurance benefits, or other payments from any payer liable by reason of contract or negligent or wrongful conduct, otherwise payable to me.

8. KEEPING PATIENTS SAFE: TCH has zero-tolerance for violence and abusive language or behavior. We are committed to maintaining a safe environment that is free from threats and acts of intimidation and violence. As such, it is the expectation of TCH that you and your visitors will conduct yourselves in a respectful, non-violent and non-abusive manner. For the

MEHR FAIRBANKS
TRIAL LAWYERS

201 West Short Street, Suite 800 • Lexington, Kentucky 40507 • 859-225-3731 • 859-225-3830 • www.mehrfairbanks.com

M. Austin Mehr amehr@austinmehr.com
Philip G. Fairbanks pgf@austinmehr.com
Bartley K. Hagerman bkh@austinmehr.com
Elizabeth A. Thornsbury elizabeth@austinmehr.com

February 7, 2022

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
Disability and Life Claims
P.O. Box 2578
Omaha, NE 68172-9688

**RE: Claimant: Jamie Reece**
**Claim No.: 8356763**
**Toyota Long Term Disability Benefits**

Dear Madam or Sir:

In further support of this appeal, I enclose herewith my client's medical records from Christ Hospital (Bates 12,001-12,318), which include her recent surgery. Please add these to the pending appeal and consider them in conjunction with same. The documents enclosed are **on CD**. Please contact me immediately if you have trouble opening same. Thank you.

Sincerely,

*/s/ Bartley K. Hagerman*

Bartley K. Hagerman

Enclosure (on CD)

# 10/28/2021 - Admission (Discharged) in GENERAL SURGERY UNIT

## Reason for Visit

### Visit Diagnoses

| Name | Code |
|---|---|
| Rectocele<br>Added automatically from request for surgery 710054 | N81.6 |
| Rectocele | N81.6 |
| **Postoperative state (primary)** | Z98.890 |

### Hospital Problems

| Name | Code | Date Noted | Date Resolved | Present on Admission? |
|---|---|---|---|---|
| **Rectocele (primary)** | N81.6 | 10/05/2021 | — | — |
| Status post vaginal hysterectomy | Z90.710 | 10/28/2021 | — | Yes |

## Visit Information

### Admission Information

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | | Admit Date/Time: | 10/28/2021 0551 | IP Adm. Date/Time: | |
| Admission Type: | Elective | Point of Origin: | Physician Referral-Scheduled | Admit Category: | |
| Means of Arrival: | | Primary Service: | Acute | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | THE CHRIST HOSPITAL SERVICE AREA | Unit: | GENERAL SURGERY UNIT |
| Admit Provider: | Karram, Mickey M., MD | Attending Provider: | Karram, Mickey M., MD | Referring Provider: | |

### Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 10/29/2021 1254 | Home Or Self Care | None | Karram, Mickey M., MD | GENERAL SURGERY UNIT |

## Treatment Team

| Provider | Service | Role | Specialty | From | To |
|---|---|---|---|---|---|
| Karram, Mickey M., MD | — | Admitting Provider | Female Pelvic Medicine and Reconstructive Surgery | — | — |
| Karram, Mickey M., MD | — | Attending Provider | Female Pelvic Medicine and Reconstructive Surgery | 10/28/21 0551 | 10/29/21 1254 |
| Edwards, Jazmin | — | Nursing Student | — | 10/29/21 1100 | 10/29/21 2330 |
| Sanders, Andreau | — | PCA | — | 10/29/21 0721 | 10/29/21 1530 |
| Carter, Jennifer M. | — | Unit Clerk | — | 10/29/21 0715 | 10/29/21 1845 |
| Matacia, Emily, RN | — | Registered Nurse | — | 10/29/21 0711 | 10/29/21 1715 |
| Evans, Vickie (Inactive) | — | PCA | — | 10/29/21 0705 | 10/29/21 0721 |
| Dee, Brittany, RCP | — | RCP | Respiratory Therapy | 10/29/21 0702 | 10/29/21 1506 |
| King, Adrianna | — | Nursing Student | — | 10/29/21 0659 | 10/29/21 0707 |
| Funch, Jennifer | — | PCA | — | 10/29/21 0327 | 10/29/21 0721 |
| Schlotterbeck, Kelly, RCP (Inactive) | — | Respiratory Therapy | Respiratory Therapy | 10/28/21 2300 | 10/29/21 0730 |
| Hoskins, Joye E., RCP | — | Respiratory Therapy | Respiratory Therapy | 10/28/21 1931 | 10/29/21 0001 |
| Huitger, Andrew V., RN | — | Registered Nurse | — | 10/28/21 1900 | 10/29/21 0738 |
| Funch, Jennifer | — | PCA | — | 10/28/21 1838 | 10/29/21 0324 |
| Timon, Isabella | — | PCA | — | 10/28/21 1507 | 10/28/21 1937 |
| Lajeunesse, Joanne, RCP | — | RCP | Respiratory Therapy | 10/28/21 1456 | 10/28/21 1926 |

## 10/28/2021 - Admission (Discharged) in GENERAL SURGERY UNIT (continued)

**Treatment Team (continued)**

| Provider | Service | Role | Specialty | From | To |
|---|---|---|---|---|---|
| Boeckman, Nicole, RN | — | Registered Nurse | — | 10/28/21 1259 | 10/28/21 1935 |

**Events**

**Admission at 10/28/2021 0551**

| | | |
|---|---|---|
| Unit: SURGERY | Room: PERI B | Bed: PERIOPB |
| User: Simpson, Mya M. | Patient class: Extended Recovery | Service: Surgery |

**Transfer Out at 10/28/2021 0612**

| | | |
|---|---|---|
| Unit: SURGERY | Room: PERI B | Bed: PERIOPB |
| User: Hudgins, Tracy, RN | Patient class: Extended Recovery | Service: Surgery |

**Transfer In at 10/28/2021 0612**

| | | |
|---|---|---|
| Unit: SURGERY | Room: BL SDS POOL | Bed: NONE |
| User: Hudgins, Tracy, RN | Patient class: Extended Recovery | Service: Surgery |

**Transfer Out at 10/28/2021 0801**

| | | |
|---|---|---|
| Unit: SURGERY | Room: BL SDS POOL | Bed: NONE |
| User: Wolf, Deborah R., RN | Patient class: Extended Recovery | Service: Surgery |

**Transfer In at 10/28/2021 0801**

| | | |
|---|---|---|
| Unit: SURGERY | Room: BL ORS | Bed: BLEVELOR |
| User: Wolf, Deborah R., RN | Patient class: Extended Recovery | Service: Surgery |

**Surgery at 10/28/2021 0801**

| | | |
|---|---|---|
| Unit: B LEVEL OR | Room: TCH B LEVEL OR 21 | |
| Patient class: Extended Recovery | Service: Gynecology | |

**Patient Update at 10/28/2021 0944**

| | | |
|---|---|---|
| Unit: SURGERY | Room: BL ORS | Bed: BLEVELOR |
| User: Levy, Deborah, MD | Patient class: Extended Recovery | Service: Surgery |

**Transfer Out at 10/28/2021 0951**

| | | |
|---|---|---|
| Unit: SURGERY | Room: BL ORS | Bed: BLEVELOR |
| User: Schmidt, Nicole, RN | Patient class: Extended Recovery | Service: Surgery |

**Transfer In at 10/28/2021 0951**

| | | |
|---|---|---|
| Unit: SURGERY | Room: BL PACU POOL | Bed: NONE |
| User: Schmidt, Nicole, RN | Patient class: Extended Recovery | Service: Surgery |

**Transfer Out at 10/28/2021 1255**

| | | |
|---|---|---|
| Unit: SURGERY | Room: BL PACU POOL | Bed: NONE |
| User: Murphy, Josh | Patient class: Extended Recovery | Service: Surgery |

**Transfer In at 10/28/2021 1255**

| | | |
|---|---|---|
| Unit: GENERAL SURGERY UNIT | Room: 5031 | Bed: 1 |
| User: Murphy, Josh | Patient class: Extended Recovery | Service: Acute |

**Discharge at 10/29/2021 1254**

| | | |
|---|---|---|
| Unit: GENERAL SURGERY UNIT | Room: 5031 | Bed: 1 |
| User: Carter, Jennifer M. | Patient class: Extended Recovery | Service: Acute |

**Medication List**

**Medication List (continued)**

**Medication List**

**This report is for documentation purposes only. The patient should not follow medication instructions within.**
**For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Prior To Admission**

Medications last reviewed by Oharra, Lauren M, RN on 10/28/2021 0703

**Diclofenac Sodium (VOLTAREN) 1 % Gel** *[patient reported]*

Instructions: Apply 2 g topically daily as needed.
Entered by: James, Shelly J., RN — Entered on: 9/16/2021

**esomeprazole (NEXIUM) 40 mg Capsule, Delayed Release(E.C.)** *[patient reported]*

Instructions: Take 40 mg by mouth nightly at bedtime.
Entered by: James, Shelly J., RN — Entered on: 9/16/2021
Action: Patient not taking

**estradioL (ESTRACE) 1 mg tablet** *[patient reported]*

Instructions: Take 1 mg by mouth daily.
Entered by: James, Shelly J., RN — Entered on: 9/16/2021

**pregabalin (LYRICA) 100 mg Capsule** *[patient reported]*

Instructions: Take 100 mg by mouth 3 times daily.
Entered by: James, Shelly J., RN — Entered on: 9/16/2021

**Medication Note**

Cullen, Cheryl S., RN 10/26/2021 3:34 PM
Take dos

**multivitamin (THERAGRAN) Tablet** *[patient reported]*

Instructions: Take 1 Tablet by mouth daily.
Entered by: James, Shelly J., RN — Entered on: 9/16/2021

**Lactobac no.41/Bifidobact no.7 (PROBIOTIC-10 PO)** *[patient reported]*

Instructions: Take 1 Tablet by mouth daily.
Entered by: James, Shelly J., RN — Entered on: 9/16/2021

**cycloSPORINE (RESTASIS) 0.05 % Dropperette** *[patient reported]*

Instructions: Apply 1 Drop to eyes every 12 hours.
Entered by: James, Shelly J., RN — Entered on: 9/16/2021

**tiZANidine (ZANAFLEX) 4 mg tablet** *[patient reported]*

Instructions: Take 4 mg by mouth 3 times daily.
Entered by: James, Shelly J., RN — Entered on: 9/16/2021

**zinc sulfate (ZINC-15 PO)** *[patient reported]*

Instructions: Take 15 mg by mouth daily.
Entered by: James, Shelly J., RN — Entered on: 9/17/2021

**adalimumab (Humira,CF, Pen) 40 mg/0.4 mL Pen Injector Kit** *[patient reported]*

Instructions: 40 mg by Subcutaneous route every 14 days.
Entered by: Cullen, Cheryl S., RN — Entered on: 10/26/2021

**Discharge Medication List**

**Medication List (continued)**

Medications last reviewed by Oharra, Lauren M, RN on 10/28/2021 0703

**Diclofenac Sodium (VOLTAREN) 1 % Gel** *[patient reported]*

Instructions: Apply 2 g topically daily as needed.
Entered by: James, Shelly J., RN — Entered on: 9/16/2021

**esomeprazole (NEXIUM) 40 mg Capsule, Delayed Release(E.C.)** *[patient reported]*

Instructions: Take 40 mg by mouth nightly at bedtime.
Entered by: James, Shelly J., RN — Entered on: 9/16/2021
Action: Patient not taking

**estradioL (ESTRACE) 1 mg tablet** *[patient reported]*

Instructions: Take 1 mg by mouth daily.
Entered by: James, Shelly J., RN — Entered on: 9/16/2021

**pregabalin (LYRICA) 100 mg Capsule** *[patient reported]*

Instructions: Take 100 mg by mouth 3 times daily.
Entered by: James, Shelly J., RN — Entered on: 9/16/2021

**Medication Note**

Cullen, Cheryl S., RN 10/26/2021 3:34 PM
Take dos

**multivitamin (THERAGRAN) Tablet** *[patient reported]*

Instructions: Take 1 Tablet by mouth daily.
Entered by: James, Shelly J., RN — Entered on: 9/16/2021

**Lactobac no.41/Bifidobact no.7 (PROBIOTIC-10 PO)** *[patient reported]*

Instructions: Take 1 Tablet by mouth daily.
Entered by: James, Shelly J., RN — Entered on: 9/16/2021

**cycloSPORINE (RESTASIS) 0.05 % Dropperette** *[patient reported]*

Instructions: Apply 1 Drop to eyes every 12 hours.
Entered by: James, Shelly J., RN — Entered on: 9/16/2021

**tiZANidine (ZANAFLEX) 4 mg tablet** *[patient reported]*

Instructions: Take 4 mg by mouth 3 times daily.
Entered by: James, Shelly J., RN — Entered on: 9/16/2021

**traMADoL (ULTRAM) 50 mg tablet** *[patient reported]*

Discontinued by: Levy, Deborah, MD — Discontinued on: 11/6/2021
Instructions: Take 50 mg by mouth as needed.
Entered by: James, Shelly J., RN — Entered on: 9/16/2021
End date: 11/6/2021

**zinc sulfate (ZINC-15 PO)** *[patient reported]*

Instructions: Take 15 mg by mouth daily.
Entered by: James, Shelly J., RN — Entered on: 9/17/2021

**levocetirizine dihydrochloride (XYZAL PO)** *[patient reported]*

Discontinued by: Summe, Kathy, RN — Discontinued on: 11/12/2021
Instructions: Take by mouth nightly at bedtime.
Entered by: James, Shelly J., RN — Entered on: 9/17/2021
End date: 11/12/2021

**Medication List (continued)**

**adalimumab (Humira,CF, Pen) 40 mg/0.4 mL Pen Injector Kit** *[patient reported]*

Instructions: 40 mg by Subcutaneous route every 14 days.
Entered by: Cullen, Cheryl S., RN — Entered on: 10/26/2021

**ergocalciferol, vitamin D2, (VITAMIN D PO)** *[patient reported]*

Discontinued by: Summe, Kathy, RN — Discontinued on: 11/12/2021
Instructions: Take by mouth daily.
Entered by: Cullen, Cheryl S., RN — Entered on: 10/26/2021
End date: 11/12/2021

**ascorbic acid, vitamin C, (Vitamin C) 500 mg tablet** *[patient reported]*

Discontinued by: Summe, Kathy, RN — Discontinued on: 11/12/2021
Instructions: Take 500 mg by mouth daily.
Entered by: Cullen, Cheryl S., RN — Entered on: 10/26/2021
End date: 11/12/2021

**ibuprofen (MOTRIN) 600 mg tablet**

Instructions: Take 1 Tablet (600 mg total) by mouth every 6 hours as needed for Pain.
Authorized by: Levy, Deborah, MD — Ordered on: 10/28/2021
Start date: 10/28/2021 — Action: Patient taking differently
Quantity: 60 Tablet — Refill: 1 refill by 10/28/2022

**acetaminophen (TYLENOL) 325 mg tablet**

Instructions: Take 2 Tablets (650 mg total) by mouth every 4 hours as needed for Pain.
Authorized by: Levy, Deborah, MD — Ordered on: 10/28/2021
Start date: 10/28/2021 — Action: Patient taking differently
Quantity: 60 Tablet — Refill: 1 refill by 10/28/2022

**polyethylene glycol (GLYCOLAX;MIRALAX) 17 gram/dose powder**

Instructions: Take 17 g by mouth 2 times daily as needed.
Authorized by: Levy, Deborah, MD — Ordered on: 10/28/2021
Start date: 10/28/2021 — Action: Patient not taking
Quantity: 510 g — Refill: 1 refill by 10/28/2022

**senna-docusate (SENOKOT-S) 8.6-50 mg Tablet**

Instructions: Take 2 Tablets by mouth daily as needed.
Authorized by: Levy, Deborah, MD — Ordered on: 10/28/2021
Start date: 10/28/2021 — Action: Patient not taking
Quantity: 30 Tablet — Refill: 1 refill by 10/28/2022

**oxyCODONE 5 mg PO immediate release tablet**

Instructions: Take 1 Tablet (5 mg total) by mouth every 6 hours as needed for Pain for up to 7 days.
Authorized by: Levy, Deborah, MD — Ordered on: 10/28/2021
Start date: 10/28/2021 — End date: 11/4/2021
Quantity: 15 Tablet — Refill: No refills remaining

**phenazopyridine (PYRIDIUM) 200 mg tablet**

Instructions: Take 1 Tablet (200 mg total) by mouth 3 times daily (with meals) for 3 days.
Authorized by: Levy, Deborah, MD — Ordered on: 10/29/2021
Start date: 10/29/2021 — End date: 11/1/2021
Quantity: 9 Tablet — Refill: No refills remaining

**Stopped in Visit**

None

**Medication List (continued)**

**ED Provider Notes**

No documentation.

**ED Notes**

No documentation.

**H&P Notes**

No documentation.

**Discharge Summary Notes**

**Discharge Summary**

**Karram, Mickey M., MD at 10/29/2021 0643**

Author: Karram, Mickey M., MD
Filed: 10/30/21 1324
Status: Addendum
Service: Gynecology
Date of Service: 10/29/21 0643
Editor: Karram, Mickey M., MD (Physician)
Author Type: Physician
Creation Time: 10/29/21 0643

**Urogynecology Discharge Summary**

***Patient ID***
Jamie Reece
9/22/1968
10817229

**Admit Date:** 10/28/2021

**Discharge Date**: 10/29/2021

**Admitting Physician:** Karram, Mickey M., MD

**Discharging Physician:** Deborah Levy, MD

**Admission Diagnoses:** Rectocele [N81.6]

**Discharge Diagnoses:** Same

**Admission Condition:** good

**Discharge Condition:** good

**Surgery Performed:** Procedure(s) with comments:
Posterior Repair, Vaginal Vault Suspension, Enterocele Repair, Cystoscopy; anterior repair - Posterior Repair, Vaginal Vault Suspension, Enterocele Repair, Cystoscopy; anterior repair
COLPOSUSPENSION TRANSVAGINAL

**Hospital Course:** patient was admitted and underwent surgical repair with no intraoperative complications. Her recovery period in-hospital was short and uneventful. She underwent a voiding trial prior to discharge home with discharge instructions and follow-up reviewed in details.

**Significant Diagnostic Studies:** CBC, Urinalysis

**Discharge Exam:**
Heart: Regular rate and rhythm
Lungs: clear to auscultation
Abdomen: soft and nontender and nondistended
Vagina: minimal spotting noted, no evidence of active bleeding or abnormal discharge noted
Lower Extremities: Non-tender to palpation and no edema, Sensory-motor exam for lower extremities noted to be within normal limits

**Discharge Disposition:** Home

**Patient Instructions:**

**Discharge Summary Notes (continued)**

Activity: no lifting, intercourse, baths, or strenuous exercise for 6 weeks. No driving while on any analgesics
Diet: Regular Diet with avoidance of constipation provoking foods (instructions provided in plan of care sheet)
Wound Care: keep wound clean and dry and ensure rinsing the area with water after every bowel movement and urination

**Follow-up**:
Dr Mickey Karram's office in 2 weeks for routine postop with a 1 week follow-up to be scheduled if the foley catheter was replaced after discharge/on discharge
Contact information for emergencies and inquiries and follow-up provided to the patient.

Levy, Deborah, MD
10/29/21

Electronically signed by Karram, Mickey M., MD at 10/30/21 1324

**Consult Notes**

No documentation.

**Operative Notes**

**Brief Op-Note**

**Levy, Deborah, MD at 10/28/2021 0936**

| | | |
|---|---|---|
| Author: Levy, Deborah, MD | Service: Gynecology | Author Type: Resident |
| Filed: 10/28/21 0937 | Date of Service: 10/28/21 0936 | Creation Time: 10/28/21 0936 |
| Status: Signed | Editor: Levy, Deborah, MD (Resident) | |

## Brief Op Note

Date: 10/28/2021

Surgeon(s):
Levy, Deborah, MD
Gurney-McMaster, Allison, MD
Karram, Mickey M., MD

Staff: Primary Circulator: Wolf, Deborah R., RN
Primary Scrub Person: Campbell, Emma; Robertson, Chelsea

Pre-op Diagnosis: Rectocele [N81.6]

Post-op Diagnosis: same

Variation from Planned Procedure: none

Findings: Same as Pre-op Diagnosis.

Procedure(s):
Posterior Repair, Vaginal Vault Suspension, Enterocele Repair, Anterior repair, Cystoscopy.

Estimated Blood Loss: less than 50 ml

**Operative Notes (continued)**

IV fluids: 850mL
UOP: unmeasured
Complications: none
Condition: stable, to PACU

Specimens:

**Specimens**

| ID | Source | Type | Tests | Collected By | Collected At | Frozen? |
|---|---|---|---|---|---|---|
| **1** | Foley Urine | URINE | • URINALYSIS WITH REFLEX TO CULTURE | Karram, Mickey M., MD | 10/28/21 0829 | |

Comment: Pre-op diagnosis:
Rectocele [N81.6]

Deborah Levy, MD
FPMRS PGY-5
Urogyn pager: 513-230-3284

Electronically signed by Levy, Deborah, MD at 10/28/21 0937

**Op Note**

**Karram, Mickey M., MD at 10/28/2021 0646**

Author: Karram, Mickey M., MD | Service: Gynecology | Author Type: Physician
Filed: 10/29/21 0700 | Date of Service: 10/28/21 0646 | Creation Time: 10/29/21 0646
Status: Signed | Editor: Karram, Mickey M., MD (Physician)

Preoperative diagnosis-recurrence pelvic organ prolapse secondary to a rectocele and posterior enterocele.
Postoperative diagnosis-vaginal vault prolapse with recurrence rectocele and cystocele. As well as posterior vaginal wall scarring.
Procedures
1-vaginal vault suspension to the sacral spinous ligament CPT code 57282
2-skin tissue rearrangement vaginal advancement of approximately 1.5 cm CPT code 14040
3-posterior repair with perineoplasty CPT code 57250
4-anterior pair of vaginal paravaginal repair CPT code 57285

Anesthesia is general
Complications are none

Indications for surgery
This is a 53-year-old patient earlier this year underwent a posterior repair. She presented with a quick recurrence of her prolapse that was stemming from the upper part of the posterior vaginal wall. She was very bothered by this and had bowel dysfunction as well. With the understanding that this is most likely related to the development of a posterior enterocele as well as recurrence of her rectocele we discussed surgical correction. After detailed discussion we decided to proceed with vaginal repairs of her prolapse. Risks and benefits were discussed and consent form was signed.

Procedure
She is brought the operating room placed under adequate general anesthesia prepped and draped in normal fashion for vaginal surgery.

With a finger in the rectum a wedge of perineum and posterior vaginal was excised and a midline posterior vaginal incision was made. Sharp dissection was used to mobilize the anterior wall of the rectum from the posterior vaginal wall. The dissection was extended all the way to the apex of the vagina. No obvious enterocele sac could be identified and entered. Due to the extent of the prolapse and a need for a formal vaginal vault suspension we thus proceeded with a vaginal vault suspension to the sacral spinous ligament.

The right pararectal space was opened and blunt dissection was used to identify the ischial spine on the patient's right side. The sacral

**Operative Notes (continued)**

spinous coccygeal muscle complex was identified and blunt dissection was used to mobilize excess tissue away from the ligament. Using the Capio ligature passing device 2 PDS sutures were passed through the midportion of the ligament. The sutures were brought out through the full thickness of the upper part of the posterior vaginal wall.

Do the vaginal scarring the vaginal wall was mobilized in a skin tissue rearrangement vaginal advancement of approximately 1.5 cm was required. Once this was done the upper portion of the posterior vaginal wall was closed with a continuous 2-0 Vicryl suture. The vaginal vault suspension stitches were then tied and this nicely approximated the vaginal wall to the right sacral spinous ligament. At this time cystoscopy assure no injury urethra the bladder and both ureteral orifice were visualized noted be functional by the spillage of peridium colored urine.

A defect specific rectocele repair was performed with 2 0 Vicryl sutures and this nicely repaired the rectovaginal fascia. The remainder of the posterior vaginal was closed with 2-0 Vicryl sutures and the perineum was then reconstructed with 2-0 and 3-0 Vicryl sutures. Rectal exam confirmed no injury to the rectum or suture penetration.

A residual cystocele was then present. We thus proceeded with a anterior repair. The anterior vaginal wall was grasped with 2 Allis clamps and a incision was made through the vaginal wall. Sharp dissection was used to mobilize the vaginal wall away from the underlying cystocele. Bilateral paravaginal defects were present. The cystocele was then plicated with 2-0 Vicryl sutures and the vaginal wall was closed with 3-0 Vicryl sutures. Repeat cystoscopy assure no injury urethra the bladder. A vaginal packing was placed in the sake patient was sent to the recovery room in stable condition.

Electronically signed by Karram, Mickey M., MD at 10/29/21 0700

**Procedure Notes**

No documentation.

**Clinical Notes**

**Discharge Planning**

**Dowers, Rose Marie E., RN at 10/29/2021 1243**

Author: Dowers, Rose Marie E., RN
Service: —
Author Type: Case Manager
Filed: 10/29/21 1243
Date of Service: 10/29/21 1243
Creation Time: 10/29/21 1243
Status: Signed
Editor: Dowers, Rose Marie E., RN (Case Manager)

The Christ Hospital Health Network

Patient Name: Jamie Reece
Diagnosis: Rectocele [N81.6]
Age: 53 y.o.
Room: 5031/1
Admit Date: 10/28/2021
PCP: None, None
Advance Directives: Full Code

**Discharge Barrier Update**

Medical record reviewed,
Diagnosis (Rectocele [N81.6])
***BARRIERS TO DC:*** *resolved*
***DC PLAN:*** *Discharge order in place. Patient discharging home with family. No Case Management needs identified. Patient is independent from home. Family available for assistance at discharge.*
***DC DATE:*** *today*

***IF HOME CARE IS ORDERED AT DISCHARGE, PHYSICIAN MUST COMPLETE ELECTRONIC CONTINUITY OF CARE (COC)***

Will continue to follow progress and update DC as needed

The information presented aligns with the patient's goals of care and treatment preferences.

ROSE MARIE E. DOWERS, RN

Electronically signed by Dowers, Rose Marie E., RN at 10/29/21 1243

**Interdisciplinary**

**Huitger, Andrew V., RN at 10/28/2021 1954**

Author: Huitger, Andrew V., RN
Filed: 10/28/21 1954
Status: Signed
Service: —
Date of Service: 10/28/21 1954
Editor: Huitger, Andrew V., RN (Registered Nurse)
Author Type: Registered Nurse
Creation Time: 10/28/21 1954

| | 10/28/21 1943 | 10/28/21 1952 |
|---|---|---|
| **Vitals** | | |
| Blood Pressure (cuff) | 86/51 | 96/60 |
| MAP (cuff) | 60 | -- |
| BP Method | Automatic | Manual |

Called Dr. Dysart about patient low BP. No new orders at this time. Told to monitor for now. Will do

Electronically signed by Huitger, Andrew V., RN at 10/28/21 1954

**Huitger, Andrew V., RN at 10/28/2021 2051**

Author: Huitger, Andrew V., RN
Filed: 10/28/21 2052
Status: Signed
Service: —
Date of Service: 10/28/21 2051
Editor: Huitger, Andrew V., RN (Registered Nurse)
Author Type: Registered Nurse
Creation Time: 10/28/21 2051

| | 10/28/21 2047 |
|---|---|
| **Pain Assessment (VERBAL) Q Caregiver Change and PRN** | |
| Patient Currently in Pain (Verbal & Non-Verbal) | Yes |
| Pain Location | Vaginal |
| Pain Laterality/Orientation | Laterality N/A |
| Pain Quality | Discomfort |
| Pain Intensity (Verbal) | 7 |
| Here Is How I | Pain Med (PRN-See |

| | |
|---|---|
| Can Help You With Your Pain | eMAR) |

Gave PRN Morphine 4mg for pain per orders. Also gave PRN Bendryl 50mg for itching per orders. Will continue to monitor

Electronically signed by Huitger, Andrew V., RN at 10/28/21 2052

**Huitger, Andrew V., RN at 10/29/2021 0231**

Author: Huitger, Andrew V., RN | Service: — | Author Type: Registered Nurse
Filed: 10/29/21 0231 | Date of Service: 10/29/21 0231 | Creation Time: 10/29/21 0231
Status: Signed | Editor: Huitger, Andrew V., RN (Registered Nurse)

| | 10/29/21 0228 |
|---|---|
| **Pain Assessment (VERBAL) Q Caregiver Change and PRN** | |
| Patient Currently in Pain (Verbal & Non-Verbal) | Yes |
| Pain Location | Vaginal |
| Pain Laterality/Orientation | Laterality N/A |
| Pain Quality | Discomfort |
| Pain Intensity (Verbal) | 6 |
| Here Is How I Can Help You With Your Pain | Pain Med (PRN-See eMAR) |

Gave PRN Roxi 10mg for pain per orders. Will continue to monitor

Electronically signed by Huitger, Andrew V., RN at 10/29/21 0231

**Huitger, Andrew V., RN at 10/29/2021 0610**

Author: Huitger, Andrew V., RN | Service: — | Author Type: Registered Nurse
Filed: 10/29/21 0611 | Date of Service: 10/29/21 0610 | Creation Time: 10/29/21 0610
Status: Signed | Editor: Huitger, Andrew V., RN (Registered Nurse)

Started voiding trial at this time. Installed 300ml into bladder. Removed catheter once installed and placed in bathroom to urinate. Catheter tip intact. Will continue to monitor

Electronically signed by Huitger, Andrew V., RN at 10/29/21 0611

**Huitger, Andrew V., RN at 10/29/2021 0631**

Author: Huitger, Andrew V., RN | Service: — | Author Type: Registered Nurse
Filed: 10/29/21 0632 | Date of Service: 10/29/21 0631 | Creation Time: 10/29/21 0631
Status: Signed | Editor: Huitger, Andrew V., RN (Registered Nurse)

Patient passed voiding trial. PAtient voided all 300ml from trial. No catheter needed. Patient back in bed resting with call light within reach. Will continue to monitor

Electronically signed by Huitger, Andrew V., RN at 10/29/21 0632

**Matacia, Emily, RN at 10/29/2021 0930**

Author: Matacia, Emily, RN
Service: —
Author Type: Registered Nurse
Filed: 10/29/21 0931
Date of Service: 10/29/21 0930
Creation Time: 10/29/21 0930
Status: Signed
Editor: Matacia, Emily, RN (Registered Nurse)

| | 10/29/21 0907 |
|---|---|
| **Pain Assessment (VERBAL) Q Caregiver Change and PRN** | |
| Patient Currently in Pain (Verbal & Non-Verbal) | Yes |
| Pain Location | Vaginal |
| Pain Laterality/Orientation | Laterality N/A;Inner |
| Pain Quality | Discomfort |
| Pain Intensity (Verbal) | 5 |
| Here Is How I Can Help You With Your Pain | Pain Med (Scheduled);Pain Med (PRN-See eMAR) |
| Multiple Pain Sites | No |
| Patient's Pain Relief Goal (Admission & PRN) | 0 |

PRN Zanaflex given for pain & PRN Benadryl given for itching.

Will continue to monitor.

Electronically signed by Matacia, Emily, RN at 10/29/21 0931

**Matacia, Emily, RN at 10/29/2021 0938**

Author: Matacia, Emily, RN
Service: —
Author Type: Registered Nurse
Filed: 10/29/21 0938
Date of Service: 10/29/21 0938
Creation Time: 10/29/21 0938
Status: Signed
Editor: Matacia, Emily, RN (Registered Nurse)

Reviewed discharge instructions with pt
Prescription filled before admission
Pt with no question or concerns
Pt stable for discharge
Pt being discharged by private vehicle

Electronically signed by Matacia, Emily, RN at 10/29/21 0938

**Plan of Care**

**Ditmore, Samantha, RN at 10/28/2021 1310**

| | | |
|---|---|---|
| Author: Ditmore, Samantha, RN | Service: — | Author Type: Registered Nurse |
| Filed: 10/28/21 1310 | Date of Service: 10/28/21 1310 | Creation Time: 10/28/21 1310 |
| Status: Signed | Editor: Ditmore, Samantha, RN (Registered Nurse) | |

## Problem: Adult Inpatient Plan of Care

## Goal: Plan of Care Review

### Outcome: Ongoing (interventions implemented as appropriate)

Note: Pt admitted to room 5031/1 from PACU. Oriented x4. Pt oriented to room, call light, unit, diet order, hourly rounding, and POC. Pt verbalized understanding. Admission questions completed. Knee high SCD's connected to patient and on. Pt denies any needs/concerns at this time. Call light in reach. Will continue to monitor.

Report given to Nicole RN

Electronically signed by Ditmore, Samantha, RN at 10/28/21 1310

**Eubanks, Rhea, MD at 10/28/2021 1415**

| | | |
|---|---|---|
| Author: Eubanks, Rhea, MD | Service: Gynecology | Author Type: Resident |
| Filed: 10/28/21 1446 | Date of Service: 10/28/21 1415 | Creation Time: 10/28/21 1415 |
| Status: Signed | Editor: Eubanks, Rhea, MD (Resident) | |

**Gynecology Progress Note**

Jamie Reece
53 y.o. G5P3 POD #0 s/p AP, PR, VVS, enterocele repair, cysto 10/28/21

**S:** The patient feels okay. Reports she has 5/10 pain she believes is coming from recent surgery near rectum. Reports pain is worse with movement. Tolerating fluids without nausea or vomiting. The patient has not ambulated. Has chronic sternal chest pain due to arthritis but denies worsening chest pain or SOB.

**O:**
**Vitals:**

| | 10/28/21 1215 | 10/28/21 1230 | 10/28/21 1245 | 10/28/21 1257 |
|---|---|---|---|---|
| BP: | 97/60 | 97/67 | 98/65 | 101/61 |
| Pulse: | 77 | 80 | 77 | 86 |
| Resp: | 12 | 14 | 16 | 16 |
| Temp: | | 99 °F (37.2 °C) | 98.8 °F (37.1 °C) | **(!) 97.5 °F (36.4 °C)** |
| TempSrc: | | Temporal | Temporal | Oral |
| SpO2: | 94% | 94% | 94% | 95% |
| Weight: | | | | |
| Height: | | | | |

Intake/Output Summary (Last 24 hours) at 10/28/2021 1416
Last data filed at 10/28/2021 1300

| | Gross per 24 hour |
|---|---|
| Intake | 1000 ml |
| Output | 625 ml |
| **Net** | **375 ml** |

UOP:>60 mL/hr over past 3 hours

Gen: NAD

**Clinical Notes (continued)**

CV: RR
Resp: non-labored breathing
Abd: soft, non distended, appropriately tender without rebound or guarding.
Ext: warm, well-perfused, no calf pain, SCDs in place

**A/P:** Jamie Reece is a 53 y.o. G5P3 POD 0 s/p AP, PR, VVS, enterocele repair, cysto 10/28/21

**POD#0**
- vitals wnl
- exam unremarkable
- not yet meeting postop milestones. Needs to work on pain control. Has scheduled tylenol, ibuprofen and prn oxycodone. Will give 10mg oxycodone at this time
-Vaginal packing in place. For removal tomorrow. For void trial tomorrow.
- Neuro: doing well, pain is well controlled
- FEN: tolerating fluids, ADAT
- GU: voiding by foley, UOP adequate
- PXS: SCDs in place

**Psoratic Arthritis**
-pain management through Lexington Clinic
-prescribed home tramadol prn for flares
-will receive oxycodone here for pain control. Not in violation of pain contract per primary doc
-If unable to tolerate oxycodone, can attempt tramadol

**Dispo**
- Inpatient

Final plan per attending.

Rhea Eubanks, MD
OBGYN PGY2
OB Phone 585-2786 (weekends and after 6pm on weekdays)

Electronically signed by Eubanks, Rhea, MD at 10/28/21 1446

**Dysart, Suzanne, MD at 10/29/2021 0612**

| | | |
|---|---|---|
| Author: Dysart, Suzanne, MD | Service: Gynecology | Author Type: Resident |
| Filed: 10/29/21 0613 | Date of Service: 10/29/21 0612 | Creation Time: 10/29/21 0612 |
| Status: Signed | Editor: Dysart, Suzanne, MD (Resident) | |

Vaginal packing removed, 20% saturated. No further bleeding noted. Minimal blood on pad. Patient tolerated well.

Suzanne Dysart, DO PGY3

Pager: 513-343-2715 (weekdays until 6pm)
OB Phone (weekends and after 6pm on weekdays)

Electronically signed by Dysart, Suzanne, MD at 10/29/21 0613

**Progress Notes**

**Levy, Deborah, MD at 10/28/2021 1022**

| | | |
|---|---|---|
| Author: Levy, Deborah, MD | Service: Gynecology | Author Type: Resident |

**Clinical Notes (continued)**

Filed: 10/28/21 1025 | Date of Service: 10/28/21 1022 | Creation Time: 10/28/21 0739
Status: Addendum | Editor: Levy, Deborah, MD (Resident)

In preop discussion with patient, she states she receives tramadol from Dr. Roden at Lexington Clinic (pain management doctor, 859-258-4000). States she rarely needs tramadol for arthritic flares. Pt states she previously discussed upcoming surgery with Dr. Karram with pain management doctor who said there were no restrictions on pain medications postop. Call placed to Dr. Roden's clinic to ensure prescription of 15 tabs of roxicodone would not be in violation of pain contract.

Addendum: was able to communicate with Dr. Roden who says she only prescribes tramadol to pt. Pt has perceived severe itching in response to narcotics (this was also discussed preop). Could attempt tramodol if unable to tolerate roxicodone.

Deborah Levy, MD
FPMRS PGY-5
Urogyn pager: 513-230-3284

Electronically signed by Levy, Deborah, MD at 10/28/21 1025

**Levy, Deborah, MD at 10/29/2021 0656**

Author: Levy, Deborah, MD | Service: Obstetrics | Author Type: Resident
Filed: 10/29/21 0704 | Date of Service: 10/29/21 0656 | Creation Time: 10/29/21 0656
Status: Addendum | Editor: Levy, Deborah, MD (Resident)

**Gynecology Progress Note**

53 y.o. G5P3 POD #1 s/p AP, PR, VVS, enterocele repair, cysto 10/28/21

S: Patient doing well overall. Reports pain is well controlled. Passing flatus. Ambulating to restroom. Tolerating PO. S/p spontaneous void. Still having urges to urinate. Denies chest pain, SOB, nausea, vomiting, headache.

O:
**Vitals:**

| | 10/28/21 1943 | 10/28/21 1952 | 10/28/21 2300 | 10/29/21 0323 |
|---|---|---|---|---|
| BP: | 86/51 | 96/60 | 96/53 | 107/55 |
| Pulse: | 68 | | 59 | 67 |
| Resp: | 14 | | 14 | 16 |
| Temp: | **(!) 97.6 °F (36.4 °C)** | | 98 °F (36.7 °C) | 98.3 °F (36.8 °C) |
| TempSrc: | Oral | | Oral | Oral |
| SpO2: | 94% | | 94% | 97% |
| Weight: | | | | |
| Height: | | | | |

Intake/Output Summary (Last 24 hours) at 10/29/2021 0657
Last data filed at 10/29/2021 0500

| | Gross per 24 hour |
|---|---|
| Intake | 3184.33 ml |
| Output | 2500 ml |
| **Net** | **684.33 ml** |

UOP: adequate overnight, foley removed

Physical Examination:
General appearance - alert, well appearing, and in no distress
Mental status - alert, oriented to person, place, and time
Resp- nonlabored, no respiratory distress
Heart - normal rate, warm, well perfused

**Clinical Notes (continued)**

Abdomen - soft, appropriately tender, nondistended, no masses or organomegaly
Extremities - peripheral pulses normal, no pedal edema, no clubbing or cyanosis

No results found for: WBC, HGB, HCT, MCV, PLT
No results found for: CREATININE, BUN, NA, K, CL, CHLORIDE, CO2
No results found for: GLU

**A/P:** Jamie Reece is a 53 y.o. G5P3 POD 0 s/p AP, PR, VVS, enterocele repair, cysto 10/28/21

**POD#1**
- vitals wnl
- exam unremarkable
- Pain controlled per patient
-Vaginal packing removed this am. S/p void trial with spontaneous void.
- Neuro: doing well, pain is well controlled
- FEN: tolerating fluids and cookies. Has not yet had a meal
- PXS: SCDs in place

**Psoratic Arthritis**
-pain management through Lexington Clinic
-prescribed home tramadol prn for flares
-will receive oxycodone here for pain control. Not in violation of pain contract per primary doc

**Dispo**
- stable for discharge

Final plan per attending.

Catrine Ibrahim Sous, MD
OB/GYN
PGY2

Addendum: I have seen and examined pt. Agree with A/P as above. Meeting postop milestones appropriately this AM. Bothered by constant sensation of needing to urinate since catheter removal. Pyridium ordered in addition to 3 day supply for home upon discharge. Passing flatus. Tolerating minimal PO, will attempt breakfast this AM. Pain controlled. Plan for discharge later today once tolerates PO.

Deborah Levy, MD
FPMRS PGY-5
Urogyn pager: 513-230-3284

Electronically signed by Levy, Deborah, MD at 10/29/21 0704

**Labs**

**URINALYSIS WITH REFLEX TO CULTURE [251960640] (Final result)**

Electronically signed by: **Karram, Mickey M., MD on 10/30/21 1320** Status: **Completed**
Mode: Ordering in Verbal with readback and verify mode
Communicated by: Wolf, Deborah R., RN
Ordering user: Wolf, Deborah R., RN 10/28/21 0900
Ordering provider: Karram, Mickey M., MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Verbal with readback and verify
Frequency: Routine Release Upon Ordering 10/28/21 0900 - 1 occurrence
Class: OR COLLECT
Quantity: 1
Lab status: Final result
Instance released by: Wolf, Deborah R., RN 10/28/2021 9:00 AM
Order comments: Pre-op diagnosis:
Rectocele [N81.6] Pre-op diagnosis:Rectocele [N81.6]

**Specimen Information**

**Labs (continued)**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 1 | Urine | Foley Urine | Karram, Mickey M., MD 10/28/21 0829 |

Comment: Pre-op diagnosis:
Rectocele [N81.6]

**Urinalysis with reflex to culture [251960640] (Abnormal)** Resulted: 10/28/21 1028, Result status: Final result

Ordering provider: Karram, Mickey M., MD 10/28/21 0900
Order status: Completed
Filed by: Interface, Lab Results 10/28/21 1028
Collected by: Karram, Mickey M., MD 10/28/21 0829
Resulting lab: TCH EXTERNAL LAB
Narrative:
Pre-op diagnosis:Rectocele [N81.6]Microscopic testing is not performed when the dipstick is negative for blood, leukocyte, protein and nitrite.

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Color | Colorless | Yellow,Straw | **ABN** ! | TCHXLAB |
| Clarity, UA | Clear | Clear | — | TCHXLAB |
| Glucose, UA | Negative | Negative mg/dL | — | TCHXLAB |
| Bilirubin, UA | Negative | Negative | — | TCHXLAB |
| Ketones, UA | Negative | Negative mg/dL | — | TCHXLAB |
| Spec Grav, UA | 1.005 | 1.005 - 1.035 | — | TCHXLAB |
| Blood, UA | Negative | Negative | — | TCHXLAB |
| pH, Urine | 7.0 | 5.0 - 8.0 | — | TCHXLAB |
| Protein, UA | Negative | Negative mg/dL | — | TCHXLAB |
| Urobilinogen, UA | <2.0 | <2.0 mg/dL | — | TCHXLAB |
| Nitrite, UA | Negative | Negative | — | TCHXLAB |
| Leukocyte esterase UA | Negative | Negative | — | TCHXLAB |
| RBC, UA | 0 | 0 - 3 /HPF | — | TCHXLAB |
| WBC | <1 /HPF | 0 - 5 /HPF | — | TCHXLAB |
| Mucus, UA | Present | None Seen /HPF | **ABN** ! | TCHXLAB |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **51000 - TCHXLAB** | TCH EXTERNAL LAB | Unknown | Unknown | 12/18/07 1417 - Present |

**Urinalysis with reflex to culture [251960640]** Resulted: 10/28/21 1022, Result status: In process

Ordering provider: Karram, Mickey M., MD 10/28/21 0900
Order status: Completed
Filed by: Interface, Lab Results 10/28/21 1022
Collected by: Karram, Mickey M., MD 10/28/21 0829
Resulting lab: TCH EXTERNAL LAB

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **51000 - TCHXLAB** | TCH EXTERNAL LAB | Unknown | Unknown | 12/18/07 1417 - Present |

**URINALYSIS W/ REFLEX TO MICROSCOPIC [251994276] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941**
Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Routine 1 Time 10/28/21 1300 - 1 occurrence
Class: OR COLLECT
Quantity: 1
Instance released by: Ditmore, Samantha, RN (auto-released) 10/28/2021 12:59 PM

**Labs (continued)**

Discontinued by: Interface, Lab Results 10/31/21 2305 [Unable to Obtain Specimen]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 2130195767 | Urine | — | 10/28/21 1259 |

**Imaging**

No documentation.

**Procedures**

No documentation.

**Case 710054 (Posterior Repair, Vaginal Vault Suspension, Enterocele Repair, Cystoscopy; anterior repair)**

## Surgery Information

### General Information

Date: 10/28/2021
Location: B LEVEL OR
Patient class: Extended Recovery
Time: 0800
Room: OR 21
Case classification: Elective
Status: Posted
Service: Gynecology

### Diagnosis Information

| Diagnosis |
|---|
| **Rectocele** |

### Panel Information

**Panel 1**

| Surgeon | Role | Service | Start Time | End Time |
|---|---|---|---|---|
| **Karram, Mickey M., MD** | Primary | Gynecology | 0825 | 0936 |
| **Gurney-McMaster, Allison, MD** | Resident - Assisting | | 0749 | 0949 |
| **Levy, Deborah, MD** | Resident - Assisting | | 0749 | 0949 |

**Procedure: Posterior Repair, Vaginal Vault Suspension, Enterocele Repair, Cystoscopy; anterior repair [57250 (CPT®)]**

| Laterality | Wound Class | Incision Closure | Anesthesia | Op Region | Length |
|---|---|---|---|---|---|
| N/A | Clean Contaminated | | General | | 57 |

Posterior Repair, Vaginal Vault Suspension, Enterocele Repair, Cystoscopy; anterior repair

**Posterior Repair, Vaginal Vault Suspension, Enterocele Repair, Cystoscopy; anterior repair (N/A) - Position 1**

Body: **Lithotomy**
Left Arm: **Extended** Gel Pad Armboard, Strap Safety, Gel Pad Square
Right Arm: **Extended** Gel Pad Armboard, Strap Safety, Gel Pad Square
Head: **Aligned** Pillow
Left Leg: **Lithotomy** Stirrups Yellow Fin
Right Leg: **Lithotomy** Stirrups Yellow Fin
Positioned by: **Wolf, Deborah R., RN**
**Walker, Deontay**
**Karram, Mickey M., MD**
**Levy, Deborah, MD**
**Gurney-McMaster, Allison, MD**
Comments:

**Procedure: COLPOSUSPENSION TRANSVAGINAL**

| Laterality | Wound Class | Incision Closure | Anesthesia | Op Region | Length |
|---|---|---|---|---|---|
| N/A | Clean Contaminated | | General | | 57 |

**COLPOSUSPENSION TRANSVAGINAL (N/A) - Position 1**

Body: **Lithotomy**
Left Arm: **Extended** Gel Pad Armboard, Strap Safety, Gel Pad Square
Right Arm: **Extended** Gel Pad Armboard, Strap Safety, Gel Pad Square
Head: **Aligned** Pillow
Left Leg: **Lithotomy** Stirrups Yellow Fin
Right Leg: **Lithotomy** Stirrups Yellow Fin

| | | | |
|---|---|---|---|
| Positioned by: | **Wolf, Deborah R., RN**<br>**Walker, Deontay**<br>**Karram, Mickey M., MD**<br>**Levy, Deborah, MD**<br>**Gurney-McMaster, Allison, MD** | Comments: | |

**Surgeons**

| Name | Panel | Role | Time Period |
|---|---|---|---|
| **Karram, Mickey M., MD** | Panel 1 | Primary | 10/28/2021 0825 - 10/28/2021 0936 |
| **Gurney-McMaster, Allison, MD** | Panel 1 | Resident - Assisting | 10/28/2021 0749 - 10/28/2021 0949 |
| **Levy, Deborah, MD** | Panel 1 | Resident - Assisting | 10/28/2021 0749 - 10/28/2021 0949 |

**Staff**

| Name | Type | Time Period |
|---|---|---|
| **Wolf, Deborah R., RN** | Primary Circulator | 10/28/2021 0700 - 10/28/2021 0949 |
| **Robertson, Chelsea** | Primary Scrub Person | 10/28/2021 0700 - 10/28/2021 0949 |
| **Campbell, Emma** | Primary Scrub Person | 10/28/2021 0700 - 10/28/2021 0949 |

**Anesthesia Staff**

| Name | Type | Time Period |
|---|---|---|
| **Powell, Stephen Michael, MD** | Anesthesiologist | |
| **(Not assigned)** | CRNA | |
| **Walker, Deontay** | Anesthesiologist Assistant | 10/28/2021 0750 - 10/28/2021 0949 |

**Visitors**

| Name | Type | Time Period |
|---|---|---|
| **Allie Pendering**<br>Comments: ms3 | Student | 10/28/2021 0750 - 10/28/2021 0949 |

**Case Completion - Additional Information**

**Pre-op diagnosis**

Rectocele [N81.6]

**Post-op diagnosis**

same

**Log Completed By**

| | | |
|---|---|---|
| **Schmidt, Nicole, RN** | 10/28/2021 | 1248 |

**Verification Information**

| Staff Member | Date | Time |
|---|---|---|
| **Wolf, Deborah R., RN** | 10/28/2021 | 09:56 |

**Timeouts**

**Wolf, Deborah R., RN at Thu Oct 28, 2021 0800 EDT**

**Timeout Details**

Timeout type: Prior To Pt Entering Room

**Timeout Questions**

Correct patient? Yes
Correct site? Yes
Correct equipment? N/A
Correct procedure? Yes
Site marked? Yes
H&P note completed? Yes
Allergies reviewed? Yes
Are there adequate fluids available to replenish high blood loss? N/A

**Staff Present**

Staff
Wolf, Deborah R., RN

**Verification History**

| Staff | Performed | Verified |
| --- | --- | --- |
| Wolf, Deborah R., RN | Thu Oct 28, 2021 0800 EDT | Thu Oct 28, 2021 0806 EDT |

**Wolf, Deborah R., RN at Thu Oct 28, 2021 0804 EDT**

**Timeout Details**

Timeout type: Prior To Administration Of Sedation Or Start Of Procedure

**Timeout Questions**

Correct side? Yes
Correct equipment? Yes
Site marked? Yes
Consents verified? Yes

**Staff Present**

Anesthesia Staff
Walker, Deontay

Staff
Wolf, Deborah R., RN
Robertson, Chelsea
Campbell, Emma

**Verification History**

| Staff | Performed | Verified |
| --- | --- | --- |
| Wolf, Deborah R., RN | Thu Oct 28, 2021 0804 EDT | Thu Oct 28, 2021 0807 EDT |

**Wolf, Deborah R., RN at Thu Oct 28, 2021 0826 EDT**

**Timeout Details**

Timeout type: Fire Risk Assessment

**Staff Present**

Surgeons
Karram, Mickey M., MD
Staff
Wolf, Deborah R., RN
Robertson, Chelsea
Campbell, Emma

Anesthesia Staff
Walker, Deontay

**Verification History**

| Staff | Performed | Verified |
| --- | --- | --- |
| Wolf, Deborah R., RN | Thu Oct 28, 2021 0826 EDT | Thu Oct 28, 2021 0836 EDT |

**Wolf, Deborah R., RN at Thu Oct 28, 2021 0936 EDT**

**Timeout Details**

Timeout type: Post-Procedure Debriefing

**Timeout Questions**

Has the nursing staff reviewed the equipment for potential problems? N/A
Are counts correct? Yes
Have specimens been labeled? Yes

**Verification History**

| Staff | Performed | Verified |
|---|---|---|
| Wolf, Deborah R., RN | Thu Oct 28, 2021 0936 EDT | Thu Oct 28, 2021 0936 EDT |

**Wolf, Deborah R., RN at Thu Oct 28, 2021 0826 EDT**

**Timeout Details**

Timeout type: Prior To Incision

**Timeout Questions**

Correct patient? Yes
Correct side? Yes
Correct equipment? Yes
Correct procedure? Yes
Implants present? N/A
Antibiotics ordered and given? Yes
Radiology studies available? N/A
Safety precautions reviewed? Yes
Allergies reviewed? Yes
Are there adequate fluids available to replenish high blood loss? N/A
Has the nursing team reviewed the sterility? Yes

**Staff Present**

Surgeons
Karram, Mickey M., MD
Levy, Deborah, MD
Gurney-McMaster, Allison, MD
Staff
Wolf, Deborah R., RN
Robertson, Chelsea
Campbell, Emma

Anesthesia Staff
Walker, Deontay

**Verification History**

| Staff | Performed | Verified |
|---|---|---|
| Wolf, Deborah R., RN | Thu Oct 28, 2021 0826 EDT | Thu Oct 28, 2021 0955 EDT |

**Clinical Documentation**

**Case Tracking Events**

| Event | Time In |
|---|---|
| **Patient In - Facility (Arrived)** | 0555 |

| | |
|---|---|
| **Patient in - SDS/Prep** | 0612 |
| **Patient In Room** | 0801 |
| **Anesthesia Start** | 0804 |
| **P/P Complete** | 0822 |
| **Procedure Start** | 0828 |
| **Closing Start** | 0908 |
| **Procedure End** | 0939 |
| **Ready for PACU** | 0945 |
| **Patient Out Room** | 0949 |
| **Anesthesia Stop** | 0956 |
| **Patient In - PACU** | 0951 |
| **Care Complete - PACU** | 1015 |
| **Patient Out - PACU** | 1248 |
| **Patient Out- Perioperative Area** | 1248 |

**Event Tracking**

**Panel 1**

**Procedure : Posterior Repair, Vaginal Vault Suspension, Enterocele Repair, Cystoscopy; anterior repair**

| Event | Time In | Time Out | Time Elapsed |
|---|---|---|---|
| Procedure Start | | | |
| Procedure End | | | |

**Procedure : COLPOSUSPENSION TRANSVAGINAL**

| Event | Time In | Time Out | Time Elapsed |
|---|---|---|---|
| Procedure Start | | | |
| Procedure End | | | |

**Patient Preparation**

**Patient Preparation**

| Area | Laterality | Scrub | Paint | Hair Removal |
|---|---|---|---|---|
| **Vagina** | N/A | Chlorohexidine | | N/A |
| **Abdomen** | Bilateral | Chlorohexidine | | |

**Skin Condition**

| Skin Site | Condition | Comments |
|---|---|---|
| Grounding | **Warm, Dry, Intact** | |
| Operative | **Warm** | |

**Specimens**

| ID | Source | Type | Tests | Collected By | Collected At | Frozen ? | Priority | Lab ID |
|---|---|---|---|---|---|---|---|---|
| **1** | Foley Urine | Urine | • URINALYSIS WITH REFLEX TO CULTURE | Karram, Mickey M., MD | 10/28/21 0829 | | | 21301 90840 |

Comment: Pre-op diagnosis:
Rectocele [N81.6]

**Panel 1 Combined Pick List**

| Medications | Amount | Open | PRN | Total |
|---|---|---|---|---|
| **lidocaine 1%-epinephrine 1:100,000 injection** | 30 mL | 2 | 0 | 2 |
| **sodium chloride irrigation 0.9%** | 1,000 mL | 2 | 0 | 2 |
| **sterile water for irrigation** | 2,000 mL | 2 | 0 | 2 |

**Panel 1 Combined Pick List**

| Item Name | Tmp? | Type | Used | Wstd | Chrg? | Inv Location | Latex? |
|---|---|---|---|---|---|---|---|
| **BAG DRNG ANTI RFLX 2000ML** | | Supply | 1 | 0 | No | B LEVEL OR | |

**Case 710054 (Posterior Repair, Vaginal Vault Suspension, Enterocele Repair, Cystoscopy; anterior repair) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| **BLADE SURG SS STER NO 15** | Supply | 1 | 0 | No | B LEVEL OR |
| **CATH FOL LTX 18FR 5CC** | Supply | 1 | 0 | No | B LEVEL OR |
| **CATH FOL SECUREMENT** | Supply | 1 | 0 | No | B LEVEL OR |
| **CIRCUIT F2 72IN FLTR LF BAG S** | Supply | 1 | 0 | No | B LEVEL OR |
| **DSG PTRLTM XEROFORM ST 4X3YD R** | Supply | 1 | 0 | No | B LEVEL OR |
| **ELECT CTD BLADE 6IN EXTEND** | Supply | 0 | 0 | No | B LEVEL OR |
| **FLOTRN GRMNT DVT CALF MED** | Supply | 1 | 0 | No | B LEVEL OR |
| **NDL 1/2 CRCL MAYO #5 ORTHO FRE** | Supply | 1 | 0 | No | |
| **PK CUST MAJ VAG** | Supply | 1 | 0 | No | B LEVEL OR |
| **SPNG LAP STRL X-RAY 18X18** | Supply | 1 | 0 | No | B LEVEL OR |
| **SPNG TAIL STER 18X4IN** | Supply | 1 | 0 | No | B LEVEL OR |
| **ST IRRIG CYSTOSCOPY LF 77IN** | Supply | 1 | 0 | No | B LEVEL OR |
| **SUCTION SCINTILANT** | Supply | 1 | 0 | Yes | B LEVEL OR |
| **SUT 3-0 8-18INVIC PLS UND SH C** | Supply | 1 | 0 | No | B LEVEL OR |
| **SUT CAPTURE CAPIO SLIM** | Supply | 1 | 0 | Yes | B LEVEL OR |
| **SUT VCRL PL 3-0 SH 27IN 36BX** | Supply | 1 | 0 | No | B LEVEL OR |
| **SUT VICRYL 0 CT-2 27IN 36BX** | Supply | 4 | 0 | No | B LEVEL OR |
| **SUT VICRYL 2-0 SH 18IN 12BX** | Supply | 2 | 0 | No | B LEVEL OR |
| **SUT VICRYL 2-0 SH 27IN UDY** | Supply | 1 | 0 | No | B LEVEL OR |
| **SUT VICRYL 3-0 SH 27IN UDY** | Supply | 1 | 0 | No | B LEVEL OR |
| **SYR BULB IRRIG 50ML** | Supply | 0 | 0 | No | B LEVEL OR |

**Notes**

**Brief Op-Note**

**Levy, Deborah, MD at 10/28/2021 0936**

Author: Levy, Deborah, MD
Filed: 10/28/21 0937
Status: Signed

Service: Gynecology
Date of Service: 10/28/21 0936
Editor: Levy, Deborah, MD (Resident)

Author Type: Resident
Creation Time: 10/28/21 0936

## Brief Op Note

Date: 10/28/2021

Surgeon(s):
Levy, Deborah, MD
Gurney-McMaster, Allison, MD
Karram, Mickey M., MD

Staff: Primary Circulator: Wolf, Deborah R., RN
Primary Scrub Person: Campbell, Emma; Robertson, Chelsea

Pre-op Diagnosis: Rectocele [N81.6]

Post-op Diagnosis: same

Variation from Planned Procedure: none

Findings: Same as Pre-op Diagnosis.

Procedure(s):
Posterior Repair, Vaginal Vault Suspension, Enterocele Repair, Anterior repair, Cystoscopy.

Estimated Blood Loss: less than 50 ml
IV fluids: 850mL
UOP: unmeasured
Complications: none
Condition: stable, to PACU

Specimens:

**Specimens**

| ID | Source | Type | Tests | Collected By | Collected At | Frozen? |
|---|---|---|---|---|---|---|
| **1** | Foley Urine | URINE | • URINALYSIS WITH REFLEX TO CULTURE | Karram, Mickey M., MD | 10/28/21 0829 | |

Comment: Pre-op diagnosis:
Rectocele [N81.6]

Deborah Levy, MD
FPMRS PGY-5
Urogyn pager: 513-230-3284

Electronically signed by Levy, Deborah, MD at 10/28/21 0937

**Op Note**

**Karram, Mickey M., MD at 10/28/2021 0646**

Author: Karram, Mickey M., MD | Service: Gynecology | Author Type: Physician
Filed: 10/29/21 0700 | Date of Service: 10/28/21 0646 | Creation Time: 10/29/21 0646
Status: Signed | Editor: Karram, Mickey M., MD (Physician)

Preoperative diagnosis-recurrence pelvic organ prolapse secondary to a rectocele and posterior enterocele.
Postoperative diagnosis-vaginal vault prolapse with recurrence rectocele and cystocele. As well as posterior vaginal wall scarring.
Procedures
1-vaginal vault suspension to the sacral spinous ligament CPT code 57282
2-skin tissue rearrangement vaginal advancement of approximately 1.5 cm CPT code 14040
3-posterior repair with perineoplasty CPT code 57250
4-anterior pair of vaginal paravaginal repair CPT code 57285

Anesthesia is general
Complications are none

Indications for surgery
This is a 53-year-old patient earlier this year underwent a posterior repair. She presented with a quick recurrence of her prolapse that was stemming from the upper part of the posterior vaginal wall. She was very bothered by this and had bowel dysfunction as well. With the understanding that this is most likely related to the development of a posterior enterocele as well as recurrence of her rectocele we discussed surgical correction. After detailed discussion we decided to proceed with vaginal repairs of her prolapse. Risks and benefits were discussed and consent form was signed.

Procedure
She is brought the operating room placed under adequate general anesthesia prepped and draped in normal fashion for vaginal surgery.

With a finger in the rectum a wedge of perineum and posterior vaginal was excised and a midline posterior vaginal incision was made. Sharp dissection was used to mobilize the anterior wall of the rectum from the posterior vaginal wall. The dissection was extended all the way to the apex of the vagina. No obvious enterocele sac could be identified and entered. Due to the extent of the prolapse and a need for a formal vaginal vault suspension we thus proceeded with a vaginal vault suspension to the sacral spinous ligament.

The right pararectal space was opened and blunt dissection was used to identify the ischial spine on the patient's right side. The sacral spinous coccygeal muscle complex was identified and blunt dissection was used to mobilize excess tissue away from the ligament. Using the Capio ligature passing device 2 PDS sutures were passed through the midportion of the ligament. The sutures were brought out through the full thickness of the upper part of the posterior vaginal wall.

Do the vaginal scarring the vaginal wall was mobilized in a skin tissue rearrangement vaginal advancement of approximately 1.5 cm was required. Once this was done the upper portion of the posterior vaginal wall was closed with a continuous 2-0 Vicryl suture. The vaginal vault suspension stitches were then tied and this nicely approximated the vaginal wall to the right sacral spinous ligament. At this time cystoscopy assure no injury urethra the bladder and both ureteral orifice were visualized noted be functional by the spillage of peridium colored urine.

A defect specific rectocele repair was performed with 2 0 Vicryl sutures and this nicely repaired the rectovaginal fascia. The remainder of the posterior vaginal was closed with 2-0 Vicryl sutures and the perineum was then reconstructed with 2-0 and 3-0 Vicryl sutures. Rectal exam confirmed no injury to the rectum or suture penetration.

A residual cystocele was then present. We thus proceeded with a anterior repair. The anterior vaginal wall was grasped with 2 Allis clamps and a incision was made through the vaginal wall. Sharp dissection was used to mobilize the vaginal wall away from the underlying cystocele. Bilateral paravaginal defects were present. The cystocele was then plicated with 2-0 Vicryl sutures and the vaginal wall was closed with 3-0 Vicryl sutures. Repeat cystoscopy assure no injury urethra the bladder. A vaginal packing was placed in the sake patient was sent to the recovery room in stable condition.

Electronically signed by Karram, Mickey M., MD at 10/29/21 0700

**OR PreOp**

**Gurney-McMaster, Allison, MD at 10/28/2021 0746**

| | | |
|---|---|---|
| Author: Gurney-McMaster, Allison, MD | Service: Gynecology | Author Type: Resident |
| Filed: 10/28/21 0748 | Date of Service: 10/28/21 0746 | Creation Time: 10/28/21 0746 |
| Status: Signed | Editor: Gurney-McMaster, Allison, MD (Resident) | |

**Gyn Pre-Op Note**
**Surgeon Dr. Karram**

**Subjective:**
Jamie Reece is a 53 y.o. female scheduled today for PR, possible VVS, possible enterocele repair and cysto . Patient is currently doing well and has no questions or concerns about the procedure.

**Preop diagnosis:**
1. Rectocele [N81.6]

**Planned procedure:**
1. POST COLPORRHAPHY,RECTUM/VAGINA [57250] (COLPORRHAPHY POSTERIOR VAGINAL WALL)
COLPOSUSPENSION TRANSVAGINAL
REPAIR ENTEROCELE,VAG APPRCH [57268]
REPR VAGINAL PROLAPSE,UTEROSACRAL [57283]

CYSTOURETHROSCOPY [52000]

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Arthritis | |
| • Back problem | |
| • Colon polyp | |
| • Family history- stomach cancer | |
| • GERD (gastroesophageal reflux disease) | |
| • IBS (irritable bowel syndrome) | |
| • Migraine | |
| • Motion sickness<br>*vertigo* | |
| • Nausea & vomiting<br>*felt really bad after 12/2020 surgery and has never had before* | |
| • Neck problem | |
| • Palpitations | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • HX HYSTERECTOMY | | 01/01/2005 |
| • HX OVARY REMOVAL | Bilateral | 2005 |
| • HX RECTOCELE REPAIR<br>*with Dr. Heredia at UK, splinting* | | 12/2020 |
| • HX TONSILLECTOMY | | |
| • HX WRIST SURGERY | | 10/2019 |

**OB History**

| Gravida | Para | Term | Preterm | AB | Living |
|---|---|---|---|---|---|
| 5 | 3 | | | | 3 |
| SAB | IAB | Ectopic | Multiple | Live Births | |

Obstetric Comments
Three Vaginal Deliveries

**Outpatient Medications Marked as Taking for the 10/28/21 encounter (Hospital Encounter)**

Medication

- acetaminophen (TYLENOL) 325 mg tablet
- adalimumab (Humira,CF, Pen) 40 mg/0.4 mL Pen Injector Kit
- ascorbic acid, vitamin C, (Vitamin C) 500 mg tablet
- cycloSPORINE (RESTASIS) 0.05 % Dropperette
- Diclofenac Sodium (VOLTAREN) 1 % Gel
- ergocalciferol, vitamin D2, (VITAMIN D PO)
- esomeprazole (NEXIUM) 40 mg Capsule, Delayed Release(E.C.)
- estradioL (ESTRACE) 1 mg tablet
- ibuprofen (MOTRIN) 600 mg tablet
- Lactobac no.41/Bifidobact no.7 (PROBIOTIC-10 PO)
- multivitamin (THERAGRAN) Tablet
- oxyCODONE 5 mg PO immediate release tablet
- polyethylene glycol (GLYCOLAX;MIRALAX) 17 gram/dose powder
- pregabalin (LYRICA) 100 mg Capsule
- senna-docusate (SENOKOT-S) 8.6-50 mg Tablet
- tiZANidine (ZANAFLEX) 4 mg tablet
- traMADoL (ULTRAM) 50 mg tablet

- zinc sulfate (ZINC-15 PO)

Allergies: Lortab [hydrocodone-acetaminophen] and Percocet [oxycodone-acetaminophen]

**Social History**

| | |
|---|---|
| Substance and Sexual Activity | |
| Alcohol Use | Not Currently |

**Social History**

| | |
|---|---|
| Substance and Sexual Activity | |
| Drug Use | Never |

**Social History**

| | |
|---|---|
| Tobacco Use | |
| Smoking Status | Never Smoker |
| Smokeless Tobacco | Never Used |

**Objective:**

**Vitals:**

| | 10/15/21 1042 | 10/28/21 0641 |
|---|---|---|
| BP: | | 119/78 |
| Pulse: | | 75 |
| Resp: | | 17 |
| Temp: | | 97.7 °F (36.5 °C) |
| TempSrc: | | Oral |
| SpO2: | | 100% |
| Weight: | 190 lb (86.2 kg) | 191 lb 12.8 oz (87 kg) |
| Height: | 5' 7" (1.702 m) | 5' 7" (1.702 m) |

**Physical Examination:**
General: Patient is an alert, well appearing female in no distress
Card: well perfused
Pulm: no respiratory distress
Abdomen: soft,non tender, non distended
Extrem: No edema

No results found for: WBC, HGB, HCT, MCV, PLT

No components found for: HCGQUAL

**A/P**

Pt is a 53 y.o. female here for PR, possible VVS, possible enterocele repair and cysto

- Patient is stable for surgery
- Patient NPO
- UPT not indicated 2/2 h/o hysterectomy
- Given Ancef 2g in sodium chloride 0.9% 100 mL
- Consent is signed and in chart, no current concerns and understand procedure
- To OR for planned procedure

Allison Gurney-McMaster, PGY3

Obstetrics and Gynecology

Pager: 343-2038 (weekdays until 5pm)
OB phone: 52786 (after 5pm and on weekends)

Electronically signed by Gurney-McMaster, Allison, MD at 10/28/21 0748

**Post Anes Follow-up**

**Schmidt, Nicole, RN at 10/28/2021 1234**

Author: Schmidt, Nicole, RN Service: Anesthesiology Author Type: RN/Student NP
Filed: 10/28/21 1234 Date of Service: 10/28/21 1234 Creation Time: 10/28/21 1234
Status: Attested Editor: Schmidt, Nicole, RN (RN/Student NP)
Cosigner: Powell, Stephen Michael, MD at 10/28/21 1246

**Attestation signed by Powell, Stephen Michael, MD at 10/28/21 1246**

**Post-Anesthesia Follow-Up Note**

Jamie Reece has met the following Anesthesia criteria for discharge:

**Vitals:**

Blood Pressure:
**BP Readings from Last 1 Encounters:**
10/28/21 97/67

Heart Rate:
**Pulse Readings from Last 1 Encounters:**
10/28/21 80

Respirations:
**Resp Readings from Last 1 Encounters:**
10/28/21 14

O2 Sat:
**SpO2 Readings from Last 1 Encounters:**
10/28/21 94%

Temp:
**Temp Readings from Last 1 Encounters:**
10/28/21 99 °F (37.2 °C) (Temporal)

- Cardiorespiratory status has returned to baseline, and/or is acceptable.
- Pt responding verbally and following commands to acceptable level.
- Temperature and hydration status acceptable.
- Pain and nausea appropriately managed.
- No anesthesia complications apparent at this time.

Electronically signed by Schmidt, Nicole, RN at 10/28/21 1234
Electronically signed by Powell, Stephen Michael, MD at 10/28/21 1246

**Progress Notes**

**Levy, Deborah, MD at 10/28/2021 1022**

| | | |
|---|---|---|
| Author: Levy, Deborah, MD | Service: Gynecology | Author Type: Resident |
| Filed: 10/28/21 1025 | Date of Service: 10/28/21 1022 | Creation Time: 10/28/21 0739 |
| Status: Addendum | Editor: Levy, Deborah, MD (Resident) | |

In preop discussion with patient, she states she receives tramadol from Dr. Roden at Lexington Clinic (pain management doctor, 859-258-4000). States she rarely needs tramadol for arthritic flares. Pt states she previously discussed upcoming surgery with Dr. Karram with pain management doctor who said there were no restrictions on pain medications postop. Call placed to Dr. Roden's clinic to ensure prescription of 15 tabs of roxicodone would not be in violation of pain contract.

Addendum: was able to communicate with Dr. Roden who says she only prescribes tramadol to pt. Pt has perceived severe itching in response to narcotics (this was also discussed preop). Could attempt tramodol if unable to tolerate roxicodone.

Deborah Levy, MD
FPMRS PGY-5
Urogyn pager: 513-230-3284

Electronically signed by Levy, Deborah, MD at 10/28/21 1025

**Anesthesia on 10/28/21**

**Anesthesia Information**

**Anesthesia Summary - Reece, Jamie [10817229] Female 53 y.o.** Current as of 10/28/21 0718

Height: 5' 7" (1.702 m) (10/28/21)
Weight: 191 lb 12.8 oz (87 kg) (10/28/21)
BMI: 30.1 (10/28/21)
NPO Status: 1900
Allergies: LORTAB [HYDROCODONE-ACETAMINOPHEN], PERCOCET [OXYCODONE-ACETAMINOPHEN]

**Procedure Summary**

Date: 10/28/21
Anesthesia Start: 0804
Procedures:
Posterior Repair, Vaginal Vault Suspension, Enterocele Repair, Cystoscopy; anterior repair (N/A )
COLPOSUSPENSION TRANSVAGINAL (N/A )
Surgeons: Karram, Mickey M., MD
Anesthesia Type: general

Room / Location: TCH B LEVEL OR 21 / B LEVEL OR
Anesthesia Stop: 0956
Diagnosis:
Rectocele
(same)
Responsible Provider: Powell, Stephen Michael, MD
ASA Status: 2

**Responsible Staff** 10/28/21

| Name | Role | Begin | End |
|---|---|---|---|
| Powell, Stephen Michael, MD | ANESTH | 0804 | 0956 |
| Walker, Deontay | AA-C | 0804 | 0956 |

**Events**

| Date | Time | Event |
|---|---|---|
| 10/28/2021 | 0718 | Anes Pre-op Eval Complete |
| | 0804 | Anesthesia Start |
| | 0804 | Start Data Collection |
| | 0809 | Induction |
| | 0810 | LMA Applied |
| | 0828 | Procedure Start<br>Surgical Incision Time |
| | 0926 | Quick Note<br>Lasix given PSR |
| | 0939 | Procedure End |
| | 0944 | MARK AIRWAY REMOVED |
| | 0949 | Stop Data Collection |
| | 0956 | Anesthesia End |

**Attestation Information**

| Staff Name | Date | Time | Type |
|---|---|---|---|
| **Powell, Stephen Michael, MD**<br>I was present for Induction. | 10/28/21 | 0809 | MD Present at Induction |
| **Powell, Stephen Michael, MD** | 10/28/21 | 0811 | MD Available for Medical Direction |
| I or an anesthesiologist in my group performed the pre op evaluation, was present and participated in all key portions of the anesthesia service, remained immediately available throughout, provided intermittent <BR>monitoring and provided post anesthesia care.<BR> | | | |
| **Powell, Stephen Michael, MD** | 10/28/21 | 0906 | MD Present |
| **Powell, Stephen Michael, MD** | 10/28/21 | 0920 | MD Present |
| **Powell, Stephen Michael, MD**<br>I was present for emergence. | 10/28/21 | 0944 | MD Present at Emergence |

**Anesthesia on 10/28/21 (continued)**

| | | | |
|---|---|---|---|
| **Wolf, Deborah R., RN** | 10/28/21 | 0956 | Intra-Op |
| **Dwyer-Dugle, Kristy M., RN** | 10/29/21 | 0849 | Post-op Call |

**Medications** (Filter: Administrations occurring from 01/01/20 0000 to 12/29/21 2359)

**fentanyl (mcg)**

| Date/Time | Rate/Dose/Volume | Action | Route | Admin User |
|---|---|---|---|---|
| 10/28/21 0809 | 50 mcg | Given | Intravenous | Walker, Deontay |
| 0830 | 50 mcg | Given | Intravenous | Walker, Deontay |

**propofol (mg)**

| Date/Time | Rate/Dose/Volume | Action | Route | Admin User |
|---|---|---|---|---|
| 10/28/21 0809 | 200 mg | Given | Intravenous | Walker, Deontay |
| 0849 | 50 mg | Given | Intravenous | Walker, Deontay |

**lidocaine injection (PF) 2% (mg)**

| Date/Time | Rate/Dose/Volume | Action | Route | Admin User |
|---|---|---|---|---|
| 10/28/21 0809 | 60 mg | Given | Intravenous | Walker, Deontay |

**ondansetron (PF) (mg)**

| Date/Time | Rate/Dose/Volume | Action | Route | Admin User |
|---|---|---|---|---|
| 10/28/21 0907 | 4 mg | Given | Intravenous | Walker, Deontay |

**cefazolin (Ancef) syringe for injection 2 g 20 mL (mg)** Dosing weight: 87.8

| Date/Time | Rate/Dose/Volume | Action | Route | Admin User |
|---|---|---|---|---|
| 10/28/21 0804 | 2,000 mg | Given | Intravenous | Walker, Deontay |

**ephedrine (mg)**

| Date/Time | Rate/Dose/Volume | Action | Route | Admin User |
|---|---|---|---|---|
| 10/28/21 0822 | 10 mg | Given | Intravenous | Walker, Deontay |
| 0836 | 15 mg | Given | Intravenous | Walker, Deontay |

**promethazine (mg)**

| Date/Time | Rate/Dose/Volume | Action | Route | Admin User |
|---|---|---|---|---|
| 10/28/21 0836 | 6.25 mg | Given | Intravenous | Walker, Deontay |

**glycopyrrolate (mg)**

| Date/Time | Rate/Dose/Volume | Action | Route | Admin User |
|---|---|---|---|---|
| 10/28/21 0842 | 0.2 mg | Given | Intravenous | Walker, Deontay |

**furosemide (mg)**

| Date/Time | Rate/Dose/Volume | Action | Route | Admin User |
|---|---|---|---|---|
| 10/28/21 0925 | 10 mg | Given | Intravenous | Walker, Deontay |

**sodium chloride 0.9% IV solution (mL)** Dosing weight: 87.8

| Date/Time | Rate/Dose/Volume | Action | Route | Admin User |
|---|---|---|---|---|
| 10/28/21 0641 | 125 mL/hr | New Bag | Intravenous | Wolfork, Rhonda A., RN |
| 0803 | | Paused | | Walker, Deontay |
| Comment: Switch to gravity | | | | |
| 0804 | 400 mL | Restarted | Intravenous | Walker, Deontay |
| 1013 | 600 mL | Stopped | Intravenous | Schmidt, Nicole, RN |

**Preprocedure Signoff**

Anes Pre-op Eval Complete: Powell, Stephen Michael, MD on 10/28/21 at 0718
Reviewed: Powell, Stephen Michael, MD on 10/28/21 at 0718

**Signoff Status**

| Name | Role | Status | Last Updated | Device Used |
|---|---|---|---|---|
| Walker, Deontay | Anesthesiologist Assistant | Sign Off Received | 11/17/21 0859 | ImprivataConfirmIDSigningWorkflow |
| Powell, Stephen Michael, MD | Anesthesiologist | Sign Off Received | 10/28/21 1229 | |

**Notes**

**Anesthesia PACU Handoff Note**

**Walker, Deontay at 10/28/2021 0956**

Author: Walker, Deontay | Service: — | Author Type: Anesthesiologist's Assistants
Filed: 10/28/21 0956 | Date of Service: 10/28/21 0956 | Creation Time: 10/28/21 0956
Status: Signed | Editor: Walker, Deontay (Anesthesiologist's Assistants)

## Transfer of Care

### Anesthesia Handoff Note

Date of Surgery: 10/28/2021
Scheduled Procedure(s):
Posterior Repair, Vaginal Vault Suspension, Enterocele Repair, Cystoscopy; anterior repair

Patient: Reece, Jamie
CSN: 3065610024
Anesthesiologist: Powell, Stephen Michael, MD

Complications:

Recovery Location: PACU

Airway: Spontaneous

Pain Assessment: Managed

Level of Consciousness: Arousable

Intraoperative anesthetic care and concerns, pertinent medical history, medications, allergies, surgical/procedure course and plan for post procedure period discussed with receiving PACU or ICU team. Opportunity for questions and understanding of report acknowledged.

Post-procedure handoff checklist complete.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Arthritis | |
| • Back problem | |
| • Colon polyp | |
| • Family history- stomach cancer | |
| • GERD (gastroesophageal reflux disease) | |
| • IBS (irritable bowel syndrome) | |
| • Migraine | |
| • Motion sickness<br>*vertigo* | |
| • Nausea & vomiting<br>*felt really bad after 12/2020 surgery and has never had before* | |
| • Neck problem | |
| • Palpitations | |

**Allergies as of 10/05/2021 - Reviewed 09/17/2021**

| Allergen | Reaction | Noted |
|---|---|---|
| • Lortab [hydrocodone-acetaminophen] | Itching | 09/16/2021 |
| • Percocet [oxycodone-acetaminophen] | Itching | 09/16/2021 |

**Vitals**

| | 10/28/21 0641 | 10/28/21 0952 |
|---|---|---|
| BP: | 119/78 | 96/59 |
| Pulse: | 75 | 93 |
| Resp: | 17 | 20 |
| Temp: | 36.5 °C (97.7 °F) | 36.5 °C (97.7 °F) |

Electronically signed by Walker, Deontay at 10/28/21 0956

**Anesthesia Postprocedure Evaluation**

**Walker, Deontay at 10/28/2021 0956**

| | | |
|---|---|---|
| Author: Walker, Deontay | Service: — | Author Type: Anesthesiologist's Assistants |
| Filed: 10/28/21 0957 | Date of Service: 10/28/21 0956 | Creation Time: 10/28/21 0956 |
| Status: Signed | Editor: Walker, Deontay (Anesthesiologist's Assistants) | |

Post Anesthesia Evaluation

Anesthesia Type: general Date of Surgery: 10/28/2021
Surgeon(s):
Karram, Mickey M., MD
Gurney-McMaster, Allison, MD
Levy, Deborah, MD

Jamie Reece is stable with no current apparent anesthetic complications. Vitals reviewed and accepted.

**Vitals:**

Blood Pressure:
**BP Readings from Last 1 Encounters:**
10/28/21 96/59

Heart Rate:
**Pulse Readings from Last 1 Encounters:**
10/28/21 93

Respirations:
**Resp Readings from Last 1 Encounters:**
10/28/21 20

O2 Sat:
**SpO2 Readings from Last 1 Encounters:**
10/28/21 95%

Temp:
**Temp Readings from Last 1 Encounters:**
10/28/21 36.5 °C (97.7 °F) (Temporal)

☒ Cardiorespiratory status is acceptable.
☒ Pt responding verbally and following commands to acceptable level.
☒ Temperature acceptable
☒ Hydration status is acceptable
☒ Patient's pain is being adequately managed
☒ Patient is nausea free

**MIPS For Anesthesia 2021:**

**#404 Anesthesiology Smoking Abstinence**

The patient is a current smoker (e.g. cigarette, cigar, pipe, e-cigarette/vaping/marijuana) NO (XX404)

**#424 Perioperative Temperature Management**

Anesthesia Time was 60 minutes or longer YES (4255F) Anesthesia administered was General or Neuraxial Block (X0424) YES At least one body temperature greater than 95.5 degrees F/35.5 degrees C achieved within the 30 min immediately to or the 15 min immediately following anesthesia end time (G9771) YES

**#477 Multimodal Pain Management**

Emergent case? NO Patient was administered multimodal pain management (2 or more, non-opioid and/or nerve block, between 6 hrs prior to anesthesia and discharge from PACU) (G2148)

**#430 ADULT Prevention of Post-Operative Nausea & Vomiting (PONV)-Combination Therapy (18 yrs and older)**

Patient received an inhalational anesthetic? Yes (4554F) Patient exhibits three or more risk factors for PONV (4556F) Patient received at least 2 prophylactic Rx PONV anti-emetic agents of different classes preop and/or intraop (G9775)

**#44 Perioperative Beta-Blocker in Patients with Isolated CABG Surgery**

Did the patient have isolated CABG surgery? No

Electronically signed by Walker, Deontay at 10/28/21 0957

**Anesthesia Preprocedure Evaluation**

**Powell, Stephen Michael, MD at 10/28/2021 0709**

| | | |
|---|---|---|
| Author: Powell, Stephen Michael, MD | Service: — | Author Type: Anesthesiologist |
| Filed: 10/28/21 0718 | Date of Service: 10/28/21 0709 | Creation Time: 10/28/21 0709 |
| Status: Signed | Editor: Powell, Stephen Michael, MD (Anesthesiologist) | |

Date of Surgery: 10/28/2021
Surgeon(s):
Karram, Mickey M., MD
Scheduled Procedure(s):
Posterior Repair, Possible Vaginal Vault Suspension, Possible Enterocele Repair, Cystoscopy.

**Anesthesia type: general**

Risks, benefits, and alternatives discussed with patient.

Post-Operative pain management options pertinent to the planned surgery were discussed with patient as per surgeon's request.
Patient anesthetic care and plan discussed with anesthesiologist.

No history of anesthetic complications

patient appropriate for plan
No family hx of anesthetic complications
NPO status reinforced
Aspiration risk assessed.

Mallampati: II
**ASA 2**

Teeth conditions: normal

PONV
GERD
Psoriatic arthritis
CRPS
OSA Score
10/26/2021
1517 10/28/2021
0641

Diagnosed with Sleep Apnea?: No No
Total OSA Score: — 3

**MIPS for Anesthesia Preop Quality Measures:**

**Anesthesia on 10/28/21 (continued)**

Measure #44: Preoperative Beta-blocker in pt for isolated CABG surgery:
N/A- Patient not having CABG surgery

Measure #404: Anesthesiology Smoking Abstinence:
N/A - Patient is a nonsmoker

Measure #430 Prevention of Postop Nausea and Vomiting-combination therapy
(Pts 18 yrs or older, receiving inhalational anesthetic, with 3 or more risk factors)
This patient's risk factors:
Female gender, H/O PONV, H/O Motion sickness, Non-smoker and Intended use of opioids for analgesia intraop, in PACU, or after D/C from PACU

Measure #477 Multimodal Pain Management (for patients 18 yrs old and older)
The plan is to administer multimodal pain management consisting of: Acetaminophen and Steroids (decadron)

Electronically signed by Powell, Stephen Michael, MD at 10/28/21 0718

**Anesthesia Graph**



**Anesthesia on 10/28/21 (continued)**

| | | | | | |
|---|---|---|---|---|---|
| O2 (L/min) | [1.1] | [1.1] | | | |
| N2O (L/min) | [0] | [0.9] | [0.9] | [1] | [0] |
| Air (L/min) | [1.1] | [0] | [0] | [0] | [1] |
| Sevoflurane (exp) | [0.7] | [1.2] | [1] | [1] | [1.1] |
| fentanyl (mcg) | 50 | | 50 | | |
| propofol (mg) | 200 | | | 50 | |
| lidocaine inj… (mg) | 60 | | | | |
| ondansetron (… (mg) | | | | | 4 |
| cefazolin (An… (mg) | 2000 | | | | |
| ephedrine (mg) | | 10 | 15 | | |
| promethazine (mg) | | | 6.25 | | |
| glycopyrrolate (mg) | | | 0.2 | | |
| furosemide (mg) | | | | | |
| sodium chlori… (mL) | [400] | | | | |
| Vent Mode | [PSV] | Vol AF | PSV | PSV | PSV |
| Vt exhaled (ml) | [541] | [365] | [431] | [344] | [320] |
| Resp | [6] | [7] | [15] | [13] | [16] |
| PIP Actual (cm H2O) | [15] | [15] | [15] | [15] | [15] |
| Actual PE… (cm H20) | [6] | [5] | [5] | [5] | [6] |
| EtCO2 (mmHg) | [35] | [42] | [43] | [43] | [45] |
| | 0800 | 0815 | 0830 | 0845 | 0900 0915 |
| FiO2 (%) | [83] | [52] | [53] | [53] | [55] |
| SpO2 (%) | [99] | [98] | [98] | [98] | [97] |
| EtN2O (%) | [0] | [24] | [38] | [39] | [22] |
| EKG | SR | SB | SR | SR | SR |
| Temp | 93.6 | [96.1] | [96.2] | [96.1] | [96.1] |



## 10/28/2021 - Admission (Discharged) in GENERAL SURGERY UNIT (continued)

### Anesthesia on 10/28/21 (continued)




| | 0915 | 0930 | 0945 | 1000 | 1015 | 1030 | Totals | Volumes |
|---|---|---|---|---|---|---|---|---|
| O2 (L/min) | 1.1 | [9.3] | 0 | | | | | |
| N2O (L/min) | [0] | [0] | [0] | | | | | |
| Air (L/min) | [1] | [0] | [0] | | | | | |
| Sevoflurane (exp) | [1.2] | [0.3] | [0] | | | | | |
| fentanyl (mcg) | | | | | | | 100 mcg | |
| propofol (mg) | | | | | | | 250 mg | |
| lidocaine inj… (mg) | | | | | | | 60 mg | |
| ondansetron (… (mg) | | | | | | | 4 mg | |
| cefazolin (An… (mg) | | | | | | | 2000 mg | ≈ 20 mL |
| ephedrine (mg) | | | | | | | 25 mg | |
| promethazine (mg) | | | | | | | 6.25 mg | |
| glycopyrrolate (mg) | | | | | | | 0.2 mg | |
| furosemide (mg) | 10 | | | | | | 10 mg | |
| sodium chlori… (mL) | | | | | | | 400 mL | 400 mL |
| Vent Mode | PSV | [SV] | SV | | | | | |
| Vt exhaled (ml) | [410] | [406] | 283 | | | | | |
| Resp | [17] | [15] | [4] | | | | | |
| PIP Actual (cm H2O) | [15] | [10] | 10 | | | | | |
| Actual PE… (cm H20) | [5] | [6] | | | | | | |
| EtCO2 (mmHg) | [42] | [44] | [0] | | | | | |
| FiO2 (%) | [55] | [97] | [98] | | | | | |
| SpO2 (%) | [97] | [99] | [95] | | | | | |
| EtN2O (%) | [10] | [6] | [0] | | | | | |
| EKG | SR | SR | SR | | | | | |
| Temp | [96.2] | [96.2] | 97 | | | | | |

Net Volume: ≈ 420 mL

### Anesthesia Orders

**fentanyl (Sublimaze) 50 mcg/mL injection [251954125] (Discontinued)**

Electronically signed by: **Walker, Deontay on 10/28/21 0809**
Status: **Discontinued**
Ordering user: Walker, Deontay 10/28/21 0809
Ordering provider: Walker, Deontay
Authorized by: Powell, Stephen Michael, MD
Ordering mode: Standard
Frequency: Routine Intra-Op PRN 10/28/21 0809 - 10/28/21 0956
Class: Normal
Discontinued by: Walker, Deontay 10/28/21 0956 [Patient Discharge]
Package: 0409-9094-11

**lidocaine (PF) 2 % injection [251954126] (Discontinued)**

**Anesthesia on 10/28/21 (continued)**

Electronically signed by: **Walker, Deontay on 10/28/21 0809** Status: **Discontinued**
Ordering user: Walker, Deontay 10/28/21 0809 — Ordering provider: Walker, Deontay
Authorized by: Powell, Stephen Michael, MD — Ordering mode: Standard
Frequency: Routine Intra-Op PRN 10/28/21 0809 - 10/28/21 0956 — Class: Normal
Discontinued by: Walker, Deontay 10/28/21 0956 [Patient Discharge] — Package: 0143-9594-01

**ANESTHESIA-PROPOFOL 10 MG/ML INJECTION [251954131] (Discontinued)**

Electronically signed by: **Walker, Deontay on 10/28/21 0809** Status: **Discontinued**
Ordering user: Walker, Deontay 10/28/21 0809 — Ordering provider: Walker, Deontay
Authorized by: Powell, Stephen Michael, MD — Ordering mode: Standard
Frequency: Routine Intra-Op PRN 10/28/21 0809 - 10/28/21 0956 — Class: Normal
Discontinued by: Walker, Deontay 10/28/21 0956 [Patient Discharge] — Package: 25021-608-20

**Ordering & Authorizing Provider Audit Trail**

| Date/Time | Ordering provider | Authorizing Provider | User |
|---|---|---|---|
| 10/28/21 0809 | Walker, Deontay | Powell, Stephen Michael, MD | Walker, Deontay |
| 10/28/21 0809 | — | Powell, Stephen Michael, MD | Walker, Deontay |

**ephedrine injection [251955575] (Discontinued)**

Electronically signed by: **Walker, Deontay on 10/28/21 0822** Status: **Discontinued**
Ordering user: Walker, Deontay 10/28/21 0822 — Ordering provider: Walker, Deontay
Authorized by: Powell, Stephen Michael, MD — Ordering mode: Standard
Frequency: Routine Intra-Op PRN 10/28/21 0822 - 10/28/21 0956 — Class: Normal
Discontinued by: Walker, Deontay 10/28/21 0956 [Patient Discharge] — Package: 17478-515-00

**promethazine (PHENERGAN) injection [251957152] (Discontinued)**

Electronically signed by: **Walker, Deontay on 10/28/21 0837** Status: **Discontinued**
Ordering user: Walker, Deontay 10/28/21 0837 — Ordering provider: Walker, Deontay
Authorized by: Powell, Stephen Michael, MD — Ordering mode: Standard
Frequency: Routine Intra-Op PRN 10/28/21 0836 - 10/28/21 0956 — Class: Normal
Discontinued by: Walker, Deontay 10/28/21 0956 [Patient Discharge] — Package: 0641-0928-21

**glycopyrrolate (ROBINUL) injection [251959386] (Discontinued)**

Electronically signed by: **Walker, Deontay on 10/28/21 0851** Status: **Discontinued**
Ordering user: Walker, Deontay 10/28/21 0851 — Ordering provider: Walker, Deontay
Authorized by: Powell, Stephen Michael, MD — Ordering mode: Standard
Frequency: Routine Intra-Op PRN 10/28/21 0842 - 10/28/21 0956 — Class: Normal
Discontinued by: Walker, Deontay 10/28/21 0956 [Patient Discharge] — Package: 0143-9587-25

**ondansetron (PF) (ZOFRAN) injection [251961929] (Discontinued)**

Electronically signed by: **Walker, Deontay on 10/28/21 0907** Status: **Discontinued**
Ordering user: Walker, Deontay 10/28/21 0907 — Ordering provider: Walker, Deontay
Authorized by: Powell, Stephen Michael, MD — Ordering mode: Standard
Frequency: Routine Intra-Op PRN 10/28/21 0907 - 10/28/21 0956 — Class: Normal
Discontinued by: Walker, Deontay 10/28/21 0956 [Patient Discharge] — Package: 63323-373-02

**furosemide (LASIX) injection [251964448] (Discontinued)**

Electronically signed by: **Walker, Deontay on 10/28/21 0925** Status: **Discontinued**
Ordering user: Walker, Deontay 10/28/21 0925
Ordering provider: Walker, Deontay
Authorized by: Powell, Stephen Michael, MD
Ordering mode: Standard
Frequency: Routine Intra-Op PRN 10/28/21 0925 - 10/28/21 0956
Class: Normal
Discontinued by: Walker, Deontay 10/28/21 0956 [Patient Discharge]
Package: 0409-6102-02

**Medication Administrations**

**acetaminophen (TYLENOL) tablet 1,000 mg [251952523]**

Ordering Provider: Powell, Stephen Michael, MD
Ordered On: 10/28/21 0750
Dose (Remaining/Total): 1,000 mg (0/1)
Frequency: PRE-OP ONCE
Status: Completed (Past End Date/Time)
Starts/Ends: 10/28/21 0745 - 10/28/21 0753
Route: Oral
Rate/Duration: — / —
Admin Instructions: Do not exceed 4 grams of acetaminophen in 24 hours from all sources

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 10/28/21 0753<br>Documented: 10/28/21 0757 | Given | 1,000 mg | Oral | Performed by: Oharra, Lauren M, RN<br>Scanned Package: 50580-457-11, 50580-457-11 |

**acetaminophen (TYLENOL) tablet 650 mg [251966820]**

Ordering Provider: Levy, Deborah, MD
Ordered On: 10/28/21 1259
Dose (Remaining/Total): 650 mg (—/—)
Frequency: EVERY 6 HOURS
Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Starts/Ends: 10/28/21 1400 - 10/29/21 1654
Route: Oral
Rate/Duration: — / —
Admin Instructions: Do not exceed 4 grams of acetaminophen in 24 hours from all sources

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 10/29/21 0906<br>Documented: 10/29/21 0908 | Given | 650 mg | Oral | Performed by: Matacia, Emily, RN<br>Scanned Package: 0904-6773-61, 0904-6773-61 |
| Performed 10/29/21 0228<br>Documented: 10/29/21 0229 | Given | 650 mg | Oral | Performed by: Huitger, Andrew V., RN<br>Scanned Package: 0904-6773-61, 0904-6773-61 |
| Performed 10/28/21 2037<br>Documented: 10/28/21 2038 | Given | 650 mg | Oral | Performed by: Huitger, Andrew V., RN<br>Scanned Package: 0904-6773-61, 0904-6773-61 |
| Performed 10/28/21 1451<br>Documented: 10/28/21 1452 | Given | 650 mg | Oral | Performed by: Boeckman, Nicole, RN<br>Scanned Package: 0904-6773-61, 0904-6773-61 |

**cefazolin (Ancef) syringe for injection 2 g 20 mL [251901381]**

Ordering Provider: Karram, Mickey M., MD
Ordered On: 10/27/21 1334
Dose (Remaining/Total): 2,000 mg (0/1)
Frequency: PRE-OP ONCE
Status: Completed (Past End Date/Time)
Starts/Ends: 10/28/21 0000 - 10/28/21 0804
Route: Intravenous
Rate/Duration: 60 mL/hr / 20 Minutes
Admin Instructions: REFRIGERATOR

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 10/28/21 0804<br>Documented: 10/28/21 0809 | Given | 2,000 mg | Intravenous | Performed by: Walker, Deontay |

**Medication Administrations (continued)**

**dexamethasone (DECADRON) injection 4 mg [251952524]**

Ordering Provider: Powell, Stephen Michael, MD
Ordered On: 10/28/21 0750
Dose (Remaining/Total): 4 mg (0/1)
Frequency: PRE-OP ONCE
Status: Completed (Past End Date/Time)
Starts/Ends: 10/28/21 0745 - 10/28/21 0753
Route: Intravenous
Rate/Duration: — / —

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 10/28/21 22 G Left Hand | 10/28/21 0753 by Oharra, Lauren M, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 10/28/21 0753 Documented: 10/28/21 0757 | Given | 4 mg | Intravenous | Performed by: Oharra, Lauren M, RN Scanned Package: 67457-419-00 |

**diphenhydrAMINE (Benadryl) 50 mg/mL injection 25-50 mg [251996000]**

Ordering Provider: Levy, Deborah, MD
Ordered On: 10/28/21 1316
Dose (Remaining/Total): 25-50 mg (—/—)
Frequency: EVERY 6 HOURS PRN
Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Starts/Ends: 10/28/21 1315 - 10/29/21 1654
Route: Intravenous
Rate/Duration: — / —

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 10/28/21 22 G Left Hand | 10/28/21 1321 by Boeckman, Nicole, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 10/29/21 0908 Documented: 10/29/21 0908 | Given | 50 mg | Intravenous | Performed by: Matacia, Emily, RN Scanned Package: 0641-0376-21 |
| Performed 10/29/21 0340 Documented: 10/29/21 0342 | Given | 50 mg | Intravenous | Performed by: Huitger, Andrew V., RN Scanned Package: 0641-0376-21 |
| Performed 10/28/21 2047 Documented: 10/28/21 2050 | Given | 50 mg | Intravenous | Performed by: Huitger, Andrew V., RN Scanned Package: 0641-0376-21, 0641-0376-21 |
| Performed 10/28/21 1321 Documented: 10/28/21 1321 | Given | 50 mg | Intravenous | Performed by: Boeckman, Nicole, RN Scanned Package: 0641-0376-21 |

**famotidine (PEPCID) tablet 20 mg [251952525]**

Ordering Provider: Powell, Stephen Michael, MD
Ordered On: 10/28/21 0750
Dose (Remaining/Total): 20 mg (0/1)
Frequency: PRE-OP ONCE
Status: Completed (Past End Date/Time)
Starts/Ends: 10/28/21 0745 - 10/28/21 0753
Route: Oral
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|

**Medication Administrations (continued)**

| | | | | |
|---|---|---|---|---|
| Performed 10/28/21 0753<br>Documented: 10/28/21 0757 | Given | 20 mg | Oral | Performed by: Oharra, Lauren M, RN<br>Scanned Package: 50268-303-11 |

**famotidine (PF) (PEPCID) injection 20 mg [251966835]**

Ordering Provider: Levy, Deborah, MD
Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Ordered On: 10/28/21 1259
Starts/Ends: 10/28/21 1259 - 10/29/21 1654
Dose (Remaining/Total): 20 mg (—/—)
Route: Intravenous
Frequency: 2 TIMES DAILY PRN
Rate/Duration: — / —
Admin Instructions: If both IVP and PO ordered Give either the IVP dose or the PO dose as one administration not both

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 10/28/21 22 G Left Hand | 10/29/21 0304 by Huitger, Andrew V., RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 10/29/21 0304<br>Documented: 10/29/21 0307 | Given | 20 mg | Intravenous | Performed by: Huitger, Andrew V., RN<br>Scanned Package: 0641-6022-01 |

**fentanyl (Sublimaze) 50 mcg/mL injection 25 mcg [251952876]**

Ordering Provider: Powell, Stephen Michael, MD
Status: Discontinued (Past End Date/Time), Reason: Patient Transfer
Ordered On: 10/28/21 0944
Starts/Ends: 10/28/21 0944 - 10/28/21 1255
Dose (Remaining/Total): 25 mcg (—/—)
Route: Intravenous
Frequency: PACU PRN
Rate/Duration: — / —
Admin Instructions: Second choice for pain PACU/SDS only. For pain scale 4-10 give q5min for a maximum of 100 mcg.

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 10/28/21 22 G Left Hand | 10/28/21 1025 by Schmidt, Nicole, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 10/28/21 1050<br>Documented: 10/28/21 1050 | Given | 25 mcg | Intravenous | Performed by: Schmidt, Nicole, RN<br>Scanned Package: 0641-6027-01 |
| Performed 10/28/21 1045<br>Documented: 10/28/21 1045 | Given | 25 mcg | Intravenous | Performed by: Schmidt, Nicole, RN<br>Scanned Package: 0641-6027-01 |
| Performed 10/28/21 1030<br>Documented: 10/28/21 1030 | Given | 25 mcg | Intravenous | Performed by: Schmidt, Nicole, RN<br>Scanned Package: 0641-6027-01 |
| Performed 10/28/21 1025<br>Documented: 10/28/21 1026 | Given | 25 mcg | Intravenous | Performed by: Schmidt, Nicole, RN<br>Scanned Package: 0641-6027-01 |

**heparin (porcine) injection 5,000 Units [251966832]**

Ordering Provider: Levy, Deborah, MD
Status: Discontinued (Past End Date/Time), Reason: Patient

| | |
|---|---|
| | Discharge |
| Ordered On: 10/28/21 1259 | Starts/Ends: 10/29/21 0900 - 10/29/21 1654 |
| Dose (Remaining/Total): 5,000 Units (—/—) | Route: Subcutaneous |
| Frequency: EVERY 12 HOURS | Rate/Duration: — / — |
| Admin Instructions: HIGH ALERT MEDICATION - All IVP Doses | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 10/29/21 0907<br>Documented: 10/29/21 0908 | Refused | 5,000 Units | Subcutaneous | Performed by: Matacia, Emily, RN<br>Scanned Package: 72572-255-01 |

**Hydromorphone (Dilaudid) 1 mg/mL injection Syrg 0.5 mg [251952875]**

| | |
|---|---|
| Ordering Provider: Powell, Stephen Michael, MD | Status: Discontinued (Past End Date/Time), Reason: Patient Transfer |
| Ordered On: 10/28/21 0944 | Starts/Ends: 10/28/21 0944 - 10/28/21 1255 |
| Dose (Remaining/Total): 0.5 mg (—/—) | Route: Intravenous |
| Frequency: PACU PRN | Rate/Duration: — / — |
| Admin Instructions: Look alike/ Sound alike.<br>First choice for pain PACU/SDS only.<br>Total MAX dose = 2 mg ( including the order for pain scale 2-4 ) | Give every 5 minutes as needed. |

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 10/28/21 22 G Left Hand | 10/28/21 0956 by Schmidt, Nicole, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 10/28/21 1011<br>Documented: 10/28/21 1011 | Given | 0.5 mg | Intravenous | Performed by: Schmidt, Nicole, RN<br>Scanned Package: 0409-1283-03 |
| Performed 10/28/21 1006<br>Documented: 10/28/21 1006 | Given | 0.5 mg | Intravenous | Performed by: Schmidt, Nicole, RN<br>Scanned Package: 0409-1283-03 |
| Performed 10/28/21 1001<br>Documented: 10/28/21 1003 | Given | 0.5 mg | Intravenous | Performed by: Schmidt, Nicole, RN<br>Scanned Package: 0409-1283-03 |
| Performed 10/28/21 0956<br>Documented: 10/28/21 0956 | Given | 0.5 mg | Intravenous | Performed by: Schmidt, Nicole, RN<br>Scanned Package: 0409-1283-03 |

**ibuprofen (MOTRIN) tablet 600 mg [251966822]**

| | |
|---|---|
| Ordering Provider: Levy, Deborah, MD | Status: Discontinued (Past End Date/Time), Reason: Patient Discharge |
| Ordered On: 10/28/21 1259 | Starts/Ends: 10/29/21 0400 - 10/29/21 1654 |
| Dose (Remaining/Total): 600 mg (—/—) | Route: Oral |
| Frequency: EVERY 6 HOURS (4,10,16,22) | Rate/Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Performed 10/29/21 0907<br>Documented: 10/29/21 0908 | Given | 600 mg | Oral | Performed by: Matacia, Emily, RN<br>Scanned Package: 67877-320-05 |
| Performed 10/29/21 0304<br>Documented: 10/29/21 0307 | Given | 600 mg | Oral | Performed by: Huitger, Andrew V., RN<br>Scanned Package: 0904-5854-61 |

**lidocaine-epinephrine 1 %-1:100,000 injection [251961154]**

Ordering Provider: Karram, Mickey M., MD
Ordered On: 10/28/21 0903

Status: Discontinued (Past End Date/Time), Reason: Patient Transfer
Frequency: INTRA-OP PRN

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 10/28/21 0920<br>Documented: 10/28/21 0934 | Given | 4 mL | Injection | Performed by: Levy, Deborah, MD<br>Documented by: Wolf, Deborah R., RN |
| Performed 10/28/21 0828<br>Documented: 10/28/21 0903 | Given | 2 mL | Injection | Performed by: Levy, Deborah, MD<br>Documented by: Wolf, Deborah R., RN |

**midazolam (Versed) 1 mg/mL injection 2 mg [251952526]**

Ordering Provider: Powell, Stephen Michael, MD
Ordered On: 10/28/21 0750
Dose (Remaining/Total): 2 mg (0/1)
Frequency: PRE-OP ONCE

Status: Completed (Past End Date/Time)
Starts/Ends: 10/28/21 0749 - 10/28/21 0754
Route: Intravenous
Rate/Duration: — / —

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 10/28/21 22 G Left Hand | 10/28/21 0754 by Oharra, Lauren M, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 10/28/21 0754<br>Documented: 10/28/21 0757 | Given | 2 mg | Intravenous | Performed by: Oharra, Lauren M, RN<br>Scanned Package: 72572-430-01 |

**morphine 4 mg/mL injection 4 mg [251966834]**

Ordering Provider: Levy, Deborah, MD
Ordered On: 10/28/21 1259
Dose (Remaining/Total): 4 mg (—/—)
Frequency: EVERY 3 HOURS PRN
Admin Instructions: Look-Alike, Sound-Alike Medication

Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Starts/Ends: 10/28/21 1259 - 10/29/21 1654
Route: Intravenous
Rate/Duration: — / —

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 10/28/21 22 G Left Hand | 10/28/21 1321 by Boeckman, Nicole, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|

**Medication Administrations (continued)**

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 10/28/21 2047<br>Documented: 10/28/21 2050 | Given | 4 mg | Intravenous | Performed by: Huitger, Andrew V., RN<br>Scanned Package: 0641-6125-01 |
| Performed 10/28/21 1746<br>Documented: 10/28/21 1746 | Given | 4 mg | Intravenous | Performed by: Buxton, Lauren, RN<br>Scanned Package: 0641-6125-01 |
| Performed 10/28/21 1321<br>Documented: 10/28/21 1321 | Given | 4 mg | Intravenous | Performed by: Boeckman, Nicole, RN<br>Scanned Package: 0641-6125-01 |

**oxyCODONE (ROXICODONE) immediate release tablet 5-10 mg [251966837]**

Ordering Provider: Levy, Deborah, MD
Ordered On: 10/28/21 1259
Dose (Remaining/Total): 5-10 mg (—/—)
Frequency: EVERY 4 HOURS PRN

Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Starts/Ends: 10/28/21 1259 - 10/29/21 1654
Route: Oral
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 10/29/21 0702<br>Documented: 10/29/21 0703 | Given | 10 mg | Oral | Performed by: Huitger, Andrew V., RN<br>Scanned Package: 0904-6966-61, 0904-6966-61 |
| Performed 10/29/21 0228<br>Documented: 10/29/21 0229 | Given | 10 mg | Oral | Performed by: Huitger, Andrew V., RN<br>Scanned Package: 0904-6966-61, 0904-6966-61 |
| Performed 10/28/21 1858<br>Documented: 10/28/21 1858 | Given | 10 mg | Oral | Performed by: Boeckman, Nicole, RN<br>Scanned Package: 0904-6966-61, 0904-6966-61 |
| Performed 10/28/21 1451<br>Documented: 10/28/21 1452 | Given | 10 mg | Oral | Performed by: Boeckman, Nicole, RN<br>Scanned Package: 0904-6966-61, 0904-6966-61 |

**phenazopyridine (PYRIDIUM) tablet 200 mg [252043384]**

Ordering Provider: Levy, Deborah, MD
Ordered On: 10/29/21 0653
Dose (Remaining/Total): 200 mg (—/—)
Frequency: 3 TIMES DAILY WITH MEALS

Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Starts/Ends: 10/29/21 0652 - 10/29/21 1654
Route: Oral
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Due 10/29/21 1200<br>Scheduled: 10/29/21 0653 | Due | — | — | — |

**Medication Administrations (continued)**

| | | | | |
|---|---|---|---|---|
| Performed 10/29/21 0907<br>Documented: 10/29/21 0908 | Given | 200 mg | Oral | Performed by: Matacia, Emily, RN<br>Scanned Package: 42192-801-01, 42192-801-01 |

**polyethylene glycol (GLYCOLAX) packet 17 g [251966836]**

Ordering Provider: Levy, Deborah, MD
Ordered On: 10/28/21 1259
Dose (Remaining/Total): 17 g (—/—)
Frequency: 2 TIMES DAILY

Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Starts/Ends: 10/28/21 2100 - 10/29/21 1654
Route: Oral
Rate/Duration: — / —

| Timestamps | Action / Reason | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 10/29/21 0906<br>Documented: 10/29/21 0908 | Not Given<br>Patient Refused | 17 g | Oral | Performed by: Matacia, Emily, RN<br>Scanned Package: 11523-7234-1 |
| Performed 10/28/21 2037<br>Documented: 10/28/21 2038 | Given | 17 g | Oral | Performed by: Huitger, Andrew V., RN<br>Scanned Package: 11523-7234-1 |

**pregabalin (LYRICA) capsule 100 mg [252039267]**

Ordering Provider: Dysart, Suzanne, MD
Ordered On: 10/29/21 0251
Dose (Remaining/Total): 100 mg (—/—)
Frequency: 3 TIMES DAILY
Admin Instructions: OP SIG:Take 100 mg by mouth 3 times daily.

Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Starts/Ends: 10/29/21 0300 - 10/29/21 1654
Route: Oral
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 10/29/21 0908<br>Documented: 10/29/21 0908 | Given | 100 mg | Oral | Performed by: Matacia, Emily, RN<br>Scanned Package: 0904-7001-61 |
| Performed 10/29/21 0304<br>Documented: 10/29/21 0307 | Given | 100 mg | Oral | Performed by: Huitger, Andrew V., RN<br>Scanned Package: 0904-7001-61 |

**sodium chloride 0.9% IV solution [251901380]**

Ordering Provider: Karram, Mickey M., MD
Ordered On: 10/27/21 1334
Dose (Remaining/Total): 1,000 mL (—/—)
Frequency: PRE-OP CONTINUOUS
Admin Instructions: Reduce rate to 50 ml/hr if diagnosis chronic renal failure

Status: Discontinued (Past End Date/Time), Reason: Patient Transfer
Starts/Ends: 10/28/21 0000 - 10/28/21 0951
Route: Intravenous
Rate/Duration: 125 mL/hr / —

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 10/28/21 22 G Left Hand | 10/28/21 0641 by Wolfork, Rhonda A., RN | — |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|

**Medication Administrations (continued)**

| | | | | |
|---|---|---|---|---|
| Performed 10/28/21 1013<br>Documented: 10/28/21 1014 | Pump not Associated-Bag Completed | 0 mL<br>0 mL/hr<br>— | Intravenous | Performed by: Schmidt, Nicole, RN |
| Performed 10/28/21 0804<br>Documented: 10/28/21 0809 | Restarted | — | Intravenous | Performed by: Walker, Deontay |
| Performed 10/28/21 0803<br>Documented: 10/28/21 0809 | Paused | —<br>—<br>1 | Intravenous | Performed by: Walker, Deontay<br>Comments: Switch to gravity |
| Performed 10/28/21 0641<br>Documented: 10/28/21 0648 | New Bag | 1,000 mL<br>125 mL/hr<br>— | Intravenous | Performed by: Wolfork, Rhonda A., RN<br>Scanned Package: 0990-7983-09 |

**sodium chloride 0.9% IV solution [251952873]**

Ordering Provider: Powell, Stephen Michael, MD
Ordered On: 10/28/21 0944
Dose (Remaining/Total): 1,000 mL (—/—)
Frequency: PACU CONTINUOUS
Admin Instructions: For Same Day Surgery Patients

Status: Discontinued (Past End Date/Time), Reason: Patient Transfer
Starts/Ends: 10/28/21 1045 - 10/28/21 1255
Route: Intravenous
Rate/Duration: 42 mL/hr / —

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| Performed 10/28/21 1045<br>Documented: 10/28/21 1300 | Canceled Entry | — | Intravenous | Performed by: Boeckman, Nicole, RN |

**sodium chloride 0.9% IV solution [251966833]**

Ordering Provider: Levy, Deborah, MD
Ordered On: 10/28/21 0944
Dose (Remaining/Total): 125 mL/hr (—/—)
Frequency: CONTINUOUS

Status: Verified (Past End Date/Time)
Starts/Ends: 10/28/21 1045 - 10/29/21 1044
Route: Intravenous
Rate/Duration: 125 mL/hr / —

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 10/28/21 22 G Left Hand | 10/28/21 1013 by Schmidt, Nicole, RN | — |

| Timestamps | Action | Dose / Rate | Route | Other Information |
|---|---|---|---|---|
| Performed 10/29/21 0809<br>Documented: 10/29/21 0809 | Stopped | 0 mL/hr<br>0 mL/hr | Intravenous | Performed by: Matacia, Emily, RN |
| Performed 10/29/21 0659<br>Documented: 10/29/21 0730 | Rate Verify | 125 mL/hr<br>125 mL/hr | Intravenous | Performed by: Huitger, Andrew V., RN |

**Medication Administrations (continued)**

| | | | | |
|---|---|---|---|---|
| Performed 10/29/21 0225<br>Documented: 10/29/21 0226 | New Bag | 125 mL/hr<br>125 mL/hr | Intravenous | Performed by: Huitger, Andrew V., RN<br>Scanned Package: 0990-7983-09 |
| Performed 10/29/21 0116<br>Documented: 10/29/21 0117 | Rate Verify | 125 mL/hr<br>125 mL/hr | Intravenous | Performed by: Huitger, Andrew V., RN |
| Performed 10/28/21 2259<br>Documented: 10/29/21 0117 | Rate Verify | 125 mL/hr<br>125 mL/hr | Intravenous | Performed by: Huitger, Andrew V., RN |
| Performed 10/28/21 2050<br>Documented: 10/28/21 2050 | New Bag | 125 mL/hr<br>125 mL/hr | Intravenous | Performed by: Huitger, Andrew V., RN<br>Scanned Package: 0990-7983-09 |
| Performed 10/28/21 1916<br>Documented: 10/29/21 0117 | Restarted | 125 mL/hr<br>125 mL/hr | Intravenous | Performed by: Huitger, Andrew V., RN |
| Performed 10/28/21 1911<br>Documented: 10/29/21 0117 | Paused | 0 mL/hr<br>0 mL/hr | Intravenous | Performed by: Huitger, Andrew V., RN |
| Performed 10/28/21 1833<br>Documented: 10/29/21 0117 | Restarted | 125 mL/hr<br>125 mL/hr | Intravenous | Performed by: Huitger, Andrew V., RN |
| Performed 10/28/21 1829<br>Documented: 10/29/21 0117 | Paused | 0 mL/hr<br>0 mL/hr | Intravenous | Performed by: Huitger, Andrew V., RN |
| Performed 10/28/21 1828<br>Documented: 10/29/21 0117 | Restarted | 125 mL/hr<br>125 mL/hr | Intravenous | Performed by: Huitger, Andrew V., RN |
| Performed 10/28/21 1818<br>Documented: 10/29/21 0117 | Paused | 0 mL/hr<br>0 mL/hr | Intravenous | Performed by: Huitger, Andrew V., RN |
| Performed 10/28/21 1706<br>Documented: 10/29/21 0117 | Restarted | 125 mL/hr<br>125 mL/hr | Intravenous | Performed by: Huitger, Andrew V., RN |
| Performed 10/28/21 1701<br>Documented: 10/29/21 0117 | Paused | 0 mL/hr<br>0 mL/hr | Intravenous | Performed by: Huitger, Andrew V., RN |

**Medication Administrations (continued)**

| | | | | |
|---|---|---|---|---|
| Performed 10/28/21 1013<br>Documented: 10/28/21 1014 | New Bag | 125 mL/hr<br>125 mL/hr | Intravenous | Performed by: Schmidt, Nicole, RN<br>Scanned Package: 0990-7983-09 |

**tiZANidine (ZANAFLEX) tablet 4 mg [252039246]**

Ordering Provider: Dysart, Suzanne, MD
Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Ordered On: 10/29/21 0244
Starts/Ends: 10/29/21 0237 - 10/29/21 1654
Dose (Remaining/Total): 4 mg (—/—)
Route: Oral
Frequency: 3 TIMES DAILY PRN
Rate/Duration: — / —
Admin Instructions: OP SIG:Take 4 mg by mouth 3 times daily as needed.

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 10/29/21 0912<br>Documented: 10/29/21 0914 | Given | 4 mg | Oral | Performed by: Matacia, Emily, RN<br>Scanned Package: 0904-6418-61 |
| Performed 10/29/21 0304<br>Documented: 10/29/21 0307 | Given | 4 mg | Oral | Performed by: Huitger, Andrew V., RN<br>Scanned Package: 0904-6418-61 |

**Other Orders (group 1 of 3)**

**Admission**

**EXTENDED RECOVERY [251967325] (Completed)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941**
Status: **Completed**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Cosigning events
Electronically cosigned by Karram, Mickey M., MD 10/30/21 1323 for Ordering
Frequency: Routine 1 Time 10/28/21 0945 - 1 occurrence
Class: Hospital Performed
Quantity: 1
Instance released by: Schmidt, Nicole, RN (auto-released) 10/28/2021 9:44 AM

**Questionnaire**

| Question | Answer |
|---|---|
| Service | Acute |
| Level of Care | Med Surg |
| Admission diagnosis: | Status post vaginal hysterectomy |
| Admitting Physician | KARRAM, MICKEY M. |
| Desired hospital location | B LEVEL OR |
| Informational | Extended Recovery is for postop surgeries only. |

**Patient Updates**

Patient class: Extended Recovery
Reason for update: MD Order
Accommodation code: Private
Accommodation reason: Hospital Convenience

**Updates**

Accommodation code: Private
Accommodation reason: Hospital Convenience

### Code Status

**FULL CODE [251966839] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941**
Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Routine Continuous 10/28/21 0940 - Until Specified
Class: Hospital Performed
Quantity: 1
Code status: Full Code
Instance released by: Levy, Deborah, MD (auto-released) 10/28/2021 9:41 AM
Discontinued by: Simpson, Mya M. 11/15/21 1104
Order comments: No automated chest compression devices for VAD Patients

### Diet

**REGULAR DIET [251994274] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941**
Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Routine Effective Now 10/28/21 1300 - Until Specified
Class: Hospital Performed
Quantity: 1
Instance released by: Ditmore, Samantha, RN (auto-released) 10/28/2021 12:59 PM
Discontinued by: Autodiscontinue, Discharge 10/29/21 1659 [Patient Discharge]

### Discharge

**DISCHARGE PATIENT [252043137] (Completed)**

Electronically signed by: **Levy, Deborah, MD on 10/29/21 0643**
Status: **Completed**
Ordering user: Levy, Deborah, MD 10/29/21 0643
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Routine 1 Time 10/29/21 0645 - 1 occurrence
Class: Hospital Performed
Quantity: 1
Instance released by: Levy, Deborah, MD (auto-released) 10/29/2021 6:43 AM

**Updates**

Discharge date and time: 10/29/2021 Morning
Discharge disposition: Home or Self Care

### IV

**INSERT PERIPHERAL IV [251947204] (Discontinued)**

Electronically signed by: **Karram, Mickey M., MD on 10/30/21 1320**
Status: **Discontinued**
Mode: Ordering in Verbal with readback and verify mode
Communicated by: James, Shelly J., RN
Ordering user: James, Shelly J., RN 10/05/21 1552
Ordering provider: Karram, Mickey M., MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Verbal with readback and verify
Frequency: Pre-Op Continuous 10/28/21 0615 - Until Specified
Class: Hospital Performed
Quantity: 1
Instance released by: Hudgins, Tracy, RN (auto-released) 10/28/2021 6:12 AM
Discontinued by: Autodiscontinue, Transfer 10/28/21 0951 [Patient Transfer]

**SALINE LOCK IV [251994254] (Active)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941**
Status: **Active**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Routine 1 Time 10/28/21 1300 - 1 occurrence
Class: Hospital Performed
Quantity: 1
Instance released by: Ditmore, Samantha, RN (auto-released) 10/28/2021 12:59 PM

**Other Orders (group 1 of 3) (continued)**

**DISCONTINUE IV [252036287] (Active)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941** Status: **Active**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Authorized by: Karram, Mickey M., MD
Frequency: Routine 1 Time 10/30/21 - 1 occurrence
Quantity: 1
Ordering provider: Levy, Deborah, MD
Ordering mode: Standard
Class: Hospital Performed
Instance released by: Ditmore, Samantha, RN (auto-released) 10/29/2021 12:30 AM

**Meaningful Use**

**VTE MEDIUM RISK [251994275] (Active)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941** Status: **Active**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Authorized by: Karram, Mickey M., MD
Frequency: Routine Until D/C 10/28/21 1300 - Until Specified
Quantity: 1
Ordering provider: Levy, Deborah, MD
Ordering mode: Standard
Class: Hospital Performed
Instance released by: Ditmore, Samantha, RN (auto-released) 10/28/2021 12:59 PM

**Medications**

**midazolam (Versed) 1 mg/mL injection *Pyxis Override* [251952787] (Active)**

Electronically signed by: **Interface, Pyxis Dispense on 10/28/21 0751** Status: **Active**
Ordering user: Interface, Pyxis Dispense 10/28/21 0751
Ordering mode: Standard
Frequency: 10/28/21 0751 - Until Discontinued
Admin instructions: Oharra, Lauren : cabinet override
Medication comments: Oharra, Lauren : cabinet override
Package: 0641-6057-01

**dexamethasone (DECADRON) injection *Pyxis Override* [251952788] (Active)**

Electronically signed by: **Interface, Pyxis Dispense on 10/28/21 0751** Status: **Active**
Ordering user: Interface, Pyxis Dispense 10/28/21 0751
Ordering mode: Standard
Frequency: 10/28/21 0751 - Until Discontinued
Admin instructions: Oharra, Lauren : cabinet override
Medication comments: Oharra, Lauren : cabinet override
Package: 0069-0179-01

**acetaminophen (TYLENOL) tablet *Pyxis Override* [251952789] (Active)**

Electronically signed by: **Interface, Pyxis Dispense on 10/28/21 0751** Status: **Active**
Ordering user: Interface, Pyxis Dispense 10/28/21 0751
Ordering mode: Standard
Frequency: 10/28/21 0751 - Until Discontinued
Admin instructions: Oharra, Lauren : cabinet override
Medication comments: Oharra, Lauren : cabinet override
Package: 50580-457-11

**famotidine (PEPCID) tablet *Pyxis Override* [251952790] (Active)**

Electronically signed by: **Interface, Pyxis Dispense on 10/28/21 0752** Status: **Active**
Ordering user: Interface, Pyxis Dispense 10/28/21 0752
Ordering mode: Standard
Frequency: 10/28/21 0752 - Until Discontinued
Admin instructions: Oharra, Lauren : cabinet override
Medication comments: Oharra, Lauren : cabinet override
Package: 65862-859-01

**Hydromorphone (Dilaudid) 1 mg/mL injection Syrg *Pyxis Override* [251969427] (Active)**

Electronically signed by: **Interface, Pyxis Dispense on 10/28/21 0955** Status: **Active**
Ordering user: Interface, Pyxis Dispense 10/28/21 0955
Ordering mode: Standard
Frequency: 10/28/21 0955 - Until Discontinued
Admin instructions: Schmidt, Nicole : cabinet override
Medication comments: Schmidt, Nicole : cabinet override

**Other Orders (group 1 of 3) (continued)**

Package: 0409-1283-03

**Hydromorphone (Dilaudid) 1 mg/mL injection Syrg *Pyxis Override* [251970859] (Active)**

Electronically signed by: **Interface, Pyxis Dispense on 10/28/21 1004** Status: **Active**
Ordering user: Interface, Pyxis Dispense 10/28/21 1004 Ordering mode: Standard
Frequency: 10/28/21 1004 - Until Discontinued
Admin instructions: Schmidt, Nicole : cabinet override
Medication comments: Schmidt, Nicole : cabinet override
Package: 0409-1283-03

**fentanyl (Sublimaze) 50 mcg/mL injection *Pyxis Override* [251974097] (Active)**

Electronically signed by: **Interface, Pyxis Dispense on 10/28/21 1024** Status: **Active**
Ordering user: Interface, Pyxis Dispense 10/28/21 1024 Ordering mode: Standard
Frequency: 10/28/21 1024 - Until Discontinued
Admin instructions: Schmidt, Nicole : cabinet override
Medication comments: Schmidt, Nicole : cabinet override
Package: 0409-9093-09

**sodium chloride 0.9% IV solution [251901380] (Discontinued)**

Electronically signed by: **Karram, Mickey M., MD on 10/30/21 1320** Status: **Discontinued**
Mode: Ordering in Verbal with readback and verify mode
Communicated by: James, Shelly J., RN
Ordering user: James, Shelly J., RN 10/05/21 1552
Ordering provider: Karram, Mickey M., MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Verbal with readback and verify
Frequency: Routine Pre-Op Continuous 10/28/21 - 10/28/21 0951
Class: Normal
Released by: Becker, Melissa, RN 10/27/21 1334
Discontinued by: Autodiscontinue, Transfer 10/28/21 0951 [Patient Transfer]
Acknowledged: Oharra, Lauren M, RN 10/28/21 0640 for Placing Order Boeckman, Nicole, RN 10/28/21 1259 for D/C Order
Diagnoses
Rectocele [N81.6]
Admin instructions: Reduce rate to 50 ml/hr if diagnosis chronic renal failure
Package: 0990-7983-09
Status
Pritchard, Kathryn, Pharmacist 10/27/21 1336 (Start: 10/27/21 1445 to 10/28/21 0000)

**Indications**

Rectocele [N81.6 (ICD-10-CM)]

**cefazolin (Ancef) syringe for injection 2 g 20 mL [251901381] (Completed)**

Electronically signed by: **Karram, Mickey M., MD on 10/30/21 1320** Status: **Completed**
Mode: Ordering in Verbal with readback and verify mode
Communicated by: James, Shelly J., RN
Ordering user: James, Shelly J., RN 10/05/21 1552
Ordering provider: Karram, Mickey M., MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Verbal with readback and verify
Frequency: Routine Pre-Op Once 10/28/21 - 1 occurrence
Class: Normal
Indications of use: SURGICAL PROPHYLAXIS
Released by: Becker, Melissa, RN 10/27/21 1334
Acknowledged: Oharra, Lauren M, RN 10/28/21 0640 for Placing Order
Diagnoses
Rectocele [N81.6]
Admin instructions: REFRIGERATOR
Package: 66288-1300-1, 0990-7118-07
Status
Pritchard, Kathryn, Pharmacist 10/27/21 1336 (Start: 10/27/21 1334 to 10/28/21 0000)

**Indications**

Rectocele [N81.6 (ICD-10-CM)]

**ibuprofen (MOTRIN) 600 mg tablet [251951691] (Active)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0739** Status: **Active**
Ordering user: Levy, Deborah, MD 10/28/21 0739 Ordering provider: Levy, Deborah, MD

**Other Orders (group 1 of 3) (continued)**

Authorized by: Levy, Deborah, MD | Ordering mode: Standard
PRN reasons: Pain
Frequency: Routine Q6H PRN 10/28/21 - Until Discontinued | Class: Normal
Package: 67877-320-05

**acetaminophen (TYLENOL) 325 mg tablet [251951692] (Active)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0739** | Status: **Active**
Ordering user: Levy, Deborah, MD 10/28/21 0739 | Ordering provider: Levy, Deborah, MD
Authorized by: Levy, Deborah, MD | Ordering mode: Standard
PRN reasons: Pain
Frequency: Routine Q4H PRN 10/28/21 - Until Discontinued | Class: Normal

**polyethylene glycol (GLYCOLAX;MIRALAX) 17 gram/dose powder [251951693] (Active)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0739** | Status: **Active**
Ordering user: Levy, Deborah, MD 10/28/21 0739 | Ordering provider: Levy, Deborah, MD
Authorized by: Levy, Deborah, MD | Ordering mode: Standard
Frequency: Routine BID PRN 10/28/21 - Until Discontinued | Class: Normal
Package: 0536-1052-27

**senna-docusate (SENOKOT-S) 8.6-50 mg Tablet [251951694] (Active)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0739** | Status: **Active**
Ordering user: Levy, Deborah, MD 10/28/21 0739 | Ordering provider: Levy, Deborah, MD
Authorized by: Levy, Deborah, MD | Ordering mode: Standard
Frequency: Routine Daily PRN 10/28/21 - Until Discontinued | Class: Normal
Package: 0536-1248-10

**oxyCODONE 5 mg PO immediate release tablet [251951695] (Expired)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0739** | Status: **Expired**
Ordering user: Levy, Deborah, MD 10/28/21 0739 | Ordering provider: Levy, Deborah, MD
Authorized by: Levy, Deborah, MD | Ordering mode: Standard
PRN reasons: Pain
Frequency: Routine Q6H PRN 10/28/21 - 7 days | Class: Normal
Diagnoses
Postoperative state [Z98.890]
Package: 65162-047-10

**Indications**

Postoperative state [Z98.890 (ICD-10-CM)]

**acetaminophen (TYLENOL) tablet 1,000 mg [251952523] (Completed)**

Electronically signed by: **Powell, Stephen Michael, MD on 10/28/21 0753** | Status: **Completed**
Mode: Ordering in Telephone with readback and verify mode | Communicated by: Oharra, Lauren M, RN
Ordering user: Oharra, Lauren M, RN 10/28/21 0750 | Ordering provider: Powell, Stephen Michael, MD
Authorized by: Powell, Stephen Michael, MD | Ordering mode: Telephone with readback and verify
Frequency: Routine Pre-Op Once 10/28/21 0745 - 1 occurrence | Class: Normal
Acknowledged: Schmidt, Nicole, RN 10/28/21 0944 for Placing Order
Admin instructions: Do not exceed 4 grams of acetaminophen in 24 hours from all sources
Package: 50580-457-11

**dexamethasone (DECADRON) injection 4 mg [251952524] (Completed)**

Electronically signed by: **Powell, Stephen Michael, MD on 10/28/21 0753** | Status: **Completed**
Mode: Ordering in Telephone with readback and verify mode | Communicated by: Oharra, Lauren M, RN
Ordering user: Oharra, Lauren M, RN 10/28/21 0750 | Ordering provider: Powell, Stephen Michael, MD
Authorized by: Powell, Stephen Michael, MD | Ordering mode: Telephone with readback and verify
Frequency: Routine Pre-Op Once 10/28/21 0745 - 1 occurrence | Class: Normal
Acknowledged: Schmidt, Nicole, RN 10/28/21 0944 for Placing Order
Package: 67457-419-00

**famotidine (PEPCID) tablet 20 mg [251952525] (Completed)**

**Other Orders (group 1 of 3) (continued)**

Electronically signed by: **Powell, Stephen Michael, MD on 10/28/21 0753** Status: **Completed**
Mode: Ordering in Telephone with readback and verify mode
Communicated by: Oharra, Lauren M, RN
Ordering user: Oharra, Lauren M, RN 10/28/21 0750
Ordering provider: Powell, Stephen Michael, MD
Authorized by: Powell, Stephen Michael, MD
Ordering mode: Telephone with readback and verify
Frequency: Routine Pre-Op Once 10/28/21 0745 - 1 occurrence
Class: Normal
Acknowledged: Schmidt, Nicole, RN 10/28/21 0944 for Placing Order
Package: 50268-303-11

**midazolam (Versed) 1 mg/mL injection 2 mg [251952526] (Completed)**

Electronically signed by: **Powell, Stephen Michael, MD on 10/28/21 0753** Status: **Completed**
Mode: Ordering in Telephone with readback and verify mode
Communicated by: Oharra, Lauren M, RN
Ordering user: Oharra, Lauren M, RN 10/28/21 0750
Ordering provider: Powell, Stephen Michael, MD
Authorized by: Powell, Stephen Michael, MD
Ordering mode: Telephone with readback and verify
Frequency: Routine Pre-Op Once 10/28/21 0749 - 1 occurrence
Class: Normal
Acknowledged: Schmidt, Nicole, RN 10/28/21 0944 for Placing Order
Package: 72572-430-01

**lidocaine-epinephrine 1 %-1:100,000 injection [251961154] (Discontinued)**

Electronically signed by: **Wolf, Deborah R., RN on 10/28/21 0903** Status: **Discontinued**
Ordering user: Wolf, Deborah R., RN 10/28/21 0903
Ordering provider: Karram, Mickey M., MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Routine Intra-Op PRN 10/28/21 0828 - 10/28/21 0951
Class: Normal
Discontinued by: Autodiscontinue, Transfer 10/28/21 0951 [Patient Transfer]
Package: 63323-482-17

**sodium chloride 0.9% IV solution [251952873] (Discontinued)**

Electronically signed by: **Powell, Stephen Michael, MD on 10/28/21 0754** Status: **Discontinued**
Ordering user: Powell, Stephen Michael, MD 10/28/21 0754
Ordering provider: Powell, Stephen Michael, MD
Authorized by: Powell, Stephen Michael, MD
Ordering mode: Standard
Frequency: Routine PACU Continuous 10/28/21 1045 - 10/28/21 1255
Class: Normal
Released by: Schmidt, Nicole, RN 10/28/21 0944
Discontinued by: Autodiscontinue, Transfer 10/28/21 1255 [Patient Transfer]
Acknowledged: Schmidt, Nicole, RN 10/28/21 0944 for Placing Order Boeckman, Nicole, RN 10/28/21 1259 for D/C Order
Admin instructions: For Same Day Surgery Patients
Package: 0409-7983-09

**Hydromorphone (Dilaudid) 1 mg/mL injection Syrg 0.25 mg [251952874] (Discontinued)**

Electronically signed by: **Powell, Stephen Michael, MD on 10/28/21 0754** Status: **Discontinued**
Ordering user: Powell, Stephen Michael, MD 10/28/21 0754
Ordering provider: Powell, Stephen Michael, MD
Authorized by: Powell, Stephen Michael, MD
Ordering mode: Standard
PRN reasons: Other (enter comment)
PRN Comment: See Admin. Instructions. For Pain level 2-4
Frequency: Routine PACU PRN 10/28/21 0944 - 10/28/21 1255
Class: Normal
Released by: Schmidt, Nicole, RN 10/28/21 0944
Discontinued by: Autodiscontinue, Transfer 10/28/21 1255 [Patient Transfer]
Acknowledged: Schmidt, Nicole, RN 10/28/21 0944 for Placing Order Boeckman, Nicole, RN 10/28/21 1259 for D/C Order
Admin instructions: Look alike/ Sound alike.

First choice for pain PACU/SDS only.
Give every 5 minutes as needed.
Total MAX dose = 2 mg ( including the order for pain scale 5-10 )
Package: 0409-1283-03

**Hydromorphone (Dilaudid) 1 mg/mL injection Syrg 0.5 mg [251952875] (Discontinued)**

Electronically signed by: **Powell, Stephen Michael, MD on 10/28/21 0754** Status: **Discontinued**
Ordering user: Powell, Stephen Michael, MD 10/28/21 0754
Ordering provider: Powell, Stephen Michael, MD
Authorized by: Powell, Stephen Michael, MD
Ordering mode: Standard
PRN reasons: Other (enter comment)

**Other Orders (group 1 of 3) (continued)**

PRN Comment: See Admin. Instructions, For pain level 5-10
Frequency: Routine PACU PRN 10/28/21 0944 - 10/28/21 1255 Class: Normal
Released by: Schmidt, Nicole, RN 10/28/21 0944 Discontinued by: Autodiscontinue, Transfer 10/28/21 1255 [Patient Transfer]
Acknowledged: Schmidt, Nicole, RN 10/28/21 0944 for Placing Order Boeckman, Nicole, RN 10/28/21 1259 for D/C Order
Admin instructions: Look alike/ Sound alike.

First choice for pain PACU/SDS only.
Give every 5 minutes as needed.
Total MAX dose = 2 mg ( including the order for pain scale 2-4 )
Package: 0409-1283-03

**fentanyl (Sublimaze) 50 mcg/mL injection 25 mcg [251952876] (Discontinued)**

Electronically signed by: **Powell, Stephen Michael, MD on 10/28/21 0754** Status: **Discontinued**
Ordering user: Powell, Stephen Michael, MD 10/28/21 0754 Ordering provider: Powell, Stephen Michael, MD
Authorized by: Powell, Stephen Michael, MD Ordering mode: Standard
PRN reasons: Other (enter comment)
PRN Comment: See Administration Instructions
Frequency: Routine PACU PRN 10/28/21 0944 - 10/28/21 1255 Class: Normal
Released by: Schmidt, Nicole, RN 10/28/21 0944 Discontinued by: Autodiscontinue, Transfer 10/28/21 1255 [Patient Transfer]
Acknowledged: Schmidt, Nicole, RN 10/28/21 0944 for Placing Order Boeckman, Nicole, RN 10/28/21 1259 for D/C Order
Admin instructions: Second choice for pain PACU/SDS only.
For pain scale 4-10 give q5min for a maximum of 100 mcg.
Package: 0641-6027-01

**ondansetron (PF) (ZOFRAN) injection 4 mg [251952877] (Discontinued)**

Electronically signed by: **Powell, Stephen Michael, MD on 10/28/21 0754** Status: **Discontinued**
Ordering user: Powell, Stephen Michael, MD 10/28/21 0754 Ordering provider: Powell, Stephen Michael, MD
Authorized by: Powell, Stephen Michael, MD Ordering mode: Standard
Frequency: Routine PACU Multiple 10/28/21 0944 - 2 occurrences Class: Normal
Released by: Schmidt, Nicole, RN 10/28/21 0944 Discontinued by: Autodiscontinue, Transfer 10/28/21 1255 [Patient Transfer]
Acknowledged: Schmidt, Nicole, RN 10/28/21 0944 for Placing Order Boeckman, Nicole, RN 10/28/21 1259 for D/C Order
Admin instructions: PACU/SDS only.
May repeat in 4 hours for a total of 2 doses.
Package: 67457-440-22

**sodium chloride 0.9% IV solution [251966833] (Expired)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941** Status: **Expired**
Ordering user: Levy, Deborah, MD 10/28/21 0941 Ordering provider: Levy, Deborah, MD
Authorized by: Levy, Deborah, MD Ordering mode: Standard
Frequency: Routine Continuous 10/28/21 1045 - 24 hours Class: Normal
Released by: Schmidt, Nicole, RN 10/28/21 0944
Acknowledged: Schmidt, Nicole, RN 10/28/21 0944 for Placing Order
Package: 0990-7983-09

**promethazine (PHENERGAN) injection 6.25 mg [251966819] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941** Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941 Ordering provider: Levy, Deborah, MD
Authorized by: Levy, Deborah, MD Ordering mode: Standard
PRN reasons: Nausea
Frequency: Routine Q6H PRN 10/28/21 1259 - 10/29/21 1654 Class: Normal
Released by: Ditmore, Samantha, RN 10/28/21 1259 Discontinued by: Autodiscontinue, Discharge 10/29/21 1654 [Patient Discharge]
Acknowledged: Ditmore, Samantha, RN 10/28/21 1259 for Placing Order
Admin instructions: IV push requires diultion with 10 mL normal saline.
*IRRITANT*
Package: 0641-0928-25

**Other Orders (group 1 of 3) (continued)**

**acetaminophen (TYLENOL) tablet 650 mg [251966820] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941** Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941 Ordering provider: Levy, Deborah, MD
Authorized by: Levy, Deborah, MD Ordering mode: Standard
Frequency: Routine Q6H 10/28/21 1400 - 10/29/21 1654 Class: Normal
Released by: Ditmore, Samantha, RN 10/28/21 1259 Discontinued by: Autodiscontinue, Discharge 10/29/21 1654 [Patient Discharge]
Acknowledged: Ditmore, Samantha, RN 10/28/21 1259 for Placing Order
Admin instructions: Do not exceed 4 grams of acetaminophen in 24 hours from all sources
Package: 0904-6773-61

**acetaminophen (TYLENOL) suppository 650 mg [251966821] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941** Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941 Ordering provider: Levy, Deborah, MD
Authorized by: Levy, Deborah, MD Ordering mode: Standard
PRN reasons: Fever Headaches
Frequency: Routine Q4H PRN 10/28/21 1259 - 10/29/21 1654 Class: Normal
Released by: Ditmore, Samantha, RN 10/28/21 1259 Discontinued by: Autodiscontinue, Discharge 10/29/21 1654 [Patient Discharge]
Acknowledged: Ditmore, Samantha, RN 10/28/21 1259 for Placing Order
Admin instructions: Do not exceed 4 grams of acetaminophen in 24 hours from all sources
Package: 0713-0165-50

**ibuprofen (MOTRIN) tablet 600 mg [251966822] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941** Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941 Ordering provider: Levy, Deborah, MD
Authorized by: Levy, Deborah, MD Ordering mode: Standard
Frequency: Routine Q6H 10/29/21 0400 - 10/29/21 1654 Class: Normal
Released by: Ditmore, Samantha, RN 10/28/21 1259 Discontinued by: Autodiscontinue, Discharge 10/29/21 1654 [Patient Discharge]
Acknowledged: Ditmore, Samantha, RN 10/28/21 1259 for Placing Order
Package: 67877-320-05

**bisacodyL (DULCOLAX) suppository 10 mg [251966823] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941** Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941 Ordering provider: Levy, Deborah, MD
Authorized by: Levy, Deborah, MD Ordering mode: Standard
PRN reasons: Constipation
Frequency: Routine Q6H PRN 10/29/21 0800 - 10/29/21 1654 Class: Normal
Released by: Ditmore, Samantha, RN 10/28/21 1259 Discontinued by: Autodiscontinue, Discharge 10/29/21 1654 [Patient Discharge]
Acknowledged: Ditmore, Samantha, RN 10/28/21 1259 for Placing Order
Package: 0904-5058-12

**simethicone (MYLICON) chewable tablet 80 mg [251966824] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941** Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941 Ordering provider: Levy, Deborah, MD
Authorized by: Levy, Deborah, MD Ordering mode: Standard
PRN reasons: Cramping
Frequency: Routine Q6H PRN 10/29/21 0800 - 10/29/21 1654 Class: Normal
Released by: Ditmore, Samantha, RN 10/28/21 1259 Discontinued by: Autodiscontinue, Discharge 10/29/21 1654 [Patient Discharge]
Acknowledged: Ditmore, Samantha, RN 10/28/21 1259 for Placing Order
Package: 54738-518-01

**temazepam (RESTORIL) capsule 15 mg [251966825] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941** Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941 Ordering provider: Levy, Deborah, MD
Authorized by: Levy, Deborah, MD Ordering mode: Standard
PRN reasons: Sleep

**Other Orders (group 1 of 3) (continued)**

Frequency: Routine QHS PRN 10/29/21 2100 - 10/29/21 1654
Class: Normal
Released by: Ditmore, Samantha, RN 10/28/21 1259
Discontinued by: Autodiscontinue, Discharge 10/29/21 1654 [Patient Discharge]
Acknowledged: Ditmore, Samantha, RN 10/28/21 1259 for Placing Order
Package: 0228-2076-10

**magnesium hydroxide (MILK OF MAGNESIA) 400 mg/5 mL (new strength)suspension 30 mL [251966826] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941**
Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Levy, Deborah, MD
Ordering mode: Standard
PRN reasons: Constipation Heartburn
Frequency: Routine Q12H PRN 10/28/21 1259 - 10/29/21 1654
Class: Normal
Released by: Ditmore, Samantha, RN 10/28/21 1259
Discontinued by: Autodiscontinue, Discharge 10/29/21 1654 [Patient Discharge]
Acknowledged: Ditmore, Samantha, RN 10/28/21 1259 for Placing Order
Admin instructions: Shake well
Package: 66689-053-99

**morphine 4 mg/mL injection 4 mg [251966834] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941**
Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Levy, Deborah, MD
Ordering mode: Standard
PRN reasons: Severe Pain Intensity (7-10)
Frequency: Routine Q3H PRN 10/28/21 1259 - 10/29/21 1654
Class: Normal
Released by: Ditmore, Samantha, RN 10/28/21 1259
Discontinued by: Autodiscontinue, Discharge 10/29/21 1654 [Patient Discharge]
Acknowledged: Ditmore, Samantha, RN 10/28/21 1259 for Placing Order
Admin instructions: Look-Alike, Sound-Alike Medication
Package: 0641-6125-01

**famotidine (PF) (PEPCID) injection 20 mg [251966835] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941**
Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Levy, Deborah, MD
Ordering mode: Standard
PRN reasons: Other (enter comment)
PRN Comment: GERD
Frequency: Routine BID PRN 10/28/21 1259 - 10/29/21 1654
Class: Normal
Released by: Ditmore, Samantha, RN 10/28/21 1259
Discontinued by: Autodiscontinue, Discharge 10/29/21 1654 [Patient Discharge]
Acknowledged: Ditmore, Samantha, RN 10/28/21 1259 for Placing Order
Admin instructions: If both IVP and PO ordered
Give either the IVP dose or the PO dose as one administration not both
Package: 0641-6022-01

**heparin (porcine) injection 5,000 Units [251966832] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941**
Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Levy, Deborah, MD
Ordering mode: Standard
Frequency: Routine Q12H 10/29/21 0900 - 10/29/21 1654
Class: Normal
Released by: Ditmore, Samantha, RN 10/28/21 1259
Discontinued by: Autodiscontinue, Discharge 10/29/21 1654 [Patient Discharge]
Acknowledged: Ditmore, Samantha, RN 10/28/21 1259 for Placing Order
Admin instructions: HIGH ALERT MEDICATION - All IVP Doses
Package: 25021-402-01

**polyethylene glycol (GLYCOLAX) packet 17 g [251966836] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941**
Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Levy, Deborah, MD
Ordering mode: Standard
Frequency: Routine BID 10/28/21 2100 - 10/29/21 1654
Class: Normal

**Other Orders (group 1 of 3) (continued)**

Released by: Ditmore, Samantha, RN 10/28/21 1259
Discontinued by: Autodiscontinue, Discharge 10/29/21 1654 [Patient Discharge]
Acknowledged: Ditmore, Samantha, RN 10/28/21 1259 for Placing Order
Package: 11523-7234-1

**oxyCODONE (ROXICODONE) immediate release tablet 5-10 mg [251966837] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941**
Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Levy, Deborah, MD
Ordering mode: Standard
PRN reasons: Severe Pain Intensity (7-10)
Frequency: Routine Q4H PRN 10/28/21 1259 - 10/29/21 1654
Class: Normal
Released by: Ditmore, Samantha, RN 10/28/21 1259
Discontinued by: Autodiscontinue, Discharge 10/29/21 1654 [Patient Discharge]
Acknowledged: Ditmore, Samantha, RN 10/28/21 1259 for Placing Order
Package: 0904-6966-61

**diphenhydrAMINE (Benadryl) 50 mg/mL injection 25-50 mg [251996000] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 1350**
Status: **Discontinued**
Mode: Ordering in Telephone with readback and verify mode
Communicated by: Boeckman, Nicole, RN
Ordering user: Boeckman, Nicole, RN 10/28/21 1316
Ordering provider: Levy, Deborah, MD
Authorized by: Levy, Deborah, MD
Ordering mode: Telephone with readback and verify
PRN reasons: Itching Allergies
Frequency: Routine Q6H PRN 10/28/21 1315 - 10/29/21 1654
Class: Normal
Discontinued by: Autodiscontinue, Discharge 10/29/21 1654 [Patient Discharge]
Acknowledged: Boeckman, Nicole, RN 10/28/21 1316 for Placing Order
Package: 0641-0376-21

**tiZANidine (ZANAFLEX) tablet 4 mg [252039246] (Discontinued)**

Electronically signed by: **Dysart, Suzanne, MD on 10/29/21 0244**
Status: **Discontinued**
Ordering user: Dysart, Suzanne, MD 10/29/21 0244
Ordering provider: Dysart, Suzanne, MD
Authorized by: Dysart, Suzanne, MD
Ordering mode: Standard
PRN reasons: muscle spasm
Frequency: Routine TID PRN 10/29/21 0237 - 10/29/21 1654
Class: Normal
Discontinued by: Autodiscontinue, Discharge 10/29/21 1654 [Patient Discharge]
Acknowledged: Huitger, Andrew V., RN 10/29/21 0244 for Placing Order
Admin instructions: OP SIG:Take 4 mg by mouth 3 times daily as needed.
Package: 0904-6418-61
Reordered from: tiZANidine (ZANAFLEX) 4 mg tablet

**pregabalin (LYRICA) capsule 100 mg [252039247] (Discontinued)**

Electronically signed by: **Dysart, Suzanne, MD on 10/29/21 0244**
Status: **Discontinued**
Ordering user: Dysart, Suzanne, MD 10/29/21 0244
Ordering provider: Dysart, Suzanne, MD
Authorized by: Dysart, Suzanne, MD
Ordering mode: Standard
Additional signing events
Electronically signed by Dysart, Suzanne, MD 11/05/21 1732, for Discontinuing in Telephone with readback and verify mode, Communicator - Huitger, Andrew V., RN
Frequency: Routine TID 10/29/21 0900 - 10/29/21 0251
Class: Normal
Discontinued by: Huitger, Andrew V., RN 10/29/21 0251
Acknowledged: Huitger, Andrew V., RN 10/29/21 0244 for Placing Order Huitger, Andrew V., RN 10/29/21 0251 for D/C Order
Admin instructions: OP SIG:Take 100 mg by mouth 3 times daily.
Package: 60687-506-11
Reordered from: pregabalin (LYRICA) 100 mg Capsule

**pregabalin (LYRICA) capsule 100 mg [252039267] (Discontinued)**

Electronically signed by: **Dysart, Suzanne, MD on 11/05/21 1732**
Status: **Discontinued**
Mode: Ordering in Telephone with readback and verify mode
Communicated by: Huitger, Andrew V., RN
Ordering user: Huitger, Andrew V., RN 10/29/21 0251
Ordering provider: Dysart, Suzanne, MD
Authorized by: Dysart, Suzanne, MD
Ordering mode: Telephone with readback and verify
Frequency: Routine TID 10/29/21 0300 - 10/29/21 1654
Class: Normal
Discontinued by: Autodiscontinue, Discharge 10/29/21 1654 [Patient Discharge]

Acknowledged: Huitger, Andrew V., RN 10/29/21 0251 for Placing Order
Admin instructions: OP SIG:Take 100 mg by mouth 3 times daily.
Package: 0904-7001-61
Status
Cummins, Roger W., Pharmacist 10/29/21 0253 (Start: 10/29/21 0400 to 10/29/21 0300)
Modified from: pregabalin (LYRICA) capsule 100 mg

**phenazopyridine (PYRIDIUM) tablet 200 mg [252043384] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/29/21 0653** Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/29/21 0653
Ordering provider: Levy, Deborah, MD
Authorized by: Levy, Deborah, MD
Ordering mode: Standard
Frequency: Routine TID with meals 10/29/21 0652 - 10/29/21 1654
Class: Normal
Discontinued by: Autodiscontinue, Discharge 10/29/21 1654 [Patient Discharge]
Acknowledged: Matacia, Emily, RN 10/29/21 0715 for Placing Order
Package: 42192-801-01

**phenazopyridine (PYRIDIUM) 200 mg tablet [252043393] (Expired)**

Electronically signed by: **Levy, Deborah, MD on 10/29/21 0653** Status: **Expired**
Ordering user: Levy, Deborah, MD 10/29/21 0653
Ordering provider: Levy, Deborah, MD
Authorized by: Levy, Deborah, MD
Ordering mode: Standard
Frequency: Routine TID with meals 10/29/21 - 3 days
Class: Normal
Package: 75826-115-10
Reordered from: phenazopyridine (PYRIDIUM) tablet 200 mg

**Other Orders (group 2 of 3)**

**Nursing**

**NURSING COMMUNICATION [251822650] (Completed)**

Electronically signed by: **Karram, Mickey M., MD on 10/30/21 1320** Status: **Completed**
Mode: Ordering in Verbal with readback and verify mode
Ordering user: James, Shelly J., RN 10/05/21 1552
Authorized by: Karram, Mickey M., MD
Frequency: Routine Pre-Op Once 10/26/21 1540 - 1 occurrence
Quantity: 1
Communicated by: James, Shelly J., RN
Ordering provider: Karram, Mickey M., MD
Ordering mode: Verbal with readback and verify
Class: Hospital Performed
Instance released by: Cullen, Cheryl S., RN (auto-released) 10/26/2021 3:36 PM
Order comments: Urine pregnancy (Beta HCG if patient unable to void) day of surgery, or documented serum HCG within 7 days prior to surgery, unless specified per the physician.

**NURSING COMMUNICATION [251822651] (Completed)**

Electronically signed by: **Karram, Mickey M., MD on 10/30/21 1320** Status: **Completed**
Mode: Ordering in Verbal with readback and verify mode
Ordering user: James, Shelly J., RN 10/05/21 1552
Authorized by: Karram, Mickey M., MD
Frequency: Routine 1 Time 10/26/21 1540 - 1 occurrence
Quantity: 1
Communicated by: James, Shelly J., RN
Ordering provider: Karram, Mickey M., MD
Ordering mode: Verbal with readback and verify
Class: Hospital Performed
Instance released by: Cullen, Cheryl S., RN (auto-released) 10/26/2021 3:36 PM

**NURSING COMMUNICATION [251822652] (Completed)**

Electronically signed by: **Karram, Mickey M., MD on 10/30/21 1320** Status: **Completed**
Mode: Ordering in Verbal with readback and verify mode
Ordering user: James, Shelly J., RN 10/05/21 1552
Authorized by: Karram, Mickey M., MD
Frequency: Routine Pre-Op Once 10/26/21 1540 - 1 occurrence
Quantity: 1
Communicated by: James, Shelly J., RN
Ordering provider: Karram, Mickey M., MD
Ordering mode: Verbal with readback and verify
Class: Hospital Performed
Instance released by: Cullen, Cheryl S., RN (auto-released) 10/26/2021 3:36 PM

**NURSING COMMUNICATION [251822653] (Completed)**

Electronically signed by: **Karram, Mickey M., MD on 10/30/21 1320** Status: **Completed**
Mode: Ordering in Verbal with readback and verify mode
Ordering user: James, Shelly J., RN 10/05/21 1552
Authorized by: Karram, Mickey M., MD
Frequency: Routine Pre-Op Once 10/26/21 1540 - 1 occurrence
Quantity: 1
Communicated by: James, Shelly J., RN
Ordering provider: Karram, Mickey M., MD
Ordering mode: Verbal with readback and verify
Class: Hospital Performed
Instance released by: Cullen, Cheryl S., RN (auto-released) 10/26/2021 3:36 PM

**NURSING COMMUNICATION [251822654] (Completed)**

Electronically signed by: **Karram, Mickey M., MD on 10/30/21 1320** Status: **Completed**
Mode: Ordering in Verbal with readback and verify mode
Ordering user: James, Shelly J., RN 10/05/21 1552
Authorized by: Karram, Mickey M., MD
Frequency: Routine Pre-Op Once 10/26/21 1540 - 1 occurrence
Quantity: 1
Communicated by: James, Shelly J., RN
Ordering provider: Karram, Mickey M., MD
Ordering mode: Verbal with readback and verify
Class: Hospital Performed
Instance released by: Cullen, Cheryl S., RN (auto-released) 10/26/2021 3:36 PM

**NURSING TREATMENT (SPECIFY) [251947205] (Discontinued)**

Electronically signed by: **Karram, Mickey M., MD on 10/30/21 1320** Status: **Discontinued**
Mode: Ordering in Verbal with readback and verify mode
Ordering user: James, Shelly J., RN 10/05/21 1552
Authorized by: Karram, Mickey M., MD
Frequency: Pre-Op Pre-Op Once 10/28/21 0615 - 1 occurrence
Quantity: 1
Communicated by: James, Shelly J., RN
Ordering provider: Karram, Mickey M., MD
Ordering mode: Verbal with readback and verify
Class: Hospital Performed
Instance released by: Hudgins, Tracy, RN (auto-released) 10/28/2021 6:12 AM
Discontinued by: Autodiscontinue, Transfer 10/28/21 0951 [Patient Transfer]

**MAINTAIN SEQUENTIAL COMPRESSION DEVICE [251947206] (Discontinued)**

**Other Orders (group 2 of 3) (continued)**

Electronically signed by: **Karram, Mickey M., MD on 10/30/21 1320** Status: **Discontinued**
Mode: Ordering in Verbal with readback and verify mode
Communicated by: James, Shelly J., RN
Ordering user: James, Shelly J., RN 10/05/21 1552
Ordering provider: Karram, Mickey M., MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Verbal with readback and verify
Frequency: Routine Until D/C 10/28/21 0615 - Until Specified
Class: Hospital Performed
Quantity: 1
Instance released by: Hudgins, Tracy, RN (auto-released) 10/28/2021 6:12 AM
Discontinued by: Autodiscontinue, Transfer 10/28/21 0951 [Patient Transfer]

**Questionnaire**

| Question | Answer |
|---|---|
| Laterality: | Bilateral |
| Height: | Knee |

**NURSING COMMUNICATION [251967287] (Discontinued)**

Electronically signed by: **Powell, Stephen Michael, MD on 10/28/21 0754** Status: **Discontinued**
Ordering user: Powell, Stephen Michael, MD 10/28/21 0754
Ordering provider: Powell, Stephen Michael, MD
Authorized by: Powell, Stephen Michael, MD
Ordering mode: Standard
Frequency: Routine 1 Time 10/28/21 0945 - 1 occurrence
Class: Hospital Performed
Quantity: 1
Instance released by: Schmidt, Nicole, RN (auto-released) 10/28/2021 9:44 AM
Discontinued by: Autodiscontinue, Transfer 10/28/21 1255 [Patient Transfer]

**NURSING TREATMENT (SPECIFY) [251967288] (Discontinued)**

Electronically signed by: **Powell, Stephen Michael, MD on 10/28/21 0754** Status: **Discontinued**
Ordering user: Powell, Stephen Michael, MD 10/28/21 0754
Ordering provider: Powell, Stephen Michael, MD
Authorized by: Powell, Stephen Michael, MD
Ordering mode: Standard
Frequency: Routine PACU Once 10/28/21 0945 - 1 occurrence
Class: Hospital Performed
Quantity: 1
Instance released by: Schmidt, Nicole, RN (auto-released) 10/28/2021 9:44 AM
Discontinued by: Autodiscontinue, Transfer 10/28/21 1255 [Patient Transfer]

**NOTIFY PHYSICIAN (SPECIFY) [251967289] (Discontinued)**

Electronically signed by: **Powell, Stephen Michael, MD on 10/28/21 0754** Status: **Discontinued**
Ordering user: Powell, Stephen Michael, MD 10/28/21 0754
Ordering provider: Powell, Stephen Michael, MD
Authorized by: Powell, Stephen Michael, MD
Ordering mode: Standard
Frequency: Routine PACU Continuous 10/28/21 0945 - Until Specified
Class: Hospital Performed
Quantity: 1
Instance released by: Schmidt, Nicole, RN (auto-released) 10/28/2021 9:44 AM
Discontinued by: Autodiscontinue, Transfer 10/28/21 1255 [Patient Transfer]

**O2 PER NASAL CANNULA [251952870] (Discontinued)**

Electronically signed by: **Powell, Stephen Michael, MD on 10/28/21 0754** Status: **Discontinued**
Ordering user: Powell, Stephen Michael, MD 10/28/21 0754
Ordering provider: Powell, Stephen Michael, MD
Authorized by: Powell, Stephen Michael, MD
Ordering mode: Standard
Frequency: Routine PACU PRN ONCE 10/28/21 0944 - Until Specified
Class: Hospital Performed
Quantity: 1
Released by: Schmidt, Nicole, RN 10/28/21 0944
Discontinued by: Autodiscontinue, Transfer 10/28/21 1255 [Patient Transfer]
Acknowledged: Schmidt, Nicole, RN 10/28/21 0944 for Placing Order Boeckman, Nicole, RN 10/28/21 1259 for D/C Order

**Questionnaire**

| Question | Answer |
|---|---|
| Liters per minute: | 2 |

Order comments: If RA SaOx less than 90, notify anesthesiologist and maintain 2 L/min until AM

**NURSING COMMUNICATION [251967324] (Discontinued)**

Electronically signed by: **Powell, Stephen Michael, MD on 10/28/21 0754** Status: **Discontinued**

**Other Orders (group 2 of 3) (continued)**

Ordering user: Powell, Stephen Michael, MD 10/28/21 0754
Ordering provider: Powell, Stephen Michael, MD
Authorized by: Powell, Stephen Michael, MD
Ordering mode: Standard
Frequency: Routine 1 Time 10/28/21 0945 - 1 occurrence
Class: Hospital Performed
Quantity: 1
Instance released by: Schmidt, Nicole, RN (auto-released) 10/28/2021 9:44 AM
Discontinued by: Autodiscontinue, Discharge 10/29/21 1659 [Patient Discharge]

**STRAIGHT CATH [251966779] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941**
Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Routine PRN 10/29/21 - 1 occurrence
Class: Hospital Performed
Quantity: 1
Released by: Ditmore, Samantha, RN 10/28/21 1259
Discontinued by: Autodiscontinue, Discharge 10/29/21 1659 [Patient Discharge]
Acknowledged: Ditmore, Samantha, RN 10/28/21 1259 for Placing Order

**PULSE OXIMETRY SPOT CHECK [251966785] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941**
Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Routine PRN 10/28/21 1259 - Until Specified
Class: Hospital Performed
Quantity: 1
Released by: Ditmore, Samantha, RN 10/28/21 1259
Discontinued by: Autodiscontinue, Discharge 10/29/21 1659 [Patient Discharge]
Acknowledged: Ditmore, Samantha, RN 10/28/21 1259 for Placing Order

**NURSING ACTIVITY (SPECIFY) [251966788] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941**
Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Routine PRN 10/29/21 - Until Specified
Class: Hospital Performed
Quantity: 1
Released by: Ditmore, Samantha, RN 10/28/21 1259
Discontinued by: Autodiscontinue, Discharge 10/29/21 1659 [Patient Discharge]
Acknowledged: Ditmore, Samantha, RN 10/28/21 1259 for Placing Order

**NOTIFY PHYSICIAN (SPECIFY) [251994235] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941**
Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Routine 1 Time 10/28/21 1300 - 1 occurrence
Class: Hospital Performed
Quantity: 1
Instance released by: Ditmore, Samantha, RN (auto-released) 10/28/2021 12:59 PM
Discontinued by: Autodiscontinue, Discharge 10/29/21 1659 [Patient Discharge]

**VITAL SIGNS [251994236] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941**
Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Routine Now then Q4H 10/28/21 1300 - 5 occurrences
Class: Hospital Performed
Quantity: 1
Instance released by: Ditmore, Samantha, RN (auto-released) 10/28/2021 12:59 PM
Discontinued by: Autodiscontinue, Discharge 10/29/21 1659 [Patient Discharge]

**CHECK TEMPERATURE [251994240] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941**
Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Routine Continuous 10/28/21 1300 - Until Specified
Class: Hospital Performed
Quantity: 1
Instance released by: Ditmore, Samantha, RN (auto-released) 10/28/2021 12:59 PM

**Other Orders (group 2 of 3) (continued)**

Discontinued by: Autodiscontinue, Discharge 10/29/21 1659 [Patient Discharge]

**NURSING ACTIVITY (SPECIFY) [251994241] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941** Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Routine Until D/C 10/28/21 1300 - Until Specified
Class: Hospital Performed
Quantity: 1
Instance released by: Ditmore, Samantha, RN (auto-released) 10/28/2021 12:59 PM
Discontinued by: Autodiscontinue, Discharge 10/29/21 1659 [Patient Discharge]
Order comments: Vaginal Bleeding Protocol

**OXYGEN TITRATION PROTOCOL [251994242] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941** Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Routine Until D/C 10/28/21 1300 - Until Specified
Class: Hospital Performed
Quantity: 1
Instance released by: Ditmore, Samantha, RN (auto-released) 10/28/2021 12:59 PM
Discontinued by: Autodiscontinue, Discharge 10/29/21 1659 [Patient Discharge]

**DRAIN CARE [251994243] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941** Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Routine Now then Q4H 10/28/21 1300 - 5 occurrences
Class: Hospital Performed
Quantity: 1
Instance released by: Ditmore, Samantha, RN (auto-released) 10/28/2021 12:59 PM
Discontinued by: Autodiscontinue, Discharge 10/29/21 1659 [Patient Discharge]
Order comments: If present

**FOLEY/UROLOGY CARE [251994244] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941** Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Routine Until D/C 10/28/21 1300 - Until Specified
Class: Hospital Performed
Quantity: 1
Instance released by: Ditmore, Samantha, RN (auto-released) 10/28/2021 12:59 PM
Discontinued by: Autodiscontinue, Discharge 10/29/21 1659 [Patient Discharge]

**NURSING ACTIVITY (SPECIFY) [251994245] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941** Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Routine Until D/C 10/28/21 1300 - Until Specified
Class: Hospital Performed
Quantity: 1
Instance released by: Ditmore, Samantha, RN (auto-released) 10/28/2021 12:59 PM
Discontinued by: Autodiscontinue, Discharge 10/29/21 1659 [Patient Discharge]
Order comments: Start after 8 am (per protocol)

**INTAKE AND OUTPUT [251994246] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941** Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Routine Now Then Q2H 10/28/21 1300 - 4 occurrences
Class: Hospital Performed
Quantity: 1
Instance released by: Ditmore, Samantha, RN (auto-released) 10/28/2021 12:59 PM
Discontinued by: Autodiscontinue, Discharge 10/29/21 1659 [Patient Discharge]

**TURN COUGH DEEP BREATHE [251994247] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941** Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Routine Now Then Q2H 10/28/21 1300 - 1 day
Class: Hospital Performed
Quantity: 1
Instance released by: Ditmore, Samantha, RN (auto-released) 10/28/2021 12:59 PM
Discontinued by: Autodiscontinue, Discharge 10/29/21 1659 [Patient Discharge]

**NURSING ACTIVITY (SPECIFY) [251994248] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941** Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Routine Until D/C 10/28/21 1300 - Until Specified
Class: Hospital Performed
Quantity: 1
Instance released by: Ditmore, Samantha, RN (auto-released) 10/28/2021 12:59 PM
Discontinued by: Autodiscontinue, Discharge 10/29/21 1659 [Patient Discharge]
Order comments: IS every 2 hours if TEMP

**INCENTIVE SPIROMETRY NURSING [251994249] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941** Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Routine Now Then Q2H 10/28/21 1300 - Until Specified
Class: Hospital Performed
Quantity: 1
Instance released by: Ditmore, Samantha, RN (auto-released) 10/28/2021 12:59 PM
Discontinued by: Autodiscontinue, Discharge 10/29/21 1659 [Patient Discharge]

**DRESSING CHANGE PER PROTOCOL [251994250] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941** Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Routine Until D/C 10/28/21 1300 - Until Specified
Class: Hospital Performed
Quantity: 1
Instance released by: Ditmore, Samantha, RN (auto-released) 10/28/2021 12:59 PM
Discontinued by: Autodiscontinue, Discharge 10/29/21 1659 [Patient Discharge]

**PERINEAL CARE [251994251] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941** Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Routine Until D/C 10/28/21 1300 - Until Specified
Class: Hospital Performed
Quantity: 1
Instance released by: Ditmore, Samantha, RN (auto-released) 10/28/2021 12:59 PM
Discontinued by: Autodiscontinue, Discharge 10/29/21 1659 [Patient Discharge]

**ADVANCE DIET AS TOLERATED [251994252] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941** Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Routine Until D/C 10/28/21 1300 - Until Specified
Class: Hospital Performed
Quantity: 1
Instance released by: Ditmore, Samantha, RN (auto-released) 10/28/2021 12:59 PM
Discontinued by: Autodiscontinue, Discharge 10/29/21 1659 [Patient Discharge]

**ICE CHIPS [251994255] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941** Status: **Discontinued**

## 10/28/2021 - Admission (Discharged) in GENERAL SURGERY UNIT (continued)

**Other Orders (group 2 of 3) (continued)**

Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Routine Until D/C 10/28/21 1300 - Until Specified
Class: Hospital Performed
Quantity: 1
Instance released by: Ditmore, Samantha, RN (auto-released) 10/28/2021 12:59 PM
Discontinued by: Autodiscontinue, Discharge 10/29/21 1659 [Patient Discharge]
Order comments: PRN

**UP IN CHAIR [251994256] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941**
Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Routine 1 Time 10/28/21 1300 - 1 occurrence
Class: Hospital Performed
Quantity: 1
Instance released by: Ditmore, Samantha, RN (auto-released) 10/28/2021 12:59 PM
Discontinued by: Autodiscontinue, Discharge 10/29/21 1659 [Patient Discharge]

**AMBULATE WITH ASSISTANCE [251994257] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941**
Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Routine Until D/C 10/29/21 - Until Specified
Class: Hospital Performed
Quantity: 1
Instance released by: Ditmore, Samantha, RN (auto-released) 10/28/2021 12:59 PM
Discontinued by: Autodiscontinue, Discharge 10/29/21 1659 [Patient Discharge]
Order comments: 0800

**PROGRESS AMBULATION [251994258] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941**
Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Routine Until D/C 10/29/21 - Until Specified
Class: Hospital Performed
Quantity: 1
Instance released by: Ditmore, Samantha, RN (auto-released) 10/28/2021 12:59 PM
Discontinued by: Autodiscontinue, Discharge 10/29/21 1659 [Patient Discharge]

**SHOWER [251994260] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941**
Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Routine Until D/C 10/29/21 - Until Specified
Class: Hospital Performed
Quantity: 1
Instance released by: Ditmore, Samantha, RN (auto-released) 10/28/2021 12:59 PM
Discontinued by: Autodiscontinue, Discharge 10/29/21 1659 [Patient Discharge]

**NURSING ACTIVITY (SPECIFY) [251994261] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941**
Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Routine Until D/C 10/28/21 1300 - Until Specified
Class: Hospital Performed
Quantity: 1
Instance released by: Ditmore, Samantha, RN (auto-released) 10/28/2021 12:59 PM
Discontinued by: Autodiscontinue, Discharge 10/29/21 1659 [Patient Discharge]

**NOTIFY PHYSICIAN (SPECIFY) [251994262] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941**
Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Routine Until D/C 10/28/21 1300 - Until Specified
Class: Hospital Performed
Quantity: 1
Instance released by: Ditmore, Samantha, RN (auto-released)

**Other Orders (group 2 of 3) (continued)**

10/28/2021 12:59 PM
Discontinued by: Autodiscontinue, Discharge 10/29/21 1659 [Patient Discharge]
Order comments: Temperature greater than 101

**NOTIFY PHYSICIAN (SPECIFY) [251994263] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941**
Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Routine Until D/C 10/28/21 1300 - Until Specified
Class: Hospital Performed
Quantity: 1
Instance released by: Ditmore, Samantha, RN (auto-released) 10/28/2021 12:59 PM
Discontinued by: Autodiscontinue, Discharge 10/29/21 1659 [Patient Discharge]

**NOTIFY PHYSICIAN (SPECIFY) [251994264] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941**
Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Routine Until D/C 10/28/21 1300 - Until Specified
Class: Hospital Performed
Quantity: 1
Instance released by: Ditmore, Samantha, RN (auto-released) 10/28/2021 12:59 PM
Discontinued by: Autodiscontinue, Discharge 10/29/21 1659 [Patient Discharge]

**NOTIFY PHYSICIAN (SPECIFY) [251994265] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941**
Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Routine Until D/C 10/28/21 1300 - Until Specified
Class: Hospital Performed
Quantity: 1
Instance released by: Ditmore, Samantha, RN (auto-released) 10/28/2021 12:59 PM
Discontinued by: Autodiscontinue, Discharge 10/29/21 1659 [Patient Discharge]

**NOTIFY PHYSICIAN (SPECIFY) [251994266] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941**
Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Routine Until D/C 10/28/21 1300 - Until Specified
Class: Hospital Performed
Quantity: 1
Instance released by: Ditmore, Samantha, RN (auto-released) 10/28/2021 12:59 PM
Discontinued by: Autodiscontinue, Discharge 10/29/21 1659 [Patient Discharge]

**NOTIFY PHYSICIAN (SPECIFY) [251994267] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941**
Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Routine Until D/C 10/28/21 1300 - Until Specified
Class: Hospital Performed
Quantity: 1
Instance released by: Ditmore, Samantha, RN (auto-released) 10/28/2021 12:59 PM
Discontinued by: Autodiscontinue, Discharge 10/29/21 1659 [Patient Discharge]

**NOTIFY PHYSICIAN (SPECIFY) [251994269] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941**
Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Routine Until D/C 10/28/21 1300 - Until Specified
Class: Hospital Performed
Quantity: 1
Instance released by: Ditmore, Samantha, RN (auto-released) 10/28/2021 12:59 PM
Discontinued by: Autodiscontinue, Discharge 10/29/21 1659 [Patient Discharge]

**MAINTAIN SEQUENTIAL COMPRESSION DEVICE [251994271] (Discontinued)**

**Other Orders (group 2 of 3) (continued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941** Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Routine Until D/C 10/28/21 1300 - Until Specified
Class: Hospital Performed
Quantity: 1
Instance released by: Ditmore, Samantha, RN (auto-released) 10/28/2021 12:59 PM
Discontinued by: Autodiscontinue, Discharge 10/29/21 1659 [Patient Discharge]

**Questionnaire**

| Question | Answer |
|---|---|
| Laterality: | Bilateral |
| Height: | Knee |

**VITAL SIGNS [252036277] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941** Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Routine Now Then Q8H 10/29/21 0800 - Until Specified
Class: Hospital Performed
Quantity: 1
Instance released by: Ditmore, Samantha, RN (auto-released) 10/29/2021 12:30 AM
Discontinued by: Autodiscontinue, Discharge 10/29/21 1659 [Patient Discharge]

**DRAIN CARE [252036281] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941** Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Routine Now Then Q8H 10/29/21 0800 - Until Specified
Class: Hospital Performed
Quantity: 1
Instance released by: Ditmore, Samantha, RN (auto-released) 10/29/2021 12:30 AM
Discontinued by: Autodiscontinue, Discharge 10/29/21 1659 [Patient Discharge]
Order comments: If present

**FOLEY CATHETER - DISCONTINUE [252036284] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941** Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Routine 1 Time 10/29/21 0800 - 1 occurrence
Class: Hospital Performed
Quantity: 1
Instance released by: Ditmore, Samantha, RN (auto-released) 10/29/2021 12:30 AM
Discontinued by: Autodiscontinue, Discharge 10/29/21 1659 [Patient Discharge]

**INITIATE VOIDING TRIAL [252036288] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941** Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Routine 1 Time 10/29/21 0500 - 1 occurrence
Class: Hospital Performed
Quantity: 1
Instance released by: Ditmore, Samantha, RN (auto-released) 10/29/2021 12:30 AM
Discontinued by: Autodiscontinue, Discharge 10/29/21 1659 [Patient Discharge]

**FILL BLADDER [252036291] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941** Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Routine 1 Time 10/29/21 0500 - 1 occurrence
Class: Hospital Performed
Quantity: 1
Instance released by: Ditmore, Samantha, RN (auto-released) 10/29/2021 12:30 AM
Discontinued by: Autodiscontinue, Discharge 10/29/21 1659 [Patient Discharge]

**Other Orders (group 2 of 3) (continued)**

**FOLEY CATHETER - DISCONTINUE [252036294] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941** Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Routine 1 Time 10/29/21 0500 - 1 occurrence
Class: Hospital Performed
Quantity: 1
Instance released by: Ditmore, Samantha, RN (auto-released) 10/29/2021 12:30 AM
Discontinued by: Autodiscontinue, Discharge 10/29/21 1659 [Patient Discharge]

**FOLEY CATHETER - DISCONTINUE [252036298] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941** Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Routine 1 Time 10/29/21 0500 - 1 occurrence
Class: Hospital Performed
Quantity: 1
Instance released by: Ditmore, Samantha, RN (auto-released) 10/29/2021 12:30 AM
Discontinued by: Autodiscontinue, Discharge 10/29/21 1659 [Patient Discharge]

**FOLEY CATHETER - DISCONTINUE [252036301] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941** Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Routine 1 Time 10/29/21 0500 - 1 occurrence
Class: Hospital Performed
Quantity: 1
Instance released by: Ditmore, Samantha, RN (auto-released) 10/29/2021 12:30 AM
Discontinued by: Autodiscontinue, Discharge 10/29/21 1659 [Patient Discharge]

**NURSING COMMUNICATION [252036302] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941** Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Routine 1 Time 10/29/21 0500 - 1 occurrence
Class: Hospital Performed
Quantity: 1
Instance released by: Ditmore, Samantha, RN (auto-released) 10/29/2021 12:30 AM
Discontinued by: Autodiscontinue, Discharge 10/29/21 1659 [Patient Discharge]

**NURSING COMMUNICATION [252036305] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941** Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Routine 1 Time 10/29/21 0500 - 1 occurrence
Class: Hospital Performed
Quantity: 1
Instance released by: Ditmore, Samantha, RN (auto-released) 10/29/2021 12:30 AM
Discontinued by: Autodiscontinue, Discharge 10/29/21 1659 [Patient Discharge]

**FOLEY CATHETER - DISCONTINUE [252036307] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941** Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Routine 1 Time 10/29/21 0500 - 1 occurrence
Class: Hospital Performed
Quantity: 1
Instance released by: Ditmore, Samantha, RN (auto-released) 10/29/2021 12:30 AM
Discontinued by: Autodiscontinue, Discharge 10/29/21 1659 [Patient Discharge]

**START DRAINAGE BAG [252036309] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941** Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard

**Other Orders (group 2 of 3) (continued)**

Frequency: Routine 1 Time 10/29/21 0500 - 1 occurrence
Quantity: 1
Class: Hospital Performed
Instance released by: Ditmore, Samantha, RN (auto-released) 10/29/2021 12:30 AM
Discontinued by: Autodiscontinue, Discharge 10/29/21 1659 [Patient Discharge]

**NURSING COMMUNICATION [252036310] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941**
Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Routine 1 Time 10/29/21 0500 - 1 occurrence
Class: Hospital Performed
Quantity: 1
Instance released by: Ditmore, Samantha, RN (auto-released) 10/29/2021 12:30 AM
Discontinued by: Autodiscontinue, Discharge 10/29/21 1659 [Patient Discharge]

**NURSING COMMUNICATION [252036312] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941**
Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Routine 1 Time 10/29/21 0500 - 1 occurrence
Class: Hospital Performed
Quantity: 1
Instance released by: Ditmore, Samantha, RN (auto-released) 10/29/2021 12:30 AM
Discontinued by: Autodiscontinue, Discharge 10/29/21 1659 [Patient Discharge]

**NOTIFY PHYSICIAN (SPECIFY) [252036313] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941**
Status: **Discontinued**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Routine 1 Time 10/29/21 0500 - 1 occurrence
Class: Hospital Performed
Quantity: 1
Instance released by: Ditmore, Samantha, RN (auto-released) 10/29/2021 12:30 AM
Discontinued by: Autodiscontinue, Discharge 10/29/21 1659 [Patient Discharge]
Order comments: Please contact urogyn fellow at 314-753-0744 if pt fails voiding trial so that appropriate outpatient follow up may be coordinated for patient! (do NOT epic message or call OB resident)

## 10/28/2021 - Admission (Discharged) in GENERAL SURGERY UNIT (continued)

**Other Orders (group 3 of 3)**

**PR Charge**

**PR NURSING ASSESSMENT/EVALUATN [251994237] (Active)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941** Status: **Active**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Today Now then Q4H 10/28/21 1300 - 5 occurrences
Class: Hospital Performed
Quantity: 1
Instance released by: Ditmore, Samantha, RN (auto-released) 10/28/2021 12:59 PM

**PR NURSING ASSESSMENT/EVALUATN [251994238] (Active)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941** Status: **Active**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Today Now then Q4H 10/28/21 1300 - 5 occurrences
Class: Hospital Performed
Quantity: 1
Instance released by: Ditmore, Samantha, RN (auto-released) 10/28/2021 12:59 PM

**PR NURSING ASSESSMENT/EVALUATN [251994239] (Active)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941** Status: **Active**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Today Now then Q4H 10/28/21 1300 - 5 occurrences
Class: Hospital Performed
Quantity: 1
Instance released by: Ditmore, Samantha, RN (auto-released) 10/28/2021 12:59 PM

**PR NURSING ASSESSMENT/EVALUATN [252036833] (Active)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941** Status: **Active**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Today Now then Q4H 10/28/21 1300 - 5 occurrences
Class: Hospital Performed
Quantity: 1
Instance released by: Ditmore, Samantha, RN (auto-released) 10/29/2021 12:35 AM

**PR NURSING ASSESSMENT/EVALUATN [252036834] (Active)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941** Status: **Active**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Today Now then Q4H 10/28/21 1300 - 5 occurrences
Class: Hospital Performed
Quantity: 1
Instance released by: Ditmore, Samantha, RN (auto-released) 10/29/2021 12:35 AM

**PR NURSING ASSESSMENT/EVALUATN [252036835] (Active)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941** Status: **Active**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Routine Now Then Q8H 10/29/21 0800 - Until Specified
Class: Hospital Performed
Quantity: 1
Instance released by: Ditmore, Samantha, RN (auto-released) 10/29/2021 12:35 AM

**PR NURSING ASSESSMENT/EVALUATN [252036836] (Active)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941** Status: **Active**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard

## 10/28/2021 - Admission (Discharged) in GENERAL SURGERY UNIT (continued)

**Other Orders (group 3 of 3) (continued)**

Frequency: Routine Now Then Q8H 10/29/21 0800 - Until Specified
Quantity: 1

Class: Hospital Performed

Instance released by: Ditmore, Samantha, RN (auto-released) 10/29/2021 12:35 AM

**PR NURSING ASSESSMENT/EVALUATN [252036837] (Active)**

Electronically signed by: **Levy, Deborah, MD on 10/28/21 0941** Status: **Active**
Ordering user: Levy, Deborah, MD 10/28/21 0941
Authorized by: Karram, Mickey M., MD
Frequency: Routine Now Then Q8H 10/29/21 0800 - Until Specified
Quantity: 1

Ordering provider: Levy, Deborah, MD
Ordering mode: Standard
Class: Hospital Performed

Instance released by: Ditmore, Samantha, RN (auto-released) 10/29/2021 12:35 AM

**Flowsheets**

**Assessment**

| Row Name | 10/29/21 0907 | 10/29/21 0906 | 10/29/21 0811 | 10/29/21 0754 | 10/29/21 0343 |
|---|---|---|---|---|---|
| Pain Assessment (VERBAL) Q Caregiver Change and PRN | | | | | |
| Patient Currently in Pain (Verbal & Non-Verbal) | Yes -EM at 10/29/21 0931 | Yes -EM at 10/29/21 0931 | — | — | Denies -AH at 10/29/21 0343 |
| Pain Location | Vaginal -EM at 10/29/21 0931 | — | Vaginal -JE at 10/29/21 0828 | — | — |
| Pain Laterality/Orientation | Laterality N/A;Inner -EM at 10/29/21 0931 | — | Laterality N/A -JE at 10/29/21 0828 | — | — |
| Pain Quality | Discomfort -EM at 10/29/21 0931 | — | Discomfort -JE at 10/29/21 0828 | — | — |
| Pain Intensity (Verbal) | Moderate Pain -EM at 10/29/21 0931 | — | Moderate Pain -JE at 10/29/21 0828 | — | No Pain -AH at 10/29/21 0343 |
| Here Is How I Can Help You With Your Pain | Pain Med (Scheduled);Pain Med (PRN-See eMAR) -EM at 10/29/21 0931 | — | — | — | — |
| Multiple Pain Sites | No -EM at 10/29/21 0931 | No -EM at 10/29/21 0931 | — | — | — |
| Patient's Pain Relief Goal (Admission & PRN) | no pain -EM at 10/29/21 0931 | no pain -EM at 10/29/21 0931 | — | — | — |
| Neurological | | | | | |
| Language | — | Appropriate for age;Clear -EM at 10/29/21 0936 | Appropriate for age;Clear -JE at 10/29/21 0828 | Appropriate for age;Clear -JE at 10/29/21 0755 | — |
| Neuro (WDL) | — | Within Defined Limits -EM at 10/29/21 0936 | Within Defined Limits -JE at 10/29/21 0828 | Within Defined Limits -JE at 10/29/21 0755 | — |
| Conscious Level (AVPU) | — | 0-Alert -EM at 10/29/21 0936 | 0-Alert -JE at 10/29/21 0828 | 0-Alert -JE at 10/29/21 0755 | — |
| Level of Consciousness | — | Eyes open spontaneously -EM at 10/29/21 0936 | Eyes open spontaneously -JE at 10/29/21 0828 | Eyes open spontaneously -JE at 10/29/21 0755 | — |
| Richmond Agitation Sedation Scale (RASS) | | | | | |
| RASS Score | — | Alert and calm -EM at 10/29/21 0936 | Alert and calm -JE at 10/29/21 0828 | — | — |
| Delirium-CAM | | | | | |
| Acute change or | — | NO -EM at 10/29/21 | NO -JE at 10/29/21 | — | — |

| | | | | | |
|---|---|---|---|---|---|
| fluctuating mental status: | | 0936 | 0828 | | |
| **HEENT** | | | | | |
| HEENT (WDL) | — | Within Defined Limits -EM at 10/29/21 0936 | Within Defined Limits -JE at 10/29/21 0828 | — | — |
| **Respiratory** | | | | | |
| Respiratory Pattern | — | Unlabored;Normal -EM at 10/29/21 0936 | Unlabored;Normal -JE at 10/29/21 0828 | — | — |
| Chest Assessment | — | Chest expansion symmetrical -EM at 10/29/21 0936 | Chest expansion symmetrical -JE at 10/29/21 0828 | — | — |
| Breath Sounds Bilateral | — | Clear -EM at 10/29/21 0936 | Clear -JE at 10/29/21 0828 | — | — |
| Dyspnea at rest | — | No -EM at 10/29/21 0936 | No -JE at 10/29/21 0828 | — | — |
| Dyspnea during exertion | — | No -EM at 10/29/21 0936 | Unable to assess -JE at 10/29/21 0828 | — | — |
| Respiratory (WDL) | — | Within Defined Limits -EM at 10/29/21 0936 | Within Defined Limits -JE at 10/29/21 0828 | — | — |
| Incentive Spirometry | — | Yes -EM at 10/29/21 0936 | — | — | — |
| **Incentive Spirometry Tx** | | | | | |
| Level of Service | — | Independent -EM at 10/29/21 0936 | — | — | — |
| Frequency | — | q1hr W/A -EM at 10/29/21 0936 | — | — | — |
| Respiratory Effort | — | Easy -EM at 10/29/21 0936 | — | — | — |
| Volume achieved (mL) | — | 1250 mL -EM at 10/29/21 0936 | — | — | — |
| Treatment Tolerance | — | Well -EM at 10/29/21 0936 | — | — | — |
| **Cardiac** | | | | | |
| Cardiac (WDL) | — | Within Defined Limits -EM at 10/29/21 0936 | Within Defined Limits -JE at 10/29/21 0828 | — | — |
| $Patient on Monitor? | — | No non-tele unit -EM at 10/29/21 0936 | No -JE at 10/29/21 0939 | — | — |
| **Abdominal** | | | | | |
| Abdomen Inspection | — | Soft;Non-distended -EM at 10/29/21 0936 | Soft;Non-distended -JE at 10/29/21 0828 | — | — |
| Bowel Sounds (All Quadrants) | — | Active -EM at 10/29/21 0936 | Hypoactive -JE at 10/29/21 0828 | — | — |
| Nausea | — | No per pt. -EM at 10/29/21 0936 | No -JE at 10/29/21 0828 | — | — |
| Abdominal (WDL) | — | Within Defined Limits -EM at 10/29/21 0936 | Within Defined Limits -JE at 10/29/21 0828 | — | — |
| **Genitourinary** | | | | | |
| Genitourinary (WDL) | — | Within Defined Limits -EM at 10/29/21 0936 | — | — | — |
| **Anus/Rectum** | | | | | |
| Anus/Rectum (WDL) | — | Within Defined Limits per pt. -EM at 10/29/21 0936 | — | — | — |
| **Musculoskeletal** | | | | | |
| Musculoskeletal | — | Exceptions to WDL | — | — | — |

| | | | | | |
|---|---|---|---|---|---|
| (WDL) | | generalized weakness -EM at 10/29/21 0936 | | | |
| **Skin Color/Integrity** | | | | | |
| Skin Color | — | Appropriate for race -EM at 10/29/21 0936 | Appropriate for race -JE at 10/29/21 0828 | — | — |
| Skin Color/Condition (WDL) | — | Within Defined Limits -EM at 10/29/21 0936 | Within Defined Limits -JE at 10/29/21 0828 | — | — |
| **Heel Assessment** | | | | | |
| Heel color - RIGHT | — | Natural -EM at 10/29/21 0936 | Natural -JE at 10/29/21 0828 | — | — |
| Heel color - LEFT | — | Natural -EM at 10/29/21 0936 | Natural -JE at 10/29/21 0828 | — | — |
| Heel skin - RIGHT | — | Intact -EM at 10/29/21 0936 | Intact -JE at 10/29/21 0828 | — | — |
| Heel skin - LEFT | — | Intact -EM at 10/29/21 0936 | Intact -JE at 10/29/21 0828 | — | — |
| Anti-Embolism Devices | — | Bilateral;Sequential compression devices, below knee -EM at 10/29/21 0936 | — | — | — |
| Anti-Embolism Stockings changed | — | No -EM at 10/29/21 0936 | — | — | — |
| Anti-Embolism Status | — | Off pt. ambulatory -EM at 10/29/21 0936 | — | — | — |
| Heels/Feet | — | Heels elevated off bed -EM at 10/29/21 0936 | Foot of bed elevated -JE at 10/29/21 0828 | — | — |
| Lotion applied | — | No -EM at 10/29/21 0936 | No -JE at 10/29/21 0828 | — | — |
| **Braden Screening** | | | | | |
| Sensory Perceptions | — | No impairment -EM at 10/29/21 0936 | No impairment -JE at 10/29/21 0828 | — | — |
| Moisture | — | Never moist -EM at 10/29/21 0936 | Rarely moist -JE at 10/29/21 0828 | — | — |
| Activity | — | Walks frequently -EM at 10/29/21 0936 | Walks occasionally -JE at 10/29/21 0828 | — | — |
| Mobility | — | Slightly limited -EM at 10/29/21 0936 | Slightly limited -JE at 10/29/21 0828 | — | — |
| Nutrition | — | Adequate -EM at 10/29/21 0936 | Adequate -JE at 10/29/21 0828 | — | — |
| Friction and Shear | — | No problem -EM at 10/29/21 0936 | No problem -JE at 10/29/21 0828 | — | — |
| Braden Scale Score | — | 21 -EM at 10/29/21 0936 | 19 -JE at 10/29/21 0828 | — | — |
| **[REMOVED] Surgical Incision Nursing Assessment (LDA) 10/28/21 Vagina** | | | | | |
| TCH Surgical Incision Properties | Date First Assessed: 10/28/21 -DW, 10/28/21 0908 Time First Assessed: 0908 -DW, 10/28/21 0908 Noted:: Surgical - During this Admission -DW, 10/28/21 0908 Location: Vagina -DW, 10/28/21 0908 Final Assessment Date: 11/02/21 -DA, 11/02/21 1254 Final Assessment Time: 1254 -DA, 11/02/21 1254 | | | | |
| Assessment | — | Not assessed due to location of incision -EM at 10/29/21 0936 | — | — | — |
| Wound Closure | — | Not assessed -EM at 10/29/21 0936 | — | — | — |
| Drainage Amount | — | N - None Present -EM at 10/29/21 0936 | — | — | — |
| Dressing/Treatment | — | Peri-pad -EM at 10/29/21 0936 | — | — | — |
| Dressing Changed | — | Dressing assessed/ not due for change -EM at 10/29/21 0936 | — | — | — |

## 10/28/2021 - Admission (Discharged) in GENERAL SURGERY UNIT (continued)

### Flowsheets (continued)

| | | | | | |
|---|---|---|---|---|---|
| Dressing Status | — | Intact;Clean;Dry -EM at 10/29/21 0936 | — | — | — |
| **Psychosocial** | | | | | |
| Psychosocial | — | Within Defined Limits -EM at 10/29/21 0936 | — | — | — |
| **Spiritual/Religious/Cultural needs at this time?** | | | | | |
| Send Msg to Pastoral Services for visit? | — | No -EM at 10/29/21 0936 | — | — | — |
| **Peripheral Vascular** | | | | | |
| Peripheral Vascular (WDL) | — | Within Defined Limits -EM at 10/29/21 0936 | Within Defined Limits -JE at 10/29/21 0828 | — | — |

| Row Name | 10/29/21 0228 | 10/29/21 0020 |
|---|---|---|
| **Pain Assessment (VERBAL) Q Caregiver Change and PRN** | | |
| Patient Currently in Pain (Verbal & Non-Verbal) | Yes -AH at 10/29/21 0230 | Pt resting, eyes closed -AH at 10/29/21 0021 |
| Pain Intensity (Verbal) | — | Pt Resting, Eyes Closed -AH at 10/29/21 0021 |

[REMOVED] Surgical Incision Nursing Assessment (LDA) 10/28/21 Vagina

| | |
|---|---|
| TCH Surgical Incision Properties | Date First Assessed: 10/28/21 -DW, 10/28/21 0908 Time First Assessed: 0908 -DW, 10/28/21 0908 Noted:: Surgical - During this Admission -DW, 10/28/21 0908 Location: Vagina -DW, 10/28/21 0908 Final Assessment Date: 11/02/21 -DA, 11/02/21 1254 Final Assessment Time: 1254 -DA, 11/02/21 1254 |

### Data

| Row Name | 10/29/21 0906 | 10/29/21 0702 | 10/29/21 0228 |
|---|---|---|---|
| **Pain Assessment (VERBAL) Q Caregiver Change and PRN** | | | |
| Pain Location | Vaginal -EM at 10/29/21 0908 | Vaginal -AH at 10/29/21 0703 | Vaginal -AH at 10/29/21 0229 |
| Pain Laterality/Orientation | Laterality N/A;Inner -EM at 10/29/21 0908 | Laterality N/A -AH at 10/29/21 0703 | Laterality N/A -AH at 10/29/21 0229 |
| Pain Quality | Discomfort -EM at 10/29/21 0908 | Discomfort -AH at 10/29/21 0703 | Discomfort -AH at 10/29/21 0229 |
| Pain Intensity (Verbal) | Moderate Pain -EM at 10/29/21 0908 | Severe Pain -AH at 10/29/21 0703 | Moderate Pain -AH at 10/29/21 0229 |
| Here Is How I Can Help You With Your Pain | Pain Med (Scheduled) -EM at 10/29/21 0908 | Pain Med (PRN-See eMAR) -AH at 10/29/21 0703 | Pain Med (PRN-See eMAR) -AH at 10/29/21 0229 |

### Intake/Output

| Row Name | 10/29/21 0809 | 10/29/21 0659 | 10/29/21 0235 | 10/29/21 02:25:54 | 10/29/21 0116 |
|---|---|---|---|---|---|
| **Intake (ml)** | | | | | |
| P.O. | — | 240 mL -AH at 10/29/21 0730 | — | — | — |
| **sodium chloride 0.9% IV solution Start: 10/28/21 1045** | | | | | |
| Rate | 0 -EM at 10/29/21 0809 | 125 -AH at 10/29/21 0730 | — | 125 -AH at 10/29/21 0226 | 125 -AH at 10/29/21 0117 |

**Flowsheets (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Volume (mL) | — | 715.73 -AH at 10/29/21 0730 | — | — | 285.58 -AH at 10/29/21 0117 |
| Rate | 0 -EM at 10/29/21 0809 | 125 -AH at 10/29/21 0730 | — | 125 -AH at 10/29/21 0226 | 125 -AH at 10/29/21 0117 |
| [REMOVED] Urethral Catheter 10/28/21 Straight-tip 18 fr | | | | | |
| Urethral Catheter Properties | Placement Date: 10/28/21 -DW, 10/28/21 0850 Placement Time: 0829 -DW, 10/28/21 0850 Clinical Indications for Foley: Perioperative Use -DW, 10/28/21 0850 Inserted by: Levy MD -DW, 10/28/21 0850 Catheter Type: Straight-tip -DW, 10/28/21 0850 Admitted with Foley?: No -DW, 10/28/21 0850 Foley placement was:: Non Urgent -DW, 10/28/21 0850 Bladder Scan Performed?: No -DW, 10/28/21 0850 Surgical Patient?: Yes -DW, 10/28/21 0850 Was a UA collected and sent to the lab?: Yes, at time of foley insertion -DW, 10/28/21 0850 Catheter Securement device in place?: Yes -DW, 10/28/21 0850 Tube Size (fr): 18 fr -DW, 10/28/21 0850 Catheter Balloon Size: 10 ml -DW, 10/28/21 0850 Urine Returned: Yes -DW, 10/28/21 0850 Removal Date: 10/29/21 -AH, 10/29/21 0610 Removal Time: 0610 -AH, 10/29/21 0610 | | | | |
| Catheter Securement device in place? | — | — | Yes -AH at 10/29/21 0235 | — | — |
| Urine Color | — | — | Yellow/straw -AH at 10/29/21 0235 | — | — |
| Urine Appearance | — | — | Clear -AH at 10/29/21 0235 | — | — |
| Urine Odor | — | — | Foley catheter -AH at 10/29/21 0235 | — | — |
| Urethral Catheter Output (ml) | — | — | 275 ml -AH at 10/29/21 0235 | — | — |

**IV Assessment**

| Row Name | 10/29/21 0811 | 10/29/21 0234 | 10/29/21 0021 |
|---|---|---|---|
| [REMOVED] Peripheral IV 10/28/21 22 G Left Hand | | | |
| IV Properties | Placement Date: 10/28/21 -RW, 10/28/21 0648 Placement Time: 0641 -RW, 10/28/21 0648 Placement Department: OR -RW, 10/28/21 0648 Size: 22 G -RW, 10/28/21 0648 Length: 1 inch -RW, 10/28/21 0648 Orientation: Left -RW, 10/28/21 0648 Location: Hand -RW, 10/28/21 0648 Inserted by: r wolfork -RW, 10/28/21 0648 Insertion attempts: 1 -RW, 10/28/21 0648 Removal Date: 10/29/21 -EM, 10/29/21 0931 Removal Time: 0931 -EM, 10/29/21 0931 Removal Reason : Therapy completed -EM, 10/29/21 0931 | | |
| Site Assessment | No Identified problems -JE at 10/29/21 0821 | No Identified problems -AH at 10/29/21 0234 | No Identified problems -AH at 10/29/21 0021 |
| Line Status | Infusing -JE at 10/29/21 0821 | Infusing -AH at 10/29/21 0234 | Infusing -AH at 10/29/21 0021 |
| Dressing Status (condition of dressing) | Clean;Dry;Intact -JE at 10/29/21 0821 | Clean;Dry;Intact -AH at 10/29/21 0234 | Clean;Dry;Intact -AH at 10/29/21 0021 |

**LACE+ Score**

| Row Name | 10/29/21 1254 |
|---|---|
| OTHER | |
| LACE+ Score | 8 -BU at 10/29/21 1254 |

**LD Intrapartal Exams**

| Row Name | 10/29/21 03:23:33 |
|---|---|
| Vitals | |
| Temp | 98.3 °F (36.8 °C) -II (r) JF (t) at 10/29/21 0323 |

**Flowsheets (continued)**

| | |
|---|---|
| Temp src | Oral -II (r) JF (t) at 10/29/21 0323 |
| Resp | 16 -II (r) JF (t) at 10/29/21 0323 |
| Pulse | 67 -II (r) JF (t) at 10/29/21 0323 |
| BP | 107/55 -II (r) JF (t) at 10/29/21 0323 |
| SpO2 | 97 % -II (r) JF (t) at 10/29/21 0323 |
| O2 Delivery Device | None (Room air) -II (r) JF (t) at 10/29/21 0323 |
| O2 Flow Rate (L/min) | 0 l/min -II (r) JF (t) at 10/29/21 0323 |
| **OTHER** | |
| MAP (cuff) | 65 -II (r) JF (t) at 10/29/21 0323 |

**MyChart Bedside Tablet Tracking**

| Row Name | 10/29/21 1125 |
|---|---|
| **Bedside Tablet Eligible** | |
| Patient Eligible for MyChart Bedside? | No -MS at 10/29/21 1125 |
| MyChart Bedside not eligible due to | Patient D/C -MS at 10/29/21 1125 |

**Pain Reassessment**

| Row Name | 10/29/21 0907 | 10/29/21 0906 | 10/29/21 0343 | 10/29/21 0228 | 10/29/21 0020 |
|---|---|---|---|---|---|
| **Pain Assessment (VERBAL) Q Caregiver Change and PRN** | | | | | |
| Automatic Restart Pain Timer | Yes -EM at 10/29/21 0931 | Yes -EM at 10/29/21 0931 | Yes -AH at 10/29/21 0343 | Yes -AH at 10/29/21 0230 | Yes -AH at 10/29/21 0021 |

**PCA Rounding**

| Row Name | 10/29/21 0500 | 10/29/21 0300 | 10/29/21 0100 |
|---|---|---|---|
| **Mobility** | | | |
| Current Activity | In bed -JF at 10/29/21 0600 | In bed -JF at 10/29/21 0333 | In bed -JF at 10/29/21 0129 |
| Position | Semi fowlers -JF at 10/29/21 0600 | Semi fowlers -JF at 10/29/21 0333 | Lying right side -JF at 10/29/21 0129 |
| Activity / Repositioning Assistance | Independent -JF at 10/29/21 0600 | Independent -JF at 10/29/21 0333 | Independent -JF at 10/29/21 0129 |
| Level of Assistance - Activity | Assist x1 -JF at 10/29/21 0600 | Assist x1 -JF at 10/29/21 0333 | Assist x1 -JF at 10/29/21 0129 |

**PCA VITALS I/O**

| Row Name | 10/29/21 0835 | 10/29/21 0500 | 10/29/21 03:23:33 | 10/29/21 0100 |
|---|---|---|---|---|
| **Vitals** | | | | |
| BP | 99/48 ! -AS at 10/29/21 0837 | — | — | — |

## 10/28/2021 - Admission (Discharged) in GENERAL SURGERY UNIT (continued)

### Flowsheets (continued)

| | | | | |
|---|---|---|---|---|
| Patient Position | Lying left side -AS at 10/29/21 0837 | — | Semi-Fowlers -JF at 10/29/21 0332 | — |
| BP Location | — | — | Right arm -JF at 10/29/21 0332 | — |
| BP Method | — | — | Automatic -JF at 10/29/21 0332 | — |

[REMOVED] Urethral Catheter 10/28/21 Straight-tip 18 fr

Urethral Catheter Properties: Placement Date: 10/28/21 -DW, 10/28/21 0850 Placement Time: 0829 -DW, 10/28/21 0850 Clinical Indications for Foley: Perioperative Use -DW, 10/28/21 0850 Inserted by: Levy MD -DW, 10/28/21 0850 Catheter Type: Straight-tip -DW, 10/28/21 0850 Admitted with Foley?: No -DW, 10/28/21 0850 Foley placement was:: Non Urgent -DW, 10/28/21 0850 Bladder Scan Performed?: No -DW, 10/28/21 0850 Surgical Patient?: Yes -DW, 10/28/21 0850 Was a UA collected and sent to the lab?: Yes, at time of foley insertion -DW, 10/28/21 0850 Catheter Securement device in place?: Yes -DW, 10/28/21 0850 Tube Size (fr): 18 fr -DW, 10/28/21 0850 Catheter Balloon Size: 10 ml -DW, 10/28/21 0850 Urine Returned: Yes -DW, 10/28/21 0850 Removal Date: 10/29/21 -AH, 10/29/21 0610 Removal Time: 0610 -AH, 10/29/21 0610

| | | | | |
|---|---|---|---|---|
| Catheter Securement device in place? | — | Yes -JF at 10/29/21 0600 | — | Yes -JF at 10/29/21 0129 |
| Urine Color | — | Yellow/straw -JF at 10/29/21 0600 | — | Yellow/straw -JF at 10/29/21 0129 |
| Urine Appearance | — | Clear -JF at 10/29/21 0600 | — | Clear -JF at 10/29/21 0129 |
| Urine Odor | — | Foley catheter -JF at 10/29/21 0600 | — | Foley catheter -JF at 10/29/21 0129 |
| Urethral Catheter Output (ml) | — | 300 ml -JF at 10/29/21 0600 | — | 400 ml -JF at 10/29/21 0129 |

### Post-op Phone Call

| Row Name | 10/29/21 0849 |
|---|---|
| General Information | |
| Contact made? | No -KD at 10/29/21 0849 |

### Predictive Model Scores

| Row Name | 10/29/21 1240 | 10/29/21 1220 | 10/29/21 1201 | 10/29/21 1140 | 10/29/21 1120 |
|---|---|---|---|---|---|
| Vitals | | | | | |
| Sepsis Score | 0.7 -UE at 10/29/21 1243 | 0.7 -UE at 10/29/21 1223 | 0.7 -UE at 10/29/21 1204 | 0.7 -UE at 10/29/21 1143 | 0.7 -UE at 10/29/21 1122 |
| **Row Name** | **10/29/21 1101** | **10/29/21 1040** | **10/29/21 1020** | **10/29/21 1001** | **10/29/21 0940** |
| Fall Risk | | | | | |
| PA Fall Risk (filed) | — | — | — | 33.4 -UE at 10/29/21 1004 | — |
| Vitals | | | | | |
| Sepsis Score | 0.7 -UE at 10/29/21 1104 | 0.7 -UE at 10/29/21 1043 | 0.7 -UE at 10/29/21 1023 | 0.7 -UE at 10/29/21 1004 | 0.7 -UE at 10/29/21 0942 |
| **Row Name** | **10/29/21 0920** | **10/29/21 0901** | **10/29/21 0840** | **10/29/21 0820** | **10/29/21 0801** |
| Vitals | | | | | |
| Sepsis Score | 0.7 -UE at 10/29/21 0922 | 0.7 -UE at 10/29/21 0904 | 0.7 -UE at 10/29/21 0843 | 0.7 -UE at 10/29/21 0823 | 0.7 -UE at 10/29/21 0804 |
| **Row Name** | **10/29/21 0740** | **10/29/21 0720** | **10/29/21 0702** | **10/29/21 0640** | **10/29/21 0620** |
| Vitals | | | | | |
| Sepsis Score | 0.7 -UE at 10/29/21 0743 | 0.7 -UE at 10/29/21 0722 | 0.7 -UE at 10/29/21 0704 | 0.7 -UE at 10/29/21 0642 | 0.7 -UE at 10/29/21 0622 |
| **Row Name** | **10/29/21 0601** | **10/29/21 0540** | **10/29/21 0520** | **10/29/21 0501** | **10/29/21 0440** |

## 10/28/2021 - Admission (Discharged) in GENERAL SURGERY UNIT (continued)

### Flowsheets (continued)

| | | | | | |
|---|---|---|---|---|---|
| Fall Risk | | | | | |
| PA Fall Risk (filed) | 58.3 -UE at 10/29/21 0604 | — | — | — | — |
| Vitals | | | | | |
| Sepsis Score | 0.7 -UE at 10/29/21 0603 | 0.7 -UE at 10/29/21 0542 | 0.7 -UE at 10/29/21 0522 | 0.7 -UE at 10/29/21 0504 | 0.7 -UE at 10/29/21 0443 |
| **Row Name** | **10/29/21 0420** | **10/29/21 0401** | **10/29/21 0340** | **10/29/21 0321** | **10/29/21 0301** |
| Vitals | | | | | |
| Sepsis Score | 0.7 -UE at 10/29/21 0423 | 0.7 -UE at 10/29/21 0404 | 0.7 -UE at 10/29/21 0342 | 0.7 -UE at 10/29/21 0323 | 0.7 -UE at 10/29/21 0303 |
| **Row Name** | **10/29/21 0240** | **10/29/21 0220** | **10/29/21 0201** | **10/29/21 0141** | **10/29/21 0121** |
| Fall Risk | | | | | |
| PA Fall Risk (filed) | — | — | 49.5 -UE at 10/29/21 0204 | — | — |
| Vitals | | | | | |
| Sepsis Score | 0.7 -UE at 10/29/21 0242 | 0.7 -UE at 10/29/21 0222 | 0.7 -UE at 10/29/21 0204 | 0.7 -UE at 10/29/21 0143 | 0.7 -UE at 10/29/21 0123 |
| **Row Name** | **10/29/21 0101** | **10/29/21 0041** | **10/29/21 0021** | **10/29/21 0001** | |
| Vitals | | | | | |
| Sepsis Score | 0.7 -UE at 10/29/21 0103 | 0.7 -UE at 10/29/21 0043 | 0.7 -UE at 10/29/21 0023 | 0.7 -UE at 10/29/21 0003 | |

#### Rounding

| Row Name | 10/29/21 1100 | 10/29/21 1000 | 10/29/21 0900 | 10/29/21 0811 | 10/29/21 0700 |
|---|---|---|---|---|---|
| Mobility | | | | | |
| Current Activity | — | In bed -JE at 10/29/21 1002 | — | In bed -JE at 10/29/21 0829 | — |
| Position | — | Sitting -JE at 10/29/21 1002 | — | Lying left side -JE at 10/29/21 0829 | — |
| Activity / Repositioning Assistance | — | — | — | Independent -JE at 10/29/21 0829 | — |
| Level of Assistance - Activity | — | — | — | Assist x1 -JE at 10/29/21 0829 | — |
| Acuity Main Score | | | | | |
| Acuity Main Score | 121 -UE at 10/29/21 1105 | — | 127 -UE at 10/29/21 0905 | — | 123 -UE at 10/29/21 0705 |
| **Row Name** | **10/29/21 0500** | **10/29/21 0301** | **10/29/21 0234** | **10/29/21 0100** | **10/29/21 0021** |
| Fall Risk Interventions (RNs: See Care Plan/Education) | | | | | |
| Siderails up | — | — | 3/4 -AH at 10/29/21 0234 | — | 3/4 -AH at 10/29/21 0021 |
| Mobility | | | | | |
| Current Activity | — | — | In bed -AH at 10/29/21 0234 | — | In bed -AH at 10/29/21 0021 |
| Position | — | — | Semi fowlers -AH at 10/29/21 0234 | — | Semi fowlers -AH at 10/29/21 0021 |
| Acuity Main Score | | | | | |
| Acuity Main Score | 130 -UE at 10/29/21 0504 | 129 -UE at 10/29/21 0306 | — | 117 -UE at 10/29/21 0104 | — |

#### Safety Check

| Row Name | 10/29/21 1000 | 10/29/21 0931 | 10/29/21 0811 | 10/29/21 0234 | 10/29/21 0021 |
|---|---|---|---|---|---|
| Safe Environment | | | | | |
| Arm Bands On | ID -JE at 10/29/21 1003 | ID -EM at 10/29/21 0931 | ID -JE at 10/29/21 0828 | ID -AH at 10/29/21 0235 | ID -AH at 10/29/21 0021 |

**Flowsheets (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Call Light Within Reach | Yes -JE at 10/29/21 1003 | Yes -EM at 10/29/21 0931 | Yes -JE at 10/29/21 0828 | Yes -AH at 10/29/21 0235 | Yes -AH at 10/29/21 0021 |
| Overbed Table Within Reach | Yes -JE at 10/29/21 1003 | Yes -EM at 10/29/21 0931 | Yes -JE at 10/29/21 0828 | Yes -AH at 10/29/21 0235 | Yes -AH at 10/29/21 0021 |
| Bed In Lowest Position | Yes -JE at 10/29/21 1003 | Yes -EM at 10/29/21 0931 | Yes -JE at 10/29/21 0828 | Yes -AH at 10/29/21 0235 | Yes -AH at 10/29/21 0021 |
| Bed Wheels Locked | Yes -JE at 10/29/21 1003 | Yes -EM at 10/29/21 0931 | Yes -JE at 10/29/21 0828 | Yes -AH at 10/29/21 0235 | Yes -AH at 10/29/21 0021 |
| Siderails up | 2/4 -JE at 10/29/21 1003 | 3/4 -EM at 10/29/21 0931 | 3/4 -JE at 10/29/21 0828 | — | — |

**Vital Signs**

| Row Name | 10/29/21 0754 |
|---|---|
| Vital signs | |
| Temp | 97.9 °F (36.6 °C) -JE at 10/29/21 0755 |
| Temp src | Oral -JE at 10/29/21 0755 |
| Pulse | 59 -JE at 10/29/21 0755 |
| Resp | 16 -JE at 10/29/21 0755 |
| BP | **88/45 !** -JE at 10/29/21 0755 |
| Patient Position | Lying left side -JE at 10/29/21 0755 |
| SpO2 | 96 % -JE at 10/29/21 0755 |
| O2 Delivery Device | None (Room air) -JE at 10/29/21 0755 |

**Vital Signs Complex**

| Row Name | 10/29/21 0835 | 10/29/21 0754 | 10/29/21 03:23:33 |
|---|---|---|---|
| Vitals | | | |
| MEWS Score | — | 1 -JE at 10/29/21 0755 | 0 -II (r) JF (t) at 10/29/21 0323 |
| Action Taken | No Action Indicated -EM at 10/29/21 0905 | Other (comment) will re-check blood pressure -EM at 10/29/21 0812 | — |

**Vitals (Full)**

| Row Name | 10/29/21 0754 | 10/29/21 03:23:33 |
|---|---|---|
| Vitals | | |
| Automatic Restart Vitals Timer | Yes -JE at 10/29/21 0755 | Yes -II (r) JF (t) at 10/29/21 0323 |

**Adm VS Complex**

| Row Name | 10/28/21 0641 |
|---|---|
| Vitals | |
| Temp | 97.7 °F (36.5 °C) -LO at 10/28/21 0659 |
| Temp src | Oral -LO at 10/28/21 0659 |
| Pulse | 75 -LO at 10/28/21 0659 |

## 10/28/2021 - Admission (Discharged) in GENERAL SURGERY UNIT (continued)

### Flowsheets (continued)

| | |
|---|---|
| Resp | 17 -LO at 10/28/21 0659 |
| BP | 119/78 -LO at 10/28/21 0659 |
| Patient Position | Semi-Fowlers -LO at 10/28/21 0659 |
| BP Location | Left arm -LO at 10/28/21 0659 |
| BP Method | Automatic -LO at 10/28/21 0659 |
| SpO2 | 100 % -LO at 10/28/21 0659 |

Oxygen Therapy

| | |
|---|---|
| O2 Delivery Device | None (Room air) -LO at 10/28/21 0659 |

Height and Weight

| | |
|---|---|
| Height | 5' 7" (1.702 m) -LO at 10/28/21 0659 |
| Height Method | Stated -LO at 10/28/21 0659 |
| Weight | 191 lb 12.8 oz (87 kg) -LO at 10/28/21 0659 |
| Weight Method | Actual -LO at 10/28/21 0659 |
| How was weight measured | Standing -LO at 10/28/21 0659 |
| Drug Calculation Weight Formula Row | 1 -LO at 10/28/21 0659 |
| BSA (Calculated - sq m) | 2.03 sq meters -LO at 10/28/21 0659 |
| BMI (Calculated) | 30.1 -LO at 10/28/21 0659 |

### Assessment

| Row Name | 10/28/21 2200 | 10/28/21 2047 | 10/28/21 1321 | 10/28/21 1305 |
|---|---|---|---|---|
| **Pain Assessment (VERBAL) Q Caregiver Change and PRN** | | | | |
| Patient Currently in Pain (Verbal & Non-Verbal) | Pt resting, eyes closed -AH at 10/28/21 2200 | Yes -AH at 10/28/21 2051 | Yes -NB at 10/28/21 1517 | Yes -SD at 10/28/21 1306 |
| Pain Location | — | — | — | Vaginal;Rectum -SD at 10/28/21 1306 |
| Pain Quality | — | — | — | Pressure;Discomfort -SD at 10/28/21 1306 |
| Pain Intensity (Verbal) | Pt Resting, Eyes Closed -AH at 10/28/21 2200 | — | — | Moderate Pain -SD at 10/28/21 1306 |
| Here Is How I Can Help You With Your Pain | — | — | — | Rest -SD at 10/28/21 1306 |
| **Neurological** | | | | |
| Language | — | Appropriate for age;Clear -AH at 10/28/21 2114 | Clear -NB at 10/28/21 1517 | — |
| Neuro (WDL) | — | Within Defined Limits -AH at 10/28/21 2114 | Within Defined Limits -NB at 10/28/21 1517 | — |
| Conscious Level | — | 0-Alert -AH at 10/28/21 | 0-Alert -NB at 10/28/21 | — |

| | | | | |
|---|---|---|---|---|
| (AVPU) | | 2114 | 1517 | |
| Level of Consciousness | — | Eyes open spontaneously -AH at 10/28/21 2114 | Eyes open spontaneously -NB at 10/28/21 1517 | — |

Richmond Agitation Sedation Scale (RASS)

| | | | | |
|---|---|---|---|---|
| RASS Score | — | Alert and calm -AH at 10/28/21 2114 | Alert and calm -NB at 10/28/21 1517 | — |

Delirium-CAM

| | | | | |
|---|---|---|---|---|
| Acute change or fluctuating mental status: | — | NO -AH at 10/28/21 2114 | NO -NB at 10/28/21 1517 | — |

HEENT

| | | | | |
|---|---|---|---|---|
| HEENT (WDL) | — | Within Defined Limits -AH at 10/28/21 2114 | Within Defined Limits -NB at 10/28/21 1517 | — |

Respiratory

| | | | | |
|---|---|---|---|---|
| Respiratory Pattern | — | Unlabored;Normal -AH at 10/28/21 2114 | — | — |
| Chest Assessment | — | Chest expansion symmetrical -AH at 10/28/21 2114 | — | — |
| Breath Sounds Bilateral | — | Clear -AH at 10/28/21 2114 | — | — |
| Dyspnea at rest | — | No -AH at 10/28/21 2114 | — | — |
| Dyspnea during exertion | — | Unable to assess -AH at 10/28/21 2114 | — | — |
| Respiratory (WDL) | — | Within Defined Limits -AH at 10/28/21 2114 | Within Defined Limits -NB at 10/28/21 1517 | — |
| Incentive Spirometry | — | Yes -AH at 10/28/21 2114 | — | — |

[REMOVED] Non-Surgical Airway LMA 4 mm

| | |
|---|---|
| Airway Properties | Placement Date: 10/28/21 -DWA, 10/28/21 0810 Placement Time: 0810 -DWA, 10/28/21 0810 Placed By: In Surgery -DWA, 10/28/21 0810 Mask Ventilation: Not attempted -DWA, 10/28/21 0810 Tube Type: LMA -DWA, 10/28/21 0810 Size (mm Id): 4 mm -DWA, 10/28/21 0810 Technique comment: Dentition intact;Atraumatic -DWA, 10/28/21 0810 Ease: 1 -DWA, 10/28/21 0810 Position: Center -DWA, 10/28/21 0810 Humidvent: Yes -DWA, 10/28/21 0810 Placement Verified By:: Auscultation;Capnometry -DWA, 10/28/21 0810 Insertion attempts: 1 -DWA, 10/28/21 0810 Removal Date: 10/28/21 -DWA, 10/28/21 0944 Removal Time: 0944 -DWA, 10/28/21 0944 Removal condition: Suctioned;Breathing Well -DWA, 10/28/21 0810 |
| Non-surgical Airway Properties | Placement Date: 10/28/21 -DWA, 10/28/21 0810 Placement Time: 0810 -DWA, 10/28/21 0810 Placed By: In Surgery -DWA, 10/28/21 0810 Position: Center -DWA, 10/28/21 0810 Removal Date: 10/28/21 -DWA, 10/28/21 0944 Removal Time: 0944 -DWA, 10/28/21 0944 |

Incentive Spirometry Tx

| | | | | |
|---|---|---|---|---|
| Level of Service | — | Independent;Needs Encouragement -AH at 10/28/21 2114 | — | — |
| Frequency | — | q1hr W/A -AH at 10/28/21 2114 | — | — |
| Respiratory Effort | — | Easy -AH at 10/28/21 2114 | — | — |
| Volume achieved | — | 1250 mL -AH at | — | — |

**Flowsheets (continued)**

| | | | | |
|---|---|---|---|---|
| (mL) | | 10/28/21 2114 | | |
| Treatment Tolerance | — | Well -AH at 10/28/21 2114 | — | — |

**Cardiac**

| | | | | |
|---|---|---|---|---|
| Cardiac (WDL) | — | Within Defined Limits -AH at 10/28/21 2114 | Within Defined Limits -NB at 10/28/21 1517 | — |
| $Patient on Monitor? | — | No non tele -AH at 10/28/21 2114 | No -NB at 10/28/21 1517 | — |

**Abdominal**

| | | | | |
|---|---|---|---|---|
| Abdomen Inspection | — | Soft;Non-distended -AH at 10/28/21 2114 | Soft;Non-distended -NB at 10/28/21 1517 | — |
| Bowel Sounds (All Quadrants) | — | Hypoactive -AH at 10/28/21 2114 | — | — |
| Nausea | — | No -AH at 10/28/21 2114 | No -NB at 10/28/21 1517 | — |
| Abdominal (WDL) | — | Within Defined Limits -AH at 10/28/21 2114 | Within Defined Limits -NB at 10/28/21 1517 | — |

**Genitourinary**

| | | | | |
|---|---|---|---|---|
| Genitourinary (WDL) | — | Exceptions to WDL foley -AH at 10/28/21 2114 | Exceptions to WDL foley -NB at 10/28/21 1517 | — |

**Musculoskeletal**

| | | | | |
|---|---|---|---|---|
| Musculoskeletal (WDL) | — | Exceptions to WDL generalized weakness -AH at 10/28/21 2114 | Exceptions to WDL post op weakness -NB at 10/28/21 1517 | — |

**Skin Color/Integrity**

| | | | | |
|---|---|---|---|---|
| Skin Color | — | Appropriate for race -AH at 10/28/21 2114 | Appropriate for race -NB at 10/28/21 1517 | — |
| 4 Eyes 4 Hours (Second RN Name) | — | — | Sammi, RN -NB at 10/28/21 1517 | — |
| Skin Color/Condition (WDL) | — | Within Defined Limits -AH at 10/28/21 2114 | Within Defined Limits -NB at 10/28/21 1517 | — |

**Heel Assessment**

| | | | | |
|---|---|---|---|---|
| Heel color - RIGHT | — | Natural -AH at 10/28/21 2114 | Natural -NB at 10/28/21 1517 | — |
| Heel color - LEFT | — | Natural -AH at 10/28/21 2114 | Natural -NB at 10/28/21 1517 | — |
| Heel skin - RIGHT | — | Intact -AH at 10/28/21 2114 | Intact -NB at 10/28/21 1517 | — |
| Heel skin - LEFT | — | Intact -AH at 10/28/21 2114 | Intact -NB at 10/28/21 1517 | — |
| Anti-Embolism Devices | — | Bilateral;Sequential compression devices, below knee -AH at 10/28/21 2114 | Bilateral;Sequential compression devices, below knee -NB at 10/28/21 1517 | — |
| Anti-Embolism Stockings changed | — | No -AH at 10/28/21 2114 | No -NB at 10/28/21 1517 | — |
| Anti-Embolism | — | On -AH at 10/28/21 | On -NB at 10/28/21 | — |

**Flowsheets (continued)**

| | | | | |
|---|---|---|---|---|
| Status | | 2114 | 1517 | |
| Heels/Feet | — | Foot of bed elevated -AH at 10/28/21 2114 | — | — |
| Lotion applied | — | No -AH at 10/28/21 2114 | No -NB at 10/28/21 1517 | — |

Braden Screening

| | | | | |
|---|---|---|---|---|
| Sensory Perceptions | — | No impairment -AH at 10/28/21 2114 | No impairment -NB at 10/28/21 1517 | — |
| Moisture | — | Rarely moist -AH at 10/28/21 2114 | Rarely moist -NB at 10/28/21 1517 | — |
| Activity | — | Walks occasionally -AH at 10/28/21 2114 | Walks occasionally -NB at 10/28/21 1517 | — |
| Mobility | — | Slightly limited -AH at 10/28/21 2114 | Slightly limited -NB at 10/28/21 1517 | — |
| Nutrition | — | Adequate -AH at 10/28/21 2114 | Adequate -NB at 10/28/21 1517 | — |
| Friction and Shear | — | No problem -AH at 10/28/21 2114 | No problem -NB at 10/28/21 1517 | — |
| Braden Scale Score | — | 19 -AH at 10/28/21 2114 | 19 -NB at 10/28/21 1517 | — |

[REMOVED] Surgical Incision Nursing Assessment (LDA) 10/28/21 Vagina

| | | | | |
|---|---|---|---|---|
| TCH Surgical Incision Properties | Date First Assessed: 10/28/21 -DW, 10/28/21 0908 Time First Assessed: 0908 -DW, 10/28/21 0908 Noted:: Surgical - During this Admission -DW, 10/28/21 0908 Location: Vagina -DW, 10/28/21 0908 Final Assessment Date: 11/02/21 -DA, 11/02/21 1254 Final Assessment Time: 1254 -DA, 11/02/21 1254 | | | |
| Assessment | — | Dry;Intact -AH at 10/28/21 2114 | — | — |
| Wound Closure | — | Not assessed -AH at 10/28/21 2114 | Not assessed -NB at 10/28/21 1517 | — |
| Drainage Amount | — | N - None Present -AH at 10/28/21 2114 | N - None Present -NB at 10/28/21 1517 | — |
| Dressing/Treatment | — | Peri-pad;Packing -AH at 10/28/21 2114 | Peri-pad;Packing -NB at 10/28/21 1517 | — |
| Dressing Changed | — | Dressing assessed/not due for change -AH at 10/28/21 2114 | Dressing assessed/not due for change -NB at 10/28/21 1517 | — |
| Dressing Status | — | Clean;Dry;Old drainage -AH at 10/28/21 2114 | Clean;Dry;Old drainage -NB at 10/28/21 1517 | — |

Psychosocial

| | | | | |
|---|---|---|---|---|
| Psychosocial | — | Within Defined Limits -AH at 10/28/21 2114 | Within Defined Limits -NB at 10/28/21 1517 | — |

Spiritual/Religious/Cultural needs at this time?

| | | | | |
|---|---|---|---|---|
| Send Msg to Pastoral Services for visit? | — | — | No -NB at 10/28/21 1517 | — |

Peripheral Vascular

| | | | | |
|---|---|---|---|---|
| Peripheral Vascular (WDL) | — | Within Defined Limits -AH at 10/28/21 2114 | Within Defined Limits -NB at 10/28/21 1517 | — |

**Complex Assessment**

| Row Name | 10/28/21 0700 |
|---|---|

## 10/28/2021 - Admission (Discharged) in GENERAL SURGERY UNIT (continued)

**Flowsheets (continued)**

Neurological

| | |
|---|---|
| Neuro (WDL) | Within Defined Limits -LO at 10/28/21 0709 |

[REMOVED] Non-Surgical Airway LMA 4 mm

| | |
|---|---|
| Airway Properties | Placement Date: 10/28/21 -DWA, 10/28/21 0810 Placement Time: 0810 -DWA, 10/28/21 0810 Placed By: In Surgery -DWA, 10/28/21 0810 Mask Ventilation: Not attempted -DWA, 10/28/21 0810 Tube Type: LMA -DWA, 10/28/21 0810 Size (mm Id): 4 mm -DWA, 10/28/21 0810 Technique comment: Dentition intact;Atraumatic -DWA, 10/28/21 0810 Ease: 1 -DWA, 10/28/21 0810 Position: Center -DWA, 10/28/21 0810 Humidvent: Yes -DWA, 10/28/21 0810 Placement Verified By:: Auscultation;Capnometry -DWA, 10/28/21 0810 Insertion attempts: 1 -DWA, 10/28/21 0810 Removal Date: 10/28/21 -DWA, 10/28/21 0944 Removal Time: 0944 -DWA, 10/28/21 0944 Removal condition: Suctioned;Breathing Well -DWA, 10/28/21 0810 |
| Non-surgical Airway Properties | Placement Date: 10/28/21 -DWA, 10/28/21 0810 Placement Time: 0810 -DWA, 10/28/21 0810 Placed By: In Surgery -DWA, 10/28/21 0810 Position: Center -DWA, 10/28/21 0810 Removal |

**Flowsheets (continued)**

| | |
|---|---|
| | Date: 10/28/21 - DWA, 10/28/21 0944 Removal Time: 0944 -DWA, 10/28/21 0944 |
| **Peripheral Vascular** | |
| Peripheral Vascular (WDL) | Within Defined Limits -LO at 10/28/21 0709 |
| **Skin Color/Integrity** | |
| Skin Color/Condition (WDL) | Within Defined Limits -LO at 10/28/21 0709 |
| **Psychosocial** | |
| Psychosocial | Within Defined Limits -LO at 10/28/21 0709 |
| **Spiritual/Religious/Cultural needs at this time?** | |
| Send Msg to Pastoral Services for visit? | No -LO at 10/28/21 0709 |

**Consent/Chart Vfy**

| Row Name | 10/28/21 0706 |
|---|---|
| **Consent/Chart Verification** | |
| Hospital consent signed and on chart | Yes -LO at 10/28/21 0707 |
| Informed Consent Obtained | Yes -LO at 10/28/21 0707 |
| Other consent signed and on chart | Yes -LO at 10/28/21 0707 |
| Serum "Qualitative" HCG within 7 days or Urine HCG with in 24 hours of surgery/procedure if patient meet requirements in Policy #5.3.107. (click the Row Info button to view parameters) | N/A -LO at 10/28/21 0707 |
| Pre-op Lab/Test Results Available | N/A -LO at 10/28/21 0707 |
| Pre-op Type & Screen, Verify with Blood Bank | N/A -LO at 10/28/21 0707 |
| Have you had a transfusion since | No -LO at 10/28/21 0707 |

**Flowsheets (continued)**

| | |
|---|---|
| your last visit to Pre Admission Testing? | |
| Last Liquid Intake Date | 10/28/21 -LO at 10/28/21 0707 |
| Time of last liquid consumption | 0600 sips with meds -LO at 10/28/21 0707 |
| Last Food Intake Date | 10/27/21 -LO at 10/28/21 0707 |
| Time of last solid food consumption | 1900 -LO at 10/28/21 0707 |
| Pre-op antibiotic ordered and given or sent to OR/Procedure with patient according to SCIP/HOPS Protocol | Yes -LO at 10/28/21 0707 |
| History and Physical Completed | Yes -LO at 10/28/21 0707 |

**Custom Formula Data**

| Row Name | 10/28/21 0708 | 10/28/21 0641 |
|---|---|---|
| OTHER | | |
| Ideal Body Weight (kg) (auto-calculated) | — | 61.6 -LO at 10/28/21 0659 |
| MST Result | 0 - Not at risk -LO at 10/28/21 0708 | — |

**Data**

| Row Name | 10/28/21 2047 | 10/28/21 1858 | 10/28/21 1746 | 10/28/21 1451 | 10/28/21 1321 |
|---|---|---|---|---|---|
| Pain Assessment (VERBAL) Q Caregiver Change and PRN | | | | | |
| Pain Location | Vaginal -AH at 10/28/21 2050 | Vaginal -NB at 10/28/21 1858 | — | Vaginal -NB at 10/28/21 1452 | Vaginal -NB at 10/28/21 1321 |
| Pain Laterality/Orientation | Laterality N/A -AH at 10/28/21 2050 | Laterality N/A -NB at 10/28/21 1858 | — | Laterality N/A -NB at 10/28/21 1452 | Laterality N/A -NB at 10/28/21 1321 |
| Pain Quality | Discomfort -AH at 10/28/21 2050 | Discomfort -NB at 10/28/21 1858 | — | Discomfort;Pressure -NB at 10/28/21 1452 | Discomfort;Pressure -NB at 10/28/21 1321 |
| Pain Intensity (Verbal) | Severe Pain -AH at 10/28/21 2050 | Moderate Pain -NB at 10/28/21 1858 | Severe Pain -LB at 10/28/21 1746 | Severe Pain -NB at 10/28/21 1452 | Severe Pain -NB at 10/28/21 1321 |
| Here Is How I Can Help You With Your Pain | Pain Med (PRN-See eMAR) -AH at 10/28/21 2050 | Pain Med (PRN-See eMAR) -NB at 10/28/21 1858 | Pain Med (PRN-See eMAR) -LB at 10/28/21 1746 | Pain Med (PRN-See eMAR);Pain Med (Scheduled) -NB at 10/28/21 1452 | Pain Med (PRN-See eMAR) -NB at 10/28/21 1321 |

| Row Name | 10/28/21 1050 | 10/28/21 1045 | 10/28/21 1030 | 10/28/21 1025 | 10/28/21 1011 |
|---|---|---|---|---|---|
| Pain Assessment (VERBAL) Q Caregiver Change and PRN | | | | | |
| Pain Intensity (Verbal) | Severe Pain -NS at 10/28/21 1050 | Severe Pain -NS at 10/28/21 1045 | Severe Pain -NS at 10/28/21 1030 | Severe Pain -NS at 10/28/21 1026 | Severe Pain -NS at 10/28/21 1011 |

| Row Name | 10/28/21 1006 | 10/28/21 1001 | 10/28/21 0956 |
|---|---|---|---|
| Pain Assessment (VERBAL) Q Caregiver Change and PRN | | | |
| Pain Intensity (Verbal) | Severe Pain -NS at 10/28/21 1006 | Severe Pain -NS at 10/28/21 1003 | Severe Pain -NS at 10/28/21 0956 |

**Fall Risk Assessment**

| Row Name | 10/28/21 1306 | 10/28/21 0641 |
|---|---|---|
| Initial Fall Risk Screening (Hester Davis) | | |
| Last Known Fall | 0-No falls -SD at 10/28/21 1307 | 0-No falls -LO at 10/28/21 0708 |
| Mobility | 0-No limitations -SD at 10/28/21 1307 | 0-No limitations -LO at 10/28/21 0708 |
| Medications | 1-Cardiovascular or central nervous system meds -SD at 10/28/21 1307 | 0-No meds -LO at 10/28/21 0708 |
| Mental Status/LOC/Awareness | 0-Awake, alert, and oriented to date, place, and person -SD at 10/28/21 1307 | 0-Awake, alert, and oriented to date, place, and person -LO at 10/28/21 0708 |
| Toileting Needs | 1-Use of catheters or diversion devices -SD at 10/28/21 1307 | 0-No needs -LO at 10/28/21 0708 |
| Volume/Electrolyte Status | 2-Use of IV fluids/tube feeds -SD at 10/28/21 1307 | 0-No problems -LO at 10/28/21 0708 |
| Communication/Sensory | 1-Visual (Glasses)/hearing deficit -SD at 10/28/21 1307 | 0-No deficits -LO at 10/28/21 0708 |
| Behavior | 0-Appropriate behavior -SD at 10/28/21 1307 | 0-Appropriate behavior -LO at 10/28/21 0708 |
| Initial Fall Risk Total (Hester Davis) | 7 - Low -SD at 10/28/21 1307 | 2 - No Risk -LO at 10/28/21 0708 |

**Implantable Devices**

| Row Name | 10/28/21 0703 |
|---|---|
| Implantable Devices | |
| Do you have any implantable devices? | No -LO at 10/28/21 0703 |

**Intake/Output**

| Row Name | 10/28/21 2259 | 10/28/21 2200 | 10/28/21 20:50:50 | 10/28/21 19:16:15 | 10/28/21 19:11:23 |
|---|---|---|---|---|---|
| Intake (ml) | | | | | |
| P.O. | 360 mL -AH at 10/29/21 0117 | — | — | — | — |
| sodium chloride 0.9% IV solution Start: 10/28/21 1045 | | | | | |
| Rate | 125 -AH at 10/29/21 0117 | — | 125 -AH at 10/28/21 2050 | 125 -AH at 10/29/21 0117 | 0 -AH at 10/29/21 0117 |
| Volume (mL) | 1538.75 -AH at 10/29/21 0117 | — | — | — | — |
| Rate | 125 -AH at 10/29/21 0117 | — | 125 -AH at 10/28/21 2050 | 125 -AH at 10/29/21 0117 | 0 -AH at 10/29/21 0117 |
| [REMOVED] Urethral Catheter 10/28/21 Straight-tip 18 fr | | | | | |
| Urethral Catheter Properties | Placement Date: 10/28/21 -DW, 10/28/21 0850 Placement Time: 0829 -DW, 10/28/21 0850 Clinical Indications for Foley: Perioperative Use -DW, 10/28/21 0850 Inserted by: Levy MD -DW, 10/28/21 0850 Catheter Type: Straight-tip -DW, 10/28/21 0850 Admitted with Foley?: No -DW, 10/28/21 0850 Foley placement was:: Non Urgent -DW, 10/28/21 0850 Bladder Scan Performed?: No -DW, 10/28/21 0850 | | | | |

**Flowsheets (continued)**

| | | | | | |
|---|---|---|---|---|---|
| | Surgical Patient?: Yes -DW, 10/28/21 0850 Was a UA collected and sent to the lab?: Yes, at time of foley insertion -DW, 10/28/21 0850 Catheter Securement device in place?: Yes -DW, 10/28/21 0850 Tube Size (fr): 18 fr -DW, 10/28/21 0850 Catheter Balloon Size: 10 ml -DW, 10/28/21 0850 Urine Returned: Yes -DW, 10/28/21 0850 Removal Date: 10/29/21 -AH, 10/29/21 0610 Removal Time: 0610 -AH, 10/29/21 0610 | | | | |
| Catheter Securement device in place? | — | Yes -AH at 10/28/21 2200 | — | — | — |
| Urine Color | — | Yellow/straw -AH at 10/28/21 2200 | — | — | — |
| Urine Appearance | — | Clear -AH at 10/28/21 2200 | — | — | — |
| Urine Odor | — | Foley catheter -AH at 10/28/21 2200 | — | — | — |
| Urethral Catheter Output (ml) | — | 375 ml -AH at 10/28/21 2200 | — | — | — |

| Row Name | 10/28/21 1845 | 10/28/21 18:33:03 | 10/28/21 18:29:12 | 10/28/21 18:28:47 | 10/28/21 18:18:08 |
|---|---|---|---|---|---|
| **sodium chloride 0.9% IV solution Start: 10/28/21 1045** | | | | | |
| Rate | — | 125 -AH at 10/29/21 0117 | 0 -AH at 10/29/21 0117 | 125 -AH at 10/29/21 0117 | 0 -AH at 10/29/21 0117 |
| Rate | — | 125 -AH at 10/29/21 0117 | 0 -AH at 10/29/21 0117 | 125 -AH at 10/29/21 0117 | 0 -AH at 10/29/21 0117 |
| **[REMOVED] Urethral Catheter 10/28/21 Straight-tip 18 fr** | | | | | |
| Urethral Catheter Properties | Placement Date: 10/28/21 -DW, 10/28/21 0850 Placement Time: 0829 -DW, 10/28/21 0850 Clinical Indications for Foley: Perioperative Use -DW, 10/28/21 0850 Inserted by: Levy MD -DW, 10/28/21 0850 Catheter Type: Straight-tip -DW, 10/28/21 0850 Admitted with Foley?: No -DW, 10/28/21 0850 Foley placement was:: Non Urgent -DW, 10/28/21 0850 Bladder Scan Performed?: No -DW, 10/28/21 0850 Surgical Patient?: Yes -DW, 10/28/21 0850 Was a UA collected and sent to the lab?: Yes, at time of foley insertion -DW, 10/28/21 0850 Catheter Securement device in place?: Yes -DW, 10/28/21 0850 Tube Size (fr): 18 fr -DW, 10/28/21 0850 Catheter Balloon Size: 10 ml -DW, 10/28/21 0850 Urine Returned: Yes -DW, 10/28/21 0850 Removal Date: 10/29/21 -AH, 10/29/21 0610 Removal Time: 0610 -AH, 10/29/21 0610 | | | | |
| Urethral Catheter Output (ml) | 300 ml -NB at 10/28/21 1845 | — | — | — | — |

| Row Name | 10/28/21 17:06:39 | 10/28/21 17:01:24 | 10/28/21 1700 | 10/28/21 1542 | 10/28/21 1300 |
|---|---|---|---|---|---|
| **sodium chloride 0.9% IV solution Start: 10/28/21 1045** | | | | | |
| Rate | 125 -AH at 10/29/21 0117 | 0 -AH at 10/29/21 0117 | — | — | — |
| Rate | 125 -AH at 10/29/21 0117 | 0 -AH at 10/29/21 0117 | — | — | — |
| **[REMOVED] Urethral Catheter 10/28/21 Straight-tip 18 fr** | | | | | |
| Urethral Catheter Properties | Placement Date: 10/28/21 -DW, 10/28/21 0850 Placement Time: 0829 -DW, 10/28/21 0850 Clinical Indications for Foley: Perioperative Use -DW, 10/28/21 0850 Inserted by: Levy MD -DW, 10/28/21 0850 Catheter Type: Straight-tip -DW, 10/28/21 0850 Admitted with Foley?: No -DW, 10/28/21 0850 Foley placement was:: Non Urgent -DW, 10/28/21 0850 Bladder Scan Performed?: No -DW, 10/28/21 0850 Surgical Patient?: Yes -DW, 10/28/21 0850 Was a UA collected and sent to the lab?: Yes, at time of foley insertion -DW, 10/28/21 0850 Catheter Securement device in place?: Yes -DW, 10/28/21 0850 Tube Size (fr): 18 fr -DW, 10/28/21 0850 Catheter Balloon Size: 10 ml -DW, 10/28/21 0850 Urine Returned: Yes -DW, 10/28/21 0850 Removal Date: 10/29/21 -AH, 10/29/21 0610 Removal Time: 0610 -AH, 10/29/21 0610 | | | | |
| Catheter Securement device in place? | — | — | — | — | Yes -SD at 10/28/21 1308 |
| Urine Color | — | — | — | — | Yellow/straw -SD at 10/28/21 1308 |
| Urine Appearance | — | — | — | — | Clear -SD at 10/28/21 1308 |
| Urethral Catheter Output (ml) | — | — | 75 ml -IT at 10/28/21 1713 | 50 ml -IT at 10/28/21 1614 | 200 ml -SD at 10/28/21 1308 |

| Row Name | 10/28/21 10:13:54 | 10/28/21 1013 | 10/28/21 0804 | 10/28/21 0804 | 10/28/21 08:03:59 |
|---|---|---|---|---|---|
| **cefazolin (Ancef) syringe for injection 2 g 20 mL Start: 10/28/21 0000** | | | | | |
| Dose IVPB | — | — | — | *2000 mg -DWA at 10/28/21 0809 | — |

**Flowsheets (continued)**

sodium chloride 0.9% IV solution Start: 10/28/21 0000

| | | | | | |
|---|---|---|---|---|---|
| Rate | — | 0 -NS at 10/28/21 1014 | — | — | 0 Switch to gravity -DWA at 10/28/21 0809 |
| Volume (mL) | — | 600 -NS at 10/28/21 1014 | 400 -DWA at 10/28/21 0809 | — | — |
| Rate | — | 0 -NS at 10/28/21 1014 | — | — | 0 Switch to gravity -DWA at 10/28/21 0809 |

sodium chloride 0.9% IV solution Start: 10/28/21 1045

| | | | | | |
|---|---|---|---|---|---|
| Rate | 125 -NS at 10/28/21 1014 | — | — | — | — |
| Rate | 125 -NS at 10/28/21 1014 | — | — | — | — |

[REMOVED] Urethral Catheter 10/28/21 Straight-tip 18 fr

| | |
|---|---|
| Urethral Catheter Properties | Placement Date: 10/28/21 -DW, 10/28/21 0850 Placement Time: 0829 -DW, 10/28/21 0850 Clinical Indications for Foley: Perioperative Use -DW, 10/28/21 0850 Inserted by: Levy MD -DW, 10/28/21 0850 Catheter Type: Straight-tip -DW, 10/28/21 0850 Admitted with Foley?: No -DW, 10/28/21 0850 Foley placement was:: Non Urgent -DW, 10/28/21 0850 Bladder Scan Performed?: No -DW, 10/28/21 0850 Surgical Patient?: Yes -DW, 10/28/21 0850 Was a UA collected and sent to the lab?: Yes, at time of foley insertion -DW, 10/28/21 0850 Catheter Securement device in place?: Yes -DW, 10/28/21 0850 Tube Size (fr): 18 fr -DW, 10/28/21 0850 Catheter Balloon Size: 10 ml -DW, 10/28/21 0850 Urine Returned: Yes -DW, 10/28/21 0850 Removal Date: 10/29/21 -AH, 10/29/21 0610 Removal Time: 0610 -AH, 10/29/21 0610 |

| **Row Name** | **10/28/21 0641** |
|---|---|
| sodium chloride 0.9% IV solution Start: 10/28/21 0000 | |
| Rate | 125 -RW at 10/28/21 0648 |
| Rate | 125 -RW at 10/28/21 0648 |

**Intra-op Assessment**

| **Row Name** | **10/28/21 0807** |
|---|---|
| Intra-op Assessment | |
| Confirmation of Correct Patient | Yes;DOB;Armband -DW at 10/28/21 0808 |
| Procedure name as patient stated | confirms procedure as stated on consent -DW at 10/28/21 0808 |
| Mental Status | Alert/Oriented -DW at 10/28/21 0808 |
| Limitations | None -DW at 10/28/21 0808 |
| Consent to Hospital and Medical Treatment | Yes -DW at 10/28/21 0808 |
| History and Physical completed? | Yes -DW at 10/28/21 0808 |
| Pre-Procedure Lab/Test Result Available | Covid-19 -DW at 10/28/21 0808 |
| Allergies Verified? | Yes -DW at 10/28/21 0808 |
| NPO after midnight? | Yes -DW at 10/28/21 0808 |
| Pre-op Antibiotic sent to OR with patient? | Yes -DW at 10/28/21 0808 |
| Dr. has | Yes -DW at 10/28/21 |

| | |
|---|---|
| permission to talk to family member per patient | 0808 |
| Where will the family be located during surgery. | Waiting Room -DW at 10/28/21 0808 |
| Pain or Symptoms? | Yes -DW at 10/28/21 0808 |

**IV Assessment**

| Row Name | 10/28/21 2200 | 10/28/21 2047 | 10/28/21 1321 | 10/28/21 0758 |
|---|---|---|---|---|
| [REMOVED] Peripheral IV 10/28/21 22 G Left Hand | | | | |
| IV Properties | Placement Date: 10/28/21 -RW, 10/28/21 0648 Placement Time: 0641 -RW, 10/28/21 0648 Placement Department: OR -RW, 10/28/21 0648 Size: 22 G -RW, 10/28/21 0648 Length: 1 inch -RW, 10/28/21 0648 Orientation: Left -RW, 10/28/21 0648 Location: Hand -RW, 10/28/21 0648 Inserted by: r wolfork -RW, 10/28/21 0648 Insertion attempts: 1 -RW, 10/28/21 0648 Removal Date: 10/29/21 -EM, 10/29/21 0931 Removal Time: 0931 -EM, 10/29/21 0931 Removal Reason : Therapy completed -EM, 10/29/21 0931 | | | |
| Site Assessment | No Identified problems -AH at 10/28/21 2200 | No Identified problems -AH at 10/28/21 2114 | No Identified problems -NB at 10/28/21 1518 | No Identified problems -LO at 10/28/21 0758 |
| Line Status | Infusing -AH at 10/28/21 2200 | Infusing -AH at 10/28/21 2114 | Infusing -NB at 10/28/21 1518 | Infusing -LO at 10/28/21 0758 |
| Dressing Status (condition of dressing) | Clean;Dry;Intact -AH at 10/28/21 2200 | Clean;Dry;Intact -AH at 10/28/21 2114 | Clean;Dry;Intact -NB at 10/28/21 1518 | Intact;Dry;Clean -LO at 10/28/21 0758 |

**Lactation**

| Row Name | 10/28/21 0708 |
|---|---|
| OTHER | |
| Breastfeeding Status | No -LO at 10/28/21 0708 |

**LD Intrapartal Exams**

| Row Name | 10/28/21 23:00:27 | 10/28/21 19:43:32 | 10/28/21 1536 | 10/28/21 12:57:03 |
|---|---|---|---|---|
| Vitals | | | | |
| Temp | 98 °F (36.7 °C) -II (r) JF (t) at 10/28/21 2300 | **97.6 °F (36.4 °C)** ! -II (r) JF (t) at 10/28/21 1943 | **97.3 °F (36.3 °C)** ! -II (r) IT (t) at 10/28/21 1536 | **97.5 °F (36.4 °C)** ! -II (r) SD (t) at 10/28/21 1257 |
| Temp src | Oral -II (r) JF (t) at 10/28/21 2300 | Oral -II (r) JF (t) at 10/28/21 1943 | Oral -II (r) IT (t) at 10/28/21 1536 | — |
| Resp | 14 -II (r) JF (t) at 10/28/21 2300 | 14 -II (r) JF (t) at 10/28/21 1943 | — | — |
| Pulse | 59 -II (r) JF (t) at 10/28/21 2300 | 68 -II (r) JF (t) at 10/28/21 1943 | 65 -II (r) IT (t) at 10/28/21 1536 | 86 -II (r) SD (t) at 10/28/21 1257 |
| BP | 96/53 -II (r) JF (t) at 10/28/21 2300 | 86/51 -II (r) JF (t) at 10/28/21 1943 | 106/58 -II (r) IT (t) at 10/28/21 1536 | 101/61 -II (r) SD (t) at 10/28/21 1257 |
| SpO2 | 94 % -II (r) JF (t) at 10/28/21 2300 | 94 % -II (r) JF (t) at 10/28/21 1943 | 97 % -II (r) IT (t) at 10/28/21 1536 | 95 % -II (r) SD (t) at 10/28/21 1257 |
| O2 Delivery Device | None (Room air) -II (r) JF (t) at 10/28/21 2300 | None (Room air) -II (r) JF (t) at 10/28/21 1943 | None (Room air) -II (r) IT (t) at 10/28/21 1536 | — |
| O2 Flow Rate (L/min) | 0 l/min -II (r) JF (t) at 10/28/21 2300 | 0 l/min -II (r) JF (t) at 10/28/21 1943 | — | — |
| OTHER | | | | |

## 10/28/2021 - Admission (Discharged) in GENERAL SURGERY UNIT (continued)

**Flowsheets (continued)**

| | | | | |
|---|---|---|---|---|
| MAP (cuff) | 65 -II (r) JF (t) at 10/28/21 2300 | 60 -II (r) JF (t) at 10/28/21 1943 | 67 -II (r) IT (t) at 10/28/21 1536 | 71 -II (r) SD (t) at 10/28/21 1257 |

**LDAs**

| Row Name | 10/28/21 1300 | 10/28/21 1230 | 10/28/21 1130 | 10/28/21 1030 | 10/28/21 0952 |
|---|---|---|---|---|---|
| **Blood Specimen Collection Status** | | | | | |
| Blood Specimen Collection | Lab Collect -SD at 10/28/21 1307 | — | — | — | — |
| **[REMOVED] Peripheral IV 10/28/21 22 G Left Hand** | | | | | |
| IV Properties | Placement Date: 10/28/21 -RW, 10/28/21 0648 Placement Time: 0641 -RW, 10/28/21 0648 Placement Department: OR -RW, 10/28/21 0648 Size: 22 G -RW, 10/28/21 0648 Length: 1 inch -RW, 10/28/21 0648 Orientation: Left -RW, 10/28/21 0648 Location: Hand -RW, 10/28/21 0648 Inserted by: r wolfork -RW, 10/28/21 0648 Insertion attempts: 1 -RW, 10/28/21 0648 Removal Date: 10/29/21 -EM, 10/29/21 0931 Removal Time: 0931 -EM, 10/29/21 0931 Removal Reason : Therapy completed -EM, 10/29/21 0931 | | | | |
| Site Assessment | — | No Identified problems -NS at 10/28/21 1232 | No Identified problems -NS at 10/28/21 1132 | No Identified problems -NS at 10/28/21 1034 | No Identified problems -NS at 10/28/21 0954 |
| Line Status | — | Infusing -NS at 10/28/21 1232 | Infusing -NS at 10/28/21 1132 | Infusing -NS at 10/28/21 1034 | Infusing -NS at 10/28/21 0954 |
| Dressing Status (condition of dressing) | — | Clean;Dry;Intact -NS at 10/28/21 1232 | Clean;Dry;Intact -NS at 10/28/21 1132 | Clean;Dry;Intact -NS at 10/28/21 1034 | Clean;Dry;Intact -NS at 10/28/21 0954 |
| **[REMOVED] Urethral Catheter 10/28/21 Straight-tip 18 fr** | | | | | |
| Urethral Catheter Properties | Placement Date: 10/28/21 -DW, 10/28/21 0850 Placement Time: 0829 -DW, 10/28/21 0850 Clinical Indications for Foley: Perioperative Use -DW, 10/28/21 0850 Inserted by: Levy MD -DW, 10/28/21 0850 Catheter Type: Straight-tip -DW, 10/28/21 0850 Admitted with Foley?: No -DW, 10/28/21 0850 Foley placement was:: Non Urgent -DW, 10/28/21 0850 Bladder Scan Performed?: No -DW, 10/28/21 0850 Surgical Patient?: Yes -DW, 10/28/21 0850 Was a UA collected and sent to the lab?: Yes, at time of foley insertion -DW, 10/28/21 0850 Catheter Securement device in place?: Yes -DW, 10/28/21 0850 Tube Size (fr): 18 fr -DW, 10/28/21 0850 Catheter Balloon Size: 10 ml -DW, 10/28/21 0850 Urine Returned: Yes -DW, 10/28/21 0850 Removal Date: 10/29/21 -AH, 10/29/21 0610 Removal Time: 0610 -AH, 10/29/21 0610 | | | | |
| Catheter Securement device in place? | — | Yes -NS at 10/28/21 1232 | Yes -NS at 10/28/21 1132 | Yes -NS at 10/28/21 1034 | Yes -NS at 10/28/21 0954 |
| Urine Color | — | Yellow/straw -NS at 10/28/21 1232 | Yellow/straw -NS at 10/28/21 1132 | Yellow/straw -NS at 10/28/21 1034 | Yellow/straw -NS at 10/28/21 0954 |
| Urine Appearance | — | Clear -NS at 10/28/21 1232 | Clear -NS at 10/28/21 1132 | Clear -NS at 10/28/21 1034 | Clear -NS at 10/28/21 0954 |
| Urine Odor | — | Foley catheter -NS at 10/28/21 1232 | Foley catheter -NS at 10/28/21 1132 | Foley catheter -NS at 10/28/21 1034 | Foley catheter -NS at 10/28/21 0954 |
| Clinical Indication for Foley | — | Perioperative Use -NS at 10/28/21 1232 | Perioperative Use -NS at 10/28/21 1132 | Perioperative Use -NS at 10/28/21 1034 | Perioperative Use -NS at 10/28/21 0954 |
| Urethral Catheter Output (ml) | — | — | — | 425 ml -NS at 10/28/21 1034 | — |
| **[REMOVED] Non-Surgical Airway LMA 4 mm** | | | | | |
| Airway Properties | Placement Date: 10/28/21 -DWA, 10/28/21 0810 Placement Time: 0810 -DWA, 10/28/21 0810 Placed By: In Surgery -DWA, 10/28/21 0810 Mask Ventilation: Not attempted -DWA, 10/28/21 0810 Tube Type: LMA -DWA, 10/28/21 0810 Size (mm Id): 4 mm -DWA, 10/28/21 0810 Technique comment: Dentition intact;Atraumatic -DWA, 10/28/21 0810 Ease: 1 -DWA, 10/28/21 0810 Position: Center -DWA, 10/28/21 0810 Humidvent: Yes -DWA, 10/28/21 0810 Placement Verified By:: Auscultation;Capnometry -DWA, 10/28/21 0810 Insertion attempts: 1 -DWA, 10/28/21 0810 Removal Date: 10/28/21 -DWA, 10/28/21 0944 Removal Time: 0944 -DWA, 10/28/21 0944 Removal condition: Suctioned;Breathing Well -DWA, 10/28/21 0810 | | | | |
| Non-surgical Airway Properties | Placement Date: 10/28/21 -DWA, 10/28/21 0810 Placement Time: 0810 -DWA, 10/28/21 0810 Placed By: In Surgery -DWA, 10/28/21 0810 Position: Center -DWA, 10/28/21 0810 Removal Date: 10/28/21 -DWA, 10/28/21 0944 Removal Time: 0944 -DWA, 10/28/21 0944 | | | | |
| **[REMOVED] Surgical Incision Nursing Assessment (LDA) 10/28/21 Vagina** | | | | | |
| TCH Surgical Incision | Date First Assessed: 10/28/21 -DW, 10/28/21 0908 Time First Assessed: 0908 -DW, 10/28/21 0908 Noted:: Surgical - During this Admission -DW, 10/28/21 0908 Location: Vagina -DW, 10/28/21 0908 Final | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Properties | Assessment Date: 11/02/21 -DA, 11/02/21 1254 Final Assessment Time: 1254 -DA, 11/02/21 1254 | | | | |
| Assessment | — | Dry;Intact -NS at 10/28/21 1232 | Dry;Intact -NS at 10/28/21 1132 | Dry;Intact -NS at 10/28/21 1034 | Dry;Intact -NS at 10/28/21 0954 |
| Drainage Amount | — | N - None Present - NS at 10/28/21 1232 | N - None Present - NS at 10/28/21 1132 | N - None Present - NS at 10/28/21 1034 | N - None Present - NS at 10/28/21 0954 |
| Dressing/Treatment | — | **Peri-pad;Packing** -NS at 10/28/21 1232 | **Peri-pad;Packing** -NS at 10/28/21 1137 | **Peri-pad;Packing** -NS at 10/28/21 1137 | **Peri-pad;Packing** -NS at 10/28/21 1137 |
| Dressing Status | — | Clean;Dry;Intact -NS at 10/28/21 1232 | Clean;Dry;Intact -NS at 10/28/21 1132 | Clean;Dry;Intact -NS at 10/28/21 1034 | Clean;Dry;Intact -NS at 10/28/21 0954 |

| **Row Name** | **10/28/21 0849** |
|---|---|
| **[REMOVED] Peripheral IV 10/28/21 22 G Left Hand** | |
| IV Properties | Placement Date: 10/28/21 -RW, 10/28/21 0648 Placement Time: 0641 -RW, 10/28/21 0648 Placement Department: OR - RW, 10/28/21 0648 Size: 22 G -RW, 10/28/21 0648 Length: 1 inch - RW, 10/28/21 0648 Orientation: Left - RW, 10/28/21 0648 Location: Hand - RW, 10/28/21 0648 Inserted by: r wolfork -RW, 10/28/21 0648 Insertion attempts: 1 -RW, 10/28/21 0648 Removal Date: 10/29/21 -EM, 10/29/21 0931 Removal Time: 0931 -EM, 10/29/21 0931 Removal Reason : Therapy completed -EM, 10/29/21 0931 |
| **[REMOVED] Urethral Catheter 10/28/21 Straight-tip 18 fr** | |
| Urethral Catheter Properties | Placement Date: 10/28/21 -DW, 10/28/21 0850 Placement Time: 0829 -DW, 10/28/21 0850 Clinical Indications for Foley: Perioperative Use - DW, 10/28/21 0850 Inserted by: Levy MD -DW, 10/28/21 0850 Catheter Type: Straight-tip - DW, 10/28/21 0850 Admitted with Foley?: No -DW, |

| | |
|---|---|
| | 10/28/21 0850 Foley placement was:: Non Urgent -DW, 10/28/21 0850 Bladder Scan Performed?: No -DW, 10/28/21 0850 Surgical Patient?: Yes -DW, 10/28/21 0850 Was a UA collected and sent to the lab?: Yes, at time of foley insertion -DW, 10/28/21 0850 Catheter Securement device in place?: Yes -DW, 10/28/21 0850 Tube Size (fr): 18 fr -DW, 10/28/21 0850 Catheter Balloon Size: 10 ml -DW, 10/28/21 0850 Urine Returned: Yes -DW, 10/28/21 0850 Removal Date: 10/29/21 -AH, 10/29/21 0610 Removal Time: 0610 -AH, 10/29/21 0610 |
| Urine Color | Yellow/straw -DW at 10/28/21 0850 |
| Urine Appearance | Clear -DW at 10/28/21 0850 |
| Urine Odor | Foley catheter -DW at 10/28/21 0850 |

[REMOVED] Non-Surgical Airway LMA 4 mm

| | |
|---|---|
| Airway Properties | Placement Date: 10/28/21 -DWA, 10/28/21 0810 Placement Time: 0810 -DWA, 10/28/21 0810 Placed By: In Surgery -DWA, 10/28/21 0810 Mask Ventilation: Not attempted -DWA, 10/28/21 0810 Tube Type: LMA -DWA, 10/28/21 0810 Size (mm Id): 4 mm -DWA, 10/28/21 0810 Technique comment: Dentition intact;Atraumatic -DWA, 10/28/21 0810 Ease: 1 -DWA, 10/28/21 |

| | |
|---|---|
| | 0810 Position: Center -DWA, 10/28/21 0810 Humidvent: Yes - DWA, 10/28/21 0810 Placement Verified By:: Auscultation;Capnometry -DWA, 10/28/21 0810 Insertion attempts: 1 -DWA, 10/28/21 0810 Removal Date: 10/28/21 - DWA, 10/28/21 0944 Removal Time: 0944 -DWA, 10/28/21 0944 Removal condition: Suctioned;Breathing Well -DWA, 10/28/21 0810 |
| Non-surgical Airway Properties | Placement Date: 10/28/21 -DWA, 10/28/21 0810 Placement Time: 0810 -DWA, 10/28/21 0810 Placed By: In Surgery -DWA, 10/28/21 0810 Position: Center - DWA, 10/28/21 0810 Removal Date: 10/28/21 - DWA, 10/28/21 0944 Removal Time: 0944 -DWA, 10/28/21 0944 |

[REMOVED] Surgical Incision Nursing Assessment (LDA) 10/28/21 Vagina

| | |
|---|---|
| TCH Surgical Incision Properties | Date First Assessed: 10/28/21 -DW, 10/28/21 0908 Time First Assessed: 0908 - DW, 10/28/21 0908 Noted:: Surgical - During this Admission -DW, 10/28/21 0908 Location: Vagina - DW, 10/28/21 0908 Final Assessment Date: 11/02/21 - DA, 11/02/21 1254 Final Assessment Time: 1254 -DA, 11/02/21 1254 |

**MyChart Bedside Nav**

**Flowsheets (continued)**

| Row Name | 10/28/21 1306 |
|---|---|
| **Bedside Tablet Eligible** | |
| Patient Eligible for MyChart Bedside? | Yes -SD at 10/28/21 1307 |

**OR Wound Care**

| Row Name | 10/28/21 0937 | 10/28/21 0903 |
|---|---|---|
| **[REMOVED] Surgical Incision Nursing Assessment (LDA) 10/28/21 Vagina** | | |
| TCH Surgical Incision Properties | Date First Assessed: 10/28/21 -DW, 10/28/21 0908 Time First Assessed: 0908 -DW, 10/28/21 0908 Noted:: Surgical - During this Admission -DW, 10/28/21 0908 Location: Vagina -DW, 10/28/21 0908 Final Assessment Date: 11/02/21 -DA, 11/02/21 1254 Final Assessment Time: 1254 -DA, 11/02/21 1254 | |
| Wound Closure | — | Sutures -DW at 10/28/21 0908 |
| Dressing/Treatment | Xeroform -DW at 10/28/21 0937 | Peri-pad -DW at 10/28/21 0908 |
| Dressing Changed | — | Changed/New -DW at 10/28/21 0908 |
| Dressing Status | — | Clean;Dry;Intact -DW at 10/28/21 0908 |

**OSA Screening**

| Row Name | 10/28/21 0641 |
|---|---|
| **OSA Identification Tool** | |
| Have you been diagnosed with Sleep Apnea? | No -LO at 10/28/21 0707 |
| **Obstructive Sleep Apnea Screening Tool** | |
| Have you ever been told you snore? | Yes -LO at 10/28/21 0707 |
| Do you often feel tired, fatigued, or sleepy during the day? | No -LO at 10/28/21 0707 |
| Has anyone observed you stop breathing during your sleep? | No -LO at 10/28/21 0707 |
| Do you have or are you being treated for high blood pressure? | Yes -LO at 10/28/21 0707 |
| BMI (calculated) more than 35 kg/m2 | No -LO at 10/28/21 0707 |
| Age over 50 years old? | Yes -LO at 10/28/21 0707 |
| Neck circumference | No -LO at 10/28/21 0707 |

| | |
|---|---|
| greater than 40 cm/16 in? | |
| Is gender male? | No -LO at 10/28/21 0707 |
| OSA Screening Score | 3 -LO at 10/28/21 0707 |
| Pt has been instructed that per the screening tool, they may be at increased risk for sleep apnea. Information on sleep apnea given to patient and instructed to discuss with primary care physician for follow up evaluation. | no -LO at 10/28/21 0707 |

**Pain Reassessment**

| Row Name | 10/28/21 2200 | 10/28/21 2047 | 10/28/21 1321 | 10/28/21 1305 | 10/28/21 1245 |
|---|---|---|---|---|---|
| Pain Assessment (VERBAL) Q Caregiver Change and PRN | | | | | |
| Automatic Restart Pain Timer | Yes -AH at 10/28/21 2200 | Yes -AH at 10/28/21 2051 | Yes -NB at 10/28/21 1517 | Yes -SD at 10/28/21 1306 | Yes -NS at 10/28/21 1249 |
| **Row Name** | **10/28/21 1230** | **10/28/21 1215** | **10/28/21 1200** | **10/28/21 1145** | **10/28/21 1130** |
| Pain Assessment (VERBAL) Q Caregiver Change and PRN | | | | | |
| Automatic Restart Pain Timer | Yes -NS at 10/28/21 1231 | Yes -NS at 10/28/21 1231 | Yes -NS at 10/28/21 1203 | Yes -NS at 10/28/21 1151 | Yes -NS at 10/28/21 1131 |
| **Row Name** | **10/28/21 1115** | **10/28/21 1100** | **10/28/21 1050** | **10/28/21 1045** | **10/28/21 1035** |
| Pain Assessment (VERBAL) Q Caregiver Change and PRN | | | | | |
| Automatic Restart Pain Timer | Yes -NS at 10/28/21 1126 | Yes -NS at 10/28/21 1102 | Yes -NS at 10/28/21 1102 | Yes -NS at 10/28/21 1047 | Yes -NS at 10/28/21 1035 |
| **Row Name** | **10/28/21 1030** | **10/28/21 1025** | **10/28/21 1015** | **10/28/21 1011** | **10/28/21 1006** |
| Pain Assessment (VERBAL) Q Caregiver Change and PRN | | | | | |
| Automatic Restart Pain Timer | Yes -NS at 10/28/21 1034 | Yes -NS at 10/28/21 1027 | Yes -NS at 10/28/21 1016 | Yes -NS at 10/28/21 1012 | Yes -NS at 10/28/21 1009 |
| **Row Name** | **10/28/21 1001** | **10/28/21 1000** | **10/28/21 0956** | **10/28/21 0952** | |
| Pain Assessment (VERBAL) Q Caregiver Change and PRN | | | | | |
| Automatic Restart Pain Timer | Yes -NS at 10/28/21 1009 | Yes -NS at 10/28/21 1009 | Yes -NS at 10/28/21 0959 | Yes -NS at 10/28/21 0953 | |

**Patient Belongings**

| Row Name | 10/28/21 0825 | 10/28/21 0705 |
|---|---|---|
| Belongings | | |
| Dentures | None -DW at 10/28/21 0832 | None -LO at 10/28/21 0706 |
| Vision | Glasses;Removed - DW at 10/28/21 0832 | Glasses;Removed - LO at 10/28/21 0706 |

**Flowsheets (continued)**

| | | |
|---|---|---|
| Placed in/Given to | Family (comment name) mother -DW at 10/28/21 0832 | Family (comment name) -LO at 10/28/21 0706 |
| Hearing Aid | None -DW at 10/28/21 0832 | None -LO at 10/28/21 0706 |
| Hair Piece, Hair Pins, Comb, Etc. | None -DW at 10/28/21 0832 | None -LO at 10/28/21 0706 |
| Jewelry | None -DW at 10/28/21 0832 | None -LO at 10/28/21 0706 |
| Clothing | None -DW at 10/28/21 0832 | Removed -LO at 10/28/21 0706 |
| Placed in/Given to | — | Family (Comment name) -LO at 10/28/21 0706 |
| Medical Equipment | None -DW at 10/28/21 0832 | None -LO at 10/28/21 0706 |
| Prostheses | N/A -DW at 10/28/21 0832 | None -LO at 10/28/21 0706 |
| Home Medications | No -DW at 10/28/21 0832 | No -LO at 10/28/21 0706 |
| Home Meds Returned? | N/A -DW at 10/28/21 0832 | No -LO at 10/28/21 0706 |
| Do you currently use/possess Medical Cannabis | No -DW at 10/28/21 0832 | No -LO at 10/28/21 0706 |
| Other Valuables | None -DW at 10/28/21 0832 | Cell phone;Wallet -LO at 10/28/21 0706 |
| Placed in/Given to | — | Family (Comment name) -LO at 10/28/21 0706 |
| Do you have any concealed weapon(s)? (If yes, call Security) | No -DW at 10/28/21 0832 | No -LO at 10/28/21 0706 |
| SDS Room Number | — | 19 -LO at 10/28/21 0706 |
| Name of Today's Visitor: | — | Mel, mom -LO at 10/28/21 0706 |
| Today's Visitor Arrived: | — | 0630 -LO at 10/28/21 0706 |
| Dr. has permission to talk to family member per patient | Yes -DW at 10/28/21 0832 | Yes -LO at 10/28/21 0706 |
| Belongings sent with patient upon transfer/discharge? | No -DW at 10/28/21 0832 | — |
| Belongings received upon transfer of patient? | No -DW at 10/28/21 0832 | — |

**Patient Screening**

| Row Name | 10/28/21 0703 |
|---|---|
| Patient Information | |
| Recent Fever/Infection | No -LO at 10/28/21 0703 |
| If going home, | Yes -LO at 10/28/21 |

| | |
|---|---|
| you may need someone to stay with you for 24hrs after your procedure, do you have someone? | 0703 |

**PCA Rounding**

| Row Name | 10/28/21 2300 | 10/28/21 2100 | 10/28/21 1900 | 10/28/21 1500 |
|---|---|---|---|---|
| Mobility | | | | |
| Current Activity | In bed -JF at 10/28/21 2353 | In bed -JF at 10/28/21 2112 | In bed -IT at 10/28/21 1907 | In bed -IT at 10/28/21 1614 |
| Position | Semi fowlers -JF at 10/28/21 2353 | Semi fowlers -JF at 10/28/21 2112 | Semi fowlers -IT at 10/28/21 1907 | Semi fowlers -IT at 10/28/21 1614 |
| Activity / Repositioning Assistance | Independent -JF at 10/28/21 2353 | Independent -JF at 10/28/21 2112 | Independent -JF at 10/28/21 2013 | — |
| Level of Assistance - Activity | Assist x1 -JF at 10/28/21 2353 | Assist x1 -JF at 10/28/21 2112 | Assist x1 -JF at 10/28/21 2013 | — |

**PCA VITALS I/O**

| Row Name | 10/28/21 23:00:27 | 10/28/21 19:43:32 | 10/28/21 1500 |
|---|---|---|---|
| Vitals | | | |
| Patient Position | Semi-Fowlers -JF at 10/28/21 2353 | Semi-Fowlers -JF at 10/28/21 2013 | — |
| BP Location | Right arm -JF at 10/28/21 2353 | Right arm -JF at 10/28/21 2013 | — |
| BP Method | Automatic -JF at 10/28/21 2353 | — | — |
| [REMOVED] Urethral Catheter 10/28/21 Straight-tip 18 fr | | | |
| Urethral Catheter Properties | Placement Date: 10/28/21 -DW, 10/28/21 0850 Placement Time: 0829 -DW, 10/28/21 0850 Clinical Indications for Foley: Perioperative Use -DW, 10/28/21 0850 Inserted by: Levy MD -DW, 10/28/21 0850 Catheter Type: Straight-tip -DW, 10/28/21 0850 Admitted with Foley?: No -DW, 10/28/21 0850 Foley placement was:: Non Urgent -DW, 10/28/21 0850 Bladder Scan Performed?: No -DW, 10/28/21 0850 Surgical Patient?: Yes -DW, 10/28/21 0850 Was a UA collected and sent to the lab?: Yes, at time of foley insertion -DW, 10/28/21 0850 Catheter Securement device in place?: Yes -DW, 10/28/21 0850 Tube Size (fr): 18 fr -DW, 10/28/21 0850 Catheter Balloon Size: 10 ml -DW, 10/28/21 0850 Urine Returned: Yes -DW, 10/28/21 0850 Removal Date: 10/29/21 -AH, 10/29/21 0610 Removal Time: 0610 -AH, 10/29/21 0610 | | |
| Catheter Securement device in place? | — | — | Yes -AS at 10/28/21 1527 |
| Urine Color | — | — | Yellow/straw -AS at 10/28/21 1527 |
| Urine Appearance | — | — | Clear -AS at 10/28/21 1527 |
| Urethral Catheter Output (ml) | — | — | 100 ml -AS at 10/28/21 1527 |

**Post-Procedure**

| Row Name | 10/28/21 1245 | 10/28/21 1230 | 10/28/21 1215 | 10/28/21 1200 | 10/28/21 1145 |
|---|---|---|---|---|---|
| Vitals | | | | | |
| Cardiac Rhythm | Normal sinus rhythm -NS at 10/28/21 1249 | Normal sinus rhythm -NS at 10/28/21 1232 | Normal sinus rhythm -NS at 10/28/21 1232 | Normal sinus rhythm -NS at 10/28/21 1203 | Normal sinus rhythm -NS at 10/28/21 1151 |
| Misc Documentation | | | | | |
| Abdomen Inspection | — | Soft -NS at 10/28/21 1232 | — | — | — |
| Nausea | — | No -NS at 10/28/21 1232 | — | — | — |
| Skin Color | — | Appropriate for race -NS at 10/28/21 1232 | — | — | — |

| Row Name | 10/28/21 1130 | 10/28/21 1115 | 10/28/21 1100 | 10/28/21 1045 | 10/28/21 1033 |
|---|---|---|---|---|---|
| Vitals | | | | | |
| Family | — | — | — | — | Updated -ASA at 10/28/21 1033 |
| Cardiac Rhythm | Normal sinus rhythm -NS at 10/28/21 1132 | Normal sinus rhythm -NS at 10/28/21 1126 | Normal sinus rhythm -NS at 10/28/21 1102 | Normal sinus rhythm -NS at 10/28/21 1047 | — |
| Misc Documentation | | | | | |
| Abdomen Inspection | Soft -NS at 10/28/21 1132 | — | — | — | — |
| Nausea | No -NS at 10/28/21 1132 | — | — | — | — |
| Skin Color | Appropriate for race -NS at 10/28/21 1132 | — | — | — | — |

| Row Name | 10/28/21 1030 | 10/28/21 1015 | 10/28/21 1000 | 10/28/21 0952 |
|---|---|---|---|---|
| Vitals | | | | |
| Cardiac Rhythm | Normal sinus rhythm -NS at 10/28/21 1034 | Normal sinus rhythm -NS at 10/28/21 1034 | Normal sinus rhythm -NS at 10/28/21 1010 | Normal sinus rhythm -NS at 10/28/21 0954 |
| Aldrete Score | | | | |
| Activity | — | — | — | Able to move four extremities voluntarily on command -NS at 10/28/21 0954 |
| Respiration | — | — | — | Dyspnea or limited breathing -NS at 10/28/21 0954 |
| Circulation | — | — | — | Blood pressure within 20% of preanesthesia level -NS at 10/28/21 0954 |
| Consciousness | — | — | — | Arousable on calling -NS at 10/28/21 0954 |
| Color | — | — | — | Pink -NS at 10/28/21 0954 |
| Aldrete Score | — | — | — | 8 -NS at 10/28/21 0954 |
| PACU Teaching | | | | |
| Cough Deep Breath/I.S. | — | — | — | Yes -NS at 10/28/21 0954 |
| Stir-up Regime | — | — | — | Yes -NS at 10/28/21 0954 |
| Immobilizers & Interventions | | | | |
| Patient warming | — | — | — | Bair Hugger -NS at |

**Flowsheets (continued)**

| | | | | |
|---|---|---|---|---|
| devices | | | | 10/28/21 0954 |
| Devices Used | — | — | — | SCD -NS at 10/28/21 0954 |

Misc Documentation

| | | | | |
|---|---|---|---|---|
| Abdomen Inspection | Soft -NS at 10/28/21 1034 | — | — | Soft -NS at 10/28/21 0954 |
| Nausea | No -NS at 10/28/21 1034 | — | — | No -NS at 10/28/21 0954 |
| Skin Color | Appropriate for race -NS at 10/28/21 1034 | — | — | Appropriate for race -NS at 10/28/21 0954 |

**Pre-op Teaching/Care Plan**

| Row Name | 10/28/21 0707 |
|---|---|
| Potential Knowledge deficit related to perioperative risks. Goals: | |
| Patient verbalizes understanding of how to turn, cough, and deep breath? | Yes -LO at 10/28/21 0707 |
| Patient verbalizes understanding of how to do Plantar/Dorsi Flexion? | Yes -LO at 10/28/21 0707 |
| Patient verbalizes understanding of possible use of antiembolism device (SCD) in OR and/or after surgery? | Yes -LO at 10/28/21 0707 |
| Potential knowledge deficit related to alteration in comfort. Goal: | |
| Patient verbalizes understanding of pain scale? | Yes -LO at 10/28/21 0707 |

**Predictive Model Scores**

| Row Name | 10/28/21 2340 | 10/28/21 2320 | 10/28/21 2301 | 10/28/21 2240 | 10/28/21 2220 |
|---|---|---|---|---|---|
| Vitals | | | | | |
| Sepsis Score | 0.7 -UE at 10/28/21 2342 | 0.7 -UE at 10/28/21 2322 | 0.7 -UE at 10/28/21 2303 | 0.7 -UE at 10/28/21 2242 | 0.7 -UE at 10/28/21 2222 |
| **Row Name** | **10/28/21 2201** | **10/28/21 2140** | **10/28/21 2120** | **10/28/21 2101** | **10/28/21 2040** |
| Fall Risk | | | | | |
| PA Fall Risk (filed) | 46.1 -UE at 10/28/21 2204 | — | — | — | — |
| Vitals | | | | | |
| Sepsis Score | 0.7 -UE at 10/28/21 2204 | 0.7 -UE at 10/28/21 2142 | 0.7 -UE at 10/28/21 2122 | 0.7 -UE at 10/28/21 2103 | 0.7 -UE at 10/28/21 2042 |
| **Row Name** | **10/28/21 2020** | **10/28/21 2001** | **10/28/21 1940** | **10/28/21 1920** | **10/28/21 1901** |
| Vitals | | | | | |
| Sepsis Score | 0.7 -UE at 10/28/21 2023 | 0.7 -UE at 10/28/21 2003 | 0.7 -UE at 10/28/21 1942 | 0.7 -UE at 10/28/21 1922 | 0.7 -UE at 10/28/21 1903 |
| **Row Name** | **10/28/21 1840** | **10/28/21 1821** | **10/28/21 1801** | **10/28/21 1741** | **10/28/21 1721** |
| Fall Risk | | | | | |

**Flowsheets (continued)**

| | | | | | |
|---|---|---|---|---|---|
| PA Fall Risk (filed) | — | — | 43 -UE at 10/28/21 1804 | — | — |
| Vitals | | | | | |
| Sepsis Score | 0.7 -UE at 10/28/21 1842 | 0.7 -UE at 10/28/21 1823 | 0.7 -UE at 10/28/21 1804 | 0.7 -UE at 10/28/21 1744 | 0.7 -UE at 10/28/21 1724 |

| **Row Name** | **10/28/21 1701** | **10/28/21 1641** | **10/28/21 1621** | **10/28/21 1601** | **10/28/21 1540** |
|---|---|---|---|---|---|
| Vitals | | | | | |
| Sepsis Score | 0.7 -UE at 10/28/21 1704 | 0.7 -UE at 10/28/21 1643 | 0.7 -UE at 10/28/21 1623 | 0.7 -UE at 10/28/21 1603 | 0.7 -UE at 10/28/21 1543 |

| **Row Name** | **10/28/21 1520** | **10/28/21 1501** | **10/28/21 1440** | **10/28/21 1420** | **10/28/21 1401** |
|---|---|---|---|---|---|
| Fall Risk | | | | | |
| PA Fall Risk (filed) | — | — | — | — | 12.4 -UE at 10/28/21 1404 |
| Vitals | | | | | |
| Sepsis Score | 0.7 -UE at 10/28/21 1523 | 0.7 -UE at 10/28/21 1504 | 0.7 -UE at 10/28/21 1443 | 0.7 -UE at 10/28/21 1423 | 0.7 -UE at 10/28/21 1404 |

| **Row Name** | **10/28/21 1340** | **10/28/21 1320** | **10/28/21 1301** | **10/28/21 1240** | **10/28/21 1220** |
|---|---|---|---|---|---|
| Vitals | | | | | |
| Sepsis Score | 0.7 -UE at 10/28/21 1342 | 0.7 -UE at 10/28/21 1323 | 0.7 -UE at 10/28/21 1303 | 0.7 -UE at 10/28/21 1243 | 1.6 -UE at 10/28/21 1222 |

| **Row Name** | **10/28/21 1201** | **10/28/21 1140** | **10/28/21 1120** | **10/28/21 1101** | **10/28/21 1040** |
|---|---|---|---|---|---|
| Fall Risk | | | | | |
| PA Fall Risk (filed) | 12.3 -UEA at 10/28/21 1203 | — | — | 11.6 -UEA at 10/28/21 1103 | — |
| Vitals | | | | | |
| Sepsis Score | 1.6 -UE at 10/28/21 1203 | 1.6 -UE at 10/28/21 1142 | 1.6 -UE at 10/28/21 1123 | 1.6 -UE at 10/28/21 1104 | 1.6 -UE at 10/28/21 1042 |

| **Row Name** | **10/28/21 1020** | **10/28/21 1001** | **10/28/21 0940** | **10/28/21 0920** | **10/28/21 0901** |
|---|---|---|---|---|---|
| Fall Risk | | | | | |
| PA Fall Risk (filed) | — | 13.4 -UE at 10/28/21 1004 | — | — | 6.4 -UEA at 10/28/21 0903 |
| Vitals | | | | | |
| Sepsis Score | 1.6 -UE at 10/28/21 1023 | 1.6 -UE at 10/28/21 1004 | 0.7 -UE at 10/28/21 0942 | 0.7 -UE at 10/28/21 0922 | 0.9 -UE at 10/28/21 0903 |

| **Row Name** | **10/28/21 0840** | **10/28/21 0820** | **10/28/21 0801** | **10/28/21 0740** | **10/28/21 0720** |
|---|---|---|---|---|---|
| Fall Risk | | | | | |
| PA Fall Risk (filed) | — | — | 4.8 -UEA at 10/28/21 0802 | — | — |
| Vitals | | | | | |
| Sepsis Score | 0.9 -UE at 10/28/21 0843 | 0.9 -UE at 10/28/21 0822 | 1 -UE at 10/28/21 0804 | 1.1 -UE at 10/28/21 0742 | 1.1 -UE at 10/28/21 0723 |

| **Row Name** | **10/28/21 0702** | **10/28/21 0640** | **10/28/21 0620** | **10/28/21 0601** |
|---|---|---|---|---|
| Fall Risk | | | | |
| PA Fall Risk (filed) | 4 -UEA at 10/28/21 0704 | — | — | 2.6 -UE at 10/28/21 0604 |
| Vitals | | | | |
| Sepsis Score | 1.1 -UE at 10/28/21 0705 | 1 -UE at 10/28/21 0643 | 1 -UE at 10/28/21 0622 | 1 -UE at 10/28/21 0604 |

**Preop Patient Prep**

| **Row Name** | **10/28/21 0706** |
|---|---|
| Patient Prep | |
| TED Hose? | N/A -LO at 10/28/21 0706 |

**Flowsheets (continued)**

| | |
|---|---|
| SCD applied? | Instructed on Antiembolism Device -LO at 10/28/21 0706 |
| Skin Prep used? | N/A -LO at 10/28/21 0706 |
| Type of bowel prep used | N/A -LO at 10/28/21 0706 |
| Patient Voided? | Yes -LO at 10/28/21 0706 |

Skin Care

| | |
|---|---|
| Preventable Skin Care? | N/A -LO at 10/28/21 0706 |

Advance Directives (For Healthcare)

| | |
|---|---|
| Does this patient have a Health Care Advance Directive (Living Will or Durable Power of Attorney)? | No / Unknown -LO at 10/28/21 0706 |

**Preop Screening**

| Row Name | 10/28/21 0708 |
|---|---|
| Malnutrition Screening Tool (MST) | |
| Has patient recently lost weight without trying? | No -LO at 10/28/21 0708 |
| Has patient been eating poorly because of decreased appetite >5 days? | No -LO at 10/28/21 0708 |
| Abuse Assessment | |
| Physical Assault, Rape, Sexual Abuse, Domestic Abuse, Child or Elder Neglect as Abuser or Abused? | Denies -LO at 10/28/21 0708 |
| Possible abuse reported to Social Services | Not applicable -LO at 10/28/21 0708 |
| Smoking Screening | |
| Have you refrained from smoking today? | N/A -LO at 10/28/21 0708 |
| Pneumococcal Vaccine Screen - Year Round | |
| Are you 65 or older? | No -LO at 10/28/21 0708 |

**Flowsheets (continued)**

| Covid Vaccination Card Verified | |
|---|---|
| Verified Covid Vaccination Card | Yes -LO at 10/28/21 0708 |

| Columbia Suicide Severity Rating Scale | |
|---|---|
| 1. Wish to be Dead | No -LO at 10/28/21 0708 |
| 2. Suicidal Thoughts | No -LO at 10/28/21 0708 |
| 6. Suicide Behavior Question | No -LO at 10/28/21 0708 |

**Preop Teaching**

| Row Name | 10/28/21 0704 |
|---|---|
| Preop Teaching | |
| Previous EKG | Yes -LO at 10/28/21 0705 |
| SDS/OR/PACU routine | Yes -LO at 10/28/21 0705 |
| Responsible adult to accompany/drive patient | Yes -LO at 10/28/21 0705 |
| Verbalizes Understanding | Yes -LO at 10/28/21 0705 |

**PreProc Verification-stat**

| Row Name | 10/28/21 0707 |
|---|---|
| Pre - Procedure Checklist | |
| Procedure Department | B Level SDS -LO at 10/28/21 0707 |
| Procedure Name | Posterior Repair, Possible Vaginal Vault Suspension, Possible Enterocele Repair, Cystoscopy. -LO at 10/28/21 0707 |
| Correct Patient: Compare patient verbal response to armband with name and DOB | Yes -LO at 10/28/21 0707 |
| Site marked by Physician | Yes -LO at 10/28/21 0707 |
| History and Physical complete | Yes -LO at 10/28/21 0707 |
| Acknowledgement of Informed Consent signed and accurate | Yes -LO at 10/28/21 0707 |

**Privacy Alert**

## 10/28/2021 - Admission (Discharged) in GENERAL SURGERY UNIT (continued)

**Flowsheets (continued)**

| Row Name | 10/28/21 0555 |
|---|---|
| We will be discussing your protected health information while we are preparing you for surgery. We ask that your family and friends remain in the waiting area until your preparation for surgery is complete. We will bring your family into the pre op area when our preparation is complete. | |
| Patient requests family and friends come to the treatment area at this time? | Yes -EO at 10/28/21 0556 |
| May we discuss your medical information with your family/personal representative? | Yes -EO at 10/28/21 0556 |

**Pt Identification**

| Row Name | 10/28/21 0705 |
|---|---|
| Patient Identification | |
| Hospital ID Arm Band physically intact and legible? | Yes -LO at 10/28/21 0705 |
| Armband Location? | RA -LO at 10/28/21 0705 |
| Armband includes name, DOB, and MRN? (If no, added to armband) | Yes -LO at 10/28/21 0705 |
| Extremity involved in procedure? (If yes, change armband location) | No -LO at 10/28/21 0705 |

**Receiving Blood Decisions**

| Row Name | 10/28/21 1306 | 10/28/21 0641 |
|---|---|---|
| Blood Products Refusal | | |
| Do you have any religious, cultural, or personal beliefs that would prevent you from receiving blood or blood products? | No -SD at 10/28/21 1306 | No -LO at 10/28/21 0648 |

**Rounding**

| Row Name | 10/28/21 2300 | 10/28/21 2200 | 10/28/21 2100 | 10/28/21 2047 | 10/28/21 1900 |
|---|---|---|---|---|---|
| Fall Risk Interventions (RNs: See Care Plan/Education) | | | | | |
| Siderails up | — | 3/4 -AH at 10/28/21 2200 | — | 3/4 -AH at 10/28/21 2115 | — |
| Mobility | | | | | |
| Current Activity | — | In bed -AH at 10/28/21 | — | In bed -AH at 10/28/21 | — |

| | | 2200 | | 2115 | |
|---|---|---|---|---|---|
| Position | — | Semi fowlers -AH at 10/28/21 2200 | — | Semi fowlers -AH at 10/28/21 2115 | — |
| Activity / Repositioning Assistance | — | — | — | Independent -AH at 10/28/21 2115 | — |
| Level of Assistance - Activity | — | — | — | Assist x1 -AH at 10/28/21 2115 | — |
| Head of bed elevated (in degrees) | — | — | — | Self- Regulated -AH at 10/28/21 2115 | — |
| **Acuity Main Score** | | | | | |
| Acuity Main Score | 119 -UE at 10/28/21 2305 | — | 118 -UE at 10/28/21 2105 | — | 146 -UE at 10/28/21 1903 |

| **Row Name** | **10/28/21 1701** | **10/28/21 1500** | **10/28/21 1321** | **10/28/21 1300** | **10/28/21 1249** |
|---|---|---|---|---|---|
| **Mobility** | | | | | |
| Current Activity | — | — | In bed -NB at 10/28/21 1518 | — | — |
| Position | — | — | Semi fowlers -NB at 10/28/21 1518 | — | — |
| Activity / Repositioning Assistance | — | — | Independent -NB at 10/28/21 1518 | — | — |
| Level of Assistance - Activity | — | — | Assist x1 -NB at 10/28/21 1518 | — | — |
| Head of bed elevated (in degrees) | — | — | Self- Regulated -NB at 10/28/21 1518 | — | — |
| Range of Motion | — | — | Active;All extremities -NB at 10/28/21 1518 | — | — |
| **Handoff** | | | | | |
| Sending-Offgoing Staff | — | — | — | — | Nicole PACU RN -NS at 10/28/21 1249 |
| Receiving-Oncoming Staff | — | — | — | — | 5S RN -NS at 10/28/21 1249 |
| Handoff Communication | — | — | — | — | Other (comment) PACER -NS at 10/28/21 1249 |
| Communication Given | — | — | — | — | Transfer Handoff -NS at 10/28/21 1249 |
| **Acuity Main Score** | | | | | |
| Acuity Main Score | 190 -UE at 10/28/21 1705 | 184 -UE at 10/28/21 1505 | — | 176 -UE at 10/28/21 1305 | — |

| **Row Name** | **10/28/21 1100** | **10/28/21 0900** | **10/28/21 0700** |
|---|---|---|---|
| **Acuity Main Score** | | | |
| Acuity Main Score | 126 -UE at 10/28/21 1105 | 57 -UE at 10/28/21 0905 | 29 -UE at 10/28/21 0705 |

**Safety Check**

| **Row Name** | **10/28/21 2200** | **10/28/21 2047** | **10/28/21 1306** |
|---|---|---|---|
| **Safe Environment** | | | |
| Arm Bands On | ID -AH at 10/28/21 2200 | ID -AH at 10/28/21 2115 | ID -SD at 10/28/21 1306 |
| Call Light Within Reach | Yes -AH at 10/28/21 2200 | Yes -AH at 10/28/21 2115 | Yes -SD at 10/28/21 1306 |
| Overbed Table | Yes -AH at 10/28/21 | Yes -AH at 10/28/21 | Yes -SD at 10/28/21 |

| | | | |
|---|---|---|---|
| Within Reach | 2200 | 2115 | 1306 |
| Bed In Lowest Position | Yes -AH at 10/28/21 2200 | Yes -AH at 10/28/21 2115 | Yes -SD at 10/28/21 1306 |
| Bed Wheels Locked | Yes -AH at 10/28/21 2200 | Yes -AH at 10/28/21 2115 | Yes -SD at 10/28/21 1306 |
| Siderails up | — | — | 3/4 -SD at 10/28/21 1306 |

**Specific Allergies**

| Row Name | 10/28/21 0647 |
|---|---|
| Specific Allergies | |
| Dept. Notified of Latex Allergy | N/A -LO at 10/28/21 0648 |
| Dept. Notified of Iodine/ IVP Dye Allergy | N/A -LO at 10/28/21 0648 |
| Dept. Notified of Shellfish Allergy | N/A -LO at 10/28/21 0648 |

**Ticket to Ride**

| Row Name | 10/28/21 1130 |
|---|---|
| Ticket to Ride-Sending Unit | |
| Orientation Level | Oriented -NS at 10/28/21 1132 |
| Language | Clear;Appropriate for age -NS at 10/28/21 1132 |
| Insulin Pump or Device? | No -NS at 10/28/21 1132 |
| Level of Assistance - Activity | Assist x1 -NS at 10/28/21 1132 |
| Action if pain level increases | Call nurse -NS at 10/28/21 1132 |
| Environmental Precautions (bedbugs, lice, etc) | No -NS at 10/28/21 1132 |
| RN/Unit phone number | 52341 -NS at 10/28/21 1132 |
| *Person completing Ticket to Ride | Nicole RN -NS at 10/28/21 1132 |

**Vital Signs**

| Row Name | 10/28/21 0641 |
|---|---|
| Pain Assessment (VERBAL) Q Caregiver Change and PRN | |
| Patient Currently in Pain (Verbal & Non-Verbal) | Denies -LO at 10/28/21 0708 |
| Patient's Pain Relief Goal (Admission & PRN) | no pain -LO at 10/28/21 0708 |

## 10/28/2021 - Admission (Discharged) in GENERAL SURGERY UNIT (continued)

**Flowsheets (continued)**

**Vital Signs Complex**

| Row Name | 10/28/21 23:00:27 | 10/28/21 1952 | 10/28/21 19:43:32 | 10/28/21 1536 | 10/28/21 12:57:03 |
|---|---|---|---|---|---|
| Vitals | | | | | |
| Temp src | — | — | — | — | Oral -SD at 10/28/21 1306 |
| Resp | — | — | — | — | 16 -SD at 10/28/21 1306 |
| BP | — | 96/60 -AH at 10/28/21 1952 | — | — | — |
| Patient Position | — | — | — | — | Semi-Fowlers -SD at 10/28/21 1306 |
| BP Location | — | — | — | — | Right arm -SD at 10/28/21 1306 |
| BP Method | — | Manual -AH at 10/28/21 1952 | Automatic -AH at 10/28/21 1954 | — | Automatic -SD at 10/28/21 1306 |
| MEWS Score | 0 -II (r) JF (t) at 10/28/21 2300 | — | 1 -II (r) JF (t) at 10/28/21 1943 | 1 -II (r) IT (t) at 10/28/21 1536 | 1 -SD at 10/28/21 1306 |
| Cardiac | | | | | |
| $Patient on Monitor? | — | — | — | — | No -SD at 10/28/21 1306 |

| Row Name | 10/28/21 1245 | 10/28/21 1230 | 10/28/21 1215 | 10/28/21 1200 | 10/28/21 1145 |
|---|---|---|---|---|---|
| Vitals | | | | | |
| Temp | 98.8 °F (37.1 °C) -NS at 10/28/21 1248 | 99 °F (37.2 °C) -NS at 10/28/21 1231 | — | — | — |
| Temp src | Temporal -NS at 10/28/21 1248 | Temporal -NS at 10/28/21 1231 | — | — | — |
| Pulse | 77 -NS at 10/28/21 1247 | 80 -NS at 10/28/21 1231 | 77 -NS at 10/28/21 1230 | 89 -NS at 10/28/21 1203 | 74 -NS at 10/28/21 1151 |
| Resp | 16 -NS at 10/28/21 1247 | 14 -NS at 10/28/21 1231 | 12 -NS at 10/28/21 1230 | 16 -NS at 10/28/21 1203 | 12 -NS at 10/28/21 1151 |
| BP | 98/65 -NS at 10/28/21 1247 | 97/67 -NS at 10/28/21 1231 | 97/60 -NS at 10/28/21 1230 | 124/56 -NS at 10/28/21 1203 | 104/62 -NS at 10/28/21 1151 |
| MAP (cuff) | 77 -NS at 10/28/21 1247 | 78 -NS at 10/28/21 1231 | 113 -NS at 10/28/21 1230 | 77 -NS at 10/28/21 1203 | 75 -NS at 10/28/21 1151 |
| Patient Position | Semi-Fowlers -NS at 10/28/21 1247 | Semi-Fowlers -NS at 10/28/21 1231 | Semi-Fowlers -NS at 10/28/21 1230 | Semi-Fowlers -NS at 10/28/21 1203 | Semi-Fowlers -NS at 10/28/21 1151 |
| SpO2 | 94 % -NS at 10/28/21 1247 | 94 % -NS at 10/28/21 1231 | 94 % -NS at 10/28/21 1230 | 94 % -NS at 10/28/21 1203 | 95 % -NS at 10/28/21 1151 |
| MEWS Score | 0 -NS at 10/28/21 1248 | 0 -NS at 10/28/21 1231 | 1 -NS at 10/28/21 1230 | 1 -NS at 10/28/21 1203 | 1 -NS at 10/28/21 1151 |
| Oxygen Therapy | | | | | |
| O2 Delivery Device | Nasal cannula -NS at 10/28/21 1249 | Nasal cannula -NS at 10/28/21 1231 | Nasal cannula -NS at 10/28/21 1231 | Nasal cannula -NS at 10/28/21 1203 | Nasal cannula -NS at 10/28/21 1151 |
| O2 Flow Rate (L/min) | 2 l/min -NS at 10/28/21 1249 | 2 l/min -NS at 10/28/21 1231 | 2 l/min -NS at 10/28/21 1231 | 2 l/min -NS at 10/28/21 1203 | 2 l/min -NS at 10/28/21 1151 |
| Pain Assessment (VERBAL) Q Caregiver Change and PRN | | | | | |
| Patient Currently in Pain (Verbal & Non-Verbal) | Pt resting, eyes closed -NS at 10/28/21 1249 | Pt resting, eyes closed -NS at 10/28/21 1231 | Pt resting, eyes closed -NS at 10/28/21 1231 | Pt resting, eyes closed -NS at 10/28/21 1203 | Pt resting, eyes closed -NS at 10/28/21 1151 |
| Pain Intensity (Verbal) | Pt Resting, Eyes Closed -NS at 10/28/21 1249 | Pt Resting, Eyes Closed -NS at 10/28/21 1231 | Pt Resting, Eyes Closed -NS at 10/28/21 1231 | Pt Resting, Eyes Closed -NS at 10/28/21 1203 | Pt Resting, Eyes Closed -NS at 10/28/21 1151 |
| Here Is How I Can Help You With Your Pain | Rest -NS at 10/28/21 1249 | Rest -NS at 10/28/21 1231 | Rest -NS at 10/28/21 1231 | Rest -NS at 10/28/21 1203 | Rest -NS at 10/28/21 1151 |
| Richmond Agitation Sedation Scale (RASS) | | | | | |
| RASS Score | Drowsy - Patient awakens with sustained eye opening and eye contact -NS at 10/28/21 1249 | Drowsy - Patient awakens with sustained eye opening and eye contact -NS at 10/28/21 1231 | Drowsy - Patient awakens with sustained eye opening and eye contact -NS at 10/28/21 1231 | Drowsy - Patient awakens with sustained eye opening and eye contact -NS at 10/28/21 1203 | Drowsy - Patient awakens with sustained eye opening and eye contact -NS at 10/28/21 1151 |

| Row Name | 10/28/21 1130 | 10/28/21 1115 | 10/28/21 1100 | 10/28/21 1050 | 10/28/21 1045 |
|---|---|---|---|---|---|

## 10/28/2021 - Admission (Discharged) in GENERAL SURGERY UNIT (continued)

**Flowsheets (continued)**

| Vitals | | | | | |
|---|---|---|---|---|---|
| Temp | 97.8 °F (36.6 °C) -NS at 10/28/21 1131 | — | — | — | — |
| Temp src | Temporal -NS at 10/28/21 1131 | — | — | — | — |
| Pulse | 71 -NS at 10/28/21 1131 | 66 -NS at 10/28/21 1126 | 72 -NS at 10/28/21 1102 | — | 65 -NS at 10/28/21 1047 |
| Resp | 12 -NS at 10/28/21 1131 | 12 -NS at 10/28/21 1126 | 14 -NS at 10/28/21 1102 | — | 12 -NS at 10/28/21 1047 |
| BP | 100/64 -NS at 10/28/21 1131 | 116/70 -NS at 10/28/21 1126 | 121/60 -NS at 10/28/21 1102 | — | 103/74 -NS at 10/28/21 1047 |
| MAP (cuff) | 74 -NS at 10/28/21 1131 | 78 -NS at 10/28/21 1126 | 77 -NS at 10/28/21 1102 | — | 84 -NS at 10/28/21 1047 |
| Patient Position | Semi-Fowlers -NS at 10/28/21 1131 | Semi-Fowlers -NS at 10/28/21 1126 | Semi-Fowlers -NS at 10/28/21 1102 | — | Semi-Fowlers -NS at 10/28/21 1047 |
| SpO2 | 95 % -NS at 10/28/21 1131 | 93 % -NS at 10/28/21 1126 | 93 % -NS at 10/28/21 1102 | — | 96 % -NS at 10/28/21 1047 |
| MEWS Score | 1 -NS at 10/28/21 1131 | 1 -NS at 10/28/21 1126 | 1 -NS at 10/28/21 1102 | — | 1 -NS at 10/28/21 1047 |
| **Oxygen Therapy** | | | | | |
| O2 Delivery Device | Nasal cannula -NS at 10/28/21 1131 | Nasal cannula -NS at 10/28/21 1126 | Nasal cannula -NS at 10/28/21 1102 | — | Nasal cannula -NS at 10/28/21 1047 |
| O2 Flow Rate (L/min) | 2 l/min -NS at 10/28/21 1131 | 2 l/min -NS at 10/28/21 1126 | 2 l/min -NS at 10/28/21 1102 | — | 2 l/min -NS at 10/28/21 1047 |
| **Pain Assessment (VERBAL) Q Caregiver Change and PRN** | | | | | |
| Patient Currently in Pain (Verbal & Non-Verbal) | Pt resting, eyes closed -NS at 10/28/21 1131 | Pt resting, eyes closed -NS at 10/28/21 1126 | Pt resting, eyes closed -NS at 10/28/21 1102 | Yes -NS at 10/28/21 1102 | Yes -NS at 10/28/21 1047 |
| Pain Location | — | — | — | Vaginal;Uterine -NS at 10/28/21 1102 | Vaginal;Uterine -NS at 10/28/21 1047 |
| Pain Laterality/Orientation | — | — | — | Laterality N/A -NS at 10/28/21 1102 | Laterality N/A -NS at 10/28/21 1047 |
| Pain Quality | — | — | — | Patient unable to describe -NS at 10/28/21 1102 | Patient unable to describe -NS at 10/28/21 1047 |
| Pain Intensity (Verbal) | Pt Resting, Eyes Closed -NS at 10/28/21 1131 | Pt Resting, Eyes Closed -NS at 10/28/21 1126 | Pt Resting, Eyes Closed -NS at 10/28/21 1102 | — | — |
| Here Is How I Can Help You With Your Pain | Rest -NS at 10/28/21 1131 | Rest -NS at 10/28/21 1126 | Rest -NS at 10/28/21 1102 | Pain Med (PRN-See eMAR) -NS at 10/28/21 1102 | Pain Med (PRN-See eMAR) -NS at 10/28/21 1047 |
| **Richmond Agitation Sedation Scale (RASS)** | | | | | |
| RASS Score | Drowsy - Patient awakens with sustained eye opening and eye contact -NS at 10/28/21 1131 | Drowsy - Patient awakens with sustained eye opening and eye contact -NS at 10/28/21 1126 | Drowsy - Patient awakens with sustained eye opening and eye contact -NS at 10/28/21 1102 | Drowsy - Patient awakens with sustained eye opening and eye contact -NS at 10/28/21 1102 | Drowsy - Patient awakens with sustained eye opening and eye contact -NS at 10/28/21 1047 |
| **Aldrete Score** | | | | | |
| Activity | Able to move four extremities voluntarily on command -NS at 10/28/21 1131 | — | — | — | — |
| Respiration | Able to breath and cough freely -NS at 10/28/21 1131 | — | — | — | — |
| Circulation | Blood pressure within 20% of preanesthesia level -NS at 10/28/21 1131 | — | — | — | — |
| Consciousness | Fully awake -NS at 10/28/21 1131 | — | — | — | — |
| Color | Pink -NS at 10/28/21 1131 | — | — | — | — |

| Aldrete Score | 10 -NS at 10/28/21 1131 | — | — | — | — |
|---|---|---|---|---|---|
| **Row Name** | **10/28/21 1035** | **10/28/21 1030** | **10/28/21 1025** | **10/28/21 1015** | **10/28/21 1011** |
| Vitals | | | | | |
| Temp | — | **97.6 °F (36.4 °C)** ! -NS at 10/28/21 1034 | — | — | — |
| Temp src | — | Temporal -NS at 10/28/21 1034 | — | — | — |
| Pulse | — | 92 -NS at 10/28/21 1034 | — | 76 -NS at 10/28/21 1015 | — |
| Resp | — | 16 -NS at 10/28/21 1034 | — | 12 -NS at 10/28/21 1015 | — |
| BP | — | 91/67 -NS at 10/28/21 1034 | — | 91/57 -NS at 10/28/21 1015 | — |
| MAP (cuff) | — | 75 -NS at 10/28/21 1034 | — | 68 -NS at 10/28/21 1015 | — |
| Patient Position | — | Semi-Fowlers -NS at 10/28/21 1034 | — | Semi-Fowlers -NS at 10/28/21 1015 | — |
| SpO2 | — | 96 % -NS at 10/28/21 1034 | — | 99 % -NS at 10/28/21 1015 | — |
| MEWS Score | — | 1 -NS at 10/28/21 1034 | — | 1 -NS at 10/28/21 1015 | — |
| Oxygen Therapy | | | | | |
| O2 Delivery Device | — | Nasal cannula -NS at 10/28/21 1034 | — | Nasal cannula -NS at 10/28/21 1016 | — |
| O2 Flow Rate (L/min) | — | 2 l/min -NS at 10/28/21 1034 | — | 2 l/min -NS at 10/28/21 1016 | — |
| Pain Assessment (VERBAL) Q Caregiver Change and PRN | | | | | |
| Patient Currently in Pain (Verbal & Non-Verbal) | Pt resting, eyes closed -NS at 10/28/21 1035 | Yes -NS at 10/28/21 1034 | Yes -NS at 10/28/21 1027 | Pt resting, eyes closed -NS at 10/28/21 1016 | Yes -NS at 10/28/21 1012 |
| Pain Location | — | Vaginal;Uterine -NS at 10/28/21 1034 | Vaginal;Uterine -NS at 10/28/21 1027 | — | Vaginal;Uterine -NS at 10/28/21 1012 |
| Pain Laterality/Orientation | — | Laterality N/A -NS at 10/28/21 1034 | Laterality N/A -NS at 10/28/21 1027 | — | Laterality N/A -NS at 10/28/21 1012 |
| Pain Quality | — | Patient unable to describe -NS at 10/28/21 1034 | Patient unable to describe -NS at 10/28/21 1027 | — | Patient unable to describe -NS at 10/28/21 1012 |
| Pain Intensity (Verbal) | Pt Resting, Eyes Closed -NS at 10/28/21 1035 | — | — | Pt Resting, Eyes Closed -NS at 10/28/21 1016 | — |
| Here Is How I Can Help You With Your Pain | Rest -NS at 10/28/21 1035 | Pain Med (PRN-See eMAR) -NS at 10/28/21 1034 | Pain Med (PRN-See eMAR) -NS at 10/28/21 1027 | Rest -NS at 10/28/21 1016 | Pain Med (PRN-See eMAR) -NS at 10/28/21 1012 |
| Richmond Agitation Sedation Scale (RASS) | | | | | |
| RASS Score | Drowsy - Patient awakens with sustained eye opening and eye contact -NS at 10/28/21 1035 | Drowsy - Patient awakens with sustained eye opening and eye contact -NS at 10/28/21 1034 | Drowsy - Patient awakens with sustained eye opening and eye contact -NS at 10/28/21 1027 | Drowsy - Patient awakens with sustained eye opening and eye contact -NS at 10/28/21 1016 | Drowsy - Patient awakens with sustained eye opening and eye contact -NS at 10/28/21 1012 |
| Aldrete Score | | | | | |
| Activity | — | — | — | Able to move four extremities voluntarily on command -NS at 10/28/21 1016 | — |
| Respiration | — | — | — | Able to breath and cough freely -NS at 10/28/21 1016 | — |
| Circulation | — | — | — | Blood pressure within 20% of preanesthesia level -NS at 10/28/21 1016 | — |
| Consciousness | — | — | — | Fully awake -NS at 10/28/21 1016 | — |

## 10/28/2021 - Admission (Discharged) in GENERAL SURGERY UNIT (continued)

**Flowsheets (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Color | — | — | — | Pink -NS at 10/28/21 1016 | — |
| Aldrete Score | — | — | — | 10 -NS at 10/28/21 1016 | — |

| **Row Name** | **10/28/21 1006** | **10/28/21 1001** | **10/28/21 1000** | **10/28/21 0956** | **10/28/21 0952** |
|---|---|---|---|---|---|
| Vitals | | | | | |
| Temp | — | — | — | — | 97.7 °F (36.5 °C) -NS at 10/28/21 0955 |
| Temp src | — | — | — | — | Temporal -NS at 10/28/21 0955 |
| Pulse | — | — | 74 -NS at 10/28/21 1008 | — | 93 -NS at 10/28/21 0953 |
| Resp | — | — | 15 -NS at 10/28/21 1008 | — | 20 -NS at 10/28/21 0953 |
| BP | — | — | 95/67 -NS at 10/28/21 1008 | — | 96/59 -NS at 10/28/21 0953 |
| MAP (cuff) | — | — | 76 -NS at 10/28/21 1008 | — | 71 -NS at 10/28/21 0953 |
| Patient Position | — | — | Semi-Fowlers -NS at 10/28/21 1008 | — | Semi-Fowlers -NS at 10/28/21 0953 |
| SpO2 | — | — | 100 % -NS at 10/28/21 1008 | — | 95 % -NS at 10/28/21 0953 |
| MEWS Score | — | — | 1 -NS at 10/28/21 1008 | — | 1 -NS at 10/28/21 0955 |
| Oxygen Therapy | | | | | |
| O2 Delivery Device | — | — | Nasal cannula -NS at 10/28/21 1009 | — | Nasal cannula -NS at 10/28/21 0953 |
| O2 Flow Rate (L/min) | — | — | 4 l/min titrated to 2 -NS at 10/28/21 1009 | — | 4 l/min -NS at 10/28/21 0953 |
| Pain Assessment (VERBAL) Q Caregiver Change and PRN | | | | | |
| Patient Currently in Pain (Verbal & Non-Verbal) | Yes -NS at 10/28/21 1009 | Yes -NS at 10/28/21 1009 | Yes -NS at 10/28/21 1009 | Yes -NS at 10/28/21 0959 | Pt resting, eyes closed -NS at 10/28/21 0953 |
| Pain Location | Vaginal;Uterine -NS at 10/28/21 1009 | Vaginal;Uterine -NS at 10/28/21 1009 | Vaginal;Uterine -NS at 10/28/21 1009 | Vaginal;Uterine -NS at 10/28/21 0959 | — |
| Pain Laterality/Orientation | Laterality N/A -NS at 10/28/21 1009 | Laterality N/A -NS at 10/28/21 1009 | Laterality N/A -NS at 10/28/21 1009 | Laterality N/A -NS at 10/28/21 0959 | — |
| Pain Quality | Patient unable to describe -NS at 10/28/21 1009 | Patient unable to describe -NS at 10/28/21 1009 | Patient unable to describe -NS at 10/28/21 1009 | Patient unable to describe -NS at 10/28/21 0959 | — |
| Pain Intensity (Verbal) | — | — | Severe Pain -NS at 10/28/21 1009 | — | Pt Resting, Eyes Closed -NS at 10/28/21 0953 |
| Here Is How I Can Help You With Your Pain | Pain Med (PRN-See eMAR) -NS at 10/28/21 1009 | Pain Med (PRN-See eMAR) -NS at 10/28/21 1009 | Emotional support;Rest -NS at 10/28/21 1009 | Pain Med (PRN-See eMAR) -NS at 10/28/21 0959 | Rest -NS at 10/28/21 0953 |
| Richmond Agitation Sedation Scale (RASS) | | | | | |
| RASS Score | Drowsy - Patient awakens with sustained eye opening and eye contact -NS at 10/28/21 1009 | Drowsy - Patient awakens with sustained eye opening and eye contact -NS at 10/28/21 1009 | Drowsy - Patient awakens with sustained eye opening and eye contact -NS at 10/28/21 1009 | Drowsy - Patient awakens with sustained eye opening and eye contact -NS at 10/28/21 0959 | Light Sedation - Patient awakens with eye opening and eye contact, but not sustained -NS at 10/28/21 0953 |

| **Row Name** | **10/28/21 0641** |
|---|---|
| Vitals | |
| MEWS Score | 1 -LO at 10/28/21 0659 |

**Vitals (Full)**

| **Row Name** | **10/28/21 23:00:27** | **10/28/21 19:43:32** | **10/28/21 12:57:03** | **10/28/21 1245** | **10/28/21 1230** |
|---|---|---|---|---|---|
| Vitals | | | | | |
| Automatic Restart Vitals Timer | Yes -II (r) JF (t) at 10/28/21 2300 | Yes -II (r) JF (t) at 10/28/21 1943 | Yes -SD at 10/28/21 1306 | Yes -NS at 10/28/21 1247 | Yes -NS at 10/28/21 1231 |

## 10/28/2021 - Admission (Discharged) in GENERAL SURGERY UNIT (continued)

### Flowsheets (continued)

| Row Name | 10/28/21 1215 | 10/28/21 1200 | 10/28/21 1145 | 10/28/21 1130 | 10/28/21 1115 |
|---|---|---|---|---|---|
| Vitals | | | | | |
| Automatic Restart Vitals Timer | Yes -NS at 10/28/21 1230 | Yes -NS at 10/28/21 1203 | Yes -NS at 10/28/21 1151 | Yes -NS at 10/28/21 1131 | Yes -NS at 10/28/21 1126 |

| Row Name | 10/28/21 1100 | 10/28/21 1045 | 10/28/21 1030 | 10/28/21 1015 | 10/28/21 1000 |
|---|---|---|---|---|---|
| Vitals | | | | | |
| Automatic Restart Vitals Timer | Yes -NS at 10/28/21 1102 | Yes -NS at 10/28/21 1047 | Yes -NS at 10/28/21 1034 | Yes -NS at 10/28/21 1015 | Yes -NS at 10/28/21 1008 |

| Row Name | 10/28/21 0952 | 10/28/21 0641 |
|---|---|---|
| Vitals | | |
| Automatic Restart Vitals Timer | Yes -NS at 10/28/21 0953 | Yes -LO at 10/28/21 0659 |

### Abuse Assessment

| Row Name | 10/26/21 1529 |
|---|---|
| Abuse Assessment | |
| Physical Assault, Rape, Sexual Abuse, Domestic Abuse, Child or Elder Neglect as Abuser or Abused? | Denies -CC at 10/26/21 1529 |

### Implantable Devices

| Row Name | 10/26/21 1524 |
|---|---|
| Implantable Devices | |
| Do you have any implantable devices? | No -CC at 10/26/21 1524 |

### OSA Screening

| Row Name | 10/26/21 1517 |
|---|---|
| OSA Identification Tool | |
| Have you been diagnosed with Sleep Apnea? | No -CC at 10/26/21 1527 |

### PAT/SDS Phone/Testing

| Row Name | 10/26/21 1516 | 10/26/21 1054 |
|---|---|---|
| Screening call status | | |
| PST RN Call Status | Assessment Completed -CC at 10/26/21 1539 | — |
| PAT Screening Status | Spoke with patient -CC at 10/26/21 1539 | — |

Language

## 10/28/2021 - Admission (Discharged) in GENERAL SURGERY UNIT (continued)

### Flowsheets (continued)

| | | |
|---|---|---|
| What is your preferred/primary language? | English -CC at 10/26/21 1539 | — |
| Interpreter needed? | No -CC at 10/26/21 1539 | — |
| **Covid19 Checklist** | | |
| Covid19 Status | — | Received -PR at 10/26/21 1055 |
| Covid19 results documented where? | — | Media -PR at 10/26/21 1055 |

### Patient Screening

| Row Name | 10/26/21 1524 |
|---|---|
| **Patient Information** | |
| Recent Fever/Infection | No -CC at 10/26/21 1535 |
| Taking Anti-Inflammatories | No -CC at 10/26/21 1525 |
| Taking Aspirin Daily | No -CC at 10/26/21 1525 |
| Have you had a blood transfusion or been pregnant in the last 3 months? | No -CC at 10/26/21 1525 |
| Taken Steroids in Last 6 Months | Yes prob. yes -CC at 10/26/21 1525 |
| Had Chemotherapy in Last 6 Months | No -CC at 10/26/21 1525 |
| Had Radiation in Last 6 Months | No -CC at 10/26/21 1525 |
| Taken Blood Thinners in Last 6 Months | No -CC at 10/26/21 1525 |

### Preop Teaching

| Row Name | 10/26/21 1529 |
|---|---|
| **Preop Teaching** | |
| Previous EKG | Yes -CC at 10/26/21 1531 |
| When/where EKG taken | received -CC at 10/26/21 1531 |
| Previous stress test | No -CC at 10/26/21 1531 |
| Pt. instructed no solid food after midnight, may have clear liquids up to 4 hours prior to surgery start time | Yes -CC at 10/26/21 1531 |
| Patient instructed to refrain from smoking the day | N/A -CC at 10/26/21 1531 |

**Flowsheets (continued)**

| | |
|---|---|
| of the procedure, minimally, or as instructed by surgeon? | |
| To call MD regarding use of medication that prolong bleeding time | N/A -CC at 10/26/21 1531 |
| Preop medications | Yes -CC at 10/26/21 1531 |
| SDS/OR/PACU routine | Yes -CC at 10/26/21 1531 |
| Do you use crutches, brace, walker, etc? | N/A -CC at 10/26/21 1531 |
| Do you have a Living Will/Medical Power of Attorney? | N/A -CC at 10/26/21 1531 |
| Please bring Day of Surgery | No Valuables -CC at 10/26/21 1531 |
| Procedure Location Verified | Yes -CC at 10/26/21 1531 |
| Patient arrival time for procedure | 0600 -CC at 10/26/21 1531 |
| Responsible adult to accompany/drive patient | Yes -CC at 10/26/21 1531 |
| Verbalizes Understanding | Yes -CC at 10/26/21 1531 |

**Receiving Blood Decisions**

| Row Name | 10/26/21 1517 |
|---|---|
| Blood Products Refusal | |
| Do you have any religious, cultural, or personal beliefs that would prevent you from receiving blood or blood products? | No -CC at 10/26/21 1519 |

**Specific Allergies**

| Row Name | 10/26/21 1519 |
|---|---|
| Specific Allergies | |
| Dept. Notified of Latex Allergy | N/A -CC at 10/26/21 1519 |
| Dept. Notified of Iodine/ IVP Dye Allergy | N/A -CC at 10/26/21 1519 |
| Dept. Notified of Shellfish Allergy | N/A -CC at 10/26/21 1519 |

**PAT/SDS Phone/Testing**

| Row Name | 10/25/21 1244 |
|---|---|
| EKG Checklist | |
| EKG Status | N/A -KS at 10/25/21 1244 |
| Imaging Checklist | |
| Imaging Status | N/A -KS at 10/25/21 1244 |
| Labs Checklist | |
| Labs Status | N/A -KS at 10/25/21 1244 |

**PAT/SDS Phone/Testing**

| Row Name | 10/16/21 1505 |
|---|---|
| History and Physical | |
| H & P Status | Completed -RB at 10/16/21 1505 |
| Where is H&P? | Media -RB at 10/16/21 1505 |

**Advanced Directives**

| Row Name | 10/15/21 1042 |
|---|---|
| Advanced Directives | |
| Do you have a Living Will/Medical Power of Attorney? | N/A -SM at 10/15/21 1042 |

**Custom Formula Data**

| Row Name | 10/15/21 1042 |
|---|---|
| OTHER | |
| Ideal Body Weight (kg) (auto-calculated) | 61.6 -SM at 10/15/21 1042 |
| Height and Weight | |
| Drug Calculation Weight Formula Row | 1 -SM at 10/15/21 1042 |

**PAT/SDS Phone/Testing**

| Row Name | 10/15/21 1145 | 10/15/21 1052 |
|---|---|---|
| History and Physical | | |
| H & P Status | Received -PR at 10/15/21 1146 | Scheduled -SM at 10/15/21 1052 |
| Scheduled with | — | PCP -SM at 10/15/21 1052 |
| scheduled date? | — | 10/12/21 -SM at |

**Flowsheets (continued)**

| | | |
|---|---|---|
| | | 10/15/21 1052 |
| Where is H&P? | Media -PR at 10/15/21 1146 | — |
| H & P Comments | — | Lexington Clinic-Dr Sheresta ph-859-258-4000//office is faxing pre op -SM at 10/15/21 1059 |

Testing Appointment Needed?

| | | |
|---|---|---|
| Testing Appointment Needed? | — | Yes -SM at 10/15/21 1059 |
| Date of Testing appointment | — | 10/25/21 -SM at 10/15/21 1059 |
| Location | — | other -SM at 10/15/21 1059 |

EKG Checklist

| | | |
|---|---|---|
| Comments | — | pt denied aac questions -SM at 10/15/21 1059 |

Covid19 Checklist

| | | |
|---|---|---|
| Covid19 Status | — | Scheduled -SM at 10/15/21 1059 |
| Scheduled with? | — | other -SM at 10/15/21 1059 |
| Date of Covid 19 Test | — | 10/25/21 -SM at 10/15/21 1059 |
| Comments | — | pt will have covid19-pcr test at Lexington Clinic-859-258-4000// vaccinated-pt advised to bring card dos -SM at 10/15/21 1059 |

**Privacy Alert**

| Row Name | 10/15/21 1039 |
|---|---|
| We will be discussing your protected health information while we are preparing you for surgery. We ask that your family and friends remain in the waiting area until your preparation for surgery is complete. We will bring your family into the pre op area when our preparation is complete. | |
| In order to help provide you with care, obtain a comprehensive medical history, and to avoid duplication of services, can we access your medical records maintained by your other healthcare providers? | Yes -SM at 10/15/21 1039 |
| May we email your pre op information? | Yes -SM at 10/15/21 1042 |

**Flowsheets (continued)**

| | |
|---|---|
| Email address | jhmilby3@gmail.com -SM at 10/15/21 1042 |

**Vital Signs Complex**

| Row Name | 10/15/21 1042 |
|---|---|
| Height and Weight | |
| Height | 5' 7" (1.702 m) -SM at 10/15/21 1042 |
| Weight | 190 lb (86.2 kg) -SM at 10/15/21 1042 |
| BSA (Calculated - sq m) | 2.02 sq meters -SM at 10/15/21 1042 |
| BMI (Calculated) | 29.8 -SM at 10/15/21 1042 |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| UE | Epic, User | — | — | — |
| DA | Autodiscontinue, Discharge | — | — | — |
| LO | Oharra, Lauren M, RN | 07/15/21 - | Registered Nurse | Nurse |
| DWA | Walker, Deontay | 09/15/21 - | Anesthesiologist's Assistants | — |
| EO | Orr, Elisabeth | 10/14/21 - | Patient Care Assistant | HUC/PCA |
| BU | User, Background | — | — | — |
| UEA | Epic, User Sew | — | — | — |
| ASA | Soares, Alexandra | 02/11/21 - | Patient Care Assistant | HUC/PCA |
| AH | Huitger, Andrew V., RN | 12/22/20 - | Registered Nurse | Nurse |
| II | Interface, Incoming Flowsheet | — | — | — |
| EM | Matacia, Emily, RN | 12/23/20 - 12/09/21 | Registered Nurse | Nurse |
| AS | Sanders, Andreau | 12/23/20 - | Patient Care Assistant | HUC/PCA |
| MS | Smith, Michelle | 12/23/20 - | Patient Care Assistant | HUC/PCA |
| KD | Dwyer-Dugle, Kristy M., RN | 12/22/20 - | Registered Nurse | Nurse |
| RW | Wolfork, Rhonda A., RN | 12/23/20 - | Registered Nurse | Nurse |
| IT | Timon, Isabella | 12/23/20 - | Patient Care Assistant | HUC/PCA |
| JE | Edwards, Jazmin | 12/22/20 - | Student Nurse | Nurse |
| JF | Funch, Jennifer | 12/22/20 - | Patient Care Assistant | HUC/PCA |
| KS | Schneider, Kimberly, RN | 12/23/20 - | Registered Nurse | Nurse |
| LB | Buxton, Lauren, RN | 12/22/20 - | Registered Nurse | Nurse |
| NS | Schmidt, Nicole, RN | 03/04/21 - | RN/Student NP | Nurse |
| NB | Boeckman, Nicole, RN | 07/30/21 - | Registered Nurse | Nurse |
| CC | Cullen, Cheryl S., RN | 12/22/20 - | Registered Nurse | Nurse |
| DW | Wolf, Deborah R., RN | 12/23/20 - | Registered Nurse | Nurse |
| RB | Baker, Robin, RN | 12/22/20 - | Registered Nurse | Nurse |
| PR | Roseberry, Pamela | 12/23/20 - | Unit Clerk | HUC/PCA |
| SM | Miller, Sarah | — | — | — |
| SD | Ditmore, Samantha, RN | 12/22/20 - | Registered Nurse | Nurse |

**Care Plan**

**Resolved**

**Problem: Adult Inpatient Plan of Care**

Dates: Resolved: 10/29/21
Disciplines: Nurse, Interdisciplinary

**Goal: Plan of Care Review (Resolved)**

**Care Plan (continued)**

Dates: Start: 10/28/21 End: 10/29/21
Disciplines: Nurse, Interdisciplinary

**Outcomes**

| Date/Time | User | Outcome |
|---|---|---|
| 10/29/21 0931 | Matacia, Emily, RN | Outcome(s) achieved |
| 10/28/21 1309 | Ditmore, Samantha, RN | Ongoing (interventions implemented as appropriate) |

**Goal note from Hospital Encounter 10/5/2021 by Ditmore, Samantha, RN**

Pt admitted to room 5031/1 from PACU. Oriented x4. Pt oriented to room, call light, unit, diet order, hourly rounding, and POC. Pt verbalized understanding. Admission questions completed. Knee high SCD's connected to patient and on. Pt denies any needs/concerns at this time. Call light in reach. Will continue to monitor.

Report given to Nicole RN

**Goal: Patient-Specific Goal (Individualized) (Resolved)**

Dates: Start: 10/28/21 End: 10/29/21
Disciplines: Nurse, Interdisciplinary

**Outcomes**

| Date/Time | User | Outcome |
|---|---|---|
| 10/29/21 0931 | Matacia, Emily, RN | Outcome(s) achieved |

**Goal: Absence of Hospital-Acquired Illness or Injury (Resolved)**

Dates: End: 10/29/21
Disciplines: Nurse, Interdisciplinary

**Outcomes**

| Date/Time | User | Outcome |
|---|---|---|
| 10/29/21 0931 | Matacia, Emily, RN | Outcome(s) achieved |

**Intervention: Identify and Manage Fall Risk (Completed)**

Frequency: Per CPG
Dates: End: 10/29/21
Description: Perform standard risk assessment on admission using a validated tool or comprehensive approach appropriate to the patient; reassess fall risk frequently, with change in status or transfer to another level of care.
Communicate fall injury risk to interprofessional healthcare team.
Determine need for increased observation, equipment and environmental modification, such as low bed, signage and supportive, nonskid footwear.
Adjust safety measures to individual developmental age, stage and identified risk factors.
Reinforce the importance of safety and physical activity with patient and family.
Perform regular intentional rounding to assess need for position change, pain assessment and personal needs, including assistance with toileting.

**Intervention: Prevent Skin Injury (Completed)**

Frequency: Per CPG
Dates: End: 10/29/21
Description: Perform a screening for skin injury risk, such as pressure or moisture associated skin damage on admission and at regular intervals throughout hospital stay.
Keep all areas of skin (especially folds) clean and dry.
Maintain adequate skin hydration.
Relieve and redistribute pressure and protect bony prominences; implement measures based on patient-specific risk factors.
Match turning and repositioning schedule to clinical condition.
Encourage weight shift frequently; assist with reposition if unable to complete independently.

Float heels off bed; avoid pressure on the Achilles tendon.
Keep skin free from extended contact with medical devices.
Encourage functional activity and mobility, as early as tolerated.
Use aids (e.g., slide boards, mechanical lift) during transfer.

**Intervention: Prevent and Manage VTE (Venous Thromboembolism) Risk (Completed)**

Frequency: Per CPG
Dates: End: 10/29/21
Description: Assess for VTE (venous thromboembolism) risk.
Encourage and assist with early ambulation.
Initiate and maintain compression or other therapy, as indicated, based on identified risk in accordance with organizational protocol and provider order.
Encourage both active and passive leg exercises while in bed, if unable to ambulate.

**Intervention: Prevent Infection (Completed)**

Frequency: Per CPG
Dates: End: 10/29/21
Description: Maintain skin and mucous membrane integrity; promote hand, oral and pulmonary hygiene.
Optimize fluid balance, nutrition, sleep and glycemic control to maximize infection resistance.
Identify potential sources of infection early to prevent or mitigate progression of infection (e.g., wound, lines, devices).
Evaluate ongoing need for invasive devices; remove promptly when no longer indicated.

**Goal: Optimal Comfort and Wellbeing (Resolved)**

Dates: End: 10/29/21
Disciplines: Nurse, Interdisciplinary

**Outcomes**

| Date/Time | User | Outcome |
|---|---|---|
| 10/29/21 0931 | Matacia, Emily, RN | Outcome(s) achieved |

**Intervention: Monitor Pain and Promote Comfort (Completed)**

Frequency: Per CPG
Dates: End: 10/29/21
Description: Assess pain level, treatment efficacy and patient response at regular intervals using a consistent pain scale.
Consider the presence and impact of preexisting chronic pain.
Encourage patient and caregiver involvement in pain assessment, interventions and safety measures.

**Intervention: Provide Person-Centered Care (Completed)**

Frequency: Per CPG
Dates: End: 10/29/21
Description: Use a family-focused approach to care.
Develop trust and rapport by proactively providing information, encouraging questions, addressing concerns and offering reassurance.
Acknowledge emotional response to hospitalization.
Recognize and utilize personal coping strategies.
Honor spiritual and cultural preferences.

**Goal: Readiness for Transition of Care (Resolved)**

Dates: End: 10/29/21
Disciplines: Nurse, Interdisciplinary

**Outcomes**

| Date/Time | User | Outcome |
|---|---|---|
| 10/29/21 0931 | Matacia, Emily, RN | Outcome(s) achieved |

**Care Plan (continued)**

**Intervention: Mutually Develop Transition Plan (Completed)**

Frequency: Per CPG
Dates: End: 10/29/21
Description: Identify available resources for support (e.g., family, friends, community).
Identify and address barriers to ongoing treatment and home management (e.g., environmental, financial).
Provide opportunities to practice self-management skills.
Assess and monitor emotional readiness for transition.
Establish or reconnect linkage with outpatient providers or community-based services.

**Problem: Fall Injury Risk**

Dates: Resolved: 10/29/21
Disciplines: Nurse, Interdisciplinary

**Goal: Absence of Fall and Fall-Related Injury (Resolved)**

Dates: End: 10/29/21
Disciplines: Nurse, Interdisciplinary

**Outcomes**

| Date/Time | User | Outcome |
|---|---|---|
| 10/29/21 0931 | Matacia, Emily, RN | Outcome(s) achieved |

**Intervention: Identify and Manage Contributors (Completed)**

Frequency: Per CPG
Dates: End: 10/29/21
Description: Develop a fall prevention plan with the patient and caregiver/family.
Provide reorientation, appropriate sensory stimulation and routines with changes in mental status to decrease risk of fall.
Promote use of personal vision and auditory aids.
Assess assistance level required for safe and effective self-care; provide support as needed, such as toileting, mobilization. For age 65 and older, implement timed toileting with assistance.
Encourage physical activity, such as performance of mobility and self-care at highest level of patient ability, multicomponent exercise program and provision of appropriate assistive devices.
If fall occurs, assess the severity of injury; implement fall injury protocol. Determine the cause and revise fall injury prevention plan.
Regularly review medication contribution to fall risk; adjust medication administration times to minimize risk of falling.
Consider risk related to polypharmacy and age.
Balance adequate pain management with potential for oversedation.

**Intervention: Promote Injury-Free Environment (Completed)**

Frequency: Per CPG
Dates: End: 10/29/21
Description: Provide a safe, barrier-free environment that encourages independent activity.
Keep care area uncluttered and well-lighted.
Determine need for increased observation or monitoring.
Avoid use of devices that minimize mobility, such as restraints or indwelling urinary catheter.

**Patient Education**

**Title: Admission Education ()**

**Topic: Safety Education (Resolved)**

**Point: Infection Prevention (Resolved)**

Description:
Both healthcare team members and patients can help stop the spread of infection.
Staff and visitors should use hand cleanser or wash their hands when entering and exiting a room, as well as prior to and after touching the patient.
Visitors should wear proper protection when infection-prevention signs are posted.
Speak up if infection prevention principles are not practiced by patients, visitors or healthcare team members.
Friends and family with symptoms of illness should avoid visiting.
Educate patients and family members about the importance of daily hygiene care and special handling of drains, wounds and dressings.

Patient Friendly Description:
Everyone, including you, can stop the spread of infection.

Staff and visitors should clean their hands before and after contact with your child/you.

Everyone should clean their hands when coming in and leaving your child's/your room.

Your child/you should wash your hands often and after going to the bathroom.

Special items may need to be worn by anyone coming into your child's/your room, such as a mask, gown and gloves.

Friends and family who are sick should not visit.

Speak up if anyone is not following these rules.

**Learning Progress Summary**

| | |
|---|---|
| **Patient** | Acceptance, Explanation, Demonstrated Understanding by JE at 10/29/2021 0800 |

**Point: Fall Prevention (Resolved)**

Description:
The healthcare setting is an unfamiliar environment.
Instruct the patient and family to call for help with activity to prevent a fall, even if feeling able to do things independently.
Keep the room and pathway to bathroom clutter-free.
Caution patient and family not to disconnect or silence any alarms.

Patient Friendly Description:
We don't want you to fall.

Call for help, even if you feel like you can do things on your own.

Keep the room and the path to bathroom clear.

Never disconnect or silence any alarms.

**Learning Progress Summary**

| | |
|---|---|
| **Patient** | Acceptance, Explanation, Demonstrated Understanding by JE at 10/29/2021 0800 |

**Point: Call Light Use (Resolved)**

Description:
Review call light use and features with the patient and family.
Instruct the patient to always keep it in reach.
Note: Evaluate physical and cognitive ability to determine appropriate call device.

Patient Friendly Description:
Request help when needed by:

using the call light

talking to the nurse or another healthcare team member

**Patient Education (continued)**

Someone will be checking on you often.

**Learning Progress Summary**

| | |
|---|---|
| **Patient** | Acceptance, Explanation, Demonstrated Understanding by JE at 10/29/2021 0800 |

**User Key**

| Initials | Effective Dates | Name | Provider Type | Discipline |
|---|---|---|---|---|
| JE | 12/22/20 - | Edwards, Jazmin | Student Nurse | Nurse |

**Coding Summary**

**Account Information**

| Hospital Account | Primary Payor | Affiliated Recurring Accounts | Combined from HAR |
|---|---|---|---|
| 21149930 - REECE,JAMIE | ANTHEM [2024] | None | None |

**Admission Information**

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | | Admit Date/Time: | 10/28/2021 0551 | IP Adm. Date/Time: | |
| Admission Type: | Elective | Point of Origin: | Physician Referral-Scheduled | Admit Category: | |
| Means of Arrival: | | Primary Service: | Acute | Secondary Service: | |
| Transfer Source: | | Service Area: | THE CHRIST HOSPITAL SERVICE AREA | Unit: | GENERAL SURGERY UNIT |
| Admit Provider: | Karram, Mickey M., MD | Attending Provider: | Karram, Mickey M., MD | Referring Provider: | |

**Discharge Information**

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 10/29/2021 1254 | Home Or Self Care | None | Karram, Mickey M., MD | GENERAL SURGERY UNIT |

**Admission Diagnoses / Reasons for Visit (ICD-10-CM)**

| Code | Description | Comments |
|---|---|---|
| N81.6 | Rectocele | Rectocele [N81.6] |

**Final Diagnoses (ICD-10-CM)**

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| N99.3 **[Principal]** | Prolapse of vaginal vault after hysterectomy | | | No | No |
| N89.8 | Other specified noninflammatory disorders of vagina | | | No | No |
| J30.9 | Allergic rhinitis, unspecified | | | No | No |
| F41.9 | Anxiety disorder, unspecified | | | No | No |
| E78.00 | Pure hypercholesterolemia, unspecified | | | No | No |
| L40.50 | Arthropathic psoriasis, unspecified | | | No | No |
| E55.9 | Vitamin D deficiency, unspecified | | | No | No |
| Z79.890 | Hormone replacement therapy | | | No | No |
| Z79.899 | Other long term (current) drug therapy | | | No | No |
| Z88.5 | Allergy status to narcotic agent | | | No | No |

**CPT®/HCPCS Codes**

| Code | Modifiers | Date | Qty | Performing Provider | APC | Exp Reimb | Px Event |
|---|---|---|---|---|---|---|---|
| 57282 (CPT®) | | 10/28/2021 | 1 | Karram, Mickey M., MD | 00000 | 0.00 | |

Description: Colpopexy, Vaginal; Extra-Peritoneal Approach (Sacrospinous, Iliococcygeus)

**Coding Summary (continued)**

| | | | | | |
|---|---|---|---|---|---|
| 14040 (CPT®) | 10/28/2021 | 1 | Karram, Mickey M., MD | 00000 | 0.00 |
| Description: Adjacent Tissue Transfer, Forehead/Cheeks/Chin/Mouth/Neck/Axillae/Genitalia/Hands/Feet; 10 sq cm/< | | | | | |
| 57250 (CPT®) | 10/28/2021 | 1 | Karram, Mickey M., MD | 00000 | 0.00 |
| Description: Posterior Colporrhaphy, Repair, Rectocele w/wo Perineorrhaphy | | | | | |
| 57285 (CPT®) | 10/28/2021 | 1 | Karram, Mickey M., MD | 05416 | 6,491.83 |
| Description: Paravaginal Defect Repair (Including Repair Of Cystocele, If Performed); Vaginal Approach | | | | | |

**Documents**

**History and Physical - Scan on 10/14/2021 1024: H&P DR SHRESTHA**

Scan (below)

10/14/2021 THU 10:16 FAX --→ Same Day Surgery 001/012

2021-10-13 16:04 LC-001-4525 8592584870 >> P 1/6

# Lexington Clinic

Internal Medicine Department

Lexington, KY 40504

Phone: 859.258.4235 Fax: 859.258.4870

# FAX *Christ Hospital

To: Dr. Mickey Karram

From: Crissie / Dr. Shrestha

Fax: (513) 463-2510

Pages (Including Cover Sheet): 6

Phone: (513) 463-2500

Date: 10/13/21

Re: Jamie Reece

CC:

Comments: pre-op clearance - Surgery 10/28/21
Note: Pt is getting Covid test on 10/25/21 & results will be faxed ASAP. Thanks, Crissie

Confidentiality Notice: The information which follows this transmittal sheet is legally privileged and confidential, intended only for the use of the individual or entity named above. If you are not the intended recipient of this facsimile transmission (or the employee or agent responsible for delivering it to the intended recipient), please be advised that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the telecopied information is strictly prohibited. If you have received this facsimile transmission in error, please notify the sender immediately by phone to arrange for the return of the document.

**Documents (continued)**

10/14/2021 THU 10:17 FAX --- Same Day Surgery 002/012

2021-10-13 16:05 LC-001-4525 8592584870 >> P 2/6

NEW LEXINGTON CLINIC PSC • 1221 SOUTH BROADWAY, LEXINGTON KY 40504-1701

REECE, JAMIE H (id #21591363, dob: 09/22/1968)

Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (53yo, F) ID# 21591363 | **Appt. Date/Time** | 10/12/2021 03:20PM |
| **DOB** | | **Service Dept.** | INTERNAL MEDICINE SB |
| **Provider** | NATALIA SHRESTHA, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 214021M1EA<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # : 09221968<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. | | |

Chief Complaint

Establish care, pre-op evaluation

pelvic floor 2nd op

Patient's Care Team

**Referring Provider:** KATHERINE RODEN MD: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4411 NPI: 1982967824
**Neurologist:** ANDREW R SCHNEIDER MD: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4119 NPI: 1932120219
**Ophthalmologist:** MICHAEL T NEWCOMB MD: 100 NORTH EAGLE CREEK DR 3RD FL, LEXINGTON, KY 40509, Ph (859) 258-5310, Fax (859) 258-5328 NPI: 1093968026
**Rheumatologist:** SUSANNA MOBERLY APRN: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4039 NPI: 1568843316
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990

Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON, KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS, TN 38134, Ph (844) 516-3319, Fax (800) 391-9707
EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS, MO 63134, Ph (888) 327-9791, Fax (800) 837-0959
WALMART PHARMACY 7259 - TOYOTA RX (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN, KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 10/12/2021 03:27 pm | **Wt:** | 193 lbs 10/12/2021 03:29 pm | **BMI:** | 30.2 10/12/2021 03:29 pm |
| **BP:** | 118/74 sitting L arm 10/12/2021 03:32 pm | **Pulse:** | 89 bpm 10/12/2021 03:33 pm | **RR:** | 15 10/12/2021 03:33 pm |
| **O2Sat:** | 99% Room Air at Rest 10/12/2021 03:33 pm | | | | |

Allergies

Reviewed Allergies
**LORTAB:** Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;
**PERCOCET:** Itching

Medications

Reviewed Medications

**diclofenac 1 % topical gel** 05/20/21 prescribed

10/14/2021 THU 10:18 FAX --- Same Day Surgery 003/012

2021-10-13 16:06 LC-001-4525 8592584870 >> P 3/6

NEW LEXINGTON CLINIC PSC • 1221 SOUTH BROADWAY, LEXINGTON KY 40504-1701

REECE, JAMIE H (id #21591363, dob:

APPLY 2 GRAMS TO THE AFFECTED AREA(S) BY TOPICAL ROUTE 4 TIMES PER DAY

| | | |
|---|---|---|
| **Estrace 1 mg tablet**<br>1 po daily | 08/21/19 | entered |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit**<br>Inject by subcutaneous route. | 08/25/21 | auth requested |
| **hydrOXYzine HCL 25 mg tablet**<br>Take 1 tablet(s) every day by oral route for 90 days.<br>**Internal Note:** PRN | 08/24/21 | prescribed |
| **levocetirizine 5 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 08/24/21 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 08/31/21 | prescribed |
| **Medrol (Pak) 4 mg tablets in a dose pack**<br>Take 1 dose pk(s) by oral route.<br>**Internal Note:** PRN | 08/27/21 | prescribed |
| **Multi Vitamin**<br>1 po daily | 11/17/17 | entered |
| **pantoprazole 40 mg tablet,delayed release**<br>Take 1 tablet(s) every day by oral route as directed for 90 days.<br>**Note:** take one tablet by mouth every morning on an empty stomach, eat about 30 min after taking medication. | 08/20/21 | prescribed |
| **Probiotic**<br>1 po daily | 11/17/17 | entered |
| **Restasis 0.05 % eye drops in a dropperette**<br>INSTILL 1 DROP INTO AFFECTED EYE(S) BY OPHTHALMIC ROUTE EVERY 12 HOURS Both eyes | 02/05/21 | prescribed |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 09/02/21 | prescribed |
| **traMADoL 50 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 30 days. | 10/07/19 | prescribed |
| **Vitamin D3**<br>1 po daily | 10/12/21 | entered |
| **zinc**<br>1 po daily | 10/12/21 | entered |

Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot #. | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **COVID-19** | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 04/14/21 | | | | | | Pfizer, Inc | | | | |

## 10/28/2021 - Admission (Discharged) in GENERAL SURGERY UNIT (continued)

**Documents (continued)**

10/14/2021 THU 10:19 FAX --- Same Day Surgery 004/012

2021-10-13 16:07 LC-001-4525 8592584870 >> P 4/6

NEW LEXINGTON CLINIC PSC • 1221 SOUTH BROADWAY, LEXINGTON KY 40504-1701

**REECE, JAMIE H (id #21591363, dob:**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 03/17/21 | | | | | | Pfizer, Inc | | | | | |
| Hepatitis A | | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | | |
| Influenza | | | | | | | | | | | | |
| influenza, injectable, quadrivalent, preservative free | 09/24/21 | 0.5 mL | Intramuscular | Deltoid, Left | 49281042188 | UT7356JA | Sanofi Pasteur | 06/30/22 | Influenza (inactivated or recombinant) 8/6/2021 | 09/24/21 | Virginia Dewes | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | | |
| Zoster | | | | | | | | | | | | |
| zoster recombinant | 09/23/20 | | | | | | | | | | Costco | |

Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- History of polyp of colon - Onset: 10/19/2020
- Family history of Stomach cancer - Onset: 07/13/2017
- Globus sensation - Onset: 07/13/2017
- Cystocele and rectocele co-occurrent with incomplete uterovaginal prolapse - Onset: 01/25/2021

Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis<br>- Hypertensive disorder |
| Father | - Hypercholesterolemia<br>- Family history of cancer |
| Maternal Uncle | - Heart disease |

Social History

Reviewed Social History
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
How many years have you smoked tobacco?: 0
How much tobacco do you smoke?: None
Do you or have you ever used any other forms of tobacco or nicotine?: No
Do you or have you ever used e-cigarettes or vape?: Never used electronic cigarettes
Do you or have you ever used smokeless tobacco?: Never used smokeless tobacco
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 09/24/2021
Has tobacco cessation counseling been provided?: No
On what date was tobacco cessation counseling provided?: (Notes: tdotson14 answered No to the Tobacco cessation counseling provided question on 04/09/2019.)
What is your level of alcohol consumption?: None
Which illicit or recreational drugs have you used?: no
**Education and Occupation**
What is your occupation?: unemployed
**Activities of Daily Living**
Are you able to care for yourself?: Yes
Are you deaf or do you have serious difficulty hearing? : No
**Other**
Drugs Abused: no
Live alone or with others?: with others
Marital status: Married

**Documents (continued)**

10/14/2021 THU 10:19 FAX --- Same Day Surgery 005/012

2021-10-13 16:08 LC-001-4525 8592584870 >> P 5/6

NEW LEXINGTON CLINIC PSC • 1221 SOUTH BROADWAY, LEXINGTON KY 40504-1701

REECE, JAMIE H (id #21591363, dob:

**Gender Identity and LGBTQ Identity**

Surgical History

Reviewed Surgical History
- Repair of rectocele - 12/2020 UK
- Open reduction of fracture with internal fixation - right wrist
- Tonsillectomy - 1973
- Total Hysterectomy - 01/01/2005 - and BSO due to ovarian cysts and endometriosis

GYN History

Reviewed GYN History
Menses Monthly: N.
Current Birth Control Method: Hysterectomy (Notes: total).

Obstetric History

Reviewed Obstetric History

Past Medical History

Reviewed Past Medical History
Anxiety Disorder: **Y**
Arthritis: **Y - psoriatic arthritis**
High Cholesterol: **Y**
Other: **Y - CRPS type I; IBS**
Notes: CRPS

HPI

Here to establish care. She is here for a physical and for a preop visit. She plans to have a redo rectocele repair on 10/28/21 by GYN in Cincinnati.

ROS

Patient reports **weight gain (10-15lbs)** but reports no fever. She reports**palpitations (occ)** but reports no chest pain and no edema. She reports **abdominal pain (occ), constipation, frequent diarrhea, bright red blood per rectum (occ), and dyspepsia** but reports no nausea and no vomiting. She reports**muscle aches, arthralgias/joint pain (right shoulder; feet), back pain (coccyx region), and neck pain**. She reports**numbness (hands), dizziness (occ), and migraines**. She reports **fatigue (occ)**. She reports**easy bruising** but reports no excessive bleeding. She reports no vision change. She reports no ear pain. She reports no nose problems and no sinus problems. She reports no sore throat. She reports no cough, no wheezing, and no shortness of breath. She reports no incontinence, no hematuria, and no dysuria. She reports no abnormal mole and no rashes. She reports no depression, no sleep disturbances, and no anxiety. She reports no frequent sneezing.

Physical Exam

Patient is a 53-year-old female.

**Constitutional:** General Appearance: healthy-appearing and **overweight**. Level of Distress: NAD. Ambulation: ambulating normally.

**Psychiatric:** Mental Status: normal mood.

**Head:** Head: normocephalic.

**Eyes:** Lids and Conjunctivae: non-injected. Sclerae: non-icteric.

**ENMT:** Ears: EACs clear and TMs clear.

**Neck:** Neck: supple. Lymph Nodes: no cervical LAD or supraclavicular LAD. Thyroid: non-tender and no enlargement.

**Lungs:** Respiratory effort: no dyspnea. Auscultation: breath sounds normal and good air movement.

**Cardiovascular:** Heart Auscultation: no murmurs, rubs, or gallops and RRR. Neck vessels: no carotid bruits. Pedal Pulses: normal throughout.

**Abdomen:** Bowel Sounds: normal. Inspection and Palpation: soft, non-distended, and no tenderness.

**Musculoskeletal::** Joints, Bones, and Muscles: no tenderness. Extremities: no edema.

**Neurologic:** Gait and Station: normal gait. Cranial Nerves: grossly intact. Coordination and Cerebellum: no tremor.

**Skin:** Inspection and palpation: no rash.

Assessment / Plan

**Documents (continued)**

10/14/2021 THU 10:20 FAX --- Same Day Surgery 006/012

2021-10-13 16:09 LC-001-4525 8592584870 >> P 6/6

NEW LEXINGTON CLINIC PSC • 1221 SOUTH BROADWAY, LEXINGTON KY 40504-1701

**REECE, JAMIE H (id #21591363, dob:**

**1. Adult health examination -**
check labs; up to date on mammogram and colonoscopy; she will get 2nd Shingrix vaccine at Costco
Z00.00: Encounter for general adult medical examination without abnormal findings
- GENERAL HEALTH PANEL
- LIPID PANEL

**2. Vitamin D deficiency**
E55.9: Vitamin D deficiency, unspecified
- VITAMIN D 25-OH

**Discussion Notes**
Pt is medically cleared to undergo rectocele repair on 10/28. Labs will be reviewed; she will have Covid 19 screening done on 10/25, prior to surgery date.

Return to Office
- AMY KATHRYN COLLINS, APRN for RECHECK at GASTRO SB on 10/15/2021 at 09:15 AM
- COVID19_SIMPSON for COVID - PRESURG at COVID-19 TENT SIMPSON on 10/25/2021 at 10:55 AM
- SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on 11/24/2021 at 09:30 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 02/14/2022 at 10:30 AM
- MICHAEL T NEWCOMB, MD for COMPLETE EYE EXAM at OPHTHALMOLOGY EAST on 05/09/2022 at 01:00 PM
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023
- to see AN-YU CHEN, MD at GASTRO SB on or around 07/19/2024

Encounter Sign-Off
**Encounter signed-off by NATALIA SHRESTHA, MD, 10/12/2021.**

Encounter performed and documented by NATALIA SHRESTHA, MD
Encounter reviewed & signed by NATALIA SHRESTHA, MD on 10/12/2021 at 5:52pm

**History and Physical - Scan on 10/15/2021 1100: PREOP H&P 10/12/21, LABS**

Scan (below)

athena 10/15/2021 10:49:43 am EDT 9e1c2b12-08d2-4ea4-904a-50f738fd5f58 Page: 1 / 9

NEW LEXINGTON CLINIC PSC • 1221 SOUTH BROADWAY, LEXINGTON KY 40504-1701

REECE, JAMIE H (id #21591363, dob:

## Medical Records - CONFIDENTIAL

**FROM:** KY - Lexington Clinic
Leisa P
1221 SOUTH BROADWAY, LEXINGTON, KY 40504-1701
Phone: (859) 258-6000
Fax: (859) 258-4870

**TO:** THE CHRIST HOSPITAL
7545 BEECHMONT AVE, CINCINNATI, OH 45255
Phone: (513) 792-7445
Fax: (513) 791-4042

**Attention: Pre Admission Testing**

**Name: REECE, JAMIE H**

**DOB:**

**Date Range: 01/01/2021 to 10/15/2021**

**This document contains the following records of the patient:**
- **Encounters and Procedures**
- **Lab Results**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation.
[ID:21591363-A-13059]

**Documents (continued)**



## Encounters and Procedures

Clinical Encounter Summaries
**Encounter Date: 10/12/2021**

Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (53yo, F) ID# 21591363 | **Appt. Date/Time** | 10/12/2021 03:20PM |
| **DOB** | | **Service Dept.** | INTERNAL MEDICINE SB |
| **Provider** | NATALIA SHRESTHA, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 214021M1EA<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # : 09221968<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

Chief Complaint

Establish care, pre-op evaluation

pelvic floor 2nd op

Patient's Care Team

**Referring Provider:** KATHERINE RODEN MD: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4411 NPI: 1982967824
**Neurologist:** ANDREW R SCHNEIDER MD: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4119 NPI: 1932120219
**Ophthalmologist:** MICHAEL T NEWCOMB MD: 100 NORTH EAGLE CREEK DR 3RD FL, LEXINGTON, KY 40509, Ph (859) 258-5310, Fax (859) 258-5328 NPI: 1093968026
**Rheumatologist:** SUSANNA MOBERLY APRN: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4039 NPI: 1568843316
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990

Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON, KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS, TN 38134, Ph (844) 516-3319, Fax (800) 391-9707
EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS, MO 63134, Ph (888) 327-9791, Fax (800) 837-0959
WALMART PHARMACY 7259 - TOYOTA RX (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN, KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 10/12/2021 03:27 pm | **Wt:** | 193 lbs 10/12/2021 03:29 pm | **BMI:** | 30.2 10/12/2021 03:29 pm |
| **BP:** | 118/74 sitting L arm 10/12/2021 03:32 pm | **Pulse:** | 89 bpm 10/12/2021 03:33 pm | **RR:** | 15 10/12/2021 03:33 pm |
| **O2Sat:** | 99% Room Air at Rest 10/12/2021 03:33 pm | | | | |

Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;
**PERCOCET**: Itching

## 10/28/2021 - Admission (Discharged) in GENERAL SURGERY UNIT (continued)

### Documents (continued)



NEW LEXINGTON CLINIC PSC • 1221 SOUTH BROADWAY, LEXINGTON KY 40504-1701

**REECE, JAMIE H (id #21591363, dob:**

Medications

Reviewed Medications

| | | |
|---|---|---|
| **diclofenac 1 % topical gel**<br>APPLY 2 GRAMS TO THE AFFECTED AREA(S) BY TOPICAL ROUTE 4 TIMES PER DAY | 05/20/21 | prescribed |
| **Estrace 1 mg tablet** 1 po daily | 08/21/19 | entered |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit**<br>Inject by subcutaneous route. | 08/25/21 | auth requested |
| **hydrOXYzine HCL 25 mg tablet**<br>Take 1 tablet(s) every day by oral route for 90 days.<br>**Internal Note:** PRN | 08/24/21 | prescribed |
| **levocetirizine 5 mg tablet** Take 1 tablet(s) every day by oral route. | 08/24/21 | prescribed |
| **Lyrica 100 mg capsule** Take 1 capsule(s) 3 times a day by oral route. | 08/31/21 | prescribed |
| **Medrol (Pak) 4 mg tablets in a dose pack** Take 1 dose pk(s) by oral route. **Internal Note:** PRN | 08/27/21 | prescribed |
| **Multi Vitamin** 1 po daily | 11/17/17 | entered |
| **pantoprazole 40 mg tablet,delayed release**<br>Take 1 tablet(s) every day by oral route as directed for 90 days.<br>**Note:** take one tablet by mouth every morning on an empty stomach, eat about 30 min after taking medication. | 08/20/21 | prescribed |
| **Probiotic** 1 po daily | 11/17/17 | entered |
| **Restasis 0.05 % eye drops in a dropperette**<br>INSTILL 1 DROP INTO AFFECTED EYE(S) BY OPHTHALMIC ROUTE EVERY 12 HOURS<br>Both eyes | 02/05/21 | prescribed |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 09/02/21 | prescribed |
| **traMADoL 50 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 30 days. | 10/07/19 | prescribed |
| **Vitamin D3** 1 po daily | 10/12/21 | entered |
| **zinc** 1 po daily | 10/12/21 | entered |

## 10/28/2021 - Admission (Discharged) in GENERAL SURGERY UNIT (continued)

**Documents (continued)**



NEW LEXINGTON CLINIC PSC • 1221 SOUTH BROADWAY, LEXINGTON KY 40504-1701

**REECE, JAMIE H (id #21591363, dob:**

### Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 04/14/21 | | | | | | Pfizer, Inc | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 03/17/21 | | | | | | Pfizer, Inc | | | | |
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent, preservative free | 09/24/21 | 0.5 mL | Intramuscular | Deltoid, Left | 49281042188 | UT7356JA | Sanofi Pasteur | 06/30/22 | Influenza (inactivated or recombinant) 8/6/2021 | 09/24/21 | Virginia Dewes |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |
| Zoster | | | | | | | | | | | |
| zoster recombinant | 09/23/20 | | | | | | | | | | Costco |

### Problems

Reviewed Problems

- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- History of polyp of colon - Onset: 10/19/2020
- Family history of Stomach cancer - Onset: 07/13/2017
- Globus sensation - Onset: 07/13/2017
- Cystocele and rectocele co-occurrent with incomplete uterovaginal prolapse - Onset: 01/25/2021

### Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis<br>- Hypertensive disorder |
| Father | - Hypercholesterolemia<br>- Family history of cancer |
| Maternal Uncle | - Heart disease |

**Documents (continued)**

athena 10/15/2021 10:49:43 am EDT 9e1c2b12-08d2-4ea4-904a-50f738fd5f58 Page: 5 / 9

NEW LEXINGTON CLINIC PSC • 1221 SOUTH BROADWAY, LEXINGTON KY 40504-1701

**REECE, JAMIE H (id #21591363, dob:**

### Social History

Reviewed Social History

**Substance Use**

Do you or have you ever smoked tobacco?: Never smoker
How many years have you smoked tobacco?: 0
How much tobacco do you smoke?: None
Do you or have you ever used any other forms of tobacco or nicotine?: No
Do you or have you ever used e-cigarettes or vape?: Never used electronic cigarettes
Do you or have you ever used smokeless tobacco?: Never used smokeless tobacco
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 09/24/2021
Has tobacco cessation counseling been provided?: No
On what date was tobacco cessation counseling provided?: (Notes: tdotson14 answered No to the Tobacco cessation counseling provided question on 04/09/2019.)
What is your level of alcohol consumption?: None
Which illicit or recreational drugs have you used?: no

**Education and Occupation**

What is your occupation?: unemployed

**Activities of Daily Living**

Are you able to care for yourself?: Yes
Are you deaf or do you have serious difficulty hearing? : No

**Other**

Drugs Abused: no
Live alone or with others?: with others
Marital status: Married

**Gender Identity and LGBTQ Identity**

### Surgical History

Reviewed Surgical History

- Repair of rectocele - 12/2020 UK
- Open reduction of fracture with internal fixation - right wrist
- Tonsillectomy - 1973
- Total Hysterectomy - 01/01/2005 - and BSO due to ovarian cysts and endometriosis

### GYN History

Reviewed GYN History
Menses Monthly: N.
Current Birth Control Method: Hysterectomy (Notes: total).

### Obstetric History

Reviewed Obstetric History

### Past Medical History

Reviewed Past Medical History
Anxiety Disorder: **Y**
Arthritis: **Y - psoriatic arthritis**
High Cholesterol: **Y**
Other: **Y - CRPS type I; IBS**
Notes: CRPS

### HPI

Here to establish care. She is here for a physical and for a preop visit. She plans to have a redo rectocele repair on 10/28/21 by GYN in Cincinnati.

### Documents (continued)



ROS

Patient reports **weight gain (10-15lbs)** but reports no fever. She reports **palpitations (occ)** but reports no chest pain and no edema. She reports **abdominal pain (occ), constipation, frequent diarrhea, bright red blood per rectum (occ), and dyspepsia** but reports no nausea and no vomiting. She reports **muscle aches, arthralgias/joint pain (right shoulder; feet), back pain (coccyx region), and neck pain**. She reports **numbness (hands), dizziness (occ), and migraines.** She reports **fatigue (occ)**. She reports **easy bruising** but reports no excessive bleeding. She reports no vision change. She reports no ear pain. She reports no nose problems and no sinus problems. She reports no sore throat. She reports no cough, no wheezing, and no shortness of breath. She reports no incontinence, no hematuria, and no dysuria. She reports no abnormal mole and no rashes. She reports no depression, no sleep disturbances, and no anxiety. She reports no frequent sneezing.

Physical Exam

Patient is a 53-year-old female.

**Constitutional:**General Appearance: healthy-appearing and **overweight**. Level of Distress: NAD. Ambulation: ambulating normally.

**Psychiatric:**Mental Status: normal mood.

**Head:**Head: normocephalic.

**Eyes:**Lids and Conjunctivae: non-injected. Sclerae: non-icteric.

**ENMT:**Ears: EACs clear and TMs clear.

**Neck:**Neck: supple. Lymph Nodes: no cervical LAD or supraclavicular LAD. Thyroid: non-tender and no enlargement.

**Lungs:**Respiratory effort: no dyspnea. Auscultation: breath sounds normal and good air movement.

**Cardiovascular:**Heart Auscultation: no murmurs, rubs, or gallops and RRR. Neck vessels: no carotid bruits. Pedal Pulses: normal throughout.

**Abdomen:**Bowel Sounds: normal. Inspection and Palpation: soft, non-distended, and no tenderness.

**Musculoskeletal:**Joints, Bones, and Muscles: no tenderness. Extremities: no edema.

**Neurologic:**Gait and Station: normal gait. Cranial Nerves: grossly intact. Coordination and Cerebellum: no tremor.

**Skin:**Inspection and palpation: no rash.

Assessment / Plan

**. Adult health examination** -
:heck labs; up to date on mammogram and colonoscopy; she will get 2nd Shingrix vaccine at Costco
Z00.00: Encounter for general adult medical examination without abnormal findings
- GENERAL HEALTH PANEL
- LIPID PANEL

**:. Vitamin D deficiency**
E55.9: Vitamin D deficiency, unspecified
- VITAMIN D 25-OH

**Discussion Notes**
Pt is medically cleared to undergo rectocele repair on 10/28. Labs will be reviewed; she will have Covid 19 screening done on 10/25, prior to surgery date.

Return to Office
- AMY KATHRYN COLLINS, APRN for RECHECK at GASTRO SB on 10/15/2021 at 09:15 AM
- COVID19_SIMPSON for COVID - PRESURG at COVID-19 TENT SIMPSON on 10/25/2021 at 10:55 AM
- SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on 11/24/2021 at 09:30 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 02/14/2022 at 10:30 AM
- MICHAEL T NEWCOMB, MD for COMPLETE EYE EXAM at OPHTHALMOLOGY EAST on 05/09/2022 at 01:00 PM
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023
- to see AN-YU CHEN, MD at GASTRO SB on or around 07/19/2024

Encounter Sign-Off
Encounter signed-off by NATALIA SHRESTHA, MD, 10/12/2021.
Encounter performed and documented by NATALIA SHRESTHA, MD
Encounter reviewed & signed by NATALIA SHRESTHA, MD on 10/12/2021 at 5:52pm

**Lab Results**

RBC MORPHOLOGY 10/12/2021 (#44653189, Final, 10/12/2021 4:31pm)

| | | | |
|---|---|---|---|
| Ordering Provider | NATALIA SHRESTHA, MD | Performing Lab | LEXINGTON CLINIC LABORATORY 1221 SOUTH BROADWAY LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | V0120865 | Specimen Source | |
| Specimen Coll. Date | 10/12/2021 16:31 | Result Status | Final |
| Specimen Rec. Date | 10/12/2021 17:08 | Report Status | |
| Specimen Reported Date | 10/12/2021 18:04 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| PLATELET MORPHOLOGY | NORMAL | | | Normal | Final | |
| **POLYCHROMASIA** | **SLIGHT** | | | **Abnormal** | **Final** | |
| **STOMATOCYTES** | **SLIGHT** | | | **Abnormal** | **Final** | |

GENERAL HEALTH PANEL 10/12/2021 (#44653188, Final, 10/12/2021 4:31pm)

| | | | |
|---|---|---|---|
| Note to Patient | The results of your recent tests are enclosed. We look forward to seeing you at your next appointment. | | |
| Ordering Provider | NATALIA SHRESTHA, MD | Performing Lab | LEXINGTON CLINIC LABORATORY 1221 SOUTH BROADWAY LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | V0120865 | Specimen Source | |
| Specimen Coll. Date | 10/12/2021 16:31 | Result Status | Final |
| Specimen Rec. Date | 10/12/2021 17:07 | Report Status | |

NEW LEXINGTON CLINIC PSC • 1221 SOUTH BROADWAY, LEXINGTON KY 40504-1701

**REECE, JAMIE H (id #21591363, dob:**

| Specimen Reported Date | 10/12/2021 18:04 |
|---|---|

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| GLUCOSE | 88 | 74-100 | mg/dL | Normal | Final | |
| BLOOD UREA NITROGEN | 9 | 6-20 | mg/dL | Normal | Final | |
| CREATININE | 0.81 | 0.50-0.95 | mg/dL | Normal | Final | |
| BUN/CREATININE RATIO | 11 | 10-20 | (calc) | Normal | Final | |
| SODIUM | 142 | 136-145 | mmol/L | Normal | Final | |
| POTASSIUM | 4.5 | 3.4-5.0 | mmol/L | Normal | Final | |
| CHLORIDE | 103 | 98-107 | mmol/L | Normal | Final | |
| CARBON DIOXIDE | 25 | 22-31 | mmol/L | Normal | Final | |
| ANION GAP | 14 | 7-25 | (calc) | Normal | Final | |
| CALCIUM | 9.8 | 8.6-10.2 | mg/dL | Normal | Final | |
| TOTAL PROTEIN | 7.7 | 6.4-8.3 | g/dL | Normal | Final | |
| ALBUMIN | 4.8 | 3.5-5.2 | g/dL | Normal | Final | |
| GLOBULIN | 2.9 | 1.5-4.5 | g/dL (calc) | Normal | Final | |
| ALBUMIN/GLOBULIN RATIO | 1.7 | 1.1-2.5 | (calc) | Normal | Final | |
| BILIRUBIN, TOTAL | <0.2 | 0.1-1.2 | mg/dL | Normal | Final | |
| ALKALINE PHOSPHATASE | 88 | 35-106 | U/L | Normal | Final | |
| AST | 26 | 0-32 | U/L | Normal | Final | |
| ALT | 14 | 0-33 | U/L | Normal | Final | |
| GFR AFRICAN AMERICAN | 96 | >= 60 | | Normal | Final | |
| GFR NON-AFRICAN AMERICAN | 83 | >= 60 | | Normal | Final | |
| | **NOTE** Chronic kidney disease is defined as kidney damage for more than 3 months or a GFR less than 60 mL/min/1.73 m2 for greater than 3 months. This calculation has not been validated in pregnant women. For pediatric patients refer to National Kidney Foundation https://www.kidney.org/professionals/KDOQI/gfr_calculatorPed | | | | | |
| WHITE BLOOD CELLS | 6.6 | 3.8-10.8 | K/uL | Normal | Final | |
| RED BLOOD CELLS | 4.31 | 3.80-5.20 | M/uL | Normal | Final | |
| HEMOGLOBIN | 13.3 | 12.0-16.0 | G/DL | Normal | Final | |
| HEMATOCRIT | 38.9 | 35.0-47.0 | % | Normal | Final | |
| MCV | 90 | 80-100 | fL | Normal | Final | |
| MCH | 31 | 26-35 | PG | Normal | Final | |
| MCHC | 34 | 32-36 | G/DL | Normal | Final | |
| RDW | 13.1 | 11.0-15.0 | % | Normal | Final | |
| MPV | 7.9 | 6.2-10.5 | fL | Normal | Final | |
| PLATELET COUNT | 298 | 130-400 | K/uL | Normal | Final | |
| NEUTROPHIL,ABSOLUTE | 2.1 | 1.6-8.4 | K/uL | Normal | Final | |
| LYMPHOCYTE,ABSOLUTE | 4.0 | 0.4-5.1 | K/uL | Normal | Final | |
| MONOCYTE,ABSOLUTE | 0.4 | 0.0-1.2 | K/uL | Normal | Final | |
| EOSINOPHIL,ABSOLUTE | 0.1 | 0.0-0.8 | K/uL | Normal | Final | |
| BASOPHIL,ABSOLUTE | 0.0 | 0.0-0.3 | K/uL | Normal | Final | |
| | Smear reviewed to confirm cell morphology. | | | | | |
| **% NEUTROPHILS** | **31.5** | **42.0-78.0** | **%** | **Low** | **Final** | |

### Documents (continued)



NEW LEXINGTON CLINIC PSC • 1221 SOUTH BROADWAY, LEXINGTON KY 40504-1701

**REECE, JAMIE H (id #21591363, dob: (**

| | | | | | | |
|---|---|---|---|---|---|---|
| **% LYMPHOCYTES** | **60.2** | **11.0-47.0** | **%** | **High** | **Final** | |
| % MONOCYTES | 6.4 | 0.0-11.0 | % | Normal | Final | |
| % EOSINOPHILS | 1.7 | 0.0-7.0 | % | Normal | Final | |
| % BASOPHILS | 0.2 | 0.0-3.0 | % | Normal | Final | |
| NUCLEATED RED CELLS | 0.2 | 0.0-0.9 | % | Normal | Final | |
| NUCLEATED RBCS, ABSOLUTE | 0.01 | NOT ESTAB. | K/uL | Normal | Final | |
| TSH | 3.840 | 0.270-4.200 | uIU/mL | Normal | Final | |

## VITAMIN D 25-OH 10/12/2021 (#44653151, Final, 10/12/2021 4:31pm)

| | |
|---|---|
| Note to Patient | The results of your recent tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | NATALIA SHRESTHA, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | V0120865 | Specimen Source | |
| Specimen Coll. Date | 10/12/2021 16:31 | Result Status | Final |
| Specimen Rec. Date | 10/12/2021 17:07 | Report Status | |
| Specimen Reported Date | 10/12/2021 17:56 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| VITAMIN D 25-OH, TOTAL | 44 | >=30 NG/ML | ng/mL | Normal | Final | |

**Documents (continued)**

**Labs - Scan on 10/26/2021 1054: PREOP LAB 10/25/21, COVID**

Scan (below)

2021-10-26 10:50 LC-001-4525 8592584870 >> ist Hospital ã□ÿø{o' P 1/2

# Lexington Clinic

**Internal Medicine Department**

**Lexington, KY 40504**

**Phone: 859.258.4235 Fax: 859.258.4870**

# FAX

**To:** Christ Hospital-Cincy **From:** Crissie / Dr. Shrestha

**Fax:** (513) 585-1273 **Pages (Including Cover Sheet):** 2

**Phone:** **Date:** 10/26/21

**Re:** Jamie Reece **CC:**

**Comments:** pre-surgery Covid test

**Confidentiality Notice: The information which follows this transmittal sheet is legally privileged and confidential, intended only for the use of the individual or entity named above. If you are not the intended recipient of this facsimile transmission (or the employee or agent responsible for delivering it to the intended recipient), please be advised that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the telecopied information is strictly prohibited. If you have received this facsimile transmission in error, please notify the sender immediately by phone to arrange for the return of the document.**

## 10/28/2021 - Admission (Discharged) in GENERAL SURGERY UNIT (continued)

**Documents (continued)**

2021-10-26 10:51 LC-001-4525 8592584870 >> ist Hospital @□ÿø{o' P 2/2

E#21591363

SARS-COV-2, RNA, PCR for REECE, JAMIE H ( 53yo F) #21591363
E#21591363

SARS-COV-2, RNA, PCR (#44916583, Final, 10/25/2021 9:22am, tied to order #44667558
)

| | | | |
|---|---|---|---|
| Ordering Provider | NATALIA SHRESTHA, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | V0130500 | Specimen Source | |
| Specimen Coll. Date | 10/25/2021 09:22 | Result Status | Final |
| Specimen Rec. Date | 10/26/2021 09:22 | Report Status | |
| Specimen Reported Date | 10/26/2021 09:22 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| SARS COV2 RESULT | NEGATIVE | | | Normal | Final | |

**E Hosp Consent Form TCH Rev. 8/2020 - Electronic signature on 10/28/2021 0552 (effective from 10/28/2021) - 1 of 2 e-signatures recorded**

R00I4A Rev. 08/2020

HAR# 21149930
MRN# 10817229

THE CHRIST HOSPITAL HEALTH NETWORK
REGISTRATION AND CONSENT FOR HOSPITAL AND MEDICAL TREATMENT

Name: Jamie Reece
Date: 10/28/21 Time: 5:52 AM am/pm

1. CONSENT TO TREATMENT: I hereby consent to the administration of medical, nursing or other treatment, drug therapy and/ or testing as considered necessary for my condition as directed by my physician(s) (or advanced practice provider) and his/her associates or assistants as may be needed. I understand that The Christ Hospital (TCH) is a teaching hospital and agree that interns, residents, fellows, nurses, medical students and other health personnel in training may participate with or assist my physician (s) in the performance of medical, surgical or diagnostic procedures/treatment that my physician (s) consider necessary.

2. RELEASE AND USE OF RECORDS: I authorize the release of medical records information (including, but not limited to information concerning drug related conditions, alcoholism, psychiatric conditions, HIV testing, AIDS diagnosis/related conditions) to insurance carriers, third-party payers or their representatives, and/or review organizations as deemed necessary to determine benefits entitlement and to process payment claims for health services provided. I authorize the release of medical record information to the physician(s) or agency responsible for my follow-up care, and/or to the healthcare facility to which I am transferred from TCH. I authorize TCH to access, release, and share accessible electronic medical information with other medical providers who utilize an electronic medical record system compatible with TCH's system. I authorize release of my medical record information as required or permitted by state or federal law including, but not limited to, for purposes of obtaining payment. Lastly, I understand my records may be released to state, federal, or other surveyors for accreditation and/or regulatory licensing purposes.
   **NOTICE**: Medical records of TCH are kept on file for ten (10) years and then destroyed. I have a right to inspect and obtain a copy of your medical record. There will be a charge for this service.

3. I have been advised and understand that certain health care professionals who participate in my care and treatment, including, but not limited to, emergency medical physicians, anesthesiologists, neonatologists, intensivists, radiologists, pathologists, and advanced practice providers are independent contractors not employed by TCH, TCH is not liable for their acts and/or omissions, and I will be billed separately for any services provided to me by these independent health care professionals.

4. MOTHER/NEWBORN ONLY: I give permission to TCH and my physician(s) to care for my newborn prior to discharge. I understand that if I have not chosen a physician for my newborn, or if my newborn's chosen physician is unavailable or not on TCH Medical Staff, I permit a physician on staff at The Christ Hospital to attend to my newborn prior to discharge.

5. COMMUNICATING WITH YOU: Consent to contact by electronic and other means. The Christ Hospital, its employees, its affiliates and its affiliates vendors, agents, successors, and assigns (collectively, TCH), may contact me for any lawful reason, including for the collection of amounts owed to TCH and for the offering of products or services in compliance with applicable privacy policies and requirements that are in effect from time to time. No such contact will be deemed unsolicited. By signing below, I authorize and voluntarily consent to TCH contacting me: (i) at any address (including e-mail) or telephone number (including wireless cellular telephone or ported landline telephone number) that I provide, have provided, or that was provided on my behalf to TCH; (ii) using any means of communication (including, but not limited to, postal mail, electronic mail, telephone, text, messaging or other technology) to reach me; and (iii) using automated dialing systems and announcing devices and playing recorded messages.

safety and security of our patients, visitors and staff, weapons, knives, alcohol, illegal drugs and other dangerous materials are not allowed in our facilities.

I confirm that I have read and agree to the preceding information and received a copy of this form. Any questions that I may have had have been answered fully and to my satisfaction. I am the patient, the patient's legal representative, or am otherwise authorized by the patient to sign the above and accept its terms on his/her behalf.

Patient's Signature: Jamie H. Reece
Signature captured with Topaz at 10/28/2021 05:52 AM

If patient is unable to consent - will be signed by patient's legal representative? ☐

Closest Relative, Health Care POA or Legal Guardian:

**After Visit Summary - Document on 10/29/2021 0741: IP After Visit Summary**

Document (below)

The Christ Hospital Health Network

# AFTER VISIT SUMMARY

**Jamie Reece** Rectocele 10/28/2021 - 10/29/2021 THE CHRIST HOSPITAL

## Instructions

Your medications have changed

START taking:
- **acetaminophen** (TYLENOL)
- **ibuprofen** (MOTRIN)
- **oxyCODONE** (ROXICODONE)
- **phenazopyridine** (PYRIDIUM)
- **polyethylene glycol** (GLYCOLAX;MIRALAX)
- **senna-docusate** (SENOKOT-S)

**If any medications are discontinued be sure to notify your Auto-refill/Mail-order pharmacy.**

## What's Next

NOV 19 Post Operative Visit with Melanie, PA
Friday Nov 19, 2021 10:30 AM

The Christ Hospital Physicians - Urogynecology, Fort Wright
1955 DIXIE HIGHWAY
SUITE M
FT WRIGHT KY 41011-2607
513-463-2500

## Your Next Steps

Do

☐ Pick up 6 medications from The Christ Hospital Apothecary-Retail Pharmacy

Go

NOV 19 Post Operative Visit 10:30 AM
Melanie, PA
The Christ Hospital Physicians - Urogynecology, Fort Wright
1955 DIXIE HIGHWAY
SUITE M
FT WRIGHT KY 41011-2607
513-463-2500

## MyChart Sign-Up

Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

Go to **https://www.thechristhospitalmychart.com/mychart/**, click "Sign Up Now", and enter your personal activation code: **5MF9G-C5KC2-RR9C6**. Activation code expires 11/1/2021.

Medication List

| | Medication | Discharge Day | Morning | Afternoon | Evening | Bedtime | As Needed |
|---|---|---|---|---|---|---|---|
| START | **acetaminophen** 325 mg tablet<br>Commonly known as: TYLENOL<br>Take 2 Tablets (650 mg total) by mouth every 4 hours as needed for Pain.<br>Indications/Reason for taking: Pain | | | | | | ✓ |
| | **cycloSPORINE** 0.05 % Dpet<br>Commonly known as: RESTASIS<br>Apply 1 Drop to eyes every 12 hours. | | ✓ | | ✓ | | |
| | **Diclofenac Sodium** 1 % Gel<br>Commonly known as: VOLTAREN<br>Apply 2 g topically as needed. | | | | | | ✓ |
| | **esomeprazole** 40 mg Cpdr<br>Commonly known as: NEXIUM<br>Take 40 mg by mouth nightly at bedtime. | | | | | ✓ | |
| | **estradioL** 1 mg tablet<br>Commonly known as: ESTRACE<br>Take 1 mg by mouth daily.<br>Indications/Reason for taking: Vitamin/ Supplement | | ✓ | | | | |
| | **Humira(CF) Pen** 40 mg/0.4 mL Pnkt<br>40 mg by Subcutaneous route every 14 days.<br>Generic drug: adalimumab | | | | | | |
| START | **ibuprofen** 600 mg tablet<br>Commonly known as: MOTRIN<br>Take 1 Tablet (600 mg total) by mouth every 6 hours as needed for Pain.<br>Indications/Reason for taking: Pain | | | | | | ✓ |
| | **multivitamin** Tab<br>Commonly known as: THERAGRAN<br>Take 1 Tablet by mouth daily.<br>Indications/Reason for taking: Vitamin/ Supplement | | ✓ | | | | |
| START | **oxyCODONE** 5 mg immediate release tablet<br>Commonly known as: ROXICODONE<br>Take 1 Tablet (5 mg total) by mouth every 6 hours as needed for Pain for up to 7 days.<br>Indications/Reason for taking: Pain | | | | | | ✓ |

Medication List (continued)

| | Medication | Discharge Day | Morning | Afternoon | Evening | Bedtime | As Needed |
|---|---|---|---|---|---|---|---|
| START | **phenazopyridine** 200 mg tablet<br>Commonly known as: PYRIDIUM<br>Take 1 Tablet (200 mg total) by mouth 3 times daily (with meals) for 3 days. | | ✓ | ✓ | ✓ | | |
| START | **polyethylene glycol** 17 gram/dose powder<br>Commonly known as: GLYCOLAX;MIRALAX<br>Take 17 g by mouth 2 times daily as needed.<br>Indications/Reason for taking: Constipation | | | | | | ✓ |
| | **pregabalin** 100 mg Cap<br>Commonly known as: LYRICA<br>Take 100 mg by mouth 3 times daily. | | ✓ | ✓ | ✓ | | |
| | **PROBIOTIC-10 PO**<br>Take 1 Tablet by mouth daily.<br>Indications/Reason for taking: Vitamin/ Supplement | | ✓ | | | | |
| START | **senna-docusate** 8.6-50 mg Tab<br>Commonly known as: SENOKOT-S<br>Take 2 Tablets by mouth daily as needed.<br>Indications/Reason for taking: Constipation | | | | | | ✓ |
| | **tiZANidine** 4 mg tablet<br>Commonly known as: ZANAFLEX<br>Take 4 mg by mouth 3 times daily as needed. | | | | | | ✓ |
| | **traMADoL** 50 mg tablet<br>Commonly known as: ULTRAM<br>Take 50 mg by mouth as needed. | | | | | | ✓ |
| | **Vitamin C** 500 mg tablet<br>Take 500 mg by mouth daily.<br>Generic drug: ascorbic acid (vitamin C)<br>Indications/Reason for taking: Vitamin/ Supplement | | ✓ | | | | |
| | **VITAMIN D PO**<br>Take by mouth daily.<br>Indications/Reason for taking: Vitamin/ Supplement | | ✓ | | | | |
| | **XYZAL PO**<br>Take by mouth nightly at bedtime. | | | | | ✓ | |

Medication List (continued)

| | Discharge Day | Morning | Afternoon | Evening | Bedtime | As Needed |
|---|---|---|---|---|---|---|
| **ZINC-15 PO**<br>Take by mouth.<br>Indications/Reason for taking: Vitamin/ Supplement | | ✓ | | | | |

Where to pick up your medications

Pick up these medications at The Christ Hospital Apothecary-Retail Pharmacy
acetaminophen • ibuprofen • oxyCODONE • phenazopyridine • polyethylene glycol • senna-docusate

Address: 2139 Auburn Ave Suite 1005, Cincinnati OH 45219-2906
Hours: 7:30 to 5:30 Mon-Fri
Phone: 513-585-0050

**Please make a list of every medicine, vitamin or herbal supplement you are taking and keep the list with you at all times. Please show the list to your caregiver at every visit and keep the list up to date**

**If new medications were prescribed, I have received information about purpose and possible side-effects regarding new medications**

**It is very important that you keep all scheduled appointments with your follow-up providers. If for any reason that you can not make your scheduled appointment, please call the office to reschedule.**

Instructions

**The Christ Hospital offices of Dr. Mickey Karram, Dr. Aparna Shah, and Dr. Anne Stachowicz (513) 463-2500**

**Post-operative Instructions**

**Preparation for After-surgery care**

- You will need someone to drive you home after discharge from the hospital
- If you spent one or more nights in the hospital, plan on having someone stay with you when you get home from the hospital for at least a couple days—make a plan with a friend/family at least 2 weeks ahead of time.

**Medications**

- After the surgery, resume all your normal medications unless directed otherwise
- Take and finish any antibiotic if prescribed. If you go home with a catheter you may need an antibiotic.
- Pain medications:
    - If you can, take Motrin/Ibuprofen every 6 hours with food for the first 3-7 days to help keep inflammation down. Do not take Motrin/ibuprofen if you have gastric ulcers, are on blood thinners, are taking other NSAIDS for other reasons (for example, arthritis), or are allergic to Aspirin.
    - If you can, take Tylenol/Acetaminophen every 6 hours with food for the first 3-7 days. Alternate this with the Motrin/Ibuprofen every 6 hours. Do not take more than 4000mg of Tylenol/Acetaminophen in a 24 hour period (or more than 2000mg Tylenol/Acetominophen in a 24 hour period if you have a history of hepatitis).
        - Example medication administration schedule: ibuprofen at 6am, tylenol at 9am, ibuprofen at 12pm, tylenol at 3pm, etc.
    - For pain that is 5 or more out of 10 on the pain scale, take the opiate as prescribed. If you are taking Percocet, Vicodin or Norco, do NOT take any Tylenol/Acetaminophen due to risk of liver damage.
    - Set an alarm for midnight or 1am to take pain medication if you find you wake up in the morning with severe pain.
    - If you are on opiate pain medication, then you cannot drive or operate any heavy machinery. You will also have constipation while on opiates, see "constipation" section.
    - You should not need to use opiates (for example, Roxicodone, Percocet, Vicodin, etc) beyond 1-2 weeks after inpatient surgery or 1 week after outpatient surgery. If you do require opiates beyond this time frame, you may be required to complete an opiate pain contract. If you are on chronic opiate medications, coordination of your pain medications should be done with the prescribing physician before surgery.
    - Do not use tranquilizers (for example, Ativan, Xanax) or sleeping aides (for example, Ambien) while on opiates unless directed by your doctor

**Constipation**

- You will likely not have a bowel movement in the hospital, and can take several days to have one once you are at home.
- Immediately after the surgery, take the Miralax or Senokot daily to twice a day as prescribed by your doctor for one month. If your bowel movements are too loose, then cut back on the medication. If you have chronic constipation, start taking a stool softener, Miralax or Senokot, one week prior to the surgery.
- It is also safe to titrate (up or down) your doses of Miralax to whatever your body needs so you can have 1 soft bowel movements per day!
- If after 7 days you do not have a bowel movement, then add milk of magnesia every 8 hours for 24 hours only to the other medication you are using. Do not take milk of magnesia if you have kidney problems.
- Contact your doctor if you are having ongoing problems.

Instructions (continued)

- Read the "what to eat" section, and limit the use of opiates as those medications can cause constipation.

**What to eat**

- Drink plenty of water—avoid other beverages high in sugar or carbonation like any kind of soda pop
- You can eat whatever you like unless you are suffering from constipation or discharged on a special diet.
- If suffering from constipation, take in small meals high in fiber like fruits and vegetables, take Metamucil with plenty of water
- Call your doctor if you are having vomiting
- No alcohol while on antibiotics and on opiate pain medications

**Taking care of urinary catheter**

- You may not be able to urinate after the surgery due to swelling of the vagina or the amount of surgery done around the bladder for a few days to few weeks.
- If you are going home with an indwelling urinary catheter/leg bag:
    - You might be prescribed antibiotics. Take the antibiotic prescribed until the catheter is removed in the office in order to decrease the chance of a bladder/urine infection.
    - If you are going home with a leg bag, empty the bag before it gets full.
    - If you are going home with a plug, unplug the catheter every 4 hours and empty it into the toilet, then put the plug back on. Attach it to the drainage bag at bedtime.
- If you are going home performing intermittent self-catheterization
    - Try to empty your bladder normally before using the catheterization kit to see if your bladder function as returned
    - While you are awake you should attempt to void (and perform self-catheterization) every 4 hours OR with an urge to void. You seek to keep your total bladder capacity less than 500ml. If your catheterized volumes after voiding are less than 150ml, you can change the frequency of self-catheterization to every 6 hours. If the catheterized volume is more than 150ml, you should catheterize your bladder after attempted voids about every 2 hours.
    - Write down the amount of urine you emptied with the catheter. When the amount you empty is less than 50ml for 3 voids in a row, you may stop catheterizing.
    - If after you have stopped catheterizing and cannot urinate for 6 hours, then restart catheterizing again.
- You will need to come into the office after a few days to one week to remove the catheter or to do a bladder test. If you do not receive a call from the office to help you schedule this appointment, **please call the office to ensure this appointment gets scheduled!** To be safe, please call the office on the morning after your surgery to ensure this appointment isn't missed.

**Activity/Restrictions**

- Until cleared by your doctor: No strenuous physical activity/exercise; No pushing, squatting, pulling (like vacuuming, mowing lawn); No lifting anything more than 10 pounds (gallon of milk); No sex or anything in the vagina like a tampon!
- No swimming or hot tubs for 4-6 weeks for inpatient surgery or 2 weeks for outpatient surgery or until cleared by your doctor. You may shower and pat dry.
- Sitz baths with or without Epson salts are encouraged especially if you are sore.
- You may return to work when cleared by your doctor, which could be 2-6 weeks after inpatient surgery or 1 day to 1 week for outpatient surgery depending on the type of surgery done.
- Resume driving only if no longer on opiates.
- You CAN climb stairs, go for short walks (1 block), and ride as a passenger in the car
- If you are going to travel soon after surgery, talk to your doctor as soon as possible.

## 10/28/2021 - Admission (Discharged) in GENERAL SURGERY UNIT (continued)

**Documents (continued)**

### Instructions (continued)

**Incision/Wound care**
- You will have spotting with brown or yellow discharge for several weeks after the surgery. If you have heavy vaginal bleeding (saturating 1 pad per hour) or have a foul smell, call the doctor immediately.
- If you have an abdominal incision—it is okay to take showers, pat dry. If you have skin glue over the incision, you can take off any part peeling off. If you have small white strips called steri-strips, it is okay if they fall off on their own.
- If you had vaginal surgery—do not place anything in the vagina; do not have sex until cleared by your doctor. No douching. Do not restart any vaginal cream medication prescribed prior to or after the surgery.
- Check the sites of your incisions daily for any signs of infection like redness or drainage, or opening of the incision.

**Follow-up visits**
- If you go home with a catheter or self-catheterizing beyond 2 days, then you will need to be seen within one week after the surgery—call to make an appointment once at home.
- To schedule the post-op visits, call the office of your specific surgeon. Depending on the doctor, your post op visit will be scheduled anywhere from 2 to 6 weeks after the surgery.

**Reasons to call the Doctor—Warning Signs**
- Fever greater than 100.4 degrees F
- Shaking chills
- Severe pain uncontrolled by pain medications
- Profuse vomiting
- Redness, excessive swelling, or drainage from your incision
- Heavy vaginal bleeding—saturating one pad per hour
- Foul smelling vaginal discharge
- Inability to urinate
- Inability to have a bowel movement for 7 days
- Chest pain or shortness of breath
- Swelling, redness, or pain in your leg

You may always proceed to the nearest Emergency Room at a hospital if you feel more comfortable doing so, but give us a call to let us know before, during, or after your ER visit.

### Opioid Information

**AVS Discharge Opioid Education for patients with opioid prescriptions at Discharge**

Opioids (also called "narcotics") can be dangerous if they are not taken as prescribed by your provider. You should know the possible risks and side effects of taking opioids before starting treatment. Opioids don't work for every person or every type of pain, and they are unlikely to take all the pain away. Talk with your provider to set realistic treatment goals.

In general, it is safest to take opioids in the lowest amount and for the shortest duration possible. Ask your provider when you should expect to no longer need opioids.

## Opioid Information (continued)

TELL your provider about all prescribed and over-the-counter medicines, herbs and vitamins you take. Opioids can interact dangerously with some medications, especially medications for sleep or anxiety, like Valium, Xanax, Klonopin or Ativan.

DO NOT take more opioid medication than prescribed; this can be dangerous and may lead to accidental overdose and death.

DO NOT combine alcohol or street drugs with opioids.

NEVER take opioids that were not prescribed to you.

ALWAYS dispose of any leftover opioids promptly.

Chronic pain should be managed by a primary (family) care provider, pain doctor or other specialist such as a cancer doctor. Emergency rooms are not a good place to go for chronic pain and generally will not write prescriptions for chronic pain problems.

Discuss other ways to control your pain with your provider. Meditation, deep breathing exercises or non-opioid medications can be used alone or to help opioids work better. Gentle physical activity such as walking may also help you feel better. However, overdoing it can make your pain worse. Ask what activities are appropriate with your condition.

**Most common side effects of opioids include:**

- Sleepiness
- Mental confusion or "slow thinking" that can affect judgement and decision-making. You may think you're OK and you're making good decisions when you're not. You may take risks and put yourself and others in danger.
- Constipation - Most people will require a laxative such as Senna. Physical activity and drinking more water can also help. If your bowel habits change, act quickly to prevent serious problems.
- Itching
- Nausea and vomiting
- Bad dreams or hallucinations

**Serious risks of opioid use include**:

- Intestinal blockage can occur if constipation becomes severe. Seek medical attention.
- Decreased breathing / respiratory depression during sleep - You are at higher risk if you smoke, are obese, have sleep apnea, or also take benzodiazepines. Seek medical attention.
- Impaired driving or operation of machinery
- Allergies - Allergic reactions to opioids are rare, but if you get a severe rash, hives, shortness of breath or throat swelling, seek medical attention or call 911.
- Birth defects - Do not use opioids if pregnant or planning to become pregnant. Be sure to use birth control when taking opioid medication.
- Death

**If you use opioids long term, there are additional risks:**

- Tolerance - If you use opioids for chronic pain, you may develop a need for higher doses to get the same pain relief. This can lead to an increased chance of experiencing side effects.

## Opioid Information (continued)

- Physical dependence - When your body is used to receiving opioid medication every day for weeks, months, or years, you may suffer withdrawal symptoms if you suddenly stop or cut back. This is NOT the same as addiction. Common withdrawal symptoms include pain, nervousness, sweatiness, fast heart rate, shortness of breath, and nausea. Your doctor can help you safely stop or reduce your dose of opioids.
- Addiction - Some people who take opioids develop a craving or addiction to them that takes away their sense of control. Some patients become addicted to opioids even when they take opioids as prescribed. People with a history of severe depression or anxiety, heavy tobacco use, personal or family history of substance abuse are at greater risk. Be honest with your provider about any fears you have about addiction and don't be afraid to ask your own questions.
- Depression
- Worsening of pain
- Decreased sex hormones that affect sex drive, arousal and other aspects of sexual health

**Safe Storage and Disposal of Opioids**

- Opioids must be stored in a safe, locked place. Keep them out of reach of family, children, visitors, and pets.
- Always store your opioids in the original labeled container.
- If you are concerned about the safety of storing medicines in your home, talk with your provider about how to handle this problem.
- If someone steals your opioids or your opioid prescription, report the theft to the police.
- NEVER share or sell unused opioid medication with family members, friends or anyone else.
- Do not keep extra or unused opioids. Having unused opioids around the house may cause unintentional harm to anyone else who uses them. Dispose of unused medications in the trash, mixed with coffee grounds, kitty litter, or other unpleasant substance. Many police stations have boxes or receptacles for unused prescription medications or visit www.takebackday.dea.org.

## Women over 40

https://www.thechristhospital.com/Documents/Women%20+40-Full%20Text%20%28TCH%29.pdf

## 10/28/2021 - Admission (Discharged) in GENERAL SURGERY UNIT (continued)

**Documents (continued)**

**Discharges - Scan on 11/2/2021 1433: DISCHARGES**

Scan (below)

Reece, Jamie (MR # 10817229) DOB: Page 1 of 1

**My signature below indicates my understanding of all discharge instructions**

X Patient/Responsible Party Signature: Jamie A Reece Date: 10/29/21 0930

Reviewed with Pt/Responsible Party: [signature], RN Date/Time: 10/29/21 0930

Fax to: Date/Time:

*****Copy of instructions given to patient*****

Reece, Jamie
CSN: 3065610024 DOB: 53 yrs)
Sig/Time
DOS: 10/28/2021 MRN: 10817229

Discharges

*R-DISCH*

Reece, Jamie (MR # 10817229) Printed at 10/29/21 7:42 AM

## 10/28/2021 - Admission (Discharged) in GENERAL SURGERY UNIT (continued)

**Documents (continued)**

**Consents - Scan on 11/2/2021 1433: ADDITIONAL INFORMED CONSENT FORM FOR PROCEEDING WITH PROCEDURE/SURGERY DURI**

Scan (below)

**Additional Informed Consent Form for Proceeding with Procedure/Surgerv During COVID-19 Pande**

Reece, Jamie
CSN: 3065610024 DOB 53 yrs)
Sig/Time
DOS: 10/28/2021 MRN: 10817229

THE CHRIST HOSPITAL HEALTH

Patient Name:_______________ Medical Record Number: ___________

- COVID-19 is an infectious disease that can result in serious illness or death and can easily spread from person to person.
- One risk of the COVID-19 pandemic is that I may be exposed to individuals infected with COVID-19 at health care facilities.
- I understand that it is ultimately my decision whether to proceed with my procedure/surgery at The Christ Hospital during the COVID-19 pandemic.
- I have discussed with my physician the risks of the procedure/surgery, including the additional risks during the COVID-19 pandemic. I have had the opportunity to ask questions, and all of my questions have been answered in a satisfactory manner regarding the procedure/surgery and the risks of contracting COVID-19 as a result of proceeding with this procedure/surgery. I have considered all the risks and alternative treatment options and I have decided to proceed with my procedure/surgery at The Christ Hospital.
- By signing this Additional Informed Consent Form, I acknowledge that I have read or have had it read and/or explained to me, and that I fully understand its contents.

x Jamie R Reece Date: 10-28-21 Time: 0650
Signature of Patient or Patient Representative

If signed by a patient representative, specify relationship to the patient: ___________________

Lauren O'Hara RN Date: 10-28-21 Time: 0650
Signature of Witness to Patient/Patient Representative Signature

Reece, Jamie
CSN: 3065610024 DOB: 53 yrs)
Sig/Time
DOS: MRN: 10817229

R3884 5/1/2020

R 3 8 8 4

**Consents - Scan on 11/2/2021 1433: CONSENTS**

Scan (below)

THE CHRIST HOSPITAL
CINCINNATI, OHIO 45219
R-82 Rev. 3/2011
Consents
*R-CONSE*

Reece, Jamie CSN: 3065610024 DOB: 9/22/1968
MRN: 10817229
Page 1 of 2

Reece, Jamie
CSN: 3065610024 DOB (53 yrs)
Sig/Time
DOS: 10/28/2021 MRN: 10817229

**ACKNOWLEDGMENT OF INFORMED CONSENT FOR SURGICAL OR MEDICAL PROCEDURE AND/OR SEDATION**

I agree to allow Surgeon(s):
Karram, Mickey M., MD

and his/her associates or assistants, including residents and/or other qualified medical practitioner to perform the following medical treatment or procedure and to administer or direct the administration of sedation as necessary:

Procedure(s):
Posterior Repair, Possible Vaginal Vault Suspension, Possible Enterocele Repair, Cystoscopy.

***Patient/Authorized Representative initials for laterality, if applicable*** x

My doctor has explained the following regarding the proposed procedure:

- the explanation of the procedure
- the benefits of the procedure
- the potential problems that might occur during recuperation
- the risks and side effects of the procedure which could include but are not limited to severe blood loss, infection, stroke or death
- the benefits, risks and side effects of alternative procedures including the consequences of declining this procedure or any alternative procedures
- the likelihood of achieving satisfactory results.

I acknowledge no guarantee or assurance has been made to me regarding the results. I have been given an opportunity to ask questions about this procedure and all of my questions have been satisfactorily answered.

I understand that other practitioners, including resident physicians and other trainees, may be involved in my treatment and that they will only perform tasks within their scope of practice/license and as set forth in privileges granted by the hospital.

I understand that the risks of anesthesia for surgery include but are not limited to, sore throat, hoarseness, injury to face, mouth or teeth; nausea; headache; injury to blood vessels or nerves; death, brain damage, or paralysis. I understand that sedation will often result in temporary impairment of memory and fine motor skills, and that sedation can occasionally progress to a state of deep sedation or general anesthesia.

If necessary, I give permission for anesthesia and/or sedation to be given by the Anesthesiologists, Certified Registered Nurse Anesthetists and Certified Anesthesiologist Assistants of Anesthesia Associates of Cincinnati, Inc.

I give my physician or his designee permission to administer sedation as necessary for the procedure.

I understand that during the course of this treatment/procedure, unforeseen conditions can occur which require an additional or different treatment or procedure. I agree to allow my physician or assistants to perform such extension of the original procedure as they may find necessary. If there is an emergency

during the procedure or immediately after the procedure, I give permission to take all measures to be revived. If a "Do Not Resuscitate" order is in effect, the physician will be notified to discuss the operative applications of the order.

| |
|---|
| **X JR I do _____ I do, with restrictions* _____ I do not . . . give my doctor permission to give me blood or blood products.** |
| ***See completed form "My Restrictions on Receiving Blood / Blood Products" for details** |

I understand that there are risks associated with receiving blood, blood products, allografts and/or xenografts including, but not limited to, hepatitis, AIDS, fever, or allergic reaction. I acknowledge that the risks, benefits, and alternatives of this treatment have been explained to me and that no express or implied warranty has been given by the hospital, any blood bank, or any person or entity as to the blood or blood products transfused.

At the discretion of my physician, I agree to allow observers and allow photographing and/or televising of the procedure, provided my name or identity is not used. I agree the hospital may dispose of or use for scientific or educational purposes any tissue, fluid, or body parts which may be removed.

X Jamie H Reece ______ Self ______ Date 10-28-21 Time 0650 AM/PM

**Patient or Authorized Representative** **Relationship to Patient**

Lauren OHara RN ______ Date 10-28-21 Time 0650 AM/PM
**Witness**

**ACKNOWLEDGMENT OF INFORMED CONSENT FOR SURGICAL OR MEDICAL PROCEDURE AND/OR SEDATION**

| | | |
|---|---|---|
| **THE CHRIST HOSPITAL**<br>**CINCINNATI, OHIO 45219**<br>**R-82 Rev. 3/2011** | **Reece, Jamie CSN: 3065610024 DOB:**<br>MRN: 10817229<br>Page 2 of 2 | R81 |

## 10/28/2021 - Admission (Discharged) in GENERAL SURGERY UNIT (continued)

**Documents (continued)**

**History and Physical - Scan on 11/2/2021 1433: HISTORY AND PHYSICAL UPDATE**

Scan (below)

**THE CHRIST HOSPITAL HEALTH NETWORK**

**PROGRESS NOTES**

R-11-A Rev. 3/18

Reece, Jamie
CSN: 3065610024 DOB: 53 yrs)
Sig/Time
DOS: MRN: 10817229

**TIMED, DATED, AND SIGNED NOTES ARE MANDATORY FOR ALL ENTRIES**

**Dates/ Times**

**I have examined the patient and after review of their history & physical I find:**

☑ No Changes

☐ Changes as Noted

Physician Signature: [signature]

Date: 10/28/21 Time:

R7009 Rev. 11/10

Poor Quality Upon Receipt

History & Physical

*R-HPY*

**Documents (continued)**

**TIMED, DATED, AND SIGNED NOTES ARE MANDATORY FOR ALL ENTRIES**

**Dates/ Times**

Unapproved Abbreviations:

| DO NOT USE: | USE: |
|---|---|
| IU | Units |
| QD | Daily |
| QOD | Every other day |
| U | Unit |
| 1.0 | 1 |
| .5 | 0.5 |
| MS, MSO4 | Morphine Sulfate |
| MgSO4 | Magnesium Sulfate |

- **Medical Devices.** I am aware that if the surgical procedure(s) requires implantation of a medical device/prosthesis or removal thereof, the hospital is required to release my name, current address, and social security number to the manufacturer for purposes of tracking the device.

- **Transfusion of Blood Products.** My physician has informed me that, in the course of my care, it may be necessary to receive blood or blood products. I acknowledge that the risks, benefits, and alternatives of this treatment have been explained to me and that no express or implied warranty has been given by the Hospital, any blood bank, or any person or entity as to the blood or blood products transfused.

☒ I do ☐ I do, with restrictions* ☐ I do not.... give my physician permission to give me blood or blood products.

*See Form R-3705 (My Restrictions on Receiving Blood/Blood Products)

I understand that there are alternative procedures that may be available, including, but not limited to, no treatment, non-surgical treatment, ______.
My physician has explained the benefits, material and reasonably known risks and side effects of alternative procedures including the consequences of declining this Procedure or any alternative procedures. I also understand that I may stop or withdraw from the Procedure at any time without affecting my access to care. If I choose not to be treated, the likely results, risks, and benefits have been clearly explained to me.

AUTHORIZATION

I understand and agree that other physicians may be involved in the Procedure, in accordance with The Christ Hospital policies and at the discretion of my Physician. I understand and agree that qualified medical practitioners who are not physicians may be involved in the Procedure, in accordance with The Christ Hospital policies, and that such practitioners will be only performing tasks that are within their scope of practice, as deemed necessary by my physician, and/or as determined under state law and regulation, and for which they have been granted privileges by The Christ Hospital. I understand that, during the course of the Procedure, other conditions may be found. This may require an extension of the Procedure or a different procedure. I therefore authorize the above-named physician to perform such procedure as deemed necessary and advisable in the exercise of his/her (their) professional medical judgment. If there is an emergency during the Procedure or immediately after the Procedure, I give permission to take all measures to be revived unless I expressly notified my physician prior to the Procedure that he/she must follow an in effect Do Not Resuscitate order.

SIGNATURE

My signature below means that: All of the information set forth above has been clearly explained to me by my physician, including the likelihood of achieving satisfactory results and the occurrence of the risks and side effects, and the potential problems during recuperation. I have read and understand this consent form, or had this form read and explained to me. I have been given all the information I asked for about the Procedure, risks, and alternative(s). I have been given an opportunity to ask questions, and all of my questions were answered to my satisfaction. The information I received is sufficient for me to consent to and authorize the Procedure. I certify that all blank spaces requiring insertion of information were completed before I signed the consent form. I agree to everything explained above, and freely consent to this Procedure.

X Jamie Reece Date 9/17/21 Time 1015 AM/PM
Patient's Signature (and/or person consenting on behalf of the patient*) *Relationship to patient: Self

Shelly Jamer, RN Date 9/17/21 Time 1015 AM/PM
Witness's Signature

______ Date 9/17/21 Time 1015 AM/PM
Physician's Signature. The patient and/or their representative have received the information set forth above. To the best of my knowledge the patient and/or their representative understands the Procedure and consents to it.

Jamie Reece

The Christ Hospital Health Network

**Urogynecology and Pelvic Floor Medicine**
**Surgery Scheduling Form**

10817229

✓ Mickey Karram, M.D. ____ Aparna Shah, M.D ____ Michael Karram,M.D.
Length of Procedure: ____ Special Equipment: ____
✓ Outpatient ____ Outpatient Extended Recovery (23 hr. observation) ____ Inpatient
Anesthesia: ✓General __ Epidural __ MAC DVT Prophylaxis: ✓SCD's __ Heparin __ Lovenox
Specialty Referral/Clearance: ____ Cardiology ____ Hematology ____ Pulmonology ____ Nephrology

**Diagnosis:**

| Code | Check | Diagnosis |
|---|---|---|
| N32.89 | [ ] | Bladder Mass |
| N36.42 | [ ] | Intrinsic Sphincter Deficiency |
| N81.4 | [ ] | Uterine Prolapse |
| N81.9 | [ ] | Vaginal Vault Prolapse |
| N81.11 | [ ] | Cystocele |
| N81.6 | [X] | Rectocele |
| N81.5 | [ ] | Enterocele |
| N36.41 | [ ] | Urethral Hypermobility |
| N82.0 | [ ] | Fistula Vesicovaginal |
| N82.3 | [ ] | Fistula Rectovaginal |
| N99.83 | [ ] | Ovarian Remnant |
| N93.9 | [ ] | Vaginal Bleeding |
| N94.10 | [ ] | Dyspareunia |
| N39.3 | [ ] | Female Stress Incontinence |
| R10.2 | [ ] | Pelvic Pain |
| N93.9 | [ ] | Abnormal Uterine Bleeding |
| N95.0 | [ ] | Post-Menopausal Bleeding |
| R15.9 | [ ] | Fecal Incontinence |
| R33.9 | [ ] | Urinary Retention |
| N39.8 | [ ] | Voiding Dysfunction |
| N39.41 | [ ] | Urge Incontinence |
| R35.0 | [ ] | Urinary Frequency |
| R39.15 | [ ] | Urinary Urgency |
| R39.89 | [ ] | Bladder Pain |
| R19.00 | [ ] | Pelvic Mass |
| T83.711A | [ ] | Mesh Erosion |
| N36.1 | [ ] | Urethral Diverticulum |
| N32.81 | [ ] | Overactive Bladder |
| L90.0 | [ ] | Lichen Sclerosis |
| S31.831A | [ ] | Anal Sphincter Tear |
| L90.5 | [ ] | Scar Tissue |
| N39.46 | [ ] | Mixed Incontinence |

outpt. Ext. Rec.

**Procedure:**

| Code | Check | Procedure |
|---|---|---|
| 58260 | [ ] | Vaginal Hysterectomy |
| 58570 | [ ] | Laparoscopy Hysterectomy |
| 58150 | [ ] | Total Abdominal Hysterectomy |
| 57240 | [ ] | Anterior Repair |
| 57250 | [X] | Posterior Repair |
| 57268 | [X] | Enterocele Repair possible |
| 57283 | [X] | Vault Suspension possible |
| 57288 | [ ] | Suburethral Sling: TVT TOT FASCIA |
| 57287 | [ ] | Takedown Sling |
| 52000 | [X] | Cystoscopy |
| 58720 | [ ] | Salpingo-oophorectomy Unilateral Bilateral |
| 49320 | [ ] | Diagnostic/Operative Laparoscopy |
| 20926 | [ ] | Harvest Rectus Fascia/Martius Fat Pad |
| 57100 | [ ] | Vaginal Biopsy |
| 57110 | [ ] | Colpectomy/Vaginectomy |
| 57120 | [ ] | Le Fort Colpocleisis |
| 57280 | [ ] | Sacrocolpopexy Abdominal |
| 57425 | [ ] | Sacrocolpopexy Laparoscopy |
| 53500 | [ ] | Urethrolysis |
| 56810 | [ ] | Perineoplasty |
| 64581 | [ ] | Interstim Stage I |
| 64590 | [ ] | Interstim Stage II |
| 64585 | [ ] | Removal of Interstim (leads) |
| 64595 | [ ] | Removal of Interstim (battery) |
| 51715 | [ ] | Periurethral ~~Coaptite~~ Injection |
| 52260 | [ ] | Cystoscopy with Hydrodistention |
| 57295 | [ ] | Eroded Mesh Excision |
| 57550 | [ ] | Vaginal Trachelectomy |
| 58558 | [ ] | Diagnostic Hysteroscopy with D&C |
| 58120 | [ ] | Dilation and Curettage, Diagnostic |
| 57230 | [ ] | Urethrocele Repair |
| 57220 | [ ] | Urethral Sphincter plication (Kelly) |
| 57410 | [ ] | Pelvic Exam Under Anesthesia |
| 57305 | [ ] | Rectovaginal Fistula Repair (Abdominal) |
| 57300 | [ ] | Rectovaginal Fistula Repair (Vaginal) |
| 52204 | [ ] | Cystoscopy with biopsy |
| 57065 | [ ] | Takedown Vaginal Adhesion |
| 57061 | [ ] | Takedown of Vaginal Scar Tissue |
| 49000 | [ ] | Exploratory Laparotomy |
| 56605 | [ ] | Vulvar Biopsy |
| 20552 | [ ] | Trigger Point Injection 1or 2 muscles |
| 20553 | [ ] | Trigger Point Injection 3 or more |
| 53240 | [ ] | Urethral Diverticulectomy |
| 58410 | [ ] | Uterine Suspension |
| 58100 | [ ] | Endometrial Biopsy |
| 52287 | [ ] | Botox Bladder Injection |
| 51900 | [ ] | Vesicovaginal Fistula Repair (Abdominal) |
| 57320 | [ ] | Vesicovaginal Fistula Repair (Vaginal) |

Lexington, Ky.
859-533-6163 (C)

Anthem.

## 11/15/2021 - Admission (Discharged) in GENERAL SURGERY UNIT

### Reason for Visit

#### Visit Diagnoses

| Name | Code |
|---|---|
| Vaginal pain<br>Added automatically from request for surgery 723793 | R10.2 |
| Vaginal pain | R10.2 |
| **Postoperative pain (primary)** | G89.18 |

#### Hospital Problems

| Name | Code | Date Noted | Date Resolved | Present on Admission? |
|---|---|---|---|---|
| **Vaginal pain (primary)** | R10.2 | 11/12/2021 | — | — |
| Postoperative pain | G89.18 | 11/15/2021 | — | Yes |

### Visit Information

#### Admission Information

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | | Admit Date/Time: | 11/15/2021 1104 | IP Adm. Date/Time: | |
| Admission Type: | Elective | Point of Origin: | Physician Referral-Scheduled | Admit Category: | |
| Means of Arrival: | | Primary Service: | Acute | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | THE CHRIST HOSPITAL SERVICE AREA | Unit: | GENERAL SURGERY UNIT |
| Admit Provider: | Karram, Mickey M., MD | Attending Provider: | Karram, Mickey M., MD | Referring Provider: | |

#### Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 11/16/2021 1235 | Home Or Self Care | None | Karram, Mickey M., MD | GENERAL SURGERY UNIT |

### Treatment Team

| Provider | Service | Role | Specialty | From | To |
|---|---|---|---|---|---|
| Karram, Mickey M., MD | — | Admitting Provider | Female Pelvic Medicine and Reconstructive Surgery | — | — |
| Karram, Mickey M., MD | — | Attending Provider | Female Pelvic Medicine and Reconstructive Surgery | 11/15/21 1104 | 11/16/21 1235 |
| Scott, Andrea L., RN | — | Case Manager | — | 11/16/21 1001 | 11/16/21 1700 |
| Gruesser, Jane F., PT | Physical Therapy | Physical Therapist | — | 11/16/21 0805 | — |
| Augur, Edward | — | PCA | — | 11/16/21 0726 | 11/16/21 1530 |
| Carter, Jennifer M. | — | Unit Clerk | — | 11/16/21 0714 | 11/16/21 1857 |
| Clark, Sidney, RCP | — | RCP | Respiratory Therapy | 11/16/21 0706 | 11/16/21 1530 |
| Seals, India, RN | — | Registered Nurse | — | 11/16/21 0704 | 11/16/21 1334 |
| Schlotterbeck, Kelly, RCP (Inactive) | — | RCP | Respiratory Therapy | 11/15/21 2300 | 11/16/21 0730 |
| Murray, Matthew | — | PCA | — | 11/15/21 2238 | 11/16/21 0708 |
| Clemons, Robert J., RCP | — | RCP | Respiratory Therapy | 11/15/21 1922 | 11/15/21 2301 |
| Furtwengler, Samantha, RN | — | Registered Nurse | — | 11/15/21 1901 | 11/16/21 0722 |
| Eckel, Amy R., RN | — | Charge Nurse | — | 11/15/21 1901 | 11/16/21 0727 |
| Strutz, Arielle | — | PCA | — | 11/15/21 1857 | 11/16/21 0339 |
| Matacia, Emily, RN | — | Registered Nurse | — | 11/15/21 1800 | 11/16/21 0712 |

## 11/15/2021 - Admission (Discharged) in GENERAL SURGERY UNIT (continued)

### Events

**Admission at 11/15/2021 1104**

| | | |
|---|---|---|
| Unit: SURGERY | Room: PERI B | Bed: PERIOPB |
| User: Simpson, Mya M. | Patient class: Same Day Surgery | Service: Surgery |

**Transfer Out at 11/15/2021 1222**

| | | |
|---|---|---|
| Unit: SURGERY | Room: PERI B | Bed: PERIOPB |
| User: Reeves, Lara, RN | Patient class: Same Day Surgery | Service: Surgery |

**Transfer In at 11/15/2021 1222**

| | | |
|---|---|---|
| Unit: SURGERY | Room: BL SDS POOL | Bed: NONE |
| User: Reeves, Lara, RN | Patient class: Same Day Surgery | Service: Surgery |

**Transfer Out at 11/15/2021 1412**

| | | |
|---|---|---|
| Unit: SURGERY | Room: BL SDS POOL | Bed: NONE |
| User: Cornely, Pamela, RN | Patient class: Same Day Surgery | Service: Surgery |

**Transfer In at 11/15/2021 1412**

| | | |
|---|---|---|
| Unit: SURGERY | Room: BL ORS | Bed: BLEVELOR |
| User: Cornely, Pamela, RN | Patient class: Same Day Surgery | Service: Surgery |

**Surgery at 11/15/2021 1412**

| | |
|---|---|
| Unit: B LEVEL OR | Room: TCH B LEVEL OR 19 |
| Patient class: Extended Recovery | Service: Gynecology |

**Patient Update at 11/15/2021 1520**

| | | |
|---|---|---|
| Unit: SURGERY | Room: BL ORS | Bed: BLEVELOR |
| User: Hoover, Mallorie L., DO | Patient class: Extended Recovery | Service: Surgery |

**Transfer Out at 11/15/2021 1745**

| | | |
|---|---|---|
| Unit: SURGERY | Room: BL ORS | Bed: BLEVELOR |
| User: Anderson, Jasmine | Patient class: Extended Recovery | Service: Surgery |

**Transfer In at 11/15/2021 1745**

| | | |
|---|---|---|
| Unit: GENERAL SURGERY UNIT | Room: 5029 | Bed: 1 |
| User: Anderson, Jasmine | Patient class: Extended Recovery | Service: Acute |

**Discharge at 11/16/2021 1235**

| | | |
|---|---|---|
| Unit: GENERAL SURGERY UNIT | Room: 5029 | Bed: 1 |
| User: Carter, Jennifer M. | Patient class: Extended Recovery | Service: Acute |

### Medication List

**Medication List**

**This report is for documentation purposes only. The patient should not follow medication instructions within.**
**For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Prior To Admission**

Medications last reviewed by Collins, Jody, RN on 11/15/2021 1300

**Diclofenac Sodium (VOLTAREN) 1 % Gel** *[patient reported]*

Instructions: Apply 2 g topically daily as needed.
Entered by: James, Shelly J., RN    Entered on: 9/16/2021

**esomeprazole (NEXIUM) 40 mg Capsule, Delayed Release(E.C.)** *[patient reported]*

Instructions: Take 40 mg by mouth nightly at bedtime.

**Medication List (continued)**

Entered by: James, Shelly J., RN Entered on: 9/16/2021
Action: Patient not taking

**Medication Note**

Collins, Jody, RN 11/15/2021 12:59 PM
Not taking

**estradioL (ESTRACE) 1 mg tablet** *[patient reported]*

Instructions: Take 1 mg by mouth daily.
Entered by: James, Shelly J., RN Entered on: 9/16/2021

**pregabalin (LYRICA) 100 mg Capsule** *[patient reported]*

Instructions: Take 100 mg by mouth 3 times daily.
Entered by: James, Shelly J., RN Entered on: 9/16/2021

**Medication Note**

Summe, Kathy, RN 11/12/2021 11:01 AM
TAKE DOS

**multivitamin (THERAGRAN) Tablet** *[patient reported]*

Instructions: Take 1 Tablet by mouth daily.
Entered by: James, Shelly J., RN Entered on: 9/16/2021

**Lactobac no.41/Bifidobact no.7 (PROBIOTIC-10 PO)** *[patient reported]*

Instructions: Take 1 Tablet by mouth daily.
Entered by: James, Shelly J., RN Entered on: 9/16/2021

**cycloSPORINE (RESTASIS) 0.05 % Dropperette** *[patient reported]*

Instructions: Apply 1 Drop to eyes every 12 hours.
Entered by: James, Shelly J., RN Entered on: 9/16/2021

**tiZANidine (ZANAFLEX) 4 mg tablet** *[patient reported]*

Instructions: Take 4 mg by mouth 3 times daily.
Entered by: James, Shelly J., RN Entered on: 9/16/2021

**zinc sulfate (ZINC-15 PO)** *[patient reported]*

Instructions: Take 15 mg by mouth daily.
Entered by: James, Shelly J., RN Entered on: 9/17/2021

**adalimumab (Humira,CF, Pen) 40 mg/0.4 mL Pen Injector Kit** *[patient reported]*

Instructions: 40 mg by Subcutaneous route every 14 days.
Entered by: Cullen, Cheryl S., RN Entered on: 10/26/2021

**ibuprofen (MOTRIN) 600 mg tablet**

Instructions: Take 1 Tablet (600 mg total) by mouth every 6 hours as needed for Pain.
Authorized by: Levy, Deborah, MD Ordered on: 10/28/2021
Start date: 10/28/2021 Action: Patient taking differently
Quantity: 60 Tablet Refill: 1 refill by 10/28/2022

**Medication Note**

Summe, Kathy, RN 11/12/2021 10:54 AM
CHECK W SURGEON

**Medication List (continued)**

**acetaminophen (TYLENOL) 325 mg tablet**

Instructions: Take 2 Tablets (650 mg total) by mouth every 4 hours as needed for Pain.
Authorized by: Levy, Deborah, MD — Ordered on: 10/28/2021
Start date: 10/28/2021 — Action: Patient taking differently
Quantity: 60 Tablet — Refill: 1 refill by 10/28/2022

**polyethylene glycol (GLYCOLAX;MIRALAX) 17 gram/dose powder**

Instructions: Take 17 g by mouth 2 times daily as needed.
Authorized by: Levy, Deborah, MD — Ordered on: 10/28/2021
Start date: 10/28/2021 — Action: Patient not taking
Quantity: 510 g — Refill: 1 refill by 10/28/2022

**senna-docusate (SENOKOT-S) 8.6-50 mg Tablet**

Instructions: Take 2 Tablets by mouth daily as needed.
Authorized by: Levy, Deborah, MD — Ordered on: 10/28/2021
Start date: 10/28/2021 — Action: Patient not taking
Quantity: 30 Tablet — Refill: 1 refill by 10/28/2022

**Medication Note**

Collins, Jody, RN 11/15/2021 12:59 PM
Not taking

**pregabalin (LYRICA) 100 mg Capsule**

Discontinued by: Hoover, Mallorie L., DO — Discontinued on: 11/15/2021
Instructions: Take 1 Capsule (100 mg total) by mouth nightly at bedtime for 20 days.
Authorized by: Stachowicz, Anne M., MD — Ordered on: 11/5/2021
Start date: 11/5/2021 — End date: 11/15/2021
Action: Patient not taking — Quantity: 20 Capsule
Refill: No refills remaining

**CHOLECALCIFEROL, VITAMIN D3, PO** *[patient reported]*

Instructions: Take by mouth daily.
Entered by: Summe, Kathy, RN — Entered on: 11/12/2021

**Levocetirizine (Xyzal) 5 mg Tablet** *[patient reported]*

Instructions: Take 5 mg by mouth daily.
Entered by: Summe, Kathy, RN — Entered on: 11/12/2021

**pantoprazole (PROTONIX) 40 mg Tablet, Delayed Release (E.C.)** *[patient reported]*

Instructions: Take 40 mg by mouth daily.
Entered by: Collins, Jody, RN — Entered on: 11/15/2021

**Discharge Medication List**

Medications last reviewed by Collins, Jody, RN on 11/15/2021 1300

**Diclofenac Sodium (VOLTAREN) 1 % Gel** *[patient reported]*

Instructions: Apply 2 g topically daily as needed.
Entered by: James, Shelly J., RN — Entered on: 9/16/2021

**esomeprazole (NEXIUM) 40 mg Capsule, Delayed Release(E.C.)** *[patient reported]*

Instructions: Take 40 mg by mouth nightly at bedtime.
Entered by: James, Shelly J., RN — Entered on: 9/16/2021
Action: Patient not taking

**Medication Note**

**Medication List (continued)**

Collins, Jody, RN 11/15/2021 12:59 PM
Not taking

**estradioL (ESTRACE) 1 mg tablet** *[patient reported]*

Instructions: Take 1 mg by mouth daily.
Entered by: James, Shelly J., RN — Entered on: 9/16/2021

**pregabalin (LYRICA) 100 mg Capsule** *[patient reported]*

Instructions: Take 100 mg by mouth 3 times daily.
Entered by: James, Shelly J., RN — Entered on: 9/16/2021

**Medication Note**

Summe, Kathy, RN 11/12/2021 11:01 AM
TAKE DOS

**multivitamin (THERAGRAN) Tablet** *[patient reported]*

Instructions: Take 1 Tablet by mouth daily.
Entered by: James, Shelly J., RN — Entered on: 9/16/2021

**Lactobac no.41/Bifidobact no.7 (PROBIOTIC-10 PO)** *[patient reported]*

Instructions: Take 1 Tablet by mouth daily.
Entered by: James, Shelly J., RN — Entered on: 9/16/2021

**cycloSPORINE (RESTASIS) 0.05 % Dropperette** *[patient reported]*

Instructions: Apply 1 Drop to eyes every 12 hours.
Entered by: James, Shelly J., RN — Entered on: 9/16/2021

**tiZANidine (ZANAFLEX) 4 mg tablet** *[patient reported]*

Instructions: Take 4 mg by mouth 3 times daily.
Entered by: James, Shelly J., RN — Entered on: 9/16/2021

**zinc sulfate (ZINC-15 PO)** *[patient reported]*

Instructions: Take 15 mg by mouth daily.
Entered by: James, Shelly J., RN — Entered on: 9/17/2021

**adalimumab (Humira,CF, Pen) 40 mg/0.4 mL Pen Injector Kit** *[patient reported]*

Instructions: 40 mg by Subcutaneous route every 14 days.
Entered by: Cullen, Cheryl S., RN — Entered on: 10/26/2021

**ibuprofen (MOTRIN) 600 mg tablet**

Instructions: Take 1 Tablet (600 mg total) by mouth every 6 hours as needed for Pain.
Authorized by: Levy, Deborah, MD — Ordered on: 10/28/2021
Start date: 10/28/2021 — Action: Patient taking differently
Quantity: 60 Tablet — Refill: 1 refill by 10/28/2022

**Medication Note**

Summe, Kathy, RN 11/12/2021 10:54 AM
CHECK W SURGEON

**acetaminophen (TYLENOL) 325 mg tablet**

Instructions: Take 2 Tablets (650 mg total) by mouth every 4 hours as needed for Pain.
Authorized by: Levy, Deborah, MD — Ordered on: 10/28/2021

## 11/15/2021 - Admission (Discharged) in GENERAL SURGERY UNIT (continued)

### Medication List (continued)

Start date: 10/28/2021 — Action: Patient taking differently
Quantity: 60 Tablet — Refill: 1 refill by 10/28/2022

**polyethylene glycol (GLYCOLAX;MIRALAX) 17 gram/dose powder**

Instructions: Take 17 g by mouth 2 times daily as needed.
Authorized by: Levy, Deborah, MD — Ordered on: 10/28/2021
Start date: 10/28/2021 — Action: Patient not taking
Quantity: 510 g — Refill: 1 refill by 10/28/2022

**senna-docusate (SENOKOT-S) 8.6-50 mg Tablet**

Instructions: Take 2 Tablets by mouth daily as needed.
Authorized by: Levy, Deborah, MD — Ordered on: 10/28/2021
Start date: 10/28/2021 — Action: Patient not taking
Quantity: 30 Tablet — Refill: 1 refill by 10/28/2022

**Medication Note**

Collins, Jody, RN 11/15/2021 12:59 PM
Not taking

**CHOLECALCIFEROL, VITAMIN D3, PO** *[patient reported]*

Instructions: Take by mouth daily.
Entered by: Summe, Kathy, RN — Entered on: 11/12/2021

**Levocetirizine (Xyzal) 5 mg Tablet** *[patient reported]*

Instructions: Take 5 mg by mouth daily.
Entered by: Summe, Kathy, RN — Entered on: 11/12/2021

**pantoprazole (PROTONIX) 40 mg Tablet, Delayed Release (E.C.)** *[patient reported]*

Instructions: Take 40 mg by mouth daily.
Entered by: Collins, Jody, RN — Entered on: 11/15/2021

**traMADoL (ULTRAM) 50 mg tablet**

Instructions: Take 1 Tablet (50 mg total) by mouth every 6 hours as needed for Pain for up to 5 days.
Authorized by: Hoover, Mallorie L., DO — Ordered on: 11/15/2021
Start date: 11/15/2021 — End date: 11/20/2021
Quantity: 12 Tablet — Refill: No refills remaining

**Stopped in Visit**

None

### ED Provider Notes

No documentation.

### ED Notes

No documentation.

### H&P Notes

**H&P**

**Karram, Mickey M., MD at 11/15/2021 1335**

Author: Karram, Mickey M., MD — Service: Urology — Author Type: Physician
Filed: 11/28/21 1611 — Date of Service: 11/15/21 1335 — Creation Time: 11/15/21 1335

Status: Addendum Editor: Karram, Mickey M., MD (Physician)

**UROGYNECOLOGY H&P**

**Date of Visit**: 11/15/21
**Patient name**: Jamie Reece
**Patient DOB:** 9/22/1968
**Patient MRN:** 10817229

**HISTORY OF PRESENT ILLNESS**: Jamie Reece is a 53 YO With a history of POP s/p SSLS APR on 10/28/21. She has had persistent buttock pain (R) since the surgery despite conservative measures and pudendal n. Block on 11/8/21.

Review of Systems
Constitutional: Negative for chills, fever and weight loss.
Respiratory: Negative for shortness of breath.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for hematuria.
Musculoskeletal: Positive for back pain.
Skin: Negative for itching and rash.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Arthritis<br>*PSORIATIC* | |
| • Back problem | |
| • Colon polyp | |
| • Family history- stomach cancer | |
| • GERD (gastroesophageal reflux disease) | |
| • IBS (irritable bowel syndrome) | |
| • Migraine | |
| • Motion sickness<br>*vertigo* | |
| • Nausea & vomiting<br>*felt really bad after 12/2020 surgery and has never had before, last surgery 10/28/21* | |
| • Neck problem | |
| • Palpitations | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • HX HYSTERECTOMY | | 01/01/2005 |
| • HX OVARY REMOVAL | Bilateral | 2005 |
| • HX RECTOCELE REPAIR<br>*with Dr. Heredia at UK, splinting* | | 12/2020 |
| • HX TONSILLECTOMY | | |
| • HX WRIST SURGERY | | 10/2019 |
| • POST COLPORRHAPHY,RECTUM/VAGINA<br>*Posterior Repair, Vaginal Vault Suspension, Enterocele Repair, Cystoscopy; anterior repair performed by Karram, Mickey M., MD at B LEVEL OR* | N/A | 10/28/2021 |

**Family History**

| Problem | Relation | Name | Age of Onset |
|---|---|---|---|
| • Hypertension | Mother | | |
| • Arthritis | Mother | | |
| • Heart Problems<br>*stents* | Mother | | |
| • High Cholesterol | Father | | |
| • Anesthesia Complications | Neg Hx | | |

**Social History**

Socioeconomic History
- Marital status: Married
  - Spouse name: Not on file
- Number of children: Not on file
- Years of education: Not on file
- Highest education level: Not on file

Occupational History
- Not on file

Tobacco Use
- Smoking status: Never Smoker
- Smokeless tobacco: Never Used

Vaping Use
- Vaping Use: Never used

Substance and Sexual Activity
- Alcohol use: Not Currently
- Drug use: Never
- Sexual activity: Yes
  - Partners: Male

Other Topics Concern
- Not on file

Social History Narrative
- Not on file

**Social Determinants of Health**

Financial Resource Strain: Not on file
Food Insecurity: Not on file
Transportation Needs: Not on file
Physical Activity: Not on file
Stress: Not on file
Social Connections: Not on file
Intimate Partner Violence: Not on file
Housing Stability: Not on file

**Allergies**

| Allergen | Reactions |
|---|---|
| • Adhesive Tape-Silicones<br>*RED FROM CLEAR TAPE USE PAPER TAPE* | Rash |
| • Lortab [Hydrocodone-Acetaminophen]<br>*OK W TYLENOL* | Itching |
| • Percocet [Oxycodone-Acetaminophen] | Itching |

**Medications Prior to Admission**

| Medication | Sig | Dispense | Refill | Last Dose |
|---|---|---|---|---|
| • acetaminophen (TYLENOL) 325 mg tablet | Take 2 Tablets (650 mg total) by mouth every 4 hours as needed for Pain. (Patient taking differently: Take 650 mg by mouth every 6 hours as needed for Pain. ) | 60 Tablet | 1 | 11/14/2021 at Unknown time |
| • adalimumab (Humira,CF, Pen) 40 mg/0.4 mL Pen Injector Kit | 40 mg by Subcutaneous route every 14 days. | | | 10/26/2021 |
| • CHOLECALCIFEROL, VITAMIN D3, PO | Take by mouth daily. | | | 11/14/2021 at Unknown time |
| • cycloSPORINE (RESTASIS) 0.05 % Dropperette | Apply 1 Drop to eyes every 12 hours. | | | 11/14/2021 at Unknown time |

**H&P Notes (continued)**

| | | | | |
|---|---|---|---|---|
| • Diclofenac Sodium (VOLTAREN) 1 % Gel | Apply 2 g topically daily as needed. | | | Past Week at Unknown time |
| • esomeprazole (NEXIUM) 40 mg Capsule, Delayed Release(E.C.) | Take 40 mg by mouth nightly at bedtime. | | | |
| • estradioL (ESTRACE) 1 mg tablet | Take 1 mg by mouth daily. | | | 11/14/2021 at Unknown time |
| • ibuprofen (MOTRIN) 600 mg tablet | Take 1 Tablet (600 mg total) by mouth every 6 hours as needed for Pain. (Patient taking differently: Take 600 mg by mouth 3 times daily. ) | 60 Tablet | 1 | Past Week at Unknown time |
| • Lactobac no.41/Bifidobact no.7 (PROBIOTIC-10 PO) | Take 1 Tablet by mouth daily. | | | 11/14/2021 at Unknown time |
| • Levocetirizine (Xyzal) 5 mg Tablet | Take 5 mg by mouth daily. | | | 11/14/2021 at Unknown time |
| • multivitamin (THERAGRAN) Tablet | Take 1 Tablet by mouth daily. | | | 11/14/2021 at Unknown time |
| • pantoprazole (PROTONIX) 40 mg Tablet, Delayed Release (E.C.) | Take 40 mg by mouth daily. | | | 11/14/2021 at Unknown time |
| • polyethylene glycol (GLYCOLAX;MIRALAX) 17 gram/dose powder | Take 17 g by mouth 2 times daily as needed. (Patient taking differently: Take 17 g by mouth daily. ) | 510 g | 1 | 11/14/2021 at Unknown time |
| • pregabalin (LYRICA) 100 mg Capsule | Take 100 mg by mouth 3 times daily. | | | 11/15/2021 at Unknown time |
| • pregabalin (LYRICA) 100 mg Capsule | Take 1 Capsule (100 mg total) by mouth nightly at bedtime for 20 days. (Patient not taking: Reported on 11/12/2021) | 20 Capsule | 0 | Not Taking at Unknown time |
| • senna-docusate (SENOKOT-S) 8.6-50 mg Tablet | Take 2 Tablets by mouth daily as needed. | 30 Tablet | 1 | |
| • tiZANidine (ZANAFLEX) 4 mg tablet | Take 4 mg by mouth 3 times daily. | | | 11/14/2021 at Unknown time |
| • zinc sulfate (ZINC-15 PO) | Take 15 mg by mouth daily. | | | 11/14/2021 at Unknown time |

VITALS

| Vitals | 11/5/2021 | 11/8/2021 | 11/12/2021 | 11/15/2021 |
|---|---|---|---|---|
| **BP** | - | - | - | 122/73 |
| **Pt BP position** | - | - | - | Semi-Fowlers |
| **Pulse:** | - | - | - | 73 |
| **Temp** | - | - | - | 98.1 |
| **Temp src** | - | - | - | Oral |
| **Resp** | 16 | 18 | - | 18 |
| **Height** | 5' 7" | 5' 7" | 5' 7" | - |
| **Weight** | 191 lb | 191 lb | 184 lb | 185 lb 13.6 oz |
| **SpO2** | - | - | - | 100 % |

Some recent data might be hidden

EXAM:
General: alert/oriented x 3, NAD, cooperative
Chest: non-labored
Abdomen: Soft
Pelvic exam: deferred
Rectal exam: deferred
Extremities: no calf tenderness, no swelling

**IMPRESSION:**
Jamie Reece is a 53 y.o. woman with buttock pain persistent after SSLS 10/28 despite conservative management and pudendal n. blcok on 11/8.

To OR for removal of sacrospinous stitches and cystoscopy

Hoover, Mallorie, DO
*Division of Female Pelvic Medicine and Reconstructive Surgery*

Electronically signed by Karram, Mickey M., MD at 11/28/21 1611

**Discharge Summary Notes**

**Discharge Summary**

**Karram, Mickey M., MD at 11/16/2021 0836**

Author: Karram, Mickey M., MD
Filed: 11/28/21 1612
Status: Addendum

Service: Gynecology
Date of Service: 11/16/21 0836
Editor: Karram, Mickey M., MD (Physician)

Author Type: Physician
Creation Time: 11/16/21 0836

**Urogynecology Discharge Summary**

***Patient ID***
Jamie Reece

10817229

**Admit Date:** 11/15/2021

**Discharge Date**: 11/16/2021

**Admitting Physician:** Karram, Mickey M., MD

**Discharging Physician:** Deborah Levy, MD

**Admission Diagnoses:** Vaginal pain [R10.2]

**Discharge Diagnoses:** Same

**Admission Condition:** good

**Discharge Condition:** good

**Surgery Performed:** Procedure(s) with comments:
Removal of Sacrospinous Suture and Pundel nerve block with injecion of 0.5%marcaine 18ml with 2ml/8mg Dexamethsone - Removal of Sacrospinous Suture and Pundel nerve block with injecion of 0.5%marcaine 18ml with 2ml/8mg Dexamethsone

**Hospital Course:** patient was admitted and underwent surgical repair with no intraoperative complications. Her recovery period in-hospital was short and uneventful. Postoperatively she reported some RLE numbness and was evaluated by PT/OT prior to discharge. She underwent a voiding trial prior to discharge home with discharge instructions and follow-up reviewed in details.

**Significant Diagnostic Studies:** CBC, Urinalysis

**Discharge Exam:**
Heart: Regular rate and rhythm
Lungs: clear to auscultation

**Discharge Summary Notes (continued)**

Abdomen: soft and nontender and nondistended
Vagina: minimal spotting noted, no evidence of active bleeding or abnormal discharge noted
Lower Extremities: Non-tender to palpation and no edema, RLE sensory deficit over distribution of lateral femoral cutaneous nerve. No motor deficit.

**Discharge Disposition:** Home

**Patient Instructions:**
Activity: no lifting, intercourse, baths, or strenuous exercise for 6 weeks. No driving while on any analgesics
Diet: Regular Diet with avoidance of constipation provoking foods (instructions provided in plan of care sheet)
Wound Care: keep wound clean and dry and ensure rinsing the area with water after every bowel movement and urination

**Follow-up**:
Dr Mickey Karram's office in 2 weeks for routine postop with a 1 week follow-up to be scheduled if the foley catheter was replaced after discharge/on discharge
Contact information for emergencies and inquiries and follow-up provided to the patient.

Levy, Deborah, MD
11/16/21

Electronically signed by Karram, Mickey M., MD at 11/28/21 1612

**Consult Notes**

**Consults**

**Gruesser, Jane F., PT at 11/16/2021 1014**

Author: Gruesser, Jane F., PT | Service: Physical Therapy | Author Type: Physical Therapist
Filed: 11/16/21 1018 | Date of Service: 11/16/21 1014 | Creation Time: 11/16/21 1014
Status: Signed | Editor: Gruesser, Jane F., PT (Physical Therapist)

## Inpatient Physical Therapy Consult Note

**S: The weakness is in my hip, it feels like it could buckle in my hip not my knee**

**Patient requires a RW for level surfaces and a crutch for her steps to enter and steps to her bedroom. Patient has profound weakness in RLE from the nerve block and is at risk for falling**

**Recommendations**
Assessment
Assessment Complete?: Yes
Deficits: Impaired transfers;Impaired gait;Impaired bed mobility;Impaired balance;Decreased LE Strength;Impaired safety awareness during functional mobility
Rehab Potential: Good
Patient Strengths: Prior level of function
Barriers to Goal Achievement: Pain;Decreased functional activity tolerance;Limited physical assist/supervision from family;Safety;Decreased insight to deficits;Decreased strength;Emotional status
Goal Formulation: Pt/family goal (specify) (to go home)

Plan
Treatment Interventions: Functional Transfer Training;Balance;Patient/Family Training;Equipment Eval/Education;Gait Training
PT Frequency: Follow-Up Visit Only

PT Recommendations
PT Recommendations: 24 hour assistance;24 hour supervision;Anticipate no further PT (pt declines need for home PT)
PT Equipment Recommended: Rolling walker;Crutches
PT Frequency: Follow-Up Visit Only

**Assessment**
Precautions
Activity Level: (eval and treat)
Other Precautions: s/p removal sacrospinous suture and apundle nerve bloc. post-op numbness and weakness in RLE

Home Living
Type of Home: House
Home Layout: Two Level;1/2 Bath on Main Level;Bed/Bath Upstairs
# of stairs to enter: 4
Railings Present at Entrance: Right
Total # of Floors: 2 Floors
Total # of Stairs: -2 (to bedroom and full bath)
Railings Present: Left
Home Equipment: Corrective lenses

Prior Function
Level of Independence: Independent with ADLs;Independent with functional mobility without AD;Independent Homemaking
Lives With: Spouse (adult disabled son)
Receives Help From: Family (mother present, has been staying with them)
Additional Comments: pt reports havng had a surgery 2 weeks ago, and never fully getting her sensation back in her peri-area

Bed Mobility
Supine to Sit: Independent
Sit to Supine: Modified independent (will have to lift RLE with hands into bed)
Sit to Stand: With Assistive Device (specify);Supervision (RW-cued hand placement frequently)
Bed to Chair: SBA;With Assistive Device (specify) (RW)

Gait
Pattern: Step-to;Decreased stance time R;Decreased step length L;Decreased heel strike L;Decreased heel strike R;Decreased Cadence;Step-through
Gait Assistance: SBA;Supervision
Assistive Device: Rolling walker
Distance (ft): 50 Feet
Additional Comments: cued sequencing initially

Balance
Sitting-Static: Good - Maintains balance with moderate challenges from all directions
Sitting-Dynamic: Fair+ - Maintains balance through minimal excursions of active truck movement
Standing-Static: Fair - Able to stand unsupported without balance loss or UE support (requires one UE support)
Standing-Dynamic: Fair - Maintains balance through minimal excursions of active trunk movement with supervision

(requires RW)

Coordination
Coordination comments: Impaired (RLW due to gross weakness)

Activity Tolerance
Functional Activity Tolerance: Endurance does not limit participation
Endurance does limit participation: Rest breaks with gait

Vision and Hearing Screening
Current Vision: Wears glasses all the time
Hearing: WFL

Cognition
Overall Cognitive Status: Does not interfere with functional mobility or ADL
Arousal/Alertness: Alert
Behavior: Cooperative;Pleasant;Appropriate
Attention Span: Appears intact
Orientation: Person;Place;Time;Situation
Following Commands: Follows one step commands w/out difficulty
Initiation/Sequencing/Organization: Cues to initiate task (for use of RW)
Safety Judgement: Decreased insight of deficits;Decreased awareness of assistance need;Decreased recall of precautions
Problem Solving: Assistance req'd to generate solutions;Assistance req'd to identify errors;Assistance req'd to implement solutions

Light Touch
RLE: Partial deficits
LLE: No apparent deficit
Additional Comments: R leg and foot feel tingly, but light touch is present

Proprioception
RLE: Partial deficits
LLE: No apparent deficit

Perception
Inattention/Neglect: Appears intact

Strength - RLE
Overall Strength: Impaired
R Hip Flexion: 2-/5 Incomplete ROM w/ Gravity Eliminated
R Knee Flexion: 4-/5 Part moves through complete ROM Against gravity / slight to moderate resistance
R Knee Extension: 4+/5 Part moves through complete ROM Against gravity / moderate to strong resistance
R Ankle Dorsiflexion: 2-/5 Incomplete ROM w/ Gravity Eliminated
R Ankle Plantarflexion: 1/5 Contraction can be Felt, But There is No Visible Movement
R Ankle Inversion: 3+/5 Complete ROM Against Gravity/Slight Resistance

R Ankle Eversion: 2-/5 Incomplete ROM w/ Gravity Eliminated

6 CLICKS MOBILITY
Difficulty Turning from your back to your side while in bed without using bedrails?: None
Stand up from a chair using your arms (e.g., wheelchair, or bedside chair)?: None
Moving from lying on back to sitting on the side of a flat bed without using bedrails?: None
Moving to and from a bed to a chair(including a wheelchair): A little
Help to walk in hospital room: A little
Climbing 3-5 steps with a railing?: A little
Mobility raw score : 21

**Pain Information**
Pain Assessment (VERBAL) Q Caregiver Change and PRN
Patient Currently in Pain (Verbal & Non-Verbal): Yes
Pain Location: Vaginal
Pain Intensity (Verbal): Severe Pain

**Recommendations**
Assessment
Assessment Complete?: Yes
Deficits: Impaired transfers;Impaired gait;Impaired bed mobility;Impaired balance;Decreased LE Strength;Impaired safety awareness during functional mobility
Rehab Potential: Good
Patient Strengths: Prior level of function
Barriers to Goal Achievement: Pain;Decreased functional activity tolerance;Limited physical assist/supervision from family;Safety;Decreased insight to deficits;Decreased strength;Emotional status
Goal Formulation: Pt/family goal (specify) (to go home)

Plan
Treatment Interventions: Functional Transfer Training;Balance;Patient/Family Training;Equipment Eval/Education;Gait Training
PT Frequency: Follow-Up Visit Only

PT Recommendations
PT Recommendations: 24 hour assistance;24 hour supervision;Anticipate no further PT (pt declines need for home PT)
PT Equipment Recommended: Rolling walker;Crutches
PT Frequency: Follow-Up Visit Only

Goals by 11/16/21
1) mod I transfers with RW
2) ambulates mod I w/RW on level surfaces
3) stairclimbing with one crutch, and one rail, Min A
4) pt verbalizes sequencing on stairs with AD and one rail

Therapist: JANE F. GRUESSER, PT
Date: 11/16/2021

**Physical Therapy Evaluation Charge Reference**

| | | |
|---|---|---|
| **History** – refer to precautions, prior level of function, home set up and cognition sections above | | |
| No personal factors and/or comorbidities | Low | |
| 1-2 personal factors and/or comorbidities | Moderate | |
| 3 or more personal factors and/or comorbidities | High | x |
| **Examination of body systems** – refer to bed mobility, gait, wheelchair mobility, balance, coordination, vision/hearing and LE assessment (strength, light touch and proprioception) sections above | | |
| Of body system(s) using standardized tests and measures addressing **1-2 elements** from any of the following: body structures and functions, activity limitations, and/or participation restrictions | Low | x |
| Of body system(s) using standardized tests and measures addressing **3 or more elements** from any of the following: body structures and functions, activity limitations, and/or participation restrictions | Moderate | |
| Of body system(s) using standardized tests and measures addressing **4 or more elements** from any of the following: body structures and functions, activity limitations, and/or participation restrictions | High | |
| **Clinical Presentation** - refer to assessment, plan and recommendations sections above | | |
| With stable and/or uncomplicated characteristics | Low | x |
| Evolving clinical presentation with changing characteristics | Moderate | |
| Unstable and unpredictable characteristics | High | |
| **Clinical Decision making** – refer to assessment, plan and recommendations sections above | | |
| Low complexity using standardized patient assessment instrument and/or measurable assessment of functional outcome | Low | x |
| Moderate complexity using standardized patient assessment instrument and/or measurable assessment of functional outcome | Moderate | |
| High complexity using standardized patient assessment instrument and/or measurable assessment of functional outcome | High | |

Electronically signed by Gruesser, Jane F., PT at 11/16/21 1018

**Operative Notes**

**Brief Op-Note**

**Hoover, Mallorie L., DO at 11/15/2021 1509**

Author: Hoover, Mallorie L., DO | Service: Urology | Author Type: Fellow
Filed: 11/15/21 1509 | Date of Service: 11/15/21 1509 | Creation Time: 11/15/21 1509
Status: Signed | Editor: Hoover, Mallorie L., DO (Fellow)

## Brief Op Note

Date: 11/15/2021

Surgeon(s):
Levy, Deborah, MD
Hoover, Mallorie L., DO
Karram, Mickey M., MD

Staff: Primary Circulator: Cornely, Pamela, RN
Primary Scrub Person: Walters, Sharon, RN

Pre-op Diagnosis: Vaginal pain [R10.2]

Post-op Diagnosis: Vaginal pain [R10.2]

Variation from Planned Procedure: none

Findings:
Sacrospinous sutures identified and removed.

Procedure(s):
Removal of Sacrospinous Suture and Pundel nerve block with injecion of 0.5%marcaine 18ml with 2ml/8mg Dexamethsone

Estimated Blood Loss: 25 mL

Specimens: No specimens found on the log

Electronically signed by Hoover, Mallorie L., DO at 11/15/21 1509

**Op Note**

**Karram, Mickey M., MD at 11/15/2021 0635**

Author: Karram, Mickey M., MD | Service: Gynecology | Author Type: Physician
Filed: 11/18/21 0646 | Date of Service: 11/15/21 0635 | Creation Time: 11/18/21 0635
Status: Signed | Editor: Karram, Mickey M., MD (Physician)

Preoperative diagnosis-vaginal and buttocks pain 2 weeks after a sacral spinous ligament vaginal vault suspension
Postoperative diagnosis the same
Procedure-surgical removal of previously placed sacral spinous ligament suspension sutures

**Operative Notes (continued)**

Anesthesia general
Complications are none

Indications for surgery
This is a 53-year-old patient who approximately 2 weeks ago underwent a right sacral spinous ligament vaginal vault suspension for recurrence pelvic organ prolapse. Since that time she has suffered from right-sided buttocks pain and pain in the right portion of her vaginal labial area as well as significant pain in her tailbone area.. While the pain was improving after detailed discussion the patient would like to proceed with removal of the sutures with the understanding that this may result in some recurrence prolapse of her vaginal vault. Risks and benefits were discussed including the understanding that this may not improve her current condition. The patient was consented to the surgery.

Procedure
Patient was brought to the operating room placed under adequate general anesthesia and prepped and draped in normal fashion for vaginal surgery.

The upper part of the posterior vaginal wall was reopened to allow access to the 2 sacral spinous ligament suspension stitches.. There did seem to be continued support of the top of the vagina after cutting the sutures. No resuspension stitches were placed and the area of the posterior vaginal wall that was opened was closed with interrupted 3-0 Vicryl sutures. Rectal exam confirmed no injury to the rectum.

Patient tolerated the procedure well and was sent to recovery room stable condition

Electronically signed by Karram, Mickey M., MD at 11/18/21 0646

**Procedure Notes**

No documentation.

**Clinical Notes**

**Discharge Planning**

**Scott, Andrea L., RN at 11/16/2021 1208**

Author: Scott, Andrea L., RN
Filed: 11/16/21 1211
Status: Signed
Service: —
Date of Service: 11/16/21 1208
Editor: Scott, Andrea L., RN (Case Manager)
Author Type: Case Manager
Creation Time: 11/16/21 1208

The Christ Hospital
Health Network

Patient Name:Jamie Reece
Diagnosis:(Vaginal pain [R10.2])
Age:53 y.o.
Room:5029/1
Admit Date:11/15/2021
PCP:None, None
Advance Directives:Full Code

**Discharge Barrier**

Medical record review. Discharge plan of care updated with IDR
**Expected Discharge Date: 11/16/2021**

***DC PLAN:*** *Pt with an active DC order in place. PT rec's for RW and crutches.*
*Pt chose DASCO for DME. Aware she will have to pay for the crutches.*
*Orders placed and sent via Email to DASCO.*
*DME has been delivered per INDIA RN.*

***IF HOME CARE /FACILITY PLACEMENT IS ORDERED AT DISCHARGE, PHYSICIAN MUST COMPLETE ELECTRONIC CONTINUITY OF CARE (COC)***

Will continue to follow progress and update DC plan as needed.

The information presented aligns with the patient's goals of care and treatment preferences.

Andrea Scott RN BSN Case Manager
513-585-0672

Electronically signed by Scott, Andrea L., RN at 11/16/21 1211

**Interdisciplinary**

**Matacia, Emily, RN at 11/15/2021 1821**

Author: Matacia, Emily, RN | Service: — | Author Type: Registered Nurse
Filed: 11/15/21 1821 | Date of Service: 11/15/21 1821 | Creation Time: 11/15/21 1821
Status: Signed | Editor: Matacia, Emily, RN (Registered Nurse)

| | **11/15/21 1818** |
|---|---|
| **Pain Assessment (VERBAL) Q Caregiver Change and PRN** | |
| Patient Currently in Pain (Verbal & Non-Verbal) | Yes |
| Pain Location | Perineum |
| Pain Laterality/Orientation | Laterality N/A;Inner |
| Pain Quality | Aching |
| Pain Intensity (Verbal) | 6 |
| Here Is How I Can Help You With Your Pain | Pain Med (PRN-See eMAR) |
| Patient's Pain Relief Goal (Admission & PRN) | 0 |

PRN Morphine given for pain.

Will continue to continue to monitor.

Electronically signed by Matacia, Emily, RN at 11/15/21 1821

**Furtwengler, Samantha, RN at 11/15/2021 2029**

Author: Furtwengler, Samantha, RN | Service: Surgery | Author Type: Registered Nurse
Filed: 11/15/21 2052 | Date of Service: 11/15/21 2029 | Creation Time: 11/15/21 2052
Status: Signed | Editor: Furtwengler, Samantha, RN (Registered Nurse)

| | 11/15/21 2029 |
|---|---|
| **Pain Assessment (VERBAL) Q Caregiver Change and PRN** | |
| Patient Currently in Pain (Verbal & Non-Verbal) | Yes |
| Pain Location | Vaginal;Perineum |
| Pain Quality | Constant |
| Pain Intensity (Verbal) | 5 |
| Here Is How I Can Help You With Your Pain | Pain Med (PRN-See eMAR) |

Medicated with PRN PO tramadol 50mg

Electronically signed by Furtwengler, Samantha, RN at 11/15/21 2052

**Furtwengler, Samantha, RN at 11/16/2021 0044**

Author: Furtwengler, Samantha, RN | Service: Surgery | Author Type: Registered Nurse
Filed: 11/16/21 0044 | Date of Service: 11/16/21 0044 | Creation Time: 11/16/21 0044
Status: Signed | Editor: Furtwengler, Samantha, RN (Registered Nurse)

| | 11/16/21 0042 |
|---|---|
| **Pain Assessment (VERBAL) Q Caregiver Change and PRN** | |
| Patient Currently in Pain (Verbal & Non-Verbal) | Yes |
| Pain Location | Vaginal |
| Pain Intensity (Verbal) | 7 |
| Here Is How I Can Help You With Your Pain | Pain Med (PRN-See eMAR) |

Medicated with PRN IV morphine 2mg

Electronically signed by Furtwengler, Samantha, RN at 11/16/21 0044

**Furtwengler, Samantha, RN at 11/16/2021 0428**

Author: Furtwengler, Samantha, RN | Service: Surgery | Author Type: Registered Nurse

Filed: 11/16/21 0428 | Date of Service: 11/16/21 0428 | Creation Time: 11/16/21 0428
Status: Signed | Editor: Furtwengler, Samantha, RN (Registered Nurse)

| | 11/16/21 0423 |
|---|---|
| **Pain Assessment (VERBAL) Q Caregiver Change and PRN** | |
| Patient Currently in Pain (Verbal & Non-Verbal) | Yes |
| Pain Location | Vaginal |
| Pain Intensity (Verbal) | 7 |
| Here Is How I Can Help You With Your Pain | Pain Med (PRN-See eMAR) |

Medicated with PRN IV morphine 2mg

Electronically signed by Furtwengler, Samantha, RN at 11/16/21 0428

**Seals, India, RN at 11/16/2021 1211**

Author: Seals, India, RN | Service: — | Author Type: Registered Nurse
Filed: 11/16/21 1212 | Date of Service: 11/16/21 1211 | Creation Time: 11/16/21 1211
Status: Signed | Editor: Seals, India, RN (Registered Nurse)

Discharge instructions reviewed with pt. Pt verbalized understanding of instructions. IV removed. Crutch and walker received. Mother to transport.

Electronically signed by Seals, India, RN at 11/16/21 1212

**Plan of Care**

**Gruesser, Jane F., PT at 11/16/2021 1018**

Author: Gruesser, Jane F., PT | Service: Physical Therapy | Author Type: Physical Therapist
Filed: 11/16/21 1020 | Date of Service: 11/16/21 1018 | Creation Time: 11/16/21 1018
Status: Addendum | Editor: Gruesser, Jane F., PT (Physical Therapist)

PT eval complete. Will address all goals prior to DC this date. DME needed : RW, crutches.

Electronically signed by Gruesser, Jane F., PT at 11/16/21 1020

**Seals, India, RN at 11/16/2021 1037**

Author: Seals, India, RN | Service: — | Author Type: Registered Nurse
Filed: 11/16/21 1037 | Date of Service: 11/16/21 1037 | Creation Time: 11/16/21 1037
Status: Signed | Editor: Seals, India, RN (Registered Nurse)

**Problem: Pain Acute**
**Goal: Acceptable Pain Control and Functional Ability**

Outcome: Ongoing (interventions implemented as appropriate)

### Intervention: Develop Pain Management Plan

Flowsheets (Taken 11/16/2021 1036)

Pain Management Interventions: diversional activity provided

### Intervention: Prevent or Manage Pain

Flowsheets (Taken 11/16/2021 1036)

Bowel Elimination Promotion: ambulation promoted

Electronically signed by Seals, India, RN at 11/16/21 1037

**Progress Notes**

**Ottum, Sarah, MD at 11/16/2021 0605**

Author: Ottum, Sarah, MD | Service: Gynecology | Author Type: Resident
Filed: 11/16/21 0620 | Date of Service: 11/16/21 0605 | Creation Time: 11/16/21 0605
Status: Attested Addendum | Editor: Ottum, Sarah, MD (Resident)
Cosigner: Levy, Deborah, MD at 11/16/21 1031

**Attestation signed by Levy, Deborah, MD at 11/16/21 1031 (Updated)**

I have examined and evaluated the pt with Dr. Karram Agree with A/P as detailed below. Pt is POD#1 s/p take down of sacrospinous colpopexy stitch and injection of decadron/marcaine mixture. Pain much improved, however, pt with subjective RLE sensory deficit. Endorses weakness in right hip with attempted ambulation. Ambulating with walker at bedside. PT/OT evaluation ordered prior to discharge. Encouraged close outpatient follow up with pain specialist. Anticipate discharge home later today.

Deborah Levy, MD
FPMRS PGY-5
Urogyn pager: 513-230-3284

**Gynecology Progress Note**

**S:**
Jamie Reece is a 53 y.o. G5P3 POD #1 s/p Removal of Sacrospinous Suture and Pundel nerve block. Complained of some itching over night, got benadryl with some relief. UOP adequate, voiding spontaneously. Pain controlled. Tolerating water, has not had an appetite to eat yet. Ambulating with some leg numbness still.

**O:**
**Vitals:**

| | 11/15/21 1730 | 11/15/21 1746 | 11/15/21 1938 | 11/15/21 2350 |
|---|---|---|---|---|
| BP: | 100/61 | 117/61 | 106/57 | **(!) 101/49** |
| Pulse: | 85 | 81 | 70 | 66 |
| Resp: | 12 | 16 | 16 | 14 |
| Temp: | **(!) 97.3 °F (36.3 °C)** | 98.6 °F (37 °C) | 97.9 °F (36.6 °C) | 97.8 °F (36.6 °C) |
| TempSrc: | | Oral | Oral | Oral |
| SpO2: | 98% | 98% | 95% | 94% |
| Weight: | | | | |
| Height: | | | | |

Intake/Output Summary (Last 24 hours) at 11/16/2021 0606
Last data filed at 11/16/2021 0404
Gross per 24 hour

| | |
|---|---|
| Intake | 1479.35 ml |
| Output | 1065 ml |
| **Net** | **414.35 ml** |

UOP: 1.1L /24 hours

Gen: NAD
CV: well perfused
Resp: nonlabored
Abd: soft, non distended, appropriately tender without rebound or guarding.
Ext: warm, well-perfused,

Labs
No results found for: WBC, HGB, HCT, MCV, PLT

**A/P:** Jamie Reece is a 53 y.o. G5P3 POD#1 s/p Removal of Sacrospinous Suture and Pundel nerve block.

**POD#1**
- Vitals wnl
- Exam unremarkable
- Meeting some postop milestones
  - awaiting appetite and tolerating a meal as well as leg numbness to resolve for walking
- Neuro: doing well, pain is well controlled
- FEN: tolerating diet
- GU: voiding spontaneously, UOP adequate
- Ppx: SCDs in place
- Bowel regimen PRN

**Psoriatic arthritis**
- Humira subcutaneous q14d

**Shoulder pain**
- lyrica 100 mg TID, tizanidine 4 mg TID

**Dispo**
- will possibly be medically stable for discharge this afternoon if she tolerates food and is able to walk without issue.

Final plan per attending.

Dr Sarah Ottum, PGY1
OBGYN

Electronically signed by Ottum, Sarah, MD at 11/16/21 0620
Electronically signed by Levy, Deborah, MD at 11/16/21 1031

**Gruesser, Jane F., PT at 11/16/2021 1032**

| | | |
|---|---|---|
| Author: Gruesser, Jane F., PT | Service: Physical Therapy | Author Type: Physical Therapist |
| Filed: 11/16/21 1037 | Date of Service: 11/16/21 1032 | Creation Time: 11/16/21 1032 |
| Status: Signed | Editor: Gruesser, Jane F., PT (Physical Therapist) | |

## Inpatient Physical Therapy Progress Note

Precautions
Activity Level: (eval and treat)
Weight Bearing Status: (no orders)
Other Precautions: s/p removal sacrospinous suture and apundle nerve bloc. post-op numbness and weakness in

RLE

Bed Mobility
Supine to Sit: Independent
Sit to Supine: Modified independent (will have to lift RLE with hands into bed)
Sit to Stand: Modified independent;With Assistive Device (specify) (RW, by end of session)
Bed to Chair: Modified independent;With Assistive Device (specify) (by end of session w/RW)

Gait
Pattern: Step-to;Step-through;Decreased stance time R;Decreased step length L;Decreased heel strike L;Decreased heel strike R;Decreased Cadence
Gait Assistance: Mod Indep (level surfaces)
Assistive Device: Rolling walker
Distance (ft): 10 Feet (20,5,10)
Additional Comments: cued sequencing initially
Stair management technique: One rail R;One rail L;Step-to pattern;Forward;With crutches (one crutch)
Stair assistance needed: CGA
# of Stairs: 5 (5-6inch steps, LHR and 6-4inch steps,R HR)

Coordination
Coordination comments: Impaired (diffuse RLE weakness)

Interventions/Exercises
Pt/family education: educated on donning gait belt. I issued pt a gait belt to be worn on steps. Also educated pt on how she could perform the 3 curb step to enter using her wheelchair on top of step and she just walks up to it with RW and turns and sits. she nodded comprehension and said she has a wheelchair. Also educated pt in ascending and descending 4inch and 6 inch steps with one handrail and one crutch. patient was able to demonstrate competence, without any RLE buckling or LOB , and cues for sequencing . handout issued
Functional Activity Tolerance: Endurance does not limit participation
Endurance does limit participation: Rest breaks with gait

6 CLICKS MOBILITY
Difficulty Turning from your back to your side while in bed without using bedrails?: None
Stand up from a chair using your arms (e.g., wheelchair, or bedside chair)?: None
Moving from lying on back to sitting on the side of a flat bed without using bedrails?: None
Moving to and from a bed to a chair(including a wheelchair): A little
Help to walk in hospital room: A little
Climbing 3-5 steps with a railing?: A little
Mobility raw score : 21

**Pain Information**
Pain Assessment (VERBAL) Q Caregiver Change and PRN

**Clinical Notes (continued)**

Patient Currently in Pain (Verbal & Non-Verbal): Yes
Pain Location: Vaginal
Pain Intensity (Verbal): Severe Pain
Here Is How I Can Help You With Your Pain: Ambulation/Increased activity

**Recommendations**
PT Recommendations
PT Recommendations: 24 hour assistance;24 hour supervision
PT Equipment Recommended: Rolling walker;Crutches
PT Frequency: (DC acute PT)

A; patient declined need for Home PT , and based on her performance I believe that will be ok.
Patient will need both a RW and a crutch, as she needs the support of a crutch on the stairs , as she only has one rail , and her RLE is very weak. No overt LE buckling noted, but strength grades very low in foot ankle and hip.

Goals by 11/16/21
1) mod I transfers with RW-met
2) ambulates mod I w/RW on level surfaces-met
3) stairclimbing with one crutch, and one rail, Min A-met, CGA
4) pt verbalizes sequencing on stairs with AD and one rail- not met without cues, handout issued

P: DC acute PT

Charge for 30' session: one gait, one TA
Therapist: JANE F. GRUESSER, PT
Date: 11/16/2021

Electronically signed by Gruesser, Jane F., PT at 11/16/21 1037

**Labs**

No documentation.

**Imaging**

No documentation.

**Procedures**

**PT EVAL AND TREAT [253385517] (Discontinued)**

Electronically signed by: **Levy, Deborah, MD on 11/16/21 0642** Status: **Discontinued**
Ordering user: Levy, Deborah, MD 11/16/21 0642
Ordering provider: Levy, Deborah, MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: STAT Until D/C 11/16/21 0645 - Until Specified
Class: Hospital Performed
Quantity: 1
Instance released by: Levy, Deborah, MD (auto-released) 11/16/2021 6:42 AM
Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]

**Questionnaire**

| Question | Answer |
|---|---|
| Reason for PT? | See comments |

**Procedures (continued)**

Order comments: Discharge dependent. Numbness in right leg postop

**Case 723793 (Removal of Sacrospinous Suture and Pundel nerve block with injecion of 0.5%marcaine 18ml with 2ml/8mg Dexamethsone)**

## Surgery Information

### General Information

Date: 11/15/2021
Location: B LEVEL OR
Patient class: Extended Recovery

Time: 1335
Room: OR 19
Case classification: Elective

Status: Posted
Service: Gynecology

### Diagnosis Information

**Diagnosis**
**Vaginal pain**

### Panel Information

**Panel 1**

| Surgeon | Role | Service | Start Time | End Time |
|---|---|---|---|---|
| **Karram, Mickey M., MD** | Primary | Gynecology | 1432 | 1503 |
| **Hoover, Mallorie L., DO** | Fellow | | 1425 | 1515 |
| **Levy, Deborah, MD** | Fellow | | 1425 | 1518 |

**Procedure: Removal of Sacrospinous Suture and Pundel nerve block with injecion of 0.5%marcaine 18ml with 2ml/8mg Dexamethsone [52000 (CPT®)]**

| Laterality | Wound Class | Incision Closure | Anesthesia | Op Region | Length |
|---|---|---|---|---|---|
| | Clean Contaminated | | General | | 34 |

Removal of Sacrospinous Suture and Pundel nerve block with injecion of 0.5%marcaine 18ml with 2ml/8mg Dexamethsone

**Removal of Sacrospinous Suture and Pundel nerve block with injecion of 0.5%marcaine 18ml with 2ml/8mg Dexamethsone - Position 1**

| | | | | | |
|---|---|---|---|---|---|
| Body: | **Lithotomy** | Left Arm: | **Extended** Gel Pad Armboard, Strap Safety, Gel Pad Square | Right Arm: | **Extended** Gel Pad Armboard, Strap Safety, Gel Pad Square |
| Head: | **Aligned** Pillow | Left Leg: | **Lithotomy** Stirrups Yellow Fin | Right Leg: | **Lithotomy** Stirrups Yellow Fin |

### Surgeons

| Name | Panel | Role | Time Period |
|---|---|---|---|
| **Karram, Mickey M., MD** | Panel 1 | Primary | 11/15/2021 1432 - 11/15/2021 1503 |
| **Hoover, Mallorie L., DO** | Panel 1 | Fellow | 11/15/2021 1425 - 11/15/2021 1515 |
| **Levy, Deborah, MD** | Panel 1 | Fellow | 11/15/2021 1425 - 11/15/2021 1518 |

### Staff

| Name | Type | Time Period |
|---|---|---|
| **Cornely, Pamela, RN** | Primary Circulator | 11/15/2021 1412 - 11/15/2021 1518 |
| **Walters, Sharon, RN** | Primary Scrub Person | 11/15/2021 1412 - 11/15/2021 1518 |

### Anesthesia Staff

| Name | Type | Time Period |
|---|---|---|
| **Acheson, Michael J., CRNA** | CRNA | |
| **Kelly, Brian J., MD** | Anesthesiologist | |

### Case Completion - Additional Information

**Pre-op diagnosis**

**Case 723793 (Removal of Sacrospinous Suture and Pundel nerve block with injecion of 0.5%marcaine 18ml with 2ml/8mg Dexamethsone) (continued)**

Vaginal pain [R10.2]

**Post-op diagnosis**

Vaginal pain [R10.2]

**Log Completed By**

| | | |
|---|---|---|
| **Zentz, Hannah, RN** | 11/15/2021 | 1734 |

**Verification Information**

| Staff Member | Date | Time |
|---|---|---|
| **Cornely, Pamela, RN** | 11/15/2021 | 15:23 |

**Timeouts**

**Cornely, Pamela, RN at Mon Nov 15, 2021 1410 EST**

**Timeout Details**

Timeout type: Prior To Pt Entering Room

**Procedures**

Panel 1: Removal of Sacrospinous Suture, Cystoscopy with Karram, Mickey M., MD
*Removal of Sacrospinous Suture and Pundel nerve block with injecion of 0.5%marcaine 18ml with 2ml/8mg Dexamethsone*

**Timeout Questions**

Correct patient? Yes
Correct site? Yes
Correct equipment? Yes
Correct procedure? Yes
Site marked? N/A
H&P note completed? Yes
Allergies reviewed? Yes
Are there adequate fluids available to replenish high blood loss? N/A

**Staff Present**

Staff
Cornely, Pamela, RN

**Verification History**

| Staff | Performed | Verified |
|---|---|---|
| Cornely, Pamela, RN | Mon Nov 15, 2021 1410 EST | Mon Nov 15, 2021 1446 EST |

**Cornely, Pamela, RN at Mon Nov 15, 2021 1414 EST**

**Timeout Details**

Timeout type: Prior To Administration Of Sedation Or Start Of Procedure

**Procedures**

Panel 1: Removal of Sacrospinous Suture, Cystoscopy with Karram, Mickey M., MD
*Removal of Sacrospinous Suture and Pundel nerve block with injecion of 0.5%marcaine 18ml with 2ml/8mg Dexamethsone*

**Timeout Questions**

Correct side? N/A
Correct equipment? Yes
Site marked? N/A
Consents verified? Yes

**Staff Present**

| Anesthesia Staff | Staff |
|---|---|
| Acheson, Michael J., CRNA | Cornely, Pamela, RN |
| Kelly, Brian J., MD | Walters, Sharon, RN |

**Verification History**

| Staff | Performed | Verified |
|---|---|---|
| Cornely, Pamela, RN | Mon Nov 15, 2021 1414 EST | Mon Nov 15, 2021 1447 EST |

**Cornely, Pamela, RN at Mon Nov 15, 2021 1435 EST**

**Timeout Details**

Timeout type: Fire Risk Assessment

**Procedures**

Panel 1: Removal of Sacrospinous Suture, Cystoscopy with Karram, Mickey M., MD
*Removal of Sacrospinous Suture and Pundel nerve block with injecion of 0.5%marcaine 18ml with 2ml/8mg Dexamethsone*

**Staff Present**

| Surgeons | Anesthesia Staff |
|---|---|
| Karram, Mickey M., MD | Kelly, Brian J., MD |
| Levy, Deborah, MD | |
| Hoover, Mallorie L., DO | |
| Staff | |
| Cornely, Pamela, RN | |
| Walters, Sharon, RN | |

**Verification History**

| Staff | Performed | Verified |
|---|---|---|
| Cornely, Pamela, RN | Mon Nov 15, 2021 1435 EST | Mon Nov 15, 2021 1448 EST |

**Cornely, Pamela, RN at Mon Nov 15, 2021 1435 EST**

**Timeout Details**

Timeout type: Prior To Incision

**Procedures**

Panel 1: Removal of Sacrospinous Suture, Cystoscopy with Karram, Mickey M., MD
*Removal of Sacrospinous Suture and Pundel nerve block with injecion of 0.5%marcaine 18ml with 2ml/8mg Dexamethsone*

**Timeout Questions**

Correct patient? Yes
Correct side? N/A
Correct equipment? Yes
Correct procedure? Yes
Implants present? N/A
Antibiotics ordered and given? Yes
Radiology studies available? N/A
Safety precautions reviewed? Yes
Allergies reviewed? Yes
Are there adequate fluids available to replenish high blood loss? **No**

Has the nursing team reviewed the sterility? Yes

**Staff Present**

| Surgeons | Anesthesia Staff |
|---|---|
| Karram, Mickey M., MD | Acheson, Michael J., CRNA |
| Levy, Deborah, MD | |
| Hoover, Mallorie L., DO | |
| Staff | |
| Cornely, Pamela, RN | |
| Walters, Sharon, RN | |

**Verification History**

| Staff | Performed | Verified |
|---|---|---|
| Cornely, Pamela, RN | Mon Nov 15, 2021 1435 EST | Mon Nov 15, 2021 1449 EST |

**Cornely, Pamela, RN at Mon Nov 15, 2021 1503 EST**

**Timeout Details**

Timeout type: Post-Procedure Debriefing

**Procedures**

Panel 1: Removal of Sacrospinous Suture and Pundel nerve block with injecion of 0.5%marcaine 18ml with 2ml/8mg Dexamethsone with Karram, Mickey M., MD

*Removal of Sacrospinous Suture and Pundel nerve block with injecion of 0.5%marcaine 18ml with 2ml/8mg Dexamethsone*

**Timeout Questions**

Has the nursing staff reviewed the equipment for potential problems? N/A
Are counts correct? Yes
Have specimens been labeled? Yes

**Staff Present**

| Surgeons | Anesthesia Staff |
|---|---|
| Karram, Mickey M., MD | Kelly, Brian J., MD |
| Levy, Deborah, MD | |
| Hoover, Mallorie L., DO | |
| Staff | |
| Cornely, Pamela, RN | |
| Walters, Sharon, RN | |

**Verification History**

| Staff | Performed | Verified |
|---|---|---|
| Cornely, Pamela, RN | Mon Nov 15, 2021 1503 EST | Mon Nov 15, 2021 1510 EST |

**Clinical Documentation**

**Case Tracking Events**

| Event | Time In |
|---|---|
| **Patient In - Facility (Arrived)** | 1104 |
| **Patient in - SDS/Prep** | 1222 |
| **Surgeon Consult Complete** | 1350 |

## 11/15/2021 - Admission (Discharged) in GENERAL SURGERY UNIT (continued)

**Case 723793 (Removal of Sacrospinous Suture and Pundel nerve block with injecion of 0.5%marcaine 18ml with 2ml/8mg Dexamethsone) (continued)**

| | |
|---|---|
| **Patient In Room** | 1412 |
| **Anesthesia Start** | 1414 |
| **Procedure Start** | 1437 |
| **Closing Start** | 1504 |
| **Procedure End** | 1508 |
| **Ready for PACU** | 1512 |
| **Patient Out Room** | 1518 |
| **Anesthesia Stop** | 1522 |
| **Patient In - PACU** | 1519 |
| **Care Complete - PACU** | 1628 |
| **Patient Out - PACU** | 1734 |
| **Patient Out- Perioperative Area** | 1734 |

### Event Tracking

**Panel 1**

**Procedure : Removal of Sacrospinous Suture and Pundel nerve block with injecion of 0.5%marcaine 18ml with 2ml/8mg Dexamethsone**

| Event | Time In | Time Out | Time Elapsed |
|---|---|---|---|
| **Procedure Start** | | | |
| **Procedure End** | | | |

### Patient Preparation

**Patient Preparation**

| Area | Laterality | Scrub | Paint | Hair Removal |
|---|---|---|---|---|
| **Perineum, Vagina** | N/A | Chlorohexidine | None | N/A |

**Skin Condition**

| Skin Site | Condition | Comments |
|---|---|---|
| Grounding | **Intact** | |
| Operative | **Intact** | |

### Post-op Skin Information

| Skin Site | Condition |
|---|---|
| Grounding | **Intact** |
| Operative | **Intact** |

### Panel 1 Combined Pick List

| Medications | Amount | Open | PRN | Total |
|---|---|---|---|---|
| **lidocaine 1%-epinephrine 1:100,000 injection** | 30 mL | 1 | 0 | 1 |
| **sodium chloride irrigation 0.9%** | 1,000 mL | 1 | 0 | 1 |
| **sterile water for irrigation** | 2,000 mL | 1 | 0 | 1 |

### Panel 1 Combined Pick List

| Item Name | Tmp? | Type | Used | Wstd | Chrg? | Inv Location | Latex? |
|---|---|---|---|---|---|---|---|
| **BAG DRNG ANTI RFLX 2000ML** | | Supply | 1 | 0 | No | B LEVEL OR | |
| **CATH FOL LTX 18FR 5CC** | | Supply | 1 | 0 | No | B LEVEL OR | |
| **CATH FOL SECUREMENT** | | Supply | 1 | 0 | No | B LEVEL OR | |
| **CIRCUIT F2 72IN FLTR LF BAG S** | | Supply | 1 | 0 | No | B LEVEL OR | |
| **FLOTRN GRMNT DVT CALF MED** | | Supply | 1 | 0 | No | B LEVEL OR | |
| **PK CUST MAJ VAG** | | Supply | 1 | 0 | No | B LEVEL OR | |
| **SPNG LAP STRL X-RAY 18X18** | | Supply | 0 | 0 | No | B LEVEL OR | |
| **ST IRRIG CYSTOSCOPY LF 77IN** | | Supply | 1 | 0 | No | B LEVEL OR | |

| | | | | | |
|---|---|---|---|---|---|
| **SUCTION SCINTILANT** | Supply | 1 | 0 | Yes | B LEVEL OR |
| **SUT VICRYL 2-0 SH 27IN UDY** | Supply | 1 | 0 | No | B LEVEL OR |
| **SUT VICRYL 3-0 SH 27IN UDY** | Supply | 1 | 0 | No | B LEVEL OR |
| **SUT VICRYL 4-0 FS2 27IN 36BX** | Supply | 1 | 0 | No | B LEVEL OR |
| **SYR BULB IRRIG 50ML** | Supply | 1 | 0 | No | B LEVEL OR |

**Notes**

**Brief Op-Note**

**Hoover, Mallorie L., DO at 11/15/2021 1509**

Author: Hoover, Mallorie L., DO | Service: Urology | Author Type: Fellow
Filed: 11/15/21 1509 | Date of Service: 11/15/21 1509 | Creation Time: 11/15/21 1509
Status: Signed | Editor: Hoover, Mallorie L., DO (Fellow)

## Brief Op Note

Date: 11/15/2021

Surgeon(s):
Levy, Deborah, MD
Hoover, Mallorie L., DO
Karram, Mickey M., MD

Staff: Primary Circulator: Cornely, Pamela, RN
Primary Scrub Person: Walters, Sharon, RN

Pre-op Diagnosis: Vaginal pain [R10.2]

Post-op Diagnosis: Vaginal pain [R10.2]

Variation from Planned Procedure: none

Findings:
Sacrospinous sutures identified and removed.

Procedure(s):
Removal of Sacrospinous Suture and Pundel nerve block with injecion of 0.5%marcaine 18ml with 2ml/8mg Dexamethsone

Estimated Blood Loss: 25 mL

Specimens: No specimens found on the log

Electronically signed by Hoover, Mallorie L., DO at 11/15/21 1509

**H&P**

**Karram, Mickey M., MD at 11/15/2021 1335**

Author: Karram, Mickey M., MD
Service: Urology
Author Type: Physician
Filed: 11/28/21 1611
Date of Service: 11/15/21 1335
Creation Time: 11/15/21 1335
Status: Addendum
Editor: Karram, Mickey M., MD (Physician)

**UROGYNECOLOGY H&P**

**Date of Visit**: 11/15/21
**Patient name**: Jamie Reece
**Patient DOB:**
**Patient MRN:** 10817229

**HISTORY OF PRESENT ILLNESS**: Jamie Reece is a 53 YO With a history of POP s/p SSLS APR on 10/28/21. She has had persistent buttock pain (R) since the surgery despite conservative measures and pudendal n. Block on 11/8/21.

Review of Systems
Constitutional: Negative for chills, fever and weight loss.
Respiratory: Negative for shortness of breath.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for hematuria.
Musculoskeletal: Positive for back pain.
Skin: Negative for itching and rash.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Arthritis<br>*PSORIATIC* | |
| • Back problem | |
| • Colon polyp | |
| • Family history- stomach cancer | |
| • GERD (gastroesophageal reflux disease) | |
| • IBS (irritable bowel syndrome) | |
| • Migraine | |
| • Motion sickness<br>*vertigo* | |
| • Nausea & vomiting<br>*felt really bad after 12/2020 surgery and has never had before, last surgery 10/28/21* | |
| • Neck problem | |
| • Palpitations | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • HX HYSTERECTOMY | | 01/01/2005 |
| • HX OVARY REMOVAL | Bilateral | 2005 |
| • HX RECTOCELE REPAIR<br>*with Dr. Heredia at UK, splinting* | | 12/2020 |
| • HX TONSILLECTOMY | | |
| • HX WRIST SURGERY | | 10/2019 |
| • POST COLPORRHAPHY,RECTUM/VAGINA<br>*Posterior Repair, Vaginal Vault Suspension, Enterocele Repair, Cystoscopy; anterior repair performed by Karram, Mickey M., MD at B LEVEL OR* | N/A | 10/28/2021 |

**Family History**

| Problem | Relation | Name | Age of Onset |
|---|---|---|---|

| | |
|---|---|
| • Hypertension | Mother |
| • Arthritis | Mother |
| • Heart Problems *stents* | Mother |
| • High Cholesterol | Father |
| • Anesthesia Complications | Neg Hx |

**Social History**

Socioeconomic History
- Marital status: Married
  - Spouse name: Not on file
- Number of children: Not on file
- Years of education: Not on file
- Highest education level: Not on file

Occupational History
- Not on file

Tobacco Use
- Smoking status: Never Smoker
- Smokeless tobacco: Never Used

Vaping Use
- Vaping Use: Never used

Substance and Sexual Activity
- Alcohol use: Not Currently
- Drug use: Never
- Sexual activity: Yes
  - Partners: Male

Other Topics Concern
- Not on file

Social History Narrative
- Not on file

**Social Determinants of Health**

Financial Resource Strain: Not on file
Food Insecurity: Not on file
Transportation Needs: Not on file
Physical Activity: Not on file
Stress: Not on file
Social Connections: Not on file
Intimate Partner Violence: Not on file
Housing Stability: Not on file

**Allergies**

| Allergen | Reactions |
|---|---|
| • Adhesive Tape-Silicones *RED FROM CLEAR TAPE USE PAPER TAPE* | Rash |
| • Lortab [Hydrocodone-Acetaminophen] *OK W TYLENOL* | Itching |
| • Percocet [Oxycodone-Acetaminophen] | Itching |

**Medications Prior to Admission**

| Medication | Sig | Dispense | Refill | Last Dose |
|---|---|---|---|---|
| • acetaminophen (TYLENOL) 325 mg tablet | Take 2 Tablets (650 mg total) by mouth every 4 hours as needed for Pain. (Patient taking differently: Take 650 mg by mouth every 6 hours as needed | 60 Tablet | 1 | 11/14/2021 at Unknown time |

| | | | | |
|---|---|---|---|---|
| | for Pain. ) | | | |
| • adalimumab (Humira,CF, Pen) 40 mg/0.4 mL Pen Injector Kit | 40 mg by Subcutaneous route every 14 days. | | | 10/26/2021 |
| • CHOLECALCIFEROL, VITAMIN D3, PO | Take by mouth daily. | | | 11/14/2021 at Unknown time |
| • cycloSPORINE (RESTASIS) 0.05 % Dropperette | Apply 1 Drop to eyes every 12 hours. | | | 11/14/2021 at Unknown time |
| • Diclofenac Sodium (VOLTAREN) 1 % Gel | Apply 2 g topically daily as needed. | | | Past Week at Unknown time |
| • esomeprazole (NEXIUM) 40 mg Capsule, Delayed Release(E.C.) | Take 40 mg by mouth nightly at bedtime. | | | |
| • estradioL (ESTRACE) 1 mg tablet | Take 1 mg by mouth daily. | | | 11/14/2021 at Unknown time |
| • ibuprofen (MOTRIN) 600 mg tablet | Take 1 Tablet (600 mg total) by mouth every 6 hours as needed for Pain. (Patient taking differently: Take 600 mg by mouth 3 times daily. ) | 60 Tablet | 1 | Past Week at Unknown time |
| • Lactobac no.41/Bifidobact no.7 (PROBIOTIC-10 PO) | Take 1 Tablet by mouth daily. | | | 11/14/2021 at Unknown time |
| • Levocetirizine (Xyzal) 5 mg Tablet | Take 5 mg by mouth daily. | | | 11/14/2021 at Unknown time |
| • multivitamin (THERAGRAN) Tablet | Take 1 Tablet by mouth daily. | | | 11/14/2021 at Unknown time |
| • pantoprazole (PROTONIX) 40 mg Tablet, Delayed Release (E.C.) | Take 40 mg by mouth daily. | | | 11/14/2021 at Unknown time |
| • polyethylene glycol (GLYCOLAX;MIRALAX) 17 gram/dose powder | Take 17 g by mouth 2 times daily as needed. (Patient taking differently: Take 17 g by mouth daily. ) | 510 g | 1 | 11/14/2021 at Unknown time |
| • pregabalin (LYRICA) 100 mg Capsule | Take 100 mg by mouth 3 times daily. | | | 11/15/2021 at Unknown time |
| • pregabalin (LYRICA) 100 mg Capsule | Take 1 Capsule (100 mg total) by mouth nightly at bedtime for 20 days. (Patient not taking: Reported on 11/12/2021) | 20 Capsule | 0 | Not Taking at Unknown time |
| • senna-docusate (SENOKOT-S) 8.6-50 mg Tablet | Take 2 Tablets by mouth daily as needed. | 30 Tablet | 1 | |
| • tiZANidine (ZANAFLEX) 4 mg tablet | Take 4 mg by mouth 3 times daily. | | | 11/14/2021 at Unknown time |
| • zinc sulfate (ZINC-15 PO) | Take 15 mg by mouth daily. | | | 11/14/2021 at Unknown time |

VITALS

| Vitals | 11/5/2021 | 11/8/2021 | 11/12/2021 | 11/15/2021 |
|---|---|---|---|---|
| **BP** | - | - | - | 122/73 |
| **Pt BP position** | - | - | - | Semi-Fowlers |
| **Pulse:** | - | - | - | 73 |
| **Temp** | - | - | - | 98.1 |
| **Temp src** | - | - | - | Oral |
| **Resp** | 16 | 18 | - | 18 |
| **Height** | 5' 7" | 5' 7" | 5' 7" | - |
| **Weight** | 191 lb | 191 lb | 184 lb | 185 lb 13.6 oz |
| **SpO2** | - | - | - | 100 % |

Some recent data might be hidden

EXAM:
General: alert/oriented x 3, NAD, cooperative
Chest: non-labored
Abdomen: Soft
Pelvic exam: deferred
Rectal exam: deferred
Extremities: no calf tenderness, no swelling

**IMPRESSION:**
Jamie Reece is a 53 y.o. woman with buttock pain persistent after SSLS 10/28 despite conservative management and pudendal n. blcok on 11/8.

To OR for removal of sacrospinous stitches and cystoscopy

Hoover, Mallorie, DO
*Division of Female Pelvic Medicine and Reconstructive Surgery*

Electronically signed by Karram, Mickey M., MD at 11/28/21 1611

**Op Note**

**Karram, Mickey M., MD at 11/15/2021 0635**

| | | |
|---|---|---|
| Author: Karram, Mickey M., MD | Service: Gynecology | Author Type: Physician |
| Filed: 11/18/21 0646 | Date of Service: 11/15/21 0635 | Creation Time: 11/18/21 0635 |
| Status: Signed | Editor: Karram, Mickey M., MD (Physician) | |

Preoperative diagnosis-vaginal and buttocks pain 2 weeks after a sacral spinous ligament vaginal vault suspension
Postoperative diagnosis the same
Procedure-surgical removal of previously placed sacral spinous ligament suspension sutures

Anesthesia general
Complications are none

Indications for surgery
This is a 53-year-old patient who approximately 2 weeks ago underwent a right sacral spinous ligament vaginal vault suspension for recurrence pelvic organ prolapse. Since that time she has suffered from right-sided buttocks pain and pain in the right portion of her vaginal labial area as well as significant pain in her tailbone area.. While the pain was improving after detailed discussion the patient would like to proceed with removal of the sutures with the understanding that this may result in some recurrence prolapse of her vaginal vault. Risks and benefits were discussed including the understanding that this may not improve her current condition. The patient was consented to the surgery.

Procedure
Patient was brought to the operating room placed under adequate general anesthesia and prepped and draped in normal fashion for vaginal surgery.

The upper part of the posterior vaginal wall was reopened to allow access to the 2 sacral spinous ligament suspension stitches.. There did seem to be continued support of the top of the vagina after cutting the sutures. No resuspension stitches were placed and the area of the posterior vaginal wall that was opened was closed with interrupted 3-0 Vicryl sutures. Rectal exam confirmed no injury to the rectum.

Patient tolerated the procedure well and was sent to recovery room stable condition

Electronically signed by Karram, Mickey M., MD at 11/18/21 0646

**Post Anes Follow-up**

**Villareal, Hannah, RN at 11/15/2021 1629**

| | | |
|---|---|---|
| Author: Villareal, Hannah, RN | Service: Anesthesiology | Author Type: Registered Nurse |
| Filed: 11/15/21 1631 | Date of Service: 11/15/21 1629 | Creation Time: 11/15/21 1629 |
| Status: Signed | Editor: Villareal, Hannah, RN (Registered Nurse) | |
| Cosigner: Kelly, Brian J., MD at 11/16/21 1108 | | |

**Post-Anesthesia Follow-Up Note**

Jamie Reece has met the following Anesthesia criteria for discharge:

**Vitals:**

Blood Pressure:
**BP Readings from Last 1 Encounters:**
11/15/21 109/62

Heart Rate:
**Pulse Readings from Last 1 Encounters:**
11/15/21 84

Respirations:
**Resp Readings from Last 1 Encounters:**
11/15/21 15

O2 Sat:
**SpO2 Readings from Last 1 Encounters:**
11/15/21 100%

Temp:
**Temp Readings from Last 1 Encounters:**
11/15/21 **(!) 97.2 °F (36.2 °C) (Temporal)**

- Cardiorespiratory status has returned to baseline, and/or is acceptable.
- Pt responding verbally and following commands to acceptable level.
- Temperature and hydration status acceptable.
- Pain and nausea appropriately managed.
- No anesthesia complications apparent at this time.

Electronically signed by Villareal, Hannah, RN at 11/15/21 1631
Electronically signed by Kelly, Brian J., MD at 11/16/21 1108

**Anesthesia on 11/15/21**

**Anesthesia Information**

**Anesthesia Summary - Reece, Jamie [10817229] Female 53 y.o.** Current as of 11/15/21 1240

Height: 5' 7" (1.702 m) (11/12/21)
Weight: 184 lb (83.5 kg) (11/12/21)
BMI: 28.9 (11/12/21)
NPO Status: Not recorded
Allergies: ADHESIVE TAPE-SILICONES, LORTAB [HYDROCODONE-ACETAMINOPHEN], PERCOCET [OXYCODONE-ACETAMINOPHEN]

**Procedure Summary**

Date: 11/15/21
Anesthesia Start: 1414
Procedure: Removal of Sacrospinous Suture and Pundel nerve block with injecion of 0.5%marcaine 18ml with 2ml/8mg Dexamethsone
Surgeons: Karram, Mickey M., MD
Anesthesia Type: general

Room / Location: TCH B LEVEL OR 19 / B LEVEL OR
Anesthesia Stop: 1522
Diagnosis:
Vaginal pain
(Vaginal pain [R10.2])
Responsible Provider: Kelly, Brian J., MD
ASA Status: 2

**Responsible Staff** 11/15/21

| Name | Role | Begin | End |
|---|---|---|---|
| Acheson, Michael J., CRNA | CRNA | 1414 | 1522 |
| Kelly, Brian J., MD | ANESTH | 1414 | 1522 |

**Events**

| Date | Time | Event |
|---|---|---|
| 11/15/2021 | 1240 | Anes Pre-op Eval Complete |
| | 1414 | Anesthesia Start |
| | 1414 | Start Data Collection |
| | 1419 | Induction |
| | 1421 | LMA Applied |
| | 1437 | Procedure Start<br>Surgical Incision Time |
| | 1508 | Procedure End |
| | 1517 | MARK AIRWAY REMOVED |
| | 1517 | Stop Data Collection |
| | 1522 | Anesthesia End |

**Attestation Information**

| Staff Name | Date | Time | Type |
|---|---|---|---|
| **Kelly, Brian J., MD** | 11/15/21 | 1419 | MD Present at Induction |
| I was present for Induction. | | | |
| **Kelly, Brian J., MD** | 11/15/21 | 1421 | MD Available for Medical Direction |
| I or an anesthesiologist in my group performed the pre op evaluation, was present and participated in all key portions of the anesthesia service, remained immediately available throughout, provided intermittent <BR>monitoring and provided post anesthesia care.<BR> | | | |
| **Cornely, Pamela, RN** | 11/15/21 | 1523 | Intra-Op |
| **Boelleke, Teresa, LPN** | 11/17/21 | 0815 | Post-op Call |

**Medications** (Filter: Administrations occurring from 01/01/20 0000 to 12/29/21 2359)

**fentanyl (mcg)**

| Date/Time | Rate/Dose/Volume | Action | Route | Admin User |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 11/15/21 1419 | 50 mcg | Given | Intravenous | Acheson, Michael J., CRNA |
| 1444 | 50 mcg | Given | Intravenous | Acheson, Michael J., CRNA |

**propofol (mg)**

| Date/Time | Rate/Dose/Volume | Action | Route | Admin User |
|---|---|---|---|---|
| 11/15/21 1419 | 200 mg | Given | Intravenous | Acheson, Michael J., CRNA |
| 1451 | 100 mg | Given | Intravenous | Acheson, Michael J., CRNA |

**lidocaine injection (PF) 2% (mg)**

| Date/Time | Rate/Dose/Volume | Action | Route | Admin User |
|---|---|---|---|---|
| 11/15/21 1419 | 60 mg | Given | Intravenous | Acheson, Michael J., CRNA |

**ondansetron (PF) (mg)**

| Date/Time | Rate/Dose/Volume | Action | Route | Admin User |
|---|---|---|---|---|
| 11/15/21 1442 | 4 mg | Given | Intravenous | Acheson, Michael J., CRNA |

**cefazolin (Ancef) syringe for injection 2 g 20 mL (mg)** Dosing weight: 86.6

| Date/Time | Rate/Dose/Volume | Action | Route | Admin User |
|---|---|---|---|---|
| 11/15/21 1422 | 2,000 mg (over 10 min) | Given | Intravenous | Acheson, Michael J., CRNA |
| 1432 | | Stopped | | Acheson, Michael J., CRNA |

**ephedrine (mg)**

| Date/Time | Rate/Dose/Volume | Action | Route | Admin User |
|---|---|---|---|---|
| 11/15/21 1425 | 10 mg | Given | Intravenous | Acheson, Michael J., CRNA |

**sodium chloride 0.9% IV solution (mL)** Dosing weight: 86.6

| Date/Time | Rate/Dose/Volume | Action | Route | Admin User |
|---|---|---|---|---|
| 11/15/21 1234 | 125 mL/hr | New Bag | Intravenous | York, Jeanne, RN |
| 1459 | | Paused | | Acheson, Michael J., CRNA |
| Comment: Switch to gravity | | | | |
| 1500 | 600 mL | Restarted | Intravenous | Acheson, Michael J., CRNA |

**Preprocedure Signoff**

Anes Pre-op Eval Complete: Janszen, James N., MD on 11/15/21 at 1240
Reviewed: Janszen, James N., MD on 11/15/21 at 1240

**Signoff Status**

| Name | Role | Status | Last Updated | Device Used |
|---|---|---|---|---|
| Kelly, Brian J., MD | Anesthesiologist | Sign Off Received | 11/16/21 1109 | |
| Acheson, Michael J., CRNA | CRNA | Sign Off Received | 11/22/21 0755 | |

**Notes**

**Anesthesia PACU Handoff Note**

**Acheson, Michael J., CRNA at 11/15/2021 1522**

| | | |
|---|---|---|
| Author: Acheson, Michael J., CRNA | Service: — | Author Type: Nurse Anesthetist |
| Filed: 11/15/21 1522 | Date of Service: 11/15/21 1522 | Creation Time: 11/15/21 1522 |
| Status: Signed | Editor: Acheson, Michael J., CRNA (Nurse Anesthetist) | |

## Transfer of Care

Anesthesia Handoff Note

Date of Surgery: 11/15/2021
Scheduled Procedure(s):
Removal of Sacrospinous Suture and Pundel nerve block with injecion of 0.5%marcaine 18ml with 2ml/8mg Dexamethsone

Patient: Reece, Jamie
CSN: 3066773160
Anesthesiologist: Kelly, Brian J., MD

Complications:

Recovery Location: PACU

Airway: Spontaneous

Pain Assessment: Managed

Level of Consciousness: Arousable

Intraoperative anesthetic care and concerns, pertinent medical history, medications, allergies, surgical/procedure course and plan for post procedure period discussed with receiving PACU or ICU team. Opportunity for questions and understanding of report acknowledged.

Post-procedure handoff checklist complete.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Arthritis<br>*PSORIATIC* | |
| • Back problem | |
| • Colon polyp | |
| • Family history- stomach cancer | |
| • GERD (gastroesophageal reflux disease) | |
| • IBS (irritable bowel syndrome) | |
| • Migraine | |

- Motion sickness
  *vertigo*
- Nausea & vomiting
  *felt really bad after 12/2020 surgery and has never had before, last surgery 10/28/21*
- Neck problem
- Palpitations

**Allergies as of 11/12/2021 - Reviewed 11/12/2021**

| Allergen | Reaction | Noted |
|---|---|---|
| • Adhesive tape-silicones | Rash | 11/12/2021 |
| • Lortab [hydrocodone-acetaminophen] | Itching | 09/16/2021 |
| • Percocet [oxycodone-acetaminophen] | Itching | 09/16/2021 |

**Vitals**

| | 11/15/21 1243 | 11/15/21 1521 |
|---|---|---|
| BP: | 122/73 | 126/75 |
| Pulse: | 73 | 88 |
| Resp: | 18 | 12 |
| Temp: | 36.7 °C (98.1 °F) | **(!) 36.4 °C (97.5 °F)** |

Electronically signed by Acheson, Michael J., CRNA at 11/15/21 1522

**Anesthesia Postprocedure Evaluation**

**Acheson, Michael J., CRNA at 11/15/2021 1431**

| | | |
|---|---|---|
| Author: Acheson, Michael J., CRNA | Service: — | Author Type: Nurse Anesthetist |
| Filed: 11/15/21 1523 | Date of Service: 11/15/21 1431 | Creation Time: 11/15/21 1431 |
| Status: Signed | Editor: Acheson, Michael J., CRNA (Nurse Anesthetist) | |

Post Anesthesia Evaluation

Anesthesia Type: general
Date of Surgery: 11/15/2021
Surgeon(s):
Karram, Mickey M., MD
Levy, Deborah, MD
Wajahat, Labeena, MD

Jamie Reece is stable with no current apparent anesthetic complications. Vitals reviewed and accepted.

**Vitals:**

Blood Pressure:

**BP Readings from Last 1 Encounters:**

11/15/21 122/73

Heart Rate:

**Pulse Readings from Last 1 Encounters:**

11/15/21 73

Respirations:

**Resp Readings from Last 1 Encounters:**

11/15/21 18

O2 Sat:

**SpO2 Readings from Last 1 Encounters:**

11/15/21 100%

Temp:

**Temp Readings from Last 1 Encounters:**

11/15/21 36.7 °C (98.1 °F) (Oral)

☒ Cardiorespiratory status is acceptable.
☒ Pt responding verbally and following commands to acceptable level.
☒ Temperature acceptable
☒ Hydration status is acceptable
☒ Patient's pain is being adequately managed
☒ Patient is nausea free

**MIPS For Anesthesia 2021:**

**#404 Anesthesiology Smoking Abstinence**

The patient is a current smoker (e.g. cigarette, cigar, pipe, e-cigarette/vaping/marijuana) NO (XX404)

**#424 Perioperative Temperature Management**

Anesthesia Time was 60 minutes or longer NO (4256F)

**#477 Multimodal Pain Management**

Emergent case? NO Patient was administered multimodal pain management (2 or more, non-opioid and/or nerve block, between 6 hrs prior to anesthesia and discharge from PACU) (G2148)

**#430 ADULT Prevention of Post-Operative Nausea & Vomiting (PONV)-Combination Therapy (18 yrs and older)**

Patient received an inhalational anesthetic? Yes (4554F) Patient exhibits three or more risk factors for PONV (4556F) Patient received at least 2 prophylactic Rx PONV anti-emetic agents of different classes preop and/or intraop (G9775)

**#463 PEDIATRIC Prevention of Post-Operative Nausea & Vomiting (PONV)-Combination Therapy (ages 3-17 yrs)**

The inhalation anesthetic was only used for induction No Patient is NOT 3-17 years old (XX463)

**#44 Perioperative Beta-Blocker in Patients with Isolated CABG Surgery**

Did the patient have isolated CABG surgery? No

Electronically signed by Acheson, Michael J., CRNA at 11/15/21 1523

**Anesthesia Preprocedure Evaluation**

**Janszen, James N., MD at 11/15/2021 1234**

| | | |
|---|---|---|
| Author: Janszen, James N., MD | Service: — | Author Type: Anesthesiologist |
| Filed: 11/15/21 1235 | Date of Service: 11/15/21 1234 | Creation Time: 11/15/21 1234 |
| Status: Signed | Editor: Janszen, James N., MD (Anesthesiologist) | |

Date of Surgery: 11/15/2021
Surgeon(s):
Karram, Mickey M., MD
Scheduled Procedure(s):
Removal of Sacrospinous Suture, Cystoscopy

**Anesthesia type: general**

Risks, benefits, and alternatives discussed with patient.

Patient anesthetic care and plan discussed with anesthesiologist.

No history of anesthetic complications

patient appropriate for plan
No family hx of anesthetic complications
NPO status reinforced
Aspiration risk assessed.

Mallampati: II
**ASA 2**

Teeth conditions: normal
Ponv, motion sickness, bmi 29

OSA Score
11/12/2021
1051

Diagnosed with Sleep Apnea?: No

**MIPS for Anesthesia Preop Quality Measures:**

Measure #44: Preoperative Beta-blocker in pt for isolated CABG surgery:
N/A- Patient not having CABG surgery

Measure #404: Anesthesiology Smoking Abstinence:
N/A - Patient is a nonsmoker

Measure #430 Prevention of Postop Nausea and Vomiting-combination therapy
(Pts 18 yrs or older, receiving inhalational anesthetic, with 3 or more risk factors)
This patient's risk factors:
Female gender, Non-smoker and Intended use of opioids for analgesia intraop, in PACU, or after D/C from PACU

Measure #477 Multimodal Pain Management (for patients 18 yrs old and older)
The plan is to administer multimodal pain management consisting of: Acetaminophen and Steroids (decadron)

Electronically signed by Janszen, James N., MD at 11/15/21 1235

**Anesthesia Graph**



## 11/15/2021 - Admission (Discharged) in GENERAL SURGERY UNIT (continued)

### Anesthesia on 11/15/21 (continued)

| | 1400 | 1415 | 1430 | 1445 | 1500 |
|---|---|---|---|---|---|
| O2 (L/min) | | [2] | | | 10 |
| N2O (L/min) | | [0] | [0] | [0] | [0] |
| Air (L/min) | | [0.5] | [0.5] | [0.5] | [0] |
| Sevoflurane (exp) | | [1.4] | [2.1] | [2.4] | [0.4] |
| fentanyl (mcg) | | 50 | 50 | | |
| propofol (mg) | | 200 | | 100 | |
| lidocaine inj… (mg) | | 60 | | | |
| ondansetron (… (mg) | | | 4 | | |
| cefazolin (An… (mg) | | 2000 | [0] | | |
| ephedrine (mg) | | 10 | | | |
| sodium chlori… (mL) | | | | * | 600 |
| Vent Mode | | [PSV] | PSV | [PSV] | SV |
| Vt exhaled (ml) | | [379] | [432] | [200] | [261] |
| Resp | | [13] | [14] | [12] | [13] |
| PIP Actual (cm H2O) | | [10] | [11] | [9] | [8] |
| Actual PE… (cm H20) | | [0] | [0] | [3] | [0] |
| EtCO2 (mmHg) | | [33] | [35] | [41] | [39] |
| FiO2 (%) | | [86] | [81] | [81] | [98] |
| SpO2 (%) | | [98] | [97] | [96] | [96] |
| EtN2O (%) | | [0] | [0] | [0] | [0] |

1400 1415 1430 1445 1500 1515

| | 1400 | 1415 | 1430 | 1445 | 1500 |
|---|---|---|---|---|---|
| Urine output … (mL) | | | | 100 | |
| Blood Loss (ml) | | | | 15 | |
| EKG | | [SR] | SR | [SB] | SR |
| Temp | | 96.8 | 96.8 | [96.8] | |



## 11/15/2021 - Admission (Discharged) in GENERAL SURGERY UNIT (continued)

**Anesthesia on 11/15/21 (continued)**




| | 1515 | 1530 | 1545 | 1600 | 1615 | Totals | Volumes |
|---|---|---|---|---|---|---|---|
| O2 (L/min) | 0 | | | | | | |
| N2O (L/min) | [0] | | | | | | |
| Air (L/min) | [0] | | | | | | |
| Sevoflurane (exp) | [0] | | | | | | |
| fentanyl (mcg) | | | | | | 100 mcg | |
| propofol (mg) | | | | | | 300 mg | |
| lidocaine inj… (mg) | | | | | | 60 mg | |
| ondansetron (… (mg) | | | | | | 4 mg | |
| cefazolin (An… (mg) | | | | | | 2000 mg | ≈ 20 mL |
| ephedrine (mg) | | | | | | 10 mg | |
| sodium chlori… (mL) | | | | | | 600 mL | 600 mL |
| Vent Mode | | | | | | | |
| Vt exhaled (ml) | [361] | | | | | | |
| Resp | [10] | | | | | | |
| PIP Actual (cm H2O) | 5 | | | | | | |
| Actual PE… (cm H20) | | | | | | | |
| EtCO2 (mmHg) | [42] | | | | | | |
| FiO2 (%) | [98] | | | | | | |
| SpO2 (%) | [98] | | | | | | |
| EtN2O (%) | [0] | | | | | | |
| | 1515 | 1530 | 1545 | 1600 | 1615 1630 | Totals | Volumes |
| Urine output … (mL) | | | | | | 100 mL | -100 mL |
| Blood Loss (ml) | | | | | | 15 ml | -15 mL |
| EKG | | | | | | | |
| Temp | | | | | | | |

Net Volume: ≈ 505 mL

### Anesthesia Orders

**fentanyl (Sublimaze) 50 mcg/mL injection [253343287] (Discontinued)**

Electronically signed by: **Acheson, Michael J., CRNA on 11/15/21 1433** Status: **Discontinued**
Ordering user: Acheson, Michael J., CRNA 11/15/21 1433
Ordering provider: Kelly, Brian J., MD
Authorized by: Kelly, Brian J., MD
Ordering mode: Standard
Frequency: Routine Intra-Op PRN 11/15/21 1419 - 11/15/21 1523
Class: Normal
Discontinued by: Acheson, Michael J., CRNA 11/15/21 1523 [Patient Discharge]
Package: 0409-9094-11

**ANESTHESIA-PROPOFOL 10 MG/ML INJECTION [253343323] (Discontinued)**

Electronically signed by: **Acheson, Michael J., CRNA on 11/15/21 1433** Status: **Discontinued**
Ordering user: Acheson, Michael J., CRNA 11/15/21 1433
Ordering provider: Kelly, Brian J., MD

Authorized by: Kelly, Brian J., MD
Ordering mode: Standard
Frequency: Routine Intra-Op PRN 11/15/21 1419 - 11/15/21 1523
Class: Normal
Discontinued by: Acheson, Michael J., CRNA 11/15/21 1523 [Patient Discharge]
Package: 25021-608-20

**lidocaine (PF) 2 % injection [253343341] (Discontinued)**

Electronically signed by: **Acheson, Michael J., CRNA on 11/15/21 1433**
Status: **Discontinued**
Ordering user: Acheson, Michael J., CRNA 11/15/21 1433
Ordering provider: Kelly, Brian J., MD
Authorized by: Kelly, Brian J., MD
Ordering mode: Standard
Frequency: Routine Intra-Op PRN 11/15/21 1419 - 11/15/21 1523
Class: Normal
Discontinued by: Acheson, Michael J., CRNA 11/15/21 1523 [Patient Discharge]
Package: 0143-9594-01

**ondansetron (PF) (ZOFRAN) injection [253344886] (Discontinued)**

Electronically signed by: **Acheson, Michael J., CRNA on 11/15/21 1443**
Status: **Discontinued**
Ordering user: Acheson, Michael J., CRNA 11/15/21 1443
Ordering provider: Kelly, Brian J., MD
Authorized by: Kelly, Brian J., MD
Ordering mode: Standard
Frequency: Routine Intra-Op PRN 11/15/21 1442 - 11/15/21 1523
Class: Normal
Discontinued by: Acheson, Michael J., CRNA 11/15/21 1523 [Patient Discharge]
Package: 63323-373-02

**ephedrine injection [253351074] (Discontinued)**

Electronically signed by: **Acheson, Michael J., CRNA on 11/15/21 1528**
Status: **Discontinued**
Ordering user: Acheson, Michael J., CRNA 11/15/21 1528
Ordering provider: Kelly, Brian J., MD
Authorized by: Kelly, Brian J., MD
Ordering mode: Standard
Frequency: Routine Intra-Op PRN 11/15/21 1425 - 11/15/21 1528
Class: Normal
Discontinued by: Acheson, Michael J., CRNA 11/15/21 1528 [Patient Discharge]
Package: 17478-515-00

## 11/15/2021 - Admission (Discharged) in GENERAL SURGERY UNIT (continued)

**Medication Administrations**

**acetaminophen (Ofirmev) intravenous solution 1,000 mg [253327381]**

Ordering Provider: Janszen, James N., MD
Ordered On: 11/15/21 1235
Dose (Remaining/Total): 1,000 mg (0/1)
Frequency: PRE-OP ONCE
Admin Instructions: Give if unable to take PO

Status: Completed (Past End Date/Time)
Starts/Ends: 11/15/21 1235 - 11/15/21 1316
Route: Intravenous
Rate/Duration: 400 mL/hr / 15 Minutes

| Question | Answer | Comment |
|---|---|---|
| Alternative route of acetaminophen administration not available or not tolerated:: | Other(Complete comment section) | patient unable to take PO |

| Timestamps | Action | Dose / Rate / Duration | Route / Site / Linked Line | Other Information |
|---|---|---|---|---|
| Performed 11/15/21 1316<br>Documented: 11/15/21 1317 | See Alternative | — | — | Performed by: Collins, Jody, RN |

**acetaminophen (TYLENOL) tablet 1,000 mg [253327380]**

Ordering Provider: Janszen, James N., MD
Ordered On: 11/15/21 1235
Dose (Remaining/Total): 1,000 mg (0/1)
Frequency: PRE-OP ONCE
Admin Instructions: Preferred route is PO if able to take PO

Status: Completed (Past End Date/Time)
Starts/Ends: 11/15/21 1235 - 11/15/21 1316
Route: Oral
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 11/15/21 1316<br>Documented: 11/15/21 1317 | Given | 1,000 mg | Oral | Performed by: Collins, Jody, RN<br>Scanned Package: 50580-457-11, 50580-457-11 |

**acetaminophen (TYLENOL) tablet 1,000 mg [253350015]**

Ordering Provider: Hoover, Mallorie L., DO
Ordered On: 11/15/21 1520
Dose (Remaining/Total): 1,000 mg (—/—)
Frequency: EVERY 6 HOURS
Admin Instructions: Do not exceed 4 grams of acetaminophen in 24 hours from all sources

Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Starts/Ends: 11/15/21 1900 - 11/16/21 1636
Route: Oral
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 11/16/21 1202<br>Documented: 11/16/21 1205 | Given | 500 mg | Oral | Performed by: Seals, India, RN<br>Comments: can onl;y take half dose<br>Scanned Package: 50580-457-11 |
| Performed 11/16/21 0601<br>Documented: 11/16/21 0602 | Given | 1,000 mg | Oral | Performed by: Furtwengler, Samantha, RN<br>Scanned Package: 50580-457-11, 50580-457-11 |
| Performed 11/16/21 0039<br>Documented: 11/16/21 0039 | Given | 1,000 mg | Oral | Performed by: Furtwengler, Samantha, RN<br>Scanned Package: 50580-457-11, 50580-457-11 |

| | | | | |
|---|---|---|---|---|
| Performed 11/15/21 1812<br>Documented: 11/15/21 1812 | Given | 1,000 mg | Oral | Performed by: Matacia, Emily, RN<br>Scanned Package: 50580-457-11, 50580-457-11 |

**aprepitant (EMEND) capsule 40 mg [253327388]**

Ordering Provider: Janszen, James N., MD
Ordered On: 11/15/21 1235
Dose (Remaining/Total): 40 mg (0/1)
Frequency: PRE-OP ONCE

Status: Completed (Past End Date/Time)
Starts/Ends: 11/15/21 1235 - 11/15/21 1317
Route: Oral
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 11/15/21 1317<br>Documented: 11/15/21 1317 | Given | 40 mg | Oral | Performed by: Collins, Jody, RN<br>Scanned Package: 0781-2321-06 |

**bupivacaine (PF) (MARCAINE) 0.5 % injection 1-30 mL [253347319]**

Ordering Provider: Karram, Mickey M., MD
Ordered On: 11/15/21 1500
Dose (Remaining/Total): 1-30 mL (—/—)
Frequency: INTRA-OP (ON TRAY)

Status: Discontinued (Past End Date/Time)
Starts/Ends: 11/15/21 1500 - 11/15/21 1739
Route: Injection
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 11/15/21 1500<br>Documented: 11/15/21 1504 | Given | 18 mL | Injection | Performed by: Cornely, Pamela, RN<br>Comments: given per Dr Karram and mixed with 2mo/8mg decadron |

**cefazolin (Ancef) syringe for injection 2 g 20 mL [253190044]**

Ordering Provider: Karram, Mickey M., MD
Ordered On: 11/12/21 1402
Dose (Remaining/Total): 2,000 mg (0/1)
Frequency: PRE-OP ONCE
Admin Instructions: REFRIGERATOR

Status: Completed (Past End Date/Time)
Starts/Ends: 11/15/21 0000 - 11/15/21 1432
Route: Intravenous
Rate/Duration: 60 mL/hr / 20 Minutes

| Timestamps | Action | Dose / Duration | Route | Other Information |
|---|---|---|---|---|
| Performed 11/15/21 1432<br>Documented: 11/15/21 1438 | Stopped | — | — | Performed by: Acheson, Michael J., CRNA |
| Performed 11/15/21 1422<br>Documented: 11/15/21 1438 | Given | 2,000 mg<br>10 Minutes | Intravenous | Performed by: Acheson, Michael J., CRNA |

**dexamethasone (DECADRON) injection 4 mg [253327382]**

Ordering Provider: Janszen, James N., MD
Ordered On: 11/15/21 1235
Dose (Remaining/Total): 4 mg (0/1)
Frequency: PRE-OP ONCE

Status: Completed (Past End Date/Time)
Starts/Ends: 11/15/21 1235 - 11/15/21 1317
Route: Intravenous
Rate/Duration: — / —

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 11/15/21 20 G Right Antecubital | 11/15/21 1317 by Collins, Jody, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 11/15/21 1317<br>Documented: 11/15/21 1317 | Given | 4 mg | Intravenous | Performed by: Collins, Jody, RN<br>Scanned Package: 72572-120-01 |

**diphenhydrAMINE (Benadryl) 50 mg/mL injection *Pyxis Override* [253368557]**

Status: Dispensed (Past End Date/Time)
Starts/Ends: 11/15/21 2023 - 11/16/21 0829
Route: —
Rate/Duration: — / —
Note to pharmacy: Furtwengler, Samantha : cabinet override

Ordered On: 11/15/21 2023
Dose (Remaining/Total): — (1/1)
Frequency: —
Admin Instructions: Furtwengler, Samantha : cabinet override

| Timestamps | Action | Dose / Rate / Duration | Route / Site / Linked Line | Other Information |
|---|---|---|---|---|
| Performed 11/15/21 2030<br>Documented: 11/15/21 2030 | Canceled Entry | — | — | Performed by: Furtwengler, Samantha, RN |

**diphenhydrAMINE (Benadryl) 50 mg/mL injection 12.5 mg [253350027]**

Ordering Provider: Hoover, Mallorie L., DO
Ordered On: 11/15/21 1520
Dose (Remaining/Total): 12.5 mg (—/—)
Frequency: EVERY 6 HOURS PRN

Status: Discontinued (Past End Date/Time)
Starts/Ends: 11/15/21 1518 - 11/15/21 2021
Route: Intravenous
Rate/Duration: — / —

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 11/15/21 20 G Right Antecubital | 11/15/21 1728 by Villareal, Hannah, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 11/15/21 1728<br>Documented: 11/15/21 1729 | Given | 12.5 mg | Intravenous | Performed by: Villareal, Hannah, RN<br>Scanned Package: 0641-0376-21 |

**diphenhydrAMINE (Benadryl) 50 mg/mL injection 12.5 mg [253368477]**

Ordering Provider: Gurney-McMaster, Allison, MD
Ordered On: 11/15/21 2021
Dose (Remaining/Total): 12.5 mg (0/1)
Frequency: ONCE

Status: Completed (Past End Date/Time)
Starts/Ends: 11/15/21 2130 - 11/15/21 2030
Route: Intravenous
Rate/Duration: — / —

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 11/15/21 20 G Right Antecubital | 11/15/21 2030 by Furtwengler, Samantha, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 11/15/21 2030<br>Documented: 11/15/21 2031 | Given | 12.5 mg | Intravenous | Performed by: Furtwengler, Samantha, RN<br>Scanned Package: 0641-0376-21 |

**diphenhydrAMINE (Benadryl) 50 mg/mL injection 25 mg [253368476]**

Ordering Provider: Gurney-McMaster, Allison, MD
Ordered On: 11/15/21 2021
Dose (Remaining/Total): 25 mg (—/—)
Frequency: EVERY 6 HOURS PRN

Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Starts/Ends: 11/15/21 2330 - 11/16/21 1636
Route: Intravenous
Rate/Duration: — / —

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 11/15/21 20 G Right Antecubital | 11/16/21 0422 by Furtwengler, Samantha, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 11/16/21 0422<br>Documented: 11/16/21 0423 | Given | 25 mg | Intravenous | Performed by: Furtwengler, Samantha, RN<br>Scanned Package: 0641-0376-21 |

**famotidine (PEPCID) tablet 20 mg [253327383]**

Ordering Provider: Janszen, James N., MD
Ordered On: 11/15/21 1235
Dose (Remaining/Total): 20 mg (0/1)
Frequency: PRE-OP ONCE
Admin Instructions: Preferred route is PO if able to take PO.

Status: Completed (Past End Date/Time)
Starts/Ends: 11/15/21 1235 - 11/15/21 1316
Route: Oral
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 11/15/21 1316<br>Documented: 11/15/21 1317 | Given | 20 mg | Oral | Performed by: Collins, Jody, RN<br>Scanned Package: 50268-303-11 |

**famotidine (PF) (PEPCID) injection 20 mg [253327384]**

Ordering Provider: Janszen, James N., MD
Ordered On: 11/15/21 1235
Dose (Remaining/Total): 20 mg (0/1)
Frequency: PRE-OP ONCE
Admin Instructions: Give if unable to take PO

Status: Completed (Past End Date/Time)
Starts/Ends: 11/15/21 1235 - 11/15/21 1316
Route: Intravenous
Rate/Duration: — / —

| Timestamps | Action | Dose / Rate / Duration | Route / Site / Linked Line | Other Information |
|---|---|---|---|---|
| Performed 11/15/21 1316<br>Documented: 11/15/21 1317 | See Alternative | — | — | Performed by: Collins, Jody, RN |

**famotidine (PF) (PEPCID) injection 20 mg [253350024]**

Ordering Provider: Hoover, Mallorie L., DO
Ordered On: 11/15/21 1520
Dose (Remaining/Total): 20 mg (—/—)
Frequency: 2 TIMES DAILY
Admin Instructions: If both IVP and PO ordered Give either the IVP dose or the PO dose as one administration not both

Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Starts/Ends: 11/15/21 2100 - 11/16/21 1636
Route: Intravenous
Rate/Duration: — / —

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 11/15/21 20 G Right Antecubital | 11/15/21 2029 by Furtwengler, Samantha, RN | — |

## 11/15/2021 - Admission (Discharged) in GENERAL SURGERY UNIT (continued)

**Medication Administrations (continued)**

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 11/16/21 0822<br>Documented: 11/16/21 0827 | Given | 20 mg | Intravenous | Performed by: Seals, India, RN<br>Scanned Package: 0641-6022-01 |
| Performed 11/15/21 2029<br>Documented: 11/15/21 2029 | Given | 20 mg | Intravenous | Performed by: Furtwengler, Samantha, RN<br>Scanned Package: 0641-6022-01 |

**fentanyl (Sublimaze) 50 mcg/mL injection 25 mcg [253327462]**

Ordering Provider: Janszen, James N., MD
Ordered On: 11/15/21 1519
Dose (Remaining/Total): 25 mcg (—/—)
Frequency: PACU PRN
Admin Instructions: First choice for pain PACU/SDS only.
Status: Discontinued (Past End Date/Time)
Starts/Ends: 11/15/21 1519 - 11/15/21 1909
Route: Intravenous
Rate/Duration: — / —
For pain scale 4-10 give q5min for a maximum of 100 mcg.

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 11/15/21 20 G Right Antecubital | 11/15/21 1528 by Schmidt, Nicole, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 11/15/21 1544<br>Documented: 11/15/21 1545 | Given | 25 mcg | Intravenous | Performed by: Villareal, Hannah, RN<br>Scanned Package: 0409-9094-12 |
| Performed 11/15/21 1539<br>Documented: 11/15/21 1540 | Given | 25 mcg | Intravenous | Performed by: Villareal, Hannah, RN<br>Scanned Package: 0409-9094-12 |
| Performed 11/15/21 1533<br>Documented: 11/15/21 1533 | Given | 25 mcg | Intravenous | Performed by: Schmidt, Nicole, RN<br>Scanned Package: 0409-9094-12 |
| Performed 11/15/21 1528<br>Documented: 11/15/21 1529 | Given | 25 mcg | Intravenous | Performed by: Schmidt, Nicole, RN<br>Scanned Package: 0409-9094-12 |

**Hydromorphone (Dilaudid) 1 mg/mL injection Syrg 0.5 mg [253327464]**

Ordering Provider: Janszen, James N., MD
Ordered On: 11/15/21 1519
Dose (Remaining/Total): 0.5 mg (—/—)
Frequency: PACU PRN
Admin Instructions: Look alike/ Sound alike
Second choice for pain PACU/SDS only.
Total MAX dose = 2 mg ( Including the order for pain scale 2-4)
Status: Discontinued (Past End Date/Time)
Starts/Ends: 11/15/21 1519 - 11/15/21 1909
Route: Intravenous
Rate/Duration: — / —
Give every 5 minutes as needed.

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 11/15/21 20 G Right Antecubital | 11/15/21 1554 by Villareal, Hannah, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|

**Medication Administrations (continued)**

| | | | | |
|---|---|---|---|---|
| Performed 11/15/21 1616<br>Documented: 11/15/21 1617 | Given | 0.5 mg | Intravenous | Performed by: Villareal, Hannah, RN<br>Scanned Package: 0409-1283-03 |
| Performed 11/15/21 1610<br>Documented: 11/15/21 1611 | Given | 0.5 mg | Intravenous | Performed by: Villareal, Hannah, RN<br>Scanned Package: 0409-1283-03 |
| Performed 11/15/21 1559<br>Documented: 11/15/21 1600 | Given | 0.5 mg | Intravenous | Performed by: Villareal, Hannah, RN<br>Scanned Package: 0409-1283-03 |
| Performed 11/15/21 1554<br>Documented: 11/15/21 1555 | Given | 0.5 mg | Intravenous | Performed by: Villareal, Hannah, RN<br>Scanned Package: 0409-1283-03 |

**ketorolac (TORADOL) injection 15 mg [253350014]**

Ordering Provider: Hoover, Mallorie L., DO
Ordered On: 11/15/21 1520
Dose (Remaining/Total): 15 mg (2/5)
Frequency: EVERY 6 HOURS
Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Starts/Ends: 11/15/21 1900 - 11/16/21 1636
Route: Intravenous
Rate/Duration: — / —
Admin Instructions: IV doses must be infused over 30 seconds. *See Waste Disposal Precaution Procedures - Place in Black Bin*

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 11/15/21 20 G Right Antecubital | 11/15/21 2259 by Furtwengler, Samantha, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Due 11/16/21 1100<br>Scheduled: 11/15/21 1926 | Due | — | — | — |
| Performed 11/16/21 0426<br>Documented: 11/16/21 0427 | Given | 15 mg | Intravenous | Performed by: Furtwengler, Samantha, RN<br>Scanned Package: 63323-162-00 |
| Performed 11/15/21 2259<br>Documented: 11/15/21 2259 | Given | 15 mg | Intravenous | Performed by: Furtwengler, Samantha, RN<br>Scanned Package: 63323-162-00 |
| Performed 11/15/21 1626<br>Documented: 11/15/21 1626 | Given | 15 mg | Intravenous | Performed by: Villareal, Hannah, RN<br>Scanned Package: 63323-162-00 |

**morphine 4 mg/mL injection 2 mg [253350029]**

Ordering Provider: Hoover, Mallorie L., DO
Ordered On: 11/15/21 1520
Dose (Remaining/Total): 2 mg (—/—)
Frequency: EVERY 4 HOURS PRN
Status: Discontinued (Past End Date/Time)
Starts/Ends: 11/15/21 1518 - 11/16/21 0645
Route: Intravenous
Rate/Duration: — / —
Admin Instructions: Look-Alike, Sound-Alike Medication

## 11/15/2021 - Admission (Discharged) in GENERAL SURGERY UNIT (continued)

**Medication Administrations (continued)**

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 11/15/21 20 G Right Antecubital | 11/15/21 1818 by Matacia, Emily, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 11/16/21 0423<br>Documented: 11/16/21 0423 | Given | 2 mg | Intravenous | Performed by: Furtwengler, Samantha, RN<br>Scanned Package: 0641-6125-01 |
| Performed 11/16/21 0042<br>Documented: 11/16/21 0042 | Given | 2 mg | Intravenous | Performed by: Furtwengler, Samantha, RN<br>Scanned Package: 0641-6125-01 |
| Performed 11/15/21 1818<br>Documented: 11/15/21 1820 | Given | 2 mg | Intravenous | Performed by: Matacia, Emily, RN<br>Scanned Package: 0641-6125-01 |

**Pharmacy Actions**

| Type | Date/Time | User | Extra Information |
|---|---|---|---|
| Waste | Tue Nov 16, 2021 0414 | Interface, Pyxis Dispense | **morphine 4 mg/mL Syrg [5172]**<br>Waste Amount: 0.5 mL (2 mg)<br>Package: 1 mL Vial (0641-6125-01)<br>Charge Failure Reason: Medication is not configured for waste<br>Package From: MAR |
| Waste | Tue Nov 16, 2021 0041 | Interface, Pyxis Dispense | **morphine 4 mg/mL Syrg [5172]**<br>Waste Amount: 0.5 mL (2 mg)<br>Package: 1 mL Vial (0641-6125-01)<br>Charge Failure Reason: Medication is not configured for waste<br>Package From: MAR |
| Waste | Mon Nov 15, 2021 1817 | Interface, Pyxis Dispense | **morphine 4 mg/mL Syrg [5172]**<br>Waste Amount: 0.5 mL (2 mg)<br>Package: 1 mL Vial (0641-6125-01)<br>Charge Failure Reason: Medication is not configured for waste<br>Package From: MAR |

**phenazopyridine (PYRIDIUM) tablet 200 mg [253190045]**

Ordering Provider: Karram, Mickey M., MD
Ordered On: 11/12/21 1402
Dose (Remaining/Total): 200 mg (0/1)
Frequency: ON CALL TO O.R.

Status: Completed (Past End Date/Time)
Starts/Ends: 11/15/21 0000 - 11/15/21 1316
Route: Oral
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Performed 11/15/21 1316<br>Documented: 11/15/21 1317 | Given | 200 mg | Oral | Performed by: Collins, Jody, RN<br>Scanned Package: 42192-801-01, 42192-801-01 |

**pregabalin (LYRICA) capsule 100 mg [253349976]**

Ordering Provider: Hoover, Mallorie L., DO
Ordered On: 11/15/21 1520
Dose (Remaining/Total): 100 mg (—/—)
Frequency: 3 TIMES DAILY

Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Starts/Ends: 11/15/21 2000 - 11/16/21 1636
Route: Oral
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 11/16/21 0822<br>Documented: 11/16/21 0827 | Given | 100 mg | Oral | Performed by: Seals, India, RN<br>Scanned Package: 0904-7001-61 |
| Performed 11/15/21 2029<br>Documented: 11/15/21 2029 | Given | 100 mg | Oral | Performed by: Furtwengler, Samantha, RN<br>Scanned Package: 0904-7001-61 |

**scopolamine (TRANSDERM-SCOP) patch (1 mg over 3 days) 1 Patch [253327385]**

Ordering Provider: Janszen, James N., MD
Ordered On: 11/15/21 1235
Dose (Remaining/Total): 1 Patch (0/1)
Frequency: EVERY 24 HOURS
Admin Instructions: Apply behind ear. *See Waste Disposal Precaution Procedures - Place in Black Bin*

Status: Completed (Past End Date/Time)
Starts/Ends: 11/15/21 1330 - 11/15/21 1317
Route: Transdermal
Rate/Duration: — / —

| Timestamps | Action | Dose | Route / Site | Other Information |
|---|---|---|---|---|
| Performed 11/15/21 1317<br>Documented: 11/15/21 1317 | Patch applied | 1 Patch | Transdermal<br>Right Ear | Performed by: Collins, Jody, RN<br>Scanned Package: 10019-553-90 |

**scopolamine (TRANSDERM-SCOPE) patch check [253327386]**

Ordering Provider: Janszen, James N., MD
Ordered On: 11/15/21 1739
Dose (Remaining/Total): — (0/1)
Frequency: EVERY 12 HOURS

Status: Completed (Past End Date/Time)
Starts/Ends: 11/15/21 2100 - 11/15/21 2100
Route: Does not apply
Rate/Duration: — / —

| Timestamps | Action | Dose / Rate / Duration | Route / Site | Other Information |
|---|---|---|---|---|
| Performed 11/15/21 2100<br>Documented: 11/15/21 2029 | Verify Patch Site | — | Does not apply<br>Left Ear | Performed by: Furtwengler, Samantha, RN |

**sodium chloride 0.9 % irrigation [253346702]**

Ordering Provider: Karram, Mickey M., MD
Ordered On: 11/15/21 1454

Status: Discontinued (Past End Date/Time)
Frequency: INTRA-OP PRN

## 11/15/2021 - Admission (Discharged) in GENERAL SURGERY UNIT (continued)

**Medication Administrations (continued)**

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 11/15/21 1454<br>Documented: 11/15/21 1454 | Given | 1,000 mL | Irrigation | Performed by: Karram, Mickey M., MD<br>Documented by: Cornely, Pamela, RN |

**sodium chloride 0.9% IV solution [253190043]**

Ordering Provider: Karram, Mickey M., MD
Ordered On: 11/12/21 1402
Dose (Remaining/Total): 1,000 mL (—/—)
Frequency: PRE-OP CONTINUOUS
Status: Discontinued (Past End Date/Time)
Starts/Ends: 11/15/21 0000 - 11/15/21 1909
Route: Intravenous
Rate/Duration: 125 mL/hr / —
Admin Instructions: Reduce rate to 50 ml/hr if diagnosis chronic renal failure

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 11/15/21 20 G Right Antecubital | 11/15/21 1234 by York, Jeanne, RN | — |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| Performed 11/15/21 1500<br>Documented: 11/15/21 1504 | Restarted | — | Intravenous | Performed by: Acheson, Michael J., CRNA |
| Performed 11/15/21 1459<br>Documented: 11/15/21 1504 | Paused | —<br>—<br>1 | Intravenous | Performed by: Acheson, Michael J., CRNA<br>Comments: Switch to gravity |
| Performed 11/15/21 1234<br>Documented: 11/15/21 1234 | New Bag | 1,000 mL<br>125 mL/hr<br>— | Intravenous | Performed by: York, Jeanne, RN<br>Scanned Package: 0990-7983-09 |

**sodium chloride 0.9% IV solution [253327460]**

Ordering Provider: Janszen, James N., MD
Ordered On: 11/15/21 1519
Dose (Remaining/Total): 125 mL/hr (—/—)
Frequency: PACU CONTINUOUS
Status: Discontinued (Past End Date/Time)
Starts/Ends: 11/15/21 1630 - 11/15/21 1909
Route: Intravenous
Rate/Duration: 125 mL/hr / —

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| Performed 11/15/21 1630<br>Documented: 11/15/21 1801 | Canceled Entry | — | Intravenous | Performed by: Matacia, Emily, RN |

**sodium chloride 0.9% IV solution [253350023]**

Ordering Provider: Hoover, Mallorie L., DO
Ordered On: 11/15/21 1520
Dose (Remaining/Total): 125 mL/hr (—/—)
Frequency: CONTINUOUS
Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Starts/Ends: 11/15/21 1630 - 11/16/21 1629
Route: Intravenous
Rate/Duration: 125 mL/hr / —

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 11/15/21 20 G Right | 11/15/21 1545 by Villareal, Hannah, RN | — |

Antecubital

| Timestamps | Action | Dose / Rate | Route | Other Information |
|---|---|---|---|---|
| Performed 11/16/21 0630<br>Documented: 11/16/21 0630 | Rate Verify | 125 mL/hr<br>125 mL/hr | Intravenous | Performed by: Furtwengler, Samantha, RN |
| Performed 11/16/21 0622<br>Documented: 11/16/21 0630 | Restarted | 125 mL/hr<br>125 mL/hr | Intravenous | Performed by: Furtwengler, Samantha, RN |
| Performed 11/16/21 0619<br>Documented: 11/16/21 0630 | Paused | 0 mL/hr<br>0 mL/hr | Intravenous | Performed by: Furtwengler, Samantha, RN |
| Performed 11/16/21 0615<br>Documented: 11/16/21 0616 | New Bag | 125 mL/hr<br>125 mL/hr | Intravenous | Performed by: Furtwengler, Samantha, RN<br>Scanned Package: 0990-7983-09 |
| Performed 11/15/21 2301<br>Documented: 11/15/21 2301 | New Bag | 125 mL/hr<br>125 mL/hr | Intravenous | Performed by: Furtwengler, Samantha, RN<br>Scanned Package: 0990-7983-09 |
| Performed 11/15/21 2255<br>Documented: 11/15/21 2255 | Rate Verify | 125 mL/hr<br>125 mL/hr | Intravenous | Performed by: Furtwengler, Samantha, RN |
| Performed 11/15/21 2117<br>Documented: 11/15/21 2255 | Restarted | 125 mL/hr<br>125 mL/hr | Intravenous | Performed by: Furtwengler, Samantha, RN |
| Performed 11/15/21 2113<br>Documented: 11/15/21 2255 | Paused | 0 mL/hr<br>0 mL/hr | Intravenous | Performed by: Furtwengler, Samantha, RN |
| Performed 11/15/21 1551<br>Documented: 11/15/21 2255 | Restarted | 125 mL/hr<br>125 mL/hr | Intravenous | Performed by: Furtwengler, Samantha, RN |
| Performed 11/15/21 1547<br>Documented: 11/15/21 2255 | Paused | 0 mL/hr<br>0 mL/hr | Intravenous | Performed by: Furtwengler, Samantha, RN |
| Performed 11/15/21 1547<br>Documented: 11/15/21 2255 | Rate Verify | 125 mL/hr<br>125 mL/hr | Intravenous | Performed by: Furtwengler, Samantha, RN |

**Medication Administrations (continued)**

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 11/15/21 1545 Documented: 11/15/21 1546 | New Bag | 125 mL/hr 125 mL/hr | Intravenous | Performed by: Villareal, Hannah, RN Scanned Package: 0990-7983-09 |

**sterile water irrigation [253346652]**

Ordering Provider: Karram, Mickey M., MD
Ordered On: 11/15/21 1454
Status: Discontinued (Past End Date/Time)
Frequency: INTRA-OP PRN

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 11/15/21 1454 Documented: 11/15/21 1454 | Given | 2,000 mL | Irrigation | Performed by: Karram, Mickey M., MD Documented by: Cornely, Pamela, RN |

**tiZANidine (ZANAFLEX) tablet 4 mg [253349977]**

Ordering Provider: Hoover, Mallorie L., DO
Ordered On: 11/15/21 1520
Dose (Remaining/Total): 4 mg (—/—)
Frequency: 3 TIMES DAILY
Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Starts/Ends: 11/15/21 2100 - 11/16/21 1636
Route: Oral
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 11/16/21 0822 Documented: 11/16/21 0827 | Given | 4 mg | Oral | Performed by: Seals, India, RN Scanned Package: 57664-503-89 |
| Performed 11/15/21 2029 Documented: 11/15/21 2029 | Given | 4 mg | Oral | Performed by: Furtwengler, Samantha, RN Scanned Package: 0904-6418-61 |

**traMADoL (ULTRAM) tablet 50 mg [253350025]**

Ordering Provider: Hoover, Mallorie L., DO
Ordered On: 11/15/21 1520
Dose (Remaining/Total): 50 mg (—/—)
Frequency: EVERY 6 HOURS PRN
Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Starts/Ends: 11/15/21 1515 - 11/16/21 1636
Route: Oral
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 11/16/21 1202 Documented: 11/16/21 1205 | Given | 50 mg | Oral | Performed by: Seals, India, RN Scanned Package: 57664-377-08 |
| Performed 11/15/21 2041 Documented: 11/15/21 2041 | Given | 50 mg | Oral | Performed by: Furtwengler, Samantha, RN Scanned Package: 57664-377-08 |

**Other Orders (group 1 of 3)**

**Admission**

**EXTENDED RECOVERY [253350067] (Completed)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1520** Status: **Completed**
Ordering user: Hoover, Mallorie L., DO 11/15/21 1520 Ordering provider: Hoover, Mallorie L., DO
Authorized by: Hoover, Mallorie L., DO Ordering mode: Standard
Cosigning events
Electronically cosigned by Karram, Mickey M., MD 11/28/21 1612 for Ordering
Frequency: Routine 1 Time 11/15/21 1515 - 1 occurrence Class: Hospital Performed
Quantity: 1 Instance released by: Hoover, Mallorie L., DO (auto-released) 11/15/2021 3:20 PM

**Questionnaire**

| Question | Answer |
|---|---|
| Service | Acute |
| Level of Care | Med Surg |
| Admission diagnosis: | Postoperative pain |
| Admitting Physician | KARRAM, MICKEY M. |
| Desired hospital location | B LEVEL OR |
| Informational | Extended Recovery is for postop surgeries only. |

**Patient Updates**

Patient class: Extended Recovery
Reason for update: MD Order
Accommodation code: Private
Accommodation reason: Hospital Convenience

**Updates**

Accommodation code: Private
Accommodation reason: Hospital Convenience

**Code Status**

**FULL CODE [253350039] (Active)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1520** Status: **Active**
Ordering user: Hoover, Mallorie L., DO 11/15/21 1520 Ordering provider: Hoover, Mallorie L., DO
Authorized by: Hoover, Mallorie L., DO Ordering mode: Standard
Frequency: Routine Continuous 11/15/21 1515 - Until Specified Class: Hospital Performed
Quantity: 1 Code status: Full Code
Instance released by: Hoover, Mallorie L., DO (auto-released) 11/15/2021 3:20 PM
Order comments: No automated chest compression devices for VAD Patients

**Diet**

**REGULAR DIET [253350068] (Discontinued)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1520** Status: **Discontinued**
Ordering user: Hoover, Mallorie L., DO 11/15/21 1520 Ordering provider: Hoover, Mallorie L., DO
Authorized by: Hoover, Mallorie L., DO Ordering mode: Standard
Frequency: Routine Effective Now 11/15/21 1515 - Until Specified Class: Hospital Performed
Quantity: 1 Instance released by: Hoover, Mallorie L., DO (auto-released) 11/15/2021 3:20 PM
Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]

**Discharge**

**DISCHARGE PATIENT [253394471] (Completed)**

Electronically signed by: **Levy, Deborah, MD on 11/16/21 0823** Status: **Completed**
Ordering user: Levy, Deborah, MD 11/16/21 0823 Ordering provider: Levy, Deborah, MD

## 11/15/2021 - Admission (Discharged) in GENERAL SURGERY UNIT (continued)

**Other Orders (group 1 of 3) (continued)**

Authorized by: Karram, Mickey M., MD
Frequency: Routine 1 Time 11/16/21 0825 - 1 occurrence
Quantity: 1
Ordering mode: Standard
Class: Hospital Performed
Instance released by: Levy, Deborah, MD (auto-released) 11/16/2021 8:23 AM

**Updates**

Discharge date and time: 11/16/2021 Midday
Discharge disposition: Home or Self Care

Order comments: Discharge after PT evlauation

**General Supply**

**ROLLING WALKER [253408817] (Discontinued)**

Electronically signed by: **Karram, Mickey M., MD on 11/28/21 1620**
Status: **Discontinued**
Mode: Ordering in Telephone with readback and verify mode
Ordering user: Scott, Andrea L., RN 11/16/21 0958
Authorized by: Karram, Mickey M., MD
Frequency: Routine 1 Time 11/16/21 1000 - 1 occurrence
Quantity: 1
Communicated by: Scott, Andrea L., RN
Ordering provider: Karram, Mickey M., MD
Ordering mode: Telephone with readback and verify
Class: Hospital Performed
Instance released by: Scott, Andrea L., RN (auto-released) 11/16/2021 9:58 AM
Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]

**MISCELLANEOUS SUPPLY [253409114] (Discontinued)**

Electronically signed by: **Karram, Mickey M., MD on 11/28/21 1620**
Status: **Discontinued**
Mode: Ordering in Telephone with readback and verify mode
Ordering user: Scott, Andrea L., RN 11/16/21 0959
Authorized by: Karram, Mickey M., MD
Frequency: Routine 1 Time 11/16/21 1000 - 1 occurrence
Quantity: 1
Communicated by: Scott, Andrea L., RN
Ordering provider: Karram, Mickey M., MD
Ordering mode: Telephone with readback and verify
Class: Hospital Performed
Instance released by: Scott, Andrea L., RN (auto-released) 11/16/2021 9:59 AM
Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]
Order comments: Crutches Height 5'7" Weight 184 lbs

**IV**

**INSERT PERIPHERAL IV [253326156] (Discontinued)**

Electronically signed by: **Karram, Mickey M., MD on 11/28/21 1620**
Status: **Discontinued**
Mode: Ordering in Verbal with readback and verify mode
Ordering user: James, Shelly J., RN 11/12/21 0209
Authorized by: Karram, Mickey M., MD
Frequency: Pre-Op Continuous 11/15/21 1225 - Until Specified
Quantity: 1
Communicated by: James, Shelly J., RN
Ordering provider: Karram, Mickey M., MD
Ordering mode: Verbal with readback and verify
Class: Hospital Performed
Instance released by: Reeves, Lara, RN (auto-released) 11/15/2021 12:23 PM
Discontinued by: Bentley, Rebecca E., Pharmacist 11/15/21 1909

**SALINE LOCK IV [253350055] (Active)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1520**
Status: **Active**
Ordering user: Hoover, Mallorie L., DO 11/15/21 1520
Authorized by: Hoover, Mallorie L., DO
Frequency: Routine 1 Time 11/16/21 - 1 occurrence
Quantity: 1
Ordering provider: Hoover, Mallorie L., DO
Ordering mode: Standard
Class: Hospital Performed
Instance released by: Hoover, Mallorie L., DO (auto-released) 11/15/2021 3:20 PM

Order comments: Start at 8 am (per protocol)

**DISCONTINUE IV [253377944] (Active)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1520**
Status: **Active**
Ordering user: Hoover, Mallorie L., DO 11/15/21 1520
Authorized by: Hoover, Mallorie L., DO
Frequency: Routine 1 Time 11/17/21 - 1 occurrence
Quantity: 1
Ordering provider: Hoover, Mallorie L., DO
Ordering mode: Standard
Class: Hospital Performed
Instance released by: Hoover, Mallorie L., DO (auto-released)

**Other Orders (group 1 of 3) (continued)**

11/16/2021 12:30 AM

**Meaningful Use**

**NO DVT PROPHYLAXIS ORDERED [253350066] (Active)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1520** Status: **Active**

Ordering user: Hoover, Mallorie L., DO 11/15/21 1520
Authorized by: Hoover, Mallorie L., DO
Frequency: Routine 1 Time 11/15/21 1515 - 1 occurrence
Quantity: 1

Ordering provider: Hoover, Mallorie L., DO
Ordering mode: Standard
Class: Hospital Performed
Instance released by: Hoover, Mallorie L., DO (auto-released) 11/15/2021 3:20 PM

**Questionnaire**

| Question | Answer |
|---|---|
| Reason for no DVT Pharmacologic Prophylaxis | Not indicated-low clinical risk |

## 11/15/2021 - Admission (Discharged) in GENERAL SURGERY UNIT (continued)

**Other Orders (group 2 of 3)**

**Medications**

**aprepitant (EMEND) capsule *Pyxis Override* [253332215] (Active)**

Electronically signed by: **Interface, Pyxis Dispense on 11/15/21 1312** Status: **Active**
Ordering user: Interface, Pyxis Dispense 11/15/21 1312 Ordering mode: Standard
Frequency: 11/15/21 1312 - Until Discontinued
Admin instructions: Collins, Jody : cabinet override
Medication comments: Collins, Jody : cabinet override
Package: 0781-2321-06

**scopolamine (TRANSDERM-SCOP) patch (1 mg over 3 days) *Pyxis Override* [253332216] (Active)**

Electronically signed by: **Interface, Pyxis Dispense on 11/15/21 1312** Status: **Active**
Ordering user: Interface, Pyxis Dispense 11/15/21 1312 Ordering mode: Standard
Frequency: 11/15/21 1312 - Until Discontinued
Admin instructions: Collins, Jody : cabinet override
Medication comments: Collins, Jody : cabinet override
Package: 45802-580-01

**phenazopyridine (PYRIDIUM) tablet *Pyxis Override* [253332217] (Active)**

Electronically signed by: **Interface, Pyxis Dispense on 11/15/21 1312** Status: **Active**
Ordering user: Interface, Pyxis Dispense 11/15/21 1312 Ordering mode: Standard
Frequency: 11/15/21 1312 - Until Discontinued
Admin instructions: Collins, Jody : cabinet override
Medication comments: Collins, Jody : cabinet override
Package: 69367-162-04

**dexamethasone (DECADRON) injection *Pyxis Override* [253332218] (Active)**

Electronically signed by: **Interface, Pyxis Dispense on 11/15/21 1313** Status: **Active**
Ordering user: Interface, Pyxis Dispense 11/15/21 1313 Ordering mode: Standard
Frequency: 11/15/21 1313 - Until Discontinued
Admin instructions: Collins, Jody : cabinet override
Medication comments: Collins, Jody : cabinet override
Package: 0069-0179-01

**acetaminophen (TYLENOL) tablet *Pyxis Override* [253332219] (Active)**

Electronically signed by: **Interface, Pyxis Dispense on 11/15/21 1313** Status: **Active**
Ordering user: Interface, Pyxis Dispense 11/15/21 1313 Ordering mode: Standard
Frequency: 11/15/21 1313 - Until Discontinued
Admin instructions: Collins, Jody : cabinet override
Medication comments: Collins, Jody : cabinet override
Package: 50580-457-11

**famotidine (PEPCID) tablet *Pyxis Override* [253332220] (Active)**

Electronically signed by: **Interface, Pyxis Dispense on 11/15/21 1313** Status: **Active**
Ordering user: Interface, Pyxis Dispense 11/15/21 1313 Ordering mode: Standard
Frequency: 11/15/21 1313 - Until Discontinued
Admin instructions: Collins, Jody : cabinet override
Medication comments: Collins, Jody : cabinet override
Package: 65862-859-01

**fentanyl (Sublimaze) 50 mcg/mL injection *Pyxis Override* [253351243] (Active)**

Electronically signed by: **Interface, Pyxis Dispense on 11/15/21 1528** Status: **Active**
Ordering user: Interface, Pyxis Dispense 11/15/21 1528 Ordering mode: Standard
Frequency: 11/15/21 1528 - Until Discontinued
Admin instructions: Schmidt, Nicole : cabinet override
Medication comments: Schmidt, Nicole : cabinet override
Package: 0409-9093-09

**Hydromorphone (Dilaudid) 1 mg/mL injection Syrg *Pyxis Override* [253354024] (Active)**

**Other Orders (group 2 of 3) (continued)**

Electronically signed by: **Interface, Pyxis Dispense on 11/15/21 1552** Status: **Active**
Ordering user: Interface, Pyxis Dispense 11/15/21 1552 Ordering mode: Standard
Frequency: 11/15/21 1552 - Until Discontinued
Admin instructions: Villareal, Hannah : cabinet override
Medication comments: Villareal, Hannah : cabinet override
Package: 0409-1283-03

**Hydromorphone (Dilaudid) 1 mg/mL injection Syrg *Pyxis Override* [253355958] (Active)**

Electronically signed by: **Interface, Pyxis Dispense on 11/15/21 1610** Status: **Active**
Ordering user: Interface, Pyxis Dispense 11/15/21 1610 Ordering mode: Standard
Frequency: 11/15/21 1610 - Until Discontinued
Admin instructions: Villareal, Hannah : cabinet override
Medication comments: Villareal, Hannah : cabinet override
Package: 0409-1283-03

**ketorolac (TORADOL) injection *Pyxis Override* [253357338] (Active)**

Electronically signed by: **Interface, Pyxis Dispense on 11/15/21 1625** Status: **Active**
Ordering user: Interface, Pyxis Dispense 11/15/21 1625 Ordering mode: Standard
Frequency: 11/15/21 1625 - Until Discontinued
Admin instructions: Villareal, Hannah : cabinet override
Medication comments: Villareal, Hannah : cabinet override
Package: 72266-118-01

**diphenhydrAMINE (Benadryl) 50 mg/mL injection *Pyxis Override* [253362189] (Active)**

Electronically signed by: **Interface, Pyxis Dispense on 11/15/21 1727** Status: **Active**
Ordering user: Interface, Pyxis Dispense 11/15/21 1727 Ordering mode: Standard
Frequency: 11/15/21 1727 - Until Discontinued
Admin instructions: Villareal, Hannah : cabinet override
Medication comments: Villareal, Hannah : cabinet override
Package: 63323-664-01

**sodium chloride 0.9% IV solution [253190043] (Discontinued)**

Electronically signed by: **Karram, Mickey M., MD on 11/15/21 0657** Status: **Discontinued**
Mode: Ordering in Verbal with readback and verify mode Communicated by: James, Shelly J., RN
Ordering user: James, Shelly J., RN 11/12/21 0209 Ordering provider: Karram, Mickey M., MD
Authorized by: Karram, Mickey M., MD Ordering mode: Verbal with readback and verify
Frequency: Routine Pre-Op Continuous 11/15/21 - 11/15/21 1909 Class: Normal
Released by: Schneider, Kimberly, RN 11/12/21 1402 Discontinued by: Bentley, Rebecca E., Pharmacist 11/15/21 1909
Acknowledged: Collins, Jody, RN 11/15/21 1246 for Placing Order Furtwengler, Samantha, RN 11/15/21 1943 for D/C Order
Diagnoses
Vaginal pain [R10.2]
Admin instructions: Reduce rate to 50 ml/hr if diagnosis chronic renal failure
Package: 0409-7983-09
Status
Bentley, Rebecca E., Pharmacist 11/12/21 1408 (Start: 11/12/21 1515 to 11/15/21 0000)

**Indications**

Vaginal pain [R10.2 (ICD-10-CM)]

**cefazolin (Ancef) syringe for injection 2 g 20 mL [253190044] (Completed)**

Electronically signed by: **Karram, Mickey M., MD on 11/15/21 0657** Status: **Completed**
Mode: Ordering in Verbal with readback and verify mode Communicated by: James, Shelly J., RN
Ordering user: James, Shelly J., RN 11/12/21 0209 Ordering provider: Karram, Mickey M., MD
Authorized by: Karram, Mickey M., MD Ordering mode: Verbal with readback and verify
Frequency: Routine Pre-Op Once 11/15/21 - 1 occurrence Class: Normal
Indications of use: SURGICAL PROPHYLAXIS Released by: Schneider, Kimberly, RN 11/12/21 1402
Acknowledged: Collins, Jody, RN 11/15/21 1246 for Placing Order
Diagnoses
Vaginal pain [R10.2]

**Other Orders (group 2 of 3) (continued)**

Admin instructions: REFRIGERATOR
Package: 66288-1300-1, 0990-7118-07
Status
Bentley, Rebecca E., Pharmacist 11/12/21 1408 (Start: 11/12/21 1402 to 11/15/21 0000)

**Indications**

Vaginal pain [R10.2 (ICD-10-CM)]

**phenazopyridine (PYRIDIUM) tablet 200 mg [253190045] (Completed)**

Electronically signed by: **Karram, Mickey M., MD on 11/15/21 0657** Status: **Completed**
Mode: Ordering in Verbal with readback and verify mode
Communicated by: James, Shelly J., RN
Ordering user: James, Shelly J., RN 11/12/21 0209
Ordering provider: Karram, Mickey M., MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Verbal with readback and verify
Frequency: Routine On Call to OR 11/15/21 - 1 occurrence
Class: Normal
Released by: Schneider, Kimberly, RN 11/12/21 1402
Acknowledged: Collins, Jody, RN 11/15/21 1246 for Placing Order
Diagnoses
Vaginal pain [R10.2]
Package: 42192-801-01

**Indications**

Vaginal pain [R10.2 (ICD-10-CM)]

**acetaminophen (TYLENOL) tablet 1,000 mg [253327380] (Completed)**

Electronically signed by: **Janszen, James N., MD on 11/15/21 1235** Status: **Completed**
Ordering user: Janszen, James N., MD 11/15/21 1235
Ordering provider: Janszen, James N., MD
Authorized by: Janszen, James N., MD
Ordering mode: Standard
Frequency: Routine Pre-Op Once 11/15/21 1235 - 1 occurrence
Class: Normal
Acknowledged: Collins, Jody, RN 11/15/21 1246 for Placing Order
Admin instructions: Preferred route is PO if able to take PO
Package: 50580-457-11

**acetaminophen (Ofirmev) intravenous solution 1,000 mg [253327381] (Completed)**

Electronically signed by: **Janszen, James N., MD on 11/15/21 1235** Status: **Completed**
Ordering user: Janszen, James N., MD 11/15/21 1235
Ordering provider: Janszen, James N., MD
Authorized by: Janszen, James N., MD
Ordering mode: Standard
Frequency: Routine Pre-Op Once 11/15/21 1235 - 1 occurrence
Class: Normal
Acknowledged: Collins, Jody, RN 11/15/21 1246 for Placing Order

**Questionnaire**

| Question | Answer |
|---|---|
| Alternative route of acetaminophen administration not available or not tolerated: | Other(Complete comment section) Comment - patient unable to take PO |

Admin instructions: Give if unable to take PO
Package: 24201-100-01

**dexamethasone (DECADRON) injection 4 mg [253327382] (Completed)**

Electronically signed by: **Janszen, James N., MD on 11/15/21 1235** Status: **Completed**
Ordering user: Janszen, James N., MD 11/15/21 1235
Ordering provider: Janszen, James N., MD
Authorized by: Janszen, James N., MD
Ordering mode: Standard
Frequency: Routine Pre-Op Once 11/15/21 1235 - 1 occurrence
Class: Normal
Acknowledged: Collins, Jody, RN 11/15/21 1246 for Placing Order
Package: 72572-120-01

**famotidine (PEPCID) tablet 20 mg [253327383] (Completed)**

Electronically signed by: **Janszen, James N., MD on 11/15/21 1235** Status: **Completed**
Ordering user: Janszen, James N., MD 11/15/21 1235
Ordering provider: Janszen, James N., MD
Authorized by: Janszen, James N., MD
Ordering mode: Standard
Frequency: Routine Pre-Op Once 11/15/21 1235 - 1 occurrence
Class: Normal

**Other Orders (group 2 of 3) (continued)**

Acknowledged: Collins, Jody, RN 11/15/21 1246 for Placing Order
Admin instructions: Preferred route is PO if able to take PO.
Package: 50268-303-11

**famotidine (PF) (PEPCID) injection 20 mg [253327384] (Completed)**

Electronically signed by: **Janszen, James N., MD on 11/15/21 1235** Status: **Completed**
Ordering user: Janszen, James N., MD 11/15/21 1235
Ordering provider: Janszen, James N., MD
Authorized by: Janszen, James N., MD
Ordering mode: Standard
Frequency: Routine Pre-Op Once 11/15/21 1235 - 1 occurrence
Class: Normal
Acknowledged: Collins, Jody, RN 11/15/21 1246 for Placing Order
Admin instructions: Give if unable to take PO
Package: 63323-739-12

**scopolamine (TRANSDERM-SCOP) patch (1 mg over 3 days) 1 Patch [253327385] (Completed)**

Electronically signed by: **Janszen, James N., MD on 11/15/21 1235** Status: **Completed**
Ordering user: Janszen, James N., MD 11/15/21 1235
Ordering provider: Janszen, James N., MD
Authorized by: Janszen, James N., MD
Ordering mode: Standard
Frequency: Routine Q24H 11/15/21 1330 - 1 occurrence
Class: Normal
Acknowledged: Collins, Jody, RN 11/15/21 1246 for Placing Order
Admin instructions: Apply behind ear. *See Waste Disposal Precaution Procedures - Place in Black Bin*
Package: 10019-553-90

**aprepitant (EMEND) capsule 40 mg [253327388] (Completed)**

Electronically signed by: **Janszen, James N., MD on 11/15/21 1235** Status: **Completed**
Ordering user: Janszen, James N., MD 11/15/21 1235
Ordering provider: Janszen, James N., MD
Authorized by: Janszen, James N., MD
Ordering mode: Standard
Frequency: Routine Pre-Op Once 11/15/21 1235 - 1 occurrence
Class: Normal
Acknowledged: Collins, Jody, RN 11/15/21 1246 for Placing Order
Package: 0781-2321-06

**sterile water irrigation [253346652] (Discontinued)**

Electronically signed by: **Cornely, Pamela, RN on 11/15/21 1454** Status: **Discontinued**
Ordering user: Cornely, Pamela, RN 11/15/21 1454
Ordering provider: Karram, Mickey M., MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Routine Intra-Op PRN 11/15/21 1454 - 11/15/21 1909
Class: Normal
Discontinued by: Bentley, Rebecca E., Pharmacist 11/15/21 1909
Package: 0409-7973-07

**sodium chloride 0.9 % irrigation [253346702] (Discontinued)**

Electronically signed by: **Cornely, Pamela, RN on 11/15/21 1454** Status: **Discontinued**
Ordering user: Cornely, Pamela, RN 11/15/21 1454
Ordering provider: Karram, Mickey M., MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Standard
Frequency: Routine Intra-Op PRN 11/15/21 1454 - 11/15/21 1909
Class: Normal
Discontinued by: Bentley, Rebecca E., Pharmacist 11/15/21 1909
Package: 0338-0047-44

**bupivacaine (PF) (MARCAINE) 0.5 % injection 1-30 mL [253347319] (Discontinued)**

Electronically signed by: **Karram, Mickey M., MD on 11/28/21 1620** Status: **Discontinued**
Mode: Ordering in Verbal with readback and verify mode
Communicated by: Cornely, Pamela, RN
Ordering user: Cornely, Pamela, RN 11/15/21 1500
Ordering provider: Karram, Mickey M., MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Verbal with readback and verify
Frequency: Routine Intra-Op (ON TRAY) 11/15/21 1500 - 11/15/21 1739
Class: Normal
Discontinued by: Hoover, Mallorie L., DO 11/15/21 1739
Package: 0409-1162-10

**Ordering & Authorizing Provider Audit Trail**

| Date/Time | Ordering provider | Authorizing Provider | User |
|---|---|---|---|
| 11/15/21 1739 | Hoover, Mallorie L., DO | Hoover, Mallorie L., DO | Ditmore, Samantha, RN |
| 11/15/21 1500 | Karram, Mickey M., MD | Karram, Mickey M., MD | Cornely, Pamela, RN |

**sodium chloride 0.9% IV solution [253327460] (Discontinued)**

Electronically signed by: **Janszen, James N., MD on 11/15/21 1236** Status: **Discontinued**
Ordering user: Janszen, James N., MD 11/15/21 1236 Ordering provider: Janszen, James N., MD
Authorized by: Janszen, James N., MD Ordering mode: Standard
Frequency: Routine PACU Continuous 11/15/21 1630 - 11/15/21 1909 Class: Normal
Released by: Schmidt, Nicole, RN 11/15/21 1519 Discontinued by: Bentley, Rebecca E., Pharmacist 11/15/21 1909
Acknowledged: Schmidt, Nicole, RN 11/15/21 1519 for Placing Order Furtwengler, Samantha, RN 11/15/21 1943 for D/C Order

**Ordering & Authorizing Provider Audit Trail**

| Date/Time | Ordering provider | Authorizing Provider | User |
|---|---|---|---|
| 11/15/21 1909 | Karram, Mickey M., MD | Karram, Mickey M., MD | Bentley, Rebecca E., Pharmacist |
| 11/15/21 1519 | Janszen, James N., MD | Janszen, James N., MD | Schmidt, Nicole, RN |
| 11/15/21 1236 | Janszen, James N., MD | Janszen, James N., MD | Janszen, James N., MD |

**ondansetron (PF) (ZOFRAN) injection 4 mg [253327461] (Discontinued)**

Electronically signed by: **Janszen, James N., MD on 11/15/21 1236** Status: **Discontinued**
Ordering user: Janszen, James N., MD 11/15/21 1236 Ordering provider: Janszen, James N., MD
Authorized by: Janszen, James N., MD Ordering mode: Standard
Frequency: Routine PACU Multiple 11/15/21 1519 - 2 occurrences Class: Normal
Released by: Schmidt, Nicole, RN 11/15/21 1519 Discontinued by: Bentley, Rebecca E., Pharmacist 11/15/21 1909
Acknowledged: Schmidt, Nicole, RN 11/15/21 1519 for Placing Order Furtwengler, Samantha, RN 11/15/21 1943 for D/C Order
Admin instructions: PACU/SDS only.
May repeat in 4 hours for a total of 2 doses.

**Ordering & Authorizing Provider Audit Trail**

| Date/Time | Ordering provider | Authorizing Provider | User |
|---|---|---|---|
| 11/15/21 1909 | Karram, Mickey M., MD | Karram, Mickey M., MD | Bentley, Rebecca E., Pharmacist |
| 11/15/21 1519 | Janszen, James N., MD | Janszen, James N., MD | Schmidt, Nicole, RN |
| 11/15/21 1236 | Janszen, James N., MD | Janszen, James N., MD | Janszen, James N., MD |

**fentanyl (Sublimaze) 50 mcg/mL injection 25 mcg [253327462] (Discontinued)**

Electronically signed by: **Janszen, James N., MD on 11/15/21 1236** Status: **Discontinued**
Ordering user: Janszen, James N., MD 11/15/21 1236 Ordering provider: Janszen, James N., MD
Authorized by: Janszen, James N., MD Ordering mode: Standard
PRN reasons: Other (enter comment)
PRN Comment: See Admin. Instructions
Frequency: Routine PACU PRN 11/15/21 1519 - 11/15/21 1909 Class: Normal
Released by: Schmidt, Nicole, RN 11/15/21 1519 Discontinued by: Bentley, Rebecca E., Pharmacist 11/15/21 1909
Acknowledged: Schmidt, Nicole, RN 11/15/21 1519 for Placing Order Furtwengler, Samantha, RN 11/15/21 1943 for D/C Order
Admin instructions: First choice for pain PACU/SDS only.
For pain scale 4-10 give q5min for a maximum of 100 mcg.
Package: 0409-9094-12

**Ordering & Authorizing Provider Audit Trail**

| Date/Time | Ordering provider | Authorizing Provider | User |
|---|---|---|---|
| 11/15/21 1909 | Karram, Mickey M., MD | Karram, Mickey M., MD | Bentley, Rebecca E., Pharmacist |
| 11/15/21 1519 | Janszen, James N., MD | Janszen, James N., MD | Schmidt, Nicole, RN |
| 11/15/21 1236 | Janszen, James N., MD | Janszen, James N., MD | Janszen, James N., MD |

**Hydromorphone (Dilaudid) 1 mg/mL injection Syrg 0.25 mg [253327463] (Discontinued)**

Electronically signed by: **Janszen, James N., MD on 11/15/21 1236** Status: **Discontinued**

**Other Orders (group 2 of 3) (continued)**

Ordering user: Janszen, James N., MD 11/15/21 1236
Ordering provider: Janszen, James N., MD
Authorized by: Janszen, James N., MD
Ordering mode: Standard
PRN reasons: Other (enter comment)
PRN Comment: See Admin. Instructions, For Pain level 2-4
Frequency: Routine PACU PRN 11/15/21 1519 - 11/15/21 1909
Class: Normal
Released by: Schmidt, Nicole, RN 11/15/21 1519
Discontinued by: Bentley, Rebecca E., Pharmacist 11/15/21 1909
Acknowledged: Schmidt, Nicole, RN 11/15/21 1519 for Placing Order Furtwengler, Samantha, RN 11/15/21 1943 for D/C Order
Admin instructions: Look alike/ Sound alike

Second choice for pain PACU/SDS only.
Give every 5 minutes as needed.
Total MAX dose = 2 mg ( Including the order for pain scale 5-10)

**Ordering & Authorizing Provider Audit Trail**

| Date/Time | Ordering provider | Authorizing Provider | User |
|---|---|---|---|
| 11/15/21 1909 | Karram, Mickey M., MD | Karram, Mickey M., MD | Bentley, Rebecca E., Pharmacist |
| 11/15/21 1519 | Janszen, James N., MD | Janszen, James N., MD | Schmidt, Nicole, RN |
| 11/15/21 1236 | Janszen, James N., MD | Janszen, James N., MD | Janszen, James N., MD |

**Hydromorphone (Dilaudid) 1 mg/mL injection Syrg 0.5 mg [253327464] (Discontinued)**

Electronically signed by: **Janszen, James N., MD on 11/15/21 1236**
Status: **Discontinued**
Ordering user: Janszen, James N., MD 11/15/21 1236
Ordering provider: Janszen, James N., MD
Authorized by: Janszen, James N., MD
Ordering mode: Standard
PRN reasons: Other (enter comment)
PRN Comment: See Admin. Instructions, For pain scale 5-10
Frequency: Routine PACU PRN 11/15/21 1519 - 11/15/21 1909
Class: Normal
Released by: Schmidt, Nicole, RN 11/15/21 1519
Discontinued by: Bentley, Rebecca E., Pharmacist 11/15/21 1909
Acknowledged: Schmidt, Nicole, RN 11/15/21 1519 for Placing Order Furtwengler, Samantha, RN 11/15/21 1943 for D/C Order
Admin instructions: Look alike/ Sound alike

Second choice for pain PACU/SDS only.
Give every 5 minutes as needed.
Total MAX dose = 2 mg ( Including the order for pain scale 2-4)
Package: 0409-1283-03

**Ordering & Authorizing Provider Audit Trail**

| Date/Time | Ordering provider | Authorizing Provider | User |
|---|---|---|---|
| 11/15/21 1909 | Karram, Mickey M., MD | Karram, Mickey M., MD | Bentley, Rebecca E., Pharmacist |
| 11/15/21 1519 | Janszen, James N., MD | Janszen, James N., MD | Schmidt, Nicole, RN |
| 11/15/21 1236 | Janszen, James N., MD | Janszen, James N., MD | Janszen, James N., MD |

**meperidine (Demerol) 25 mg/mL injection 12.5 mg [253327465] (Discontinued)**

Electronically signed by: **Janszen, James N., MD on 11/15/21 1236**
Status: **Discontinued**
Ordering user: Janszen, James N., MD 11/15/21 1236
Ordering provider: Janszen, James N., MD
Authorized by: Janszen, James N., MD
Ordering mode: Standard
PRN reasons: Other (enter comment)
PRN Comment: Shivering
Frequency: Routine PACU PRN 11/15/21 1519 - 11/15/21 1909
Class: Normal
Released by: Schmidt, Nicole, RN 11/15/21 1519
Discontinued by: Bentley, Rebecca E., Pharmacist 11/15/21 1909
Acknowledged: Schmidt, Nicole, RN 11/15/21 1519 for Placing Order Furtwengler, Samantha, RN 11/15/21 1943 for D/C Order
Admin instructions: Every 1 hour as needed.

**Ordering & Authorizing Provider Audit Trail**

| Date/Time | Ordering provider | Authorizing Provider | User |
|---|---|---|---|
| 11/15/21 1909 | Karram, Mickey M., MD | Karram, Mickey M., MD | Bentley, Rebecca E., Pharmacist |
| 11/15/21 1519 | Janszen, James N., MD | Janszen, James N., MD | Schmidt, Nicole, RN |
| 11/15/21 1236 | Janszen, James N., MD | Janszen, James N., MD | Janszen, James N., MD |

**pregabalin (LYRICA) capsule 100 mg [253349976] (Discontinued)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1520** Status: **Discontinued**
Ordering user: Hoover, Mallorie L., DO 11/15/21 1520 Ordering provider: Hoover, Mallorie L., DO
Authorized by: Hoover, Mallorie L., DO Ordering mode: Standard
Frequency: Routine TID 11/15/21 2000 - 11/16/21 1636 Class: Normal
Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]
Acknowledged: Schmidt, Nicole, RN 11/15/21 1523 for Placing Order
Package: 0904-7001-61
Status
Neack, Kathryn J., Pharmacist 11/15/21 1749 (Start: 11/15/21 1630 to 11/15/21 2000, Admin Instructions edited)
Reordered from: pregabalin (LYRICA) 100 mg Capsule

**tiZANidine (ZANAFLEX) tablet 4 mg [253349977] (Discontinued)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1520** Status: **Discontinued**
Ordering user: Hoover, Mallorie L., DO 11/15/21 1520 Ordering provider: Hoover, Mallorie L., DO
Authorized by: Hoover, Mallorie L., DO Ordering mode: Standard
Frequency: Routine TID 11/15/21 2100 - 11/16/21 1636 Class: Normal
Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]
Acknowledged: Schmidt, Nicole, RN 11/15/21 1523 for Placing Order
Package: 57664-503-89
Status
Neack, Kathryn J., Pharmacist 11/15/21 1749 (Start: 11/15/21 1630 to 11/15/21 2100, Admin Instructions edited)
Reordered from: tiZANidine (ZANAFLEX) 4 mg tablet

**ketorolac (TORADOL) injection 15 mg [253350014] (Discontinued)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1520** Status: **Discontinued**
Ordering user: Hoover, Mallorie L., DO 11/15/21 1520 Ordering provider: Hoover, Mallorie L., DO
Authorized by: Hoover, Mallorie L., DO Ordering mode: Standard
Frequency: Routine Q6H 11/15/21 1900 - 5 occurrences Class: Normal
Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]
Acknowledged: Schmidt, Nicole, RN 11/15/21 1523 for Placing Order
Admin instructions: IV doses must be infused over 30 seconds. *See Waste Disposal Precaution Procedures - Place in Black Bin*
Package: 63323-162-00

**acetaminophen (TYLENOL) tablet 1,000 mg [253350015] (Discontinued)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1520** Status: **Discontinued**
Ordering user: Hoover, Mallorie L., DO 11/15/21 1520 Ordering provider: Hoover, Mallorie L., DO
Authorized by: Hoover, Mallorie L., DO Ordering mode: Standard
Frequency: Routine Q6H 11/15/21 1900 - 11/16/21 1636 Class: Normal
Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]
Acknowledged: Schmidt, Nicole, RN 11/15/21 1523 for Placing Order
Admin instructions: Do not exceed 4 grams of acetaminophen in 24 hours from all sources
Package: 50580-457-11

**bisacodyL (DULCOLAX) suppository 10 mg [253350016] (Discontinued)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1520** Status: **Discontinued**
Ordering user: Hoover, Mallorie L., DO 11/15/21 1520 Ordering provider: Hoover, Mallorie L., DO
Authorized by: Hoover, Mallorie L., DO Ordering mode: Standard
PRN reasons: Constipation
Frequency: Routine Q6H PRN 11/16/21 0800 - 11/16/21 1636 Class: Normal
Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]
Acknowledged: Schmidt, Nicole, RN 11/15/21 1523 for Placing Order
Package: 0904-5058-12

**simethicone (MYLICON) chewable tablet 80 mg [253350018] (Discontinued)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1520** Status: **Discontinued**
Ordering user: Hoover, Mallorie L., DO 11/15/21 1520 Ordering provider: Hoover, Mallorie L., DO

**Other Orders (group 2 of 3) (continued)**

Authorized by: Hoover, Mallorie L., DO Ordering mode: Standard
PRN reasons: Cramping
Frequency: Routine Q6H PRN 11/16/21 0800 - 11/16/21 1636 Class: Normal
Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]
Acknowledged: Schmidt, Nicole, RN 11/15/21 1523 for Placing Order
Package: 54738-518-01

**temazepam (RESTORIL) capsule 15 mg [253350019] (Discontinued)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1520** Status: **Discontinued**
Ordering user: Hoover, Mallorie L., DO 11/15/21 1520 Ordering provider: Hoover, Mallorie L., DO
Authorized by: Hoover, Mallorie L., DO Ordering mode: Standard
PRN reasons: Sleep
Frequency: Routine QHS PRN 11/16/21 2100 - 11/16/21 1636 Class: Normal
Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]
Acknowledged: Schmidt, Nicole, RN 11/15/21 1523 for Placing Order
Package: 0228-2076-10

**magnesium hydroxide (MILK OF MAGNESIA) 400 mg/5 mL (new strength)suspension 30 mL [253350020] (Discontinued)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1520** Status: **Discontinued**
Ordering user: Hoover, Mallorie L., DO 11/15/21 1520 Ordering provider: Hoover, Mallorie L., DO
Authorized by: Hoover, Mallorie L., DO Ordering mode: Standard
PRN reasons: Constipation Heartburn
Frequency: Routine Q12H PRN 11/15/21 1513 - 11/16/21 1636 Class: Normal
Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]
Acknowledged: Schmidt, Nicole, RN 11/15/21 1523 for Placing Order
Admin instructions: Shake well
Package: 66689-053-99

**sodium chloride 0.9% IV solution [253350023] (Discontinued)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1520** Status: **Discontinued**
Ordering user: Hoover, Mallorie L., DO 11/15/21 1520 Ordering provider: Hoover, Mallorie L., DO
Authorized by: Hoover, Mallorie L., DO Ordering mode: Standard
Frequency: Routine Continuous 11/15/21 1630 - 24 hours Class: Normal
Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]
Acknowledged: Schmidt, Nicole, RN 11/15/21 1523 for Placing Order
Package: 0409-7983-09

**famotidine (PF) (PEPCID) injection 20 mg [253350024] (Discontinued)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1520** Status: **Discontinued**
Ordering user: Hoover, Mallorie L., DO 11/15/21 1520 Ordering provider: Hoover, Mallorie L., DO
Authorized by: Hoover, Mallorie L., DO Ordering mode: Standard
Frequency: Routine BID 11/15/21 2100 - 11/16/21 1636 Class: Normal
Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]
Acknowledged: Schmidt, Nicole, RN 11/15/21 1523 for Placing Order
Admin instructions: If both IVP and PO ordered
Give either the IVP dose or the PO dose as one administration not both
Package: 0641-6022-01

**traMADoL (ULTRAM) tablet 50 mg [253350025] (Discontinued)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1520** Status: **Discontinued**
Ordering user: Hoover, Mallorie L., DO 11/15/21 1520 Ordering provider: Hoover, Mallorie L., DO
Authorized by: Hoover, Mallorie L., DO Ordering mode: Standard
PRN reasons: Moderate Pain Intensity (4-6)
Frequency: Routine Q6H PRN 11/15/21 1515 - 11/16/21 1636 Class: Normal
Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]
Acknowledged: Schmidt, Nicole, RN 11/15/21 1523 for Placing Order
Package: 57664-377-08

**ondansetron (PF) (ZOFRAN) injection 4 mg [253350026] (Discontinued)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1520** Status: **Discontinued**

**Other Orders (group 2 of 3) (continued)**

Ordering user: Hoover, Mallorie L., DO 11/15/21 1520 Ordering provider: Hoover, Mallorie L., DO
Authorized by: Hoover, Mallorie L., DO Ordering mode: Standard
PRN reasons: Nausea Vomiting
Frequency: Routine Q6H PRN 11/15/21 1517 - 11/16/21 1636 Class: Normal
Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]
Acknowledged: Schmidt, Nicole, RN 11/15/21 1523 for Placing Order
Package: 67457-440-22

**diphenhydrAMINE (Benadryl) 50 mg/mL injection 12.5 mg [253350027] (Discontinued)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1520** Status: **Discontinued**
Ordering user: Hoover, Mallorie L., DO 11/15/21 1520 Ordering provider: Hoover, Mallorie L., DO
Authorized by: Hoover, Mallorie L., DO Ordering mode: Standard
PRN reasons: Itching Allergies Sleep
Frequency: Routine Q6H PRN 11/15/21 1518 - 11/15/21 2021 Class: Normal
Discontinued by: Gurney-McMaster, Allison, MD 11/15/21 2021
Acknowledged: Schmidt, Nicole, RN 11/15/21 1523 for Placing Order Furtwengler, Samantha, RN 11/15/21 2025 for D/C Order
Package: 63323-664-01

**Ordering & Authorizing Provider Audit Trail**

| Date/Time | Ordering provider | Authorizing Provider | User |
|---|---|---|---|
| 11/15/21 2021 | Gurney-McMaster, Allison, MD | Gurney-McMaster, Allison, MD | Gurney-McMaster, Allison, MD |
| 11/15/21 1520 | Hoover, Mallorie L., DO | Hoover, Mallorie L., DO | Hoover, Mallorie L., DO |

**phenoL (CHLORASEPTIC THROAT) 1.4 % spray 2 Spray [253350028] (Discontinued)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1520** Status: **Discontinued**
Ordering user: Hoover, Mallorie L., DO 11/15/21 1520 Ordering provider: Hoover, Mallorie L., DO
Authorized by: Hoover, Mallorie L., DO Ordering mode: Standard
PRN reasons: Sore Throat
Frequency: Routine PRN 11/15/21 1518 - 11/16/21 1636 Class: Normal
Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]
Acknowledged: Schmidt, Nicole, RN 11/15/21 1523 for Placing Order
Admin instructions: *See Waste Disposal Precaution Procedures - Place in Black Bin*
Package: 70000-0458-1

**morphine 4 mg/mL injection 2 mg [253350029] (Discontinued)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1520** Status: **Discontinued**
Ordering user: Hoover, Mallorie L., DO 11/15/21 1520 Ordering provider: Hoover, Mallorie L., DO
Authorized by: Hoover, Mallorie L., DO Ordering mode: Standard
PRN reasons: Other (enter comment)
PRN Comment: breakthrough pain not well controlled by PO pain medication
Frequency: Routine Q4H PRN 11/15/21 1518 - 11/16/21 0645 Class: Normal
Discontinued by: Levy, Deborah, MD 11/16/21 0645
Acknowledged: Schmidt, Nicole, RN 11/15/21 1523 for Placing Order Seals, India, RN 11/16/21 0722 for D/C Order
Admin instructions: Look-Alike, Sound-Alike Medication
Package: 0641-6125-01

**Ordering & Authorizing Provider Audit Trail**

| Date/Time | Ordering provider | Authorizing Provider | User |
|---|---|---|---|
| 11/16/21 0645 | Levy, Deborah, MD | Levy, Deborah, MD | Levy, Deborah, MD |
| 11/15/21 1520 | Hoover, Mallorie L., DO | Hoover, Mallorie L., DO | Hoover, Mallorie L., DO |

**promethazine (PHENERGAN) injection 6.25 mg [253350030] (Discontinued)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1520** Status: **Discontinued**
Ordering user: Hoover, Mallorie L., DO 11/15/21 1520 Ordering provider: Hoover, Mallorie L., DO
Authorized by: Hoover, Mallorie L., DO Ordering mode: Standard
PRN reasons: Nausea Vomiting
PRN Comment: use if nausea/vomiting uncontrolled by zofran.
Frequency: Routine Q6H PRN 11/15/21 1519 - 11/16/21 1636 Class: Normal

Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]
Acknowledged: Schmidt, Nicole, RN 11/15/21 1523 for Placing Order
Admin instructions: IV push requires diultion with 10 mL normal saline.
*IRRITANT*
Package: 0641-0928-25

**traMADoL (ULTRAM) 50 mg tablet [253361381] (Expired)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1717** Status: **Expired**
Ordering user: Hoover, Mallorie L., DO 11/15/21 1717
Ordering provider: Hoover, Mallorie L., DO
Authorized by: Hoover, Mallorie L., DO
Ordering mode: Standard
PRN reasons: Pain
Frequency: Routine Q6H PRN 11/15/21 - 5 days
Class: Normal
Diagnoses
Postoperative pain [G89.18]
Package: 57664-377-18

**Indications**

Postoperative pain [G89.18 (ICD-10-CM)]

**scopolamine (TRANSDERM-SCOPE) patch check [253327386] (Completed)**

Electronically signed by: **Janszen, James N., MD on 11/15/21 1235** Status: **Completed**
Ordering user: Janszen, James N., MD 11/15/21 1235
Ordering provider: Janszen, James N., MD
Authorized by: Janszen, James N., MD
Ordering mode: Standard
Frequency: Routine Q12H 11/15/21 2100 - 12 hours
Class: Normal
Released by: Ditmore, Samantha, RN 11/15/21 1739
Acknowledged: Matacia, Emily, RN 11/15/21 1800 for Placing Order
Package: TCHSCOPPTCH-408

**scopolamine (TRANSDERM-SCOPE) *remove patch* [253327387] (Discontinued)**

Electronically signed by: **Janszen, James N., MD on 11/15/21 1235** Status: **Discontinued**
Ordering user: Janszen, James N., MD 11/15/21 1235
Ordering provider: Janszen, James N., MD
Authorized by: Janszen, James N., MD
Ordering mode: Standard
Frequency: Routine Once 11/16/21 1245 - 1 occurrence
Class: Normal
Released by: Ditmore, Samantha, RN 11/15/21 1739
Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]
Acknowledged: Matacia, Emily, RN 11/15/21 1800 for Placing Order
Package: TCH-40801011

**diphenhydrAMINE (Benadryl) 50 mg/mL injection 25 mg [253368476] (Discontinued)**

Electronically signed by: **Gurney-McMaster, Allison, MD on 11/15/21 2021** Status: **Discontinued**
Ordering user: Gurney-McMaster, Allison, MD 11/15/21 2021
Ordering provider: Gurney-McMaster, Allison, MD
Authorized by: Gurney-McMaster, Allison, MD
Ordering mode: Standard
PRN reasons: Itching Allergies Sleep
Frequency: Routine Q6H PRN 11/15/21 2330 - 11/16/21 1636
Class: Normal
Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]
Acknowledged: Furtwengler, Samantha, RN 11/15/21 2025 for Placing Order
Package: 0641-0376-21
Modified from: diphenhydrAMINE (Benadryl) 50 mg/mL injection 12.5 mg

**diphenhydrAMINE (Benadryl) 50 mg/mL injection 12.5 mg [253368477] (Completed)**

Electronically signed by: **Gurney-McMaster, Allison, MD on 11/15/21 2021** Status: **Completed**
Ordering user: Gurney-McMaster, Allison, MD 11/15/21 2021
Ordering provider: Gurney-McMaster, Allison, MD
Authorized by: Gurney-McMaster, Allison, MD
Ordering mode: Standard
Frequency: Routine Once 11/15/21 2130 - 1 occurrence
Class: Normal
Acknowledged: Furtwengler, Samantha, RN 11/15/21 2025 for Placing Order
Package: 0641-0376-21

**diphenhydrAMINE (Benadryl) 50 mg/mL injection *Pyxis Override* [253368557] (Expired)**

Electronically signed by: **Interface, Pyxis Dispense on 11/15/21 2023** Status: **Expired**

**Other Orders (group 2 of 3) (continued)**

Ordering user: Interface, Pyxis Dispense 11/15/21 2023 Ordering mode: Standard
Frequency: 11/15/21 2023 - 1 occurrence
Admin instructions: Furtwengler, Samantha : cabinet override
Medication comments: Furtwengler, Samantha : cabinet override

## 11/15/2021 - Admission (Discharged) in GENERAL SURGERY UNIT (continued)

**Other Orders (group 3 of 3)**

**Nursing**

**NURSING COMMUNICATION [253326157] (Discontinued)**

Electronically signed by: **Karram, Mickey M., MD on 11/28/21 1620** Status: **Discontinued**
Mode: Ordering in Verbal with readback and verify mode
Ordering user: James, Shelly J., RN 11/12/21 0209
Authorized by: Karram, Mickey M., MD
Frequency: Routine Pre-Op Once 11/15/21 1225 - 1 occurrence
Quantity: 1
Communicated by: James, Shelly J., RN
Ordering provider: Karram, Mickey M., MD
Ordering mode: Verbal with readback and verify
Class: Hospital Performed
Instance released by: Reeves, Lara, RN (auto-released) 11/15/2021 12:23 PM
Discontinued by: Bentley, Rebecca E., Pharmacist 11/15/21 1909
Order comments: Urine pregnancy (Beta HCG if patient unable to void) day of surgery, or documented serum HCG within 7 days prior to surgery, unless specified per the physician.

**NURSING COMMUNICATION [253326158] (Discontinued)**

Electronically signed by: **Karram, Mickey M., MD on 11/28/21 1620** Status: **Discontinued**
Mode: Ordering in Verbal with readback and verify mode
Ordering user: James, Shelly J., RN 11/12/21 0209
Authorized by: Karram, Mickey M., MD
Frequency: Routine 1 Time 11/15/21 1225 - 1 occurrence
Quantity: 1
Communicated by: James, Shelly J., RN
Ordering provider: Karram, Mickey M., MD
Ordering mode: Verbal with readback and verify
Class: Hospital Performed
Instance released by: Reeves, Lara, RN (auto-released) 11/15/2021 12:23 PM
Discontinued by: Bentley, Rebecca E., Pharmacist 11/15/21 1909

**NURSING COMMUNICATION [253326159] (Discontinued)**

Electronically signed by: **Karram, Mickey M., MD on 11/28/21 1620** Status: **Discontinued**
Mode: Ordering in Verbal with readback and verify mode
Ordering user: James, Shelly J., RN 11/12/21 0209
Authorized by: Karram, Mickey M., MD
Frequency: Routine Pre-Op Once 11/15/21 1225 - 1 occurrence
Quantity: 1
Communicated by: James, Shelly J., RN
Ordering provider: Karram, Mickey M., MD
Ordering mode: Verbal with readback and verify
Class: Hospital Performed
Instance released by: Reeves, Lara, RN (auto-released) 11/15/2021 12:23 PM
Discontinued by: Bentley, Rebecca E., Pharmacist 11/15/21 1909

**NURSING COMMUNICATION [253326160] (Discontinued)**

Electronically signed by: **Karram, Mickey M., MD on 11/28/21 1620** Status: **Discontinued**
Mode: Ordering in Verbal with readback and verify mode
Ordering user: James, Shelly J., RN 11/12/21 0209
Authorized by: Karram, Mickey M., MD
Frequency: Routine Pre-Op Once 11/15/21 1225 - 1 occurrence
Quantity: 1
Communicated by: James, Shelly J., RN
Ordering provider: Karram, Mickey M., MD
Ordering mode: Verbal with readback and verify
Class: Hospital Performed
Instance released by: Reeves, Lara, RN (auto-released) 11/15/2021 12:23 PM
Discontinued by: Bentley, Rebecca E., Pharmacist 11/15/21 1909

**NURSING COMMUNICATION [253326161] (Discontinued)**

Electronically signed by: **Karram, Mickey M., MD on 11/28/21 1620** Status: **Discontinued**
Mode: Ordering in Verbal with readback and verify mode
Ordering user: James, Shelly J., RN 11/12/21 0209
Authorized by: Karram, Mickey M., MD
Frequency: Routine Pre-Op Once 11/15/21 1225 - 1 occurrence
Quantity: 1
Communicated by: James, Shelly J., RN
Ordering provider: Karram, Mickey M., MD
Ordering mode: Verbal with readback and verify
Class: Hospital Performed
Instance released by: Reeves, Lara, RN (auto-released) 11/15/2021 12:23 PM
Discontinued by: Bentley, Rebecca E., Pharmacist 11/15/21 1909

**NURSING TREATMENT (SPECIFY) [253326162] (Discontinued)**

Electronically signed by: **Karram, Mickey M., MD on 11/28/21 1620** Status: **Discontinued**
Mode: Ordering in Verbal with readback and verify mode
Ordering user: James, Shelly J., RN 11/12/21 0209
Authorized by: Karram, Mickey M., MD
Frequency: Pre-Op Pre-Op Once 11/15/21 1225 - 1 occurrence
Communicated by: James, Shelly J., RN
Ordering provider: Karram, Mickey M., MD
Ordering mode: Verbal with readback and verify
Class: Hospital Performed

Quantity: 1
Instance released by: Reeves, Lara, RN (auto-released) 11/15/2021 12:23 PM
Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]

**MAINTAIN SEQUENTIAL COMPRESSION DEVICE [253326163] (Discontinued)**

Electronically signed by: **Karram, Mickey M., MD on 11/28/21 1620**
Status: **Discontinued**
Mode: Ordering in Verbal with readback and verify mode
Communicated by: James, Shelly J., RN
Ordering user: James, Shelly J., RN 11/12/21 0209
Ordering provider: Karram, Mickey M., MD
Authorized by: Karram, Mickey M., MD
Ordering mode: Verbal with readback and verify
Frequency: Routine Until D/C 11/15/21 1225 - Until Specified
Class: Hospital Performed
Quantity: 1
Instance released by: Reeves, Lara, RN (auto-released) 11/15/2021 12:23 PM
Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]

**Questionnaire**

| Question | Answer |
|---|---|
| Laterality: | Bilateral |
| Height: | Knee |

**O2 PER NASAL CANNULA [253327457] (Discontinued)**

Electronically signed by: **Janszen, James N., MD on 11/15/21 1236**
Status: **Discontinued**
Ordering user: Janszen, James N., MD 11/15/21 1236
Ordering provider: Janszen, James N., MD
Authorized by: Janszen, James N., MD
Ordering mode: Standard
Frequency: Routine PACU PRN ONCE 11/15/21 1519 - Until Specified
Class: Hospital Performed
Quantity: 1
Released by: Schmidt, Nicole, RN 11/15/21 1519
Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]
Acknowledged: Schmidt, Nicole, RN 11/15/21 1519 for Placing Order

**Questionnaire**

| Question | Answer |
|---|---|
| Liters per minute: | 2 |

Order comments: If RA SaOx less than 90, notify anesthesiologist and maintain 2 L/min until AM

**NURSING COMMUNICATION [253349880] (Discontinued)**

Electronically signed by: **Janszen, James N., MD on 11/15/21 1236**
Status: **Discontinued**
Ordering user: Janszen, James N., MD 11/15/21 1236
Ordering provider: Janszen, James N., MD
Authorized by: Janszen, James N., MD
Ordering mode: Standard
Frequency: Routine 1 Time 11/15/21 1520 - 1 occurrence
Class: Hospital Performed
Quantity: 1
Instance released by: Schmidt, Nicole, RN (auto-released) 11/15/2021 3:19 PM
Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]

**NURSING TREATMENT (SPECIFY) [253349881] (Discontinued)**

Electronically signed by: **Janszen, James N., MD on 11/15/21 1236**
Status: **Discontinued**
Ordering user: Janszen, James N., MD 11/15/21 1236
Ordering provider: Janszen, James N., MD
Authorized by: Janszen, James N., MD
Ordering mode: Standard
Frequency: Routine PACU Once 11/15/21 1520 - 1 occurrence
Class: Hospital Performed
Quantity: 1
Instance released by: Schmidt, Nicole, RN (auto-released) 11/15/2021 3:19 PM
Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]

**NURSING COMMUNICATION [253349882] (Discontinued)**

Electronically signed by: **Janszen, James N., MD on 11/15/21 1236**
Status: **Discontinued**
Ordering user: Janszen, James N., MD 11/15/21 1236
Ordering provider: Janszen, James N., MD
Authorized by: Janszen, James N., MD
Ordering mode: Standard
Frequency: Routine 1 Time 11/15/21 1520 - 1 occurrence
Class: Hospital Performed
Quantity: 1
Instance released by: Schmidt, Nicole, RN (auto-released) 11/15/2021 3:19 PM

Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]

**NOTIFY PHYSICIAN (SPECIFY) [253349883] (Discontinued)**

Electronically signed by: **Janszen, James N., MD on 11/15/21 1236** Status: **Discontinued**
Ordering user: Janszen, James N., MD 11/15/21 1236
Ordering provider: Janszen, James N., MD
Authorized by: Janszen, James N., MD
Ordering mode: Standard
Frequency: Routine PACU Continuous 11/15/21 1520 - Until Specified
Class: Hospital Performed
Quantity: 1
Instance released by: Schmidt, Nicole, RN (auto-released) 11/15/2021 3:19 PM
Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]

**STRAIGHT CATH [253349990] (Discontinued)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1520** Status: **Discontinued**
Ordering user: Hoover, Mallorie L., DO 11/15/21 1520
Ordering provider: Hoover, Mallorie L., DO
Authorized by: Hoover, Mallorie L., DO
Ordering mode: Standard
Frequency: Routine PRN 11/16/21 - 1 occurrence
Class: Hospital Performed
Quantity: 1
Discontinued by: Hoover, Mallorie L., DO 11/15/21 1529
Acknowledged: Schmidt, Nicole, RN 11/15/21 1523 for Placing Order Schmidt, Nicole, RN 11/15/21 1535 for D/C Order
Order comments: Start at 8 am (per protocol)

**PULSE OXIMETRY SPOT CHECK [253349994] (Discontinued)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1520** Status: **Discontinued**
Ordering user: Hoover, Mallorie L., DO 11/15/21 1520
Ordering provider: Hoover, Mallorie L., DO
Authorized by: Hoover, Mallorie L., DO
Ordering mode: Standard
Frequency: Routine PRN 11/15/21 1513 - 1 occurrence
Class: Hospital Performed
Quantity: 1
Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]
Acknowledged: Schmidt, Nicole, RN 11/15/21 1523 for Placing Order

**PERINEAL CARE [253349996] (Discontinued)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1520** Status: **Discontinued**
Ordering user: Hoover, Mallorie L., DO 11/15/21 1520
Ordering provider: Hoover, Mallorie L., DO
Authorized by: Hoover, Mallorie L., DO
Ordering mode: Standard
Frequency: Routine Q8H and PRN 11/15/21 1513 - Until Specified
Class: Hospital Performed
Quantity: 1
Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]
Acknowledged: Schmidt, Nicole, RN 11/15/21 1523 for Placing Order

**NURSING ACTIVITY (SPECIFY) [253349997] (Discontinued)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1520** Status: **Discontinued**
Ordering user: Hoover, Mallorie L., DO 11/15/21 1520
Ordering provider: Hoover, Mallorie L., DO
Authorized by: Hoover, Mallorie L., DO
Ordering mode: Standard
Frequency: Routine PRN 11/16/21 - 1 occurrence
Class: Hospital Performed
Quantity: 1
Discontinued by: Hoover, Mallorie L., DO 11/15/21 1529
Acknowledged: Schmidt, Nicole, RN 11/15/21 1523 for Placing Order Schmidt, Nicole, RN 11/15/21 1535 for D/C Order

**NOTIFY PHYSICIAN (SPECIFY) [253350040] (Discontinued)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1520** Status: **Discontinued**
Ordering user: Hoover, Mallorie L., DO 11/15/21 1520
Ordering provider: Hoover, Mallorie L., DO
Authorized by: Hoover, Mallorie L., DO
Ordering mode: Standard
Frequency: Routine 1 Time 11/15/21 1515 - 1 occurrence
Class: Hospital Performed
Quantity: 1
Instance released by: Hoover, Mallorie L., DO (auto-released) 11/15/2021 3:20 PM
Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]

**VITAL SIGNS [253350041] (Discontinued)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1520** Status: **Discontinued**

**Other Orders (group 3 of 3) (continued)**

Ordering user: Hoover, Mallorie L., DO 11/15/21 1520
Authorized by: Hoover, Mallorie L., DO
Frequency: Routine Q4H 11/15/21 1525 - 5 occurrences
Quantity: 1
Ordering provider: Hoover, Mallorie L., DO
Ordering mode: Standard
Class: Hospital Performed
Instance released by: Hoover, Mallorie L., DO (auto-released) 11/15/2021 3:20 PM
Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]

**VITAL SIGNS [253350042] (Discontinued)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1520**
Status: **Discontinued**
Ordering user: Hoover, Mallorie L., DO 11/15/21 1520
Authorized by: Hoover, Mallorie L., DO
Frequency: Routine Q8H 11/16/21 - Until Specified
Quantity: 1
Ordering provider: Hoover, Mallorie L., DO
Ordering mode: Standard
Class: Hospital Performed
Instance released by: Hoover, Mallorie L., DO (auto-released) 11/15/2021 3:20 PM
Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]

**NURSING ASSESSMENT [253350043] (Discontinued)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1520**
Status: **Discontinued**
Ordering user: Hoover, Mallorie L., DO 11/15/21 1520
Authorized by: Hoover, Mallorie L., DO
Frequency: Routine Q4H 11/15/21 1525 - 5 occurrences
Quantity: 1
Ordering provider: Hoover, Mallorie L., DO
Ordering mode: Standard
Class: Hospital Performed
Instance released by: Hoover, Mallorie L., DO (auto-released) 11/15/2021 3:20 PM
Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]

**NURSING ASSESSMENT [253350044] (Discontinued)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1520**
Status: **Discontinued**
Ordering user: Hoover, Mallorie L., DO 11/15/21 1520
Authorized by: Hoover, Mallorie L., DO
Frequency: Routine Q8H 11/15/21 1600 - Until Specified
Quantity: 1
Ordering provider: Hoover, Mallorie L., DO
Ordering mode: Standard
Class: Hospital Performed
Instance released by: Hoover, Mallorie L., DO (auto-released) 11/15/2021 3:20 PM
Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]

**ABNORM POSTPARTUM BLEEDING PROTOCOL [253350045] (Discontinued)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1520**
Status: **Discontinued**
Ordering user: Hoover, Mallorie L., DO 11/15/21 1520
Authorized by: Hoover, Mallorie L., DO
Frequency: Routine Until D/C 11/15/21 1515 - Until Specified
Quantity: 1
Ordering provider: Hoover, Mallorie L., DO
Ordering mode: Standard
Class: Hospital Performed
Instance released by: Hoover, Mallorie L., DO (auto-released) 11/15/2021 3:20 PM
Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]

**OXYGEN TITRATION PROTOCOL [253350046] (Discontinued)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1520**
Status: **Discontinued**
Ordering user: Hoover, Mallorie L., DO 11/15/21 1520
Authorized by: Hoover, Mallorie L., DO
Frequency: Routine Until D/C 11/15/21 1515 - Until Specified
Quantity: 1
Ordering provider: Hoover, Mallorie L., DO
Ordering mode: Standard
Class: Hospital Performed
Instance released by: Hoover, Mallorie L., DO (auto-released) 11/15/2021 3:20 PM
Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]
Order comments: Oxygen Titration Protocol 1. Any oxygen order shall be placed into the titration protocol unless the physician writes a specific order not to titrate. 2. If the patient wears oxygen at home, wean oxygen to home liter flow per protocol. Continue to monitor SpO2 routinely and PRN. 3. Desired Sp02 will be 92%, unless otherwise ordered. 4. The RCP may choose the appropriate oxygen delivery device to achieve adequate oxygenation. 5. It is the RCP/RN's responsibility to inform the physician if there are any acute or trend changes in the patient's oxygenation status. 6. If the Sp02 is greater than (» or equal (=) to desired Sp02, the RCP/RN may wean the oxygen to maintain desired SpO2. 7. The RCP/RN may increase a patient's oxygen if the Sp02 is less than (<) desired Sp02 by whatever liter flow is needed to achieve desired Sp02. 8. Record result in the vitals section of the EMR. 9. During the oxygen titration, the RCP/RN will recheck the SpO2 to ensure oxygenation is maintained or adequate. 10. If a patient is ordered on oxygen overnight, in the morning, the RCP/RN will check an oximeter reading on room air. If the Sp02 is greater than or equal to the

desired Sp02, patient may remain off oxygen. If the Sp02 is less than the desired Sp02, place patient back on oxygen and will be enter into the Oxygen Titration Protocol.

**DRAIN CARE [253350047] (Discontinued)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1520** Status: **Discontinued**
Ordering user: Hoover, Mallorie L., DO 11/15/21 1520
Ordering provider: Hoover, Mallorie L., DO
Authorized by: Hoover, Mallorie L., DO
Ordering mode: Standard
Frequency: Routine Q4H 11/15/21 1525 - 5 occurrences
Class: Hospital Performed
Quantity: 1
Instance released by: Hoover, Mallorie L., DO (auto-released) 11/15/2021 3:20 PM
Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]

**DRAIN CARE [253350048] (Discontinued)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1520** Status: **Discontinued**
Ordering user: Hoover, Mallorie L., DO 11/15/21 1520
Ordering provider: Hoover, Mallorie L., DO
Authorized by: Hoover, Mallorie L., DO
Ordering mode: Standard
Frequency: Routine Q8H 11/16/21 - Until Specified
Class: Hospital Performed
Quantity: 1
Instance released by: Hoover, Mallorie L., DO (auto-released) 11/15/2021 3:20 PM
Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]

**FOLEY/UROLOGY CARE [253350049] (Discontinued)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1520** Status: **Discontinued**
Ordering user: Hoover, Mallorie L., DO 11/15/21 1520
Ordering provider: Hoover, Mallorie L., DO
Authorized by: Hoover, Mallorie L., DO
Ordering mode: Standard
Frequency: Routine Continuous 11/15/21 1515 - Until Specified
Class: Hospital Performed
Quantity: 1
Instance released by: Hoover, Mallorie L., DO (auto-released) 11/15/2021 3:20 PM
Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]

**TCH IP BPA VOIDING TRIAL ORDER SET [253350050] (Discontinued)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1520** Status: **Discontinued**
Ordering user: Hoover, Mallorie L., DO 11/15/21 1520
Ordering provider: Hoover, Mallorie L., DO
Authorized by: Hoover, Mallorie L., DO
Ordering mode: Standard
Frequency: Routine 1 Time 11/15/21 1515 - 1 occurrence
Class: Hospital Performed
Quantity: 1
Instance released by: Hoover, Mallorie L., DO (auto-released) 11/15/2021 3:20 PM
Discontinued by: Hoover, Mallorie L., DO 11/15/21 1529

**INTAKE AND OUTPUT [253350051] (Discontinued)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1520** Status: **Discontinued**
Ordering user: Hoover, Mallorie L., DO 11/15/21 1520
Ordering provider: Hoover, Mallorie L., DO
Authorized by: Hoover, Mallorie L., DO
Ordering mode: Standard
Frequency: Routine Q2H 11/15/21 1600 - 4 occurrences
Class: Hospital Performed
Quantity: 1
Instance released by: Hoover, Mallorie L., DO (auto-released) 11/15/2021 3:20 PM
Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]

**ANKLE PUMPS [253350052] (Discontinued)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1520** Status: **Discontinued**
Ordering user: Hoover, Mallorie L., DO 11/15/21 1520
Ordering provider: Hoover, Mallorie L., DO
Authorized by: Hoover, Mallorie L., DO
Ordering mode: Standard
Frequency: Routine Q4H 11/15/21 1515 - Until Specified
Class: Hospital Performed
Quantity: 1
Instance released by: Hoover, Mallorie L., DO (auto-released) 11/15/2021 3:20 PM
Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]

**TURN COUGH DEEP BREATHE [253350053] (Discontinued)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1520** Status: **Discontinued**

Ordering user: Hoover, Mallorie L., DO 11/15/21 1520
Ordering provider: Hoover, Mallorie L., DO
Authorized by: Hoover, Mallorie L., DO
Ordering mode: Standard
Frequency: Routine Now Then Q2H 11/15/21 1515 - Until Specified
Class: Hospital Performed
Quantity: 1
Instance released by: Hoover, Mallorie L., DO (auto-released) 11/15/2021 3:20 PM
Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]

**DRESSING CHANGE PER PROTOCOL [253350054] (Discontinued)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1520**
Status: **Discontinued**
Ordering user: Hoover, Mallorie L., DO 11/15/21 1520
Ordering provider: Hoover, Mallorie L., DO
Authorized by: Hoover, Mallorie L., DO
Ordering mode: Standard
Frequency: Routine Until D/C 11/15/21 1515 - Until Specified
Class: Hospital Performed
Quantity: 1
Instance released by: Hoover, Mallorie L., DO (auto-released) 11/15/2021 3:20 PM
Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]

**ICE CHIPS [253350056] (Discontinued)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1520**
Status: **Discontinued**
Ordering user: Hoover, Mallorie L., DO 11/15/21 1520
Ordering provider: Hoover, Mallorie L., DO
Authorized by: Hoover, Mallorie L., DO
Ordering mode: Standard
Frequency: Routine Until D/C 11/15/21 1515 - Until Specified
Class: Hospital Performed
Quantity: 1
Instance released by: Hoover, Mallorie L., DO (auto-released) 11/15/2021 3:20 PM
Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]
Order comments: PRN

**UP IN CHAIR [253350057] (Discontinued)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1520**
Status: **Discontinued**
Ordering user: Hoover, Mallorie L., DO 11/15/21 1520
Ordering provider: Hoover, Mallorie L., DO
Authorized by: Hoover, Mallorie L., DO
Ordering mode: Standard
Frequency: Routine Until D/C 11/15/21 1515 - Until Specified
Class: Hospital Performed
Quantity: 1
Instance released by: Hoover, Mallorie L., DO (auto-released) 11/15/2021 3:20 PM
Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]

**NURSING ACTIVITY (SPECIFY) [253350058] (Discontinued)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1520**
Status: **Discontinued**
Ordering user: Hoover, Mallorie L., DO 11/15/21 1520
Ordering provider: Hoover, Mallorie L., DO
Authorized by: Hoover, Mallorie L., DO
Ordering mode: Standard
Frequency: Routine Continuous 11/15/21 1515 - Until Specified
Class: Hospital Performed
Quantity: 1
Instance released by: Hoover, Mallorie L., DO (auto-released) 11/15/2021 3:20 PM
Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]
Order comments: Post- Op Teaching

**NOTIFY PHYSICIAN (SPECIFY) [253350059] (Discontinued)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1520**
Status: **Discontinued**
Ordering user: Hoover, Mallorie L., DO 11/15/21 1520
Ordering provider: Hoover, Mallorie L., DO
Authorized by: Hoover, Mallorie L., DO
Ordering mode: Standard
Frequency: Routine Continuous 11/15/21 1515 - Until Specified
Class: Hospital Performed
Quantity: 1
Instance released by: Hoover, Mallorie L., DO (auto-released) 11/15/2021 3:20 PM
Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]
Order comments: Temperature greater than 101

**NOTIFY PHYSICIAN (SPECIFY) [253350060] (Discontinued)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1520**
Status: **Discontinued**
Ordering user: Hoover, Mallorie L., DO 11/15/21 1520
Ordering provider: Hoover, Mallorie L., DO
Authorized by: Hoover, Mallorie L., DO
Ordering mode: Standard

**Other Orders (group 3 of 3) (continued)**

Frequency: Routine Continuous 11/15/21 1515 - Until Specified
Quantity: 1
Class: Hospital Performed
Instance released by: Hoover, Mallorie L., DO (auto-released) 11/15/2021 3:20 PM
Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]

**NOTIFY PHYSICIAN (SPECIFY) [253350061] (Discontinued)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1520** Status: **Discontinued**
Ordering user: Hoover, Mallorie L., DO 11/15/21 1520
Authorized by: Hoover, Mallorie L., DO
Frequency: Routine Continuous 11/15/21 1515 - Until Specified
Quantity: 1
Ordering provider: Hoover, Mallorie L., DO
Ordering mode: Standard
Class: Hospital Performed
Instance released by: Hoover, Mallorie L., DO (auto-released) 11/15/2021 3:20 PM
Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]

**NOTIFY PHYSICIAN (SPECIFY) [253350062] (Discontinued)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1520** Status: **Discontinued**
Ordering user: Hoover, Mallorie L., DO 11/15/21 1520
Authorized by: Hoover, Mallorie L., DO
Frequency: Routine Continuous 11/15/21 1515 - Until Specified
Quantity: 1
Ordering provider: Hoover, Mallorie L., DO
Ordering mode: Standard
Class: Hospital Performed
Instance released by: Hoover, Mallorie L., DO (auto-released) 11/15/2021 3:20 PM
Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]

**NOTIFY PHYSICIAN (SPECIFY) [253350063] (Discontinued)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1520** Status: **Discontinued**
Ordering user: Hoover, Mallorie L., DO 11/15/21 1520
Authorized by: Hoover, Mallorie L., DO
Frequency: Routine Continuous 11/15/21 1515 - Until Specified
Quantity: 1
Ordering provider: Hoover, Mallorie L., DO
Ordering mode: Standard
Class: Hospital Performed
Instance released by: Hoover, Mallorie L., DO (auto-released) 11/15/2021 3:20 PM
Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]

**NOTIFY PHYSICIAN (SPECIFY) [253350064] (Discontinued)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1520** Status: **Discontinued**
Ordering user: Hoover, Mallorie L., DO 11/15/21 1520
Authorized by: Hoover, Mallorie L., DO
Frequency: Routine Continuous 11/15/21 1515 - Until Specified
Quantity: 1
Ordering provider: Hoover, Mallorie L., DO
Ordering mode: Standard
Class: Hospital Performed
Instance released by: Hoover, Mallorie L., DO (auto-released) 11/15/2021 3:20 PM
Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]

**MAINTAIN SEQUENTIAL COMPRESSION DEVICE [253350065] (Discontinued)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1520** Status: **Discontinued**
Ordering user: Hoover, Mallorie L., DO 11/15/21 1520
Authorized by: Hoover, Mallorie L., DO
Frequency: Routine Until D/C 11/15/21 1515 - Until Specified
Quantity: 1
Ordering provider: Hoover, Mallorie L., DO
Ordering mode: Standard
Class: Hospital Performed
Instance released by: Hoover, Mallorie L., DO (auto-released) 11/15/2021 3:20 PM
Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]

**Questionnaire**

| Question | Answer |
|---|---|
| Laterality: | Bilateral |
| Height: | Knee |

**NURSING COMMUNICATION [253350850] (Discontinued)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1526** Status: **Discontinued**
Ordering user: Hoover, Mallorie L., DO 11/15/21 1526
Authorized by: Hoover, Mallorie L., DO
Ordering provider: Hoover, Mallorie L., DO
Ordering mode: Standard

**Other Orders (group 3 of 3) (continued)**

Frequency: Routine Until D/C 11/15/21 1530 - Until Specified
Quantity: 1
Class: Hospital Performed
Instance released by: Hoover, Mallorie L., DO (auto-released) 11/15/2021 3:26 PM
Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]
Order comments: There is NO VAGINAL PACKING on this patient

**AMBULATE WITH ASSISTANCE [253377946] (Discontinued)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1520**
Status: **Discontinued**
Ordering user: Hoover, Mallorie L., DO 11/15/21 1520
Ordering provider: Hoover, Mallorie L., DO
Authorized by: Hoover, Mallorie L., DO
Ordering mode: Standard
Frequency: Routine Until D/C 11/16/21 0800 - Until Specified
Class: Hospital Performed
Quantity: 1
Instance released by: Hoover, Mallorie L., DO (auto-released) 11/16/2021 12:30 AM
Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]

**PROGRESS AMBULATION [253377949] (Discontinued)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1520**
Status: **Discontinued**
Ordering user: Hoover, Mallorie L., DO 11/15/21 1520
Ordering provider: Hoover, Mallorie L., DO
Authorized by: Hoover, Mallorie L., DO
Ordering mode: Standard
Frequency: Routine Until D/C 11/16/21 0800 - Until Specified
Class: Hospital Performed
Quantity: 1
Instance released by: Hoover, Mallorie L., DO (auto-released) 11/16/2021 12:30 AM
Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]

**SHOWER [253377951] (Discontinued)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1520**
Status: **Discontinued**
Ordering user: Hoover, Mallorie L., DO 11/15/21 1520
Ordering provider: Hoover, Mallorie L., DO
Authorized by: Hoover, Mallorie L., DO
Ordering mode: Standard
Frequency: Routine Until D/C 11/16/21 0800 - Until Specified
Class: Hospital Performed
Quantity: 1
Instance released by: Hoover, Mallorie L., DO (auto-released) 11/16/2021 12:30 AM
Discontinued by: Autodiscontinue, Discharge 11/16/21 1636 [Patient Discharge]

**Transfer**

**TRANSFER PATIENT - LEVEL OF CARE [253350038] (Discontinued)**

Electronically signed by: **Hoover, Mallorie L., DO on 11/15/21 1520**
Status: **Discontinued**
Ordering user: Hoover, Mallorie L., DO 11/15/21 1520
Ordering provider: Hoover, Mallorie L., DO
Authorized by: Hoover, Mallorie L., DO
Ordering mode: Standard
Frequency: Routine 1 Time 11/15/21 1515 - 1 occurrence
Class: Hospital Performed
Quantity: 1
Instance released by: Hoover, Mallorie L., DO (auto-released) 11/15/2021 3:20 PM
Discontinued by: Epic, User 11/16/21 0823

**Questionnaire**

| Question | Answer |
| --- | --- |
| Level of Care | Med Surg |

**Updates**

Accommodation code: Private
Accommodation reason: Hospital Convenience

**Flowsheets**

**Post-op Phone Call**

| Row Name | 11/17/21 0815 |
| --- | --- |
| General Information | |

**Flowsheets (continued)**

| | |
|---|---|
| Contact made? | No -TB at 11/17/21 0815 |

**Assessment**

| Row Name | 11/16/21 0822 | 11/16/21 0423 | 11/16/21 0255 | 11/16/21 0042 |
|---|---|---|---|---|
| Pain Assessment (VERBAL) Q Caregiver Change and PRN | | | | |
| Patient Currently in Pain (Verbal & Non-Verbal) | Yes -IS at 11/16/21 1022 | Yes -SF at 11/16/21 0429 | No sign or symptom of pain -SF at 11/16/21 0342 | Yes -SF at 11/16/21 0044 |
| Pain Location | Vaginal -IS at 11/16/21 1022 | — | — | — |
| Pain Laterality/Orientation | Lower -IS at 11/16/21 1022 | — | — | — |
| Pain Quality | Constant -IS at 11/16/21 1022 | — | — | — |
| Pain Intensity (Verbal) | Moderate Pain -IS at 11/16/21 1022 | — | — | — |
| Here Is How I Can Help You With Your Pain | Pain level acceptable, no treatment needed -IS at 11/16/21 1022 | — | — | — |
| Neurological | | | | |
| Language | Clear;Appropriate for age -IS at 11/16/21 1022 | — | — | — |
| Neuro (WDL) | Within Defined Limits -IS at 11/16/21 1022 | — | — | — |
| Conscious Level (AVPU) | 0-Alert -IS at 11/16/21 1022 | — | — | — |
| Level of Consciousness | Eyes open spontaneously -IS at 11/16/21 1022 | — | — | — |
| HEENT | | | | |
| HEENT (WDL) | Within Defined Limits glasses -IS at 11/16/21 1022 | — | — | — |
| Respiratory | | | | |
| Respiratory Pattern | Unlabored -IS at 11/16/21 1022 | — | — | — |
| Breath Sounds Bilateral | Clear -IS at 11/16/21 1022 | — | — | — |
| Dyspnea at rest | No -IS at 11/16/21 1022 | — | — | — |
| Dyspnea during exertion | No -IS at 11/16/21 1022 | — | — | — |
| Respiratory (WDL) | Within Defined Limits -IS at 11/16/21 1022 | — | — | — |
| Cardiac | | | | |
| Cardiac (WDL) | Within Defined Limits -IS at 11/16/21 1022 | — | — | — |

Abdominal

## 11/15/2021 - Admission (Discharged) in GENERAL SURGERY UNIT (continued)

### Flowsheets (continued)

| | | | | |
|---|---|---|---|---|
| Abdomen Inspection | Soft;Non-distended -IS at 11/16/21 1022 | — | — | — |
| Bowel Sounds (All Quadrants) | Hypoactive;Present -IS at 11/16/21 1022 | — | — | — |
| Nausea | No -IS at 11/16/21 1022 | — | — | — |
| Vomiting/Dryheaves? | No -IS at 11/16/21 1022 | — | — | — |
| Passing Flatus | No -IS at 11/16/21 1022 | — | — | — |
| Last Bowel Movement Date | 11/15/21 -IS at 11/16/21 1022 | — | — | — |
| Tenderness | Soft;Nontender -IS at 11/16/21 1022 | — | — | — |
| Abdominal (WDL) | Exceptions to WDL -IS at 11/16/21 1022 | — | — | — |

#### Genitourinary

| | | | | |
|---|---|---|---|---|
| Genitourinary (WDL) | Within Defined Limits -IS at 11/16/21 1022 | — | — | — |

#### Urine Assessment

| | | | | |
|---|---|---|---|---|
| Urine Appearance | Clear -IS at 11/16/21 1022 | — | — | — |
| Urine Color | Amber -IS at 11/16/21 1022 | — | — | — |

#### Anus/Rectum

| | | | | |
|---|---|---|---|---|
| Anus/Rectum (WDL) | Within Defined Limits -IS at 11/16/21 1022 | — | — | — |

#### Musculoskeletal

| | | | | |
|---|---|---|---|---|
| Musculoskeletal (WDL) | Exceptions to WDL post op weakness -IS at 11/16/21 1022 | — | — | — |

#### Skin Color/Integrity

| | | | | |
|---|---|---|---|---|
| Skin Color | Appropriate for race -IS at 11/16/21 1022 | — | — | — |
| Skin Color/Condition (WDL) | Within Defined Limits -IS at 11/16/21 1022 | — | — | — |

#### Heel Assessment

| | | | | |
|---|---|---|---|---|
| Heel color - RIGHT | Natural -IS at 11/16/21 1022 | — | — | — |
| Heel color - LEFT | Natural -IS at 11/16/21 1022 | — | — | — |
| Heel skin - RIGHT | Intact -IS at 11/16/21 1022 | — | — | — |
| Heel skin - LEFT | Intact -IS at 11/16/21 1022 | — | — | — |
| Anti-Embolism Devices | Sequential compression devices, below knee;Bilateral -IS at 11/16/21 1022 | — | — | — |
| Anti-Embolism Stockings changed | No -IS at 11/16/21 1022 | — | — | — |

**Flowsheets (continued)**

| | | | | |
|---|---|---|---|---|
| Anti-Embolism Status | On -IS at 11/16/21 1022 | — | — | — |
| Heels/Feet | Heels elevated off bed -IS at 11/16/21 1022 | — | — | — |
| Lotion applied | No -IS at 11/16/21 1022 | — | — | — |

Braden Screening

| | | | | |
|---|---|---|---|---|
| Sensory Perceptions | No impairment -IS at 11/16/21 1022 | — | — | — |
| Moisture | Never moist -IS at 11/16/21 1022 | — | — | — |
| Activity | Walks occasionally -IS at 11/16/21 1022 | — | — | — |
| Mobility | Slightly limited -IS at 11/16/21 1022 | — | — | — |
| Nutrition | Adequate -IS at 11/16/21 1022 | — | — | — |
| Friction and Shear | No problem -IS at 11/16/21 1022 | — | — | — |
| Braden Scale Score | 20 -IS at 11/16/21 1022 | — | — | — |

[REMOVED] Surgical Incision Nursing Assessment (LDA) 11/15/21 Vagina Inner

TCH Surgical Incision Properties: Date First Assessed: 11/15/21 -PC, 11/15/21 1508 Time First Assessed: 1508 -PC, 11/15/21 1508 Noted:: Surgical - During this Admission -PC, 11/15/21 1508 Location: Vagina -PC, 11/15/21 1508 Wound Location Orientation: Inner -PC, 11/15/21 1508 Final Assessment Date: 11/20/21 -DA, 11/20/21 1236 Final Assessment Time: 1236 -DA, 11/20/21 1236

| | | | | |
|---|---|---|---|---|
| Assessment | Not assessed -IS at 11/16/21 1022 | — | — | — |
| Dressing/Treatment | Peri-pad -IS at 11/16/21 1022 | — | — | — |
| Dressing Changed | Dressing assessed/ not due for change -IS at 11/16/21 1022 | — | — | — |
| Dressing Status | Clean;Dry;Intact -IS at 11/16/21 1022 | — | — | — |

Psychosocial

| | | | | |
|---|---|---|---|---|
| Psychosocial | Within Defined Limits -IS at 11/16/21 1022 | — | — | — |

Peripheral Vascular

| | | | | |
|---|---|---|---|---|
| Peripheral Vascular (WDL) | Within Defined Limits -IS at 11/16/21 1022 | — | — | — |

**CARE PLAN MINI-FLOWSHEET DATA**

| Row Name | 11/16/21 1036 |
|---|---|
| **Sleep and Comfort Care** | |
| Pain Management Interventions | diversional activity provided -IS at 11/16/21 1037 |
| **Gastrointestinal Care** | |
| Bowel Elimination Promotion | ambulation promoted -IS at |

11/16/21 1037

**Data**

| Row Name | 11/16/21 0423 | 11/16/21 0042 |
|---|---|---|
| Pain Assessment (VERBAL) Q Caregiver Change and PRN | | |
| Pain Location | Vaginal -SF at 11/16/21 0423 | Vaginal -SF at 11/16/21 0042 |
| Pain Intensity (Verbal) | Severe Pain -SF at 11/16/21 0423 | Severe Pain -SF at 11/16/21 0042 |
| Here Is How I Can Help You With Your Pain | Pain Med (PRN-See eMAR) -SF at 11/16/21 0423 | Pain Med (PRN-See eMAR) -SF at 11/16/21 0042 |

**Intake/Output**

| Row Name | 11/16/21 0630 | 11/16/21 06:22:12 | 11/16/21 06:19:16 | 11/16/21 0616 | 11/16/21 06:15:16 |
|---|---|---|---|---|---|
| sodium chloride 0.9% IV solution Start: 11/15/21 1630 | | | | | |
| Rate | 125 -SF at 11/16/21 0630 | 125 -SF at 11/16/21 0630 | 0 -SF at 11/16/21 0630 | — | 125 -SF at 11/16/21 0616 |
| Volume (mL) | 941.58 -SF at 11/16/21 0630 | — | — | — | — |
| Rate | 125 -SF at 11/16/21 0630 | 125 -SF at 11/16/21 0630 | 0 -SF at 11/16/21 0630 | — | 125 -SF at 11/16/21 0616 |
| Urine Assessment | | | | | |
| Urine | — | — | — | 500 mL -SF at 11/16/21 0616 | — |

| Row Name | 11/16/21 0404 |
|---|---|
| Urine Assessment | |
| Urine | 350 mL -MM at 11/16/21 0405 |
| Urine Appearance | Clear -MM at 11/16/21 0405 |

**IV Assessment**

| Row Name | 11/16/21 0822 | 11/16/21 0044 |
|---|---|---|
| [REMOVED] Peripheral IV 11/15/21 20 G Right Antecubital | | |
| IV Properties | Placement Date: 11/15/21 -JY, 11/15/21 1233 Placement Time: 1233 -JY, 11/15/21 1233 Placement Department: Non ICU -JY, 11/15/21 1233 Size: 20 G -JY, 11/15/21 1233 Length: 1.16 inches -JY, 11/15/21 1233 Orientation: Right -JY, 11/15/21 1233 Location: Antecubital -JY, 11/15/21 1233 Inserted by: j york -JY, 11/15/21 1233 Insertion attempts: 1 -JY, 11/15/21 1233 Local Anesthetic: None -JY, 11/15/21 1233 Removal Date: 11/16/21 -IS, 11/16/21 1213 Removal Time: 1213 -IS, 11/16/21 1213 | |
| Site Assessment | No Identified problems -IS at 11/16/21 1025 | No Identified problems -SF at 11/16/21 0044 |
| Line Status | Infusing;Flushed Without Resistance -IS at 11/16/21 1025 | Infusing;Flushed Without Resistance -SF at 11/16/21 0044 |
| Dressing Status (condition of | Clean;Dry;Intact -IS at 11/16/21 1025 | Clean;Dry;Intact -SF at 11/16/21 0044 |

dressing)

**LACE+ Score**

| Row Name | 11/16/21 1236 |
| --- | --- |
| OTHER | |
| LACE+ Score | 8 -BU at 11/16/21 1236 |

**Pain Reassessment**

| Row Name | 11/16/21 1020 | 11/16/21 1002 | 11/16/21 0822 | 11/16/21 0423 | 11/16/21 0042 |
| --- | --- | --- | --- | --- | --- |
| Pain Assessment (VERBAL) Q Caregiver Change and PRN | | | | | |
| Automatic Restart Pain Timer | Yes -JG at 11/16/21 1028 | Yes -JG at 11/16/21 1014 | Yes -IS at 11/16/21 1022 | Yes -SF at 11/16/21 0429 | Yes -SF at 11/16/21 0044 |

**PCA Rounding**

| Row Name | 11/16/21 0920 |
| --- | --- |
| Patient not available | |
| Patient Not Available | Patient off the unit PT -EA at 11/16/21 0950 |

**Predictive Model Scores**

| Row Name | 11/16/21 1220 | 11/16/21 1201 | 11/16/21 1140 | 11/16/21 1120 | 11/16/21 1101 |
| --- | --- | --- | --- | --- | --- |
| Vitals | | | | | |
| Sepsis Score | 0.7 -UE at 11/16/21 1222 | 0.7 -UE at 11/16/21 1204 | 0.7 -UE at 11/16/21 1143 | 0.7 -UE at 11/16/21 1123 | 0.7 -UE at 11/16/21 1103 |
| **Row Name** | **11/16/21 1040** | **11/16/21 1020** | **11/16/21 1001** | **11/16/21 0940** | **11/16/21 0920** |
| Fall Risk | | | | | |
| PA Fall Risk (filed) | — | — | 48.5 -UE at 11/16/21 1004 | — | — |
| Vitals | | | | | |
| Sepsis Score | 0.7 -UE at 11/16/21 1042 | 0.7 -UE at 11/16/21 1022 | 0.7 -UE at 11/16/21 1004 | 0.7 -UE at 11/16/21 0943 | 0.7 -UE at 11/16/21 0922 |
| **Row Name** | **11/16/21 0901** | **11/16/21 0840** | **11/16/21 0820** | **11/16/21 0801** | **11/16/21 0740** |
| Vitals | | | | | |
| Sepsis Score | 0.7 -UE at 11/16/21 0904 | 0.7 -UE at 11/16/21 0842 | 0.7 -UE at 11/16/21 0822 | 0.7 -UE at 11/16/21 0803 | 0.7 -UE at 11/16/21 0742 |
| **Row Name** | **11/16/21 0720** | **11/16/21 0702** | **11/16/21 0640** | **11/16/21 0620** | **11/16/21 0601** |
| Fall Risk | | | | | |
| PA Fall Risk (filed) | — | — | — | — | 45 -UE at 11/16/21 0604 |
| Vitals | | | | | |
| Sepsis Score | 0.7 -UE at 11/16/21 0722 | 0.7 -UE at 11/16/21 0704 | 0.7 -UE at 11/16/21 0642 | 0.7 -UE at 11/16/21 0622 | 0.7 -UE at 11/16/21 0603 |
| **Row Name** | **11/16/21 0540** | **11/16/21 0520** | **11/16/21 0501** | **11/16/21 0440** | **11/16/21 0420** |
| Vitals | | | | | |
| Sepsis Score | 0.7 -UE at 11/16/21 0542 | 0.7 -UE at 11/16/21 0522 | 0.7 -UE at 11/16/21 0503 | 0.7 -UE at 11/16/21 0442 | 0.7 -UE at 11/16/21 0422 |
| **Row Name** | **11/16/21 0401** | **11/16/21 0340** | **11/16/21 0320** | **11/16/21 0301** | **11/16/21 0240** |
| Vitals | | | | | |

**Flowsheets (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Sepsis Score | 0.7 -UE at 11/16/21 0403 | 0.7 -UE at 11/16/21 0342 | 0.7 -UE at 11/16/21 0322 | 0.7 -UE at 11/16/21 0303 | 0.7 -UE at 11/16/21 0242 |
| **Row Name** | **11/16/21 0220** | **11/16/21 0201** | **11/16/21 0140** | **11/16/21 0121** | **11/16/21 0101** |
| Fall Risk | | | | | |
| PA Fall Risk (filed) | — | 47.1 -UE at 11/16/21 0203 | — | — | — |
| Vitals | | | | | |
| Sepsis Score | 0.7 -UE at 11/16/21 0222 | 0.7 -UE at 11/16/21 0203 | 0.7 -UE at 11/16/21 0142 | 0.7 -UE at 11/16/21 0123 | 0.7 -UE at 11/16/21 0104 |
| **Row Name** | **11/16/21 0041** | **11/16/21 0021** | **11/16/21 0001** | | |
| Vitals | | | | | |
| Sepsis Score | 0.7 -UE at 11/16/21 0043 | 0.7 -UE at 11/16/21 0023 | 0.7 -UE at 11/16/21 0003 | | |

**PT Assessment**

| **Row Name** | **11/16/21 1002** |
|---|---|
| Pain Assessment (VERBAL) Q Caregiver Change and PRN | |
| Patient Currently in Pain (Verbal & Non-Verbal) | Yes -JG at 11/16/21 1014 |
| Pain Location | Vaginal -JG at 11/16/21 1014 |
| Pain Intensity (Verbal) | Severe Pain -JG at 11/16/21 1014 |
| Precautions | |
| Activity Level | — eval and treat -JG at 11/16/21 1014 |
| Other Precautions | s/p removal sacrospinous suture and apundle nerve bloc. post-op numbness and weakness in RLE -JG at 11/16/21 1014 |
| Home Living | |
| Type of Home | House -JG at 11/16/21 1014 |
| Home Layout | Two Level;1/2 Bath on Main Level;Bed/Bath Upstairs -JG at 11/16/21 1014 |
| # of stairs to enter | 4 -JG at 11/16/21 1014 |
| Railings Present at Entrance | Right -JG at 11/16/21 1014 |
| Total # of Floors | 2 Floors -JG at 11/16/21 1014 |
| Total # of Stairs | -2 to bedroom and full bath -JG at 11/16/21 1014 |
| Railings Present | Left -JG at 11/16/21 1014 |
| Home Equipment | Corrective lenses -JG at 11/16/21 1014 |

**Flowsheets (continued)**

Prior Function

| | |
|---|---|
| Level of Independence | Independent with ADLs;Independent with functional mobility without AD;Independent Homemaking -JG at 11/16/21 1014 |
| Lives With | Spouse adult disabled son -JG at 11/16/21 1014 |
| Receives Help From | Family mother present, has been staying with them -JG at 11/16/21 1014 |
| Additional Comments | pt reports havng had a surgery 2 weeks ago, and never fully getting her sensation back in her peri-area -JG at 11/16/21 1014 |

6 CLICKS MOBILITY

| | |
|---|---|
| Difficulty Turning from your back to your side while in bed without using bedrails? | None -JG at 11/16/21 1014 |
| Stand up from a chair using your arms (e.g., wheelchair, or bedside chair)? | None -JG at 11/16/21 1014 |
| Moving from lying on back to sitting on the side of a flat bed without using bedrails? | None -JG at 11/16/21 1014 |
| Moving to and from a bed to a chair(including a wheelchair) | A little -JG at 11/16/21 1014 |
| Help to walk in hospital room | A little -JG at 11/16/21 1014 |
| Climbing 3-5 steps with a railing? | A little -JG at 11/16/21 1014 |
| Mobility raw score | 21 -JG at 11/16/21 1014 |

Bed Mobility

| | |
|---|---|
| Supine to Sit | Independent -JG at 11/16/21 1014 |
| Sit to Supine | Modified independent will have to lift RLE with hands into bed -JG at 11/16/21 1014 |
| Sit to Stand | With Assistive Device (specify);Supervisio |



Lincoln/Reece 0441

**Flowsheets (continued)**

| | |
|---|---|
| | n RW-cued hand placement frequently -JG at 11/16/21 1014 |
| Bed to Chair | SBA;With Assistive Device (specify) RW -JG at 11/16/21 1014 |

**Gait**

| | |
|---|---|
| Pattern | Step-to;Decreased stance time R;Decreased step length L;Decreased heel strike L;Decreased heel strike R;Decreased Cadence;Step-through -JG at 11/16/21 1014 |
| Gait Assistance | SBA;Supervision -JG at 11/16/21 1014 |
| Assistive Device | Rolling walker -JG at 11/16/21 1014 |
| Distance (ft) | 50 Feet -JG at 11/16/21 1014 |
| Additional Comments | cued sequencing initially -JG at 11/16/21 1014 |

**Balance**

| | |
|---|---|
| Sitting-Static | Good - Maintains balance with moderate challenges from all directions -JG at 11/16/21 1014 |
| Sitting-Dynamic | Fair+ - Maintains balance through minimal excursions of active truck movement -JG at 11/16/21 1014 |
| Standing-Static | Fair - Able to stand unsupported without balance loss or UE support requires one UE support -JG at 11/16/21 1014 |
| Standing-Dynamic | Fair - Maintains balance through minimal excursions of active trunk movement with supervision requires RW -JG at 11/16/21 1014 |

**Coordination**

| | |
|---|---|
| Coordination comments | Impaired RLW due to gross weakness -JG at 11/16/21 1014 |

## 11/15/2021 - Admission (Discharged) in GENERAL SURGERY UNIT (continued)

### Flowsheets (continued)

**Cognition**

| | |
|---|---|
| Overall Cognitive Status | Does not interfere with functional mobility or ADL -JG at 11/16/21 1014 |
| Arousal/Alertness | Alert -JG at 11/16/21 1014 |
| Behavior | Cooperative;Pleasant;Appropriate -JG at 11/16/21 1014 |
| Attention Span | Appears intact -JG at 11/16/21 1014 |
| Orientation | Person;Place;Time;Situation -JG at 11/16/21 1014 |
| Following Commands | Follows one step commands w/out difficulty -JG at 11/16/21 1014 |
| Initiation/Sequencing/Organization | Cues to initiate task for use of RW -JG at 11/16/21 1014 |
| Safety Judgement | Decreased insight of deficits;Decreased awareness of assistance need;Decreased recall of precautions -JG at 11/16/21 1014 |
| Problem Solving | Assistance req'd to generate solutions;Assistance req'd to identify errors;Assistance req'd to implement solutions -JG at 11/16/21 1014 |

**Vision and Hearing Screening**

| | |
|---|---|
| Current Vision | Wears glasses all the time -JG at 11/16/21 1014 |
| Hearing | WFL -JG at 11/16/21 1014 |

**Light Touch**

| | |
|---|---|
| RLE | Partial deficits -JG at 11/16/21 1014 |
| LLE | No apparent deficit -JG at 11/16/21 1014 |
| Additional Comments | R leg and foot feel tingly, but light touch is present -JG at 11/16/21 1014 |

**Proprioception**

| | |
|---|---|
| RLE | Partial deficits -JG at 11/16/21 1014 |
| LLE | No apparent deficit -JG at 11/16/21 1014 |

**Perception**

| | |
|---|---|
| Inattention/Neglect | Appears intact -JG at 11/16/21 1014 |

Strength - RLE

| | |
|---|---|
| Overall Strength | Impaired -JG at 11/16/21 1014 |
| R Hip Flexion | 2-/5 Incomplete ROM w/ Gravity Eliminated -JG at 11/16/21 1014 |
| R Knee Flexion | 4-/5 Part moves through complete ROM Against gravity / slight to moderate resistance -JG at 11/16/21 1014 |
| R Knee Extension | 4+/5 Part moves through complete ROM Against gravity / moderate to strong resistance -JG at 11/16/21 1014 |
| R Ankle Dorsiflexion | 2-/5 Incomplete ROM w/ Gravity Eliminated -JG at 11/16/21 1014 |
| R Ankle Plantarflexion | 1/5 Contraction can be Felt, But There is No Visible Movement -JG at 11/16/21 1014 |
| R Ankle Inversion | 3+/5 Complete ROM Against Gravity/Slight Resistance -JG at 11/16/21 1014 |
| R Ankle Eversion | 2-/5 Incomplete ROM w/ Gravity Eliminated -JG at 11/16/21 1014 |

Activity Tolerance

| | |
|---|---|
| Functional Activity Tolerance | Endurance does not limit participation -JG at 11/16/21 1014 |
| Endurance does limit participation | Rest breaks with gait -JG at 11/16/21 1014 |

Assessment

| | |
|---|---|
| Assessment Complete? | Yes -JG at 11/16/21 1014 |
| Deficits | Impaired transfers;Impaired gait;Impaired bed mobility;Impaired balance;Decreased LE Strength;Impaired safety awareness during functional mobility -JG at 11/16/21 1014 |

**Flowsheets (continued)**

| | |
|---|---|
| Rehab Potential | Good -JG at 11/16/21 1014 |
| Patient Strengths | Prior level of function -JG at 11/16/21 1014 |
| Barriers to Goal Achievement | Pain;Decreased functional activity tolerance;Limited physical assist/supervision from family;Safety;Decreased insight to deficits;Decreased strength;Emotional status -JG at 11/16/21 1014 |
| Goal Formulation | Pt/family goal (specify) to go home -JG at 11/16/21 1014 |

Plan

| | |
|---|---|
| Treatment Interventions | Functional Transfer Training;Balance;Patient/Family Training;Equipment Eval/Education;Gait Training -JG at 11/16/21 1014 |
| PT Frequency | Follow-Up Visit Only -JG at 11/16/21 1014 |

PT Recommendations

| | |
|---|---|
| PT Recommendations | 24 hour assistance;24 hour supervision;Anticipate no further PT pt declines need for home PT -JG at 11/16/21 1014 |
| PT Equipment Recommended | Rolling walker;Crutches -JG at 11/16/21 1014 |

**PT Treatment**

| **Row Name** | **11/16/21 1020** |
|---|---|
| Precautions | |
| Activity Level | — eval and treat -JG at 11/16/21 1028 |
| Weight Bearing Status | — no orders -JG at 11/16/21 1028 |
| Other Precautions | s/p removal sacrospinous suture and apundle nerve bloc. post-op numbness and weakness in RLE -JG at 11/16/21 1028 |

Pain Assessment (VERBAL) Q Caregiver Change and PRN

**Flowsheets (continued)**

| | |
|---|---|
| Patient Currently in Pain (Verbal & Non-Verbal) | Yes -JG at 11/16/21 1028 |
| Pain Location | Vaginal -JG at 11/16/21 1028 |
| Pain Intensity (Verbal) | Severe Pain -JG at 11/16/21 1028 |
| Here Is How I Can Help You With Your Pain | Ambulation/Increased activity -JG at 11/16/21 1028 |

**Bed Mobility**

| | |
|---|---|
| Sit to Stand | Modified independent;With Assistive Device (specify) RW, by end of session -JG at 11/16/21 1028 |
| Bed to Chair | Modified independent;With Assistive Device (specify) by end of session w/RW -JG at 11/16/21 1028 |

**Gait**

| | |
|---|---|
| Pattern | Step-to;Step-through;Decreased stance time R;Decreased step length L;Decreased heel strike L;Decreased heel strike R;Decreased Cadence -JG at 11/16/21 1028 |
| Gait Assistance | Mod Indep level surfaces -JG at 11/16/21 1028 |
| Assistive Device | Rolling walker -JG at 11/16/21 1028 |
| Distance (ft) | 10 Feet 20,5,10 -JG at 11/16/21 1028 |
| Stair management technique | One rail R;One rail L;Step-to pattern;Forward;With crutches one crutch -JG at 11/16/21 1028 |
| Stair assistance needed | CGA -JG at 11/16/21 1028 |
| # of Stairs | 5 5-6inch steps, LHR and 6-4inch steps,R HR -JG at 11/16/21 1028 |

**Balance**

| | |
|---|---|
| Sitting-Static | Good - Maintains balance with moderate challenges from all directions -JG at 11/16/21 1028 |

| | |
|---|---|
| Sitting-Dynamic | Fair+ - Maintains balance through minimal excursions of active truck movement -JG at 11/16/21 1028 |
| Standing-Static | Fair - Able to stand unsupported without balance loss or UE support RW -JG at 11/16/21 1028 |
| Standing-Dynamic | Fair - Maintains balance through minimal excursions of active trunk movement with supervision RW -JG at 11/16/21 1028 |

Coordination

| | |
|---|---|
| Coordination comments | Impaired diffuse RLE weakness -JG at 11/16/21 1028 |

Interventions/Exercises

| | |
|---|---|
| Pt/family education | educated on donning gait belt. I issued pt a gait belt to be worn on steps. Also educated pt on how she could perform the 3 curb step to enter using her wheelchair on top of step and she just walks up to it with RW and turns and sits. she nodded comprehension and said she has a wheelchair. Also educated pt in ascending and descending 4inch and 6 inch steps with one handrail and one crutch. patient was able to demonstrate competence, without any RLE buckling or LOB , and cues for sequencing . handout issued -JG at 11/16/21 1028 |

PT Recommendations

| | |
|---|---|
| PT Recommendation | 24 hour assistance;24 hour |

## 11/15/2021 - Admission (Discharged) in GENERAL SURGERY UNIT (continued)

### Flowsheets (continued)

| | |
|---|---|
| s | supervision -JG at 11/16/21 1032 |
| PT Equipment Recommended | Rolling walker;Crutches -JG at 11/16/21 1032 |
| PT Frequency | — DC acute PT -JG at 11/16/21 1032 |

#### Rounding

| Row Name | 11/16/21 1100 | 11/16/21 0900 | 11/16/21 0700 | 11/16/21 0500 | 11/16/21 0301 |
|---|---|---|---|---|---|
| Acuity Main Score | | | | | |
| Acuity Main Score | 115 -UE at 11/16/21 1105 | 118 -UE at 11/16/21 0905 | 111 -UE at 11/16/21 0705 | 107 -UE at 11/16/21 0505 | 109 -UE at 11/16/21 0304 |

| Row Name | 11/16/21 0100 |
|---|---|
| Acuity Main Score | |
| Acuity Main Score | 122 -UE at 11/16/21 0105 |

#### Rover PCA Vitals

| Row Name | 11/16/21 0752 |
|---|---|
| Vitals | |
| Temp | 98.4 °F (36.9 °C) -EA at 11/16/21 0753 |
| Temp src | Oral -EA at 11/16/21 0753 |
| Pulse | 62 -EA at 11/16/21 0753 |
| Resp | 15 -EA at 11/16/21 0753 |
| BP | **81/40** ! -EA at 11/16/21 0753 |
| Patient Position | Semi-Fowlers -EA at 11/16/21 0753 |
| BP Location | Left arm -EA at 11/16/21 0753 |
| BP Method | Automatic -EA at 11/16/21 0753 |
| SpO2 | 98 % -EA at 11/16/21 0753 |
| O2 Flow Rate (L/min) | 0 l/min -EA at 11/16/21 0753 |

#### Vital Signs Complex

| Row Name | 11/16/21 0821 | 11/16/21 0752 |
|---|---|---|
| Vitals | | |
| BP | 100/58 manual -IS at 11/16/21 0822 | — |
| MEWS Score | — | 0 -EA at 11/16/21 0753 |

#### Vitals (Full)

| Row Name | 11/16/21 0752 |
|---|---|
| Vitals | |
| Automatic Restart Vitals Timer | Yes -EA at 11/16/21 0753 |

### Adm VS Complex

| Row Name | 11/15/21 1243 |
|---|---|
| **Vitals** | |
| Temp | 98.1 °F (36.7 °C) -JC at 11/15/21 1256 |
| Temp src | Oral -JC at 11/15/21 1256 |
| Pulse | 73 -JC at 11/15/21 1256 |
| Resp | 18 -JC at 11/15/21 1256 |
| BP | 122/73 -JC at 11/15/21 1256 |
| Patient Position | Semi-Fowlers -JC at 11/15/21 1256 |
| BP Location | Left arm -JC at 11/15/21 1256 |
| BP Method | Automatic -JC at 11/15/21 1256 |
| SpO2 | 100 % -JC at 11/15/21 1256 |
| **Oxygen Therapy** | |
| O2 Delivery Device | None (Room air) -JC at 11/15/21 1256 |
| **Height and Weight** | |
| Weight | 185 lb 13.6 oz (84.3 kg) -JC at 11/15/21 1256 |
| Weight Method | Actual -JC at 11/15/21 1256 |
| How was weight measured | Standing -JC at 11/15/21 1256 |
| Drug Calculation Weight Formula Row | 1 -JC at 11/15/21 1256 |

### Admission Screening

| Row Name | 11/15/21 1746 |
|---|---|
| **Blood Specimen Collection Status** | |
| Blood Specimen Collection | Lab Collect -SD at 11/15/21 1748 |
| **Height and Weight** | |
| Drug Calculation Weight ***Nursing only documents Initial Wt. upon Admission | 185 lb 13.6 oz (84.3 kg) -SD at 11/15/21 1748 |

### Assessment

| Row Name | 11/15/21 2029 | 11/15/21 19:38:18 | 11/15/21 1818 | 11/15/21 1812 | 11/15/21 1730 |
|---|---|---|---|---|---|
| **Pain Assessment (VERBAL) Q Caregiver Change and PRN** | | | | | |
| Patient Currently in Pain (Verbal & | Yes -SF at 11/15/21 2030 | — | Yes -EM at 11/15/21 1821 | Yes -EM at 11/15/21 1821 | Pt resting, eyes closed -HV at 11/15/21 1735 |

| | | | | | |
|---|---|---|---|---|---|
| Non-Verbal) | | | | | |
| Pain Location | Vaginal;Perineum -SF at 11/15/21 2030 | — | — | — | — |
| Pain Laterality/Orientation | Lower -SF at 11/15/21 2105 | — | — | — | — |
| Pain Quality | Constant -SF at 11/15/21 2030 | — | — | — | — |
| Pain Intensity (Verbal) | Moderate Pain -SF at 11/15/21 2030 | — | — | — | — |
| Here Is How I Can Help You With Your Pain | Pain Med (PRN-See eMAR) -SF at 11/15/21 2052 | — | — | — | — |
| Patient's Pain Relief Goal (Admission & PRN) | — | — | no pain -EM at 11/15/21 1821 | no pain -EM at 11/15/21 1821 | — |
| **Neurological** | | | | | |
| Language | Clear;Appropriate for age -SF at 11/15/21 2105 | — | Clear;Appropriate for age -EM at 11/15/21 1831 | — | — |
| Neuro (WDL) | — | — | Within Defined Limits -EM at 11/15/21 1831 | — | — |
| Conscious Level (AVPU) | 0-Alert -SF at 11/15/21 2105 | — | 0-Alert -EM at 11/15/21 1831 | — | — |
| Level of Consciousness | Eyes open spontaneously -SF at 11/15/21 2105 | — | Eyes open spontaneously -EM at 11/15/21 1831 | — | — |
| **Richmond Agitation Sedation Scale (RASS)** | | | | | |
| RASS Score | Alert and calm -SF at 11/15/21 2105 | — | Alert and calm -EM at 11/15/21 1831 | — | — |
| **Delirium-CAM** | | | | | |
| Acute change or fluctuating mental status: | NO -SF at 11/15/21 2105 | — | NO -EM at 11/15/21 1831 | — | — |
| **HEENT** | | | | | |
| HEENT (WDL) | Within Defined Limits -SF at 11/15/21 2105 | — | Within Defined Limits -EM at 11/15/21 1831 | — | — |
| **Respiratory** | | | | | |
| Respiratory Pattern | — | — | Unlabored -EM at 11/15/21 1831 | — | — |
| Breath Sounds Bilateral | Clear -SF at 11/15/21 2105 | — | Clear;Diminished -EM at 11/15/21 1831 | — | — |
| Dyspnea at rest | No -SF at 11/15/21 2105 | — | No -EM at 11/15/21 1831 | — | — |
| Dyspnea during exertion | No -SF at 11/15/21 2105 | — | Unable to assess -EM at 11/15/21 1831 | — | — |
| Respiratory (WDL) | Within Defined Limits -SF at 11/15/21 2105 | — | Exceptions to WDL -EM at 11/15/21 1831 | — | — |
| **Cardiac** | | | | | |
| Cardiac (WDL) | Within Defined Limits -SF at 11/15/21 2107 | — | Within Defined Limits -EM at 11/15/21 1831 | — | — |
| $Patient on Monitor? | No -SF at 11/15/21 2107 | — | No non-tele unit -EM at 11/15/21 1831 | — | — |
| Telemetry Monitor Status | Off -SF at 11/15/21 2107 | — | — | — | — |
| **Abdominal** | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Abdomen Inspection | Soft;Non-distended -SF at 11/15/21 2107 | — | Soft;Non-distended -EM at 11/15/21 1831 | — | — |
| Bowel Sounds (All Quadrants) | Hypoactive;Present -SF at 11/15/21 2107 | — | Hypoactive -EM at 11/15/21 1831 | — | — |
| Nausea | No -SF at 11/15/21 2107 | — | No per pt. -EM at 11/15/21 1831 | — | — |
| Vomiting/Dryheaves? | No -SF at 11/15/21 2107 | — | No -EM at 11/15/21 1831 | — | — |
| Passing Flatus | No -SF at 11/15/21 2107 | — | No per pt. -EM at 11/15/21 1831 | — | — |
| Last Bowel Movement Date | 11/15/21 -SF at 11/15/21 2107 | — | 11/15/21 prior to surgery per pt. -EM at 11/15/21 1831 | — | — |
| Tenderness | — | — | Soft;Nontender per pt. -EM at 11/15/21 1831 | — | — |
| Abdominal (WDL) | Within Defined Limits -SF at 11/15/21 2107 | — | Exceptions to WDL -EM at 11/15/21 1831 | — | — |
| **Genitourinary** | | | | | |
| Genitourinary (WDL) | Within Defined Limits -SF at 11/15/21 2107 | — | Exceptions to WDL DTV 2119-2319 -EM at 11/15/21 1831 | — | — |
| **Anus/Rectum** | | | | | |
| Anus/Rectum (WDL) | — | — | Within Defined Limits -EM at 11/15/21 1831 | — | — |
| **Musculoskeletal** | | | | | |
| Musculoskeletal (WDL) | Exceptions to WDL Post-op weakness -SF at 11/15/21 2107 | — | Exceptions to WDL generalized post op weakness -EM at 11/15/21 1831 | — | — |
| **Skin Color/Integrity** | | | | | |
| Skin Color | Appropriate for race -SF at 11/15/21 2107 | — | Appropriate for race -EM at 11/15/21 1831 | — | — |
| Skin Color/Condition (WDL) | Within Defined Limits -SF at 11/15/21 2107 | — | Within Defined Limits -EM at 11/15/21 1831 | — | — |
| **Heel Assessment** | | | | | |
| Heel color - RIGHT | Natural -SF at 11/15/21 2107 | — | Natural -EM at 11/15/21 1831 | — | — |
| Heel color - LEFT | Natural -SF at 11/15/21 2107 | — | Natural -EM at 11/15/21 1831 | — | — |
| Heel skin - RIGHT | Intact -SF at 11/15/21 2107 | — | Intact -EM at 11/15/21 1831 | — | — |
| Heel skin - LEFT | Intact -SF at 11/15/21 2107 | — | Intact -EM at 11/15/21 1831 | — | — |
| Anti-Embolism Devices | Bilateral;Sequential compression devices, below knee -SF at 11/15/21 2107 | — | Bilateral;Sequential compression devices, below knee -EM at 11/15/21 1831 | — | — |
| Anti-Embolism Stockings changed | No -SF at 11/15/21 2107 | — | No -EM at 11/15/21 1831 | — | — |
| Anti-Embolism Status | On -SF at 11/15/21 2107 | — | On -EM at 11/15/21 1831 | — | — |
| Heels/Feet | — | — | Heels elevated off bed -EM at 11/15/21 1831 | — | — |
| Lotion applied | No -SF at 11/15/21 2107 | — | No -EM at 11/15/21 1831 | — | — |

| | | | | | |
|---|---|---|---|---|---|
| **Braden Screening** | | | | | |
| Sensory Perceptions | No impairment -SF at 11/15/21 2107 | — | No impairment -EM at 11/15/21 1831 | — | — |
| Moisture | Never moist -SF at 11/15/21 2107 | — | Rarely moist -EM at 11/15/21 1831 | — | — |
| Activity | Walks occasionally -SF at 11/15/21 2107 | — | Walks occasionally -EM at 11/15/21 1831 | — | — |
| Mobility | Slightly limited -SF at 11/15/21 2107 | — | Slightly limited -EM at 11/15/21 1831 | — | — |
| Nutrition | Adequate -SF at 11/15/21 2107 | — | Adequate -EM at 11/15/21 1831 | — | — |
| Friction and Shear | No problem -SF at 11/15/21 2107 | — | No problem -EM at 11/15/21 1831 | — | — |
| Braden Scale Score | 20 -SF at 11/15/21 2107 | — | 19 -EM at 11/15/21 1831 | — | — |
| **[REMOVED] Surgical Incision Nursing Assessment (LDA) 11/15/21 Vagina Inner** | | | | | |
| TCH Surgical Incision Properties | Date First Assessed: 11/15/21 -PC, 11/15/21 1508 Time First Assessed: 1508 -PC, 11/15/21 1508 Noted:: Surgical - During this Admission -PC, 11/15/21 1508 Location: Vagina -PC, 11/15/21 1508 Wound Location Orientation: Inner -PC, 11/15/21 1508 Final Assessment Date: 11/20/21 -DA, 11/20/21 1236 Final Assessment Time: 1236 -DA, 11/20/21 1236 | | | | |
| Assessment | Not assessed -SF at 11/15/21 2107 | — | Not assessed due to location of incision -EM at 11/15/21 1831 | — | — |
| Wound Closure | — | — | Not assessed -EM at 11/15/21 1831 | — | — |
| Drainage Amount | SC - Scant Per pt, pad changed -SF at 11/15/21 2107 | — | N - None Present -EM at 11/15/21 1831 | — | — |
| Dressing/Treatment | Peri-pad -SF at 11/15/21 2109 | — | Peri-pad -EM at 11/15/21 1831 | — | — |
| Dressing Changed | — | — | Dressing assessed/ not due for change -EM at 11/15/21 1831 | — | — |
| Dressing Status | Clean;Dry;Intact -SF at 11/15/21 2109 | — | Clean;Dry;Intact -EM at 11/15/21 1831 | — | — |
| **Psychosocial** | | | | | |
| Psychosocial | Within Defined Limits -SF at 11/15/21 2109 | — | Within Defined Limits -EM at 11/15/21 1831 | — | — |
| **Spiritual/Religious/Cultural needs at this time?** | | | | | |
| Send Msg to Pastoral Services for visit? | No -SF at 11/15/21 2109 | — | No -EM at 11/15/21 1831 | — | — |
| **Mews Screening** | | | | | |
| Action Taken | — | No Action Indicated -SF at 11/15/21 2109 | — | — | — |
| **Peripheral Vascular** | | | | | |
| Peripheral Vascular (WDL) | Within Defined Limits -SF at 11/15/21 2107 | — | Within Defined Limits -EM at 11/15/21 1831 | — | — |

| Row Name | 11/15/21 1715 | 11/15/21 1700 | 11/15/21 1645 | 11/15/21 1630 | 11/15/21 1626 |
|---|---|---|---|---|---|
| **Pain Assessment (VERBAL) Q Caregiver Change and PRN** | | | | | |
| Patient Currently in Pain (Verbal & Non-Verbal) | Pt resting, eyes closed -HV at 11/15/21 1735 | Pt resting, eyes closed -HV at 11/15/21 1735 | Pt resting, eyes closed -HV at 11/15/21 1735 | Pt resting, eyes closed -HV at 11/15/21 1640 | Yes -HV at 11/15/21 1640 |
| Pain Location | — | — | — | — | Perineum -HV at 11/15/21 1640 |
| Pain Laterality/Orientation | — | — | — | — | Laterality N/A -HV at 11/15/21 1640 |
| Pain Quality | — | — | — | — | Aching -HV at 11/15/21 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | 1640 |
| Pain Intensity (Verbal) | — | — | — | Pt Resting, Eyes Closed -HV at 11/15/21 1640 | — |
| Here Is How I Can Help You With Your Pain | — | — | — | Rest -HV at 11/15/21 1640 | Pain Med (PRN-See eMAR) -HV at 11/15/21 1640 |

[REMOVED] Surgical Incision Nursing Assessment (LDA) 11/15/21 Vagina Inner

| | |
|---|---|
| TCH Surgical Incision Properties | Date First Assessed: 11/15/21 -PC, 11/15/21 1508 Time First Assessed: 1508 -PC, 11/15/21 1508 Noted:: Surgical - During this Admission -PC, 11/15/21 1508 Location: Vagina -PC, 11/15/21 1508 Wound Location Orientation: Inner -PC, 11/15/21 1508 Final Assessment Date: 11/20/21 -DA, 11/20/21 1236 Final Assessment Time: 1236 -DA, 11/20/21 1236 |

| **Row Name** | **11/15/21 1616** | **11/15/21 1615** | **11/15/21 1610** | **11/15/21 1600** | **11/15/21 1559** |
|---|---|---|---|---|---|
| Pain Assessment (VERBAL) Q Caregiver Change and PRN | | | | | |
| Patient Currently in Pain (Verbal & Non-Verbal) | Yes -HV at 11/15/21 1622 | Pt resting, eyes closed -HV at 11/15/21 1622 | Yes -HV at 11/15/21 1612 | Pt resting, eyes closed -HV at 11/15/21 1607 | Yes -HV at 11/15/21 1609 |
| Pain Location | Perineum -HV at 11/15/21 1622 | — | Perineum -HV at 11/15/21 1612 | — | Perineum -HV at 11/15/21 1609 |
| Pain Laterality/Orientation | Laterality N/A -HV at 11/15/21 1622 | — | Laterality N/A -HV at 11/15/21 1612 | — | Laterality N/A -HV at 11/15/21 1609 |
| Pain Quality | Aching -HV at 11/15/21 1622 | — | Aching -HV at 11/15/21 1612 | — | Aching -HV at 11/15/21 1609 |
| Here Is How I Can Help You With Your Pain | Pain Med (PRN-See eMAR) -HV at 11/15/21 1622 | — | Pain Med (PRN-See eMAR) -HV at 11/15/21 1612 | — | Pain Med (PRN-See eMAR) -HV at 11/15/21 1609 |

[REMOVED] Surgical Incision Nursing Assessment (LDA) 11/15/21 Vagina Inner

| | |
|---|---|
| TCH Surgical Incision Properties | Date First Assessed: 11/15/21 -PC, 11/15/21 1508 Time First Assessed: 1508 -PC, 11/15/21 1508 Noted:: Surgical - During this Admission -PC, 11/15/21 1508 Location: Vagina -PC, 11/15/21 1508 Wound Location Orientation: Inner -PC, 11/15/21 1508 Final Assessment Date: 11/20/21 -DA, 11/20/21 1236 Final Assessment Time: 1236 -DA, 11/20/21 1236 |

| **Row Name** | **11/15/21 1554** | **11/15/21 1545** | **11/15/21 1544** | **11/15/21 1539** |
|---|---|---|---|---|
| Pain Assessment (VERBAL) Q Caregiver Change and PRN | | | | |
| Patient Currently in Pain (Verbal & Non-Verbal) | Yes -HV at 11/15/21 1609 | Pt resting, eyes closed -HV at 11/15/21 1609 | Yes -HV at 11/15/21 1609 | Yes -HV at 11/15/21 1609 |
| Pain Location | Perineum -HV at 11/15/21 1609 | — | Perineum -HV at 11/15/21 1609 | Perineum -HV at 11/15/21 1609 |
| Pain Laterality/Orientation | Laterality N/A -HV at 11/15/21 1609 | — | Laterality N/A -HV at 11/15/21 1609 | Laterality N/A -HV at 11/15/21 1609 |
| Pain Quality | Aching -HV at 11/15/21 1609 | — | Aching -HV at 11/15/21 1609 | Aching -HV at 11/15/21 1609 |
| Pain Intensity (Verbal) | — | Pt Resting, Eyes Closed -HV at 11/15/21 1609 | — | — |
| Here Is How I Can Help You With Your Pain | Pain Med (PRN-See eMAR) -HV at 11/15/21 1609 | Rest -HV at 11/15/21 1609 | Pain Med (PRN-See eMAR) -HV at 11/15/21 1609 | Pain Med (PRN-See eMAR) -HV at 11/15/21 1609 |

[REMOVED] Non-Surgical Airway LMA 3 mm

| | |
|---|---|
| Airway Properties | Placement Date: 11/15/21 -MA, 11/15/21 1431 Placement Time: 1421 -MA, 11/15/21 1431 Placed By: In Surgery -MA, 11/15/21 1431 Mask Ventilation: Not attempted -MA, 11/15/21 1431 Tube Type: LMA -MA, 11/15/21 1431 Size (mm Id): 3 mm -MA, 11/15/21 1431 Technique comment: Dentition intact;Atraumatic -MA, 11/15/21 1431 Ease: 1 -MA, 11/15/21 1431 Cuff to seal: Yes -MA, 11/15/21 1431 Position: Center -MA, 11/15/21 1431 Placement Verified By:: Capnometry -MA, 11/15/21 1431 Insertion attempts: 1 -MA, 11/15/21 1431 Removal Date: 11/15/21 -MA, 11/15/21 1517 Removal Time: 1517 -MA, 11/15/21 1517 Removal condition: Breathing Well;Sustained Headlift -MA, 11/15/21 1431 |

| | |
|---|---|
| Non-surgical Airway Properties | Placement Date: 11/15/21 -MA, 11/15/21 1431 Placement Time: 1421 -MA, 11/15/21 1431 Placed By: In Surgery -MA, 11/15/21 1431 Position: Center -MA, 11/15/21 1431 Removal Date: 11/15/21 -MA, 11/15/21 1517 Removal Time: 1517 -MA, 11/15/21 1517 |

[REMOVED] Surgical Incision Nursing Assessment (LDA) 11/15/21 Vagina Inner

| | |
|---|---|
| TCH Surgical Incision Properties | Date First Assessed: 11/15/21 -PC, 11/15/21 1508 Time First Assessed: 1508 -PC, 11/15/21 1508 Noted:: Surgical - During this Admission -PC, 11/15/21 1508 Location: Vagina -PC, 11/15/21 1508 Wound Location Orientation: Inner -PC, 11/15/21 1508 Final Assessment Date: 11/20/21 -DA, 11/20/21 1236 Final Assessment Time: 1236 -DA, 11/20/21 1236 |

**Complex Assessment**

| Row Name | 11/15/21 1243 |
|---|---|
| Neurological | |
| Neuro (WDL) | Within Defined Limits -JC at 11/15/21 1308 |
| [REMOVED] Non-Surgical Airway LMA 3 mm | |
| Airway Properties | Placement Date: 11/15/21 -MA, 11/15/21 1431 Placement Time: 1421 -MA, 11/15/21 1431 Placed By: In Surgery -MA, 11/15/21 1431 Mask Ventilation: Not attempted -MA, 11/15/21 1431 Tube Type: LMA -MA, 11/15/21 1431 Size (mm Id): 3 mm -MA, 11/15/21 1431 Technique comment: Dentition intact;Atraumatic -MA, 11/15/21 1431 Ease: 1 -MA, 11/15/21 1431 Cuff to seal: Yes -MA, 11/15/21 1431 Position: Center -MA, 11/15/21 1431 Placement Verified By:: Capnometry -MA, 11/15/21 1431 Insertion attempts: 1 -MA, 11/15/21 1431 Removal Date: 11/15/21 -MA, 11/15/21 1517 Removal Time: 1517 -MA, 11/15/21 1517 Removal condition: Breathing Well;Sustained Headlift -MA, 11/15/21 1431 |

**Flowsheets (continued)**

| | |
|---|---|
| Non-surgical Airway Properties | Placement Date: 11/15/21 -MA, 11/15/21 1431 Placement Time: 1421 -MA, 11/15/21 1431 Placed By: In Surgery -MA, 11/15/21 1431 Position: Center -MA, 11/15/21 1431 Removal Date: 11/15/21 -MA, 11/15/21 1517 Removal Time: 1517 -MA, 11/15/21 1517 |

Skin Color/Integrity

| | |
|---|---|
| Skin Color/Condition (WDL) | Within Defined Limits -JC at 11/15/21 1308 |

Psychosocial

| | |
|---|---|
| Psychosocial | Within Defined Limits -JC at 11/15/21 1308 |

Spiritual/Religious/Cultural needs at this time?

| | |
|---|---|
| Send Msg to Pastoral Services for visit? | No -JC at 11/15/21 1308 |

**Consent/Chart Vfy**

| Row Name | 11/15/21 1305 |
|---|---|
| Consent/Chart Verification | |
| Hospital consent signed and on chart | Yes -JC at 11/15/21 1306 |
| Informed Consent Obtained | Yes -JC at 11/15/21 1306 |
| Other consent signed and on chart | Yes -JC at 11/15/21 1306 |
| Serum "Qualitative" HCG within 7 days or Urine HCG with in 24 hours of surgery/procedure if patient meet requirements in Policy #5.3.107. (click the Row Info button to view parameters) | N/A -JC at 11/15/21 1306 |
| Pre-op Lab/Test Results Available | Yes -JC at 11/15/21 1306 |

**Flowsheets (continued)**

| | |
|---|---|
| Pre-op Type & Screen, Verify with Blood Bank | N/A -JC at 11/15/21 1306 |
| Have you had a transfusion since your last visit to Pre Admission Testing? | No -JC at 11/15/21 1306 |
| Last Liquid Intake Date | 11/15/21 -JC at 11/15/21 1306 |
| Time of last liquid consumption | 0800 sip of sweet te with meds -JC at 11/15/21 1306 |
| Last Food Intake Date | 11/14/21 -JC at 11/15/21 1306 |
| Time of last solid food consumption | 2000 -JC at 11/15/21 1306 |
| Pre-op antibiotic ordered and given or sent to OR/Procedure with patient according to SCIP/HOPS Protocol | N/A -JC at 11/15/21 1306 |
| History and Physical Completed | Yes -JC at 11/15/21 1306 |

**Custom Formula Data**

| Row Name | 11/15/21 1307 |
|---|---|
| OTHER | |
| MST Result | 0 - Not at risk -JC at 11/15/21 1308 |

**Data**

| Row Name | 11/15/21 1818 | 11/15/21 1812 | 11/15/21 1626 | 11/15/21 1616 | 11/15/21 1610 |
|---|---|---|---|---|---|
| Pain Assessment (VERBAL) Q Caregiver Change and PRN | | | | | |
| Pain Location | Perineum -EM at 11/15/21 1820 | Perineum -EM at 11/15/21 1812 | — | — | — |
| Pain Laterality/Orientation | Laterality N/A;Inner -EM at 11/15/21 1820 | Laterality N/A -EM at 11/15/21 1812 | — | — | — |
| Pain Quality | Aching -EM at 11/15/21 1820 | Aching -EM at 11/15/21 1812 | — | — | — |
| Pain Intensity (Verbal) | Moderate Pain -EM at 11/15/21 1820 | Moderate Pain -EM at 11/15/21 1812 | Moderate Pain -HV at 11/15/21 1626 | Severe Pain -HV at 11/15/21 1617 | Severe Pain -HV at 11/15/21 1611 |
| Here Is How I Can Help You With Your Pain | Pain Med (PRN-See eMAR) -EM at 11/15/21 1820 | Pain Med (Scheduled) -EM at 11/15/21 1812 | — | — | — |
| **Row Name** | **11/15/21 1559** | **11/15/21 1554** | **11/15/21 1544** | **11/15/21 1539** | **11/15/21 1533** |
| Pain Assessment (VERBAL) Q Caregiver Change and PRN | | | | | |
| Pain Intensity (Verbal) | Severe Pain -HV at 11/15/21 1600 | Severe Pain -HV at 11/15/21 1554 | Moderate Pain -HV at 11/15/21 1544 | Moderate Pain -HV at 11/15/21 1539 | Severe Pain -NS at 11/15/21 1533 |
| **Row Name** | **11/15/21 1528** | | | | |
| Pain Assessment (VERBAL) Q Caregiver Change and PRN | | | | | |
| Pain Intensity | Severe Pain -NS at | | | | |

(Verbal) 11/15/21 1528

**Fall Risk Assessment**

| Row Name | 11/15/21 1243 |
|---|---|
| **Initial Fall Risk Screening (Hester Davis)** | |
| Last Known Fall | 0-No falls -JC at 11/15/21 1307 |
| Mobility | 0-No limitations -JC at 11/15/21 1307 |
| Medications | 0-No meds -JC at 11/15/21 1307 |
| Mental Status/LOC/Awareness | 0-Awake, alert, and oriented to date, place, and person -JC at 11/15/21 1307 |
| Toileting Needs | 0-No needs -JC at 11/15/21 1307 |
| Volume/Electrolyte Status | 0-No problems -JC at 11/15/21 1307 |
| Communication/Sensory | 1-Visual (Glasses)/hearing deficit -JC at 11/15/21 1307 |
| Behavior | 0-Appropriate behavior -JC at 11/15/21 1307 |
| Initial Fall Risk Total (Hester Davis) | 3 - No Risk -JC at 11/15/21 1307 |

**Intake/Output**

| Row Name | 11/15/21 23:01:05 | 11/15/21 2255 | 11/15/21 21:17:12 | 11/15/21 21:13:08 | 11/15/21 1551 |
|---|---|---|---|---|---|
| **sodium chloride 0.9% IV solution Start: 11/15/21 1630** | | | | | |
| Rate | 125 -SF at 11/15/21 2301 | 125 -SF at 11/15/21 2255 | 125 -SF at 11/15/21 2255 | 0 -SF at 11/15/21 2255 | 125 -SF at 11/15/21 2255 |
| Volume (mL) | — | 879.35 -SF at 11/15/21 2255 | — | — | — |
| Rate | 125 -SF at 11/15/21 2301 | 125 -SF at 11/15/21 2255 | 125 -SF at 11/15/21 2255 | 0 -SF at 11/15/21 2255 | 125 -SF at 11/15/21 2255 |

| Row Name | 11/15/21 15:47:59 | 11/15/21 15:47:33 | 11/15/21 1545 | 11/15/21 1500 | 11/15/21 1500 |
|---|---|---|---|---|---|
| **sodium chloride 0.9% IV solution Start: 11/15/21 0000** | | | | | |
| Volume (mL) | — | — | — | 600 -MA at 11/15/21 1504 | — |
| **sodium chloride 0.9% IV solution Start: 11/15/21 1630** | | | | | |
| Rate | 0 -SF at 11/15/21 2255 | 125 -SF at 11/15/21 2255 | 125 -HV at 11/15/21 1546 | — | — |
| Rate | 0 -SF at 11/15/21 2255 | 125 -SF at 11/15/21 2255 | 125 -HV at 11/15/21 1546 | — | — |
| **[REMOVED] Urethral Catheter 11/15/21 Latex 18 fr** | | | | | |
| Urethral Catheter Properties | Placement Date: 11/15/21 -PC, 11/15/21 1453 Placement Time: 1439 -PC, 11/15/21 1453 Clinical Indications for Foley: Perioperative Use -PC, 11/15/21 1453 Inserted by: Dr Levy -PC, 11/15/21 1453 Catheter Type: Latex -PC, 11/15/21 1453 Admitted with Foley?: No -PC, 11/15/21 1453 Foley placement was:: Non Urgent -PC, 11/15/21 1453 Bladder Scan Performed?: No -PC, 11/15/21 1453 Surgical Patient?: Yes -PC, 11/15/21 1453 Was a UA collected and sent to the lab?: No -PC, will send if pt leaves OR with foley , 11/15/21 1453 Tube Size (fr): 18 fr -PC, 11/15/21 1453 Urine Returned: Yes -PC, 100 ml , 11/15/21 1453 Removal Date: 11/15/21 -PC, approx 100ml urine , 11/15/21 1507 Removal Time: 1505 -PC, 11/15/21 1507 | | | | |

| Row Name | 11/15/21 14:59:59 | 11/15/21 1454 | 11/15/21 1432 | 11/15/21 1422 | 11/15/21 1234 |
|---|---|---|---|---|---|

**Flowsheets (continued)**

cefazolin (Ancef) syringe for injection 2 g 20 mL Start: 11/15/21 0000

| | | | | | |
|---|---|---|---|---|---|
| Dose IVPB | — | — | — | *2000 mg -MA at 11/15/21 1438 | — |
| IVPB Rate | — | — | 0 -MA at 11/15/21 1438 | — | — |

sodium chloride 0.9% IV solution Start: 11/15/21 0000

| | | | | | |
|---|---|---|---|---|---|
| Rate | 0 Switch to gravity -MA at 11/15/21 1504 | — | — | — | 125 -JY at 11/15/21 1234 |
| Rate | 0 Switch to gravity -MA at 11/15/21 1504 | — | — | — | 125 -JY at 11/15/21 1234 |

[REMOVED] Urethral Catheter 11/15/21 Latex 18 fr

| | |
|---|---|
| Urethral Catheter Properties | Placement Date: 11/15/21 -PC, 11/15/21 1453 Placement Time: 1439 -PC, 11/15/21 1453 Clinical Indications for Foley: Perioperative Use -PC, 11/15/21 1453 Inserted by: Dr Levy -PC, 11/15/21 1453 Catheter Type: Latex -PC, 11/15/21 1453 Admitted with Foley?: No -PC, 11/15/21 1453 Foley placement was:: Non Urgent -PC, 11/15/21 1453 Bladder Scan Performed?: No -PC, 11/15/21 1453 Surgical Patient?: Yes -PC, 11/15/21 1453 Was a UA collected and sent to the lab?: No -PC, will send if pt leaves OR with foley , 11/15/21 1453 Tube Size (fr): 18 fr -PC, 11/15/21 1453 Urine Returned: Yes -PC, 100 ml , 11/15/21 1453 Removal Date: 11/15/21 -PC, approx 100ml urine , 11/15/21 1507 Removal Time: 1505 -PC, 11/15/21 1507 |

**Intra-op Assessment**

| Row Name | 11/15/21 1400 |
|---|---|
| **Intra-op Assessment** | |
| Confirmation of Correct Patient | Yes;DOB;Armband -PC at 11/15/21 1444 |
| Procedure name as patient stated | patient states per consent -PC at 11/15/21 1444 |
| Mental Status | Alert/Oriented -PC at 11/15/21 1444 |
| Limitations | None -PC at 11/15/21 1444 |
| Consent to Hospital and Medical Treatment | Yes -PC at 11/15/21 1444 |
| Pre-Procedure Lab/Test Result Available | Covid-19 -PC at 11/15/21 1444 |
| Allergies Verified? | Yes -PC at 11/15/21 1444 |
| NPO after midnight? | Yes -PC at 11/15/21 1444 |
| Pre-op Antibiotic sent to OR with patient? | Yes -PC at 11/15/21 1444 |
| Dr. has permission to talk to family member per patient | Yes -PC at 11/15/21 1444 |
| Where will the family be located during surgery. | Waiting Room -PC at 11/15/21 1444 |
| Pain or Symptoms? | N/A -PC at 11/15/21 1444 |

**IV Assessment**

| Row Name | 11/15/21 2030 | 11/15/21 1821 |
|---|---|---|

**Flowsheets (continued)**

Blood Specimen Collection Status

| | | |
|---|---|---|
| Blood Specimen Collection | — | Lab Collect -EM at 11/15/21 1821 |

[REMOVED] Peripheral IV 11/15/21 20 G Right Antecubital

| | | |
|---|---|---|
| IV Properties | Placement Date: 11/15/21 -JY, 11/15/21 1233 Placement Time: 1233 -JY, 11/15/21 1233 Placement Department: Non ICU -JY, 11/15/21 1233 Size: 20 G -JY, 11/15/21 1233 Length: 1.16 inches -JY, 11/15/21 1233 Orientation: Right -JY, 11/15/21 1233 Location: Antecubital -JY, 11/15/21 1233 Inserted by: j york -JY, 11/15/21 1233 Insertion attempts: 1 -JY, 11/15/21 1233 Local Anesthetic: None -JY, 11/15/21 1233 Removal Date: 11/16/21 -IS, 11/16/21 1213 Removal Time: 1213 -IS, 11/16/21 1213 | |
| Site Assessment | No Identified problems -SF at 11/15/21 2030 | No Identified problems -EM at 11/15/21 1821 |
| Line Status | Infusing;Flushed Without Resistance -SF at 11/15/21 2030 | Infusing;Flushed Without Resistance -EM at 11/15/21 1821 |
| Dressing Status (condition of dressing) | Clean;Dry;Intact -SF at 11/15/21 2030 | Clean;Dry;Intact -EM at 11/15/21 1821 |

**LD Intrapartal Exams**

| Row Name | 11/15/21 19:38:18 |
|---|---|
| Vitals | |
| Temp | 97.9 °F (36.6 °C) -II (r) AS (t) at 11/15/21 1939 |
| Temp src | Oral -II (r) AS (t) at 11/15/21 1939 |
| Resp | 16 -II (r) AS (t) at 11/15/21 1939 |
| Pulse | 70 -II (r) AS (t) at 11/15/21 1939 |
| BP | 106/57 -II (r) AS (t) at 11/15/21 1939 |
| SpO2 | 95 % -II (r) AS (t) at 11/15/21 1939 |
| O2 Delivery Device | None (Room air) -II (r) AS (t) at 11/15/21 1939 |
| OTHER | |
| MAP (cuff) | 69 -II (r) AS (t) at 11/15/21 1939 |

**LDAs**

| Row Name | 11/15/21 1715 | 11/15/21 1615 | 11/15/21 1521 | 11/15/21 1227 |
|---|---|---|---|---|
| Add IV (LDA) | | | | |
| Add IV (LDA) | — | — | — | PIV -JY at 11/15/21 1233 |

[REMOVED] Peripheral IV 11/15/21 20 G Right Antecubital

| | |
|---|---|
| IV Properties | Placement Date: 11/15/21 -JY, 11/15/21 1233 Placement Time: 1233 -JY, 11/15/21 |

| | | | | |
|---|---|---|---|---|
| | 1233 Placement Department: Non ICU -JY, 11/15/21 1233 Size: 20 G -JY, 11/15/21 1233 Length: 1.16 inches -JY, 11/15/21 1233 Orientation: Right -JY, 11/15/21 1233 Location: Antecubital -JY, 11/15/21 1233 Inserted by: j york -JY, 11/15/21 1233 Insertion attempts: 1 -JY, 11/15/21 1233 Local Anesthetic: None -JY, 11/15/21 1233 Removal Date: 11/16/21 -IS, 11/16/21 1213 Removal Time: 1213 -IS, 11/16/21 1213 | | | |
| Site Assessment | No Identified problems -HV at 11/15/21 1735 | No Identified problems -HV at 11/15/21 1623 | No Identified problems -NS at 11/15/21 1522 | No Identified problems -JY at 11/15/21 1233 |
| Line Status | Infusing -HV at 11/15/21 1735 | Infusing -HV at 11/15/21 1623 | Infusing -NS at 11/15/21 1522 | Free Flowing Blood Return -JY at 11/15/21 1233 |
| Dressing Status (condition of dressing) | Clean;Dry;Intact -HV at 11/15/21 1735 | Clean;Dry;Intact -HV at 11/15/21 1623 | Clean;Dry;Intact -NS at 11/15/21 1522 | Clean;Dry;Intact -JY at 11/15/21 1233 |

[REMOVED] Urethral Catheter 11/15/21 Latex 18 fr

| | |
|---|---|
| Urethral Catheter Properties | Placement Date: 11/15/21 -PC, 11/15/21 1453 Placement Time: 1439 -PC, 11/15/21 1453 Clinical Indications for Foley: Perioperative Use -PC, 11/15/21 1453 Inserted by: Dr Levy -PC, 11/15/21 1453 Catheter Type: Latex -PC, 11/15/21 1453 Admitted with Foley?: No -PC, 11/15/21 1453 Foley placement was:: Non Urgent -PC, 11/15/21 1453 Bladder Scan Performed?: No -PC, 11/15/21 1453 Surgical Patient?: Yes -PC, 11/15/21 1453 Was a UA collected and sent to the lab?: No -PC, will send if pt leaves OR with foley , 11/15/21 1453 Tube Size (fr): 18 fr -PC, 11/15/21 1453 Urine Returned: Yes -PC, 100 ml , 11/15/21 1453 Removal Date: 11/15/21 -PC, approx 100ml urine , 11/15/21 1507 Removal Time: 1505 -PC, 11/15/21 1507 |

[REMOVED] Non-Surgical Airway LMA 3 mm

| | |
|---|---|
| Airway Properties | Placement Date: 11/15/21 -MA, 11/15/21 1431 Placement Time: 1421 -MA, 11/15/21 1431 Placed By: In Surgery -MA, 11/15/21 1431 Mask Ventilation: Not attempted -MA, 11/15/21 1431 Tube Type: LMA -MA, 11/15/21 1431 Size (mm Id): 3 mm -MA, 11/15/21 1431 Technique comment: Dentition intact;Atraumatic -MA, 11/15/21 1431 Ease: 1 -MA, 11/15/21 1431 Cuff to seal: Yes -MA, 11/15/21 1431 Position: Center -MA, 11/15/21 1431 Placement Verified By:: Capnometry -MA, 11/15/21 1431 Insertion attempts: 1 -MA, 11/15/21 1431 Removal Date: 11/15/21 -MA, 11/15/21 1517 Removal Time: 1517 -MA, 11/15/21 1517 Removal condition: Breathing Well;Sustained Headlift -MA, 11/15/21 1431 |
| Non-surgical Airway Properties | Placement Date: 11/15/21 -MA, 11/15/21 1431 Placement Time: 1421 -MA, 11/15/21 1431 Placed By: In Surgery -MA, 11/15/21 1431 Position: Center -MA, 11/15/21 1431 Removal Date: 11/15/21 -MA, 11/15/21 1517 Removal Time: 1517 -MA, 11/15/21 1517 |

[REMOVED] Surgical Incision Nursing Assessment (LDA) 11/15/21 Vagina Inner

| | | | | |
|---|---|---|---|---|
| TCH Surgical Incision Properties | Date First Assessed: 11/15/21 -PC, 11/15/21 1508 Time First Assessed: 1508 -PC, 11/15/21 1508 Noted:: Surgical - During this Admission -PC, 11/15/21 1508 Location: Vagina -PC, 11/15/21 1508 Wound Location Orientation: Inner -PC, 11/15/21 1508 Final Assessment Date: 11/20/21 -DA, 11/20/21 1236 Final Assessment Time: 1236 -DA, 11/20/21 1236 | | | |
| Assessment | — | — | Dry;Intact -NS at 11/15/21 1522 | — |
| Drainage Amount | N - None Present -HV at 11/15/21 1735 | N - None Present -HV at 11/15/21 1623 | N - None Present -NS at 11/15/21 1522 | — |
| Dressing/Treatment | Peri-pad -HV at 11/15/21 1735 | Peri-pad -HV at 11/15/21 1623 | Peri-pad -NS at 11/15/21 1522 | — |
| Dressing Changed | Dressing assessed/ not due for change -HV at 11/15/21 1735 | Dressing assessed/ not due for change -HV at 11/15/21 1623 | — | — |
| Dressing Status | Clean;Dry;Intact -HV at 11/15/21 1735 | Clean;Dry;Intact -HV at 11/15/21 1623 | Clean;Dry;Intact -NS at 11/15/21 1522 | — |

**OR Wound Care**

## 11/15/2021 - Admission (Discharged) in GENERAL SURGERY UNIT (continued)

### Flowsheets (continued)

| Row Name | 11/15/21 1517 | 11/15/21 1508 |
|---|---|---|
| [REMOVED] Surgical Incision Nursing Assessment (LDA) 11/15/21 Vagina Inner | | |
| TCH Surgical Incision Properties | Date First Assessed: 11/15/21 -PC, 11/15/21 1508 Time First Assessed: 1508 -PC, 11/15/21 1508 Noted:: Surgical - During this Admission -PC, 11/15/21 1508 Location: Vagina -PC, 11/15/21 1508 Wound Location Orientation: Inner -PC, 11/15/21 1508 Final Assessment Date: 11/20/21 -DA, 11/20/21 1236 Final Assessment Time: 1236 -DA, 11/20/21 1236 | |
| Assessment | Dry;Intact -PC at 11/15/21 1517 | Dry -PC at 11/15/21 1508 |
| Wound Closure | Sutures -PC at 11/15/21 1517 | Sutures -PC at 11/15/21 1508 |
| Cleansed | Normal Saline -PC at 11/15/21 1517 | Normal Saline -PC at 11/15/21 1508 |
| Dressing/Treatment | Peri-pad -PC at 11/15/21 1517 | Peri-pad -PC at 11/15/21 1508 |
| Dressing Changed | Changed/New -PC at 11/15/21 1517 | Changed/New -PC at 11/15/21 1508 |
| Dressing Status | Dry;Intact;Clean -PC at 11/15/21 1517 | — |

### OSA Screening

| Row Name | 11/15/21 1243 |
|---|---|
| OSA Identification Tool | |
| Have you been diagnosed with Sleep Apnea? | No -JC at 11/15/21 1306 |
| Obstructive Sleep Apnea Screening Tool | |
| Have you ever been told you snore? | No -JC at 11/15/21 1306 |
| Do you often feel tired, fatigued, or sleepy during the day? | No -JC at 11/15/21 1306 |
| Has anyone observed you stop breathing during your sleep? | No -JC at 11/15/21 1306 |
| Do you have or are you being treated for high blood pressure? | No -JC at 11/15/21 1306 |
| BMI (calculated) more than 35 kg/m2 | No -JC at 11/15/21 1306 |
| Age over 50 years old? | Yes -JC at 11/15/21 1306 |
| Neck circumference greater than 40 cm/16 in? | No -JC at 11/15/21 1306 |
| Is gender male? | No -JC at 11/15/21 1306 |

**Flowsheets (continued)**

| | |
|---|---|
| OSA Screening Score | 1 -JC at 11/15/21 1306 |
| Pt has been instructed that per the screening tool, they may be at increased risk for sleep apnea. Information on sleep apnea given to patient and instructed to discuss with primary care physician for follow up evaluation. | no -JC at 11/15/21 1306 |

**Pain Reassessment**

| Row Name | 11/15/21 2029 | 11/15/21 1818 | 11/15/21 1812 | 11/15/21 1630 | 11/15/21 1626 |
|---|---|---|---|---|---|
| Pain Assessment (VERBAL) Q Caregiver Change and PRN | | | | | |
| Automatic Restart Pain Timer | Yes -SF at 11/15/21 2030 | Yes -EM at 11/15/21 1821 | Yes -EM at 11/15/21 1821 | Yes -HV at 11/15/21 1640 | Yes -HV at 11/15/21 1640 |
| **Row Name** | **11/15/21 1616** | **11/15/21 1610** | **11/15/21 1559** | **11/15/21 1554** | **11/15/21 1545** |
| Pain Assessment (VERBAL) Q Caregiver Change and PRN | | | | | |
| Automatic Restart Pain Timer | Yes -HV at 11/15/21 1622 | Yes -HV at 11/15/21 1612 | Yes -HV at 11/15/21 1609 | Yes -HV at 11/15/21 1609 | Yes -HV at 11/15/21 1609 |
| **Row Name** | **11/15/21 1544** | **11/15/21 1539** | **11/15/21 1521** | **11/15/21 1243** | |
| Pain Assessment (VERBAL) Q Caregiver Change and PRN | | | | | |
| Automatic Restart Pain Timer | Yes -HV at 11/15/21 1609 | Yes -HV at 11/15/21 1609 | Yes -NS at 11/15/21 1522 | Yes -JC at 11/15/21 1308 | |

**PAT/SDS Phone/Testing**

| Row Name | 11/15/21 0754 |
|---|---|
| Covid19 Checklist | |
| Covid19 Status | Received -PR at 11/15/21 0755 |
| Covid19 results documented where? | Media -PR at 11/15/21 0755 |

**Patient Belongings**

| Row Name | 11/15/21 1410 | 11/15/21 1303 |
|---|---|---|
| Belongings | | |
| Dentures | None -PC at 11/15/21 1445 | None -JC at 11/15/21 1304 |
| Vision | None -PC at 11/15/21 1445 | Glasses;Removed -JC at 11/15/21 1304 |
| Placed in/Given to | — | In patient belongings bag;In PACU closet -JC at 11/15/21 1304 |

**Flowsheets (continued)**

| | | |
|---|---|---|
| Hearing Aid | None -PC at 11/15/21 1445 | None -JC at 11/15/21 1304 |
| Hair Piece, Hair Pins, Comb, Etc. | Other (Comment) cloth hair tie -PC at 11/15/21 1445 | None -JC at 11/15/21 1304 |
| Jewelry | Ring silicone ring -PC at 11/15/21 1445 | None -JC at 11/15/21 1304 |
| Clothing | None -PC at 11/15/21 1445 | Removed -JC at 11/15/21 1304 |
| Placed in/Given to | — | In PACU closet -JC at 11/15/21 1304 |
| Medical Equipment | — | None -JC at 11/15/21 1304 |
| Prostheses | — | N/A -JC at 11/15/21 1304 |
| Home Medications | — | No -JC at 11/15/21 1304 |
| Do you currently use/possess Medical Cannabis | — | No -JC at 11/15/21 1304 |
| Other Valuables | — | None -JC at 11/15/21 1304 |
| Do you have any concealed weapon(s)? (If yes, call Security) | — | No -JC at 11/15/21 1304 |
| SDS Room Number | — | 15 -JC at 11/15/21 1304 |
| Name of Today's Visitor: | — | mom Mel Hunter -JC at 11/15/21 1304 |
| Today's Visitor Arrived: | — | 1100 -JC at 11/15/21 1304 |
| Dr. has permission to talk to family member per patient | Yes -PC at 11/15/21 1445 | Yes -JC at 11/15/21 1304 |

**Patient Screening**

| Row Name | 11/15/21 1300 |
|---|---|
| Patient Information | |
| Recent Fever/Infection | No -JC at 11/15/21 1301 |

**PCA VITALS I/O**

| Row Name | 11/15/21 2108 | 11/15/21 19:38:18 |
|---|---|---|
| Output (ml) | | |
| Urine | 250 mL -AS at 11/15/21 2108 | 350 mL -AS at 11/15/21 2005 |
| Urine Assessment | | |
| Urine Color | Amber -AS at 11/15/21 2108 | Bloody -AS at 11/15/21 2005 |
| Urine Appearance | Clear -AS at 11/15/21 2108 | Clear -AS at 11/15/21 2005 |

[REMOVED] Urethral Catheter 11/15/21 Latex 18 fr

**Flowsheets (continued)**

| | |
|---|---|
| Urethral Catheter Properties | Placement Date: 11/15/21 -PC, 11/15/21 1453 Placement Time: 1439 -PC, 11/15/21 1453 Clinical Indications for Foley: Perioperative Use -PC, 11/15/21 1453 Inserted by: Dr Levy -PC, 11/15/21 1453 Catheter Type: Latex -PC, 11/15/21 1453 Admitted with Foley?: No -PC, 11/15/21 1453 Foley placement was:: Non Urgent -PC, 11/15/21 1453 Bladder Scan Performed?: No -PC, 11/15/21 1453 Surgical Patient?: Yes -PC, 11/15/21 1453 Was a UA collected and sent to the lab?: No -PC, will send if pt leaves OR with foley , 11/15/21 1453 Tube Size (fr): 18 fr -PC, 11/15/21 1453 Urine Returned: Yes -PC, 100 ml , 11/15/21 1453 Removal Date: 11/15/21 -PC, approx 100ml urine , 11/15/21 1507 Removal Time: 1505 -PC, 11/15/21 1507 |

**Post-Procedure**

| Row Name | 11/15/21 1730 | 11/15/21 1715 | 11/15/21 1700 | 11/15/21 1645 | 11/15/21 1630 |
|---|---|---|---|---|---|
| Vitals | | | | | |
| Temp | **97.3 °F (36.3 °C)** ! -HV at 11/15/21 1732 | — | **97.3 °F (36.3 °C)** ! -HV at 11/15/21 1732 | — | — |
| Temp src | — | — | Temporal -HV at 11/15/21 1732 | — | — |
| Resp | 12 -HV at 11/15/21 1731 | 18 -HV at 11/15/21 1731 | **9** ! -HV at 11/15/21 1731 | **10** ! -HV at 11/15/21 1731 | 15 -HV at 11/15/21 1630 |
| BP | 100/61 -HV at 11/15/21 1732 | 115/70 -HV at 11/15/21 1731 | 99/71 -HV at 11/15/21 1731 | 102/73 -HV at 11/15/21 1731 | 109/62 -HV at 11/15/21 1631 |
| Pulse | 85 -HV at 11/15/21 1731 | 82 -HV at 11/15/21 1731 | 72 -HV at 11/15/21 1731 | 79 -HV at 11/15/21 1731 | 84 -HV at 11/15/21 1630 |
| SpO2 | 98 % -HV at 11/15/21 1731 | 97 % -HV at 11/15/21 1731 | 98 % -HV at 11/15/21 1731 | 100 % -HV at 11/15/21 1731 | 100 % -HV at 11/15/21 1630 |
| O2 Flow Rate (L/min) | 2 l/min -HV at 11/15/21 1732 | 2 l/min -HV at 11/15/21 1732 | 2 l/min -HV at 11/15/21 1732 | 2 l/min -HV at 11/15/21 1732 | 2 l/min -HV at 11/15/21 1631 |
| O2 Delivery Device | Nasal cannula -HV at 11/15/21 1732 | Nasal cannula -HV at 11/15/21 1732 | Nasal cannula -HV at 11/15/21 1732 | Nasal cannula -HV at 11/15/21 1732 | Nasal cannula -HV at 11/15/21 1631 |
| Cardiac Rhythm | — | — | — | — | Normal sinus rhythm -HV at 11/15/21 1631 |
| Richmond Agitation Sedation Scale (RASS) | | | | | |
| RASS Score | — | — | — | — | Drowsy - Patient awakens with sustained eye opening and eye contact -HV at 11/15/21 1631 |

| Row Name | 11/15/21 1615 | 11/15/21 1600 | 11/15/21 1545 | 11/15/21 1530 | 11/15/21 1521 |
|---|---|---|---|---|---|
| Vitals | | | | | |
| Family | Updated -RW at 11/15/21 1624 | — | — | — | — |
| Temp | **97.2 °F (36.2 °C)** ! -HV at 11/15/21 1622 | — | — | — | — |
| Temp src | Temporal -HV at 11/15/21 1622 | — | — | — | — |
| Resp | **11** ! -HV at 11/15/21 1621 | 13 -HV at 11/15/21 1606 | 15 -HV at 11/15/21 1606 | — | — |
| BP | 127/69 -HV at 11/15/21 1621 | 120/71 -HV at 11/15/21 1606 | 111/60 -HV at 11/15/21 1606 | — | — |
| Pulse | 80 -HV at 11/15/21 1621 | 88 -HV at 11/15/21 1606 | 85 -HV at 11/15/21 1606 | — | — |

## 11/15/2021 - Admission (Discharged) in GENERAL SURGERY UNIT (continued)

**Flowsheets (continued)**

| | | | | | |
|---|---|---|---|---|---|
| SpO2 | 100 % -HV at 11/15/21 1621 | 100 % -HV at 11/15/21 1606 | 100 % -HV at 11/15/21 1606 | — | — |
| O2 Flow Rate (L/min) | 2 l/min -HV at 11/15/21 1622 | 2 l/min -HV at 11/15/21 1606 | 2 l/min -HV at 11/15/21 1606 | 4 l/min titrated to 2 -NS at 11/15/21 1536 | — |
| O2 Delivery Device | Nasal cannula -HV at 11/15/21 1622 | Nasal cannula -HV at 11/15/21 1606 | Nasal cannula -HV at 11/15/21 1606 | Nasal cannula -NS at 11/15/21 1536 | — |
| Cardiac Rhythm | Normal sinus rhythm -HV at 11/15/21 1622 | Normal sinus rhythm -HV at 11/15/21 1606 | Normal sinus rhythm -HV at 11/15/21 1606 | Normal sinus rhythm -NS at 11/15/21 1536 | Normal sinus rhythm -NS at 11/15/21 1523 |
| **Richmond Agitation Sedation Scale (RASS)** | | | | | |
| RASS Score | Drowsy - Patient awakens with sustained eye opening and eye contact -HV at 11/15/21 1622 | Drowsy - Patient awakens with sustained eye opening and eye contact -HV at 11/15/21 1606 | Drowsy - Patient awakens with sustained eye opening and eye contact -HV at 11/15/21 1606 | Light Sedation - Patient awakens with eye opening and eye contact, but not sustained -HV at 11/15/21 1606 | — |
| **Aldrete Score** | | | | | |
| Activity | — | — | — | — | Able to move four extremities voluntarily on command -NS at 11/15/21 1523 |
| Respiration | — | — | — | — | Dyspnea or limited breathing -NS at 11/15/21 1523 |
| Circulation | — | — | — | — | Blood pressure within 20% of preanesthesia level -NS at 11/15/21 1523 |
| Consciousness | — | — | — | — | Arousable on calling -NS at 11/15/21 1523 |
| Color | — | — | — | — | Pink -NS at 11/15/21 1523 |
| Aldrete Score | — | — | — | — | 8 -NS at 11/15/21 1523 |
| **PACU Teaching** | | | | | |
| Cough Deep Breath/I.S. | — | — | — | — | Yes -NS at 11/15/21 1523 |
| Stir-up Regime | — | — | — | — | Yes -NS at 11/15/21 1523 |
| **Immobilizers & Interventions** | | | | | |
| Patient warming devices | — | — | — | — | Bair Hugger -NS at 11/15/21 1523 |
| Devices Used | — | — | — | — | SCD -NS at 11/15/21 1523 |
| **Misc Documentation** | | | | | |
| Abdomen Inspection | — | — | — | — | Soft -NS at 11/15/21 1523 |
| Nausea | — | — | — | — | No -NS at 11/15/21 1523 |
| Skin Color | — | — | — | — | Appropriate for race -NS at 11/15/21 1523 |

**Pre-op Teaching/Care Plan**

| Row Name | 11/15/21 1306 |
|---|---|
| **Potential Knowledge deficit related to perioperative risks. Goals:** | |
| Patient verbalizes understanding of how to turn, cough, and deep breath? | Yes -JC at 11/15/21 1306 |

**Flowsheets (continued)**

| | |
|---|---|
| Patient verbalizes understanding of how to do Plantar/Dorsi Flexion? | Yes -JC at 11/15/21 1306 |
| Patient verbalizes understanding of possible use of antiembolism device (SCD) in OR and/or after surgery? | No -JC at 11/15/21 1306 |

Potential knowledge deficit related to alteration in comfort. Goal:

| | |
|---|---|
| Patient verbalizes understanding of pain scale? | Yes -JC at 11/15/21 1306 |

**Predictive Model Scores**

| Row Name | 11/15/21 2340 | 11/15/21 2320 | 11/15/21 2301 | 11/15/21 2240 | 11/15/21 2220 |
|---|---|---|---|---|---|
| Vitals | | | | | |
| Sepsis Score | 0.7 -UE at 11/15/21 2342 | 0.7 -UE at 11/15/21 2322 | 0.7 -UE at 11/15/21 2303 | 0.7 -UE at 11/15/21 2242 | 0.7 -UE at 11/15/21 2222 |
| **Row Name** | **11/15/21 2201** | **11/15/21 2140** | **11/15/21 2120** | **11/15/21 2101** | **11/15/21 2040** |
| Fall Risk | | | | | |
| PA Fall Risk (filed) | 46 -UE at 11/15/21 2203 | — | — | — | — |
| Vitals | | | | | |
| Sepsis Score | 0.7 -UE at 11/15/21 2203 | 0.7 -UE at 11/15/21 2142 | 0.7 -UE at 11/15/21 2122 | 0.7 -UE at 11/15/21 2103 | 0.7 -UE at 11/15/21 2042 |
| **Row Name** | **11/15/21 2020** | **11/15/21 2001** | **11/15/21 1940** | **11/15/21 1920** | **11/15/21 1901** |
| Vitals | | | | | |
| Sepsis Score | 0.7 -UE at 11/15/21 2022 | 0.7 -UE at 11/15/21 2003 | 0.7 -UE at 11/15/21 1942 | 0.7 -UE at 11/15/21 1922 | 0.6 -UE at 11/15/21 1903 |
| **Row Name** | **11/15/21 1841** | **11/15/21 1821** | **11/15/21 1801** | **11/15/21 1741** | **11/15/21 1721** |
| Fall Risk | | | | | |
| PA Fall Risk (filed) | — | — | 9.8 -UE at 11/15/21 1804 | — | — |
| Vitals | | | | | |
| Sepsis Score | 0.6 -UE at 11/15/21 1843 | 0.6 -UE at 11/15/21 1823 | 0.6 -UE at 11/15/21 1803 | 0.6 -UE at 11/15/21 1743 | 0.6 -UE at 11/15/21 1724 |
| **Row Name** | **11/15/21 1701** | **11/15/21 1641** | **11/15/21 1620** | **11/15/21 1601** | **11/15/21 1540** |
| Fall Risk | | | | | |
| PA Fall Risk (filed) | 9.2 -UEA at 11/15/21 1703 | — | — | 9.1 -UEA at 11/15/21 1603 | — |
| Vitals | | | | | |
| Sepsis Score | 0.6 -UE at 11/15/21 1703 | 0.6 -UE at 11/15/21 1643 | 0.6 -UE at 11/15/21 1622 | 0.6 -UE at 11/15/21 1603 | 0.6 -UE at 11/15/21 1542 |
| **Row Name** | **11/15/21 1520** | **11/15/21 1501** | **11/15/21 1401** | **11/15/21 1301** | **11/15/21 1201** |
| Fall Risk | | | | | |
| PA Fall Risk (filed) | — | 8.1 -UEA at 11/15/21 1503 | 6.6 -UEA at 11/15/21 1403 | 5.2 -UEA at 11/15/21 1303 | 2.6 -UEA at 11/15/21 1203 |
| Vitals | | | | | |
| Sepsis Score | 0.6 -UE at 11/15/21 1522 | — | — | — | — |

**Preop Patient Prep**

| Row Name | 11/15/21 1304 |
|---|---|
| **Patient Prep** | |
| TED Hose? | N/A -JC at 11/15/21 1305 |
| SCD applied? | No -JC at 11/15/21 1305 |
| Skin Prep used? | N/A -JC at 11/15/21 1305 |
| Type of bowel prep used | N/A -JC at 11/15/21 1305 |
| Patient Voided? | Yes -JC at 11/15/21 1305 |
| **Skin Care** | |
| Preventable Skin Care? | N/A -JC at 11/15/21 1305 |
| **Advance Directives (For Healthcare)** | |
| Does this patient have a Health Care Advance Directive (Living Will or Durable Power of Attorney)? | No / Unknown -JC at 11/15/21 1305 |

**Preop Screening**

| Row Name | 11/15/21 1307 |
|---|---|
| **Malnutrition Screening Tool (MST)** | |
| Has patient recently lost weight without trying? | No -JC at 11/15/21 1308 |
| Has patient been eating poorly because of decreased appetite >5 days? | No -JC at 11/15/21 1308 |
| **Smoking Screening** | |
| Have you refrained from smoking today? | N/A -JC at 11/15/21 1308 |
| **Influenza Vaccine Screen - October through March** | |
| *Have you had an influenza vaccine this season? | Yes -JC at 11/15/21 1308 |
| **Columbia Suicide Severity Rating Scale** | |
| 1. Wish to be Dead | No -JC at 11/15/21 1308 |
| 2. Suicidal Thoughts | No -JC at 11/15/21 1308 |

**Flowsheets (continued)**

| | |
|---|---|
| 6. Suicide Behavior Question | No -JC at 11/15/21 1308 |

**Preop Teaching**

| Row Name | 11/15/21 1301 |
|---|---|
| Preop Teaching | |
| SDS/OR/PACU routine | Yes -JC at 11/15/21 1301 |
| Verbalizes Understanding | Yes -JC at 11/15/21 1301 |

**PreProc Verification-stat**

| Row Name | 11/15/21 1306 |
|---|---|
| Pre - Procedure Checklist | |
| Procedure Department | B Level OR -JC at 11/15/21 1306 |
| Procedure Name | Removal of Sacrospinous Suture, Cystoscopy -JC at 11/15/21 1307 |
| Correct Patient: Compare patient verbal response to armband with name and DOB | Yes -JC at 11/15/21 1307 |
| Site marked by Physician | N/A -JC at 11/15/21 1307 |
| History and Physical complete | Yes -JC at 11/15/21 1307 |
| Acknowledgement of Informed Consent signed and accurate | Yes -JC at 11/15/21 1307 |

**Pt Identification**

| Row Name | 11/15/21 1302 |
|---|---|
| Patient Identification | |
| Hospital ID Arm Band physically intact and legible? | Yes -JC at 11/15/21 1303 |
| Armband Location? | RA -JC at 11/15/21 1303 |
| Armband includes name, DOB, and MRN? (If no, added to armband) | No -JC at 11/15/21 1303 |
| Extremity involved in procedure? (If yes, change armband | Yes -JC at 11/15/21 1303 |

location)

**Receiving Blood Decisions**

| Row Name | 11/15/21 1243 |
|---|---|
| Blood Products Refusal | |
| Do you have any religious, cultural, or personal beliefs that would prevent you from receiving blood or blood products? | No -JC at 11/15/21 1257 |

**Rounding**

| Row Name | 11/15/21 2300 | 11/15/21 2100 | 11/15/21 1901 | 11/15/21 1735 | 11/15/21 1701 |
|---|---|---|---|---|---|
| Handoff | | | | | |
| Sending-Offgoing Staff | — | — | — | Hannah RN -HV at 11/15/21 1736 | — |
| Receiving-Oncoming Staff | — | — | — | 5S RN -HV at 11/15/21 1736 | — |
| Handoff Communication | — | — | — | Other (comment) PACER -HV at 11/15/21 1736 | — |
| Communication Given | — | — | — | Transfer Handoff -HV at 11/15/21 1736 | — |
| Acuity Main Score | | | | | |
| Acuity Main Score | 159 -UE at 11/15/21 2305 | 147 -UE at 11/15/21 2105 | 139 -UE at 11/15/21 1905 | — | 116 -UE at 11/15/21 1705 |

| Row Name | 11/15/21 1536 | 11/15/21 1500 | 11/15/21 1300 | 11/15/21 1100 |
|---|---|---|---|---|
| Handoff | | | | |
| Sending-Offgoing Staff | Nicole RN -NS at 11/15/21 1536 | — | — | — |
| Receiving-Oncoming Staff | Hannah RN -NS at 11/15/21 1536 | — | — | — |
| Handoff Communication | In Department;At Bedside -NS at 11/15/21 1536 | — | — | — |
| Communication Given | Shift Handoff -NS at 11/15/21 1536 | — | — | — |
| Acuity Main Score | | | | |
| Acuity Main Score | — | 54 -UE at 11/15/21 1505 | 39 -UE at 11/15/21 1305 | 32 -UE at 11/15/21 1105 |

**Safety Check**

| Row Name | 11/15/21 1821 |
|---|---|
| Safe Environment | |
| Arm Bands On | ID -EM at 11/15/21 1821 |
| Call Light Within Reach | Yes -EM at 11/15/21 1821 |
| Overbed Table Within Reach | Yes -EM at 11/15/21 1821 |
| Bed In Lowest | Yes -EM at 11/15/21 1821 |

**Flowsheets (continued)**

| | |
|---|---|
| Position | |
| Bed Wheels Locked | Yes -EM at 11/15/21 1821 |
| Siderails up | 2/4 -EM at 11/15/21 1821 |

**SDS Hourly Rounding**

| Row Name | 11/15/21 1322 |
|---|---|
| SDS Hourly Rounding | |
| Visual Safety Check | One side rail up;Call light within reach;Bed in low position -JC at 11/15/21 1322 |
| Activity | Patient resting -JC at 11/15/21 1322 |
| Toileting | Offered toileting - patient declined -JC at 11/15/21 1322 |
| Delay | Patient informed of delay -JC at 11/15/21 1322 |
| Comfort | Offered warm blanket -JC at 11/15/21 1322 |

**Specific Allergies**

| Row Name | 11/15/21 1257 |
|---|---|
| Specific Allergies | |
| Dept. Notified of Latex Allergy | N/A -JC at 11/15/21 1257 |
| Dept. Notified of Iodine/ IVP Dye Allergy | N/A -JC at 11/15/21 1257 |
| Dept. Notified of Shellfish Allergy | N/A -JC at 11/15/21 1257 |

**Ticket to Ride**

| Row Name | 11/15/21 1730 |
|---|---|
| Ticket to Ride-Sending Unit | |
| *Procedure/Testing Department | — pacu -HV at 11/15/21 1733 |
| Orientation Level | Alert;Oriented -HV at 11/15/21 1733 |
| Telemetry Monitor Status | Off -HV at 11/15/21 1733 |
| Language | Clear;Appropriate for age -HV at 11/15/21 1733 |
| Action if pain level increases | Call nurse -HV at 11/15/21 1733 |
| Environmental Precautions (bedbugs, lice, etc) | No -HV at 11/15/21 1733 |
| RN/Unit phone | 52341 -HV at 11/15/21 |

**Flowsheets (continued)**

| | |
|---|---|
| number | 1733 |
| *Person completing Ticket to Ride | Hannah RN -HV at 11/15/21 1733 |

**Transfer of Care**

| Row Name | 11/15/21 1523 |
|---|---|
| Transfer of Care | |
| Sending-Offgoing Staff | crna and or rn -PC at 11/15/21 1523 |
| Receiving-Oncoming Staff | pacu rn -PC at 11/15/21 1523 |
| Handoff Communication | Face To Face -PC at 11/15/21 1523 |
| Communication Given | Transfer Handoff -PC at 11/15/21 1523 |

**Vital Signs**

| Row Name | 11/15/21 1243 |
|---|---|
| Pain Assessment (VERBAL) Q Caregiver Change and PRN | |
| Patient Currently in Pain (Verbal & Non-Verbal) | Yes -JC at 11/15/21 1308 |
| Pain Location | Perineum -JC at 11/15/21 1308 |
| Pain Intensity (Verbal) | Moderate Pain -JC at 11/15/21 1308 |
| Here Is How I Can Help You With Your Pain | Emotional support -JC at 11/15/21 1308 |

**Vital Signs Complex**

| Row Name | 11/15/21 2350 | 11/15/21 19:38:18 | 11/15/21 1802 | 11/15/21 1746 | 11/15/21 1730 |
|---|---|---|---|---|---|
| Vitals | | | | | |
| Temp | 97.8 °F (36.6 °C) -MM at 11/15/21 2351 | — | — | 98.6 °F (37 °C) -SD at 11/15/21 1748 | — |
| Temp src | Oral -MM at 11/15/21 2351 | — | — | Oral -SD at 11/15/21 1748 | — |
| Pulse | 66 -MM at 11/15/21 2351 | — | — | 81 -SD at 11/15/21 1748 | — |
| Resp | 14 -MM at 11/15/21 2351 | — | — | 16 -SD at 11/15/21 1748 | — |
| BP | **101/49** ! -MM at 11/15/21 2351 | — | — | 117/61 -SD at 11/15/21 1748 | — |
| MAP (cuff) | 66 -MM at 11/15/21 2351 | — | — | 74 -SD at 11/15/21 1748 | — |
| Patient Position | — | — | — | Semi-Fowlers -SD at 11/15/21 1748 | — |
| BP Location | — | — | — | Left arm -SD at 11/15/21 1748 | — |
| BP Method | — | — | — | Automatic -SD at 11/15/21 1748 | — |
| SpO2 | 94 % -MM at 11/15/21 2351 | — | — | 98 % -SD at 11/15/21 1748 | — |
| MEWS Score | 1 -MM at 11/15/21 2351 | 1 -II (r) AS (t) at 11/15/21 1939 | — | 0 -SD at 11/15/21 1748 | 1 -HV at 11/15/21 1732 |
| Action Taken | — | — | — | No Action Indicated | — |

## 11/15/2021 - Admission (Discharged) in GENERAL SURGERY UNIT (continued)

**Flowsheets (continued)**

| | | | | | |
|---|---|---|---|---|---|
| | | | | -EM at 11/15/21 1802 | |
| Oxygen Therapy | | | | | |
| O2 Delivery Device | None (Room air) -MM at 11/15/21 2351 | — | None (Room air) -EM at 11/15/21 1802 | Nasal cannula -SD at 11/15/21 1748 | — |
| O2 Flow Rate (L/min) | 0 l/min -MM at 11/15/21 2351 | — | 0 l/min -EM at 11/15/21 1802 | 2 l/min -SD at 11/15/21 1748 | — |
| Cardiac | | | | | |
| $Patient on Monitor? | — | — | — | No -SD at 11/15/21 1748 | — |
| **Row Name** | **11/15/21 1715** | **11/15/21 1700** | **11/15/21 1645** | **11/15/21 1615** | **11/15/21 1600** |
| Vitals | | | | | |
| MEWS Score | 1 -HV at 11/15/21 1731 | 2 -HV at 11/15/21 1732 | 2 -HV at 11/15/21 1731 | 2 -HV at 11/15/21 1622 | 1 -HV at 11/15/21 1606 |

| **Row Name** | **11/15/21 1545** | **11/15/21 1530** | **11/15/21 1521** | **11/15/21 1243** |
|---|---|---|---|---|
| Vitals | | | | |
| Temp | — | — | **97.5 °F (36.4 °C)** ! -NS at 11/15/21 1521 | — |
| Temp src | — | — | Temporal -NS at 11/15/21 1521 | — |
| Pulse | — | 88 -NS at 11/15/21 1531 | 88 -NS at 11/15/21 1521 | — |
| Resp | — | 12 -NS at 11/15/21 1531 | 12 -NS at 11/15/21 1521 | — |
| BP | — | 134/73 -NS at 11/15/21 1531 | 126/75 -NS at 11/15/21 1521 | — |
| MAP (cuff) | — | 91 -NS at 11/15/21 1531 | 91 -NS at 11/15/21 1521 | — |
| Patient Position | — | Semi-Fowlers -NS at 11/15/21 1531 | Semi-Fowlers -NS at 11/15/21 1521 | — |
| SpO2 | — | 100 % -NS at 11/15/21 1531 | 100 % -NS at 11/15/21 1521 | — |
| MEWS Score | 1 -HV at 11/15/21 1606 | 1 -NS at 11/15/21 1531 | 1 -NS at 11/15/21 1521 | 0 -JC at 11/15/21 1256 |
| Oxygen Therapy | | | | |
| O2 Delivery Device | — | — | Nasal cannula -NS at 11/15/21 1522 | — |
| O2 Flow Rate (L/min) | — | — | 4 l/min -NS at 11/15/21 1522 | — |
| Pain Assessment (VERBAL) Q Caregiver Change and PRN | | | | |
| Patient Currently in Pain (Verbal & Non-Verbal) | — | — | Pt resting, eyes closed -NS at 11/15/21 1522 | — |
| Pain Intensity (Verbal) | — | — | Pt Resting, Eyes Closed -NS at 11/15/21 1522 | — |
| Here Is How I Can Help You With Your Pain | — | — | Rest -NS at 11/15/21 1522 | — |
| Richmond Agitation Sedation Scale (RASS) | | | | |
| RASS Score | — | — | Light Sedation - Patient awakens with eye opening and eye contact, but not sustained -NS at 11/15/21 1522 | — |

**Vitals (Full)**

| **Row Name** | **11/15/21 2350** | **11/15/21 19:38:18** | **11/15/21 1746** | **11/15/21 1730** | **11/15/21 1715** |
|---|---|---|---|---|---|
| Vitals | | | | | |
| Automatic | Yes -MM at 11/15/21 | Yes -II (r) AS (t) at | Yes -SD at 11/15/21 | Yes -HV at 11/15/21 | Yes -HV at 11/15/21 |

**Flowsheets (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Restart Vitals Timer | 2351 | 11/15/21 1939 | 1748 | 1732 | 1731 |
| **Row Name** | **11/15/21 1700** | **11/15/21 1645** | **11/15/21 1630** | **11/15/21 1615** | **11/15/21 1600** |
| Vitals | | | | | |
| Automatic Restart Vitals Timer | Yes -HV at 11/15/21 1731 | Yes -HV at 11/15/21 1731 | Yes -HV at 11/15/21 1631 | Yes -HV at 11/15/21 1621 | Yes -HV at 11/15/21 1606 |
| **Row Name** | **11/15/21 1545** | **11/15/21 1530** | **11/15/21 1521** | **11/15/21 1243** | |
| Vitals | | | | | |
| Automatic Restart Vitals Timer | Yes -HV at 11/15/21 1606 | Yes -NS at 11/15/21 1531 | Yes -NS at 11/15/21 1521 | Yes -JC at 11/15/21 1256 | |

**PAT/SDS Phone/Testing**

| **Row Name** | **11/13/21 0950** |
|---|---|
| Covid19 Checklist | |
| Comments | received covid test in fax server or will try to get registration scan in media, IT IS IN MEDIA UNDER MEDIA -KS at 11/13/21 1209 |

**Abuse Assessment**

| **Row Name** | **11/12/21 1109** |
|---|---|
| Abuse Assessment | |
| Physical Assault, Rape, Sexual Abuse, Domestic Abuse, Child or Elder Neglect as Abuser or Abused? | Denies -KS at 11/12/21 1109 |

**Custom Formula Data**

| **Row Name** | **11/12/21 1038** |
|---|---|
| OTHER | |
| Ideal Body Weight (kg) (auto-calculated) | 61.6 -KS at 11/12/21 1038 |
| Height and Weight | |
| Drug Calculation Weight Formula Row | 1 -KS at 11/12/21 1038 |

**Implantable Devices**

| **Row Name** | **11/12/21 1103** |
|---|---|
| Implantable Devices | |
| Do you have any | No -KS at 11/12/21 |

| | |
|---|---|
| implantable devices? | 1103 |

**OSA Screening**

| Row Name | 11/12/21 1051 |
|---|---|
| OSA Identification Tool | |
| Have you been diagnosed with Sleep Apnea? | No -KS at 11/12/21 1107 |

**PAT/SDS Phone/Testing**

| Row Name | 11/12/21 1402 | 11/12/21 1050 |
|---|---|---|
| Screening call status | | |
| PST RN Call Status | — | Assessment Completed -KS at 11/12/21 1112 |
| PAT Screening Status | — | Spoke with patient -KS at 11/12/21 1112 |
| Date | — | 11/12/21 -KS at 11/12/21 1113 |
| Surgeon 's Order Status | | |
| Surgeon's Order Status | — | Received -KS at 11/12/21 1112 |
| Language | | |
| What is your preferred/primary language? | — | English -KS at 11/12/21 1112 |
| Interpreter needed? | — | No -KS at 11/12/21 1112 |
| Testing Appointment Needed? | | |
| Testing Appointment Needed? | — | Yes -KS at 11/12/21 1114 |
| Date of Testing appointment | — | 11/12/21 -KS at 11/12/21 1114 |
| Location | — | other -KS at 11/12/21 1114 |
| EKG Checklist | | |
| EKG Status | — | N/A -KS at 11/12/21 1114 |
| Imaging Checklist | | |
| Imaging Status | N/A -KSA at 11/12/21 1402 | — |
| Covid19 Checklist | | |
| Covid19 Status | — | Scheduled -KS at 11/12/21 1051 |
| Date of Covid 19 Test | — | 11/12/21 -KS at 11/12/21 1051 |
| Comments | — | WILD HEALTH UK 833-224-4819 -KS at |

11/12/21 1120

**Patient Screening**

| Row Name | 11/12/21 1103 |
|---|---|
| Patient Information | |
| Recent Fever/Infection | No -KS at 11/12/21 1103 |
| Taking Anti-Inflammatories | No -KS at 11/12/21 1103 |
| Taking Aspirin Daily | No -KS at 11/12/21 1103 |
| Have you had a blood transfusion or been pregnant in the last 3 months? | No -KS at 11/12/21 1103 |
| Taken Steroids in Last 6 Months | Yes -KS at 11/12/21 1103 |
| Had Chemotherapy in Last 6 Months | No -KS at 11/12/21 1103 |
| Had Radiation in Last 6 Months | No -KS at 11/12/21 1103 |
| Taken Blood Thinners in Last 6 Months | No -KS at 11/12/21 1103 |

**Preop Teaching**

| Row Name | 11/12/21 1109 |
|---|---|
| Preop Teaching | |
| Previous EKG | Yes -KS at 11/12/21 1110 |
| When/where EKG taken | st joseph east hospital 2020 -KS at 11/12/21 1110 |
| Previous stress test | No -KS at 11/12/21 1110 |
| Pt. instructed no solid food after midnight, may have clear liquids up to 4 hours prior to surgery start time | Yes -KS at 11/12/21 1110 |
| Preop medications | Yes -KS at 11/12/21 1110 |
| Procedure Location Verified | Yes b -KS at 11/12/21 1110 |
| Patient arrival time for procedure | 1120 -KS at 11/12/21 1110 |
| Responsible adult to accompany/drive patient | Yes mom -KS at 11/12/21 1110 |
| Verbalizes Understanding | Yes -KS at 11/12/21 1110 |

**Privacy Alert**

| Row Name | 11/12/21 1038 |
|---|---|
| We will be discussing your protected health information while we are preparing you for surgery. We ask that your family and friends remain in the waiting area until your preparation for surgery is complete. We will bring your family into the pre op area when our preparation is complete. | |
| In order to help provide you with care, obtain a comprehensive medical history, and to avoid duplication of services, can we access your medical records maintained by your other healthcare providers? | Yes -KS at 11/12/21 1038 |
| May we email your pre op information? | Yes -KS at 11/12/21 1038 |
| Email address | MY CHART -KS at 11/12/21 1038 |

**Receiving Blood Decisions**

| Row Name | 11/12/21 1051 |
|---|---|
| Blood Products Refusal | |
| Do you have any religious, cultural, or personal beliefs that would prevent you from receiving blood or blood products? | No -KS at 11/12/21 1052 |

**Specific Allergies**

| Row Name | 11/12/21 1052 |
|---|---|
| Specific Allergies | |
| Dept. Notified of Latex Allergy | N/A -KS at 11/12/21 1052 |
| Dept. Notified of Iodine/ IVP Dye Allergy | N/A -KS at 11/12/21 1052 |
| Dept. Notified of Shellfish Allergy | N/A -KS at 11/12/21 1052 |

**Vital Signs Complex**

| Row Name | 11/12/21 1038 |
|---|---|
| Height and Weight | |
| Height | 5' 7" (1.702 m) -KS at 11/12/21 1038 |
| Height Method | Stated -KS at 11/12/21 |

**Flowsheets (continued)**

| | |
|---|---|
| | 1038 |
| Weight | 184 lb (83.5 kg) -KS at 11/12/21 1038 |
| BSA (Calculated - sq m) | 1.99 sq meters -KS at 11/12/21 1038 |
| BMI (Calculated) | 28.9 -KS at 11/12/21 1038 |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| UE | Epic, User | — | — | — |
| DA | Autodiscontinue, Discharge | — | — | — |
| AS | Strutz, Arielle | 09/11/21 - | Patient Care Assistant | HUC/PCA |
| BU | User, Background | — | — | — |
| UEA | Epic, User Sew | — | — | — |
| MA | Acheson, Michael J., CRNA | 12/22/20 - | Nurse Anesthetist | — |
| EA | Augur, Edward | 12/22/20 - | Patient Care Assistant | HUC/PCA |
| II | Interface, Incoming Flowsheet | — | — | — |
| EM | Matacia, Emily, RN | 12/23/20 - 12/09/21 | Registered Nurse | Nurse |
| HV | Villareal, Hannah, RN | 02/19/21 - 01/20/22 | Registered Nurse | Nurse |
| JG | Gruesser, Jane F., PT | 12/22/20 - | Physical Therapist | PT |
| JC | Collins, Jody, RN | 12/22/20 - | Registered Nurse | Nurse |
| IS | Seals, India, RN | 04/09/21 - | Registered Nurse | Nurse |
| KSA | Schneider, Kimberly, RN | 12/23/20 - | Registered Nurse | Nurse |
| MM | Murray, Matthew | 12/23/20 - | Student Nurse | Nurse |
| NS | Schmidt, Nicole, RN | 03/04/21 - | RN/Student NP | Nurse |
| JY | York, Jeanne, RN | 12/23/20 - | Registered Nurse | Nurse |
| MK | Karram, Mickey M., MD | 07/08/21 - | Physician | — |
| PR | Roseberry, Pamela | 12/23/20 - | Unit Clerk | HUC/PCA |
| PC | Cornely, Pamela, RN | 12/22/20 - | Registered Nurse | Nurse |
| KS | Summe, Kathy, RN | 12/23/20 - | Registered Nurse | Nurse |
| TB | Boelleke, Teresa, LPN | 12/22/20 - | Licensed Practical Nurse | Nurse |
| RW | Wolf, Richele L., RN | 12/23/20 - | Registered Nurse | Nurse |
| SF | Furtwengler, Samantha, RN | 12/22/20 - | Registered Nurse | Nurse |
| SD | Ditmore, Samantha, RN | 12/22/20 - | Registered Nurse | Nurse |

**Care Plan**

**Resolved**

**Problem: Fall Injury Risk**

Dates: Resolved: 11/16/21
Disciplines: Nurse, Interdisciplinary

**Goal: Absence of Fall and Fall-Related Injury (Resolved)**

Dates: End: 11/16/21
Disciplines: Nurse, Interdisciplinary

**Outcomes**

| Date/Time | User | Outcome |
|---|---|---|
| 11/16/21 1216 | Seals, India, RN | Outcome(s) achieved |

**Intervention: Identify and Manage Contributors (Completed)**

Frequency: Per CPG
Dates: End: 11/16/21
Description: Develop a fall prevention plan with the patient and caregiver/family.
Provide reorientation, appropriate sensory stimulation and routines with changes in mental status to decrease risk of fall.

Promote use of personal vision and auditory aids.
Assess assistance level required for safe and effective self-care; provide support as needed, such as toileting, mobilization. For age 65 and older, implement timed toileting with assistance.
Encourage physical activity, such as performance of mobility and self-care at highest level of patient ability, multicomponent exercise program and provision of appropriate assistive devices.
If fall occurs, assess the severity of injury; implement fall injury protocol. Determine the cause and revise fall injury prevention plan.
Regularly review medication contribution to fall risk; adjust medication administration times to minimize risk of falling.
Consider risk related to polypharmacy and age.
Balance adequate pain management with potential for oversedation.

**Intervention: Promote Injury-Free Environment (Completed)**

Frequency: Per CPG
Dates: End: 11/16/21
Description: Provide a safe, barrier-free environment that encourages independent activity.
Keep care area uncluttered and well-lighted.
Determine need for increased observation or monitoring.
Avoid use of devices that minimize mobility, such as restraints or indwelling urinary catheter.

**Problem: Pain Acute**

Dates: Resolved: 11/16/21
Disciplines: Nurse, Interdisciplinary

**Goal: Acceptable Pain Control and Functional Ability (Resolved)**

Dates: End: 11/16/21
Disciplines: Nurse, Interdisciplinary

**Outcomes**

| Date/Time | User | Outcome |
|---|---|---|
| 11/16/21 1216 | Seals, India, RN | Outcome(s) achieved |
| 11/16/21 1036 | Seals, India, RN | Ongoing (interventions implemented as appropriate) |

**Intervention: Develop Pain Management Plan (Completed)**

Frequency: Per CPG
Dates: End: 11/16/21
Description: Acknowledge patient as the expert in pain self-management.
Use a consistent, validated tool for pain assessment; include function and quality of life.
Evaluate risk for opioid use.
Set pain management goals; determine acceptable level of discomfort to allow for maximal functioning.
Determine mutually-agreed-upon pain management plan, including both pharmacologic and nonpharmacologic measures; integrate management of chronic (persistent) pain.
Identify and integrate past successful treatment measures, if able.
Encourage patient and caregiver involvement in pain assessment, interventions and safety measures.
Re-evaluate plan regularly.

**Intervention: Prevent or Manage Pain (Completed)**

Frequency: Per CPG
Dates: End: 11/16/21
Description: Evaluate pain level, effect of treatment and patient response at regular intervals.
Minimize painful stimuli; coordinate care and adjust environment (e.g., light, noise, unnecessary movement); promote sleep/rest.
Match pharmacologic analgesia to severity and type of pain mechanism (e.g., neuropathic, muscle, inflammatory); consider multimodal approach (e.g., nonopioid, opioid, adjuvant).
Provide medication at regular intervals; titrate to patient response; premedicate for painful procedures.
Manage breakthrough pain with additional doses; consider rotation or switching medication.

**Care Plan (continued)**

Monitor for signs of substance tolerance (increased dose to reach desired effect, decreased effect with same dose).
Manage medication-induced effects, such as constipation, nausea, urinary retention, somnolence and dizziness.
Provide multimodal interventions, such as physical activity, therapeutic exercise, yoga, TENS (transcutaneous electrical nerve stimulation) and manual therapy.
Train in functional activity modifications, such as body mechanics, posture, ergonomics, energy conservation and activity pacing.
Consider addition of complementary or alternative therapy, such as acupuncture, hypnosis or therapeutic touch.

**Intervention: Optimize Psychosocial Wellbeing (Completed)**

| | |
|---|---|
| Frequency: | Per CPG |
| Dates: | End: 11/16/21 |
| Description: | Facilitate patient's self-control over pain by providing pain information and allowing choices in treatment.<br>Consider and address emotional response to pain.<br>Explore and promote use of coping strategies; address barriers to successful coping.<br>Evaluate and assist with psychosocial, cultural and spiritual factors impacting pain.<br>Modify pain perception using techniques, such as distraction, mindfulness, guided imagery, meditation or music.<br>Assess for risk factors for developing chronic pain, such as depression, fear, pain avoidance and pain catastrophizing.<br>Consider referral for ongoing coping support, such as education, relaxation training and role of thoughts. |

**Patient Education**

**Title: First-Dose Education ()**

**Points For This Title**

**Point: acetaminophen (Resolved)**

Description:
Instruct learners on name and purpose of medications and possible side effects. If appropriate, include food/drug interactions, reporting of efficacy, and symptoms to report.

**Learning Progress Summary**

| | |
|---|---|
| **Patient** | Acceptance, Explanation, Able to Teach Back by JC at 11/15/2021 1302 |

**Point: dexamethasone sodium phosphate (Resolved)**

Description:
Instruct learners on name and purpose of medications and possible side effects. If appropriate, include food/drug interactions, reporting of efficacy, and symptoms to report.

**Learning Progress Summary**

| | |
|---|---|
| **Patient** | Acceptance, Explanation, Able to Teach Back by JC at 11/15/2021 1302 |

**Point: cefazolin sodium (Resolved)**

Description:
Instruct learners on name and purpose of medications and possible side effects. If appropriate, include food/drug interactions, reporting of efficacy, and symptoms to report.

## 11/15/2021 - Admission (Discharged) in GENERAL SURGERY UNIT (continued)

**Patient Education (continued)**

**Learning Progress Summary**

| | |
|---|---|
| **Patient** | Acceptance, Explanation, Able to Teach Back by EM at 11/15/2021 1831<br>Acceptance, Explanation, Able to Teach Back by JC at 11/15/2021 1302 |

**Point: phenazopyridine HCl (Resolved)**

Description:
Instruct learners on name and purpose of medications and possible side effects. If appropriate, include food/drug interactions, reporting of efficacy, and symptoms to report.

**Learning Progress Summary**

| | |
|---|---|
| **Patient** | Acceptance, Explanation, Able to Teach Back by JC at 11/15/2021 1302 |

**Point: famotidine (Resolved)**

Description:
Instruct learners on name and purpose of medications and possible side effects. If appropriate, include food/drug interactions, reporting of efficacy, and symptoms to report.

**Learning Progress Summary**

| | |
|---|---|
| **Patient** | Acceptance, Explanation, Able to Teach Back by JC at 11/15/2021 1302 |

**Point: aprepitant (Resolved)**

Description:
Instruct learners on name and purpose of medications and possible side effects. If appropriate, include food/drug interactions, reporting of efficacy, and symptoms to report.

**Learning Progress Summary**

| | |
|---|---|
| **Patient** | Acceptance, Explanation, Able to Teach Back by JC at 11/15/2021 1302 |

**Point: famotidine/PF (Resolved)**

Description:
Instruct learners on name and purpose of medications and possible side effects. If appropriate, include food/drug interactions, reporting of efficacy, and symptoms to report.

**Learning Progress Summary**

| | |
|---|---|
| **Patient** | Acceptance, Explanation, Able to Teach Back by JC at 11/15/2021 1302 |

**Point: scopolamine (Resolved)**

Description:
Instruct learners on name and purpose of medications and possible side effects. If appropriate, include food/drug interactions, reporting of efficacy, and symptoms to report.

**Learning Progress Summary**

| | |
|---|---|
| **Patient** | Acceptance, Explanation, Able to Teach Back by JC at 11/15/2021 1302 |

**User Key**

| Initials | Effective Dates | Name | Provider Type | Discipline |
|---|---|---|---|---|
| EM | 12/23/20 - | Matacia, Emily, RN | Registered Nurse | Nurse |

**Patient Education (continued)**

| | | | | |
|---|---|---|---|---|
| | 12/09/21 | | | |
| JC | 12/22/20 - | Collins, Jody, RN | Registered Nurse | Nurse |

## Coding Summary

### Account Information

| Hospital Account | Primary Payor | Affiliated Recurring Accounts | Combined from HAR |
|---|---|---|---|
| 21527073 - REECE,JAMIE | ANTHEM [2024] | None | None |

### Admission Information

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | | Admit Date/Time: | 11/15/2021 1104 | IP Adm. Date/Time: | |
| Admission Type: | Elective | Point of Origin: | Physician Referral-Scheduled | Admit Category: | |
| Means of Arrival: | | Primary Service: | Acute | Secondary Service: | |
| Transfer Source: | | Service Area: | THE CHRIST HOSPITAL SERVICE AREA | Unit: | GENERAL SURGERY UNIT |
| Admit Provider: | Karram, Mickey M., MD | Attending Provider: | Karram, Mickey M., MD | Referring Provider: | |

### Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 11/16/2021 1235 | Home Or Self Care | None | Karram, Mickey M., MD | GENERAL SURGERY UNIT |

### Admission Diagnoses / Reasons for Visit (ICD-10-CM)

| Code | Description | Comments |
|---|---|---|
| R10.2 | Pelvic and perineal pain | Vaginal pain [R10.2] |

### Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| R10.2 **[Principal]** | Pelvic and perineal pain | | | No | No |
| K21.9 | Gastro-esophageal reflux disease without esophagitis | | | No | No |
| Z91.048 | Other nonmedicinal substance allergy status | | | No | No |
| Z88.5 | Allergy status to narcotic agent | | | No | No |
| Z79.899 | Other long term (current) drug therapy | | | No | No |

### CPT®/HCPCS Codes

| Code | Modifiers | Date | Qty | Performing Provider | APC | Exp Reimb | Px Event |
|---|---|---|---|---|---|---|---|
| 57000 (CPT®) | | 11/15/2021 | 1 | Karram, Mickey M., MD | 05414 | 2,506.42 | |

Description: Colpotomy; w/Exploration

**Documents**

**Labs - Scan on 11/13/2021 0938: PREOP LAB 11/12/21, COVID**

Scan (below)

# C19 labs.

C19 Labs LLC
CLIA ID#: 18D2192304
881 Corporate Dr
Lexington, KY 40503
Office: (859) 215-7956
Lab Director: Phillip R. Gibbs, PhD, NRCC

## FINAL REPORT

| Patient Information | Sample Information | Clinic Information |
|---|---|---|
| Name: Reece, Jamie | Accession Number: R1078283 | Physician Name: Murray, Luke |
| MRN: 707608668 | Specimen Type: NASOPHARYNGEAL | Physician Practice: Wild health Inc |
| Date of Birth: Age: 53 | Collection Date: Nov. 12, 2021, 1:10 p.m. | Physician Phone: (859) 215-7956 |
| Gender: Female | Received Date: Nov. 12, 2021, 1:54 p.m. | Site Name: 1505 College Way Community |
| Address: | Result Date: Nov. 12, 2021, 7:13 p.m. | Site Address: 1505 College Way Lexington KY 40502 |
| Phone Number: 8595336163 | | |

| TEST NAME | TEST RESULT |
|---|---|
| RT-PCR COVID-19[1] | Not Detected |

[1]U.S. Food and Drug Administration has not approved or cleared this test; however, FDA clearance or approval is not currently required for clinical use.

Printed: Nov. 12, 2021, 8:45 p.m. Page 1 of 1

11/13/2021 9:28AM FAX 1 TCH LAB/PRESURGERY 0001/0001

## 11/15/2021 - Admission (Discharged) in GENERAL SURGERY UNIT (continued)

**Documents (continued)**

**Other - Scan on 11/13/2021 0944**

Scan (below)

# C19 labs.

C19 Labs LLC
CLIA ID#: 18D2192304
881 Corporate Dr
Lexington, KY 40503
Office: (859) 215-7956
Lab Director: Phillip R. Gibbs, PhD. NRCC

## FINAL REPORT

| Patient Information | Sample Information | Clinic Information |
|---|---|---|
| **Name:** Reece, Jamie | **Accession Number:** R1078283 | **Physician Name:** Murray, Luke |
| **MRN:** 707608668 | **Specimen Type:** NASOPHARYNGEAL | **Physician Practice:** Wild health Inc |
| **Date of Birth:** **Age:** 53 | **Collection Date:** Nov. 12, 2021, 1:10 p.m. | **Physician Phone:** (859) 215-7956 |
| **Gender:** Female | **Received Date:** Nov. 12, 2021, 1:54 p.m. | **Site Name:** 1505 College Way Community |
| **Address:** | **Result Date:** Nov 12, 2021, 7:13 p.m. | **Site Address:** 1505 College Way Lexington KY 40502 |

**Phone Number:** 8595336163

| TEST NAME | TEST RESULT |
|---|---|
| RT-PCR COVID-19[1] | Not Detected |

[1]U.S. Food and Drug Administration has not approved or cleared this test; however, FDA clearance or approval is not currently required for clinical use.

Printed: Nov. 12, 2021, 8:45 p.m. Page 1 of 1

**Documents (continued)**

**E Hosp Consent Form TCH Rev. 8/2020 - Electronic signature on 11/15/2021 1104 (effective from 11/15/2021) - 1 of 2 e-signatures recorded**

R00I4A Rev. 08/2020

HAR# 21527073
MRN# 10817229

THE CHRIST HOSPITAL HEALTH NETWORK
REGISTRATION AND CONSENT FOR HOSPITAL AND MEDICAL TREATMENT

Name: Jamie Reece
Date: 11/15/21 Time: 11:03 AM am/pm

1. CONSENT TO TREATMENT: I hereby consent to the administration of medical, nursing or other treatment, drug therapy and/ or testing as considered necessary for my condition as directed by my physician(s) (or advanced practice provider) and his/her associates or assistants as may be needed. I understand that The Christ Hospital (TCH) is a teaching hospital and agree that interns, residents, fellows, nurses, medical students and other health personnel in training may participate with or assist my physician (s) in the performance of medical, surgical or diagnostic procedures/treatment that my physician (s) consider necessary.

2. RELEASE AND USE OF RECORDS: I authorize the release of medical records information (including, but not limited to information concerning drug related conditions, alcoholism, psychiatric conditions, HIV testing, AIDS diagnosis/related conditions) to insurance carriers, third-party payers or their representatives, and/or review organizations as deemed necessary to determine benefits entitlement and to process payment claims for health services provided. I authorize the release of medical record information to the physician(s) or agency responsible for my follow-up care, and/or to the healthcare facility to which I am transferred from TCH. I authorize TCH to access, release, and share accessible electronic medical information with other medical providers who utilize an electronic medical record system compatible with TCH's system. I authorize release of my medical record information as required or permitted by state or federal law including, but not limited to, for purposes of obtaining payment. Lastly, I understand my records may be released to state, federal, or other surveyors for accreditation and/or regulatory licensing purposes.
   **NOTICE**: Medical records of TCH are kept on file for ten (10) years and then destroyed. I have a right to inspect and obtain a copy of your medical record. There will be a charge for this service.

3. I have been advised and understand that certain health care professionals who participate in my care and treatment, including, but not limited to, emergency medical physicians, anesthesiologists, neonatologists, intensivists, radiologists, pathologists, and advanced practice providers are independent contractors not employed by TCH, TCH is not liable for their acts and/or omissions, and I will be billed separately for any services provided to me by these independent health care professionals.

4. MOTHER/NEWBORN ONLY: I give permission to TCH and my physician(s) to care for my newborn prior to discharge. I understand that if I have not chosen a physician for my newborn, or if my newborn's chosen physician is unavailable or not on TCH Medical Staff, I permit a physician on staff at The Christ Hospital to attend to my newborn prior to discharge.

5. COMMUNICATING WITH YOU: Consent to contact by electronic and other means. The Christ Hospital, its employees, its affiliates and its affiliates vendors, agents, successors, and assigns (collectively, TCH), may contact me for any lawful reason, including for the collection of amounts owed to TCH and for the offering of products or services in compliance with applicable privacy policies and requirements that are in effect from time to time. No such contact will be deemed unsolicited. By signing below, I authorize and voluntarily consent to TCH contacting me: (i) at any address (including e-mail) or telephone number (including wireless cellular telephone or ported landline telephone number) that I provide, have provided, or that was provided on my behalf to TCH; (ii) using any means of communication (including, but not limited to, postal mail, electronic mail, telephone, text, messaging or other technology) to reach me; and (iii) using automated dialing systems and announcing devices and playing recorded messages.

safety and security of our patients, visitors and staff, weapons, knives, alcohol, illegal drugs and other dangerous materials are not allowed in our facilities.

I confirm that I have read and agree to the preceding information and received a copy of this form. Any questions that I may have had have been answered fully and to my satisfaction. I am the patient, the patient's legal representative, or am otherwise authorized by the patient to sign the above and accept its terms on his/her behalf.

Patient's Signature: [signature] Signature captured with Topaz at 11/15/2021 11:03 AM

If patient is unable to consent - will be signed by patient's legal representative? ☐

Closest Relative, Health Care POA or Legal Guardian:

## 11/15/2021 - Admission (Discharged) in GENERAL SURGERY UNIT (continued)

**Documents (continued)**

**After Visit Summary - Document on 11/16/2021 1143: IP After Visit Summary**

Document (below)

The Christ Hospital Health Network

# AFTER VISIT SUMMARY

**Jamie Reece** Vaginal pain 11/15/2021 - 11/16/2021 THE CHRIST HOSPITAL

Instructions

Your medications have changed

START taking:
**traMADoL** (ULTRAM)

CHANGE how you take:
**pregabalin** (LYRICA)

**If any medications are discontinued be sure to notify your Auto-refill/Mail-order pharmacy.**

What's Next

NOV 29 Post Operative Visit with Mickey M. Karram, MD
Monday Nov 29, 2021 11:15 AM

The Christ Hospital Physicians - Urogynecology, Fort Wright
1955 DIXIE HIGHWAY
SUITE M
FT WRIGHT KY
41011-2607
513-463-2500

Your Next Steps

Do

☐ Pick up these medications from The Christ Hospital Apothecary-Retail Pharmacy
- traMADoL

Go

NOV 29 Post Operative Visit 11:15 AM
Mickey M. Karram, MD
The Christ Hospital Physicians - Urogynecology, Fort Wright
1955 DIXIE HIGHWAY
SUITE M
FT WRIGHT KY 41011-2607
513-463-2500

MyChart

View your After Visit Summary and more online at **https://www.thechristhospitalmychart.com/mychart/**.

Medication List

| Medication | Discharge Day | Morning | Afternoon | Evening | Bedtime | As Needed |
|---|---|---|---|---|---|---|
| **acetaminophen** 325 mg tablet<br>Commonly known as: TYLENOL<br>Take 2 Tablets (650 mg total) by mouth every 4 hours as needed for Pain.<br>Indications/Reason for taking: Pain | | | | | | |
| **CHOLECALCIFEROL (VITAMIN D3) PO**<br>Take by mouth daily.<br>Indications/Reason for taking: Vitamin/ Supplement | | | | | | |
| **cycloSPORINE** 0.05 % Dpet<br>Commonly known as: RESTASIS<br>Apply 1 Drop to eyes every 12 hours. | | | | | | |
| **Diclofenac Sodium** 1 % Gel<br>Commonly known as: VOLTAREN<br>Apply 2 g topically daily as needed. | | | | | | |
| **esomeprazole** 40 mg Cpdr<br>Commonly known as: NEXIUM<br>Take 40 mg by mouth nightly at bedtime. | | | | | ✓ | |
| **estradioL** 1 mg tablet<br>Commonly known as: ESTRACE<br>Take 1 mg by mouth daily. | | | | | | |
| **Humira(CF) Pen** 40 mg/0.4 mL Pnkt<br>40 mg by Subcutaneous route every 14 days.<br>Generic drug: adalimumab | | | | | | |
| **ibuprofen** 600 mg tablet<br>Commonly known as: MOTRIN<br>Take 1 Tablet (600 mg total) by mouth every 6 hours as needed for Pain. | | | | | | |
| **multivitamin** Tab<br>Commonly known as: THERAGRAN<br>Take 1 Tablet by mouth daily. | | | | | | |
| **pantoprazole** 40 mg Tbec<br>Commonly known as: PROTONIX<br>Take 40 mg by mouth daily. | | | | | | |
| **polyethylene glycol** 17 gram/dose powder<br>Commonly known as: GLYCOLAX;MIRALAX<br>Take 17 g by mouth 2 times daily as needed. | | | | | | |

Medication List (continued)

| Medication | Discharge Day | Morning | Afternoon | Evening | Bedtime | As Needed |
|---|---|---|---|---|---|---|
| CHANGE **pregabalin** 100 mg Cap<br>Commonly known as: LYRICA<br>Take 100 mg by mouth 3 times daily.<br>What changed: **Another medication with the same name was removed. Continue taking this medication, and follow the directions you see here.** | | ✓ | ✓ | ✓ | | |
| **PROBIOTIC-10 PO**<br>Take 1 Tablet by mouth daily. | | | | | | |
| **Stimulant Laxative Plus** 8.6-50 mg Tab<br>Take 2 Tablets by mouth daily as needed.<br>Generic drug: senna-docusate | | | | | | |
| **tiZANidine** 4 mg tablet<br>Commonly known as: ZANAFLEX<br>Take 4 mg by mouth 3 times daily. | | | | | | |
| START **traMADoL** 50 mg tablet<br>Commonly known as: ULTRAM<br>Take 1 Tablet (50 mg total) by mouth every 6 hours as needed for Pain for up to 5 days. | | | | | | |
| **Xyzal** 5 mg Tab<br>Take 5 mg by mouth daily.<br>Generic drug: Levocetirizine | | | | | | |
| **ZINC-15 PO**<br>Take 15 mg by mouth daily. | | | | | | |

Where to pick up your medications

Pick up these medications at The Christ Hospital Apothecary-Retail Pharmacy

traMADoL

Address: 2139 Auburn Ave Suite 1005, Cincinnati OH 45219-2906
Hours: 7:30 to 5:30 Mon-Fri
Phone: 513-585-0050

**Please make a list of every medicine, vitamin or herbal supplement you are taking and keep the list with you at all times. Please show the list to your caregiver at every visit and keep the list up to date**

**If new medications were prescribed, I have received information about purpose and possible side-effects regarding new medications**

**It is very important that you keep all scheduled appointments with your follow-up providers. If for any reason that you can not make your scheduled appointment, please call the office to reschedule.**

Instructions

**The Christ Hospital offices of Dr. Mickey Karram, Dr. Aparna Shah, and Dr. Annie Stachowicz (513) 463-2500**

**Post-operative Instructions**

**Preparation for After-surgery care**

- You will need someone to drive you home after discharge from the hospital
- If you spent one or more nights in the hospital, plan on having someone stay with you when you get home from the hospital for at least a couple days—make a plan with a friend/family at least 2 weeks ahead of time.

**Medications**

- After the surgery, resume all your normal medications unless directed otherwise
- Take and finish any antibiotic if prescribed. If you go home with a catheter you may need an antibiotic.
- Pain medications:
  - If you can, take Motrin/Ibuprofen every 6 hours with food for the first 3 days to help keep inflammation down. Do not take Motrin/ibuprofen if you have gastric ulcers, are on blood thinners, are taking other NSAIDS for other reasons (for example, arthritis), or are allergic to Aspirin.
  - For pain that is 5 or more out of 10 on the pain scale, take the opiate as prescribed. If you are taking Percocet, Vicodin or Norco, do not take any Tylenol/Acetaminophen due to risk of liver damage.
  - If you are on opiate pain medication, then you cannot drive or operate any heavy machinery. You will also have constipation while on opiates, see "constipation" section.
  - You should not need to use opiates (for example, Percocet, Vicodin, etc) beyond 1-2 weeks after inpatient surgery or 1 week after outpatient surgery. If you do require opiates beyond this time frame, you may be required to complete an opiate pain contract. If you are on chronic opiate medications, coordination of your pain medications should be done with the prescribing physician before surgery.
  - Do not use tranquilizers (for example, Ativan, Xanax) or sleeping aides (for example, Ambien) while on opiates unless directed by your doctor

**Example of a pain schedule:**

4 pm 1 tab oxycodone
6 pm tylenol - 1000 mg (max 4000 mg in 24 hour period)
8 pm ibuprofen- 800 mg
10 pm oxycodone
Continue alternating medications as above

**Constipation**

- You will likely not have a bowel movement in the hospital, and can take several days to have one once you are at home.
- Immediately after the surgery, take the Miralax or Senokot daily to twice a day as prescribed by your doctor for one month. If your bowel movements are too loose, then cut back on the medication. If you have chronic constipation, start taking a stool softener, Miralax or Senokot, one week prior to the surgery.
- If after 7 days you do not have a bowel movement, then add milk of magnesia every 8 hours for 24 hours only to the other medication you are using. Do not take milk of magnesia if you have kidney problems.
- Contact your doctor if you are having ongoing problems.
- Read the "what to eat" section, and limit the use of opiates as those medications can cause constipation.

**What to eat**

- Drink plenty of water—avoid other beverages high in sugar or carbonation like any kind of soda pop
- You can eat whatever you like unless you are suffering from constipation or discharged on a special diet.

Instructions (continued)

- If suffering from constipation, take in small meals high in fiber like fruits and vegetables, take Metamucil with plenty of water
- Call your doctor if you are having vomiting
- No alcohol while on antibiotics and on opiate pain medications

**Taking care of urinary catheter**

- You may not be able to urinate after the surgery due to swelling of the vagina or the amount of surgery done around the bladder for a few days to few weeks.
- If you are going home with an indwelling urinary catheter/leg bag:
    - If you are going home with a leg bag, empty the bag before it gets full.
    - If you are going home with a plug, unplug the catheter every 4 hours and empty it into the toilet, then put the plug back on. Attach it to the drainage bag at bedtime.
- If you are going home performing intermittent self-catheterization
    - Try to empty your bladder normally before using the catheterization kit to see if your bladder function as returned
    - While you are awake you should attempt to void (and perform self-catheterization) every 4 hours OR with an urge to void. You seek to keep your total bladder capacity less than 500ml. If your catheterized volumes after voiding are less than 150ml, you can change the frequency of self-catheterization to every 6 hours. If the catheterized volume is more than 150ml, you should catheterize your bladder after attempted voids about every 2 hours.
    - Write down the amount of urine you emptied with the catheter. When the amount you empty is less than 50ml for 3 voids in a row, you may stop catheterizing.
    - If after you have stopped catheterizing and cannot urinate for 6 hours, then restart catheterizing again.
- You will need to come into the office after a few days to one week to remove the catheter or to do a bladder test.

**Activity/Restrictions**

- Until cleared by your doctor: No strenuous physical activity/exercise; No pushing, squatting, pulling (like vacuuming, mowing lawn); No lifting anything more than 10 pounds (gallon of milk); No sex or anything in the vagina like a tampon.
- No swimming or hot tubs for 4-6 weeks for inpatient surgery or 2 weeks for outpatient surgery or until cleared by your doctor. You may shower and pat dry.
- Sitz baths with or without Epson salts are encouraged especially if you are sore.
- You may return to work when cleared by your doctor, which could be 2-6 weeks after inpatient surgery or 1 day to 1 week for outpatient surgery depending on the type of surgery done.
- Resume driving only if no longer on opiates.
- You CAN climb stairs, go for short walks (1 block), and ride as a passenger in the car
- If you are going to travel soon after surgery, talk to your doctor as soon as possible.

**Incision/Wound care**

- You will have spotting with brown or yellow discharge for several weeks after the surgery. If you have heavy vaginal bleeding (saturating 1 pad per hour) or have a foul smell, call the doctor immediately.
- If you have an abdominal incision—it is okay to take showers, pat dry. If you have skin glue over the incision, you can take off any part peeling off. If you have small white strips called steri-strips, it is okay if they fall off on their own.
- If you had vaginal surgery—do not place anything in the vagina; do not have sex until cleared by your doctor. No douching. Do not restart any vaginal cream medication prescribed prior to or after the surgery.
- Check the sites of your incisions daily for any signs of infection like redness or drainage, or opening of the incision.

## Instructions (continued)

**Follow-up visits**

- If you go home with a catheter or self-catheterizing beyond 2 days, then you will need to be seen within one week after the surgery—call to make an appointment once at home.
- To schedule the post-op visits, call the office of your specific surgeon. Depending on the doctor, your post op visit will be scheduled anywhere from 2 to 6 weeks after the surgery.

**Reasons to call the Doctor—Warning Signs**

- Fever greater than 100.4 degrees F
- Shaking chills
- Severe pain uncontrolled by pain medications
- Profuse vomiting
- Redness, excessive swelling, or drainage from your incision
- Heavy vaginal bleeding—saturating one pad per hour
- Foul smelling vaginal discharge
- Inability to urinate
- Inability to have a bowel movement for 7 days
- Chest pain or shortness of breath
- Swelling, redness, or pain in your leg

You may always proceed to the nearest Emergency Room at a hospital if you feel more comfortable doing so, but give us a call to let us know before, during, or after your ER visit.

## Opioid Information

**AVS Discharge Opioid Education for patients with opioid prescriptions at Discharge**

Opioids (also called "narcotics") can be dangerous if they are not taken as prescribed by your provider. You should know the possible risks and side effects of taking opioids before starting treatment. Opioids don't work for every person or every type of pain, and they are unlikely to take all the pain away. Talk with your provider to set realistic treatment goals.

In general, it is safest to take opioids in the lowest amount and for the shortest duration possible. Ask your provider when you should expect to no longer need opioids.

TELL your provider about all prescribed and over-the-counter medicines, herbs and vitamins you take. Opioids can interact dangerously with some medications, especially medications for sleep or anxiety, like Valium, Xanax, Klonopin or Ativan.

DO NOT take more opioid medication than prescribed; this can be dangerous and may lead to accidental overdose and death.

DO NOT combine alcohol or street drugs with opioids.

NEVER take opioids that were not prescribed to you.

ALWAYS dispose of any leftover opioids promptly.

Opioid Information (continued)

Chronic pain should be managed by a primary (family) care provider, pain doctor or other specialist such as a cancer doctor. Emergency rooms are not a good place to go for chronic pain and generally will not write prescriptions for chronic pain problems.

Discuss other ways to control your pain with your provider. Meditation, deep breathing exercises or non-opioid medications can be used alone or to help opioids work better. Gentle physical activity such as walking may also help you feel better. However, overdoing it can make your pain worse. Ask what activities are appropriate with your condition.

**Most common side effects of opioids include:**

- Sleepiness
- Mental confusion or "slow thinking" that can affect judgement and decision-making. You may think you're OK and you're making good decisions when you're not. You may take risks and put yourself and others in danger.
- Constipation - Most people will require a laxative such as Senna. Physical activity and drinking more water can also help. If your bowel habits change, act quickly to prevent serious problems.
- Itching
- Nausea and vomiting
- Bad dreams or hallucinations

**Serious risks of opioid use include**:

- Intestinal blockage can occur if constipation becomes severe. Seek medical attention.
- Decreased breathing / respiratory depression during sleep - You are at higher risk if you smoke, are obese, have sleep apnea, or also take benzodiazepines. Seek medical attention.
- Impaired driving or operation of machinery
- Allergies - Allergic reactions to opioids are rare, but if you get a severe rash, hives, shortness of breath or throat swelling, seek medical attention or call 911.
- Birth defects - Do not use opioids if pregnant or planning to become pregnant. Be sure to use birth control when taking opioid medication.
- Death

**If you use opioids long term, there are additional risks:**

- Tolerance - If you use opioids for chronic pain, you may develop a need for higher doses to get the same pain relief. This can lead to an increased chance of experiencing side effects.
- Physical dependence - When your body is used to receiving opioid medication every day for weeks, months, or years, you may suffer withdrawal symptoms if you suddenly stop or cut back. This is NOT the same as addiction. Common withdrawal symptoms include pain, nervousness, sweatiness, fast heart rate, shortness of breath, and nausea. Your doctor can help you safely stop or reduce your dose of opioids.
- Addiction - Some people who take opioids develop a craving or addiction to them that takes away their sense of control. Some patients become addicted to opioids even when they take opioids as prescribed. People with a history of severe depression or anxiety, heavy tobacco use, personal or family history of substance abuse are at greater risk. Be honest with your provider about any fears you have about addiction and don't be afraid to ask your own questions.
- Depression
- Worsening of pain
- Decreased sex hormones that affect sex drive, arousal and other aspects of sexual health

## Opioid Information (continued)

**Safe Storage and Disposal of Opioids**

- Opioids must be stored in a safe, locked place. Keep them out of reach of family, children, visitors, and pets.
- Always store your opioids in the original labeled container.
- If you are concerned about the safety of storing medicines in your home, talk with your provider about how to handle this problem.
- If someone steals your opioids or your opioid prescription, report the theft to the police.
- NEVER share or sell unused opioid medication with family members, friends or anyone else.
- Do not keep extra or unused opioids. Having unused opioids around the house may cause unintentional harm to anyone else who uses them. Dispose of unused medications in the trash, mixed with coffee grounds, kitty litter, or other unpleasant substance. Many police stations have boxes or receptacles for unused prescription medications or visit www.takebackday.dea.org.

## Women over 40

https://www.thechristhospital.com/Documents/Women%20+40-Full%20Text%20%28TCH%29.pdf

## 11/15/2021 - Admission (Discharged) in GENERAL SURGERY UNIT (continued)

**Documents (continued)**

**Discharges - Scan on 11/18/2021 1508: DISCHARGES**

Scan (below)

Reece, Jamie (MR # 10817229) DOB: Page 1 of 1

**My signature below indicates my understanding of all discharge instructions**

Patient/Responsible Party Signature: Jamie H Reece Date:

Reviewed with Pt/Responsible Party: Indias els RN Date/Time:

Fax to: Date/Time: 11/16/21 1156

*****Copy of instructions given to patient*****

Reece, Jamie (53 yrs)
CSN: 3066773160 DOB:
Sig/Time
DOS: MRN: 10817229

Discharges
*R-DISCH*

Reece, Jamie (MR # 10817229) Printed at 11/16/21 11:43 AM

## 11/15/2021 - Admission (Discharged) in GENERAL SURGERY UNIT (continued)

**Documents (continued)**

**History and Physical - Scan on 11/18/2021 1508: HISTORY AND PHYSICALS - UPDATE**

Scan (below)

**THE CHRIST HOSPITAL HEALTH NETWORK**

**PROGRESS NOTES**

R-11-A Rev. 3/18

Reece, Jamie
CSN: 3066773160 DOB: (53 yrs)
Sig/Time
DOS: MRN: 10817229

**TIMED, DATED, AND SIGNED NOTES ARE MANDATORY FOR ALL ENTRIES**

**Dates/ Times**

**I have examined the patient and after review of their history & physical I find:**

☐ No Changes

☐ Changes as Noted

**Physician Signature:** [signature]

**Date:** ______ **Time:** ______

R7009 Rev. 11/10

Needs H+P

History & Physical

*R-HPY*

**Documents (continued)**

**Consents - Scan on 11/18/2021 1508: CONSENTS**

Scan (below)

| | | |
|---|---|---|
| THE CHRIST HOSPITAL<br>CINCINNATI, OHIO 45219<br>R-82 Rev. 3/2011 | Reece, Jamie CSN: 3066773160 DOB:<br>MRN: 10817229<br>Page 1 of 2 | Reece, Jamie<br>CSN: 3066773160 DOI 53 yrs)<br>Sig/Time<br>DOS: MRN: 10817229 |

**ACKNOWLEDGMENT OF INFORMED CONSENT FOR SURGICAL OR MEDICAL PROCEDURE AND/OR SEDATION**

I agree to allow Surgeon(s):
Karram, Mickey M., MD

and his/her associates or assistants, including residents and/or other qualified medical practitioner to perform the following medical treatment or procedure and to administer or direct the administration of sedation as necessary:

Procedure(s):
Removal of Sacrospinous Suture, Cystoscopy

Consents

*R-CONSE*

***Patient/Authorized Representative initials for laterality, if applicable___***

My doctor has explained the following regarding the proposed procedure:

- the explanation of the procedure
- the benefits of the procedure
- the potential problems that might occur during recuperation
- the risks and side effects of the procedure which could include but are not limited to severe blood loss, infection, stroke or death
- the benefits, risks and side effects of alternative procedures including the consequences of declining this procedure or any alternative procedures
- the likelihood of achieving satisfactory results.

I acknowledge no guarantee or assurance has been made to me regarding the results. I have been given an opportunity to ask questions about this procedure and all of my questions have been satisfactorily answered.

I understand that other practitioners, including resident physicians and other trainees, may be involved in my treatment and that they will only perform tasks within their scope of practice/license and as set forth in privileges granted by the hospital.

I understand that the risks of anesthesia for surgery include but are not limited to, sore throat, hoarseness, injury to face, mouth or teeth; nausea; headache; injury to blood vessels or nerves; death, brain damage, or paralysis. I understand that sedation will often result in temporary impairment of memory and fine motor skills, and that sedation can occasionally progress to a state of deep sedation or general anesthesia.

If necessary, I give permission for anesthesia and/or sedation to be given by the Anesthesiologists, Certified Registered Nurse Anesthetists and Certified Anesthesiologist Assistants of Anesthesia Associates of Cincinnati, Inc.

I give my physician or his designee permission to administer sedation as necessary for the procedure.

I understand that during the course of this treatment/procedure, unforeseen conditions can occur which require an additional or different treatment or procedure. I agree to allow my physician or assistants to perform such extension of the original procedure as they may find necessary. If there is an emergency

during the procedure or imme...ately after the procedure, I give per...sion to take all measures to be revived. If a "Do Not Resuscitate" order is in effect, the physician will be notified to discuss the operative applications of the order.

| |
|---|
| **JR I do ______ I do, with restrictions* ______ I do not . . . give my doctor permission to give me blood or blood products.** |
| ***See completed form "My Restrictions on Receiving Blood / Blood Products" for details** |

I understand that there are risks associated with receiving blood, blood products, allografts and/or xenografts including, but not limited to, hepatitis, AIDS, fever, or allergic reaction. I acknowledge that the risks, benefits, and alternatives of this treatment have been explained to me and that no express or implied warranty has been given by the hospital, any blood bank, or any person or entity as to the blood or blood products transfused.

At the discretion of my physician, I agree to allow observers and allow photographing and/or televising of the procedure, provided my name or identity is not used. I agree the hospital may dispose of or use for scientific or educational purposes any tissue, fluid, or body parts which may be removed.

X Jamie R Reece ______ Self ______ Date 11/16/21 Time 1253 AM/PM____

**Patient or Authorized Representative** **Relationship to Patient**

Witness ______ Date 11/16/21 Time 1253 AM/PM

**ACKNOWLEDGMENT OF INFORMED CONSENT FOR SURGICAL OR MEDICAL PROCEDURE AND/OR SEDATION**

| | | |
|---|---|---|
| **THE CHRIST HOSPITAL**<br>**CINCINNATI, OHIO 45219**<br>**R-82 Rev. 3/2011** | **Reece, Jamie** CSN: 3066773160 DOB:<br>MRN: **10817229**<br>Page 2 of 2 | R81 |

**Documents (continued)**

**Consents - Scan on 11/18/2021 1508: ADDITIONAL INFORMED CONSENT FORM FOR PROCEEDING WITH PROCEDURE/SURGERY DURI**

Scan (below)

**Additional Informed Consent Form for Proceeding with Procedure/Surgery During COVID-19 Pandemic**

**THE CHRIST HOSPITAL HEALTH NETWORK**

**Patient Name:**__________ **Medical Record Number:** __________

- COVID-19 is an infectious disease that can result in serious illness or death and can easily spread from person to person.
- One risk of the COVID-19 pandemic is that I may be exposed to individuals infected with COVID-19 at health care facilities.
- I understand that it is ultimately my decision whether to proceed with my procedure/surgery at The Christ Hospital during the COVID-19 pandemic.
- I have discussed with my physician the risks of the procedure/surgery, including the additional risks during the COVID-19 pandemic. I have had the opportunity to ask questions, and all of my questions have been answered in a satisfactory manner regarding the procedure/surgery and the risks of contracting COVID-19 as a result of proceeding with this procedure/surgery. I have considered all the risks and alternative treatment options and I have decided to proceed with my procedure/surgery at The Christ Hospital.
- By signing this Additional Informed Consent Form, I acknowledge that I have read or have had it read and/or explained to me, and that I fully understand its contents.

Jamie H Reece Date: 11/15/21 Time: 1253

Signature of Patient or Patient Representative

If signed by a patient representative, specify relationship to the patient: __________

[signature] Date: 11/15/21 Time: 1253

Signature of Witness to Patient/Patient Representative Signature

Reece, Jamie
CSN: 3066773160 DOB: 53 yrs)
Sig/Time________
DOS: MRN: 10817229

R3884 5/1/2020

R 3 8 8 4

# Lincoln Financial Group - Independent Evaluation

## Panel Review

Requested By: Lindsay Mack
Disability Claims
P.O. Box 7206
London, KY 40742-7206
(888) 437-7611 x14698
Fax: (603) 334-5711

Document Locations
- [x] Document List
- [ ] Correspondence
- [ ] Paper File

**Return Report to: VendorReferrals@lfg.com**

| | | | |
|---|---|---|---|
| Customer Name: | TOYOTA MOTOR ENGINEERING & MAN | Date Sent: | 2/4/2022 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | JAMIE H REECE | Claim #: | 8356763 |
| Claimant Address: | 201 WEST SHORT STREETSUITE 800 | Claimant SSN: | |
| | | Claimant DOB: | |
| City: | LEXINGTON | Claimant Tel. #: | |
| State: | KY | Claimant DOD: | 4/15/2018 |
| Zip: | 40507-0000 | Primary Diagnosis: | Cervicalgia |
| Gender: | FEMALE | Att. Physician: | |
| Specialist Type Requested : | Dual Specialty | Physician: Phone/Fax | n/a |

Referral Questions:

Vendor Chosen: Exam Coordinators - ECN

Claimant Name: JAMIE H REECE

# Lincoln Financial Group - Independent Evaluation

## Panel Review

1. Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).
2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).
3. In consideration of the claimant's medical diagnoses and symptoms as outlined in the medical records, would there be any expected/reasonable restrictions and limitations supported from 07/21/21 forward? Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, walk, lift/carry, reach, handle, finger, bend/stoop, twist, crouch/squat, kneel, crawl, climb, balance, etc.) and include the expected duration. Please also comment on any non-exertional restrictions or limitations, if applicable. Please explain your medical rationale for any restrictions or limitations or why any restrictions and limitations are not supported.
4. Are there any reported or observed cognitive and/or physical side effects attributed to the claimant's medications? If yes, do the side effects contribute to claimant's impairment from 07/21/21 forward? Please explain your medical rationale.
5. Does the medical documentation support that any medical condition(s), alone or in combination, would preclude the claimant from sustained occupational functioning on a full-time basis from 07/21/21 forward? Please explain why or why not.
6. If your opinion regarding the claimant's work capacity differs from that of the treating provider(s), please explain the clinical rationale to support your opinion and/or why the treating provider's opinion is not supported.
7. Please advise whether the claimant received treatment (i.e., consultation, care, or services provided by or under the direction of a physician including diagnostic measures and prescribed drugs or medicines) during the period of 09/12/17 through 12/11/17 for any condition that caused, contributed to, or resulted in one or more of the conditions currently impairing her. If so, please provide an outline of the treatment received during the period in question.

Instructions For Vendor:

Claimant Name: JAMIE H REECE

# Lincoln Financial Group - Independent Evaluation

## Panel Review

Please have panel review completed by PM&R and internal medicine.

No phone contact should be attempted to the treating physicians, as per claimant's attorney.  If the reviewing physician has questions for one or more of the treating providers, the questions should be placed in writing.

Attorney Information (if applicable):

Bartley Hagerman / Mehr, Fairbanks & Peterson

Claimant Name: JAMIE H REECE

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5711

| | |
|---|---|
| Date: | February 4, 2022 |
| To: | BARTLEY HAGERMAN<br>MEHR, FAIRBANKS & PETERSON<br>201 WEST SHORT STREET<br>SUITE 800<br>LEXINGTON KY 40507 |
| Attn: | |
| Fax: | (859) 225-3830 |
| From: | Lindsay Mack<br>Appeals Consultant<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5711 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 8356763<br>Claimant: Jamie Reece<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5711

February 4, 2022

Bartley K. Hagerman
Mehr, Fairbanks & Peterson
201 WEST SHORT STREET
SUITE 800
LEXINGTON, KY 40507

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece

Dear Bartley Hagerman:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Toyota Motor Engineering & Manufacturing North America, Inc.'s Group Disability Policy. We are writing in reference to Jamie Reece's claim for LTD benefits under the Policy.

We are writing to confirm that we have now received the documents enclosed on CD, associated with your January 13, 2022 appeal letter. We have also received the amended vocational report from Dr. Stephanie Barnes, the IME report from Dr. James Owen, and the pharmacy records that you have submitted via email.

To assist us in evaluating Ms. Reece’s eligibility for benefits, we have referred her file for medical review and assessment by a Board Certified Physicians.

We anticipate a response from the reviewing physicians no later than March 4, 2022. If there is an unexpected delay in receiving a response, we will contact you. Otherwise, we will proceed with our review of Ms. Reece’s appeal once the response is received. We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review of her eligibility for benefits under the terms of the Policy.

In our correspondence dated January 14, 2022, you were advised that since our appeal review was suspended for you submit additional documentation, we exercised our right to take an extension under the Employee Retirement Income Security Act (ERISA).

In accordance with ERISA, under normal circumstances, you will be notified in writing of a final

decision within 45 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation. We will contact you if there are special circumstances requiring a delay in Lincoln's response, and you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Lindsay Mack
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 14698
Secure Fax No.: (603) 334-5711

**From:** DisabilityDocuments
**Sent:** Thursday, February 3, 2022 9:39 AM
**To:** SA-EMLRIP114-P
**Subject:** FW: Claim No. 8356763; Reece, Jamie

---

**From:** Bartley K. Hagerman <bkh@austinmehr.com>
**Sent:** Thursday, February 3, 2022 2:37:04 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** Claim No. 8356763; Reece, Jamie

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

**[Error : unloaded OLE object or mail attachment]**[Error : unloaded OLE object or mail attachment]

MEHR FAIRBANKS
TRIAL LAWYERS

201 West Short Street, Suite 800 • Lexington, Kentucky 40507 • 859-225-3731 • 859-225-3830 • www.mehrfairbanks.com

M. Austin Mehr — amehr@austinmehr.com
Philip G. Fairbanks — pgf@austinmehr.com
Bartley K. Hagerman — bkh@austinmehr.com
Elizabeth A. Thornsbury — elizabeth@austinmehr.com

February 3, 2022

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
Disability and Life Claims
P.O. Box 2578
Omaha, NE 68172-9688

***Via email: DisabilityDocuments@LFG.com***

**RE: Claimant: Jamie Reece**
**Claim No.: 8356763**
**Toyota Long Term Disability Benefits**

Dear Madam or Sir:

Please confirm that you have received the appeal letter with documents enclosed on CD.

In further support of this appeal, I enclose herewith my client's pharmacy records.

Sincerely,

*/s/ Bartley K. Hagerman*

Bartley K. Hagerman

Enclosure

0003587-000096-02-02-0-0 000204

RECEIVED

JAN 31 2022

MFPTL

| | |
|---|---|
| Contract Holder: | JAMIE REECE |
| Select Period: | 01/01/21-12/31/21 |
| Identification #: | XXXXX83065 |

| Date | Rx Number | Drug Name | Quantity | Days Supply | Strength | Doctor Name | Invoice | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| PATIENT-NAME: JAMIE | | | | | | | | |
| 01/18/21 | 2029350725 | ESOMEPRAZOLE MAG DR CAPS | 0090 | 090 | 40MG | CHEN | 00122352779 | $5.00 |
| 04/17/21 | 2029350725 | ESOMEPRAZOLE MAG DR CAPS | 0090 | 090 | 40MG | CHEN | 00127573769 | $5.00 |
| 07/19/21 | 2029350725 | ESOMEPRAZOLE MAG DR CAPS | 0090 | 090 | 40MG | CHEN | 00132144887 | $5.00 |
| 01/13/21 | 2101301661 | XELJANZ XR TABS 30'S | 0003 | 090 | 11MG | MOBERLY | 000 7677620 | $100.00 |
| 04/14/21 | 2101301661 | XELJANZ XR TABS 30'S | 0003 | 090 | 11MG | MOBERLY | 00058680687 | $100.00 |
| 01/29/21 | 2102104792 | ESTRADIOL VAG CRMW/APPL42.5G | 0001 | 298 | 0.01% | GREENE | 00271689944 | $5.00 |
| 11/23/21 | 2102104792 | ESTRADIOL VAG CRMW/APPL42.5G | 0001 | 298 | 0.01% | GREENE | 00286115263 | $0.00 |
| 01/29/21 | 2102905883 | PREGABALIN CAPS | 0270 | 090 | 100MG | RODEN | 00272084438 | $5.00 |
| 01/29/21 | 2102923592 | ESTRADIOL TABS | 0030 | 030 | 1MG | GREENE | 00272108062 | $3.33 |
| 04/06/21 | 2109605824 | PREGABALIN CAPS | 0270 | 090 | 100MG | RODEN | 00034244140 | $5.00 |
| 05/05/21 | 2112510541 | PREDNISOLONE ACET O/SUS 15ML | 0001 | 060 | 1% | NEWCOMB | 00034799842 | $5.00 |
| 05/06/21 | 2112614556 | PREDNISONE TABS | 0090 | 069 | 5MG | MOBERLY | 0003482 481 | $5.00 |
| 05/10/21 | 2113001761 | TALTZ AUTOINJECTOR 1ML 2PK | 0001 | 028 | 80MG | MOBERLY | 00058936590 | $33.33 |
| 06/16/21 | 2116700014 | TALTZ AUTOINJECTOR 1ML | 0003 | 084 | 80MG | MOBERLY | 00059328269 | $100.00 |
| 06/26/21 | 2117916316 | PREDNISONE TABS | 0090 | 090 | 5MG | MOBERLY | 00035830634 | $5.00 |
| 11/08/21 | 2131222182 | RESTASIS OP EMLO.4ML SD VL30 | 0003 | 045 | 0.05% | NEWCOMB | 00038930352 | $0.00 |
| 11/09/21 | 2131326564 | LEVOCETIRIZINE DIHYDRO TABS | 0090 | 090 | 5MG | MOBERLY | 00038930349 | $0.00 |
| 11/08/21 | 2131333746 | PANTOPRAZOLE SOD DR TABS | 0090 | 090 | 40MG | COLLINS | 00075460190 | $0.00 |
| | | | | | | | SUB TOTAL : | $381.66 |
| | | | | | | | GRAND TOTAL: | $381.66 |

MCSF17 REV.0 10/96

Lincoln/Reece 0510

Store #: 3894
Report Date: 01/17/2022

**Connexus Pharmacy System**
**Wal-Mart Pharmacy10-3894**
**Medical Expense Summary**

**Patient:** REECE,JAMIE,

**Birthdate:**

Below is a list of your Pharmacy Orders for the date range of:01/01/2021 To 12/31/2021

**Wal-Mart Pharmacy,2350 GREY LAG WAY ROAD, LEXINGTON KY-40509**
**NABP Number:1829843 ID: FW0100747 NPI Number :1952466922**

| Date Filled<br>Date Written | Rx<br>Fill ID | Drug Name<br>NDC | Prescriber | Qty<br>Refill # | Days Supply | Dispense As Written | Patient Paid<br>TP Ref # |
|---|---|---|---|---|---|---|---|
| ~~01/18/2021~~<br>01/18/2021 | ~~7322745~~<br>3343459 | ~~PREDNISOLONE ACETATE~~<br>1% SUS<br>60758-0119-05 | ~~NEWCOMB,MICHAEL~~<br>THORNTON | 5<br>0 | 18 | 0 | $ 5.00 ESI<br>2AE1TAQ |
| 02/05/2021<br>02/05/2021 | 7325996<br>3354379 | PREDNISOLONE ACETATE<br>1% SUS<br>60758-0119-05 | NEWCOMB,MICHAEL<br>THORNTON | 15<br>0 | 56 | 0 | $ 5.00 ESI<br>O3PDP9N |
| 02/06/2021<br>02/05/2021 | 7325992<br>3355045 | RESTASIS 0.05% EMU<br>00023-9163-60 | NEWCOMB,MICHAEL<br>THORNTON | 180<br>0 | 90 | 0 | $ 30.00 ESI<br>2CQCM1R |
| 03/01/2021<br>03/01/2021 | 7329459<br>3367172 | PrednISONE 5MG TAB<br>00591-5052-10 | MOBERLY,SUSANNA LEIGH | 90<br>0 | 69 | 0 | $ 5.00 ESI<br>S11W3NF |
| 04/19/2021<br>04/19/2021 | 7337945<br>3396842 | ESTRADIOL 1MG TAB<br>00555-0886-02 | GREENE,JOHN F | 90<br>0 | 90 | 0 | $ 5.00 ESI<br>OAQK1H3 |
| 05/19/2021<br>02/05/2021 | 7325992<br>3415187 | RESTASIS 0.05% EMU<br>00023-9163-60 | NEWCOMB,MICHAEL<br>THORNTON | 180<br>1 | 90 | 0 | $ 30.00 ESI<br>3CX7PX1 |
| 05/21/2021<br>05/20/2021 | 7343432<br>3415697 | DICLOFENAC 1% GEL<br>65162-0833-66 | MOBERLY,SUSANNA LEIGH | 100<br>0 | 13 | 0 | $ 5.00 ESI<br>FL7LMH7 |
| 06/22/2021<br>06/22/2021 | 7349121<br>3435128 | HYDROXYZINE HCL 25MG<br>TAB<br>16714-0082-10 | MOBERLY,SUSANNA LEIGH | 30<br>0 | 10 | 0 | $ 4.00 ESI<br>57XMCP3 |
| 06/25/2021<br>06/25/2021 | 7349858<br>3437462 | FLUCONAZOLE 150MG TAB<br>55111-0145-12 | COX,KRISTINA N | 2<br>0 | 2 | 0 | $ 5.00 ESI<br>MMFE3NQ |
| 06/25/2021<br>06/25/2021 | 7349850<br>3437466 | NYSTATIN 100000 SUS<br>00527-5121-70 | COX,KRISTINA N | 100<br>0 | 5 | 0 | $ 5.00 ESI<br>WRPHT3L |
| 07/09/2021<br>07/09/2021 | 7352099<br>3445417 | FLUCONAZOLE 150MG TAB<br>55111-0145-12 | COX,KRISTINA N | 2<br>0 | 2 | 0 | $ 5.00 ESI<br>SHCAHQD |
| 07/09/2021<br>07/09/2021 | 7352101<br>3445424 | MONTELUKAST 10MG TAB<br>65862-0574-90 | COX,KRISTINA N | 30<br>0 | 30 | 0 | $ 5.00 ESI<br>Q7WNWHL |
| 07/09/2021<br>07/09/2021 | 7352100<br>3445450 | NYSTATIN 100000 SUS<br>00527-5121-70 | COX,KRISTINA N | 200<br>0 | 10 | 0 | $ 5.00 ESI<br>3KCM1DQ |
| 07/09/2021<br>07/09/2021 | 7352096<br>3445419 | TERCONAZOLE 0.4% CRE<br>00168-0346-46 | COX,KRISTINA N | 45<br>0 | 45 | 0 | $ 5.00 ESI<br>3KCLWNT |
| 08/05/2021<br>08/05/2021 | 7356736<br>3461490 | ESTRADIOL 1MG TAB<br>00555-0886-02 | GREENE,JOHN F | 90<br>0 | 90 | 0 | $ 5.00 ESI<br>0P11DWN |
| 08/20/2021<br>08/20/2021 | 7359316<br>3470294 | PANTOPRAZOLE SOD 40MG<br>TAB<br>31722-0713-90 | COLLINS,AMY KATHRYN | 90<br>0 | 90 | 0 | $ 5.00 ESI<br>WXWHCDE |
| 08/24/2021<br>08/24/2021 | 7359887<br>3472432 | HYDROXYZINE HCL 25MG<br>TAB<br>16714-0082-10 | MOBERLY,SUSANNA LEIGH | 90<br>0 | 90 | 0 | $ 5.00 ESI<br>DHPMDKR |
| 08/24/2021<br>08/24/2021 | 7359886<br>3472431 | LEVOCETIRIZINE DHCL 5MG<br>TAB<br>42571-0122-90 | MOBERLY,SUSANNA LEIGH | 90<br>0 | 90 | 0 | $ 5.00 ESI<br>DHPMDH7 |
| 08/27/2021<br>08/27/2021 | 7360466<br>3474223 | METHYLPRED 4MG PAK<br>59746-0001-03 | MOBERLY,SUSANNA LEIGH | 21<br>0 | 6 | 0 | $ 5.00 ESI<br>U7L3RE9 |
| 08/31/2021<br>08/31/2021 | 4471888<br>3476523 | PREGABALIN 100MG CAP<br>62332-0122-90 | RODEN,KATHERINE<br>SEBASTIAN | 270<br>0 | 90 | 0 | $ 5.00 ESI<br>MTEWHDC |
| 09/02/2021<br>09/02/2021 | 7361688<br>3478188 | TIZANIdine 4MG TAB<br>55111-0180-15 | RODEN,KATHERINE<br>SEBASTIAN | 270<br>0 | 90 | 0 | $ 5.00 ESI<br>3P1RH7E |
| 09/24/2021 | 7365927 | METAXALONE 800MG TAB | HAMILTON,DEBORAH K | 30 | 10 | 0 | $ 5.00 ESI |

**PRIVATE-IF YOU RECEIVE THIS REPORT IN ERROR, PLEASE RETURN TO WAL*MART PHARMACY IMMEDIATELY.
WAL*MART STORES, INC.**

Store #: 3894
Report Date: 01/17/2022

**Connexus Pharmacy System**
**Wal-Mart Pharmacy10-3894**
**Medical Expense Summary**

**Patient:** REECE,JAMIE,

**Birthdate:**

Below is a list of your Pharmacy Orders for the date range of:01/01/2021 To 12/31/2021

**Wal-Mart Pharmacy,2350 GREY LAG WAY ROAD, LEXINGTON KY-40509**
**NABP Number:1829843 ID: FW0100747 NPI Number :1952466922**

| Date Filled / Date Written | Rx / Fill ID | Drug Name / NDC | Prescriber | Qty / Refill # | Days Supply | Dispense As Written | Patient Paid / TP Ref # |
|---|---|---|---|---|---|---|---|
| ~~09/24/2021~~ | ~~3491742~~ | ~~00527-1435-01~~ | | 0 | | | ~~5HAE7HN~~ |
| 09/24/2021 | 7365932 | MUPIROCIN 2% OIN | HAMILTON,DEBORAH K | 22 | 15 | 0 | $ 5.00 ESI |
| 09/24/2021 | 3491739 | 00093-1010-42 | | 0 | | | RFNHT3N |
| 11/06/2021 | 4472736 | TRAMADOL 50MG TAB | DEBORAH,LEVY | 28 | 7 | 0 | $ 0.00 ESI |
| 11/06/2021 | 3518259 | 57664-0377-13 | | 0 | | | 33M3XLH |
| 11/30/2021 | 7379650 | ERYTHROMYCIN OP OIN | NEWCOMB,MICHAEL | 4 | 15 | 0 | $ 0.00 ESI |
| 11/30/2021 | 3533209 | 17478-0070-35 | THORNTON | 0 | | | SXP7HTH |

Report Date :01/17/2022
Attested To By :

Registered Pharmacist

**Total: $ 164.00**

****PRIVATE-IF YOU RECEIVE THIS REPORT IN ERROR, PLEASE RETURN TO WAL*MART PHARMACY IMMEDIATELY.**
**WAL*MART STORES, INC.**

**Patrick K Leung, M.D., PSC**
**Neurodiagnostic Laboratory**
1401 Harrodsburg Road, C-225
Lexington, KY 40504
Phone: (859) 373-0700
Fax: (859) 422-3994

**Test Date:** 3/22/2018

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | Jamie Reece | **DOB:** | | **Physician:** | Patrick Leung, M.D. |
| **Sex:** | Female | **Height:** | 5' 7" | **Ref Phys:** | Debra Schilder, P.A. |
| **ID#:** | 18-0259 | **Weight:** | 160 lbs. | **Technician:** | Robert Allen, R. NCST, BS |

**History:**
This is a 49 year old female who has pain in her right arm and hand. She has numbness, weakness and tingling in her right hand.

DOI: 1/30/18 Claim #: SA211932 PVY Employee #:77390

## Nerve Conduction Studies

**Anti Sensory Summary Table**

| Site | NR | Onset (ms) | Peak (ms) | Norm Peak (ms) | O-P Amp (µV) | Norm O-P Amp | Site1 | Site2 | Delta-P (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Right Radial Anti Sensory (Base 1st Digit)** | | | | | | | | | | | | |
| Wrist | | 1.4 | 2.0 | <2.9 | 39.8 | >20 | Wrist | Base 1st Digit | 2.0 | 10.0 | 50 | |
| Site 2 | | 1.4 | 2.0 | | 42.2 | | | | | | | |

**Ortho Sensory Summary Table**

| Site | NR | Onset (ms) | Peak (ms) | Norm Peak (ms) | O-P Amp (µV) | Norm O-P Amp | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Right Median Ortho Sensory (Wrist)** | | | | | | | | | | | | |
| Palm | | 1.4 | 1.8 | <2.3 | 116.8 | >50 | Palm | Wrist | 1.4 | 8.0 | 57 | |
| Site 2 | | 1.4 | 1.8 | | 114.3 | | | | | | | |
| **Right Ulnar Ortho Sensory (Wrist)** | | | | | | | | | | | | |
| Palm | | 1.2 | 1.7 | <2.3 | 48.9 | >15 | Palm | Wrist | 1.2 | 8.0 | 67 | |
| Site 2 | | 1.2 | 1.7 | | 47.9 | | | | | | | |

**Motor Summary Table**

| Site | NR | Onset (ms) | Norm Onset (ms) | O-P Amp (mV) | Norm O-P Amp | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Right Median Motor (Abd Poll Brev)** | | | | | | | | | | | |
| Wrist | | 3.6 | <4.5 | 10.1 | >4 | Wrist | Abd Poll Brev | 3.6 | 7.0 | 19 | |
| Elbow | | 7.3 | | 9.8 | | Elbow | Wrist | 3.7 | 22.5 | 61 | >48 |
| **Right Ulnar Motor (Abd Dig Minimi)** | | | | | | | | | | | |
| Wrist | | 2.4 | <3.6 | 8.5 | >6 | Wrist | Abd Dig Minimi | 2.4 | 6.5 | 27 | |
| B Elbow | | 5.7 | | 8.2 | | B Elbow | Wrist | 3.3 | 21.5 | 65 | >51 |
| A Elbow | | 7.2 | | 8.2 | | A Elbow | B Elbow | 1.5 | 10.0 | 67 | >51 |

## F Wave Studies

| NR | F-Lat (ms) | Lat Norm (ms) | L-R F-Lat (ms) | L-R Lat Norm |
|---|---|---|---|---|
| **Right Median (Mrkrs) (Abd Poll Brev)** | | | | |
| | 25.85 | <33 | | <2.2 |
| **Right Ulnar (Mrkrs) (Abd Dig Min)** | | | | |
| | 24.97 | <36 | | <2.5 |

## EMG

| Side | Muscle | Nerve | Root | Ins Act | Fibs | Psw | Fasic | Amp | Dur | Poly | Recrt | Int Pat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Right | 1stDorInt | Ulnar | C8-T1 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Abd Poll Brev | Median | C8-T1 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | PronatorTeres | Median | C6-7 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Biceps | Musculocut | C5-6 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Triceps | Radial | C6-7-8 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Deltoid | Axillary | C5-6 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Supraspinatus | SupraScap | C5-6 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Cervical Parasp Up | Rami | C1-3 | Nml | Nml | Nml | 0 | | | | | |
| Right | Cervical Parasp Mid | Rami | C4-6 | Nml | Nml | Nml | 0 | | | | | |

**Impression:**

**Normal right arm.**

**No evidence of carpal tunnel syndrome, other focal nerve entrapment or cervical radiculopathy.**

Patrick Leung, M.D.

# Patrick K Leung, M.D., PSC
## Neurodiagnostic Laboratory

1401 Harrodsburg Road, C-225
Lexington, KY 40504
Phone: (859) 373-0700
Fax: (859) 422-3994

**Test Date:** 3/22/2018

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | Jamie Reece | **DOB:** | | **Physician:** | Patrick Leung, M.D. |
| **Sex:** | Female | **Height:** | 5' 7" | **Ref Phys:** | Debra Schilder, P.A. |
| **ID#:** | 18-0259 | **Weight:** | 160 lbs. | **Technician:** | Robert Allen, R. NCST, BS |

**History:** This is a 49 year old female who has pain in her right arm and hand. She has numbness, weakness and tingling in her right hand.

DOI: 1/30/18 Claim #: SA211932 PVY Employee #:77390

### Nerve Conduction Studies

**Anti Sensory Summary Table**

| Site | NR | Onset (ms) | Peak (ms) | Norm Peak (ms) | O-P Amp (µV) | Norm O-P Amp | Site1 | Site2 | Delta-P (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Right Radial Anti Sensory (Base 1st Digit)** | | | | | | | | | | | | |
| Wrist | | 1.4 | 2.0 | <2.9 | 39.8 | >20 | Wrist | Base 1st Digit | 2.0 | 10.0 | 50 | |
| Site 2 | | 1.4 | 2.0 | | 42.2 | | | | | | | |

**Ortho Sensory Summary Table**

| Site | NR | Onset (ms) | Peak (ms) | Norm Peak (ms) | O-P Amp (µV) | Norm O-P Amp | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Right Median Ortho Sensory (Wrist)** | | | | | | | | | | | | |
| Palm | | 1.4 | 1.8 | <2.3 | 116.8 | >50 | Palm | Wrist | 1.4 | 8.0 | 57 | |
| Site 2 | | 1.4 | 1.8 | | 114.3 | | | | | | | |
| **Right Ulnar Ortho Sensory (Wrist)** | | | | | | | | | | | | |
| Palm | | 1.2 | 1.7 | <2.3 | 48.9 | >15 | Palm | Wrist | 1.2 | 8.0 | 67 | |
| Site 2 | | 1.2 | 1.7 | | 47.9 | | | | | | | |

**Motor Summary Table**

| Site | NR | Onset (ms) | Norm Onset (ms) | O-P Amp (mV) | Norm O-P Amp | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Right Median Motor (Abd Poll Brev)** | | | | | | | | | | | |
| Wrist | | 3.6 | <4.5 | 10.1 | >4 | Wrist | Abd Poll Brev | 3.6 | 7.0 | 19 | |
| Elbow | | 7.3 | | 9.8 | | Elbow | Wrist | 3.7 | 22.5 | 61 | >48 |
| **Right Ulnar Motor (Abd Dig Minimi)** | | | | | | | | | | | |
| Wrist | | 2.4 | <3.6 | 8.5 | >6 | Wrist | Abd Dig Minimi | 2.4 | 6.5 | 27 | |
| B Elbow | | 5.7 | | 8.2 | | B Elbow | Wrist | 3.3 | 21.5 | 65 | >51 |
| A Elbow | | 7.2 | | 8.2 | | A Elbow | B Elbow | 1.5 | 10.0 | 67 | >51 |

Patient: Reece, Jamie Test Date: 3/22/2018 Page 2

**F Wave Studies**

| NR | F-Lat (ms) | Lat Norm (ms) | L-R F-Lat (ms) | L-R Lat Norm |
|---|---|---|---|---|
| **Right Median (Mrkrs) (Abd Poll Brev)** | | | | |
| | 25.85 | <33 | | <2.2 |
| **Right Ulnar (Mrkrs) (Abd Dig Min)** | | | | |
| | 24.97 | <36 | | <2.5 |

**Waveforms:**



**REECE, JAMIE (id #1791, dob: )**

# Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 12/10/2018**

Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 1791 | **Appt. Date/Time** | 12/10/2018 01:30PM |
| **DOB** | | **Service Dept.** | Main Office |
| **Provider** | PATRICK K. LEUNG, MD | | |
| **Insurance** | Med Primary: BCBS-KY (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : HAYSLIP, DIANA C<br>Med Worker's Comp: MSMM<br>Employer Name : TOYOTA<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

Right shoulder impingement

## Patient's Care Team

**Primary Care Provider (Primary Insurance):** HAYSLIP, DIANA C: 1775 ALYSHEBA WAY, SUITE 201, LEXINGTON, KY 40509-2381, Ph 859-278-5007, Fax 859-278-6867
**Insurance Adjuster (Worker's Comp):** PATTY YEAST

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 12/10/2018 01:31 pm | **Wt:** | 157 lbs 12/10/2018 02:10 pm | **BMI:** | 24.6 12/10/2018 02:10 pm |
| **BP:** | 121/76 12/10/2018 02:10 pm | **Pulse:** | 80 bpm 12/10/2018 02:10 pm | **RR:** | 17 12/10/2018 02:10 pm |

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **baclofen 10 mg tablet** | 11/12/18 | filled |
| **diazePAM 5 mg tablet** | 08/16/18 | filled |
| **esomeprazole magnesium 40 mg capsule,delayed release** | 11/28/18 | filled |
| **Estrace 0.01% (0.1 mg/gram) vaginal cream** | 09/11/18 | filled |
| **estradiol 1 mg tablet** | 11/15/18 | filled |
| **fluconazole 150 mg tablet** | 08/20/18 | filled |
| **folic acid 1 mg tablet** | 07/30/18 | filled |
| **gabapentin 600 mg tablet** | 11/12/18 | filled |
| **Humira Pen 40 mg/0.8 mL subcutaneous kit** | 10/29/18 | filled |

**HYDROcodone 10 mg-acetaminophen 325 mg tablet** 11/16/18 filled

**indomethacin 50 mg capsule** 06/13/18 filled

**LORazepam 0.5 mg tablet** 11/15/18 filled

**Medrol (Pak) 4 mg tablets in a dose pack** 12/10/18 prescribed
Take 1 dose pk(s) by oral route.

**metHOTREXate sodium 2.5 mg tablet** 08/20/18 filled

**terconazole 0.4 % vaginal cream** 08/20/18 filled

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Hoffman syndrome - Onset: 07/03/2018

## Family History

Reviewed Family History
Mother - Heart disease

## Social History

Reviewed Social History
Smoking Status: Never smoker
Live alone or with others?: with others
Alcohol intake: None

## Surgical History

Reviewed Surgical History
Hysterectomy

## Past Medical History

Reviewed Past Medical History
Arthritis: **Y**
Migraines: **Y**

## HPI

Ms. Reece is a 50-year-old white female team member at Toyota. She had a work-related injury in January. She has a right shoulder impingement syndrome. She was being treated by Dr. Kibler with physical therapy. She was recently diagnosed with CRPS by Dr. Abbas, , her rheumatologist. He has been treating her for psoriatic arthritis with Humira. She has noticed swelling in her right forearm with pain and numbness and thickness in the right shoulder. She is being treated by Dr. Rhoden at the pain clinic with gabapentin and Norco. She is getting physical therapy at KORT. She has not been able to return to work.

## ROS

Patient reports **chest pain** but reports no rapid or irregular heartbeat (palpitations) and no pounding heartbeat. She reports **heartburn** but reports no difficulty swallowing (dysphagia), no constipation, no diarrhea, no nausea, no stomach pain, and no vomiting. She reports **limb pain and neck pain** but reports no joints-swollen, no muscle cramps, no muscle soreness, no muscle stiffness, and no twitching. She reports **alternately too hot and too cold** but reports no excessive thirst. She reports no eye pain, no dry eyes, no blurred vision, no seeing double (diplopia), no vision loss, and no pain in the eyes: burning. She reports no ringing in the ears (tinnitus), no ear pain, no difficulty hearing, no dryness of mouth, and no sore throat. She reports no sore throat, no bleeding gums, no mouth ulcers, no oral abnormalities, no teeth problems, no ringing in the ears, and no sinusitis. She reports no cough, no coughing up blood (hemoptysis), no cough phlegm, no wheezing, and no shortness of breath (dyspnea). She reports no blood in urine (hematuria), bladder symptoms, and no incontinence. She reports no excessive sweating, no dry skin, no itching, no peeling of the skin, and no rash. She reports no dizziness, no numbness, no memory loss, no headaches, no imbalance or falling, no jerking, no lightheadedness, no shaking, no slurred speech, no numbness, no tingling, and no weakness. She reports no angry, no depression, no high irritability, no loss of interest in activities, no loss of interest in friends and family (social withdrawal), no nervous, no change in personality, no sadness, no suicidal thoughts, and no withdrawl. She reports no easy bleeding tendency, no easy bruising tendency, and no swollen glands. She reports no fatigue, no fever, no loss of appetite, no night sweats, no shaking chills, no poor sleep, no daytime sleepiness, no snoring, and no weight loss.
**ROS as noted in the HPI**

## Physical Exam

Patient is a 50-year-old female.

She is alert and pleasant. She has limited range of motion of her right shoulder. There is trace swelling in the right forearm. Her reflexes are symmetrical. There is no atrophy, cyanosis or skin changes.

## Assessment / Plan

**1. Impingement syndrome of right shoulder region -**

The patient is a 49-year-old white female who has right shoulder impingement syndrome. I cannot exclude early CRPS

M75.41: Impingement syndrome of right shoulder

- Medrol (Pak) 4 mg tablets in a dose pack - Take 1 dose pk(s) by oral route. Qty: 1 dose pk(s) Refills: 0
  Pharmacy: WALMART PHARMACY 3894

**Patient Instructions**

Finding has been discussed with the patient in detail.

Continue physical therapy and pain management.

Medrol Dosepak.

Forearm sleeve for swelling.

Elevate right forearm as much as possible.

## Return to Office

None recorded.

## Encounter Sign-Off

Encounter signed-off by Patrick K. Leung, MD, 12/10/2018.

Encounter performed and documented by Patrick K. Leung, MD
Encounter reviewed & signed by Patrick K. Leung, MD on 12/10/2018 at 2:17pm

**Encounter Date: 07/03/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 1791 | **Appt. Date/Time** | 07/03/2018 08:00AM |
| **DOB** | | **Service Dept.** | Main Office |
| **Provider** | PATRICK K. LEUNG, MD | | |
| **Insurance** | Med Primary: BCBS-KY (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : HAYSLIP, DIANA C<br>Med Worker's Comp: MSMM<br>Employer Name : TOYOTA<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

Possible multiple sclerosis

## Patient's Care Team

**Primary Care Provider (Primary Insurance):** HAYSLIP, DIANA C: 1775 ALYSHEBA WAY, SUITE 201, LEXINGTON, KY 40509-2381, Ph 859-278-5007, Fax 859-278-6867
**Insurance Adjuster (Worker's Comp):** PATTY YEAST

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**

## Vitals

07/03/2018 08:28 am

| | | |
|---|---|---|
| **Ht:** 5 ft 7 in | **Wt:** 160 lbs | **BMI:** 25.1 |
| **BP:** 110/78 | **Pulse:** 76 bpm | **RR:** 16 |

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release** | 05/11/18 | filled |
| **folic acid 1 mg tablet** | 03/26/18 | filled |
| **indomethacin 50 mg capsule** | 06/13/18 | filled |
| **LORazepam 0.5 mg tablet** | 06/22/18 | filled |
| **metHOTREXate sodium 2.5 mg tablet** | 05/24/18 | filled |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Hoffman syndrome - Onset: 07/03/2018

## Family History

Reviewed Family History
Mother - Heart disease

## Social History

Reviewed Social History
Smoking Status: Never smoker
Live alone or with others?: with others
Alcohol intake: None

## Surgical History

Reviewed Surgical History
- Hysterectomy

## Past Medical History

Reviewed Past Medical History
Arthritis: **Y**
Migraines: **Y**

## HPI

Mrs. Reece is a 49-year-old married white female Toyota team member. She developed right shoulder pain. She was seen by Dr. Donegan. Pain radiates to her right arm. EMG/NCV of the right arm is normal. She had an MRI scan of the right shoulder that was unremarkable. She subsequently had MRI scan of the cervical spine which showed questionable lesion in the spinal cord. She was referred to Dr. Matthew Tutt. She was found to be hyperreflexic. Multiple sclerosis was suspected as a possible explanation. She subsequently had MRI scan of the brain and the thoracic spine that is unremarkable on my review. She is here today for neurologic evaluation.

Her current complaint remains the same. She has right shoulder pain with movement. Pain is localized between her shoulder and collarbone. She has no other symptoms to suggest multiple sclerosis. There is no hemiparesis, hemisensory loss, visual disturbance, ataxia, bladder or bowel dysfunction.

## ROS

Patient reports **chest pain** but reports no rapid or irregular heartbeat (palpitations) and no pounding heartbeat. She reports **heartburn** but reports no difficulty swallowing (dysphagia), no constipation, no diarrhea, no nausea,

no stomach pain, and no vomiting. She reports **limb pain and neck pain** but reports no joints-swollen, no muscle cramps, no muscle soreness, no muscle stiffness, and no twitching. She reports **alternately too hot and too cold** but reports no excessive thirst. She reports no eye pain, no dry eyes, no blurred vision, no seeing double (diplopia), no vision loss, and no pain in the eyes: burning. She reports no ringing in the ears (tinnitus), no ear pain, no difficulty hearing, no dryness of mouth, and no sore throat. She reports no sore throat, no bleeding gums, no mouth ulcers, no oral abnormalities, no teeth problems, no ringing in the ears, and no sinusitis. She reports no cough, no coughing up blood (hemoptysis), no cough phlegm, no wheezing, and no shortness of breath (dyspnea). She reports no blood in urine (hematuria), bladder symptoms, and no incontinence. She reports no excessive sweating, no dry skin, no itching, no peeling of the skin, and no rash. She reports no dizziness, no numbness, no memory loss, no headaches, no imbalance or falling, no jerking, no lightheadedness, no shaking, no slurred speech, no numbness, no tingling, and no weakness. She reports no angry, no depression, no high irritability, no loss of interest in activities, no loss of interest in friends and family (social withdrawal), no nervous, no change in personality, no sadness, no suicidal thoughts, and no withdrawl. She reports no easy bleeding tendency, no easy bruising tendency, and no swollen glands. She reports no fatigue, no fever, no loss of appetite, no night sweats, no shaking chills, no poor sleep, no daytime sleepiness, no snoring, and no weight loss.
**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

She is pain with rotation, abduction and extension of her right shoulder.The patient is alert and pleasant. Head is atraumatic. Neck is supple without carotid bruit. Heart has regular rate and rhythm without murmur. Dorsalis pedis pulses are palpable. Neurologically, the patient is oriented ×3 with intact short and long-term memory, fund of knowledge, language function, judgment, insight and attention span. There is no evidence of aphasia or dysarthria. Cranial nerves II through XII are unremarkable. Funduscopic examination is benign. Pupils are equal, round and reactive to light. Motor examination reveals normal strength, bulk and tone. Reflexes are symmetrical. Toes are downgoing. Finger to nose, heel-to-shin are well done. Patient can do heel, toe and tandem walk without problem. Romberg is negative. Gait and station is intact. Sensory examination is intact to all primary modalities.

## Assessment / Plan

**1. Impingement syndrome of right shoulder region -**

The patient is a 49-year-old white female who has right shoulder impingement syndrome. I found no evidence to suggest multiple sclerosis.

M75.41: Impingement syndrome of right shoulder

**Patient Instructions**

Finding has been discussed with the patient in detail.

There is no evidence of multiple sclerosis.

She has appointment with Dr. Kibler for second opinion of her right shoulder.

Return as needed.

## Return to Office

None recorded.

## Encounter Sign-Off

Encounter signed-off by Patrick K. Leung, MD, 07/03/2018.

Encounter performed and documented by Patrick K. Leung, MD
Encounter reviewed & signed by Patrick K. Leung, MD on 07/03/2018 at 8:34am

**Encounter Date: 03/22/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 1791 | **Appt. Date/Time** | 03/22/2018 03:00PM |
| **DOB** | | **Service Dept.** | Main Office |
| **Provider** | PATRICK K. LEUNG, MD | | |
| **Insurance** | Med Worker's Comp: MSI RISK MANAGEMENT<br>Employer Name : TOYOTA<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

**REECE, JAMIE (id #1791, dob:**

Chief Complaint

None recorded.

Patient's Care Team

**Insurance Adjuster (Worker's Comp):** PATTY YEAST

Vitals

None recorded.

Allergies

None recorded.

Medications

Reviewed Medications

| | | |
|---|---|---|
| **cyclobenzaprine 10 mg tablet** | 09/10/17 | filled |
| **diclofenac sodium 75 mg tablet,delayed release** | 09/11/17 | filled |
| **esomeprazole magnesium 40 mg capsule,delayed release** | 02/05/18 | filled |
| **estradiol 1 mg tablet** | 11/29/17 | filled |
| **fluconazole 150 mg tablet** | 01/09/18 | filled |
| **fluticasone 50 mcg/actuation nasal spray,suspension** | 08/11/17 | filled |
| **Fluzone Quad 2017-18(PF) 60 mcg(15 mcgx4)/0.5 mL intramuscular syringe** | 12/06/17 | filled |
| **folic acid 1 mg tablet** | 03/19/18 | filled |
| **ketoprofen 75 mg capsule** | 03/07/17 | filled |
| **Loratadine-D 10 mg-240 mg tablet,extended release 24 hr** | 11/28/17 | filled |
| **metHOTREXate sodium 2.5 mg tablet** | 01/26/18 | filled |
| **methylPREDNISolone 4 mg tablets in a dose pack** | 09/11/17 | filled |
| **naproxen 500 mg tablet,delayed release** | 09/10/17 | filled |
| **ondansetron HCl 4 mg tablet** | 05/04/17 | filled |
| **predniSONE 5 mg tablet** | 01/26/18 | filled |
| **Suprep Bowel Prep Kit 17.5 gram-3.13 gram-1.6 gram oral solution** | 07/14/17 | filled |
| **terconazole 0.4 % vaginal cream** | 01/09/18 | filled |
| **topiramate 50 mg tablet** | 05/04/17 | filled |

Vaccines

None recorded.

Problems

Reviewed Problems

Procedure Documentation

**REECE, JAMIE (id #1791, dob:**

**NCV/EMG:**
Results

Assessment / Plan

**1. Paresthesia**
R20.2: Paresthesia of skin
- NECK PAIN: CARE INSTRUCTIONS

Return to Office
None recorded.

Encounter Sign-Off
Encounter signed-off by Robby Allen, 03/22/2018.

Encounter performed and documented by Patrick K. Leung, MD
Encounter reviewed & signed by Robby Allen on 03/22/2018 at 3:26pm

## Imaging Results

**Neurology Clinic of London - Lexington**
**3470 Blazer Parkway Suite 150,**
**Lexington, KY 40509**
**Phone: (859) 263-8807 Fax: (859) 263-8808**

*MRN:* **1668060**

*Encounter Date:* **06/08/2018 9:15AM**

*DOB:*

*Address:*
**Jamie Reece**

*Work:*

**PCP:** Adams, Doris W

### History Reported By

The history today is reported by the patient and Husband.

### Chief Complaint

Mrs. Reece was referred by Dr Tutt, neurosurgeon for consult regarding cervical radiculopathy, multiple sclerosis evaluation.
She reports neck, shoulder, right side arm, hip, foot pain, left eye and ear pain, blurry vision, episodes of stabbing pain in chest, dizziness/vertigo, difficulty swallowing.

### History of Present Illness

**HPI Free Text - v1.0:** Ms. Reece is here today for consultation regarding possible MS.

Ms. Reece got hurt at work and had an MRI of her shoulder and neck. She went to see Dr. Tutt, and it was reported to her that there was an abnormality in the cord at the cervical spine level concerning for possible MS.

For the past 3-4 months, she has experienced a squeezing sensation to her chest. She has had a couple episodes of this that lasted about 1 hour. These episodes were painful. Other times have lasted just seconds. Episodes occur about once weekly.

Does have blurry vision. No diplopia or sudden loss of vision. Has recently gotten new glasses.
Has had a bilateral upper extremity tremor years ago, but this went away.
Denies difficulty ambulating. Denies unsteadiness/balance issues.
Denies any weakness in her extremities.
Her feet "go to sleep" easily. Sometimes her right arm tingles. Sometimes if she sits for a while, half of her "private parts" will go numb.
Has urinary urgency. Feels like she does empty her bladder completely.

### Allergies

- Lortab TABS
  Recorded By: Baker, Carrie; 6/8/2018 9:16:53 AM

### Current Meds

1. Calcium TABS
2. CVS Probiotic Maximum Strength Oral Capsule
3. Esomeprazole Magnesium 40 MG Oral Capsule Delayed Release; TAKE 1 CAPSULE ONCE DAILY
4. Estradiol 1 MG Oral Tablet; TAKE 1 TABLET DAILY
5. Folic Acid 1 MG Oral Tablet; TAKE 1 TABLET DAILY
6. Ketoprofen 75 MG Oral Capsule
7. LORazepam 0.5 MG Oral Tablet; TAKE 1 TABLET TWICE DAILY
8. Methotrexate 2.5 MG Oral Tablet; 4 tablets twice weekly
9. Motrin 600 MG TABS

10. Multi Complete CAPS
11. PredniSONE 5 MG Oral Tablet
12. ZyrTEC Allergy CAPS

**Past Medical History**

History of Anxiety (300.00) (F41.9)
History of psoriatic arthritis (V13.4) (Z87.2)

**Surgical History**

History of Hysterectomy
History of Oral surgery
History of Tonsillectomy

**Family History**

- Family history of arthritis (V17.7) (Z82.61)
- Family history of coronary artery disease (V17.3) (Z82.49)
- Family history of hypothyroidism (V18.19) (Z83.49)
- FH: stomach cancer (V16.0) (Z80.0)

**Review of Systems**

A complete review of systems revealed no pertinent patient complaints except as noted below and in the history of present illness.
**CONSTITUTIONAL:** fatigue.
**EYES:** eye pain, watery eyes and blurred vision.
**ENT:** earache, vertigo, dizziness and dysphagia.
**CARDIOVASCULAR:** chest discomfort.
**RESPIRATORY:** normal.
**GASTROINTESTINAL:** Heartburn.
**GENITOURINARY:** urinary frequency.
**MUSCULOSKELETAL:** arthralgia.
**INTEGUMENTARY:** itching and Psoriatic arthritis.
**NEUROLOGICAL:** headache, dizziness, lightheaded, tremor, sleep disturbances, memory loss and numbness.
**PSYCHIATRIC:** normal.
**ENDOCRINE:** heat intolerance and polyuria.
**HEMATOLOGIC/LYMPHATIC:** normal.
**ALLERGIC/IMMUNOLOGIC:** normal.

**Vitals**

**Vital Signs**

| | Recorded: 08Jun2018 10:05AM |
|---|---|
| Height | 5 ft 7 in |
| Weight | 173 lb |
| BMI Calculated | 27.1 |
| BSA Calculated | 1.9 |
| Heart Rate | 77 |
| Systolic | 116 |
| Diastolic | 68 |
| O2 Saturation | 99 |

**Neurology Exam**

**Constitutional:** Jamie Reece is a Caucasian female who appears well developed, well nourished and in no acute distress.
**Mental Status:** patient is alert. patient is appropriately oriented. language is fluent and logical. Speech is normal. Recent and remote memories are preserved. Good attention span and good concentration. Appropriate fund of knowledge.
**Cranial Nerves:** disk margins are sharp and fundi are normal. visual fields are full to confrontation. pupils are equal and symmetrically reactive. extraocular movements are full. Facial sensation is normal. Facial strength is symmetric and normal. Hearing acuity is normal. Normal movement of soft palate. Shoulder shrug is strong and symmetric. Tongue protrudes midline.
**Motor:** pronator drift is absent. motor strength is full in all four limbs. Muscle bulk and tone are normal.
**Sensory:** Sensory modalities are normal.
**Reflexes:** Reflexes are normal and symmetric. Plantars are flexor.
**Coordination:** Coordination is normal.
**Gait and Station:** Gait is steady and normal.
**Eyes:** Conjunctivae and eyelids reveals no swelling, erythema or discharge.
**Pulmonary:** Respiratory effort was normal with no increased work of breathing and no respiratory distress. Lungs were clear to auscultation bilaterally.
**Cardiovascular:** On auscultation the heart rate and rhythm is normal and there are no murmurs. Auscultation of the neck is without bruit. Arterial pulses are normal on peripheral vascular exam.

**Results/Data**

4/10/18 MRI C-SPINE - Possible subtle increased signal within the cervical cord at C8 level. (Images viewed from disc with Dr. Everman).

**Assessment**

1. CNS demyelination (341.9) (G37.9)
2. Blurred vision (368.8) (H53.8)
3. Fatigue (780.79) (R53.83)
4. Numbness (782.0) (R20.0)

**Plan**

**Blurred vision, CNS demyelination, Fatigue, Numbness**

1. Start: LORazepam 0.5 MG Oral Tablet (Ativan); Take 1 tablet PO 30 minutes prior to MRI, may repeat after 30 minutes X1 if needed
2. Creatinine, Serum; Status:Active; Requested for:08Jun2018;
3. Follow-up visit in 2 weeks Outpatient Follow-up WITH MRI RESULTS. SCHEDULE ON A DAY DR. EVERMAN IS HERE. Status: Complete Done: 08Jun2018
4. MRI Brain WO W; Status:Need Information - Required information; Requested for:08Jun2018;
5. MRI Spine Thoracic WO W; Status:Need Information - Required information; Requested for:08Jun2018;
6. Vitamin B12 and Folate; Status:Active; Requested for:08Jun2018;
7. Vitamin B6, Plasma; Status:Active; Requested for:08Jun2018;
8. Vitamin D, 1,25 + 25-Hydroxy; Status:Active; Requested for:08Jun2018;

**Discussion/Summary**

Needs further work-up for MS. MRI brain, lab work - will go over results at follow-up.
Seen and evaluated by Dr. Everman at today's visit as well.

**Attending Note**

*Attending Note:[1] I interviewed and examined the patient[1] and the staff discussed the patient on the day of the visit[1]. Level of Participation:[1] I was present in clinic and examined the patient[1]. Patient's History:[1] Ms. reece has a possible T2 hyperintnese lesion in her Cervical spine. She describes a HUG sensation around chest and waist. Otherwise exam unremarkable. Will send for MRI brain and MRI thoracic spine to look for other demyelinating lesions. Will also send for lab work since low vitamin levels can cause T2 hyperintense lesions in spine. Will see back after studies.[1].*

*[1] Amended By: Everman, Nicole; Jun 11 2018 7:59 AM EST*

**'End of Encounter Meds'**

**Signatures**

Electronically signed by : Carrie Baker, CMA; Jun 8 2018 10:07AM EST (Co-author)
Electronically signed by : Megan Collett, APRN; Jun 8 2018 12:49PM EST (Co-author)
Electronically signed by : Nicole Everman, M.D.; Jun 11 2018 7:59AM EST (Author)

## Bath Family Health Services

**44 Water Street, PO Box 1209**
**Owingsville,KY 403601209**
**(606) 674-9776**

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

---

### Results

**Lab Accession #** LC_1594882281020182018
**Ordering Provider:** Collett, Megan
**Performing Location:** LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300
MD: 6370 Wilcox Road
Dublin, OH 430161269

**Collected:** 06/08/2018 11:05:00AM
**Resulted:** 06/09/2018 6:32:00AM
**Verified By:** Collett, Megan
**Auto Verify:** N

**Creatinine, Serum**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Creatinine | 0.78 | mg/dL | | 0.57-1.00 |
| eGFR If NonAfricn Am | 90 | mL/min/1.73 | | >59 |
| eGFR If Africn Am | 103 | mL/min/1.73 | | >59 |

## Bath Family Health Services

**44 Water Street, PO Box 1209**
**Owingsville,KY 403601209**
**(606) 674-9776**

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

---

### Results

**Lab Accession #** LC_1594882281020182018
**Ordering Provider:** Collett, Megan
**Performing Location:** LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300
MD: 6370 Wilcox Road
Dublin, OH 430161269

**Collected:** 06/08/2018 11:05:00AM
**Resulted:** 06/09/2018 9:01:00AM
**Verified By:** Collett, Megan
**Auto Verify:** N

**Vitamin B12 and Folate**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Vitamin B12 | 618 | pg/mL | | 232-1245 |
| Folate (Folic Acid), Serum | >20.0 | ng/mL | | >3.0 |

A serum folate concentration of less than 3.1 ng/mL is considered to represent clinical deficiency.

## Bath Family Health Services

**44 Water Street, PO Box 1209**
**Owingsville,KY 403601209**
**(606) 674-9776**

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

---

### Results

**Lab Accession #** LC_1594882281020182018
**Ordering Provider:** Collett, Megan
**Performing Location:** LabCorp Burlington
1447 York Court

**Collected:** 06/08/2018 11:05:00AM
**Resulted:** 06/11/2018 10:48:00PM
**Verified By:** Collett, Megan
**Auto Verify:** N

**Vitamin B6, Plasma** **Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Vitamin B6 | 23.2 | ug/L | | 2.0-32.8 |

This test was developed and its performance characteristics determined by LabCorp. It has not been cleared or approved by the Food and Drug Administration.

# Bath Family Health Services

**44 Water Street, PO Box 1209**
**Owingsville,KY 403601209**
**(606) 674-9776**

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

## Results

**Lab Accession #** LC_1594882281020182018
**Ordering Provider:** Collett, Megan
**Performing Location:** LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300
MD: 6370 Wilcox Road
Dublin, OH 430161269

**Collected:** 06/08/2018 11:05:00AM
**Resulted:** 06/12/2018 2:10:00PM
**Verified By:** Collett, Megan
**Auto Verify:** N

**Vitamin D, 1,25 + 25-Hydroxy**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Calcitriol(1,25 di-OH Vit D) | 29.7 | pg/mL | | 19.9-79.3 |
| (Performing Location: LabCorp Burlington 1447 York Court) | | | | |
| Vitamin D, 25-Hydroxy | 39.0 | ng/mL | | 30.0-100.0 |

Vitamin D deficiency has been defined by the Institute of Medicine and an Endocrine Society practice guideline as a level of serum 25-OH vitamin D less than 20 ng/mL (1,2). The Endocrine Society went on to further define vitamin D insufficiency as a level between 21 and 29 ng/mL (2).

1. IOM (Institute of Medicine). 2010. Dietary reference intakes for calcium and D. Washington DC: The National Academies Press.
2. Holick MF, Binkley NC, Bischoff-Ferrari HA, et al. Evaluation, treatment, and prevention of vitamin D deficiency: an Endocrine Society clinical practice guideline. JCEM. 2011 Jul; 96(7):1911-30.

**Neurology Clinic of London - Lexington**
**3470 Blazer Parkway Suite 150,**
**Lexington, KY 40509**
**Phone: (859) 263-8807 Fax: (859) 263-8808**

*MRN:* **1668060** *Encounter Date:* **06/28/2018 11:00AM**

*DOB:*

*Address:* *Work:*
**Jamie Reece**

**PCP:** Adams, Doris W

## History Reported By
The history today is reported by the patient.

## Chief Complaint
Established patient here today 3 week follow-up for CNS demyelination, numbness, blurry vision.
She reports no new complaints or concerns, here today to discuss MRI brain and thoracic spine results.

## History of Present Illness
**HPI Free Text - v1.0**: Last clinic visit 6/8/18.

Ms. Reece was referred by Dr. Tutt due to MRI abnormality on cervical spine MRI concerning for possible MS. MRI of the brain was ordered which does not show any findings consistent with MS.

For the past 3-4 months, she has experienced a squeezing sensation to her chest. She has had a couple episodes of this that lasted about 1 hour. These episodes were painful. Other times have lasted just seconds. Episodes occur about once weekly. MRI of the thoracic spine was ordered and it was normal.

MRI findings of brain and thoracic spine discussed with her today. At this point, there is no concern for MS.

## Active Problems
1. Blurred vision (368.8) (H53.8)
2. Chest pain, midsternal (786.51) (R07.89)
3. CNS demyelination (341.9) (G37.9)
4. Costochondral pain (786.52) (R07.1)
5. Costochondritis (733.6) (M94.0)
6. Encounter for medication monitoring (V58.83) (Z51.81)
7. Fatigue (780.79) (R53.83)
8. History of psoriasis (V13.3) (Z87.2)
9. Joint pain (719.40) (M25.50)
10. Numbness (782.0) (R20.0)
11. Pruritus (698.9) (L29.9)
12. Psoriatic arthritis (696.0) (L40.50)

## Allergies
- Lortab TABS
  Recorded By: Baker, Carrie; 6/8/2018 9:16:53 AM

## Current Meds
1. Calcium TABS
2. CVS Probiotic Maximum Strength Oral Capsule

3. Cyclobenzaprine HCl - 10 MG Oral Tablet
4. Esomeprazole Magnesium 40 MG Oral Capsule Delayed Release; TAKE 1 CAPSULE ONCE DAILY
5. Estrace 0.1 MG/GM Vaginal Cream
6. Fluconazole 150 MG Oral Tablet
7. Folic Acid 1 MG Oral Tablet; TAKE 1 TABLET DAILY
8. Gabapentin 300 MG Oral Capsule
9. Havrix 1440 EL U/ML SUSP
10. Indomethacin 50 MG Oral Capsule; TAKE 1 CAPSULE 3 TIMES DAILY WITH FOOD
11. LORazepam 0.5 MG Oral Tablet; TAKE 1 TABLET TWICE DAILY
12. Methotrexate 2.5 MG Oral Tablet; TAKE 8 TABLET Weekly
13. Multi Complete CAPS
14. Terconazole 0.4 % Vaginal Cream
15. ZyrTEC Allergy CAPS

## Past Medical History
1. History of Anxiety (300.00) (F41.9)
2. History of cataract (V12.49) (Z86.69)
3. History of IBS (V12.79) (Z87.19)
4. History of miscarriage (V13.29) (Z87.59)

## Surgical History
History of Hysterectomy
History of Oral surgery
History of Tonsillectomy

## Family History
### Mother
Family history of arthritis (V17.7) (Z82.61)
Family history of cardiac disorder (V17.49) (Z82.49)
Family history of coronary artery disease (V17.3) (Z82.49)
Family history of hypothyroidism (V18.19) (Z83.49)
### Family History
FH: stomach cancer (V16.0) (Z80.0)

## Social History
Does not use illicit drugs (V49.89) (Z78.9)
Employed
Married
Never smoker
Social alcohol use (Z78.9)

## Review of Systems
A complete review of systems revealed no pertinent patient complaints except as noted below and in the history of present illness.
**CONSTITUTIONAL:** fatigue.
**EYES:** eye pain, change in vision and blurred vision.
**ENT:** vertigo, dizziness and dysphagia.
**CARDIOVASCULAR:** normal.
**RESPIRATORY:** normal.
**GASTROINTESTINAL:** Heartburn.
**GENITOURINARY:** urinary frequency.
**MUSCULOSKELETAL:** arthralgia.
**INTEGUMENTARY:** Psoriatic arthritis.
**NEUROLOGICAL:** headache, dizziness, lightheaded, tremor, sleep disturbances, memory loss and numbness.

**PSYCHIATRIC:** normal.
**ENDOCRINE:** heat intolerance and polyuria.
**HEMATOLOGIC/LYMPHATIC:** normal.
**ALLERGIC/IMMUNOLOGIC:** normal.

**Vitals**
**Vital Signs**

| | Recorded: 28Jun2018 11:29AM |
|---|---|
| Height | 5 ft 7 in |
| Weight | 173 lb |
| BMI Calculated | 27.1 |
| BSA Calculated | 1.9 |
| Heart Rate | 79 |
| Systolic | 118 |
| Diastolic | 72 |
| O2 Saturation | 98 |

**Neurology Exam**

**Constitutional:** Jamie Reece is a Caucasian female who appears well developed, well nourished and in no acute distress.
**Mental Status:** patient is alert. patient is appropriately oriented. language is fluent and logical. Speech is normal. Recent and remote memories are preserved. Good attention span and good concentration. Appropriate fund of knowledge.
**Cranial Nerves:** disk margins are sharp and fundi are normal. visual fields are full to confrontation. pupils are equal and symmetrically reactive. extraocular movements are full. Facial sensation is normal. Facial strength is symmetric and normal. Hearing acuity is normal. Normal movement of soft palate. Shoulder shrug is strong and symmetric. Tongue protrudes midline.
**Motor:** pronator drift is absent. motor strength is full in all four limbs. Muscle bulk and tone are normal.
**Sensory:** Sensory modalities are normal.
**Reflexes:** Reflexes are normal and symmetric. Plantars are flexor.
**Coordination:** Coordination is normal.
**Gait and Station:** Gait is steady and normal.
**Eyes:** Conjunctivae and eyelids reveals no swelling, erythema or discharge.
**Pulmonary:** Respiratory effort was normal with no increased work of breathing and no respiratory distress. Lungs were clear to auscultation bilaterally.
**Cardiovascular:** On auscultation the heart rate and rhythm is normal and there are no murmurs. Auscultation of the neck is without bruit. Arterial pulses are normal on peripheral vascular exam.

**Results/Data**
4/10/18 MRI C-SPINE - Possible subtle increased signal within the cervical cord at C8 level.
6/20/18 MRI BRAIN W WO - A few scattered, non-specific white matter changes. Images viewed from disc with Dr. Everman.
6/20/18 MRI THORACIC SPINE W WO - No cord signal abnormality. Images viewed from disc with Dr. Everman.

**Assessment**
1. CNS demyelination (341.9) (G37.9)
2. Numbness (782.0) (R20.0)
3. Blurred vision (368.8) (H53.8)

**Plan**

**Blurred vision, CNS demyelination, Numbness**

1. MRI Brain WO; Status:Need Information - Required information; Requested for:28Dec2018; Perform:See Facility Below; Order Comments:TO BE DONE IN DECEMBER 2018; Due:04Jan2019; Marked Important;Ordered; For:Blurred vision, CNS demyelination, Numbness; Ordered By:Collett, Megan;
2. Follow-up visit in 6 months Outpatient Follow-up WITH MRI BRAIN AND CERVICAL SPINE RESULTS. SCHEDULE ON A DAY DR. EVERMAN IS HERE. Status: Complete Done: 28Jun2018 Ordered;For: Blurred vision, CNS demyelination, Numbness; Ordered By: Collett, Megan Performed: Due: 12Jul2018 Marked Important; Last Updated By: Cassidy, Jodi; 6/28/2018 12:09:48 PM
3. MRI Spine Cervical WO; Status:Need Information - Required information; Requested for:28Dec2018; Perform:See Facility Below; Order Comments:TO BE DONE IN DECEMBER 2018; Due:04Jan2019; Marked Important;Ordered; For:Blurred vision, CNS demyelination, Numbness; Ordered By:Collett, Megan;

**Discussion/Summary**

Will re-evaluate MRI brain and cervical spine in 6 months. At this time concern for MS is very low.
F/U 6 months.

**'End of Encounter Meds'**

**Signatures**

Electronically signed by : Carrie Baker, CMA; Jun 28 2018 11:32AM EST (Co-author)
Electronically signed by : Megan Collett, APRN; Jun 29 2018 1:12PM EST (Author)

Last amended by Sherry Lynn on 10/15/2018 at 4:10pm

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 10/15/2018 09:00AM |
| **DOB** | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. | | |

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

**Ht:** 5 ft 7 in 10/15/2018 10:01 am
**Wt:** 181 lbs 10/15/2018 10:02 am
**BMI:** 28.3 10/15/2018 10:02 am
**BP:** 120/85 sitting L arm 10/15/2018 10:02 am
**Pain Scale:** 8 10/15/2018 10:02 am

## Allergies

Reviewed Allergies

**LORTAB:** Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **baclofen 10 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route. | 10/15/18 | prescribed |
| **folic acid** | 07/13/18 | entered |
| **gabapentin 100 mg capsule**<br>1 po qhs can titrate to 3 po qhs based on tolerance | 10/10/18 | prescribed |
| **gabapentin 300 mg capsule**<br>WEEK1: Take 1 tablet QHS. WEEK2: Take 1 tablet BID. WEEK3: Take 1 tablet TID | 10/15/18 | prescribed |
| **Humira Pen 40 mg/0.8 mL subcutaneous kit**<br>Inject 0.8 mL every 2 weeks by subcutaneous route. | 10/10/18 | entered |

| | | |
|---|---|---|
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Headaches: **Y**

## Screening

| Name | Score | Notes |
|---|---|---|
| PHQ-2/PHQ-9 | 5 (out of 27 for the PHQ-9) | |
| Opioid Risk | 0 | |
| STOP-Bang | 0 | |

## HPI

**Pain Management Initial**
Reported by patient.

Location: right
Quality: aching; dull
Timing: chronic
Alleviating Factors: rest
Aggravating Factors: ROM
Associated Symptoms: no weakness; no numbness; no tingling
Previous Surgery: none
Prior Imaging: MRI
Previous Injections: none
Previous PT: helped a little

50-year-old female presenting for evaluation of right shoulder pain. Patient currently works for Toyota doing repetitive machine work in a factory. Patient reports a work related injury in January 2018. At that time, patient noted pain in the right shoulder with radiating pain down the arm into the fingers. She notes significant pain due to spasms. Cervical MRI showed mild disc bulge at C4C5. She has been seen and evaluated by Neurosurgery and Orthopedics with recommendations for conservative management. She was referred to physical therapy and has noticed some improvement in ROM symptoms. She has been seen and evaluated by rheumatology, Dr. Abbas and was diagnosed with CRPS. She does have a history of psoriatic arthritis managed on Humira. She has been started on Gabapentin 100mg QHS.

## ROS

Patient reports **back pain** but reports no muscle aches, no muscle weakness, no arthralgias/joint pain, no swelling in the extremities, and no neck pain. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and normal body habitus. Level of Distress: NAD.

**Psychiatric:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Pupils: PERRLA. EOM: EOMI.

**Lungs:** Respiratory effort: no dyspnea.

**Cardiovascular:** Heart Auscultation: RRR.

**Abdomen:** Inspection and Palpation: soft, non-distended, and no tenderness.

**Skin:** Inspection and palpation: no rash, lesions, or ulcer.

**Cervical Spine:** Inspection: alignment normal. Soft Tissue Palpation on the Right:**tenderness of the paracervicals, the scalene muscle**, **the trapezius**, and **the rhomboid**.

**Motor Strength:** C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

## Assessment / Plan

50-year-old female presenting for evaluation of shoulder pain. Patient has repetitive work-related injury from her job working at

the Toyota factory. Her job responsibilities include repetitive pushing and pulling maneuvers as well as overhead lifting. She notes pain beginning in her right shoulder in January 2018. She reports worsening pain over the last several months with muscle tension and spasms throughout her right shoulder and neck. She also reports radiating pain from her right shoulder down into her elbow and forearm. She denies allodynia but does note occasional swelling as well as temperature and color change. She has been seen and evaluated by neurosurgery, Dr. Tutt, who found no concern for underlying cervical pathology. Patient was subsequently referred to neurology for evaluation of MS given cord signal abnormality at C6. She was found to not have MS. Patient has been seen and evaluated by orthopedic surgery, Dr. Kibler, with the diagnosis of shoulder impingement syndrome. She has been referred to physical therapy with some improvement in range of motion symptoms. She is followed by rheumatology, Dr. Abbas, and has been diagnosed with psoriatic arthritis. She has been started on Humira but reports hesitancy moving forward with treatment in the setting of side effects. Patient was encouraged to further discuss her concerns with her rheumatologist to decide on treatment options. On exam today, patient demonstrates tenderness to palpation throughout the cervical paraspinals, trapezius and rhomboid muscles on the right. She has full motor strength throughout the bilateral upper extremities.

Overall, her current pain complaints are likely multifactorial. Patient does demonstrate significant myofascial pain in and around the shoulder joint specifically in the trapezius and rhomboid muscles. Her description of radiating pain down to her arm, elbow and forearm are suggestive of nerve related injury although symptoms do not appear to be in any dermatomal fashion. EMG studies have been negative. Her cervical MRI was also normal. It is difficult to make the diagnosis of CRPS given that she did not complain of any allodynia on presentation today. Further, her diagnosis is likely affected by underlying psoriatic arthritis which may complicate her clinical presentation. Moving forward, I think continued physical therapy would be beneficial to help maintain mobility and range of motion in the shoulder joint. She also demonstrates significant myofascial pain which can be addressed through myofascial release, dry needling and TENS unit use. We discussed initiation of a muscle relaxant today to help with pain related to muscle spasms. We will plan to start baclofen 10 mg 3 times a day when necessary. Side effects reviewed with the patient today including sedation. We also discussed increasing her gabapentin to help better address her neuropathic symptoms. We'll plan to start gabapentin 300 mg 3 times a day with plan to titrate to effect. Side effects reviewed with patient including sedation and cognitive changes. Patient will follow-up in one month for further evaluation.

**1. Neuropathic pain**
M79.2: Neuralgia and neuritis, unspecified
- gabapentin 300 mg capsule - WEEK1: Take 1 tablet QHS. WEEK2: Take 1 tablet BID. WEEK3: Take 1 tablet TID
  Qty: 90 capsule(s) Refills: 0 Pharmacy: WALMART PHARMACY 3894

**2. Myofascial pain**
M79.10: Myalgia, unspecified site
- baclofen 10 mg tablet - Take 1 tablet(s) every 8 hours by oral route.
  Qty: 90 tablet(s) Refills: 0 Pharmacy: WALMART PHARMACY 3894

**3. Chronic pain syndrome**
G89.4: Chronic pain syndrome
- PSYCHOLOGY REFERRAL - Schedule Within: provider's discretion

**4. Long-term drug therapy**
Z79.899: Other long term (current) drug therapy
- HIGH RISK DRUG PANEL

**Patient Instructions**

WRAP-UP
Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- START Gabapentin 300mg TID

- START Baclofen 10mg TID PRN

- Referral to psychology

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at:

**REECE, JAMIE H (id #21591363, dob:**

https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

Return to Office

- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 10/26/2018 at 11:00 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 11/12/2018 at 08:45 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 11/12/2018 at 08:45 AM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 11/15/2018 at 09:00 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

Amendment Sign-Off

Encounter signed-off by Sherry Lynn, 10/15/2018.

Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 10/15/2018 at 1:07pm
Amendment closed by Sherry Lynn on 10/15/2018 at 4:10pm

Screening: PHQ-2/PHQ-9 Opioid Risk STOP-Bang

**REECE, JAMIE H (id #21591363, dob:**

RECEIVED FEB 15 2019 MFTL

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 11/12/2018 10:15AM |
| **DOB** | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. | | |

## Chief Complaint

arm pain

Jamie Reece is following up right arm pain. she states that her arm is going numb and swelling. Physical therapist noticed some color changes in the patients hands, from red to while with mild pulses.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

11/12/2018 09:38 am

| | | |
|---|---|---|
| **Ht:** 5 ft 7 in | **Wt:** 179 lbs | **BMI:** 28 |
| **BP:** 117/78 sitting R arm | **Pain Scale:** 4 | |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **baclofen 10 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route. | 11/12/18 | prescribed |
| **folic acid** | 07/13/18 | entered |
| **gabapentin 100 mg capsule**<br>1 po qhs can titrate to 3 po qhs based on tolerance | 10/10/18 | prescribed |
| **gabapentin 300 mg capsule**<br>WEEK1: Take 1 tablet QHS. WEEK2: Take 1 tablet BID. WEEK3: Take 1 tablet TID | 10/15/18 | prescribed |
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 11/12/18 | prescribed |

| | | |
|---|---|---|
| **Humira Pen 40 mg/0.8 mL subcutaneous kit**<br>Inject 0.8 mL every 2 weeks by subcutaneous route. | 10/10/18 | entered |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability<br>- Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Headaches: **Y**

## HPI

50yo female presenting for followup of shoulder pain. At her last appointment, patient was started on Gabapentin 300mg TID and Baclofen 10mg TID PRN. Patient reports some improvement in pain with the initiation of Gabapentin. She feels as though physical therapy has hit a plateau. Patient was also referred to clinical psychology to assist with CBT and coping skills.

## ROS

**REECE, JAMIE H (id #21591363, dob:**

Patient reports **muscle aches** but reports no muscle weakness, no arthralgias/joint pain, no back pain, no swelling in the extremities, and no neck pain; **arm and hand pain**. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and normal body habitus. Level of Distress: NAD.

**Psychiatric:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Pupils: PERRLA. EOM: EOMI.

**Lungs:** Respiratory effort: no dyspnea.

**Cardiovascular:** Heart Auscultation: RRR.

**Abdomen:** Inspection and Palpation: soft, non-distended, and no tenderness.

**Skin:** Inspection and palpation: no rash, lesions, or ulcer.

**Cervical Spine:** Inspection: alignment normal. Soft Tissue Palpation on the Right:**tenderness of the paracervicals, the scalene muscle, the trapezius,** and **the rhomboid.**

**Motor Strength:** C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

## Assessment / Plan

50-year-old female presenting for follow-up with regards to right shoulder pain. At her last appointment, patient was started on gabapentin 300 mg 3 times a day and baclofen 10 mg 3 times a day when necessary. She returns today noting good improvement in her neuropathic pain with initiation of gabapentin. She does endorse some mild confusion when taking gabapentin with baclofen. We discussed not combining the 2 medications secondary to the shared side effect of sedation. We discussed initiation of a compounded cream with muscle relaxant built in to help throughout the day in conjunction with gabapentin so as to not combine sedating side effects. We also discussed his escalating gabapentin to 600 mg 3 times a day to help address her neuropathic pain. Side effects were reviewed with the patient today including sedation and cognitive changes. She reports experiencing a plateau with regards to progress with physical therapy. She notes any repetitive motion tends to worsen pain through her shoulder and upper neck. Patient has several trigger points noted on exam. she continues to report an endorse swelling, temperature and color changes as well as allodynia consistent with CRPS. She also reports significant social stressors including the recent denial of her long-term disability and the potential of being fired from Toyota. Patient was referred to clinical psychology for help with coping skills and cognitive behavioral therapy. She seems perturbed that the evaluation was in such great depth requiring her to answer numerous questions for evaluation. We reviewed the importance of treating the entirety of her symptoms both mental and physical. Patient voiced understanding. Plan to have the patient follow-up in 1 month for further evaluation.

1. **Myofascial pain**
   M79.10: Myalgia, unspecified site
   - baclofen 10 mg tablet - Take 1 tablet(s) every 8 hours by oral route. Qty: 90 tablet(s) Refills: 2 Pharmacy: WALMART PHARMACY 3894

2. **Psoriatic arthritis**
   L40.50: Arthropathic psoriasis, unspecified
   - gabapentin 600 mg tablet - Take 1 tablet(s) 3 times a day by oral route. Qty: 90 tablet(s) Refills: 0 Pharmacy:

**REECE, JAMIE H (id #21591363, dob:**

WALMART PHARMACY 3894

**Patient Instructions**

WRAP-UP
Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- START Compounded Cream

- INCREASE Gabapentin 600mg TID

- Refill Baclofen 10mg TID

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

Return to Office

- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 11/15/2018 at 09:00 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 12/14/2018 at 08:15 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/11/2019 at 08:15 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

Encounter Sign-Off
Encounter signed-off by KATHERINE S RODEN, MD, 11/12/2018.

Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 11/12/2018 at 12:45pm

Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 12/14/2018 08:15AM |
| **DOB** | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. | | |

## Chief Complaint

medication follow up

Jamie Reece 50 y/o female is following up on cervical neck and right shoulder pain. Patient states she had an episode where her right shoulder was in extreme pain a day ago, and she couldn't stand it. Patient states she is seeing a neurologist that proposed compression sleeve, and she is having physical therapy sessions that is doing dry needling. Patient appears to have edema in the right arm at todays visit. Patient states she stopped taking the humira pen and noticed the hand numbness stopped after she discontinued this medication for insurance purposes. Pill count on Hydrocodone was preformed and was appropiate upon refill date 11/16/18 quantity of 90 86 left.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621**
WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 12/14/2018 08:39 am | **Wt:** | 178 lbs 12/14/2018 08:40 am | **BMI:** | 27.9 12/14/2018 08:40 am |
| **BP:** | 110/60 sitting L arm 12/14/2018 08:40 am | **Pain Scale:** | 3 12/14/2018 08:40 am | | |

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

**baclofen 10 mg tablet** — 12/14/18 prescribed
Take 1 tablet(s) every 8 hours by oral route.

**gabapentin 100 mg capsule** — 10/10/18 prescribed
1 po qhs can titrate to 3 po qhs based on tolerance

**gabapentin 300 mg capsule** — 10/15/18 prescribed
WEEK1: Take 1 tablet QHS. WEEK2: Take 1 tablet BID. WEEK3: Take 1 tablet TID

**REECE, JAMIE H (id #21591363, dob:**

| | | |
|---|---|---|
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 12/14/18 | prescribed |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route as needed. | 11/16/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Headaches: Y

## HPI

50-year-old female presenting for follow-up with regards to right shoulder pain. Her current medication regimen consists of

gabapentin 600 mg 3 times a day, baclofen 10 mg 3 times a day when necessary and Lortab 10/325 mg 3 times a day when necessary. She reports limited use of Lortab and denies any significant improvement with use. She is continuing with physical therapy and started dry needling which has helped. She has been seen and evaluated by neurology with recommendation for use of a compression sleeve. She continues to follow up with rheumatology, Dr. Abbas, and has discontinued use of Humira due to numbness in her hand. She was referred to clinical psychology for cognitive behavioral therapy but she is not interested in attending sessions.

## ROS

Patient reports **muscle aches, arthralgias/joint pain, swelling in the extremities, and neck pain**but reports no muscle weakness and no back pain; **right arm pain**. She reports**weakness and numbness** but reports no loss of consciousness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and normal body habitus. Level of Distress: NAD.

**Psychiatric:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Pupils: PERRLA. EOM: EOMI.

**Lungs:** Respiratory effort: no dyspnea.

**Cardiovascular:** Heart Auscultation: RRR.

**Abdomen:** Inspection and Palpation: soft, non-distended, and no tenderness.

**Skin:** Inspection and palpation: no rash, lesions, or ulcer.

**Cervical Spine:** Inspection: alignment normal. Soft Tissue Palpation on the Right:**tenderness of the paracervicals, the scalene muscle, the trapezius**, and **the rhomboid.**

**Motor Strength:** C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

## Assessment / Plan

50-year-old female with a history of psoriatic arthritis presenting for follow-up with regards to right shoulder pain. pain is related to repetitive injury to her work at Toyota. She continues to use for her psoriatic arthritis through rheumatology, Dr. Abbas. She reports having recently discontinued Humira use due to numbness in her right hand. She continues to report good improvement in symptoms with the use of gabapentin 600 mg 3 times a day and baclofen 10 mg 3 times a day when necessary. She has noted reduction in the sedating symptoms she previously experienced. she was also started on Lortab 10/325 3 times a day when necessary. She notes sparingly using the medication and still has an entire bottle full on her follow-up today. She has started with a new physical therapist and is currently undergoing dry needling which she feels has helped her symptoms. Overall she is happy with her pain improvement. She was previously referred to clinical psychology for cognitive behavioral therapy but does not wish to establish care. We reviewed the benefit of cognitive behavioral therapy and coping skills. Patient voiced understanding but is still not interested in attending sessions. I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient has a signed pain management agreement per clinic policy. Urine drug screen is up to date and appropriate as per Kentucky medical board guidelines. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient. She will plan to follow-up in 2 months for further evaluation.

**1. Psoriatic arthritis**
L40.50: Arthropathic psoriasis, unspecified
- gabapentin 600 mg tablet - Take 1 tablet(s) 3 times a day by oral route. Qty: 90 tablet(s) Refills: 3 Pharmacy: COSTCO PHARMACY #1156

**2. Myofascial pain**
M79.10: Myalgia, unspecified site
- baclofen 10 mg tablet - Take 1 tablet(s) every 8 hours by oral route. Qty: 90 tablet(s) Refills: 2 Pharmacy: COSTCO PHARMACY #1156

**Discussion Notes**

WRAP-UP
Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- Refill Gabapentin and Baclofen

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

Return to Office
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/11/2019 at 08:15 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 02/14/2019 at 08:30 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

Encounter Sign-Off
Encounter signed-off by KATHERINE S RODEN, MD, 12/14/2018.

Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 12/14/2018 at 12:11pm

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 02/11/2019 09:30AM |
| **DOB** | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. | | |

## Chief Complaint

neck pain

Mrs. Jamie H. Reece is a 50 y/o female following up for chronic neck and right arm pain. patient rates her pain a 4/10 on pain scale. She is taking Gabapentin 600 tid, Baclofen and has both Tramadol and Hydrocodone. She is currently in physical therapy.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621**
WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

02/11/2019 09:07 am

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in | **Wt:** | 177 lbs | **BMI:** | 27.7 |
| **BP:** | 108/76 | **Pain Scale:** | 4 | **Pain Scale Type:** | Numeric |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **baclofen 10 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route. | 12/14/18 | prescribed |
| **folic acid** | 02/11/19 | entered |
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 12/14/18 | prescribed |
| **gabapentin 800 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 02/11/19 | prescribed |

| | | |
|---|---|---|
| **Humira Pen 40 mg/0.8 mL subcutaneous kit**<br>Inject 0.8 mL every 2 weeks by sub-q route.<br>**Internal Note:** not taking since 12/2018 | 02/11/19 | entered |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route as needed. | 11/16/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed. | 02/11/19 | prescribed |
| **traMADol 50 mg tablet**<br>Take 1 tablet(s) twice a day by oral route as needed. | 12/20/18 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability<br>- Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History
Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Headaches: Y

## HPI

50-year-old female returning for follow-up with regards to shoulder pain. she continues to follow with rheumatology, Dr. Abbas, for psoriatic arthritis currently managed on Humira. Improve, patient's symptoms are related to repetitive work injury from her job at Toyota. Her current medication regimen consists of gabapentin 600 mg 3 times a day and tramadol 50 mg twice a day. She has not noticed any significant improvement from Tramadol. The patient did not tolerate Norco secondary to nausea/vomiting. She has recently restarted physical therapy.

## ROS

Patient reports **arthralgias/joint pain and neck pain** but reports no muscle aches, no muscle weakness, no back pain, and no swelling in the extremities; **right arm pain.** She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and normal body habitus. Level of Distress: NAD.

**Psychiatric:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Pupils: PERRLA. EOM: EOMI.

**Lungs:** Respiratory effort: no dyspnea.

**Cardiovascular:** Heart Auscultation: RRR.

**Abdomen:** Inspection and Palpation: soft, non-distended, and no tenderness.

**Musculoskeletal::** Motor Strength and Tone: normal tone and motor strength. Joints, Bones, and Muscles:**tenderness (R shoulder)**. Extremities: no cyanosis and **edema (mild, right arm)**.

**Neurologic:** Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no rash, lesions, or ulcer.

**Cervical Spine:** Inspection: alignment normal. Soft Tissue Palpation on the Right:**tenderness of the paracervicals**, **the scalene muscle**, **the trapezius**, and **the rhomboid**.

**Motor Strength:** C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

## Assessment / Plan

50-year-old female presenting for follow-up with regards to neck and shoulder pain. Patient is currently followed by rheumatology, Dr. Abbas, for psoriatic arthritis currently maintained on Humira. She has repetitive work-related injury for her job at Toyota resulting in significant shoulder and upper arm pain. She presents today with a compression sleeve to assist with edema. No temperature or color change noted. We have thoroughly reviewed the symptoms related to CRPS. Her current regimen consists of gabapentin 600 mg 3 times a day. At her last visit, we discussed initiating opioid therapy to help with severe exacerbations of pain. She has tried at this point nor occur as well as tramadol without significant improvement in

symptoms. She returns today noting that gabapentin provides her with the best pain relief. She denies any adverse side effects that her current medication dose. We discussed us escalating gabapentin to 800 mg 3 times a day. Should this not significantly improved pain complaints, we discussed possible adjuvants at her next visit including Cymbalta or a TCA. Side effects were reviewed with her today regarding gabapentin including sedation and cognitive changes.

patient has started physical therapy with a new therapist and has noted Dobson Downs in terms of her ongoing neck pain. She is also started taking tissue massage therapy. Patient was advised to consider lidocaine patches following her massage sessions to help with swelling and discomfort. We also discussed initiation of a TENS unit to help with her exacerbations and neck pain. Prescription for TENS unit was provided today. She currently takes baclofen with some minor relief in her muscle spasms. She inquires about other muscle relaxants. We'll plan to discontinue baclofen today and initiate tizanidine. Side effects were reviewed with her including sedation.Patient will follow-up in one month for further evaluation.

**1. Myofascial pain**
M79.10: Myalgia, unspecified site
- TENS UNIT - Use as directed. Qty: 1 Unit Refills: 0 Supplier: KENTUCKY ORTHO REHAB (KORT)
- tizanidine 4 mg tablet - Take 1 tablet(s) 3 times a day by oral route as needed. Qty: 90 tablet(s) Refills: 0 Pharmacy: WALMART PHARMACY 3894

**2. Complex regional pain syndrome**
M89.00: Algoneurodystrophy, unspecified site
- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS
- gabapentin 800 mg tablet - Take 1 tablet(s) 3 times a day by oral route. Qty: 90 tablet(s) Refills: 0 Pharmacy: WALMART PHARMACY 3894

**Patient Instructions**

WRAP-UP
Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- TENS unit

- INCREASE Gabapentin 800mg TID

- DISCONTINUE Baclofen

- START Tizanidine

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

**Discussion Notes**

Spent 25 total minutes with the patient today. Greater than 50% of this time was spent counseling/coordination of care as documented in my assessment and plan above.

Return to Office
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 03/11/2019 at 09:30 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 08/12/2019 at 08:15 AM

Encounter Sign-Off
Encounter signed-off by KATHERINE S RODEN, MD, 02/11/2019.

Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 02/11/2019 at 9:43am

Lexington Clinic

March 7, 2019

RE: Jamie Reece
DOB:
MRN: 21591363

Ms. Jamie Reece

Dear Ms. Reece:

In response to your patient portal message, I think some of the problems you are having with the general tendinitis and soreness of the arm could be related to a repetitive motion problem due to the work situation. I think the relationship of the symptoms to the repetitive use are fairly well documented in many other cases in that it creates an overload situation, which then creates tissue breakdown and injury. This can lead with chronic pain into the complex regional pain syndrome as well. I am not familiar with any relationship of any type of psoriatic arthritis to the complex regional pain syndrome, but you should ask your rheumatologist about this.

Yours sincerely,

W. Ben Kibler

W. Ben Kibler MD.

WBK/83047

[redacted]

**Lexington Clinic**

LEXINGTON CLINIC RHEUMATOLOGY

110 VILLAGE PARKWAY
NICHOLASVILLE, KY 40356-2327
(859) 887-2484 Fax (859) 258-4039

03/06/2019

Jamie Reece

To Whom It May Concern:

Patient is followed at our rheumatology clinic for psoriatic arthritis. Her last visit with us was on 2/11/2019. Please see the details of my evaluation, assessment and plans from my note dated 2/11/2019.

Her other medical issue is complex regional pain syndrome type I involving right arm. She is currently followed by our pain management clinic for the management of this condition.

If you have any questions regarding these conditions, please contact the office.

Sincerely,

M ABBAS

Electronically Signed by: SYED HAIDER ABBAS, MD
LEXINGTON CLINIC RHEUMATOLOGY

Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 02/11/2019 08:15AM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SYED HAIDER ABBAS, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. | | |

Chief Complaint

PSA; not taking Humira x 2mos

Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

Patient's Pharmacies

**COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621**
WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 02/11/2019 08:20 am | **Wt:** | 175 lbs 02/11/2019 08:20 am | **BMI:** | 27.4 02/11/2019 08:20 am |
| **BP:** | 106/74 sitting L arm 02/11/2019 08 22 am | **BP Cuff Size:** | adult 02/11/2019 08:20 am | **Pulse:** | 80 bpm regular 02/11/2019 08:23 am |
| **RR:** | 18 02/11/2019 08:20 am | | | | |

Allergies

Reviewed Allergies
**LORTAB:** Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

Medications

Reviewed Medications

| | | |
|---|---|---|
| **baclofen 10 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route. | 12/14/18 | prescribed |
| **folic acid** | 02/11/19 | entered |
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 12/14/18 | prescribed |
| **Humira Pen 40 mg/0.8 mL subcutaneous kit**<br>Inject 0.8 mL every 2 weeks by sub-q route.<br>**Internal Note:** not taking since 12/2018 | 02/11/19 | entered |

| | | |
|---|---|---|
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route as needed. | 11/16/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **traMADol 50 mg tablet**<br>Take 1 tablet(s) twice a day by oral route as needed. | 12/20/18 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability<br>- Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History
Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): Y

## HPI

she is seen today as a follow up on PsA and CRPS.

follow up with a TB test every 12 months and CBC every 3 months while taking Humira.

L40.50: Arthropathic psoriasis, unspecified
- PSORIASIS: CARE INSTRUCTIONS

**2. Complex regional pain syndrome -**

Please see my previous notes for details.

Briefly, has CRPS Type I, right arm after right shoulder and elbow injury due to repititive work at Toyota factory. Initially symptoms started some time early January 2018.

On account of constant pain with worsening at times, she is not able to go back to work. Further, she is concerned about the repetitive nature of her job and because of worsening of these pains while at work. She is continue to follow by physical therapy. She is also seen pain management on my suggestion and has initiated gabapentin.

her examination today, continues to show some dependent edema of her right upper extremity along with some mild erytheme but without any warmth. More for typical motor and sensory features seen with complex regional pain syndrome. As mentioned above no active features of psoriatic arthritis noted on examination.

The whole body bone scan reviewed 10/2018: elbows, and wrists bilaterally. This represents degenerative change. There is focally increased uptake projecting along the greater
tuberosity of the right humeral head. The calvarium appears normal. There are mild degenerative changes in the shoulders and sternoclavicular joints. The ribs appear normal.

There are mild degenerative changes throughout the spine. There are mild degenerative changes in the hips, knees, and feet.

she will continue to follow with pain management clinic and will maintain her exercise and physical therapy as per their directions. No further suggestions at this point.

M89.00: Algoneurodystrophy, unspecified site
- LEARNING ABOUT HEALTHY WEIGHT
- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS

**3. Long-term drug therapy -**

needs to have a CBC today.

Repeat TB test in summer.

Z79.899: Other long term (current) drug therapy
- CBC

Return to Office
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 08/12/2019 at 08:15 AM

Encounter Sign-Off
Encounter signed-off by SYED HAIDER ABBAS, MD, 02/11/2019.

Encounter performed and documented by SYED HAIDER ABBAS, MD

Encounter reviewed & signed by SYED HAIDER ABBAS, MD on 02/11/2019 at 9:03am

RECEIVED
APR 08 2019
MFTL

**Lexington Clinic**

March 29, 2019

Bartley K. Hagerman
Attorney at Law
201 West Short Street
Suite 800
Lexington, Kentucky 40507

RE: Jamie Reece
DOB:
MRN: 21591363

Dear Mr. Hagerman:

In response to your letter on Jamie Reece, at the last visit I saw her from a total musculoskeletal standpoint. I did put her on restrictions of no more than 5 to 10 pounds of lifting. No repetitive pushing or pulling and no overhead lifting. This would probably restrict her from her own occupation. At this point in time, most of the problems are not necessarily related to an orthopedic problem, but more a pain management problem with her complex regional pain syndrome and her psoriatic arthritis. A more complete understanding of her limitations could be done by getting a functional capacity evaluation, but based on the orthopedic evaluation those would be her limitations and I feel they would probably be permanent.

Sincerely,

W. Ben Kibler

W. Ben Kibler MD.

WBK/83063

Dr. Stephanie G. Barnes, Rh.D, CVE, CRC, NCC, LPCC

**BARNES REHABILITATION SERVICES**

*Certified Vocational Evaluator ▪ Certified Rehabilitation Counselor ▪ National Certified Counselor ▪ Licensed Professional Clinical Counselor (KY) ▪ Kentucky Approved Counselor Trainee Supervisor*

P.O. Box 99917 Louisville, KY 40269

610 47th Ave. N St. Petersburg, FL 33703

(502) 216-1777 (phone) (727) 245-8101 (Fax) Barnes.rehab@yahoo.com

---

VOCATIONAL EVALUATION

Name: Jamie Reece

Referred By: Bartley Hagerman
Mehr, Fairbanks & Peterson, PLLC
201 West Short Street, Suite 800
Lexington, KY 40507

DOB:

SS#:

Education: HS Graduate

DOI: 01/30/2018

Date of Evaluation: December 6, 2021

**Background**

Ms. Reece is a woman who was employed as a team member for Toyota Motor Manufacturing. She was involved in a work-related injury on 01/30/2018 when she felt pain radiating/tingling down her right arm while using a hand tool on frame tape (applying frame tape around a car window frame). She reported the injury to her Team Leader and was sent to Toyota's on-site medical clinic where she was given the restriction of no use of her right extremity. Toyota returned her to a position where she had to route cars to "top coat" (had to look up at a board at almost ceiling height and punch buttons on a pad). She states that she was looking upwards the entire time and began having pain effecting her shoulder and neck, while also using her arm to push buttons. She returned to Toyota's on-site medical clinic where they told her she shouldn't be doing that job and they were "angry." Toyota then returned her to a job where she had to sit down, watch cars come down the assembly line and look "for anything wrong." She remarks that she sat in a chair for the entire full-time shift, by herself and "basically, I did nothing" and felt "it was a punishment." Toyota then stated that she couldn't perform any job, so she was sent home and stopped working in April 2018.

**Information Utilized**

| | |
|---|---|
| Interview with Ms. Reece | 12/06/2021 |
| Physical Therapy Records - KORT PT | |
| Medical Records - Bluegrass Orthopeadics | |
| Medical Records – Lexington Clinic | |
| Neurology Clinic of London – Lexington | 06/08/2018 |
| Dr. Patrick Leung | 12/10/2018 |
| Pain Management Records - Dr. Katherine Roden | 02/11/2019 |
| IME – Dr. Anthony McEldowney | 03/06/2019 |
| Dr. Ben Kibler Letters | March 2019 |
| Transferable Skills Analysis | 05/17/2021 |

**Educational Summary**

Ms. Reece graduated from high school in 1986. She graduated from Bryan Station High School in Lexington, KY. She did not have any special education or advanced classes during her educational placement. She attended Lexington Community College for approximately 1 ½ years but did not earn a degree.

**Occupational Summary**

Ms. Reece indicates that she worked for Toyota from approximately February 2015 until April 2018. She worked as a team member where she worked on the assembly line. Her position involved her using hand tools including buffers, sanders, spray guns, repair tools, a gun used to grease the underbody, tools to apply frame tape and she lifted a heavy metal piece ("hood jig") to remove or place in a car. She estimates that she sometimes lifted up to 20 pounds, spent 85% of her time standing, 15% sitting and approximately 10% walking (walking from position to position and walking with the assembly line for the different job tasks). She frequently bent at the waist, twisted, used her dominant hand and reached in other directions. About half the time her job required her to use her non-dominant hand. She reports that her employment ended because Toyota could not accommodate her work restrictions.

Prior to her employment with Toyota, she worked for Tots Landing from approximately 2010/2011 to February 2015 where she worked in childcare/lead teacher. Her job involved her completing weekly lesson plans for the children in her classroom, doing classroom instruction, playing with the children and overseeing their care. She was required to complete yearly state required training and the children's ages for which she oversaw were babies to one year old. She states that she spent approximately ½ to ¾ of the day standing, ¼ of the day sitting and walking, and lifted/carried up to 20 pounds. She frequently used her dominant and non-dominant hand and about half the time her job required her to bend at the waist, twist and reach in other directions. She left this employer for a job at Toyota that offered more money and better benefits.

Ms. Reece was a stay-at-home mother for approximately 16 years.

She worked full-time as a private nanny beginning in approximately 1987/1988 for a "couple of years" for different families. In this role she underwent CPR training and her job required her to take/pick-up children from school, get the children to after-school activities, prepare meals and provide entertainment and care for the children. She estimates that she spent approximately 85% of her day standing and walking, 5% sitting and lifted/carried up to 20 pounds. She frequently used her dominant and non-dominant hand and about half the time she bent at the waist, twisted and reached in other directions. She left her roles as a private nanny to become a stay-at-home mother.

**Medical Summary**

Ms. Reece was involved in a work-related injury on 01/30/2018 when she injured her right shoulder/arm when using a hand tool to put tape around a car window frame. Upon reporting pain/tingling radiating down her right arm, Toyota medical care recommended that Ms. Reece not use her right extremity. Toyota provided Ms. Reece alternate positions, however, due to her complaints of shoulder and neck pain, Toyota stated that she was unable to do any job, so they sent her home in April 2018 at which time she stopped working.

Ms. Reece states that she had been treated by Bluegrass Orthopedics where she underwent "tests," an injection and they told her that we "can't help you." She then began treating with Dr. Kibler at Lexington Clinic who told her that her "shoulder is in the wrong place" and she has damage to her nerves. She began physical therapy for over a year, was told that surgery wasn't an option and Dr. Kibler informed her that she can't do work using her right shoulder/assembly line work. Additionally, Dr. Abbas at Lexington Clinic diagnosed her with CRPS type 1,

describing to her that she developed this condition as a response to her shoulder injury and it can spread through her entire body. Ms. Reeves began pain management treatment.

Dr. Ryan Donegan from Bluegrass Orthopeadics diagnoses Ms. Reece with shoulder pain without an obvious source in 2018 and reports that she can return to work with the restriction of no use of upper right extremity.

The records from Lexington Clinic beginning May 2018 report Ms. Reece works at Toyota and presents with right-sided neck pain, jaw pain, collarbone pain and radiating pain into her arm in a non-dermatomal distribution. Her pain started at the end of January after changing jobs at Toyota. She denies any specific injury. Her pain has multiple characteristics, is fairly constant but the arm pain comes and goes. She describes right arm numbness and tingling and no weakness. She did physical therapy for 8-10 weeks, 2 times a week at Toyota. She has trialed a TENS unit as well as steroid pack, has been taking over-the-counter anti-inflammatories for the past 8-10 weeks and trialed Neurontin with some relief. Additionally, in July 2018, it is reported that Ms. Reece was a Toyota team member, developed right shoulder pain, pain radiates to her right arm and MRI scan of the right shoulder was unremarkable. MRI scan of her cervical spine showed questionable lesion in spinal cord; she was found to be hyperreflexic and MRI scan of the brain and thoracic spine was unremarkable. She has right shoulder pain with movement, pain is localized between her shoulder and collarbone. In October 2018 it is noted that Ms. Reece has limited range of motion (right arm with painful limited GH mobility) and edema throughout the arm. Additionally, it reports that all these clinical features along with history of right shoulder and elbow injury due to repetitive work at Toyota factor are very typical for the CRPS-type I; suggested a pain management evaluation as this is a long-term condition and requires multi-disciplinary approach and "in terms of work, I doubt If she can perform repetitive work especially in a factory. She needs to discuss this with her employer about changing her work description to more of a desk work."

In the report from Neurology Clinic of London – Lexington dated 06/08/2018, Megan Collette, APRN, notes that Ms. Reece got hurt at work and had an MRI of her shoulder and neck; went to see Dr. Tutt and it was reported to her that there was an abnormality in the cord at the cervical spine level concerning for possible MS.

Dr. Patrick Leung notes from a 12/10/2018 appointment that Ms. Reece was a team member at Toyota, had a work-related injury in January and has a right shoulder impingement syndrome. She was being treated by Dr. Kibler with physical therapy and was recently diagnosed with CRPS by Dr. Abbas. She has noticed swelling in her right forearm with pain and numbness and

thickness in the right shoulder; she is being treated by Dr. Roden at the pain clinic with Gabapentin and Norco, is getting physical therapy at KORT and has not been able to return to work.

In the most recent treatment record from Dr. Katherine Roden dated 02/11/2019, it is reported that Ms. Reece has a repetitive work-related injury from her job at Toyota resulting in significant shoulder and upper arm pain and she presents with a compression sleeve to assist with edema.

Dr. Anthony McEldowney conducted an IME on 03/06/2019. Dr. McEldowney diagnoses Ms. Reece with non-specific overuse right shoulder strain with exacerbation of previously dormant and asymptomatic multidirectional instability. He reports that because of the work-related injury of dominant right shoulder on 01/30/2018, there has been a harmful change to the human organism of Ms. Reece, who suffers residual pain and mild instability of right shoulder despite appropriate conservative treatment. Dr. McEldowney concludes that Ms. Reece has 4% permanent whole person impairment, 6% upper extremity impairment for right shoulder instability, reached MMI on 01/30/2019, she does not retain the physical capacity to return to the type of work performed at the time of injury and her restrictions include no frequent, repetitive or sustained labor activities [of] bilateral upper extremities.

In the letter from Dr. Ben Kibler dated 03/07/2019, he reports that some of Ms. Reece's problems with the general tendinitis and soreness of the arm could be related to a repetitive motion problem due to the work situation. He concludes that the relationship of the symptoms to the repetitive use are fairly well documented in many other cases in that it creates an overload situation, which then creates tissue breakdown and injury; this can lead with chronic pain into the complex regional pain syndrome.

Dr. Ben Kibler writes in a letter dated 03/29/2019 that Ms. Reece's restrictions include no more than 5 to 10 pounds of lifting, no repetitive pushing or pulling and no overhead lifting. This would probably restrict her from her own occupation. At this point in time, most of the problems are not necessarily related to an orthopedic problem, but more a pain management problem with her complex regional pain syndrome and her psoriatic arthritis. Based on the orthopedic evaluation "those would be her limitations and I feel they would probably be permanent."

A Transferable Skills Analysis was completed on 05/17/2021 by Nicole Hall, M.S., C.R.C. She concludes that occupations within Ms. Reece's physical abilities and within her identified skill

level include Customer Service Representative, Information Clerk, Gate Guard, Assembler Production, and Assembler Small Products I. The occupations meet the gainful amount of $2,137.20 per month in the national economy.

**Interview with Ms. Jamie Reece on 12/06/2021**

Ms. Reece has been married to her second husband, Christopher, since 2016. She has three adult children and resides in the home with Christopher and her middle son.

Ms. Reece is right-handed. She remarks that her elbow looks like it "has fluid in it." She denies tobacco and any illegal drug use, and she used to drink socially but she has psoriatic arthritis and it is recommend that she not consume alcohol.

In terms of current medical treatment, Ms. Reece treats with pain management every three to six months, a rheumatologist and will go to physical therapy when she has a flare-up, although, she admits that she has "not recently gone." Her current medications related to her work-related injury include Lyrica and muscle relaxers - both are taken three times a day. She admits to experiencing side effects including "brain fog," fatigue and she sometimes naps because they make her feel "groggy."

In terms of her self-reported abilities, she describes that she is able to sit, stand and walk. Sometimes, her medications make it difficult to function as she did prior to her work-related injury. For example, she reports being forgetful, having trouble focusing, completing tasks and "I can't be myself." She remarks that the more she uses her right arm at home, the more pain she experiences; repetitive movements cause pain (i.e., vacuuming, some cooking/cleaning); she can get flare-ups and now has edema in the left arm extending from her wrist to ¾ of the way up.

She has issues with pain which have been on-going. She admits to being "short-fused" and sometimes gets "grouchy" and feels "defeated." Since she began her medications, she has trouble remembering simple things (she admits to making a lot of notes) and remembering complex things (her husband now pays the bills whereas, she did before her injury). She admits to having crying spells and doesn't go out socially because she has experienced a loss of energy to do things as well as a loss of self esteem (and states that it has become a financial hardship since they are living on one income – her husband's). She reports having no hobbies outside the home and sees her children but "that's about it socially;" she describes herself as being

more social prior to her injury. In fact, Ms. Reece remarks that Dr. Roden (pain management physician) has told her that if she wants to see someone for the emotional toll this has taken on her, it would be helpful.

She performs the majority of her personal care needs. She can no longer vacuum. She prepares light meals and as much as she can (not as much as she used to) and has help from her husband. In fact, she states that tasks such as continuous chopping, etc. cause pain in her right shoulder/arm. Ms. Reece does drive but not long distances because she is right hand dominant and long distances cause pain in her shoulder and neck.

She has difficulty sleeping at night. She is unable to lay on her side, the pain/discomfort wakes her at night, and she has a 4-inch foam in her bed to "take the pressure off." She sleeps approximately five hours per night and due to her interrupted sleep, she occasionally naps during the day, remarking that she tries to avoid naps so that she can sleep at night.

She currently has no income as her worker's compensation and long-term disability have ended. They are currently living on Christopher's income (he is employed by Toyota) and she has health insurance through his employment. She does not receive any governmental aid or assistance.

**Summary**

Ms. Jamie Reece is a right-handed dominant lady who sustained work related injuries from repetitive activity while employed with Toyota Manufacturing Company. The date of injuries was reported as 1/30/18 being work restrictive. She was receiving Workers Compensation payments and Long-Term Disability Benefits as a result of the injuries. She was unable to sustain any modified work, with those duties actually worsening some of her symptoms.

The Long-Term Disability Benefits were terminated by the carrier based on opinion she could perform other work within the medical restrictions. The opinion of Nicole Hall states there are four representative occupations meeting the earnings requirements and the medical limitations associated with Ms. Creech. She has cited Customer Service Representative, Information Clerk, Gate Guard, and Small Products Assembler. The earnings reported are consistent with my review of wages for the Bluegrass area of Kentucky. However, the job requirements for these four positions are inconsistent with the opinions of Dr. Donegan and Dr. McEldowney. Both opine there are significant limitations in the repetitive use of the right hand for work related activities. Dr. Donegan notes there is no ability to use the dominant right hand/upper

extremity. Dr. McEldowney finds that Ms. Creech has limitations on repetitive use of both upper extremities for work like activities.

The representative occupations set forth by Ms. Hall are all rated with use of the upper extremities as at least occasional (up to 2.7 hours per 8 hour shift). Termination of her Long-Term Disability benefits is inconsistent with the terms of her policy under the "other occupation" criteria.

Thank you for referring Ms. Reece for vocational evaluation. Please contact me if I can be of further assistance in this matter.

Dr. Stephanie Barnes — 1/10/22

Dr. Stephanie Barnes, Rh.D, CVE, CRC, NCC, LPCC — Date

Vocational Consultant

The opinions rendered in this report have been within a reasonable degree of vocational probability.

**Saint Joseph Rheumatology Associates**
**211 Fountain Court Suite 220,**
**Lexington, KY 40509**
**Phone: (859) 629-7265 Fax: (859) 629-7266**

*MRN:* **1668060**

*Encounter Date:* **06/11/2018 10:30AM**

*DOB:*

*Address:*
**Jamie Reece**

*Work:*

**PCP:** Adams, Doris W

## History Reported by

The history was reported by the patient

## Reason For Visit

Mrs Reece was referred to us by Doris Adams for consultation regarding hx of Psoriatic Arthritis.
Patient reports she was recently seen by Susanna Moberly,
APRN for PsA and is here today to get a second opinion.
She endorses pain on shoulders and neck and recently started having chest discomfort.

## History of Present Illness

**Text Templates:**
49 y/o WF whom has recently been diagnosed with psoriatic arthritis here today for a second opinion.

Today 6/11/2018 she tells me that:
She says she was dx with PsA around 12/2017.

The patient endorses stiffness on her R hip and deep pain; swelling on her R 2 DIP with a lot soreness; also stiffness on hand and legs.
She thinks her joint pain started with the hip about 6 years; she denies any hx of injections or evaluation by orthopedia.
Right now feels really good.

She has tried NSAID and did not help the pain.

She says Moberly recommended a trial of Prednisone x 3 weeks and it helped tremendously but as has been off of it the pain has been coming slowly back.

She has been using Methotrexate 4 tabs twice weekly since January for PsA. Also daily Folic acid.

She has been diagnosed with psoriasis in the skin 8 years ago; tried topicals by derm before.
She doesn't think MTX has helped so much the joints.

She thinks MTX has helped the skin but
now feels more itching coming back. Is worse now for the past 1 month.
She says lotions and antihistamine don't seem to help the itchiness on the skin.

She denies any swelling on her joints.
She denies any family hx of psoriasis or arthritis.

She works in Toyota but now is out due to a neck injury recently.

She used to smoke, quit years ago, denies any alcohol use or drug use.

She denies any recent fevers, chills or weight.

Endorses soreness on the sternal area when lies on it or when lies on the R shoulder.
She went to the ER for the tightness on the chest recently she was told her heart was OK.
She will need to see chest pain clinic for stress test.

She denies any hx of uveitis/eye inflammation.

She endorses itchiness all over that improves with Zyrtec but still itches.

**Active Problems**

1. Blurred vision (368.8) (H53.8)
2. CNS demyelination (341.9) (G37.9)
3. Fatigue (780.79) (R53.83)
4. Numbness (782.0) (R20.0)

**Allergies**

1. Lortab TABS
   Recorded By: Baker, Carrie; 6/8/2018 9:16:53 AM

**Current Meds**

1. Calcium TABS;
   Therapy: (Recorded:08Jun2018) to Recorded
2. CVS Probiotic Maximum Strength Oral Capsule;
   Therapy: (Recorded:08Jun2018) to Recorded
3. Cyclobenzaprine HCl - 10 MG Oral Tablet;
   Therapy: 29Mar2018 to Recorded
4. Esomeprazole Magnesium 40 MG Oral Capsule Delayed Release; TAKE 1 CAPSULE ONCE DAILY;
   Therapy: (Recorded:08Jun2018) to Recorded
5. Estrace 0.1 MG/GM Vaginal Cream;
   Therapy: 17Apr2018 to Recorded
6. Fluconazole 150 MG Oral Tablet;
   Therapy: 09Jan2018 to Recorded
7. Folic Acid 1 MG Oral Tablet; TAKE 1 TABLET DAILY;
   Therapy: (Recorded:08Jun2018) to Recorded
8. Gabapentin 300 MG Oral Capsule;
   Therapy: 04Apr2018 to Recorded
9. Havrix 1440 EL U/ML SUSP;
   Therapy: 02May2018 to Recorded
10. LORazepam 0.5 MG Oral Tablet; Take 1 tablet PO 30 minutes prior to MRI, may repeat after 30 minutes X1 if needed;
    Therapy: 08Jun2018 to (Evaluate:09Jun2018); Last Rx:08Jun2018 Ordered
11. LORazepam 0.5 MG Oral Tablet; TAKE 1 TABLET TWICE DAILY;
    Therapy: (Recorded:08Jun2018) to Recorded
12. Methotrexate 2.5 MG Oral Tablet; 4 tablets twice weekly;
    Therapy: (Recorded:08Jun2018) to Recorded
13. Motrin 600 MG TABS;
    Therapy: (Recorded:08Jun2018) to Recorded
14. Multi Complete CAPS;
    Therapy: (Recorded:08Jun2018) to Recorded
15. Terconazole 0.4 % Vaginal Cream;

Therapy: 09Jan2018 to Recorded

16. ZyrTEC Allergy CAPS;
    Therapy: (Recorded:08Jun2018) to Recorded

**Past Medical History**

1. History of Anxiety (300.00) (F41.9)
2. History of cataract (V12.49) (Z86.69)
3. History of IBS (V12.79) (Z87.19)
4. History of miscarriage (V13.29) (Z87.59)

**Surgical History**

1. History of Hysterectomy
2. History of Oral surgery
3. History of Tonsillectomy

**Family History**

1. Family history of arthritis (V17.7) (Z82.61)
2. Family history of cardiac disorder (V17.49) (Z82.49)
3. Family history of coronary artery disease (V17.3) (Z82.49)
4. Family history of hypothyroidism (V18.19) (Z83.49)
5. FH: stomach cancer (V16.0) (Z80.0)

**Social History**

- Does not use illicit drugs (V49.89) (Z78.9)
- Employed
- Married
- Never smoker
- Social alcohol use (Z78.9)

**Review Medical History**

Past Medical History Reviewed Past Surgical History Reviewed Family History Reviewed Social History Reviewed

**Review of Systems**

A complete review of systems revealed no pertinent patient complaints except as noted below and in the history of present illness.
**CONSTITUTIONAL**: normal.
**EYES:** eye pain and change in vision.
**ENT**: mouth sores.
**CARDIOVASCULAR:** chest discomfort.
**RESPIRATORY:** normal.
**GASTROINTESTINAL**: heartburn.
**GENITOURINARY:** 3 miscarriage(s) and prior pregnancies.
**MUSCULOSKELETAL**: arthralgia, morning stiffness mins and hands/ fingers .
**INTEGUMENTARY:** itching .
**NEUROLOGICAL**: headache, dizziness and memory loss.
**PSYCHIATRIC:** normal.
**ENDOCRINE:** normal.
**ALLERGIC/IMMUNOLOGIC:** normal.

**Vitals**

**Vital Signs**

**Recorded: 11Jun2018 10:36AM**

Height: 5 ft 7 in
Weight: 171 lb

**BMI Calculated: 26.78**
BSA Calculated: 1.89
Temperature: 97.9 F
Heart Rate: 73
Respiration: 18
Systolic: 129, RLE, Sitting
Diastolic: 86, RLE, Sitting

## Physical Exam

Jamie Reece is a Caucasian female who appears well developed, well nourished and in no acute distress. Vitals x 3 noted.
**HEAD & FACE:** Head and face are symmetric, normocephalic and atraumatic.
**EYES:** Inspection of the conjunctivae and lids reveals no swelling, erythema or discharge. Pupils are round, equal and reactive to light and there is no scleral icterus.
**EARS, NOSE, MOUTH & THROAT:** On inspection, ears and nose are within normal limits. Lips, teeth, and gums appear healthy with good dentition. There is no exposed bone in the jaw. The oropharynx is normal with no erythema, edema, exudate or lesions.
**NECK:** Neck is supple without masses. No thyromegaly or masses.
**PULMONARY:** Normal respiratory effort. Lungs are clear to auscultation bilaterally.
**CARDIOVASCULAR:** On auscultation the heart rate and rhythm are normal. There are no murmurs or rubs. Examination of the extremities shows no significant edema.
**LYMPHATIC:** No cervical lymphadenopathy.
**MUSCULOSKELETAL:** Gait is within normal limits. Digits and nails are without clubbing, cyanosis or pitting. No joint swelling, warmth or tenderness. Inspection and palpation of muscles and soft tissues is normal. Range of motion is within normal limits. Muscle strength is normal. The spine has normal alignment and range of motion,.
**SKIN:** No rash, nodules or sclerodactyly.
**NEUROLOGIC:** Patellar reflexes are 2+ and symmetric.
**PSYCHIATRIC:** Patient's judgment and insight are unimpaired. Patient's mood and affect are normal.

## Assessment

1. Joint pain (719.40) (M25.50)
2. Encounter for medication monitoring (V58.83) (Z51.81)
3. History of psoriasis (V13.3) (Z87.2)
4. Chest pain, midsternal (786.51) (R07.89)
5. Psoriatic arthritis (696.0) (L40.50)
6. Pruritus (698.9) (L29.9)

## Orders

1. Start: Indomethacin 50 MG Oral Capsule; TAKE 1 CAPSULE 3 TIMES DAILY WITH FOOD
2. Angiotensin-Converting Enzyme; Status:Complete; Done: 11Jun2018 12:49PM
3. Antinuclear Antibodies, IFA; Status:Complete; Done: 11Jun2018 12:49PM
4. CBC With Differential/Platelet; Status:Complete; Done: 11Jun2018 12:49PM
5. CCP Antibodies IgG/IgA; Status:Complete; Done: 11Jun2018 12:49PM
6. CMP-COMPREHENSIVE METABOLIC PANEL(14) w/eGFR; Status:Complete; Done: 11Jun2018 12:49PM
7. C-Reactive Protein, Quant; Status:Complete; Done: 11Jun2018 12:49PM
8. dsDNA (nDNA) Scrn by Crithidia; Status:Complete; Done: 11Jun2018 12:49PM
9. Hepatitis Panel (4); Status:Complete; Done: 11Jun2018 12:49PM
10. QuantiFERON TB Gold (In Tube); Status:Active; Requested for:11Jun2018;
11. Rheumatoid Arthritis Factor; Status:Complete; Done: 11Jun2018 12:49PM
12. RNP Antibodies; Status:Complete; Done: 11Jun2018 12:49PM
13. RPR; Status:Complete; Done: 11Jun2018 12:49PM
14. Sedimentation Rate-Westergren; Status:Complete; Done: 11Jun2018 12:49PM
15. Sjogren's Ab, Anti-SS-A/-SS-B; Status:Complete; Done: 11Jun2018 12:49PM
16. Smith Antibodies; Status:Complete; Done: 11Jun2018 12:49PM

17. Vitamin D, 25-Hydroxy; Status:Complete; Done: 11Jun2018 12:49PM
18. Bilirubin, Direct; Status:Complete; Done: 11Jun2018 12:49PM
19. CR Ribs BILAT 3 Vws W PA Chest; Status:Active; Requested for:11Jun2018; Location of Service : Saint Joseph East
20. HIV 4th gen; Status:Complete; Done: 11Jun2018 12:49PM
21. Renew: Methotrexate 2.5 MG Oral Tablet; TAKE 8 TABLET Weekly
22. CR Sacroiliac Jts Min 3 Vws; Status:Active; Requested for:11Jun2018; Location of Service : Saint Joseph East
23. HLA B 27 Disease Association; Status:Active; Requested for:11Jun2018;
24. Stop: Motrin 600 MG TABS (Ibuprofen)

Psoriatic arthritis (696.0) (L40.50)

Chest pain, midsternal (786.51) (R07.89)

### Discussion/Summary

49 y/o WF with hx of psoriasis in the skin , worsening joint pain with hx of swelling and also skin pruritus here for 2 opinion.

Agree that her history sounds inflammatory and I do believe she has Psoriatic arthritis.
-PsA is a seronegative spondyloarthropathy that sometimes can cause mid chest pain due to costochondral inflammation/non cardiac chest pain so I have recommended her a trial of a strong NSAID like Indomethacin 50 mg TID with food.
-I warned her that these NSAID can lead to severe GERD or diarrhea and if she feels 3 times a day its too much she can do it twice a day- she voiced understanding.
-I will order Rheum serologies and labs in preparation for Humira when she willing to try it.
-I will order X-rays of chest and Ribs and SI joints and HLA-B27.
-Will request records from Morberly to review.
-Will order labs to investigate for secondary cause of pruritus and if all normal will defer to PCP that she might need another Dermatological evaluation for possible worsening eczema of the skin.

She will RTC in 4 weeks

### Counseling

The patient was counseled regarding prognosis, risks and benefits of treatment options, instructions for management, patient and family education, importance of compliance with treatment, risk factor reductions and impressions. Total time of encounter was 45 minutes of which greater than 50% was spent counseling and coordinating care.

### 'End of Encounter Meds'

### Signatures

Electronically signed by : Tera Murillo, LPN; Jun 11 2018 10:09AM EST (Co-author)
Electronically signed by : Tera Murillo, LPN; Jun 11 2018 10:37AM EST (Co-author)
Electronically signed by : Tera Murillo, LPN; Jun 11 2018 10:40AM EST (Co-author)
Electronically signed by : Indhira Bisono Jimenez, M.D.; Jun 17 2018 1:52PM EST (Author)

# Bluegrass Surgery - Berea

**315 Estill St. Medical Office Bldg, Third Floor Medical Office Bldg**
**Berea,KY 40403**
**(859) 985-8100**

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

---

## Results

| | | | |
|---|---|---|---|
| **Lab Accession #** | Cerner_E3000029033 | **Collected:** | 06/11/2018 12:10:00PM |
| **Ordering Provider:** | Bisono Jimenez, Indhira | **Resulted:** | 06/11/2018 2:27:00PM |
| **Performing Location:** | Saint Joseph East Hospital | **Verified By:** | Bisono Jimenez, Indhira |
| | | **Auto Verify:** | N |

**CR Ribs BILAT 3 Vws W PA Chest** **Stage:** **Final**

History chest pain with swelling at sternum, no inj
Pregnancy status
**No
Patient Shielded?
**No

| Test | Result | Units | Flag Reference Range |
|---|---|---|---|
| CR Ribs BILAT 3 Vws W PA Chest 71111 | | | |

SACROILIAC JOINT SERIES

INDICATION: Psoriatic arthritis.

COMPARISON: None.

FINDINGS: AP and oblique views of the sacroiliac joint were obtained. There is no acute osseous abnormality. There are no erosions and there is no ankylosis. No significant osteophytes are identified. No acute soft tissue abnormality is identified.

IMPRESSION: No acute abnormality of the sacroiliac joints.

CHEST WITH BILATERAL RIBS SERIES

INDICATION: Chest pain with swelling at sternum.

COMPARISON: None.

FINDINGS: A PA view of the chest and rib detail films were obtained. The cardiac and mediastinal silhouettes are within normal limits. The lungs are clear. There is no pneumothorax.

| Test | Result | Units | Flag Reference Range |
|---|---|---|---|

Rib detail films reveal no acute rib abnormality.

IMPRESSION: No acute rib abnormality. No acute cardiac or pulmonary disease.

***** Final *****

Dictated by: BUTLER, CARINA L, MD-RAD
Dictated DT/TM: 06/11/2018 12:58 pm
Interpreted and electronically signed by: BUTLER, CARINA L, MD-RAD
Signed DT/TM: 06/11/2018 2:27 pm
Transcribed by: VG

# Bluegrass Surgery - Berea

315 Estill St. Medical Office Bldg, Third Floor Medical Office Bldg
Berea,KY 40403
(859) 985-8100

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

---

## Results

**Lab Accession #** Cerner_E3000029031
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** Saint Joseph East Hospital

**Collected:** 06/11/2018 12:10:00PM
**Resulted:** 06/11/2018 2:27:00PM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**CR Sacroiliac Jts Min 3 Vws** **Stage:** **Final**

History psoriatic arthritis, joint pain with no inj
Pregnancy status
**No
Patient Shielded?
**No

| Test | Result | Units | Flag Reference Range |
|---|---|---|---|
| CR Sacroiliac Jts Min 3 Vws 72202 | | | |

SACROILIAC JOINT SERIES

INDICATION: Psoriatic arthritis.

COMPARISON: None.

FINDINGS: AP and oblique views of the sacroiliac joint were obtained. There is no acute osseous abnormality. There are no erosions and there is no ankylosis. No significant osteophytes are identified. No acute soft tissue abnormality is identified.

IMPRESSION: No acute abnormality of the sacroiliac joints.

CHEST WITH BILATERAL RIBS SERIES

INDICATION: Chest pain with swelling at sternum.

COMPARISON: None.

FINDINGS: A PA view of the chest and rib detail films were obtained. The cardiac and mediastinal silhouettes are within normal limits. The lungs are clear. There is no pneumothorax.

| Test | Result | Units | Flag Reference Range |
|---|---|---|---|

Rib detail films reveal no acute rib abnormality.

IMPRESSION: No acute rib abnormality. No acute cardiac or pulmonary disease.

***** Final *****

Dictated by: BUTLER, CARINA L, MD-RAD
Dictated DT/TM: 06/11/2018 12:58 pm
Interpreted and electronically signed by: BUTLER, CARINA L, MD-RAD
Signed DT/TM: 06/11/2018 2:27 pm
Transcribed by: VG

# Bluegrass Surgery - Berea

**315 Estill St. Medical Office Bldg, Third Floor Medical Office Bldg**
**Berea,KY 40403**
**(859) 985-8100**

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

---

## Results

**Lab Accession #** LC_1623059299020182018
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300
MD: 6370 Wilcox Road
Dublin, OH 430161269

**Collected:** 06/11/2018 12:54:00PM
**Resulted:** 06/20/2018 5:04:00AM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**QuantiFERON TB Gold (In Tube)**

**Stage:** **Final**

| Test | Result | Units | Flag Reference Range |
|---|---|---|---|
| QuantiFERON Incubation | | | |
| (Performing Location: LabCorp Lexington, 2201 Regency Road Suite 506-507, , Lexington, KY, 405032335, 8592775341 MD: 2201 | | | |
| Incubated, testing to follow. | | | |
| QuantiFERON TB Gold | Negative | | Negative |
| QuantiFERON Criteria | | | |

To be considered positive a specimen should have a TB Ag minus Nil value greater than or equal to 0.35 IU/mL and in addition the TB Ag minus Nil value must be greater than or equal to 25% of the Nil value. There may be insufficient information in these values to differentiate between some negative and some indeterminate test values.

| Test | Result | Units | Flag Reference Range |
|---|---|---|---|
| QuantiFERON TB Ag Value | 0.03 | IU/mL | |
| QuantiFERON Nil Value | 0.05 | IU/mL | |
| QuantiFERON Mitogen Value | >10.00 | IU/mL | |
| QFT TB Ag minus Nil Value | <0.00 | IU/mL | |

Interpretation:

The QuantiFERON TB Gold (in Tube) assay is intended for use as an aid in the diagnosis of TB infection. Negative results suggest that there is no TB infection. In patients with high suspicion of exposure, a negative test should be repeated. A positive test indicates infection with Mycobacterium tuberculosis. Among individuals without tuberculosis infection, a positive test may be due to exposure to M. kansasii, M. szulgai or M. marinum. On the Internet, go to cdc.gov/tb for further details.

## Bluegrass Surgery - Berea

**315 Estill St. Medical Office Bldg, Third Floor Medical Office Bldg**
**Berea,KY 40403**
**(859) 985-8100**

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

---

### Results

**Lab Accession #** LC_1624882425020182018
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300
MD: 6370 Wilcox Road
Dublin, OH 430161269

**Collected:** 06/11/2018 12:49:00PM
**Resulted:** 06/12/2018 7:09:00AM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**HIV 4th gen**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| HIV Screen 4th Generation wRfx | Non Reactive | | | Non Reactive |

# Bluegrass Surgery - Berea

**315 Estill St. Medical Office Bldg, Third Floor Medical Office Bldg**
**Berea,KY 40403**
**(859) 985-8100**

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

---

## Results

**Lab Accession #** LC_1624882425020182018
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300
MD: 6370 Wilcox Road
Dublin, OH 430161269

**Collected:** 06/11/2018 12:49:00PM
**Resulted:** 06/12/2018 6:45:00AM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**Sedimentation Rate-Westergren**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Sedimentation Rate-Westergren | 8 | mm/hr | | 0-32 |

# Bluegrass Surgery - Berea

**315 Estill St. Medical Office Bldg, Third Floor Medical Office Bldg**
**Berea,KY 40403**
**(859) 985-8100**

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

---

## Results

**Lab Accession #** LC_1624882425020182018
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300
MD: 6370 Wilcox Road
Dublin, OH 430161269

**Collected:** 06/11/2018 12:49:00PM
**Resulted:** 06/12/2018 8:12:00AM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**CBC With Differential/Platelet**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| WBC | 8.8 | x10E3/uL | | 3.4-10.8 |
| RBC | 4.04 | x10E6/uL | | 3.77-5.28 |
| Hemoglobin | 12.9 | g/dL | | 11.1-15.9 |
| Hematocrit | 39.8 | % | | 34.0-46.6 |
| MCV | 99 | fL | H | 79-97 |
| MCH | 31.9 | pg | | 26.6-33.0 |
| MCHC | 32.4 | g/dL | | 31.5-35.7 |
| RDW | 15.3 | % | | 12.3-15.4 |
| Platelets | 356 | x10E3/uL | | 150-379 |
| Neutrophils | 73 | % | | Not Estab. |
| Lymphs | 21 | % | | Not Estab. |
| Monocytes | 5 | % | | Not Estab. |
| Eos | 1 | % | | Not Estab. |
| Basos | 0 | % | | Not Estab. |
| Neutrophils (Absolute) | 6.4 | x10E3/uL | | 1.4-7.0 |
| Lymphs (Absolute) | 1.8 | x10E3/uL | | 0.7-3.1 |
| Monocytes(Absolute) | 0.4 | x10E3/uL | | 0.1-0.9 |
| Eos (Absolute) | 0.1 | x10E3/uL | | 0.0-0.4 |
| Baso (Absolute) | 0.0 | x10E3/uL | | 0.0-0.2 |
| Immature Granulocytes | 0 | % | | Not Estab. |
| Immature Grans (Abs) | 0.0 | x10E3/uL | | 0.0-0.1 |

# Bluegrass Surgery - Berea

**315 Estill St. Medical Office Bldg, Third Floor Medical Office Bldg**
**Berea,KY 40403**
**(859) 985-8100**

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

---

## Results

**Lab Accession #** LC_1624882425020182018
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300
MD: 6370 Wilcox Road
Dublin, OH 430161269

**Collected:** 06/11/2018 12:49:00PM
**Resulted:** 06/12/2018 8:03:00AM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**Vitamin D, 25-Hydroxy**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Vitamin D, 25-Hydroxy | 41.1 | ng/mL | | 30.0-100.0 |

Vitamin D deficiency has been defined by the Institute of Medicine and an Endocrine Society practice guideline as a level of serum 25-OH vitamin D less than 20 ng/mL (1,2). The Endocrine Society went on to further define vitamin D insufficiency as a level between 21 and 29 ng/mL (2).

1. IOM (Institute of Medicine). 2010. Dietary reference intakes for calcium and D. Washington DC: The National Academies Press.
2. Holick MF, Binkley NC, Bischoff-Ferrari HA, et al. Evaluation, treatment, and prevention of vitamin D deficiency: an Endocrine Society clinical practice guideline. JCEM. 2011 Jul; 96(7):1911-30.

# Bluegrass Surgery - Berea

**315 Estill St. Medical Office Bldg, Third Floor Medical Office Bldg**
**Berea,KY 40403**
**(859) 985-8100**

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

## Results

**Lab Accession #** LC_1624882425020182018
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300
MD: 6370 Wilcox Road
Dublin, OH 430161269

**Collected:** 06/11/2018 12:49:00PM
**Resulted:** 06/12/2018 7:44:00AM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**RPR**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| RPR | Non Reactive | | | Non Reactive |

Printed by: Crabtree, Alison | 02/15/2019 1:03:00PM

# Bluegrass Surgery - Berea

**315 Estill St. Medical Office Bldg, Third Floor Medical Office Bldg**
**Berea,KY 40403**
**(859) 985-8100**

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

## Results

**Lab Accession #** LC_1624882425020182018
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300
MD: 6370 Wilcox Road
Dublin, OH 430161269

**Collected:** 06/11/2018 12:49:00PM
**Resulted:** 06/12/2018 8:50:00AM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**CMP-COMPREHENSIVE METABOLIC PANEL(14) w/eGFR**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Glucose | 91 | mg/dL | | 65-99 |
| BUN | 13 | mg/dL | | 6-24 |
| Creatinine | 0.78 | mg/dL | | 0.57-1.00 |
| eGFR If Africn Am | 103 | mL/min/1.73 | | >59 |
| eGFR If NonAfricn Am | 90 | mL/min/1.73 | | >59 |
| BUN/Creatinine Ratio | 17 | | | 9-23 |
| Sodium | 142 | mmol/L | | 134-144 |
| Potassium | 4.3 | mmol/L | | 3.5-5.2 |
| Chloride | 100 | mmol/L | | 96-106 |
| Carbon Dioxide, Total | 25 | mmol/L | | 20-29 |
| **Please note reference interval change** | | | | |
| Calcium | 9.8 | mg/dL | | 8.7-10.2 |
| Protein, Total | 7.5 | g/dL | | 6.0-8.5 |
| Albumin | 4.6 | g/dL | | 3.5-5.5 |
| Globulin, Total | 2.9 | g/dL | | 1.5-4.5 |
| A/G Ratio | 1.6 | | | 1.2-2.2 |
| Bilirubin, Total | 0.3 | mg/dL | | 0.0-1.2 |
| Alkaline Phosphatase | 76 | IU/L | | 39-117 |
| ALT (SGPT) | 20 | IU/L | | 0-32 |
| AST (SGOT) | 18 | IU/L | | 0-40 |

# Bluegrass Surgery - Berea

**315 Estill St. Medical Office Bldg, Third Floor Medical Office Bldg**
**Berea,KY 40403**
**(859) 985-8100**

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

## Results

**Lab Accession #** LC_1624882425020182018
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300
MD: 6370 Wilcox Road
Dublin, OH 430161269

**Collected:** 06/11/2018 12:49:00PM
**Resulted:** 06/12/2018 8:50:00AM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**Hepatitis Panel (4)**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Hep A Ab, IgM | Negative | | | Negative |
| HBsAg Screen | Negative | | | Negative |
| Hep B Core Ab, IgM | Negative | | | Negative |
| Hep C Virus Ab | <0.1 | s/co ratio | | 0.0-0.9 |

Negative: < 0.8
Indeterminate: 0.8 - 0.9
Positive: > 0.9

The CDC recommends that a positive HCV antibody result be followed up with a HCV Nucleic Acid Amplification test (550713).

## Bluegrass Surgery - Berea

**315 Estill St. Medical Office Bldg, Third Floor Medical Office Bldg**
**Berea,KY 40403**
**(859) 985-8100**


**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

---

### Results

**Lab Accession #** LC_1624882425020182018
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300
MD: 6370 Wilcox Road
Dublin, OH 430161269

**Collected:** 06/11/2018 12:49:00PM
**Resulted:** 06/12/2018 8:50:00AM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**Bilirubin, Direct**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Bilirubin, Direct | 0.08 | mg/dL | | 0.00-0.40 |

## Bluegrass Surgery - Berea

**315 Estill St. Medical Office Bldg, Third Floor Medical Office Bldg**
**Berea,KY 40403**
**(859) 985-8100**

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

---

## Results

**Lab Accession #** LC_1624882425020182018
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300
MD: 6370 Wilcox Road
Dublin, OH 430161269

**Collected:** 06/11/2018 12:49:00PM
**Resulted:** 06/12/2018 9:51:00AM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**Rheumatoid Arthritis Factor**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| RA Latex Turbid. | <10.0 | IU/mL | | 0.0-13.9 |

# Bluegrass Surgery - Berea

**315 Estill St. Medical Office Bldg, Third Floor Medical Office Bldg**
**Berea,KY 40403**
**(859) 985-8100**

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

---

## Results

**Lab Accession #** LC_1624882425020182018
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300
MD: 6370 Wilcox Road
Dublin, OH 430161269

**Collected:** 06/11/2018 12:49:00PM
**Resulted:** 06/12/2018 9:51:00AM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**C-Reactive Protein, Quant**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| C-Reactive Protein, Quant | 1.6 | mg/L | | 0.0-4.9 |

# Bluegrass Surgery - Berea

**315 Estill St. Medical Office Bldg, Third Floor Medical Office Bldg**
**Berea,KY 40403**
**(859) 985-8100**

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

---

## Results

**Lab Accession #** LC_1624882425020182018
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300
MD: 6370 Wilcox Road
Dublin, OH 430161269

**Collected:** 06/11/2018 12:49:00PM
**Resulted:** 06/12/2018 11:54:00AM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**Sjogren's Ab, Anti-SS-A/-SS-B**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Sjogren's Anti-SS-A | <0.2 | AI | | 0.0-0.9 |
| Sjogren's Anti-SS-B | 0.5 | AI | | 0.0-0.9 |

# Bluegrass Surgery - Berea

**315 Estill St. Medical Office Bldg, Third Floor Medical Office Bldg**
**Berea,KY 40403**
**(859) 985-8100**

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

## Results

**Lab Accession #** LC_1624882425020182018
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300
MD: 6370 Wilcox Road
Dublin, OH 430161269

**Collected:** 06/11/2018 12:49:00PM
**Resulted:** 06/12/2018 11:54:00AM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**RNP Antibodies**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| RNP Antibodies | <0.2 | AI | | 0.0-0.9 |

## Bluegrass Surgery - Berea

**315 Estill St. Medical Office Bldg, Third Floor Medical Office Bldg**
**Berea,KY 40403**
**(859) 985-8100**

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

---

### Results

**Lab Accession #** LC_1624882425020182018
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300
MD: 6370 Wilcox Road
Dublin, OH 430161269

**Collected:** 06/11/2018 12:49:00PM
**Resulted:** 06/12/2018 11:54:00AM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**Smith Antibodies**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Smith Antibodies | <0.2 | AI | | 0.0-0.9 |

Printed by: Crabtree, Alison | 02/15/2019 1:05:00PM

## Bluegrass Surgery - Berea

**315 Estill St. Medical Office Bldg, Third Floor Medical Office Bldg**
**Berea,KY 40403**
**(859) 985-8100**

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

---

## Results

**Lab Accession #** LC_1624882425020182018
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300
MD: 6370 Wilcox Road
Dublin, OH 430161269

**Collected:** 06/11/2018 12:49:00PM
**Resulted:** 06/12/2018 2:34:00PM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**Angiotensin-Converting Enzyme**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| ACE | 28 | U/L | | 14-82 |

## Bluegrass Surgery - Berea

**315 Estill St. Medical Office Bldg, Third Floor Medical Office Bldg**
**Berea,KY 40403**
**(859) 985-8100**

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

---

## Results

**Lab Accession #** LC_1624882425020182018
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300
MD: 6370 Wilcox Road
Dublin, OH 430161269

**Collected:** 06/11/2018 12:49:00PM
**Resulted:** 06/12/2018 4:59:00PM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**Antinuclear Antibodies, IFA**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Antinuclear Antibodies, IFA | Negative | | | |

Negative <1:80
Borderline 1:80
Positive >1:80

# Bluegrass Surgery - Berea


**315 Estill St. Medical Office Bldg, Third Floor Medical Office Bldg**
**Berea,KY 40403**
**(859) 985-8100**


**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

## Results

**Lab Accession #** LC_1624882425020182018
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** Immco Diagnostic Inc, 640 Ellicott Street, , Buffalo, NY, 142031245, 8005378378
MD: 640 Ellicott Street
Buffalo, NY 142031245

**Collected:** 06/11/2018 12:49:00PM
**Resulted:** 06/13/2018 2:52:00PM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**dsDNA (nDNA) Scrn by Crithidia**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| dsDNA (nDNA) Scrn by Crithidia | <1:10 | titer | | |

Reference Range:
Negative: < 1:10 titer
Positive: => 1:10 titer
Double-stranded DNA (dsDNA) antibodies of the IgG class are an accepted criterion (American College of Rheumatology) for the diagnosis of systemic lupus erythematosus (SLE). DsDNA antibodies detected by Crithidia method is highly specific (over 95%) for SLE. The sensitivity for this method is approximately 70-85% of patients with untreated SLE, and is rarely detectable in other connective tissue diseases. Weakly-positive results caused by low-avidity antibodies to dsDNA are not specific for SLE and can occur in a variety of diseases. The levels of IgG antibodies to dsDNA in serum are known to fluctuate with disease activity in lupus erythematous, often increasing prior to an increase in inflammation and decreasing in response to therapy.
*This test has been developed and performance parameters have been validated by IMMCO Diagnostics, Inc. This test has not been approved by the U.S. Food and Drug Administration (FDA); however, US FDA approval is not required for clinical use. It is not intended that clinical diagnosis and patient management decisions be made using these results alone. This test has been validated using serum samples. The manufacturer has not determined the efficacy of this test when performed on CSF, plasma, joint or pleural fluid specimens. The performance characteristics of this test were determined by IMMCO Diagnostics Inc.

# Bluegrass Surgery - Berea

**315 Estill St. Medical Office Bldg, Third Floor Medical Office Bldg**
**Berea,KY 40403**
**(859) 985-8100**

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

---

## Results

**Lab Accession #** LC_1624882425020182018
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** LabCorp Burlington
1447 York Court

**Collected:** 06/11/2018 12:49:00PM
**Resulted:** 06/13/2018 9:42:00PM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**CCP Antibodies IgG/IgA**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| CCP Antibodies IgG/IgA | 7 | units | | 0-19 |

Negative <20
Weak positive 20 - 39
Moderate positive 40 - 59
Strong positive >59

## Bluegrass Surgery - Berea

**315 Estill St. Medical Office Bldg, Third Floor Medical Office Bldg**
**Berea,KY 40403**
**(859) 985-8100**

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

---

## Results

| | | | |
|---|---|---|---|
| **Lab Accession #** | LC_1624882425020182018 | **Collected:** | 06/11/2018 12:49:00PM |
| **Ordering Provider:** | Bisono Jimenez, Indhira | **Resulted:** | 06/19/2018 2:57:00PM |
| **Performing Location:** | LabCorp Burlington DNA<br>1447 York Court<br>Burlington, NC 272153361 | **Verified By:** | Bisono Jimenez, Indhira |
| | | **Auto Verify:** | N |

**HLA B 27 Disease Association** **Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| HLA-B27 | Negative | | | |

HLA-B*27 Negative
B27 allele interpretation for all loci based on IMGT/HLA
database version 3.27
This test was developed and its performance characteristics
determined by LabCorp. It has not been cleared or approved
by the Food and Drug Administration.
HLA Lab CLIA ID Number 34D0954530

This test was performed using PCR (Polymerase Chain Reaction)/SSOP (Sequence Specific Oligonucleotide Probes) technique. SBT (Sequence Based Typing) and/or SSP (Sequence Specific Primers) may be used as supplemental methods when necessary. Please contact HLA Customer Service at 1-800-533-1037 if you have any questions.

Director of HLA Laboratory
Dr George C Maha, PhD

**Saint Joseph Rheumatology Associates**
**211 Fountain Court Suite 220,**
**Lexington, KY 40509**
**Phone: (859) 629-7265 Fax: (859) 629-7266**

*MRN:* **1668060**

*Encounter Date:* **06/14/2018 9:00AM**

*DOB:*

*Address:*
**Jamie Reece**

*Work:*

**PCP:** Adams, Doris W

### History Reported by

Patient coming called to be seen again for chest discomfort .
Patient reports the pain comes and goes .
Pain level 2/10

### Reason For Visit

49 y/o WF with hx of PsA here for acute visit for chest wall pain

### Review Medical History

Past Medical History Reviewed

### History of Present Illness

**Text Templates:**
49 y/o WF with hx of PsA here for follow up.

She was here 2 days ago and was supposed to come back for follow up in 4 weeks.
I received the records from Susana Morberly and she mentioned that she patient was on Methotrexate and that she wanted to start Humira but the patient did not started it.

I Rx her Indomethacin for substernal pain that I though was related to costochondral inflammation for PsA; Xray of riabs and PA chest was normal and SI X-rays were normal.
All Rheum serologies and ESR and CRP were normal on 6/11/2018.

Today 6/14/2018 she tells me that:
She says yesterday morning she woke up with pain on the upper chest, higher than usual,then got better and she left to tun an errand and started again on the middle part of her chest and then worsened and felt like an stabbing pain.
She says she discussed with the husband and the told her to call me back and try to get in.

The pain is better now, just feels like a weird sensation there.
She admits she picked up the Indomethacin yesterday night but did not take it as wasn't sure if I needed to do something different that time.

### Active Problems

1. Blurred vision (368.8) (H53.8)
2. Chest pain, midsternal (786.51) (R07.89)
3. CNS demyelination (341.9) (G37.9)
4. Encounter for medication monitoring (V58.83) (Z51.81)
5. Fatigue (780.79) (R53.83)
6. History of psoriasis (V13.3) (Z87.2)

7. Joint pain (719.40) (M25.50)
8. Numbness (782.0) (R20.0)
9. Pruritus (698.9) (L29.9)
10. Psoriatic arthritis (696.0) (L40.50)

**Current Meds**

1. Calcium TABS
2. CVS Probiotic Maximum Strength Oral Capsule
3. Cyclobenzaprine HCl - 10 MG Oral Tablet
4. Esomeprazole Magnesium 40 MG Oral Capsule Delayed Release; TAKE 1 CAPSULE ONCE DAILY
5. Estrace 0.1 MG/GM Vaginal Cream
6. Fluconazole 150 MG Oral Tablet
7. Folic Acid 1 MG Oral Tablet; TAKE 1 TABLET DAILY
8. Gabapentin 300 MG Oral Capsule
9. Havrix 1440 EL U/ML SUSP
10. Indomethacin 50 MG Oral Capsule; TAKE 1 CAPSULE 3 TIMES DAILY WITH FOOD
11. LORazepam 0.5 MG Oral Tablet; Take 1 tablet PO 30 minutes prior to MRI, may repeat after 30 minutes X1 if needed
12. LORazepam 0.5 MG Oral Tablet; TAKE 1 TABLET TWICE DAILY
13. Methotrexate 2.5 MG Oral Tablet; TAKE 8 TABLET Weekly
14. Multi Complete CAPS
15. Terconazole 0.4 % Vaginal Cream
16. ZyrTEC Allergy CAPS

**Review of Systems**

A complete review of systems revealed no pertinent patient complaints except as noted below and in the history of present illness.
**CONSTITUTIONAL:** normal.
**CARDIOVASCULAR:** chest discomfort, but no palpitations, no irregular heart rate and no swelling of extremities.
**RESPIRATORY:** normal.
**GASTROINTESTINAL:** normal.
**INTEGUMENTARY:** normal.
**ALLERGIC/IMMUNOLOGIC:** normal.

**Vitals**

**Vital Signs**
**Recorded: 14Jun2018 09:17AM**
Height: 5 ft 7 in
Weight: 173 lb
**BMI Calculated: 27.1**
BSA Calculated: 1.9
Temperature: 98.1 F
Heart Rate: 76
Respiration: 18
Systolic: 116, RUE, Sitting
Diastolic: 77, RUE, Sitting

**Physical Exam**

**CONSTITUTIONAL:** This 49 year old female appears. well developed, well nourished and in no acute distress. Vitals x3 noted.
**HEAD & FACE:** Head and face are symmetric, normocephalic and atraumatic.
**EYES:** Inspection of the conjunctivae and lids reveals no swelling, erythema or discharge. Pupils are round, equal and reactive to light and there is no scleral icterus.

**EARS, NOSE, MOUTH & THROAT:** On inspection, ears and nose are within normal limits.
**PULMONARY:** Normal respiratory effort. Lungs are clear to auscultation bilaterally. TTP on midternal area and more toward the L.
**CARDIOVASCULAR:** On auscultation the heart rate and rhythm are normal. There are no murmurs or rubs. Examination of the extremities shows no significant edema.
**MUSCULOSKELETAL:** Gait is within normal limits. Digits and nails are without clubbing, cyanosis or pitting. No joint swelling, warmth or tenderness. Inspection and palpation of muscles and soft tissues is normal. Range of motion is within normal limits. Muscle strength is normal.
**SKIN:** No rash, nodules or sclerodactyly.
**PSYCHIATRIC:** Patient's judgment and insight are unimpaired. Patient's mood and affect are normal.

## Assessment

1. Chest pain, midsternal (786.51) (R07.89)
2. History of psoriasis (V13.3) (Z87.2)
3. Psoriatic arthritis (696.0) (L40.50)
4. Costochondritis (733.6) (M94.0)
5. Costochondral pain (786.52) (R07.1)

## Discussion/Summary

49 y/o WF with hx of PsA and what seems to be midsternal pain to palpation here for acute visit.

She was TTP on midsternal area which confirms this is not coming from the heart.
-Again I told her this is most likely costochondritis pain / chest wall inflammation can occur in seronegative arthropathies like PsA.
-She was told to start the Indomethacin 50 mg po TID for 1 month and I hope she should be feeling better in 3-4 days; if not was told to call PCP for further evaluation.
-Rheum serologies OK.
-Awaiting for Quantiferon TB gold to be back; if negative we will proceed with Humira PA for PsA when she feels ready for; she says she wants to have her R shoulder surgery before proceeding with Humira.

She will RTC in 1 month

## Counseling

The patient was counseled regarding diagnostic results, prognosis, risks and benefits of treatment options, instructions for management, patient and family education, importance of compliance with treatment, risk factor reductions and impressions. Total time of encounter was 30 minutes of which greater than 50% was spent counseling and coordinating care.

## 'End of Encounter Meds'

## Signatures

Electronically signed by : Tera Murillo, LPN; Jun 14 2018 9:17AM EST (Co-author)
Electronically signed by : Indhira Bisono Jimenez, M.D.; Jun 14 2018 9:50AM EST (Author)

Auth Prov. Megan Collett
3475 RICHMOND RD
STE 110
LEXINGTON KY 40509

# BAPTIST HEALTH LEXINGTON MRI AT ALYSHEBA
## Imaging Result

| Name: | DOB: | Sex: | Patient Class: |
|---|---|---|---|
| **Reece, Jamie H** | | Female | Outpatient |
| Procedures Performed: | Exam Date & Time: | MRN: | Diagnosis: |
| **MRI Brain With & Without Contrast** | 06/20/2018 9:55 AM | 8910802314 | Demyelinating disease of central nervous system |
| Performing Department: | Accession Number: | Reason for Exam: | PCP: |
| **BAPTIST HEALTH LEXINGTON MRI AT ALYSHEBA**<br>1775 ALYSHEBA WAY<br>LEXINGTON KY 40509<br>859-260-6100 | 2002273489 | DEMYELINATING DISEASE OF CENTRAL NERVOUS SYSTEM | Henkel, Mary H |

EXAMINATION: MRI BRAIN W WO CONTRAST-

INDICATION: Weakness and numbness. Concern for multiple sclerosis.

TECHNIQUE: Multiplanar multisequence MRI of the brain was performed without and with contrast.

COMPARISONS: None.

FINDINGS:

A few scattered supratentorial white matter punctate foci of T2 prolongation are seen, entirely nonspecific. There are no characteristic juxtacortical, periventricular or posterior fossa foci of white matter T2 prolongation. The cerebellar tonsils are both mildly low lying. There is no abnormal parenchymal restricted diffusion. There is no abnormal intracranial enhancement. Midline structures and marrow signal are unremarkable. Circle of Willis flow voids are preserved. Hypoplastic left maxillary sinus.

√MC
6-23-18

IMPRESSION:

1. McDonald's criteria for multiple sclerosis not met on this single examination. No characteristic white matter lesions are seen.
2. The punctate foci of T2 prolongation in the supratentorial white matter are nonspecific, possibly normal in this age but also possibly related to chronic microangiopathy.

This report was finalized on 6/20/2018 10:19 AM by Nathan Hill.

Signed By: Nathan S Hill, MD on 6/20/2018 10:19 AM



Received Time Jun. 20. 2018 10:22AM No. 2571

Rad Results Enterprise In [EDIRADENT] at ...

**Saint Joseph Rheumatology Associates**
**211 Fountain Court Suite 220,**
**Lexington, KY 40509**
**Phone: (859) 629-7265 Fax: (859) 629-7266**

*MRN:* **1668060**

*Encounter Date:* **08/01/2018 9:15AM**

*DOB:*

*Address:*
**Jamie Reece**

*Work:*

## Reason For Visit

Patient coming in for follow up on Join t pain hx of PsA
Patient reports she took the Indomethacin for 1 month and now has GI issues.
Pain level - 2/10

## Review Medical History

Past Medical History Reviewed

## History of Present Illness

**Text Templates:**
49 y/o WF with hx of psoriatic arthritis and concerns of costochondritis here for evaluation.

Her Quantiferon TB gold was negative on 6/11/2018.
-X-ray of b/l ribs and SI joint WNL then.
HLA-B27 negative and all other serologies negative.

Today 8/1/2018 she tells me that:
She says the pain in the chest wall is better but it comes and goes.
Is sporadic and comes on and off.
She says on July 19th was very painful.

She thinks she is flaring as her hips and R foot.

She endorses bloating on her stomach and diarrhea.

She says she is not going to have any shoulder surgery anymore.

She says she is taking the Methotrexate 20 mg a week and Folic acid once a week.

She endorses some psoriasis on her L elbow now.

She says Neurology told her she doesn't have MS.

## Active Problems

1. Blurred vision (368.8) (H53.8)
2. Chest pain, midsternal (786.51) (R07.89)
3. CNS demyelination (341.9) (G37.9)
4. Costochondral pain (786.52) (R07.1)
5. Costochondritis (733.6) (M94.0)
6. Encounter for medication monitoring (V58.83) (Z51.81)
7. Fatigue (780.79) (R53.83)
8. History of psoriasis (V13.3) (Z87.2)

9. Joint pain (719.40) (M25.50)
10. Numbness (782.0) (R20.0)
11. Pruritus (698.9) (L29.9)
12. Psoriatic arthritis (696.0) (L40.50)

**Current Meds**

1. Calcium TABS
2. CVS Probiotic Maximum Strength Oral Capsule
3. Cyclobenzaprine HCl - 10 MG Oral Tablet
4. Esomeprazole Magnesium 40 MG Oral Capsule Delayed Release; TAKE 1 CAPSULE ONCE DAILY
5. Estrace 0.1 MG/GM Vaginal Cream
6. Fluconazole 150 MG Oral Tablet
7. Folic Acid 1 MG Oral Tablet; TAKE 1 TABLET DAILY
8. Gabapentin 300 MG Oral Capsule
9. Havrix 1440 EL U/ML SUSP
10. Indomethacin 50 MG Oral Capsule; TAKE 1 CAPSULE 3 TIMES DAILY WITH FOOD
11. LORazepam 0.5 MG Oral Tablet; TAKE 1 TABLET TWICE DAILY
12. Methotrexate 2.5 MG Oral Tablet; TAKE 8 TABLET Weekly
13. Multi Complete CAPS
14. Terconazole 0.4 % Vaginal Cream
15. ZyrTEC Allergy CAPS

**Review of Systems**

A complete review of systems revealed no pertinent patient complaints except as noted below and in the history of present illness.
**CONSTITUTIONAL:** normal.
**CARDIOVASCULAR:** chest discomfort.
**GASTROINTESTINAL:** abdominal pain and diarrhea.
**MUSCULOSKELETAL:** arthralgia, but no joint swelling.
**INTEGUMENTARY:** psoriasis on L elbow.

**Vitals**

**Vital Signs**
**Recorded: 01Aug2018 09:29AM**
Height: 5 ft 7 in
Weight: 176.8 lb
**BMI Calculated: 27.69**
BSA Calculated: 1.92
Temperature: 98.2 F
Heart Rate: 73
Respiration: 18
Systolic: 138, RUE, Sitting
Diastolic: 85, RUE, Sitting

**Physical Exam**

**CONSTITUTIONAL:** This 49 year old female appears. well developed, well nourished and in no acute distress. Vitals x3 noted.
**HEAD & FACE:** Head and face are symmetric, normocephalic and atraumatic.
**EYES:** Inspection of the conjunctivae and lids reveals no swelling, erythema or discharge. Pupils are round, equal and reactive to light and there is no scleral icterus.
**EARS, NOSE, MOUTH & THROAT:** On inspection, ears and nose are within normal limits.
**PULMONARY:** Normal respiratory effort. TTP of midsternal manubrial joint.
**CARDIOVASCULAR:** Examination of the extremities shows no significant edema.

**MUSCULOSKELETAL:** Gait is within normal limits. Digits and nails are without clubbing, cyanosis or pitting. No joint swelling, warmth or tenderness. Inspection and palpation of muscles and soft tissues is normal. TTP on lateral aspect of both hips? trochanteric areas?. Range of motion is within normal limits. Muscle strength is normal.
**SKIN:** mild psoriasis over L elbow.
**PSYCHIATRIC:** Patient's judgment and insight are unimpaired. Patient's mood and affect are normal.

### Assessment

1. Mid sternal chest pain (786.51) (R07.89)
2. Encounter for medication monitoring (V58.83) (Z51.81)
3. Costochondral pain (786.52) (R07.1)
4. Chest pain, midsternal (786.51) (R07.89)
5. Joint pain (719.40) (M25.50)
6. Psoriatic arthritis (696.0) (L40.50)
7. History of psoriasis (V13.3) (Z87.2)
8. Hip bursitis (726.5) (M70.70)

### Orders

1. MRI Chest WO W; Status:Need Information - Required information; Requested for:01Aug2018;
2. CBC With Differential/Platelet; Status:Active; Requested for:01Aug2018;
3. CMP-COMPREHENSIVE METABOLIC PANEL(14) w/eGFR; Status:Active; Requested for:01Aug2018;
4. C-Reactive Protein, Quant; Status:Active; Requested for:01Aug2018;
5. Sedimentation Rate-Westergren; Status:Active; Requested for:01Aug2018;
6. Renew: Folic Acid 1 MG Oral Tablet; TAKE 1 TABLET DAILY
7. Renew: Methotrexate 2.5 MG Oral Tablet; TAKE 8 TABLET Weekly

### Discussion/Summary

49 y/o WF with psoriatic arthritis, psoriasis of the skin here for follow up.

Having issues with chronic costochondritis pain and now possible b/l hip bursitis vs ligament inflammation of hips/ enthesis tis?
-Will order MRI of chest to evaluate for Sterno manubrial signs of inflammation.
-Will continue Methotrexate 20 mg q weekly along with daily Folic acid 1 mg, both refilled for 90 days today.
-Will proceed with Humira 40 mg SQ q 15 days as not on clinical remission and Humira usually helps costochondral inflammation and mght help enthesitis on hips if that is the case.
-She received a Humira injection sample today and Humira injection teaching by my CMA Tera Murillo today.
-Had mild psoriasis on L elbow today hopefully Humira will help both skin and joint issues.
-Side effects of higher risk of infections, paradoxical palmo-plantar psoriasis and rash, were discussed with her today.
-Wil try Humira for about 5-6 months and if not better by them will try Remicade infusions.
-Told to hold off on Indomethacin due to diarrhea and she will see GI.

Will see her again in 3 months but will do CBC, CMP, ESR, CRP today and Q 3 months for MTX motioning.

### Counseling

The patient was counseled regarding prognosis, risks and benefits of treatment options, instructions for management, patient and family education, importance of compliance with treatment, risk factor reductions and impressions. Total time of encounter was 30 minutes of which greater than 50% was spent counseling and coordinating care.

### 'End of Encounter Meds'

### Signatures

Electronically signed by : Tera Murillo, LPN; Aug 1 2018 9:19AM EST (Co-author)
Electronically signed by : Tera Murillo, LPN; Aug 1 2018 9:28AM EST (Co-author)
Electronically signed by : Indhira Bisono Jimenez, M.D.; Aug 1 2018 10:14AM EST (Author)

# Bluegrass Surgery - Berea

**315 Estill St. Medical Office Bldg, Third Floor Medical Office Bldg**
**Berea,KY 40403**
**(859) 985-8100**

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

## Results

**Lab Accession #** LC_2134070085020182018
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** Saint Joseph Hospital, 1 Saint Joseph Drive, , Lexington, KY, 405040000, 8002827300
MD: 1 Saint Joseph Drive
Lexington, KY 405040000

**Collected:** 08/01/2018 10:23:00AM
**Resulted:** 08/01/2018 6:58:00PM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**CBC With Differential/Platelet**

**Stage:** **Final**

Is Patient Fasting : Yes.

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| WBC | 4.6 | K/uL | | 4.0-10.0 |
| RBC | 4.06 | Million/uL | | 3.93-5.22 |
| Hemoglobin | 12.9 | g/dL | | 11.2-15.7 |
| Hematocrit | 40.8 | % | | 34.1-44.9 |
| MCV | 100.5 | fL | H | 79.0-94.8 |
| MCH | 31.8 | pg | | 25.6-32.2 |
| MCHC | 31.6 | Gram/dL | L | 32.2-36.5 |
| RDW | 12.9 | % | | 11.6-14.4 |
| Platelets | 333 | K/uL | | 163-369 |
| Neutrophils | 47.4 | % | | 34.0-71.0 |
| Lymphs | 44.6 | % | | 19.3-53.1 |
| Monocytes | 5.4 | % | | 3.0-9.0 |
| Eos | 2.0 | % | | 0.0-7.0 |
| Basos | 0.4 | % | | 0.0-1.5 |
| Neutrophils (Absolute) | 2.18 | K/uL | | 1.56-6.13 |
| Lymphs (Absolute) | 2.05 | x10(3)/uL | | 1.00-3.90 |
| Monocytes(Absolute) | 0.25 | K/uL | | 0.16-1.00 |
| Eos (Absolute) | 0.09 | x10(3)/uL | | 0.00-0.80 |
| Baso (Absolute) | 0.02 | x10(3)/uL | | 0.00-0.10 |
| Immature Granulocytes | 0.20 | % | | 0.00-0.60 |
| Immature Grans (Abs) | 0.01 | x10(3)/uL | | 0.00-0.05 |
| NRBC | 0.00 | | | 0.000-0.012 |

# Bluegrass Surgery - Berea

**315 Estill St. Medical Office Bldg, Third Floor Medical Office Bldg**
**Berea,KY 40403**
**(859) 985-8100**


**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

## Results

**Lab Accession #** LC_2134070085020182018
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** Saint Joseph Hospital, 1 Saint Joseph Drive, , Lexington, KY, 405040000, 8002827300
MD: 1 Saint Joseph Drive
Lexington, KY 405040000

**Collected:** 08/01/2018 10:23:00AM
**Resulted:** 08/01/2018 7:27:00PM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**CMP-COMPREHENSIVE METABOLIC PANEL(14) w/eGFR**

**Stage:** **Final**

Is Patient Fasting : Yes.

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Glucose | 93 | mg/dL | | 74-106 |
| Siemens Healthcare Diagnostics has become aware of sulfasalazine and sulfapyridine drug interference in the assays ALT, AST, T4, CKMB, glucose, and ammonia. The probability of misinterpretation of results for the assays is remote and would be limited to scenarios where a patient has taken the drug and had a blood sample drawn before clearance of the drug to a level that does not interfere with laboratory testing. Venipuncture should occur prior to administration of the drug. | | | | |
| BUN | 10 | mg/dL | | 7-22 |
| Creatinine | 0.80 | mg/dL | | 0.55-1.02 |
| eGFR If Africn Am | 92 | mL/mn/1.73m2 | | >=60 |
| GFR <60 suggests chronic kidney disease, if found over 3 month period. GFR <15 indicates renal failure. | | | | |
| eGFR If NonAfricn Am | 76 | mL/mn/1.73m2 | | >=60 |
| GFR <60 suggests chronic kidney disease, if found over 3 month period. GFR <15 indicates renal failure. | | | | |
| BUN/Creatinine Ratio | 12.5 | | | 8.0-20.0 |
| Sodium | 139 | mmol/L | | 136-146 |
| Potassium | 3.9 | mmol/L | | 3.5-5.1 |
| Chloride | 104 | mmol/L | | 102-112 |
| Carbon Dioxide, Total | 28 | mmol/L | | 21-32 |
| Calcium | 9.2 | mg/dL | | 8.5-10.1 |
| Protein, Total | 7.4 | Gram/dL | | 6.4-8.2 |
| Albumin | 4.1 | Gram/dL | | 3.4-5.0 |
| Globulin, Total | 3.3 | Gram/dL | | 1.5-4.5 |
| A/G Ratio | 1.2 | | | 1.1-2.5 |
| Bilirubin, Total | 0.5 | mg/dL | | 0.2-1.3 |

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Alkaline Phosphatase | 75 | Units/Liter | | 27-136 |
| ALT (SGPT) | 37 | Units/Liter | | 12-78 |

Siemens Healthcare Diagnostics has become aware of sulfasalazine and sulfapyridine drug interference in the assays ALT, AST, T4, CKMB, glucose, and ammonia. The probability of misinterpretation of results for the assays is remote and would be limited to scenarios where a patient has taken the drug and had a blood sample drawn before clearance of the drug to a level that does not interfere with laboratory testing. Venipuncture should occur prior to administration of the drug.

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| AST (SGOT) | 26 | Units/Liter | | 5-37 |

Siemens Healthcare Diagnostics has become aware of sulfasalazine and sulfapyridine drug interference in the assays ALT, AST, T4, CKMB, glucose, and ammonia. The probability of misinterpretation of results for the assays is remote and would be limited to scenarios where a patient has taken the drug and had a blood sample drawn before clearance of the drug to a level that does not interfere with laboratory testing. Venipuncture should occur prior to administration of the drug.

# Bluegrass Surgery - Berea

**315 Estill St. Medical Office Bldg, Third Floor Medical Office Bldg**
**Berea,KY 40403**
**(859) 985-8100**

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

---

## Results

**Lab Accession #** LC_2134070085020182018
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300
MD: 6370 Wilcox Road
Dublin, OH 430161269

**Collected:** 08/01/2018 10:23:00AM
**Resulted:** 08/02/2018 2:52:00AM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**C-Reactive Protein, Quant**

**Stage:** **Final**

Is Patient Fasting : Yes.

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| C-Reactive Protein, Quant | 0.5 | mg/L | | 0.0-4.9 |

# Bluegrass Surgery - Berea

**315 Estill St. Medical Office Bldg, Third Floor Medical Office Bldg**
**Berea,KY 40403**
**(859) 985-8100**

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

## Results

**Lab Accession #** Cerner_E3119519065
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** Saint Joseph East Hospital

**Collected:** 08/21/2018 10:48:00AM
**Resulted:** 08/21/2018 2:32:00PM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**MRI Chest WO W** **Stage:** **Final**

History Costochondral pain, mid sternal chest pain. Per drs order eval for sterno manubrial arthritis.
**No
Contrast Media: Dotarem
Contrast amount in ml's: 20
Contrast Lot #: 17GD640A
Contrast Exp Date: 11-2019

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| MRI Chest WO W 71552 | | | | |

MRI CHEST WITHOUT AND WITH CONTRAST

HISTORY: Costochondral pain, midsternal pain

FINDINGS: Multiplanar MR imaging of the chest was performed without and with contrast. The chest wall appears intact. There is no evidence of bone marrow edema. The musculature is intact. No soft tissue edema is seen. The sternal manubrial and sternoclavicular joints have an unremarkable MR appearance. No mediastinal or hilar mass is identified. No focal pulmonary abnormality is seen. No area of abnormal contrast enhancement is identified.

IMPRESSION: No focal chest wall abnormality identified.

***** Final *****

Dictated by: KENNEY, CHARLES M, MD-RAD
Dictated DT/TM: 08/21/2018 2:31 pm
Interpreted and electronically signed by: KENNEY, CHARLES M, MD-RAD
Signed DT/TM: 08/21/2018 2:32 pm
Transcribed by: RS

**Saint Joseph Rheumatology Associates**
**211 Fountain Court Suite 220,**
**Lexington, KY 40509**
**Phone: (859) 629-7265 Fax: (859) 629-7266**

*MRN:* **1668060** *Encounter Date:* **09/17/2018 3:45PM**

*DOB:*

*Address:* *Work:*
**Jamie Reece**

**PCP:** Adams, Doris W

## History Reported by
The history was reported by the patient

## Reason For Visit
Patient coming in acute visit with history of PsA and she wants to discuss other medications options now. .
Patient is into discuss medication options as says had side effects on Humira.
Pain level - 6/10

## Review Medical History
Past Medical History Reviewed

## History of Present Illness
**Text Templates:**
49 y/o WF with PsA and chronic anxiety here for follow up.

Her case has been difficult as she seems over anxious about her disease and medications.

Today 9/17/2018 she tells me that:
She says she had got so sick at home she says with "fever of 100F " and denies any nausea or vomiting, but feel like a head cold and with body aches and felt terrible and lasted like 8 days.
She says she talked to the Humira people and they told her it might happen but she might try again.

She says couldn't sleep at all and she thinks Humira caused as she says is on of those patient that get the side effects that nobody else gets.

She endorses swelling on her R wrist and pain radiating down her R arm.

She says she is not using more Indomethacin right now as she says the severe chest pain is better.

She says she will think it retry Humira or do the Remicade.

## Active Problems
1. Blurred vision (368.8) (H53.8)
2. Chest pain, midsternal (786.51) (R07.89)
3. CNS demyelination (341.9) (G37.9)
4. Costochondral pain (786.52) (R07.1)
5. Costochondritis (733.6) (M94.0)
6. Encounter for medication monitoring (V58.83) (Z51.81)
7. Fatigue (780.79) (R53.83)
8. Hip bursitis (726.5) (M70.70)
9. History of psoriasis (V13.3) (Z87.2)

10. Joint pain (719.40) (M25.50)
11. Mid sternal chest pain (786.51) (R07.89)
12. Numbness (782.0) (R20.0)
13. Pruritus (698.9) (L29.9)
14. Psoriatic arthritis (696.0) (L40.50)

**Current Meds**

1. Calcium TABS
2. CVS Probiotic Maximum Strength Oral Capsule
3. Cyclobenzaprine HCl - 10 MG Oral Tablet
4. Esomeprazole Magnesium 40 MG Oral Capsule Delayed Release; TAKE 1 CAPSULE ONCE DAILY
5. Estrace 0.1 MG/GM Vaginal Cream
6. Fluconazole 150 MG Oral Tablet
7. Folic Acid 1 MG Oral Tablet; TAKE 1 TABLET DAILY
8. Gabapentin 300 MG Oral Capsule
9. Havrix 1440 EL U/ML SUSP
10. Humira Pen 40 MG/0.8ML Subcutaneous Pen-injector Kit; one SC injection q other week as directed
11. Indomethacin 50 MG Oral Capsule; TAKE 1 CAPSULE 3 TIMES DAILY WITH FOOD
12. LORazepam 0.5 MG Oral Tablet; TAKE 1 TABLET TWICE DAILY
13. Methotrexate 2.5 MG Oral Tablet; TAKE 8 TABLET Weekly
14. Multi Complete CAPS
15. Terconazole 0.4 % Vaginal Cream
16. ZyrTEC Allergy CAPS

**Review of Systems**

A complete review of systems revealed no pertinent patient complaints except as noted below and in the history of present illness.

**Vitals**

**Vital Signs**

**Recorded: 17Sep2018 04:01PM**

Height: 5 ft 7 in
Weight: 177 lb
**BMI Calculated: 27.72**
BSA Calculated: 1.92
Temperature: 98.2 F
Heart Rate: 97
Respiration: 18
Systolic: 101
Diastolic: 64

**Physical Exam**

**CONSTITUTIONAL:** This 49 year old female appears. well developed, well nourished and in no acute distress. Vitals x3 noted.
**HEAD & FACE:** Head and face are symmetric, normocephalic and atraumatic.
**EYES:** Inspection of the conjunctivae and lids reveals no swelling, erythema or discharge. Pupils are round, equal and reactive to light and there is no scleral icterus.
**EARS, NOSE, MOUTH & THROAT**: On inspection, ears and nose are within normal limits.
**PULMONARY:** Normal respiratory effort.
**MUSCULOSKELETAL:** Gait is within normal limits. Digits and nails are without clubbing, cyanosis or pitting. No joint swelling, warmth or tenderness. Inspection and palpation of muscles and soft tissues is normal. Range of motion is within normal limits. Muscle strength is normal.

**SKIN:** No rash, nodules or sclerodactyly.
**PSYCHIATRIC:** Patient's judgment and insight are unimpaired. Patient's mood and affect are normal.

## Assessment

1. Psoriatic arthritis (696.0) (L40.50)
2. Joint pain (719.40) (M25.50)
3. Encounter for medication monitoring (V58.83) (Z51.81)
4. History of psoriasis (V13.3) (Z87.2)

## Orders

1. Stop: Humira Pen 40 MG/0.8ML Subcutaneous Pen-injector Kit

## Discussion/Summary

49 y/o WF with PsA, anxiety and psoriasis of the skin and concerns of reaction to Humira.

She felt "sick" after using Humira, unclear if was really a side effect of had a cold, advise we can try Remicade 5m/kg loading doses and Q 2 months combined with her MTX to see if would help.
-She says she will think about it and let me know in 2 days when she comes to accompany her daughter on her app with me.
-No tender or swollen joints today.
-
Will see he in 3 months and will decided soon if she wants to switch meds.
-Explained to her that from my standpoint she doesn't need a medical leave or restriction on her job and if orthopedia thinks she needs restriction they should send a letter to her employer.
-Sternal chest pain, costochondritis has resolved, so use Indomethacin PRN only.
-Continue MTX labs q 2-3 months with CBC and CMP on 8/2018 WNL.

RTC in 3 months

## Counseling

The patient was counseled regarding prognosis, risks and benefits of treatment options, instructions for management, patient and family education, importance of compliance with treatment, risk factor reductions and impressions. Total time of encounter was 30 minutes of which greater than 50% was spent counseling and coordinating care.

## 'End of Encounter Meds'

## Signatures

Electronically signed by : Tera Murillo, LPN; Sep 17 2018 3:55PM EST (Co-author)
Electronically signed by : Indhira Bisono Jimenez, M.D.; Sep 17 2018 4:29PM EST (Author)

KORT
The Best In Rehab.

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Mar 15, 2017** |
| DOB: | | FSC: | BCBS |
| Clinician: | Mark A. Neal, PT | Payor: | ANTHEM KY |
| Prim Phy: | Lindsey Clickner APRN | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 278-5007 | Insured: | Not Specified |
| Phy Fax: | (859) 278-6867 | Employer: | Not Specified |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 2/15/2017 | Visits: | 1 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Initial Evaluation

**Diagnoses**

| | | |
|---|---|---|
| Right Hip/Pelvis | M25.551 | Pain in right hip |
| | M70.61 | Trochanteric bursitis, right hip |

## Subjective Examination

The medical history questionnaire has been completed and signed by the patient, reviewed by the evaluating therapist, and is on file. The patient has read and signed the Patient Rights and Consent for Treatment forms, have been reviewed by the evaluating therapist, and are on file.

**ADL / Functional Status:**
- Premorbid Status:
  - Basic care: Independent Without Difficulty. Work status: Independent Without Difficulty. Recreation/Athletics: Independent Without Difficulty.
- Current Status:
  - Basic care: Independent With Difficulty. Work status: Independent With Difficulty. Recreation/Athletics: Independent With Difficulty.

**Chief Complaint: Pain:**
- Severity: Current : 4/10. Severity at Worst: 8/10.

**Functional Comorbidity Index:**
- Arthritis (RA, OA).

**History:**
- Medical: Reviewed With: Patient.

**Mechanism of Injury:**
- Patient says she began having right hip pain about a month ago. She cannot relate it to an injury. She has pain in her right groin and into her thigh and buttock. She has had no imaging studies, but has been given oral steroids that have decreased her pain. She has most difficulty with prolonged sitting and stairs and walking.

**Questionnaires: Lower Extremity Functional Scale (LEFS):**

| | |
|---|---|
| • Date: | 03/15/2017 |
| • Assessment | Admit |
| • Total Score. | 76.00 |
| • Percent of Maximal Function | 95.00% |

**Rehabilitation Expectations/Goals:**
- Return to ADL Performance: Unrestricted/Symptom Free. Return to Work Activities: Unrestricted/Symptom Free. Return to Recreational Activities: Unrestricted/Symptom Free.

## Objective Examination

| **Clearing Examination: Spine: Lumbar:** | **Left** | **Right** |
|---|---|---|
| • Posterior Quadrant | Negative | Negative |
| • Slump | Negative | Negative |
| • Straight Leg Raise | Negative | Negative |
| **Joint Integrity/Mobility:** | **Left** | **Right** |
| • Anterior Glide | Normal | Hypomobile/Painful |
| • Long Axis Traction | Normal | Hypomobile |
| **Muscle Testing: Lower Extremity MMT:** | **Left** | **Right** |
| • Hip Abduction | -4/5 | +3/5 |
| • Hip Extension | +3/5 | +3/5 |
| • Hip Flexion | 4/5 | 4/5 |
| • Hip External Rotation | +3/5 | +3/5 |
| • Hip Internal Rotation | -4/5 | -4/5 |
| • Knee Extension | 5/5 | 5/5 |
| • Knee Flexion | 5/5 | 5/5 |

**Palpation:**

- ttp at the right greater trochanter and right iliopsoas.

| **Range of Motion: Hip/Pelvis: Pre-Treatment:** | **Left AROM** | **Right AROM** |
|---|---|---|
| • Flexion | 120 | 125 |
| • External Rotation | 50 | 55 |
| • Internal Rotation | 42 | 20 |

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Evaluation, Low Complexity | 97161 | 1 | n/a |
| • Manual Therapy Techniques | 97140 | 1 | 15 |
| • Neuromuscular Reeducation | 97112 | 1 | 10 |
| • Self Care/Home Management Training | 97535 | 1 | 10 |
| • Therapeutic Procedure | 97110 | 1 | 10 |

**Exercise Activities: Flexibility:**
- Psoas Musculature — Time Elapsed: 5 Minutes, Technique: Active Assistive, Body Position: Half Kneeling, Charge As: Therapeutic Exercise

**Exercise Activities: Stabilization Training: Supine Position:**
- Bridging — Time Elapsed: 5 Minutes, Charge As: Neuromuscular Reeducation

**Exercise Activities: Tubing/Bands:**
- Hip External Rotation — Time Elapsed: 5 Minutes, Tubing/Band Color: green, Charge As: Neuromuscular Reeducation

**Manual Interventions: Joint Segments: Hip/Pelvis:**
- Hip Joint — Time Elapsed: 15 Minutes, Grade: III/IV, Pressure: Oscillatory, Technique 1: Long Axis Traction, Technique 2: Ant Capsule Stretch, Charge As: Manual Therapy Techniques

**Pt./Family Education:**
- Pathology/Involved Anatomy — Time Elapsed: 10 Minutes, Additional Detail: pathomechanics/rationale for treatment/involved anatomy, Charge As: Self Care / Home Mgt Training
- Written Home Exercise Program — Time Elapsed: 5 Minutes, Activity: Provided & Reviewed, Description: Diagnosis Specific, Charge As: Therapeutic Exercise

## Assessment

The patient requires skilled physical therapy to address the problems identified, and to achieve the individualized patient goals as outlined in the problems and goals section of this evaluation. Overall rehabilitation potential is good. The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

**Recommendations: Skilled Intervention: Required To:**
- Decrease Pain. Improve Function. Improve Motor Control. Increase Range of Motion. Increase Strength. Return to Premorbid State.

## Problems & Goals

***Problem #1*** **Chief Complaint: Pain: Severity at Worst: 8/10.**

*STG Achieve by Mar 29, 2017.*

**Symptomatic Improvements:**
- Decreasing Pain: to 5/10.

*LTG Achieve by Apr 12, 2017.*

**Symptomatic Improvements:**
- Decreasing Pain: to 0/10.

***Problem #2*** **ADL / Functional Status: Current Status: Basic care: Independent With Difficulty.**

*LTG Achieve by Apr 12, 2017.*

**ADL Improvements In:**
- Patient will perform all daily activities with no pain and no restrictions.

***Problem #3*** **Palpation: ttp at the right greater trochanter and right iliopsoas.**

*STG Achieve by Mar 29, 2017.*

**Palpable Improvements:**
- Tenderness Decreasing to: 1=Complaint of pain.

*LTG Achieve by Apr 12, 2017.*

**Palpable Improvements:**

- Tenderness Decreasing to: 0=No tenderness noted.

***Problem #4*** **Range of Motion: Hip/Pelvis: Pre-Treatment.**

*LTG Achieve by Apr 12, 2017.*

| **Range of Motion Improvements to: Hip/Pelvis:** | **Left AROM** | **Left PROM** | **Right AROM** | **Right PROM** |
|---|---|---|---|---|
| • Gross Assessment | WNL | WNL | WNL | WNL |

***Problem #5*** **Muscle Testing: Lower Extremity MMT.**

*LTG Achieve by Apr 12, 2017.*

| **Musculoskeletal Improvements In: Lower Extremity Strength to:** | **Left** | **Right** |
|---|---|---|
| • Gross Assessment | +4/5 | +4/5 |

## Plan

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**

- Active Assistive Range of Motion Activities. Active Range of Motion Activities. Client Education. Gait Training. Group Therapy. Home Exercise Program. Joint Mobilization Techniques. Joint Protection. Manual Range of Motion Activities. Manual Therapy Techniques. Neural Mobilization Techniques. Neuromuscular Re-education. Passive Range of Motion Activities. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Activities. Therapeutic Exercise. Trigger Point Dry Needle.
- Modalities:
  - Cryotherapy. Interferential Stimulation. Moist Hot Pack. Ultrasound.



Mark A. Neal, PT, PT(KY Lic: 005703)
Signed on Mar 15, 2017 22:46:20

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730
The Best In Rehab.

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Mar 15, 2017** |
| DOB: | | FSC: | BCBS |
| Clinician: | Mark A. Neal, PT | Payor: | ANTHEM KY |
| Prim Phy: | Lindsey Clickner APRN | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 278-5007 | Insured: | Not Specified |
| Phy Fax: | (859) 278-6867 | Employer: | Not Specified |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 2/15/2017 | Visits: | 1 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Plan of Care

**Diagnoses**

| | | |
|---|---|---|
| Right Hip/Pelvis | M25.551 | Pain in right hip |
| | M70.61 | Trochanteric bursitis, right hip |

## Subjective Examination

The medical history questionnaire has been completed and signed by the patient, reviewed by the evaluating therapist, and is on file.

**ADL / Functional Status:**
- Premorbid Status:
  - Basic care: Independent Without Difficulty. Work status: Independent Without Difficulty. Recreation/Athletics: Independent Without Difficulty.
- Current Status:
  - Work status: Independent With Difficulty. Recreation/Athletics: Independent With Difficulty.

**Chief Complaint:**
- Pain: Severity: Current : 4/10.

**Functional Comorbidity Index:**
- Arthritis (RA, OA).

**Rehabilitation Expectations/Goals:**
- Return to ADL Performance: Unrestricted/Symptom Free. Return to Work Activities: Unrestricted/Symptom Free. Return to Recreational Activities: Unrestricted/Symptom Free.

**ADL / Functional Status:**
- Current Status: Basic care: Independent With Difficulty.

**Chief Complaint:**
- Pain: Severity at Worst: 8/10.

**Mechanism of Injury:**
- Patient says she began having right hip pain about a month ago. She cannot relate it to an injury. She has pain in her right groin and into her thigh and buttock. She has had no imaging studies, but has been given oral steroids that have decreased her pain. She has most difficulty with prolonged sitting and stairs and walking.

**Questionnaires: Lower Extremity Functional Scale (LEFS):**

| | |
|---|---|
| • Date: | 03/15/2017 |
| • Assessment | Admit |
| • Total Score. | 76.00 |
| • Percent of Maximal Function | 95.00% |

## Assessment

The patient requires skilled physical therapy to address the problems identified, and to achieve the individualized patient goals as outlined in the problems and goals section of this evaluation. Overall rehabilitation potential is good. The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

**Recommendations: Skilled Intervention: Required To:**
- Decrease Pain. Improve Function. Improve Motor Control. Increase Range of Motion. Increase Strength. Return to Premorbid State.

## Problems & Goals

***Problem #1* Chief Complaint: Pain: Severity at Worst: 8/10.**

*STG Achieve by Mar 29, 2017.*

**Symptomatic Improvements:**
- Decreasing Pain: to 5/10.

*LTG Achieve by Apr 12, 2017.*

**Symptomatic Improvements:**
- Decreasing Pain: to 0/10.

***Problem #2* ADL / Functional Status: Current Status: Basic care: Independent With Difficulty.**

*LTG Achieve by Apr 12, 2017.*

**ADL Improvements In:**

- Patient will perform all daily activities with no pain and no restrictions.

***Problem #3* Palpation: ttp at the right greater trochanter and right iliopsoas.**

*STG Achieve by Mar 29, 2017.*

**Palpable Improvements:**

- Tenderness Decreasing to: 1=Complaint of pain.

*LTG Achieve by Apr 12, 2017.*

**Palpable Improvements:**

- Tenderness Decreasing to: 0=No tenderness noted.

| ***Problem #4* Range of Motion: Hip/Pelvis: Pre-Treatment.** | **Left AROM** | **Right AROM** |
|---|---|---|
| • External Rotation | 50 | 55 |
| • Flexion | 120 | 125 |
| • Internal Rotation | 42 | 20 |

*LTG Achieve by Apr 12, 2017.*

| **Range of Motion Improvements to: Hip/Pelvis:** | **Left AROM** | **Left PROM** | **Right AROM** | **Right PROM** |
|---|---|---|---|---|
| • Gross Assessment | WNL | WNL | WNL | WNL |

| ***Problem #5* Muscle Testing: Lower Extremity MMT.** | **Left** | **Right** |
|---|---|---|
| • Hip Abduction | -4/5 | +3/5 |
| • Hip Extension | +3/5 | +3/5 |
| • Hip External Rotation | +3/5 | +3/5 |
| • Hip Flexion | 4/5 | 4/5 |
| • Hip Internal Rotation | -4/5 | -4/5 |
| • Knee Extension | 5/5 | 5/5 |
| • Knee Flexion | 5/5 | 5/5 |

*LTG Achieve by Apr 12, 2017.*

| **Musculoskeletal Improvements In: Lower Extremity Strength to:** | **Left** | **Right** |
|---|---|---|
| • Gross Assessment | +4/5 | +4/5 |

## Plan

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**

- Active Assistive Range of Motion Activities. Active Range of Motion Activities. Client Education. Gait Training. Group Therapy. Home Exercise Program. Joint Mobilization Techniques. Joint Protection. Manual Range of Motion Activities. Manual Therapy Techniques. Neural Mobilization Techniques. Neuromuscular Re-education. Passive Range of Motion Activities. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Activities. Therapeutic Exercise. Trigger Point Dry Needle.
- Modalities:
  - Cryotherapy. Interferential Stimulation. Moist Hot Pack. Ultrasound.

Mark A. Neal, PT, PT(KY Lic: 005703)
Signed on Mar 15, 2017 22:46:20

**Please Sign and Return**

I have reviewed the Plan of Care established for skilled therapy services and certify that the services are required and that they will be provided while the patient is under my care.

**Comments/Revisions**

| **Lindsey Clickner APRN** | **Date** |
| --- | --- |

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

KORT The Best In Rehab.

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Mar 22, 2017** |
| DOB: | | FSC: | BCBS |
| Clinician: | Mark A. Neal, PT | Payor: | ANTHEM KY |
| Prim Phy: | Lindsey Clickner APRN | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 278-5007 | Insured: | Jamie Reece |
| Phy Fax: | (859) 278-6867 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | No Orthonet |
| Inj. Date: | 3/1/2017 | Visits: | 2 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Right Hip/Pelvis | M25.551 | Pain in right hip |
| | M70.61 | Trochanteric bursitis, right hip |

## Subjective Examination

**ADL / Functional Status:**
- Current Status: Basic care: Independent With Difficulty.

**Chief Complaint:**
- Pain: Severity at Worst: 8/10.

**Daily Comments:**
- Patient says her hip is feeling better.

**Mechanism of Injury:**
- Patient says she began having right hip pain about a month ago. She cannot relate it to an injury. She has pain in her right groin and into her thigh and buttock. She has had no imaging studies, but has been given oral steroids that have decreased her pain. She has most difficulty with prolonged sitting and stairs and walking.

**Questionnaires: Lower Extremity Functional Scale (LEFS):**

| | |
|---|---|
| • Date: | 03/15/2017 |
| • Assessment | Admit |
| • Total Score. | 76.00 |
| • Percent of Maximal Function | 95.00% |

## Objective Examination

| **Joint Integrity/Mobility:** | **Left** | **Right** |
|---|---|---|
| • Anterior Glide | Normal | Hypomobile/Painful |
| • Long Axis Traction | Normal | Hypomobile |
| **Muscle Testing: Lower Extremity MMT:** | **Left** | **Right** |
| • Hip Abduction | -4/5 | +3/5 |
| • Hip Extension | +3/5 | +3/5 |
| • Hip Flexion | 4/5 | 4/5 |
| • Hip External Rotation | +3/5 | +3/5 |
| • Hip Internal Rotation | -4/5 | -4/5 |
| • Knee Extension | 5/5 | 5/5 |
| • Knee Flexion | 5/5 | 5/5 |

**Palpation:**
- ttp at the right greater trochanter and right iliopsoas.

| **Range of Motion: Hip/Pelvis: Pre-Treatment:** | **Left AROM** | **Right AROM** |
|---|---|---|
| • Flexion | 120 | 125 |
| • External Rotation | 50 | 55 |
| • Internal Rotation | 42 | 20 |

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 2 | 28 |
| • Neuromuscular Reeducation | 97112 | 2 | 16 |
| • Therapeutic Activities | 97530 | 1 | 10 |
| • Therapeutic Procedure | 97110 | 1 | 11 |

**Exercise Activities: Flexibility:**

| | |
|---|---|
| • Psoas Musculature(This visit) | Did Not Perform: This visit |

| | |
|---|---|
| **Exercise Activities: Stabilization Training: Supine Position:** | |
| • Bridging | Time Elapsed: 5 Minutes, Charge As: Neuromuscular Reeducation |
| **Exercise Activities: Tubing/Bands:** | |
| • Hip External Rotation | Time Elapsed: 6 Minutes, Tubing/Band Color: blue, Charge As: Therapeutic Exercise |
| **Exercise Activities: Isotonics:** | |
| • Squats. (Body Weight) | Time Elapsed: 5 Minutes, Additional Detail: Total gym level 10, Charge As: Therapeutic Exercise |
| **Exercise Activities: Dynamic Training: Balance/Proprioception:** | |
| • Resisted Walking, Side Step | Time Elapsed: 5 Minutes, Tubing/Band Color: blue, Charge As: Neuromuscular Reeducation |
| • Balance/Proprioception 1 | Time Elapsed: 6 Minutes, Description: lunges on Bosu ball, Charge As: Neuromuscular Reeducation |
| **Exercise Activities: Aerobic Conditioning:** | |
| • Elliptical Trainer | Time Elapsed: 10 Minutes, Charge As: Therapeutic Activities |
| **Manual Interventions: Joint Segments: Hip/Pelvis:** | |
| • Hip Joint | Time Elapsed: 20 Minutes, Grade: III/IV, Pressure: Oscillatory, Technique 1: Long Axis Traction, Technique 2: Ant Capsule Stretch, Technique 3: PROM in all planes, Charge As: Manual Therapy Techniques |
| • L 05-S 01 | Time Elapsed: 8 Minutes, Body Position: Supine, Pressure: Oscillatory, Technique 1: Gap/Distraction, Technique 2: Posteroanterior, Charge As: Manual Therapy Techniques |

## Assessment

The patient tolerated today's treatment intervention without complaints of pain or difficulty.

## Plan

**Recommendations:**

- Continue with current program.



Mark A. Neal, PT, PT(KY Lic: 005703)
Signed on Mar 23, 2017 05:51:05

KORT
The Best In Rehab.

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Mar 20, 2017** |
| DOB: | | FSC: | BCBS |
| Clinician: | Mark A. Neal, PT | Payor: | ANTHEM KY |
| Prim Phy: | Lindsey Clickner APRN | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 278-5007 | Insured: | Jamie Reece |
| Phy Fax: | (859) 278-6867 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | No Orthonet |
| Inj. Date: | 3/1/2017 | Visits: | 1 |
| Surg. Date: | Not Specified | Cxl/Ns: | 1 |

# Cancel/No Show *Patient did not show up for appointment*

**Diagnoses**

| | | |
|---|---|---|
| Right Hip/Pelvis | M25.551 | Pain in right hip |
| | M70.61 | Trochanteric bursitis, right hip |

## General Information

**Cancel Reasoning:**

- Rescheduled to 03/22/17 06:00PM with Mark Neal, PT

Mark A. Neal, PT, PT(KY Lic: 005703)
Signed on Apr 03, 2017 18:48:30

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

KORT
The Best In Rehab.

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Apr 13, 2017** |
| DOB: | | FSC: | BCBS |
| Clinician: | Mark A. Neal, PT | Payor: | ANTHEM KY |
| Prim Phy: | Lindsey Clickner APRN | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 278-5007 | Insured: | Jamie Reece |
| Phy Fax: | (859) 278-6867 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | No Orthonet |
| Inj. Date: | 3/1/2017 | Visits: | 2 |
| Surg. Date: | Not Specified | Cxl/Ns: | 2 |

# Cancel/No Show *Patient cancelled appointment*

**Diagnoses**

| | | |
|---|---|---|
| Right Hip/Pelvis | M25.551 | Pain in right hip |
| | M70.61 | Trochanteric bursitis, right hip |

## General Information

**Cancel Reasoning:**

- Family Illness

Mark A. Neal, PT, PT(KY Lic: 005703)
Signed on Apr 13, 2017 13:04:23

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Apr 17, 2017** |
| DOB: | | FSC: | BCBS |
| Clinician: | Mark A. Neal, PT | Payor: | ANTHEM KY |
| Prim Phy: | Lindsey Clickner APRN | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 278-5007 | Insured: | Jamie Reece |
| Phy Fax: | (859) 278-6867 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | No Orthonet |
| Inj. Date: | 3/1/2017 | Visits: | 3 |
| Surg. Date: | Not Specified | Cxl/Ns: | 2 |

# Re-Evaluation

**Diagnoses**

| | | |
|---|---|---|
| Right Hip/Pelvis | M25.551 | Pain in right hip |
| | M70.61 | Trochanteric bursitis, right hip |

## Subjective Examination

**ADL / Functional Status:**
- Current Status: Basic care: Independent With Difficulty.

**Chief Complaint:**
- Pain: Severity at Worst: 3/10.

**Daily Comments:**
- Patient says some days she is fine and others she has pain in her hip.

**Mechanism of Injury:**
- Patient says she began having right hip pain about a month ago. She cannot relate it to an injury. She has pain in her right groin and into her thigh and buttock. She has had no imaging studies, but has been given oral steroids that have decreased her pain. She has most difficulty with prolonged sitting and stairs and walking.

**Questionnaires: Lower Extremity Functional Scale (LEFS):**

| | |
|---|---|
| • Date: | 03/15/2017 |
| • Assessment | Admit |
| • Total Score. | 76.00 |
| • Percent of Maximal Function | 95.00% |

## Objective Examination

| **Joint Integrity/Mobility:** | **Left** | **Right** |
|---|---|---|
| • Anterior Glide | Normal | Hypomobile/Painful |
| • Long Axis Traction | Normal | Hypomobile |

| | Mar 15, 2017 | | Apr 17, 2017 | |
|---|---|---|---|---|
| **Muscle Testing: Lower Extremity MMT:** | **Left** | **Right** | **Left** | **Right** |
| • Hip Abduction | -4/5 | +3/5 | 4/5 | -4/5 |
| • Hip Extension | +3/5 | +3/5 | 4/5 | 4/5 |
| • Hip Flexion | 4/5 | 4/5 | 4/5 | 4/5 |
| • Hip External Rotation | +3/5 | +3/5 | -4/5 | -4/5 |
| • Hip Internal Rotation | -4/5 | -4/5 | 4/5 | 4/5 |
| • Knee Extension | 5/5 | 5/5 | 5/5 | 5/5 |
| • Knee Flexion | 5/5 | 5/5 | 5/5 | 5/5 |

**Palpation:**
- ttp at the right greater trochanter and right iliopsoas.

| | Mar 15, 2017 | | Apr 17, 2017 | |
|---|---|---|---|---|
| **Range of Motion: Hip/Pelvis: Pre-Treatment:** | **L. Act.** | **R. Act.** | **L. Act.** | **R. Act.** |
| • Flexion | 120 | 125 | 120 | 125 |
| • External Rotation | 50 | 55 | 50 | 55 |
| • Internal Rotation | 42 | 20 | 42 | 35 |

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 2 | 28 |
| • Neuromuscular Reeducation | 97112 | 2 | 16 |
| • Reevaluation | 97164 | 1 | n/a |
| • Therapeutic Activities | 97530 | 1 | 15 |

| | | | |
|---|---|---|---|
| • Therapeutic Procedure | 97110 | 1 | 5 |

**Exercise Activities: Flexibility:**

| | |
|---|---|
| • Psoas Musculature(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Supine Position:**

| | |
|---|---|
| • Bridging | Time Elapsed: 5 Minutes, Charge As: Neuromuscular Reeducation |

**Exercise Activities: Tubing/Bands:**
**Exercise Activities: Isotonics:**

| | |
|---|---|
| • Squats. (Body Weight) | Time Elapsed: 5 Minutes, Additional Detail: single leg TRX squats, Charge As: Therapeutic Exercise |

**Exercise Activities: Dynamic Training: Balance/Proprioception:**

| | |
|---|---|
| • Resisted Walking, Side Step | Time Elapsed: 5 Minutes, Tubing/Band Color: blue, Charge As: Neuromuscular Reeducation |
| • Balance/Proprioception 1 | Time Elapsed: 6 Minutes, Description: lunges on Bosu ball, Charge As: Neuromuscular Reeducation |

**Exercise Activities: Aerobic Conditioning:**

| | |
|---|---|
| • Elliptical Trainer | Time Elapsed: 10 Minutes, Charge As: Therapeutic Activities |

**Functional/ADL Activities: Functional Task Training:**

| | |
|---|---|
| • Pulling/Pushing | Time Elapsed: 5 Minutes, Weight - Pounds: 100 Pounds, Charge As: Therapeutic Activities |

**Manual Interventions: Joint Segments: Hip/Pelvis:**

| | |
|---|---|
| • Hip Joint | Time Elapsed: 20 Minutes, Grade: III/IV, Pressure: Oscillatory, Technique 1: Long Axis Traction, Technique 2: Ant Capsule Stretch, Technique 3: PROM in all planes, Charge As: Manual Therapy Techniques |
| • L 05-S 01 | Time Elapsed: 8 Minutes, Body Position: Supine, Pressure: Oscillatory, Technique 1: Gap/Distraction, Technique 2: Posteroanterior, Charge As: Manual Therapy Techniques |

## Assessment

The patient requires skilled physical therapy to address the problems identified, and to achieve the individualized patient goals as outlined in the problems and goals section of this evaluation. Overall rehabilitation potential is good. The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

**Assessment of Improvement:**

- Patient hasn't been seen in 4 weeks. She has made minimal improvements in strength, but larger improvements in hip AROM. She continues to have intermittent pain, but at times severe at work. Recommend continued PT at 2x/week for 4 weeks.

**Recommendations: Skilled Intervention: Required To:**

- Decrease Pain. Improve Balance. Improve Function. Improve Motor Control. Increase Range of Motion. Increase Strength. Return to Premorbid State.

## Problems & Goals

***Problem #1*** **Chief Complaint: Pain: Severity at Worst: 3/10.**

*LTG Achieve by May 15, 2017. Progress: Good progress.*

**Symptomatic Improvements:**

- Decreasing Pain: to 0/10.

*Goal Achieved Apr 17, 2017.*

**Symptomatic Improvements:**

- Decreasing Pain: to 5/10.

***Problem #2*** **ADL / Functional Status: Current Status: Basic care: Independent With Difficulty.**

*LTG Achieve by May 15, 2017. Progress: Good progress.*

**ADL Improvements In:**

- Patient will perform all daily activities with no pain and no restrictions.

***Problem #3*** **Palpation: ttp at the right greater trochanter and right iliopsoas.**

*LTG Achieve by May 15, 2017. Progress: Good progress.*

**Palpable Improvements:**

- Tenderness Decreasing to: 0=No tenderness noted.

*Goal Achieved Apr 17, 2017.*

**Palpable Improvements:**

- Tenderness Decreasing to: 1=Complaint of pain.

***Problem #4*** **Range of Motion: Hip/Pelvis: Pre-Treatment.**

*LTG Achieve by May 15, 2017. Progress: Good progress.*

| Range of Motion Improvements to: Hip/Pelvis: | Left AROM | Left PROM | Right AROM | Right PROM |
|---|---|---|---|---|
| • Gross Assessment | WNL | WNL | WNL | WNL |

***Problem #5*** **Muscle Testing: Lower Extremity MMT.**

*LTG Achieve by May 15, 2017. Progress: Good progress.*

| Musculoskeletal Improvements In: Lower Extremity Strength to: | Left | Right |
|---|---|---|
| • Gross Assessment | +4/5 | +4/5 |

## Plan

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**

- Active Assistive Range of Motion Activities. Active Range of Motion Activities. Client Education. Gait Training. Group Therapy. Home Exercise Program. Joint Mobilization Techniques. Joint Protection. Manual Range of Motion Activities. Manual Therapy Techniques. Neural Mobilization Techniques. Neuromuscular Re-education. Passive Range of Motion Activities. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Activities. Trigger Point Dry Needle. Therapeutic Exercise.
- Modalities:
  - Cryotherapy. Interferential Stimulation. Moist Hot Pack. Ultrasound.

Mark A. Neal, PT, PT(KY Lic: 005703)
Signed on Apr 17, 2017 21:04:57

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

The Best In Rehab.

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Apr 17, 2017** |
| DOB: | | FSC: | BCBS |
| Clinician: | Mark A. Neal, PT | Payor: | ANTHEM KY |
| Prim Phy: | Lindsey Clickner APRN | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 278-5007 | Insured: | Jamie Reece |
| Phy Fax: | (859) 278-6867 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | No Orthonet |
| Inj. Date: | 3/1/2017 | Visits: | 3 |
| Surg. Date: | Not Specified | Cxl/Ns: | 2 |

# Plan of Care

**Diagnoses**

| | | |
|---|---|---|
| Right Hip/Pelvis | M25.551 | Pain in right hip |
| | M70.61 | Trochanteric bursitis, right hip |

## Subjective Examination

**ADL / Functional Status:**

- Current Status: Basic care: Independent With Difficulty.

**Questionnaires: Lower Extremity Functional Scale (LEFS):**

| | |
|---|---|
| • Date: | 03/15/2017 |
| • Assessment | Admit |
| • Total Score. | 76.00 |
| • Percent of Maximal Function | 95.00% |

## Assessment

The patient requires skilled physical therapy to address the problems identified, and to achieve the individualized patient goals as outlined in the problems and goals section of this evaluation. Overall rehabilitation potential is good. The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

**Assessment of Improvement:**

- Patient hasn't been seen in 4 weeks. She has made minimal improvements in strength, but larger improvements in hip AROM. She continues to have intermittent pain, but at times severe at work. Recommend continued PT at 2x/week for 4 weeks.

**Recommendations: Skilled Intervention: Required To:**

- Decrease Pain. Improve Balance. Improve Function. Improve Motor Control. Increase Range of Motion. Increase Strength. Return to Premorbid State.

## Problems & Goals

***Problem #1*** **Chief Complaint: Pain: Severity at Worst: 3/10.**

*LTG Achieve by May 15, 2017. Progress: Good progress.*

**Symptomatic Improvements:**

- Decreasing Pain: to 0/10.

*Goal Achieved Apr 17, 2017.*

**Symptomatic Improvements:**

- Decreasing Pain: to 5/10.

***Problem #2*** **ADL / Functional Status: Current Status: Basic care: Independent With Difficulty.**

*LTG Achieve by May 15, 2017. Progress: Good progress.*

**ADL Improvements In:**

- Patient will perform all daily activities with no pain and no restrictions.

***Problem #3*** **Palpation: ttp at the right greater trochanter and right iliopsoas.**

*LTG Achieve by May 15, 2017. Progress: Good progress.*

**Palpable Improvements:**

- Tenderness Decreasing to: 0=No tenderness noted.

*Goal Achieved Apr 17, 2017.*

**Palpable Improvements:**

- Tenderness Decreasing to: 1=Complaint of pain.

| ***Problem #4*** **Range of Motion: Hip/Pelvis: Pre-Treatment.** | **Left AROM** | **Right AROM** |
|---|---|---|
| • External Rotation | 50 | 55 |
| • Flexion | 120 | 125 |
| • Internal Rotation | 42 | 35 |

*LTG Achieve by May 15, 2017. Progress: Good progress.*

| Range of Motion Improvements to: Hip/Pelvis: | Left AROM | Left PROM | Right AROM | Right PROM |
|---|---|---|---|---|
| • Gross Assessment | WNL | WNL | WNL | WNL |

| *Problem #5* **Muscle Testing: Lower Extremity MMT.** | **Left** | **Right** |
|---|---|---|
| • Hip Abduction | 4/5 | -4/5 |
| • Hip Extension | 4/5 | 4/5 |
| • Hip External Rotation | -4/5 | -4/5 |
| • Hip Flexion | 4/5 | 4/5 |
| • Hip Internal Rotation | 4/5 | 4/5 |
| • Knee Extension | 5/5 | 5/5 |
| • Knee Flexion | 5/5 | 5/5 |

*LTG Achieve by May 15, 2017. Progress: Good progress.*

| **Musculoskeletal Improvements In: Lower Extremity Strength to:** | **Left** | **Right** |
|---|---|---|
| • Gross Assessment | +4/5 | +4/5 |

## Plan

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**

- Active Assistive Range of Motion Activities. Active Range of Motion Activities. Client Education. Gait Training. Group Therapy. Home Exercise Program. Joint Mobilization Techniques. Joint Protection. Manual Range of Motion Activities. Manual Therapy Techniques. Neural Mobilization Techniques. Neuromuscular Re-education. Passive Range of Motion Activities. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Activities. Trigger Point Dry Needle. Therapeutic Exercise.
- Modalities:
  - Cryotherapy. Interferential Stimulation. Moist Hot Pack. Ultrasound.

Mark A. Neal, PT, PT(KY Lic: 005703)
Signed on Apr 17, 2017 21:04:57

**Please Sign and Return**

I have reviewed the Plan of Care established for skilled therapy services and certify that the services are required and that they will be provided while the patient is under my care.

**Comments/Revisions**

**Lindsey Clickner APRN** **Date**

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

KORT The Best In Rehab.

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Apr 24, 2017** |
| DOB: | | FSC: | BCBS |
| Clinician: | Mark A. Neal, PT | Payor: | ANTHEM KY |
| Prim Phy: | Lindsey Clickner APRN | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 278-5007 | Insured: | Jamie Reece |
| Phy Fax: | (859) 278-6867 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | No Orthonet |
| Inj. Date: | 3/1/2017 | Visits: | 4 |
| Surg. Date: | Not Specified | Cxl/Ns: | 2 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Right Hip/Pelvis | M25.551 | Pain in right hip |
| | M70.61 | Trochanteric bursitis, right hip |

## Subjective Examination

**ADL / Functional Status:**
- Current Status: Basic care: Independent With Difficulty.

**Chief Complaint:**
- Pain: Severity at Worst: 3/10.

**Daily Comments:**
- Patient says that she has good days and bad days with her hip.

**Mechanism of Injury:**
- Patient says she began having right hip pain about a month ago. She cannot relate it to an injury. She has pain in her right groin and into her thigh and buttock. She has had no imaging studies, but has been given oral steroids that have decreased her pain. She has most difficulty with prolonged sitting and stairs and walking.

**Questionnaires: Lower Extremity Functional Scale (LEFS):**

| | |
|---|---|
| • Date: | 03/15/2017 |
| • Assessment | Admit |
| • Total Score. | 76.00 |
| • Percent of Maximal Function | 95.00% |

## Objective Examination

| **Joint Integrity/Mobility:** | **Left** | **Right** |
|---|---|---|
| • Anterior Glide | Normal | Hypomobile/Painful |
| • Long Axis Traction | Normal | Hypomobile |

| **Muscle Testing: Lower Extremity MMT:** | **Left** | **Right** |
|---|---|---|
| • Hip Abduction | 4/5 | -4/5 |
| • Hip Extension | 4/5 | 4/5 |
| • Hip Flexion | 4/5 | 4/5 |
| • Hip External Rotation | -4/5 | -4/5 |
| • Hip Internal Rotation | 4/5 | 4/5 |
| • Knee Extension | 5/5 | 5/5 |
| • Knee Flexion | 5/5 | 5/5 |

**Palpation:**
- ttp at the right greater trochanter and right iliopsoas.

| **Range of Motion: Hip/Pelvis: Pre-Treatment:** | **Left AROM** | **Right AROM** |
|---|---|---|
| • Flexion | 120 | 125 |
| • External Rotation | 50 | 55 |
| • Internal Rotation | 42 | 35 |

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 2 | 28 |
| • Neuromuscular Reeducation | 97112 | 2 | 16 |
| • Therapeutic Activities | 97530 | 1 | 10 |
| • Therapeutic Procedure | 97110 | 1 | 5 |

**Exercise Activities: Flexibility:**

| | |
|---|---|
| • Psoas Musculature(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Supine Position:**
- Bridging — Time Elapsed: 5 Minutes, Charge As: Neuromuscular Reeducation

**Exercise Activities: Tubing/Bands:**
**Exercise Activities: Isotonics:**
- Squats. (Body Weight) — Time Elapsed: 5 Minutes, Additional Detail: single leg TRX squats, Charge As: Therapeutic Exercise

**Exercise Activities: Dynamic Training: Balance/Proprioception:**
- Resisted Walking, Side Step — Time Elapsed: 5 Minutes, Tubing/Band Color: blue, Charge As: Neuromuscular Reeducation
- Balance/Proprioception 1 — Time Elapsed: 6 Minutes, Description: lunges on Bosu ball, Charge As: Neuromuscular Reeducation

**Exercise Activities: Aerobic Conditioning:**
- Elliptical Trainer — Time Elapsed: 10 Minutes, Charge As: Therapeutic Activities

**Functional/ADL Activities: Functional Task Training:**
- Pulling/Pushing(This visit) — Did Not Perform: This visit

**Manual Interventions: Joint Segments: Hip/Pelvis:**
- Hip Joint — Time Elapsed: 20 Minutes, Grade: III/IV, Pressure: Oscillatory, Technique 1: Long Axis Traction, Technique 2: Ant Capsule Stretch, Technique 3: PROM in all planes, Charge As: Manual Therapy Techniques
- L 05-S 01 — Time Elapsed: 8 Minutes, Body Position: Supine, Pressure: Oscillatory, Technique 1: Gap/Distraction, Technique 2: Posteroanterior, Charge As: Manual Therapy Techniques

## Assessment

The patient tolerated today's treatment intervention without complaints of pain or difficulty.

## Plan

**Recommendations:**
- Continue with current program.

Mark A. Neal, PT, PT(KY Lic: 005703)
Signed on Apr 24, 2017 21:32:36

KORT
The Best In Rehab.

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **May 01, 2017** |
| DOB: | | FSC: | BCBS |
| Clinician: | Mark A. Neal, PT | Payor: | ANTHEM KY |
| Prim Phy: | Lindsey Clickner APRN | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 278-5007 | Insured: | Jamie Reece |
| Phy Fax: | (859) 278-6867 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | No Orthonet |
| Inj. Date: | 3/1/2017 | Visits: | 4 |
| Surg. Date: | Not Specified | Cxl/Ns: | 3 |

# Cancel/No Show *Patient cancelled appointment*

**Diagnoses**

| | | |
|---|---|---|
| Right Hip/Pelvis | M25.551 | Pain in right hip |
| | M70.61 | Trochanteric bursitis, right hip |

## General Information

**Cancel Reasoning:**

- pt cx due to HA X 1 week

Mark A. Neal, PT, PT(KY Lic: 005703)
Signed on May 01, 2017 12:10:52

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

KORT The Best In Rehab.

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Note Date:** | **Sep 05, 2017** |
| DOB: | | FSC: | BCBS |
| Clinician: | Mark A. Neal, PT | Payor: | ANTHEM KY |
| Prim Phy: | Lindsey Clickner APRN | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 278-5007 | Insured: | Jamie Reece |
| Phy Fax: | (859) 278-6867 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | No Orthonet |
| Inj. Date: | 3/1/2017 | Visits: | 4 |
| Surg. Date: | Not Specified | Cxl/Ns: | 3 |

# Discharge Summary

**Diagnoses**

| | | |
|---|---|---|
| Right Hip/Pelvis | M25.551 | Pain in right hip |
| | M70.61 | Trochanteric bursitis, right hip |

## Subjective Examination

**ADL / Functional Status:**
- Current Status: Basic care: Independent With Difficulty.

**Chief Complaint:**
- Pain: Severity at Worst: 3/10.

**Mechanism of Injury:**
- Patient says she began having right hip pain about a month ago. She cannot relate it to an injury. She has pain in her right groin and into her thigh and buttock. She has had no imaging studies, but has been given oral steroids that have decreased her pain. She has most difficulty with prolonged sitting and stairs and walking.

**Questionnaires: Lower Extremity Functional Scale (LEFS):**

| | |
|---|---|
| • Date: | 03/15/2017 |
| • Assessment | Admit |
| • Total Score. | 76.00 |
| • Percent of Maximal Function | 95.00% |

## Objective Examination

| **Joint Integrity/Mobility:** | **Left** | **Right** |
|---|---|---|
| • Anterior Glide | Normal | Hypomobile/Painful |
| • Long Axis Traction | Normal | Hypomobile |

| | **Mar 15, 2017** | | **Apr 24, 2017** | |
|---|---|---|---|---|
| **Muscle Testing: Lower Extremity MMT:** | **Left** | **Right** | **Left** | **Right** |
| • Hip Abduction | -4/5 | +3/5 | 4/5 | -4/5 |
| • Hip Extension | +3/5 | +3/5 | 4/5 | 4/5 |
| • Hip Flexion | 4/5 | 4/5 | 4/5 | 4/5 |
| • Hip External Rotation | +3/5 | +3/5 | -4/5 | -4/5 |
| • Hip Internal Rotation | -4/5 | -4/5 | 4/5 | 4/5 |
| • Knee Extension | 5/5 | 5/5 | 5/5 | 5/5 |
| • Knee Flexion | 5/5 | 5/5 | 5/5 | 5/5 |

**Palpation:**
- ttp at the right greater trochanter and right iliopsoas.

| | **Mar 15, 2017** | | **Apr 24, 2017** | |
|---|---|---|---|---|
| **Range of Motion: Hip/Pelvis: Pre-Treatment:** | **L. Act.** | **R. Act.** | **L. Act.** | **R. Act.** |
| • Flexion | 120 | 125 | 120 | 125 |
| • External Rotation | 50 | 55 | 50 | 55 |
| • Internal Rotation | 42 | 20 | 42 | 35 |

## Assessment

Based on this patient's clinical presentation, it is my professional opinion that the patient's prognosis at time of discharge is fair. The patient was educated regarding their discharge prognosis and related pathology. The patient demonstrates fair understanding of their home program instructions.

**Discharge Components:**
- non-compliance.

## Problems & Goals

***Problem #1* Chief Complaint: Pain: Severity at Worst: 3/10.**

*Goal Abandoned Sep 05, 2017. non-compliance.*

**Symptomatic Improvements:**
- Decreasing Pain: to 0/10.

***Problem #2*** **ADL / Functional Status: Current Status: Basic care: Independent With Difficulty.**

*Goal Abandoned Sep 05, 2017. non-compliance.*

**ADL Improvements In:**
- Patient will perform all daily activities with no pain and no restrictions.

***Problem #3*** **Palpation: ttp at the right greater trochanter and right iliopsoas.**

*Goal Abandoned Sep 05, 2017. non-compliance.*

**Palpable Improvements:**
- Tenderness Decreasing to: 0=No tenderness noted.

***Problem #4*** **Range of Motion: Hip/Pelvis: Pre-Treatment.**

*Goal Abandoned Sep 05, 2017. non-compliance.*

| Range of Motion Improvements to: Hip/Pelvis: | Left AROM | Left PROM | Right AROM | Right PROM |
|---|---|---|---|---|
| • Gross Assessment | WNL | WNL | WNL | WNL |

***Problem #5*** **Muscle Testing: Lower Extremity MMT.**

*Goal Abandoned Sep 05, 2017. non-compliance.*

| Musculoskeletal Improvements In: Lower Extremity Strength to: | Left | Right |
|---|---|---|
| • Gross Assessment | +4/5 | +4/5 |

## Plan

The patient is discharged due to non-compliance.

Mark A. Neal, PT, PT(KY Lic: 005703)
Signed on Sep 05, 2017 07:50:48

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Sep 18, 2017** |
| DOB: | | FSC: | BCBS |
| Clinician: | Michael W. Hopper, PT | Payor: | ANTHEM KY |
| Prim Phy: | Doris W. Adams APRN | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 278-5007 | Insured: | Not Specified |
| Phy Fax: | (859) 278-6867 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 9/9/2017 | Visits: | 1 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Initial Evaluation

**Diagnosis**

Spine M54.5 Low back pain

## Subjective Examination

The medical history questionnaire has been completed and signed by the patient, reviewed by the evaluating therapist, and is on file.

**ADL / Functional Status:**
- Premorbid Status: ADL/ IADL: Independent Without Difficulty. Current Status: Patient reporting she has been off of work at Toyota since injury. Job requires lots of sit to stand, twisting, squatting, reaching, and leaning. Reporting she has been avoiding a lot of activity to keep pain down. Increased pain in buttock with prolonged sitting.

**Chief Complaint: Pain:**
- Severity at Worst: 8/10. Severity at Best: 2/10.

**Functional Comorbidity Index: Body Measurements:**
- Height (in) 67 Inches
- Weight (lbs) 145 Pounds

**Mechanism of Injury:**
- Patient reporting that she was unloading her car 9/9/17 and bent over to set down something light when her back gave out and locked up. She had immediate severe lumbar pain and radiating pain down the left lower extremity to the shin. Visited UTC the next day and was prescribed muscle relaxors. Visited PCP shortly after where she received lumbar injection and steroid dose pack. Reporting that steroid pack significantly helped radicular symptoms. At start of treatment, patient reporting no symptoms past her left buttock.

**Questionnaires: M-O: Oswestry Disability Index (ODI): Scoring:**
- Date 09/18/2017
- Assessment Initial
- Percentage 22.00%

**Rehabilitation Expectations/Goals:**
- Return to Age Appropriate Activities: Unrestricted/Symptom Free.

## Objective Examination

**Joint Integrity/Mobility:**
- CPA of L5 producing local 3/10 discomfort without radiation of symptoms. No discomfort with any other lumbar segment.

| **Muscle Testing: Lower Extremity MMT:** | **Left** | **Right** |
|---|---|---|
| • Hip Abduction | +4/5 | +4/5 |
| • Hip Extension(left with left PSIS discomfort) | +4/5 | +4/5 |
| • Hip Flexion | 5/5 | 5/5 |
| • Knee Extension | 5/5 | 5/5 |
| • Knee Flexion | 5/5 | 5/5 |
| • Ankle Dorsiflexion | 5/5 | 5/5 |
| • Ankle Plantarflexion | +4/5 | +4/5 |

**Palpation:**
- Moderate TTP of left PSIS

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):**
- Active Extension.(lower lumbar soreness) 30 Degrees
- Active Flexion 90 Degrees
- Active Side Bend Left 30 Degrees
- Active Side Bend Right 30 Degrees

**Reflex/Sensory Integrity:**
- Intact and Equal Bilaterally.

| **Special Tests: Spine: Lumbar:** | **Left** | **Right** |
|---|---|---|
| • Posterior Quadrant | Negative | Negative |
| **Special Tests: Spine: Neural/Vascular: Neural:** | **Left** | **Right** |
| • Femoral Nerve Tension | Negative | Negative |

| | | |
|---|---|---|
| • Sciatic Nerve Tension | Negative 65 deg | Negative 65 deg |

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Evaluation, Low Complexity | 97161 | 1 | n/a |
| • Therapeutic Procedure | 97110 | 1 | 10 |

**Exercise Activities: Stabilization Training: Supine Position:**
**Exercise Activities: Aerobic Conditioning:**
**Exercise Activities: Machines/Wts.(L. Quarter):**
**Exercise Activities: Tubing/Bands(U. Quarter):**
**Pt./Family Education:**

| | |
|---|---|
| • Pathology/Involved Anatomy | Time Elapsed: 5 Minutes, Additional Detail: Educated patient on anatomy involved, treatment rationale, prognosis, Charge As: Therapeutic Exercise |
| • Written Home Exercise Program | Time Elapsed: 5 Minutes, Activity: Provided & Reviewed, Additional Detail: bridge, Description: Diagnosis Specific, Charge As: Therapeutic Exercise |

## Assessment

The patient requires skilled physical therapy to address the problems identified, and to achieve the individualized patient goals as outlined in the problems and goals section of this evaluation. Overall rehabilitation potential is good. The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

**Recommendations: Skilled Intervention: Required To:**

- Decrease Pain. Improve Function. Improve Motor Control. Increase Strength. Increase Range of Motion.

## Problems & Goals

***Problem #1*** **Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees).**
*LTG Achieve by Oct 16, 2017.*
**Lumbar extension will not increase discomfort.**

***Problem #2*** **Chief Complaint: Pain: Severity at Worst: 8/10.**
*LTG Achieve by Oct 16, 2017.*
**GROC +5**

***Problem #3*** **ADL / Functional Status: Current Status: Patient reporting she has been off of work at Toyota since injury. Job requires lots of sit to stand, twisting, squatting, reaching, and leaning. Reporting she has been avoiding a lot of activity to keep pain down. Increased pain in buttock with prolonged sitting.**
*LTG Achieve by Oct 16, 2017.*
**Independence in HEP.**

## Plan

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**

- Client Education. Gait Training. Home Exercise Program. Manual Therapy Techniques. Modalities: As Needed. Neuromuscular Re-education. Self Care/Home Management. Therapeutic Activities. Therapeutic Exercise.

Michael W. Hopper, PT, PT(KY Lic: 006740)
Signed on Sep 18, 2017 21:11:34

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

KORT The Best In Rehab.

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Sep 18, 2017** |
| DOB: | | FSC: | BCBS |
| Clinician: | Michael W. Hopper, PT | Payor: | ANTHEM KY |
| Prim Phy: | Doris W. Adams APRN | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 278-5007 | Insured: | Not Specified |
| Phy Fax: | (859) 278-6867 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 9/9/2017 | Visits: | 1 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Plan of Care

**Diagnosis**

Spine M54.5 Low back pain

## Subjective Examination

The medical history questionnaire has been completed and signed by the patient, reviewed by the evaluating therapist, and is on file.

**ADL / Functional Status:**
- Premorbid Status: ADL/ IADL: Independent Without Difficulty.

**Chief Complaint:**
- Pain: Severity at Best: 2/10.

**Functional Comorbidity Index: Body Measurements:**
- Height (in) 67 Inches
- Weight (lbs) 145 Pounds

**Rehabilitation Expectations/Goals:**
- Return to Age Appropriate Activities: Unrestricted/Symptom Free.

**ADL / Functional Status:**
- Current Status: Patient reporting she has been off of work at Toyota since injury. Job requires lots of sit to stand, twisting, squatting, reaching, and leaning. Reporting she has been avoiding a lot of activity to keep pain down. Increased pain in buttock with prolonged sitting.

**Chief Complaint:**
- Pain: Severity at Worst: 8/10.

**Mechanism of Injury:**
- Patient reporting that she was unloading her car 9/9/17 and bent over to set down something light when her back gave out and locked up. She had immediate severe lumbar pain and radiating pain down the left lower extremity to the shin. Visited UTC the next day and was prescribed muscle relaxors. Visited PCP shortly after where she received lumbar injection and steroid dose pack. Reporting that steroid pack significantly helped radicular symptoms. At start of treatment, patient reporting no symptoms past her left buttock.

**Questionnaires: M-O: Oswestry Disability Index (ODI): Scoring:**
- Date 09/18/2017
- Assessment Initial
- Percentage 22.00%

## Assessment

The patient requires skilled physical therapy to address the problems identified, and to achieve the individualized patient goals as outlined in the problems and goals section of this evaluation. Overall rehabilitation potential is good. The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

**Recommendations: Skilled Intervention: Required To:**
- Decrease Pain. Improve Function. Improve Motor Control. Increase Strength. Increase Range of Motion.

## Problems & Goals

***Problem #1*** **Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees).**
- Active Extension.(lower lumbar soreness) 30 Degrees
- Active Flexion 90 Degrees
- Active Side Bend Left 30 Degrees
- Active Side Bend Right 30 Degrees

*LTG Achieve by Oct 16, 2017.*
**Lumbar extension will not increase discomfort.**

***Problem #2*** **Chief Complaint: Pain: Severity at Worst: 8/10.**

*LTG Achieve by Oct 16, 2017.*
**GROC +5**

***Problem #3*** **ADL / Functional Status: Current Status: Patient reporting she has been off of work at Toyota since injury. Job**

**requires lots of sit to stand, twisting, squatting, reaching, and leaning. Reporting she has been avoiding a lot of activity to keep pain down. Increased pain in buttock with prolonged sitting.**

*LTG Achieve by Oct 16, 2017.*

**Independence in HEP.**

## Plan

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**

- Client Education. Gait Training. Home Exercise Program. Manual Therapy Techniques. Modalities: As Needed. Neuromuscular Re-education. Self Care/Home Management. Therapeutic Activities. Therapeutic Exercise.

Michael W. Hopper, PT, PT(KY Lic: 006740)
Signed on Sep 18, 2017 21:11:34

**Please Sign and Return**

I have reviewed the Plan of Care established for skilled therapy services and certify that the services are required and that they will be provided while the patient is under my care.

**Comments/Revisions**

**Doris W. Adams APRN** **Date**

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

KORT
The Best In Rehab.

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Sep 20, 2017** |
| DOB: | | FSC: | BCBS |
| Clinician: | Michael W. Hopper, PT | Payor: | ANTHEM KY |
| Prim Phy: | Doris W. Adams APRN | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 278-5007 | Insured: | Not Specified |
| Phy Fax: | (859) 278-6867 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 9/9/2017 | Visits: | 1 |
| Surg. Date: | Not Specified | Cxl/Ns: | 1 |

# Cancel/No Show *Patient did not show up for appointment*

**Diagnosis**

| | | |
|---|---|---|
| Spine | M54.5 | Low back pain |

## General Information

**Cancel Reasoning:**

- No Show

Michael W. Hopper, PT, PT(KY Lic: 006740)
Signed on Sep 20, 2017 21:19:55

KORT
The Best In Rehab.

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Sep 27, 2017** |
| DOB: | | FSC: | BCBS |
| Clinician: | Michael W. Hopper, PT | Payor: | ANTHEM KY |
| Prim Phy: | Doris W. Adams APRN | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 278-5007 | Insured: | Not Specified |
| Phy Fax: | (859) 278-6867 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 9/9/2017 | Visits: | 1 |
| Surg. Date: | Not Specified | Cxl/Ns: | 2 |

# Cancel/No Show *Patient cancelled appointment*

**Diagnosis**

Spine M54.5 Low back pain

## General Information

**Cancel Reasoning:**

- pt is sick

Michael W. Hopper, PT, PT(KY Lic: 006740)
Signed on Sep 27, 2017 21:05:21

KORT The Best In Rehab.

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Note Date:** | **Dec 08, 2017** |
| DOB: | | FSC: | BCBS |
| Clinician: | Michael W. Hopper, PT | Payor: | ANTHEM KY |
| Prim Phy: | Doris W. Adams APRN | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 278-5007 | Insured: | Not Specified |
| Phy Fax: | (859) 278-6867 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 9/9/2017 | Visits: | 1 |
| Surg. Date: | Not Specified | Cxl/Ns: | 2 |

# Discharge Summary

**Diagnosis**

Spine M54.5 Low back pain

## Subjective Examination

**ADL / Functional Status:**

- Current Status: Patient reporting she has been off of work at Toyota since injury. Job requires lots of sit to stand, twisting, squatting, reaching, and leaning. Reporting she has been avoiding a lot of activity to keep pain down. Increased pain in buttock with prolonged sitting.

**Chief Complaint:**

- Pain: Severity at Worst: 8/10.

**Mechanism of Injury:**

- Patient reporting that she was unloading her car 9/9/17 and bent over to set down something light when her back gave out and locked up. She had immediate severe lumbar pain and radiating pain down the left lower extremity to the shin. Visited UTC the next day and was prescribed muscle relaxors. Visited PCP shortly after where she received lumbar injection and steroid dose pack. Reporting that steroid pack significantly helped radicular symptoms. At start of treatment, patient reporting no symptoms past her left buttock.

**Questionnaires: M-O: Oswestry Disability Index (ODI): Scoring:**

| | |
|---|---|
| • Date | 09/18/2017 |
| • Assessment | Initial |
| • Percentage | 22.00% |

## Objective Examination

**Reflex/Sensory Integrity:**

- Intact and Equal Bilaterally.

| **Special Tests: Spine: Lumbar:** | **Left** | **Right** |
|---|---|---|
| • Posterior Quadrant | Negative | Negative |

**Joint Integrity/Mobility:**

- CPA of L5 producing local 3/10 discomfort without radiation of symptoms. No discomfort with any other lumbar segment.

| | **Sep 18, 2017** | |
|---|---|---|
| **Muscle Testing: Lower Extremity MMT:** | **Left** | **Right** |
| • Hip Abduction | +4/5 | +4/5 |
| • Hip Extension(left with left PSIS discomfort) | +4/5 | +4/5 |
| • Hip Flexion | 5/5 | 5/5 |
| • Knee Extension | 5/5 | 5/5 |
| • Knee Flexion | 5/5 | 5/5 |
| • Ankle Dorsiflexion | 5/5 | 5/5 |
| • Ankle Plantarflexion | +4/5 | +4/5 |

**Palpation:**

- Moderate TTP of left PSIS

| **Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):** | **Sep 18, 2017** |
|---|---|
| • Active Extension.(lower lumbar soreness) | 30 Degrees |
| • Active Flexion | 90 Degrees |
| • Active Side Bend Left | 30 Degrees |
| • Active Side Bend Right | 30 Degrees |

| **Special Tests: Spine: Neural/Vascular: Neural:** | **Left** | **Right** |
|---|---|---|
| • Femoral Nerve Tension | Negative | Negative |
| • Sciatic Nerve Tension | Negative 65 deg | Negative 65 deg |

## Assessment

Unable to assess patient's current understanding of prognosis due to not completing plan of care. Unable to assess patient's current understanding of home exercises program due to not completing plan of care.

## Problems & Goals

***Problem #1*** **Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees).**
*Goal Abandoned Oct 02, 2017. . unable to assess secondary to non-compliance*
**Lumbar extension will not increase discomfort.**

***Problem #2*** **Chief Complaint: Pain: Severity at Worst: 8/10.**
*Goal Abandoned Oct 02, 2017. . unable to assess secondary to non-compliance*
**GROC +5**

***Problem #3*** **ADL / Functional Status: Current Status: Patient reporting she has been off of work at Toyota since injury. Job requires lots of sit to stand, twisting, squatting, reaching, and leaning. Reporting she has been avoiding a lot of activity to keep pain down. Increased pain in buttock with prolonged sitting.**
*Goal Abandoned Oct 02, 2017. . unable to assess secondary to non-compliance*
**Independence in HEP.**

## Plan

The patient is choosing to discontinue therapy at this time. The patient is discharged due to non-compliance.

Michael Hopper DPT

Michael W. Hopper, PT, PT(KY Lic: 006740)
Signed on Dec 08, 2017 11:12:12

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

KORT The Best In Rehab.

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Nov 20, 2018** |
| DOB: | | FSC: | BCBS |
| Clinician: | Mark A. Neal, PT | Payor: | ANTHEM KY |
| Prim Phy: | Ben Kibler | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 258-8575 | Insured: | Not Specified |
| Phy Fax: | (859) 258-8562 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 1/31/2018 | Visits: | 1 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Initial Evaluation

**Diagnoses**

| | | |
|---|---|---|
| Right Shoulder | M75.41 | Impingement syndrome of right shoulder |
| | G90.511 | Complex regional pain syndrome I of right upper limb |
| | M25.511 | Pain in right shoulder |

## Subjective Examination

The medical history questionnaire has been completed and signed by the patient, reviewed by the evaluating therapist, and is on file. The patient has read and signed the Patient Rights and Consent for Treatment forms, have been reviewed by the evaluating therapist, and are on file.

**ADL / Functional Status:**
- Premorbid Status:
  - Basic care: Independent Without Difficulty. Work status: Independent Without Difficulty. Recreation/Athletics: Independent Without Difficulty.
- Current Status:
  - Basic care: Independent With Difficulty. (Difficulty putting on a bra). Work status: Unable to work secondary to dysfunction.
- Current Status: Recreation/Athletics:
  - Moderate assistance required. Unable to perform.

**Chief Complaint: Pain: Severity:**

| | |
|---|---|
| • Current | 5 |
| • At Worst | 10 |

**Denies:**
- Fevers. Infections- Recent. Weight Gain- Unusual. Weight Loss- Unusual.

**Functional Comorbidity Index:**
- Arthritis (RA, OA). Degenerative Disc Disease. complex regional pain syndrome in her right upper extremity.

**History:**
- Medical: Reviewed With: Patient.

**Mechanism of Injury:**
- Patient says that she began having right shoulder pain in January of 2018 while working as a production team member at Toyota. The pain was bad enough to be pulled off line on 1/31/18. She did rehab while on light duty at the medical clinic on site, but did not have any improvement. She tried to go back to work in some capacity, but could not perform her job duties due to complaints of pain. She has seen two different orthopaedic surgeons who have performed diagnostic imaging that did not reveal any structural abnormalities. A cortisone injection was performed in the right shoulder, but had no effect. She has also had imaging and nerve conduction study of her neck that only revealed minor disc bulging, but nothing that warranted surgery. Additionally, she has seen a pain management physician who has prescribed medication that helps her pain some. She has been off work completely since April 2018 and is no longer being paid short term disability by her company. She has recently had a 4 month treatment at another outpatient physical therapy clinic that has not helped her pain. Over the past 2 months, she has developed symptoms that resulted in a diagnosis of complex regional pain syndrome in her right arm. She has color changes in her arm and hand, hot and cold bouts, burning/numbness, and swelling in the forearm wrist and hand that occur without provocation. At this point she is uncertain of her ability to return to work. She says any time she uses her right arm, she gets pain that can last 3-4 days that wakes her up at night.

**Questionnaires: Disabilities of the Arm, Shoulder and Hand (DASH):**

| | |
|---|---|
| • Date: | 11/21/2018 |
| • Test Name: | QuickDASH |
| • Assessment | Admit |
| • Disability/Symptom Score | 75.00 |

**Rehabilitation Expectations/Goals:**
- Return to ADL Performance: Unrestricted/Symptom Free. Return to Work Activities: Unrestricted/Symptom Free. Return to Recreational Activities: Unrestricted/Symptom Free.

## Objective Examination

| **Clearing Examination: Spine: Cervical:** | **Left** | **Right** |
|---|---|---|
| • Foraminal Compression | Negative | Negative |

| | | |
|---|---|---|
| • Spurling's Test | Negative | Negative |
| • Upper Limb Tension Test(ULTT1) | Negative | Negative |

**Clearing Examination: Spine: Range of Motion: Cervical:**

| | |
|---|---|
| • Active Extension | 46 Degrees |
| • Active Flexion | 52 Degrees |
| • Active Rotation Left | 80 Degrees |
| • Active Rotation Right | 82 Degrees |
| • Active Side Bend Left | 40 Degrees |
| • Active Side Bend Right | 32 Degrees |

| **Flexibility:** | **Left** | **Right** |
|---|---|---|
| • Pectoralis Minor | Slight Restriction | Severe Restriction |

| **Functional Tests: Movement: Apley's Scratch Test:** | **Left** | **Right** |
|---|---|---|
| • IR - Combined(pain in right, anterior shoulder) | To T6 | To Sacrum |

| **Joint Integrity/Mobility: Shoulder:** | **Left** | **Right** |
|---|---|---|
| • Inferior Humeral Glide | Normal | Hypomobile |
| • Posterior Humeral Glide | Normal | Hypomobile/Painful |

| **Muscle Testing: Upper Extremity MMT:** | **Left** | **Right** |
|---|---|---|
| • Scapular Depression | 3/5 | 3/5 |
| • Scapular Retraction | 3/5 | 3/5 |
| • Scaption | 4/5 | +4/5 |
| • Shoulder Abduction | 4/5 | 4/5 |
| • Shoulder Extension | 4/5 | 4/5 |
| • Shoulder Flexion | 4/5 | 4/5 |
| • Shoulder External Rotation | 4/5 | +4/5 |
| • Elbow Extension | 4/5 | 4/5 |
| • Elbow Flexion | +4/5 | +4/5 |

**Palpation:**
- ttp at the right proximal pectoralis minor insertion and long head of the biceps.

**Posture:**
- Moderate forward head position and rounded shoulders (right > left). Right arm held in protected position across abdomen in IR and 90 degrees elbow flexion.

| **Range of Motion: Shoulder: Pre-Treatment:** | **Left AROM** | **Right AROM** |
|---|---|---|
| • Flexion(pain in the anterior, right shoulder) | 160 | 160 |
| • Abduction | 178 | 174 |
| • External Rotation - 90 deg | 86 | 72 |

| **Reflex/Sensory Integrity: Deep Tendon Reflexes:** | **Left** | **Right** |
|---|---|---|
| • C5-6 Biceps Brachii | 2+ - Normal | 2+ - Normal |
| • C6 Brachioradialis | 2+ - Normal | 2+ - Normal |
| • C7-8 Triceps Brachii | 2+ - Normal | 2+ - Normal |

| **Reflex/Sensory Integrity: Dermatomal Sensation: Light Touch:** | **Left** | **Right** |
|---|---|---|
| • C 05 | Normal | Normal |
| • C 06 | Normal | Diminished |
| • C 07 | Normal | Diminished |
| • C 08 | Normal | Diminished |

| **Special Tests: Shoulder: Musculoskeletal: Muscle/Tendon:** | **Left** | **Right** |
|---|---|---|
| • Drop Arm-Rotator Cuff | Negative | Negative |
| • Empty Can | Negative | Negative |
| • Hawkins-Kennedy Impingement | Negative | Aggravates Symptoms |

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Evaluation, High Complexity | 97163 | 1 | n/a |
| • Manual Therapy Techniques | 97140 | 1 | 15 |
| • Therapeutic Procedure | 97110 | 2 | 25 |

**Manual Interventions: Joint Segments: Shoulder:**

| | |
|---|---|
| • Glenohumeral Joint | Time Elapsed: 15 Minutes, Grade: II/III, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Charge As: Manual Therapy Techniques |
| **Pt./Family Education:** | |
| • Pathology/Involved Anatomy | Time Elapsed: 20 Minutes, Additional Detail: pathomechanics/rationale for treatment/involved anatomy, Charge As: Therapeutic Exercise |
| • Written Home Exercise Program | Time Elapsed: 5 Minutes, Activity: Provided & Reviewed, Description: Diagnosis Specific, Charge As: Therapeutic Exercise |

## Assessment

The patient requires skilled physical therapy to address the problems identified, and to achieve the individualized patient goals as outlined in the problems and goals section of this evaluation. Overall rehabilitation potential is fair. The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a fair understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

**Presentation:**

- Patient presents with a secondary right shoulder impingement due to disuse and prolonged protective position of the right shoulder. She has significant right forward shoulder position and tightness in the pectoralis minor with subsequent weakness of the scapular stabilizers. Additionally, she presents with signs and symptoms of complex regional pain syndrome of her right UE (CRPS) that started 2 months ago according to the patient.

**Recommendations: Skilled Intervention: Required To:**

- Decrease Pain. Improve Function. Improve Motor Control. Increase Range of Motion. Increase Strength. Return to Premorbid State. Return To Work.

## Problems & Goals

***Problem #1*** **Chief Complaint: Pain: Severity.**

*STG Achieve by Dec 04, 2018.*

**Symptomatic Improvements:**

- Decreasing Pain: to 5/10.

*LTG Achieve by Dec 18, 2018.*

**Symptomatic Improvements:**

- Decreasing Pain: to 0/10.

***Problem #2*** **ADL / Functional Status: Current Status: Work status: Unable to work secondary to dysfunction.**

*LTG Achieve by Dec 18, 2018.*

**ADL Improvements In:**

- Patient will return to work at least light duty with no more than 2/10 pain.

***Problem #3*** **Questionnaires: Disabilities of the Arm, Shoulder and Hand (DASH).**

*STG Achieve by Dec 04, 2018.*

**Questionnaire Improvements: Disabilities of the Arm, Shoulder and Hand: Questionnaire:**

- Disability/Symptom Score 50.00

*LTG Achieve by Dec 18, 2018.*

**Questionnaire Improvements: Disabilities of the Arm, Shoulder and Hand: Questionnaire:**

- Disability/Symptom Score 25.00

***Problem #4*** **Palpation: ttp at the right proximal pectoralis minor insertion and long head of the biceps.**

*LTG Achieve by Dec 18, 2018.*

**Palpable Improvements:**

- Tenderness Decreasing to: 0=No tenderness noted.

***Problem #5*** **Range of Motion: Shoulder: Pre-Treatment.**

*LTG Achieve by Dec 18, 2018.*

**Range of Motion Improvements to:**

- Improved to WNL in all planes with no reports of pain.

***Problem #6*** **Functional Tests: Movement: Apley's Scratch Test.**

*LTG Achieve by Dec 18, 2018.*

**Functional Improvements In:**

- Functional IR to at least the level of T8 to be able to wash back and fasten bra with no pain.

***Problem #7*** **Muscle Testing: Upper Extremity MMT.**

*LTG Achieve by Dec 18, 2018.*

| **Musculoskeletal Improvements In: Upper Extremity Strength to:** | **Left** | **Right** |
|---|---|---|
| • Gross Assessment | +4/5 | +4/5 |

## Plan

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**

- Active Assistive Range of Motion Activities. Active Range of Motion Activities. Client Education. Group Therapy. Home Exercise Program. Joint Mobilization Techniques. Joint Protection. Manual Range of Motion Activities. Manual Therapy Techniques. Neural Mobilization Techniques. Neuromuscular Re-education. Passive Range of Motion Activities. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Activities. Therapeutic Exercise. Trigger Point Dry Needle.
- Modalities:
    - Cryotherapy. Interferential Stimulation. Moist Hot Pack. Ultrasound.

Mark A. Neal, PT, PT(KY Lic: 005703)
Signed on Nov 21, 2018 08:01:01

KORT
The Best In Rehab.

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Nov 20, 2018** |
| DOB: | | FSC: | BCBS |
| Clinician: | Mark A. Neal, PT | Payor: | ANTHEM KY |
| Prim Phy: | Ben Kibler | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 258-8575 | Insured: | Not Specified |
| Phy Fax: | (859) 258-8562 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 1/31/2018 | Visits: | 1 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Plan of Care

**Diagnoses**

| | | |
|---|---|---|
| Right Shoulder | M75.41 | Impingement syndrome of right shoulder |
| | G90.511 | Complex regional pain syndrome I of right upper limb |
| | M25.511 | Pain in right shoulder |

## Subjective Examination

The medical history questionnaire has been completed and signed by the patient, reviewed by the evaluating therapist, and is on file.

**ADL / Functional Status:**

- Premorbid Status:
  - Basic care: Independent Without Difficulty. Work status: Independent Without Difficulty. Recreation/Athletics: Independent Without Difficulty.
- Current Status: Basic care: Independent With Difficulty. (Difficulty putting on a bra).
- Current Status: Recreation/Athletics:
  - Moderate assistance required. Unable to perform.

**Functional Comorbidity Index:**

- Arthritis (RA, OA). Degenerative Disc Disease. complex regional pain syndrome in her right upper extremity.

**Rehabilitation Expectations/Goals:**

- Return to ADL Performance: Unrestricted/Symptom Free. Return to Work Activities: Unrestricted/Symptom Free. Return to Recreational Activities: Unrestricted/Symptom Free.

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

**Chief Complaint: Pain: Severity:**

- At Worst 10
- Current 5

**Mechanism of Injury:**

- Patient says that she began having right shoulder pain in January of 2018 while working as a production team member at Toyota. The pain was bad enough to be pulled off line on 1/31/18. She did rehab while on light duty at the medical clinic on site, but did not have any improvement. She tried to go back to work in some capacity, but could not perform her job duties due to complaints of pain. She has seen two different orthopaedic surgeons who have performed diagnostic imaging that did not reveal any structural abnormalities. A cortisone injection was performed in the right shoulder, but had no effect. She has also had imaging and nerve conduction study of her neck that only revealed minor disc bulging, but nothing that warranted surgery. Additionally, she has seen a pain management physician who has prescribed medication that helps her pain some. She has been off work completely since April 2018 and is no longer being paid short term disability by her company. She has recently had a 4 month treatment at another outpatient physical therapy clinic that has not helped her pain. Over the past 2 months, she has developed symptoms that resulted in a diagnosis of complex regional pain syndrome in her right arm. She has color changes in her arm and hand, hot and cold bouts, burning/numbness, and swelling in the forearm wrist and hand that occur without provocation. At this point she is uncertain of her ability to return to work. She says any time she uses her right arm, she gets pain that can last 3-4 days that wakes her up at night.

**Questionnaires: Disabilities of the Arm, Shoulder and Hand (DASH):**

- Date: 11/21/2018
- Test Name: QuickDASH
- Assessment Admit
- Disability/Symptom Score 75.00

## Assessment

The patient requires skilled physical therapy to address the problems identified, and to achieve the individualized patient goals as outlined in the problems and goals section of this evaluation. Overall rehabilitation potential is fair. The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a fair understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

**Presentation:**

- Patient presents with a secondary right shoulder impingement due to disuse and prolonged protective position of the right shoulder. She has significant right forward shoulder position and tightness in the pectoralis minor with subsequent weakness of the scapular stabilizers.

Additionally, she presents with signs and symptoms of complex regional pain syndrome of her right UE (CRPS) that started 2 months ago according to the patient.

**Recommendations: Skilled Intervention: Required To:**

- Decrease Pain. Improve Function. Improve Motor Control. Increase Range of Motion. Increase Strength. Return to Premorbid State. Return To Work.

## Problems & Goals

***Problem #1*** **Chief Complaint: Pain: Severity.**

| | |
|---|---|
| • At Worst | 10 |
| • Current | 5 |

*STG Achieve by Dec 04, 2018.*

**Symptomatic Improvements:**

- Decreasing Pain: to 5/10.

*LTG Achieve by Dec 18, 2018.*

**Symptomatic Improvements:**

- Decreasing Pain: to 0/10.

***Problem #2*** **ADL / Functional Status: Current Status: Work status: Unable to work secondary to dysfunction.**

*LTG Achieve by Dec 18, 2018.*

**ADL Improvements In:**

- Patient will return to work at least light duty with no more than 2/10 pain.

***Problem #3*** **Questionnaires: Disabilities of the Arm, Shoulder and Hand (DASH).**

| | |
|---|---|
| • Date: | 11/21/2018 |
| • Test Name: | QuickDASH |
| • Assessment | Admit |
| • Disability/Symptom Score | 75.00 |

*STG Achieve by Dec 04, 2018.*

**Questionnaire Improvements: Disabilities of the Arm, Shoulder and Hand: Questionnaire:**

- Disability/Symptom Score 50.00

*LTG Achieve by Dec 18, 2018.*

**Questionnaire Improvements: Disabilities of the Arm, Shoulder and Hand: Questionnaire:**

- Disability/Symptom Score 25.00

***Problem #4*** **Palpation: ttp at the right proximal pectoralis minor insertion and long head of the biceps.**

*LTG Achieve by Dec 18, 2018.*

**Palpable Improvements:**

- Tenderness Decreasing to: 0=No tenderness noted.

| ***Problem #5*** **Range of Motion: Shoulder: Pre-Treatment.** | **Left AROM** | **Right AROM** |
|---|---|---|
| • Abduction | 178 | 174 |
| • External Rotation - 90 deg | 86 | 72 |
| • Flexion(pain in the anterior, right shoulder) | 160 | 160 |

*LTG Achieve by Dec 18, 2018.*

**Range of Motion Improvements to:**

- Improved to WNL in all planes with no reports of pain.

| ***Problem #6*** **Functional Tests: Movement: Apley's Scratch Test.** | **Left** | **Right** |
|---|---|---|
| • IR - Combined(pain in right, anterior shoulder) | To T6 | To Sacrum |

*LTG Achieve by Dec 18, 2018.*

**Functional Improvements In:**

- Functional IR to at least the level of T8 to be able to wash back and fasten bra with no pain.

| ***Problem #7*** **Muscle Testing: Upper Extremity MMT.** | **Left** | **Right** |
|---|---|---|
| • Elbow Extension | 4/5 | 4/5 |
| • Elbow Flexion | +4/5 | +4/5 |
| • Scaption | 4/5 | +4/5 |
| • Scapular Depression | 3/5 | 3/5 |
| • Scapular Retraction | 3/5 | 3/5 |
| • Shoulder Abduction | 4/5 | 4/5 |
| • Shoulder Extension | 4/5 | 4/5 |
| • Shoulder External Rotation | 4/5 | +4/5 |

| | Left | Right |
|---|---|---|
| • Shoulder Flexion | 4/5 | 4/5 |
| *LTG Achieve by Dec 18, 2018.* | | |
| **Musculoskeletal Improvements In: Upper Extremity Strength to:** | **Left** | **Right** |
| • Gross Assessment | +4/5 | +4/5 |

## Plan

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**

- Active Assistive Range of Motion Activities. Active Range of Motion Activities. Client Education. Group Therapy. Home Exercise Program. Joint Mobilization Techniques. Joint Protection. Manual Range of Motion Activities. Manual Therapy Techniques. Neural Mobilization Techniques. Neuromuscular Re-education. Passive Range of Motion Activities. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Activities. Therapeutic Exercise. Trigger Point Dry Needle.
- Modalities:
  - Cryotherapy. Interferential Stimulation. Moist Hot Pack. Ultrasound.

Mark A. Neal, PT, PT(KY Lic: 005703)
Signed on Nov 21, 2018 08:01:01

**Please Sign and Return**

I have reviewed the Plan of Care established for skilled therapy services and certify that the services are required and that they will be provided while the patient is under my care.

**Comments/Revisions**

**Ben Kibler** **Date**

**Patient: Jamie Reece** **DOB:**

KORT
The Best In Rehab.

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Nov 23, 2018** |
| DOB: | | FSC: | BCBS |
| Clinician: | Mark A. Neal, PT | Payor: | ANTHEM KY |
| Prim Phy: | Ben Kibler | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 258-8575 | Insured: | Not Specified |
| Phy Fax: | (859) 258-8562 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 1/31/2018 | Visits: | 1 |
| Surg. Date: | Not Specified | Cxl/Ns: | 1 |

# Cancel/No Show *Patient cancelled appointment*

**Diagnoses**

| | | |
|---|---|---|
| Right Shoulder | M75.41 | Impingement syndrome of right shoulder |
| | G90.511 | Complex regional pain syndrome I of right upper limb |
| | M25.511 | Pain in right shoulder |

## General Information

**Cancel Reasoning:**
- Personal Conflict

Mark A. Neal, PT, PT(KY Lic: 005703)
Signed on Nov 23, 2018 07:50:41

| | | | | | |
|---|---|---|---|---|---|
| KORT - BRYAN STATION PT<br>1650 Bryan Station Road<br>Ste 122<br>Lexington, KY USA 40505<br>Phone: (859) 293-6133<br>Fax: (859) 293-6730 | **Patient:** | **Jamie Reece** | | | |
| | **Acct #:** | **036-430317901** | **Visit Date:** | **Nov 27, 2018** |
| | DOB: | | FSC: | BCBS |
| | Clinician: | Mark A. Neal, PT | Payor: | ANTHEM KY |
| | Prim Phy: | Ben Kibler | Pol/Claim#: | TOAAN1313675 |
| | Phy Phone: | (859) 258-8575 | Insured: | Not Specified |
| | Phy Fax: | (859) 258-8562 | Employer: | Toyota |
| | Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| | Inj. Date: | 1/31/2018 | Visits: | 2 |
| | Surg. Date: | Not Specified | Cxl/Ns: | 1 |

KORT The Best In Rehab.

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Right Shoulder | M75.41 | Impingement syndrome of right shoulder |
| | G90.511 | Complex regional pain syndrome I of right upper limb |
| | M25.511 | Pain in right shoulder |

## Subjective Examination

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

**Chief Complaint: Pain: Severity:**

| | |
|---|---|
| • Current | 5 |
| • At Worst | 10 |

**Daily Comments:**
- Patient says her shoulder is tight today.

**Mechanism of Injury:**
- Patient says that she began having right shoulder pain in January of 2018 while working as a production team member at Toyota. The pain was bad enough to be pulled off line on 1/31/18. She did rehab while on light duty at the medical clinic on site, but did not have any improvement. She tried to go back to work in some capacity, but could not perform her job duties due to complaints of pain. She has seen two different orthopaedic surgeons who have performed diagnostic imaging that did not reveal any structural abnormalities. A cortisone injection was performed in the right shoulder, but had no effect. She has also had imaging and nerve conduction study of her neck that only revealed minor disc bulging, but nothing that warranted surgery. Additionally, she has seen a pain management physician who has prescribed medication that helps her pain some. She has been off work completely since April 2018 and is no longer being paid short term disability by her company. She has recently had a 4 month treatment at another outpatient physical therapy clinic that has not helped her pain. Over the past 2 months, she has developed symptoms that resulted in a diagnosis of complex regional pain syndrome in her right arm. She has color changes in her arm and hand, hot and cold bouts, burning/numbness, and swelling in the forearm wrist and hand that occur without provocation. At this point she is uncertain of her ability to return to work. She says any time she uses her right arm, she gets pain that can last 3-4 days that wakes her up at night.

**Questionnaires: Disabilities of the Arm, Shoulder and Hand (DASH):**

| | |
|---|---|
| • Date: | 11/21/2018 |
| • Test Name: | QuickDASH |
| • Assessment | Admit |
| • Disability/Symptom Score | 75.00 |

## Objective Examination

| **Clearing Examination: Spine: Cervical:** | **Left** | **Right** |
|---|---|---|
| • Foraminal Compression | Negative | Negative |
| • Spurling's Test | Negative | Negative |
| • Upper Limb Tension Test(ULTT1) | Negative | Negative |

**Clearing Examination: Spine: Range of Motion: Cervical:**

| | |
|---|---|
| • Active Extension | 46 Degrees |
| • Active Flexion | 52 Degrees |
| • Active Rotation Left | 80 Degrees |
| • Active Rotation Right | 82 Degrees |
| • Active Side Bend Left | 40 Degrees |
| • Active Side Bend Right | 32 Degrees |

| **Flexibility:** | **Left** | **Right** |
|---|---|---|
| • Pectoralis Minor | Slight Restriction | Severe Restriction |

| **Functional Tests: Movement: Apley's Scratch Test:** | **Left** | **Right** |
|---|---|---|
| • IR - Combined(pain in right, anterior shoulder) | To T6 | To Sacrum |

| **Joint Integrity/Mobility: Shoulder:** | **Left** | **Right** |
|---|---|---|
| • Inferior Humeral Glide | Normal | Hypomobile |

| | | |
|---|---|---|
| • Posterior Humeral Glide | Normal | Hypomobile/Painful |
| **Muscle Testing: Upper Extremity MMT:** | **Left** | **Right** |
| • Scapular Depression | 3/5 | 3/5 |
| • Scapular Retraction | 3/5 | 3/5 |
| • Scaption | 4/5 | +4/5 |
| • Shoulder Abduction | 4/5 | 4/5 |
| • Shoulder Extension | 4/5 | 4/5 |
| • Shoulder Flexion | 4/5 | 4/5 |
| • Shoulder External Rotation | 4/5 | +4/5 |
| • Elbow Extension | 4/5 | 4/5 |
| • Elbow Flexion | +4/5 | +4/5 |

**Palpation:**
- ttp at the right proximal pectoralis minor insertion and long head of the biceps.

**Posture:**
- Moderate forward head position and rounded shoulders (right > left). Right arm held in protected position across abdomen in IR and 90 degrees elbow flexion.

| **Range of Motion: Shoulder: Pre-Treatment:** | **Left AROM** | **Right AROM** |
|---|---|---|
| • Flexion(pain in the anterior, right shoulder) | 160 | 160 |
| • Abduction | 178 | 174 |
| • External Rotation - 90 deg | 86 | 72 |

| **Reflex/Sensory Integrity: Dermatomal Sensation: Light Touch:** | **Left** | **Right** |
|---|---|---|
| • C 05 | Normal | Normal |
| • C 06 | Normal | Diminished |
| • C 07 | Normal | Diminished |
| • C 08 | Normal | Diminished |

| **Special Tests: Shoulder: Musculoskeletal: Muscle/Tendon:** | **Left** | **Right** |
|---|---|---|
| • Drop Arm-Rotator Cuff | Negative | Negative |
| • Empty Can | Negative | Negative |
| • Hawkins-Kennedy Impingement | Negative | Aggravates Symptoms |

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Electrical Stimulation (unattended) | 97014 | 1 | n/a |
| • Manual Therapy Techniques | 97140 | 2 | 29 |
| • Neuromuscular Reeducation | 97112 | 2 | 16 |
| • Therapeutic Activities | 97530 | 1 | 10 |
| • Therapeutic Procedure | 97110 | 1 | 5 |

**Exercise Activities: Aerobic Conditioning:**
- Upper Body Ergometer — Time Elapsed: 10 Minutes, Direction: backward, Speed (rpm): 90, Charge As: Therapeutic Activities

**Exercise Activities: Flexibility:**
- Pectoralis Major Muscle — Time Elapsed: 5 Minutes, Side: Bilateral, Technique: Positions I/II, Body Position: Standing, Charge As: Therapeutic Exercise

**Exercise Activities: Tubing/Bands:**
- Extension, Shoulder — Time Elapsed: 5 Minutes, Tubing/Band Color: blue, Resistance: Concentric/Eccentric, Additional Detail: low row, Charge As: Neuromuscular Reeducation
- Scapular Retraction — Time Elapsed: 6 Minutes, Tubing/Band Color: none, Resistance: none, Additional Detail: prone PEER, Charge As: Neuromuscular Reeducation
- Seated Row — Time Elapsed: 5 Minutes, Tubing/Band Color: 5 kg, Resistance: Concentric/Eccentric, Charge As: Neuromuscular Reeducation

**Manual Interventions: Joint Segments: Shoulder:**
- Glenohumeral Joint — Time Elapsed: 15 Minutes, Grade: II/III, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Charge As: Manual Therapy Techniques

**Manual Interventions: Neural Glides:**

- Median Nerve — Time Elapsed: 4 Minutes, Technique: Mobilize & Elongate, Charge As: Manual Therapy Techniques

**Manual Interventions: Soft Tissue:**

- Pectoralis Minor — Time Elapsed: 10 Minutes, Tx Depth: Moderate, Technique: Dry Needling, Additional Detail: pec minor, biceps, wrist extensors, brachioradialis, Charge As: Manual Therapy Techniques

**Modalities:**

- Electric Stim, Unattended — Time Elapsed: 15 Minutes, Location: dry needling locations, Performed With: dry needling, Mode: Continuous, Type: Functional Stim, Clinical Use: Post Activity, Charge As: E-Stim, Unattended

## Assessment

The patient tolerated today's treatment intervention without complaints of pain or difficulty.

## Plan

**Recommendations:**

- Continue with current program.

Mark A. Neal, PT, PT(KY Lic: 005703)
Signed on Nov 28, 2018 07:14:45

KORT
The Best In Rehab.

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Nov 29, 2018** |
| DOB: | | FSC: | BCBS |
| Clinician: | Mark A. Neal, PT | Payor: | ANTHEM KY |
| Prim Phy: | Ben Kibler | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 258-8575 | Insured: | Not Specified |
| Phy Fax: | (859) 258-8562 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 1/31/2018 | Visits: | 3 |
| Surg. Date: | Not Specified | Cxl/Ns: | 1 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Right Shoulder | M75.41 | Impingement syndrome of right shoulder |
| | G90.511 | Complex regional pain syndrome I of right upper limb |
| | M25.511 | Pain in right shoulder |

## Subjective Examination

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

**Chief Complaint: Pain: Severity:**

| | |
|---|---|
| • Current | 5 |
| • At Worst | 10 |

**Daily Comments:**
- Patient says she is a little sore today.

**Mechanism of Injury:**
- Patient says that she began having right shoulder pain in January of 2018 while working as a production team member at Toyota. The pain was bad enough to be pulled off line on 1/31/18. She did rehab while on light duty at the medical clinic on site, but did not have any improvement. She tried to go back to work in some capacity, but could not perform her job duties due to complaints of pain. She has seen two different orthopaedic surgeons who have performed diagnostic imaging that did not reveal any structural abnormalities. A cortisone injection was performed in the right shoulder, but had no effect. She has also had imaging and nerve conduction study of her neck that only revealed minor disc bulging, but nothing that warranted surgery. Additionally, she has seen a pain management physician who has prescribed medication that helps her pain some. She has been off work completely since April 2018 and is no longer being paid short term disability by her company. She has recently had a 4 month treatment at another outpatient physical therapy clinic that has not helped her pain. Over the past 2 months, she has developed symptoms that resulted in a diagnosis of complex regional pain syndrome in her right arm. She has color changes in her arm and hand, hot and cold bouts, burning/numbness, and swelling in the forearm wrist and hand that occur without provocation. At this point she is uncertain of her ability to return to work. She says any time she uses her right arm, she gets pain that can last 3-4 days that wakes her up at night.

**Questionnaires: Disabilities of the Arm, Shoulder and Hand (DASH):**

| | |
|---|---|
| • Date: | 11/21/2018 |
| • Test Name: | QuickDASH |
| • Assessment | Admit |
| • Disability/Symptom Score | 75.00 |

## Objective Examination

| **Clearing Examination: Spine: Cervical:** | **Left** | **Right** |
|---|---|---|
| • Foraminal Compression | Negative | Negative |
| • Spurling's Test | Negative | Negative |
| • Upper Limb Tension Test(ULTT1) | Negative | Negative |
| **Clearing Examination: Spine: Range of Motion: Cervical:** | | |
| • Active Extension | 46 Degrees | |
| • Active Flexion | 52 Degrees | |
| • Active Rotation Left | 80 Degrees | |
| • Active Rotation Right | 82 Degrees | |
| • Active Side Bend Left | 40 Degrees | |
| • Active Side Bend Right | 32 Degrees | |
| **Flexibility:** | **Left** | **Right** |
| • Pectoralis Minor | Slight Restriction | Severe Restriction |
| **Functional Tests: Movement: Apley's Scratch Test:** | **Left** | **Right** |
| • IR - Combined(pain in right, anterior shoulder) | To T6 | To Sacrum |
| **Joint Integrity/Mobility: Shoulder:** | **Left** | **Right** |
| • Inferior Humeral Glide | Normal | Hypomobile |

| | | |
|---|---|---|
| • Posterior Humeral Glide | Normal | Hypomobile/Painful |
| **Muscle Testing: Upper Extremity MMT:** | **Left** | **Right** |
| • Scapular Depression | 3/5 | 3/5 |
| • Scapular Retraction | 3/5 | 3/5 |
| • Scaption | 4/5 | +4/5 |
| • Shoulder Abduction | 4/5 | 4/5 |
| • Shoulder Extension | 4/5 | 4/5 |
| • Shoulder Flexion | 4/5 | 4/5 |
| • Shoulder External Rotation | 4/5 | +4/5 |
| • Elbow Extension | 4/5 | 4/5 |
| • Elbow Flexion | +4/5 | +4/5 |

**Palpation:**
- ttp at the right proximal pectoralis minor insertion and long head of the biceps.

**Posture:**
- Moderate forward head position and rounded shoulders (right > left). Right arm held in protected position across abdomen in IR and 90 degrees elbow flexion.

| **Range of Motion: Shoulder: Pre-Treatment:** | **Left AROM** | **Right AROM** |
|---|---|---|
| • Flexion(pain in the anterior, right shoulder) | 160 | 160 |
| • Abduction | 178 | 174 |
| • External Rotation - 90 deg | 86 | 72 |

| **Reflex/Sensory Integrity: Dermatomal Sensation: Light Touch:** | **Left** | **Right** |
|---|---|---|
| • C 05 | Normal | Normal |
| • C 06 | Normal | Diminished |
| • C 07 | Normal | Diminished |
| • C 08 | Normal | Diminished |

| **Special Tests: Shoulder: Musculoskeletal: Muscle/Tendon:** | **Left** | **Right** |
|---|---|---|
| • Drop Arm-Rotator Cuff | Negative | Negative |
| • Empty Can | Negative | Negative |
| • Hawkins-Kennedy Impingement | Negative | Aggravates Symptoms |

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 3 | 35 |
| • Neuromuscular Reeducation | 97112 | 2 | 16 |
| • Therapeutic Activities | 97530 | 1 | 10 |
| • Therapeutic Procedure | 97110 | 1 | 5 |

**Exercise Activities: Aerobic Conditioning:**
- Upper Body Ergometer — Time Elapsed: 10 Minutes, Direction: backward, Speed (rpm): 90, Charge As: Therapeutic Activities

**Exercise Activities: Flexibility:**
- Pectoralis Major Muscle — Time Elapsed: 5 Minutes, Side: Bilateral, Technique: Positions I/II, Body Position: Standing, Charge As: Therapeutic Exercise

**Exercise Activities: Tubing/Bands:**
- Extension, Shoulder — Time Elapsed: 5 Minutes, Tubing/Band Color: blue, Resistance: Concentric/Eccentric, Additional Detail: low row, Charge As: Neuromuscular Reeducation
- Scapular Retraction — Time Elapsed: 6 Minutes, Tubing/Band Color: none, Resistance: none, Additional Detail: prone PEER, Charge As: Neuromuscular Reeducation
- Seated Row — Time Elapsed: 5 Minutes, Tubing/Band Color: 5 kg, Resistance: Concentric/Eccentric, Charge As: Neuromuscular Reeducation

**Manual Interventions: Joint Segments: Shoulder:**
- Glenohumeral Joint — Time Elapsed: 15 Minutes, Grade: II/III, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Charge As: Manual Therapy Techniques

| | |
|---|---|
| • Scapulothoracic Joint | Time Elapsed: 8 Minutes, Grade: II/III, Pressure: Oscillatory, Technique 1: Lateral Glide, Technique 2: Inferior Glide, Charge As: Manual Therapy Techniques |
| **Manual Interventions: Neural Glides:** | |
| • Median Nerve | Time Elapsed: 4 Minutes, Technique: Mobilize & Elongate, Charge As: Manual Therapy Techniques |
| **Manual Interventions: Soft Tissue:** | |
| • Pectoralis Minor(This visit) | Did Not Perform: This visit |
| **Manual Interventions: Joint Segments: Vertebral:** | |
| • Cervical Spine | Time Elapsed: 8 Minutes, Body Position: Supine, Pressure: Oscillatory, Technique 1: Gap/Distraction, Technique 2: Posteroanterior, Technique 3: UPA's left/right, Charge As: Manual Therapy Techniques |
| **Modalities:** | |
| • Electric Stim, Unattended(This visit) | Did Not Perform: This visit |

## Assessment
The patient tolerated today's treatment intervention without complaints of pain or difficulty.

## Plan
**Recommendations:**
- Continue with current program.

Mark A. Neal, PT, PT(KY Lic: 005703)
Signed on Nov 29, 2018 20:16:58

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

KORT
The Best In Rehab.

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Dec 18, 2018** |
| DOB: | | FSC: | BCBS |
| Clinician: | Mark A. Neal, PT | Payor: | ANTHEM KY |
| Prim Phy: | Ben Kibler | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 258-8575 | Insured: | Not Specified |
| Phy Fax: | (859) 258-8562 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 1/31/2018 | Visits: | 4 |
| Surg. Date: | Not Specified | Cxl/Ns: | 1 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Right Shoulder | M75.41 | Impingement syndrome of right shoulder |
| | G90.511 | Complex regional pain syndrome I of right upper limb |
| | M25.511 | Pain in right shoulder |

## Subjective Examination

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

**Chief Complaint: Pain: Severity:**

| | |
|---|---|
| • Current | 5/10 |
| • At Worst | 10/10 |

**Daily Comments:**
- Patient says that she has been back at the gym more and is having less n/t since she stopped taking Humira.

**Mechanism of Injury:**
- Patient says that she began having right shoulder pain in January of 2018 while working as a production team member at Toyota. The pain was bad enough to be pulled off line on 1/31/18. She did rehab while on light duty at the medical clinic on site, but did not have any improvement. She tried to go back to work in some capacity, but could not perform her job duties due to complaints of pain. She has seen two different orthopaedic surgeons who have performed diagnostic imaging that did not reveal any structural abnormalities. A cortisone injection was performed in the right shoulder, but had no effect. She has also had imaging and nerve conduction study of her neck that only revealed minor disc bulging, but nothing that warranted surgery. Additionally, she has seen a pain management physician who has prescribed medication that helps her pain some. She has been off work completely since April 2018 and is no longer being paid short term disability by her company. She has recently had a 4 month treatment at another outpatient physical therapy clinic that has not helped her pain. Over the past 2 months, she has developed symptoms that resulted in a diagnosis of complex regional pain syndrome in her right arm. She has color changes in her arm and hand, hot and cold bouts, burning/numbness, and swelling in the forearm wrist and hand that occur without provocation. At this point she is uncertain of her ability to return to work. She says any time she uses her right arm, she gets pain that can last 3-4 days that wakes her up at night.

**Questionnaires: Disabilities of the Arm, Shoulder and Hand (DASH):**

| | |
|---|---|
| • Date: | 11/21/2018 |
| • Test Name: | QuickDASH |
| • Assessment | Admit |
| • Disability/Symptom Score | 75.00 |

## Objective Examination

| **Clearing Examination: Spine: Cervical:** | **Left** | **Right** |
|---|---|---|
| • Foraminal Compression | Negative | Negative |
| • Spurling's Test | Negative | Negative |
| • Upper Limb Tension Test(ULTT1) | Negative | Negative |
| **Clearing Examination: Spine: Range of Motion: Cervical:** | | |
| • Active Extension | 46 Degrees | |
| • Active Flexion | 52 Degrees | |
| • Active Rotation Left | 80 Degrees | |
| • Active Rotation Right | 82 Degrees | |
| • Active Side Bend Left | 40 Degrees | |
| • Active Side Bend Right | 32 Degrees | |
| **Flexibility:** | **Left** | **Right** |
| • Pectoralis Minor | Slight Restriction | Severe Restriction |
| **Functional Tests: Movement: Apley's Scratch Test:** | **Left** | **Right** |
| • IR - Combined(pain in right, anterior shoulder) | To T6 | To Sacrum |
| **Joint Integrity/Mobility: Shoulder:** | **Left** | **Right** |
| • Inferior Humeral Glide | Normal | Hypomobile |

| | | |
|---|---|---|
| • Posterior Humeral Glide | Normal | Hypomobile/Painful |
| **Muscle Testing: Upper Extremity MMT:** | **Left** | **Right** |
| • Scapular Depression | 3/5 | 3/5 |
| • Scapular Retraction | 3/5 | 3/5 |
| • Scaption | 4/5 | +4/5 |
| • Shoulder Abduction: | 4/5 | 4/5 |
| • Shoulder Extension | 4/5 | 4/5 |
| • Shoulder Flexion: | 4/5 | 4/5 |
| • Shoulder External Rotation: | 4/5 | +4/5 |
| • Elbow Extension | 4/5 | 4/5 |
| • Elbow Flexion | +4/5 | +4/5 |

**Palpation:**
- ttp at the right proximal pectoralis minor insertion and long head of the biceps.

**Posture:**
- Moderate forward head position and rounded shoulders (right > left). Right arm held in protected position across abdomen in IR and 90 degrees elbow flexion.

| **Range of Motion: Shoulder: Pre-Treatment:** | **Left AROM** | **Right AROM** |
|---|---|---|
| • Flexion(pain in the anterior, right shoulder) | 160 | 160 |
| • Abduction | 178 | 174 |
| • External Rotation - 90 deg | 86 | 72 |

| **Reflex/Sensory Integrity: Dermatomal Sensation: Light Touch:** | **Left** | **Right** |
|---|---|---|
| • C 05 | Normal | Normal |
| • C 06 | Normal | Diminished |
| • C 07 | Normal | Diminished |
| • C 08 | Normal | Diminished |

| **Special Tests: Shoulder: Musculoskeletal: Muscle/Tendon:** | **Left** | **Right** |
|---|---|---|
| • Drop Arm-Rotator Cuff | Negative | Negative |
| • Empty Can | Negative | Negative |
| • Hawkins-Kennedy Impingement | Negative | Aggravates Symptoms |

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 3 | 35 |
| • Therapeutic Procedure | 97110 | 2 | 20 |

**Exercise Activities: Aerobic Conditioning:**
- Upper Body Ergometer(This visit) — Did Not Perform: This visit

**Exercise Activities: Flexibility:**
- Pectoralis Major Muscle — Time Elapsed: 5 Minutes, Side: Bilateral, Technique: Positions I/II, Body Position: Standing, Charge As: Therapeutic Exercise

**Exercise Activities: Tubing/Bands:**
- Extension, Shoulder(This visit) — Did Not Perform: This visit
- Scapular Retraction(This visit) — Did Not Perform: This visit
- Seated Row(This visit) — Did Not Perform: This visit

**Manual Interventions: Joint Segments: Shoulder:**
- Glenohumeral Joint — Time Elapsed: 15 Minutes, Grade: II/III, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Charge As: Manual Therapy Techniques
- Scapulothoracic Joint — Time Elapsed: 8 Minutes, Grade: II/III, Pressure: Oscillatory, Technique 1: Lateral Glide, Technique 2: Inferior Glide, Charge As: Manual Therapy Techniques

**Manual Interventions: Neural Glides:**
- Median Nerve — Time Elapsed: 4 Minutes, Technique: Mobilize & Elongate, Charge As: Manual Therapy Techniques

**Manual Interventions: Soft Tissue:**
- Pectoralis Minor(This visit) — Did Not Perform: This visit

**Manual Interventions: Joint Segments: Vertebral:**

- Cervical Spine

Time Elapsed: 8 Minutes, Body Position: Supine, Pressure: Oscillatory, Technique 1: Gap/Distraction, Technique 2: Posteroanterior, Technique 3: UPA's left/right, Charge As: Manual Therapy Techniques

**Modalities:**
- Electric Stim, Unattended(This visit)

Did Not Perform: This visit

**Pt./Family Education:**
- Patient Education 1

Time Elapsed: 15 Minutes, Description: pain science education/HEP discussion and demonstration/assessment of tests and measures., Charge As: Therapeutic Exercise

## Assessment

The patient tolerated today's treatment intervention without complaints of pain or difficulty.

## Plan

**Recommendations:**
- Continue with current program.

Mark A. Neal, PT, PT(KY Lic: 005703)
Signed on Dec 18, 2018 11:06:08

KORT
The Best In Rehab.
KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Dec 26, 2018** |
| DOB: | | FSC: | BCBS |
| Clinician: | Mark A. Neal, PT | Payor: | ANTHEM KY |
| Prim Phy: | Ben Kibler | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 258-8575 | Insured: | Not Specified |
| Phy Fax: | (859) 258-8562 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 1/31/2018 | Visits: | 4 |
| Surg. Date: | Not Specified | Cxl/Ns: | 2 |

# Cancel/No Show *Patient did not show up for appointment*

**Diagnoses**

| | | |
|---|---|---|
| Right Shoulder | M75.41 | Impingement syndrome of right shoulder |
| | G90.511 | Complex regional pain syndrome I of right upper limb |
| | M25.511 | Pain in right shoulder |

## General Information

**Cancel Reasoning:**

- No Show

Mark A. Neal, PT, PT(KY Lic: 005703)
Signed on Dec 26, 2018 10:51:10

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Note Date:** | **Jan 07, 2019** |
| DOB: | | FSC: | BCBS |
| Clinician: | Mark A. Neal, PT | Payor: | ANTHEM KY |
| Prim Phy: | Ben Kibler | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 258-8575 | Insured: | Not Specified |
| Phy Fax: | (859) 258-8562 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 1/31/2018 | Visits: | 4 |
| Surg. Date: | Not Specified | Cxl/Ns: | 2 |

# Discharge Summary

**Diagnoses**

| | | |
|---|---|---|
| Right Shoulder | M75.41 | Impingement syndrome of right shoulder |
| | G90.511 | Complex regional pain syndrome I of right upper limb |
| | M25.511 | Pain in right shoulder |

## Subjective Examination

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

| **Chief Complaint: Pain: Severity:** | **Initial Nov 20, 2018** | **Current Nov 20, 2018** | **Change** |
|---|---|---|---|
| • Current | 5/10 | 5/10 | - |
| • At Worst | 10/10 | 10/10 | - |

**Mechanism of Injury:**

- Patient says that she began having right shoulder pain in January of 2018 while working as a production team member at Toyota. The pain was bad enough to be pulled off line on 1/31/18. She did rehab while on light duty at the medical clinic on site, but did not have any improvement. She tried to go back to work in some capacity, but could not perform her job duties due to complaints of pain. She has seen two different orthopaedic surgeons who have performed diagnostic imaging that did not reveal any structural abnormalities. A cortisone injection was performed in the right shoulder, but had no effect. She has also had imaging and nerve conduction study of her neck that only revealed minor disc bulging, but nothing that warranted surgery. Additionally, she has seen a pain management physician who has prescribed medication that helps her pain some. She has been off work completely since April 2018 and is no longer being paid short term disability by her company. She has recently had a 4 month treatment at another outpatient physical therapy clinic that has not helped her pain. Over the past 2 months, she has developed symptoms that resulted in a diagnosis of complex regional pain syndrome in her right arm. She has color changes in her arm and hand, hot and cold bouts, burning/numbness, and swelling in the forearm wrist and hand that occur without provocation. At this point she is uncertain of her ability to return to work. She says any time she uses her right arm, she gets pain that can last 3-4 days that wakes her up at night.

| **Questionnaires: Disabilities of the Arm, Shoulder and Hand (DASH):** | **Initial Nov 20, 2018** | **Current Nov 20, 2018** | **Change** |
|---|---|---|---|
| • Date: | 11/21/2018 | 11/21/2018 | N/A |
| • Test Name: | QuickDASH | QuickDASH | N/A |
| • Assessment | Admit | Admit | N/A |
| • Disability/Symptom Score | 75.00 | 75.00 | - |

## Objective Examination

| **Clearing Examination: Spine: Cervical:** | **Initial Nov 20, 2018** | | **Current Nov 20, 2018** | | **Change** | |
|---|---|---|---|---|---|---|
| | **Left** | **Right** | **Left** | **Right** | **Left** | **Right** |
| • Foraminal Compression | Negative | Negative | Negative | Negative | N/A | N/A |
| • Spurling's Test | Negative | Negative | Negative | Negative | N/A | N/A |
| • Upper Limb Tension Test(ULTT1) | Negative | Negative | Negative | Negative | N/A | N/A |

| **Clearing Examination: Spine: Range of Motion: Cervical:** | **Initial Nov 20, 2018** | **Current Nov 20, 2018** | **Change** |
|---|---|---|---|
| • Active Extension | 46 Degrees | 46 Degrees | - |
| • Active Flexion | 52 Degrees | 52 Degrees | - |
| • Active Rotation Left | 80 Degrees | 80 Degrees | - |
| • Active Rotation Right | 82 Degrees | 82 Degrees | - |
| • Active Side Bend Left | 40 Degrees | 40 Degrees | - |
| • Active Side Bend Right | 32 Degrees | 32 Degrees | - |

| **Flexibility:** | **Initial Nov 20, 2018** | | **Current Nov 20, 2018** | | **Change** | |
|---|---|---|---|---|---|---|
| | **Left** | **Right** | **Left** | **Right** | **Left** | **Right** |
| • Pectoralis Minor | Slight Restriction | Severe Restriction | Slight Restriction | Severe Restriction | N/A | N/A |

| **Functional Tests: Movement: Apley's Scratch Test:** | **Initial Nov 20, 2018** | | **Current Nov 20, 2018** | | **Change** | |
|---|---|---|---|---|---|---|
| | **Left** | **Right** | **Left** | **Right** | **Left** | **Right** |
| • IR - Combined(pain in right, anterior shoulder) | To T6 | To Sacrum | To T6 | To Sacrum | N/A | N/A |

| Joint Integrity/Mobility: Shoulder: | Initial Nov 20, 2018 Left | Initial Nov 20, 2018 Right | Current Nov 20, 2018 Left | Current Nov 20, 2018 Right | Change Left | Change Right |
|---|---|---|---|---|---|---|
| • Inferior Humeral Glide | Normal | Hypomobile | Normal | Hypomobile | N/A | N/A |
| • Posterior Humeral Glide | Normal | Hypomobile/Painful | Normal | Hypomobile/Painful | N/A | N/A |

| Muscle Testing: Upper Extremity MMT: | Initial Nov 20, 2018 Left | Initial Nov 20, 2018 Right | Current Nov 20, 2018 Left | Current Nov 20, 2018 Right | Change Left | Change Right |
|---|---|---|---|---|---|---|
| • Scapular Depression | 3/5 | 3/5 | 3/5 | 3/5 | - | - |
| • Scapular Retraction | 3/5 | 3/5 | 3/5 | 3/5 | - | - |
| • Scaption | 4/5 | +4/5 | 4/5 | +4/5 | - | - |
| • Shoulder Abduction: | 4/5 | 4/5 | 4/5 | 4/5 | - | - |
| • Shoulder Extension | 4/5 | 4/5 | 4/5 | 4/5 | - | - |
| • Shoulder Flexion: | 4/5 | 4/5 | 4/5 | 4/5 | - | - |
| • Shoulder External Rotation: | 4/5 | +4/5 | 4/5 | +4/5 | - | - |
| • Elbow Extension | 4/5 | 4/5 | 4/5 | 4/5 | - | - |
| • Elbow Flexion | +4/5 | +4/5 | +4/5 | +4/5 | - | - |

**Palpation:**
- ttp at the right proximal pectoralis minor insertion and long head of the biceps.

**Posture:**
- Moderate forward head position and rounded shoulders (right > left). Right arm held in protected position across abdomen in IR and 90 degrees elbow flexion.

| Range of Motion: Shoulder: Pre-Treatment: | Initial Nov 20, 2018 L. Act. | Initial Nov 20, 2018 R. Act. | Current Nov 20, 2018 L. Act. | Current Nov 20, 2018 R. Act. | Change L. Act. | Change Pas. | Change R. Act. | Change Pas. |
|---|---|---|---|---|---|---|---|---|
| • Flexion(pain in the anterior, right shoulder) | 160 | 160 | 160 | 160 | - | N/A | - | N/A |
| • Abduction | 178 | 174 | 178 | 174 | - | N/A | - | N/A |
| • External Rotation - 90 deg | 86 | 72 | 86 | 72 | - | N/A | - | N/A |

| Reflex/Sensory Integrity: Dermatomal Sensation: Light Touch: | Initial Nov 20, 2018 Left | Initial Nov 20, 2018 Right | Current Nov 20, 2018 Left | Current Nov 20, 2018 Right | Change Left | Change Right |
|---|---|---|---|---|---|---|
| • C 05 | Normal | Normal | Normal | Normal | N/A | N/A |
| • C 06 | Normal | Diminished | Normal | Diminished | N/A | N/A |
| • C 07 | Normal | Diminished | Normal | Diminished | N/A | N/A |
| • C 08 | Normal | Diminished | Normal | Diminished | N/A | N/A |

| Special Tests: Shoulder: Musculoskeletal: Muscle/Tendon: | Initial Nov 20, 2018 Left | Initial Nov 20, 2018 Right | Current Nov 20, 2018 Left | Current Nov 20, 2018 Right | Change Left | Change Right |
|---|---|---|---|---|---|---|
| • Drop Arm-Rotator Cuff | Negative | Negative | Negative | Negative | N/A | N/A |
| • Empty Can | Negative | Negative | Negative | Negative | N/A | N/A |
| • Hawkins-Kennedy Impingement | Negative | Aggravates Symptoms | Negative | Aggravates Symptoms | N/A | N/A |

## Assessment

At this time skilled rehabilitative services at this site are no longer required due to the patient's request for discharge. Based on this patient's clinical presentation, it is my professional opinion that the patient's prognosis at time of discharge is fair. The patient was educated regarding their discharge prognosis and related pathology. The patient demonstrates good understanding of their home program instructions.

## Problems & Goals

***Problem #1*** **Chief Complaint: Pain: Severity.**

*Goal Abandoned Jan 07, 2019. Patient self-discharge.*

**Symptomatic Improvements:**
- Decreasing Pain: to 5/10.
- Decreasing Pain: to 0/10.

***Problem #2*** **ADL / Functional Status: Current Status: Work status: Unable to work secondary to dysfunction.**

*Goal Abandoned Jan 07, 2019. Patient self-discharge.*

**ADL Improvements In:**
- Patient will return to work at least light duty with no more than 2/10 pain.

***Problem #3*** **Questionnaires: Disabilities of the Arm, Shoulder and Hand (DASH).**

*Goal Abandoned Jan 07, 2019. Patient self-discharge.*

**Questionnaire Improvements: Disabilities of the Arm, Shoulder and Hand: Questionnaire:**
- Disability/Symptom Score 50.00

**Questionnaire Improvements: Disabilities of the Arm, Shoulder and Hand: Questionnaire:**
- Disability/Symptom Score 25.00

***Problem #4*** **Palpation: ttp at the right proximal pectoralis minor insertion and long head of the biceps.**

*Goal Abandoned Jan 07, 2019. Patient self-discharge.*

**Palpable Improvements:**
- Tenderness Decreasing to: 0=No tenderness noted.

***Problem #5*** **Range of Motion: Shoulder: Pre-Treatment.**

*Goal Abandoned Jan 07, 2019. Patient self-discharge.*

**Range of Motion Improvements to:**
- Improved to WNL in all planes with no reports of pain.

***Problem #6*** **Functional Tests: Movement: Apley's Scratch Test.**

*Goal Abandoned Jan 07, 2019. Patient self-discharge.*

**Functional Improvements In:**
- Functional IR to at least the level of T8 to be able to wash back and fasten bra with no pain.

***Problem #7*** **Muscle Testing: Upper Extremity MMT.**

*Goal Abandoned Jan 07, 2019. Patient self-discharge.*

| **Musculoskeletal Improvements In: Upper Extremity Strength to:** | **Left** | **Right** |
|---|---|---|
| • Gross Assessment | +4/5 | +4/5 |

## Plan

The patient is choosing to discontinue therapy at this time.

Mark A. Neal, PT, PT(KY Lic: 005703)
Signed on Jan 07, 2019 10:20:28

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

KORT The Best In Rehab.

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Feb 01, 2019** |
| DOB: | | FSC: | BCBS |
| Clinician: | Michael W. Hopper, PT | Payor: | ANTHEM KY |
| Prim Phy: | Ben Kibler | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 258-8575 | Insured: | Not Specified |
| Phy Fax: | (859) 258-8562 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 1/31/2018 | Visits: | 5 |
| Surg. Date: | Not Specified | Cxl/Ns: | 2 |

# Re-Evaluation

**Diagnoses**

| | | |
|---|---|---|
| Right Shoulder | M75.41 | Impingement syndrome of right shoulder |
| | G90.511 | Complex regional pain syndrome I of right upper limb |
| | M25.511 | Pain in right shoulder |

## Subjective Examination

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

| Chief Complaint: Pain: Severity: | Initial Nov 20, 2018 | Current Nov 20, 2018 | Change |
|---|---|---|---|
| • Current | 5/10 | 5/10 | - |
| • At Worst | 10/10 | 10/10 | - |

**Mechanism of Injury:**

- Patient says that she began having right shoulder pain in January of 2018 while working as a production team member at Toyota. The pain was bad enough to be pulled off line on 1/31/18. She did rehab while on light duty at the medical clinic on site, but did not have any improvement. She tried to go back to work in some capacity, but could not perform her job duties due to complaints of pain. She has seen two different orthopaedic surgeons who have performed diagnostic imaging that did not reveal any structural abnormalities. A cortisone injection was performed in the right shoulder, but had no effect. She has also had imaging and nerve conduction study of her neck that only revealed minor disc bulging, but nothing that warranted surgery. Additionally, she has seen a pain management physician who has prescribed medication that helps her pain some. She has been off work completely since April 2018 and is no longer being paid short term disability by her company. She has recently had a 4 month treatment at another outpatient physical therapy clinic that has not helped her pain. Over the past 2 months, she has developed symptoms that resulted in a diagnosis of complex regional pain syndrome in her right arm. She has color changes in her arm and hand, hot and cold bouts, burning/numbness, and swelling in the forearm wrist and hand that occur without provocation. At this point she is uncertain of her ability to return to work. She says any time she uses her right arm, she gets pain that can last 3-4 days that wakes her up at night.

| Questionnaires: Disabilities of the Arm, Shoulder and Hand (DASH): | Initial Nov 20, 2018 | Current Feb 01, 2019 | Change |
|---|---|---|---|
| • Date: | 11/21/2018 | 02/01/2019 | N/A |
| • Test Name: | QuickDASH | a QuickDASH | N/A |
| • Assessment | Admit | Follow-up | N/A |
| • Disability/Symptom Score | 75.00 | 56.82 | 18.18 |

a Measured On Nov 20, 2018

## Objective Examination

| Clearing Examination: Spine: Cervical: | Initial Nov 20, 2018 Left | Initial Right | Current Nov 20, 2018 Left | Current Right | Change Left | Change Right |
|---|---|---|---|---|---|---|
| • Foraminal Compression | Negative | Negative | Negative | Negative | N/A | N/A |
| • Spurling's Test | Negative | Negative | Negative | Negative | N/A | N/A |
| • Upper Limb Tension Test(ULTT1) | Negative | Negative | Negative | Negative | N/A | N/A |

| Clearing Examination: Spine: Range of Motion: Cervical: | Initial Nov 20, 2018 | Current Feb 01, 2019 | Change |
|---|---|---|---|
| • Active Extension | 46 Degrees | 56 Degrees | 10 Degrees |
| • Active Flexion | 52 Degrees | a 52 Degrees | - |
| • Active Rotation Left | 80 Degrees | a 80 Degrees | - |
| • Active Rotation Right | 82 Degrees | a 82 Degrees | - |
| • Active Side Bend Left | 40 Degrees | a 40 Degrees | - |
| • Active Side Bend Right | 32 Degrees | a 32 Degrees | - |

a Measured On Nov 20, 2018

| Flexibility: | Initial Nov 20, 2018 Left | Initial Right | Current Feb 01, 2019 Left | Current Right | Change Left | Change Right |
|---|---|---|---|---|---|---|
| • Pectoralis Minor | Slight Restriction | Severe Restriction | a Slight Restriction | Moderate Restriction | N/A | N/A |

a Measured On Nov 20, 2018

| **Functional Tests: Movement: Apley's Scratch Test:** | **Initial Nov 20, 2018** Left | Right | **Current Feb 01, 2019** Left | Right | **Change** Left | Right |
|---|---|---|---|---|---|---|
| • IR - Combined(pain in right, anterior shoulder) | To T6 | To Sacrum | [a] To T6 | To T10 | N/A | N/A |

a Measured On Nov 20, 2018

| **Joint Integrity/Mobility: Shoulder:** | **Initial Nov 20, 2018** Left | Right | **Current Feb 01, 2019** Left | Right | **Change** Left | Right |
|---|---|---|---|---|---|---|
| • Inferior Humeral Glide | Normal | Hypomobile | [a] Normal | Normal | N/A | N/A |
| • Posterior Humeral Glide | Normal | Hypomobile/Painful | [a] Normal | [a] Hypomobile/Painful | N/A | N/A |

a Measured On Nov 20, 2018

| **Muscle Testing: Upper Extremity MMT:** | **Initial Nov 20, 2018** Left | Right | **Current Feb 01, 2019** Left | Right | **Change** Left | Right |
|---|---|---|---|---|---|---|
| • Scapular Depression | 3/5 | 3/5 | -4/5 | +3/5 | Inc'd | Inc'd |
| • Scapular Retraction | 3/5 | 3/5 | -4/5 | +3/5 | Inc'd | Inc'd |
| • Scaption | 4/5 | +4/5 | +4/5 | 4/5 | Inc'd | Dec'd |
| • Shoulder Abduction: | 4/5 | 4/5 | [a] 4/5 | [a] 4/5 | - | - |
| • Shoulder Extension | 4/5 | 4/5 | [a] 4/5 | [a] 4/5 | - | - |
| • Shoulder Flexion: | 4/5 | 4/5 | [a] 4/5 | [a] 4/5 | - | - |
| • Shoulder External Rotation: | 4/5 | +4/5 | [a] 4/5 | [a] +4/5 | - | - |
| • Elbow Extension | 4/5 | 4/5 | [a] 4/5 | [a] 4/5 | - | - |
| • Elbow Flexion | +4/5 | +4/5 | [a] +4/5 | [a] +4/5 | - | - |

a Measured On Nov 20, 2018

**Palpation:**
- mild ttp at the right proximal pectoralis minor insertion and long head of the biceps.

**Posture:**
- Moderate forward head position and rounded shoulders (right > left). Right arm held in protected position across abdomen in IR and 90 degrees elbow flexion.

| **Range of Motion: Shoulder: Pre-Treatment:** | **Initial Nov 20, 2018** L. Act. | R. Act. | **Current Feb 01, 2019** L. Act. | R. Act. | **Change** L. Act. | Pas. | R. Act. | Pas. |
|---|---|---|---|---|---|---|---|---|
| • Flexion(right upper trap and deltoid pain) | 160 | 160 | [a] 160 [a] | [a] 160 [a] | - | N/A | - | N/A |
| • Abduction | 178 | 174 | [a] 178 [a] | [a] 174 [a] | - | N/A | - | N/A |
| • External Rotation - 90 deg | 86 | 72 | 90 [a] | 76 [a] | 4 | N/A | 4 | N/A |

a Measured On Nov 20, 2018

| **Reflex/Sensory Integrity: Dermatomal Sensation: Light Touch:** | **Initial Nov 20, 2018** Left | Right | **Current Nov 20, 2018** Left | Right | **Change** Left | Right |
|---|---|---|---|---|---|---|
| • C 05 | Normal | Normal | Normal | Normal | N/A | N/A |
| • C 06 | Normal | Diminished | Normal | Diminished | N/A | N/A |
| • C 07 | Normal | Diminished | Normal | Diminished | N/A | N/A |
| • C 08 | Normal | Diminished | Normal | Diminished | N/A | N/A |

| **Special Tests: Shoulder: Musculoskeletal: Muscle/Tendon:** | **Initial Nov 20, 2018** Left | Right | **Current Nov 20, 2018** Left | Right | **Change** Left | Right |
|---|---|---|---|---|---|---|
| • Drop Arm-Rotator Cuff | Negative | Negative | Negative | Negative | N/A | N/A |
| • Empty Can | Negative | Negative | Negative | Negative | N/A | N/A |
| • Hawkins-Kennedy Impingement | Negative | Aggravates Symptoms | Negative | Aggravates Symptoms | N/A | N/A |

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 1 | 12 |
| • Reevaluation | 97164 | 1 | n/a |
| • Therapeutic Procedure | 97110 | 2 | 20 |

**Exercise Activities: Aerobic Conditioning:**
- Upper Body Ergometer(This visit) Did Not Perform: This visit

| | |
|---|---|
| **Exercise Activities: Flexibility:** | |
| • Pectoralis Major Muscle | Time Elapsed: 5 Minutes, Side: Bilateral, Technique: Positions I/II, Body Position: Standing, Charge As: Therapeutic Exercise |
| **Exercise Activities: Tubing/Bands:** | |
| • Extension, Shoulder(This visit) | Did Not Perform: This visit |
| • Scapular Retraction(This visit) | Did Not Perform: This visit |
| • Seated Row(This visit) | Did Not Perform: This visit |
| **Manual Interventions: Joint Segments: Shoulder:** | |
| • Glenohumeral Joint(This visit) | Did Not Perform: This visit |
| • Scapulothoracic Joint(This visit) | Did Not Perform: This visit |
| **Manual Interventions: Neural Glides:** | |
| • Median Nerve | Time Elapsed: 4 Minutes, Technique: Mobilize & Elongate, Charge As: Manual Therapy Techniques |
| **Manual Interventions: Soft Tissue:** | |
| • Pectoralis Minor(This visit) | Did Not Perform: This visit |
| **Manual Interventions: Joint Segments: Vertebral:** | |
| • Cervical Spine | Time Elapsed: 8 Minutes, Body Position: Supine, Pressure: Oscillatory, Technique 1: Gap/Distraction, Technique 2: Posteroanterior, Technique 3: UPA's left/right, Charge As: Manual Therapy Techniques |
| **Modalities:** | |
| • Electric Stim, Unattended(This visit) | Did Not Perform: This visit |
| **Pt./Family Education:** | |
| • Patient Education 1 | Time Elapsed: 15 Minutes, Description: pain science education/HEP discussion and demonstration/assessment of tests and measures., Charge As: Therapeutic Exercise |

## Assessment

The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

**Recommendations: Skilled Intervention: Required To:**

- Decrease Pain. Improve Function. Improve Motor Control. Increase Range of Motion. Increase Strength. Return To Work.

## Problems & Goals

***Problem #1*** **Chief Complaint: Pain: Severity.**

*LTG Achieve by Mar 01, 2019. Progress: Some progress.*

**Symptomatic Improvements:**

- Decreasing Pain: to 0/10.

*Goal Achieved Feb 01, 2019.*

**Symptomatic Improvements:**

- Decreasing Pain: to 5/10.

***Problem #2*** **ADL / Functional Status: Current Status: Work status: Unable to work secondary to dysfunction.**

*LTG Achieve by Mar 01, 2019.*

**ADL Improvements In:**

- Patient will return to work at least light duty with no more than 2/10 pain.

***Problem #3*** **Questionnaires: Disabilities of the Arm, Shoulder and Hand (DASH).**

*STG Achieve by Feb 15, 2019. Progress: Excellent progress.*

**Questionnaire Improvements: Disabilities of the Arm, Shoulder and Hand: Questionnaire:**

- Disability/Symptom Score 50.00

*LTG Achieve by Mar 01, 2019.*

**Questionnaire Improvements: Disabilities of the Arm, Shoulder and Hand: Questionnaire:**

- Disability/Symptom Score 25.00

***Problem #4*** **Palpation: mild ttp at the right proximal pectoralis minor insertion and long head of the biceps.**

*LTG Achieve by Mar 01, 2019.*

**Palpable Improvements:**

- Tenderness Decreasing to: 0=No tenderness noted.

***Problem #5*** **Range of Motion: Shoulder: Pre-Treatment.**

*LTG Achieve by Mar 01, 2019. Progress: Some progress.*

**Range of Motion Improvements to:**

- Improved to WNL in all planes with no reports of pain.

***Problem #6*** **Functional Tests: Movement: Apley's Scratch Test.**

*LTG Achieve by Feb 22, 2019. Progress: Excellent progress.*

**Functional Improvements In:**

- Functional IR to at least the level of T8 to be able to wash back and fasten bra with no pain.

***Problem #7*** **Muscle Testing: Upper Extremity MMT.**

*LTG Achieve by Mar 01, 2019.*

| **Musculoskeletal Improvements In: Upper Extremity Strength to:** | **Left** | **Right** |
|---|---|---|
| • Gross Assessment | +4/5 | +4/5 |

## Plan

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**

- Client Education. Home Exercise Program. Manual Therapy Techniques. Modalities: As Needed. Neuromuscular Re-education. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Therapeutic Activities. Therapeutic Exercise. Trigger Point Dry Needle.

Michael W. Hopper, PT, PT(KY Lic: 006740)
Signed on Feb 01, 2019 11:42:14

KORT
The Best In Rehab.

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Feb 01, 2019** |
| DOB: | | FSC: | BCBS |
| Clinician: | Michael W. Hopper, PT | Payor: | ANTHEM KY |
| Prim Phy: | Ben Kibler | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 258-8575 | Insured: | Not Specified |
| Phy Fax: | (859) 258-8562 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 1/31/2018 | Visits: | 5 |
| Surg. Date: | Not Specified | Cxl/Ns: | 2 |

# Plan of Care

**Diagnoses**

| | | |
|---|---|---|
| Right Shoulder | M75.41 | Impingement syndrome of right shoulder |
| | G90.511 | Complex regional pain syndrome I of right upper limb |
| | M25.511 | Pain in right shoulder |

## Subjective Examination

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

**Questionnaires: Disabilities of the Arm, Shoulder and Hand (DASH):**
- Date: 02/01/2019
- Test Name: QuickDASH
- Assessment Follow-up
- Disability/Symptom Score 56.82

## Assessment

The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

**Recommendations: Skilled Intervention: Required To:**
- Decrease Pain. Improve Function. Improve Motor Control. Increase Range of Motion. Increase Strength. Return To Work.

## Problems & Goals

***Problem #1*** **Chief Complaint: Pain: Severity.**
- At Worst 10/10
- Current 5/10

*LTG Achieve by Mar 01, 2019. Progress: Some progress.*

**Symptomatic Improvements:**
- Decreasing Pain: to 0/10.

*Goal Achieved Feb 01, 2019.*

**Symptomatic Improvements:**
- Decreasing Pain: to 5/10.

***Problem #2*** **ADL / Functional Status: Current Status: Work status: Unable to work secondary to dysfunction.**

*LTG Achieve by Mar 01, 2019.*

**ADL Improvements In:**
- Patient will return to work at least light duty with no more than 2/10 pain.

***Problem #3*** **Questionnaires: Disabilities of the Arm, Shoulder and Hand (DASH).**
- Date: 02/01/2019
- Test Name: QuickDASH
- Assessment Follow-up
- Disability/Symptom Score 56.82

*STG Achieve by Feb 15, 2019. Progress: Excellent progress.*

**Questionnaire Improvements: Disabilities of the Arm, Shoulder and Hand: Questionnaire:**
- Disability/Symptom Score 50.00

*LTG Achieve by Mar 01, 2019.*

**Questionnaire Improvements: Disabilities of the Arm, Shoulder and Hand: Questionnaire:**
- Disability/Symptom Score 25.00

***Problem #4*** **Palpation: mild ttp at the right proximal pectoralis minor insertion and long head of the biceps.**

*LTG Achieve by Mar 01, 2019.*

**Palpable Improvements:**
- Tenderness Decreasing to: 0=No tenderness noted.

***Problem #5***

| **Range of Motion: Shoulder: Pre-Treatment.** | **Left AROM** | **Right AROM** |
|---|---|---|
| • Abduction | 178 | 174 |
| • External Rotation - 90 deg | 90 | 76 |
| • Flexion(right upper trap and deltoid pain) | 160 | 160 |

*LTG Achieve by Mar 01, 2019. Progress: Some progress.*

**Range of Motion Improvements to:**
- Improved to WNL in all planes with no reports of pain.

| ***Problem #6*** **Functional Tests: Movement: Apley's Scratch Test.** | **Left** | **Right** |
|---|---|---|
| • IR - Combined(pain in right, anterior shoulder) | To T6 | To T10 |

*LTG Achieve by Feb 22, 2019. Progress: Excellent progress.*

**Functional Improvements In:**
- Functional IR to at least the level of T8 to be able to wash back and fasten bra with no pain.

| ***Problem #7*** **Muscle Testing: Upper Extremity MMT.** | **Left** | **Right** |
|---|---|---|
| • Elbow Extension | 4/5 | 4/5 |
| • Elbow Flexion | +4/5 | +4/5 |
| • Scaption | +4/5 | 4/5 |
| • Scapular Depression | -4/5 | +3/5 |
| • Scapular Retraction | -4/5 | +3/5 |
| • Shoulder Abduction: | 4/5 | 4/5 |
| • Shoulder Extension | 4/5 | 4/5 |
| • Shoulder External Rotation: | 4/5 | +4/5 |
| • Shoulder Flexion: | 4/5 | 4/5 |

*LTG Achieve by Mar 01, 2019.*

| **Musculoskeletal Improvements In: Upper Extremity Strength to:** | **Left** | **Right** |
|---|---|---|
| • Gross Assessment | +4/5 | +4/5 |

## Plan

**Amount, Frequency and Duration:**
- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**
- Client Education. Home Exercise Program. Manual Therapy Techniques. Modalities: As Needed. Neuromuscular Re-education. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Therapeutic Activities. Therapeutic Exercise. Trigger Point Dry Needle.

Michael W. Hopper, PT, PT(KY Lic: 006740)
Signed on Feb 01, 2019 11:42:14

**Please Sign and Return**

I have reviewed the Plan of Care established for skilled therapy services and certify that the services are required and that they will be provided while the patient is under my care.

**Comments/Revisions**

**Ben Kibler** **Date**

**Patient: Jamie Reece** **DOB:**
**Facility Fax: (859) 293-6730**

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

The Best In Rehab.

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Feb 05, 2019** |
| DOB: | | FSC: | BCBS |
| Clinician: | Michael W. Hopper, PT | Payor: | ANTHEM KY |
| Prim Phy: | Ben Kibler | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 258-8575 | Insured: | Not Specified |
| Phy Fax: | (859) 258-8562 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 1/31/2018 | Visits: | 6 |
| Surg. Date: | Not Specified | Cxl/Ns: | 2 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Right Shoulder | M75.41 | Impingement syndrome of right shoulder |
| | G90.511 | Complex regional pain syndrome I of right upper limb |
| | M25.511 | Pain in right shoulder |

## Subjective Examination

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

**Chief Complaint: Pain: Severity:**

- Current 5/10
- At Worst 10/10

**Mechanism of Injury:**

- Patient says that she began having right shoulder pain in January of 2018 while working as a production team member at Toyota. The pain was bad enough to be pulled off line on 1/31/18. She did rehab while on light duty at the medical clinic on site, but did not have any improvement. She tried to go back to work in some capacity, but could not perform her job duties due to complaints of pain. She has seen two different orthopaedic surgeons who have performed diagnostic imaging that did not reveal any structural abnormalities. A cortisone injection was performed in the right shoulder, but had no effect. She has also had imaging and nerve conduction study of her neck that only revealed minor disc bulging, but nothing that warranted surgery. Additionally, she has seen a pain management physician who has prescribed medication that helps her pain some. She has been off work completely since April 2018 and is no longer being paid short term disability by her company. She has recently had a 4 month treatment at another outpatient physical therapy clinic that has not helped her pain. Over the past 2 months, she has developed symptoms that resulted in a diagnosis of complex regional pain syndrome in her right arm. She has color changes in her arm and hand, hot and cold bouts, burning/numbness, and swelling in the forearm wrist and hand that occur without provocation. At this point she is uncertain of her ability to return to work. She says any time she uses her right arm, she gets pain that can last 3-4 days that wakes her up at night.

**Questionnaires: Disabilities of the Arm, Shoulder and Hand (DASH):**

- Date: 02/01/2019
- Test Name: QuickDASH
- Assessment Follow-up
- Disability/Symptom Score 56.82

## Objective Examination

| **Clearing Examination: Spine: Cervical:** | **Left** | **Right** |
|---|---|---|
| • Foraminal Compression | Negative | Negative |
| • Spurling's Test | Negative | Negative |
| • Upper Limb Tension Test(ULTT1) | Negative | Negative |

**Clearing Examination: Spine: Range of Motion: Cervical:**

- Active Extension 56 Degrees
- Active Flexion 52 Degrees
- Active Rotation Left 80 Degrees
- Active Rotation Right 82 Degrees
- Active Side Bend Left 40 Degrees
- Active Side Bend Right 32 Degrees

| **Flexibility:** | **Left** | **Right** |
|---|---|---|
| • Pectoralis Minor | Slight Restriction | Moderate Restriction |
| **Functional Tests: Movement: Apley's Scratch Test:** | **Left** | **Right** |
| • IR - Combined(pain in right, anterior shoulder) | To T6 | To T10 |
| **Joint Integrity/Mobility: Shoulder:** | **Left** | **Right** |
| • Inferior Humeral Glide | Normal | Normal |
| • Posterior Humeral Glide | Normal | Hypomobile/Painful |
| **Muscle Testing: Upper Extremity MMT:** | **Left** | **Right** |

| | | |
|---|---|---|
| • Scapular Depression | -4/5 | +3/5 |
| • Scapular Retraction | -4/5 | +3/5 |
| • Scaption | +4/5 | 4/5 |
| • Shoulder Abduction: | 4/5 | 4/5 |
| • Shoulder Extension | 4/5 | 4/5 |
| • Shoulder Flexion: | 4/5 | 4/5 |
| • Shoulder External Rotation: | 4/5 | +4/5 |
| • Elbow Extension | 4/5 | 4/5 |
| • Elbow Flexion | +4/5 | +4/5 |

**Palpation:**
- mild ttp at the right proximal pectoralis minor insertion and long head of the biceps.

**Posture:**
- Moderate forward head position and rounded shoulders (right > left). Right arm held in protected position across abdomen in IR and 90 degrees elbow flexion.

| **Range of Motion: Shoulder: Pre-Treatment:** | **Left AROM** | **Right AROM** |
|---|---|---|
| • Flexion(right upper trap and deltoid pain) | 160 | 160 |
| • Abduction | 178 | 174 |
| • External Rotation - 90 deg | 90 | 76 |

| **Reflex/Sensory Integrity: Dermatomal Sensation: Light Touch:** | **Left** | **Right** |
|---|---|---|
| • C 05 | Normal | Normal |
| • C 06 | Normal | Diminished |
| • C 07 | Normal | Diminished |
| • C 08 | Normal | Diminished |

| **Special Tests: Shoulder: Musculoskeletal: Muscle/Tendon:** | **Left** | **Right** |
|---|---|---|
| • Drop Arm-Rotator Cuff | Negative | Negative |
| • Empty Can | Negative | Negative |
| • Hawkins-Kennedy Impingement | Negative | Aggravates Symptoms |

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 2 | 23 |
| • Neuromuscular Reeducation | 97112 | 1 | 5 |
| • Therapeutic Procedure | 97110 | 1 | 10 |

**Exercise Activities: Aerobic Conditioning:**
- Upper Body Ergometer(This visit) — Did Not Perform: This visit

**Exercise Activities: Flexibility:**
- Pectoralis Major Muscle — Time Elapsed: 5 Minutes, Side: Bilateral, Technique: Positions I/II, Body Position: Standing, Charge As: Therapeutic Exercise

**Exercise Activities: Tubing/Bands:**
- Extension, Shoulder(This visit) — Did Not Perform: This visit
- Scapular Retraction(This visit) — Did Not Perform: This visit
- Seated Row — Time Elapsed: 5 Minutes, Tubing/Band Color: 5 kg, Resistance: Concentric/Eccentric, Charge As: Neuromuscular Reeducation

**Manual Interventions: Joint Segments: Shoulder:**
- Glenohumeral Joint(This visit) — Did Not Perform: This visit
- Scapulothoracic Joint(This visit) — Did Not Perform: This visit

**Manual Interventions: Neural Glides:**
- Median Nerve — Time Elapsed: 8 Minutes, Technique: Mobilize & Elongate, Additional Detail: median and ulnar, Charge As: Manual Therapy Techniques

**Manual Interventions: Soft Tissue:**
- Pectoralis Minor(This visit) — Did Not Perform: This visit

**Manual Interventions: Joint Segments: Vertebral:**
- Cervical Spine — Time Elapsed: 10 Minutes, Body Position: Supine, Pressure: Oscillatory, Technique 1: Gap/Distraction, Technique 2: Posteroanterior, Technique 3: UPA's left/right, Charge As: Manual Therapy Techniques

- Thoracic Spine

Time Elapsed: 5 Minutes, Body Position: seated, Pressure: Oscillatory, Technique 1: right 1st rib mobs, Charge As: Manual Therapy Techniques

**Modalities:**

- Electric Stim, Unattended(This visit)

Did Not Perform: This visit

**Pt./Family Education:**

- Patient Education 1

Time Elapsed: 5 Minutes, Description: pain science education/HEP discussion and demonstration/assessment of tests and measures., Charge As: Therapeutic Exercise

## Assessment

**Tolerance:**

- Patient tolerating interventions well today. Reporting minimal discomfort with manual interventions.

## Plan

**Daily Plan:**

- Continue w/ Current Rehabilitation Program.

Michael W. Hopper, PT, PT(KY Lic: 006740)
Signed on Feb 05, 2019 13:15:03

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

KORT
The Best In Rehab.

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Feb 08, 2019** |
| DOB: | | FSC: | BCBS |
| Clinician: | Michael W. Hopper, PT | Payor: | ANTHEM KY |
| Prim Phy: | Ben Kibler | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 258-8575 | Insured: | Not Specified |
| Phy Fax: | (859) 258-8562 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 1/31/2018 | Visits: | 6 |
| Surg. Date: | Not Specified | Cxl/Ns: | 3 |

# Cancel/No Show *Patient cancelled appointment*

**Diagnoses**

| | | |
|---|---|---|
| Right Shoulder | M75.41 | Impingement syndrome of right shoulder |
| | G90.511 | Complex regional pain syndrome I of right upper limb |
| | M25.511 | Pain in right shoulder |

## General Information

**Cancel Reasoning:**

- Personal Conflict

Michael Hopper, PT, DPT

Michael W. Hopper, PT, PT(KY Lic: 006740)
Signed on Feb 08, 2019 11:56:51

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Feb 13, 2019** |
| DOB: | | FSC: | BCBS |
| Clinician: | Michael W. Hopper, PT | Payor: | ANTHEM KY |
| Prim Phy: | Ben Kibler | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 258-8575 | Insured: | Not Specified |
| Phy Fax: | (859) 258-8562 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 1/31/2018 | Visits: | 7 |
| Surg. Date: | Not Specified | Cxl/Ns: | 3 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Right Shoulder | M75.41 | Impingement syndrome of right shoulder |
| | G90.511 | Complex regional pain syndrome I of right upper limb |
| | M25.511 | Pain in right shoulder |

## Subjective Examination

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

**Chief Complaint: Pain: Severity:**

| | |
|---|---|
| • Current | 5/10 |
| • At Worst | 10/10 |

**Mechanism of Injury:**
- Patient says that she began having right shoulder pain in January of 2018 while working as a production team member at Toyota. The pain was bad enough to be pulled off line on 1/31/18. She did rehab while on light duty at the medical clinic on site, but did not have any improvement. She tried to go back to work in some capacity, but could not perform her job duties due to complaints of pain. She has seen two different orthopaedic surgeons who have performed diagnostic imaging that did not reveal any structural abnormalities. A cortisone injection was performed in the right shoulder, but had no effect. She has also had imaging and nerve conduction study of her neck that only revealed minor disc bulging, but nothing that warranted surgery. Additionally, she has seen a pain management physician who has prescribed medication that helps her pain some. She has been off work completely since April 2018 and is no longer being paid short term disability by her company. She has recently had a 4 month treatment at another outpatient physical therapy clinic that has not helped her pain. Over the past 2 months, she has developed symptoms that resulted in a diagnosis of complex regional pain syndrome in her right arm. She has color changes in her arm and hand, hot and cold bouts, burning/numbness, and swelling in the forearm wrist and hand that occur without provocation. At this point she is uncertain of her ability to return to work. She says any time she uses her right arm, she gets pain that can last 3-4 days that wakes her up at night.

**Questionnaires: Disabilities of the Arm, Shoulder and Hand (DASH):**

| | |
|---|---|
| • Date: | 02/01/2019 |
| • Test Name: | QuickDASH |
| • Assessment | Follow-up |
| • Disability/Symptom Score | 56.82 |

## Objective Examination

| | | |
|---|---|---|
| **Clearing Examination: Spine: Cervical:** | **Left** | **Right** |
| • Foraminal Compression | Negative | Negative |
| • Spurling's Test | Negative | Negative |
| • Upper Limb Tension Test(ULTT1) | Negative | Negative |
| **Clearing Examination: Spine: Range of Motion: Cervical:** | | |
| • Active Extension | 56 Degrees | |
| • Active Flexion | 52 Degrees | |
| • Active Rotation Left | 80 Degrees | |
| • Active Rotation Right | 82 Degrees | |
| • Active Side Bend Left | 40 Degrees | |
| • Active Side Bend Right | 32 Degrees | |
| **Flexibility:** | **Left** | **Right** |
| • Pectoralis Minor | Slight Restriction | Moderate Restriction |
| **Functional Tests: Movement: Apley's Scratch Test:** | **Left** | **Right** |
| • IR - Combined(pain in right, anterior shoulder) | To T6 | To T10 |
| **Joint Integrity/Mobility: Shoulder:** | **Left** | **Right** |
| • Inferior Humeral Glide | Normal | Normal |
| • Posterior Humeral Glide | Normal | Hypomobile/Painful |
| **Muscle Testing: Upper Extremity MMT:** | **Left** | **Right** |

| | | |
|---|---|---|
| • Scapular Depression | -4/5 | +3/5 |
| • Scapular Retraction | -4/5 | +3/5 |
| • Scaption | +4/5 | 4/5 |
| • Shoulder Abduction: | 4/5 | 4/5 |
| • Shoulder Extension | 4/5 | 4/5 |
| • Shoulder Flexion: | 4/5 | 4/5 |
| • Shoulder External Rotation: | 4/5 | +4/5 |
| • Elbow Extension | 4/5 | 4/5 |
| • Elbow Flexion | +4/5 | +4/5 |

**Palpation:**
- mild ttp at the right proximal pectoralis minor insertion and long head of the biceps.

**Posture:**
- Moderate forward head position and rounded shoulders (right > left). Right arm held in protected position across abdomen in IR and 90 degrees elbow flexion.

| **Range of Motion: Shoulder: Pre-Treatment:** | **Left AROM** | **Right AROM** |
|---|---|---|
| • Flexion(right upper trap and deltoid pain) | 160 | 160 |
| • Abduction | 178 | 174 |
| • External Rotation - 90 deg | 90 | 76 |

| **Reflex/Sensory Integrity: Dermatomal Sensation: Light Touch:** | **Left** | **Right** |
|---|---|---|
| • C 05 | Normal | Normal |
| • C 06 | Normal | Diminished |
| • C 07 | Normal | Diminished |
| • C 08 | Normal | Diminished |

| **Special Tests: Shoulder: Musculoskeletal: Muscle/Tendon:** | **Left** | **Right** |
|---|---|---|
| • Drop Arm-Rotator Cuff | Negative | Negative |
| • Empty Can | Negative | Negative |
| • Hawkins-Kennedy Impingement | Negative | Aggravates Symptoms |

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 2 | 23 |
| • Self Care/Home Management Training | 97535 | 1 | 15 |
| • Therapeutic Procedure | 97110 | 1 | 5 |

**Exercise Activities: Aerobic Conditioning:**
- Upper Body Ergometer(This visit) — Did Not Perform: This visit

**Exercise Activities: Flexibility:**
- Pectoralis Major Muscle — Time Elapsed: 5 Minutes, Side: Bilateral, Technique: Positions I/II, Body Position: Standing, Charge As: Therapeutic Exercise

**Exercise Activities: Tubing/Bands:**
- Extension, Shoulder(This visit) — Did Not Perform: This visit
- Scapular Retraction(This visit) — Did Not Perform: This visit
- Seated Row(This visit) — Did Not Perform: This visit

**Manual Interventions: Joint Segments: Shoulder:**
- Glenohumeral Joint(This visit) — Did Not Perform: This visit
- Scapulothoracic Joint(This visit) — Did Not Perform: This visit

**Manual Interventions: Neural Glides:**
- Median Nerve — Time Elapsed: 8 Minutes, Technique: Mobilize & Elongate, Additional Detail: median and ulnar, Charge As: Manual Therapy Techniques

**Manual Interventions: Soft Tissue:**
- Pectoralis Minor(This visit) — Did Not Perform: This visit

**Manual Interventions: Joint Segments: Vertebral:**
- Cervical Spine — Time Elapsed: 10 Minutes, Body Position: Supine, Pressure: Oscillatory, Technique 1: Gap/Distraction, Technique 2: Posteroanterior, Technique 3: UPA's left/right, Charge As: Manual Therapy Techniques

| | |
|---|---|
| • Thoracic Spine | Time Elapsed: 5 Minutes, Body Position: seated, Pressure: Oscillatory, Technique 1: right 1st rib mobs, Charge As: Manual Therapy Techniques |
| **Modalities:** | |
| • Electric Stim, Unattended(This visit) | Did Not Perform: This visit |
| **Pt./Family Education:** | |
| • Patient Education 1 | Time Elapsed: 15 Minutes, Description: Use of home TENS unit, Charge As: Self Care / Home Mgt Training |

## Assessment

**Tolerance:**

- Patient with r/x for TENS unit today; time spent today on education for proper use and how to work the device.

## Plan

**Daily Plan:**

- Continue w/ Current Rehabilitation Program.

Michael W. Hopper, PT, PT(KY Lic: 006740)
Signed on Feb 13, 2019 11:19:39

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Feb 08, 2019** |
| DOB: | | FSC: | BCBS |
| Clinician: | Michael W. Hopper, PT | Payor: | ANTHEM KY |
| Prim Phy: | Ben Kibler | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 258-8575 | Insured: | Not Specified |
| Phy Fax: | (859) 258-8562 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 1/31/2018 | Visits: | 6 |
| Surg. Date: | Not Specified | CxI/Ns: | 3 |

# Cancel / No Show *Patient cancelled appointment*

**Diagnoses**

| | | |
|---|---|---|
| Right Shoulder | M75.41 | Impingement syndrome of right shoulder |
| | G90.511 | Complex regional pain syndrome I of right upper limb |
| | M25.511 | Pain in right shoulder |

## General Information

**Cancel Reasoning:**

- Personal Conflict

Michael W. Hopper, PT, PT(KY Lic: 006740)
Signed on Feb 08, 2019 11:56:51

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Feb 13, 2019** |
| DOB: | | FSC: | BCBS |
| Clinician: | Michael W. Hopper, PT | Payor: | ANTHEM KY |
| Prim Phy: | Ben Kibler | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 258-8575 | Insured: | Not Specified |
| Phy Fax: | (859) 258-8562 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 1/31/2018 | Visits: | 7 |
| Surg. Date: | Not Specified | CxI/Ns: | 3 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Right Shoulder | M75.41 | Impingement syndrome of right shoulder |
| | G90.511 | Complex regional pain syndrome I of right upper limb |
| | M25.511 | Pain in right shoulder |

## Subjective Examination

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

**Chief Complaint: Pain: Severity:**
- Current 5/10
- At Worst 10/10

**Mechanism of Injury:**
- Patient says that she began having right shoulder pain in January of 2018 while working as a production team member at Toyota. The pain was bad enough to be pulled off line on 1/31/18. She did rehab while on light duty at the medical clinic on site, but did not have any improvement. She tried to go back to work in some capacity, but could not perform her job duties due to complaints of pain. She has seen two different orthopaedic surgeons who have performed diagnostic imaging that did not reveal any structural abnormalities. A cortisone injection was performed in the right shoulder, but had no effect. She has also had imaging and nerve conduction study of her neck that only revealed minor disc bulging, but nothing that warranted surgery. Additionally, she has seen a pain management physician who has prescribed medication that helps her pain some. She has been off work completely since April 2018 and is no longer being paid short term disability by her company. She has recently had a 4 month treatment at another outpatient physical therapy clinic that has not helped her pain. Over the past 2 months, she has developed symptoms that resulted in a diagnosis of complex regional pain syndrome in her right arm. She has color changes in her arm and hand, hot and cold bouts, burning/numbness, and swelling in the forearm wrist and hand that occur without provocation. At this point she is uncertain of her ability to return to work. She says any time she uses her right arm, she gets pain that can last 3-4 days that wakes her up at night.

**Questionnaires: Disabilities of the Arm, Shoulder and Hand (DASH):**
- Date: 02/01/2019
- Test Name: QuickDASH
- Assessment Follow-up
- Disability/Symptom Score 56.82

## Objective Examination

| **Clearing Examination: Spine: Cervical:** | **Left** | **Right** |
|---|---|---|
| • Foraminal Compression | Negative | Negative |
| • Spurling's Test | Negative | Negative |
| • Upper Limb Tension Test(ULTT1) | Negative | Negative |

**Clearing Examination: Spine: Range of Motion: Cervical:**
- Active Extension 56 Degrees
- Active Flexion 52 Degrees
- Active Rotation Left 80 Degrees
- Active Rotation Right 82 Degrees
- Active Side Bend Left 40 Degrees
- Active Side Bend Right 32 Degrees

| **Flexibility:** | **Left** | **Right** |
|---|---|---|
| • Pectoralis Minor | Slight Restriction | Moderate Restriction |
| **Functional Tests: Movement: Apley's Scratch Test:** | **Left** | **Right** |
| • IR - Combined(pain in right, anterior shoulder) | To T6 | To T10 |
| **Joint Integrity/Mobility: Shoulder:** | **Left** | **Right** |
| • Inferior Humeral Glide | Normal | Normal |
| • Posterior Humeral Glide | Normal | Hypomobile/Painful |
| **Muscle Testing: Upper Extremity MMT:** | **Left** | **Right** |

| | | |
|---|---|---|
| • Scapular Depression | -4/5 | +3/5 |
| • Scapular Retraction | -4/5 | +3/5 |
| • Scaption | +4/5 | 4/5 |
| • Shoulder Abduction: | 4/5 | 4/5 |
| • Shoulder Extension | 4/5 | 4/5 |
| • Shoulder Flexion: | 4/5 | 4/5 |
| • Shoulder External Rotation: | 4/5 | +4/5 |
| • Elbow Extension | 4/5 | 4/5 |
| • Elbow Flexion | +4/5 | +4/5 |

**Palpation:**
- mild ttp at the right proximal pectoralis minor insertion and long head of the biceps.

**Posture:**
- Moderate forward head position and rounded shoulders (right > left). Right arm held in protected position across abdomen in IR and 90 degrees elbow flexion.

| **Range of Motion: Shoulder: Pre-Treatment:** | **Left AROM** | **Right AROM** |
|---|---|---|
| • Flexion(right upper trap and deltoid pain) | 160 | 160 |
| • Abduction | 178 | 174 |
| • External Rotation - 90 deg | 90 | 76 |

| **Reflex/Sensory Integrity: Dermatomal Sensation: Light Touch:** | **Left** | **Right** |
|---|---|---|
| • C 05 | Normal | Normal |
| • C 06 | Normal | Diminished |
| • C 07 | Normal | Diminished |
| • C 08 | Normal | Diminished |

| **Special Tests: Shoulder: Musculoskeletal: Muscle/Tendon:** | **Left** | **Right** |
|---|---|---|
| • Drop Arm-Rotator Cuff | Negative | Negative |
| • Empty Can | Negative | Negative |
| • Hawkins-Kennedy Impingement | Negative | Aggravates Symptoms |

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 2 | 23 |
| • Self Care/Home Management Training | 97535 | 1 | 15 |
| • Therapeutic Procedure | 97110 | 1 | 5 |

**Exercise Activities: Aerobic Conditioning:**
- Upper Body Ergometer(This visit) — Did Not Perform: This visit

**Exercise Activities: Flexibility:**
- Pectoralis Major Muscle — Time Elapsed: 5 Minutes, Side: Bilateral, Technique: Positions I/II, Body Position: Standing, Charge As: Therapeutic Exercise

**Exercise Activities: Tubing/Bands:**
- Extension, Shoulder(This visit) — Did Not Perform: This visit
- Scapular Retraction(This visit) — Did Not Perform: This visit
- Seated Row(This visit) — Did Not Perform: This visit

**Manual Interventions: Joint Segments: Shoulder:**
- Glenohumeral Joint(This visit) — Did Not Perform: This visit
- Scapulothoracic Joint(This visit) — Did Not Perform: This visit

**Manual Interventions: Neural Glides:**
- Median Nerve — Time Elapsed: 8 Minutes, Technique: Mobilize & Elongate, Additional Detail: median and ulnar, Charge As: Manual Therapy Techniques

**Manual Interventions: Soft Tissue:**
- Pectoralis Minor(This visit) — Did Not Perform: This visit

**Manual Interventions: Joint Segments: Vertebral:**
- Cervical Spine — Time Elapsed: 10 Minutes, Body Position: Supine, Pressure: Oscillatory, Technique 1: Gap/Distraction, Technique 2: Posteroanterior, Technique 3: UPA's left/right, Charge As: Manual Therapy Techniques

- Thoracic Spine — Time Elapsed: 5 Minutes, Body Position: seated, Pressure: Oscillatory, Technique 1: right 1st rib mobs, Charge As: Manual Therapy Techniques

**Modalities:**
- Electric Stim, Unattended(This visit) — Did Not Perform: This visit

**Pt. / Family Education:**
- Patient Education 1 — Time Elapsed: 15 Minutes, Description: Use of home TENS unit, Charge As: Self Care / Home Mgt Training

## Assessment

**Tolerance:**
- Patient with r/x for TENS unit today; time spent today on education for proper use and how to work the device.

## Plan

**Daily Plan:**
- Continue w/ Current Rehabilitation Program.



Michael W. Hopper, PT, PT(KY Lic: 006740)
Signed on Feb 13, 2019 11:19:39

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Feb 21, 2019** |
| DOB: | | FSC: | BCBS |
| Clinician: | Michael W. Hopper, PT | Payor: | ANTHEM KY |
| Prim Phy: | Ben Kibler | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 258-8575 | Insured: | Not Specified |
| Phy Fax: | (859) 258-8562 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 1/31/2018 | Visits: | 8 |
| Surg. Date: | Not Specified | Cxl/Ns: | 3 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Right Shoulder | M75.41 | Impingement syndrome of right shoulder |
| | G90.511 | Complex regional pain syndrome I of right upper limb |
| | M25.511 | Pain in right shoulder |

## Subjective Examination

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

**Chief Complaint: Pain: Severity:**

| | |
|---|---|
| • Current | 5/10 |
| • At Worst | 10/10 |

**Mechanism of Injury:**
- Patient says that she began having right shoulder pain in January of 2018 while working as a production team member at Toyota. The pain was bad enough to be pulled off line on 1/31/18. She did rehab while on light duty at the medical clinic on site, but did not have any improvement. She tried to go back to work in some capacity, but could not perform her job duties due to complaints of pain. She has seen two different orthopaedic surgeons who have performed diagnostic imaging that did not reveal any structural abnormalities. A cortisone injection was performed in the right shoulder, but had no effect. She has also had imaging and nerve conduction study of her neck that only revealed minor disc bulging, but nothing that warranted surgery. Additionally, she has seen a pain management physician who has prescribed medication that helps her pain some. She has been off work completely since April 2018 and is no longer being paid short term disability by her company. She has recently had a 4 month treatment at another outpatient physical therapy clinic that has not helped her pain. Over the past 2 months, she has developed symptoms that resulted in a diagnosis of complex regional pain syndrome in her right arm. She has color changes in her arm and hand, hot and cold bouts, burning/numbness, and swelling in the forearm wrist and hand that occur without provocation. At this point she is uncertain of her ability to return to work. She says any time she uses her right arm, she gets pain that can last 3-4 days that wakes her up at night.

**Questionnaires: Disabilities of the Arm, Shoulder and Hand (DASH):**

| | |
|---|---|
| • Date: | 02/01/2019 |
| • Test Name: | QuickDASH |
| • Assessment | Follow-up |
| • Disability/Symptom Score | 56.82 |

## Objective Examination

| **Clearing Examination: Spine: Cervical:** | **Left** | **Right** |
|---|---|---|
| • Foraminal Compression | Negative | Negative |
| • Spurling's Test | Negative | Negative |
| • Upper Limb Tension Test(ULTT1) | Negative | Negative |

**Clearing Examination: Spine: Range of Motion: Cervical:**

| | |
|---|---|
| • Active Extension | 56 Degrees |
| • Active Flexion | 52 Degrees |
| • Active Rotation Left | 80 Degrees |
| • Active Rotation Right | 82 Degrees |
| • Active Side Bend Left | 40 Degrees |
| • Active Side Bend Right | 32 Degrees |

| **Flexibility:** | **Left** | **Right** |
|---|---|---|
| • Pectoralis Minor | Slight Restriction | Moderate Restriction |
| **Functional Tests: Movement: Apley's Scratch Test:** | **Left** | **Right** |
| • IR - Combined(pain in right, anterior shoulder) | To T6 | To T10 |
| **Joint Integrity/Mobility: Shoulder:** | **Left** | **Right** |
| • Inferior Humeral Glide | Normal | Normal |
| • Posterior Humeral Glide | Normal | Hypomobile/Painful |
| **Muscle Testing: Upper Extremity MMT:** | **Left** | **Right** |

| | | |
|---|---|---|
| • Scapular Depression | -4/5 | +3/5 |
| • Scapular Retraction | -4/5 | +3/5 |
| • Scaption | +4/5 | 4/5 |
| • Shoulder Abduction: | 4/5 | 4/5 |
| • Shoulder Extension | 4/5 | 4/5 |
| • Shoulder Flexion: | 4/5 | 4/5 |
| • Shoulder External Rotation: | 4/5 | +4/5 |
| • Elbow Extension | 4/5 | 4/5 |
| • Elbow Flexion | +4/5 | +4/5 |

**Palpation:**
- mild ttp at the right proximal pectoralis minor insertion and long head of the biceps.

**Posture:**
- Moderate forward head position and rounded shoulders (right > left). Right arm held in protected position across abdomen in IR and 90 degrees elbow flexion.

| Range of Motion: Shoulder: Pre-Treatment: | Left AROM | Right AROM |
|---|---|---|
| • Flexion(right upper trap and deltoid pain) | 160 | 160 |
| • Abduction | 178 | 174 |
| • External Rotation - 90 deg | 90 | 76 |

| Reflex/Sensory Integrity: Dermatomal Sensation: Light Touch: | Left | Right |
|---|---|---|
| • C 05 | Normal | Normal |
| • C 06 | Normal | Diminished |
| • C 07 | Normal | Diminished |
| • C 08 | Normal | Diminished |

| Special Tests: Shoulder: Musculoskeletal: Muscle/Tendon: | Left | Right |
|---|---|---|
| • Drop Arm-Rotator Cuff | Negative | Negative |
| • Empty Can | Negative | Negative |
| • Hawkins-Kennedy Impingement | Negative | Aggravates Symptoms |

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 3 | 39 |
| • Therapeutic Procedure | 97110 | 1 | 10 |

**Exercise Activities: Aerobic Conditioning:**
- Upper Body Ergometer(This visit) — Did Not Perform: This visit

**Exercise Activities: Flexibility:**
- Pectoralis Major Muscle(added time for measurements) — Time Elapsed: 10 Minutes, Side: Bilateral, Technique: Positions I/II, Body Position: Standing, Charge As: Therapeutic Exercise

**Exercise Activities: Tubing/Bands:**
- Extension, Shoulder(This visit) — Did Not Perform: This visit
- Scapular Retraction(This visit) — Did Not Perform: This visit
- Seated Row(This visit) — Did Not Perform: This visit

**Manual Interventions: Joint Segments: Shoulder:**
- Glenohumeral Joint — Time Elapsed: 8 Minutes, Grade: II/III, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Charge As: Manual Therapy Techniques
- Scapulothoracic Joint — Time Elapsed: 8 Minutes, Grade: II/III, Pressure: Oscillatory, Technique 1: Lateral Glide, Technique 2: Inferior Glide, Charge As: Manual Therapy Techniques

**Manual Interventions: Neural Glides:**
- Median Nerve — Time Elapsed: 8 Minutes, Technique: Mobilize & Elongate, Additional Detail: median and ulnar, Charge As: Manual Therapy Techniques

**Manual Interventions: Soft Tissue:**
- Pectoralis Minor(This visit) — Did Not Perform: This visit

**Manual Interventions: Joint Segments: Vertebral:**

- Cervical Spine — Time Elapsed: 10 Minutes, Body Position: Supine, Pressure: Oscillatory, Technique 1: Gap/Distraction, Technique 2: Posteroanterior, Technique 3: UPA's left/right, Charge As: Manual Therapy Techniques
- Thoracic Spine — Time Elapsed: 5 Minutes, Body Position: seated, Pressure: Oscillatory, Technique 1: right 1st rib mobs, Charge As: Manual Therapy Techniques

**Modalities:**
- Electric Stim, Unattended(This visit) — Did Not Perform: This visit

**Pt./Family Education:**
- Patient Education 1(This visit) — Did Not Perform: This visit

## Assessment

**Tolerance:**
- Patient with 1 cm difference in wrist girth and 2 cm difference in mid forearm girth today which was measured after complaints of increased swelling.

## Plan

**Daily Plan:**
- Continue w/ Current Rehabilitation Program.

Michael W. Hopper, PT, PT(KY Lic: 006740)
Signed on Feb 21, 2019 11:28:06

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Feb 28, 2019** |
| DOB: | | FSC: | BCBS |
| Clinician: | Michael W. Hopper, PT | Payor: | ANTHEM KY |
| Prim Phy: | Ben Kibler | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 258-8575 | Insured: | Not Specified |
| Phy Fax: | (859) 258-8562 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 1/31/2018 | Visits: | 9 |
| Surg. Date: | Not Specified | CxI/Ns: | 3 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Right Shoulder | M75.41 | Impingement syndrome of right shoulder |
| | G90.511 | Complex regional pain syndrome I of right upper limb |
| | M25.511 | Pain in right shoulder |

## Subjective Examination

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

**Chief Complaint: Pain: Severity:**

- Current 5/10
- At Worst 10/10

**Mechanism of Injury:**

- Patient says that she began having right shoulder pain in January of 2018 while working as a production team member at Toyota. The pain was bad enough to be pulled off line on 1/31/18. She did rehab while on light duty at the medical clinic on site, but did not have any improvement. She tried to go back to work in some capacity, but could not perform her job duties due to complaints of pain. She has seen two different orthopaedic surgeons who have performed diagnostic imaging that did not reveal any structural abnormalities. A cortisone injection was performed in the right shoulder, but had no effect. She has also had imaging and nerve conduction study of her neck that only revealed minor disc bulging, but nothing that warranted surgery. Additionally, she has seen a pain management physician who has prescribed medication that helps her pain some. She has been off work completely since April 2018 and is no longer being paid short term disability by her company. She has recently had a 4 month treatment at another outpatient physical therapy clinic that has not helped her pain. Over the past 2 months, she has developed symptoms that resulted in a diagnosis of complex regional pain syndrome in her right arm. She has color changes in her arm and hand, hot and cold bouts, burning/numbness, and swelling in the forearm wrist and hand that occur without provocation. At this point she is uncertain of her ability to return to work. She says any time she uses her right arm, she gets pain that can last 3-4 days that wakes her up at night.

**Questionnaires: Disabilities of the Arm, Shoulder and Hand (DASH):**

- Date: 02/01/2019
- Test Name: QuickDASH
- Assessment Follow-up
- Disability/Symptom Score 56.82

## Objective Examination

| **Clearing Examination: Spine: Cervical:** | **Left** | **Right** |
|---|---|---|
| • Foraminal Compression | Negative | Negative |
| • Spurling's Test | Negative | Negative |
| • Upper Limb Tension Test(ULTT1) | Negative | Negative |

**Clearing Examination: Spine: Range of Motion: Cervical:**

- Active Extension 56 Degrees
- Active Flexion 52 Degrees
- Active Rotation Left 80 Degrees
- Active Rotation Right 82 Degrees
- Active Side Bend Left 40 Degrees
- Active Side Bend Right 32 Degrees

| **Flexibility:** | **Left** | **Right** |
|---|---|---|
| • Pectoralis Minor | Slight Restriction | Moderate Restriction |
| **Functional Tests: Movement: Apley's Scratch Test:** | **Left** | **Right** |
| • IR - Combined(pain in right, anterior shoulder) | To T6 | To T10 |
| **Joint Integrity/Mobility: Shoulder:** | **Left** | **Right** |
| • Inferior Humeral Glide | Normal | Normal |
| • Posterior Humeral Glide | Normal | Hypomobile/Painful |
| **Muscle Testing: Upper Extremity MMT:** | **Left** | **Right** |

| | | |
|---|---|---|
| • Scapular Depression | -4/5 | +3/5 |
| • Scapular Retraction | -4/5 | +3/5 |
| • Scaption | +4/5 | 4/5 |
| • Shoulder Abduction: | 4/5 | 4/5 |
| • Shoulder Extension | 4/5 | 4/5 |
| • Shoulder Flexion: | 4/5 | 4/5 |
| • Shoulder External Rotation: | 4/5 | +4/5 |
| • Elbow Extension | 4/5 | 4/5 |
| • Elbow Flexion | +4/5 | +4/5 |

**Palpation:**
- mild ttp at the right proximal pectoralis minor insertion and long head of the biceps.

**Posture:**
- Moderate forward head position and rounded shoulders (right > left). Right arm held in protected position across abdomen in IR and 90 degrees elbow flexion.

| **Range of Motion: Shoulder: Pre-Treatment:** | **Left AROM** | **Right AROM** |
|---|---|---|
| • Flexion(right upper trap and deltoid pain) | 160 | 160 |
| • Abduction | 178 | 174 |
| • External Rotation - 90 deg | 90 | 76 |

| **Reflex/Sensory Integrity: Dermatomal Sensation: Light Touch:** | **Left** | **Right** |
|---|---|---|
| • C 05 | Normal | Normal |
| • C 06 | Normal | Diminished |
| • C 07 | Normal | Diminished |
| • C 08 | Normal | Diminished |

| **Special Tests: Shoulder: Musculoskeletal: Muscle/Tendon:** | **Left** | **Right** |
|---|---|---|
| • Drop Arm-Rotator Cuff | Negative | Negative |
| • Empty Can | Negative | Negative |
| • Hawkins-Kennedy Impingement | Negative | Aggravates Symptoms |

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 3 | 39 |
| • Therapeutic Procedure | 97110 | 1 | 10 |

**Exercise Activities: Aerobic Conditioning:**
- Upper Body Ergometer(This visit) — Did Not Perform: This visit

**Exercise Activities: Flexibility:**
- Pectoralis Major Muscle(added time for measurements) — Time Elapsed: 10 Minutes, Side: Bilateral, Technique: Positions I/II, Body Position: Standing, Charge As: Therapeutic Exercise

**Exercise Activities: Tubing/Bands:**
- Extension, Shoulder(This visit) — Did Not Perform: This visit
- Scapular Retraction(This visit) — Did Not Perform: This visit
- Seated Row(This visit) — Did Not Perform: This visit

**Manual Interventions: Joint Segments: Shoulder:**
- Glenohumeral Joint — Time Elapsed: 8 Minutes, Grade: II/III, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Charge As: Manual Therapy Techniques
- Scapulothoracic Joint — Time Elapsed: 8 Minutes, Grade: II/III, Pressure: Oscillatory, Technique 1: Lateral Glide, Technique 2: Inferior Glide, Charge As: Manual Therapy Techniques

**Manual Interventions: Neural Glides:**
- Median Nerve — Time Elapsed: 8 Minutes, Technique: Mobilize & Elongate, Additional Detail: median and ulnar, Charge As: Manual Therapy Techniques

**Manual Interventions: Soft Tissue:**
- Pectoralis Minor(This visit) — Did Not Perform: This visit

**Manual Interventions: Joint Segments: Vertebral:**

- Cervical Spine — Time Elapsed: 10 Minutes, Body Position: Supine, Pressure: Oscillatory, Technique 1: Gap/Distraction, Technique 2: Posteroanterior, Technique 3: UPA's left/right, Charge As: Manual Therapy Techniques
- Thoracic Spine — Time Elapsed: 5 Minutes, Body Position: seated, Pressure: Oscillatory, Technique 1: right 1st rib mobs, Charge As: Manual Therapy Techniques

**Modalities:**

- Electric Stim, Unattended(This visit) — Did Not Perform: This visit

**Pt./Family Education:**

- Patient Education 1(This visit) — Did Not Perform: This visit

## Assessment

Erin Gatewood, PT, DPT co-treated this patient under direct supervision

**Tolerance:**

- Patient tolerating interventions well today. Hypomobility of lower cervical spine and mid thoracic spine today.

## Plan

**Daily Plan:**

- Continue w/ Current Rehabilitation Program.

Michael W. Hopper, PT, PT(KY Lic: 006740)
Signed on Feb 28, 2019 09:18:57

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Mar 07, 2019** |
| DOB: | | FSC: | BCBS |
| Clinician: | Michael W. Hopper, PT | Payor: | ANTHEM KY |
| Prim Phy: | Ben Kibler | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 258-8575 | Insured: | Not Specified |
| Phy Fax: | (859) 258-8562 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 1/31/2018 | Visits: | 10 |
| Surg. Date: | Not Specified | Cxl/Ns: | 3 |

# Re-Evaluation

**Diagnoses**

| | | |
|---|---|---|
| Right Shoulder | M75.41 | Impingement syndrome of right shoulder |
| | G90.511 | Complex regional pain syndrome I of right upper limb |
| | M25.511 | Pain in right shoulder |

## Subjective Examination

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

| Chief Complaint: Pain: Severity: | Previous Feb 01, 2019 | Current Mar 07, 2019 | Change |
|---|---|---|---|
| • Current | 5/10 | 3/10 | 2/10 |
| • At Worst | 10/10 | 6/10 | 4/10 |

**Daily Comments:**

- Patient reporting that she has good days and bad days throughout the week. Usually 3 out of 7 are good with minimal pain. Exercises most days with light resistance training for upper and lower body along with cardio.

**Mechanism of Injury:**

- Patient says that she began having right shoulder pain in January of 2018 while working as a production team member at Toyota. The pain was bad enough to be pulled off line on 1/31/18. She did rehab while on light duty at the medical clinic on site, but did not have any improvement. She tried to go back to work in some capacity, but could not perform her job duties due to complaints of pain. She has seen two different orthopaedic surgeons who have performed diagnostic imaging that did not reveal any structural abnormalities. A cortisone injection was performed in the right shoulder, but had no effect. She has also had imaging and nerve conduction study of her neck that only revealed minor disc bulging, but nothing that warranted surgery. Additionally, she has seen a pain management physician who has prescribed medication that helps her pain some. She has been off work completely since April 2018 and is no longer being paid short term disability by her company. She has recently had a 4 month treatment at another outpatient physical therapy clinic that has not helped her pain. Over the past 2 months, she has developed symptoms that resulted in a diagnosis of complex regional pain syndrome in her right arm. She has color changes in her arm and hand, hot and cold bouts, burning/numbness, and swelling in the forearm wrist and hand that occur without provocation. At this point she is uncertain of her ability to return to work. She says any time she uses her right arm, she gets pain that can last 3-4 days that wakes her up at night.

| Questionnaires: Disabilities of the Arm, Shoulder and Hand (DASH): | Previous Feb 01, 2019 | Current Mar 07, 2019 | Change |
|---|---|---|---|
| • Date: | 02/01/2019 | 03/07/2019 | N/A |
| • Test Name: | QuickDASH | [a] QuickDASH | N/A |
| • Assessment | Follow-up | [b] Follow-up | N/A |
| • Disability/Symptom Score | 56.82 | 38.64 | 18.18 |

a Measured On Nov 20, 2018 b Measured On Feb 01, 2019

## Objective Examination

| Clearing Examination: Spine: Cervical: | Previous Feb 01, 2019 Left | Previous Right | Current Nov 20, 2018 Left | Current Right | Change Left | Change Right |
|---|---|---|---|---|---|---|
| • Foraminal Compression | Negative | Negative | Negative | Negative | N/A | N/A |
| • Spurling's Test | Negative | Negative | Negative | Negative | N/A | N/A |
| • Upper Limb Tension Test(ULTT1) | Negative | Negative | Negative | Negative | N/A | N/A |

| Clearing Examination: Spine: Range of Motion: Cervical: | Previous Feb 01, 2019 | Current Mar 07, 2019 | Change |
|---|---|---|---|
| • Active Extension | 56 Degrees | [b] 56 Degrees | - |
| • Active Flexion | 52 Degrees | 70 Degrees | 18 Degrees |
| • Active Rotation Left | 80 Degrees | [a] 80 Degrees | - |
| • Active Rotation Right(80 post cervical mobs) | 82 Degrees | 68 Degrees | 14 Degrees |
| • Active Side Bend Left | 40 Degrees | [a] 40 Degrees | - |
| • Active Side Bend Right | 32 Degrees | [a] 32 Degrees | - |

a Measured On Nov 20, 2018 b Measured On Feb 01, 2019

| Flexibility: | Previous Feb 01, 2019 Left | Previous Right | Current Feb 01, 2019 Left | Current Right | Change Left | Change Right |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| • Pectoralis Minor | Slight Restriction | Moderate Restriction | [a] Slight Restriction | Moderate Restriction | N/A | N/A |

a Measured On Nov 20, 2018

| **Functional Tests: Movement: Apley's Scratch Test:** | **Previous Feb 01, 2019** | | **Current Feb 01, 2019** | | **Change** | |
|---|---|---|---|---|---|---|
| | **Left** | **Right** | **Left** | **Right** | **Left** | **Right** |
| • IR - Combined(right feels tight, not pain) | To T6 | To T10 | [a] To T6 | To T10 | N/A | N/A |

a Measured On Nov 20, 2018

| **Joint Integrity/Mobility: Shoulder:** | **Previous Feb 01, 2019** | | **Current Feb 01, 2019** | | **Change** | |
|---|---|---|---|---|---|---|
| | **Left** | **Right** | **Left** | **Right** | **Left** | **Right** |
| • Inferior Humeral Glide | Normal | Normal | [a] Normal | Normal | N/A | N/A |
| • Posterior Humeral Glide | Normal | Hypomobile/Painful | [a] Normal | [a] Hypomobile/Painful | N/A | N/A |

a Measured On Nov 20, 2018

| **Muscle Testing: Upper Extremity MMT:** | **Previous Feb 01, 2019** | | **Current Mar 07, 2019** | | **Change** | |
|---|---|---|---|---|---|---|
| | **Left** | **Right** | **Left** | **Right** | **Left** | **Right** |
| • Scapular Depression | -4/5 | +3/5 | 4/5 | 4/5 | Inc'd | Inc'd |
| • Scapular Retraction | -4/5 | +3/5 | 4/5 | 4/5 | Inc'd | Inc'd |
| • Scaption | +4/5 | 4/5 | [b] +4/5 | [b] 4/5 | - | - |
| • Shoulder Abduction: | 4/5 | 4/5 | +4/5 | +4/5 | Inc'd | Inc'd |
| • Shoulder Extension | 4/5 | 4/5 | +4/5 | +4/5 | Inc'd | Inc'd |
| • Shoulder Flexion:(anterior shoulder pain) | 4/5 | 4/5 | +4/5 | +4/5 | Inc'd | Inc'd |
| • Shoulder External Rotation: | 4/5 | +4/5 | +4/5 | [a] +4/5 | Inc'd | - |
| • Elbow Extension | 4/5 | 4/5 | +4/5 | +4/5 | Inc'd | Inc'd |
| • Elbow Flexion | +4/5 | +4/5 | [a] +4/5 | [a] +4/5 | - | - |

a Measured On Nov 20, 2018 b Measured On Feb 01, 2019

## Palpation:
- mild ttp at the right proximal pectoralis minor insertion and long head of the biceps.

## Posture:
- Moderate forward head position and rounded shoulders (right > left). Right arm held in protected position across abdomen in IR and 90 degrees elbow flexion.

| **Range of Motion: Shoulder: Pre-Treatment:** | **Previous Feb 01, 2019** | | **Current Mar 07, 2019** | | **Change** | | | |
|---|---|---|---|---|---|---|---|---|
| | **L. Act.** | **R. Act.** | **L. Act.** | **R. Act.** | **L. Act.** | **Pas.** | **R. Act.** | **Pas.** |
| • Flexion(right upper trap and deltoid pain) | 160 | 160 | [a] 160 | [a] 162 [a] | - | N/A | 2 | N/A |
| • Abduction | 178 | 174 | [a] 178 | [a] 175 [a] | - | N/A | 1 | N/A |
| • External Rotation - 90 deg | 90 | 76 | [b] 90 | [a] 78 [a] | - | N/A | 2 | N/A |

a Measured On Nov 20, 2018 b Measured On Feb 01, 2019

| **Reflex/Sensory Integrity: Dermatomal Sensation: Light Touch:** | **Previous Feb 01, 2019** | | **Current Mar 07, 2019** | | **Change** | |
|---|---|---|---|---|---|---|
| | **Left** | **Right** | **Left** | **Right** | **Left** | **Right** |
| • C 05 | Normal | Normal | [a] Normal | [a] Normal | N/A | N/A |
| • C 06 | Normal | Diminished | [a] Normal | Normal | N/A | N/A |
| • C 07 | Normal | Diminished | [a] Normal | Normal | N/A | N/A |
| • C 08 | Normal | Diminished | [a] Normal | Normal | N/A | N/A |

a Measured On Nov 20, 2018

| **Special Tests: Shoulder: Musculoskeletal: Muscle/Tendon:** | **Previous Feb 01, 2019** | | **Current Nov 20, 2018** | | **Change** | |
|---|---|---|---|---|---|---|
| | **Left** | **Right** | **Left** | **Right** | **Left** | **Right** |
| • Drop Arm-Rotator Cuff | Negative | Negative | Negative | Negative | N/A | N/A |
| • Empty Can | Negative | Negative | Negative | Negative | N/A | N/A |
| • Hawkins-Kennedy Impingement | Negative | Aggravates Symptoms | Negative | Aggravates Symptoms | N/A | N/A |

# Treatments

## Documented Procedural Code Summary:

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 2 | 20 |

| | | | |
|---|---|---|---|
| • Reevaluation | 97164 | 1 | n/a |
| • Self Care/Home Management Training | 97535 | 1 | 12 |
| • Therapeutic Procedure | 97110 | 2 | 16 |

**Exercise Activities: Aerobic Conditioning:**

- Upper Body Ergometer(This visit) — Did Not Perform: This visit

**Exercise Activities: Flexibility:**

- Pectoralis Major Muscle(added time for measurements) — Time Elapsed: 10 Minutes, Side: Bilateral, Technique: Positions I/II, Body Position: Standing, Charge As: Therapeutic Exercise

**Exercise Activities: Tubing/Bands:**

- Extension, Shoulder(This visit) — Did Not Perform: This visit
- Scapular Retraction(This visit) — Did Not Perform: This visit
- Seated Row(This visit) — Did Not Perform: This visit

**Exercise Activities: Range of Motion:**

- ROM Activity 1 — Time Elapsed: 6 Minutes, Technique: Active, Description: self cervical snag with towel, Charge As: Therapeutic Exercise

**Manual Interventions: Joint Segments: Shoulder:**

**Manual Interventions: Neural Glides:**

- Median Nerve — Time Elapsed: 8 Minutes, Technique: Mobilize & Elongate, Additional Detail: median and ulnar, Charge As: Manual Therapy Techniques

**Manual Interventions: Soft Tissue:**

- Pectoralis Minor(This visit) — Did Not Perform: This visit

**Manual Interventions: Joint Segments: Vertebral:**

- Cervical Spine — Time Elapsed: 12 Minutes, Body Position: Supine, Pressure: Oscillatory, Technique 1: Gap/Distraction, Technique 2: Posteroanterior, Technique 3: UPA's left/right, Charge As: Manual Therapy Techniques

**Modalities:**

- Electric Stim, Unattended(This visit) — Did Not Perform: This visit

**Pt./Family Education:**

- Patient Education 1 — Time Elapsed: 12 Minutes, Description: HEP, progress to this point, prognosis, Charge As: Self Care / Home Mgt Training

## Assessment

The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

**Recommendations: Skilled Intervention: Required To:**

- Decrease Pain. Improve Function. Increase Range of Motion. Improve Motor Control. Increase Strength.

## Problems & Goals

***Problem #1*** **Chief Complaint: Pain: Severity.**

*LTG Achieve by Apr 04, 2019. Progress: Some progress.*

**Symptomatic Improvements:**

- Decreasing Pain: to 0/10.

***Problem #2*** **ADL / Functional Status: Current Status: Work status: Unable to work secondary to dysfunction.**

*LTG Achieve by Apr 04, 2019.*

**ADL Improvements In:**

- Patient will return to work at least light duty with no more than 2/10 pain.

***Problem #3*** **Questionnaires: Disabilities of the Arm, Shoulder and Hand (DASH).**

*LTG Achieve by Apr 04, 2019. Progress: Good progress.*

**Questionnaire Improvements: Disabilities of the Arm, Shoulder and Hand: Questionnaire:**

- Disability/Symptom Score 25.00

*Goal Achieved Mar 07, 2019.*

**Questionnaire Improvements: Disabilities of the Arm, Shoulder and Hand: Questionnaire:**

- Disability/Symptom Score 50.00

***Problem #4*** **Palpation: mild ttp at the right proximal pectoralis minor insertion and long head of the biceps.**

*LTG Achieve by Apr 04, 2019. Progress: Excellent progress.*

**Palpable Improvements:**

- Tenderness Decreasing to: 0=No tenderness noted.

***Problem #5*** **Range of Motion: Shoulder: Pre-Treatment.**

*LTG Achieve by Apr 04, 2019. Progress: Excellent progress.*

**Range of Motion Improvements to:**

- Improved to WNL in all planes with no reports of pain.

***Problem #6*** **Functional Tests: Movement: Apley's Scratch Test.**

*LTG Achieve by Mar 28, 2019. Progress: Excellent progress.*

**Functional Improvements In:**

- Functional IR to at least the level of T8 to be able to wash back and fasten bra with no pain.

***Problem #7*** **Muscle Testing: Upper Extremity MMT.**

*LTG Achieve by Apr 04, 2019. Progress: Good progress.*

| Musculoskeletal Improvements In: Upper Extremity Strength to: | Left | Right |
|---|---|---|
| • Gross Assessment | +4/5 | +4/5 |

## Plan

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 1 visit a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**

- Client Education. Home Exercise Program. Manual Therapy Techniques. Modalities: As Needed. Neuromuscular Re-education. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Therapeutic Activities. Therapeutic Exercise. Trigger Point Dry Needle.

Michael W. Hopper, PT, PT(KY Lic: 006740)
Signed on Mar 07, 2019 12:38:11

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Mar 07, 2019** |
| DOB: | | FSC: | BCBS |
| Clinician: | Michael W. Hopper, PT | Payor: | ANTHEM KY |
| Prim Phy: | Ben Kibler | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 258-8575 | Insured: | Not Specified |
| Phy Fax: | (859) 258-8562 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 1/31/2018 | Visits: | 10 |
| Surg. Date: | Not Specified | CxI/Ns: | 3 |

# Plan of Care

**Diagnoses**

| | | |
|---|---|---|
| Right Shoulder | M75.41 | Impingement syndrome of right shoulder |
| | G90.511 | Complex regional pain syndrome I of right upper limb |
| | M25.511 | Pain in right shoulder |

## Subjective Examination

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

**Questionnaires: Disabilities of the Arm, Shoulder and Hand (DASH):**

- Date: 03/07/2019
- Test Name: QuickDASH
- Assessment Follow-up
- Disability/Symptom Score 38.64

## Assessment

The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

**Recommendations: Skilled Intervention: Required To:**

- Decrease Pain. Improve Function. Increase Range of Motion. Improve Motor Control. Increase Strength.

## Problems & Goals

***Problem #1*** **Chief Complaint: Pain: Severity.**

- At Worst 6/10
- Current 3/10

*LTG Achieve by Apr 04, 2019. Progress: Some progress.*

**Symptomatic Improvements:**

- Decreasing Pain: to 0/10.

***Problem #2*** **ADL / Functional Status: Current Status: Work status: Unable to work secondary to dysfunction.**

*LTG Achieve by Apr 04, 2019.*

**ADL Improvements In:**

- Patient will return to work at least light duty with no more than 2/10 pain.

***Problem #3*** **Questionnaires: Disabilities of the Arm, Shoulder and Hand (DASH).**

- Date: 03/07/2019
- Test Name: QuickDASH
- Assessment Follow-up
- Disability/Symptom Score 38.64

*LTG Achieve by Apr 04, 2019. Progress: Good progress.*

**Questionnaire Improvements: Disabilities of the Arm, Shoulder and Hand: Questionnaire:**

- Disability/Symptom Score 25.00

*Goal Achieved Mar 07, 2019.*

**Questionnaire Improvements: Disabilities of the Arm, Shoulder and Hand: Questionnaire:**

- Disability/Symptom Score 50.00

***Problem #4*** **Palpation: mild ttp at the right proximal pectoralis minor insertion and long head of the biceps.**

*LTG Achieve by Apr 04, 2019. Progress: Excellent progress.*

**Palpable Improvements:**

- Tenderness Decreasing to: 0=No tenderness noted.

***Problem #5***

| Range of Motion: Shoulder: Pre-Treatment. | Left AROM | Right AROM |
|---|---|---|
| • Abduction | 178 | 175 |
| • External Rotation - 90 deg | 90 | 78 |

| | | Left | Right |
|---|---|---|---|
| | • Flexion(right upper trap and deltoid pain) | 160 | 162 |

*LTG Achieve by Apr 04, 2019. Progress: Excellent progress.*

**Range of Motion Improvements to:**

- Improved to WNL in all planes with no reports of pain.

| | | | |
|---|---|---|---|
| ***Problem #6*** | **Functional Tests: Movement: Apley's Scratch Test.** | **Left** | **Right** |
| | • IR - Combined(right feels tight, not pain) | To T6 | To T10 |

*LTG Achieve by Mar 28, 2019. Progress: Excellent progress.*

**Functional Improvements In:**

- Functional IR to at least the level of T8 to be able to wash back and fasten bra with no pain.

| | | | |
|---|---|---|---|
| ***Problem #7*** | **Muscle Testing: Upper Extremity MMT.** | **Left** | **Right** |
| | • Elbow Extension | +4/5 | +4/5 |
| | • Elbow Flexion | +4/5 | +4/5 |
| | • Scaption | +4/5 | 4/5 |
| | • Scapular Depression | 4/5 | 4/5 |
| | • Scapular Retraction | 4/5 | 4/5 |
| | • Shoulder Abduction: | +4/5 | +4/5 |
| | • Shoulder Extension | +4/5 | +4/5 |
| | • Shoulder External Rotation: | +4/5 | +4/5 |
| | • Shoulder Flexion:(anterior shoulder pain) | +4/5 | +4/5 |

*LTG Achieve by Apr 04, 2019. Progress: Good progress.*

| | | |
|---|---|---|
| **Musculoskeletal Improvements In: Upper Extremity Strength to:** | **Left** | **Right** |
| • Gross Assessment | +4/5 | +4/5 |

## Plan

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 1 visit a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**

- Client Education. Home Exercise Program. Manual Therapy Techniques. Modalities: As Needed. Neuromuscular Re-education. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Therapeutic Activities. Therapeutic Exercise. Trigger Point Dry Needle.



Michael W. Hopper, PT, PT(KY Lic: 006740)
Signed on Mar 07, 2019 12:38:11

**Please Sign and Return**

I have reviewed the Plan of Care established for skilled therapy services and certify that the services are required and that they will be provided while the patient is under my care.

**Comments/Revisions**

**Ben Kibler** **Date**

**Patient: Jamie Reece** **DOB:**
**Facility Fax: (859) 293-6730**

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Mar 14, 2019** |
| DOB: | | FSC: | BCBS |
| Clinician: | Michael W. Hopper, PT | Payor: | ANTHEM KY |
| Prim Phy: | Ben Kibler | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 258-8575 | Insured: | Not Specified |
| Phy Fax: | (859) 258-8562 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 1/31/2018 | Visits: | 10 |
| Surg. Date: | Not Specified | Cxl/Ns: | 4 |

# Cancel / No Show *Patient cancelled appointment*

**Diagnoses**

| | | |
|---|---|---|
| Right Shoulder | M75.41 | Impingement syndrome of right shoulder |
| | G90.511 | Complex regional pain syndrome I of right upper limb |
| | M25.511 | Pain in right shoulder |

## General Information

**Cancel Reasoning:**

- Illness

Michael W. Hopper, PT, PT(KY Lic: 006740)
Signed on Mar 14, 2019 12:52:14

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Mar 21, 2019** |
| DOB: | | FSC: | BCBS |
| Clinician: | Michael W. Hopper, PT | Payor: | ANTHEM KY |
| Prim Phy: | Ben Kibler | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 258-8575 | Insured: | Not Specified |
| Phy Fax: | (859) 258-8562 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 1/31/2018 | Visits: | 11 |
| Surg. Date: | Not Specified | CxI/Ns: | 4 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Right Shoulder | M75.41 | Impingement syndrome of right shoulder |
| | G90.511 | Complex regional pain syndrome I of right upper limb |
| | M25.511 | Pain in right shoulder |

## Subjective Examination

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

**Chief Complaint: Pain: Severity:**

- Current 3/10
- At Worst 6/10

**Mechanism of Injury:**

- Patient says that she began having right shoulder pain in January of 2018 while working as a production team member at Toyota. The pain was bad enough to be pulled off line on 1/31/18. She did rehab while on light duty at the medical clinic on site, but did not have any improvement. She tried to go back to work in some capacity, but could not perform her job duties due to complaints of pain. She has seen two different orthopaedic surgeons who have performed diagnostic imaging that did not reveal any structural abnormalities. A cortisone injection was performed in the right shoulder, but had no effect. She has also had imaging and nerve conduction study of her neck that only revealed minor disc bulging, but nothing that warranted surgery. Additionally, she has seen a pain management physician who has prescribed medication that helps her pain some. She has been off work completely since April 2018 and is no longer being paid short term disability by her company. She has recently had a 4 month treatment at another outpatient physical therapy clinic that has not helped her pain. Over the past 2 months, she has developed symptoms that resulted in a diagnosis of complex regional pain syndrome in her right arm. She has color changes in her arm and hand, hot and cold bouts, burning/numbness, and swelling in the forearm wrist and hand that occur without provocation. At this point she is uncertain of her ability to return to work. She says any time she uses her right arm, she gets pain that can last 3-4 days that wakes her up at night.

**Questionnaires: Disabilities of the Arm, Shoulder and Hand (DASH):**

- Date: 03/07/2019
- Test Name: QuickDASH
- Assessment Follow-up
- Disability/Symptom Score 38.64

## Objective Examination

| **Clearing Examination: Spine: Cervical:** | **Left** | **Right** |
|---|---|---|
| • Foraminal Compression | Negative | Negative |
| • Spurling's Test | Negative | Negative |
| • Upper Limb Tension Test(ULTT1) | Negative | Negative |

**Clearing Examination: Spine: Range of Motion: Cervical:**

- Active Extension 56 Degrees
- Active Flexion 70 Degrees
- Active Rotation Left 80 Degrees
- Active Rotation Right(80 post cervical mobs) 68 Degrees
- Active Side Bend Left 40 Degrees
- Active Side Bend Right 32 Degrees

| **Flexibility:** | **Left** | **Right** |
|---|---|---|
| • Pectoralis Minor | Slight Restriction | Moderate Restriction |
| **Functional Tests: Movement: Apley's Scratch Test:** | **Left** | **Right** |
| • IR - Combined(right feels tight, not pain) | To T6 | To T10 |
| **Joint Integrity/Mobility: Shoulder:** | **Left** | **Right** |
| • Inferior Humeral Glide | Normal | Normal |
| • Posterior Humeral Glide | Normal | Hypomobile/Painful |
| **Muscle Testing: Upper Extremity MMT:** | **Left** | **Right** |

| | | |
|---|---|---|
| • Scapular Depression | 4/5 | 4/5 |
| • Scapular Retraction | 4/5 | 4/5 |
| • Scaption | +4/5 | 4/5 |
| • Shoulder Abduction: | +4/5 | +4/5 |
| • Shoulder Extension | +4/5 | +4/5 |
| • Shoulder Flexion:(anterior shoulder pain) | +4/5 | +4/5 |
| • Shoulder External Rotation: | +4/5 | +4/5 |
| • Elbow Extension | +4/5 | +4/5 |
| • Elbow Flexion | +4/5 | +4/5 |

**Palpation:**

- mild ttp at the right proximal pectoralis minor insertion and long head of the biceps.

**Posture:**

- Moderate forward head position and rounded shoulders (right > left). Right arm held in protected position across abdomen in IR and 90 degrees elbow flexion.

| **Range of Motion: Shoulder: Pre-Treatment:** | **Left AROM** | **Right AROM** |
|---|---|---|
| • Flexion(right upper trap and deltoid pain) | 160 | 162 |
| • Abduction | 178 | 175 |
| • External Rotation - 90 deg | 90 | 78 |

| **Reflex/Sensory Integrity: Dermatomal Sensation: Light Touch:** | **Left** | **Right** |
|---|---|---|
| • C 05 | Normal | Normal |
| • C 06 | Normal | Normal |
| • C 07 | Normal | Normal |
| • C 08 | Normal | Normal |

| **Special Tests: Shoulder: Musculoskeletal: Muscle/Tendon:** | **Left** | **Right** |
|---|---|---|
| • Drop Arm-Rotator Cuff | Negative | Negative |
| • Empty Can | Negative | Negative |
| • Hawkins-Kennedy Impingement | Negative | Aggravates Symptoms |

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 2 | 23 |
| • Self Care/Home Management Training | 97535 | 1 | 12 |
| • Therapeutic Procedure | 97110 | 2 | 16 |

**Exercise Activities: Aerobic Conditioning:**

- Upper Body Ergometer(This visit) — Did Not Perform: This visit

**Exercise Activities: Flexibility:**

- Pectoralis Major Muscle(added time for measurements) — Time Elapsed: 10 Minutes, Side: Bilateral, Technique: Positions I/II, Body Position: Standing, Charge As: Therapeutic Exercise

**Exercise Activities: Tubing/Bands:**

- Extension, Shoulder(This visit) — Did Not Perform: This visit
- Scapular Retraction(This visit) — Did Not Perform: This visit
- Seated Row(This visit) — Did Not Perform: This visit

**Exercise Activities: Range of Motion:**

- ROM Activity 1 — Time Elapsed: 6 Minutes, Technique: Active, Description: self cervical snag with towel, Charge As: Therapeutic Exercise

**Manual Interventions: Joint Segments: Shoulder:**

**Manual Interventions: Neural Glides:**

- Median Nerve — Time Elapsed: 8 Minutes, Technique: Mobilize & Elongate, Additional Detail: median and ulnar, Charge As: Manual Therapy Techniques

**Manual Interventions: Soft Tissue:**

- Pectoralis Minor(This visit) — Did Not Perform: This visit

**Manual Interventions: Joint Segments: Vertebral:**

- Cervical Spine — Time Elapsed: 15 Minutes, Body Position: Supine, Pressure: Oscillatory, Technique 1: Gap/Distraction, Technique 2: Posteroanterior, Technique 3: UPA's left/right, lateral glide C4/5, Charge As: Manual Therapy Techniques

**Modalities:**

- Electric Stim, Unattended(This visit) — Did Not Perform: This visit

**Pt. / Family Education:**

- Patient Education 1 — Time Elapsed: 12 Minutes, Description: HEP, progress to this point, prognosis, Charge As: Self Care / Home Mgt Training

## Assessment

**Tolerance:**

- Patient with mild increase in nerve tension today compared to previous visits.

## Plan

**Daily Plan:**

- Continue w/ Current Rehabilitation Program.

Michael W. Hopper, PT, PT(KY Lic: 006740)
Signed on Mar 21, 2019 09:55:44

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Mar 29, 2019** |
| DOB: | | FSC: | BCBS |
| Clinician: | Michael W. Hopper, PT | Payor: | ANTHEM KY |
| Prim Phy: | Ben Kibler | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 258-8575 | Insured: | Not Specified |
| Phy Fax: | (859) 258-8562 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 1/31/2018 | Visits: | 12 |
| Surg. Date: | Not Specified | Cxl/Ns: | 4 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Right Shoulder | M75.41 | Impingement syndrome of right shoulder |
| | G90.511 | Complex regional pain syndrome I of right upper limb |
| | M25.511 | Pain in right shoulder |

## Subjective Examination

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

**Chief Complaint: Pain: Severity:**
- Current 3/10
- At Worst 6/10

**Mechanism of Injury:**
- Patient says that she began having right shoulder pain in January of 2018 while working as a production team member at Toyota. The pain was bad enough to be pulled off line on 1/31/18. She did rehab while on light duty at the medical clinic on site, but did not have any improvement. She tried to go back to work in some capacity, but could not perform her job duties due to complaints of pain. She has seen two different orthopaedic surgeons who have performed diagnostic imaging that did not reveal any structural abnormalities. A cortisone injection was performed in the right shoulder, but had no effect. She has also had imaging and nerve conduction study of her neck that only revealed minor disc bulging, but nothing that warranted surgery. Additionally, she has seen a pain management physician who has prescribed medication that helps her pain some. She has been off work completely since April 2018 and is no longer being paid short term disability by her company. She has recently had a 4 month treatment at another outpatient physical therapy clinic that has not helped her pain. Over the past 2 months, she has developed symptoms that resulted in a diagnosis of complex regional pain syndrome in her right arm. She has color changes in her arm and hand, hot and cold bouts, burning/numbness, and swelling in the forearm wrist and hand that occur without provocation. At this point she is uncertain of her ability to return to work. She says any time she uses her right arm, she gets pain that can last 3-4 days that wakes her up at night.

**Questionnaires: Disabilities of the Arm, Shoulder and Hand (DASH):**
- Date: 03/07/2019
- Test Name: QuickDASH
- Assessment Follow-up
- Disability/Symptom Score 38.64

## Objective Examination

| **Clearing Examination: Spine: Cervical:** | **Left** | **Right** |
|---|---|---|
| • Foraminal Compression | Negative | Negative |
| • Spurling's Test | Negative | Negative |
| • Upper Limb Tension Test(ULTT1) | Negative | Negative |

**Clearing Examination: Spine: Range of Motion: Cervical:**
- Active Extension 56 Degrees
- Active Flexion 70 Degrees
- Active Rotation Left 80 Degrees
- Active Rotation Right(80 post cervical mobs) 68 Degrees
- Active Side Bend Left 40 Degrees
- Active Side Bend Right 32 Degrees

| **Flexibility:** | **Left** | **Right** |
|---|---|---|
| • Pectoralis Minor | Slight Restriction | Moderate Restriction |

| **Functional Tests: Movement: Apley's Scratch Test:** | **Left** | **Right** |
|---|---|---|
| • IR - Combined(right feels tight, not pain) | To T6 | To T10 |

| **Joint Integrity/Mobility: Shoulder:** | **Left** | **Right** |
|---|---|---|
| • Inferior Humeral Glide | Normal | Normal |
| • Posterior Humeral Glide | Normal | Hypomobile/Painful |

| **Muscle Testing: Upper Extremity MMT:** | **Left** | **Right** |
|---|---|---|

| | | |
|---|---|---|
| • Scapular Depression | 4/5 | 4/5 |
| • Scapular Retraction | 4/5 | 4/5 |
| • Scaption | +4/5 | 4/5 |
| • Shoulder Abduction: | +4/5 | +4/5 |
| • Shoulder Extension | +4/5 | +4/5 |
| • Shoulder Flexion:(anterior shoulder pain) | +4/5 | +4/5 |
| • Shoulder External Rotation: | +4/5 | +4/5 |
| • Elbow Extension | +4/5 | +4/5 |
| • Elbow Flexion | +4/5 | +4/5 |

**Palpation:**

- mild ttp at the right proximal pectoralis minor insertion and long head of the biceps.

**Posture:**

- Moderate forward head position and rounded shoulders (right > left). Right arm held in protected position across abdomen in IR and 90 degrees elbow flexion.

| **Range of Motion: Shoulder: Pre-Treatment:** | **Left AROM** | **Right AROM** |
|---|---|---|
| • Flexion(right upper trap and deltoid pain) | 160 | 162 |
| • Abduction | 178 | 175 |
| • External Rotation - 90 deg | 90 | 78 |

| **Reflex/Sensory Integrity: Dermatomal Sensation: Light Touch:** | **Left** | **Right** |
|---|---|---|
| • C 05 | Normal | Normal |
| • C 06 | Normal | Normal |
| • C 07 | Normal | Normal |
| • C 08 | Normal | Normal |

| **Special Tests: Shoulder: Musculoskeletal: Muscle/Tendon:** | **Left** | **Right** |
|---|---|---|
| • Drop Arm-Rotator Cuff | Negative | Negative |
| • Empty Can | Negative | Negative |
| • Hawkins-Kennedy Impingement | Negative | Aggravates Symptoms |

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 3 | 34 |
| • Neuromuscular Reeducation | 97112 | 1 | 10 |
| • Self Care/Home Management Training | 97535 | 1 | 12 |

**Exercise Activities: Aerobic Conditioning:**

- Upper Body Ergometer(This visit) — Did Not Perform: This visit

**Exercise Activities: Flexibility:**

- Pectoralis Major Muscle(This visit) — Did Not Perform: This visit

**Exercise Activities: Tubing/Bands:**

- Extension, Shoulder(This visit) — Did Not Perform: This visit
- Scapular Retraction(This visit) — Did Not Perform: This visit
- Seated Row(This visit) — Did Not Perform: This visit

**Exercise Activities: Range of Motion:**

- ROM Activity 1(This visit) — Did Not Perform: This visit

**Exercise Activities: Stabilization Training: Supine Position:**

- Stabilization Training 1(added time for technique education) — Time Elapsed: 10 Minutes, Additional Detail: supine active posterior GH glide, Charge As: Neuromuscular Reeducation

**Manual Interventions: Joint Segments: Shoulder:**

- Glenohumeral Joint — Time Elapsed: 8 Minutes, Grade: II/III, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Charge As: Manual Therapy Techniques
- Scapulothoracic Joint — Time Elapsed: 8 Minutes, Grade: II/III, Pressure: Oscillatory, Technique 1: Lateral Glide, Technique 2: Inferior Glide, Charge As: Manual Therapy Techniques

**Manual Interventions: Neural Glides:**

- Median Nerve — Time Elapsed: 8 Minutes, Technique: Mobilize & Elongate, Additional Detail: median and ulnar, Charge As: Manual Therapy Techniques

**Manual Interventions: Soft Tissue:**

- Pectoralis Minor(This visit) — Did Not Perform: This visit

**Manual Interventions: Joint Segments: Vertebral:**

- Cervical Spine — Time Elapsed: 10 Minutes, Body Position: Supine, Pressure: Oscillatory, Technique 1: Gap/Distraction, Technique 2: Posteroanterior, Technique 3: UPA's left/right, lateral glide C4/5, Charge As: Manual Therapy Techniques

**Modalities:**

- Electric Stim, Unattended(This visit) — Did Not Perform: This visit

**Pt./Family Education:**

- Patient Education 1 — Time Elapsed: 12 Minutes, Description: HEP, progress to this point, prognosis, Charge As: Self Care / Home Mgt Training

## Assessment

**Tolerance:**

- Patient continues to report pain in right upper trap region and posterior shoulder. Activation of GH joint into posterior glide position helping relieve some of these symptoms. Added this to patient HEP.

## Plan

**Daily Plan:**

- Continue w/ Current Rehabilitation Program.

Michael W. Hopper, PT, PT(KY Lic: 006740)
Signed on Mar 29, 2019 12:30:56

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Apr 04, 2019** |
| DOB: | | FSC: | BCBS |
| Clinician: | Michael W. Hopper, PT | Payor: | ANTHEM KY |
| Prim Phy: | Ben Kibler | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 258-8575 | Insured: | Not Specified |
| Phy Fax: | (859) 258-8562 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 1/31/2018 | Visits: | 13 |
| Surg. Date: | Not Specified | CxI/Ns: | 4 |

# Re-Evaluation & Discharge

**Diagnoses**

| | | |
|---|---|---|
| Right Shoulder | M75.41 | Impingement syndrome of right shoulder |
| | G90.511 | Complex regional pain syndrome I of right upper limb |
| | M25.511 | Pain in right shoulder |

## Subjective Examination

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

| Chief Complaint: Pain: Severity: | Initial Nov 20, 2018 | Current Apr 04, 2019 | Change |
|---|---|---|---|
| • Current | 5/10 | 2/10 | 3/10 |
| • At Worst | 10/10 | [a] 6/10 | 4/10 |

a Measured On Mar 07, 2019

**Mechanism of Injury:**

- Patient says that she began having right shoulder pain in January of 2018 while working as a production team member at Toyota. The pain was bad enough to be pulled off line on 1/31/18. She did rehab while on light duty at the medical clinic on site, but did not have any improvement. She tried to go back to work in some capacity, but could not perform her job duties due to complaints of pain. She has seen two different orthopaedic surgeons who have performed diagnostic imaging that did not reveal any structural abnormalities. A cortisone injection was performed in the right shoulder, but had no effect. She has also had imaging and nerve conduction study of her neck that only revealed minor disc bulging, but nothing that warranted surgery. Additionally, she has seen a pain management physician who has prescribed medication that helps her pain some. She has been off work completely since April 2018 and is no longer being paid short term disability by her company. She has recently had a 4 month treatment at another outpatient physical therapy clinic that has not helped her pain. Over the past 2 months, she has developed symptoms that resulted in a diagnosis of complex regional pain syndrome in her right arm. She has color changes in her arm and hand, hot and cold bouts, burning/numbness, and swelling in the forearm wrist and hand that occur without provocation. At this point she is uncertain of her ability to return to work. She says any time she uses her right arm, she gets pain that can last 3-4 days that wakes her up at night.

| Questionnaires: Disabilities of the Arm, Shoulder and Hand (DASH): | Initial Nov 20, 2018 | Current Apr 04, 2019 | Change |
|---|---|---|---|
| • Date: | 11/21/2018 | 04/04/2019 | N/A |
| • Test Name: | QuickDASH | [a] QuickDASH | N/A |
| • Assessment | Admit | [b] Follow-up | N/A |
| • Disability/Symptom Score | 75.00 | 43.00 | 32 |

a Measured On Nov 20, 2018 b Measured On Feb 01, 2019

## Objective Examination

| Clearing Examination: Spine: Cervical: | Initial Nov 20, 2018 Left | Initial Right | Current Nov 20, 2018 Left | Current Right | Change Left | Change Right |
|---|---|---|---|---|---|---|
| • Foraminal Compression | Negative | Negative | Negative | Negative | N/A | N/A |
| • Spurling's Test | Negative | Negative | Negative | Negative | N/A | N/A |
| • Upper Limb Tension Test(ULTT1) | Negative | Negative | Negative | Negative | N/A | N/A |

| Clearing Examination: Spine: Range of Motion: Cervical: | Initial Nov 20, 2018 | Current Mar 07, 2019 | Change |
|---|---|---|---|
| • Active Extension | 46 Degrees | [b] 56 Degrees | 10 Degrees |
| • Active Flexion | 52 Degrees | 70 Degrees | 18 Degrees |
| • Active Rotation Left | 80 Degrees | [a] 80 Degrees | - |
| • Active Rotation Right(78 post self towel stretch) | 82 Degrees | 68 Degrees | 14 Degrees |
| • Active Side Bend Left | 40 Degrees | [a] 40 Degrees | - |
| • Active Side Bend Right | 32 Degrees | [a] 32 Degrees | - |

a Measured On Nov 20, 2018 b Measured On Feb 01, 2019

| Flexibility: | Initial Nov 20, 2018 Left | Initial Right | Current Feb 01, 2019 Left | Current Right | Change Left | Change Right |
|---|---|---|---|---|---|---|
| • Pectoralis Minor | Slight Restriction | Severe Restriction | [a] Slight Restriction | Moderate Restriction | N/A | N/A |

a Measured On Nov 20, 2018

| Functional Tests: Movement: Apley's Scratch Test: | Initial Nov 20, 2018 Left | Initial Nov 20, 2018 Right | Current Apr 04, 2019 Left | Current Apr 04, 2019 Right | Change Left | Change Right |
|---|---|---|---|---|---|---|
| • IR - Combined(right feels tight, not pain) | To T6 | To Sacrum | [a] To T6 | To T8 | N/A | N/A |

a Measured On Nov 20, 2018

| Joint Integrity/Mobility: Shoulder: | Initial Nov 20, 2018 Left | Initial Nov 20, 2018 Right | Current Apr 04, 2019 Left | Current Apr 04, 2019 Right | Change Left | Change Right |
|---|---|---|---|---|---|---|
| • Inferior Humeral Glide | Normal | Hypomobile | [a] Normal | [b] Normal | N/A | N/A |
| • Posterior Humeral Glide | Normal | Hypomobile/Painful | [a] Normal | Hypomobile | N/A | N/A |

a Measured On Nov 20, 2018 b Measured On Feb 01, 2019

| Muscle Testing: Upper Extremity MMT: | Initial Nov 20, 2018 Left | Initial Nov 20, 2018 Right | Current Apr 04, 2019 Left | Current Apr 04, 2019 Right | Change Left | Change Right |
|---|---|---|---|---|---|---|
| • Scapular Depression | 3/5 | 3/5 | +4/5 | +4/5 | Inc'd | Inc'd |
| • Scapular Retraction | 3/5 | 3/5 | +4/5 | +4/5 | Inc'd | Inc'd |
| • Scaption | 4/5 | +4/5 | 5/5 | 5/5 | Inc'd | Inc'd |
| • Shoulder Abduction: | 4/5 | 4/5 | 5/5 | 5/5 | Inc'd | Inc'd |
| • Shoulder Extension | 4/5 | 4/5 | 5/5 | 5/5 | Inc'd | Inc'd |
| • Shoulder Flexion: | 4/5 | 4/5 | 5/5 | 5/5 | Inc'd | Inc'd |
| • Shoulder External Rotation: | 4/5 | +4/5 | 5/5 | 5/5 | Inc'd | Inc'd |
| • Elbow Extension | 4/5 | 4/5 | 5/5 | 5/5 | Inc'd | Inc'd |
| • Elbow Flexion | +4/5 | +4/5 | 5/5 | 5/5 | Inc'd | Inc'd |

## Palpation:

- mild ttp at the right proximal pectoralis minor insertion and long head of the biceps.

## Posture:

- mild forward head position and rounded shoulders (right > left).

| Range of Motion: Shoulder: Pre-Treatment: | Initial Nov 20, 2018 L. Act. | Initial Nov 20, 2018 R. Act. | Current Apr 04, 2019 L. Act. | Current Apr 04, 2019 R. Act. | Change L. Act. | Change Pas. | Change R. Act. | Change Pas. |
|---|---|---|---|---|---|---|---|---|
| • Flexion(no extra pain) | 160 | 160 | [a] 160 [a] | [c] 162 [a] | - | N/A | 2 | N/A |
| • Abduction | 178 | 174 | [a] 178 [a] | [c] 175 [a] | - | N/A | 1 | N/A |
| • External Rotation - 90 deg | 86 | 72 | [b] 90 [a] | 82 [a] | 4 | N/A | 10 | N/A |

a Measured On Nov 20, 2018 b Measured On Feb 01, 2019 c Measured On Mar 07, 2019

| Reflex/Sensory Integrity: Dermatomal Sensation: Light Touch: | Initial Nov 20, 2018 Left | Initial Nov 20, 2018 Right | Current Mar 07, 2019 Left | Current Mar 07, 2019 Right | Change Left | Change Right |
|---|---|---|---|---|---|---|
| • C 05 | Normal | Normal | [a] Normal | [a] Normal | N/A | N/A |
| • C 06 | Normal | Diminished | [a] Normal | Normal | N/A | N/A |
| • C 07 | Normal | Diminished | [a] Normal | Normal | N/A | N/A |
| • C 08 | Normal | Diminished | [a] Normal | Normal | N/A | N/A |

a Measured On Nov 20, 2018

| Special Tests: Shoulder: Musculoskeletal: Muscle/Tendon: | Initial Nov 20, 2018 Left | Initial Nov 20, 2018 Right | Current Apr 04, 2019 Left | Current Apr 04, 2019 Right | Change Left | Change Right |
|---|---|---|---|---|---|---|
| • Drop Arm-Rotator Cuff | Negative | Negative | [a] Negative | [a] Negative | N/A | N/A |
| • Empty Can | Negative | Negative | [a] Negative | [a] Negative | N/A | N/A |
| • Hawkins-Kennedy Impingement | Negative | Aggravates Symptoms | [a] Negative | tight, no pain | N/A | N/A |

a Measured On Nov 20, 2018

# Treatments

## Documented Procedural Code Summary:

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Reevaluation | 97164 | 1 | n/a |
| • Self Care/Home Management Training | 97535 | 1 | 15 |

## Exercise Activities: Aerobic Conditioning:

| | |
|---|---|
| • Upper Body Ergometer(This visit) | Did Not Perform: This visit |
| **Exercise Activities: Flexibility:** | |
| • Pectoralis Major Muscle(This visit) | Did Not Perform: This visit |
| **Exercise Activities: Tubing/Bands:** | |
| • Extension, Shoulder(This visit) | Did Not Perform: This visit |
| • Scapular Retraction(This visit) | Did Not Perform: This visit |
| • Seated Row(This visit) | Did Not Perform: This visit |
| **Exercise Activities: Range of Motion:** | |
| • ROM Activity 1(This visit) | Did Not Perform: This visit |
| **Exercise Activities: Stabilization Training: Supine Position:** | |
| • Stabilization Training 1(This visit) | Did Not Perform: This visit |
| **Manual Interventions: Joint Segments: Shoulder:** | |
| • Glenohumeral Joint(This visit) | Did Not Perform: This visit |
| • Scapulothoracic Joint(This visit) | Did Not Perform: This visit |
| **Manual Interventions: Neural Glides:** | |
| • Median Nerve(This visit) | Did Not Perform: This visit |
| **Manual Interventions: Soft Tissue:** | |
| • Pectoralis Minor(This visit) | Did Not Perform: This visit |
| **Manual Interventions: Joint Segments: Vertebral:** | |
| • Cervical Spine(This visit) | Did Not Perform: This visit |
| **Modalities:** | |
| • Electric Stim, Unattended(This visit) | Did Not Perform: This visit |
| **Pt./Family Education:** | |
| • Patient Education 1 | Time Elapsed: 15 Minutes, Description: HEP, progress to this point, prognosis, discharge planning, Charge As: Self Care / Home Mgt Training |

## Assessment

The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program. Based on this patient's clinical presentation, it is my professional opinion that the patient's prognosis at time of discharge is good. The patient was educated regarding their discharge prognosis and related pathology. The patient demonstrates good understanding of their home program instructions.

**Recommendations:**

- Skilled Intervention: No further skilled intervention required at this time. Patient demonstrating ability to independently manage symptoms with home exercises. Upper extremity strength, ROM and sensitivity has returned to normal levels.

## Problems & Goals

***Problem #1*** **Chief Complaint: Pain: Severity.**

*Goal Abandoned Apr 04, 2019. 90 % of Goal Met*

**Symptomatic Improvements:**

- Decreasing Pain: to 0/10.

***Problem #2*** **ADL / Functional Status: Current Status: Work status: Unable to work secondary to dysfunction.**

*Goal Abandoned Apr 04, 2019. patient progressed to independent management*

**ADL Improvements In:**

- Patient will return to work at least light duty with no more than 2/10 pain.

***Problem #3*** **Questionnaires: Disabilities of the Arm, Shoulder and Hand (DASH).**

*Goal Abandoned Apr 04, 2019. 80 % of Goal Met*

**Questionnaire Improvements: Disabilities of the Arm, Shoulder and Hand: Questionnaire:**

- Disability/Symptom Score 25.00

***Problem #4*** **Palpation: mild ttp at the right proximal pectoralis minor insertion and long head of the biceps.**

*Goal Abandoned Apr 04, 2019. 95 % of Goal Met*

**Palpable Improvements:**

- Tenderness Decreasing to: 0=No tenderness noted.

***Problem #5*** **Range of Motion: Shoulder: Pre-Treatment.**

*Goal Achieved Apr 04, 2019.*

**Range of Motion Improvements to:**

- Improved to WNL in all planes with no reports of pain.

***Problem #6*** **Functional Tests: Movement: Apley's Scratch Test.**

*Goal Achieved Apr 04, 2019.*

**Functional Improvements In:**

- Functional IR to at least the level of T8 to be able to wash back and fasten bra with no pain.

***Problem #7*** **Muscle Testing: Upper Extremity MMT.**

*Goal Achieved Apr 04, 2019.*

| Musculoskeletal Improvements In: Upper Extremity Strength to: | Left | Right |
|---|---|---|
| • Gross Assessment | +4/5 | +4/5 |

## Plan

Today's visit was designed to determine progress toward goals previously outlined. Based upon the clinical presentation and reasons outlined in the assessment, no further skilled care is necessary and the client is discharged. The patient is discharged due to meeting goals.

**Therapeutic Contents:**

- No further treatment required at this time.

Michael W. Hopper, PT, PT(KY Lic: 006740)
Signed on Apr 04, 2019 09:31:40

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Apr 04, 2019** |
| DOB: | | FSC: | BCBS |
| Clinician: | Michael W. Hopper, PT | Payor: | ANTHEM KY |
| Prim Phy: | Ben Kibler | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 258-8575 | Insured: | Not Specified |
| Phy Fax: | (859) 258-8562 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 1/31/2018 | Visits: | 13 |
| Surg. Date: | Not Specified | CxI/Ns: | 4 |

# Plan of Care

**Diagnoses**

| | | |
|---|---|---|
| Right Shoulder | M75.41 | Impingement syndrome of right shoulder |
| | G90.511 | Complex regional pain syndrome I of right upper limb |
| | M25.511 | Pain in right shoulder |

## Subjective Examination

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

**Questionnaires: Disabilities of the Arm, Shoulder and Hand (DASH):**

- Date: 04/04/2019
- Test Name: QuickDASH
- Assessment Follow-up
- Disability/Symptom Score 43.00

## Assessment

The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program. Based on this patient's clinical presentation, it is my professional opinion that the patient's prognosis at time of discharge is good. The patient was educated regarding their discharge prognosis and related pathology. The patient demonstrates good understanding of their home program instructions.

**Recommendations:**

- Skilled Intervention: No further skilled intervention required at this time. Patient demonstrating ability to independently manage symptoms with home exercises. Upper extremity strength, ROM and sensitivity has returned to normal levels.

## Problems & Goals

***Problem #1*** **Chief Complaint: Pain: Severity.**

- At Worst 6/10
- Current 2/10

*Goal Abandoned Apr 04, 2019. 90 % of Goal Met*

**Symptomatic Improvements:**

- Decreasing Pain: to 0/10.

***Problem #2*** **ADL / Functional Status: Current Status: Work status: Unable to work secondary to dysfunction.**

*Goal Abandoned Apr 04, 2019. patient progressed to independent management*

**ADL Improvements In:**

- Patient will return to work at least light duty with no more than 2/10 pain.

***Problem #3*** **Questionnaires: Disabilities of the Arm, Shoulder and Hand (DASH).**

- Date: 04/04/2019
- Test Name: QuickDASH
- Assessment Follow-up
- Disability/Symptom Score 43.00

*Goal Abandoned Apr 04, 2019. 80 % of Goal Met*

**Questionnaire Improvements: Disabilities of the Arm, Shoulder and Hand: Questionnaire:**

- Disability/Symptom Score 25.00

***Problem #4*** **Palpation: mild ttp at the right proximal pectoralis minor insertion and long head of the biceps.**

*Goal Abandoned Apr 04, 2019. 95 % of Goal Met*

**Palpable Improvements:**

- Tenderness Decreasing to: 0=No tenderness noted.

***Problem #5*** **Range of Motion: Shoulder: Pre-Treatment.**

| | **Left AROM** | **Right AROM** |
|---|---|---|
| • Abduction | 178 | 175 |

| | | Left | Right |
|---|---|---|---|
| | • External Rotation - 90 deg | 90 | 82 |
| | • Flexion(no extra pain) | 160 | 162 |

*Goal Achieved Apr 04, 2019.*

**Range of Motion Improvements to:**

- Improved to WNL in all planes with no reports of pain.

| | | | |
|---|---|---|---|
| ***Problem #6*** | **Functional Tests: Movement: Apley's Scratch Test.** | **Left** | **Right** |
| | • IR - Combined(right feels tight, not pain) | To T6 | To T8 |

*Goal Achieved Apr 04, 2019.*

**Functional Improvements In:**

- Functional IR to at least the level of T8 to be able to wash back and fasten bra with no pain.

| | | | |
|---|---|---|---|
| ***Problem #7*** | **Muscle Testing: Upper Extremity MMT.** | **Left** | **Right** |
| | • Elbow Extension | 5/5 | 5/5 |
| | • Elbow Flexion | 5/5 | 5/5 |
| | • Scaption | 5/5 | 5/5 |
| | • Scapular Depression | +4/5 | +4/5 |
| | • Scapular Retraction | +4/5 | +4/5 |
| | • Shoulder Abduction: | 5/5 | 5/5 |
| | • Shoulder Extension | 5/5 | 5/5 |
| | • Shoulder External Rotation: | 5/5 | 5/5 |
| | • Shoulder Flexion: | 5/5 | 5/5 |

*Goal Achieved Apr 04, 2019.*

| | | |
|---|---|---|
| **Musculoskeletal Improvements In: Upper Extremity Strength to:** | **Left** | **Right** |
| • Gross Assessment | +4/5 | +4/5 |

## Plan

Today's visit was designed to determine progress toward goals previously outlined. Based upon the clinical presentation and reasons outlined in the assessment, no further skilled care is necessary and the client is discharged. The patient is discharged due to meeting goals.

**Therapeutic Contents:**

- No further treatment required at this time.

Michael W. Hopper, PT, PT(KY Lic: 006740)
Signed on Apr 04, 2019 09:31:40

**Please Sign and Return**

I have reviewed the Plan of Care established for skilled therapy services and certify that the services are required and that they will be provided while the patient is under my care.

**Comments/Revisions**

**Ben Kibler** **Date**

**Patient: Jamie Reece** **DOB:**
**Facility Fax: (859) 293-6730**

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Dec 05, 2019** |
| DOB: | | FSC: | BCBS |
| Clinician: | Michael W. Hopper, PT | Payor: | ANTHEM KY |
| Prim Phy: | William L. ONeill | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 263-5140 | Insured: | Not Specified |
| Phy Fax: | (859) 263-5141 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/11/2019 | Visits: | 1 |
| Surg. Date: | 10/15/2019 | Cxl/Ns: | 0 |

# Initial Evaluation

**Diagnoses**

| | | |
|---|---|---|
| Right Wrist/Hand | S52.301D | Unspecified fracture of shaft of right radius, subsequent encounter for closed fracture with routine healing |
| | M25.531 | Pain in right wrist |

## Subjective Examination

The medical history questionnaire has been completed and signed by the patient, reviewed by the evaluating therapist, and is on file.

**ADL / Functional Status:**
- Premorbid Status: Independent with difficulty Current Status: Reports abnormal sensation in right index finger that is aggravated with writing or typing and sensitivity over her incision that is aggravated by shirt sleeves. She reports significant difficulty with wrist mobility limiting functional grasp.

**Chief Complaint: Pain: Severity:**

| | |
|---|---|
| • At Best | 0/10 |
| • At Worst | 5/10 |

**Functional Comorbidity Index:**
- Arthritis (RA, OA). CRPS

**Mechanism of Injury:**
- Patient suffering right distal radius fracture on 10/11/19 from a fall. Had surgical fixation of the radius with plate and screws the following week. Had hard cast and soft cast on the right wrist for 4 weeks total. Has had routine healing to this point. Limited mobility in the right wrist and hand along with decreased dexterity.

**Questionnaires: C-D: Disabilities of Arm, Shoulder, Hand (DASH/QDASH): QuickDASH Scoring:**

| | |
|---|---|
| • Date: | 12/05/2019 |
| • Assessment | Initial |

**Rehabilitation Expectations/Goals:**
- Return to Age Appropriate Activities: Unrestricted/Minimal Symptoms.

## Objective Examination

| **Girth/Volume: Pre-Treatment Girth: Girth (cm):** | **Left** | **Right** |
|---|---|---|
| • Wrist | 26.5 cm. | 28.5 cm. |

| **Muscle Testing: Upper Extremity MMT:** | **Left** | **Right** |
|---|---|---|
| • Shoulder Abduction: | 5/5 | 5/5 |
| • Shoulder Flexion: | 5/5 | 5/5 |
| • Shoulder External Rotation: | 5/5 | 5/5 |
| • Elbow Extension | 5/5 | 5/5 |
| • Elbow Flexion | 5/5 | 5/5 |
| • Wrist Extension: | 5/5 | +4/5 |
| • Wrist Flexion: | 5/5 | +4/5 |
| • Finger Abduction | 5/5 | 5/5 |
| • Thumb Abduction | 5/5 | 5/5 |

**Observations:**
- Well healed incision on right wrist

| **Range of Motion: Elbow: Pre-Treatment:** | **Left AROM** | **Right AROM** |
|---|---|---|
| • Extension | 2 | 2 |
| • Flexion | 135 | 135 |
| • Wrist Extension | 68 | 28 |
| • Wrist Flexion(55 post) | 77 | 50 |
| • Wrist Radial Deviation | 32 | 8 |
| • Wrist Ulnar Deviation | 48 | 30 |

**Reflex/Sensory Integrity:**

- Hypersensitivity of right wrist incision from surgery.

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Evaluation, High Complexity | 97163 | 1 | n/a |
| • Manual Therapy Techniques | 97140 | 1 | 10 |
| • Self Care/Home Management Training | 97535 | 1 | 12 |
| • Therapeutic Procedure | 97110 | 1 | 14 |

**Exercise Activities: Flexibility:**

| | |
|---|---|
| • Finger Extensor Musculature | Time Elapsed: 4 Minutes, Technique: Active-Assistive, Charge As: Therapeutic Exercise |
| • Finger Flexor Musculature | Time Elapsed: 4 Minutes, Technique: Active-Assistive, Charge As: Therapeutic Exercise |

**Manual Interventions: Joint Segments: Wrist/Hand:**

| | |
|---|---|
| • Mid-carpal | Time Elapsed: 10 Minutes, Grade: II/III, Pressure: Oscillatory, Technique 1: PA and AP glides, Charge As: Manual Therapy Techniques |

**Pt./Family Education:**

| | |
|---|---|
| • Pathology/Involved Anatomy | Time Elapsed: 12 Minutes, Additional Detail: Educated patient on anatomy involved, treatement rationale, prognosis, Charge As: Self Care / Home Mgt Training |
| • Written Home Exercise Program | Time Elapsed: 6 Minutes, Activity: Provided & Reviewed, Description: Diagnosis Specific, Charge As: Therapeutic Exercise |

## Assessment

The patient requires skilled physical therapy to address the problems identified, and to achieve the individualized patient goals as outlined in the problems and goals section of this evaluation. Overall rehabilitation potential is good. The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

**Recommendations: Skilled Intervention: Required To:**

- Decrease Pain. Improve Function. Improve Motor Control. Increase Range of Motion. Increase Strength.

## Problems & Goals

***Problem #1*** **Range of Motion: Elbow: Pre-Treatment.**

*LTG Achieve by Jan 02, 2020.*

| Range of Motion Improvements to: Wrist/Hand: Wrist Complex: | Right AROM |
|---|---|
| • Extension | 60 |
| • Flexion | 70 |

***Problem #2*** **ADL / Functional Status: Current Status: Reports abnormal sensation in right index finger that is aggravated with writing or typing and sensitivity over her incision that is aggravated by shirt sleeves. She reports significant difficulty with wrist mobility limiting functional grasp.**

*LTG Achieve by Jan 02, 2020.*

**Independence in HEP.**

## Plan

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**

- Client Education. Home Exercise Program. Manual Therapy Techniques. Modalities: As Needed. Neuromuscular Re-education. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Therapeutic Activities. Therapeutic Exercise.

Michael W. Hopper, PT, PT(KY Lic: 006740)
Signed on Dec 05, 2019 13:55:43

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Dec 05, 2019** |
| DOB: | | FSC: | BCBS |
| Clinician: | Michael W. Hopper, PT | Payor: | ANTHEM KY |
| Prim Phy: | William L. ONeill | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 263-5140 | Insured: | Not Specified |
| Phy Fax: | (859) 263-5141 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/11/2019 | Visits: | 1 |
| Surg. Date: | 10/15/2019 | Cxl/Ns: | 0 |

# Plan of Care

**Diagnoses**

| | | |
|---|---|---|
| Right Wrist/Hand | S52.301D | Unspecified fracture of shaft of right radius, subsequent encounter for closed fracture with routine healing |
| | M25.531 | Pain in right wrist |

## Subjective Examination

The medical history questionnaire has been completed and signed by the patient, reviewed by the evaluating therapist, and is on file.

**ADL / Functional Status:**
- Premorbid Status: Independent with difficulty

**Functional Comorbidity Index:**
- Arthritis (RA, OA). CRPS

**Rehabilitation Expectations/Goals:**
- Return to Age Appropriate Activities: Unrestricted/Minimal Symptoms.

**ADL / Functional Status:**
- Current Status: Reports abnormal sensation in right index finger that is aggravated with writing or typing and sensitivity over her incision that is aggravated by shirt sleeves. She reports significant difficulty with wrist mobility limiting functional grasp.

**Chief Complaint: Pain: Severity:**

| | |
|---|---|
| • At Best | 0/10 |
| • At Worst | 5/10 |

**Mechanism of Injury:**
- Patient suffering right distal radius fracture on 10/11/19 from a fall. Had surgical fixation of the radius with plate and screws the following week. Had hard cast and soft cast on the right wrist for 4 weeks total. Has had routine healing to this point. Limited mobility in the right wrist and hand along with decreased dexterity.

**Questionnaires: C-D: Disabilities of Arm, Shoulder, Hand (DASH/QDASH): QuickDASH Scoring:**

| | |
|---|---|
| • Date: | 12/05/2019 |
| • Assessment | Initial |

## Assessment

The patient requires skilled physical therapy to address the problems identified, and to achieve the individualized patient goals as outlined in the problems and goals section of this evaluation. Overall rehabilitation potential is good. The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

**Recommendations: Skilled Intervention: Required To:**
- Decrease Pain. Improve Function. Improve Motor Control. Increase Range of Motion. Increase Strength.

## Problems & Goals

***Problem #1*** **Range of Motion: Elbow: Pre-Treatment.**

| | Left AROM | Right AROM |
|---|---|---|
| • Extension | 2 | 2 |
| • Flexion | 135 | 135 |
| • Wrist Extension | 68 | 28 |
| • Wrist Flexion(55 post) | 77 | 50 |
| • Wrist Radial Deviation | 32 | 8 |
| • Wrist Ulnar Deviation | 48 | 30 |

*LTG Achieve by Jan 02, 2020.*

| Range of Motion Improvements to: Wrist/Hand: Wrist Complex: | Right AROM |
|---|---|
| • Extension | 60 |
| • Flexion | 70 |

***Problem #2*** **ADL / Functional Status: Current Status: Reports abnormal sensation in right index finger that is aggravated**

**with writing or typing and sensitivity over her incision that is aggravated by shirt sleeves. She reports significant difficulty with wrist mobility limiting functional grasp.**

*LTG Achieve by Jan 02, 2020.*

**Independence in HEP.**

## Plan

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**

- Client Education. Home Exercise Program. Manual Therapy Techniques. Modalities: As Needed. Neuromuscular Re-education. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Therapeutic Activities. Therapeutic Exercise.

Michael W. Hopper, PT, PT(KY Lic: 006740)
Signed on Dec 05, 2019 13:55:43

**Please Sign and Return**

I have reviewed the Plan of Care established for skilled therapy services and certify that the services are required and that they will be provided while the patient is under my care.

**Comments/Revisions**

**William L. ONeill** **Date**

**Patient: Jamie Reece** **DOB:**

**Facility Fax: (859) 293-6730**

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Dec 10, 2019** |
| DOB: | | FSC: | BCBS |
| Clinician: | Michael W. Hopper, PT | Payor: | ANTHEM KY |
| Prim Phy: | William L. ONeill | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 263-5140 | Insured: | Not Specified |
| Phy Fax: | (859) 263-5141 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/11/2019 | Visits: | 2 |
| Surg. Date: | 10/15/2019 | CxI/Ns: | 0 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Right Wrist/Hand | S52.301D | Unspecified fracture of shaft of right radius, subsequent encounter for closed fracture with routine healing |
| | M25.531 | Pain in right wrist |

## Subjective Examination

**ADL / Functional Status:**

- Current Status: Reports abnormal sensation in right index finger that is aggravated with writing or typing and sensitivity over her incision that is aggravated by shirt sleeves. She reports significant difficulty with wrist mobility limiting functional grasp.

**Chief Complaint: Pain: Severity:**

| | |
|---|---|
| • At Best | 0/10 |
| • At Worst | 5/10 |

**Mechanism of Injury:**

- Patient suffering right distal radius fracture on 10/11/19 from a fall. Had surgical fixation of the radius with plate and screws the following week. Had hard cast and soft cast on the right wrist for 4 weeks total. Has had routine healing to this point. Limited mobility in the right wrist and hand along with decreased dexterity.

**Questionnaires: C-D: Disabilities of Arm, Shoulder, Hand (DASH/QDASH): QuickDASH Scoring:**

| | |
|---|---|
| • Date: | 12/05/2019 |
| • Assessment | Initial |

## Objective Examination

| **Girth/Volume: Pre-Treatment Girth: Girth (cm):** | **Left** | **Right** |
|---|---|---|
| • Wrist | 26.5 cm. | 28.5 cm. |

| **Muscle Testing: Upper Extremity MMT:** | **Left** | **Right** |
|---|---|---|
| • Shoulder Abduction: | 5/5 | 5/5 |
| • Shoulder Flexion: | 5/5 | 5/5 |
| • Shoulder External Rotation: | 5/5 | 5/5 |
| • Elbow Extension | 5/5 | 5/5 |
| • Elbow Flexion | 5/5 | 5/5 |
| • Wrist Extension: | 5/5 | +4/5 |
| • Wrist Flexion: | 5/5 | +4/5 |
| • Finger Abduction | 5/5 | 5/5 |
| • Thumb Abduction | 5/5 | 5/5 |

| **Muscle Testing: Grip/Pinch: Dynamometer II Elbow Flexed: Measures:** | **Left** | **Right** |
|---|---|---|
| • Average. | 35.0 Pounds | 25.0 Pounds |

**Observations:**

- Well healed incision on right wrist

| **Range of Motion: Elbow: Pre-Treatment:** | **Left AROM** | **Right AROM** |
|---|---|---|
| • Extension | 2 | 2 |
| • Flexion | 135 | 135 |
| • Wrist Extension | 68 | 45 |
| • Wrist Flexion(55 post) | 77 | 58 |
| • Wrist Radial Deviation | 32 | 28 |
| • Wrist Ulnar Deviation | 48 | 30 |

**Reflex/Sensory Integrity:**

- Hypersensitivity of right wrist incision from surgery.

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 2 | 24 |
| • Neuromuscular Reeducation | 97112 | 1 | 10 |
| • Therapeutic Procedure | 97110 | 2 | 26 |

**Exercise Activities: Flexibility:**

| | |
|---|---|
| • Finger Extensor Musculature | Time Elapsed: 8 Minutes, Technique: Active-Assistive, Charge As: Therapeutic Exercise |
| • Finger Flexor Musculature | Time Elapsed: 8 Minutes, Technique: Active-Assistive, Charge As: Therapeutic Exercise |

**Exercise Activities: Tubing/Bands:**

| | |
|---|---|
| • Tubing/Bands 1(added time for assessment) | Time Elapsed: 10 Minutes, Tubing/Band Color: red, Resistance: Concentric/Eccentric, Description: finger extension, Charge As: Neuromuscular Reeducation |

**Exercise Activities: Machines/Weights:**

| | |
|---|---|
| • Machines/Free Weights 1 | Time Elapsed: 10 Minutes, Weight - Pounds: 2 Pounds, Description: wrist extension and flexion supported, Charge As: Therapeutic Exercise |

**Manual Interventions: Joint Segments: Wrist/Hand:**

| | |
|---|---|
| • Mid-carpal | Time Elapsed: 12 Minutes, Grade: II/III, Pressure: Oscillatory, Technique 1: PA and AP glides, Charge As: Manual Therapy Techniques |
| • Joint Complex Mobilization 1 | Time Elapsed: 12 Minutes, Body Position: Supine, Pressure: Oscillatory, Technique 1: gross flexion and extension capturing fingers, Charge As: Manual Therapy Techniques |

## Assessment

**Tolerance:**

- Patient tolerating interventions very well today. Demonstrating significant improvement in wrist flexion, extension, and radial deviation. Reporting no discomfort with activities today.

## Plan

**Daily Plan:**

- Continue w/ Current Rehabilitation Program.

Michael W. Hopper, PT, PT(KY Lic: 006740)
Signed on Dec 10, 2019 11:09:42

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Dec 12, 2019** |
| DOB: | | FSC: | BCBS |
| Clinician: | Michael W. Hopper, PT | Payor: | ANTHEM KY |
| Prim Phy: | William L. ONeill | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 263-5140 | Insured: | Not Specified |
| Phy Fax: | (859) 263-5141 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/11/2019 | Visits: | 3 |
| Surg. Date: | 10/15/2019 | Cxl/Ns: | 0 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Right Wrist/Hand | S52.301D | Unspecified fracture of shaft of right radius, subsequent encounter for closed fracture with routine healing |
| | M25.531 | Pain in right wrist |

## Subjective Examination

**ADL / Functional Status:**

- Current Status: Reports abnormal sensation in right index finger that is aggravated with writing or typing and sensitivity over her incision that is aggravated by shirt sleeves. She reports significant difficulty with wrist mobility limiting functional grasp.

**Chief Complaint: Pain: Severity:**

| | |
|---|---|
| • At Best | 0/10 |
| • At Worst | 5/10 |

**Mechanism of Injury:**

- Patient suffering right distal radius fracture on 10/11/19 from a fall. Had surgical fixation of the radius with plate and screws the following week. Had hard cast and soft cast on the right wrist for 4 weeks total. Has had routine healing to this point. Limited mobility in the right wrist and hand along with decreased dexterity.

**Questionnaires: C-D: Disabilities of Arm, Shoulder, Hand (DASH/QDASH): QuickDASH Scoring:**

| | |
|---|---|
| • Date: | 12/05/2019 |
| • Assessment | Initial |

## Objective Examination

| **Girth/Volume: Pre-Treatment Girth: Girth (cm):** | **Left** | **Right** |
|---|---|---|
| • Wrist | 26.5 cm. | 28.5 cm. |

| **Muscle Testing: Upper Extremity MMT:** | **Left** | **Right** |
|---|---|---|
| • Shoulder Abduction: | 5/5 | 5/5 |
| • Shoulder Flexion: | 5/5 | 5/5 |
| • Shoulder External Rotation: | 5/5 | 5/5 |
| • Elbow Extension | 5/5 | 5/5 |
| • Elbow Flexion | 5/5 | 5/5 |
| • Wrist Extension: | 5/5 | +4/5 |
| • Wrist Flexion: | 5/5 | +4/5 |
| • Finger Abduction | 5/5 | 5/5 |
| • Thumb Abduction | 5/5 | 5/5 |

**Observations:**

- Well healed incision on right wrist

| **Range of Motion: Elbow: Pre-Treatment:** | **Left AROM** | **Right AROM** |
|---|---|---|
| • Extension | 2 | 2 |
| • Flexion | 135 | 135 |
| • Wrist Extension(58 post) | 68 | 45 |
| • Wrist Flexion(62 post) | 77 | 58 |
| • Wrist Radial Deviation | 32 | 28 |
| • Wrist Ulnar Deviation(38 post) | 48 | 30 |

**Reflex/Sensory Integrity:**

- Hypersensitivity of right wrist incision from surgery.

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 2 | 24 |

| | | | |
|---|---|---|---|
| • Neuromuscular Reeducation | 97112 | 1 | 8 |
| • Therapeutic Activities | 97530 | 1 | 8 |
| • Therapeutic Procedure | 97110 | 2 | 18 |

**Exercise Activities: Flexibility:**

| | |
|---|---|
| • Finger Extensor Musculature | Time Elapsed: 5 Minutes, Technique: Active-Assistive, Charge As: Therapeutic Exercise |
| • Finger Flexor Musculature | Time Elapsed: 5 Minutes, Technique: Active-Assistive, Charge As: Therapeutic Exercise |

**Exercise Activities: Tubing/Bands:**

| | |
|---|---|
| • Tubing/Bands 1 | Time Elapsed: 8 Minutes, Tubing/Band Color: yellow web, Resistance: Concentric/Eccentric, Description: finger extension, finger flexion, Charge As: Neuromuscular Reeducation |

**Exercise Activities: Machines/Weights:**

| | |
|---|---|
| • Machines/Free Weights 1 | Time Elapsed: 8 Minutes, Weight - Pounds: 2 Pounds, Description: wrist extension and flexion supported, Charge As: Therapeutic Exercise |

**Exercise Activities: Theraputty:**

| | |
|---|---|
| • Grip Activities(added time for assessment) | Time Elapsed: 8 Minutes, Putty Resistance: Medium, Charge As: Therapeutic Activities |

**Manual Interventions: Joint Segments: Wrist/Hand:**

| | |
|---|---|
| • Mid-carpal | Time Elapsed: 12 Minutes, Grade: II/III, Pressure: Oscillatory, Technique 1: PA and AP glides, Technique 2: PROM all directions, Charge As: Manual Therapy Techniques |
| • Joint Complex Mobilization 1 | Time Elapsed: 12 Minutes, Body Position: Supine, Pressure: Oscillatory, Technique 1: gross flexion and extension capturing fingers, Charge As: Manual Therapy Techniques |

## Assessment

**Tolerance:**

- Patient tolerating interventions very well today. Demonstrating continued improvement in ROM of the right wrist complex with minimal reports of discomfort.

## Plan

**Daily Plan:**

- Continue w/ Current Rehabilitation Program.

Michael W. Hopper, PT, PT(KY Lic: 006740)
Signed on Dec 12, 2019 09:00:38

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Dec 18, 2019** |
| DOB: | | FSC: | BCBS |
| Clinician: | Michael W. Hopper, PT | Payor: | ANTHEM KY |
| Prim Phy: | William L. ONeill | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 263-5140 | Insured: | Not Specified |
| Phy Fax: | (859) 263-5141 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/11/2019 | Visits: | 3 |
| Surg. Date: | 10/15/2019 | Cxl/Ns: | 1 |

# Cancel / No Show *Patient cancelled appointment*

**Diagnoses**

| | | |
|---|---|---|
| Right Wrist/Hand | S52.301D | Unspecified fracture of shaft of right radius, subsequent encounter for closed fracture with routine healing |
| | M25.531 | Pain in right wrist |

## General Information

**Cancel Reasoning:**

- At MD appointment, sched tomorrow

Michael W. Hopper, PT, PT(KY Lic: 006740)
Signed on Dec 18, 2019 09:21:24

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Dec 19, 2019** |
| DOB: | | FSC: | BCBS |
| Clinician: | Michael W. Hopper, PT | Payor: | ANTHEM KY |
| Prim Phy: | William L. ONeill | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 263-5140 | Insured: | Not Specified |
| Phy Fax: | (859) 263-5141 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 10/11/2019 | Visits: | 4 |
| Surg. Date: | 10/15/2019 | CxI/Ns: | 1 |

# Daily Note & Discharge

**Diagnoses**

| | | |
|---|---|---|
| Right Wrist/Hand | S52.301D | Unspecified fracture of shaft of right radius, subsequent encounter for closed fracture with routine healing |
| | M25.531 | Pain in right wrist |

## Subjective Examination

**ADL / Functional Status:**

- Current Status: Reports reporting that she has returned to all normal activities and is not limited by the right wrist mobility or strength.

| **Chief Complaint: Pain: Severity:** | **Dec 05, 2019** | **Dec 19, 2019** |
|---|---|---|
| • At Best | 0/10 | 0/10 |
| • At Worst | 5/10 | 1/10 |

**Mechanism of Injury:**

- Patient suffering right distal radius fracture on 10/11/19 from a fall. Had surgical fixation of the radius with plate and screws the following week. Had hard cast and soft cast on the right wrist for 4 weeks total. Has had routine healing to this point. Limited mobility in the right wrist and hand along with decreased dexterity.

| **Questionnaires: C-D: Disabilities of Arm, Shoulder, Hand (DASH/QDASH): QuickDASH Scoring:** | **Dec 05, 2019** | **Dec 19, 2019** |
|---|---|---|
| • Date: | 12/05/2019 | 12/05/2019 |
| • Assessment | Initial | Initial |

## Objective Examination

| | **Dec 05, 2019** | | **Dec 19, 2019** | |
|---|---|---|---|---|
| **Girth/Volume: Pre-Treatment Girth: Girth (cm):** | **Left** | **Right** | **Left** | **Right** |
| • Wrist | 26.5 cm. | 28.5 cm. | 26.5 cm. | 28.5 cm. |

| | **Dec 05, 2019** | | **Dec 19, 2019** | |
|---|---|---|---|---|
| **Muscle Testing: Upper Extremity MMT:** | **Left** | **Right** | **Left** | **Right** |
| • Shoulder Abduction: | 5/5 | 5/5 | 5/5 | 5/5 |
| • Shoulder Flexion: | 5/5 | 5/5 | 5/5 | 5/5 |
| • Shoulder External Rotation: | 5/5 | 5/5 | 5/5 | 5/5 |
| • Elbow Extension | 5/5 | 5/5 | 5/5 | 5/5 |
| • Elbow Flexion | 5/5 | 5/5 | 5/5 | 5/5 |
| • Wrist Extension: | 5/5 | +4/5 | 5/5 | 5/5 |
| • Wrist Flexion: | 5/5 | +4/5 | 5/5 | 5/5 |
| • Finger Abduction | 5/5 | 5/5 | 5/5 | 5/5 |
| • Thumb Abduction | 5/5 | 5/5 | 5/5 | 5/5 |

**Observations:**

- Well healed incision on right wrist

| | **Dec 05, 2019** | | **Dec 19, 2019** | |
|---|---|---|---|---|
| **Range of Motion: Elbow: Pre-Treatment:** | **L. Act.** | **R. Act.** | **L. Act.** | **R. Act.** |
| • Extension | 2 | 2 | 2 | 2 |
| • Flexion | 135 | 135 | 135 | 135 |
| • Wrist Extension | 68 | 28 | 68 | 60 |
| • Wrist Flexion | 77 | 50 | 77 | 70 |
| • Wrist Radial Deviation | 32 | 8 | 32 | 28 |
| • Wrist Ulnar Deviation | 48 | 30 | 48 | 38 |

**Reflex/Sensory Integrity:**

- Trace hypersensitivity of right wrist incision from surgery.

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 2 | 24 |
| • Neuromuscular Reeducation | 97112 | 1 | 8 |
| • Therapeutic Activities | 97530 | 1 | 8 |
| • Therapeutic Procedure | 97110 | 2 | 18 |

**Exercise Activities: Flexibility:**

| | |
|---|---|
| • Finger Extensor Musculature | Time Elapsed: 5 Minutes, Technique: Active-Assistive, Charge As: Therapeutic Exercise |
| • Finger Flexor Musculature | Time Elapsed: 5 Minutes, Technique: Active-Assistive, Charge As: Therapeutic Exercise |

**Exercise Activities: Tubing/Bands:**

| | |
|---|---|
| • Tubing/Bands 1 | Time Elapsed: 8 Minutes, Tubing/Band Color: yellow web, Resistance: Concentric/Eccentric, Description: finger extension, finger flexion, Charge As: Neuromuscular Reeducation |

**Exercise Activities: Machines/Weights:**

| | |
|---|---|
| • Machines/Free Weights 1 | Time Elapsed: 8 Minutes, Weight - Pounds: 2 Pounds, Description: wrist extension and flexion supported, Charge As: Therapeutic Exercise |

**Exercise Activities: Theraputty:**

| | |
|---|---|
| • Grip Activities(added time for assessment) | Time Elapsed: 8 Minutes, Putty Resistance: Medium, Charge As: Therapeutic Activities |

**Manual Interventions: Joint Segments: Wrist/Hand:**

| | |
|---|---|
| • Mid-carpal | Time Elapsed: 12 Minutes, Grade: II/III, Pressure: Oscillatory, Technique 1: PA and AP glides, Technique 2: PROM all directions, Charge As: Manual Therapy Techniques |
| • Joint Complex Mobilization 1 | Time Elapsed: 12 Minutes, Body Position: Supine, Pressure: Oscillatory, Technique 1: gross flexion and extension capturing fingers, Charge As: Manual Therapy Techniques |

## Assessment

Based on this patient's clinical presentation, it is my professional opinion that the patient's prognosis at time of discharge is excellent. The patient was educated regarding their discharge prognosis and related pathology. The patient demonstrates excellent understanding of their home program instructions.

**Tolerance:**

- Patient has demonstrated excellent improvement in wrist and hand function including ROM, strength, and dexterity. She has no functional limitation at this time due to the wrist fracture and measurements are near premorbid levels. She is independent in HEP and will be able to continue improvement outside of PT.

## Problems & Goals

***Problem #1*** **Range of Motion: Elbow: Pre-Treatment.**

*Goal Achieved Dec 19, 2019.*

| Range of Motion Improvements to: Wrist/Hand: Wrist Complex: | Right AROM |
|---|---|
| • Extension | 60 |
| • Flexion | 70 |

***Problem #2*** **ADL / Functional Status: Current Status: Reports reporting that she has returned to all normal activities and is not limited by the right wrist mobility or strength.**

*Goal Achieved Dec 19, 2019.*

**Independence in HEP.**

## Plan

Discharge to Independent Home Exercise Program.

The patient is discharged due to meeting goals.

Michael W. Hopper, PT, PT(KY Lic: 006740)
Signed on Dec 19, 2019 13:08:06

**REECE, JAMIE H (id #21591363, dob:**

**Encounter Date: 07/13/2017**

Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (48yo, F) ID# 21591363 | **Appt. Date/Time** | 07/13/2017 11:15AM |
| **DOB** | | **Service Dept.** | GASTRO SB |
| **Provider** | AN-YU CHEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Prescription: ESI1 - Member is eligible. details | | |

Chief Complaint

None recorded.

Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867

Patient's Pharmacies

**TOYOTA FAMILY PHARMACY (TMMK): 1001 CHERRY BLOSSOM WAY, GEORGETOWN KY 40324, Ph (502) 570-4610, Fax (502) 570-4610**

Vitals

07/13/2017 11:52 am

| | | |
|---|---|---|
| **Ht:** 5 ft 7 in | **Wt:** 156 lbs | **BMI:** 24.4 |
| **BP:** 120/64 | **Pulse:** 60 bpm | **RR:** 16 |

Allergies

Reviewed Allergies

LORTAB: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

Medications

**Effexor XR 150 mg capsule,extended release** — 12/06/16 entered
Daily
**Internal Note:** Duration: 30 days;Frequency: daily;Medication Description: venlafaxine; Dosage:2; Route:oral; refills:12; Quantity:30 capsule, extended release

**Enjuvia 0.45 mg tablet** — 12/02/16 entered
Daily
**Internal Note:** Frequency: daily;Medication Description: conjugated estrogens; Dosage:1; Route:oral; refills:0

**loratadine 10 mg tablet** — 12/04/16 entered
Daily
**Internal Note:** Frequency: daily;Medication Description: loratadine; Dosage:1; Route:oral; refills:5; Quantity:30 tablet

**Motrin 800 mg tablet** — 05/20/08 filled
Two times a day
**Internal Note:** Frequency: bid;Alt Frequency: prn;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008

**Protonix 40 mg tablet,delayed release** — 11/17/09 filled
Daily
**Internal Note:** Frequency: daily;Medication Description: pantoprazole; Dosage:1; Route:oral; refills:5; Quantity:30 enteric coated tablet, start 11/17/2009

Vaccines

None recorded.

Problems

**REECE, JAMIE H (id #21591363, dob: )**

Reviewed Problems
- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## GYN History

(not configured)

## HPI

This is a pleasant 48 here for complaints of rectal bleeding
Location: Analrectal region.
Timing: After BM's, no acute pain
Quality: Bright red in color, on paper and in stool
Severity: Mild. No fainting or weakness.
Onset/ Duration: On going for many months
Associated symptoms: Seems to occur more often after taking NSAID's
Treatments: None so far. Never had colonoscopy
Aggrevating Factors:
*Family Hx: GF has stomach cancer*
Additional info: Has rectocele. Also complaining of a fullness sensation in the back of her throat as before, but not as bad.

## ROS

**Additionally reports: CONSTITUTIONAL: No fever, chills, or weight loss**

**ENT: No ear pain. No sore throat.**

**CARDIOVASCULAR: No chest pain, No edema.**

**PULMONARY: no shortness of breath, or cough.**

**GI: As detailed in the HPI.**

**GU: no dysuria,**

**NEURO: no headaches, visual changes, numbness, tingling, weakness**

**ENDOCRINE: no history of thyroid problems, no weight gain**

**ALLERGY/IMMUNE: No immune deficiency or hay fever.**

**SKIN: No itching or rashes**

**PSYCH: No depression or anxiety**

## Physical Exam

Patient is a 48-year-old female.

GENERAL: Pleasant 48 years-old in no acute distress

HEENT: EOMI, no scleral icterus. no obvious oral lesions, mucous membranes moist.

NECK: Unrestricted range of motion.

PULMONARY: Normal respiratory effort. No evidence of shortness of breath.

ABDOMEN: Moderate central obesity. Bowel sounds within normal limits. Soft, nontender, nondistended. No hepatosplenomegaly. There is no guarding or rebound.

SKIN: No jaundice. No rashes. Warm and dry.

MUSCULOSKELETAL: Gait within normal limits.

NEURO: No obvious weakness or gross deficit noted. No evidence of confusion.

PSYCH: Alert and oriented. Mood and affect within normal limits. Does not appear depressed.

## Assessment / Plan

1. **Painless rectal bleeding** - May be secondary to NSAIDs. At age for colon screening. Will schedule colonoscopy evaluation.

**REECE, JAMIE H (id #21591363, dob:**

K62.5: Hemorrhage of anus and rectum

**2. Family history of Stomach cancer** - Will assess with EGD
Z80.0: Family history of malignant neoplasm of digestive organs

**3. Globus sensation** - Evaluated in the past. Responded with PPI therapy. Advised to continue.
F45.8: Other somatoform disorders

**Patient Instructions**
Importance of a good colon prep was discussed.

**Discussion Notes**
I have discussed the situation, differential diagnosis, and recommendation with the patient. She express understanding and wishes to proceed as recommended.

## Return to Office

- AN-YU CHEN, MD for ENDOSCOPY AND SURGERY CTR LC at SURGERY SCHEDULE on 08/07/2017 at 02:30 PM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by AN-YU CHEN, MD, 07/13/2017.

Encounter performed and documented by AN-YU CHEN, MD
Encounter reviewed & signed by AN-YU CHEN, MD on 07/13/2017 at 12:10pm

## Imaging Results

NEW LEXINGTON CLINIC PSC • , LEXINGTON KY 40504-2701

**REECE, JAMIE H (id #21591363, dob:**

# ELECTROCARDIOGRAM

**(#16469889, 06/10/2018 12:00am)**

10-Jun-2018 15:35:43

Vent rate: 94 BPM
PR int: 141 ms
QRS dur: 83 ms
QT/QTc: 320/372 ms
P-R-T axes: 60 61 39

SINUS RHYTHM
NORMAL ECG
INTERPRETATION BASED ON A DEFAULT AGE OF 40 YEARS
UNCONFIRMED REPORT



**REECE, JAMIE H (id #21591363, dob:**

Lexington Clinic
An-Yu Chen, M.D.

1225 S Broadway, Suite 200
Lexington, KY 40504
Ph (859) 258-4950
Fax (859) 268-4618

## ESOPHAGO GASTRO DUODENOSCOPY REPORT

| PATIENT NAME | SSN / ID | DOB | AGE | SEX | EXAM DATE | ATTENDING PHY | REFERRAL |
|---|---|---|---|---|---|---|---|
| JAMIE H REECE | 21591363 | | 48 | F | 08-07-2017 | An-Yu Chen, M.D. | Family Practice Assoc. |

**INDICATION** : Family hx of gastric cancer

**PHYSICAL EXAM** : **HEENT** : Normal **LYMPH NODES** : None Felt **LUNGS** : Grossly Clear **HEART** : Normal **ABDOMEN** : Soft and Non tender **MENTAL STATUS** : Alert and Oriented

a.EGJunction



**H&P Comments** : PT ASSESSED & INTERVIEWED PRIOR TO THE PROCEDURE

**VITAL SIGNS** : **BP** : 96/65 **RESPIRATION** : 15 **PULSE** : 105

**CONSENT** : Informed consent was obtained from the patient after providing opportunity for questions.

**PREPARATION** : EKG pulse, blood pressure and oxygen saturation monitored

**INSTRUMENT** : Olympus GIF-Q180 Video Gastroscope

**ALLERGIES** - See List On RN Form.

b.Body



**ASA CLASS** : Per Anesthesia
**ANESTHESIA** : As per nurses notes.

**PROCEDURE** : The Gastroscope was gently passed through the incisural orifice into the oral cavity and under direct visualization the esophagus was intubated. The endoscope was passed down the esophagus, through the stomach and into the duodenum. Color, texture, mucosa and anatomy of Esophagus, Stomach and Duodenum were carefully examined with the scope. The patient tolerated the procedure well and there were no complications. After completion of the examination, patient was transferred to the recovery room. Preparation was excellent.

## FINDINGS

c.Antrum



**OROPHARYNX** - Normal
**ESOPHAGUS** - Normal without ulceration or bleeding
**EG JUNCTION** - Intact at 40 cms
**STOMACH** - **Cardia** : Normal
**Fundus** : Normal
**Body** : For histological analysis/H.pylori. Multiple biopsies taken.
**Antrum** : For histological analysis/H.pylori. Multiple biopsies taken.
**Pylorus** : Normal
**DUODENUM** - **Bulb** : Normal without evidence of ulcerations or bleeding
**2nd and 3rd Portion** : Normal

**IMPRESSION** - Overall Normal EGD

**PLAN** - Wait for pathology report
Follow up with primary care physician




d.Duodenum 2nd and 3rd portion



Signature ____________
( An Yu Chen, M.D. )



Copyright © 2004 MD-Reports. A product of Infinite Software Solutions, Inc. All rights reserved.

Lexington Clinic
An-Yu Chen, M.D.

1226 S Broadway, Suite 200
Lexington, KY 40504
Ph :(859) 258-4950
Fax :(859) 258-4618

# COLONOSCOPY REPORT

| PATIENT NAME | SSN / ID | DOB | AGE | SEX | EXAM DATE | ATTENDING PHY | REFERRAL |
|---|---|---|---|---|---|---|---|
| JAMIE H REECE | 21591363 | | 48 | F | 08-07-2017 | An-Yu Chen, M.D. | Family Practice Assoc. |

**INDICATION** : Rectal bleeding

**CONSENT** : Informed consent was obtained from the patient after providing opportunity for questions.

**PREPARATION** : EKG pulse, blood pressure and oxygen saturation monitored

**INSTRUMENT** : Video Olympus CF Q180AL Colonoscope

**ANESTHESIA** : Anesthesia as per nurses notes

**PROCEDURE** : After placing the patient in the left lateral decubitus position, the colonoscope was gently inserted into the rectum and under direct visualization advanced to the Ileum which was identified by transillumination in the right lower quadrant. Identification of the Ileocecal valve, appendiceal orifice, cecal strap. Color, texture, mucosa and anatomy of the colon were carefully examined with the scope. The patient tolerated the procedure well and there were no complications. After completion of the examination, patient was transferred to the recovery room. Preparation was excellent.

a.Cecum



b.Polyp of Descending colon



## FINDINGS

| | | |
|---|---|---|
| ANAL CANAL | - | Normal |
| RECTUM | - | Normal |
| SIGMOID COLON | - | Mid: Polyp of 1 cm. size<br>Mid. PedunculatedAdenomatous polyp of size 1cm. Polypectomy done using hot snare |
| DESCENDING COLON | - | Mid. Small Polyp less than 1 cm. size<br>Mid: PedunculatedAdenomatous polyp of size 0.5cm. Polypectomy done using hot snare. |
| SPLENIC FLEXURE | - | Normal |
| TRANSVERSE COLON | - | Normal without polyps or inflammatory changes |
| HEPATIC FLEXURE | - | Normal |
| ASCENDING COLON | - | Normal without polyps or inflammatory changes |
| CECUM | - | Normal<br>Ileocecal valve - Normal |
| ILEUM | - | Not Seen |

c.Polyp of Sigmoid colon



**IMPRESSION** - Polyp of Colon [Sigmoid]
Polyp of Colon [Descending]

**PLAN** - Wait for pathology report
Follow up colonoscopy in 3 years or sooner if clinically indicated
Follow up with primary care physician

d.Retroflexed View





Signature ..........
( An-Yu Chen, M.D. )

MD-Reports
Reporting Solutions for all MD Specialities

Produced by : Infinite Software Solutions Inc. ... Website : www.mdreports.com

Copyright ©2004 MD-Reports, A product of Infinite Software Solutions, Inc. All rights reserved.

**REECE, JAMIE H (id #21591363, dob:**

## SURGICAL PATHOLOGY 08/09/2017 (#8669818, Final, 08/07/2017)

| | |
|---|---|
| Note to Patient | At the time of your recent colonoscopy, polyps were removed. The results are as follows:<br><br>Tubular adenoma (precancerous) polyp was identified and removed. No evidence of cancer was found.<br><br>The majority of colonic polyps are benign, but virtually all colon cancers begin as benign polyps. Therefore, removing the benign polyps can prevent the development of colon cancer. A colonoscopy may need to be repeated periodically to remove additional polyps that may form over time. Based on your results, I would advise that your next colonoscopy be performed:<br><br>In about three years or so, sooner if clinically indicated.<br><br>Your gastric biopsies are perfectly normal.<br><br>Please feel free to contact my office if you have any questions or concerns at this time. |

| | | | |
|---|---|---|---|
| Ordering Provider | AN-YU CHEN, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | ST-17-07144 | Specimen Source | |
| Specimen Coll. Date | 08/07/2017 00:00 | Result Status | Final |
| Specimen Rec. Date | 08/08/2017 10:59 | Report Status | |
| Specimen Reported Date | 08/09/2017 18:56 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| SURGICAL PATHOLOGY PROCEDURE | SEE BELOW | | | | Final | |

```
                    Department of Pathology
             Final Surgical Pathology Report

NAME:REECE, JAMIE                        PATH.:ST-17-07144

Copy to:


Diagnosis:
A) Gastric biopsy:
-Within the normal limits.  No significant active inflammation.
-Alcian Yellow stain is negative for Helicobacter.

B) Descending polyp:
-Tubular adenoma.

C) Sigmoid polyp:
-Tubular adenoma, pedunculated.
-Polyp stalk margin is negative.


SOURCE OF SPECIMEN:  GASTRIC BIOPSY
POLYP,  DESCENDING
POLYP,  SIGMOID

CLINICAL INFORMATION:  SCREENING / RECTAL BLEEDING
R/O ADENOMA

Gross Description:
A) Received in formalin labeled with the patient's name and designated
as "gastric biopsy" are multiple pieces of tan soft tissue ranging in
size from 0.2 cm to 0.4 cm.  Entirely submitted in one cassette.

B) Received in formalin labeled with the patient's name and designated
as "descending polyp" is a single fragment of pale tan tissue measuring
0.4 cm.  Entirely submitted in one cassette.

C) Received in formalin labeled with the patient's name and designated
"sigmoid polyp" is a single 1.1 x 0.7 x 0.5 cm tan-brown, polypoid
tissue.  The base is inked blue.  The specimen is sectioned and
entirely submitted one cassette
CMJ 08/08/2017 11:52 AM
```

**REECE, JAMIE H (id #21591363, dob:**

Microscopic Description:
A microscopic examination was performed.

<Sign Out Dr. Signature>
DAVID HUNT, MD

Signed Out Date: 08/09/2017 18:56
NOTE: This report was prepared using voice-recognition software and may contain unintended word substitutions, additions or deletions.

**REECE, JAMIE H (id #21591363, dob:**

- cyclobenzaprine 10 mg tablet - Take 1 tablet(s) 3 times a day by oral route. Qty: 45 tablet(s) Refills: 0 Pharmacy: WAL-MART PHARMACY 3894
- EC-Naprosyn 500 mg tablet,delayed release - Take 1 tablet(s) twice a day by oral route. Qty: 30 tablet(s) Refills: 0 Pharmacy: WAL-MART PHARMACY 3894

## Return to Office

- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by ERIN CHISWELL, APRN, 09/10/2017.

Encounter performed and documented by ERIN CHISWELL, APRN
Encounter reviewed & signed by ERIN CHISWELL, APRN on 09/10/2017 at 3:50pm

**Encounter Date: 08/07/2017**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (48yo, F) ID# 21591363 | **Appt. Date/Time** | 08/07/2017 02:30PM |
| **DOB** | | **Service Dept.** | SURGERY SCHEDULE |
| **Provider** | AN-YU CHEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider (Primary Insurance):** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867

## Patient's Pharmacies

**TOYOTA FAMILY PHARMACY (TMMK): 1001 CHERRY BLOSSOM WAY, GEORGETOWN KY 40324, Ph (502) 570-4610, Fax (502) 570-4610**

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 07/13/2017)

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

**Effexor XR 150 mg capsule,extended release** 12/06/16 entered
Daily
**Internal Note:** Duration: 30 days;Frequency: daily;Medication Description: venlafaxine; Dosage:2; Route:oral; refills:12; Quantity:30 capsule, extended release

**Enjuvia 0.45 mg tablet** 12/02/16 entered
Daily
**Internal Note:** Frequency: daily;Medication Description: conjugated estrogens; Dosage:1; Route:oral; refills:0

**loratadine 10 mg tablet** 12/04/16 entered
Daily
**Internal Note:** Frequency: daily;Medication Description: loratadine; Dosage:1; Route:oral; refills:5; Quantity:30 tablet

**Motrin 600 mg tablet** 05/20/08 filled
Two times a day
**Internal Note:** Frequency: bid;Alt Frequency: prn;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008

**REECE, JAMIE H (id #21591363, dob:**

| | | |
|---|---|---|
| **Protonix 40 mg tablet,delayed release**<br>Daily<br>**Internal Note:** Frequency: daily;Medication Description: pantoprazole; Dosage:1; Route:oral; refills:5; Quantity:30 enteric coated tablet, start 11/17/2009 | 11/17/09 | filled |
| **Suprep Bowel Prep Kit 17.5 gram-3.13 gram-1.6 gram oral solution**<br>AS DIRECTED | 07/13/17 | prescribed |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## GYN History

(not configured)

## Assessment / Plan

None recorded.

Return to Office

- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by Melissa Blackwell, 08/07/2017.

Encounter performed and documented by AN-YU CHEN, MD
Encounter reviewed & signed by Melissa Blackwell on 08/07/2017 at 6:31pm

**REECE, JAMIE H (id #21591363, dob:**

## Assessment / Plan

**1. Multiple joint pain** - chronic and recurring joint pain and tenderness with flares more on the right side than on the left
hx of psoriasis for years
currently doesn't take any medications for this
no regular use of nsaids
M25.50: Pain in unspecified joint
- EATING HEALTHY FOODS: CARE INSTRUCTIONS
- ESR, AUTOMATED
- C-REACTIVE PROTEIN
- ANTI-CCP
- RHEUMATOID FACTOR
- ANTINUCLEAR AB (ANA)
- prednisone 5 mg tablet - take one po tid x 1 week; one po bid x 1 week then one po daily until gone Qty: 42 tablet(s) Refills: 0 Pharmacy: TOYOTA FAMILY PHARMACY (TMMK)

**2. Psoriasis with arthropathy** - Mild, sparse psoriatic lesions
L40.50: Arthropathic psoriasis, unspecified
- PSORIASIS: CARE INSTRUCTIONS

## Return to Office

- SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on 12/22/2017 at 01:30 PM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by SUSANNA MOBERLY, APRN, 11/22/2017.

Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 11/22/2017 at 1:26pm

**Encounter Date: 09/10/2017**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (48yo, F) ID# 21591363 | **Appt. Date/Time** | 09/10/2017 02:00PM |
| **DOB** | | **Service Dept.** | WALK-IN ANDOVER |
| **Provider** | ERIN CHISWELL, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP084<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

back pain

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867

## Patient's Pharmacies

**WAL-MART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
TOYOTA FAMILY PHARMACY (TMMK): 1001 CHERRY BLOSSOM WAY, GEORGETOWN KY 40324, Ph (502) 570-4610, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 09/10/2017 02:02 pm | **Wt:** | 160 lbs 4 oz 09/10/2017 02:02 pm | **BMI:** | 25.1 09/10/2017 02:02 pm |
| **T:** | 98.3 F° 09/10/2017 02:03 pm | **BP:** | 120/76 09/10/2017 02:04 pm | **Pulse:** | 78 bpm 09/10/2017 02:03 pm |
| **RR:** | 14 09/10/2017 02:03 pm | **O2Sat:** | 97% 09/10/2017 02:03 pm | | |

## Allergies

Reviewed Allergies
**LORTAB:** Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

**REECE, JAMIE H (id #21591363, dob:**

## Medications

Reviewed Medications

**cyclobenzaprine 10 mg tablet** 09/10/17 prescribed
Take 1 tablet(s) 3 times a day by oral route.

**EC-Naprosyn 500 mg tablet,delayed release** 09/10/17 prescribed
Take 1 tablet(s) twice a day by oral route.

**Effexor XR 150 mg capsule,extended release** 12/06/16 entered
Daily
**Internal Note:** Duration: 30 days;Frequency: daily;Medication Description: venlafaxine; Dosage:2; Route:oral; refills:12; Quantity:30 capsule, extended release

**Enjuvia 0.45 mg tablet** 12/02/16 entered
Daily
**Internal Note:** Frequency: daily;Medication Description: conjugated estrogens; Dosage:1; Route:oral; refills:0

**ketoprofen 75 mg capsule** 09/06/17 prescribed
Take 1 capsule(s) every day by oral route.

**loratadine 10 mg tablet** 12/04/16 entered
Daily
**Internal Note:** Frequency: daily;Medication Description: loratadine; Dosage:1; Route:oral; refills:5; Quantity:30 tablet .

**Motrin 600 mg tablet** 05/20/08 filled
Two times a day
**Internal Note:** Frequency: bid;Alt Frequency: prn;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008

**NexIUM 40 mg capsule,delayed release** 09/06/17 prescribed
Take 1 capsule(s) every day by oral route.

**Protonix 40 mg tablet,delayed release** 11/17/09 filled
Daily
**Internal Note:** Frequency: daily;Medication Description: pantoprazole; Dosage:1; Route:oral; refills:5; Quantity:30 enteric coated tablet, start 11/17/2009

**Suprep Bowel Prep Kit 17.5 gram-3.13 gram-1.6 gram oral solution** 07/13/17 prescribed
AS DIRECTED

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History
Father - No current problems or disability
Mother - No current problems or disability

## Social History

Reviewed Social History
**Family Medicine**
Alcohol intake: None
Smoking Status: Never smoker

**REECE, JAMIE H (id #21591363, dob:**

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

Reviewed GYN History

## Obstetric History

Reviewed Obstetric History

## Past Medical History

Reviewed Past Medical History
Allergies/Hayfever: **Y**
Chicken Pox: **Y**
Headaches: **Y**
Vision or Eye Problems: **Y - glasses**

## HPI

Mid/low back pain (worse to L side) started yesterday after heavy lifting / unloading of heavy cases of water & bending over- putting them down. At the end when she was bending over to put something down she had trouble standing back up. Just a little radiation to her L posterior upper leg- maybe- once today. But mostly the pain has not radiated, it has just been like a very tight grip in her low back.
Ibuprofen- a little relief (minimal she says) last night, last dose just pta, 600mg. Has applied some ice & heat.

Works at Toyota & she is doing a task that requires her to sit low on ground in chair, twist, get up/down a lotn. Doesn't think she'll be able to sit in that low chair tomorrow.

H/o occ low back pain in past.

Has rx for ketoprofen, not currently taking, only takes occ prn. H/o some bleeding on NSAIDs - GI dr gave her rx for ketoprofen for nsaid but she doesn't feel it helps all that much for pain. Takes occ advil otc & no recent issues w/ bleeding.

## ROS

**Additionally reports: gen- no fever**
**skin- neg**
**resp- neg**
**abd- neg**
**musc- as above**
**neuro- as above, o/w neg**
**no paraesthesia, no b/b incontin, no difficulty ambulating**

## Physical Exam

Patient is a 48-year-old female.

gen: appearance: sitting in chair, appearing uncomfortable, gets up from chair for exam fairly slowly initially but as she moves more she gets faster; movement / gait steady- doesn't require assistance to get up / move / walk around
skin: WNL/ no rash
Eyes: Pupils equal, round, reactive to light; EOMI
Resp: WNL
Card: WNL
Musc:
No TS TTP. Minimal low LS TTP. Large palpable tender spasm to L lower TS paravertebral musc. Tightness & tenderness to B LS paravertebral muscles- L worse than R
- SLR B, good strength in legs B, able to dorsi & plantar flex both feet
Neuro: A&O x3, CN 2-12 intact, DTR intact, Strength intact, Gait: WNL, Parasthesia neg
Psych: Mood WNL

## Procedure Documentation

**Evening/Weekend/Holiday Services:**
Service(s) provided in the office during regularly scheduled evening, weekend, or holiday office hours.

## Assessment / Plan

1. **Low back pain** - DC ibuprofen & switch to EC Naprosyn - take 1st dose tonight - do not take before due for next ibuprofen dose. (Ibu not helping as much as she'd like & she's had some issues w/ GI bldg on NSAIDS- but is allowed to take per GI/per pt- so we'll switch to EC Naprosyn for hopefully better pain control & less GI impact.)

Naprosyn EC, flexeril, rest, heat. Work note given for off x 2 days, then rtn to work w/ some restrictions until further eval by PCP &/or Toyota. Rtn prn.
M54.5: Low back pain

**REECE, JAMIE H (id #21591363, dob:**

## ANA, REFLEX 11/25/2017 (#11672547, Final, 11/17/2017 2:15pm)

| | |
|---|---|
| Note to Patient | Your autoimmune screening test is negative |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q3170710 | Specimen Source | |
| Specimen Coll. Date | 11/17/2017 14:15 | Result Status | Final |
| Specimen Rec. Date | 11/17/2017 14:52 | Report Status | |
| Specimen Reported Date | 11/25/2017 14:55 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ANA SCREEN, IFA | NEGATIVE | NEGATIVE | | Normal | Final | CB |

ANA IFA is a first line screen for detecting the presence of up to approximately 150 autoantibodies in various autoimmune diseases. A negative ANA IFA result suggests ANA-associated autoimmune diseases are not present at this time.

Visit Physician FAQs for interpretation of all antibodies in the Cascade, prevalence, and association with diseases at http://education.QuestDiagnostics.com/faq/FAQ177

TEST PERFORMED AT:
QUEST DIAGNOSTICS WOOD DALE
1355 MITTEL BOULEVARD WOOD DALE, IL 60191-1024
ANTHONY V. THOMAS, MD

## ANTI-CCP 11/19/2017 (#11544741, Final, 11/17/2017 2:15pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q3170710 | Specimen Source | |
| Specimen Coll. Date | 11/17/2017 14:15 | Result Status | Final |
| Specimen Rec. Date | 11/17/2017 14:52 | Report Status | |
| Specimen Reported Date | 11/19/2017 16:46 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ANTI-CCP | <16 | | UNITS | Normal | Final | CB |

```
Reference Range
Negative              <20
Weak Positive:        20-39
Moderate Positive:    40-59
Strong Positive:      >59

TEST PERFORMED AT:
QUEST DIAGNOSTICS WOOD DALE
1355 MITTEL BOULEVARD WOOD DALE, IL 60191-1024
ANTHONY V. THOMAS, MD
```

**REECE, JAMIE H (id #21591363, dob:**

## ESR, AUTOMATED 11/17/2017 (#11535359, Final, 11/17/2017 2:15pm)

| | | | |
|---|---|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. | | |
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q3170710 | Specimen Source | |
| Specimen Coll. Date | 11/17/2017 14:15 | Result Status | Final |
| Specimen Rec. Date | 11/17/2017 14:19 | Report Status | |
| Specimen Reported Date | 11/17/2017 15:38 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ESR, AUTOMATED | 12 | 0-19 | MM/HR | Normal | Final | |

## RHEUMATOID FACTOR 11/17/2017 (#11532162, Final, 11/17/2017 2:15pm)

| | | | |
|---|---|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. | | |
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q3170710 | Specimen Source | |
| Specimen Coll. Date | 11/17/2017 14:15 | Result Status | Final |
| Specimen Rec. Date | 11/17/2017 14:19 | Report Status | |
| Specimen Reported Date | 11/17/2017 14:47 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| RF SCREEN, QUANT | <10.0 | 0.0-13.9 | IU/mL | Normal | Final | |

## C-REACTIVE PROTEIN 11/17/2017 (#11532160, Final, 11/17/2017 2:15pm)

| | | | |
|---|---|---|---|
| Note to Patient | I do not have all of your labs returned as of yet but your labs are normal and negative for rheumatoid or inflammatory arthritis | | |
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q3170710 | Specimen Source | |
| Specimen Coll. Date | 11/17/2017 14:15 | Result Status | Final |
| Specimen Rec. Date | 11/17/2017 14:19 | Report Status | |
| Specimen Reported Date | 11/17/2017 14:47 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| C REACTIVE PROTEIN | 0.04 | 0.00-0.50 | mg/dL | Normal | Final | |
| | CONCENTRATIONS OF < 1 MG/DL EXCLUDE MANY ACUTE INFLAMMATORY DISEASES, BUT DO NOT SPECIFICALLY EXCLUDE INFLAMMATORY PROCESSES.<br><br>ELEVATED CONCENTRATIONS OF < 5 MG/DL IN ACUTE DISEASE OCCUR IN THE PRESENCE OF SLIGHT TO MODERATE INFLAMMATORY PROCESSES. VALUES > 5 MG/DL INDICATE HIGH AND EXTENSIVE INFLAMMATORY ACTIVITY. | | | | | |

**REECE, JAMIE H (id #21591363, dob:**

## HPI

multiple recurring joint pain and tenderness; with hx of psoriasis; right hip pains, stiffness; tenderness; works full time at toyota and is concerned about worsening joint pains; denies cp, soa, rash or fevers and all others are negative

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally and normal tandem gait test.

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Sclerae: non-icteric.

**ENMT:** Ears: no lesions on external ear or hearing loss. Nose: no lesions on external nose and nares patent. Oral Cavity: no mouth or lip ulcers. Oropharynx: moist mucous membranes. Face: no malar erythema.

**Musculoskeletal System:** Joints, Bones, and Muscles: no contractures, malalignment, or bony abnormalities and normal movement of all extremities and **tenderness.** Extremities: no cyanosis, edema, varicosities, or palpable cord. Knees: no ligamentous instability on examination.

**Neurological Exam:** Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no ulcer, induration, nodules, jaundice, or abnormal nevi;**rash** and **lesion**; and good turgor; **Mild psoriatic lesions.** Nails: normal.

## Assessment / Plan

**1. Psoriatic arthritis** - prednisone trial improved outcome; no itching, no rash, joint pains improved overall
will initiate methotrexate and folic acid
labs are good
will f/u in 1 month

L40.50: Arthropathic psoriasis, unspecified

- methotrexate sodium 2.5 mg tablet - take 4 po once weekly x 2 weeks; then increase to 6 po once weekly until follow up Qty: 24 tablet(s) Refills: 2 Pharmacy: WAL-MART PHARMACY 3894
- folic acid 1 mg tablet - Take 1 tablet(s) every day by oral route. Qty: 30 tablet(s) Refills: 3 Pharmacy: WAL-MART PHARMACY 3894
- prednisone 5 mg tablet - take one po daily as needed Qty: 30 tablet(s) Refills: 2 Pharmacy: WAL-MART PHARMACY 3894

### Return to Office

- SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on 01/18/2018 at 02:30 PM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by SUSANNA MOBERLY, APRN, 12/30/2017.

Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 12/30/2017 at 11:11pm

**Encounter Date: 11/17/2017**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 11/17/2017 01:00PM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

**REECE, JAMIE H (id #21591363, dob:**

new patient

new, joint stiffness and pain

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867

## Patient's Pharmacies

**WAL-MART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
TOYOTA FAMILY PHARMACY (TMMK): 1001 CHERRY BLOSSOM WAY, GEORGETOWN KY 40324, Ph (502) 570-4610, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 11/17/2017 01:22 pm | **Wt:** | 159 lbs 11/17/2017 01:22 pm | **BMI:** | 24.9 11/17/2017 01:22 pm |
| **BP:** | 109/61 sitting R arm 11/17/2017 01:29 pm | **BP Cuff Size:** | adult 11/17/2017 01:29 pm | **Pulse:** | 57 bpm regular 11/17/2017 01:29 pm |
| **RR:** | 16 11/17/2017 01:29 pm | | | | |

## Allergies

Reviewed Allergies

**LORTAB:** Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **calcium** | 11/17/17 | entered |
| **estradiol 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 11/17/17 | entered |
| **ketoprofen 75 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **Motrin 600 mg tablet**<br>Two times a day<br>**Internal Note:** Frequency: bid;Alt Frequency: prn;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008 | 05/20/08 | filled |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM 40 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **predniSONE 5 mg tablet**<br>take one po tid x 1 week; one po bid x 1 week then one po daily until gone | 11/17/17 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Globus sensation - Onset: 07/13/2017

**REECE, JAMIE H (id #21591363, dob:**

- Painless rectal bleeding - Onset: 07/13/2017
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 09/10/2017)

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/10/2017)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): Y

## HPI

multiple recurring joint pain and tenderness; with hx of psoriasis; right hip pains, stiffness; tenderness; works full time at toyota and is concerned about worsening joint pains; denies cp, soa, rash or fevers and all others are negative

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally and normal tandem gait test.

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Sclerae: non-icteric.

**ENMT:** Ears: no lesions on external ear or hearing loss. Nose: no lesions on external nose and nares patent. Oral Cavity: no mouth or lip ulcers. Oropharynx: moist mucous membranes. Face: no malar erythema.

**Neck:** Neck: supple, FROM, trachea midline, and no masses. Lymph Nodes: no cervical LAD or supraclavicular LAD. Thyroid: no enlargement, tenderness, or nodules.

**Lungs:** Respiration: no dyspnea. Percussion: no dullness, flatness, or hyperresonance. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal and CTA except as noted.

**Cardiovascular System:** Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no JVD. Pulses including femoral / pedal: normal throughout.

**Musculoskeletal System:** Joints, Bones, and Muscles: no contractures, malalignment, or bony abnormalities and normal movement of all extremities and **tenderness**. Extremities: no cyanosis, edema, varicosities, or palpable cord. Cervical Spine: normal extension and flexion. Lumbar Spine: normal extension, negative straight-leg raising test, and no paravertebral tenderness. Hips: normal internal rotation and external rotation; no tenderness of the SI joints, pain over the greater trochanteric bursa, or trigger point pain; and negative Patrick's test. Knees: no ligamentous instability on examination.

**Neurological Exam:** Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no ulcer, induration, nodules, jaundice, or abnormal nevi;**rash** and **lesion**; and good turgor; **Mild psoriatic lesions.** Nails: normal.

**Back:** Thoracolumbar Appearance: normal curvature.

**REECE, JAMIE H (id #21591363, dob:**

- folic acid 1 mg tablet - Take 1 tablet(s) every day by oral route. Qty: 30 tablet(s) Refills: 3 Pharmacy: WALMART PHARMACY 3894
- prednisone 5 mg tablet - take one po daily as needed Qty: 30 tablet(s) Refills: 2 Pharmacy: WALMART PHARMACY 3894

**2. Long term methotrexate user**
Z79.899: Other long term (current) drug therapy
- CBC
- ESR, AUTOMATED
- ALT
- AST
- CREATININE

**3. Long-term drug therapy**
Z79.899: Other long term (current) drug therapy
- QUANTIFERON TB GOLD

## Return to Office
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off
Encounter signed-off by SUSANNA MOBERLY, APRN, 01/26/2018.

Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 01/26/2018 at 1:21pm

**Encounter Date: 12/20/2017**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 12/20/2017 02:00PM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint
Followup: Psoriatic arthritis

Pt is here today for fup labs done at last visit.

## Patient's Care Team
**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867

## Patient's Pharmacies
**WAL-MART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WAL-MART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4609, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 12/20/2017 01:09 pm | **Wt:** | 163 lbs 12/20/2017 01:09 pm | **BMI:** | 25.5 12/20/2017 01:09 pm |
| **BP:** | 113/83 sitting R arm 12/20/2017 01:10 pm | **BP Cuff Size:** | adult 12/20/2017 01:10 pm | **Pulse:** | 71 bpm 12/20/2017 01:10 pm |

## Allergies
Reviewed Allergies

**LORTAB:** Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications
Reviewed Medications

**calcium** 11/17/17 entered

| | | |
|---|---|---|
| **estradiol 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 11/17/17 | entered |
| **folic acid 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 12/20/17 | prescribed |
| **ketoprofen 75 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po once weekly x 2 weeks; then increase to 6 po once weekly until follow up | 12/20/17 | prescribed |
| **Motrin 600 mg tablet**<br>Two times a day<br>**Internal Note:** Frequency: bid;Alt Frequency: prn;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008 | 05/20/08 | filled |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM 40 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **predniSONE 5 mg tablet**<br>take one po daily as needed | 12/20/17 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability<br>- Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/10/2017)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD):Y

**REECE, JAMIE H (id #21591363, dob:**

## QUANTIFERON TB GOLD 01/29/2018 (#13217013, Final, 01/26/2018 2:07pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q5260529 | Specimen Source | |
| Specimen Coll. Date | 01/26/2018 14:07 | Result Status | Final |
| Specimen Rec. Date | 01/26/2018 15:12 | Report Status | |
| Specimen Reported Date | 01/29/2018 17:30 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| QT. TB GOLD (INCUBATED) | NEGATIVE | NEGATIVE | | Normal | Final | CB |
| | Negative test result. M. tuberculosis complex infection unlikely. | | | | | |
| NIL | 0.02 | | IU/mL | Normal | Final | CB |
| MITOGEN NIL | >10.00 | | IU/mL | Normal | Final | CB |
| TB NIL | 0.00 | | IU/mL | Normal | Final | CB |
| | The Nil tube value is used to determine if the patient has a preexisting immune response which could cause a false-positive reading on the test. In order for a test to be valid, the Nil tube must have a value of less than or equal to 8.0 IU/mL.<br><br>The mitogen control tube is used to assure the patient has a healthy immune status and also serves as a control for correct blood handling and incubation. It is used to detect false-negative readings. The mitogen tube must have a gamma interferon value of greater than or equal to 0.5 IU/mL higher than the value of the Nil tube.<br><br>The TB antigen tube is coated with the M. tuberculosis specific antigens. For a test to be considered positive, the TB antigen tube value minus the Nil tube value must be greater than or equal to 0.35 IU/mL.<br><br>For additional information, please refer to http://education.questdiagnostics.com/faq/QFT (This link is being provided for informational/ educational purposes only.)<br><br>TEST PERFORMED AT:<br>QUEST DIAGNOSTICS WOOD DALE<br>1355 MITTEL BOULEVARD WOOD DALE, IL 60191-1024<br>ANTHONY V. THOMAS, MD | | | | | |

**REECE, JAMIE H (id #21591363, dob:**

## ESR, AUTOMATED 01/26/2018 (#13172514, Final, 01/26/2018 2:07pm)

| | | | |
|---|---|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. | | |
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q5260529 | Specimen Source | |
| Specimen Coll. Date | 01/26/2018 14:07 | Result Status | Final |
| Specimen Rec. Date | 01/26/2018 15:14 | Report Status | |
| Specimen Reported Date | 01/26/2018 16:19 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ESR, AUTOMATED | 11 | 0-19 | MM/HR | Normal | Final | |

## AST 01/26/2018 (#13171396, Final, 01/26/2018 2:07pm)

| | | | |
|---|---|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. | | |
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q5260529 | Specimen Source | |
| Specimen Coll. Date | 01/26/2018 14:07 | Result Status | Final |
| Specimen Rec. Date | 01/26/2018 15:13 | Report Status | |
| Specimen Reported Date | 01/26/2018 15:52 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| AST | 20 | 0-32 | U/L | Normal | Final | |

## CREATININE 01/26/2018 (#13171395, Final, 01/26/2018 2:07pm)

| | | | |
|---|---|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. | | |
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q5260529 | Specimen Source | |
| Specimen Coll. Date | 01/26/2018 14:07 | Result Status | Final |
| Specimen Rec. Date | 01/26/2018 15:13 | Report Status | |
| Specimen Reported Date | 01/26/2018 15:52 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| CREATININE | 0.73 | 0.50-0.95 | mg/dL | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob:**

## ALT 01/26/2018 (#13171394, Final, 01/26/2018 2:07pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q5260529 | Specimen Source | |
| Specimen Coll. Date | 01/26/2018 14:07 | Result Status | Final |
| Specimen Rec. Date | 01/26/2018 15:13 | Report Status | |
| Specimen Reported Date | 01/26/2018 15:52 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ALT | 12 | 0-33 | U/L | Normal | Final | |

NEW LEXINGTON CLINIC PSC • , LEXINGTON KY 40504-2701

**REECE, JAMIE H (id #21591363, dob:**

## CBC 01/26/2018 (#13171328, Final, 01/26/2018 2:07pm)

| | |
|---|---|
| Note to Patient | your labs are normal. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q5260529 | Specimen Source | |
| Specimen Coll. Date | 01/26/2018 14:07 | Result Status | Final |
| Specimen Rec. Date | 01/26/2018 15:14 | Report Status | |
| Specimen Reported Date | 01/26/2018 15:50 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WHITE BLOOD CELLS | 4.2 | 3.8-10.8 | K/uL | Normal | Final | |
| RED BLOOD CELLS | 4.07 | 3.80-5.20 | M/uL | Normal | Final | |
| HEMOGLOBIN | 12.6 | 12.0-16.0 | G/DL | Normal | Final | |
| HEMATOCRIT | 37.1 | 35.0-47.0 | % | Normal | Final | |
| MCV | 81 | 80-100 | fL | Normal | Final | |
| MCH | 31 | 26-35 | PG | Normal | Final | |
| MCHC | 34 | 32-36 | G/DL | Normal | Final | |
| RDW | 13.6 | 11.0-15.0 | % | Normal | Final | |
| MPV | 7.7 | 6.2-10.5 | fL | Normal | Final | |
| PLATELET COUNT | 262 | 130-400 | K/uL | Normal | Final | |
| NEUTROPHIL ABSOLUTE | 1.6 | 1.6-8.4 | K/uL | Normal | Final | |
| LYMPHOCYTE ABSOLUTE | 2.0 | 0.4-5.1 | K/uL | Normal | Final | |
| MONOCYTE ABSOLUTE | 0.3 | 0.0-1.2 | K/uL | Normal | Final | |
| EOSINOPHIL ABSOLUTE | 0.1 | 0.0-0.8 | K/uL | Normal | Final | |
| BASOPHIL ABSOLUTE | 0.0 | 0.0-0.3 | K/uL | Normal | Final | |
| **% NEUTROPHILS** | **38.5** | **42.0-78.0** | **%** | **Low** | **Final** | |
| **% LYMPHOCYTES** | **48.6** | **11.0-47.0** | **%** | **High** | **Final** | |
| % MONOCYTES | 8.0 | 0.0-11.0 | % | Normal | Final | |
| % EOSINOPHILS | 3.5 | 0.0-7.0 | % | Normal | Final | |
| % BASOPHILS | 0.4 | 0.0-3.0 | % | Normal | Final | |
| NUCLEATED RED CELLS | 0.1 | 0.0-0.9 | % | Normal | Final | |
| NUCLEATED RBCS, ABSOLUTE | 0.00 | NOT ESTAB. | K/uL | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob:**

**Musculoskeletal System:** Joints, Bones, and Muscles: no contractures, malalignment, or bony abnormalities and normal movement of all extremities and **tenderness.** Extremities: no cyanosis, edema, varicosities, or palpable cord. Knees: no ligamentous instability on examination.

**Neurological Exam:** Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no ulcer, induration, nodules, jaundice, or abnormal nevi;**rash and lesion**; and good turgor; **Mild psoriatic lesions**. Nails: normal.

## Assessment / Plan

**1. Psoriatic arthritis -**

prednisone trial improved outcome; no itching, no rash, joint pains improved overall

will initiate methotrexate and folic acid
labs are good
requested and received humira, but she did not start on the meds
feeling improved with mtx and folic acid

L40.50: Arthropathic psoriasis, unspecified

- methotrexate sodium 2.5 mg tablet - take 4 po twice weekly Qty: 32 tablet(s) Refills: 2 Pharmacy: WALMART PHARMACY 3894
- folic acid 1 mg tablet - Take 1 tablet(s) every day by oral route. Qty: 30 tablet(s) Refills: 3 Pharmacy: WALMART PHARMACY 3894

**2. Long term methotrexate user**

Z79.899: Other long term (current) drug therapy

- CBC
- ESR, AUTOMATED
- ALT
- AST
- CREATININE

## Return to Office

- AN-YU CHEN, MD for RECHECK at GASTRO SB on 04/17/2018 at 02:15 PM
- to see SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on or around 06/26/2018
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by SUSANNA MOBERLY, APRN, 03/26/2018.

Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 03/26/2018 at 2:35pm

**Encounter Date: 01/26/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 01/26/2018 01:00PM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

Followup: Psoriatic arthritis

1 month reck, doing about the same, has not noticed any improvement

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**

**REECE, JAMIE H (id #21591363, dob:**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

**Ht:** 5 ft 7 in 01/26/2018 01:14 pm
**Wt:** 169 lbs 01/26/2018 01:14 pm
**BMI:** 26.5 01/26/2018 01:14 pm
**BP:** 105/62 sitting R arm 01/26/2018 01:16 pm
**BP Cuff Size:** adult 01/26/2018 01:16 pm
**Pulse:** 61 bpm regular 01/26/2018 01:16 pm
**RR:** 16 01/26/2018 01:16 pm

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **calcium** | 11/17/17 | entered |
| **Diflucan 150 mg tablet**<br>Take 1 tablet(s) every day by oral route for 3 days. | 01/09/18 | prescribed |
| **estradiol 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 11/17/17 | entered |
| **folic acid 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 01/26/18 | prescribed |
| **ketoprofen 75 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly | 01/26/18 | prescribed |
| **Motrin 600 mg tablet**<br>Two times a day<br>**Internal Note:** Frequency: bid;Alt Frequency: prn;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008 | 05/20/08 | filled |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM 40 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **predniSONE 5 mg tablet**<br>take one po daily as needed | 01/26/18 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Globus sensation - Onset: 07/13/2017

**REECE, JAMIE H (id #21591363, dob:**

- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/10/2017)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): Y

## HPI

multiple recurring joint pain and tenderness; with hx of psoriasis; right hip pains, stiffness; tenderness; works full time at toyota and is concerned about worsening joint pains; denies cp, soa, rash or fevers and all others are negative

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally and normal tandem gait test.

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Sclerae: non-icteric.

**ENMT:** Ears: no lesions on external ear or hearing loss. Nose: no lesions on external nose and nares patent. Oral Cavity: no mouth or lip ulcers. Oropharynx: moist mucous membranes. Face: no malar erythema.

**Musculoskeletal System:** Joints, Bones, and Muscles: no contractures, malalignment, or bony abnormalities and normal movement of all extremities and **tenderness**. Extremities: no cyanosis, edema, varicosities, or palpable cord. Knees: no ligamentous instability on examination.

**Neurological Exam:** Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no ulcer, induration, nodules, jaundice, or abnormal nevi;**rash** and **lesion**; and good turgor; **Mild psoriatic lesions**. Nails: normal.

## Assessment / Plan

**1. Psoriatic arthritis** - prednisone trial improved outcome; no itching, no rash, joint pains improved overall
will initiate methotrexate and folic acid
labs are good
will f/u in 1 month

L40.50: Arthropathic psoriasis, unspecified

- methotrexate sodium 2.5 mg tablet - take 4 po twice weekly Qty: 32 tablet(s) Refills: 2 Pharmacy: WALMART PHARMACY 3894

Attn: DR. Tutt
Fax: 859 258 65
RE: Jamie Reece
Neurosurgery eval 5/14

**Patrick K Leung, M.D., PSC**
**Neurodiagnostic Laboratory**
1401 Harrodsburg Road, C-225
Lexington, KY 40504
Phone: (859) 373-0700
Fax: (859) 422-3994

Test Date: 3/22/2018

| | | | | | |
|---|---|---|---|---|---|
| Patient: | Jamie Reece | DOB: | | Physician: | Patrick Leung, M.D. |
| Sex: | Female | Height: | 5' 7" | Ref Phys: | Debra Schilder, P.A. |
| ID#: | 18-0259 | Weight: | 160 lbs. | Technician: | Robert Allen, R. NCST, BS |

**History:**
This is a 49 year old female who has pain in her right arm and hand. She has numbness, weakness and tingling in her right hand.

DOI: 1/30/18 Claim #: SA211932 PVY Employee #:77390

## Nerve Conduction Studies

### Anti Sensory Summary Table

| Site | NR | Onset (ms) | Peak (ms) | Norm Peak (ms) | O-P Amp (µV) | Norm O-P Amp | Site1 | Site2 | Delta-P (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Right Radial Anti Sensory (Base 1st Digit) | | | | | | | | | | | | |
| Wrist | | 1.4 | 2.0 | <2.9 | 39.8 | >20 | Wrist | Base 1st Digit | 2.0 | 10.0 | 50 | |
| Site 2 | | 1.4 | 2.0 | | 42.2 | | | | | | | |

### Ortho Sensory Summary Table

| Site | NR | Onset (ms) | Peak (ms) | Norm Peak (ms) | O-P Amp (µV) | Norm O-P Amp | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Right Median Ortho Sensory (Wrist) | | | | | | | | | | | | |
| Palm | | 1.4 | 1.8 | <2.3 | 116.8 | >50 | Palm | Wrist | 1.4 | 8.0 | 57 | |
| Site 2 | | 1.4 | 1.8 | | 114.3 | | | | | | | |
| Right Ulnar Ortho Sensory (Wrist) | | | | | | | | | | | | |
| Palm | | 1.2 | 1.7 | <2.3 | 48.9 | >15 | Palm | Wrist | 1.2 | 8.0 | 67 | |
| Site 2 | | 1.2 | 1.7 | | 47.9 | | | | | | | |

### Motor Summary Table

| Site | NR | Onset (ms) | Norm Onset (ms) | O-P Amp (mV) | Norm O-P Amp | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Right Median Motor (Abd Poll Brev) | | | | | | | | | | | |
| Wrist | | 3.6 | <4.5 | 10.1 | >4 | Wrist | Abd Poll Brev | 3.6 | 7.0 | 19 | |
| Elbow | | 7.3 | | 9.8 | | Elbow | Wrist | 3.7 | 22.5 | 61 | >48 |
| Right Ulnar Motor (Abd Dig Minimi) | | | | | | | | | | | |
| Wrist | | 2.4 | <3.6 | 8.5 | >6 | Wrist | Abd Dig Minimi | 2.4 | 6.5 | 27 | |
| B Elbow | | 5.7 | | 8.2 | | B Elbow | Wrist | 3.3 | 21.5 | 65 | >51 |
| A Elbow | | 7.2 | | 8.2 | | A Elbow | B Elbow | 1.5 | 10.0 | 67 | >51 |

From: Jenna @ MSMM (WC)
ph 502-570-6628

Patient: Reece, Jamie Test Date: 3/22/2018 Page 2

**F Wave Studies**

| NR | F-Lat (ms) | Lat Norm (ms) | L-R F-Lat (ms) | L-R Lat Norm |
|---|---|---|---|---|
| Right Median (Mrkrs) (Abd Poll Brev) | | | | |
| | 25.85 | <33 | | <2.2 |
| Right Ulnar (Mrkrs) (Abd Dig Min) | | | | |
| | 24.97 | <36 | | <2.5 |

**EMG**

| Side | Muscle | Nerve | Root | Ins Act | Fibs | Psw | Fasic | Amp | Dur | Poly | Recrt | Int Pat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Right | 1stDorInt | Ulnar | C8-T1 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Abd Poll Brev | Median | C8-T1 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | PronatorTeres | Median | C6-7 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Biceps | Musculocut | C5-6 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Triceps | Radial | C6-7-8 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Deltoid | Axillary | C5-6 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Supraspinatus | SupraScap | C5-6 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Cervical Parasp Up | Rami | C1-3 | Nml | Nml | Nml | 0 | | | | | |
| Right | Cervical Parasp Mid | Rami | C4-6 | Nml | Nml | Nml | 0 | | | | | |

**Impression:**

**Normal right arm.**

**No evidence of carpal tunnel syndrome, other focal nerve entrapment or cervical radiculopathy.**

Patrick Leung, M.D.

**Lab Results**

**REECE, JAMIE H (id #21591363, dob:**

## ESR, AUTOMATED 03/26/2018 (#14619782, Final, 03/26/2018 2:47pm)

| | | | |
|---|---|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. | | |
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q7260755 | Specimen Source | |
| Specimen Coll. Date | 03/26/2018 14:47 | Result Status | Final |
| Specimen Rec. Date | 03/26/2018 14:52 | Report Status | |
| Specimen Reported Date | 03/26/2018 15:49 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ESR, AUTOMATED | 10 | 0-19 | MM/HR | Normal | Final | |

## ALT 03/26/2018 (#14618351, Final, 03/26/2018 2:47pm)

| | | | |
|---|---|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. | | |
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q7260755 | Specimen Source | |
| Specimen Coll. Date | 03/26/2018 14:47 | Result Status | Final |
| Specimen Rec. Date | 03/26/2018 14:52 | Report Status | |
| Specimen Reported Date | 03/26/2018 15:26 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ALT | 11 | 0-33 | U/L | Normal | Final | |

## AST 03/26/2018 (#14618349, Final, 03/26/2018 2:47pm)

| | | | |
|---|---|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. | | |
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q7260755 | Specimen Source | |
| Specimen Coll. Date | 03/26/2018 14:47 | Result Status | Final |
| Specimen Rec. Date | 03/26/2018 14:52 | Report Status | |
| Specimen Reported Date | 03/26/2018 15:26 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| AST | 19 | 0-32 | U/L | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob:**

## CREATININE 03/26/2018 (#14618347, Final, 03/26/2018 2:47pm)

| | | | |
|---|---|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. | | |
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q7260755 | Specimen Source | |
| Specimen Coll. Date | 03/26/2018 14:47 | Result Status | Final |
| Specimen Rec. Date | 03/26/2018 14:52 | Report Status | |
| Specimen Reported Date | 03/26/2018 15:26 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| CREATININE | 0.72 | 0.50-0.95 | mg/dL | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob:**

## CBC 03/26/2018 (#14617913, Final, 03/26/2018 2:47pm)

| | |
|---|---|
| Note to Patient | your labs are normal |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q7260755 | Specimen Source | |
| Specimen Coll. Date | 03/26/2018 14:47 | Result Status | Final |
| Specimen Rec. Date | 03/26/2018 14:52 | Report Status | |
| Specimen Reported Date | 03/26/2018 15:21 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WHITE BLOOD CELLS | 4.8 | 3.8-10.8 | K/uL | Normal | Final | |
| RED BLOOD CELLS | 3.99 | 3.80-5.20 | M/uL | Normal | Final | |
| HEMOGLOBIN | 12.5 | 12.0-16.0 | G/DL | Normal | Final | |
| HEMATOCRIT | 36.9 | 35.0-47.0 | % | Normal | Final | |
| MCV | 92 | 80-100 | fL | Normal | Final | |
| MCH | 31 | 26-35 | PG | Normal | Final | |
| MCHC | 34 | 32-36 | G/DL | Normal | Final | |
| RDW | 13.5 | 11.0-15.0 | % | Normal | Final | |
| MPV | 7.7 | 6.2-10.5 | fL | Normal | Final | |
| PLATELET COUNT | 281 | 130-400 | K/uL | Normal | Final | |
| NEUTROPHIL ABSOLUTE | 2.2 | 1.6-8.4 | K/uL | Normal | Final | |
| LYMPHOCYTE ABSOLUTE | 2.1 | 0.4-5.1 | K/uL | Normal | Final | |
| MONOCYTE ABSOLUTE | 0.4 | 0.0-1.2 | K/uL | Normal | Final | |
| EOSINOPHIL ABSOLUTE | 0.1 | 0.0-0.8 | K/uL | Normal | Final | |
| BASOPHIL ABSOLUTE | 0.0 | 0.0-0.3 | K/uL | Normal | Final | |
| % NEUTROPHILS | 46.8 | 42.0-76.0 | % | Normal | Final | |
| % LYMPHOCYTES | 42.9 | 11.0-47.0 | % | Normal | Final | |
| % MONOCYTES | 7.4 | 0.0-11.0 | % | Normal | Final | |
| % EOSINOPHILS | 2.6 | 0.0-7.0 | % | Normal | Final | |
| % BASOPHILS | 0.3 | 0.0-3.0 | % | Normal | Final | |
| NUCLEATED RED CELLS | 0.0 | 0.0-0.9 | % | Normal | Final | |
| NUCLEATED RBCS, ABSOLUTE | 0.00 | NOT ESTAB. | K/uL | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob:**

**GI: As detailed in the HPI.**
**GU: no dysuria,**
**NEURO: no headaches, visual changes, numbness, tingling, weakness**
**ENDOCRINE: no history of thyroid problems, no weight gain**
**ALLERGY/IMMUNE: No immune deficiency or hay fever.**
**SKIN: No itching or rashes**
**PSYCH: No depression or anxiety**

## Physical Exam

Patient is a 49-year-old female.

GENERAL: Pleasant 49 years-old in no acute distress
HEENT: EOMI, no scleral icterus. no obvious oral lesions, mucous membranes moist.
NECK: Unrestricted range of motion. No masses felt.
HRT: Regular rate and rhythm. No obvious murmurs noted.
PULMONARY: Normal respiratory effort. No evidence of shortness of breath.
ABDOMEN: Moderate central obesity. Bowel sounds within normal limits. Soft, nontender, nondistended. No hepatosplenomegaly. There is no guarding or rebound.
SKIN: No jaundice. No rashes. Warm and dry.
MUSCULOSKELETAL: Gait within normal limits.
NEURO: No obvious weakness or gross deficit noted. No evidence of confusion.
PSYCH: Alert and oriented. Mood and affect within normal limits. Does not appear depressed.

## Assessment / Plan

**1. Chokes when swallowing -**

Will check bariums swallow study first. Suspect that this may have a component of social stresses. May benefit from antianxiety agents but will defer until after imaging studies are done.

R09.89: Other specified symptoms and signs involving the circulatory and respiratory systems

**2. Generalized anxiety disorder -**

Will consider therapy on return.

F41.1: Generalized anxiety disorder

**Discussion Notes**

I have discussed the situation, differential diagnosis, and recommendation with the patient. She express understanding and wishes to proceed as recommended. Spent 25 total minutes with the patient today in counseling regarding information documented in my assessment and plan above. The time represents more than 50% of the encounter.

## Return to Office

- MATTHEW TUTT, MD for NEUROSURGERY CONSULT at NEUROSURGERY KOHOP on 05/14/2018 at 10:00 AM
- AN-YU CHEN, MD for RECHECK at GASTRO SB on 05/18/2018 at 01:30 PM
- SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on 06/25/2018 at 01:15 PM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by AN-YU CHEN, MD, 04/17/2018.

Encounter performed and documented by AN-YU CHEN, MD
Encounter reviewed & signed by AN-YU CHEN, MD on 04/17/2018 at 4:31pm

**Encounter Date: 03/26/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 03/26/2018 01:30PM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Prescription: ESI1 - Member is eligible. details | | |

**REECE, JAMIE H (id #21591363, dob:**

## Chief Complaint

Followup: Psoriatic arthritis

routine pt has not started the humira yet has concerns; pt is still on MTX 4 pills twice weekly

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 03/26/2018 01:49 pm | **Wt:** | 168 lbs 03/26/2018 01:49 pm | **BMI:** | 26.3 03/26/2018 01:49 pm |
| **BP:** | 86/58 sitting L arm 03/26/2018 01:50 pm | **BP Cuff Size:** | adult 03/26/2018 01:49 pm | **Pulse:** | 62 bpm regular 03/26/2018 01:50 pm |
| **RR:** | 18 03/26/2018 01:49 pm | | | | |

## Allergies

Reviewed Allergies
**LORTAB:** Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **calcium** | 11/17/17 | entered |
| **Diflucan 150 mg tablet**<br>Take 1 tablet(s) every day by oral route for 3 days. | 01/09/18 | prescribed |
| **estradiol 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 11/17/17 | entered |
| **folic acid 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 03/26/18 | prescribed |
| **Humira 40 mg/0.8 mL subcutaneous syringe kit**<br>Inject 0.8 mL every 2 weeks by subcutaneous route.<br>**Internal Note:** approved 12/31/17-4/30/18 | 01/30/18 | prescribed |
| **ketoprofen 75 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly | 03/26/18 | prescribed |
| **Motrin 600 mg tablet**<br>Two times a day<br>**Internal Note:** Frequency: bid;Alt Frequency: prn;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008 | 05/20/08 | filled |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM 40 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |

**REECE, JAMIE H (id #21591363, dob:**

**predniSONE 5 mg tablet** 01/26/18 prescribed
take one po daily as needed

**Probiotic** 11/17/17 entered

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/10/2017)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): Y

## HPI

received humira and didn't start taking it due to the s/e list sent with it; has a new injury from work and may have to have surgery on her shoulder due to fraying; she reports multiple recurring joint pain and tenderness; with hx of psoriasis; right hip pains, stiffness; tenderness; works full time at toyota and is concerned about worsening joint pains; denies cp, soa, rash or fevers and all others are negative

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally and normal tandem gait test.

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Sclerae: non-icteric.

**ENMT:** Ears: no lesions on external ear or hearing loss. Nose: no lesions on external nose and nares patent. Oral Cavity: no mouth or lip ulcers. Oropharynx: moist mucous membranes. Face: no malar erythema.

AIC
American Imaging Consultants, PLLC
Your Strategic Partner for Teleradiology Solutions

Dale R. Absher, M.D.
J. Alan Harper, M.D.
Charles M. Kenney III, M.D.
Jon K. Kostelic, M.D.
A. David Westerfield IV, M.D.

Final Report

| | |
|---|---|
| NAME: | REECH, JAMIE |
| D.O.B. / SEX: | / Female |
| MRN / ACC#: | 198482 / 1609591 |
| ORDERING PHYSICIAN: | RYAN DONEGAN MD, |
| EXAM REQUESTED: | 72141 -MRI CERVICAL SPINE W/O CONTRAST |
| FACILITY: | Bluegrass Orthopaedics |
| DATE: | 4/10/2018 |
| RADIOLOGIST NAME: | Kostelic, Jon |

**CLINICAL HISTORY:**

right upper ext pain.

**FINDINGS:**

Multiplanar MR imaging of the cervical spine was performed without contrast. On the sagittal T2-weighted images, there is mild decreased signal throughout the cervical disks. There is no evidence of fracture. The vertebral alignment is normal. There is apparent subtle increased signal within the cervical cord at the C6 level of uncertain significance. This is not well seen on axial images. No significant canal stenosis is identified. The cervicomedullary junction is normal.

C2-3: There is no significant canal stenosis or neural foraminal narrowing.

C3-4: There is no significant canal stenosis or neural foraminal narrowing.

C4-5: There is a mild diffuse disc bulge. There is mild bilateral neuroforaminal narrowing.

C5-6: There is no significant canal stenosis or neural foraminal narrowing.

C6-7: There is no significant canal stenosis or neural foraminal narrowing.

C7-T1: There is no significant canal stenosis or neural foraminal narrowing.

**IMPRESSION:**

1. Mild diffuse disc bulge and mild bilateral neuroforaminal narrowing at C4-5.
2. Possible subtle increased signal within the cervical cord at the C6 level. This is of uncertain significance. Clinical correlation is recommended.

Authenticated by Kostelic, Jon on 4/10/2018 3:19:56 PM, Eastern Time

**REECE, JAMIE H (id #21591363, dob:**

**Encounter Date: 04/17/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 04/17/2018 02:15PM |
| **DOB** | | **Service Dept.** | GASTRO SB |
| **Provider** | AN-YU CHEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**

## Vitals

04/17/2018 02:43 pm

| | | |
|---|---|---|
| **Ht:** 5 ft 7 in | **Wt:** 170 lbs | **BMI:** 26.6 |
| **BP:** 116/70 sitting | **Pulse:** 72 bpm | **RR:** 16 |

## Allergies

Reviewed Allergies

LORTAB: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **calcium** | 11/17/17 | entered |
| **estradiol 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 11/17/17 | entered |
| **folic acid 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 03/26/18 | prescribed |
| **ketoprofen 75 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Motrin 600 mg tablet**<br>Two times a day<br>**Internal Note:** Frequency: bid;Alt Frequency: prn;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008 | 05/20/08 | filled |
| **Multi Vitamin** | 11/17/17 | entered |

**REECE, JAMIE H (id #21591363, dob:**

| | | |
|---|---|---|
| **NexIUM 40 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **predniSONE 5 mg tablet**<br>take one po daily as needed | 01/26/18 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Chokes when swallowing - Onset: 04/17/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability<br>- Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/10/2017)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): Y
Allergies/Hayfever: Y
Chicken Pox: Y
Headaches: Y

## HPI

This is a pleasant49 yof with mom here for follow up regarding choking episodes

Current status: fluids going down the wrong way
Symptoms: getting choked, cough, several times per week. No problems with solids. Previous problem with globus sensations.
Treatments:seems to be better when taking smaller sips
Additional info:Under lots of stress at work and also has c-spine issues. Most recent EGD unremarkable.

## ROS

**Additionally reports:**

**CONSTITUTIONAL: No fever, chills, or weight loss**

**ENT: No ear pain. No sore throat.**
**CARDIOVASCULAR: No chest pain, No edema.**
**PULMONARY: no shortness of breath, have cough when she gets choked up**

## RF ESOPHAGUS

**(#15253249, Final, 04/20/2018 12:00pm)**

Lexington Clinic
1221 South Broadway
Lexington, KY 40504

Patient Name: JAMIE H REECE
Patient DOB:
Patient MRN: 3555141

Ordering Provider: AN-YU CHEN

EXAM DATE: 04/20/2018

EXAM: RF ESOPHAGUS

CLINICAL INFORMATION: Dysphagia. Choking on swallowing fluids.

TECHNIQUE: Multiple double contrast images of various parts of the esophagus, were obtained using high-density barium suspension. This was followed by AP and lateral rapid sequence (3/sec) images of the pharynx and upper esophagus during swallowing. The study was completed by multiple prone images of the esophagus during swallowing and assessment for reflux.

FINDINGS:

CERVICAL ESOPHAGUS: Rapid sequence views of the upper esophagus show normal pharyngeal anatomy. No aspiration is seen.

THORACO ABDOMINAL ESOPHAGUS: Esophagus is normal in outline, mucosal pattern and caliber. No stricture is noted. The 13 mm tablet passed through the esophagus and GE junction without hesitation.

ESOPHAGEAL MOTILITY: Esophageal motility is normal with a normal peristaltic stripping wave and secondary peristaltic waves. No tertiary waves are noted.

ASSESSMENT FOR REFLUX: Moderate gastroesophageal reflux was noted.

IMPRESSION: Moderate gastroesophageal reflux. No other abnormality is seen..

Interpreted By: Shailendra Chopra, MD
Electronically Signed By: Shailendra Chopra, MD on 4/20/2018 2:46 PM

Lexington Clinic

**Department of Neurosurgery**
**Spine Evaluation**

**Please fill in the following so we can understand your problem and treatment course to date.**

**Name** Jamie Reece **Date** 5/13/18

**How long have you experienced symptoms?** end of January

**If known, what caused symptoms?** became apparant at work.

**This relates to...** ☑ worker's compensation ☐ motor vehicle accident ☐ pending legal action

~~**Rate your usual pain level (circle):**~~ [No Pain] 1 2 3 4 5 6 7 8 9 10 [Worst Imaginable]

**Describe your pain (circle):** (burning) (sharp) (electric) (shooting) (stabbing) (deep ache) (tightness) (spasms)
Can be all

**Pain is (circle)...** (constant) (comes and goes) getting better getting worse

**What activities makes it better?** no activity

**What activities makes it worse?** no use

(Circle) **if you have...** (numbness) (tingling) weakness bladder incontinence bowel incontinence

**What treatments have you undergone (check)?** *Use space provided to briefly describe effects of treatment.*

☑ **Physical therapy:** Name Toyota visits or weeks? 2 a week 8-10 wks
☐ **Chiropractor:** Name visits or weeks?
☐ **Traction:** neck or low back?
☐ **Massage:**
☐ **Ultrasound:**
☑ **TENS units:** @ PT
☑ **Steroid pack:** IHS Toyota
☑ **Non-steroidal anti-inflammatories, NSAIDS** (ie: Advil, Alleve) how long? 8-10 wks

☐ **Narcotic pain medications** (ie: Norco, Percocet, Oxycontin) how long?

☑ **Neuromodulating drugs** (ie: Lyrica, (Neurontin)) how long? Month
Dr. Donegan PA

☐ **Injections:** # times How long did they relieve the pain?

☐ **Spine surgery:** procedure(s), surgeon(s)?

*See illustration on back.*

Revised 2/28/2014

REECE, JAMIE 21591363
* 1819389g13039 Last Page ExHealth

Please use this diagram to illustrate your pain, numbness or associated symptoms




Revised 2/28/2019

REECE, JAMIE
11591363

# Lexington Clinic

**Department Information**

* 1919399/13058 First Page E-HealthHx

Name: Jamie Reece DOB: Today's Date: 5 /14 /18

Street Address:

City: State: Zip:

Home phone ( ) - Cell ( Email:

Occupation: Toyota Team Member ☐Retired ☐Disabled

Primary Care: Family Pract Ass. Referred by: Dr. Donegan - PA

Age: 49 Weight: 160 lbs Height: 5 ft 7 in ☐Right Handed ☐Left Handed

Briefly explain you MAIN SYMPTOM OR PROBLEM: pain in upper right qudrant head/neck/arm/shoulder/hand/also chest

CURRENT MEDICATIONS: prescription and over the counter – list dose and frequency ☐check if list attached

| | |
|---|---|
| 1) nexium - 40mg | 9) |
| 2) ativan - .5 x 2 day | 10) |
| 3) methotrexate | 11) |
| 4) folic acid | 12) |
| 5) | 13) |
| 6) | 14) |
| 7) | 15) |
| 8) | 16) |

ALLERGIES/DRUG REACTIONS: ☐check if list attached

SIGNIFICANT MEDICAL PROBLEMS: circle all that apply or write in specifics

| | |
|---|---|
| High Blood Pressure | Osteoporosis / Osteopenia |
| Heart Attack – date: | Sleep Apnea |
| Cancer – specify: | Fibromyalgia |
| Stroke – date: | Mental Illness – specify: |
| Diabetes Type I / II (circle) | Asthma / Emphysema / COPD / Black Lung (circle) |
| High / Low Thyroid (circle) | Liver Disease – specify: |
| Bleeding Disorder | Kidney Disease / Renal Failure / Dialysis (circle) |
| Gout / Arthritis (circle) Psoriatic Arthritis | AIDs / Immune Disorder (circle) |
| High Cholesterol | Epilepsy – seizure frequency: |
| Deep Vein Thrombosis / Pulmonary Embolism (circle) | Genetic Disorder |
| Other: | |

Revised 2/20/2018

OPERATIONS: list all operations or medical procedures ☐check if list attached

| Procedure | Hospital | Date |
|---|---|---|
| Hysterectomy - Complete 2005 | Dr James | |
| Tonsillectomy 1972 | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

REVIEW OF SYSTEMS: circle any you currently experiencing *considered negative if not marked

| | | | | |
|---|---|---|---|---|
| Headaches | Difficulty with taste/smell | Chest Pain | Nausea | Heartburn |
| Arm or leg weakness | Blurred vision | Irregular heartbeat | Vomiting | Abdominal pain |
| Numbness/tingling | Double vision | Shortness of breath | Fever/chills/night sweats | Constipation |
| Dizziness | Facial pain | Wheezing | Chronic cough | Diarrhea |
| Difficulty walking | Swallowing difficulty | Eye or mouth dryness | Bloody cough | Bowel incontinence |
| Speech difficulty | Hearing difficulty | Stiff or swollen joints | Unintended weight loss | Black or bloody stools |
| Impaired thinking | Ringing in ear | Arm or leg swelling | Weight gain | Increased urination |
| Memory problems | Poor coordination | Chronic fatigue | Loss of appetite | Urinary incontinence |
| Black outs or fainting | Tremors or shaking | Problems sleeping | Increased appetite | Bloody urine |
| Depression | Decreased attention | Sexual dysfunction | Menstrual difficulty | Urinary tract infection |
| Recent infection or illness: | | | | |

SOCIAL HISTORY; please current and past use

| | Never | Quit | Currently use | Amount | # of years total |
|---|---|---|---|---|---|
| Tobacco | ☑ | ☐ | ☐ | packs/day | |
| Alcohol | ☐ | ☐ | ☑ | 1 month drinks/day or week | |
| Recreational drugs | ☑ | ☐ | ☐ | | |
| Comments: | | | | | |

FAMILY HISTORY: circle if common in your family

| | |
|---|---|
| Cancer / Leukemia | Stroke |
| Diabetes | Brain aneurysms |
| High Blood Pressure | Epilepsy |
| Heart Attacks | Back Problems |
| Other: | |

PATIENT SIGNATURE: x Jamie Reece DATE: 5/13/18

PHYSICIAN SIGNATURE: [signature]

Revised 7/26/2016

**REECE, JAMIE H (id #21591363, dob:**
Encounter performed and documented by CAROLINE HAMMOND, APRN
Encounter reviewed & signed by CAROLINE HAMMOND, APRN on 06/16/2018 at 10:18am
Encounter signed by BAXTER W NAPIER, MD on 06/16/2018 at 10:58am

**Encounter Date: 05/14/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 05/14/2018 10:00AM |
| **DOB** | | **Service Dept.** | NEUROSURGERY KOHOP |
| **Provider** | MATTHEW TUTT, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

cervical pain

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**

## Vitals

05/14/2018 10:10 am

**Ht:** 5 ft 7 in **Wt:** 171 lbs **BMI:** 26.8

**BP:** 120/80

## Allergies

Reviewed Allergies
LORTAB: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

**Ativan 0.5 mg tablet** 05/10/18 prescribed
Take 1 tablet(s) twice a day by oral route for 30 days.

**calcium** 11/17/17 entered

**esomeprazole magnesium 40 mg capsule,delayed release** 05/11/18 prescribed
take one capsule daily

**estradiol 1 mg tablet** 11/17/17 entered
Take 1 tablet(s) every day by oral route.

**folic acid 1 mg tablet** 03/26/18 prescribed
Take 1 tablet(s) every day by oral route.

**ketoprofen 75 mg capsule** 09/06/17 prescribed
Take 1 capsule(s) every day by oral route.

**REECE, JAMIE H (id #21591363, dob:**

| | | |
|---|---|---|
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Motrin 600 mg tablet**<br>Two times a day<br>**Internal Note:** Frequency: bid;Alt Frequency: prn;Medication Description: Ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008 | 05/20/08 | filled |
| **Multi Vitamin** | 11/17/17 | entered |
| **predniSONE 5 mg tablet**<br>take one po daily as needed | 01/26/18 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Chokes when swallowing - Onset: 04/17/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

GYN History not reviewed (last reviewed 09/10/2017)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/10/2017)

## Past Medical History

Past Medical History not reviewed (last reviewed 04/17/2018)

## HPI

Mrs. Reece is a 49-year-old female who works at Toyota presenting with right-sided neck pain, jaw pain, collarbone pain and radiating pain into her arm in a non-dermatomal distribution. Her pain started at the end of January after changing jobs at Toyota. She denies any specific injury. Her pain has multiple characteristics, is fairly constant, but the arm pain comes and goes. She is seen some relief of her pain with inactivity. She describes right arm numbness and tingling. No weakness. No loss of bowel or bladder control. No difficulty with balance. No visual complaints.
She did physical therapy for 8-10 weeks, 2 times a week at Toyota. She has trialed a TENS unit as well as steroid pack. She has been taking over-the-counter anti-inflammatories for the past 8-10 weeks. She trialed Neurontin, prescribed by Dr. Donegan, with some relief.

## ROS

**Additionally reports:**

**As noted per patient intake sheet and in the HPI. All other systems reviewed and negative.**

## Physical Exam

Patient is a 49-year-old female.

General: NAD, alert &oriented x3
HEENT: normal
PERRL, EOM intact
face symmetric
Motor: grossly intact all extremities
Sensation: intact to light tough bilaterally UE and LE
Reflexes:

Positive Hoffman's bilaterally

2+ upper extremities bilaterally
3+ lower extremities bilaterally
Chest: Clear with no wheezes.
Heart: regular rate and rhythm with no rubs gallops or murmur
Abdomen: soft and nontender GU and rectal: deferred
Extremities: no cyanosis clubbing or edema
Skin: unremarkable

## Assessment / Plan

Mrs. Reece is a 49-year-old female with no significant findings on her cervical MRI. We reviewed her MRI together in my office. She has no significant central stenosis or nerve root compression. She also has an EMG and nerve conduction study performed by Dr. Leung which shows no evidence of cervical radiculopathy or focal nerve compression. There are no neurosurgical options here. However, on examination she does appear to be a bit hyper-reflexive, with a positive Hoffmann's reflex bilaterally. Although it may be artifact, her MRI report does describe some subtle signal change in the spinal cord. I would like her to be evaluated by neurology to rule out an neurologic disorder, such as multiple sclerosis. She may need an MRI of the brain performed.

I had a lengthy conversation with her with regards to my opinion. There are clearly no further considerations with regards to her cervical spine. I explained that her distribution of pain does not correlate with any specific neurologic dermatome. I feel strongly that we must look elsewhere for the cause of her symptoms. She and her husband voiced good understanding of this, but she did seem quite disappointed that I could not give her a clear answer today. I think neurology is appropriate at this point.

Her follow-up with me will be as needed, but I would appreciate receiving the opinion of the neurologist.

**1. Neck pain -**

Minutes spent reviewing images, discussing the diagnosis and coordinating care: 45 min

M54.2: Cervicalgia

## Return to Office

- AN-YU CHEN, MD for RECHECK at GASTRO SB on 06/19/2018 at 02:30 PM
- SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on 06/25/2018 at 01:15 PM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by MATTHEW TUTT, MD, 05/14/2018.

Encounter performed and documented by MATTHEW TUTT, MD
Encounter reviewed & signed by MATTHEW TUTT, MD on 05/14/2018 at 10:48am

**REECE, JAMIE H (id #21591363, dob:**

**ENT: No ear pain. No sore throat.**
**CARDIOVASCULAR: No chest pain, No edema.**
**PULMONARY: no shortness of breath, or cough.**
**GI: As detailed in the HPI.**
**GU: no dysuria,**
**NEURO: no headaches, visual changes, numbness, some tingling, weakness of right arm**
**ENDOCRINE: no history of thyroid problems, no weight gain**
**ALLERGY/IMMUNE: No immune deficiency or hay fever.**
**SKIN: No itching or rashes**
**PSYCH: No depression or anxiety**

## Physical Exam

Patient is a 49-year-old female.

GENERAL: Pleasant 49 years-old in no acute distress
HEENT: EOMI, no scleral icterus. no obvious oral lesions, mucous membranes moist.
NECK: Unrestricted range of motion.
ABDOMEN: Moderate central obesity. Bowel sounds within normal limits. Soft, nontender, nondistended. No hepatosplenomegaly. There is no guarding or rebound.
SKIN: No jaundice. No rashes. Warm and dry.
MUSCULOSKELETAL: Gait within normal limits. Some tingling of right arm with motion
NEURO: No obvious weakness or gross deficit noted. No evidence of confusion.
PSYCH: Alert and oriented. Mood and affect within normal limits. Does not appear depressed.

## Assessment / Plan

**1. Intermittent dysphagia -**

Improved with Ativan, will continue for now. Will reassess after work up is completed regarding her MS diagnosis.

R13.19: Other dysphagia

**Discussion Notes**

Spent 30 total minutes with the patient today in counseling regarding information documented in my assessment and plan above. The time represents more than 50% of the encounter.

## Return to Office

- AN-YU CHEN, MD for RECHECK at GASTRO SB on 09/04/2018 at 01:00 PM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by AN-YU CHEN, MD, 06/19/2018.

Encounter performed and documented by AN-YU CHEN, MD
Encounter reviewed & signed by AN-YU CHEN, MD on 06/19/2018 at 2:53pm
**Encounter Date: 06/10/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 06/10/2018 02:30PM |
| **DOB** | | **Service Dept.** | WALK-IN ANDOVER |
| **Provider** | CAROLINE HAMMOND, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

None recorded.

**REECE, JAMIE H (id #21591363, dob:**

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

**Ht:** 5 ft 7 in 06/10/2018 02:36 pm
**T:** 98.4 F° oral 06/10/2018 02:36 pm
**BP:** 128/78 sitting R arm 06/10/2018 02:37 pm
**Pulse:** 110 bpm regular 06/10/2018 02:36 pm
**O2Sat:** 98% Room Air at Rest 06/10/2018 02:36 pm

## Allergies

Reviewed Allergies
**LORTAB:** Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **Ativan 0.5 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 30 days. | 05/10/18 | prescribed |
| **calcium** | 11/17/17 | entered |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>take one capsule daily | 05/11/18 | prescribed |
| **folic acid 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 03/26/18 | prescribed |
| **ketoprofen 75 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **predniSONE 5 mg tablet**<br>take one po daily as needed | 01/26/18 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017

**REECE, JAMIE H (id #21591363, dob:**

- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Chokes when swallowing - Onset: 04/17/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
**Family Medicine**
Alcohol Intake: None
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

Reviewed GYN History

## Obstetric History

Reviewed Obstetric History

## Past Medical History

Reviewed Past Medical History
Allergies/Hayfever: Y
Chicken Pox: Y
Headaches: Y
Vision or Eye Problems: Y - glasses

## HPI

Jamie H Reece is a 49 year old female that presents to the walk in clinic

## Procedure Documentation

**EKG:**
12 lead electrocardiogram testing performed. See scanned copy for results.
**Evening/Weekend/Holiday Services:**
Service(s) provided in the office during regularly scheduled evening, weekend, or holiday office hours.

## Assessment / Plan

**1. Atypical chest pain**
R07.89: Other chest pain

**Patient Instructions**

Discussed with patient the importance of thoroughly investigating these symptoms and what our limitations are in the urgent treatment environment on a weekend afternoon. I expressed my concerns about waiting for labwork to come back on monday morning and how I felt this to be a more urgent situation. An EKG was done in office and no clear abnormality was found. Vital signs stable. Pain still persists. Recommend patient to allow me to call EMS or for her husband to transport her to the ER. She wanted to go by personal vehicle. We discussed the risks involved. She verbalized understanding.

## Return to Office

- AN-YU CHEN, MD for RECHECK at GASTRO SB on 06/19/2018 at 02:30 PM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by CAROLINE HAMMOND, APRN, 06/16/2018.

## Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 06/19/2018**

Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 06/19/2018 02:30PM |
| **DOB** | | **Service Dept.** | GASTRO SB |
| **Provider** | AN-YU CHEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

Chief Complaint

None recorded.

Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

Vitals

06/19/2018 02:37 pm

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in | **Wt:** | 172 lbs | **BMI:** | 26.9 |
| **BP:** | 122/68 sitting | **Pulse:** | 88 bpm | **RR:** | 16 |

Allergies

Reviewed Allergies
**LORTAB:** Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

Medications

Reviewed Medications

| | | |
|---|---|---|
| **Ativan 0.5 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 30 days. | 05/10/18 | prescribed |
| **calcium** | 11/17/17 | entered |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>take one capsule daily | 05/11/18 | prescribed |
| **folic acid 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 03/26/18 | prescribed |
| **indomethacin 50 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 06/19/18 | entered |
| **ketoprofen 75 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |

**REECE, JAMIE H (id #21591363, dob:**

| | | |
|---|---|---|
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **predniSONE 5 mg tablet**<br>take one po daily as needed | 01/26/18 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): Y
Allergies/Hayfever: Y
Chicken Pox: Y
Headaches: Y

## HPI

This is a pleasant 49 yof here for follow up regarding dysphagia symptoms

Current status:much improved
Symptoms:rare choking episodes
Treatments:started ativan
Additional info:recent UGI was negative. Lots of stress with shoulder symptoms and work at Toyota

## ROS

**Additionally reports:**

**CONSTITUTIONAL: No fever. chills. or weight loss**

Return to Office

- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 08/01/2018 at 01:00 PM
- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 08/08/2018 at 01:00 PM
- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 08/15/2018 at 01:00 PM
- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 08/22/2018 at 01:00 PM
- AN-YU CHEN, MD for RECHECK at GASTRO SB on 09/04/2018 at 01:00 PM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 09/07/2018 at 09:30 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

Encounter Sign-Off

Encounter signed-off by DANIEL M ROUSE, PT, DPT, 07/25/2018.

Encounter performed and documented by DANIEL M ROUSE, PT, DPT
Encounter reviewed & signed by DANIEL M ROUSE, PT, DPT on 07/25/2018 at 12:50pm
Encounter signed by W BEN KIBLER, MD on 07/26/2018 at 5:24pm

**Encounter Date: 07/13/2018**

Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 07/13/2018 08:45AM |
| **DOB** | | **Service Dept.** | ORTHOPEDICS PICADOME |
| **Provider** | W BEN KIBLER, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

Chief Complaint

np rt shoulder, will bring MRI discPatient comes for evaluation of problems with the right shoulder. She came for evaluation and second opinion of problems with the right shoulder. She has a job that involves a lot of repetitive pushing and pulling and overhead lifting. She developed soreness and tenderness since January. She was put on restrictions, was told that she had some tendinitis and she was put on some open chain activation exercises. This did not seem to relieve the symptoms. She eventually sought other opinions. She has had multiple workups including an EMG for any type of nerve impingement, a workup for cervical issues and a workup for possible multiple sclerosis. These have all been negative. She was told that she had mainly a muscle problem, but she has not been on a specific therapy program for scapular retraction or stabilization. She has soreness, tenderness over the anterior aspect of the shoulder in the infraclavicular area and along the anterior aspect of the shoulder with some pain which goes down into her elbow. She has been unable to continue doing work because of the pain and limitations. She has mild soreness at nighttime. However, she can sleep during the night. Because of continued symptoms she came for further evaluation.

Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

Vitals

07/13/2018 09:39 am

| | | |
|---|---|---|
| **Ht:** 5 ft 7 in | **Wt:** 170 lbs | **BMI:** 26.6 |
| **BP:** 118/72 | | |

Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

**REECE, JAMIE H (id #21591363, dob:**

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **folic acid** | 07/13/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Allergies/Hayfever: Y

## HPI

Her history is as outlined. There is no history of acute trauma other than the chronic repetitive use.

## ROS

**Additionally reports: She has no diabetes. She has no collagen vascular disease. She has a Sjogren's type psoriatic arthritis that she is taking medicine for and that seems to keep this in fairly good control.**

## Physical Exam

Patient is a 49-year-old female.

**REECE, JAMIE H (id #21591363, dob:**

Physical exam from a kinetic chain standpoint, shows she has bilateral weakness of the hips with 1 leg stability. She has weakness of low row that is improved by hip active assistance. She has painful arc in forward flexion that is relieved by scapular assistance. She has weakness with external rotation and forward flexion that is relieved by scapular retraction. She has pain to palpation of the coracoid base muscles of the pectoralis minor and the short head of the biceps that creates an anterior tilt of the scapula. She gets pain down her arm from the trigger point, referred pain from her pectoralis minor. She has tightness of her scalenes as well. She has no instability, her neurologic exam is normal leg work exam is negative.

## Assessment / Plan

She will be put on a therapy program to see if we cannot relieve some of the overhead and scapular retraction symptoms. She will continue working on strengthening to the level of tolerance. She will return to see me in another 2 months. We can talk about seeing if we can get her back into some type of work activities at that time.

1. **Scapulalgia**
   M89.8X1: Other specified disorders of bone, shoulder

2. **Impingement syndrome of shoulder region** - Right
   M75.41: Impingement syndrome of right shoulder
   - ROTATOR CUFF INJURY: CARE INSTRUCTIONS
   - ROTATOR CUFF: EXERCISES

**Discussion Notes**

She has a mild amount of the collagen vascular disease that is probably adding to the problem. However, I think the major problem is the kinetic chain and scapular problems with some mild chronic pain syndrome as well. We discussed all these findings and the relationship to the clinical findings with her.

## Return to Office

- DANIEL M ROUSE, PT, DPT for NEW PATIENT at PHYSICAL THERAPY PICADOME on 07/25/2018 at 09:30 AM
- AN-YU CHEN, MD for RECHECK at GASTRO SB on 09/04/2018 at 01:00 PM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 09/07/2018 at 09:30 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by W BEN KIBLER, MD, 07/16/2018.

Encounter performed and documented by W BEN KIBLER, MD
Encounter reviewed & signed by W BEN KIBLER, MD on 07/16/2018 at 4:58pm

**REECE, JAMIE H (id #21591363, dob:**

Thoracic spine rotational PA glides T2-5; observed cavitation approximately T4-T5

Cervical PA glides C2-Cy grades 1-2

B upper trapezius, levator scapulae manual stretches x2 :30

R pec minor stretch in supine x5 :10

**PT Therapeutic Exercise:** 10 minutes

The patient performed therapeutic exercise per exercise log.

Supine pec stretch x10

**PT Ultrasound:** 10 minutes

Application of continuous ultrasound at 2.0 w/cm2 at 3 Mhz for 8-22min. (10 min.) R upper trapezius; R lower cervical paraspinals

## Assessment / Plan

Pt continues to display multiple areas with mild tenderness to touch surrounding R scapula today. She tolerated initial follow up visit well with manual therapy to promote upper trapezius and pec minor flexibility. Applied continuous ultrasound to R upper trapezius and R cervical paraspinals to address muscle guarding. She reviewed and performed initial HEP; required verbal cues to perform isometric low rows with correct technique. Instructed pt to continue with current HEP and she will return for follow up visit in 1 week.

**1. Scapulalgia**
M89.8X1: Other specified disorders of bone, shoulder

**2. Shoulder girdle weakness**
M99.07: Segmental and somatic dysfunction of upper extremity

**3. Incoordination**
R27.9: Unspecified lack of coordination

**4. Shoulder pain**
M25.511: Pain in right shoulder

## Return to Office

- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 08/08/2018 at 01:00 PM
- AN-YU CHEN, MD for RECHECK at GASTRO SB on 08/14/2018 at 01:45 PM
- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 08/15/2018 at 01:00 PM
- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 08/22/2018 at 01:00 PM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 09/07/2018 at 09:30 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by DANIEL M ROUSE, PT, DPT, 08/01/2018.

Encounter performed and documented by DANIEL M ROUSE, PT, DPT
Encounter reviewed & signed by DANIEL M ROUSE, PT, DPT on 08/01/2018 at 3:15pm

**Encounter Date: 07/25/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 07/25/2018 09:30AM |
| **DOB** | | **Service Dept.** | PHYSICAL THERAPY PICADOME |
| **Provider** | DANIEL M ROUSE, PT, DPT | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

**REECE, JAMIE H (id #21591363, dob:**

Shoulder

## Physical Therapy Episodes

Episode: R Scapula

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 07/13/2018)

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Medications not reviewed (last reviewed 07/13/2018)

| | | |
|---|---|---|
| **folic acid** | 07/13/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 07/13/2018)

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

**REECE, JAMIE H (id #21591363, dob:**

## Social History

Social History not reviewed (last reviewed 07/13/2018)
Smoking Status: Never smoker

## Surgical History

Surgical History not reviewed (last reviewed 07/13/2018)

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Past Medical History not reviewed (last reviewed 07/13/2018)
Allergies/Hayfever: **Y**
Headaches: **Y**

## HPI

**LexClin Evaluation Subjective**
Reported by patient.

Referring Provider: Kibler, MD
Chief Complaint: Pain; R clavicle, R shoulder and R scapula
Mechanism: Repetitive Stress
Onset: 7 Months
Chronicity: Chronic
Subjective Report: Jamie presents to clinic with complaints of R clavicle, R upper trapezius with radiating symptoms to R hand. She also describe pain in suboccipital region. She works second shift inspection requires her to use R hand dominant and performed repetitive movements wiping cars. She started to notice symptoms in R shoulder in January 2018 and radiating pain occurred to R wrist and fingers. She underwent PT at Toyota x2 week for 8 weeks with worsening of symptoms. She eventually had a EMG which was negative. She also had an MRI of her cervical spine with increased signal density at C6. Starting in January she was on sit down restriction until April when she was placed off work. She reports since being off work since April her symptoms have continued to fluctuate and worsen. She visited Dr. Kibler 7/13/18 and was instructed to return to skilled PT for scapular stabilization. She has discontinued exercising and reports gaining 25lbs since being off work. She reports history of psoriatic arthritis and anxiety.
Description of Pain/Symptoms: R anterior shoulder joint line and infraclavicular region origin dull aching; radiates down R UE to elbow and hand
Severity: current 2-3/10; best 2-3/10; worst 8/10
Frequency: Constant
Aggravating Factors: driving, reaching overhead for household objects, folding laundry, static positions
Alleviating Factors: rest, activity avoidance, activity modification, discontinued use of ibuprofen
Sleeping (ability to sleep without pain) Severe problem: pain disrupts sleep > 5 times per night
Prior Studies: MRI; see report
Prior Treatments: physical therapy; medication
Occupation and Limitations: Toyota-second shift inspection for Lexus
Recreational Activities and Limitations: discontinued exercise due to fear of worsening symptoms in R shoulder
ADL Limitations: driving, reaching overhead for household objects, dressing, bathing folding laundry, static positions

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

**Posture:** Patient stands with **Increased C-T Junction Kyphosis** and **Thoracic Kyphosis** and **Decreased Cervical Lordosis** and **Scapular Anterior Tilting.**

**Scapular Motion:** RIGHT **Excessive Lateral Slide** and **Upward Rotation** and **Vertebral Border Winging** and **Anterior Tilting; type 2 scapular dyskinesis.**

**Cervical Screen:** Active Range of Motion: Left Rotation: 70 deg and Side Bending: 45 deg, Right Rotation: 70 deg and Side Bending: 45 deg, and Forward Flexion: 50 deg and Extension: 45 deg. Special Tests: Compression Test -.

**Shoulder Range of Motion:** ACTIVE RIGHT Internal Rotation: T8 and Rotation at 90deg Abd: 40 deg painful, External Rotation: 65 deg and Rotation at 90deg Abd: 80 deg painful, and Flexion: 170 deg and Abduction: 170 deg. ACTIVE LEFT Internal Rotation: T7 and Rotation at 90deg Abd: 60 deg, External Rotation: 78 deg and Rotation at 90deg Abd: 90 deg, and Flexion: 170 deg and Abduction: 170 deg.

**Manual Muscle Testing:** RIGHT SHOULDER **Flexion 4+/5, Abduction 4+/5, Internal Rotation 4+/5,** and **External Rotation 4+/5.** LEFT SHOULDER Flexion 5/5, Abduction 5/5, Internal Rotation 5/5, and External Rotation 5/5. RIGHT ELBOW Extension 5/5,

Pronation 5/5, Supination 5/5, and **Flexion 4+/5**. LEFT ELBOW Flexion 5/5, Extension 5/5, Pronation 5/5, and Supination 5/5. RIGHT WRIST Flexion 5/5 and Extension 5/5. LEFT WRIST Flexion 5/5 and Extension 5/5.

**Scapular Manual Muscle Testing:** Right: **SA: 4/5**
**Lat: 4/5**
**Rhomboids: 4-/5**
**MT: 4-/5**
**LT: 4-/5**. Left: **SA: 4-/5**
**Lat: 4-/5**
**Rhomboids: 4-/5**
**MT: 4-/5**
**LT: 3/5**.

**Palpation Exam:** Shoulder: **mild TTP R coracoid process, R long head of biceps, R posterior joint line**

**Shoulder Special Testing:** Right: DLS -:, Speed's test -:, O'Brien's test +:, Full Can test -:, Empty Can test -:, Belly Press test -:, Drop Arm -:, Hawkin's Kennydy test -:, and Scapular Assist test +:.

Hip MMT: R hip AB 4-/5 Ext

L hip AB 4/5

Flexibility:

R pec minor mod, R scalenes mod, R upper trap mod

## Exercise Flowsheet

None recorded.

## Procedure Documentation

**PT Evaluation - Moderate Complexity:**
Physical Therapy Evaluation of moderate complexity performed.
**PT Therapeutic Exercise:** 15 minutes

The patient performed therapeutic exercise per handout:

supine chin tuck, corner stretch, isometric low row and scaption table slides

## Assessment / Plan

Referring Physician: Kibler, MD

Assessment:
Pt is a 49 yo female presenting with R anterior shoulder and infraclavicular pain. Initial evaluation revealed signs and symptoms consistent with R type 2 scapular dyskinesis. She demonstrates postural dysfunction, decreased scapular strength, poor kinethestic awareness of R scapula and multiple areas of tightness surrounding R scapula. She also complains of intermittent radiating pain RUE, but unable to reproduce symptoms in clinic clearing cervical spine, cervical compression and R shoulder AROM. She would benefit from skilled PT intervention to address functional deficits and decrease R scapular pain.

STG: In 6 weeks, patient will:

1) Display independence with HEP and verbalize compliance as written

2) Display Right Shoulder ROM: ER at 90 deg AB 90 deg; IR at 90 deg AB 50 deg

3) Display Right Shoulder MMT: Flex 5/5, Abd 5/5, IR 5/5, ER 5/5, SA 4/5, Lat 4/5, rhomboids 4/5, MT 4/5 LT 4-/5

4) Display appropriate scapular kinematics to 90deg elevation

5) Display appropriate GH jt mobility within available ROM

LTG: In 12 weeks, Patient will:

1) Discharge independent with HEP and Self-Management skills

2) Display R shoulder and scapular MMT: SA 4+/5, Lat 4+/5, rhomboids 4+/5, MT 4+/5 LT 4/5

3) Return to Recreational Activities with modifications

4) Return to Activities of Daily Living with modifications

5) Display improved flexibility of R upper trapezius, R scalenes and R pec minor to minimal tightness

6) Display appropriate ST and GH kinematics with active and resisted elevation within available ROM

Plan of Treatment

Rehab Potential: Fair with compliance to HEP
Complicating Factors
Body Structure and Function: Weakness (3/5), MINIMAL Range of Motion Limitation,
Activity Limitations: SIGNIFICANT impact on ADLs, SIGNIFICANT Functional Limitations
Participation Restrictions: avoided exercise due to fear of worsening R scapular symptoms
Personal: 49 yo female, overweight, psoriatic arthritis, anxiety
Environmental: 3 children, currently off work but continues to be required to perform housework

Treatment Plan:
Episode of care to include: Initial Evaluation, Manual Techniques, Therapeutic Exercise, Home Exercise Program, Modalities (as indicated) such as iontophoresis, Mechanical Traction, Neuromuscular Re-education, Postural Correction/Body Mechanic Education

Goals, POT and Rehabilitation potential were discussed and agreed upon with the:
Patient

Frequency of Treatment: 1x/wk for 12 weeks
Frequency and duration of care to depend on pt's response to skilled PT intervention.

I certify the need for the above PT outpatient services for this patient who is under my care. The plan for these services has been reviewed.

Physician Signature: ______________________________ Date: __________

**1. Shoulder pain**
M25.511: Pain in right shoulder

**2. Scapulalgia**
M89.8X1: Other specified disorders of bone, shoulder

**3. Shoulder girdle weakness**
M99.07: Segmental and somatic dysfunction of upper extremity

**4. Incoordination**
R27.9: Unspecified lack of coordination

**REECE, JAMIE H (id #21591363, dob:**

The patient received manual therapy consisting of:

Thoracic PA glides T2-T8 grades 1-2

Thoracic spine rotational PA glides T2-5; observed cavitation approximately T4-T5

Cervical PA glides C2-C7 grades 1-2

B upper trapezius, levator scapulae manual stretches x2 :30

R pec minor stretch in supine x5 :10; pre and post ultrasound

**PT Therapeutic Exercise:** 8 minutes

The patient performed therapeutic exercise per exercise log.

**PT Ultrasound:** 10 minutes

Application of continuous ultrasound at 2.0 w/cm2 at 3 Mhz for 8-22min. (10 min.) R pec minor insertion at coracoid

## Assessment / Plan

Pt appears to be making slow progress with R scapular dyskinesis. She subjectively reports decrease in RUE radicular symptoms and pain today was primarily R coracoid process. Today's session focused on mobilization of cervical and thoracic spine as well as pec minor flexibility. Applied continuous ultrasound to R pec minor insertion, performed manually stretching pre and post. Updated HEP to progress postural correction and scapular stabilization exercises. Briefly discussed core stability training in the gym and plan to emphasize HEP next visit.

1. **Scapulalgia**
   M89.8X1: Other specified disorders of bone, shoulder
2. **Shoulder girdle weakness**
   M99.07: Segmental and somatic dysfunction of upper extremity
3. **Incoordination**
   R27.9: Unspecified lack of coordination
4. **Shoulder pain**
   M25.511: Pain in right shoulder

## Return to Office

- AN-YU CHEN, MD for RECHECK at GASTRO SB on 08/14/2018 at 01:45 PM
- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 08/15/2018 at 01:00 PM
- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 08/22/2018 at 01:00 PM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 09/07/2018 at 09:30 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by DANIEL M ROUSE, PT, DPT, 08/08/2018.

Encounter performed and documented by DANIEL M ROUSE, PT, DPT
Encounter reviewed & signed by DANIEL M ROUSE, PT, DPT on 08/08/2018 at 2:18pm

**Encounter Date: 08/01/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 08/01/2018 01:00PM |
| **DOB** | | **Service Dept.** | PHYSICAL THERAPY PICADOME |
| **Provider** | DANIEL M ROUSE, PT, DPT | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

**REECE, JAMIE H (id #21591363, dob:**

## Chief Complaint

Followup: Shoulder pain
Followup: Incoordination
Followup: Scapulalgia
Followup: Shoulder girdle weakness

## Physical Therapy Episodes

Episode: R Scapula

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 07/13/2018)
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Medications not reviewed (last reviewed 07/13/2018)

| | | |
|---|---|---|
| **folic acid** | 07/13/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 07/13/2018)

**REECE, JAMIE H (id #21591363, dob:**

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability<br>- Arthritis |

## Social History

Social History not reviewed (last reviewed 07/13/2018)
Smoking Status: Never smoker

## Surgical History

Surgical History not reviewed (last reviewed 07/13/2018)

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Past Medical History not reviewed (last reviewed 07/13/2018)
Allergies/Hayfever: **Y**
Headaches: **Y**

## HPI

Symptoms: Better
Response to last session: "I felt okay after last visit"
Subjective: Jamie reports she has noticed minor improvements in R clavicular pain since last visit, but R shoulder anterior joint line has been bothering. She mainly reports tightness in R upper trap and R pec minor today.

Numeric Pain Scale:

Pre: R shoulder anterior joint line 1/10

Post: R shoulder anterior joint line 1/10

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

R SH AROM: FF 170 deg AB 170 deg pain lateral deltoid end range ER 80 deg

Mild TTP R suboccipitals, R cervical paraspinals, R upper trapezius, R pec minor insertion at coracoid process

Thoracic Spine Mobility: T2-T4 severe hypomobility T5-T8 mod hypomobility

## Exercise Flowsheet

| Exercise | 07/25/2018 | 08/01/2018 |
|---|---|---|
| Chin tuck | | x10 |
| Low row | | x10 seated isometric |
| Seated Table Slide | | x10 |

## Procedure Documentation

**PT Manual Therapy:** 20 minutes

The patient received manual therapy consisting of:

Thoracic PA glides T2-T8 grades 1-2

| | | | |
|---|---|---|---|
| Seated Table Slide | x10 | hold | x10 oblique with RTB; x10 forward; x10 3lb oblique |
| Pec stretch | | x2 :30 | x2 :30 |

## Procedure Documentation

**PT Manual Therapy:** 10 minutes

The patient received manual therapy consisting of:

Thoracic PA glides T2-T8 grades 1-2

Thoracic spine rotational PA glides T2-5; observed cavitation approximately T5-T6

Cervical PA glides C2-C7 grades 1-2

B upper trapezius x2 :30

**PT Therapeutic Exercise:** 20 minutes

The patient performed therapeutic exercise per exercise log.

## Assessment / Plan

Pt displays improved kinesthetic awareness of R scapula with performing scapular stabilization exercises in clinic today. However, she subjectively reports increase in R clavicular pain since last visit. Updated HEP to reflect progression for scapular stabilization and she will return for follow up visit in 1 week.

1. **Shoulder pain**
   M25.511: Pain in right shoulder
2. **Incoordination**
   R27.9: Unspecified lack of coordination
3. **Scapulalgia**
   M89.8X1: Other specified disorders of bone, shoulder
4. **Shoulder girdle weakness**
   M99.07: Segmental and somatic dysfunction of upper extremity

## Return to Office

- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 08/22/2018 at 01:00 PM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 09/07/2018 at 09:30 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by DANIEL M ROUSE, PT, DPT, 08/15/2018.

Encounter performed and documented by DANIEL M ROUSE, PT, DPT
Encounter reviewed & signed by DANIEL M ROUSE, PT, DPT on 08/15/2018 at 3:13pm

**Encounter Date: 08/08/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 08/08/2018 01:00PM |
| **DOB** | | **Service Dept.** | PHYSICAL THERAPY PICADOME |
| **Provider** | DANIEL M ROUSE, PT, DPT | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018 | | |

**REECE, JAMIE H (id #21591363, dob:**

Prescription: ESI1 - Member is eligible. details

## Chief Complaint

Followup: Shoulder pain
Followup: Incoordination
Followup: Scapulalgia
Followup: Shoulder girdle weakness

## Physical Therapy Episodes

Episode: R Scapula

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 07/13/2018)
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Medications not reviewed (last reviewed 07/13/2018)

| | | |
|---|---|---|
| **folic acid** | 07/13/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

**REECE, JAMIE H (id #21591363, dob:**

Family History not reviewed (last reviewed 07/13/2018)

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability<br>- Arthritis |

## Social History

Social History not reviewed (last reviewed 07/13/2018)
Smoking Status: Never smoker

## Surgical History

Surgical History not reviewed (last reviewed 07/13/2018)

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Past Medical History not reviewed (last reviewed 07/13/2018)
Allergies/Hayfever: **Y**
Headaches: **Y**

## HPI

Symptoms: Better

Response to last session: no significant change

Subjective: She reports decrease intensity of pain in R clavicle and decreased in R shoulder anterior joint line. She notices improved R scapular motion with decreased stiffness since last visit. Also a decrease in radiating pain down RUE. She received a therapeutic massage the following day and reports the massage therapist her shoulder was very stiff.

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

R SH AROM: FF 170 deg AB 170 deg pain lateral deltoid end range ER 80 deg

Mild TTP R suboccipitals, R cervical paraspinals, R upper trapezius, R pec minor insertion at coracoid process

Thoracic Spine Mobility: T2-T8 mod hypomobility

Discussed core stability exercises to perform at gym-standing hip AB/Ext, resisted side stepping

Updated HEP

## Exercise Flowsheet

| Exercise | 07/25/2018 | 08/01/2018 | 08/08/2018 |
|---|---|---|---|
| Chin tuck | | x10 | x10 standing @ wall |
| Low row | | x10 seated isometric | x10 seated isometric |
| Seated Table Slide | | x10 | hold |
| Pec stretch | | | x2 :30 |

## Procedure Documentation

**PT Manual Therapy:** 20 minutes

**REECE, JAMIE H (id #21591363, dob:**

Pt appears to be making progress with R scapular pain and dysfunction. She demonstrates improved scapulothoracic mechanics with initial R shoulder flexion and abduction, but continues to display anterior tilt at end range elevation. She demonstrates ability to perform HEP, but recently unable to perform HEP as instructed due to illness. She performed TE progressions in clinic and updated HEP to reflect progressions. Her suboccipital pain appears to be resolved and R clavicular pain is decreasing, but she subjectively reports pain primarily R anterior GH joint line and referred pain to R deltoid. She displays minimal to no change in R shoulder and scapular strength. She has achieved short term goal 1 and no other goals at this time.

STG: In 6 weeks, patient will:

1) Display independence with HEP and verbalize compliance as written MET

2) Display Right Shoulder ROM: ER at 90 deg AB 90 deg; IR at 90 deg AB 50 deg NOT MET

3) Display Right Shoulder MMT: Flex 5/5, Abd 5/5, IR 5/5, ER 5/5, SA 4/5, Lat 4/5, rhomboids 4/5, MT 4/5 LT 4-/5 NOT MET

4) Display appropriate scapular kinematics to 90deg elevation MET

5) Display appropriate GH jt mobility within available ROM MET

LTG: In 12 weeks, Patient will:

1) Discharge independent with HEP and Self-Management skills NOT MET

2) Display R shoulder and scapular MMT: SA 4+/5, Lat 4+/5, rhomboids 4+/5, MT 4+/5 LT 4/5 NOT MET

3) Return to Recreational Activities with modifications NOT MET

4) Return to Activities of Daily Living with modifications NOT MET

5) Display improved flexibility of R upper trapezius, R scalenes and R pec minor to minimal tightness NOT MET

6) Display appropriate ST and GH kinematics with active and resisted elevation within available ROM NOT MET

1. **Shoulder pain**
   M25.511: Pain in right shoulder
2. **Incoordination**
   R27.9: Unspecified lack of coordination
3. **Scapulalgia**
   M89.8X1: Other specified disorders of bone, shoulder
4. **Shoulder girdle weakness**
   M99.07: Segmental and somatic dysfunction of upper extremity

## Return to Office

- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 09/07/2018 at 10:30 AM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 09/07/2018 at 09:30 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by DANIEL M ROUSE, PT, DPT, 08/24/2018.

Encounter performed and documented by DANIEL M ROUSE, PT, DPT
Encounter reviewed & signed by DANIEL M ROUSE, PT, DPT on 08/24/2018 at 12:03pm

**Encounter Date: 08/15/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 08/15/2018 01:00PM |
| **DOB** | | **Service Dept.** | PHYSICAL THERAPY PICADOME |
| **Provider** | DANIEL M ROUSE, PT, DPT | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM | | |

**REECE, JAMIE H (id #21591363, dob:**

Referring Provider Name : DONEGAN, RYAN P
Employer Name : KELLY SERVICES
Case # : SA211932PVY
Case Injury Date : 01/30/2018
Prescription: ESI1 - Member is eligible. details

## Chief Complaint

Followup: Shoulder pain
Followup: Incoordination
Followup: Scapulalgia
Followup: Shoulder girdle weakness

## Physical Therapy Episodes

Episode: R Scapula

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 08/14/2018)
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Medications not reviewed (last reviewed 08/14/2018)

| | | |
|---|---|---|
| **folic acid** | 07/13/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018

**REECE, JAMIE H (id #21591363, dob:**

- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 08/14/2018)

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Social History not reviewed (last reviewed 08/14/2018)
Smoking Status: Never smoker

## Surgical History

Surgical History not reviewed (last reviewed 08/14/2018)

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Past Medical History not reviewed (last reviewed 08/14/2018)
Allergies/Hayfever: **Y**
Headaches: **Y**

## HPI

Symptoms: Worse

Response to last session: reports increase in R clavicle, R upper arm and R forearm later in the day and continued to be worse since last visit

Subjective: She reports prior to last visit she had been doing well. She reports her R distal lateral forearm has been bothering her more. She thinks she might be having a flare up of psoriatic arthritis due to increase pain in her R foot and hip pain. She continues to be compliant with HEP and has noticed improvements in cervical pain since last visit.

Numeric Pain Scale:

Pre R anterior shoulder 3/10

Post R anterior shoulder 2/10

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

R SH AROM: FF 170 deg AB 170 deg pain lateral deltoid end range ER 85 deg

Mild TTP R suboccipitals, R cervical paraspinals, R upper trapezius, R pec minor insertion at coracoid process

Thoracic Spine Mobility: T2-T8 mod hypomobility

Updated HEP

## Exercise Flowsheet

| Exercise | 07/25/2018 | 08/01/2018 | 08/08/2018 | 08/15/2018 |
|---|---|---|---|---|
| Chin tuck | | x10 | x10 standing @ wall | x10 standing @ wall |
| Low row | | x10 seated isometric | x10 seated isometric | x10 seated isometric |

**REECE, JAMIE H (id #21591363, dob:**

## Assessment / Plan

I do think she is ready to return to her work activities, but I think a significant portion of this is due to the collagen vascular disease component of this, and this probably needs to be considered in any return-to-work-type situation. I had long discussion with her about this and told her that, at this point in time, we would need to have input from Rheumatology about her capability of return to work and whether or not this is even a feasible goal. She probably needs to talk with IHS to see if there is any modified duty that she could do. She will return to see me in another 2 months.

**1. Shoulder pain** - Right
M25.511: Pain in right shoulder
- SHOULDER PAIN: CARE INSTRUCTIONS

**Discussion Notes**

She has made progress in terms of her musculoskeletal component. She needs to work on some specific strengthening exercises now to improve the scapular retraction and overhead positioning.

### Return to Office

- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 09/21/2018 at 10:00 AM
- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 09/28/2018 at 11:00 AM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 11/08/2018 at 08:45 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by W BEN KIBLER, MD, 09/10/2018.

Encounter performed and documented by W BEN KIBLER, MD
Encounter reviewed & signed by W BEN KIBLER, MD on 09/10/2018 at 7:50am

**Encounter Date: 08/24/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 08/24/2018 10:00AM |
| **DOB** | | **Service Dept.** | PHYSICAL THERAPY PICADOME |
| **Provider** | DANIEL M ROUSE, PT, DPT | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

Followup: Shoulder pain
Followup: Incoordination
Followup: Scapulalgia
Followup: Shoulder girdle weakness

## Physical Therapy Episodes

Episode: R Scapula

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph

**REECE, JAMIE H (Id #21591363, dob:**
(502) 570-4608, Fax (502) 570-4610

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 08/14/2018)
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Medications not reviewed (last reviewed 08/14/2018)

| | | |
|---|---|---|
| **folic acid** | 07/13/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 08/14/2018)

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Social History not reviewed (last reviewed 08/14/2018)
Smoking Status: Never smoker

## Surgical History

Surgical History not reviewed (last reviewed 08/14/2018)

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

**REECE, JAMIE H (id #21591363, dob:**

Past Medical History not reviewed (last reviewed 08/14/2018)
Allergies/Hayfever: **Y**
Headaches: **Y**

## HPI

Pt reports since last visit she received her second humira injection. She noticed sinus symptoms and has had a cold as well as fever since then. She went to the doctor earlier this week and she's feeling better today, but still fatigued and winded. She was placed on antibiotics. She denies fever today. She has not been able to perform HEP as much as she would have liked. She noticed increase in R shoulder anterior joint line and R deltoid. She states her R clavicle feels better. She has placed ice on R shoulder with temporary relief.

Overall, she reports improvements in R shoulder symptoms since onset of skilled PT. She reports decrease in frequency and intensity of R clavicle. She continues to have difficulty with reaching overhead such as grabbing object from cabinet, dressing and reaching in refrigerator.

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

R SH AROM: FF 170 deg AB 170 deg ER 85 deg IR T8

ER at 90 deg AB not assessed; IR at 90 deg AB not assessed

improvements in R scapular dyskinesis, but continues to display anterior tilt end range elevation

Mild TTP R upper trapezius, R pec minor insertion at coracoid process

Thoracic Spine Mobility: T2-T8 mod hypomobility; mild TTP T2-4

Thoracic spine rotational PA glides T2-5; observed cavitation approximately T4-T5

MMT: R SH Flex 4+/5, Abd 4+/5, IR 5/5, ER 4+/5, SA 4-/5, Lat 4-/5, rhomboids 4-/5, MT 4-/5 LT 3/5

Updated HEP to include seated thoracic extension, pec stretch

## Exercise Flowsheet

| Exercise | 08/01/2018 | 08/08/2018 | 08/15/2018 | 08/24/2018 |
|---|---|---|---|---|
| Seated Thoracic Extension | | | | x10 :05 |
| Chin tuck | x10 | x10 standing @ wall | x10 standing @ wall | seated thoracic extension x10 |
| Low row | x10 seated isometric | x10 seated isometric | x10 seated isometric | x12 seated isometric |
| Seated Table Slide | x10 | hold | x10 oblique with RTB; x10 forward; x10 3lb oblique | elevated x10 oblique with YTB; x10 forward; x10 3lb oblique |
| Pec stretch | | x2 :30 | x2 :30 | x2 :30 AB/supinated |

## Procedure Documentation

**PT Therapeutic Exercise:** 40 minutes

The patient performed therapeutic exercise per exercise log.

## Assessment / Plan

**REECE, JAMIE H (id #21591363, dob:**

**4. Shoulder girdle weakness**

M99.07: Segmental and somatic dysfunction of upper extremity

Return to Office

- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 09/28/2018 at 11:00 AM
- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 10/05/2018 at 11:00 AM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 11/08/2018 at 08:45 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

Encounter Sign-Off

Encounter signed-off by DANIEL M ROUSE, PT, DPT, 09/21/2018.

Encounter performed and documented by DANIEL M ROUSE, PT, DPT
Encounter reviewed & signed by DANIEL M ROUSE, PT, DPT on 09/21/2018 at 10:52am

**Encounter Date: 09/07/2018**

Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 09/07/2018 10:30AM |
| **DOB** | | **Service Dept.** | PHYSICAL THERAPY PICADOME |
| **Provider** | DANIEL M ROUSE, PT, DPT | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

Chief Complaint

Followup: Shoulder pain
Followup: Incoordination
Followup: Scapulalgia
Followup: Shoulder girdle weakness

Physical Therapy Episodes

Episode: R Scapula

Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

Vitals

None recorded.

Allergies

Allergies not reviewed (last reviewed 08/14/2018)
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

Medications

Medications not reviewed (last reviewed 08/14/2018)

| | | |
|---|---|---|
| **folic acid** | 07/13/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |

**REECE, JAMIE H (id #21591363, dob:**

| | | |
|---|---|---|
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 08/14/2018)

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Social History not reviewed (last reviewed 08/14/2018)
Smoking Status: Never smoker

## Surgical History

Surgical History not reviewed (last reviewed 08/14/2018)

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Past Medical History not reviewed (last reviewed 08/14/2018)
Allergies/Hayfever: Y
Headaches: Y

## HPI

Pt returned to Dr. Kibler this morning and was instructed to continue with skilled PT for 2 more months. She reports her R scapular pain might be complicated by autoimmune and she is fearful humira injections are complicating her R shoulder. She reports R scapular has fluctuated and she has noticed a significant decrease in ability to sleep. Dr. Kibler recommended contacting rheumatologist to possibly change medication. She reports receiving a favorable report from Dr. Kibler with improvements of R scapula. Today she reports increase in R SCM pain; denies pain in R clavicle or scapula.

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

Applied MHP to R upper trap start of session

R SH AROM: FF 170 deg AB 170 deg ER 90 deg IR T8

ER at 90 deg AB not assessed; IR at 90 deg AB not assessed

anterior tilt end range elevation; prominent inferior angle returning to neutral

Mod TTP R upper trapezius, R pec minor insertion at coracoid process

Next visit plan to start on UE ergometer

## Exercise Flowsheet

| Exercise | 08/08/2018 | 08/15/2018 | 08/24/2018 | 09/07/2018 |
|---|---|---|---|---|
| Seated Thoracic Extension | | | x10 :05 | hold |
| Chin tuck | x10 standing @ wall | x10 standing @ wall | seated thoracic extension x10 | hold |
| Low row | x10 seated isometric | x10 seated isometric | x12 seated isometric | x8 purple |
| Seated Table Slide | hold | x10 oblique with RTB; x10 forward; x10 3lb oblique | elevated x10 oblique with YTB; x10 forward; x10 3lb oblique | hold |
| Pec stretch | x2 :30 | x2 :30 | x2 :30 AB/supinated | x2 :30 AB/supinated |
| chest row | | | | x8 red |
| Lateral Fencer | | | | x8 red |
| low clean | | | | x10 seated GSB 3# |
| Lawnmower Pull | | | | x10 3# |

## Procedure Documentation

**PT Therapeutic Exercise:** 40 minutes

The patient performed therapeutic exercise per exercise log.

## Assessment / Plan

Pt displays new onset of R SCM tenderness to touch today, but responded well to moist heat pack prior to TE. She progressed to performing resistance and light weight training for scapular stabilization and co-contraction. Her scapular dyskinesis appears to be slowly improving and updated HEP to reflect progressions. She will return for follow up visit in 2 weeks.

1. **Shoulder pain**
   M25.511: Pain in right shoulder
2. **Incoordination**
   R27.9: Unspecified lack of coordination
3. **Scapulalgia**
   M89.8X1: Other specified disorders of bone, shoulder
4. **Shoulder girdle weakness**
   M99.07: Segmental and somatic dysfunction of upper extremity

## Return to Office

- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 09/21/2018 at 10:00 AM
- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 09/28/2018 at 11:00 AM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 11/08/2018 at 08:45 AM

**REECE, JAMIE H (id #21591363, dob:**

- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by DANIEL M ROUSE, PT, DPT, 09/07/2018.

Encounter performed and documented by DANIEL M ROUSE, PT, DPT
Encounter reviewed & signed by DANIEL M ROUSE, PT, DPT on 09/07/2018 at 11:50am

**Encounter Date: 09/07/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 09/07/2018 09:30AM |
| **DOB** | | **Service Dept.** | ORTHOPEDICS PICADOME |
| **Provider** | W BEN KIBLER, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

reck 2mo rt elbow
reck rt elbowPatient returns for followup of her left shoulder problem.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 09/07/2018 10:13 am | **Wt:** | 177 lbs 09/07/2018 10:13 am | **BMI:** | 27.7 09/07/2018 10:13 am |
| **BP:** | 110/68 09/07/2018 10:14 am | | | | |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **folic acid** | 07/13/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |

**REECE, JAMIE H (id #21591363, dob:**

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Allergies/Hayfever: **Y**

## HPI

She has made some improvements. She has less soreness in her arm with less radiating pain and less clavicle pain. She still has some stiffness when she first gets up in the morning and still has episodic days where she has more pain and tenderness. There is no relationship to specific activities or therapy or medication. She evidently took some medication that seemed to make her stomach upset. She has better scapular position, and so, she is making some progress, but she cannot do the overhead activities or repetitive pushing activities.

## ROS

**Additionally reports: She continues to have the psoriatic arthritis problem. She tried some medication which gave her some fever and other problems, so she is switching to other types of medicine. I think this is, at this point in time, relatively poorly controlled and is probably contributing to some of the problems with the shoulder and the impingement.**

## Physical Exam

Patient is a 49-year-old female.

Physical exam shows she has no abnormalities of posture. She actually has better scapular retraction position with stronger low row testing. She still has a little bit of upper trapezius tightness that is relieved by scapular retraction and scapular assistance. She has mildly positive impingement with forward flexion that is relieved by scapular assistance. She has no pectoralis minor pain. She has no neurologic deficit.

**REECE, JAMIE H (id #21591363, dob:**

**2. Incoordination**
R27.9: Unspecified lack of coordination

**3. Scapulalgia**
M89.8X1: Other specified disorders of bone, shoulder

**4. Shoulder girdle weakness**
M99.07: Segmental and somatic dysfunction of upper extremity

## Return to Office

- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 10/10/2018 at 08:00 AM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 11/15/2018 at 09:00 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by DANIEL M ROUSE, PT, DPT, 10/05/2018.

Encounter performed and documented by DANIEL M ROUSE, PT, DPT
Encounter reviewed & signed by DANIEL M ROUSE, PT, DPT on 10/05/2018 at 11:58am

**Encounter Date: 09/21/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 09/21/2018 10:00AM |
| **DOB** | | **Service Dept.** | PHYSICAL THERAPY PICADOME |
| **Provider** | DANIEL M ROUSE, PT, DPT | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

Followup: Shoulder pain
Followup: Incoordination
Followup: Scapulalgia
Followup: Shoulder girdle weakness

## Physical Therapy Episodes

Episode: R Scapula

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 09/07/2018)
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Medications not reviewed (last reviewed 09/07/2018)

| | | |
|---|---|---|
| **folic acid** | 07/13/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 09/07/2018)

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability<br>- Arthritis |

## Social History

Social History not reviewed (last reviewed 09/07/2018)
Smoking Status: Never smoker

## Surgical History

Surgical History not reviewed (last reviewed 09/07/2018)

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Past Medical History not reviewed (last reviewed 09/07/2018)
Allergies/Hayfever: **Y**
Headaches: **Y**

## HPI

Pt contacted therapist earlier this week 9/17/18 due to increase in swelling in R wrist and R elbow with attempting to progress HEP. Instructed her to discontinue HEP and to contact rheumatologist. She visited rheumatologist 9/17/18 and discussed adverse reaction to humira such as difficulty sleeping, upper respiratory infection and multiple joint pain.

She reports today she has R shoulder anterior joint line pain, R upper trapezius pain and return to radiating pain down to R lateral

wrist. Also complains of numbness R thumb. She has attempted to use heat for pain management.

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

R SH AROM: FF 170 deg AB 170 deg ER 90 deg IR T8

ER at 90 deg AB not assessed; IR at 90 deg AB not assessed

scapular elevation end range elevation; prominent inferior angle returning to neutral

No change in symptoms with R shoulder movements

Mod TTP R upper trapezius, R pec minor insertion at coracoid process

## Exercise Flowsheet

| Exercise | 08/15/2018 | 08/24/2018 | 09/07/2018 | 09/21/2018 |
|---|---|---|---|---|
| Seated Thoracic Extension | | x10 :05 | hold | hold |
| Chin tuck | x10 standing @ wall | seated thoracic extension x10 | hold | hold |
| Low row | x10 seated isometric | x12 seated isometric | x8 purple | x10 isometric |
| Seated Table Slide | x10 oblique with RTB; x10 forward; x10 3lb oblique | elevated x10 oblique with YTB; x10 forward; x10 3lb oblique | hold | table slides forward/oblique x10 |
| Pec stretch | x2 :30 | x2 :30 AB/supinated | x2 :30 AB/supinated | supine hands clasped x10B |
| chest row | | | x8 red | hold |
| Lateral Fencer | | | x8 red | hold |
| low clean | | | x10 seated GSB 3# | hold |
| Lawnmower Pull | | | x10 3# | hold |

## Procedure Documentation

**PT Therapeutic Exercise:** 30 minutes

The patient performed therapeutic exercise per exercise log.

## Assessment / Plan

Pt displays no change in R shoulder AROM and improvements in scapular kinematics. However, she appears to be in the midst of an arthritic flare up with new onset of R wrist, R elbow and radiating RUE pain since last visit. Therefore, today's session she performed modifications of TE to avoid loading RUE joints, but to emphasize scapular control with ROM. She returned to rheumatologist since last visit and plans to get a second opinion. She will return for follow up visit in 2 weeks.

1. **Shoulder pain**
   M25.511: Pain in right shoulder
2. **Incoordination**
   R27.9: Unspecified lack of coordination
3. **Scapulalgia**
   M89.8X1: Other specified disorders of bone, shoulder

**REECE, JAMIE H (id #21591363, dob:**

Add low dose Gabapentin 100 mg po qhs with titration of dose to her tolerance and benefits.

This is a clinical diagnosis without any definitive test, a 3 phase bone scan can be useful in early phase of the disease process and so is MRI which can show some patch or local osteopenia or bone loss.

I have suggested her to go ahead and do a 3 phase right arm bone scan.

in terms of work, I doubt if she can perform repititive work especially ina factory.

she needs to discuss this with her employer about changing her work description to more of a desk work.

long term pain management and plans would be as per Dr Flinchum in pain management.

M89.00: Algoneurodystrophy, unspecified site

- PAIN MANAGEMENT REFERRAL - Schedule Within: provider's discretion
  Appointment Date: 10/15/2018 Appointment Time: 9:00
- gabapentin 100 mg capsule - 1 po qhs can titrate to 3 po qhs based on tolerance Qty: 90 capsule(s) Refills: 1
  Pharmacy: WALMART PHARMACY 3894 Note to Pharmacy: seen today, for CRPS type I
- NM BONE IMAGING, 3 PHASE - Note to Imaging Facility: limited to the right arm, CRPS- type i ( RSD)

**Discussion Notes**

cc note:

PCP, FP associates.

Dr B Kibler.

## Return to Office

- KATHERINE S RODEN, MD for CONSULT at PAIN MEDICINE on 10/15/2018 at 09:00 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 11/12/2018 at 08:45 AM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 11/15/2018 at 09:00 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by SYED HAIDER ABBAS, MD, 10/10/2018.

Encounter performed and documented by SYED HAIDER ABBAS, MD
Encounter reviewed & signed by SYED HAIDER ABBAS, MD on 10/10/2018 at 1:03pm

**Encounter Date: 10/05/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 10/05/2018 11:00AM |
| **DOB** | | **Service Dept.** | PHYSICAL THERAPY PICADOME |
| **Provider** | DANIEL M ROUSE, PT, DPT | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

Followup: Shoulder pain
Followup: Incoordination
Followup: Scapulalgia
Followup: Shoulder girdle weakness

**REECE, JAMIE H (id #21591363, dob:**

## Physical Therapy Episodes

Episode: R Scapula

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 09/07/2018)
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Medications not reviewed (last reviewed 09/07/2018)

| | | |
|---|---|---|
| **folic acid** | 07/13/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 09/07/2018)

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

**REECE, JAMIE H (id #21591363, dob:**

## Social History

Social History not reviewed (last reviewed 09/07/2018)
Smoking Status: Never

## Surgical History

Surgical History not reviewed (last reviewed 09/07/2018)

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Past Medical History not reviewed (last reviewed 09/07/2018)
Allergies/Hayfever: **Y**
Headaches: **Y**

## HPI

Pt reports minimal to no change in RUE symptoms since last visit. She continues to have swelling in R distal forearm and elbow. Her primary complaint has been R lateral wrist and R thumb. She denies numbness in R wrist and thumb, but occasional painful tingling. She has noticed return of symptoms in R clavicle, R GH joint.

Numeric Pain Scale:

Pre R clavicle 4/10 R wrist thumb 4/10

Post R clavicle 4/10 R wrist thumb 4/10

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 50-year-old female.

R SH AROM: FF 170 deg AB 170 deg ER 85 deg IR T8

ER at 90 deg AB not assessed

IR at 90 deg AB not assessed

anterior tilt and scapular end range

ER at 90 deg AB not assessed; IR at 90 deg AB not assessed

Observation: R scapula at rest elevated and anteriorly tilted

anterior tilt end range elevation

Mild TTP R upper trapezius, R pec minor insertion at coracoid process

Thoracic Spine Mobility: T2-T8 mod hypomobility; mild TTP T2, T5

MMT: R SH Flex 4+/5, Abd 4+/5, IR 5/5, ER 4/5, SA 4-/5, Lat 4-/5, rhomboids 4-/5, MT 4-/5 LT 3/5

Applied hot pack to R upper trap/R shoulder for 10 minutes prior to TE

## Exercise Flowsheet

| Exercise | 08/24/2018 | 09/07/2018 | 09/21/2018 | 10/05/2018 |
|---|---|---|---|---|
| Seated Thoracic Extension | x10 :05 | hold | hold | hold |

| | | | | |
|---|---|---|---|---|
| Chin tuck | seated thoracic extension x10 | hold | hold | hold |
| Low row | x12 seated isometric | x8 purple | x10 isometric | x10 isometric |
| Seated Table Slide | elevated x10 oblique with YTB; x10 forward; x10 3lb oblique | hold | table slides forward/oblique x10 | table slides forward/oblique x10 |
| Pec stretch | x2 :30 AB/supinated | x2 :30 AB/supinated | supine hands clasped x10B | supine hands clasped FF x10B |
| chest row | | x8 red | hold | shoulder slides x10 FF/SC |
| Lateral Fencer | | x8 red | hold | hold |
| low clean | | x10 seated GSB 3# | hold | hold |
| Lawnmower Pull | | x10 3# | hold | hold |

## Procedure Documentation

**PT Therapeutic Exercise:** 30 minutes

The patient performed therapeutic exercise per exercise log.

## Assessment / Plan

Pt displays no change in R shoulder AROM, R shoulder strength and R scapular kinematics since last assessed. However, she appears to have sustained and remain in an arthritic flare up with referred into R forearm, wrist and hand. Modified her HEP last session to avoid further stressing her RUE and she subjectively reports minimal to no change in symptoms. She is scheduled to see Dr. Abbas with rheumatology next week and plan to await further instruction from MD. She has achieved short term goals 1 4 5 and no other goals at this time.

STG: In 6 weeks, patient will:

1) Display independence with HEP and verbalize compliance as written MET

2) Display Right Shoulder ROM: ER at 90 deg AB 90 deg; IR at 90 deg AB 50 deg NOT MET

3) Display Right Shoulder MMT: Flex 5/5, Abd 5/5, IR 5/5, ER 5/5, SA 4/5, Lat 4/5, rhomboids 4/5, MT 4/5 LT 4-/5 NOT MET

4) Display appropriate scapular kinematics to 90deg elevation MET

5) Display appropriate GH jt mobility within available ROM MET

LTG: In 12 weeks, Patient will:

1) Discharge independent with HEP and Self-Management skills NOT MET

2) Display R shoulder and scapular MMT: SA 4+/5, Lat 4+/5, rhomboids 4+/5, MT 4+/5 LT 4/5 NOT MET

3) Return to Recreational Activities with modifications NOT MET

4) Return to Activities of Daily Living with modifications NOT MET

5) Display improved flexibility of R upper trapezius, R scalenes and R pec minor to minimal tightness NOT MET

6) Display appropriate ST and GH kinematics with active and resisted elevation within available ROM NOT MET

**1. Shoulder pain**
M25.511: Pain in right shoulder

**2. Myofascial pain**
M79.10: Myalgia, unspecified site
- baclofen 10 mg tablet - Take 1 tablet(s) every 8 hours by oral route.

Qty: 90 tablet(s) Refills: 0 Pharmacy: WALMART PHARMACY 3894

**3. Chronic pain syndrome**
G89.4: Chronic pain syndrome
- PSYCHOLOGY REFERRAL - Schedule Within: provider's discretion

**4. Long-term drug therapy**
Z79.899: Other long term (current) drug therapy
- HIGH RISK DRUG PANEL

**Patient Instructions**

WRAP-UP
Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- START Gabapentin 300mg TID

- START Baclofen 10mg TID PRN

- Referral to psychology

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

## Return to Office
- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 10/26/2018 at 11:00 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 11/12/2018 at 08:45 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 11/12/2018 at 08:45 AM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 11/15/2018 at 09:00 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Amendment Sign-Off
Encounter signed-off by Sherry Lynn, 10/15/2018.

Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 10/15/2018 at 1:07pm
Amendment closed by Sherry Lynn on 10/15/2018 at 4:10pm

**Encounter Date: 10/10/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 10/10/2018 08:00AM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SYED HAIDER ABBAS, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM | | |

**REECE, JAMIE H (id #21591363, dob:**

Referring Provider Name : DONEGAN, RYAN P
Employer Name : KELLY SERVICES
Case # : SA211932PVY
Case Injury Date : 01/30/2018
Prescription: ESI1 - Member is eligible. details

## Chief Complaint

Pt is here today for fup psoriatic arthritis.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 10/10/2018 07:59 am | **Wt:** | 179 lbs 10/10/2018 07:59 am | **BMI:** | 28 10/10/2018 07:59 am |
| **BP:** | 105/80 sitting L arm 10/10/2018 08:01 am | **BP Cuff Size:** | adult 10/10/2018 08:01 am | **Pulse:** | 105 bpm 10/10/2018 08:01 am |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **folic acid** | 07/13/18 | entered |
| **gabapentin 100 mg capsule**<br>1 po qhs can titrate to 3 po qhs based on tolerance | 10/10/18 | prescribed |
| **Humira Pen 40 mg/0.8 mL subcutaneous kit**<br>Inject 0.8 mL every 2 weeks by subcutaneous route. | 10/10/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018

**REECE, JAMIE H (id #21591363, dob:**

- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability<br>- Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): Y

## HPI

seen today for the first time, she was followed by susanna moberly and later was followed at rheumatology clinic with KY one at SJE.

Though was not satisfied by the care at KY one rheumatology.

So decided to get an opinion from me.

She in the interval used Humira, but got sick after second dose with feeling sick.

Though since that time, has gone back on Humira and done 2 shots thus far. No side effects since going back on Humira.

she is followed by orthopedics for right shoulder injury and pains, due to repititive motions involving the right arm.

has some swelling in the arm, significant pains at times , with color changes to red and blue.

positive tingling and sweating in the arm.

works in Toyota.

Besides Humira she is on MTX at 8 pills weekly.

## ROS

Patient reports **muscle aches, arthralgias/joint pain, back pain, and swelling in the extremities (upper extremity.)** She reports **paresthesia (right arm.)**. She reports **fatigue**. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no irritation, and no vision change. She reports no pleuritic chest pain, no shortness of breath when walking, no shortness of breath when lying down, and no Raynaud's Phenomenon. She reports no cough, no wheezing, no shortness of breath, and no coughing up blood. She reports no rashes, no ulcers, no loss of hair, no tightening of the skin, and no psoriasis. She reports no depression, no sleep disturbances, no anxiety, and restful sleep.
**ROS as noted in the HPI**

## Physical Exam

Patient is a 50-year-old female.

**REECE, JAMIE H (id #21591363, dob:**

**Constitutional:** General Appearance: **overweight.**

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Lungs:** Respiration: no dyspnea and good air movement. Percussion: no dullness, flatness, or hyperresonance. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal and CTA except as noted.

**Cardiovascular System:** Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no JVD. Pulses including femoral / pedal: normal throughout.

**Musculoskeletal System:** Joints, Bones, and Muscles: **limited ROM (right arm, with painful limited GH mobility.); no synovitis**

**no effusions.** . Extremities: **edema (modest edema through out the arm.).**

**Skin:** Inspection and palpation: **modest erythema and coolness to touch right arm..**

## Assessment / Plan

**1. Psoriasis with arthropathy -**

she has chronic psoriatic arthritis, but clinically, her disease looks under excellent control and w/o any disease activity.

No synovitis noted.

No dactylitis or enthesitis noted.

The pains in her right arm are secondary to CRPS type I as stated below.

Her last ESR/CRP are normal.

I would suggest to reduce the MTX dose to 4 pills once weekly, or 10 mg q weekly from 20 mg q weekly.

maintain folic acid 1 mg po qd and maintain Humira 40 mg q 2 weeks.

obtain labs to fu on psoriatic arthritis.

L40.50: Arthropathic psoriasis, unspecified
- ESR, AUTOMATED
- AST
- ALT
- CBC
- C-REACTIVE PROTEIN

**2. Pain in upper limb** - Right -

she has right upper extremity pains.

symptoms going on since January 2018.

Symptoms are suggestive of CRPS- type I.

would arrange for pain clinic evaluation.

maintain the PT.

M79.601: Pain in right arm

**3. Complex regional pain syndrome -**

she has classic symptoms of pains, allodynia, motor component with limited ROM upper arm, sensory component with paresthesia, vasomotor changes with change in skin color from pale, red to blue at times.

Further has edema, with sweating at times.

All these clinical features along with h/o right shoulder and elbow injury due to repititive work at Toyota factor are very typical for the CRPS-type I.

I have discussed this concern with the patient.

Suggested pain management evaluation as this is a long term condition and requires multi disciplinary approach.

Must maintain PT.

**REECE, JAMIE H (id #21591363, dob:**

| | | | |
|---|---|---|---|
| Lawnmower Pull | x10 3# | hold | hold |

## Procedure Documentation

**PT Therapeutic Exercise:** 30 minutes

The patient performed therapeutic exercise per handout:

Standing table scrub RUE 1'

Standing weight shift BUE 1' side to side

Isometric low row x10

## Assessment / Plan

Pt displays no change in R shoulder AROM since last visit. Observed no deficits in R shoulder AROM or scapular deficits with achieving end range flexion. However, she continues to exhibit hypersensitivity to touch grossly RUE, increased swelling R styloid process compared to L and erythremia R posterior hand compared to L. She appears to have multiple myofascial trigger points R levator scapulae, rhomboids and upper trapezius. Decided to hold on continuous ultrasound, myofascial release or TENS unit due to pt not receiving relief previously. She performed TE in clinic for weight shift, RUE desensitization and scapular stabilization. She continues to display forward head posture with rounded shoulders which are likely to contribute to her R cervical pain. Plan for pt to perform updated HEP for approximately 2 weeks prior to returning to clinic.

1. **Shoulder pain**
   M25.511: Pain in right shoulder

2. **Incoordination**
   R27.9: Unspecified lack of coordination

3. **Scapulalgia**
   M89.8X1: Other specified disorders of bone, shoulder

4. **Shoulder girdle weakness**
   M99.07: Segmental and somatic dysfunction of upper extremity

## Return to Office

- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 11/08/2018 at 12:00 PM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 11/12/2018 at 08:45 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 11/12/2018 at 10:15 AM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 11/15/2018 at 09:00 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by DANIEL M ROUSE, PT, DPT, 10/26/2018.

Encounter performed and documented by DANIEL M ROUSE, PT, DPT
Encounter reviewed & signed by DANIEL M ROUSE, PT, DPT on 10/26/2018 at 1:50pm

**Encounter Date: 10/15/2018 (Last amended by Sherry Lynn on 10/15/2018 at 4:10pm)**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 10/15/2018 09:00AM |
| **DOB** | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

**REECE, JAMIE H (id #21591363, dob:**

None recorded.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 10/15/2018 10:01 am | **Wt:** | 181 lbs 10/15/2018 10:02 am | **BMI:** | 28.3 10/15/2018 10:02 am |
| **BP:** | 120/85 sitting L arm 10/15/2018 10:02 am | **Pain Scale:** | 8 10/15/2018 10:02 am | | |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **baclofen 10 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route. | 10/15/18 | prescribed |
| **folic acid** | 07/13/18 | entered |
| **gabapentin 100 mg capsule**<br>1 po qhs can titrate to 3 po qhs based on tolerance | 10/10/18 | prescribed |
| **gabapentin 300 mg capsule**<br>WEEK1: Take 1 tablet QHS. WEEK2: Take 1 tablet BID. WEEK3: Take 1 tablet TID | 10/15/18 | prescribed |
| **Humira Pen 40 mg/0.8 mL subcutaneous kit**<br>Inject 0.8 mL every 2 weeks by subcutaneous route. | 10/10/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018

**REECE, JAMIE H (id #21591363, dob:**

- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability<br>- Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Headaches: Y

## Screening

| Name | Score | Notes |
|---|---|---|
| PHQ-2/PHQ-9 | 5 (out of 27 for the PHQ-9) | |
| Opioid Risk | 0 | |
| STOP-Bang | 0 | |

## HPI

**Pain Management Initial**
Reported by patient.

Location: right
Quality: aching; dull
Timing: chronic
Alleviating Factors: rest
Aggravating Factors: ROM
Associated Symptoms: no weakness; no numbness; no tingling
Previous Surgery: none
Prior Imaging: MRI
Previous Injections: none
Previous PT: helped a little

50-year-old female presenting for evaluation of right shoulder pain. Patient currently works for Toyota doing repetitive machine work in a factory. Patient reports a work related injury in January 2018. At that time, patient noted pain in the right shoulder with radiating pain down the arm into the fingers. She notes significant pain due to spasms. Cervical MRI showed mild disc bulge at C4C5. She has been seen and evaluated by Neurosurgery and Orthopedics with recommendations for conservative management. She was referred to physical therapy and has noticed some improvement in ROM symptoms. She has been seen and evaluated by rheumatology, Dr. Abbas and was diagnosed with CRPS. She does have a history of psoriatic arthritis managed on Humira. She has been started on Gabapentin 100mg QHS.

## ROS

Patient reports **back pain** but reports no muscle aches, no muscle weakness, no arthralgias/joint pain, no swelling in the extremities, and no neck pain. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise

intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and normal body habitus. Level of Distress: NAD.

**Psychiatric:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Pupils: PERRLA. EOM: EOMI.

**Lungs:** Respiratory effort: no dyspnea.

**Cardiovascular:** Heart Auscultation: RRR.

**Abdomen:** Inspection and Palpation: soft, non-distended, and no tenderness.

**Skin:** Inspection and palpation: no rash, lesions, or ulcer.

**Cervical Spine:** Inspection: alignment normal. Soft Tissue Palpation on the Right:**tenderness of the paracervicals, the scalene muscle, the trapezius**, and **the rhomboid**.

**Motor Strength:** C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

## Assessment / Plan

50-year-old female presenting for evaluation of shoulder pain. Patient has repetitive work-related injury from her job working at the Toyota factory. Her job responsibilities include repetitive pushing and pulling maneuvers as well as overhead lifting. She notes pain beginning in her right shoulder in January 2018. She reports worsening pain over the last several months with muscle tension and spasms throughout her right shoulder and neck. She also reports radiating pain from her right shoulder down into her elbow and forearm. She denies allodynia but does note occasional swelling as well as temperature and color change. She has been seen and evaluated by neurosurgery, Dr. Tutt, who found no concern for underlying cervical pathology. Patient was subsequently referred to neurology for evaluation of MS given cord signal abnormality at C6. She was found to not have MS. Patient has been seen and evaluated by orthopedic surgery, Dr. Kibler, with the diagnosis of shoulder impingement syndrome. She has been referred to physical therapy with some improvement in range of motion symptoms. She is followed by rheumatology, Dr. Abbas, and has been diagnosed with psoriatic arthritis. She has been started on Humira but reports hesitancy moving forward with treatment in the setting of side effects. Patient was encouraged to further discuss her concerns with her rheumatologist to decide on treatment options. On exam today, patient demonstrates tenderness to palpation throughout the cervical paraspinals, trapezius and rhomboid muscles on the right. She has full motor strength throughout the bilateral upper extremities.

Overall, her current pain complaints are likely multifactorial. Patient does demonstrate significant myofascial pain in and around the shoulder joint specifically in the trapezius and rhomboid muscles. Her description of radiating pain down to her arm, elbow and forearm are suggestive of nerve related injury although symptoms do not appear to be in any dermatomal fashion. EMG studies have been negative. Her cervical MRI was also normal. It is difficult to make the diagnosis of CRPS given that she did not complain of any allodynia on presentation today. Further, her diagnosis is likely affected by underlying psoriatic arthritis which may complicate her clinical presentation. Moving forward, I think continued physical therapy would be beneficial to help maintain mobility and range of motion in the shoulder joint. She also demonstrates significant myofascial pain which can be addressed through myofascial release, dry needling and TENS unit use. We discussed initiation of a muscle relaxant today to help with pain related to muscle spasms. We will plan to start baclofen 10 mg 3 times a day when necessary. Side effects reviewed with the patient today including sedation. We also discussed increasing her gabapentin to help better address her neuropathic symptoms. We'll plan to start gabapentin 300 mg 3 times a day with plan to titrate to effect. Side effects reviewed with patient including sedation and cognitive changes. Patient will follow-up in one month for further evaluation.

**1. Neuropathic pain**

M79.2: Neuralgia and neuritis, unspecified

- gabapentin 300 mg capsule - WEEK1: Take 1 tablet QHS. WEEK2: Take 1 tablet BID. WEEK3: Take 1 tablet TID

Qty: 90 capsule(s) Refills: 0 Pharmacy: WALMART PHARMACY 3894

**REECE, JAMIE H (id #21591363, dob:**

Return to Office

- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 11/12/2018 at 08:45 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 11/12/2018 at 10:15 AM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 11/15/2018 at 09:00 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

Encounter Sign-Off

Encounter signed-off by DANIEL M ROUSE, PT, DPT, 11/06/2018.

Encounter performed and documented by DANIEL M ROUSE, PT, DPT
Encounter reviewed & signed by DANIEL M ROUSE, PT, DPT on 11/06/2018 at 1:04pm

**Encounter Date: 10/26/2018**

Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 10/26/2018 11:00AM |
| **DOB** | | **Service Dept.** | PHYSICAL THERAPY PICADOME |
| **Provider** | DANIEL M ROUSE, PT, DPT | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

Chief Complaint

Followup: Shoulder pain
Followup: Incoordination
Followup: Scapulalgia
Followup: Shoulder girdle weakness

Physical Therapy Episodes

Episode: R Scapula

Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

Vitals

None recorded.

Allergies

Allergies not reviewed (last reviewed 10/15/2018)
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

Medications

Medications not reviewed (last reviewed 10/15/2018)

| | | |
|---|---|---|
| **baclofen 10 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route. | 10/15/18 | prescribed |
| **folic acid** | 07/13/18 | entered |
| **gabapentin 100 mg capsule**<br>1 po qhs can titrate to 3 po qhs based on tolerance | 10/10/18 | prescribed |

**REECE, JAMIE H (id #21591363, dob:**

| | | |
|---|---|---|
| **gabapentin 300 mg capsule**<br>WEEK1: Take 1 tablet QHS. WEEK2: Take 1 tablet BID. WEEK3: Take 1 tablet TID | 10/15/18 | prescribed |
| **Humira Pen 40 mg/0.8 mL subcutaneous kit**<br>Inject 0.8 mL every 2 weeks by subcutaneous route. | 10/10/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 10/15/2018)

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Social History not reviewed (last reviewed 10/15/2018)
Smoking Status: Never smoker

## Surgical History

Surgical History not reviewed (last reviewed 10/15/2018)

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Past Medical History not reviewed (last reviewed 10/15/2018)
Allergies/Hayfever: **Y**
Headaches: **Y**

## HPI

Pt returns to clinic approximately 2.5 weeks after last visit with therapist. She has visited Rheumatologist and Pain Management MD since last visit. She was instructed to increase gabapentin by pain management MD and use baclofen for muscle spasms. She states

**REECE, JAMIE H (id #21591363, dob:**

no change in R elbow and wrist pain, temperature and color change of RUE, swelling in RUE and return of R cervical spine pain. She has contacted therapist on phone since last visit and therapist instructed her to hold on exercises for 1 week. She reports no change in symptoms with rest.

She reports a few days ago she had pain in L index finger and L shoulder, but resolved within 3 days. Denies symptoms in LUE today.

Numeric Pain Scale:

Pre R lower cervical, R clavicle and gross entire RUE 4/10

Post R lower cervical, R clavicle and gross entire RUE 4/10

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 50-year-old female.

R SH AROM: FF 170 deg AB 170 deg R anterior pain at end range ER 85 deg IR T8

Girth Measurements:

R styloid process 16.5

R lateral epicondyle 26 cm

R axilla 42.5 cm

L styloid process 15 cm

L lateral epicondyle 27 cm

L axilla 43 cm

Observation: erythremia and swelling observed R posterior hand along metacarpals and R posterior forearm

Palpation: moderate tenderness to touch R suboccipitals, R cervical paraspinals, R upper trapezius and R rhomboids, R coracoid process

## Exercise Flowsheet

| Exercise | 09/07/2018 | 09/21/2018 | 10/05/2018 | 10/26/2018 |
|---|---|---|---|---|
| Seated Thoracic Extension | hold | hold | hold | |
| Chin tuck | hold | hold | hold | |
| Low row | x8 purple | x10 isometric | x10 isometric | |
| Seated Table Slide | hold | table slides forward/oblique x10 | table slides forward/oblique x10 | |
| Pec stretch | x2 :30 AB/supinated | supine hands clasped x10B | supine hands clasped FF x10B | |
| chest row | x8 red | hold | shoulder slides x10 FF/SC | |
| Lateral Fencer | x8 red | hold | hold | |
| low clean | x10 seated GSB 3# | hold | hold | |

effects. We also discussed his escalating gabapentin to 600 mg 3 times a day to help address her neuropathic pain. Side effects were reviewed with the patient today including sedation and cognitive changes. She reports experiencing a plateau with regards to progress with physical therapy. She notes any repetitive motion tends to worsen pain through her shoulder and upper neck. Patient has several trigger points noted on exam. she continues to report an endorse swelling, temperature and color changes as well as allodynia consistent with CRPS. She also reports significant social stressors including the recent denial of her long-term disability and the potential of being fired from Toyota. Patient was referred to clinical psychology for help with coping skills and cognitive behavioral therapy. She seems perturbed that the evaluation was in such great depth requiring her to answer numerous questions for evaluation. We reviewed the importance of treating the entirety of her symptoms both mental and physical. Patient voiced understanding. Plan to have the patient follow-up in 1 month for further evaluation.

**1. Myofascial pain**

M79.10: Myalgia, unspecified site

- baclofen 10 mg tablet - Take 1 tablet(s) every 8 hours by oral route. Qty: 90 tablet(s) Refills: 2 Pharmacy: WALMART PHARMACY 3894

**2. Psoriatic arthritis**

L40.50: Arthropathic psoriasis, unspecified

- gabapentin 600 mg tablet - Take 1 tablet(s) 3 times a day by oral route. Qty: 90 tablet(s) Refills: 0 Pharmacy: WALMART PHARMACY 3894

**Patient Instructions**

WRAP-UP
Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- START Compounded Cream

- INCREASE Gabapentin 600mg TID

- Refill Baclofen 10mg TID

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

## Return to Office

- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 11/15/2018 at 09:00 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 12/14/2018 at 08:15 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/11/2019 at 08:15 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 11/12/2018.

Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 11/12/2018 at 12:45pm

**Encounter Date: 11/06/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 11/06/2018 09:00AM |
| **DOB** | | **Service Dept.** | PHYSICAL THERAPY PICADOME |
| **Provider** | DANIEL M ROUSE, PT, DPT | | |
| **Insurance** | Med Primary: BCBS-OH (PPO) | | |

**REECE, JAMIE H (id #21591363, dob:**
Insurance # : TOAAN1313675
Policy/Group # : 003320100TEAP064
PCP : FAMILY PRACTICE ASSOCIATES
Employer Name : TOYOTA
Med Worker's Comp: MSMM
Referring Provider Name : DONEGAN, RYAN P
Employer Name : KELLY SERVICES
Case # : SA211932PVY
Case Injury Date : 01/30/2018
Prescription: ESI1 - Member is eligible. details

## Chief Complaint

Followup: Shoulder pain
Followup: Incoordination
Followup: Scapulalgia
Followup: Shoulder girdle weakness

## Physical Therapy Episodes

Episode: R Scapula

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 10/15/2018)
**LORTAB:** Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Medications not reviewed (last reviewed 10/15/2018)

| | | |
|---|---|---|
| **baclofen 10 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route. | 10/15/18 | prescribed |
| **folic acid** | 07/13/18 | entered |
| **gabapentin 100 mg capsule**<br>1 po qhs can titrate to 3 po qhs based on tolerance | 10/10/18 | prescribed |
| **gabapentin 300 mg capsule**<br>WEEK1: Take 1 tablet QHS. WEEK2: Take 1 tablet BID. WEEK3: Take 1 tablet TID | 10/15/18 | prescribed |
| **Humira Pen 40 mg/0.8 mL subcutaneous kit**<br>Inject 0.8 mL every 2 weeks by subcutaneous route. | 10/10/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |

**REECE, JAMIE H (id #21591363, dob:**

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 10/15/2018)

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Social History not reviewed (last reviewed 10/15/2018)
Smoking Status: Never smoker

## Surgical History

Surgical History not reviewed (last reviewed 10/15/2018)

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Past Medical History not reviewed (last reviewed 10/15/2018)
Allergies/Hayfever: **Y**
Headaches: **Y**

## HPI

Pt reports minimal to no change in R shoulder and R arm pain since last visit. She attempted to perform desensitization, weightbearing and gentle AAROM exercises for approximately 1 week. She started to develop R AC joint and R scapular pain; stopped performing HEP. She states "I have been on a emotional roller coaster with all of this". She reports no change in R forearm swelling since lsat visit and continues to have pain throughout. Today she reports pain in R anterior shoulder radiating into R hand. She recalls any sort of repetitive movement in R shoulder results in increase in R arm pain. She has avoided cleaning-specifically vacuuming, cleaning and performing yardwork. She notes significant difficulty with putting her bra on. Finally, she reports numbness grossly in R hand.

Numeric Pain Scale:

Pre R lower cervical, R clavicle and gross entire R arm and hand 4/10

Post R lower cervical, R clavicle and gross entire R arm and hand 4/10

## ROS

**ROS as noted in the HPI**

**REECE, JAMIE H (id #21591363, dob:**

## Physical Exam

Patient is a 50-year-old female.

R SH AROM: FF 170 deg AB 170 deg R anterior pain at end range ER 85 deg IR T8

Spurling's: negative central/bilaterally

Cervical Quadrant: negative bilaterally

Palpation: moderate tenderness to touch R suboccipitals, R cervical paraspinals, R upper trapezius and R rhomboids, R coracoid process

Updated HEP

Next visit plan to administer Quick DASH and pain fear avoidance

## Exercise Flowsheet

| Exercise | 09/07/2018 | 09/21/2018 | 10/05/2018 | 11/06/2018 |
|---|---|---|---|---|
| Seated Thoracic Extension | hold | hold | hold | |
| Chin tuck | hold | hold | hold | x10 supine |
| Low row | x8 purple | x10 isometric | x10 isometric | x10 isometric |
| Seated Table Slide | hold | table slides forward/oblique x10 | table slides forward/oblique x10 | x10 FF/oblique R |
| Pec stretch | x2 :30 AB/supinated | supine hands clasped x10B | supine hands clasped FF x10B | supine x10 :05 |
| chest row | x8 red | hold | shoulder slides x10 FF/SC | Levator scap stretch x5 :10 |
| Lateral Fencer | x8 red | hold | hold | |
| low clean | x10 seated GSB 3# | hold | hold | |
| Lawnmower Pull | x10 3# | hold | hold | |

## Procedure Documentation

**PT Therapeutic Exercise:** 30 minutes

The patient performed therapeutic exercise per exercise log.

## Assessment / Plan

Pt continues to display no deficits in R shoulder AROM or scapular kinematics since last visit. She continues to complain of R suboccipital, R scapular, R glenohumeral, R elbow and R hand pain without change since last visit. Also complained of numbness in entire R hand. No change in R hand numbness with Spurlings or cervical quadrant test. She performed HEP in clinic for gentle scapular stabilization, deep cervical neck flexor strengthening and pec minor stretching. She is scheduled to return to Dr. Kibler, Dr. Abbas and Dr. Roden next week. Plan to await further instructions from MD.

1. **Shoulder pain**
   M25.511: Pain in right shoulder
2. **Incoordination**
   R27.9: Unspecified lack of coordination
3. **Scapulalgia**
   M89.8X1: Other specified disorders of bone, shoulder
4. **Shoulder girdle weakness**
   M99.07: Segmental and somatic dysfunction of upper extremity

**REECE, JAMIE H (id #21591363, dob:**

There are mild degenerative changes throughout the spine. There are mild degenerative changes in the hips, knees, and feet.

Have explained her condition in detail.unfortunately, there is no "perfect pill" for this condition which remains chronic with a multidisciplinary approach. She will require to maintain long-term pain management along with physical therapy beside other nonpharmacologic treatment modalities as deemed necessary by her pain management team. I doubt if she will be able to perform any type of activities that requires repetitive use of her right arm such as factory work.

No medications were changed to prescribed on this visit and she will follow up with the pain management as well as physical therapy as planned.

M89.00: Algoneurodystrophy, unspecified site
- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS

## Return to Office

- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 11/15/2018 at 09:00 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/11/2019 at 08:15 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by SYED HAIDER ABBAS, MD, 11/12/2018.

Encounter performed and documented by SYED HAIDER ABBAS, MD
Encounter reviewed & signed by SYED HAIDER ABBAS, MD on 11/12/2018 at 9:28am

**Encounter Date: 11/12/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 11/12/2018 10:15AM |
| **DOB** | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

arm pain

Jamie Reece is following up right arm pain. she states that her arm is going numb and swelling. Physical therapist noticed some color changes in the patients hands, from red to while with mild pulses.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

11/12/2018 09:38 am

| | | |
|---|---|---|
| **Ht:** 5 ft 7 in | **Wt:** 179 lbs | **BMI:** 28 |

**REECE, JAMIE H (id #21591363, dob:**

**BP:** 117/78 sitting R arm **Pain Scale:** 4

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **baclofen 10 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route. | 11/12/18 | prescribed |
| **folic acid** | 07/13/18 | entered |
| **gabapentin 100 mg capsule**<br>1 po qhs can titrate to 3 po qhs based on tolerance | 10/10/18 | prescribed |
| **gabapentin 300 mg capsule**<br>WEEK1: Take 1 tablet QHS. WEEK2: Take 1 tablet BID. WEEK3: Take 1 tablet TID | 10/15/18 | prescribed |
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 11/12/18 | prescribed |
| **Humira Pen 40 mg/0.8 mL subcutaneous kit**<br>Inject 0.8 mL every 2 weeks by subcutaneous route. | 10/10/18 | entered |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History

**REECE, JAMIE H (id #21591363, dob:**

Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History

Headaches: **Y**

## HPI

50yo female presenting for followup of shoulder pain. At her last appointment, patient was started on Gabapentin 300mg TID and Baclofen 10mg TID PRN. Patient reports some improvement in pain with the initiation of Gabapentin. She feels as though physical therapy has hit a plateau. Patient was also referred to clinical psychology to assist with CBT and coping skills.

## ROS

Patient reports **muscle aches** but reports no muscle weakness, no arthralgias/joint pain, no back pain, no swelling in the extremities, and no neck pain; **arm and hand pain.** She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and normal body habitus. Level of Distress: NAD.

**Psychiatric:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Pupils: PERRLA. EOM: EOMI.

**Lungs:** Respiratory effort: no dyspnea.

**Cardiovascular:** Heart Auscultation: RRR.

**Abdomen:** Inspection and Palpation: soft, non-distended, and no tenderness.

**Skin:** Inspection and palpation: no rash, lesions, or ulcer.

**Cervical Spine:** Inspection: alignment normal. Soft Tissue Palpation on the Right:**tenderness of the paracervicals, the scalene muscle, the trapezius**, and **the rhomboid.**

**Motor Strength:** C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

## Assessment / Plan

50-year-old female presenting for follow-up with regards to right shoulder pain. At her last appointment, patient was started on gabapentin 300 mg 3 times a day and baclofen 10 mg 3 times a day when necessary. She returns today noting good improvement in her neuropathic pain with initiation of gabapentin. She does endorse some mild confusion when taking gabapentin with baclofen. We discussed not combining the 2 medications secondary to the shared side effect of sedation. We discussed initiation of a compounded cream with muscle relaxant built in to help throughout the day in conjunction with gabapentin so as to not combine sedating side

## Encounters and Procedures

Clinical Encounter Summaries
**Encounter Date: 11/15/2018**

### Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 11/15/2018 09:00AM |
| **DOB** | | **Service Dept.** | ORTHOPEDICS PICADOME |
| **Provider** | W BEN KIBLER, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

### Chief Complaint

reck rt shoulderThe patient returns for followup of her right shoulder problems.

### Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

### Patient's Pharmacies

**COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621**
WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

### Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 11/15/2018 09:00 am | **Wt:** | 175 lbs 11/15/2018 09:00 am | **BMI:** | 27.4 11/15/2018 09:00 am |
| **BP:** | 122/78 11/15/2018 09:01 am | | | | |

### Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **baclofen 10 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route. | 11/12/18 | prescribed |
| **folic acid** | 07/13/18 | entered |
| **gabapentin 100 mg capsule**<br>1 po qhs can titrate to 3 po qhs based on tolerance | 10/10/18 | prescribed |
| **gabapentin 300 mg capsule**<br>WEEK1: Take 1 tablet QHS. WEEK2: Take 1 tablet BID. WEEK3: Take 1 tablet TID | 10/15/18 | prescribed |
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 11/12/18 | prescribed |

**REECE, JAMIE H (id #21591363, dob:**

| | | |
|---|---|---|
| **Humira Pen 40 mg/0.8 mL subcutaneous kit**<br>Inject 0.8 mL every 2 weeks by subcutaneous route. | 10/10/18 | entered |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route as needed. | 11/16/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability<br>- Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Allergies/Hayfever: **Y**

## HPI

Since last being seen she has continued to have some soreness and tenderness in the shoulder with limitation of activity. She has been recently diagnosed with an additional diagnosis of complex regional pain syndrome due to some problems with the hand and the arm with redness and whiteness and she has been continuing to do therapy with little improvement. She has been diagnosed as having trigger points and she feels that these are areas of problems as well. She has been unable to return to normal work activities and has been told that this is not a worker's comp case and felt that the arthritis is giving her the trouble.

**REECE, JAMIE H (id #21591363, dob:**

ROS

**Additionally reports: No change. She continues to be treated for the psoriatic psoriasis and also now has been given diagnosis of CRPS. She is seeing pain management.**

## Physical Exam

Patient is a 50-year-old female.

Exam shows she has no abnormalities of posture. She does have a rounded posture with protraction of the scapula. She does have trigger points to palpation along the intraclavicular area and the medial scapular border and in the infraspinatus area she also has mild pain along the lateral acromion. She has no loss of range of motion and internal external rotation she does have some weakness to forward flexion at 90 degrees. She has no neurologic deficit. She has no instability.

## Assessment / Plan

We gave her some restrictions about returning to work with no overhead lifting, no lifting more than 5 to 10 pounds, no repetitive pushing or pulling. She will see if she can return to work in these situations. She will continue to seek consultation from rheumatology and pain management. She will return to see me on an as-needed basis.

**1. Impingement syndrome of shoulder region**

M75.41: Impingement syndrome of right shoulder

- ROTATOR CUFF INJURY: CARE INSTRUCTIONS
- ROTATOR CUFF: EXERCISES

**Discussion Notes**

At this point in time I do not think there is a whole lot of further input for orthopedics. She may benefit from an injection from the subacromial space. However, at this point in time she is not having any symptoms to warrant this. We did discuss dry needling and other physical therapy modalities to try to improve the pain situation and the trigger points.

## Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 12/14/2018 at 08:15 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/11/2019 at 08:15 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by W BEN KIBLER, MD, 11/16/2018.

Encounter performed and documented by W BEN KIBLER, MD
Encounter reviewed & signed by W BEN KIBLER, MD on 11/16/2018 at 12:49pm

**Encounter Date: 11/12/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 11/12/2018 08:45AM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SYED HAIDER ABBAS, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

Pt is here today for fup PSA

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140,

**REECE, JAMIE H (id #21591363, dob:**
Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 11/12/2018 08:54 am | **Wt:** | 179 lbs 11/12/2018 08:54 am | **BMI:** | 28 11/12/2018 08:54 am |
| **BP:** | 107/79 sitting L arm 11/12/2018 08:56 am | **BP Cuff Size:** | adult 11/12/2018 08:56 am | **Pulse:** | 76 bpm 11/12/2018 08:56 am |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **baclofen 10 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route. | 10/15/18 | prescribed |
| **folic acid** | 07/13/18 | entered |
| **gabapentin 100 mg capsule**<br>1 po qhs can titrate to 3 po qhs based on tolerance | 10/10/18 | prescribed |
| **gabapentin 300 mg capsule**<br>WEEK1: Take 1 tablet QHS. WEEK2: Take 1 tablet BID. WEEK3: Take 1 tablet TID | 10/15/18 | prescribed |
| **Humira Pen 40 mg/0.8 mL subcutaneous kit**<br>Inject 0.8 mL every 2 weeks by subcutaneous route. | 10/10/18 | entered |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

**REECE, JAMIE H (id #21591363, dob:**

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): Y

## HPI

seen as a fu on the PsA.

she has come off the MTX since last month oct 2018.

remains on Humira at 40 mg q 2 weekly.

so far no complications.

In terms of diet, she is trying to stay off the sweets, though lately stressed eating.

she is staying off work due to the shoulder pains, doing PT.

Goes through intense pains, swelling, along with color changes from pale to rd to purple. plus stinging sensation.

issues.

she has worked in Toyota, and any times she has tried to do a repititive work, makes her right arm hurts worse.

## ROS

Patient reports **arthralgias/joint pain and swelling in the extremities, right shoulder issues, with CRPS.** . She reports **paresthesia (right arm)**. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no pleuritic chest pain, no shortness of breath when walking, no shortness of breath when lying down, and no Raynaud's Phenomenon. She reports no cough, no wheezing, no shortness of breath, and no coughing up blood. She reports no rashes, no ulcers, no loss of hair, no tightening of the skin, and no psoriasis.
**ROS as noted in the HPI**

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:** General Appearance: **overweight**.

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Lungs:** Respiration: no dyspnea and good air movement. Percussion: no dullness, flatness, or hyperresonance. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal and CTA except as noted.

**Cardiovascular System:** Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no JVD. Pulses including femoral / pedal: normal throughout.

**Musculoskeletal System:** Extremities: **edema (right arm, edema.)**.

**Neurological Exam:** Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact. Reflexes: hoffman's reflex absent and DTRs 2+ bilaterally throughout. Coordination and Cerebellum: finger-to-nose intact.

## Assessment / Plan

**1. Psoriasis with arthropathy -**

she has chronic psoriatic arthritis, but clinically, her disease looks under excellent control and w/o any disease activity.

No synovitis noted.

No dactylitis or enthesitis noted.

The pains in her right arm is secondary to CRPS type I as stated below.

Her last ESR/CRP are normal.

I am glad that she has come off the MTX due to liver enzymes elevation.

We can maintain the Humira 40 mg q 2 weeks.

obtain labs to fu on psoriatic arthritis.

L40.50: Arthropathic psoriasis, unspecified
- PSORIASIS: CARE INSTRUCTIONS

**2. Complex regional pain syndrome -**

Has ongoing symptoms of pains, allodynia, motor component with limited ROM upper arm, sensory component with paresthesia, vasomotor changes with change in skin color from pale, red to blue at times.

Further has edema, with sweating at times.

All these clinical features along with h/o right shoulder and elbow injury due to repititive work at Toyota factor are very typical for the CRPS-type I.

the symptoms remain her major concern. On account of constant pain with worsening at times, she is not able to go back to work. Further, she is concerned about the repetitive nature of her job and because of worsening of these pains while at work. She is continue to follow by physical therapy. She is also seen pain management on my suggestion and has initiated gabapentin. However, despite all these modalities, she has remained symptomatic with pain.

This remains a clinical diagnosis without any definitive test, we reviewed the bone scan as detailed below.

The whole body bone scan reviewed 10/2018:
elbows, and wrists bilaterally. This represents degenerative change.
There is focally increased uptake projecting along the greater
tuberosity of the right humeral head.

The calvarium appears normal. There are mild degenerative changes in the shoulders and sternoclavicular joints. The ribs appear normal.

# Transmission Report

Date/Time 11-26-2018 10:14:10 a.m. Transmit Header Text
Local ID 1 8592880361 Local Name 1 Western Federal Credit Union

This document : Failed lisa.harrison
(reduced sample and details below) @toyota.com
Document size : 8.5"x11"

Home **Message** Sign Out

RE: Medical question

Jamie Reece Dr Kibler Toyota ineeda clarifica... Yesterday

BEN KIBLER MD (24 minutes ago)

The restrictions are permanent. Prognosis is for limited change is symptoms or function

Viewing Jamie Reece

Privacy Practice Website Privacy Terms and Conditions Full Site
powered by athenahealth

Total Pages Scanned : 58 Total Pages Confirmed : 0

| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 323 | 15028684998 | 10:12:27 a.m. 11-26-2018 | 00:00:00 | 0/58 | 1 | -- | HS | FA |

Abbreviations:
HS: Host send
HR: Host receive
WS: Waiting send
PL: Polled local
PR: Polled remote
MS: Mailbox save
MP: Mailbox print
RP: Report
FF: Fax Forward
CP: Completed
FA: Fail
TU: Terminated by user
TS: Terminated by system
G3: Group 3
EC: Error Correct

## RE: Medical question

**Jamie Reece** Dr Kibler Toyota ineeda clarifica... Yesterday

**BEN KIBLER MD** (24 minutes ago)

The restrictions are permanent. Prognosis is for limited change is symptoms or function

Viewing Jamie Reece

# Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 12/14/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 12/14/2018 08:15AM |
| **DOB** | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

medication follow up

Jamie Reece 50 y/o female is following up on cervical neck and right shoulder pain. Patient states she had an episode where her right shoulder was in extreme pain a day ago, and she couldn't stand it. Patient states she is seeing a neurologist that proposed compression sleeve, and she is having physical therapy sessions that is doing dry needling. Patient appears to have edema in the right arm at todays visit. Patient states she stopped taking the humira pen and noticed the hand numbness stopped after she discontinued this medication for insurance purposes. Pill count on Hydrocodone was preformed and was appropiate upon refill date 11/16/18 quantity of 90 86 left.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621**
WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 12/14/2018 08:39 am | **Wt:** | 178 lbs 12/14/2018 08:40 am | **BMI:** | 27.9 12/14/2018 08:40 am |
| **BP:** | 110/60 sitting L arm 12/14/2018 08:40 am | **Pain Scale:** | 3 12/14/2018 08:40 am | | |

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **baclofen 10 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route. | 12/14/18 | prescribed |
| **gabapentin 100 mg capsule**<br>1 po qhs can titrate to 3 po qhs based on tolerance | 10/10/18 | prescribed |
| **gabapentin 300 mg capsule**<br>WEEK1: Take 1 tablet QHS. WEEK2: Take 1 tablet BID. WEEK3: Take 1 tablet TID | 10/15/18 | prescribed |

**REECE, JAMIE H (id #21591363, dob:**

| | | |
|---|---|---|
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 12/14/18 | prescribed |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route as needed. | 11/16/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Headaches: Y

## HPI

50-year-old female presenting for follow-up with regards to right shoulder pain. Her current medication regimen consists of gabapentin 600 mg 3 times a day, baclofen 10 mg 3 times a day when necessary and Lortab 10/325 mg 3 times a day when necessary. She reports limited use of Lortab and denies any significant improvement with use. She is continuing with physical therapy and started dry needling which has helped. She has been seen and evaluated by neurology with recommendation for use of a compression sleeve. She continues to follow up with rheumatology, Dr. Abbas, and has discontinued use of Humira due to numbness in her hand. She was referred to clinical psychology for cognitive behavioral therapy but she is not interested in attending

sessions.

## ROS

Patient reports **muscle aches, arthralgias/joint pain, swelling in the extremities, and neck pain**but reports no muscle weakness and no back pain; **right arm pain.** She reports**weakness and numbness** but reports no loss of consciousness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and normal body habitus. Level of Distress: NAD.

**Psychiatric:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Pupils: PERRLA. EOM: EOMI.

**Lungs:** Respiratory effort: no dyspnea.

**Cardiovascular:** Heart Auscultation: RRR.

**Abdomen:** Inspection and Palpation: soft, non-distended, and no tenderness.

**Skin:** Inspection and palpation: no rash, lesions, or ulcer.

**Cervical Spine:** Inspection: alignment normal. Soft Tissue Palpation on the Right:**tenderness of the paracervicals, the scalene muscle, the trapezius, and the rhomboid.**

**Motor Strength:** C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

## Assessment / Plan

50-year-old female with a history of psoriatic arthritis presenting for follow-up with regards to right shoulder pain. pain is related to repetitive injury to her work at Toyota. She continues to use for her psoriatic arthritis through rheumatology, Dr. Abbas. She reports having recently discontinued Humira use due to numbness in her right hand. She continues to report good improvement in symptoms with the use of gabapentin 600 mg 3 times a day and baclofen 10 mg 3 times a day when necessary. She has noted reduction in the sedating symptoms she previously experienced. she was also started on Lortab 10/325 3 times a day when necessary. She notes sparingly using the medication and still has an entire bottle full on her follow-up today. She has started with a new physical therapist and is currently undergoing dry needling which she feels has helped her symptoms. Overall she is happy with her pain improvement. She was previously referred to clinical psychology for cognitive behavioral therapy but does not wish to establish care. We reviewed the benefit of cognitive behavioral therapy and coping skills. Patient voiced understanding but is still not interested in attending sessions. I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient has a signed pain management agreement per clinic policy. Urine drug screen is up to date and appropriate as per Kentucky medical board guidelines. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient. She will plan to follow-up in 2 months for further evaluation.

**1. Psoriatic arthritis**

L40.50: Arthropathic psoriasis, unspecified

- gabapentin 600 mg tablet - Take 1 tablet(s) 3 times a day by oral route. Qty: 90 tablet(s) Refills: 3 Pharmacy: COSTCO PHARMACY #1156

**2. Myofascial pain**

M79.10: Myalgia, unspecified site

- baclofen 10 mg tablet - Take 1 tablet(s) every 8 hours by oral route. Qty: 90 tablet(s) Refills: 2 Pharmacy: COSTCO

**Discussion Notes**

WRAP-UP
Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- Refill Gabapentin and Baclofen

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

## Return to Office

- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/11/2019 at 08:15 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 02/14/2019 at 08:30 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 12/14/2018.

Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 12/14/2018 at 12:11pm

## Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 06/19/2020**

### Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 06/19/2020 10:45AM |
| | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |

**Insurance**
Med Primary: BCBS-OH (PPO)
Insurance # : TOAAN1313675
Policy/Group # : 003320100TEAP064
Employer Name : TOYOTA
Med Worker's Comp: MSMM
Referring Provider Name : DONEGAN, RYAN P
Employer Name : KELLY SERVICES
Case # : SA211932PVY
Case Injury Date : 01/30/2018
Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC
Insurance # : 09221968
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: EXPRESS SCRIPTS - Member is eligible. details

### Chief Complaint

This is a 51 year old female following up for medication management for CRPS. She reports some improvement from the lyrica 100mg TID and tizanidine 4mg TID PRN. She states last dose of lyrica was 6/19/2020. She reports that she has been scheduled for Neurology, but is going to reschedule due to the time not working for her. She states that she started noticing nerve pain in her BLE that started approximately 3 weeks ago.

### Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider (Worker's Comp):** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

### Patient's Pharmacies

**EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS MO 63134, Ph (888) 327-9791, Fax (800) 837-0959**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (844) 516-3319, Fax (800) 391-9707
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

### Vitals

06/19/2020 11:19 am

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in | **Wt:** | 188 lbs | **BMI:** | 29.4 |
| **BP:** | 134/78 sitting L arm | **Pain Scale:** | 5 | | |

### Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/20/20 | renewed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** | 10/02/19 | prescribed |

Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.
**Internal Note:** PA approved 6/9/19-78/20

**Imitrex 50 mg tablet** 01/15/20 prescribed
TAKE 1 TAB AT ONSET OF MIGRAINE, MAY REPEAT AFTER 2 HOURS X 1

**Lyrica 100 mg capsule** 05/15/20 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** 11/17/17 entered

**predniSONE 20 mg tablet** 10/11/19 prescribed
2 po x 3 days, then 1 po x 3 days

**Probiotic** 11/17/17 entered

**tiZANidine 4 mg tablet** 05/15/20 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**Valtrex 1 gram tablet** 03/30/20 prescribed
Take 1 tablet(s) every 8 hours by oral route for 7 days.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker

Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 06/19/2020
Chewing tobacco: none

## Surgical History

Reviewed Surgical History

- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 03/30/2020)

## Past Medical History

Reviewed Past Medical History
Arthritis: **Y**
Headaches: **Y**

## HPI

51-year-old female presenting for follow-up with regards to CRPS. She notes ongoing symptoms in the right upper extremity with discomfort through the upper arm and into the forearm. Her current regimen consists of Lyrica 100 mg 3 times a day and tizanidine when necessary.

## ROS

Patient reports **arthralgias/joint pain and neck pain** but reports no muscle aches, no muscle weakness, and no swelling in the extremities. She reports **frequent or severe headaches** but reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, and no tremor. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 51-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD.

**Psychiatric:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected.

**Neck:** Neck: supple and trachea midline.

**Lungs:** Respiratory effort: no dyspnea

dyspnea.

**Cardiovascular System:**Heart Auscultation: normal S1 and S2 and RRR.

**Abdomen:**Inspection and Palpation: soft, non-distended, and no tenderness.

**Musculoskeletal::**Joints, Bones, and Muscles: normal movement of all extremities and**tenderness** (**cervical paraspinal, rhomboids and trapezius muscles**); **right arm cast**.

**Motor Strength:**Motor Strength and Tone: normal and normal tone. C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

**Neurologic:**Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:**Inspection and palpation: no rash or lesions.

**Spine - Special Tests:**Cervical Spine negative axial loading test and Spurling's test and (normal) cervical spine. Other Findings **Myofascial pain**. Lumbar / Lumbosacral Spine (normal) lumbar / lumbosacral spine.

## Assessment / Plan

51-year-old female presenting for follow-up with regards to CRPS. She continues to note ongoing allodynia, temperature change and edema throughout the right upper extremity. She has noticed more recently a deeper ache in through the upper arm. She notices a similar ache in the anterior thigh of her right leg. She denies radiating or radicular pain but describes the pain as more focal in the anterior aspect of the right thigh. She reports lifting herself from a chair recently with worsening myofascial pain throughout the shoulder capsule and right neck. She has a yoga ball at home and plans to resume home stretching. On exam, she has preserved motor strength throughout. She does however mild edema throughout the right upper arm to the forearm. I don't suspect that her pain in her leg is necessary radicular or coming from her back. Should pain progressing continue, we can consider lumbar MRI or even EMG/nerve conduction study. At this time, patient would like to proceed conservatively and I think this is reasonable. She will plan to resume home stretching exercises.

Her current regimen consists of Lyrica 100 mg 3 times a day and tizanidine when necessary. Should pain continue, we can consider dose escalation of Lyrica 200 mg twice a day. At this time, we will plan to continue her current regimen. Patient will follow-up in 4 months for further evaluation.

. **Complex regional pain syndrome**

M89.00: Algoneurodystrophy, unspecified site

- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS

**'atient Instructions**

WRAP-UP
Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- Continue current regimen

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

**Discussion Notes**

Discussion Notes

Spent 25 total minutes with the patient today. Greater than 50% of this time was spent counseling/coordination of care as documented in my assessment and plan above.

Return to Office

- ANDREW SCHNEIDER, MD for CONSULT at NEUROLOGY CHI SJOP on 06/26/2020 at 08:30 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 11/13/2020 at 10:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 06/19/2020.

Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 06/19/2020 at 11:54am

**Encounter Date: 05/15/2020**

Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 05/15/2020 10:45AM |
| | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # : 09221968<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

Chief Complaint

This is a 51 year old female following up for medication management for CRPS. She reports improvement from the lyrica 100mg TID. She also notes improvement from the tizanidine 4mg TID PRN. She reports increased headaches. Reports she had start back to PT and had to postpone due to COVID-19. States when she started back they did not offer massage therapy. States last dose of the tizanidine was 5/14/2020 and last dose of the lyrica 5/15/2020.

Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider (Worker's Comp):** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

Patient's Pharmacies

**EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS MO 63134, Ph (888) 327-9791, Fax (800) 837-0959**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (877) 222-7336, Fax (800) 391-9707
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

Vitals

05/15/2020 10:15 am

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in | **Wt:** | 180 lbs | **BMI:** | 28.2 |
| **BP:** | Not Performed - Not indicated | **Pain Scale:** | 5 | | |

Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/20/20 | renewed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit**<br>Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.<br>**Internal Note:** PA approved 6/9/19-78/20 | 10/02/19 | prescribed |
| **Imitrex 50 mg tablet**<br>TAKE 1 TAB AT ONSET OF MIGRAINE, MAY REPEAT AFTER 2 HOURS X 1 | 01/15/20 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 05/15/20 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **predniSONE 20 mg tablet**<br>2 po x 3 days, then 1 po x 3 days | 10/11/19 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 05/15/20 | prescribed |
| **traMADoL 50 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 30 days. | 10/07/19 | prescribed |
| **Valtrex 1 gram tablet**<br>Take 1 tablet(s) every 8 hours by oral route for 7 days. | 03/30/20 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems

- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

**REECE, JAMIE H (id #21591363, dob:**

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 05/15/2020
Chewing tobacco: none

## Surgical History

Reviewed Surgical History

- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 03/30/2020)

## Past Medical History

Reviewed Past Medical History
Arthritis: **Y**
Headaches: **Y**

## HPI

**Pain Management Interval History**
Reported by patient.
Notes:

None.

51-year-old female presenting for follow-up with regards to medication management the setting of CRPS. SHe notes worsening frontal headaches as of late. Her current medication regimen, she does no benefit with the use of Lyrica 100 mg 3 times a day and tizanidine PRN.

Visit today is being conducted via telehealth using both audio and video. Patient has expressed an understanding of the telehealth process and has consented.

## ROS

Patient reports **arthralgias/joint pain and neck pain** but reports no muscle aches, no muscle weakness, and no swelling in the extremities. She reports **frequent or severe headaches** but reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, and no tremor. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no

anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 51-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD.

**Psychiatric:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected.

**Lungs:** Respiratory effort: no dyspnea.

**Musculoskeletal::** Joints, Bones, and Muscles: normal movement of all extremities and **tenderness** (**neck and R shoulder**); **right arm cast**.

**Neurologic:** Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no rash or lesions.

## Assessment / Plan

51-year-old female presenting for follow-up with regards to CRPS. She notes ongoing symptoms in the right upper extremity with discomfort through the upper arm and into the forearm. She also has a myofascial component of her pain with tension through the right axial neck and shoulder. She was previously referred to physical therapy and continues to do home stretching exercises with benefit. She was receiving massage therapy weekly with substantial improvement in pain. She has discontinued massage therapy secondary to financial constraint. We will plan to write a letter for therapeutic massage to her insurance to hopefully get approval.

Over the last month, patient has noted recurrence of her frontal headaches. She was previously managed by neurology and had used migraine prophylaxis in the past. She has not seen a neurologist in several years. Symptoms seem to have worsened with increases in social stressors. She is concerned about losing her job as her disability runs out in October. She continues to note ongoing headaches mainly in the frontal and temporal region bilaterally. She denies aura. We will plan to refer her to neurology today for further evaluation.

In terms of medication management, her current regimen consists of Lyrica 100 mg 3 times a day and tizanidine when necessary. She does note improvement symptoms with the use of the medicine. She denies any adverse side effects. She notes improved ability to perform her ADLs. We will plan to refill her medication for a 6 month supply. I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient has a signed pain management agreement per clinic policy. Urine drug screen is up to date and appropriate as per Kentucky medical board guidelines. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient. Patient will follow-up in 6 months for further evaluation.

. **Complex regional pain syndrome**

M89.00: Algoneurodystrophy, unspecified site

- Lyrica 100 mg capsule - Take 1 capsule(s) 3 times a day by oral route. Qty: 270 capsule(s) Refills: 1 Pharmacy: EXPRESS SCRIPTS HOME DELIVERY

. **Headache**

R51: Headache

- HEADACHE: CARE INSTRUCTIONS
- NEUROLOGY REFERRAL - Schedule Within: provider's discretion

. **Myofascial pain**

M79.10: Myalgia, unspecified site

- tizanidine 4 mg tablet - Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. Qty: 270 tablet(s) Refills: 2 Pharmacy: EXPRESS SCRIPTS HOME DELIVERY

**Patient Instructions**

WRAP-UP
Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- Referral to Neurology

- Letter for therapeutic massage

- Refill Lyrica

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

**Discussion Notes**

Spent 15 total minutes with the patient today. Greater than 50% of this time was spent counseling/coordination of care as documented in my assessment and plan above. We discussed appropriate use of controlled substances including side effects and interactions with other medications. We reviewed conservative measures including gentle stretching as well as yoga/Pilates. We also discussed use of adjuncts including OTC NSAIDS/Tylenol when appropriate as well as use of ice/heat, massage and TENS.

## Return to Office

- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 05/15/2020.
Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 05/15/2020 at 2:04pm

**Encounter Date: 03/30/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 03/30/2020 11:00AM |
| | | **Service Dept.** | FAMILY MEDICINE ANDOVER |
| **Provider** | COLLIN ST. CLAIR, DO | | |

**Insurance**
Med Primary: BCBS-OH (PPO)
Insurance # : TOAAN1313675
Policy/Group # : 003320100TEAP064
Employer Name : TOYOTA
Med Worker's Comp: MSMM
Referring Provider Name : DONEGAN, RYAN P
Employer Name : KELLY SERVICES
Case # : SA211932PVY
Case Injury Date : 01/30/2018
Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC
Insurance # : 09221968
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: EXPRESS SCRIPTS - Member is eligible. details

## Chief Complaint

None recorded.

## Patient's Care Team

**REECE, JAMIE H (id #21591363, dob:**

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider (Worker's Comp):** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (877) 222-7336, Fax (800) 391-9707

## Vitals

None recorded.

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/20/20 | renewed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit**<br>Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.<br>**Internal Note:** PA approved 6/9/19-78/20 | 10/02/19 | prescribed |
| **Imitrex 50 mg tablet**<br>TAKE 1 TAB AT ONSET OF MIGRAINE, MAY REPEAT AFTER 2 HOURS X 1 | 01/15/20 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 03/06/20 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **predniSONE 20 mg tablet**<br>2 po x 3 days, then 1 po x 3 days | 10/11/19 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 03/06/20 | prescribed |
| **traMADoL 50 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 30 days. | 10/07/19 | prescribed |
| **Valtrex 1 gram tablet**<br>Take 1 tablet(s) every 8 hours by oral route for 7 days. | 03/30/20 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
**Family Medicine**
Tobacco cessation counseling provided date: (Notes: tdotson14 answered No to the Tobacco cessation counseling provided question on 04/09/2019.)
Alcohol intake: None
Marital status: Married
Occupation: Toyota/on medical leave
Illicit drugs: no
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 03/06/2020
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Tonsillectomy - 1973
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

## GYN History

Reviewed GYN History

## Obstetric History

Reviewed Obstetric History

## Past Medical History

Reviewed Past Medical History
Allergies/Hayfever: **Y**
Arthritis: **Y**
Chicken Pox: **Y**
Headaches: **Y**
Vision or Eye Problems: **Y - glasses**

HPI

Visit today is being conducted via telehealth using both audio and video. Patient has expressed an understanding of the telehealth process and has consented.

Jamie is a 51-year-old non-smoking female with history of psoriatic arthritis, IBS, chronic right shoulder pain, and hysterectomy now on HRT presenting for:

Left upper back pain- No rash at this time. 2 days ago, started having discomfort in left upper back radiating into left upper/posterior arm. Nothing on opposite side. Felt pulling sensation, but no acute injury, then starting developing sensitivity in the area. Husband has been monitoring area and no rash to this point. No previous shingles. Has CRPS affects right side, symptoms aren't similar to this. No F/C/N/V. No SOA. Rhinorrhea 5-7 days ago. Her discomfort improves with lyrica.

ROS

**ROS as noted in the HPI**

Physical Exam

Patient is a 51-year-old female.

**Constitutional:**General Appearance: healthy-appearing. Level of Distress: NAD.

**Psychiatric:**Mental Status: normal mood and affect.

**Head:**Head: normocephalic and atraumatic.

**Lungs:**Respiratory effort: no dyspnea.

**Skin:**Inspection and palpation: **No rash of exposed surfaces. No rash reported currently at left upper back, no visualized during visit.**.

Assessment / Plan

. **Herpes zoster** -

Concern for shingles- prodromal pain at this time with no rash. Symptoms improve with lyrica that she is already taking. Will start course of valtrex. Call if symptoms persist or worsen.

B02.9: Zoster without complications

. **Vesicular eruption** -

R23.8: Other skin changes

- Valtrex 1 gram tablet - Take 1 tablet(s) every 8 hours by oral route for 7 days. Qty: 21 tablet(s) Refills: 0 Pharmacy: WALMART PHARMACY 3894

Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 05/01/2020 at 10:00 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

Encounter Sign-Off

Encounter signed-off by COLLIN ST. CLAIR, DO, 03/30/2020.

Encounter performed and documented by COLLIN ST. CLAIR, DO
Encounter reviewed & signed by COLLIN ST. CLAIR, DO on 03/30/2020 at 11:19am

**Encounter Date: 03/06/2020**

Patient

**Name** REECE, JAMIE (51yo, F) ID# 21591363 **Appt. Date/Time** 03/06/2020 08:45AM

| | | | |
|---|---|---|---|
| | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # : 09221968<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

medication follow up

Jamie Reece is a 51 y/o female following up on CRPS, shes taking Lyrica 100mg, her last dose was 3/6/20 @ 6am. Pt stated shes having increased pain in her RT shoulder and neck that started 3-4 weeks ago. Rates her pain today at a 4/10.

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (877) 222-7336, Fax (800) 391-9707

## Vitals

03/06/2020 09:06 am

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in | **Wt:** | 190 lbs | **BMI:** | 29.8 |
| **BP:** | 132/88 sitting | **Pain Scale:** | 4 | **Pain Scale Type:** | Numeric |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/20/20 | renewed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit**<br>Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.<br>**Internal Note:** PA approved 6/9/19-78/20 | 10/02/19 | prescribed |
| **Imitrex 50 mg tablet**<br>TAKE 1 TAB AT ONSET OF MIGRAINE, MAY REPEAT AFTER 2 HOURS X 1 | 01/15/20 | prescribed |
| **Lyrica 100 mg capsule** | 03/06/20 | prescribed |

Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** — 11/17/17 entered

**predniSONE 20 mg tablet** — 10/11/19 prescribed
2 po x 3 days, then 1 po x 3 days

**Probiotic** — 11/17/17 entered

**tiZANidine 4 mg tablet** — 03/06/20 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** — 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**ZyrTEC 10 mg capsule** — 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 03/06/2020
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

GYN History

(not configured)

Obstetric History

Obstetric History not reviewed (last reviewed 01/15/2020)

Past Medical History

Reviewed Past Medical History
Arthritis: **Y**
Headaches: **Y**

HPI

**Pain Management Interval History**
Reported by patient.
Notes:

None.

51-year-old female presenting for follow-up with regards to medication management the setting of CRPS. Her current regimen consists of Lyrica 100 mg 3 times a day. Today her principle concern is muscle spasms in the right shoulder and neck.

ROS

Patient reports **arthralgias/joint pain and neck pain** but reports no muscle aches, no muscle weakness, and no swelling in the extremities. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

Physical Exam

Patient is a 51-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD.

**Psychiatric:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected.

**Neck:** Neck: supple and trachea midline.

**Lungs:** Respiratory effort: no dyspnea.

**Cardiovascular System:** Heart Auscultation: RRR.

**Abdomen:** Bowel Sounds: normal. Inspection and Palpation: soft and non-

distended.

**Musculoskeletal::**Joints, Bones, and Muscles: normal movement of all extremities and**tenderness** (**cervical paraspinal, rhomboids and trapezius muscles**); **right arm cast**.

**Motor Strength:**Motor Strength and Tone: normal and normal tone. C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

**Neurologic:**Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:**Inspection and palpation: no rash or lesions.

**Spine - Special Tests:**Cervical Spine negative axial loading test and Spurling's test and (normal) cervical spine. Other Findings **Myofascial pain**. Lumbar / Lumbosacral Spine (normal) lumbar / lumbosacral spine.

## Assessment / Plan

51-year-old female presenting for follow-up with regards to medication management the setting of CRPS. Patient returns today reporting worsening muscle spasms throughout the right axial neck and shoulder as well as around the shoulder blade. She notes having healed well following her ORIF of her right wrist. She is completed physical therapy and has full use of her right lower extremity. Her principle pain complaint today is ongoing myofascial pain throughout her right neck and shoulder. She has attended weekly massage sessions with some benefit. She has tried a TENS unit without relief. She currently takes tizanidine 4 mg 3 times a day with some benefit. We discussed repeat referral to physical therapy to help address her myofascial pain. Specifically she would benefit from massage therapy, ultrasound and dry needling. We will plan to make that referral today.

In terms of her current medication regimen, she does no benefit with the use of Lyrica 100 mg 3 times a day. She denies any adverse side effects. She notes improved ability to perform her ADLs. We'll plan to refill her medication for a two-month supply. I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient has a signed pain management agreement per clinic policy. Urine drug screen is up to date and appropriate as per Kentucky medical board guidelines. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient. Patient will follow-up in 2 months for further evaluation.

. **Complex regional pain syndrome**

M89.00: Algoneurodystrophy, unspecified site

- Lyrica 100 mg capsule - Take 1 capsule(s) 3 times a day by oral route. Qty: 270 capsule(s) Refills: 0 Pharmacy: EXPRESS SCRIPTS HOME DELIVERY

. **Myofascial pain**

M79.10: Myalgia, unspecified site

- PHYSICAL THERAPY REFERRAL - Schedule Within: provider's discretion
- tizanidine 4 mg tablet - Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. Qty: 270 tablet(s) Refills: 2 Pharmacy: EXPRESS SCRIPTS HOME DELIVERY

**'atient Instructions**

WRAP-UP
Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- Referral to PT

- Refill Lyrica

- Refill Tizanidine

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

**Discussion Notes**

Spent 25 total minutes with the patient today. Greater than 50% of this time was spent counseling/coordination of care as documented in my assessment and plan above.

## Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 05/01/2020 at 10:00 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 03/06/2020.
Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 03/06/2020 at 9:38am

**Encounter Date: 01/15/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE. JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 01/15/2020 10:00AM |
| | | **Service Dept.** | FAMILY MEDICINE ANDOVER |
| **Provider** | COLLIN ST. CLAIR, DO | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # : 09221968<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

Headache

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (877) 222-7336, Fax (800) 391-9707

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 01/15/2020 10:09 am | **Wt:** | 185 lbs 01/15/2020 10:09 am | **BMI:** | 29 01/15/2020 10:09 am |
| **T:** | 98.4 F° oral 01/15/2020 10:12 am | **BP:** | 116/82 sitting L arm 01/15/2020 10:14 am | **Pulse:** | 87 bpm regular 01/15/2020 10:12 am |
| **RR:** | 14 01/15/2020 10:12 am | **O2Sat:** | 96% Room Air at Rest 01/15/2020 10:12 am | | |

**REECE, JAMIE H (id #21591363, dob:**

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit**<br>Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.<br>**Internal Note:** PA approved 6/9/19-78/20 | 10/02/19 | prescribed |
| **Imitrex 50 mg tablet**<br>TAKE 1 TAB AT ONSET OF MIGRAINE, MAY REPEAT AFTER 2 HOURS X 1 | 01/15/20 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 11/05/19 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **predniSONE 20 mg tablet**<br>2 po x 3 days, then 1 po x 3 days | 10/11/19 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 04/18/19 | prescribed |
| **traMADoL 50 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 30 days. | 10/07/19 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems

- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

**REECE, JAMIE H (id #21591363, dob:**

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
**Family Medicine**
Tobacco cessation counseling provided date: (Notes: tdotson14 answered No to the Tobacco cessation counseling provided question on 04/09/2019.)
Alcohol intake: None
Marital status: Married
Occupation: Toyota/on medical leave
Illicit drugs: no
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 01/15/2020
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Tonsillectomy - 1973
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

## GYN History

Reviewed GYN History

## Obstetric History

Reviewed Obstetric History

## Past Medical History

Reviewed Past Medical History
Allergies/Hayfever: **Y**
Arthritis: **Y**
Chicken Pox: **Y**
Headaches: **Y**
Vision or Eye Problems: **Y - glasses**

## HPI

Jamie is a 50-year-old non-smoking female with history of psoriatic arthritis, IBS, chronic right shoulder pain, and hysterectomy now on HRT presenting for:

Headache-woke up Sunday morning with headache and has continued off and on since that time, varying in character. Originally felt like it was on top of her head and felt like she needed to hold her head for relief. At another point he felt like poking in her ears. Most recently, it has been an intermittent, left-sided pain behind and medial to left eye. She says it will fade out and then come back. She endorses some photophobia and phonophobia, but says this is common with most headaches for her. She does have a history of migraines in early adulthood which improved following hysterectomy. Varying in intensity. She drinks plenty of water. Denies any vision changes, eye discharge/drainage, rhinorrhea, nasal congestion, nausea, vomiting, fevers. No eyelid swelling. She has tried Tylenol and ibuprofen without success. No new medications. No specific triggers identified. Her symptoms are overall better than at the onset on Sunday, not hurting on top of her head as much as it was which was more uncomfortable. She does endorse a lot of anxiety at home, possibly worsened recently.

He does endorse some coldness in hands and feet but attributes this to her autoimmune condition. Denies any other extremity

numbness/tingling/weakness.

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 51-year-old
female.

GENERAL: No acute distress.
EYES: No erythema or discharge.
ENT: No pharyngeal erythema or exudate. No sinus tenderness to palpation. No nasal drainage.
LYMPH: No anterior or posterior cervical lymphadenopathy
HEAD: Normocephalic. Atraumatic.
CARDIOVASCULAR: Regular rate and rhythm. No murmurs appreciated.
RESPIRATORY: Lungs clear to auscultation bilaterally. No wheezing/rales/rhonchi. Normal work of breathing.
MUSCULOSKELETAL: Moving all extremities. Gait intact.
SKIN: Warm and dry. Normal color.
NEUROLOGICAL: Awake and alert. CN II-XII intact. PEERL. SILT all ext. Strength 5/5 and symmetric in all ext.
PSYCHOLOGICAL: Normal mood and affect.

## Assessment / Plan

. **Headache** -

Unclear etiology this time. Located around/behind left eye, symptoms not consistent with cluster headache or acute sinusitis. Also not classic for migraine. However, will prescribe trial of Imitrex. Continue to stay well-hydrated. Her current Tylenol/ibuprofen as needed, though discussed avoidance of overuse in order to avoid rebound headaches. Will refer to neuro if needed. No red flag symptoms at this time, but may need to pursue imaging. Will obtain labs as below.

Of note, pt mentioned during her appointment that she mentioned these headaches to ENT and they didn't seem to address it. Last appointment with ENT was on 1/3, so timeline is less clear as she said her current headache issues started on Sunday.

Per ENT note from 1/3, she has very large but symmetrical lingual tonsils bothering her for at least 3 months. Mentioned that largely will tonsils are also obstructing her breathing to some extent when she sleeps. If there is OSA induced from, this could be contributing to headaches.

R51: Headache

- Imitrex 50 mg tablet - TAKE 1 TAB AT ONSET OF MIGRAINE, MAY REPEAT AFTER 2 HOURS X 1 Qty: 6 tablet(s) Refills: 0 Pharmacy: WALMART PHARMACY 7259

. **Adult health examination** -

Z00.00: Encounter for general adult medical examination without abnormal findings

- CBC
- CMP
- THYROID STIMULATING HORMONE (TSH)

**atient Instructions**

**iscussion Notes**
RTC if symptoms persist.

### Return to Office

- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/12/2020 at 09:30 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 03/05/2020 at 09:15 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

**REECE, JAMIE H (id #21591363, dob:**

Encounter signed-off by COLLIN ST. CLAIR, DO, 01/15/2020.
Encounter performed and documented by COLLIN ST. CLAIR, DO
Encounter reviewed & signed by COLLIN ST. CLAIR, DO on 01/15/2020 at 6:07pm

**Encounter Date: 01/03/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 01/03/2020 08:50AM |
| | | **Service Dept.** | KY ENT FOUNTAIN CT |
| **Provider** | RAY M VAN METRE, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # : 09221968<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

Followup: Intermittent dysphagia

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (877) 222-7336, Fax (800) 391-9707

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 01/03/2020 08:55 am | **Wt:** | 186 lbs 01/03/2020 08:57 am | **BMI:** | 29.1 01/03/2020 08:57 am |
| **T:** | 97 F° temporal artery 01/03/2020 08:56 am | **BP:** | 115/69 sitting R wrist 01/03/2020 08:56 am | **Pulse:** | 92 bpm 01/03/2020 08:56 am |

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) every day by oral route at bedtime. | 06/20/19 | prescribed |
| **cefdinir 300 mg capsule**<br>Take 1 capsule(s) every 12 hours by oral route for 7 days. | 10/11/19 | prescribed |
| **Diflucan 150 mg tablet**<br>Take 1 tablet(s) every day by oral route for 2 days. | 10/11/19 | prescribed |

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **Estrace 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 08/21/19 | entered |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit**<br>Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.<br>**Internal Note:** PA approved 6/9/19-78/20 | 10/02/19 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 11/05/19 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **predniSONE 20 mg tablet**<br>2 po x 3 days, then 1 po x 3 days | 10/11/19 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 04/18/19 | prescribed |
| **traMADoL 50 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 30 days. | 10/07/19 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

Vaccines not reviewed (last reviewed 11/05/2019)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems

- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History

**ENT**

Tobacco cessation counseling provided date: (Notes: tdotson14 answered No to the Tobacco cessation counseling provided question on 04/09/2019.)
Alcohol intake: Occasional
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 09/23/2019
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Tonsillectomy - 1973

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 08/21/2019)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**
Allergies/Hayfever: **Y**
Arthritis: **Y**
Headaches: **Y**
Migraines: **Y**

## HPI

Jamie returns today in follow up of globus sensation and dysphagia. She states that since her last visit, her throat is still bothersome for her. She reports that there is still a lump in her throat. Jamie says that the dysphagia is slightly improving but the lump is still the same. She denies any hoarseness. She denies any pain.

## ROS

Patient reports **difficulty swallowing**; **lump in throat**. She reports no fatigue. She reports no eye itching. She reports no hearing loss, no difficulty hearing, no ear pain, and no vertigo. She reports no nasal congestion and no blockage/obstruction. She reports no frequent headaches. She reports no chest pain. She reports no wheezing and no shortness of breath. She reports no painful swallowing and no heartburn. She reports no swollen glands. She reports no rash and no skin itching. She reports no endocrine symptoms. She reports no sneezing and no runny nose.

## Physical Exam

Patient is a 51-year-old female.

**Constitutional:** General Appearance: healthy-appearing; **patient is alert and oriented**.

**Head/Face:** Inspection: no masses or lesions.

**Eyes:** Pupils: PERRLA.

**Ears:** Right External auditory canal: normal appearance. Left External auditory canal: normal appearance. Right Tympanic membrane: landmarks clear. Left Tympanic membrane: landmarks clear.

**Nose:** Nasal Mucosa: normal and pink and moist. Septum: **deviated to the left**. Turbinates: normal size and confrontation.

**Oral Cavity/Mouth:** Oral Mucosa: normal and moist. Tonsils: tonsils absent. Posterior pharynx: normal. Hypopharynx: normal hypopharynx. Larynx: **very large but symmetric lingual tonsils; no evidence of malignancy**. Nasopharynx: normal.

**Neck:**Neck: symmetrical. Thyroid: symmetric.

**Respiratory:**Inspection/Auscultation: normal breath sounds.

**Cardiovascular System:**Auscultation: regular rate and rhythm.

**Lymph Nodes:**Cervical: no palpable lymph node enlargement.

**Neurological System:**Mood and affect: normal mood and affect.

Patient consented to photography of the affected area(s) today for the purpose of documentation and future comparison.

## Procedure Documentation

**Laryngoscopy Flex:**

Flexible Laryngoscopy

Topical anesthetic was applied. Laryngoscopy was carried out in the usual fashion through the right nares. Lingual tonsil hypertrophy noted. The vallecula, base of tongue, supraglottic and glottic structures are without lesions, masses or edema. TVCs adduct and abduct normally. The arytenoids and entire endolarnyx is not inflamed. Leukoplakia is not noted. On the pharyneal walls and in the pyriform sinuses, masses are not noted. There are no pooling of secretions appreciated. very large but symmetric lingual tonsils; no evidence of malignancy

## Assessment / Plan

. **Hypertrophy of lingual tonsil**
J35.3: Hypertrophy of tonsils with hypertrophy of adenoids

. **Feeling of lump in throat**
F45.8: Other somatoform disorders

. **Dysphagia**
R13.10: Dysphagia, unspecified
- LEARNING ABOUT SWALLOWING PROBLEMS

. **Choking sensation** -

R09.89: Other specified symptoms and signs involving the circulatory and respiratory systems

. **Chronic laryngitis**
J37.0: Chronic laryngitis

. **Cough**
R05: Cough

. **Facial swelling**
R22.0: Localized swelling, mass and lump, head

. **Pain in face**
R51: Headache

. **Chronic sinusitis**

J32.9: Chronic sinusitis, unspecified

**0. Nasal congestion**

R09.81: Nasal congestion

**1. Allergic rhinitis**

J30.9: Allergic rhinitis, unspecified

**'atient Instructions**

1. Flexible laryngoscopy performed today; clinical photographs obtained - full risks, complications, and benefits of in-office procedure have been thoroughly discussed. Understanding was expressed, informed consent given, and we will proceed with the discussed in-office treatment plan.

2. Refer to the University of Kentucky

3. F/u PRN

**)iscussion Notes**

troublesome situation with very large but symmetric lingual tonsils that have now been bothering her for at least three months; endoscopy today shows no change since visit in 10/19; does not appear to represent malignancy but she is on Humira and very worried about the possibility of cancer; the large lingual tonsils are also obstructing her breathing to some extent when she sleeps; tried some prednisone but that didn't help; I'm really out of ideas to improve her situation and would like to avoid an invasive biopsy; will get a second opinion from the head and neck Otolaryngology specialists at UK to see if they have any other ideas

## Return to Office

- to see RAY M VAN METRE, MD for RECHECK at KY ENT FOUNTAIN CT on or around 01/14/2020
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/12/2020 at 09:30 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 03/05/2020 at 09:15 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by RAY M VAN METRE, MD, 01/03/2020.

Encounter performed by RAY M VAN METRE, MD
Encounter scribed for RAY M VAN METRE, MD by Kelsey Garrett
Encounter signed by Kelsey Garrett as scribe at 01/03/2020 at 9:16am
Encounter reviewed & signed by RAY M VAN METRE, MD on 01/03/2020 at 9:29am

**REECE, JAMIE H (id #21591363, dob:**








**REECE, JAMIE H (id #21591363, dob:**

**Encounter Date: 11/05/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 11/05/2019 10:15AM |
| | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |

**Insurance**
Med Primary: BCBS-OH (PPO)
Insurance # : TOAAN1313675
Policy/Group # : 003320100TEAP064
Employer Name : TOYOTA
Med Worker's Comp: MSMM
Referring Provider Name : DONEGAN, RYAN P
Employer Name : KELLY SERVICES
Case # : SA211932PVY
Case Injury Date : 01/30/2018
Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC
Insurance # : 09221968
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: EXPRESS SCRIPTS - Member is eligible. details

## Chief Complaint

shoulder pain

Jamie Reece 51 y/o female is following up to clinic regarding pain in right shoulder and forearm in the setting of CRPS. Pain is reported constant and states the pain is traveling to the left arm and hand. Patient states that she fell off her bed and broken her right wrist and tailbone and had to have surgery on her wrist. She reports inflammation of the left digitals and hand.

## Patient's Care Team

**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (877) 222-7336, Fax (800) 391-9707

## Vitals

11/05/2019 10:31 am

**Ht:** 5 ft 7 in

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) every day by oral route at bedtime. | 06/20/19 | prescribed |
| **cefdinir 300 mg capsule**<br>Take 1 capsule(s) every 12 hours by oral route for 7 days. | 10/11/19 | prescribed |
| **Diflucan 150 mg tablet**<br>Take 1 tablet(s) every day by oral route for 2 days. | 10/11/19 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |

Take 1 tablet(s) every day by oral route.

**Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** 10/02/19 prescribed
Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.
**Internal Note:** PA approved 6/9/19-78/20

**Lyrica 100 mg capsule** 11/05/19 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** 11/17/17 entered

**predniSONE 20 mg tablet** 10/11/19 prescribed
2 po x 3 days, then 1 po x 3 days

**Probiotic** 11/17/17 entered

**tiZANidine 4 mg tablet** 04/18/19 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 10/11/2019)

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes

Most Recent Tobacco Use Screening: 09/23/2019
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 08/21/2019)

## Past Medical History

Reviewed Past Medical History
Arthritis: **Y**
Headaches: **Y**

## HPI

51-year-old female presenting for follow-up with regards to medication management the setting of fibromyalgia. She does have a history of psoriatic arthritis managed by rheumatology, Dr. Abbas, on Humira. She had a recent fall with right wrist fracture now s/p surgery. She has a hard cast in place.

## ROS

Patient reports **muscle aches, muscle weakness, arthralgias/joint pain, and swelling in the extremities** but reports no back pain and no neck pain. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 51-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD.

**Psychiatric:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Pupils: PERRLA. EOM: EOMI.

**Neck:** Neck: supple and trachea midline.

**Lungs:** Respiratory effort: no dyspnea.

**Cardiovascular System:** Heart Auscultation: RRR.

**Abdomen:** Bowel Sounds: normal. Inspection and Palpation: soft and non-

distended.

**Musculoskeletal::**Joints, Bones, and Muscles: normal movement of all extremities and**tenderness** (**cervical paraspinals and trapezius muscles**); **right arm cast**. Extremities: **edema** (**right and left hand, left forearm**).

**Motor Strength:**Motor Strength and Tone: normal and normal tone. C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

**Neurologic:**Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:**Inspection and palpation: no rash or lesions.

**Spine - Special Tests:**Cervical Spine negative axial loading test and Spurling's test and (normal) cervical spine. Other Findings **Myofascial pain**.

## Assessment / Plan

51-year-old female presenting for follow-up with regards to medication management the setting of CRPS. Unfortunately, patient experienced a fall from a windowsill with subsequent fracture of her right wrist. She is status post open reduction internal fixation with hardware in place. She presents today with a hard cast on the right wrist and forearm. She reports a distressing time in and around her surgery with regards to pain management control. She does not generally respond well to opioid pain medicines secondary to inadequate analgesia and was concerned that she would not be appropriately controlled in terms of her pain regimen following surgery. Fortunately, patient underwent regional block with pain pump placed which did help control her symptoms. She does note some edema in the right hand as well as occasional symptoms on the left principally in the hand and forearm. She reports that these are sporadic in nature. Given her evolving situation, we will plan to leave her current medication regiment unchanged at this time. She does note improvement in symptoms with the use of Lyrica 100 mg 3 times a day. She denies any adverse side effects. She does note ability to perform her ADLs. We'll plan to refill her Lyrica for a 3 month supply. I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient has a signed pain management agreement per clinic policy. Urine drug screen is up to date and appropriate as per Kentucky medical board guidelines. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient. Patient will follow up in 4 months for further evaluation.

. **Complex regional pain syndrome**

M89.00: Algoneurodystrophy, unspecified site

- Lyrica 100 mg capsule - Take 1 capsule(s) 3 times a day by oral route. Qty: 90 capsule(s) Refills: 4 Pharmacy: WALMART PHARMACY 7259

**atient Instructions**

WRAP-UP
Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- Refill Lyrica

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

## Return to Office

- COLLIN ST. CLAIR, DO for RECHECK at FAMILY MEDICINE ANDOVER on 11/21/2019 at 09:15 AM

- to see RAY M VAN METRE, MD for RECHECK at KY ENT FOUNTAIN CT on or around 01/14/2020
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/12/2020 at 09:30 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 03/05/2020 at 09:15 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 11/05/2019.
Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 11/05/2019 at 11:15am

**Encounter Date: 10/11/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 10/11/2019 08:40AM |
| | | **Service Dept.** | KY ENT FOUNTAIN CT |
| **Provider** | RAY M VAN METRE, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # : 09221968<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

Dysphagia, Sinusitis/Allergy

## Patient's Care Team

**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (877) 222-7336, Fax (800) 391-9707

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 10/11/2019 08:38 am | **Wt:** | 177 lbs 4 oz 10/11/2019 08:42 am | **BMI:** | 27.8 10/11/2019 08:42 am |
| **T:** | 97.6 F° temporal artery 10/11/2019 08:40 am | **BP:** | 134/100 sitting L arm 10/11/2019 08:40 am | **Pulse:** | 80 bpm 10/11/2019 08:40 am |

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

**amitriptyline 10 mg tablet** — 06/20/19 prescribed
Take 1 tablet(s) every day by oral route at bedtime.

**cefdinir 300 mg capsule** — 10/11/19 prescribed
Take 1 capsule(s) every 12 hours by oral route for 7 days.

| | | |
|---|---|---|
| **Diflucan 150 mg tablet**<br>Take 1 tablet(s) every day by oral route for 2 days. | 10/11/19 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **Estrace 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 08/21/19 | entered |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit**<br>Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.<br>**Internal Note:** PA approved 6/9/19-78/20 | 10/02/19 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 08/06/19 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **predniSONE 20 mg tablet**<br>2 po x 3 days, then 1 po x 3 days | 10/11/19 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 04/18/19 | prescribed |
| **traMADol 50 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 30 days. | 10/07/19 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

Vaccines not reviewed (last reviewed 10/02/2019)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems

- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |

- Family history of cancer

## Social History

Reviewed Social History
**ENT**
Tobacco cessation counseling provided date: (Notes: tdotson14 answered No to the Tobacco cessation counseling provided question on 04/09/2019.)
Alcohol intake: Occasional
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 09/23/2019
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Tonsillectomy - 1973

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 08/21/2019)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**
Allergies/Hayfever: **Y**
Arthritis: **Y**
Headaches: **Y**
Migraines: **Y**

## HPI

Jamie is being seen in the office in consultation at the request of Dr. Ryan Donegan for an evaluation of globus sensation and facial swelling below left eye. She has been experiencing these symptoms for about 4-6 weeks. About 30 years ago, she had sinus surgery on the left side done by Dr. Wardrop. She does have concerns with choking after swallowing. She had a Barium Swallow study done which reportedly was clear. She notes no difficulty breathing on a daily basis. She is currently struggling with allergies that are causing nasal congestion, gum pain, cough and fever. She does not have a history of tobacco use.

## ROS

Patient reports **fever** but reports no fatigue. She reports **nasal congestion, nose/sinus problems, rhinorrhea, and sinus pressure** but reports no blockage/obstruction. She reports **difficulty swallowing**; **lump in throat; choking sensation**. She reports **frequent headaches**. She reports **shortness of breath** but reports no wheezing. She reports **runny nose** but reports no sneezing. She reports no eye itching. She reports no hearing loss, no difficulty hearing, no ear pain, and no vertigo. She reports no chest pain. She reports no painful swallowing and no heartburn. She reports no swollen glands. She reports no depression. She reports no muscle aches. She reports no rash and no skin itching. She reports no endocrine symptoms.
**Additionally reports:**

**severe facial pain**

## Physical Exam

Patient is a 51-year-old female.

**Constitutional:** General Appearance: healthy-appearing; **patient is alert and oriented**.

**Head/Face:** Inspection: no masses or lesions.

**Eyes:** Pupils: PERRLA.

**Ears:**Right External auditory canal: normal appearance. Left External auditory canal: normal appearance. Right Tympanic membrane: landmarks clear. Left Tympanic membrane: landmarks clear.

**Nose:**Nasal Mucosa: **irritated mucosa** and **purulent drainage**. Septum: not markedly deformed. Turbinates: normal size and confrontation.

**Oral Cavity/Mouth:**Oral Mucosa: normal and moist. Tonsils: tonsils absent. Posterior pharynx: normal. Hypopharynx: normal hypopharynx; **prominent lingual tonsils; symmetric**. Nasopharynx: normal.

**Neck:**Neck: symmetrical. Thyroid: symmetric.

**Respiratory:**Inspection/Auscultation: normal breath sounds.

**Cardiovascular System:**Auscultation: regular rate and rhythm.

**Lymph Nodes:**Cervical: no palpable lymph node enlargement.

**Neurological System:**Mood and affect: normal mood and affect.

Patient consented to photography of the affected area(s) today for the purpose of documentation and future comparison.

## Procedure Documentation

**Laryngoscopy Flex:**

Flexible Laryngoscopy

Topical anesthetic was applied. Laryngoscopy was carried out in the usual fashion through the left nares. The vallecula, base of tongue, supraglottic and glottic structures are without lesions, masses or edema. She has very prominent lingual tonsils. TVCs adduct and abduct normally. The arytenoids and entire endolarnyx is not inflamed. Leukoplakia is not noted. On the pharyneal walls and in the pyriform sinuses, masses are not noted. There are no pooling of secretions appreciated.

## Assessment / Plan

. **Feeling of lump in throat**
F45.8: Other somatoform disorders
- prednisone 20 mg tablet - 2 po x 3 days, then 1 po x 3 days Qty: 9 tablet(s) Refills: 0 Pharmacy: WALMART PHARMACY 7259

. **Choking sensation** -

R09.89: Other specified symptoms and signs involving the circulatory and respiratory systems
- cefdinir 300 mg capsule - Take 1 capsule(s) every 12 hours by oral route for 7 days. Qty: 14 capsule(s) Refills: 0 Pharmacy: WALMART PHARMACY 7259
- Diflucan 150 mg tablet - Take 1 tablet(s) every day by oral route for 2 days. Qty: 2 tablet(s) Refills: 1 Pharmacy: WALMART PHARMACY 7259

. **Chronic laryngitis**
J37.0: Chronic laryngitis

. **Cough**
R05: Cough

. **Hypertrophy of lingual tonsil**
J35.3: Hypertrophy of tonsils with hypertrophy of adenoids

. **Facial swelling**
R22.0: Localized swelling, mass and lump, head

. **Pain in face**
R51: Headache

. **Chronic sinusitis**
J32.9: Chronic sinusitis, unspecified

. **Nasal congestion**
R09.81: Nasal congestion

0. **Allergic rhinitis**
J30.9: Allergic rhinitis, unspecified

1. **Dysphagia**
R13.10: Dysphagia, unspecified
- LEARNING ABOUT SWALLOWING PROBLEMS

**'atient Instructions**

1. Laryngoscopy Flex scope performed- full risks, complications, and benefits of in-office procedure have been thoroughly discussed. Understanding was expressed, informed consent given, and we will proceed with the discussed in-office treatment plan.

2. Reviewed vocal hygiene precautions, including vocal rest, saltwater gargles, increased hydration, avoid medications with a drying effect (e.g. antihistamines, diuretics), and utilizing sialogogues

3. RX- Prednisone, Cefdinir and Diflucan

4. F/U January 2020

**)iscussion Notes**

choking sensation along with feeling of lump in throat which appears to be due to enlarged symmetric lingual tonsils; assured her this does not appear to be any indication of cancer (she is on Humira so that has her worried); will try tapered prednisone to see if that helps the lingual tonsil size subside; also given cefdinir for acute sinusitis; follow up in Jan 2020 to check her progress or sooner if more trouble

## Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 10/24/2019 at 11:15 AM
- COLLIN ST. CLAIR, DO for RECHECK at FAMILY MEDICINE ANDOVER on 11/21/2019 at 09:15 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/12/2020 at 09:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by RAY M VAN METRE, MD, 10/11/2019.

Encounter performed by RAY M VAN METRE, MD
Encounter scribed for RAY M VAN METRE, MD by Jasmine Barrick
Encounter signed by Jasmine Barrick as scribe at 10/11/2019 at 9:09am
Encounter reviewed & signed by RAY M VAN METRE, MD on 10/11/2019 at 9:17am



10/11/2019



10/11/2019



10/11/2019



10/11/2019



10/11/2019



10/11/2019

**REECE, JAMIE H (id #21591363, dob:**

**Encounter Date: 10/02/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 10/02/2019 10:30AM |
| | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SYED HAIDER ABBAS, MD | | |

**Insurance**
Med Primary: BCBS-OH (PPO)
Insurance # : TOAAN1313675
Policy/Group # : 003320100TEAP064
PCP : FAMILY PRACTICE ASSOCIATES
Employer Name : TOYOTA
Med Worker's Comp: MSMM
Referring Provider Name : DONEGAN, RYAN P
Employer Name : KELLY SERVICES
Case # : SA211932PVY
Case Injury Date : 01/30/2018
Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC
Insurance # : 09221968
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: EXPRESS SCRIPTS - Member is eligible. details

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (844) 516-3319, Fax (800) 391-9707

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 10/02/2019 10:41 am | **Wt:** | 180 lbs 10/02/2019 10:41 am | **BMI:** | 28.2 10/02/2019 10:41 am |
| **BP:** | 106/70 sitting L arm 10/02/2019 10:43 am | **BP Cuff Size:** | adult 10/02/2019 10:43 am | **Pulse:** | 68 bpm regular 10/02/2019 10:43 am |
| **RR:** | 12 10/02/2019 10:43 am | | | | |

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) every day by oral route at bedtime. | 06/20/19 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **Estrace 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 08/21/19 | entered |

**Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** 10/02/19 prescribed
Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.
**Internal Note:** PA approved 6/9/19-78/20

**Lyrica 100 mg capsule** 08/06/19 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** 11/17/17 entered

**Probiotic** 11/17/17 entered

**tiZANidine 4 mg tablet** 04/18/19 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 09/23/2019
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 08/21/2019)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**

## HPI

seen today as a follow-up on psoriatic arthritis. Currently she is on Humira injections every 2 weeks and denies any side effects.

however her biggest concern and pain remains in the right upper extremity and lately in the left upper extremity. She describes these pains as burning, tingling and at times sharp associated with swelling of the distal arm. She has a history of complex regional pain syndrome involving the right upper extremity and seems like she is having similar symptoms in left upper extremity.

## ROS

Patient reports **arthralgias/joint pain and swelling in joints**; **right and left upper extremity**. She reports **psoriasis (stable)** but reports no rashes, no ulcers, no loss of hair, and no tightening of the skin. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no pleuritic chest pain, no shortness of breath when walking, no shortness of breath when lying down, and no Raynaud's Phenomenon. She reports no cough, no wheezing, no shortness of breath, and no coughing up blood.
**ROS as noted in the HPI**

## Physical Exam

Patient is a 51-year-old
female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally and normal tandem gait test.

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Neck:** Neck: FROM, trachea midline, and no masses. Lymph Nodes: no cervical LAD, supraclavicular LAD, axillary LAD, or inguinal LAD. Thyroid: no enlargement, tenderness, or nodules.

**Lungs:** Respiration: no dyspnea and good air movement. Percussion: no dullness, flatness, or hyperresonance. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal and CTA except as noted.

**Cardiovascular System:** Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no JVD. Pulses including femoral / pedal: normal throughout.

**Musculoskeletal System:** Joints, Bones, and Muscles: **tenderness** (**right shoulder and left distal arm.**); **no synovitis or dactylitis noted. No induration noted.**. Extremities: **edema** (**distal right and left, cool to touch without any erythema**).

## Assessment / Plan

. **Psoriasis with arthropathy** -

51-year-old female with chronic well-controlled psoriatic arthritis.

currently on Humira injections at 40 mg every 2 weeks.

No side effects reported.

No interval infections reported.

most of her pain as detailed below secondary to complex regional pain syndrome.

I suggested her to maintain the current Humalog dose and repeat labs today.

L40.50: Arthropathic psoriasis, unspecified

- PSORIASIS: CARE INSTRUCTIONS
- Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit - Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days. Qty: 3 kit(s) of 2 Refills: 3 Pharmacy: ACCREDO Note to Pharmacy: fill when due

. **Complex regional pain syndrome** -

Please see my previous notes for details.

Briefly, has CRPS Type I, right arm after right shoulder and elbow injury due to repititive work at Toyota factory. Initially symptoms started some time early January 2018.

she is currently followed at the pain management clinic and is now on Lyrica at 100 mg 3 times a day.

lately, she has noticed similar symptoms involving her left upper extremity especially the distal forearm. Once again her pains are out of proportions to the physical findings and associated with varying degree of numbness tingling burning at times subjective feeling of swelling. All these findings are more characteristic of complex regional pain syndrome rather than psoriatic arthritis.

She will continue with the suggestions of the pain management clinic..

M89.00: Algoneurodystrophy, unspecified site

- LEARNING ABOUT HEALTHY WEIGHT
- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS

. **Long-term drug therapy** -

needs to have a CBC today.

Repeat TB test in summer.

last TB test wa sin 8/2019.

Z79.899: Other long term (current) drug therapy

- CBC

Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 10/24/2019 at 11:15 AM
- COLLIN ST. CLAIR, DO for RECHECK at FAMILY MEDICINE ANDOVER on 11/21/2019 at 09:15 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/12/2020 at 09:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by SYED HAIDER ABBAS, MD, 10/02/2019.
Encounter performed and documented by SYED HAIDER ABBAS, MD
Encounter reviewed & signed by SYED HAIDER ABBAS, MD on 10/02/2019 at 12:24pm

**Encounter Date: 09/23/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 09/23/2019 01:45PM |
| | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | ELLEN J FLINCHUM, MD | | |

**Insurance**
Med Primary: BCBS-OH (PPO)
Insurance # : TOAAN1313675
Policy/Group # : 003320100TEAP064
PCP : FAMILY PRACTICE ASSOCIATES
Employer Name : TOYOTA
Med Worker's Comp: MSMM
Referring Provider Name : DONEGAN, RYAN P
Employer Name : KELLY SERVICES
Case # : SA211932PVY
Case Injury Date : 01/30/2018
Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC
Insurance # : 09221968
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: EXPRESS SCRIPTS - Member is eligible. details

## Chief Complaint

Followup: Complex regional pain syndrome

Jamie Reece 51 y/o female is following up after the CRPS, in the setting of medication management patient regiment consist of pregabalin 100 mg TID, she reports alleviation with this medication management. She reports today swollen knots in her hands that ache really bad. Pain today is rated a 4 on pain scale.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (901) 385-3600, Fax (800) 391-9707

## Vitals

09/23/2019 02:17 pm

| | | |
|---|---|---|
| **Ht:** 5 ft 7 in | **Wt:** 178 lbs | **BMI:** 27.9 |
| **BP:** 122/62 sitting | **Pain Scale:** 4 | |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

**REECE, JAMIE H (id #21591363, dob:**

## Medications

Reviewed Medications

**amitriptyline 10 mg tablet** 06/20/19 prescribed
Take 1 tablet(s) every day by oral route at bedtime.

**esomeprazole magnesium 40 mg capsule,delayed release** 02/25/19 renewed
TAKE 1 CAPSULE DAILY

**Estrace 1 mg tablet** 08/21/19 entered
Take 1 tablet(s) every day by oral route.

**Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** 08/12/19 prescribed
Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.
**Internal Note:** PA approved 6/9/19-78/20

**Lyrica 100 mg capsule** 08/06/19 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** 11/17/17 entered

**Probiotic** 11/17/17 entered

**tiZANidine 4 mg tablet** 04/18/19 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Globus sensation - Onset: 07/13/2017
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker

Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 09/23/2019
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 08/21/2019)

## Past Medical History

Reviewed Past Medical History
Headaches: **Y**

## HPI

The pt complains of RUE CRPS and pain in left hand, occasionally in left forearm.The pt is not experiencing problems with bowel movements. The pt is not having any difficulty with urination. The pt is sleeping approximately 8 hours per night. The pt reports that she has not fallen since her last ov.. The pt ambulates without an AD. The pt is alone at today’s visit. This is a patient of Dr. Roden's.
Etoh--Denied. Tobacco-Denied.

## ROS

Patient reports **muscle aches, muscle weakness, arthralgias/joint pain, back pain, and swelling in the extremities** but reports no neck pain. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 51-year-old
female.

**Constitutional:**General Appearance: **pleasant.**.

**Psychiatric:**Orientation: oriented to time, place, and person. Mood and Affect: normal mood and affect and active and alert.

**Gait and Station:**Appearance: **Steady, without an AD. The pt does swing her arms B.**.

**Motor Strength:**L1 Motor Strength on the Right: hip flexion iliopsoas 5/5. L1 Motor Strength on the Left: hip flexion iliopsoas 5/5. L2-L4 Motor Strength on the Right: knee extension quadriceps 5/5. L2-L4 Motor Strength on the Left: knee extension quadriceps 5/5; **MMT: BUE-Deltoids, Biceps, finger flexors-5/5.**
**AROM: BUE-shoulder abd, EF/EE, finger flexors-WFL B.**.

HEENT: Head-NCAT, Eyes-EOMI, oropharnyx clear

Skin: Visualized skin with no acute or worrisome lesions noted. Today, BUE-appear to be the same temperature, some slight color difference on the right hand compared to the left. The pt does tolerate palpation of the BUE.

Neurologic: CN III-XII grossly intact B, Sensation grossly intact to LT/PP BUE.

## Assessment / Plan

Plan:
I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient signed pain management agreement per clinic policy. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient.
Labs: The pt was not sent for urine drug testing today. The pt is prescribed chronic pain medication.
Physical Therapy/Activities/Exercise: The pt states she does do some exercising.
Medications: The pt has a dx of CRPS. It is in her RUE and she is concerned it is moving to her left. She did have an injection in her left hand by Dr. Abbas, but it has not helped as much as she hoped it would. She is doing the same things to help her left hand as she does to help with her RUE. She states it does seem to be slightly improved. We are going to go ahead and have her f/u with Dr. Roden before her last lyrica prescription runs out to see if her left hand is continuing to improve. The pt has been prescribed lyrica 100 mg, 3x/day. She also has been prescribed tizanidine, 3x/day. The lyrica was sent in on 8/5/19 with two refills. The tizanidine was prescribed on 4/18/19, 90 day supply, with 2 refills.
Preventative Care:Dr. Collin St. Clair for her rheumatologist. Dr. Abbas is her rheumatologist.
Return to Clinic in before 11/6/19 to f/u on the treatment plan with Dr. Roden.

. **Complex regional pain syndrome** -

in right shoulder and right forearm.

M89.00: Algoneurodystrophy, unspecified site

. **Pain of left hand**
M79.642: Pain in left hand

. **Pain in left arm**
M79.602: Pain in left arm

. **Pain in right arm**
M79.601: Pain in right arm

### Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 11/04/2019 at 09:45 AM
- COLLIN ST. CLAIR, DO for RECHECK at FAMILY MEDICINE ANDOVER on 11/21/2019 at 09:15 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/12/2020 at 09:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by ELLEN J FLINCHUM, MD, 09/23/2019.
Encounter performed and documented by ELLEN J FLINCHUM, MD
Encounter reviewed & signed by ELLEN J FLINCHUM, MD on 09/23/2019 at 6:22pm

**Encounter Date: 09/05/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 09/05/2019 09:30AM |
| | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SYED HAIDER ABBAS, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC | | |

Insurance # :
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: EXPRESS SCRIPTS - Member is eligible. details

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (901) 385-3600, Fax (800) 391-9707

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 09/05/2019 10:04 am | **Wt:** | 180 lbs 09/05/2019 10:04 am | **BMI:** | 28.2 09/05/2019 10:04 am |
| **BP:** | 105/71 sitting L arm 09/05/2019 10:05 am | **BP Cuff Size:** | adult 09/05/2019 10:05 am | **Pulse:** | 65 bpm regular 09/05/2019 10:06 am |
| **RR:** | 18 09/05/2019 10:05 am | | | | |

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) every day by oral route at bedtime. | 06/20/19 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **Estrace 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 08/21/19 | entered |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit**<br>Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.<br>**Internal Note:** PA approved 6/9/19-78/20 | 08/12/19 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 08/06/19 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 04/18/19 | prescribed |
| **ZyrTEC 10 mg capsule** | 11/17/17 | entered |

Take 1 capsule(s) every day by oral route.

Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

Problems

Reviewed Problems
- Globus sensation - Onset: 07/13/2017
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 08/05/2019
Chewing tobacco: none

Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

GYN History

(not configured)

Obstetric History

Obstetric History not reviewed (last reviewed 08/21/2019)

Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**

HPI

she seen today as a work in for evaluation of pain and swelling involving the left hand going over the last 2 weeks. No trauma or injury reported. No rashes reported. Denies any insect bites. She does have history of complex regional pain syndrome involving the right upper extremity. She also has psoriatic arthritis and is currently doing on Humira injections. No side effects reported.

ROS

Patient reports **arthralgias/joint pain and swelling in joints**; **left hand**. She reports no difficulty hearing and no ear pain. She

reports no frequent nosebleeds and no nose/sinus problems. She reports no sore throat, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no pleuritic chest pain, no shortness of breath when walking, no shortness of breath when lying down, and no Raynaud's Phenomenon. She reports no cough, no wheezing, no shortness of breath, and no coughing up blood. She reports no abdominal pain, no constipation, no dysphagia, no vomiting, normal appetite, no diarrhea, and not vomiting blood. She reports no rashes, no ulcers, no loss of hair, no tightening of the skin, and no psoriasis.
**ROS as noted in the HPI**

## Physical Exam

Patient is a 50-year-old
female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally and normal tandem gait test.

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Neck:** Neck: FROM, trachea midline, and no masses. Lymph Nodes: no cervical LAD, supraclavicular LAD, axillary LAD, or inguinal LAD. Thyroid: no enlargement, tenderness, or nodules.

**Lungs:** Respiration: no dyspnea and good air movement. Percussion: no dullness, flatness, or hyperresonance. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal and CTA except as noted.

**Cardiovascular System:** Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no JVD. Pulses including femoral / pedal: normal throughout.

**Musculoskeletal System:** Joints, Bones, and Muscles: **tenderness** (**left hand and wrist swelling especially the left ring middle and index finger.**). Extremities: no edema.

## Procedure Documentation

**Injection Joint/Bursa, Interm, w/o US:**

After discussion of the risks and benefits, the patient consented to proceed with a steroid injection into the left wrist. Confirmed that the patient does not have history of prior adverse reactions, active infections, or relevant allergies. There was no effusion, erythema, or warmth, and the skin was clear.

The skin was prepped in a sterile fashion. Topical anesthesia was achieved with ethyl chloride. The joint was injected with 1 cc of DepoMedrol, 40 mg/ml, and Lidocaine. The injection was completed without complication, and a bandage was applied. The patient tolerated the procedure well and was instructed to avoid strenuous activity for the next 24-48 hours and to use ice, NSAIDs, or Tylenol for pain as needed. The patient will call immediately with any signs of infection or allergic reaction. The patient will return as needed.

Medication NDC#:0703-0045-01
Medication Lot#:31326734c
Medication Exp:10/2020.

Lidocaine/Marcaine NDC#:0409-4276-17
Lidocaine/Marcaine Lot#:90-030-DK
Lidocaine/Marcaine Exp: 06//2020

## Assessment / Plan

. **Swelling of hand** - Left -

recent left hand and wrist swelling, with her history of psoriasis when can consider psoriatic arthritis as the possible etiology. However, the nature of the swelling is somewhat atypical especially as his more diffuse and raises concerns about possibility of complex regional pain. Interestingly, she has history of right upper extremity complex regional pain syndrome.

I would like to give her a therapeutic trial of corticosteroid injection in the left wrist to see if this alleviates her symptoms. I would still like her to continue with the current dose of Humira.

R22.32: Localized swelling, mass and lump, left upper limb

Return to Office

- THERESA A WILP, APRN for RECHECK at PAIN MEDICINE on 09/30/2019 at 09:15 AM
- COLLIN ST. CLAIR, DO for RECHECK at FAMILY MEDICINE ANDOVER on 11/21/2019 at 09:15 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/12/2020 at 09:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

Encounter Sign-Off

Encounter signed-off by SYED HAIDER ABBAS, MD, 09/05/2019.

Encounter performed and documented by SYED HAIDER ABBAS, MD
Encounter reviewed & signed by SYED HAIDER ABBAS, MD on 09/05/2019 at 10:28am

**Encounter Date: 08/21/2019**

Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 08/21/2019 11:00AM |
| | | **Service Dept.** | FAMILY MEDICINE ANDOVER |
| **Provider** | COLLIN ST. CLAIR, DO | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # : 09221968<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

Chief Complaint

ESTABLISH CARE

Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (901) 385-3600, Fax (800) 391-9707
COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621

Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 08/21/2019 11:05 am | **Wt:** | 179 lbs 08/21/2019 11:05 am | **BMI:** | 28 08/21/2019 11:05 am |
| **BP:** | 128/85 sitting R arm 08/21/2019 11:16 am | **Pulse:** | 91 bpm 08/21/2019 11:16 am | **RR:** | 16 08/21/2019 11:16 am |
| **O2Sat:** | 98% Room Air at Rest 08/21/2019 11:17 am | | | | |

Allergies

**REECE, JAMIE H (id #21591363, dob:**

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) every day by oral route at bedtime. | 06/20/19 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **Estrace 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 08/21/19 | entered |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit**<br>Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days. | 08/12/19 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 08/06/19 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 04/18/19 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems

- Globus sensation - Onset: 07/13/2017
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
**Family Medicine**
Non-smoker
Chewing tobacco: none
Tobacco-years of use: 0
Tobacco cessation counseling provided date: (Notes: tdotson14 answered No to the Tobacco cessation counseling provided question on 04/09/2019.)
Alcohol intake: Occasional
Marital status: Married
Occupation: Toyota/on medical leave
Illicit drugs: no
Tobacco Smoking Status: Never smoker
Smokeless Tobacco Status: Never used smokeless tobacco
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 08/05/2019

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

Reviewed GYN History

## Obstetric History

Reviewed Obstetric History

## Past Medical History

Reviewed Past Medical History
Allergies/Hayfever: **Y**
Chicken Pox: **Y**
Headaches: **Y**
Vision or Eye Problems: **Y - glasses**

## HPI

Jamie is a 50-year-old non-smoking female with history of psoriatic arthritis, IBS, chronic right shoulder pain, and hysterectomy now on HRT presenting to establish care. Patient previously following with family practice Associates.

Psoriatic arthritis-doing well on Humira. Follows with rheumatology.

IBS-follows with gastroenterology. Currently on amitriptyline, Nexium.

Complex regional pain syndrome-symptoms currently stable on Lyrica, tizanidine. Follows with pain management.

HRT-currently on estradiol 1 mg daily. Management by Dr. Green with women's care. Symptoms stable.

GAD- on problem list. Denies this being active problem. Denies excessive anxiety.

Allergies-on Zyrtec.

Heart palpitations-Occasional, chronic, previous work-up negative. Not problematic to patient.

## ROS

**Additionally reports:**

**Full ROS reviewed per document to be scanned into chart.**

## Physical Exam

Patient is a 50-year-old
female.

GENERAL: Well-developed. Well-nourished. No acute distress.
EYES: No erythema or discharge.
HEAD: Normocephalic. Atraumatic.
CARDIOVASCULAR: Regular rate and rhythm. No murmurs appreciated.
RESPIRATORY: Lungs clear to auscultation bilaterally. No wheezing/rales/rhonchi. Normal work of breathing.
MUSCULOSKELETAL: Moving all extremities. Gait intact.
GASTROINTESTINAL: Soft. Non-tender. Non-distended.
SKIN: Warm and dry. Normal color.
NEUROLOGICAL: Awake and alert.
PSYCHOLOGICAL: Normal judgment, insight, mood, and affect.

## Assessment / Plan

Jamie is a 50-year-old non-smoking female with history of psoriatic arthritis, IBS, chronic right shoulder pain, and hysterectomy now on HRT presenting to establish care. Patient previously following with family practice Associates.

# Health Maintenance

Colonoscopy: Discuss at follow-up

Pap: Hysterectomy

Mammogram: Normal 2019 per patient

Shingrix: Discuss at follow-up

Hepatitis A: Discuss at follow-up

HIV: Declined, negative during pregnancy

. **Psoriatic arthritis** -

--Symptoms stable. Continue Humira and management per rheumatology.

L40.50: Arthropathic psoriasis, unspecified

. **Irritable bowel syndrome with diarrhea** -

--Symptoms stable. Continue current amitriptyline, Nexium.

K58.0: Irritable bowel syndrome with diarrhea

. **Complex regional pain syndrome** -

--Stable. Continue current Lyrica, tizanidine, and management per pain clinic.

M89.00: Algoneurodystrophy, unspecified site

- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS

. **Palpitations** -

--Chronic, unchanged. Not concerning/problematic to pt. No concerning associated symptoms. Pt reports negative work-up previously. CTM.

R00.2: Palpitations

- PALPITATIONS: CARE INSTRUCTIONS

. **Hormone replacement therapy** -

--Discussed risks/benefits of ERT. Continue management per Dr. Green (OBGYN, Women's care).

Z79.890: Hormone replacement therapy

- HORMONE THERAPY (HT): CARE INSTRUCTIONS

. **Allergic rhinitis** -

--Continue zyrtec.

J30.9: Allergic rhinitis, unspecified

- ALLERGIES: CARE INSTRUCTIONS
- MANAGING YOUR ALLERGIES: CARE INSTRUCTIONS

. **Adult health examination** -

Z00.00: Encounter for general adult medical examination without abnormal findings

- LIPID PANEL
- GLYCOHEMOGLOBIN A1C

### Return to Office

- THERESA A WILP, APRN for RECHECK at PAIN MEDICINE on 09/30/2019 at 09:15 AM
- COLLIN ST. CLAIR, DO for RECHECK at FAMILY MEDICINE ANDOVER on 11/21/2019 at 09:15 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/12/2020 at 09:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

### Encounter Sign-Off

Encounter signed-off by COLLIN ST. CLAIR, DO, 08/21/2019.
Encounter performed and documented by COLLIN ST. CLAIR, DO
Encounter reviewed & signed by COLLIN ST. CLAIR, DO on 08/21/2019 at 2:56pm

**Encounter Date: 08/12/2019**

### Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 08/12/2019 08:15AM |
| | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SYED HAIDER ABBAS, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # : 09221968<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

### Chief Complaint

None recorded.

Patient's Care Team

Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (901) 385-3600, Fax (800) 391-9707
COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621

Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 08/12/2019 08:31 am | **Wt:** | 180 lbs 08/12/2019 08:31 am | **BMI:** | 28.2 08/12/2019 08:31 am |
| **BP:** | 112/82 sitting R arm 08/12/2019 08:33 am | **BP Cuff Size:** | adult 08/12/2019 08:33 am | **Pulse:** | 76 bpm regular 08/12/2019 08:32 am |
| **RR:** | 18 08/12/2019 08:32 am | | | | |

Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

Medications

Reviewed Medications

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) every day by oral route at bedtime. | 06/20/19 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit**<br>Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days. | 08/12/19 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 08/06/19 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 04/18/19 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

Vaccines

None recorded.

Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018

- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Abdominal pain - Onset: 04/23/2019
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 08/05/2019
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**

## HPI

she is seen today as a follow up on PsA and CRPS.

last visit was in 2/2019.

she was off the Humira, just went back on Humira at 40 mg q 2 weeks.

Remains with Dr Roden for the right arm CRPS.

On Lyrica 100 mg po q 8 hours.

further on anti-depressant.

unable to tolerate the right arm compression sleeve.

unable to tolerate the gabapentin due to GI up set.

otherwise, she remains fairly stable.

## ROS

Patient reports **swelling in the extremities (right arm. ); chronic pains in neck.** . She reports **psoriasis**. She reports **paresthesia (right arm.
chronic and stable)**. She reports **depression**; **sstable**. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no pleuritic chest pain, no shortness of breath when walking, no shortness of breath when lying down, and no Raynaud's Phenomenon. She reports no cough, no wheezing, no shortness of breath, and no coughing up blood.
**ROS as noted in the HPI**

## Physical Exam

Patient is a 50-year-old
female.

**Constitutional:** General Appearance: **overweight**. Level of Distress: NAD.

**Lungs:** Respiration: no dyspnea and good air movement. Percussion: no dullness, flatness, or hyperresonance. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal and CTA except as noted.

**Cardiovascular System:** Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no JVD. Pulses including femoral / pedal: normal throughout.

**Musculoskeletal System:** Joints, Bones, and Muscles: normal movement of all extremities;**stable.
without active synovitis or effusions noted. No dactylitis noted**. Extremities: **edema** (**minimal right arm, secondary to CRPS**).

**Neurological Exam:** Motor: **no acute process.**
.

## Assessment / Plan

. **Psoriasis with arthropathy** -

pleasant 50-year-old female with chronic well-controlled psoriatic arthritis.

Unfortunately, she and to come off the Humira due to some insurance and pharmacy issue. Most recently she went back on the Humira at 40 mg every 2 weeks. Both skin and joints are doing well now.

No side effects reported.

No interval infections reported.

I have suggested her to continue with the current dose of Humira. Follow up with the labs today.

she has had some elevations of liver enzymes with methotrexate used which we have stopped.

She can continue to follow her liver functions with the family doctor.

follow up with a TB test every 12 months and CBC every 3 months while taking Humira.

L40.50: Arthropathic psoriasis, unspecified

- PSORIASIS: CARE INSTRUCTIONS
- Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit - Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days. Qty: 3 kit(s) of 2 Refills: 3 Pharmacy: ACCREDO Note to Pharmacy: fill when due

. **Complex regional pain syndrome** -

Please see my previous notes for details.

Briefly, has CRPS Type I, right arm after right shoulder and elbow injury due to repititive work at Toyota factory. Initially symptoms started some time early January 2018.

she is currently followed at the pain management clinic and is now on Lyrica at 100 mg 3 times a day.

She will continue with the suggestions of the pain management clinic..

M89.00: Algoneurodystrophy, unspecified site

- LEARNING ABOUT HEALTHY WEIGHT
- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS

. **Long-term drug therapy** -

needs to have a CBC today.

Repeat TB test in summer.

Z79.899: Other long term (current) drug therapy

- CBC
- QTB GOLD

Return to Office

- COLLIN ST. CLAIR, DO for NEW PATIENT at FAMILY MEDICINE ANDOVER on 08/21/2019 at 11:00 AM
- THERESA A WILP, APRN for RECHECK at PAIN MEDICINE on 09/30/2019 at 09:15 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/12/2020 at 09:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

Encounter Sign-Off

Encounter signed-off by SYED HAIDER ABBAS, MD, 08/12/2019.
Encounter performed and documented by SYED HAIDER ABBAS, MD
Encounter reviewed & signed by SYED HAIDER ABBAS, MD on 08/12/2019 at 9:01am

**Encounter Date: 08/05/2019**

Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 08/05/2019 09:45AM |
| **DOB** | 09/22/1968 | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY | | |

Case Injury Date : 01/30/2018
Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC
Insurance # : 09221968
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: EXPRESS SCRIPTS - Member is eligible. details

## Chief Complaint

medication follow up, arm pain

Jamie Reece 50 y/o female is following up on complex regional sydrome, in the setting of medication management patient notes relief with the lyrica 100 mg TID. She does not some electrical shocks that radiates down the right arm at times. Pain today is rated as 3 today

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (901) 385-3600, Fax (800) 391-9707
COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 08/05/2019 10:13 am | **Wt:** | 171 lbs 08/05/2019 10:13 am | **BMI:** | 26.8 08/05/2019 10:13 am |
| **BP:** | 118/62 sitting 08/05/2019 10:14 am | **Pain Scale:** | 3 08/05/2019 10:15 am | | |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) every day by oral route at bedtime. | 06/20/19 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **Humira 40 mg/0.8 mL subcutaneous syringe kit**<br>Inject 40 mg every 2 weeks by subcutaneous route. | 07/17/19 | prescribed |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit**<br>Inject 0.4 mL every 2 weeks by subcutaneous route. | 07/24/19 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 08/05/19 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |

| | | |
|---|---|---|
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 04/18/19 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Abdominal pain - Onset: 04/23/2019
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability<br>- Arthritis |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Most Recent Tobacco Use Screening: 08/05/2019

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Headaches: **Y**

## HPI

50-year-old female presenting for follow-up with regards to medication management in the setting of CRPS of the right upper extremity. At her last appointment, patient was dose escalated on her Lyrica to 100 mg 3 times a day.

## ROS

Patient reports **muscle aches, muscle weakness, arthralgias/joint pain, and back pain**but reports no swelling in the extremities and no neck pain. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise

intolerance. She reports no dry eyes, no visio ange, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose prob s, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no o bnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walkin shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no whe g, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, n usea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GER he reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, n l urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no los consciousness, no weakness, no numbness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She orts no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She rep no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:**General Appearance: healthy earing, well-nourished, and well-developed. Level of Distress: NAD.

**Psychiatric:**Mental Status: normal mood and ct and active and alert. Orientation: to time, place, and person.

**Head:**Head: normocephalic and atraumatic.

**Eyes:**EOM: EOMI.

**Lungs:**Respiratory effort: no dyspnea.

**Cardiovascular System:**Heart Auscultation: RRR.

**Abdomen:**Bowel Sounds: normal. Inspection Palpation: soft and non-distended.

**Musculoskeletal::**Joints, Bones, and Muscle ormal movement of all extremities and**tenderness** (**cervical paraspinals and trapezius muscles**).

**Motor Strength:**Motor Strength and Tone: no l and normal tone. C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion eps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on t ight: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abducti ngers 5/5.

**Neurologic:**Cranial Nerves: grossly intact. S tion: grossly intact.

**Skin:**Inspection and palpation: no rash or lesions.

**Spine - Special Tests:**Cervical Spine negativ ial loading test and Spurling's test and (normal) cervical spine. Other Findings **Myofascial pain**.

## Assessment / Plan

50-year-old female presenting for follow-up w egards to medication management in the setting of CRPS of the right upper extremity. At her last appointment, patient ha r Lyrica dose adjusted to 100 mg 3 times a day. She returns today noting good improvement in symptoms with the use of the dication. She reports mild cognitive symptoms but notes that they have improved over the course of the month. She reports tha y are not infringing on her ability to function nor do they affect her overall activities throughout the day. She is quite hap ith her medication regimen at current. She does no benefit with the use of tizanidine for her muscle spasms into her nec d shoulders. She continues to do massage therapy with benefit. We'll plan to refill her medications for 2 month supply. I ha ersonally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate tient has a signed pain management agreement per clinic policy. Urine drug screen is up to date and appropriate as per K cky medical board guidelines. The medication is or continues to be in the best interest of patient centered care. Schedule II, r IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed the patient. Patient will follow-up in 2 months for further evaluation.

. **Complex regional pain syndrome**

M89.00: Algoneurodystrophy, unspecified site

- Lyrica 100 mg capsule - Take 1 capsule(s) 3 times a day by oral route. Qty: 90 capsule(s) Refills: 2 Pharmacy: WALMART PHARMACY 3894

**Patient Instructions**

WRAP-UP

Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- Refill Lyrica

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

**Discussion Notes**

Spent 25 total minutes with the patient today. Greater than 50% of this time was spent counseling/coordination of care as documented in my assessment and plan above.

## Return to Office

- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 08/12/2019 at 08:15 AM
- THERESA A WILP, APRN for RECHECK at PAIN MEDICINE on 09/30/2019 at 09:15 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 08/05/2019.

Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 08/05/2019 at 10:25am

**Encounter Date: 07/08/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 07/08/2019 09:30AM |
| | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # : 09221968<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

arm pain, medication follow up

Jamie Reece 50 y/o female is following up on medication management in the setting of CRPS. Regiment of Lyrica 75mg BID, she returns to clinic today noting minimal benefit with this regiment she states she is still having pain in the right arm. She denies any

adverse reactions with this medication just notes pain complaints

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

07/08/2019 10:01 am

| | | |
|---|---|---|
| **Ht:** 5 ft 7 in | **Wt:** 173 lbs | **BMI:** 27.1 |
| **BP:** 112/68 sitting | **Pain Scale:** 4 | |

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) every day by oral route at bedtime. | 06/20/19 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 03/11/19 | prescribed |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route as needed. | 11/16/18 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 07/08/19 | prescribed |
| **Lyrica 50 mg capsule**<br>Take 1 capsule(s) twice a day by oral route. | 05/29/19 | prescribed |
| **Lyrica 75 mg capsule**<br>Take 1 capsule(s) twice a day by oral route. | 06/10/19 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 04/18/19 | prescribed |
| **traMADol 50 mg tablet** | 12/20/18 | prescribed |

Take 1 tablet(s) twice a day by oral route as needed.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Abdominal pain - Onset: 04/23/2019
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Headaches: **Y**

## HPI

50yo female presenting for follow-up with regards to medication management in the setting of CRPS of the right upper extremity. At her last appointment, patient had her medication escalated to Lyrica 75 mg twice a day. She notes minimal benefit in symptoms. She continues to note muscle discomfort through the right shoulder and shoulderblade as well as neuropathic pain and swelling through the forearm and wrist.

## ROS

Patient reports **muscle aches, muscle weakness, arthralgias/joint pain, and back pain**but reports no swelling in the extremities and no neck pain. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur,

and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD.

**Psychiatric:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: non-injected and no discharge. Pupils: PERRLA.

**Lungs:** Respiratory effort: no dyspnea.

**Cardiovascular System:** Heart Auscultation: RRR.

**Abdomen:** Bowel Sounds: normal. Inspection and Palpation: soft and non-distended.

**Musculoskeletal::** Joints, Bones, and Muscles: normal movement of all extremities and **tenderness** (**RIGHT lateral wrist and forearm**).

**Motor Strength:** Motor Strength and Tone: normal and normal tone. C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

**Neurologic:** Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no rash or lesions.

**Spine - Special Tests:** Cervical Spine (normal) cervical spine. Other Findings **Myofascial pain** (**RIGHT cervical paraspinals, trapezius and rhomboids**).

## Assessment / Plan

50-year-old female presenting for follow-up with regards to CRPS of the right upper extremity. Patient previously been on gabapentin with good improvement in symptoms but had to transition to Lyrica secondary to GI side effects. At her last appointment, Lyrica was dose escalated to 75 mg twice a day. She reports minimal improvement in symptoms with the use of Lyrica. She presently complains of right neck, shoulder and shoulder blade discomfort with associated muscle spasms. She also has neuropathic pain and swelling in her right forearm and wrist. She'll longer wears her compression sleeve secondary to skin irritation. We discussed dose escalation of Lyrica to 100 mg 3 times a day. Side effects reviewed with the patient today including sedation and weight gain. I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient has a signed pain management agreement per clinic policy. Urine drug screen is up to date and appropriate as per Kentucky medical board guidelines. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient. We also reiterated the importance of addressing her myofascial pain in her neck and shoulder. She continues to hold off on physical therapy she does do massage therapy and twice monthly which does offer benefit. Patient will follow up in 1 month for further evaluation.

. **Complex regional pain syndrome**
M89.00: Algoneurodystrophy, unspecified site

- Lyrica 100 mg capsule - Take 1 capsule(s) 3 times a day by oral route. Qty: 90 capsule(s) Refills: 0 Pharmacy: WALMART PHARMACY 3894

**Patient Instructions**

WRAP-UP
Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- INCREASE Lyrica

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

**Discussion Notes**

Spent 25 total minutes with the patient today. Greater than 50% of this time was spent counseling/coordination of care as documented in my assessment and plan above.

## Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 08/05/2019 at 09:45 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 08/12/2019 at 08:15 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 07/08/2019.
Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 07/08/2019 at 10:39am

**Encounter Date: 06/10/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 06/10/2019 09:45AM |
| | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # : 09221968<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

neck pain, shoulder pain, medication follow up

Jamie Reece 50 y/o female is following up neck and right shoulder pain in the setting of psoriatic arthritis, patient is under medication management which consist of tizanidine and lyrica 5o mg BID patient reports today she is able to tolerate the lyrica moreover than the gabapentin. Patient does however notes that she has been waking up with pain and doesn't think the dose is

strong enough. Pain today is rated as a 3 still being constant throughout the day

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

06/10/2019 10:07 am

| | | |
|---|---|---|
| **Ht:** 5 ft 7 in | **Wt:** 173 lbs | **BMI:** 27.1 |
| **BP:** 122/76 sitting | **Pain Scale:** 3 | |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) every day by oral route at bedtime. | 04/29/19 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 03/11/19 | prescribed |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route as needed. | 11/16/18 | prescribed |
| **Lyrica 50 mg capsule**<br>Take 1 capsule(s) twice a day by oral route. | 05/29/19 | prescribed |
| **Lyrica 75 mg capsule**<br>Take 1 capsule(s) twice a day by oral route. | 06/10/19 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 04/18/19 | prescribed |
| **traMADol 50 mg tablet**<br>Take 1 tablet(s) twice a day by oral route as needed. | 12/20/18 | prescribed |
| **ZyrTEC 10 mg capsule** | 11/17/17 | entered |

Take 1 capsule(s) every day by oral route.

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Abdominal pain - Onset: 04/23/2019
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Headaches: **Y**

## HPI

50-year-old female presenting for follow-up with regards to medication management in the setting of CRPS of the right shoulder. Patient began to note GI side effects last month which she attributed to Gabapentin. Patient was transitioned from Gabapentin to Lyrica.

## ROS

Patient reports **muscle aches, muscle weakness, arthralgias/joint pain, and neck pain**but reports no swelling in the extremities. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no

migraines, no headaches, and no tremor. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and normal body habitus. Level of Distress: NAD.

**Psychiatric:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Pupils: PERRLA. EOM: EOMI.

**Lungs:** Respiratory effort: no dyspnea.

**Cardiovascular:** Heart Auscultation: RRR.

**Abdomen:** Inspection and Palpation: soft, non-distended, and no tenderness.

**Musculoskeletal::** Motor Strength and Tone: normal tone and motor strength. Joints, Bones, and Muscles: **tenderness** (**R cervical paraspinals and trapezius**). Extremities: no cyanosis.

**Neurologic:** Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no rash, lesions, or ulcer.

**Cervical Spine:** Inspection: alignment normal. Soft Tissue Palpation on the Right: **tenderness of the paracervicals**, **the scalene muscle**, **the trapezius**, and **the rhomboid**.

**Motor Strength:** C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

## Assessment / Plan

50yo female presenting for follow-up with regards to medication management in the setting of CRPS of the right upper extremity. Patient continues to endorse a significant myofascial component to her pain specifically through the cervical paraspinal musculature and trapezius muscles on the right. She continues to do massage therapy which she does find beneficial. We discussed referral back to physical therapy for dry needling and myofascial release. She would like to further consider this option before committing to physical therapy referral. Current medication regiment consists of Lyrica 50 mg twice a day. She began experiencing GI side effects over the last month and attributed her symptoms to gabapentin use. As such she was transitioned to Lyrica and does feel that the medication adjustment was beneficial. She doesn't feel like it was as strong as her relief that she was getting from gabapentin. She denies any adverse side effects. We'll plan to dose escalate her Lyrica to 75 mg twice a day today. Side effects were reviewed with patient including sedation and weight gain. We will plan to repeat urine drug screen as per Kentucky medical board guidelines. I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient signed pain management agreement per clinic policy. Urine drug screen was ordered today as per Kentucky medical board guidelines. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient. Patient will follow-up in one month for further evaluation.

. **Complex regional pain syndrome**

M89.00: Algoneurodystrophy, unspecified site

- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS
- Lyrica 75 mg capsule - Take 1 capsule(s) twice a day by oral route. Qty: 60 capsule(s) Refills: 0 Pharmacy: WALMART PHARMACY 3894

**Long-term drug therapy**

Z79.899: Other long term (current) drug therapy

- HIGH RISK DRUG PANEL

Prescribed Relevant Medications: lyrica
Date of last dose: 06/10/2019
Time of last dose: 9am

**Patient Instructions**

WRAP-UP
Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- INCREASE Lyrica

- UDS

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

**Discussion Notes**

Spent 25 total minutes with the patient today. Greater than 50% of this time was spent counseling/coordination of care as documented in my assessment and plan above.

## Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 07/09/2019 at 09:30 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 08/12/2019 at 08:15 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 06/10/2019.
Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 06/10/2019 at 11:15am

**Encounter Date: 04/29/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 04/29/2019 10:00AM |
| | | **Service Dept.** | SURGERY SCHEDULE |
| **Provider** | AN-YU CHEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # : 09221968<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017 | | |

**REECE, JAMIE H (id #21591363, dob:**
Prescription: ESI1 - Member is eligible. details

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider (Primary Insurance):** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider (Worker's Comp):** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 04/23/2019)
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Medications not reviewed (last reviewed 04/23/2019)

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) every day by oral route at bedtime. | 04/29/19 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 03/11/19 | prescribed |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route as needed. | 11/16/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 04/18/19 | prescribed |
| **traMADol 50 mg tablet**<br>Take 1 tablet(s) twice a day by oral route as needed. | 12/20/18 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Abdominal pain - Onset: 04/23/2019
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 04/09/2019)

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Social History not reviewed (last reviewed 04/09/2019)
**Gastroenterology**
Tobacco cessation counseling provided?: N
Occupation: unemployed
Marital status: Married
Alcohol intake: Occasional
Illicit drugs: no
Drugs Abused: no
Smoking Status: Never smoker

## Surgical History

Surgical History not reviewed (last reviewed 04/09/2019)

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Past Medical History not reviewed (last reviewed 04/09/2019)
Acid Reflux (GERD): **Y**
Allergies/Hayfever: **Y**
Chicken Pox: **Y**
Headaches: **Y**

## Assessment / Plan

None recorded.

### Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 06/10/2019 at 09:45 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 08/12/2019 at 08:15 AM

## Encounter Sign-Off

Encounter signed-off by Melissa Blackwell, 04/30/2019.
Encounter performed and documented by AN-YU CHEN, MD
Encounter reviewed & signed by Melissa Blackwell on 04/30/2019 at 9:15am

**Encounter Date: 04/23/2019**

## Patient

| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 04/23/2019 02:30PM |
|---|---|---|---|

**REECE. JAMIE H (id #21591363, dob:**

**Service Dept.** GASTRO SB

**Provider** AN-YU CHEN, MD

**Insurance** Med Primary: BCBS-OH (PPO)
Insurance # : TOAAN1313675
Policy/Group # : 003320100TEAP064
PCP : FAMILY PRACTICE ASSOCIATES
Employer Name : TOYOTA
Med Worker's Comp: MSMM
Referring Provider Name : DONEGAN, RYAN P
Employer Name : KELLY SERVICES
Case # : SA211932PVY
Case Injury Date : 01/30/2018
Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC
Insurance # : 09221968
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: ESI1 - Member is eligible. details

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 04/23/2019 02:31 pm | **Wt:** | 173 lbs 04/23/2019 02:33 pm | **BMI:** | 27.1 04/23/2019 02:33 pm |
| **BP:** | 120/60 04/23/2019 02:35 pm | **Pulse:** | 72 bpm 04/23/2019 02:37 pm | **RR:** | 16 04/23/2019 02:35 pm |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 03/11/19 | prescribed |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route as needed. | 11/16/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |

Probiotic

| | | |
|---|---|---|
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 04/18/19 | prescribed |
| **traMADol 50 mg tablet**<br>Take 1 tablet(s) twice a day by oral route as needed. | 12/20/18 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

Vaccines

None recorded.

Problems

Problems not reviewed (last reviewed 04/09/2019)
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Abdominal pain - Onset: 04/23/2019
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

Family History

Family History not reviewed (last reviewed 04/09/2019)

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

Social History

Social History not reviewed (last reviewed 04/09/2019)
**Gastroenterology**
Tobacco cessation counseling provided?: N
Occupation: unemployed
Marital status: Married
Alcohol intake: Occasional
Illicit drugs: no
Drugs Abused: no
Smoking Status: Never smoker

Surgical History

Surgical History not reviewed (last reviewed 04/09/2019)

GYN History

(not configured)

Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

Past Medical History

Past Medical History not reviewed (last reviewed 04/09/2019)
Acid Reflux (GERD): **Y**
Allergies/Hayfever: **Y**
Chicken Pox: **Y**
Headaches: **Y**

## HPI

This is a pleasant 50 yof here for follow up regarding abd pain
Current status:no better after recent work up by Amy Collins
Symptoms:generalized dull achy pain with burning sensation
Treatments:PPIs
Additional info:Concerned about gastric cancer, +family history. Also claims that she was on PPI at the time of the h.pylori testing

## ROS

**Additionally reports:**

**CONSTITUTIONAL: No fever, chills, or weight loss**

**ENT: No ear pain. No sore throat.**
**CARDIOVASCULAR: No chest pain, No edema.**
**PULMONARY: no shortness of breath, or cough.**
**GI: As detailed in the HPI.**
**GU: no dysuria,**
**NEURO: no headaches, visual changes, numbness, tingling, weakness**
**ENDOCRINE: no history of thyroid problems, no weight gain**
**ALLERGY/IMMUNE: No immune deficiency or hay fever.**
**SKIN: No itching or rashes**
**PSYCH: No depression or anxiety**

## Physical Exam

Patient is a 50-year-old female.

GENERAL: Pleasant 50 years-old in no acute distress
HEENT: EOMI, no scleral icterus. no obvious oral lesions, mucous membranes moist.
NECK: Unrestricted range of motion.
HRT: Regular rate and rhythm. No obvious murmurs noted.
PULMONARY: Normal respiratory effort. No evidence of shortness of breath.
ABDOMEN: Moderate central obesity. Bowel sounds within normal limits. Soft, nontender, nondistended. No hepatosplenomegaly. There is no guarding or rebound.
SKIN: No jaundice. No rashes. Warm and dry.
MUSCULOSKELETAL: Gait within normal limits.
NEURO: No obvious weakness or gross deficit noted. No evidence of confusion.
PSYCH: Alert and oriented. Mood and affect within normal limits. Does not appear depressed.

## Assessment / Plan

. **Abdominal pain** -

Suspect IBS. May benefit from amitriptyline but pt prefers to wait until after evaluation

R10.9: Unspecified abdominal pain

- ABDOMINAL PAIN: CARE INSTRUCTIONS

. **Family history of Stomach cancer** -

Will assess with EGD.

Z80.0: Family history of malignant neoplasm of digestive organs

**)iscussion Notes**

I have discussed the situation, differential diagnosis, and recommendation with the patient. She express understanding and wishes to proceed as recommended.

## Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 06/10/2019 at 09:45 AM

- KATHERINE S RODEN, MD for RECHECK at : ... MEDICINE on ...
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 08/12/2019 at 08:15 AM

## Encounter Sign-Off

Encounter signed-off by AN-YU CHEN, MD, 04/23/2019.
Encounter performed and documented by AN-YU CHEN, MD
Encounter reviewed & signed by AN-YU CHEN, MD on 04/23/2019 at 3:02pm

**Encounter Date: 04/09/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 04/09/2019 09:15AM |
| | | **Service Dept.** | GASTRO SB |
| **Provider** | AMY KATHRYN COLLINS, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # : 09221968<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 04/09/2019 09:33 am | **Wt:** | 176 lbs 3.2 oz 04/09/2019 09:34 am | **BMI:** | 27.6 04/09/2019 09:34 am |
| **BP:** | 120/60 04/09/2019 09:39 am | **Pulse:** | 68 bpm 04/09/2019 09:40 am | **RR:** | 8 04/09/2019 09:40 am |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

**esomeprazole magnesium 40 mg capsule,delayed release** 02/25/19 renewed
TAKE 1 CAPSULE DAILY

| | | |
|---|---|---|
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 03/11/19 | prescribed |
| **Humira Pen 40 mg/0.8 mL subcutaneous kit**<br>Inject 0.8 mL every 2 weeks by sub-q route.<br>**Internal Note:** not taking since 12/2018 | 02/11/19 | entered |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route as needed. | 11/16/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed. | 02/11/19 | prescribed |
| **traMADol 50 mg tablet**<br>Take 1 tablet(s) twice a day by oral route as needed. | 12/20/18 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
**Gastroenterology**
Tobacco cessation counseling provided?: N
Occupation: unemployed
Marital status: Married
Alcohol intake: Occasional
Illicit drugs: no
Drugs Abused: no
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**
Allergies/Hayfever: **Y**
Chicken Pox: **Y**
Headaches: **Y**

## HPI

Jamie Reece is a 50 yr old female patient of Dr. Chen who is here today for epigastric pain for last 3 weeks. She reports this as a constant, dull ache. She reports bloating, weight gain, some dysphagia of pills (denies this as a problem though) and reflux that is controlled with esomeprazole. She has diarrhea, constipation that alternate, but says this is her normal bowel pattern. She denies nausea, vomiting, coffee ground emesis, food triggers, rectal bleeding, melena, reflux, heartburn, regurgitation, or respiratory symptoms.

## ROS

Patient reports **difficulty swallowing/ food sticking (pills, not a problem she wants to address at this time)** but reports no pain when swallowing, no indigestion or heartburn, no nausea and/or vomiting, not vomiting blood, and normal appetite. She reports **abdominal pain (epigastric), diarrhea, constipation, and excess gas or bloating** but reports no fullness after eatting, no blood in stool, no blacky or tarry stools, no change in bowel/bladder habits, and no pain when defecating. She reports **Irritable Bowel Syndrome** but reports no ulcerative colitis, no Crohn's disease, no family history of colon polyps or cancer, and no Barrett's Esophagus. She reports feeling fine, no fever, no chills, no weight gain, and no significant weight loss. She reports no blurred vision and no double vision. She reports no feeling of foreign body in throat. She reports no chest pain and no cardiac disease. She reports no jaundice, no history of chronic liver disease, and no hepatitis or exposure to hepatitis. She reports no change in skin color and no rashes. She reports good coordination, no weakness, no seizures, no headaches, no stroke, and no dizziness. She reports no psychiatric or emotional problems. She reports no history of thyroid disease and no hormonal changes. She reports no difficulty urinating. She reports no cough, no shortness of breath, and no lung disease.

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD.

**Psychiatric:** Mental Status: active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**ENMT:** Lips, Teeth, and Gums: no mouth or lip ulcers or bleeding gums and normal dentition. Oropharynx: moist mucous membranes.

**Lungs:** Respiratory effort: no dyspnea. Auscultation: breath sounds normal.

**Cardiovascular:** Heart Auscultation: normal S1 and S2 and RRR and no murmurs.

**Abdomen:** Bowel Sounds: normal. Inspection and Palpation: no tenderness, guarding, masses, rebound tenderness, or CVA tenderness and soft and non-distended.

**Neurologic:** Gait and Station: normal gait.

**Skin:** Inspection and palpation: no rash, lesions, or jaundice and good turgor.

## Assessment / Plan

. **Epigastric pain**
R10.13: Epigastric pain

**atient Instructions**

Recommend labs for fecal occult blood, CBC, CMP, amylase, lipase, abdominal US.

Recommend barium swallow to evaluate swallowing, patient declines at this time for this test.

Follow-up in 2 weeks, call for any questions or concerns. patient verbalized understanding.

Return to Office

- AN-YU CHEN, MD for RECHECK at GASTRO SB on 05/07/2019 at 03:15 PM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 06/10/2019 at 09:45 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 08/12/2019 at 08:15 AM

## Encounter Sign-Off

Encounter signed-off by AMY KATHRYN COLLINS, APRN, 04/11/2019.
Encounter performed and documented by AMY KATHRYN COLLINS, APRN
Encounter reviewed & signed by AMY KATHRYN COLLINS, APRN on 04/11/2019 at 10:23am

**Encounter Date: 03/11/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 03/11/2019 09:30AM |
| | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

neck pain, medication follow up

Jamie Reece 50 y/o female is following up on chronic neck,shoulder, and arm pain. Patient was taking gabapentin 800mg with some s/e resulting her to fall, so her dose was decreased to the 600mg tabs with a muscle relaxer. Patient states her pain is well controlled with this method with no s/e.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621**
WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 03/11/2019 09:58 am | **Wt:** | 174 lbs 03/11/2019 09:58 am | **BMI:** | 27.3 03/11/2019 09:58 am |

**BP:** 118/68 sitting
03/11/2019 09:59 am

**Pain Scale:** 4 03/11/2019 09:59 am

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **baclofen 10 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route. | 12/14/18 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **folic acid** | 02/11/19 | entered |
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 03/11/19 | prescribed |
| **gabapentin 800 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 02/11/19 | prescribed |
| **Humira Pen 40 mg/0.8 mL subcutaneous kit**<br>Inject 0.8 mL every 2 weeks by sub-q route.<br>**Internal Note:** not taking since 12/2018 | 02/11/19 | entered |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route as needed. | 11/16/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed. | 02/11/19 | prescribed |
| **traMADol 50 mg tablet**<br>Take 1 tablet(s) twice a day by oral route as needed. | 12/20/18 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018

- Incoordination - Onset: 07/23/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Headaches: **Y**

## HPI

50-year-old female presenting for follow-up with regards to neck and shoulder pain. Patient is currently followed by rheumatology, Dr. Abbas, for psoriatic arthritis currently maintained on Humira. She has repetitive work-related injury for her job at Toyota resulting in significant shoulder and upper arm pain. she did not tolerate transition to gabapentin 800 mg 3 times a day and as such was transitioned back to gabapentin 600 mg 3 times a day. Muscle relaxant was changed at her last visit from baclofen to tizanidine due to inadequate analgesia. She was also provided with a prescription for a TENS unit which has helped with pain relief.

## ROS

Patient reports **muscle aches, muscle weakness, arthralgias/joint pain, and neck pain**but reports no swelling in the extremities. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 50-year-old
female.

**Constitutional:**General Appearance: healthy-appearing, well-nourished, and normal body habitus. Level of Distress: NAD.

**Psychiatric:**Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and
person.

**Head:**Head: normocephalic and
atraumatic.

**Eyes:**Pupils: PERRLA. EOM: EOMI.

**Lungs:**Respiratory effort: no dyspnea.

**Cardiovascular:**Heart Auscultation: RRR.

**Abdomen:**Inspection and Palpation: soft, non-distended, and no tenderness.

**Musculoskeletal::**Motor Strength and Tone: normal tone and motor strength. Joints, Bones, and Muscles:**tenderness** (**R shoulder**). Extremities: no cyanosis.

**Neurologic:**Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:**Inspection and palpation: no rash, lesions, or ulcer.

**Cervical Spine:**Inspection: alignment normal. Soft Tissue Palpation on the Right:**tenderness of the paracervicals**, **the scalene muscle**, **the trapezius**, and **the rhomboid**.

**Motor Strength:**C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

## Assessment / Plan

50-year-old female presenting for follow-up with regards to medication management in the setting of CRPS of the right shoulder. She continues to notice significant muscular component through the right neck and shoulder. Her last appointment, gabapentin was increased to 800 mg 3 times a day. Patient reports significant cognitive changes with dose escalation and as such was titrated back down to gabapentin 600 mg 3 times a day. She does note improvement at this current medication dose. She denies any adverse side effects. Patient was also transitioned from baclofen to tizanidine to inadequate analgesia. Patient notes that changes with gabapentin she is yet to make that transition. She did obtain a TENS unit which she feels has helped some of her pain control. We discussed different options with regards to massage therapy including hot stone massage and avoiding deep tissue massage which has caused her discomfort in the past. Overall, patient reports that her pain is improved with her current treatment modalities. We will plan to refill gabapentin for 3 month supply. I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient has a signed pain management agreement per clinic policy. Urine drug screen is up to date and appropriate as per Kentucky medical board guidelines. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient. Patient will follow-up in 3 months for further evaluation.

**. Psoriatic arthritis**

L40.50: Arthropathic psoriasis, unspecified

- gabapentin 600 mg tablet - Take 1 tablet(s) 3 times a day by oral route. Qty: 90 tablet(s) Refills: 3 Pharmacy: COSTCO PHARMACY #1156

**Patient Instructions**

WRAP-UP

Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- Refill Gabapentin

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

**Discussion Notes**

Spent 25 total minutes with the patient today. Greater than 50% of this time was spent counseling/coordination of care as documented in my assessment and plan above.

## Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 06/10/2019 at 09:45 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 08/12/2019 at 08:15 AM

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 03/11/2019.
Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 03/11/2019 at 12:51pm

**Encounter Date: 02/11/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 02/11/2019 09:30AM |
| | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

neck pain

Mrs. Jamie H. Reece is a 50 y/o female following up for chronic neck and right arm pain. patient rates her pain a 4/10 on pain scale. She is taking Gabapentin 600 tid, Baclofen and has both Tramadol and Hydrocodone. She is currently in physical therapy.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621**
WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-

0526
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

02/11/2019 09:07 am

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in | **Wt:** | 177 lbs | **BMI:** | 27.7 |
| **BP:** | 108/76 | **Pain Scale:** | 4 | **Pain Scale Type:** | Numeric |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **baclofen 10 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route. | 12/14/18 | prescribed |
| **folic acid** | 02/11/19 | entered |
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 12/14/18 | prescribed |
| **gabapentin 800 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 02/11/19 | prescribed |
| **Humira Pen 40 mg/0.8 mL subcutaneous kit**<br>Inject 0.8 mL every 2 weeks by sub-q route.<br>**Internal Note:** not taking since 12/2018 | 02/11/19 | entered |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route as needed. | 11/16/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed. | 02/11/19 | prescribed |
| **traMADol 50 mg tablet**<br>Take 1 tablet(s) twice a day by oral route as needed. | 12/20/18 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017

- Psoriatic arthritis - Onset: 12/06/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Headaches: **Y**

## HPI

50-year-old female returning for follow-up with regards to shoulder pain. she continues to follow with rheumatology, Dr. Abbas, for psoriatic arthritis currently managed on Humira. Improve, patient's symptoms are related to repetitive work injury from her job at Toyota. Her current medication regimen consists of gabapentin 600 mg 3 times a day and tramadol 50 mg twice a day. She has not noticed any significant improvement from Tramadol. The patient did not tolerate Norco secondary to nausea/vomiting. She has recently restarted physical therapy.

## ROS

Patient reports **arthralgias/joint pain and neck pain** but reports no muscle aches, no muscle weakness, no back pain, and no swelling in the extremities; **right arm pain**. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and normal body habitus. Level of Distress: NAD.

**Psychiatric:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and

**Psychiatric:**Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:**Head: normocephalic and atraumatic.

**Eyes:**Pupils: PERRLA. EOM: EOMI.

**Lungs:**Respiratory effort: no dyspnea.

**Cardiovascular:**Heart Auscultation: RRR.

**Abdomen:**Inspection and Palpation: soft, non-distended, and no tenderness.

**Musculoskeletal::**Motor Strength and Tone: normal tone and motor strength. Joints, Bones, and Muscles:**tenderness** (**R shoulder**). Extremities: no cyanosis and **edema** (**mild, right arm**).

**Neurologic:**Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:**Inspection and palpation: no rash, lesions, or ulcer.

**Cervical Spine:**Inspection: alignment normal. Soft Tissue Palpation on the Right:**tenderness of the paracervicals**, **the scalene muscle**, **the trapezius**, and **the rhomboid**.

**Motor Strength:**C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

## Assessment / Plan

50-year-old female presenting for follow-up with regards to neck and shoulder pain. Patient is currently followed by rheumatology, Dr. Abbas, for psoriatic arthritis currently maintained on Humira. She has repetitive work-related injury for her job at Toyota resulting in significant shoulder and upper arm pain. She presents today with a compression sleeve to assist with edema. No temperature or color change noted. We have thoroughly reviewed the symptoms related to CRPS. Her current regimen consists of gabapentin 600 mg 3 times a day. At her last visit, we discussed initiating opioid therapy to help with severe exacerbations of pain. She has tried at this point nor occur as well as tramadol without significant improvement in symptoms. She returns today noting that gabapentin provides her with the best pain relief. She denies any adverse side effects that her current medication dose. We discussed us escalating gabapentin to 800 mg 3 times a day. Should this not significantly improved pain complaints, we discussed possible adjuvants at her next visit including Cymbalta or a TCA. Side effects were reviewed with her today regarding gabapentin including sedation and cognitive changes.

patient has started physical therapy with a new therapist and has noted Dobson Downs in terms of her ongoing neck pain. She is also started taking tissue massage therapy. Patient was advised to consider lidocaine patches following her massage sessions to help with swelling and discomfort. We also discussed initiation of a TENS unit to help with her exacerbations and neck pain. Prescription for TENS unit was provided today. She currently takes baclofen with some minor relief in her muscle spasms. She inquires about other muscle relaxants. We'll plan to discontinue baclofen today and initiate tizanidine. Side effects were reviewed with her including sedation.Patient will follow-up in one month for further evaluation.

. **Myofascial pain**

M79.10: Myalgia, unspecified site

- TENS UNIT - Use as directed. Qty: 1 Unit Refills: 0 Supplier: KENTUCKY ORTHO REHAB (KORT)
- tizanidine 4 mg tablet - Take 1 tablet(s) 3 times a day by oral route as needed. Qty: 90 tablet(s) Refills: 0 Pharmacy: WALMART PHARMACY 3894

. **Complex regional pain syndrome**

M89.00: Algoneurodystrophy, unspecified site

- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS
- gabapentin 800 mg tablet - Take 1 tablet(s) 3 times a day by oral route. Qty: 90 tablet(s) Refills: 0 Pharmacy: WALMART PHARMACY 3894

**Patient Instructions**

WRAP-UP

Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were

Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- TENS unit

- INCREASE Gabapentin 800mg TID

- DISCONTINUE Baclofen

- START Tizanidine

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

**Discussion Notes**

Spent 25 total minutes with the patient today. Greater than 50% of this time was spent counseling/coordination of care as documented in my assessment and plan above.

## Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 03/11/2019 at 09:30 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 08/12/2019 at 08:15 AM

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 02/11/2019.

Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 02/11/2019 at 9:43am

**Encounter Date: 02/11/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 02/11/2019 08:15AM |
| | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SYED HAIDER ABBAS, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

PSA; not taking Humira x 2mos

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

**REECE, JAMIE H (id #21591363, dob:**

## Patient's Pharmacies

**COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621**
WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 02/11/2019 08:20 am | **Wt:** | 175 lbs 02/11/2019 08:20 am | **BMI:** | 27.4 02/11/2019 08:20 am |
| **BP:** | 106/74 sitting L arm 02/11/2019 08:22 am | **BP Cuff Size:** | adult 02/11/2019 08:20 am | **Pulse:** | 80 bpm regular 02/11/2019 08:23 am |
| **RR:** | 18 02/11/2019 08:20 am | | | | |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **baclofen 10 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route. | 12/14/18 | prescribed |
| **folic acid** | 02/11/19 | entered |
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 12/14/18 | prescribed |
| **Humira Pen 40 mg/0.8 mL subcutaneous kit**<br>Inject 0.8 mL every 2 weeks by sub-q route.<br>**Internal Note:** not taking since 12/2018 | 02/11/19 | entered |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route as needed. | 11/16/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **traMADol 50 mg tablet**<br>Take 1 tablet(s) twice a day by oral route as needed. | 12/20/18 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017

- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**

## HPI

she is seen today as a follow up on PsA and CRPS.

She stopped the Humira in December, without our suggestions.

Felt can contribute to her numbness in the right arm, CRPS.

She is followed by Dr Roden in pain management.

She is using a compression sleeve in right arm, not sure if this is helping and thinks make her arm worse.

she is going to PT and also going to gym.

sshe remains quite frustrated with her right upper extremity complex regional pain syndrome symptoms and pains.

## ROS

Patient reports **swelling in the extremities (right arm. )**, **chronic pains in neck.** . She reports **psoriasis**. She reports **paresthesia (right arm. )**. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no pleuritic chest pain, no shortness of breath when walking, no shortness of breath when lying down, and no Raynaud's Phenomenon. She reports no cough, no wheezing, no shortness of breath, and no coughing up blood. She reports no depression, no sleep disturbances, no anxiety, and restful sleep.
**ROS as noted in the HPI**

## Physical Exam

**REECE, JAMIE H (id #21591363, dob:**

Patient is a 50-year-old
female.

**Constitutional:**General Appearance: **overweight**. Level of Distress: NAD.

**Lungs:**Respiration: no dyspnea and good air movement. Percussion: no dullness, flatness, or hyperresonance. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal and CTA except as noted.

**Cardiovascular System:**Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no JVD. Pulses including femoral / pedal: normal throughout.

**Musculoskeletal System:**Joints, Bones, and Muscles: **no active synovitis or effusions noted. No dactylitis noted**. Extremities: **edema** (**right arm, secondary to CRPS**).

**Neurological Exam:**Motor: **no acute process.**
.

Assessment / Plan

. **Psoriasis with arthropathy** -

a very pleasant 50-year-old female with chronic well-controlled psoriatic arthritis. Unfortunately, she is off the Humira injections since December 2018.

so far, her arthritic symptoms have remained under well control even though she is off the Humira for the last 6 weeks. I think at this point she can resume the Humira at 40 mg every Q4 weeks in order to prevent recurrence of reactivation of the psoriatic arthritis.

certainly, if she does show any activity of the disease he can always increase the dose to every 2 weeks.

she has had some elevations of liver enzymes with methotrexate used which we have stopped several months ago.

She can continue to follow her liver functions with the family doctor.

follow up with a TB test every 12 months and CBC every 3 months while taking Humira.

L40.50: Arthropathic psoriasis, unspecified

- PSORIASIS: CARE INSTRUCTIONS

. **Complex regional pain syndrome** -

Please see my previous notes for details.

Briefly, has CRPS Type I, right arm after right shoulder and elbow injury due to repititive work at Toyota factory. Initially symptoms started some time early January 2018.

On account of constant pain with worsening at times, she is not able to go back to work. Further, she is concerned about the repetitive nature of her job and because of worsening of these pains while at work. She is continue to follow by physical therapy. She is also seen pain management on my suggestion and has initiated gabapentin.

her examination today, continues to show some dependent edema of her right upper extremity along with some mild erythema but without any warmth. More for typical motor and sensory features seen with complex regional pain syndrome. As mentioned

without any warmth. More for typical motor and sensory features seen with complex regional pain syndrome. As mentioned above no active features of psoriatic arthritis noted on examination.

The whole body bone scan reviewed 10/2018: elbows, and wrists bilaterally. This represents degenerative change. There is focally increased uptake projecting along the greater tuberosity of the right humeral head. The calvarium appears normal. There are mild degenerative changes in the shoulders and sternoclavicular joints. The ribs appear normal.

There are mild degenerative changes throughout the spine. There are mild degenerative changes in the hips, knees, and feet.

she will continue to follow with pain management clinic and will maintain her exercise and physical therapy as per their directions. No further suggestions at this point.

M89.00: Algoneurodystrophy, unspecified site

- LEARNING ABOUT HEALTHY WEIGHT
- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS

. **Long-term drug therapy** -

needs to have a CBC today.

Repeat TB test in summer.

Z79.899: Other long term (current) drug therapy

- CBC

Return to Office

- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 08/12/2019 at 08:15 AM

Encounter Sign-Off

Encounter signed-off by SYED HAIDER ABBAS, MD, 02/11/2019.

Encounter performed and documented by SYED HAIDER ABBAS, MD
Encounter reviewed & signed by SYED HAIDER ABBAS, MD on 02/11/2019 at 9:03am

## Clinical Documents

Lexington Clinic ANDOVER

179.0

## ADULT (13 AND OLDER) PATIE

11650100w13059 Single Page ClinDoc

Date 8 5 17

NAME Jamie Reece CONTACT NUMBER PRIMARY CARE PROVIDER was FPA

MARITAL STATUS ☐ Single ☐ Married ☐ Separated ☐ Divorced ☐ Widowed

**CURRENT MEDICATIONS** (Include prescriptions, non-prescriptions, herbal medications and creams)

1. 5.
2. 6.
3. 7.
4. 8.

**DRUG OR SUBSTANCE ALLERGY** (Please describe reaction)

1. 5.
2. 6.

**PAST MEDICAL HISTORY** (Please check if any of the following apply)

☐ Asthma ☐ Diabetes ☐ Other
☐ Bipolar Disorder ☐ Heart Disease ☐ Other
☐ Blood Clot ☐ High Cholesterol ☐ Other
☐ Cancer Type ☐ High Blood Pressure ☐ Other
☐ COPD/Lung Disease ☐ Kidney Disease - Type
☐ Depression ☐ Liver Disease - Type

**PAST SURGICAL HISTORY** (Please check if any of the following apply)

☐ Appendectomy ☐ Gallbladder Removal ☐ Tubal Ligation
☐ Carotid Surgery ☐ Heart Surgery ☐ Vasectomy
☐ Cataract Removal ☑ Hysterectomy ☐ Other
☐ Colectomy/Colon Removal ☑ Tonsillectomy ☐ Other

**SOCIAL HISTORY** (Please fill out all that apply)

Do you smoke? ☐ Never ☐ Former Smoker - Number of Years ☐ Current - How many packs per day?
Do you drink alcohol? ☐ No ☐ Occasional - How often? 1 month ☐ Daily _ How much per day?
Do you have a history of substance/drug abuse? ☐ No ☐ Yes - Please describe
Occupation Toyota team member

**FEMALES ONLY** Last Menstrual Period Are you Pregnant? ☐ Yes ☐ No ☐ Unsure
Are you currently using birth control? ☐ No ☐ Yes - Method of Birth Control

**FAMILY HISTORY** (Please check if your mother, father, sisters or brothers have any of the following:)

| Diagnosis | Yes | No | Relationship to You, List All | Status |
|---|---|---|---|---|
| ASTHMA | | ✓ | | ☐ LIVING ☐ DECEASED |
| CANCER: (CIRCLE TYPE) PROSTATE COLON GYNECOLOGICAL BREAST OTHER | ✓ | | Father | ☐ LIVING ☐ DECEASED |
| DIABETES | | ✓ | | ☐ LIVING ☐ DECEASED |
| HEART ATTACK/HEART TROUBLE | | | Mother has stents/Father | ☐ LIVING ☐ DECEASED |
| HIGH BLOOD PRESSURE | ✓ | | Father | ☐ LIVING ☐ DECEASED |
| HIGH CHOLESTEROL | ✓ | | Father | ☐ LIVING ☐ DECEASED |
| KIDNEY DISEASE TYPE: | | ✓ | | ☐ LIVING ☐ DECEASED |
| LUNG DISEASE TYPE: | | ✓ | | ☐ LIVING ☐ DECEASED |
| STROKE | | ✓ | | ☐ LIVING ☐ DECEASED |
| SUBSTANCE/DRUG ABUSE | | ✓ | | ☐ LIVING ☐ DECEASED |
| OTHER | | | | ☐ LIVING ☐ DECEASED |

3099 Helmsdale Place | Lexington, KY 40509 | Phone: (859) 258-6401 | Fax: (859) 258-6438

**Lexington Clinic**
An-Yu Chen, M.D.

1225 S Broadway, Suite 200
Lexington, KY 40504
Ph :(859) 258-4950
Fax :(859) 258-4618

## ESOPHAGO GASTRO DUODENOSCOPY REPORT

| PATIENT NAME | SSN /ID | DOB | AGE | SEX | EXAM DATE | ATTENDING PHY | REFERRAL |
|---|---|---|---|---|---|---|---|
| JAMIE H REECE | 21591363 | | 50 | F | 04-29-2019 | An-Yu Chen, M.D. | Family Practice Assoc. |

**INDICATION** : Dysphagia
Abdominal pain
Family history of gastric cancer

**PHYSICAL EXAM** ; **HEENT :** Normal **LYMPH NODES :** None Felt **LUNGS :** Grossly Clear **HEART :** Normal **ABDOMEN :** Soft and None tender **MENTAL STATUS :** Alert and Oriented

**H&P Comments** : PT ASSESSED & INTERVIEWED PRIOR TO THE PROCEDURE

**VITAL SIGNS** : **BP :** 141/78 **RESPIRATION :** 15 **PULSE :** 62

**CONSENT** : Informed consent was obtained from the patient after providing opportunity for questions.

**PREPARATION** : EKG pulse, blood pressure and oxygen saturation monitored

**INSTRUMENT** : Olympus GIF-Q180 Video Gastroscope

**ALLERGIES** : See List On RN Form.

**ASA CLASS** : Per Anesthesia
**ANESTHESIA** : As per nurses notes.

**PROCEDURE** : The Gastroscope was gently passed through the incisoral orifice into the oral cavity and under direct visualization the esophagus was intubated. The endoscope was passed down the esophagus, through the stomach and into the duodenum. Color, texture, mucosa and anatomy were carefully examined with the scope. Esophageal dilation was performed by passing a 56F sized rubber or plastic dilators across the esophageal stricture to open it. The patient tolerated the procedure well and there were no complications. After completion of the examination, patient was transferred to the recovery room. Preparation was excellent.

## FINDINGS

**OROPHARYNX** - Normal
**ESOPHAGUS** - Maloney/Bougie dilation performed dilation of size 56fr. Treatment of dysphagia.
**EG JUNCTION** - Intact at 40 cms
**STOMACH** - **Cardia** : Normal
**Fundus** : Normal
**Body** : For histological analysis/H.pylori. Multiple biopsies taken.
**Antrum** : For histological analysis/H.pylori. Multiple biopsies taken.
**Pylorus** : Normal
**DUODENUM** - **Bulb** : Normal without evidence of ulcerations or bleeding
**2nd and 3rd Portion** : Normal

**IMPRESSION** - Symptomatic dysphagia treated with bougie dilation
Overall normal appearing EGD

**PLAN** - Wait for pathology report
Follow up with primary care physician




a.EGJunction


b.Body


c.Antrum


d.Duodenum 2nd and 3rd portion


**MD-Reports**
Reporting Solutions for all MD Specialties
Produced by Infinite Software Solutions Inc. Ph (718)982 1315 Email info@md-reports.com Websites www.infinitesoftsol.com & www.md-reports.com
Copy right © 2004 MD-Reports. A product of Infinite Software Solutions, Inc. All rights reserved

**Lexington Clinic**
An-Yu Chen, M.D.

1225 S Broadway, Suite 200
Lexington, KY 40504
Ph :(859) 258-4950
Fax :(859) 258-4618

| PATIENT NAME | SSN / ID | DOB | AGE | SEX | EXAM DATE | ATTENDING PHY | REFERRAL |
|---|---|---|---|---|---|---|---|
| JAMIE H REECE | 21591363 | | 50 | F | 04-29-2019 | An-Yu Chen, M.D. | Family Practice Assoc. |



Symptomatic therapy as indicated
Follow up EGD in about 3 years for repeat dilation
as clinically indicated

Signature : ______________________
( An-Yu Chen, M.D. )

Apr. 4. 2019 4:40PM KORT BRYAN STATION PT

KORT The Best In Rehab.
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

REECE, JAMIE 21591363 PHYSIC

| | | | |
|---|---|---|---|
| Patient: | Jamie Reece | Visit Date: | |
| Acct #: | 036-430317901 | FSC: | |
| DOB: | | Payor: | |
| Clinician: | Michael W. Hopper, PT | Pol/Claim: | 51418983x13059 First Page ClinDoc |
| Prim Phy: | Ben Kibler | Insured: | Not Specified |
| Phy Phone: | (859) 258-8575 | Employer: | Toyota |
| Phy Fax: | (859) 258-8562 | Case Mgr: | Not Specified |
| Sec Phy: | Not Specified | Visits: | 13 |
| Inj. Date: | 1/31/2018 | Cx/Ns: | 4 |
| Surg. Date: | Not Specified | | |

# Plan of Care

**Diagnoses**

| | | |
|---|---|---|
| Right Shoulder | M75.41 | Impingement syndrome of right shoulder |
| | G90.511 | Complex regional pain syndrome I of right upper limb |
| | M25.511 | Pain in right shoulder |

## Subjective Examination

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

**Questionnaires: Disabilities of the Arm, Shoulder and Hand (DASH):**

| | |
|---|---|
| • Date: | 04/04/2019 |
| • Test Name: | QuickDASH |
| • Assessment | Follow-up |
| • Disability/Symptom Score | 43.00 |

## Assessment

The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program. Based on this patient's clinical presentation, it is my professional opinion that the patient's prognosis at time of discharge is good. The patient was educated regarding their discharge prognosis and related pathology. The patient demonstrates good understanding of their home program instructions.

**Recommendations:**
- Skilled Intervention: No further skilled intervention required at this time. Patient demonstrating ability to independently manage symptoms with home exercises. Upper extremity strength, ROM and sensitivity has returned to normal levels.

## Problems & Goals

***Problem #1*** **Chief Complaint: Pain: Severity.**

| | |
|---|---|
| • At Worst | 6/10 |
| • Current | 2/10 |

*Goal Abandoned Apr 04, 2019. 90 % of Goal Met*

**Symptomatic Improvements:**
- Decreasing Pain: to 0/10.

***Problem #2*** **ADL / Functional Status: Current Status: Work status: Unable to work secondary to dysfunction.**

*Goal Abandoned Apr 04, 2019. patient progressed to independent management*

**ADL Improvements In:**
- Patient will return to work at least light duty with no more than 2/10 pain.

***Problem #3*** **Questionnaires: Disabilities of the Arm, Shoulder and Hand (DASH).**

| | |
|---|---|
| • Date: | 04/04/2019 |
| • Test Name: | QuickDASH |
| • Assessment | Follow-up |
| • Disability/Symptom Score | 43.00 |

*Goal Abandoned Apr 04, 2019. 80 % of Goal Met*

**Questionnaire Improvements: Disabilities of the Arm, Shoulder and Hand: Questionnaire:**
- Disability/Symptom Score 25.00

***Problem #4*** **Palpation: mild ttp at the right proximal pectoralis minor insertion and long head of the biceps.**

*Goal Abandoned Apr 04, 2019. 95 % of Goal Met*

**Palpable Improvements:**
- Tenderness Decreasing to: 0=No tenderness noted.

| ***Problem #5*** **Range of Motion: Shoulder: Pre-Treatment.** | **Left AROM** | **Right AROM** |
|---|---|---|
| • Abduction | 178 | 175 |

Patient: Jamie Reece
Acct #: 036-430317901
DOB:
Visit Date: Apr

REECE, JAMIE #21591363 PHY
* 51418983y13059 Last Page ClinC

| | | | |
|---|---|---|---|
| | • External Rotation - 90 deg | 90 | |
| | • Flexion(no extra pain) | 160 | |

*Goal Achieved Apr 04, 2019.*

**Range of Motion Improvements to:**

- Improved to WNL in all planes with no reports of pain.

| | | Left | Right |
|---|---|---|---|
| ***Problem #6*** | **Functional Tests: Movement: Apley's Scratch Test.** | **Left** | **Right** |
| | • IR - Combined(right feels tight, not pain) | To T6 | To T8 |

*Goal Achieved Apr 04, 2019.*

**Functional Improvements In:**

- Functional IR to at least the level of T8 to be able to wash back and fasten bra with no pain.

| | | Left | Right |
|---|---|---|---|
| ***Problem #7*** | **Muscle Testing: Upper Extremity MMT.** | **Left** | **Right** |
| | • Elbow Extension | 5/5 | 5/5 |
| | • Elbow Flexion | 5/5 | 5/5 |
| | • Scaption | 5/5 | 5/5 |
| | • Scapular Depression | +4/5 | +4/5 |
| | • Scapular Retraction | +4/5 | +4/5 |
| | • Shoulder Abduction: | 5/5 | 5/5 |
| | • Shoulder Extension | 5/5 | 5/5 |
| | • Shoulder External Rotation: | 5/5 | 5/5 |
| | • Shoulder Flexion: | 5/5 | 5/5 |

*Goal Achieved Apr 04, 2019.*

| | Left | Right |
|---|---|---|
| **Musculoskeletal Improvements In: Upper Extremity Strength to:** | **Left** | **Right** |
| • Gross Assessment | +4/5 | +4/5 |

**Plan**

Today's visit was designed to determine progress toward goals previously outlined. Based upon the clinical presentation and reasons outlined in the assessment, no further skilled care is necessary and the client is discharged. The patient is discharged due to meeting goals.

**Therapeutic Contents:**

- No further treatment required at this time.

[signature] PT DPT

Michael W. Hopper, PT, PT(KY Lic: 006740)
Signed on Apr 04, 2019 09:31:40

**Please Sign and Return**

I have reviewed the Plan of Care established for skilled therapy services and certify that the services are required and that they will be provided while the patient is under my care.

**Comments/Revisions**

[signature]

**Ben Kibler** Date

**Patient: Jamie Reece**

**DOB:**
**Facility Fax: (859) 293-6730**



## Imaging Results

**REECE, JAMIE H (id #21591363, dob:**

# US ABDOMEN COMPLETE

(#24221245, Final, 04/16/2019 8:00am)
Lexington Clinic East
100 N Eagle Creek Dr.
Lexington, KY 40509

Patient Name: JAMIE H REECE
Patient DOB:
Patient MRN: 3555141

Ordering Provider: COLLINS AMY KATHRYN

EXAM DATE: 04/16/2019

EXAM: US ABDOMEN COMPLETE

CLINICAL INFORMATION: Epigastric pain.

TECHNIQUE: Multiple sonographic images of the abdomen were obtained.

COMPARISON: None.

FINDINGS:
LIVER: Normal in size and echogenicity. No obvious focal lesion.

BILIARY SYSTEM: Gallbladder is normal in size and wall thickness. No stones are seen. No intrahepatic biliary dilatation. CBD measurement =
3 mm. Normal in size.

PANCREAS: Well visualized. Normal in size and echogenicity. No obvious
focal lesion.

RIGHT KIDNEY: Length = 10.2 cm. No hydronephrosis, mass or stone.

LEFT KIDNEY: Length = 10.6 cm. No hydronephrosis, mass or stone.

SPLEEN: Length = 8.2 cm. Normal in size echogenicity and echotexture.
No obvious focal lesion.

AORTA: Normal in diameter and course without evidence of aneurysm.

IMPRESSION: Normal sonogram of the abdomen.

Interpreted By: Shailendra Chopra, MD
Electronically Signed By: Shailendra Chopra, MD on 4/16/2019 9:14 AM

## Lab Results

**REECE, JAMIE H (id #21591363, dob:**

## CMP 01/15/2020 (#30950451, Final, 01/15/2020 10:43am)

| Note to Patient | Your metabolic panel showed normal kidney function, liver function, and electrolytes. Thanks, Dr. St. Clair |
|---|---|

| Ordering Provider | COLLIN ST. CLAIR, DO | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
|---|---|---|---|
| Specimen/Accession ID | S9150388 | Specimen Source | |
| Specimen Coll. Date | 01/15/2020 10:43 | Result Status | Final |
| Specimen Rec. Date | 01/15/2020 13:31 | Report Status | |
| Specimen Reported Date | 01/15/2020 14:33 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| **GLUCOSE** | **102** | **74-100** | **mg/dL** | **High** | **Final** | |
| BLOOD UREA NITROGEN | 13 | 6-20 | mg/dL | Normal | Final | |
| **CREATININE** | **0.96** | **0.50-0.95** | **mg/dL** | **High** | **Final** | |
| BUN/CREATININE RATIO | 14 | 10-20 | (calc) | Normal | Final | |
| SODIUM | 143 | 136-145 | mmol/L | Normal | Final | |
| POTASSIUM | 4.7 | 3.4-5.0 | mmol/L | Normal | Final | |
| CHLORIDE | 103 | 98-107 | mmol/L | Normal | Final | |
| CARBON DIOXIDE | 22 | 20-32 | mmol/L | Normal | Final | |
| ANION GAP | 18 | 7-25 | (calc) | Normal | Final | |
| CALCIUM | 9.9 | 8.6-10.2 | mg/dL | Normal | Final | |
| TOTAL PROTEIN | 8.0 | 6.4-8.3 | g/dL | Normal | Final | |
| ALBUMIN | 4.7 | 3.5-5.2 | g/dL | Normal | Final | |
| GLOBULIN | 3.3 | 1.5-4.5 | g/dL (calc) | Normal | Final | |
| ALBUMIN/GLOBULIN RATIO | 1.4 | 1.1-2.5 | (calc) | Normal | Final | |
| BILIRUBIN, TOTAL | 0.4 | 0.1-1.2 | mg/dL | Normal | Final | |
| ALKALINE PHOSPHATASE | 72 | 35-105 | U/L | Normal | Final | |
| AST | 24 | 0-32 | U/L | Normal | Final | |
| ALT | 11 | 0-33 | U/L | Normal | Final | |
| GFR AFRICAN AMERICAN | 79 | >= 60 | | Normal | Final | |
| GFR NON-AFRICAN AMERICAN | 68 | >= 60 | | Normal | Final | |

```
**NOTE**
NEW calculation for GFR is based on the National Kidney
Foundation CKD-EPI equation and allows for reporting GFR
values greater than 60 mL/min/1.73 m2.
This calculation has not been validated for patients less
than 18 yrs., pregnant women and Hispanics.

Chronic kidney disease is defined as kidney damage or
GFR less than 60 mL/min/1.73 m2 for 3 months or longer.
```

**REECE, JAMIE H (id #21591363, dob:**

# RBC MORPHOLOGY 01/15/2020 (#30949341, Final, 01/15/2020 10:43am)

| | | | |
|---|---|---|---|
| Ordering Provider | COLLIN ST. CLAIR, DO | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S9150388 | Specimen Source | |
| Specimen Coll. Date | 01/15/2020 10:43 | Result Status | Final |
| Specimen Rec. Date | 01/15/2020 12:55 | Report Status | |
| Specimen Reported Date | 01/15/2020 14:15 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| PLATELET MORPHOLOGY | NORMAL | | | Normal | Final | |
| **STOMATOCYTES** | **SLIGHT** | | | **Abnormal** | **Final** | |

**REECE, JAMIE H (id #21591363, dob:**

## CBC 01/15/2020 (#30949340, Final, 01/15/2020 10:43am)

| | |
|---|---|
| Note to Patient | CBC showed no concerning abnormalities. -Dr. St. Clair |

| | | | |
|---|---|---|---|
| Ordering Provider | COLLIN ST. CLAIR, DO | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S9150388 | Specimen Source | |
| Specimen Coll. Date | 01/15/2020 10:43 | Result Status | Final |
| Specimen Rec. Date | 01/15/2020 12:55 | Report Status | |
| Specimen Reported Date | 01/15/2020 14:15 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WHITE BLOOD CELLS | 4.8 | 3.8-10.8 | K/uL | Normal | Final | |
| RED BLOOD CELLS | 4.36 | 3.80-5.20 | M/uL | Normal | Final | |
| HEMOGLOBIN | 13.6 | 12.0-16.0 | G/DL | Normal | Final | |
| HEMATOCRIT | 40.0 | 35.0-47.0 | % | Normal | Final | |
| MCV | 92 | 80-100 | fL | Normal | Final | |
| MCH | 31 | 26-35 | PG | Normal | Final | |
| MCHC | 34 | 32-36 | G/DL | Normal | Final | |
| RDW | 13.3 | 11.0-15.0 | % | Normal | Final | |
| MPV | 8.0 | 6.2-10.5 | fL | Normal | Final | |
| PLATELET COUNT | 258 | 130-400 | K/uL | Normal | Final | |
| NEUTROPHIL,ABSOLUTE | 1.7 | 1.6-8.4 | K/uL | Normal | Final | |
| LYMPHOCYTE,ABSOLUTE | 2.7 | 0.4-5.1 | K/uL | Normal | Final | |
| MONOCYTE,ABSOLUTE | 0.3 | 0.0-1.2 | K/uL | Normal | Final | |
| EOSINOPHIL,ABSOLUTE | 0.1 | 0.0-0.8 | K/uL | Normal | Final | |
| BASOPHIL,ABSOLUTE | 0.0 | 0.0-0.3 | K/uL | Normal | Final | |
| | Smear reviewed to confirm cell morphology. | | | | | |
| **% NEUTROPHILS** | **36.5** | **42.0-78.0** | **%** | **Low** | **Final** | |
| **% LYMPHOCYTES** | **56.1** | **11.0-47.0** | **%** | **High** | **Final** | |
| % MONOCYTES | 5.7 | 0.0-11.0 | % | Normal | Final | |
| % EOSINOPHILS | 1.4 | 0.0-7.0 | % | Normal | Final | |
| % BASOPHILS | 0.3 | 0.0-3.0 | % | Normal | Final | |
| NUCLEATED RED CELLS | 0.1 | 0.0-0.9 | % | Normal | Final | |
| NUCLEATED RBCS, ABSOLUTE | 0.01 | NOT ESTAB. | K/uL | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob:**

## THYROID STIMULATING HORMONE (TSH) 01/15/2020 (#30948827, Final, 01/15/2020 10:43am)

| | |
|---|---|
| Note to Patient | Thyroid test was normal. -Dr. St. Clair |

| | | | |
|---|---|---|---|
| Ordering Provider | COLLIN ST. CLAIR, DO | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S9150388 | Specimen Source | |
| Specimen Coll. Date | 01/15/2020 10:43 | Result Status | Final |
| Specimen Rec. Date | 01/15/2020 13:31 | Report Status | |
| Specimen Reported Date | 01/15/2020 14:08 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| TSH | 3.540 | 0.290-5.500 | uIU/mL | Normal | Final | |

## RBC MORPHOLOGY 10/02/2019 (#28361453, Final, 10/02/2019 11:23am)

| | | | |
|---|---|---|---|
| Ordering Provider | SYED HAIDER ABBAS, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S6020397 | Specimen Source | |
| Specimen Coll. Date | 10/02/2019 11:23 | Result Status | Final |
| Specimen Rec. Date | 10/02/2019 11:56 | Report Status | |
| Specimen Reported Date | 10/02/2019 12:49 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| RBC MORPHOLOGY | NORMAL | | | Normal | Final | |
| PLATELET MORPHOLOGY | NORMAL | | | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob:**

# CBC 10/02/2019 (#28361452, Final, 10/02/2019 11:23am)

| | |
|---|---|
| Note to Patient | stable blood counts. |

| | | | |
|---|---|---|---|
| Ordering Provider | SYED HAIDER ABBAS, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S6020397 | Specimen Source | |
| Specimen Coll. Date | 10/02/2019 11:23 | Result Status | Final |
| Specimen Rec. Date | 10/02/2019 11:56 | Report Status | |
| Specimen Reported Date | 10/02/2019 12:49 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WHITE BLOOD CELLS | 5.8 | 3.8-10.8 | K/uL | Normal | Final | |
| RED BLOOD CELLS | 4.42 | 3.80-5.20 | M/uL | Normal | Final | |
| HEMOGLOBIN | 13.4 | 12.0-16.0 | G/DL | Normal | Final | |
| HEMATOCRIT | 40.6 | 35.0-47.0 | % | Normal | Final | |
| MCV | 92 | 80-100 | fL | Normal | Final | |
| MCH | 30 | 26-35 | PG | Normal | Final | |
| MCHC | 33 | 32-36 | G/DL | Normal | Final | |
| RDW | 13.0 | 11.0-15.0 | % | Normal | Final | |
| MPV | 7.8 | 6.2-10.5 | fL | Normal | Final | |
| PLATELET COUNT | 262 | 130-400 | K/uL | Normal | Final | |
| NEUTROPHIL,ABSOLUTE | 2.2 | 1.6-8.4 | K/uL | Normal | Final | |
| LYMPHOCYTE,ABSOLUTE | 3.2 | 0.4-5.1 | K/uL | Normal | Final | |
| MONOCYTE,ABSOLUTE | 0.3 | 0.0-1.2 | K/uL | Normal | Final | |
| EOSINOPHIL,ABSOLUTE | 0.1 | 0.0-0.8 | K/uL | Normal | Final | |
| BASOPHIL,ABSOLUTE | 0.0 | 0.0-0.3 | K/uL | Normal | Final | |
| | Smear reviewed to confirm cell morphology. | | | | | |
| **% NEUTROPHILS** | **37.6** | **42.0-78.0** | **%** | **Low** | **Final** | |
| **% LYMPHOCYTES** | **55.2** | **11.0-47.0** | **%** | **High** | **Final** | |
| % MONOCYTES | 5.7 | 0.0-11.0 | % | Normal | Final | |
| % EOSINOPHILS | 1.3 | 0.0-7.0 | % | Normal | Final | |
| % BASOPHILS | 0.2 | 0.0-3.0 | % | Normal | Final | |
| NUCLEATED RED CELLS | 0.1 | 0.0-0.9 | % | Normal | Final | |
| NUCLEATED RBCS, ABSOLUTE | 0.01 | NOT ESTAB. | K/uL | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob:**

# LIPID PANEL 08/21/2019 (#27311343, Final, 08/21/2019 11:53am)

| | |
|---|---|
| Note to Patient | Jamie,<br><br>Your cholesterol panel showed that your LDL (bad cholesterol) was high. It is not quite high enough that we need to start a medication for it, but it is very important to continue working on diet, exercise, and maintaining a healthy weight. I suggest we repeat this lab at your next appointment.<br><br>Your hemoglobin A1C showed that your blood sugar average is great!<br><br>Thanks,<br>Dr. St. Clair |

| | | | |
|---|---|---|---|
| Ordering Provider | COLLIN ST. CLAIR, DO | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S4210556 | Specimen Source | |
| Specimen Coll. Date | 08/21/2019 11:53 | Result Status | Final |
| Specimen Rec. Date | 08/21/2019 19:16 | Report Status | |
| Specimen Reported Date | 08/21/2019 19:42 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| **HDL CHOLESTEROL** | **56** | **66-242** | **mg/dL** | **Low** | **Final** | |
| TRIGLYCERIDES | 117 | 0-149 | mg/dL | Normal | Final | |
| | TRIGLYCERIDE RANGES<br>NORMAL: < 150<br>BORDERLINE HIGH: 150 - 199<br>HIGH: 200 - 499<br>VERY HIGH: > OR = 500 | | | | | |
| **CHOLESTEROL** | **261** | **0-199** | **mg/dL** | **High** | **Final** | |
| | **CHOLESTEROL (TOTAL) RANGES<br>DESIRABLE: < 200<br>BORDERLINE: 200 - 239<br>HIGHER RISK: > 239** | | | | | |
| **LDL CHOLESTEROL** | **182** | **0-99** | **mg/dl (calc)** | **High** | **Final** | |
| | **LDL CHOLESTEROL RANGES<br>OPTIMAL: < 100<br>NEAR/ABOVE OPTIMAL: 100 - 129<br>BORDERLINE HIGH: 130 - 159<br>HIGH: 160 - 189<br>VERY HIGH: > OR = 190** | | | | | |

**REECE, JAMIE H (id #21591363, dob:**

# GLYCOHEMOGLOBIN A1C 08/21/2019 (#27311266, Final, 08/21/2019 11:53am)

| | |
|---|---|
| Note to Patient | Jamie,<br><br>Your cholesterol panel showed that your LDL (bad cholesterol) was high. It is not quite high enough that we need to start a medication for it, but it is very important to continue working on diet, exercise, and maintaining a healthy weight. I suggest we repeat this lab at your next appointment.<br><br>Your hemoglobin A1C showed that your blood sugar average is great!<br><br>Thanks,<br>Dr. St. Clair |

| | | | |
|---|---|---|---|
| Ordering Provider | COLLIN ST. CLAIR, DO | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S4210556 | Specimen Source | |
| Specimen Coll. Date | 08/21/2019 11:53 | Result Status | Final |
| Specimen Rec. Date | 08/21/2019 19:09 | Report Status | |
| Specimen Reported Date | 08/21/2019 19:25 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| GLYCO HGB A1C | 5.2 | 0.0-5.6 | % | Normal | Final | |
| ESTIMATED AVG. GLUCOSE | 103 | | mg/dl (calc) | Normal | Final | |
| | New guidelines by the American Diabetes Association state that a hemoglobin A1c level of 5.7-6.4% indicates an increased risk of diabetes. A result of 6.5% or higher is diagnostic of diabetes. | | | | | |

**REECE, JAMIE H (id #21591363, dob:**

# QTB GOLD 08/14/2019 (#27130145, Final, 08/12/2019 9:05am)

| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |
|---|---|

| Ordering Provider | SYED HAIDER ABBAS, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
|---|---|---|---|
| Specimen/Accession ID | S4120223 | Specimen Source | |
| Specimen Coll. Date | 08/12/2019 09:05 | Result Status | Final |
| Specimen Rec. Date | 08/12/2019 09:12 | Report Status | |
| Specimen Reported Date | 08/14/2019 17:05 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| QTB GOLD | NEGATIVE | NEGATIVE | | Normal | Final | CB |
| | Negative test result. M. tuberculosis complex infection unlikely. | | | | | |
| NIL | 0.02 | | IU/mL | Normal | Final | CB |
| MITOGEN NIL | 9.26 | | IU/mL | Normal | Final | CB |
| TB1 NIL | 0.00 | | IU/mL | Normal | Final | CB |
| TB2 NIL | 0.00 | | IU/mL | Normal | Final | CB |

```
The Nil tube value reflects the background interferon
gamma immune response of the patient's blood sample.
This value has been subtracted from the patient's
displayed TB and Mitogen results.

Lower than expected results with the Mitogen tube
prevent false-negative Quantiferon readings by
detecting a patient with a potential immune
suppressive condition and/or suboptimal pre-analytical
specimen handling.

The TB1 Antigen tube is coated with the
M. tuberculosis-specific antigens designed to elicit
responses from TB antigen primed CD4+ helper
T-lymphocytes.

The TB2 Antigen tube is coated with the
M. tuberculosis-specific antigens designed to elicit
responses from TB antigen primed CD4+ helper and CD8+
cytotoxic T-lymphocytes.

For additional information, please refer to
https://education.questdiagnostics.com/faq/FAQ204
(This link is being provided for informational/
educational purposes only.)

TEST PERFORMED AT:
QUEST DIAGNOSTICS WOOD DALE
1355 MITTEL BOULEVARD WOOD DALE, IL 60191-1024
ANTHONY V. THOMAS, MD
```

**REECE, JAMIE H (id #21591363, dob:**

## RBC MORPHOLOGY 08/12/2019 (#27036916, Final, 08/12/2019 9:05am)

| | | | |
|---|---|---|---|
| Ordering Provider | SYED HAIDER ABBAS, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S4120223 | Specimen Source | |
| Specimen Coll. Date | 08/12/2019 09:05 | Result Status | Final |
| Specimen Rec. Date | 08/12/2019 09:08 | Report Status | |
| Specimen Reported Date | 08/12/2019 10:32 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| PLATELET MORPHOLOGY | NORMAL | | | Normal | Final | |
| **POLYCHROMASIA** | **SLIGHT** | | | **Abnormal** | **Final** | |
| **STOMATOCYTES** | **SLIGHT** | | | **Abnormal** | **Final** | |

**REECE, JAMIE H (id #21591363, dob:**

## CBC 08/12/2019 (#27036914, Final, 08/12/2019 9:05am)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SYED HAIDER ABBAS, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S4120223 | Specimen Source | |
| Specimen Coll. Date | 08/12/2019 09:05 | Result Status | Final |
| Specimen Rec. Date | 08/12/2019 09:08 | Report Status | |
| Specimen Reported Date | 08/12/2019 10:32 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WHITE BLOOD CELLS | 4.9 | 3.8-10.8 | K/uL | Normal | Final | |
| RED BLOOD CELLS | 4.08 | 3.80-5.20 | M/uL | Normal | Final | |
| HEMOGLOBIN | 12.5 | 12.0-16.0 | G/DL | Normal | Final | |
| HEMATOCRIT | 37.2 | 35.0-47.0 | % | Normal | Final | |
| MCV | 91 | 80-100 | fL | Normal | Final | |
| MCH | 31 | 26-35 | PG | Normal | Final | |
| MCHC | 34 | 32-36 | G/DL | Normal | Final | |
| RDW | 13.1 | 11.0-15.0 | % | Normal | Final | |
| MPV | 7.4 | 6.2-10.5 | fL | Normal | Final | |
| PLATELET COUNT | 265 | 130-400 | K/uL | Normal | Final | |
| NEUTROPHIL,ABSOLUTE | 1.8 | 1.6-8.4 | K/uL | Normal | Final | |
| LYMPHOCYTE,ABSOLUTE | 2.6 | 0.4-5.1 | K/uL | Normal | Final | |
| MONOCYTE,ABSOLUTE | 0.3 | 0.0-1.2 | K/uL | Normal | Final | |
| EOSINOPHIL,ABSOLUTE | 0.1 | 0.0-0.8 | K/uL | Normal | Final | |
| BASOPHIL,ABSOLUTE | 0.0 | 0.0-0.3 | K/uL | Normal | Final | |
| | Smear reviewed to confirm cell morphology. | | | | | |
| **% NEUTROPHILS** | **37.3** | **42.0-78.0** | **%** | **Low** | **Final** | |
| **% LYMPHOCYTES** | **52.9** | **11.0-47.0** | **%** | **High** | **Final** | |
| % MONOCYTES | 6.8 | 0.0-11.0 | % | Normal | Final | |
| % EOSINOPHILS | 2.7 | 0.0-7.0 | % | Normal | Final | |
| % BASOPHILS | 0.3 | 0.0-3.0 | % | Normal | Final | |
| NUCLEATED RED CELLS | 0.1 | 0.0-0.9 | % | Normal | Final | |
| NUCLEATED RBCS, ABSOLUTE | 0.01 | NOT ESTAB. | K/uL | Normal | Final | |

## HIGH RISK DRUG PANEL 06/14/2019 (#25687853, Final, 06/10/2019 11:00am)

| | | | |
|---|---|---|---|
| Ordering Provider | KATHERINE S RODEN, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S2100367 | Specimen Source | |
| Specimen Coll. Date | 06/10/2019 11:00 | Result Status | Final |

**REECE, JAMIE H (id #21591363, dob**

| | | | |
|---|---|---|---|
| Specimen Rec. Date | 06/10/2019 12:30 | Report Status | |
| Specimen Reported Date | 06/14/2019 06:21 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| CREATININE | 55.4 | > OR = 20.0 | mg/dL | Normal | Final | OW |
| SPECIFIC GRAVITY | 1.013 | > OR = 1.003 | | Normal | Final | OW |
| PH | 6.5 | 4.5-9.0 | | Normal | Final | OW |
| OXIDANT | NEGATIVE | <200 | mcg/mL | Normal | Final | OW |
| AMPHETAMINES | NEGATIVE | <500 | ng/mL | Normal | Final | OW |
| BARBITURATES | NEGATIVE | <300 | ng/mL | Normal | Final | OW |
| BENZODIAZEPINES | NEGATIVE | <100 | ng/mL | Normal | Final | OW |
| MARIJUANA METABOLITE | NEGATIVE | <20 | ng/mL | Normal | Final | OW |
| COCAINE METABOLITE | NEGATIVE | <150 | ng/mL | Normal | Final | OW |
| METHADONE METABOLITE | NEGATIVE | <100 | ng/mL | Normal | Final | OW |
| OPIATES | NEGATIVE | <100 | ng/mL | Normal | Final | OW |
| OXYCODONE | NEGATIVE | <100 | ng/mL | Normal | Final | OW |
| PHENCYCLIDINE | NEGATIVE | <25 | ng/mL | Normal | Final | OW |
| COMMENT | SEE BELOW | | | Normal | Final | KP |
| | See Note 2<br><br>Note 1<br><br>This test was developed and its analytical performance characteristics have been determined by Quest Diagnostics. It has not been cleared or approved by the FDA. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.<br><br>Note 2<br>This drug testing is for medical treatment only. Analysis was performed as non-forensic testing and these results should be used only by healthcare providers to render diagnosis or treatment, or to monitor progress of medical conditions.<br><br>For assistance with interpreting these drug results, please contact a Quest Diagnostics Toxicology Specialist: 1-877-40-RX TOX (1-877-407-9869), M-F, 8am-6pm EST.<br><br>TEST PERFORMED AT:<br>QUEST DIAGNOSTICS NORRISTOWN<br>400 EGYPT ROAD NORRISTOWN, PA 19403-3406<br>R.H. BARRY SAMPLE,PHD | | | | | |
| FENTANYL | NEGATIVE | <0.5 | ng/mL | Normal | Final | CB |
| | See Note 1 | | | | | |
| NORFENTANYL | NEGATIVE | <0.5 | ng/mL | Normal | Final | CB |
| | See Note 1 | | | | | |
| GABAPENTIN | NEGATIVE | <1000 | ng/mL | Normal | Final | KP |
| | See Note 1 | | | | | |
| **PREGABALIN, QT UR** | **18000** | **<1000** | **ng/mL** | **High** | **Final** | **KP** |
| | **See Note 1** | | | | | |
| DESMETHYLTRAMADOL | NEGATIVE | <100 | ng/mL | Normal | Final | KP |

| | | | | | | |
|---|---|---|---|---|---|---|
| | See Note 1 | | | | | |
| TRAMADOL | NEGATIVE | <100 | ng/mL | Normal | Final | KP |
| | See Note 1 | | | | | |
| TAPENTADOL | NEGATIVE | <50 | ng/mL | Normal | Final | KP |
| | See Note 1 | | | | | |
| NORTAPENTADOL | NEGATIVE | <50 | ng/mL | Normal | Final | KP |
| | See Note 1 | | | | | |
| HEROIN METABOLITE, QT UR | NEGATIVE | <10 | ng/mL | Normal | Final | CB |
| | See Note 1 | | | | | |
| ETHYL GLUCURONIDE | NEGATIVE | <500 | ng/mL | Normal | Final | CB |
| | See Note 1 | | | | | |
| ETHYL SULFATE | NEGATIVE | <100 | ng/mL | Normal | Final | CB |
| | See Note 1 | | | | | |
| BUPRENORPHINE | NEGATIVE | <2 | ng/mL | Normal | Final | CB |
| | See Note 1 | | | | | |
| NORBUPRENORPHINE | NEGATIVE | <2 | ng/mL | Normal | Final | CB |
| | See Note 1 | | | | | |

## SURGICAL PATHOLOGY 04/30/2019 (#24584119, Final, 04/29/2019)

| | |
|---|---|
| Note to Patient | Your biopsies shows chemical (medication related) gastritis. No evidence of cancer or infection was found. |

| | | | |
|---|---|---|---|
| Ordering Provider | AN-YU CHEN, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | ST-19-04094 | Specimen Source | |
| Specimen Coll. Date | 04/29/2019 00:00 | Result Status | Final |
| Specimen Rec. Date | 04/29/2019 15:21 | Report Status | |
| Specimen Reported Date | 04/30/2019 11:24 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| SURGICAL PATHOLOGY PROCEDURE | SEE BELOW | | | | Final | |

**REECE, JAMIE H (id #21591363, dob:**

Department of Pathology
Surgical Pathology Report

NAME:REECE, JAMIE PATH.:ST-19-04094

Copy to:

Diagnosis:
Gastric biopsy: Mild chronic gastritis with features suggestive of a chemical gastritis.
Helicobacter not identified on routine stain.
No evidence of intestinal metaplasia or malignancy.

SOURCE OF SPECIMEN: GASTRIC BIOPSY

CLINICAL INFORMATION: DYSPHAGIA / ABDOMINAL PAIN / REFLUX

Gross Description:
Received in formalin labeled with the patient's name and designated as "gastric biopsy" are two fragments of pale tan tissue measuring 0.3 cm and 1.0 cm. Entirely submitted in one cassette.
JAB 04/29/2019 03:48 PM

Microscopic Description:
A microscopic examination has been performed.

<Sign Out Dr. Signature>

VALERIE TAYLOR, MD
Signed Out Date: 04/30/2019 11:24

Page 1 of 1

## FECAL OCCULT BLOOD 04/11/2019 (#24115036, Final, 04/11/2019 8:41am)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | AMY KATHRYN COLLINS, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S0110136 | Specimen Source | |
| Specimen Coll. Date | 04/11/2019 08:41 | Result Status | Final |
| Specimen Rec. Date | 04/11/2019 08:41 | Report Status | |
| Specimen Reported Date | 04/11/2019 09:05 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| FECAL OCCULT BLOOD | NEGATIVE | NEGATIVE | | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob:**

## H. PYLORI AG, STOOL 04/12/2019 (#24173522, Final, 04/10/2019 1:23pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | AMY KATHRYN COLLINS, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S0100618 | Specimen Source | |
| Specimen Coll. Date | 04/10/2019 13:23 | Result Status | Final |
| Specimen Rec. Date | 04/10/2019 13:25 | Report Status | |
| Specimen Reported Date | 04/12/2019 19:20 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| H. PYLORI AG,STOOL | SEE BELOW | | | Normal | Final | CB |

```
  HELICOBACTER PYLORI AG, EIA, STOOL

  MICRO NUMBER:       90319864
  TEST STATUS:        FINAL
  SPECIMEN SOURCE:    STOOL
  SPECIMEN QUALITY:   ADEQUATE
  RESULT:             Not Detected

                      Antimicrobials, proton pump inhibitors, and
                      bismuth preparations inhibit H. pylori and
                      ingestion up to two weeks prior to testing may
                      cause false negative results. If clinically
                      indicated the test should be repeated on a new
                      specimen obtained two weeks after discontinuing
                      treatment.

TEST PERFORMED AT:
QUEST DIAGNOSTICS WOOD DALE
1355 MITTEL BOULEVARD WOOD DALE, IL 60191-1024
ANTHONY V. THOMAS, MD
```

## LIPASE 04/09/2019 (#24061493, Final, 04/09/2019 10:33am)

| | |
|---|---|
| Note to Patient | normal lipase |

| | | | |
|---|---|---|---|
| Ordering Provider | AMY KATHRYN COLLINS, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S0090399 | Specimen Source | |
| Specimen Coll. Date | 04/09/2019 10:33 | Result Status | Final |
| Specimen Rec. Date | 04/09/2019 12:39 | Report Status | |
| Specimen Reported Date | 04/09/2019 13:29 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| LIPASE | 37 | 13-60 | U/L | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob:**

## AMYLASE 04/09/2019 (#24060115, Final, 04/09/2019 10:33am)

| | |
|---|---|
| Note to Patient | normal amylase |

| | | | |
|---|---|---|---|
| Ordering Provider | AMY KATHRYN COLLINS, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S0090399 | Specimen Source | |
| Specimen Coll. Date | 04/09/2019 10:33 | Result Status | Final |
| Specimen Rec. Date | 04/09/2019 12:39 | Report Status | |
| Specimen Reported Date | 04/09/2019 13:04 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| AMYLASE | 57 | 28-100 | U/L | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob:**

# CMP 04/09/2019 (#24060114, Final, 04/09/2019 10:33am)

| Note to Patient | normal |
|---|---|

| Ordering Provider | AMY KATHRYN COLLINS, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
|---|---|---|---|
| Specimen/Accession ID | S0090399 | Specimen Source | |
| Specimen Coll. Date | 04/09/2019 10:33 | Result Status | Final |
| Specimen Rec. Date | 04/09/2019 12:39 | Report Status | |
| Specimen Reported Date | 04/09/2019 13:04 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| GLUCOSE | 91 | 74-100 | mg/dL | Normal | Final | |
| BLOOD UREA NITROGEN | 14 | 6-20 | mg/dL | Normal | Final | |
| CREATININE | 0.85 | 0.50-0.95 | mg/dL | Normal | Final | |
| BUN/CREATININE RATIO | 16 | 10-20 | (calc) | Normal | Final | |
| SODIUM | 140 | 136-145 | mmol/L | Normal | Final | |
| POTASSIUM | 4.3 | 3.4-5.0 | mmol/L | Normal | Final | |
| CHLORIDE | 100 | 98-107 | mmol/L | Normal | Final | |
| CARBON DIOXIDE | 25 | 20-32 | mmol/L | Normal | Final | |
| ANION GAP | 15 | 7-25 | (calc) | Normal | Final | |
| CALCIUM | 9.7 | 8.6-10.2 | mg/dL | Normal | Final | |
| TOTAL PROTEIN | 7.8 | 6.4-8.3 | g/dL | Normal | Final | |
| ALBUMIN | 4.4 | 3.5-5.2 | g/dL | Normal | Final | |
| GLOBULIN | 3.4 | 1.5-4.5 | g/dL (calc) | Normal | Final | |
| ALBUMIN/GLOBULIN RATIO | 1.3 | 1.1-2.5 | (calc) | Normal | Final | |
| BILIRUBIN, TOTAL | 0.4 | 0.1-1.2 | mg/dL | Normal | Final | |
| ALKALINE PHOSPHATASE | 81 | 35-105 | U/L | Normal | Final | |
| AST | 30 | 0-32 | U/L | Normal | Final | |
| ALT | 17 | 0-33 | U/L | Normal | Final | |
| GFR AFRICAN AMERICAN | 92 | >= 60 | | Normal | Final | |
| GFR NON-AFRICAN AMERICAN | 80 | >= 60 | | Normal | Final | |

```
**NOTE**
NEW calculation for GFR is based on the National Kidney
Foundation CKD-EPI equation and allows for reporting GFR
values greater than 60 mL/min/1.73 m2.
This calculation has not been validated for patients less
than 18 yrs., pregnant women and Hispanics.

Chronic kidney disease is defined as kidney damage or
GFR less than 60 mL/min/1.73 m2 for 3 months or longer.
```

**REECE, JAMIE H (id #21591363, dob:**

# CBC 04/09/2019 (#24054389, Final, 04/09/2019 10:33am)

| | |
|---|---|
| Note to Patient | normal CBC |

| | | | |
|---|---|---|---|
| Ordering Provider | AMY KATHRYN COLLINS, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S0090399 | Specimen Source | |
| Specimen Coll. Date | 04/09/2019 10:33 | Result Status | Final |
| Specimen Rec. Date | 04/09/2019 10:57 | Report Status | |
| Specimen Reported Date | 04/09/2019 11:12 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WHITE BLOOD CELLS | 5.1 | 3.8-10.8 | K/uL | Normal | Final | |
| RED BLOOD CELLS | 4.40 | 3.80-5.20 | M/uL | Normal | Final | |
| HEMOGLOBIN | 13.5 | 12.0-16.0 | G/DL | Normal | Final | |
| HEMATOCRIT | 39.3 | 35.0-47.0 | % | Normal | Final | |
| MCV | 89 | 80-100 | fL | Normal | Final | |
| MCH | 31 | 26-35 | PG | Normal | Final | |
| MCHC | 34 | 32-36 | G/DL | Normal | Final | |
| RDW | 13.1 | 11.0-15.0 | % | Normal | Final | |
| MPV | 7.8 | 6.2-10.5 | fL | Normal | Final | |
| PLATELET COUNT | 284 | 130-400 | K/uL | Normal | Final | |
| NEUTROPHIL,ABSOLUTE | 2.1 | 1.6-8.4 | K/uL | Normal | Final | |
| LYMPHOCYTE,ABSOLUTE | 2.4 | 0.4-5.1 | K/uL | Normal | Final | |
| MONOCYTE,ABSOLUTE | 0.4 | 0.0-1.2 | K/uL | Normal | Final | |
| EOSINOPHIL,ABSOLUTE | 0.1 | 0.0-0.8 | K/uL | Normal | Final | |
| BASOPHIL,ABSOLUTE | 0.0 | 0.0-0.3 | K/uL | Normal | Final | |
| % NEUTROPHILS | 42.1 | 42.0-78.0 | % | Normal | Final | |
| **% LYMPHOCYTES** | **47.5** | **11.0-47.0** | **%** | **High** | **Final** | |
| % MONOCYTES | 7.9 | 0.0-11.0 | % | Normal | Final | |
| % EOSINOPHILS | 2.3 | 0.0-7.0 | % | Normal | Final | |
| % BASOPHILS | 0.2 | 0.0-3.0 | % | Normal | Final | |
| NUCLEATED RED CELLS | 0.0 | 0.0-0.9 | % | Normal | Final | |
| NUCLEATED RBCS, ABSOLUTE | 0.00 | NOT ESTAB. | K/uL | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob:**

## CBC 02/11/2019 (#22634449, Final, 02/11/2019 9:51am)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SYED HAIDER ABBAS, MD | Performing Lab | LEXINGTON CLINIC LAB RATORY<br>1221 S BROADWA<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | R8110190 | Specimen Source | |
| Specimen Coll. Date | 02/11/2019 09:51 | Result Status | Final |
| Specimen Rec. Date | 02/11/2019 10:03 | Report Status | |
| Specimen Reported Date | 02/11/2019 10:26 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WHITE BLOOD CELLS | 5.5 | 3.8-10.8 | K/uL | Normal | Final | |
| RED BLOOD CELLS | 4.39 | 3.80-5.20 | M/uL | Normal | Final | |
| HEMOGLOBIN | 13.6 | 12.0-16.0 | G/DL | Normal | Final | |
| HEMATOCRIT | 39.7 | 35.0-47.0 | % | Normal | Final | |
| MCV | 91 | 80-100 | fL | Normal | Final | |
| MCH | 31 | 26-35 | PG | Normal | Final | |
| MCHC | 34 | 32-36 | G/DL | Normal | Final | |
| RDW | 12.7 | 11.0-15.0 | % | Normal | Final | |
| MPV | 7.8 | 6.2-10.5 | fL | Normal | Final | |
| PLATELET COUNT | 264 | 130-400 | K/uL | Normal | Final | |
| NEUTROPHIL,ABSOLUTE | 2.6 | 1.6-8.4 | K/uL | Normal | Final | |
| LYMPHOCYTE,ABSOLUTE | 2.3 | 0.4-5.1 | K/uL | Normal | Final | |
| MONOCYTE,ABSOLUTE | 0.5 | 0.0-1.2 | K/uL | Normal | Final | |
| EOSINOPHIL,ABSOLUTE | 0.1 | 0.0-0.8 | K/uL | Normal | Final | |
| BASOPHIL,ABSOLUTE | 0.0 | 0.0-0.3 | K/uL | Normal | Final | |
| % NEUTROPHILS | 47.1 | 42.0-78.0 | % | Normal | Final | |
| % LYMPHOCYTES | 41.2 | 11.0-47.0 | % | Normal | Final | |
| % MONOCYTES | 8.8 | 0.0-11.0 | % | Normal | Final | |
| % EOSINOPHILS | 2.6 | 0.0-7.0 | % | Normal | Final | |
| % BASOPHILS | 0.3 | 0.0-3.0 | % | Normal | Final | |
| NUCLEATED RED CELLS | 0.1 | 0.0-0.9 | % | Normal | Final | |
| NUCLEATED RBCS, ABSOLUTE | 0.01 | NOT ESTAB. | K/uL | Normal | Final | |

# Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 05/20/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (52yo, F) ID# 21591363 | **Appt. Date/Time** | 05/20/2021 09:30AM |
| | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 214021M1EA<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # : 09221968<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Referring Provider:** KATHERINE RODEN MD: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4411 NPI: 1982967824
**Neurologist:** ANDREW R SCHNEIDER MD: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4119 NPI: 1932120219
**Ophthalmologist:** MICHAEL T NEWCOMB MD: 100 NORTH EAGLE CREEK DR 3RD FL, LEXINGTON, KY 40509, Ph (859) 258-5310, Fax (859) 258-5328 NPI: 1093968026
**Rheumatologist:** SUSANNA MOBERLY APRN: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4039 NPI: 1568843316
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990

## Patient's Pharmacies

**EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS, MO 63134, Ph (888) 327-9791, Fax (800) 837-0959**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS, TN 38134, Ph (844) 516-3319, Fax (888) 302-1028
WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON, KY 40509, Ph (859) 263-0526, Fax (859) 263-0526
WALMART PHARMACY 7259 - TOYOTA RX (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN, KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 05/20/2021 09:31 am | **Wt:** | 191 lbs 05/20/2021 09:31 am | **BMI:** | 29.9 05/20/2021 09:31 am |
| **BP:** | 122/74 sitting R arm 05/20/2021 09:32 am | **BP Cuff Size:** | adult 05/20/2021 09:31 am | | |

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;
**PERCOCET**: Itching

## Medications

Reviewed Medications

**diclofenac 1 % topical gel** 05/20/21 prescribed
APPLY 2 GRAMS TO THE AFFECTED AREA(S) BY TOPICAL ROUTE 4 TIMES PER DAY

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 10/19/20 | prescribed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 04/06/21 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **prednisoLONE acetate 1 % eye drops,suspension**<br>one drop right eye 4 times a day for 7 days | 05/05/21 | prescribed |
| **predniSONE 5 mg tablet**<br>take one po tid x 1 week; one po bid x 1 week then one po daily | 05/06/21 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **Restasis 0.05 % eye drops in a dropperette**<br>INSTILL 1 DROP INTO AFFECTED EYE(S) BY OPHTHALMIC ROUTE EVERY 12 HOURS<br>Both eyes | 02/05/21 | prescribed |
| **Taltz Autoinjector (3 Pack) 80 mg/mL subcutaneous**<br>Inject by subcutaneous route.<br>**Internal Note:** PA approved until 6/18/2021 | 05/18/21 | auth requested |
| **terconazole 0.4 % vaginal cream**<br>Insert 1 applicator(s)ful every day by vaginal route for 7 days. | 10/26/20 | prescribed |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 11/17/20 | prescribed |
| **traMADoL 50 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 30 days. | 10/07/19 | prescribed |
| **Valium 5 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 1 day. | 10/27/20 | prescribed |
| **Xeljanz XR 11 mg tablet,extended release**<br>take one tablet everyday | 01/13/21 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

Vaccines not reviewed (last reviewed 05/06/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017

- Psoriatic arthritis - Onset: 12/06/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- History of polyp of colon - Onset: 10/19/2020
- Family history of Stomach cancer - Onset: 07/13/2017
- Globus sensation - Onset: 07/13/2017
- Cystocele and rectocele co-occurrent with incomplete uterovaginal prolapse - Onset: 01/25/2021

## Family History

Family History not reviewed (last reviewed 05/06/2021)

| | |
|---|---|
| Mother | - Arthritis |
| | - Hypertensive disorder |
| Father | - Hypercholesterolemia |
| | - Family history of cancer |
| Maternal Uncle | - Heart disease |

## Social History

Social History not reviewed (last reviewed 05/06/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 04/06/2021
Chewing tobacco: none

## Surgical History

Surgical History not reviewed (last reviewed 05/06/2021)

- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019;
PELVIC SURGERY 12/14/2020

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 03/30/2020)

## Past Medical History

Past Medical History not reviewed (last reviewed 05/06/2021)
Acid Reflux (GERD): **Y**
Arthritis: **Y**
Notes: CRPS

## HPI

acute visit for right foot pain; having issues with right foot pain without trauma; having issues with a large bunion; foot is tender to palp; foot is worsening; bunion is worsening; normally seen for psoriatic arthritis. Currently she is on xeljanz 11 mg po daily; and denies any side effects.

She has a history of complex regional pain syndrome involving the right upper and lower extremity followed by pain clinic.

had pelvic floor surgery and has been having complications; may need a second opinion

no s/e from medications; currently denies bowel or bladder changes, chest pain, shortness of air, rashes, fevers and all others are negative

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 52-year-old female.

**Constitutional:**General Appearance: healthy-appearing and **overweight**. Level of Distress: NAD. Ambulation: ambulating normally.

**Mental Status:**Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:**Head: normocephalic and atraumatic.

**Eyes:**Lids and Conjunctivae: no discharge or pallor and non-injected. Sclerae: non-icteric.

**ENMT:**Ears: no lesions on external ear or hearing loss. Nose: no lesions on external nose and nares patent. Oral Cavity: no mouth or lip ulcers.

**Lungs:**Respiration: no dyspnea.

**Musculoskeletal System:**Joints, Bones, and Muscles: no contractures or malalignment, **bony deformity** (**hallux valgus deformity**) and **tenderness** (**right foot swelling; hallux valgus deformity**), and normal movement of all extremities. Extremities: no cyanosis or edema. Hips: normal internal rotation and external rotation, no tenderness of the SI joints or pain over the greater trochanteric bursa, and **trigger point pain** (**over right piriformis; tight**). Knees: no ligamentous instability on examination.

**Neurological Exam:**Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:**Inspection and palpation: no rash, lesions, ulcer, induration, nodules, jaundice, or abnormal nevi and good turgor. Nails: normal.

## Procedure Documentation

**Injection Joint/Bursa, Interm, w/o US:**

After discussion of the risks and benefits, the patient consented to proceed with a steroid injection into the right foot. Confirmed that the patient does not have history of prior adverse reactions, active infections, or relevant allergies. There was no effusion, erythema, or warmth, and the skin was clear.

The skin was prepped in a sterile fashion. Topical anesthesia was achieved with ethyl chloride. The joint was injected with 1 cc of DepoMedrol, 40 mg/ml, and Lidocaine. The injection was completed without complication, and a bandage was applied. The patient tolerated the procedure well and was instructed to avoid strenuous activity for the next 24-48 hours and to use ice, NSAIDs, or Tylenol for pain as needed. The patient will call immediately with any signs of infection or allergic reaction. The patient will return as needed.

Methylprednisolone 40 mg/mL

Medication NDC#: 0703-0045-01

Medication Lot#: 31328893

Medication Exp: 11/2021

Lidocaine 1%

Lot 13-413-dk

Exp 01/2022

Ndc 0409-4276-17

## Assessment / Plan

. **Hallux valgus AND bunion** - Right -

discussed and will provide with rt foot injection today

will further have her start on topicals for the pain, use toe separators and should further have xr of the rt foot today to assess for any further bone changes

this is secondary to the bunion

M20.11: Hallux valgus (acquired), right foot

- diclofenac 1 % topical gel - APPLY 2 GRAMS TO THE AFFECTED AREA(S) BY TOPICAL ROUTE 4 TIMES PER DAY Qty: 1 100 gm tube(s) Refills: 2 Pharmacy: WALMART PHARMACY 3894
- XR RT FOOT COMPLETE

Weight (lbs): 190

. **Body mass index 25-29 - overweight**

Z68.29: Body mass index [BMI] 29.0-29.9, adult

- Body Mass Index: Care Instructions-LC - Handout: Body Mass Index: Care Instructions-LC

. **Pain in right foot** -

discussed and will provide with rt foot injection today

will further have her start on topicals for the pain, use toe separators and should further have xr of the rt foot today to assess for any further bone changes

this is secondary to the bunion

she is having issues with tendinitis, arthritis

with deformity

M79.671: Pain in right foot

### Return to Office

- SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on 08/05/2021 at 11:30 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 10/05/2021 at 09:15 AM
- to see SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on or around 11/06/2021
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022
- MICHAEL T NEWCOMB, MD for COMPLETE EYE EXAM at OPHTHALMOLOGY EAST on 05/09/2022 at 01:00 PM
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023

## Encounter Sign-Off

Encounter signed-off by SUSANNA MOBERLY, APRN, 05/25/2021.
Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 05/25/2021 at 9:31am

**Encounter Date: 05/06/2021 (Amendment closed by SUSANNA MOBERLY, APRN on 05/06/2021 at 12:03pm Last amended by SUSANNA MOBERLY, APRN on 05/06/2021 at 12:14pm)**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (52yo, F) ID# 21591363 | **Appt. Date/Time** | 05/06/2021 11:30AM |

**REECE, JAMIE H (id #21591363, dob:**

**Service Dept.** RHEUMATOLOGY SB

**Provider** SUSANNA MOBERLY, APRN

**Insurance** Med Primary: BCBS-OH (PPO)
Insurance # : TOAAN1313675
Policy/Group # : 214021M1EA
Employer Name : TOYOTA
Med Worker's Comp: MSMM
Employer Name : KELLY SERVICES
Case # : SA211932PVY
Case Injury Date : 01/30/2018
Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC
Insurance # : 09221968
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: EXPRESS SCRIPTS - Member is eligible. details

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Referring Provider:** KATHERINE RODEN MD: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4411 NPI: 1982967824
**Neurologist:** ANDREW R SCHNEIDER MD: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4119 NPI: 1932120219
**Ophthalmologist:** MICHAEL T NEWCOMB MD: 100 NORTH EAGLE CREEK DR 3RD FL, LEXINGTON, KY 40509, Ph (859) 258-5310, Fax (859) 258-5328 NPI: 1093968026
**Rheumatologist:** SUSANNA MOBERLY APRN: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4039 NPI: 1568843316
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990

## Patient's Pharmacies

**EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS, MO 63134, Ph (888) 327-9791, Fax (800) 837-0959**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS, TN 38134, Ph (844) 516-3319, Fax (800) 391-9707
WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON, KY 40509, Ph (859) 263-0526, Fax (859) 263-0526
WALMART PHARMACY 7259 - TOYOTA RX (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN, KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

**Ht:** 5 ft 7 in 05/06/2021 11:44 am
**Wt:** 190 lbs 05/06/2021 11:44 am
**BMI:** 29.8 05/06/2021 11:44 am
**BP:** 120/76 sitting R arm 05/06/2021 11:46 am
**BP Cuff Size:** adult 05/06/2021 11:46 am

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;
**PERCOCET**: Itching

## Medications

Reviewed Medications

**esomeprazole magnesium 40 mg capsule,delayed release** 10/19/20 prescribed
TAKE 1 CAPSULE DAILY

**Estrace 1 mg tablet** 08/21/19 entered

**Lyrica 100 mg capsule** 04/06/21 prescribed
Take 1 capsule(s) 3 times a day by oral route.

| | | |
|---|---|---|
| **Multi Vitamin** | 11/17/17 | entered |
| **prednisoLONE acetate 1 % eye drops,suspension**<br>one drop right eye 4 times a day for 7 days | 05/05/21 | prescribed |
| **predniSONE 5 mg tablet**<br>take one po tid x 1 week; one po bid x 1 week then one po daily | 05/06/21 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **Restasis 0.05 % eye drops in a dropperette**<br>INSTILL 1 DROP INTO AFFECTED EYE(S) BY OPHTHALMIC ROUTE EVERY 12 HOURS<br>Both eyes | 02/05/21 | prescribed |
| **Taltz Autoinjector (2 Pack) 80 mg/mL subcutaneous**<br>take 160 mg for loading dose then 80 mg maintenance dose | 05/06/21 | prescribed |
| **terconazole 0.4 % vaginal cream**<br>Insert 1 applicator(s)ful every day by vaginal route for 7 days. | 10/26/20 | prescribed |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 11/17/20 | prescribed |
| **traMADoL 50 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 30 days. | 10/07/19 | prescribed |
| **Valium 5 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 1 day. | 10/27/20 | prescribed |
| **Xeljanz XR 11 mg tablet,extended release**<br>take one tablet everyday | 01/13/21 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- History of polyp of colon - Onset: 10/19/2020
- Family history of Stomach cancer - Onset: 07/13/2017
- Globus sensation - Onset: 07/13/2017
- Cystocele and rectocele co-occurrent with incomplete uterovaginal prolapse - Onset: 01/25/2021

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis<br>- Hypertensive disorder |
| Father | - Hypercholesterolemia<br>- Family history of cancer |
| Maternal Uncle | - Heart disease |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 04/06/2021
Chewing tobacco: none

## Surgical History

Reviewed Surgical History

- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019;
PELVIC SURGERY 12/14/2020

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 03/30/2020)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**
Arthritis: **Y**
Notes: CRPS

## HPI

pleasant 52 yo fe, seen today as a follow-up on psoriatic arthritis. Currently she is on xeljanz 11 mg po daily; and denies any side effects.

She has a history of complex regional pain syndrome involving the right upper and lower extremity followed by pain clinic.

had pelvic floor surgery and has been having complications; may need a second opinion

no s/e from medications; currently denies bowel or bladder changes, chest pain, shortness of air, rashes, fevers and all others are negative

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 52-year-old female.

**Constitutional:**General Appearance: healthy-appearing and **overweight**. Level of Distress: NAD. Ambulation: ambulating normally.

**Mental Status:**Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:**Head: normocephalic and atraumatic.

**Eyes:**Lids and Conjunctivae: no discharge or pallor and non-injected. Sclerae: non-icteric.

**ENMT:**Ears: no lesions on external ear or hearing loss. Nose: no lesions on external nose and nares patent. Oral Cavity: no mouth or lip ulcers.

**Lungs:**Respiration: no dyspnea.

**Musculoskeletal System:**Joints, Bones, and Muscles: no contractures, malalignment, or bony abnormalities and normal movement of all extremities and **tenderness** (**right foot swelling**). Extremities: no cyanosis or edema. Hips: normal internal rotation and external rotation, no tenderness of the SI joints or pain over the greater trochanteric bursa, and **trigger point pain** (**over right piriformis; tight**). Knees: no ligamentous instability on examination.

**Neurological Exam:**Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:**Inspection and palpation: no rash, lesions, ulcer, induration, nodules, jaundice, or abnormal nevi and good turgor. Nails: normal.

## Assessment / Plan

. **Psoriasis with arthropathy** -

52-year-old female with chronic psoriasis and psoriatic arthritis.

so she was started on xeljanz and has not been seeing an improvement

so we will obtain a pa for taltz

160 mg loading dose injection

then 80 mg sc injection every month

with swelling in the right foot

she needs labs and refills today

L40.50: Arthropathic psoriasis, unspecified

- PSORIASIS: CARE INSTRUCTIONS
- prednisone 5 mg tablet - take one po tid x 1 week; one po bid x 1 week then one po daily Qty: 90 tablet(s) Refills: 1 Pharmacy: EXPRESS SCRIPTS HOME DELIVERY
- Depo-Medrol 80 mg/mL suspension for injection - Take 120 mg by injection route. Quantity: 120 mg Route: Injection
- Taltz Autoinjector (2 Pack) 80 mg/mL subcutaneous - take 160 mg for loading dose then 80 mg maintenance dose Qty: 2 mL Refills: 0 Pharmacy: ACCREDO

. **Complex regional pain syndrome** -

Please see my previous notes for details.

Briefly, has CRPS Type I, right arm after right shoulder and elbow injury due to repititive work at Toyota factory. Initially symptoms started some time early January 2018.

she is currently followed at the pain management clinic and is now on Lyrica at 100 mg 3 times a day.

unfortunately, her symptoms are chronic and does need to maintain long-term pain management.

I do not have any further suggestions.

M89.00: Algoneurodystrophy, unspecified site

- LEARNING ABOUT HEALTHY WEIGHT

- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS

. **Long-term drug therapy** -

labs today

Z79.899: Other long term (current) drug therapy

- CBC
- CMP

. **Body mass index 25-29 - overweight**

Z68.29: Body mass index [BMI] 29.0-29.9, adult

- Body Mass Index: Care Instructions-LC - Handout: Body Mass Index: Care Instructions-LC

. **Tuberculosis screening** -

last negative 7/31/2020

Z11.1: Encounter for screening for respiratory tuberculosis

- QTB GOLD

Return to Office

- SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on 08/05/2021 at 11:30 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 10/05/2021 at 09:15 AM
- to see SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on or around 11/06/2021
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022
- MICHAEL T NEWCOMB, MD for COMPLETE EYE EXAM at OPHTHALMOLOGY EAST on 05/09/2022 at 01:00 PM
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023

## Amendment Sign-Off

Encounter signed-off by SUSANNA MOBERLY, APRN, 05/06/2021.

Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 05/06/2021 at 12:02pm
Amendment closed by SUSANNA MOBERLY, APRN on 05/06/2021 at 12:03pm
Amendment closed by SUSANNA MOBERLY, APRN on 05/06/2021 at 12:14pm

**Encounter Date: 05/05/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (52yo, F) ID# 21591363 | **Appt. Date/Time** | 05/05/2021 10:15AM |
| | | **Service Dept.** | OPHTHALMOLOGY EAST |
| **Provider** | MICHAEL T NEWCOMB, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 214021M1EA<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # : 09221968<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

Brief Eye Exam

52 Y/O WF RETURNS FOR A BRIEF

PT C/O SWELLING UPPER LIDS OU X1-2 WKS

NOTES, INTERMITTENLY FBS OU/ OD WORSE OS

**REECE, JAMIE H (id #21591363, dob:**

PT BEGAN USING PF OU QID X 1 WEEK/NOTES OU FEEL SOME BETTER/SWELLING HAS NOT RESOLVED
RESTASIS BID OU X 3 MONTHS/ OTC REFRESH OU PRN
MH

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Referring Provider:** KATHERINE RODEN MD: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4411 NPI: 1982967824
**Neurologist:** ANDREW R SCHNEIDER MD: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4119 NPI: 1932120219
**Ophthalmologist:** MICHAEL T NEWCOMB MD: 100 NORTH EAGLE CREEK DR 3RD FL, LEXINGTON, KY 40509, Ph (859) 258-5310, Fax (859) 258-5328 NPI: 1093968026
**Rheumatologist:** SUSANNA MOBERLY APRN: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4039 NPI: 1568843316
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990

## Patient's Pharmacies

**EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS, MO 63134, Ph (888) 327-9791, Fax (800) 837-0959**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS, TN 38134, Ph (844) 516-3319, Fax (800) 391-9707
WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON, KY 40509, Ph (859) 263-0526, Fax (859) 263-0526
WALMART PHARMACY 7259 - TOYOTA RX (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN, KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

05/05/2021 10:27 am

**Ht:** 5 ft 7 in

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;
**PERCOCET**: Itching

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 10/19/20 | prescribed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 04/06/21 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **prednisoLONE acetate 1 % eye drops,suspension**<br>one drop right eye 4 times a day for 7 days | 05/05/21 | prescribed |
| **predniSONE 5 mg tablet**<br>take one po tid x 1 week; one po bid x 1 week then one po daily | 03/01/21 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **Restasis 0.05 % eye drops in a dropperette**<br>INSTILL 1 DROP INTO AFFECTED EYE(S) BY OPHTHALMIC ROUTE EVERY 12 HOURS<br>Both eyes | 02/05/21 | prescribed |

| | | |
|---|---|---|
| **Suprep Bowel Prep Kit 17.5 gram-3.13 gram-1.6 gram oral solution**<br>AS DIRECTED | 10/19/20 | prescribed |
| **terconazole 0.4 % vaginal cream**<br>Insert 1 applicator(s)ful every day by vaginal route for 7 days. | 10/26/20 | prescribed |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 11/17/20 | prescribed |
| **traMADoL 50 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 30 days. | 10/07/19 | prescribed |
| **Valium 5 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 1 day. | 10/27/20 | prescribed |
| **Xeljanz XR 11 mg tablet,extended release**<br>take one tablet everyday | 01/13/21 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Problems

Reviewed Problems

- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- History of polyp of colon - Onset: 10/19/2020
- Family history of Stomach cancer - Onset: 07/13/2017
- Globus sensation - Onset: 07/13/2017
- Cystocele and rectocele co-occurrent with incomplete uterovaginal prolapse - Onset: 01/25/2021

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis<br>- Hypertensive disorder |
| Father | - Hypercholesterolemia<br>- Family history of cancer |
| Maternal Uncle | - Heart disease |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 04/06/2021
Chewing tobacco: none

## Surgical History

Reviewed Surgical History

- Procedure on wrist

right wrist break surgery 10/2019;
PELVIC SURGERY 12/14/2020

## Past Medical History

Reviewed Past Medical History

Reviewed Past Medical History
Glasses/Contacts: **Y**
Notes: CRPS

HPI

52 Y/O WF RETURNS FOR A BRIEF

PT C/O SWELLING UPPER LIDS OU X1-2 WKS

NOTES, INTERMITTENLY FBS OU/ OD WORSE OS

PT BEGAN USING PF OU QID X 1 WEEK/NOTES OU FEEL SOME BETTER/SWELLING HAS NOT RESOLVED
RESTASIS BID OU X 3 MONTHS/ OTC REFRESH OU PRN
MH

resasis is helping

pf qid ou

Visual Acuity

| | Right | Left |
|---|---|---|
| Distance | | |
| w/ corr | 20/25 | 20/25 -1 |

Vision Correction

None recorded.

Physical Exam

Patient is a 52-year-old
female.

**External Exam:**General Appearance normal. Face: normal. Lids: normal. Pupils normal. Muscle Balance Testing: normal. EOM: normal. Visual Fields Exam normal to count fingers OU.

**Slit Lamp Exam:**Lids normal. Conjunctiva: normal. Cornea: normal (**better tear film ou** ). Anterior Chamber: normal. Iris: normal. Lens: normal.

**Psychiatric:**Orientation: oriented to time, place, and person. Mental Status: affect
normal.

Intraocular Pressure

| Method | Right | Left |
|---|---|---|
| TonoPen | 12 mm Hg | 14 mm Hg |

Dilation

None recorded.

Assessment / Plan

. **Dry eyes** -

improved with restasis - continue bid ou

hot compresses bid

rec pf qid x 1 week then bid then qday over 2 weeks

H04.129: Dry eye syndrome of unspecified lacrimal gland

- prednisolone acetate 1 % eye drops,suspension - one drop right eye 4 times a day for 7 days Qty: 1 15 mL drop btl(s) Refills: 0 Pharmacy: EXPRESS SCRIPTS HOME DELIVERY

## Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 10/05/2021 at 09:15 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023

## Encounter Sign-Off

Encounter signed-off by MICHAEL T NEWCOMB, MD, 05/05/2021.
Encounter performed and documented by MICHAEL T NEWCOMB, MD
Encounter reviewed & signed by MICHAEL T NEWCOMB, MD on 05/05/2021 at 10:58am

**Encounter Date: 04/06/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (52yo, F) ID# 21591363 | **Appt. Date/Time** | 04/06/2021 09:15AM |
| **DOB** | 09/22/1968 | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 214021M1EA<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # : 09221968<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

Jamie Reece 52yo female following up on medication, pt is prescribed lyrica 100mg and tiznidine 4mg, She states regimne is doing okay right now. pt rates her pain 4/10

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Referring Provider:** KATHERINE RODEN MD: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4411 NPI: 1982967824
**Neurologist:** ANDREW R SCHNEIDER MD: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4119 NPI: 1932120219
**Ophthalmologist:** MICHAEL T NEWCOMB MD: 100 NORTH EAGLE CREEK DR 3RD FL, LEXINGTON, KY 40509, Ph (859) 258-5310, Fax (859) 258-5328 NPI: 1093968026
**Rheumatologist:** SUSANNA MOBERLY APRN: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4039 NPI: 1568843316
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990

## Patient's Pharmacies

**EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS, MO 63134, Ph (888) 327-9791, Fax (800) 837-0959**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS, TN 38134, Ph (844) 516-3319, Fax (888) 302-1028
WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON, KY 40509, Ph (859) 263-0526, Fax (859) 263-0526
WALMART PHARMACY 7259 - TOYOTA RX (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN,

KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

04/06/2021 09:23 am

**Ht:** 5 ft 7 in **Wt:** 178 lbs **BMI:** 27.9

**Pain Scale:** 4 **Pain Scale Type:** Numeric

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

**PERCOCET**: Itching

## Medications

Reviewed Medications

| Medication | Date | Status |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 10/19/20 | prescribed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 04/06/21 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **prednisoLONE acetate 1 % eye drops,suspension**<br>INSTILL 1 DROP INTO AFFECTED EYE(S) BY OPHTHALMIC ROUTE 4TIMES PER DAY for 14 days | 02/05/21 | prescribed |
| **predniSONE 5 mg tablet**<br>take one po tid x 1 week; one po bid x 1 week then one po daily | 03/01/21 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **Restasis 0.05 % eye drops in a dropperette**<br>INSTILL 1 DROP INTO AFFECTED EYE(S) BY OPHTHALMIC ROUTE EVERY 12 HOURS Both eyes | 02/05/21 | prescribed |
| **Suprep Bowel Prep Kit 17.5 gram-3.13 gram-1.6 gram oral solution**<br>AS DIRECTED | 10/19/20 | prescribed |
| **terconazole 0.4 % vaginal cream**<br>Insert 1 applicator(s)ful every day by vaginal route for 7 days. | 10/26/20 | prescribed |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 11/17/20 | prescribed |
| **traMADoL 50 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 30 days. | 10/07/19 | prescribed |
| **Valium 5 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 1 day. | 10/27/20 | prescribed |
| **Xeljanz XR 11 mg tablet,extended release**<br>take one tablet everyday | 01/13/21 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- History of polyp of colon - Onset: 10/19/2020
- Family history of Stomach cancer - Onset: 07/13/2017
- Globus sensation - Onset: 07/13/2017
- Cystocele and rectocele co-occurrent with incomplete uterovaginal prolapse - Onset: 01/25/2021

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis<br>- Hypertensive disorder |
| Father | - Hypercholesterolemia<br>- Family history of cancer |
| Maternal Uncle | - Heart disease |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 04/06/2021
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019;
PELVIC SURGERY 12/14/2020

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 03/30/2020)

## Past Medical History

Reviewed Past Medical History
Arthritis: **Y**
Headaches: **Y**
Notes: CRPS

**REECE, JAMIE H (id #21591363, dob:**

## HPI

52-year-old female presenting for follow-up with regards to medication management the setting of CRPS. Her current regimen consists of Lyrica 100 mg 3 times a day.

## Physical Exam

Patient is a 52-year-old female.

**Constitutional:**General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD.

**Psychiatric:**Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:**Head: normocephalic and atraumatic.

**Eyes:**Pupils: PERRLA. EOM: EOMI.

**Neck:**Neck: supple and trachea midline.

**Lungs:**Respiratory effort: no dyspnea.

**Cardiovascular System:**Heart Auscultation: normal S1 and S2 and RRR.

**Abdomen:**Bowel Sounds: normal. Inspection and Palpation: soft, non-distended, and no tenderness.

**Musculoskeletal::**Joints, Bones, and Muscles: normal movement of all extremities and**tenderness** (**RUE**).

**Motor Strength:**Motor Strength and Tone: normal and normal tone. C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

**Neurologic:**Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:**Inspection and palpation: no rash or lesions.

**Spine - Special Tests:**Other Findings **Myofascial pain**. Lumbar / Lumbosacral Spine (normal) lumbar / lumbosacral spine, **positive axial load**, and negative SLR.

## Assessment / Plan

52-year-old female presenting for follow-up with regards to medication management the setting of CRPS. She has repetitive work-related injury to the right shoulder and arm leading to symptoms consistent with CRPS. More recently her back and hip have been causing issues. Imaging does show disc bulge at L4-5 with foraminal narrowing. We discussed physical therapy. Unfortunately, patient has been spending a good bit of time at the hospital after her son suffered an anoxic brain injury related to an overdose. Her current regimen consists of Lyrica 100 mg 3 times a day. She does feels that the medication helps her symptoms. She denies adverse side effects. We will plan to refill her medication for a six-month supply. I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient has a signed pain management agreement per clinic policy. Urine drug screen is up to date and appropriate as per Kentucky medical board guidelines. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient. Patient will follow-up in 6 months for further evaluation.

. **Complex regional pain syndrome**

M89.00: Algoneurodystrophy, unspecified site

- Lyrica 100 mg capsule - Take 1 capsule(s) 3 times a day by oral route. Qty: 270 capsule(s) Refills: 1 Pharmacy: EXPRESS SCRIPTS HOME DELIVERY

**Patient Instructions**

WRAP-UP
Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- Refill Lyrica

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

## Return to Office

- MICHAEL T NEWCOMB, MD for COMPLETE EYE EXAM at OPHTHALMOLOGY EAST on 05/05/2021 at 10:15 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 04/06/2021.
Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 04/06/2021 at 9:36am

**Encounter Date: 02/05/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (52yo, F) ID# 21591363 | **Appt. Date/Time** | 02/05/2021 09:30AM |
| | | **Service Dept.** | OPHTHALMOLOGY EAST |
| **Provider** | MICHAEL T NEWCOMB, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 214021M1EA<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # : 09221968<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

Brief Eye Exam

52 WF W/FBS OD BRF

1. C/O FBS OD - THERE ALL THE TIME - WORSE YESTERDAY
2. OD REDNESS
3. WATERY OD
4. OCC LIDS CRUSTY OD - LIDS
5. OD FEELS LIKE THERE IS A STICK POKING HER
MC

REFRESH DROPS OU

**REECE, JAMIE H (id #21591363, dob:**

Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Referring Provider:** KATHERINE S RODEN MD: 1221 S BROADWAY 4TH FL, LEXINGTON, KY 40504, Ph (859) 258-6101, Fax (859) 258-4411 NPI: 1982967824
**Neurologist:** ANDREW R SCHNEIDER MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1932120219
**Ophthalmologist:** MICHAEL T NEWCOMB MD: 100 N EAGLE CREEK DR 3RD FL, LEXINGTON, KY 40509, Ph (859) 258-5310, Fax (859) 258-5328 NPI: 1093968026
**Rheumatologist:** SUSANNA MOBERLY APRN: 1221 S BROADWAY 5TH FL, LEXINGTON, KY 40504, Ph (859) 258-4450, Fax (859) 258-4039 NPI: 1568843316
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990

Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON, KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS, TN 38134, Ph (844) 516-3319, Fax (888) 302-1028
EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS, MO 63134, Ph (888) 327-9791, Fax (800) 837-0959
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN, KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

Vitals

02/05/2021 10:16 am

**Ht:** 5 ft 7 in

Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;
**PERCOCET**: Itching

Medications

Reviewed Medications

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 10/19/20 | prescribed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 11/17/20 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **prednisoLONE acetate 1 % eye drops,suspension**<br>INSTILL 1 DROP INTO AFFECTED EYE(S) BY OPHTHALMIC ROUTE 4TIMES PER DAY for 14 days | 02/05/21 | prescribed |
| **predniSONE 5 mg tablet**<br>take one po tid x 2 weeks; one po bid x 2 weeks then one po daily x 2 weeks | 10/12/20 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **Restasis 0.05 % eye drops in a dropperette**<br>INSTILL 1 DROP INTO AFFECTED EYE(S) BY OPHTHALMIC ROUTE EVERY 12 HOURS Both eyes | 02/05/21 | prescribed |
| **Suprep Bowel Prep Kit 17.5 gram-3.13 gram-1.6 gram oral solution**<br>AS DIRECTED | 10/19/20 | prescribed |

| | | |
|---|---|---|
| **terconazole 0.4 % vaginal cream**<br>Insert 1 applicator(s)ful every day by vaginal route for 7 days. | 10/26/20 | prescribed |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 11/17/20 | prescribed |
| **traMADoL 50 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 30 days. | 10/07/19 | prescribed |
| **Valium 5 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 1 day. | 10/27/20 | prescribed |
| **Xeljanz XR 11 mg tablet,extended release**<br>take one tablet everyday | 01/13/21 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- History of polyp of colon - Onset: 10/19/2020
- Family history of Stomach cancer - Onset: 07/13/2017
- Globus sensation - Onset: 07/13/2017
- Cystocele and rectocele co-occurrent with incomplete uterovaginal prolapse - Onset: 01/25/2021

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| | - Hypertensive disorder |
| Father | - Hypercholesterolemia |
| | - Family history of cancer |
| Maternal Uncle | - Heart disease |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 11/17/2020
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Procedure on wrist

right wrist break surgery 10/2019;
PELVIC SURGERY 12/14/2020

## Past Medical History

Reviewed Past Medical History
Glasses/Contacts: **Y**
Notes: CRPS

**REECE, JAMIE H (id #21591363, dob:**

## HPI

52 WF W/FBS OD BRF

1. C/O FBS OD - THERE ALL THE TIME - WORSE YESTERDAY
2. OD REDNESS
3. WATERY OD
4. OCC LIDS CRUSTY OD - LIDS
5. OD FEELS LIKE THERE IS A STICK POKING HER

MC

REFRESH DROPS OU

steroid helped a lot intitially, then seemed to wear off.

now getting fbs

stopped pf monday

## ROS

Patient reports **irritation right eye, dryness both eyes, discomfort right eye, itching right eye, and ocular redness right eye** She reports no difficulty hearing. She reports no neurological symptoms reported. She reports no cardiovascular symptoms. She reports no systemic symptoms. She reports no myalgia, no arthralgia, and no back pain. She reports no cough, no wheezing, and no sleep apnea. She reports no allergy symptoms, no sinus pressure, and no itching. She reports no proptosis and no muscle weakness. She reports no bleeding tendency. She reports no past flomax usage.

## Visual Acuity

| | Right | Left |
|---|---|---|
| Distance | | |
| w/ corr | 20/20 -2 | 20/25 |

## Vision Correction

None recorded.

## Physical Exam

Patient is a 52-year-old female.

**External Exam:**General Appearance normal. Face: normal. Lids: normal. Pupils normal. Muscle Balance Testing: normal. EOM: normal. Visual Fields Exam normal to count fingers OU.

**Slit Lamp Exam:**Lids normal. Conjunctiva: normal. Cornea: **abnormal** (**poor tear film ou f stainging ou**). Anterior Chamber: normal. Iris: normal. Lens: normal.

**Psychiatric:**Orientation: oriented to time, place, and person. Mental Status: affect normal.

## Intraocular Pressure

| Method | Right | Left |
|---|---|---|
| TonoPen | 21 mm Hg | 21 mm Hg |

## Dilation

None recorded

None recorded.

## Assessment / Plan

. **Dry eyes** -

rec restart pf qid x 2 weeks

continue art tears prn

start restasis bid ou

3 mo and prn.

H04.129: Dry eye syndrome of unspecified lacrimal gland

- DRY EYES: CARE INSTRUCTIONS
- Restasis 0.05 % eye drops in a dropperette - INSTILL 1 DROP INTO AFFECTED EYE(S) BY OPHTHALMIC ROUTE EVERY 12 HOURS Both eyes Qty: 3 blist pack(s) of 60 Refills: 3 Pharmacy: WALMART PHARMACY 3894
- prednisolone acetate 1 % eye drops,suspension - INSTILL 1 DROP INTO AFFECTED EYE(S) BY OPHTHALMIC ROUTE 4TIMES PER DAY for 14 days Qty: 1 15 mL drop btl(s) Refills: 0 Pharmacy: WALMART PHARMACY 3894

### Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 02/15/2021 at 08:30 AM
- MICHAEL T NEWCOMB, MD for COMPLETE EYE EXAM at OPHTHALMOLOGY EAST on 02/22/2021 at 01:45 PM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023

## Encounter Sign-Off

Encounter signed-off by MICHAEL T NEWCOMB, MD, 02/05/2021.
Encounter performed and documented by MICHAEL T NEWCOMB, MD
Encounter reviewed & signed by MICHAEL T NEWCOMB, MD on 02/05/2021 at 10:41am

**Encounter Date: 01/25/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (52yo, F) ID# 21591363 | **Appt. Date/Time** | 01/25/2021 02:15PM |
| | | **Service Dept.** | GASTRO SB |
| **Provider** | AN-YU CHEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 214021M1EA<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # : 09221968<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Referring Provider:** KATHERINE S RODEN MD: 1221 S BROADWAY 4TH FL, LEXINGTON, KY 40504, Ph (859) 258-6101, Fax (859) 258-4411 NPI: 1982967824
**Neurologist:** ANDREW R SCHNEIDER MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1932120219
**Ophthalmologist:** MICHAEL T NEWCOMB MD: 100 N EAGLE CREEK DR 3RD FL, LEXINGTON, KY 40509, Ph (859) 258-5310, Fax (859) 258-5328 NPI: 1093968026
**Rheumatologist:** SUSANNA MOBERLY APRN: 1221 S BROADWAY 5TH FL, LEXINGTON, KY 40504, Ph (859) 258-4450, Fax (859) 258-4039 NPI: 1568843316
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990

**REECE, JAMIE H (id #21591363, dob:**

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN, KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS, TN 38134, Ph (844) 516-3319, Fax (888) 302-1028
EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS, MO 63134, Ph (888) 327-9791, Fax (800) 837-0959

## Vitals

01/25/2021 03:08 pm

**Ht:** 5 ft 7 in

## Allergies

Allergies not reviewed (last reviewed 01/18/2021)

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

**PERCOCET**: Itching

## Medications

Medications not reviewed (last reviewed 01/18/2021)

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 10/19/20 | prescribed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 11/17/20 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **prednisoLONE acetate 1 % eye drops,suspension**<br>INSTILL 1 DROP INTO AFFECTED EYE(S) BY OPHTHALMIC ROUTE 4TIMES PER DAY for 14 days | 01/18/21 | prescribed |
| **predniSONE 5 mg tablet**<br>take one po tid x 2 weeks; one po bid x 2 weeks then one po daily x 2 weeks | 10/12/20 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **Suprep Bowel Prep Kit 17.5 gram-3.13 gram-1.6 gram oral solution**<br>AS DIRECTED | 10/19/20 | prescribed |
| **terconazole 0.4 % vaginal cream**<br>Insert 1 applicator(s)ful every day by vaginal route for 7 days. | 10/26/20 | prescribed |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 11/17/20 | prescribed |
| **traMADoL 50 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 30 days. | 10/07/19 | prescribed |
| **Valium 5 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 1 day. | 10/27/20 | prescribed |
| **Xeljanz XR 11 mg tablet,extended release**<br>take one tablet everyday | 01/13/21 | prescribed |
| **ZyrTEC 10 mg capsule** | 11/17/17 | entered |

Take 1 capsule(s) every day by oral route.

## Vaccines

Vaccines not reviewed (last reviewed 01/13/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- History of polyp of colon - Onset: 10/19/2020
- Family history of Stomach cancer - Onset: 07/13/2017
- Globus sensation - Onset: 07/13/2017
- Cystocele and rectocele co-occurrent with incomplete uterovaginal prolapse - Onset: 01/25/2021

## Family History

Family History not reviewed (last reviewed 01/18/2021)

| | |
|---|---|
| Mother | - Arthritis |
| | - Hypertensive disorder |
| Father | - Hypercholesterolemia |
| | - Family history of cancer |
| Maternal Uncle | - Heart disease |

## Social History

Social History not reviewed (last reviewed 01/18/2021)
**Gastroenterology**
Tobacco cessation counseling provided date: (Notes: tdotson14 answered No to the Tobacco cessation counseling provided question on 04/09/2019.)
Occupation: unemployed
Marital status: Married
Alcohol intake: None
Illicit drugs: no
Drugs Abused: no
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 11/17/2020
Chewing tobacco: none

## Surgical History

Surgical History not reviewed (last reviewed 01/18/2021)
- Procedure on wrist

right wrist break surgery 10/2019;
PELVIC SURGERY 12/14/2020

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 03/30/2020)

**REECE, JAMIE H (id #21591363, dob:**

## Past Medical History

Past Medical History not reviewed (last reviewed 01/18/2021)
Acid Reflux (GERD): **Y**
Allergies/Hayfever: **Y**
Arthritis: **Y**
Chicken Pox: **Y**
Headaches: **Y**
Notes: CRPS

## HPI

The patient has requested and consented to a telehealth appointment today. Due to the current state of emergency it is appropriate to address patient's medical need via a telehealth appointment. Patient is currently physically in Kentucky.

This is a pleasant 52 yof here for follow up regarding failed rectocele surgery recently
Current status:not happy
Symptoms:still have incomplete bowel emptying, no improvement
Treatments:pelvic floor surgery at UK, but apparently not successful
Additional info:flare up of her arthritis also

## ROS

**Additionally reports:**

**CONSTITUTIONAL: No fever, chills, or weight loss**

**ENT: No ear pain. No sore throat.**
**CARDIOVASCULAR: No chest pain, No edema.**
**PULMONARY: no shortness of breath, or cough.**
**GI: As detailed in the HPI.**
**GU: no dysuria,**
**NEURO: no headaches, visual changes, numbness, tingling, weakness**
**ENDOCRINE: no history of thyroid problems, no weight gain**
**ALLERGY/IMMUNE: No immune deficiency or hay fever.**
**SKIN: No itching or rashes**
**PSYCH: No depression or anxiety**

## Physical Exam

Patient is a 52-year-old female.

Examination limited due to Telehealth constraints:

Alert & awake, in good spirits despite recent evants
No obvious evidence of jaundice
Denies acute abdominal pain
No obvious neurological deficits noted

## Assessment / Plan

**. Cystocele and rectocele co-occurrent with incomplete uterovaginal prolapse**
-

Discuss possible second opinion from colorectal surgeon: Belin or Papp.

N81.2: Incomplete uterovaginal prolapse

**)iscussion Notes**

I have discussed the situation, differential diagnosis, and recommendation with the patient. She express understanding and wishes to proceed as recommended. 30+ min discussion of situation.

Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 02/16/2021 at 09:30 AM
- MICHAEL T NEWCOMB, MD for COMPLETE EYE EXAM at OPHTHALMOLOGY EAST on 02/19/2021 at 08:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023

## Encounter Sign-Off

Encounter signed-off by AN-YU CHEN, MD, 01/25/2021.
Encounter performed and documented by AN-YU CHEN, MD
Encounter reviewed & signed by AN-YU CHEN, MD on 01/25/2021 at 3:45pm

**Encounter Date: 01/18/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (52yo, F) ID# 21591363 | **Appt. Date/Time** | 01/18/2021 09:30AM |
| | | **Service Dept.** | OPHTHALMOLOGY EAST |
| **Provider** | MICHAEL T NEWCOMB, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 214021M1EA<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # : 09221968<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

Comprehensive Eye Exam

52 WF W/OU IRRITATED AND SWOLEN COMP (psoriatic arthritis)
REFERRAL FROM MOBERLY

1. C/O OU RED, IRRITATED, AND AND SWOLLEN LIDS
2. OCC OD FBS UNDER BOTH LIDS
3. OD FEELS LIKE THE EYE IS BEING PUSHED OUT
4. OS FEELS THE SAME BUT NOT AS BAD
5. USED SOME OINTMENT FOR "PINK EYE" AT THE BEGINING OF JAN - HELPED SOME
6. NO CLS WEARING
7 HX OF DRY EYE
8. NO EYE SURGERY, LASER, LASIK, OR TRAUMA
9. OCC OU VA'S GET BLURRY
MC

REFRESH OU DAILY OR PRN

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Referring Provider:** KATHERINE S RODEN MD: 1221 S BROADWAY 4TH FL, LEXINGTON, KY 40504, Ph (859) 258-6101, Fax (859) 258-4411 NPI: 1982967824
**Neurologist:** ANDREW R SCHNEIDER MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1932120219
**Ophthalmologist:** MICHAEL T NEWCOMB MD: 100 N EAGLE CREEK DR 3RD FL, LEXINGTON, KY 40509, Ph (859) 258-5310, Fax (859) 258-5328 NPI: 1093968026
**Rheumatologist:** SUSANNA MOBERLY APRN: 1221 S BROADWAY 5TH FL, LEXINGTON, KY 40504, Ph (859) 258-4450, Fax (859) 258-4039 NPI: 1568843316
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN, KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS, TN 38134, Ph (844) 516-3319, Fax (888) 302-1028
EXPRESS SCRIPTS HOME DELIVERY (MAIL ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS, MO 63134, Ph (888)

327-9791, Fax (800) 837-0959

## Vitals

01/18/2021 09:41 am

**Ht:** 5 ft 7 in

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

**PERCOCET**: Itching

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 10/19/20 | prescribed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 11/17/20 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **prednisoLONE acetate 1 % eye drops,suspension**<br>INSTILL 1 DROP INTO AFFECTED EYE(S) BY OPHTHALMIC ROUTE 4TIMES PER DAY for 14 days | 01/18/21 | prescribed |
| **predniSONE 5 mg tablet**<br>take one po tid x 2 weeks; one po bid x 2 weeks then one po daily x 2 weeks | 10/12/20 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **Suprep Bowel Prep Kit 17.5 gram-3.13 gram-1.6 gram oral solution**<br>AS DIRECTED | 10/19/20 | prescribed |
| **terconazole 0.4 % vaginal cream**<br>Insert 1 applicator(s)ful every day by vaginal route for 7 days. | 10/26/20 | prescribed |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 11/17/20 | prescribed |
| **traMADoL 50 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 30 days. | 10/07/19 | prescribed |
| **Valium 5 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 1 day. | 10/27/20 | prescribed |
| **Xeljanz XR 11 mg tablet,extended release**<br>take one tablet everyday | 01/13/21 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Problems

Reviewed Problems

- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019

- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- History of polyp of colon - Onset: 10/19/2020
- Family history of Stomach cancer - Onset: 07/13/2017
- Globus sensation - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| | - Hypertensive disorder |
| Father | - Hypercholesterolemia |
| | - Family history of cancer |
| Maternal Uncle | - Heart disease |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 11/17/2020
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Procedure on wrist

right wrist break surgery 10/2019;
PELVIC SURGERY 12/14/2020

## Past Medical History

Reviewed Past Medical History
Glasses/Contacts: **Y**
Notes: CRPS

## HPI

52 WF W/OU IRRITATED AND SWOLEN COMP (psoriatic arthritis)
REFERRAL FROM MOBERLY

1. C/O OU RED, IRRITATED, AND AND SWOLLEN LIDS
2. OCC OD FBS UNDER BOTH LIDS
3. OD FEELS LIKE THE EYE IS BEING PUSHED OUT
4. OS FEELS THE SAME BUT NOT AS BAD
5. USED SOME OINTMENT FOR "PINK EYE" AT THE BEGINING OF JAN - HELPED SOME
6. NO CLS WEARING
7 HX OF DRY EYE
8. NO EYE SURGERY, LASER, LASIK, OR TRAUMA
9. OCC OU VA'S GET BLURRY

MC

REFRESH OU DAILY OR PRN

hx psoriatic arthritis

redness, swelling ou eyes and eyelids

thought had pinkeye

ointment made scratchiness feel better, but didn't take it away.

PMH: PA, CRPS type 1

## ROS

Patient reports no difficulty hearing. She reports no neurological symptoms reported. She reports no cardiovascular symptoms. She reports no systemic symptoms. She reports no myalgia, no arthralgia, and no back pain. She reports no cough, no wheezing, and no sleep apnea. She reports no allergy symptoms, no sinus pressure, and no itching. She reports no proptosis and no muscle weakness. She reports no bleeding tendency. She reports no past flomax usage.

## Visual Acuity

| | Right | Left |
|---|---|---|
| Distance | | |
| w/ corr | 20/25 | 20/25 -1 |

## Vision Correction

None recorded.

## Physical Exam

Patient is a 52-year-old female.

**External Exam:**General Appearance normal. Face: normal. Lids: normal. Pupils normal. Muscle Balance Testing: normal. EOM: normal. Visual Fields Exam normal to count fingers OU.

**Slit Lamp Exam:**Lids **abnormal** (**erythematous lid margins ou**). Conjunctiva: normal. Cornea: **abnormal** (**very poor tear film ou**
**minimal f staining but present** ). Anterior Chamber: normal. Iris: normal. Lens: normal.

**Psychiatric:**Orientation: oriented to time, place, and person. Mental Status: affect normal.

## Intraocular Pressure

| Method | Right | Left |
|---|---|---|
| TonoPen | 14 mm Hg | 16 mm Hg |

## Dilation

None recorded.

## Assessment / Plan

. **Blepharitis**
H01.9: Unspecified inflammation of eyelid
- BLEPHARITIS: CARE INSTRUCTIONS

. **Dry eyes**
H04.129: Dry eye syndrome of unspecified lacrimal gland
- DRY EYES: CARE INSTRUCTIONS
- prednisolone acetate 1 % eye drops,suspension - INSTILL 1 DROP INTO AFFECTED EYE(S) BY OPHTHALMIC ROUTE 4TIMES PER DAY for 14 days Qty: 1 5 mL drop btl(s) Refills: 0 Pharmacy: WALMART PHARMACY 3894

**Discussion Notes**
we discussed steroid and ar ttears for her condition

pf qid x 2 weeks then d/c

if better then worse, consider restasis/xiidra for this as likely psoriatic arthritis is cause

rehceck 1 mo with complete.

Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 02/16/2021 at 09:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023

## Encounter Sign-Off

Encounter signed-off by MICHAEL T NEWCOMB, MD, 01/18/2021.
Encounter performed and documented by MICHAEL T NEWCOMB, MD
Encounter reviewed & signed by MICHAEL T NEWCOMB, MD on 01/18/2021 at 10:02am

**Encounter Date: 01/13/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (52yo, F) ID# 21591363 | **Appt. Date/Time** | 01/13/2021 08:30AM |
| | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 214021M1EA<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # : 09221968<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

Followup: Psoriatic arthritis

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Referring Provider:** KATHERINE S RODEN MD: 1221 S BROADWAY 4TH FL, LEXINGTON, KY 40504, Ph (859) 258-6101, Fax (859) 258-4411 NPI: 1982967824
**Neurologist:** ANDREW R SCHNEIDER MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1932120219
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN, KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS, TN 38134, Ph (844) 516-3319, Fax (888) 302-1028
EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS, MO 63134, Ph (888) 327-9791, Fax (800) 837-0959

## Vitals

| | | | |
|---|---|---|---|
| **Ht:** | 5 ft 7 in 01/13/2021 08:47 am | **Notes:** | afebrile; no bp or hr issues 01/13/2021 08:48 am |

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

**PERCOCET**: Itching

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 10/19/20 | prescribed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 11/17/20 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **predniSONE 5 mg tablet**<br>take one po tid x 2 weeks; one po bid x 2 weeks then one po daily x 2 weeks | 10/12/20 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **Suprep Bowel Prep Kit 17.5 gram-3.13 gram-1.6 gram oral solution**<br>AS DIRECTED | 10/19/20 | prescribed |
| **terconazole 0.4 % vaginal cream**<br>Insert 1 applicator(s)ful every day by vaginal route for 7 days. | 10/26/20 | prescribed |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 11/17/20 | prescribed |
| **traMADoL 50 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 30 days. | 10/07/19 | prescribed |
| **Valium 5 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 1 day. | 10/27/20 | prescribed |
| **Xeljanz XR 11 mg tablet,extended release**<br>take one tablet everyday | 01/13/21 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Problems not reviewed (last reviewed 11/17/2020)

- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019

- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- History of polyp of colon - Onset: 10/19/2020
- Family history of Stomach cancer - Onset: 07/13/2017
- Globus sensation - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 11/17/2020)

| | |
|---|---|
| Mother | - Arthritis |
| | - Hypertensive disorder |
| Father | - Hypercholesterolemia |
| | - Family history of cancer |
| Maternal Uncle | - Heart disease |

## Social History

Social History not reviewed (last reviewed 11/17/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 11/17/2020
Chewing tobacco: none

## Surgical History

Surgical History not reviewed (last reviewed 11/17/2020)

- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 03/30/2020)

## Past Medical History

Past Medical History not reviewed (last reviewed 11/17/2020)
Acid Reflux (GERD): **Y**
Arthritis: **Y**
Notes: CRPS

## HPI

pleasant 52 yo fe, seen today as a follow-up on psoriatic arthritis. Currently she is on xeljanz 11 mg po daily; and denies any side effects.

She has a history of complex regional pain syndrome involving the right upper and lower extremity followed by pain clinic.

she reports she is feeling flared with recent surgery (pelvic floor repair) and missing meds, feeling that she is getting recurring pink eye with orbital swelling; no s/e from medications; currently denies bowel or bladder changes, chest pain, shortness of air, rashes, fevers and all others are negative

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 52-year-old
female.

pleasant, well nourished; comfortable; msk exam is stable; left orbital swelling; normal breathing pattern

## Assessment / Plan

. **Psoriasis with arthropathy** -

52-year-old female with chronic psoriasis and psoriatic arthritis.

so she was started on xeljanz and has not been on it long enough to see an improvement

she needs labs and refills today

L40.50: Arthropathic psoriasis, unspecified

- PSORIASIS: CARE INSTRUCTIONS
- Xeljanz XR 11 mg tablet,extended release - take one tablet everyday Qty: 90 tablet(s) Refills: 1 Pharmacy: ACCREDO

. **Complex regional pain syndrome** -

Please see my previous notes for details.

Briefly, has CRPS Type I, right arm after right shoulder and elbow injury due to repititive work at Toyota factory. Initially symptoms started some time early January 2018.

she is currently followed at the pain management clinic and is now on Lyrica at 100 mg 3 times a day.

unfortunately, her symptoms are chronic and does need to maintain long-term pain management.

I do not have any further suggestions.

M89.00: Algoneurodystrophy, unspecified site

- LEARNING ABOUT HEALTHY WEIGHT
- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS

. **Long-term drug therapy** -

labs

Z79.899: Other long term (current) drug therapy

. **Mucopurulent conjunctivitis** -

had surgery in December and had 3 events of pink eye since surgery with orbital swelling

H10.029: Other mucopurulent conjunctivitis, unspecified eye

- PINKEYE: CARE INSTRUCTIONS

. **Orbital swelling** -

bilateral eyes

H05.229: Edema of unspecified orbit

- OPHTHALMOLOGY REFERRAL - Schedule Within: provider's discretion

Reason for Referral: pink eye x 3 and bilateral orbital swelling; left is >right

## Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 02/16/2021 at 09:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023

## Encounter Sign-Off

Encounter signed-off by SUSANNA MOBERLY, APRN, 01/13/2021.
Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 01/13/2021 at 9:05am

**Encounter Date: 11/17/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (52yo, F) ID# 21591363 | **Appt. Date/Time** | 11/17/2020 08:45AM |
| **DOB** | 09/22/1968 | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # : 09221968<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

Jamie Reece 52yo female medication management. pt is prescribed lyrica 100mg for CRPS. pt stated she has no issues with current regimen. pt rated her pain 5/10 today

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Referring Provider:** KATHERINE S RODEN MD: 1221 S BROADWAY 4TH FL, LEXINGTON, KY 40504, Ph (859) 258-6101, Fax (859) 258-4411 NPI: 1982967824
**Neurologist:** ANDREW R SCHNEIDER MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1932120219
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider (Worker's Comp):** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN, KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS, TN 38134, Ph (844) 516-3319, Fax (888) 302-1028
EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS, MO 63134, Ph (888) 327-9791, Fax (800) 837-0959

## Vitals

11/17/2020 09:03 am

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in | **Wt:** | 178 lbs | **BMI:** | 27.9 |
| **BP:** | 113/73 sitting | **Pain Scale:** | 5 | **Pain Scale Type:** | Numeric |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;
**PERCOCET**: Itching

## Medications

Reviewed Medications

**esomeprazole magnesium 40 mg capsule,delayed release** 10/19/20 prescribed
TAKE 1 CAPSULE DAILY

**Estrace 1 mg tablet** 08/21/19 entered

**Lyrica 100 mg capsule** 11/17/20 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** 11/17/17 entered

**predniSONE 5 mg tablet** 10/12/20 prescribed
take one po tid x 2 weeks; one po bid x 2 weeks then one po daily x 2 weeks

**Probiotic** 11/17/17 entered

**Suprep Bowel Prep Kit 17.5 gram-3.13 gram-1.6 gram oral solution** 10/19/20 prescribed
AS DIRECTED

**terconazole 0.4 % vaginal cream** 10/26/20 prescribed
Insert 1 applicator(s)ful every day by vaginal route for 7 days.

**tiZANidine 4 mg tablet** 11/17/20 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**Valium 5 mg tablet** 10/27/20 prescribed
Take 1 tablet(s) every day by oral route as needed for 1 day.

**Xeljanz XR 11 mg tablet,extended release** 09/22/20 changed
take one tablet everyday

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems

- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- History of polyp of colon - Onset: 10/19/2020

- Family history of Stomach cancer - Onset: 07/13/2017
- Globus sensation - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| | - Hypertensive disorder |
| Father | - Hypercholesterolemia |
| | - Family history of cancer |
| Maternal Uncle | - Heart disease |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 11/17/2020
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 03/30/2020)

## Past Medical History

Reviewed Past Medical History
Arthritis: **Y**
Headaches: **Y**
Notes: CRPS

## HPI

53-year-old female with psoriatic arthritis presenting for follow-up with regards to CRPS. Patient has repetitive work-related injury in the right upper extremity from her job at Toyota. Her current regimen consists of Lyrica 100 mg 3 times a day and tizanidine when necessary.

## Physical Exam

Patient is a 52-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD.

**Psychiatric:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** EOM: EOMI.

**Neck:** Neck: supple and trachea midline.

**Lungs:** Respiratory effort: no dyspnea

dyspnea.

**Cardiovascular System:**Heart Auscultation: normal S1 and S2 and RRR.

**Abdomen:**Bowel Sounds: normal. Inspection and Palpation: soft, non-distended, and no tenderness.

**Musculoskeletal::**Joints, Bones, and Muscles: normal movement of all extremities.

**Motor Strength:**Motor Strength and Tone: normal and normal tone.

**Neurologic:**Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:**Inspection and palpation: no rash or lesions.

**Spine - Special Tests:**Cervical Spine negative axial loading test and Spurling's test and (normal) cervical spine. Other Findings **Myofascial pain**. Lumbar / Lumbosacral Spine (normal) lumbar / lumbosacral spine, **positive axial load**, and negative SLR.

**Hips - Special Tests:**Hip Right: Patrick-Fabere test negative. Hip Left: Patrick-Fabere test negative.

## Assessment / Plan

52-year-old female presenting for follow-up with regards to limb pain in the setting of CRPS. Patient has a history of repetitive work-related injury to the right upper extremity. She subsequently developed symptoms consistent with CRPS including allodynia as well as color and temperature change. She is undergone physical therapy and continues home stretching. Her primary issue today continues to be right hip and leg discomfort. She reports primarily right posterior buttock and groin pain. She has noticed anterior shin pain on the right. X-ray imaging of the hip shows mild degenerative changes. Lumbar MRI imaging shows small disc protrusion at L4-5 with mild foraminal narrowing. On not able to reproduce any symptoms on exam. She demonstrates no discomfort with range of motion of the hip. She does have an upcoming surgery in mid December and as such we would try to avoid injection therapy as steroid could impede wound healing. We subsequently discussed referral to physical therapy to help with strength, conditioning and flexibility. Since I can't reproduce symptoms with range of motion of the hip, I suspect this is likely nerve root irritation from her back at the L4-5 level. She will likely benefit from physical therapy.

Her current regimen consists of Lyrica 100 mg 3 times a day and tizanidine when necessary. She notes improvement in symptoms with the use of the medicine. She denies any adverse side effects. She notes improved ability to perform her ADLs. We will plan to refill her medication for a one-month supply. I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient has a signed pain management agreement per clinic policy. Urine drug screen is up to date and appropriate as per Kentucky medical board guidelines. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient. Patient will follow-up inthree month for further evaluation.

. **Complex regional pain syndrome**

M89.00: Algoneurodystrophy, unspecified site

- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS
- Lyrica 100 mg capsule - Take 1 capsule(s) 3 times a day by oral route. Qty: 270 capsule(s) Refills: 0 Pharmacy: EXPRESS SCRIPTS HOME DELIVERY

. **Myofascial pain**

M79.10: Myalgia, unspecified site

- tizanidine 4 mg tablet - Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. Qty: 270 tablet(s) Refills: 0 Pharmacy: EXPRESS SCRIPTS HOME DELIVERY

. **Lumbar radiculopathy**

M54.16: Radiculopathy, lumbar region

- PHYSICAL THERAPY REFERRAL - Schedule Within: provider's discretion

**'atient Instructions**

WRAP-UP

Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- Refill Lyrica

- Refill Tizanidine

- Referral to PT

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

**Discussion Notes**

Spent 25 total minutes with the patient today. Greater than 50% of this time was spent counseling/coordination of care as documented in my assessment and plan above.

## Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 02/16/2021 at 09:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 11/17/2020.
Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 11/17/2020 at 9:33am

**Encounter Date: 10/27/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (52yo, F) ID# 21591363 | **Appt. Date/Time** | 10/27/2020 08:00AM |
| | | **Service Dept.** | SURGERY SCHEDULE |
| **Provider** | AN-YU CHEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # : 09221968<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Referring Provider:** KATHERINE S RODEN MD: 1221 S BROADWAY 4TH FL, LEXINGTON, KY 40504, Ph (859) 258-6101, Fax (859) 258-4411 NPI: 1982967824
**Neurologist:** ANDREW R SCHNEIDER MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1932120219

**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider (Worker's Comp):** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN, KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS, TN 38134, Ph (844) 516-3319, Fax (888) 302-1028
EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS, MO 63134, Ph (888) 327-9791, Fax (800) 837-0959

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 10/20/2020)

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

**PERCOCET**: Itching

## Medications

Medications not reviewed (last reviewed 10/20/2020)

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 10/19/20 | prescribed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 10/20/20 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **predniSONE 5 mg tablet**<br>take one po tid x 2 weeks; one po bid x 2 weeks then one po daily x 2 weeks | 10/12/20 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **Suprep Bowel Prep Kit 17.5 gram-3.13 gram-1.6 gram oral solution**<br>AS DIRECTED | 10/19/20 | prescribed |
| **terconazole 0.4 % vaginal cream**<br>Insert 1 applicator(s)ful every day by vaginal route for 7 days. | 10/26/20 | prescribed |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 10/20/20 | prescribed |
| **traMADoL 50 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 30 days. | 10/07/19 | prescribed |
| **Valium 5 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 1 day. | 10/27/20 | prescribed |
| **Xeljanz XR 11 mg tablet,extended release**<br>take one tablet everyday | 09/22/20 | changed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

Vaccines not reviewed (last reviewed 10/20/2020)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- History of polyp of colon - Onset: 10/19/2020
- Family history of Stomach cancer - Onset: 07/13/2017
- Globus sensation - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 10/20/2020)

| | |
|---|---|
| Mother | - Arthritis |
| | - Hypertensive disorder |
| Father | - Hypercholesterolemia |
| | - Family history of cancer |
| Maternal Uncle | - Heart disease |

## Social History

Social History not reviewed (last reviewed 10/20/2020)
**Gastroenterology**
Tobacco cessation counseling provided date: (Notes: tdotson14 answered No to the Tobacco cessation counseling provided question on 04/09/2019.)
Occupation: unemployed
Marital status: Married
Alcohol intake: None
Illicit drugs: no
Drugs Abused: no
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 10/20/2020
Chewing tobacco: none

## Surgical History

Surgical History not reviewed (last reviewed 10/20/2020)
- Procedure on wrist

right wrist break surgery 10/2019

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 03/30/2020)

## Past Medical History

Past Medical History not reviewed (last reviewed 10/20/2020)
Acid Reflux (GERD): **Y**
Allergies/Hayfever: **Y**
Arthritis: **Y**

Chicken Pox: **Y**
Headaches: **Y**
Notes: CRPS

## Physical Exam

Patient is a 52-year-old female.

## Assessment / Plan

None recorded.

### Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 11/13/2020 at 10:30 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 11/17/2020 at 08:45 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023

## Encounter Sign-Off

Encounter signed-off by Melissa Blackwell, 10/30/2020.
Encounter performed and documented by AN-YU CHEN, MD
Encounter reviewed & signed by Melissa Blackwell on 10/30/2020 at 4:15pm

**Encounter Date: 10/20/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (52yo, F) ID# 21591363 | **Appt. Date/Time** | 10/20/2020 08:15AM |
| **DOB** | 09/22/1968 | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # : 09221968<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

Jamie Reece 52yo femsle coming in with new pain. pt states she is having left arm pain with numbness. pt rated her pain 3/10 today.

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Referring Provider:** KATHERINE S RODEN MD: 1221 S BROADWAY 4TH FL, LEXINGTON, KY 40504, Ph (859) 258-6101, Fax (859) 258-4411 NPI: 1982967824
**Neurologist:** ANDREW R SCHNEIDER MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1932120219
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider (Worker's Comp):** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN, KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS, TN 38134, Ph (844) 516-3319, Fax (888) 302-1028
EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS, MO 63134, Ph (888) 327-9791, Fax (800) 837-0959

**REECE, JAMIE H (id #21591363, dob:**

## Vitals

10/20/2020 08:38 am

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in | **Wt:** | 178 lbs | **BMI:** | 27.9 |
| **BP:** | 113/73 sitting | **Pain Scale:** | 3 | **Pain Scale Type:** | Numeric |

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;
**PERCOCET**: Itching

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 10/19/20 | prescribed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 10/20/20 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **predniSONE 5 mg tablet**<br>take one po tid x 2 weeks; one po bid x 2 weeks then one po daily x 2 weeks | 10/12/20 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **Suprep Bowel Prep Kit 17.5 gram-3.13 gram-1.6 gram oral solution**<br>AS DIRECTED | 10/19/20 | prescribed |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 10/20/20 | prescribed |
| **traMADoL 50 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 30 days. | 10/07/19 | prescribed |
| **Xeljanz XR 11 mg tablet,extended release**<br>take one tablet everyday | 09/22/20 | changed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems

- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017

**REECE, JAMIE H (id #21591363, dob:**

- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- History of polyp of colon - Onset: 10/19/2020
- Family history of Stomach cancer - Onset: 07/13/2017
- Globus sensation - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| | - Hypertensive disorder |
| Father | - Hypercholesterolemia |
| | - Family history of cancer |
| Maternal Uncle | - Heart disease |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 10/20/2020
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 03/30/2020)

## Past Medical History

Reviewed Past Medical History
Arthritis: **Y**
Headaches: **Y**
Notes: CRPS

## HPI

51-year-old female presenting for follow-up with regards to CRPS. Her current regimen consists of Lyrica 100 mg 3 times a day and tizanidine when necessary.

## ROS

Patient reports **numbness** but reports no loss of consciousness, no weakness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no muscle aches, no muscle weakness, no arthralgias/joint pain, no back pain, no swelling in the extremities, and no neck pain. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 52-year-old female.

**Constitutional:**General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD.

**Psychiatric:**Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:**Head: normocephalic and atraumatic.

**Eyes:**Pupils: PERRLA. EOM: EOMI.

**Neck:**Neck: supple and trachea midline.

**Lungs:**Respiratory effort: no dyspnea.

**Cardiovascular System:**Heart Auscultation: normal S1 and S2 and RRR.

**Abdomen:**Bowel Sounds: normal. Inspection and Palpation: soft, non-distended, and no tenderness.

**Musculoskeletal::**Joints, Bones, and Muscles: normal movement of all extremities.

**Motor Strength:**Motor Strength and Tone: normal and normal tone. C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

**Neurologic:**Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:**Inspection and palpation: no rash or lesions.

**Spine - Special Tests:**Cervical Spine negative axial loading test and Spurling's test and (normal) cervical spine. Other Findings **Myofascial pain**. Lumbar / Lumbosacral Spine (normal) lumbar / lumbosacral spine, **positive axial load**, and negative SLR.

**Hips - Special Tests:**Hip Right: Patrick-Fabere test negative. Hip Left: Patrick-Fabere test negative.

## Assessment / Plan

53-year-old female presenting for follow-up with regards to CRPS. Patient has were preventative work-related injury in the right upper extremity from her job at Toyota. She notes allodynia, temperature and color change as well as edema in the right upper extremity. She is undergone physical therapy. She continues with home stretching. More recently, she has noticed some extension of her symptoms into the left upper extremity with swelling and temperature change in the left upper extremity from the hands up through the elbow. No changes are evident on exam today. She continues to be managed by rheumatology for her psoriatic arthritis. She is currently on prednisone as well as xeljanz. She notes ongoing discomfort although it is too early necessarily to make a judgment call on improvement with xeljanz. her principal issue continues to be her right hip discomfort. She underwent x-ray imaging of the hip as well as lumbar back with mild degenerative changes noted. She reports posterior buttock pain with radiation around to the groin. Patrick's test is negative. She doesn't have any tenderness to palpation around the greater trochanteric bursa. She continues with stretching exercises without benefit. I can't reproduce symptoms on exam. To rule out underlying pathology, we discussed obtaining lumbar MRI imaging today as nerve irritation at the lower lumbar levels particularly L4-5 and L5-S1 can cause symptoms like though she is describing. We will plan to obtain lumbar MRI imaging today.

Her current regimen consists of Lyrica 100 mg 3 times a day and tizanidine when necessary. She notes improvement in symptoms with the use of the medicine. She denies any adverse side effects. She notes improved ability to perform her ADLs. We had previously discussed dose escalation of Lyrica to help better address pain complaints. Given her flare in psoriatic arthritis and her maintenance on prednisone at this point I think inadvisable to hold on any medication changes until we see how her symptoms settle out. Patient's in agreement. We will plan to refill her medication for a one-month supply. I have personally reviewed this

patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient has a signed pain management agreement per clinic policy. Urine drug screen is up to date and appropriate as per Kentucky medical board guidelines. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient. Patient will follow-up in one month for further evaluation.

**. Complex regional pain syndrome**

M89.00: Algoneurodystrophy, unspecified site

- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS
- Lyrica 100 mg capsule - Take 1 capsule(s) 3 times a day by oral route. Qty: 270 capsule(s) Refills: 0 Pharmacy: EXPRESS SCRIPTS HOME DELIVERY

**. Myofascial pain**

M79.10: Myalgia, unspecified site

- tizanidine 4 mg tablet - Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. Qty: 270 tablet(s) Refills: 0 Pharmacy: EXPRESS SCRIPTS HOME DELIVERY

**. Lumbar radiculopathy**

M54.16: Radiculopathy, lumbar region

- MRI, LUMBAR SPINE, W/O CONTRAST

Height (ft.): 5 ft 7 in Weight (lbs): 177

**ʾatient Instructions**

WRAP-UP

Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- L MRI

- Refill Lyrica

- Refill Tizanidine

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

**)iscussion Notes**

Spent 25 total minutes with the patient today. Greater than 50% of this time was spent counseling/coordination of care as documented in my assessment and plan above.

## Return to Office

- COVID19_SIMPSON for COVID - PRESURG at COVID-19 TENT SIMPSON on 10/23/2020 at 01:35 PM
- AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on 10/27/2020 at 08:00 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 11/13/2020 at 10:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 10/20/2020.

Encounter performed and documented by KATHERINE S RODEN, MD

Encounter reviewed & signed by KATHERINE S RODEN, MD on 10/20/2020 at 9:04am

**Encounter Date: 10/19/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (52yo, F) ID# 21591363 | **Appt. Date/Time** | 10/19/2020 01:30PM |
| | | **Service Dept.** | GASTRO SB |
| **Provider** | AN-YU CHEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # : 09221968<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Referring Provider:** KATHERINE S RODEN MD: 1221 S BROADWAY 4TH FL, LEXINGTON, KY 40504, Ph (859) 258-6101, Fax (859) 258-4411 NPI: 1982967824
**Neurologist:** ANDREW R SCHNEIDER MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1932120219
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider (Worker's Comp):** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS, MO 63134, Ph (888) 327-9791, Fax (800) 837-0959**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS, TN 38134, Ph (844) 516-3319, Fax (888) 302-1028
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN, KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

10/19/2020 02:01 pm

**Ht:** 5 ft 7 in

## Allergies

Allergies not reviewed (last reviewed 10/12/2020)
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;
**PERCOCET**: Itching

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 10/19/20 | prescribed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 05/15/20 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |

| | | |
|---|---|---|
| **predniSONE 5 mg tablet**<br>take one po tid x 2 weeks; one po bid x 2 weeks then one po daily x 2 weeks | 10/12/20 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 05/15/20 | prescribed |
| **traMADoL 50 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 30 days. | 10/07/19 | prescribed |
| **Xeljanz XR 11 mg tablet,extended release**<br>take one tablet everyday | 09/22/20 | changed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

Vaccines not reviewed (last reviewed 10/12/2020)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- History of polyp of colon - Onset: 10/19/2020
- Family history of Stomach cancer - Onset: 07/13/2017
- Globus sensation - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 10/12/2020)

| | |
|---|---|
| Mother | - Arthritis |
| | - Hypertensive disorder |
| Father | - Hypercholesterolemia |
| | - Family history of cancer |
| Maternal Uncle | - Heart disease |

## Social History

Social History not reviewed (last reviewed 10/12/2020)
**Gastroenterology**
Tobacco cessation counseling provided date: (Notes: tdotson14 answered No to the Tobacco cessation counseling provided question on 04/09/2019.)
Occupation: unemployed
Marital status: Married
Alcohol intake: None
Illicit drugs: no
Drugs Abused: no
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0

E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 10/12/2020
Chewing tobacco: none

## Surgical History

Surgical History not reviewed (last reviewed 10/12/2020)

- Procedure on wrist

right wrist break surgery 10/2019

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 03/30/2020)

## Past Medical History

Past Medical History not reviewed (last reviewed 10/12/2020)
Acid Reflux (GERD): **Y**
Allergies/Hayfever: **Y**
Arthritis: **Y**
Chicken Pox: **Y**
Headaches: **Y**
Notes: CRPS

## HPI

The patient has requested and consented to a telehealth appointment today. Due to the current state of emergency it is appropriate to address patient's medical need via a telehealth appointment. Patient is currently physically in Kentucky.

This is a pleasant here for follow up regarding follow up care
Current status:due for follow up colonoscopy
Symptoms:GERD, some dysphagia and dyspepsia
Treatments:Nexium
Additional info:last colonoscopy 7/2017, EGD for dysphagia last year, in lots of stress because son almost died from drug overdose and organ failure

## ROS

**Additionally reports:**

**CONSTITUTIONAL: No fever, chills, or weight loss**

**ENT: No ear pain. No sore throat.**
**CARDIOVASCULAR: No chest pain, No edema.**
**PULMONARY: no shortness of breath, or cough.**
**GI: As detailed in the HPI.**
**GU: no dysuria,**
**NEURO: no headaches, visual changes, numbness, tingling, weakness**
**ENDOCRINE: no history of thyroid problems, no weight gain**
**ALLERGY/IMMUNE: No immune deficiency or hay fever.**
**SKIN: No itching or rashes**
**PSYCH: No depression or anxiety**

## Physical Exam

Patient is a 52-year-old female.

Examination limited due to Telehealth constraints:

Alert & awake, in good spirits
No obvious evidence of jaundice

Denies acute abdominal pain
No obvious neurological deficits noted

## Assessment / Plan

**. History of polyp of colon**-

Due for follow up colonoscopy

Z86.010: Personal history of colonic polyps

**. Intermittent dysphagia** -

Due for follow up dilation therapy

R13.19: Other dysphagia

- esomeprazole magnesium 40 mg capsule,delayed release - TAKE 1 CAPSULE DAILY Qty: 90 capsule(s) Refills: 3 Pharmacy: EXPRESS SCRIPTS HOME DELIVERY

**Discussion Notes**

I have discussed the situation, differential diagnosis, and recommendation with the patient. She express understanding and wishes to proceed as recommended.

## Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 10/20/2020 at 08:15 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 11/13/2020 at 10:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by AN-YU CHEN, MD, 10/19/2020.
Encounter performed and documented by AN-YU CHEN, MD
Encounter reviewed & signed by AN-YU CHEN, MD on 10/19/2020 at 2:31pm

**Encounter Date: 10/12/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (52yo, F) ID# 21591363 | **Appt. Date/Time** | 10/12/2020 02:15PM |
| | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # : 09221968<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

joint pain

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Referring Provider:** KATHERINE S RODEN MD: 1221 S BROADWAY 4TH FL, LEXINGTON, KY 40504, Ph (859) 258-6101, Fax (859) 258-4411 NPI: 1982967824
**Neurologist:** ANDREW R SCHNEIDER MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1932120219
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider (Worker's Comp):** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

**REECE, JAMIE H (id #21591363, dob:**

## Patient's Pharmacies

**EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS, MO 63134, Ph (888) 243-9800, Fax (800) 837-0959**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS, TN 38134, Ph (844) 516-3319, Fax (888) 302-1028
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN, KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

**Ht:** 5 ft 7 in 10/12/2020 02:28 pm
**Wt:** 178 lbs 10/12/2020 02:28 pm
**BMI:** 27.9 10/12/2020 02:28 pm
**BP:** 113/73 sitting L arm 10/12/2020 02:29 pm
**BP Cuff Size:** adult 10/12/2020 02:29 pm
**Pulse:** 74 bpm regular 10/12/2020 02:29 pm
**RR:** 18 10/12/2020 02:29 pm

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;
**PERCOCET**: Itching

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 08/18/20 | renewed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 05/15/20 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **predniSONE 5 mg tablet**<br>take one po tid x 2 weeks; one po bid x 2 weeks then one po daily x 2 weeks | 10/12/20 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 05/15/20 | prescribed |
| **traMADoL 50 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 30 days. | 10/07/19 | prescribed |
| **Xeljanz XR 11 mg tablet,extended release**<br>take one tablet everyday | 09/22/20 | changed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017
- Globus sensation - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| | - Hypertensive disorder |
| Father | - Hypercholesterolemia |
| | - Family history of cancer |
| Maternal Uncle | - Heart disease |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 10/12/2020
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 03/30/2020)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**
Arthritis: **Y**
Notes: CRPS

## HPI

seen today as a follow-up on psoriatic arthritis. Currently she is on xeljanz 11 mg po daily; and denies any side effects.

she continues with shin and back itching and rashes despite being on the xeljanz

has been having right hip pain and stiffness around the right buttocks; she does reports left hand pain and tenderness and left foot and ankle pain

She has a history of complex regional pain syndrome involving the right upper and lower extremity followed by pain clinic.

she reports she is feeling flared with med changes, without interval infection; no s/e from medications; currently denies bowel or bladder changes, chest pain, shortness of air, rashes, fevers and all others are negative

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 52-year-old female.

**Constitutional:**General Appearance: healthy-appearing and **overweight**. Level of Distress: NAD. Ambulation: ambulating normally.

**Mental Status:**Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:**Head: normocephalic and atraumatic.

**Eyes:**Lids and Conjunctivae: no discharge or pallor and non-injected. Sclerae: non-icteric.

**ENMT:**Ears: no lesions on external ear or hearing loss. Nose: no lesions on external nose and nares patent. Oral Cavity: no mouth or lip ulcers.

**Lungs:**Respiration: no dyspnea.

**Musculoskeletal System:**Joints, Bones, and Muscles: no contractures, malalignment, or bony abnormalities and normal movement of all extremities and **tenderness** (**right buttocks and hip**). Extremities: no cyanosis or edema. Hips: normal internal rotation and external rotation, no tenderness of the SI joints or pain over the greater trochanteric bursa, and **trigger point pain** (**over right piriformis; tight**). Knees: no ligamentous instability on examination.

**Neurological Exam:**Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:**Inspection and palpation: no rash, lesions, ulcer, induration, nodules, jaundice, or abnormal nevi and good turgor. Nails: normal.

## Assessment / Plan

. **Psoriasis with arthropathy** -

51-year-old female with chronic psoriasis and psoriatic arthritis.

Seems to be more symptomatic with both activity of skin and joints.

She is on Humira at 40 mg every 2 weeks.

she has tried but failed to tolerate methotrexate due to elevated liver enzymes. She has failed Enbrel in the past.

started on cosentyx and completed loading dose and has had 3 further injections; having issues with some itching recurring; may need to have further change in meds as she is still really seeing and feeling itching in the areas of her lesions

so she was started on xeljanz and has not been on it long enough to see an improvement

she is further feeling bladder distention and feeling she has to urinate frequently which she has not seen

she needs labs and refills today

L40.50: Arthropathic psoriasis, unspecified

- PSORIASIS: CARE INSTRUCTIONS
- prednisone 5 mg tablet - take one po tid x 2 weeks; one po bid x 2 weeks then one po daily x 2 weeks Qty: 84 tablet(s) Refills: 0 Pharmacy: EXPRESS SCRIPTS HOME DELIVERY

. **Complex regional pain syndrome** -

Please see my previous notes for details.

Briefly, has CRPS Type I, right arm after right shoulder and elbow injury due to repititive work at Toyota factory. Initially symptoms started some time early January 2018.

she is currently followed at the pain management clinic and is now on Lyrica at 100 mg 3 times a day.

unfortunately, her symptoms are chronic and does need to maintain long-term pain management.

I do not have any further suggestions.

M89.00: Algoneurodystrophy, unspecified site

- LEARNING ABOUT HEALTHY WEIGHT
- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS

. **Long-term drug therapy** -

repeat labs.

Z79.899: Other long term (current) drug therapy

- CBC
- ESR, AUTOMATED
- CREATININE

Height (ft.): 5 ft 7 in    Height (in.): 67

Weight (lbs): 177

- ALT
- AST

. **Pain in right hip joint** -

M25.551: Pain in right hip

- XR BIL HIPS, 2 VWS

  Weight (lbs): 177

- XR LUMBAR AP/LAT

  Weight (lbs): 177

Return to Office

- AN-YU CHEN, MD for RECHECK at GASTRO SB on 10/19/2020 at 01:30 PM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 11/13/2020 at 10:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

Encounter Sign-Off

**REECE, JAMIE H (id #21591363, dob:**
Encounter signed-off by SUSANNA MOBERLY, APRN, 10/12/2020.
Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 10/12/2020 at 3:06pm

**Encounter Date: 09/18/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 09/18/2020 09:30AM |
| | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # : 09221968<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

Followup: Psoriatic arthritis

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Referring Provider:** KATHERINE S RODEN MD: 1221 S BROADWAY 4TH FL, LEXINGTON, KY 40504, Ph (859) 258-6101, Fax (859) 258-4411 NPI: 1982967824
**Neurologist:** ANDREW R SCHNEIDER MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1932120219
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider (Worker's Comp):** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS, MO 63134, Ph (888) 327-9791, Fax (800) 837-0959**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS, TN 38134, Ph (844) 516-3319, Fax (888) 302-1028
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN, KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

09/18/2020 09:53 am

**Ht:** 5 ft 7 in **Notes:** afebrile; no bp or hr issues

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;
**PERCOCET**: Itching

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **Cosentyx Pen 300 mg/2 Pens (150 mg/mL) subcutaneous**<br>inject 2 pens EVERY 4 WEEKS | 09/18/20 | prescribed |
| **DEPO-MedroL 80 mg/mL suspension for injection**<br>Take 120 mg by injection route. | 07/31/20 | administered |

| | | |
|---|---|---|
| **Effexor XR 37.5 mg capsule,extended release**<br>Take 1 capsule(s) every day by oral route for 90 days. | 06/26/20 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 08/18/20 | renewed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 05/15/20 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **predniSONE 2.5 mg tablet**<br>take one po tid x 1 week; one po bid x 1 week then one po daily until gone | 08/13/20 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 05/15/20 | prescribed |
| **traMADoL 50 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 30 days. | 10/07/19 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

Vaccines not reviewed (last reviewed 07/31/2020)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems

- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 07/31/2020)

| | |
|---|---|
| Mother | - Arthritis<br>- Hypertensive disorder |
| Father | - Hypercholesterolemia<br>- Family history of cancer |
| Maternal Uncle | - Heart disease |

## Social History

Social History not reviewed (last reviewed 07/31/2020)
Tobacco Smoking Status: Never smoker

Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 06/19/2020
Chewing tobacco: none

## Surgical History

Surgical History not reviewed (last reviewed 07/31/2020)
- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 03/30/2020)

## Past Medical History

Past Medical History not reviewed (last reviewed 07/31/2020)
Acid Reflux (GERD): **Y**
Arthritis: **Y**
Notes: CRPS

## HPI

Visit today is being conducted via telehealth using both audio and video. Patient has expressed an understanding of the telehealth process and has consented. Patient confirms that he/she is physically located in Kentucky at the time of this visit.

seen today as a follow-up on psoriatic arthritis. Currently she is on Humira 40 mg injections every 2 weeks and denies any side effects.

however, she has noticed pain and stiffness in her hands and legs along with more frequent skin breakouts.

She has a history of complex regional pain syndrome involving the right upper and lower extremity followed by pain clinic.

no major flare in the interim, without interval infection; no s/e from medications; currently denies bowel or bladder changes, chest pain, shortness of air, rashes, fevers and all others are negative

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 51-year-old
female.

pleasant, well nourished; comfortable; msk exam is normal; normal breathing
pattern

## Assessment / Plan

. **Psoriasis with arthropathy** -

51-year-old female with chronic psoriasis and psoriatic arthritis.

Seems to be more symptomatic with both activity of skin and joints.

She is on Humira at 40 mg every 2 weeks

She is on Humira at 40 mg every 2 weeks.

she has tried but failed to tolerate methotrexate due to elevated liver enzymes. She has failed Enbrel in the past.

started on cosentyx and completed loading dose and has had 3 further injections; having issues with some itching recurring; may need to have further change in meds as she is still really seeing and feeling itching in the areas of her lesions

she is further feeling bladder distention and feeling she has to urinate frequently which she has not seen

will obtain pa for xeljanz

she needs labs and refills today

L40.50: Arthropathic psoriasis, unspecified

- PSORIASIS: CARE INSTRUCTIONS
- Cosentyx Pen 300 mg/2 Pens (150 mg/mL) subcutaneous - inject 2 pens EVERY 4 WEEKS Qty: 600 mg Refills: 2
  Pharmacy: EXPRESS SCRIPTS HOME DELIVERY

. **Complex regional pain syndrome** -

Please see my previous notes for details.

Briefly, has CRPS Type I, right arm after right shoulder and elbow injury due to repititive work at Toyota factory. Initially symptoms started some time early January 2018.

she is currently followed at the pain management clinic and is now on Lyrica at 100 mg 3 times a day.

unfortunately, her symptoms are chronic and does need to maintain long-term pain management.

I do not have any further suggestions.

M89.00: Algoneurodystrophy, unspecified site

- LEARNING ABOUT HEALTHY WEIGHT
- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS

. **Long-term drug therapy** -

repeat labs.

Z79.899: Other long term (current) drug therapy

- CBC
- ESR, AUTOMATED
- CREATININE

Height (ft.): 5 ft 7 in Height (in.): 67

- ALT
- AST

. **Increased frequency of urination**

R35.0: Frequency of micturition

- FREQUENT URINATION: CARE INSTRUCTIONS
- URINALYSIS, CULTURE IF INDICATED

Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 11/13/2020 at 10:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

Encounter Sign-Off

Encounter signed-off by SUSANNA MOBERLY, APRN, 09/18/2020.
Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 09/18/2020 at 10:06am

**Encounter Date: 07/31/2020**

Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 07/31/2020 10:15AM |
| | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # : 09221968<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

Chief Complaint

None recorded.

Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Referring Provider:** KATHERINE S RODEN MD: 1221 S BROADWAY FL 4, LEXINGTON, KY 40504, Ph (859) 258-6101, Fax (859) 258-4411 NPI: 1982967824
**Neurologist:** ANDREW R SCHNEIDER MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1932120219
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider (Worker's Comp):** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

Patient's Pharmacies

**EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS MO 63134, Ph (888) 327-9791, Fax (800) 837-0959**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (844) 516-3319, Fax (800) 391-9707
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph

(502) 570-4608, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 07/31/2020 10:29 am | **Wt:** | 183 lbs 07/31/2020 10:29 am | **BMI:** | 28.7 07/31/2020 10:29 am |
| **BP:** | 101/76 sitting L arm 07/31/2020 10:30 am | **BP Cuff Size:** | adult 07/31/2020 10:29 am | **Pulse:** | 69 bpm 07/31/2020 10:30 am |
| **RR:** | 18 07/31/2020 10:29 am | | | | |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;
**PERCOCET**: Itching

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **Cosentyx Pen 150 mg/mL subcutaneous**<br>loading dose of 150 mg every week x 5 weeks maintenance dose 300mg every 4 weeks | 07/24/20 | prescribed |
| **Effexor XR 37.5 mg capsule,extended release**<br>Take 1 capsule(s) every day by oral route for 90 days. | 06/26/20 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/20/20 | renewed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 05/15/20 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 05/15/20 | prescribed |
| **traMADoL 50 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 30 days. | 10/07/19 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019

- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| | - Hypertensive disorder |
| Father | - Hypercholesterolemia |
| | - Family history of cancer |
| Maternal Uncle | - Heart disease |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 06/19/2020
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 03/30/2020)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**
Arthritis: **Y**
Notes: CRPS

## HPI

acute visit for right hip pain and left heel pain; without injury; reports right hip pain is worsening and keeping her up at night; she has not received her loading dose of cosentyx; she is without interval infection; no s/e from medications; currently denies bowel or bladder changes, chest pain, shortness of air, rashes, fevers and all others are negative

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 51-year-old female.

**Constitutional:**General Appearance: healthy-appearing and **overweight**. Level of Distress: NAD. Ambulation: ambulating normally.

**Mental Status:**Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Sclerae: non-icteric.

**ENMT:** Ears: no lesions on external ear or hearing loss. Nose: no lesions on external nose and nares patent. Oral Cavity: no mouth or lip ulcers.

**Lungs:** Respiration: no dyspnea.

**Musculoskeletal System:** Joints, Bones, and Muscles: no contractures, malalignment, or bony abnormalities and normal movement of all extremities and **tenderness** (**right buttocks and left achilles**). Extremities: no cyanosis or edema; **achilles is tight; likely from psa**. Hips: normal internal rotation and external rotation, no tenderness of the SI joints or pain over the greater trochanteric bursa, and **trigger point pain** (**over right piriformis; tight**). Knees: no ligamentous instability on examination.

**Neurological Exam:** Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no rash, lesions, ulcer, induration, nodules, jaundice, or abnormal nevi and good turgor. Nails: normal.

## Assessment / Plan

. **Right-sided piriformis syndrome** -

likely secondary to psa flare

will provide with injection of 120 mg IM steroid injection today and start on 5 week cosentyx loading dose

M54.31: Sciatica, right side

- Depo-Medrol 80 mg/mL suspension for injection - Take 120 mg by injection route. Quantity: 120 mg

. **Left achilles tendonitis** -

likely secondary to psa; need to have steroid injection as above and start on cosentyx

M76.62: Achilles tendinitis, left leg

### Return to Office

- LAB LCSB TENT for LAB ONLY at LAB SCHEDULES on 07/31/2020 at 12:10 PM
- ANDREW SCHNEIDER, MD for RECHECK at NEUROLOGY CHI SJOP on 08/27/2020 at 09:30 AM
- SYED HAIDER ABBAS, MD for VIRTUAL VISIT at RHEUMATOLOGY SB on 09/08/2020 at 08:45 AM
- SUSANNA MOBERLY, APRN for VIRTUAL VISIT at RHEUMATOLOGY SB on 09/18/2020 at 09:30 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 11/13/2020 at 10:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by SUSANNA MOBERLY, APRN, 07/31/2020.
Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 07/31/2020 at 11:00am

**Encounter Date: 07/24/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 07/24/2020 09:45AM |
| | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SYED HAIDER ABBAS, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO) | | |

Insurance Med Primary: BCBS-OH (PPO)
Insurance # : TOAAN1313675
Policy/Group # : 003320100TEAP064
Employer Name : TOYOTA
Med Worker's Comp: MSMM
Referring Provider Name : DONEGAN, RYAN P
Employer Name : KELLY SERVICES
Case # : SA211932PVY
Case Injury Date : 01/30/2018
Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC
Insurance # : 09221968
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: EXPRESS SCRIPTS - Member is eligible. details

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Referring Provider:** KATHERINE S RODEN MD: 1221 S BROADWAY FL 4, LEXINGTON, KY 40504, Ph (859) 258-6101, Fax (859) 258-4411 NPI: 1982967824
**Neurologist:** ANDREW R SCHNEIDER MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1932120219
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider (Worker's Comp):** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS MO 63134, Ph (888) 327-9791, Fax (800) 837-0959**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (844) 516-3319, Fax (800) 391-9707
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 07/24/2020 09:40 am | **T:** | 98 F° 07/24/2020 09:41 am | **Pulse:** | 72 bpm 07/24/2020 09:41 am |
| **RR:** | 16 07/24/2020 09:41 am | | | | |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **Effexor XR 37.5 mg capsule,extended release**<br>Take 1 capsule(s) every day by oral route for 90 days. | 06/26/20 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/20/20 | renewed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit**<br>Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.<br>**Internal Note:** PA approved 6/9/19-78/20 | 10/02/19 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 05/15/20 | prescribed |

**Multi Vitamin** 11/17/17 entered

**Probiotic** 11/17/17 entered

**tiZANidine 4 mg tablet** 05/15/20 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis<br>- Hypertensive disorder |
| Father | - Hypercholesterolemia<br>- Family history of cancer |
| Maternal Uncle | - Heart disease |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 06/19/2020
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

## GYN History

GYN History

(not configured)

Obstetric History

Obstetric History not reviewed (last reviewed 03/30/2020)

Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**
Arthritis: **Y**
Notes: CRPS

HPI

The patient has requested and consented to a tele-heath appointment today. Due to the current state of emergency it is appropriate to address patient's medical need via a telehealth appointment.

seen today as a follow-up on psoriatic arthritis. Currently she is on Humira 40 mg injections every 2 weeks and denies any side effects.

however, she has noticed pain and stiffness in her hands and legs along with more frequent skin breakouts.

She has a history of complex regional pain syndrome involving the right upper and lower extremity followed by pain clinic.

denies any recent infections.

ROS

**Additionally reports:**

**chronic skin and joint disease with some recent activity of the skin as well as joints. Chronic complex regional pain syndrome on chronic pain management. No chest pain or shortness of breath. No fevers or chills**
**ROS as noted in the HPI**

Physical Exam

Patient is a 51-year-old
female.

well-nourished well-hydrated female. She looks comfortable. In no distress. She has some skin breakouts involving both upper and lower extremities secondary to psoriasis. Further she has chronic complex regional pain with burning and numbness involving her extremities, right upper and lower extremity

Assessment / Plan

. **Psoriasis with arthropathy** -

51-year-old female with chronic psoriasis and psoriatic arthritis.

Seems to be more symptomatic with both activity of skin and joints.

She is on Humira at 40 mg every 2 weeks.

she has tried but failed to tolerate methotrexate due to elevated liver enzymes. She has failed Enbrel in the past.

I would consider her to try Cosentyx at 300 mg every 4 weeks after a loading dose of 150 mg every weekly for the first 5 weeks.

She will repeat her lab studies.

L40.50: Arthropathic psoriasis, unspecified

- PSORIASIS: CARE INSTRUCTIONS
- Declined, Treatment changed - Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit - Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days. Qty: 3 kit(s) of 2 Refills: 3 Pharmacy: ACCREDO Note to Pharmacy: fill when due

. **Complex regional pain syndrome** -

Please see my previous notes for details.

Briefly, has CRPS Type I, right arm after right shoulder and elbow injury due to repititive work at Toyota factory. Initially symptoms started some time early January 2018.

she is currently followed at the pain management clinic and is now on Lyrica at 100 mg 3 times a day.

unfortunately, her symptoms are chronic and does need to maintain long-term pain management.

I do not have any further suggestions.

M89.00: Algoneurodystrophy, unspecified site

- LEARNING ABOUT HEALTHY WEIGHT
- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS

. **Long-term drug therapy** -

repeat labs.

Z79.899: Other long term (current) drug therapy

- CBC
- ESR, AUTOMATED
- QTB GOLD

## Return to Office

- LAB EAST for LAB ONLY at LAB SCHEDULES on 07/24/2020 at 11:45 AM
- ANDREW SCHNEIDER, MD for RECHECK at NEUROLOGY CHI SJOP on 08/27/2020 at 09:30 AM
- SYED HAIDER ABBAS, MD for VIRTUAL VISIT at RHEUMATOLOGY SB on 09/08/2020 at 08:45 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 11/13/2020 at 10:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

**REECE, JAMIE H (id #21591363, dob:**

Encounter signed-off by SYED HAIDER ABBAS, MD, 07/24/2020.
Encounter performed and documented by SYED HAIDER ABBAS, MD
Encounter reviewed & signed by SYED HAIDER ABBAS, MD on 07/24/2020 at 10:45am

**Encounter Date: 06/26/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 06/26/2020 08:30AM |
| | | **Service Dept.** | NEUROLOGY CHI SJOP |
| **Provider** | ANDREW SCHNEIDER, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # : 09221968<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

Headache

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Referring Provider:** KATHERINE S RODEN MD: 1221 S BROADWAY 3RD FL, LEXINGTON, KY 40504, Ph (859) 258-6101, Fax (859) 258-4411 NPI: 1982967824
**Neurologist:** ANDREW R SCHNEIDER MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1932120219
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS MO 63134, Ph (888) 327-9791, Fax (800) 837-0959**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (844) 516-3319, Fax (800) 391-9707
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 06/26/2020 08:18 am | **Wt:** | 182 lbs 8 oz With clothes 06/26/2020 08:27 am | **BMI:** | 28.6 06/26/2020 08:27 am |
| **BP:** | 110/80 sitting R arm 06/26/2020 08:27 am | **Pulse:** | 60 bpm 06/26/2020 08:27 am | | |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **Effexor XR 37.5 mg capsule,extended release**<br>Take 1 capsule(s) every day by oral route for 90 days. | 06/26/20 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/20/20 | renewed |

TAKE 1 CAPSULE DAILY

| | | |
|---|---|---|
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit**<br>Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.<br>**Internal Note:** PA approved 6/9/19-78/20 | 10/02/19 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 05/15/20 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 05/15/20 | prescribed |
| **traMADoL 50 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 30 days. | 10/07/19 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis<br>- Hypertensive disorder |
| Father | - Hypercholesterolemia<br>- Family history of cancer |
| Maternal Uncle | - Heart disease |

## Social History

Reviewed Social History
**Neurology**
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes

E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 06/19/2020
Chewing tobacco: none
Tobacco cessation counseling provided date: (Notes: tdotson14 answered No to the Tobacco cessation counseling provided question on 04/09/2019.)
Alcohol intake: None
Live alone or with others?: with others
Marital status: Married
Occupation: unemployed
Illicit drugs: no

## Surgical History

Reviewed Surgical History
- Procedure on wrist
- Tonsillectomy - 1973
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 03/30/2020)

## Past Medical History

Reviewed Past Medical History
Arthritis: **Y**
Migraines: **Y**
Notes: CRPS

## HPI

This is a 51 year-old RH female seen at the request of Dr. Roden for evaluation of headache.

She has been bothered by HA x 4-5 mos perhaps. These are not present daily but come and go; she can have them for several days in a row and then go for 4-5 days with none. Feels like it crawls up the back of her head and settles in frontally, both sides. This can be mild and dull and steady and other times it can be a piercing pain or she can feel like she has to hold her head; sometimes there is a throbbing pain in the morning. No nausea, probably no photophobia or phonophobia, but she wants to be left alone when the headache is bad. Takes Advil prn.

She was prone to frequent migraines when she was younger but these have been nearly gone since hysterectomy 15 years ago. Recent headaches are probably different from those, from what she can remember.

She has had right shoulder pain x 2 years which she says is permanent and has been attributed to "CRPS type I." This causes pain and tightness in the shoulder and into the neck, and she believes this is associated with these headaches.

She takes Lyrica 100 tid and tizanidine tid for this pain, and occasionally tramadol which does not help much.

She had PT for 1-2 years.

She was getting massages for a while which helped but those are pricey.

## ROS

**Additionally reports:**

**h/o psoriatic arthritis in the hands, feet, hips; on Humira.**

**no f/c, wt loss, chest pain, SOB.**

**she took Elavil last year for abdominal pain attributed to IBS but this did not help.**

**sleeps pretty well.**

**no focal neurological symptoms.**

**no visual symptoms.**

**mood mostly OK, sometimes anxious or worries.**

**other systems neg or above.**

## Physical Exam

Patient is a 51-year-old
female.

Pleasant female, in no distress.
On general exam, CV RRR. No carotid bruits. Neck ROM not limited, shoulder ROM seems mostly OK. Scalp NT. Neurologically, she is awake, alert, oriented. Speech is clear and fluent. Language, memory, fund of knowledge, concentration are appropriate. CN 2-12 are unremarkable. Fundi – benign. Motor exam shows normal strength and tone throughout. Sensation is intact to vibration and temp. Coordination is intact to FNF. DTRs are normal and symmetric. Gait is narrow-based and steady. Romberg is negative.

## Assessment / Plan

1. Tension +/- migrainous headaches in recent months

2. H/o common migraines in the past.

Discussed the above.

Will try a low dose of Effexor for headache prevention. This might secondarily help her shoulder pain. Possible SE discussed. f/u in 6-8 wks but she knows to call if needed anytime

. **Tension-type headache**
G44.209: Tension-type headache, unspecified, not intractable

- Effexor XR 37.5 mg capsule,extended release - Take 1 capsule(s) every day by oral route for 90 days. Qty: 90 capsule(s) Refills: 1 Pharmacy: EXPRESS SCRIPTS HOME DELIVERY

. **Migraine**
G43.909: Migraine, unspecified, not intractable, without status migrainosus

### Return to Office

- to see ANDREW SCHNEIDER, MD at NEUROLOGY CHI SJOP on or around 06/26/2020
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 11/13/2020 at 10:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by ANDREW SCHNEIDER, MD, 06/26/2020.
Encounter performed and documented by ANDREW SCHNEIDER, MD
Encounter reviewed & signed by ANDREW SCHNEIDER, MD on 06/26/2020 at 9:11am

**Encounter Date: 06/19/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 06/19/2020 10:45AM |
| | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # : 09221968 | | |

**REECE, JAMIE H (id #21591363, dob:**

Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: EXPRESS SCRIPTS - Member is eligible. details

## Chief Complaint

This is a 51 year old female following up for medication management for CRPS. She reports some improvement from the lyrica 100mg TID and tizanidine 4mg TID PRN. She states last dose of lyrica was 6/19/2020. She reports that she has been scheduled for Neurology, but is going to reschedule due to the time not working for her. She states that she started noticing nerve pain in her BLE that started approximately 3 weeks ago.

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider (Worker's Comp):** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS MO 63134, Ph (888) 327-9791, Fax (800) 837-0959**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (844) 516-3319, Fax (800) 391-9707
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

06/19/2020 11:19 am

| | | |
|---|---|---|
| **Ht:** 5 ft 7 in | **Wt:** 188 lbs | **BMI:** 29.4 |
| **BP:** 134/78 sitting L arm | **Pain Scale:** 5 | |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/20/20 | renewed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit**<br>Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.<br>**Internal Note:** PA approved 6/9/19-78/20 | 10/02/19 | prescribed |
| **Imitrex 50 mg tablet**<br>TAKE 1 TAB AT ONSET OF MIGRAINE, MAY REPEAT AFTER 2 HOURS X 1 | 01/15/20 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 05/15/20 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **predniSONE 20 mg tablet**<br>2 po x 3 days, then 1 po x 3 days | 10/11/19 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days | 05/15/20 | prescribed |

Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**Valtrex 1 gram tablet** 03/30/20 prescribed
Take 1 tablet(s) every 8 hours by oral route for 7 days.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 06/19/2020
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 03/30/2020)

## Past Medical History

Reviewed Past Medical History
Arthritis: **Y**
Headaches: **Y**

## HPI

51-year-old female presenting for follow-up with regards to CRPS. She notes ongoing symptoms in the right upper extremity with discomfort through the upper arm and into the forearm. Her current regimen consists of Lyrica 100 mg 3 times a day and tizanidine when necessary.

## ROS

Patient reports **arthralgias/joint pain and neck pain** but reports no muscle aches, no muscle weakness, and no swelling in the extremities. She reports **frequent or severe headaches** but reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, and no tremor. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 51-year-old female.

**Constitutional:**General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD.

**Psychiatric:**Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:**Head: normocephalic and atraumatic.

**Eyes:**Lids and Conjunctivae: no discharge or pallor and non-injected.

**Neck:**Neck: supple and trachea midline.

**Lungs:**Respiratory effort: no dyspnea.

**Cardiovascular System:**Heart Auscultation: normal S1 and S2 and RRR.

**Abdomen:**Inspection and Palpation: soft, non-distended, and no tenderness.

**Musculoskeletal::**Joints, Bones, and Muscles: normal movement of all extremities and**tenderness** (**cervical paraspinal, rhomboids and trapezius muscles**); **right arm cast**.

**Motor Strength:**Motor Strength and Tone: normal and normal tone. C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

**Neurologic:**Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:**Inspection and palpation: no rash or

lesions.

**Spine - Special Tests:**Cervical Spine negative axial loading test and Spurling's test and (normal) cervical spine. Other Findings **Myofascial pain**. Lumbar / Lumbosacral Spine (normal) lumbar / lumbosacral spine.

## Assessment / Plan

51-year-old female presenting for follow-up with regards to CRPS. She continues to note ongoing allodynia, temperature change and edema throughout the right upper extremity. She has noticed more recently a deeper ache in through the upper arm. She notices a similar ache in the anterior thigh of her right leg. She denies radiating or radicular pain but describes the pain as more focal in the anterior aspect of the right thigh. She reports lifting herself from a chair recently with worsening myofascial pain throughout the shoulder capsule and right neck. She has a yoga ball at home and plans to resume home stretching. On exam, she has preserved motor strength throughout. She does however mild edema throughout the right upper arm to the forearm. I don't suspect that her pain in her leg is necessary radicular or coming from her back. Should pain progressing continue, we can consider lumbar MRI or even EMG/nerve conduction study. At this time, patient would like to proceed conservatively and I think this is reasonable. She will plan to resume home stretching exercises.

Her current regimen consists of Lyrica 100 mg 3 times a day and tizanidine when necessary. Should pain continue, we can consider dose escalation of Lyrica 200 mg twice a day. At this time, we will plan to continue her current regimen. Patient will follow-up in 4 months for further evaluation.

. **Complex regional pain syndrome**

M89.00: Algoneurodystrophy, unspecified site

- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS

**atient Instructions**

WRAP-UP
Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- Continue current regimen

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

**iscussion Notes**

Spent 25 total minutes with the patient today. Greater than 50% of this time was spent counseling/coordination of care as documented in my assessment and plan above.

### Return to Office

- ANDREW SCHNEIDER, MD for CONSULT at NEUROLOGY CHI SJOP on 06/26/2020 at 08:30 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 11/13/2020 at 10:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 06/19/2020.

Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 06/19/2020 at 11:54am

# Clinical Documents

**Lexington Clinic**
An-Yu Chen, M.D.

1225 S Broadway, Suite 200
Lexington, KY 40504
Ph :(859) 258-4950
Fax :(859) 258-4618

## ESOPHAGO GASTRO DUODENOSCOPY REPORT

| PATIENT NAME | SSN / ID | DOB | AGE | SEX | EXAM DATE | ATTENDING PHY | REFERRAL |
|---|---|---|---|---|---|---|---|
| JAMIE H REECE | 21591363 | | 52 | F | 10-27-2020 | An-Yu Chen, M.D. | Collin St. Clair, D.O. |

**INDICATION** : Dysphagia

**PHYSICAL EXAM :** **HEENT :** Normal **LYMPH NODES :** None Felt **LUNGS :** Grossly Clear **HEART :** Normal **ABDOMEN :** Soft and None tender **MENTAL STATUS :** Alert and Oriented

**H&P Comments** : PT ASSESSED & INTERVIEWED PRIOR TO THE PROCEDURE

**VITAL SIGNS** : **BP :** 126/73 **RESPIRATION :** 12 **PULSE :** 67

**CONSENT** : Informed consent was obtained from the patient after providing opportunity for questions.

**PREPARATION** : EKG pulse, blood pressure and oxygen saturation monitored

**INSTRUMENT** : Olympus GIF-Q180 Video Gastroscope

**ALLERGIES** : See List On RN Form,

**ASA CLASS** : Per Anesthesia
**ANESTHESIA** : As per nurses notes.

**PROCEDURE** : The Gastroscope was gently passed through the incisoral orifice into the oral cavity and under direct visualization the esophagus was intubated. The endoscope was passed down the esophagus, through the stomach and into the duodenum. Color, texture, mucosa and anatomy were carefully examined with the scope. Esophageal dilation was performed by passing a 56F sized rubber or plastic dilators across the esophageal stricture to open it. The patient tolerated the procedure well and there were no complications. After completion of the examination, patient was transferred to the recovery room. Preparation was excellent.

## FINDINGS

**OROPHARYNX** - Normal
**ESOPHAGUS** - Maloney/Bougie dilation performed dilation of size 56fr. Treatment of dysphagia.
**EG JUNCTION** - Intact at 40 cms
**STOMACH** - **Cardia** : Normal
**Fundus** : Normal
**Body** : Normal without evidence of ulcerations or bleeding
**Antrum** : Normal
**Pylorus** : Normal
**DUODENUM** - **Bulb** : Normal without evidence of ulcerations or bleeding
**2nd and 3rd Portion** : Normal

**IMPRESSION** - Symptomatic dysphagia treated with bougie dilation

**PLAN** - Follow up EGD in about 3 years for repeat dilation as needed
Follow up with primary care physician

Signature ________________ ( An-Yu Chen, M.D. )

Signature ________________ ( None )

**a.EGJunction**



**b.Body**



**c.Antrum**



**d.Duodenum 2nd and 3rd portion**






**MD-Reports**
Reporting Solutions for all MD Specialties

Produced by : Infinite Software Solutions Inc. Ph : (718)982 1315 Email : info@md-reports.com Websites : www.infinitesoftsol.com & www.md-reports.com
Copy right © 2004 MD-Reports. A product of Infinite Software Solutions, Inc. All rights reserved.

**REECE, JAMIE H (id #21591363, dob:**

**Lexington Clinic**
An-Yu Chen, M.D.

1225 S Broadway, Suite 200
Lexington, KY 40504
Ph :(859) 258-4950
Fax :(859) 258-4618

## COLONOSCOPY REPORT

| PATIENT NAME | SSN /ID | DOB | AGE | SEX | EXAM DATE | ATTENDING PHY | REFERRAL |
|---|---|---|---|---|---|---|---|
| JAMIE H REECE | 21591363 | | | | 0-27-2020 | An-Yu Chen, M.D. | Collin St. Clair, D.O. |

**INDICATION** : Screening Colonoscopy for finding Polyps in the past

**CONSENT** : Informed consent was obtained from the patient after providing opportunity for questions.

**PREPARATION** : EKG pulse, blood pressure and oxygen saturation monitored

**INSTRUMENT** : Video Olympus CF Q180AL Colonoscope

**ANESTHESIA** : Anesthesia as per nurses notes

**PROCEDURE** : After placing the patient in the left lateral decubitus position, the colonoscope was gently inserted into the rectum and under direct visualization advanced to the Ileum which was identified by transillumination in the right lower quadrant, identification of the ileocecal valve, appendiceal orifice, cecal strap. Color, texture, mucosa and anatomy of the colon were carefully examined with the scope. The patient tolerated the procedure well and there were no complications. After completion of the examination, patient was transferred to the recovery room.Preparation was excellent.

a.Cecum



b.Transverse Colon



**FINDINGS**

**ANAL CANAL** - Normal
**RECTUM** - Normal
**SIGMOID COLON** - Proximal: Polyp less than 1 cm, size
Proximal: PedunculatedAdenomatous polyp of size 0.5cm.
Polypectomy done using cold snare.
**DESCENDING COLON** - Normal without polyps or inflammatory changes
**SPLENIC FLEXURE** - Normal
**TRANSVERSE COLON** - Normal without polyps or inflammatory changes
**HEPATIC FLEXURE** - Normal
**ASCENDING COLON** - Normal without polyps or inflammatory changes
**CECUM** - Normal
Ileocecal valve - Normal
**ILEUM** - Not Seen

**IMPRESSION** - Polyp of Colon [Sigmoid]

**PLAN** - Wait for pathology report
Follow up colonoscopy in 3 years or sooner if clinically indicated
Follow up with primary care physician

c.Polyp of Sigmoid colon



d.Rectroflexed View






Signature : ________ ( An-Yu Chen, M.D. )

Signature : ________ ( None )

MD-Reports
Reporting Solutions for all MD Specialties

Produced by : Infinite Software Solutions Inc., Ph : (716)982 1315 Email : info@md-reports.com Websites : www.infinitesoftsol.com & www.md-reports.com
Copy right © 2004 MD-Reports. A product of Infinite Software Solutions, Inc. All rights reserved.

## Imaging Results

## XR RT FOOT COMPLETE (#41828300, Final, 05/20/2021 10:11am)

Lexington Clinic
1221 South Broadway
Lexington, KY 40504

Patient Name: JAMIE H REECE
Patient DOB:
Patient MRN: 3555141

Ordering Provider: SUSANNA MOBERLY

EXAM DATE: 05/20/2021

EXAM: XR RT FOOT COMPLETE

HISTORY: Right foot pain.

COMPARISON: None.

FINDINGS:
There is a moderate sized bunion at the first metatarsal head with hallux valgus deformity and mild osteoarthritic changes. There is mild to moderate enthesopathic change about the calcaneus. There is no fracture.

IMPRESSION:
1. There are mild degenerative changes in the right foot.

Interpreted By: Timothy Averion-Mahloch, MD
Electronically Signed By: Timothy Averion-Mahloch, MD on 5/20/2021 11:07 AM

Print Date: 11/03/2020
Time: 15:50
Page: 1 of 2

From: Christy Estep
Company: Lexington Diagnostic Center
Fax#: 859-276-1540 Voice 859-278-7226
To KATHERINE RODEN MD
Company: KATHERINE RODEN MD
Fax#: 859-258-4411 Voice 859-258-6101

| Subject | Fax Transmittal |
|---|---|

...

CONFIDENTIALITY NOTICE: This fax is intended only for the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby informed that any use, disclosure, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the United States Postal Service. You may also notify our Privacy Officer, Margaret Hancock at 859-278-7226. Thank you.

JAMIE REECE MR# 995052 Page 2 of 2
DOB Sex F Print Date 11/03/2020 03:50:11 PM

LEXINGTON DIAGNOSTIC CENTER & OPEN MRI

1725 Harrodsburg Road, Suite 100
Lexington, KY 40504
T: 859 278-7226 F: 859 276-1540
www.LexingtonDiagnostic.com

**Exam Date:** November 3, 2020 08:45
**Patient Information:** REECE, JAMIE
**Patient ID:** 538975
**Accession Number:** 1A55F
**Date of Birth:**

**Referred by:** RODEN, M.D., KATHERINE
FAX (859) 258-4411
LEXINGTON, KY 40504
(859) 258-6101

Page 1 of 1

**EXAMINATION:** MRI of the lumbar spine without contrast.

**SEDATION:** Self sedated.

**HISTORY:** Low back pain with pain in the left hip, buttock, and thigh. No known injury.

**COMPARISON:** No prior imaging is available at this time for comparison.

**TECHNIQUE:** MRI of the lumbar spine without contrast using the 0.6 tesla magnet. Sagittal T1 weighted, T2 weighted, and STIR and axial T1 and T2 weighted sequences were performed.

**FINDINGS:** There is mild leftward lumbar spine curvature. No paravertebral soft tissue abnormality is seen. There is a typical hemangioma in the L4 vertebral body. There is no infiltrative marrow signal abnormality. The cord ends at T12.

L1-L2 has patent central canal and neural foramina.

L2-L3 has patent central canal and neural foramina. There is mild facet arthrosis.

L3-L4 has patent central canal and neural foramina. There is mild facet arthrosis.

L4-L5 has a mild diffuse disc bulge. There is mild facet arthrosis. The central canal is patent. There is mild bilateral foraminal encroachment.

L5-S1 has a minimal disc bulge. There is mild facet arthrosis. The central canal and neural foramina are patent.

**IMPRESSION:** Degenerative changes with facet arthrosis, most pronounced at L4-L5, and mild L4-L5 foraminal encroachment. No disc herniation or canal stenosis.

DICOM format images are available to non-affiliated external healthcare facilities or entities for follow-up and comparison on InteleConnect with an InteleConnect sign-on and password. For access, please contact our office. The patient was also given a CD containing the DICOM format images at no additional charge.

Electronically signed by: EDMOND V RUSS III, M.D. (Nov 03, 2020 10:15:39)

**Reporting Radiologist:** **RUSS III, M.D., EDMOND V**
**Jason S. Harris, M.D.**
**Medical Director**

**Date Dictated:** November 3, 2020 10:05
**Date Transcribed:** November 3, 2020 10:11
**Transcriptionist:** C, Kelly

**REECE, JAMIE H (id #21591363, dob:**

## XR BIL HIPS, 2 VWS (#36717589, Final, 10/12/2020 2:57pm)

Lexington Clinic
1221 South Broadway
Lexington, KY 40504

Patient Name: JAMIE H REECE
Patient DOB:
Patient MRN: 3555141

Ordering Provider: SUSANNA MOBERLY

EXAM DATE: 10/12/2020

EXAM: XR BIL HIPS, 2 VWS

COMPARISON: None.

HISTORY: Bilateral hip pain.

FINDINGS:
There are minimal degenerative changes in both hips. There is minimal marginal spurring. The joint space appears normal. There are minimal degenerative changes in the SI joints. There is no acute fracture.

IMPRESSION:
1. There are minimal degenerative changes in the hips and pelvis.

Interpreted By: Timothy Averion-Mahloch, MD
Electronically Signed By: Timothy Averion-Mahloch, MD on 10/12/2020 3:43 PM

## XR LUMBAR AP/LAT (#36717572, Final, 10/12/2020 2:57pm)

Lexington Clinic
1221 South Broadway
Lexington, KY 40504

Patient Name: JAMIE H REECE
Patient DOB:
Patient MRN: 3555141

Ordering Provider: SUSANNA MOBERLY

EXAM DATE: 10/12/2020

EXAM: XR LUMBAR AP/LAT

CLINICAL INFORMATION: Back pain.

IMAGES PROVIDED: AP, lateral and coned down views of the lumbar spine.

COMPARISON: None.

FINDINGS: Curvature, alignment, vertebral body heights and disc spaces are normal. No radiographic evidence of injury is noted. Mild diffuse degenerative endplate spurring.

IMPRESSION: Mild degenerative disc disease of the lumbar spine

Interpreted By: John West, MD
Electronically Signed By: John West, MD on 10/12/2020 3:43 PM

## Lab Results

**REECE, JAMIE H (id #21591363, dob:**

# QTB GOLD 05/09/2021 (#41557544, Final, 05/06/2021 12:37pm)

| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |
|---|---|

| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504-2701 |
|---|---|---|---|
| Specimen/Accession ID | U5060495 | Specimen Source | |
| Specimen Coll. Date | 05/06/2021 12:37 | Result Status | Final |
| Specimen Rec. Date | 05/06/2021 12:59 | Report Status | |
| Specimen Reported Date | 05/09/2021 10:15 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| QTB GOLD | NEGATIVE | NEGATIVE | | Normal | Final | CB |
| | Negative test result. M. tuberculosis complex infection unlikely. | | | | | |
| NIL | 0.03 | | IU/mL | Normal | Final | CB |
| MITOGEN NIL | 8.91 | | IU/mL | Normal | Final | CB |
| TB1 NIL | <0.00 | | IU/mL | Normal | Final | CB |
| TB2 NIL | <0.00 | | IU/mL | Normal | Final | CB |
| | The Nil tube value reflects the background interferon gamma immune response of the patient's blood sample. This value has been subtracted from the patient's displayed TB and Mitogen results.<br><br>Lower than expected results with the Mitogen tube prevent false-negative Quantiferon readings by detecting a patient with a potential immune suppressive condition and/or suboptimal pre-analytical specimen handling.<br><br>The TB1 Antigen tube is coated with the M. tuberculosis-specific antigens designed to elicit responses from TB antigen primed CD4+ helper T-lymphocytes.<br><br>The TB2 Antigen tube is coated with the M. tuberculosis-specific antigens designed to elicit responses from TB antigen primed CD4+ helper and CD8+ cytotoxic T-lymphocytes.<br><br>For additional information, please refer to https://education.questdiagnostics.com/faq/FAQ204 (This link is being provided for informational/ educational purposes only.)<br><br>TEST PERFORMED AT:<br>QUEST DIAGNOSTICS WOOD DALE<br>1355 MITTEL BOULEVARD WOOD DALE, IL 60191-1024<br>ANTHONY V. THOMAS, MD | | | | | |

**REECE, JAMIE H (id #21591363, dob: (**

## ESR, AUTOMATED 05/06/2021 (#41517980, Final, 05/06/2021 12:37pm)

| | |
|---|---|
| Note to Patient | your inflammation is normal. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | U5060495 | Specimen Source | |
| Specimen Coll. Date | 05/06/2021 12:37 | Result Status | Final |
| Specimen Rec. Date | 05/06/2021 12:59 | Report Status | |
| Specimen Reported Date | 05/06/2021 14:53 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ESR, AUTOMATED | 23 | 0-29 | MM/HR | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob:**

## CBC 05/06/2021 (#41514752, Final, 05/06/2021 12:37pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | U5060495 | Specimen Source | |
| Specimen Coll. Date | 05/06/2021 12:37 | Result Status | Final |
| Specimen Rec. Date | 05/06/2021 12:59 | Report Status | |
| Specimen Reported Date | 05/06/2021 13:55 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WHITE BLOOD CELLS | 5.7 | 3.8-10.8 | K/uL | Normal | Final | |
| | Hemogram obtained after warming to 37 C.<br>RESULTS RECHECKED | | | | | |
| RED BLOOD CELLS | 4.15 | 3.80-5.20 | M/uL | Normal | Final | |
| HEMOGLOBIN | 12.8 | 12.0-16.0 | G/DL | Normal | Final | |
| HEMATOCRIT | 38.3 | 35.0-47.0 | % | Normal | Final | |
| MCV | 92 | 80-100 | fL | Normal | Final | |
| MCH | 31 | 26-35 | PG | Normal | Final | |
| MCHC | 33 | 32-36 | G/DL | Normal | Final | |
| RDW | 13.8 | 11.0-15.0 | % | Normal | Final | |
| MPV | 8.4 | 6.2-10.5 | fL | Normal | Final | |
| PLATELET COUNT | 299 | 130-400 | K/uL | Normal | Final | |
| NEUTROPHIL,ABSOLUTE | 2.4 | 1.6-8.4 | K/uL | Normal | Final | |
| LYMPHOCYTE,ABSOLUTE | 2.7 | 0.4-5.1 | K/uL | Normal | Final | |
| MONOCYTE,ABSOLUTE | 0.4 | 0.0-1.2 | K/uL | Normal | Final | |
| EOSINOPHIL,ABSOLUTE | 0.1 | 0.0-0.8 | K/uL | Normal | Final | |
| BASOPHIL,ABSOLUTE | 0.1 | 0.0-0.3 | K/uL | Normal | Final | |
| % NEUTROPHILS | 43.1 | 42.0-78.0 | % | Normal | Final | |
| **% LYMPHOCYTES** | **47.9** | **11.0-47.0** | **%** | **High** | **Final** | |
| % MONOCYTES | 6.9 | 0.0-11.0 | % | Normal | Final | |
| % EOSINOPHILS | 1.0 | 0.0-7.0 | % | Normal | Final | |
| % BASOPHILS | 1.1 | 0.0-3.0 | % | Normal | Final | |
| NUCLEATED RED CELLS | 0.1 | 0.0-0.9 | % | Normal | Final | |
| NUCLEATED RBCS, ABSOLUTE | 0.01 | NOT ESTAB. | K/uL | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob:**

## CMP 05/06/2021 (#41514288, Final, 05/06/2021 12:37pm)

| | |
|---|---|
| Note to Patient | Your labs are normal |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | U5060495 | Specimen Source | |
| Specimen Coll. Date | 05/06/2021 12:37 | Result Status | Final |
| Specimen Rec. Date | 05/06/2021 12:59 | Report Status | |
| Specimen Reported Date | 05/06/2021 13:45 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| GLUCOSE | 89 | 74-100 | mg/dL | Normal | Final | |
| BLOOD UREA NITROGEN | 10 | 6-20 | mg/dL | Normal | Final | |
| CREATININE | 0.82 | 0.50-0.90 | mg/dL | Normal | Final | |
| BUN/CREATININE RATIO | 12 | 10-20 | (calc) | Normal | Final | |
| SODIUM | 142 | 136-145 | mmol/L | Normal | Final | |
| POTASSIUM | 4.1 | 3.4-5.0 | mmol/L | Normal | Final | |
| CHLORIDE | 102 | 98-107 | mmol/L | Normal | Final | |
| CARBON DIOXIDE | 27 | 22-29 | mmol/L | Normal | Final | |
| ANION GAP | 13 | 7-25 | (calc) | Normal | Final | |
| CALCIUM | 9.6 | 8.6-10.2 | mg/dL | Normal | Final | |
| TOTAL PROTEIN | 7.9 | 6.4-8.3 | g/dL | Normal | Final | |
| ALBUMIN | 4.7 | 3.5-5.2 | g/dL | Normal | Final | |
| GLOBULIN | 3.2 | 1.5-4.5 | g/dL (calc) | Normal | Final | |
| ALBUMIN/GLOBULIN RATIO | 1.5 | 1.1-2.5 | (calc) | Normal | Final | |
| BILIRUBIN, TOTAL | <0.2 | 0.1-1.2 | mg/dL | Normal | Final | |
| ALKALINE PHOSPHATASE | 87 | 35-104 | U/L | Normal | Final | |
| AST | 24 | 0-32 | U/L | Normal | Final | |
| ALT | 16 | 0-33 | U/L | Normal | Final | |
| GFR AFRICAN AMERICAN | 95 | >= 60 | | Normal | Final | |
| GFR NON-AFRICAN AMERICAN | 82 | >= 60 | | Normal | Final | |
| | **NOTE**<br>Chronic kidney disease is defined as kidney damage for more than 3 months or a GFR less than 60 mL/min/1.73 m2 for greater than 3 months.<br><br>This calculation has not been validated in pregnant women.<br>For pediatric patients refer to<br>https://www.kidney.org/professionals/KDOQI/gfr_calculatorPed<br>National Kidney Foundation | | | | | |

**UK HealthCare**
**Patient Results**

REECE, JAMIE #21591363 HISTOR
* 22843752x13059 First Page LabReslt

REECE, JAMIE SJE 602-A DSC 52y F 2256d

| 12/11/2020 9:10:00 AM | SARS CoV2/COVID 19 | 0011TDJ4Q | Results Received |
|---|---|---|---|

SARS CoV2/COVID 19 (LPTTYP) — Final
Asymptomatic (ASYMP)

SARS CoV2/COVID 19 Specimen Source (COVIDS) — Final
NASO PHARYNX

SARS CoV2/COVID 19 Result (COVIDR) — Final
SARS CoV 2 RNA Not Detected
This assay is for in vitro diagnostic use under FDA Emergency Use Authorization only. Negative results do not preclude infection with the SARS-CoV-2 virus and should not be the sole basis of a patient treatment/management or public health decision. Follow up testing should be performed according to the current CDC recommendations.
This test was performed using the TaqPath COVID-19 assay, an RT-PCR-based method. The limit of detection (LoD) for this assay is 250 copies/mL.
Use of the TaqPath COVID-19 assay in an asymptomatic screening population is intended to be used as part of an infection control plan that may include additional preventative measures, such as a predefined serial testing plan or directed testing of high-risk individuals.
Negative results should be considered presumptive and do not preclude current or future infection obtained through community transmission or other exposures. Negative results must be considered in the context of an individual's recent exposures, history, presence of clinical signs and symptoms consistent with COVID-19.
Reference Range: Not Detected

Date of Symptom Onset (ONSET) — Final
NOT APPLICABLE

First Covid 19 Test (FIRSTT) — Final
Unknown

Employed in Healthcare Setting (EMPHC) — Final
Unknown

Resident in Congregate Care Living Setiting (RESCON) — Final
Unknown

Pregnant (PREGNT) — Final
Unknown

Currently Hospitalized For Covid 19 (HOSP) — Final
NO

Currently in ICU For Covid 19 (INICU) — Final
NO

| 12/11/2020 9:10:00 AM | Urine Culture (Clean Catch) | 0011TDZ07 | Corrected Results | |
|---|---|---|---|---|
| Specimen Description | URINE | | Final | |
| Plating Verification | GRAY TOP COLLECTION TUBE FOR URINE | | Final | |
| Culture | <10,000 CFU/ml Mixed urogenital, fecal, or skin flora present. If there still remains an indication for repeat urine culture and the patient is not on antibiotics, please consider recollection. | | Final | Updated |

# UK HealthCare
## Patient Results

REECE, JAMIE 596E-602-A DSC 52Y F 22-Sep-1968 022534275-0324

| | | | | |
|---|---|---|---|---|
| Report Status | FINAL 12132020 | | Final | Updated |

| 12/11/2020 9:35:00 AM | Hemogram | 0011TCBLG | Results Received |
|---|---|---|---|
| WBC Count | 4.84 | [3.7-10.3 k/uL] | Final |
| RBC Count | 3.96 | [3.9-5.2 M/uL] | Final |
| Hemoglobin | 12.2 | [11.2-15.7 g/dL] | Final |
| Hematocrit | 37.4 | [34-45 %] | Final |
| Platelet Count | 284 | [155-369 k/uL] | Final |
| MCV | 94 | [79-98 fL] | Final |
| MCH | 30.8 | [26-32 pg] | Final |
| MCHC | 32.6 | [30.7-35.5 g/dL] | Final |
| RDW | 12.8 | [11.5-14.5 %] | Final |
| MPV | 9.7 | [8.8-12.5 fL] | Final |
| NRBC Count | 0.0 | [0 %] | Final |

| 12/11/2020 9:35:00 AM | Basic Metabolic Panel | 0011TCH0D | Results Received |
|---|---|---|---|
| Glucose Level | 92 | [74-99 mg/dL] | Final |
| Urea Nitrogen, Blood | 10 | [7-21 mg/dL] | Final |
| Creatinine Level | 0.85 | [0.60-1.10 mg/dL] | Final |
| Un/Crea Ratio | 12 | [8-20] | Final |
| Sodium Level | 141 | [136-145 mmol/L] | Final |
| Potassium Level | 4.5 | [3.7-4.8 mmol/L] | Final |
| Chloride Level | 105 | [97-107 mmol/L] | Final |
| CO2 | 26 | [22-29 mmol/L] | Final |
| Anion Gap | 10 | [6-16 mmol/L] | Final |
| Calcium, Total | 9.2 | [8.9-10.2 mg/dL] | Final |
| GFR, est. | >60 | [>60 SEE NOTE] | Final |
| GFR, est. if Afr/Am | | [>60 SEE NOTE] | Final |

>60
(NOTE)

eGFR = estimated GFR; eGFR units = mL/min/1.73 sq meters
Chronic Kidney Disease is considered if eGFR <60 mL/min/1.73 sq meters
Kidney failure is considered if eGFR is <15 mL/min/1.73 sq meters.
eGFR assumes steady state plasma creatinine concentration;
not applicable if renal function is rapidly changing or patient
is on dialysis.

| 12/14/2020 5:20:00 PM | Hemogram | 0011THK84 | Results Received |
|---|---|---|---|
| WBC Count | 6.82 | [3.7-10.3 k/uL] | Final |
| RBC Count | 4.00 | [3.9-5.2 M/uL] | Final |
| Hemoglobin | 12.5 | [11.2-15.7 g/dL] | Final |
| Hematocrit | 37.2 | [34-45 %] | Final |
| Platelet Count | 268 | [155-369 k/uL] | Final |
| MCV | 93 | [79-98 fL] | Final |
| MCH | 31.3 | [26-32 pg] | Final |
| MCHC | 33.6 | [30.7-35.5 g/dL] | Final |
| RDW | 12.5 | [11.5-14.5 %] | Final |

## UK HealthCare
### Patient Results

REECE, JAMIE #21591363 HISTOR

**REECE, JAMIE** [redacted]

* 22843752y13059 Last Page LabReslt

| | | | | |
|---|---|---|---|---|
| MPV | 9.6 | | [8.8-12.5 fL] | Final |
| NRBC Count | 0.0 | | [0 %] | Final |

| **12/15/2020 4:29:00 AM** | **Hemogram** | | **0011THK8V** | **Results Received** |
|---|---|---|---|---|
| WBC Count | 7.82 | | [3.7-10.3 k/uL] | Final |
| RBC Count | 3.70 | L | [3.9-5.2 M/uL] | Final |
| Hemoglobin | 11.4 | | [11.2-15.7 g/dL] | Final |
| Hematocrit | 34.0 | | [34-45 %] | Final |
| Platelet Count | 268 | | [155-369 k/uL] | Final |
| MCV | 92 | | [79-98 fL] | Final |
| MCH | 30.8 | | [26-32 pg] | Final |
| MCHC | 33.5 | | [30.7-35.5 g/dL] | Final |
| RDW | 12.9 | | [11.5-14.5 %] | Final |
| MPV | 9.7 | | [8.8-12.5 fL] | Final |
| NRBC Count | 0.0 | | [0 %] | Final |

| **12/15/2020 4:29:00 AM** | **Basic Metabolic Panel** | | **0011THK8W** | **Results Received** |
|---|---|---|---|---|
| Glucose Level | 102 | H | [74-99 mg/dL] | Final |
| Urea Nitrogen, Blood | 8 | | [7-21 mg/dL] | Final |
| Creatinine Level | 0.70 | | [0.60-1.10 mg/dL] | Final |
| Un/Crea Ratio | 11 | | [8-20] | Final |
| Sodium Level | 140 | | [136-145 mmol/L] | Final |
| Potassium Level | 3.8 | | [3.7-4.8 mmol/L] | Final |
| Chloride Level | 108 | H | [97-107 mmol/L] | Final |
| CO2 | 23 | | [22-29 mmol/L] | Final |
| Anion Gap | 9 | | [6-16 mmol/L] | Final |
| Calcium, Total | 8.9 | | [8.9-10.2 mg/dL] | Final |
| GFR, est. if Afr/Am | | | [>60 SEE NOTE] | Final |

>60
(NOTE)

eGFR = estimated GFR; eGFR units = mL/min/1.73 sq meters
Chronic Kidney Disease is considered if eGFR <60 mL/min/1.73 sq meters
Kidney failure is considered if eGFR is <15 mL/min/1.73 sq meters.
eGFR assumes steady state plasma creatinine concentration;
not applicable if renal function is rapidly changing or patient
is on dialysis.

| | | | | |
|---|---|---|---|---|
| GFR, est. | >60 | | [>60 SEE NOTE] | Final |



*Confidential information. Usage must follow UKHC Policies. Any disclosure of this information requires the patient's specific written consent. Disclosure without consent violates the patient's right to privacy and will result in disciplinary action.*

**REECE, JAMIE H (id #21591363, dob:**

# SURGICAL PATHOLOGY 10/28/2020 (#37118482, Final, 10/27/2020)

| | |
|---|---|
| Note to Patient | At the time of your recent colonoscopy, polyps were removed. The results are as follows:<br><br>Tubular adenoma (precancerous) polyp was identified and removed. No evidence of cancer was found.<br><br>The majority of colonic polyps are benign, but virtually all colon cancers begin as benign polyps. Therefore, removing the benign polyps can prevent the development of colon cancer. A colonoscopy may need to be repeated periodically to remove additional polyps that may form over time. Based on your results, I would advise that your next colonoscopy be performed:<br><br>In about THREE years or so, sooner if clinically indicated.<br><br>Please feel free to contact my office if you have any questions or concerns at this time. |

| | | | |
|---|---|---|---|
| Ordering Provider | AN-YU CHEN, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | ST-20-08098 | Specimen Source | |
| Specimen Coll. Date | 10/27/2020 00:00 | Result Status | Final |
| Specimen Rec. Date | 10/27/2020 10:52 | Report Status | |
| Specimen Reported Date | 10/28/2020 09:17 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| SURGICAL | SEE BELOW | | | | Final | |

```
                                 Department of Pathology
                           Surgical Pathology Report

NAME:REECE, JAMIE                            PATH.:ST-20-08098


Copy to:



Diagnosis:
Sigmoid polyp: Fragments of tubular adenoma.


SOURCE OF SPECIMEN:  POLYP,  SIGMOID


CLINICAL INFORMATION:  SCREENING

Gross Description:
Received in formalin labeled with patient's name and designated as "sigmoid
polyp" are three fragments of pale tan tissue ranging in size from 0.1 to 0.5
cm.  Entirely submitted in one cassette.
JAB 10/27/2020 11:09 AM


Microscopic Description:
A microscopic examination has been performed.




                                                     <Sign Out Dr. Signature>
                                                      J.ELIZABETH LEHMANN, MD
Signed Out Date:  10/28/2020 09:17

                                                                  Page 1 of 1
```

**REECE, JAMIE H (id #21591363, dob:**

# SARS-COV-2, RNA, PCR 10/26/2020 (#37045623, Final, 10/23/2020 1:54pm)

| | | | |
|---|---|---|---|
| Ordering Provider | AN-YU CHEN, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | T8220508 | Specimen Source | |
| Specimen Coll. Date | 10/23/2020 13:54 | Result Status | Final |
| Specimen Rec. Date | 10/23/2020 13:54 | Report Status | |
| Specimen Reported Date | 10/26/2020 08:55 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| SARS COV2 RESULT | NEGATIVE | | | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob:**

SARS CORONAVIRUS RNA, QUAL, PCR, UNSPECIFIED SPECIMEN 10/24/2020 (#37036721, 10/23/2020)

solaris diagnostics

**FINAL REPORT**

Solaris Diagnostics
110 Dewey Dr STE A,
Nicholasville, KY 40356-7124, USA
Ph # 844.550.0308
CLIA# 18D2142802
Lab Director Dr. Preetpal Sidhu

**Patient:** REECE, JAMIE H
Patient #: 623542
Doctor: AN-YU CHEN
Site: LC - Lexington Clinic
Client: Lexington Clinic
Patient

MRN: 21591363
Birth:
Age: 52 years
Gender: Female

**Specimen ID:** 1368868 **Acc #:** 1370859
**Specimen Type:** Nasopharyngeal
**Collection Date:** 10/23/2020 12:00 AM
**Received in Lab:** 10/23/2020 5:41 PM

| Test Name | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| **SARS-CoV-2019, RT-PCR** | | | | |
| nCoV-2019 | Negative | | | |

Reviewed By: Benjamin Jackson

Date: 10/24/2020 00:58

All tests listed above were performed by Solaris Diagnostics at 110 Dewey Drive, Suite A, Nicholasville, KY 40356, unless specifically stated otherwise. Test(s) were developed and their performance characteristics were determined by Solaris Diagnostics (CLIA # 18D2142802). U.S. Food and Drug Administration has not approved or cleared these test(s); however, FDA clearance or approval is not currently required for clinical use.

**REECE, JAMIE H (id #21591363, dob:**

## ESR, AUTOMATED 10/12/2020 (#36723039, Final, 10/12/2020 3:49pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | T8120742 | Specimen Source | |
| Specimen Coll. Date | 10/12/2020 15:49 | Result Status | Final |
| Specimen Rec. Date | 10/12/2020 16:03 | Report Status | |
| Specimen Reported Date | 10/12/2020 22:26 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ESR, AUTOMATED | 21 | 0-29 | MM/HR | Normal | Final | |

## AST 10/12/2020 (#36720712, Final, 10/12/2020 3:49pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | T8120742 | Specimen Source | |
| Specimen Coll. Date | 10/12/2020 15:49 | Result Status | Final |
| Specimen Rec. Date | 10/12/2020 16:04 | Report Status | |
| Specimen Reported Date | 10/12/2020 16:51 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| **AST** | **38** | **0-32** | **U/L** | **High** | **Final** | |

## CREATININE 10/12/2020 (#36720711, Final, 10/12/2020 3:49pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | T8120742 | Specimen Source | |
| Specimen Coll. Date | 10/12/2020 15:49 | Result Status | Final |
| Specimen Rec. Date | 10/12/2020 16:04 | Report Status | |
| Specimen Reported Date | 10/12/2020 16:51 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| CREATININE | 0.78 | 0.50-0.95 | mg/dL | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob:**

## ALT 10/12/2020 (#36720709, Final, 10/12/2020 3:49pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | T8120742 | Specimen Source | |
| Specimen Coll. Date | 10/12/2020 15:49 | Result Status | Final |
| Specimen Rec. Date | 10/12/2020 16:04 | Report Status | |
| Specimen Reported Date | 10/12/2020 16:51 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ALT | 18 | 0-33 | U/L | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob:**

## CBC 10/12/2020 (#36719592, Final, 10/12/2020 3:49pm)

| | |
|---|---|
| Note to Patient | your labs are normal/stable |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | T8120742 | Specimen Source | |
| Specimen Coll. Date | 10/12/2020 15:49 | Result Status | Final |
| Specimen Rec. Date | 10/12/2020 16:03 | Report Status | |
| Specimen Reported Date | 10/12/2020 16:21 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WHITE BLOOD CELLS | 5.9 | 3.8-10.8 | K/uL | Normal | Final | |
| RED BLOOD CELLS | 3.85 | 3.80-5.20 | M/uL | Normal | Final | |
| **HEMOGLOBIN** | **11.8** | **12.0-16.0** | **G/DL** | **Low** | **Final** | |
| HEMATOCRIT | 35.0 | 35.0-47.0 | % | Normal | Final | |
| MCV | 91 | 80-100 | fL | Normal | Final | |
| MCH | 31 | 26-35 | PG | Normal | Final | |
| MCHC | 34 | 32-36 | G/DL | Normal | Final | |
| RDW | 13.3 | 11.0-15.0 | % | Normal | Final | |
| MPV | 8.1 | 6.2-10.5 | fL | Normal | Final | |
| PLATELET COUNT | 234 | 130-400 | K/uL | Normal | Final | |
| NEUTROPHIL,ABSOLUTE | 2.6 | 1.6-8.4 | K/uL | Normal | Final | |
| LYMPHOCYTE,ABSOLUTE | 2.8 | 0.4-5.1 | K/uL | Normal | Final | |
| MONOCYTE,ABSOLUTE | 0.4 | 0.0-1.2 | K/uL | Normal | Final | |
| EOSINOPHIL,ABSOLUTE | 0.1 | 0.0-0.8 | K/uL | Normal | Final | |
| BASOPHIL,ABSOLUTE | 0.0 | 0.0-0.3 | K/uL | Normal | Final | |
| % NEUTROPHILS | 44.4 | 42.0-78.0 | % | Normal | Final | |
| **% LYMPHOCYTES** | **47.6** | **11.0-47.0** | **%** | **High** | **Final** | |
| % MONOCYTES | 7.0 | 0.0-11.0 | % | Normal | Final | |
| % EOSINOPHILS | 0.9 | 0.0-7.0 | % | Normal | Final | |
| % BASOPHILS | 0.1 | 0.0-3.0 | % | Normal | Final | |
| NUCLEATED RED CELLS | 0.1 | 0.0-0.9 | % | Normal | Final | |
| NUCLEATED RBCS, ABSOLUTE | 0.00 | NOT ESTAB. | K/uL | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob:**

## QTB GOLD 08/02/2020 (#34963283, Final, 07/31/2020 11:09am)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SYED HAIDER ABBAS, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | T5300246 | Specimen Source | |
| Specimen Coll. Date | 07/31/2020 11:09 | Result Status | Final |
| Specimen Rec. Date | 07/31/2020 11:15 | Report Status | |
| Specimen Reported Date | 08/02/2020 04:07 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| QTB GOLD | NEGATIVE | NEGATIVE | | Normal | Final | CB |
| | Negative test result. M. tuberculosis complex infection unlikely. | | | | | |
| NIL | 0.01 | | IU/mL | Normal | Final | CB |
| MITOGEN NIL | 7.32 | | IU/mL | Normal | Final | CB |
| TB1 NIL | 0.00 | | IU/mL | Normal | Final | CB |
| TB2 NIL | 0.00 | | IU/mL | Normal | Final | CB |

The Nil tube value reflects the background interferon gamma immune response of the patient's blood sample. This value has been subtracted from the patient's displayed TB and Mitogen results.

Lower than expected results with the Mitogen tube prevent false-negative Quantiferon readings by detecting a patient with a potential immune suppressive condition and/or suboptimal pre-analytical specimen handling.

The TB1 Antigen tube is coated with the M. tuberculosis-specific antigens designed to elicit responses from TB antigen primed CD4+ helper T-lymphocytes.

The TB2 Antigen tube is coated with the M. tuberculosis-specific antigens designed to elicit responses from TB antigen primed CD4+ helper and CD8+ cytotoxic T-lymphocytes.

For additional information, please refer to https://education.questdiagnostics.com/faq/FAQ204 (This link is being provided for informational/ educational purposes only.)

TEST PERFORMED AT:
QUEST DIAGNOSTICS WOOD DALE
1355 MITTEL BOULEVARD WOOD DALE, IL 60191-1024
ANTHONY V. THOMAS, MD

**REECE, JAMIE H (id #21591363, dob:**

## ESR, AUTOMATED 07/24/2020 (#34797245, Final, 07/24/2020 1:01pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SYED HAIDER ABBAS, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | T5240251 | Specimen Source | |
| Specimen Coll. Date | 07/24/2020 13:01 | Result Status | Final |
| Specimen Rec. Date | 07/24/2020 13:11 | Report Status | |
| Specimen Reported Date | 07/24/2020 16:59 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ESR, AUTOMATED | 16 | 0-29 | MM/HR | Normal | Final | |

## RBC MORPHOLOGY 07/24/2020 (#34796517, Final, 07/24/2020 1:01pm)

| | | | |
|---|---|---|---|
| Ordering Provider | SYED HAIDER ABBAS, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | T5240251 | Specimen Source | |
| Specimen Coll. Date | 07/24/2020 13:01 | Result Status | Final |
| Specimen Rec. Date | 07/24/2020 13:11 | Report Status | |
| Specimen Reported Date | 07/24/2020 16:29 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| PLATELET MORPHOLOGY | NORMAL | | | Normal | Final | |
| **POLYCHROMASIA** | **SLIGHT** | | | **Abnormal** | **Final** | |

**REECE, JAMIE H (id #21591363, dob:**

## CBC 07/24/2020 (#34796516, Final, 07/24/2020 1:01pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SYED HAIDER ABBAS, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | T5240251 | Specimen Source | |
| Specimen Coll. Date | 07/24/2020 13:01 | Result Status | Final |
| Specimen Rec. Date | 07/24/2020 13:11 | Report Status | |
| Specimen Reported Date | 07/24/2020 16:29 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WHITE BLOOD CELLS | 5.6 | 3.8-10.8 | K/uL | Normal | Final | |
| RED BLOOD CELLS | 3.99 | 3.80-5.20 | M/uL | Normal | Final | |
| HEMOGLOBIN | 12.6 | 12.0-16.0 | G/DL | Normal | Final | |
| HEMATOCRIT | 36.5 | 35.0-47.0 | % | Normal | Final | |
| MCV | 91 | 80-100 | fL | Normal | Final | |
| MCH | 32 | 26-35 | PG | Normal | Final | |
| MCHC | 35 | 32-36 | G/DL | Normal | Final | |
| RDW | 13.0 | 11.0-15.0 | % | Normal | Final | |
| MPV | 7.8 | 6.2-10.5 | fL | Normal | Final | |
| PLATELET COUNT | 261 | 130-400 | K/uL | Normal | Final | |
| NEUTROPHIL,ABSOLUTE | 1.7 | 1.6-8.4 | K/uL | Normal | Final | |
| LYMPHOCYTE,ABSOLUTE | 3.3 | 0.4-5.1 | K/uL | Normal | Final | |
| MONOCYTE,ABSOLUTE | 0.4 | 0.0-1.2 | K/uL | Normal | Final | |
| EOSINOPHIL,ABSOLUTE | 0.1 | 0.0-0.8 | K/uL | Normal | Final | |
| BASOPHIL,ABSOLUTE | 0.0 | 0.0-0.3 | K/uL | Normal | Final | |
| | Smear reviewed to confirm cell morphology. | | | | | |
| **% NEUTROPHILS** | **30.8** | **42.0-78.0** | **%** | **Low** | **Final** | |
| **% LYMPHOCYTES** | **59.5** | **11.0-47.0** | **%** | **High** | **Final** | |
| % MONOCYTES | 7.3 | 0.0-11.0 | % | Normal | Final | |
| % EOSINOPHILS | 2.0 | 0.0-7.0 | % | Normal | Final | |
| % BASOPHILS | 0.4 | 0.0-3.0 | % | Normal | Final | |
| NUCLEATED RED CELLS | 0.0 | 0.0-0.9 | % | Normal | Final | |
| NUCLEATED RBCS, ABSOLUTE | 0.00 | NOT ESTAB. | K/uL | Normal | Final | |

End of Document – intentionally left blank

**REECE, JAMIE H (id #21591363, dob:**

# Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 08/31/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (52yo, F) ID# 21591363 | **Appt. Date/Time** | 08/31/2021 10:15AM |
| | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 214021M1EA<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # : 09221968<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

joint pain, medication follow up

Jamie Reece 52yo female following up on medication, pt is prescribed lyrica 100mg. Pt states she is hving increased pain in her right shoulder. Pt also states she is having pain in her sternum and jaw. She rates her pain 5/10

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Referring Provider:** KATHERINE RODEN MD: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4411 NPI: 1982967824
**Neurologist:** ANDREW R SCHNEIDER MD: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4119 NPI: 1932120219
**Ophthalmologist:** MICHAEL T NEWCOMB MD: 100 NORTH EAGLE CREEK DR 3RD FL, LEXINGTON, KY 40509, Ph (859) 258-5310, Fax (859) 258-5328 NPI: 1093968026
**Rheumatologist:** SUSANNA MOBERLY APRN: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4039 NPI: 1568843316
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON, KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS, TN 38134, Ph (844) 516-3319, Fax (800) 391-9707
EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS, MO 63134, Ph (888) 327-9791, Fax (800) 837-0959
WALMART PHARMACY 7259 - TOYOTA RX (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN, KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

08/31/2021 10:52 am

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in | **Wt:** | 196 lbs | **BMI:** | 30.7 |
| **BP:** | 116/68 sitting R arm | **Pain Scale:** | 5 | **Pain Scale Type:** | Numeric |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;
**PERCOCET**: Itching

## Medications

Reviewed Medications

**diclofenac 1 % topical gel** 05/20/21 prescribed
APPLY 2 GRAMS TO THE AFFECTED AREA(S) BY TOPICAL ROUTE 4 TIMES PER DAY

**Estrace 1 mg tablet** 08/21/19 entered

**Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** 08/25/21 auth requested
Inject by subcutaneous route.

**hydrOXYzine HCL** 08/20/21 entered
PRN

**hydrOXYzine HCL 25 mg tablet** 08/24/21 prescribed
Take 1 tablet(s) every day by oral route for 90 days.

**levocetirizine 5 mg tablet** 08/24/21 prescribed
Take 1 tablet(s) every day by oral route.

**Lyrica 100 mg capsule** 08/31/21 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Medrol (Pak) 4 mg tablets in a dose pack** 08/27/21 prescribed
Take 1 dose pk(s) by oral route.

**Multi Vitamin** 11/17/17 entered

**pantoprazole 40 mg tablet,delayed release** 08/20/21 prescribed
Take 1 tablet(s) every day by oral route as directed for 90 days.
**Note:** take one tablet by mouth every morning on an empty stomach, eat about 30 min after taking medication.

**Probiotic** 11/17/17 entered

**Restasis 0.05 % eye drops in a dropperette** 02/05/21 prescribed
INSTILL 1 DROP INTO AFFECTED EYE(S) BY OPHTHALMIC ROUTE EVERY 12 HOURS
Both eyes

**tiZANidine 4 mg tablet** 11/17/20 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 04/14/21 | | | | | | Pfizer, Inc | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 03/17/21 | | | | | | Pfizer, Inc | | | | |
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems

- Complex regional pain syndrome - Onset: 08/21/2019

- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- History of polyp of colon - Onset: 10/19/2020
- Family history of Stomach cancer - Onset: 07/13/2017
- Globus sensation - Onset: 07/13/2017
- Cystocele and rectocele co-occurrent with incomplete uterovaginal prolapse - Onset: 01/25/2021

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| | - Hypertensive disorder |
| Father | - Hypercholesterolemia |
| | - Family history of cancer |
| Maternal Uncle | - Heart disease |

## Social History

Reviewed Social History

**Substance Use**

Do you or have you ever smoked tobacco?: Never smoker
How many years have you smoked tobacco?: 0
How much tobacco do you smoke?: None
Do you or have you ever used e-cigarettes or vape?: Never used electronic cigarettes
Do you or have you ever used smokeless tobacco?: Never used smokeless tobacco
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 08/31/2021
Has tobacco cessation counseling been provided?: No
On what date was tobacco cessation counseling provided?: (Notes: tdotson14 answered No to the Tobacco cessation counseling provided question on 04/09/2019.)
What is your level of alcohol consumption?: None
Which illicit or recreational drugs have you used?: no

**Education and Occupation**

What is your occupation?:
unemployed

**Other**

Drugs Abused: no
Live alone or with others?: with others
Marital status: Married

**Gender Identity and LGBTQ Identity**

## Surgical History

Reviewed Surgical History

- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019;
PELVIC SURGERY 12/14/2020

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 08/10/2021)

## Past Medical History

Reviewed Past Medical History

Reviewed Past Medical History
Arthritis: **Y**
Headaches: **Y**
Notes: CRPS

HPI

52-year-old female presenting for follow-up with regards to lumbar back pain and CRPS. Her current regimen consists of Lyrica 100 mg 3 times a day.

ROS

Patient reports **arthralgias/joint pain** but reports no muscle aches, no muscle weakness, no swelling in the extremities, and no neck pain. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

Physical Exam

Patient is a 52-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD.

**Psychiatric:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA.

**Neck:** Neck: supple and trachea midline.

**Lungs:** Respiratory effort: no dyspnea.

**Cardiovascular System:** Heart Auscultation: RRR; **tenderness to palpation at right costal margin from T3-T5**.

**Abdomen:** Bowel Sounds: normal. Inspection and Palpation: soft, non-distended, and no tenderness.

**Musculoskeletal::** Joints, Bones, and Muscles: normal movement of all extremities and **tenderness** (**R shoulder B hips**).

**Motor Strength:** Motor Strength and Tone: normal and normal tone. C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

**Neurologic:** Cranial Nerves: grossly intact. Sensation: grossly intact.

**Spine - Special Tests:** Cervical Spine (normal) cervical spine, **positive axial loading test**, and negative Spurling's test. Other Findings **Myofascial pain** (**right trapezius**
**Right rhomboids**). Lumbar / Lumbosacral Spine (normal) lumbar / lumbosacral spine, **positive axial load**, and negative SLR.

Assessment / Plan

Assessment / Plan

52-year-old female presenting for follow-up with regards to CRPS. Patient has a work-related injury to the right shoulder with subsequent development of CRPS-like symptoms in the shoulder and upper extremity. She continues to report shoulder discomfort today and feels as though she is having a flare of symptoms. She also reports sternal discomfort. discomfort radiates into her jaw. She's been seen in the emergency room and was told it was anxiety. She does have tenderness along the costal margin. I think this is more consistent with costochondritis. we did discuss consideration for intercostal nerve block. She would like to think about this option moving forward. She does note generalized discomfort in her bilateral hips. Pain is not extending down the thighs. Lumbar MRI imaging shows degenerative changes of the lumbar spine with foraminal narrowing at L4-5. She doesn't think her symptoms warrant an injection at this time. Overall she is having a flare in her symptoms across-the-board. She is currently changing her Biologics through rheumatology in going back on Humira. She has not received Humira as of yet.

Her current regimen consists of Lyrica 100 mg 3 times a day. Patient reports benefit with the use of the medication and denies any adverse side effects. Use of the medication has allowed for an overall increase in physical activity and ability to perform ADLs above the aptitude previously perceived without its use. It is evident that the medication provides not only a measure of pain relief but also improvement in functional capacity. As such we will plan to continue the medication at its current dose and frequency at this time. I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient has a signed pain management agreement per clinic policy. Urine drug screen is up to date and appropriate as per Kentucky medical board guidelines. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient. patient will follow-up in 6 months for further evaluation.

. **Complex regional pain syndrome**

M89.00: Algoneurodystrophy, unspecified site

- Lyrica 100 mg capsule - Take 1 capsule(s) 3 times a day by oral route. Qty: 270 capsule(s) Refills: 1 Pharmacy: WALMART PHARMACY 3894

. **Costal chondritis**

M94.0: Chondrocostal junction syndrome [Tietze]

. **Multiple joint pain**

M25.50: Pain in unspecified joint

. **Myofascial pain**

M79.10: Myalgia, unspecified site

**Patient Instructions**

WRAP-UP
Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- Refill Lyrica

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

Return to Office

- AMY KATHRYN COLLINS, APRN for RECHECK at GASTRO SB on 10/15/2021 at 09:15 AM
- to see SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on or around 11/06/2021
- SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on 11/24/2021 at 09:30 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 02/14/2022 at 10:30 AM
- MICHAEL T NEWCOMB, MD for COMPLETE EYE EXAM at OPHTHALMOLOGY EAST on 05/09/2022 at 01:00 PM

- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023
- to see AN-YU CHEN, MD at GASTRO SB on or around 07/19/2024

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 08/31/2021.
Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 08/31/2021 at 11:28am

**Encounter Date: 08/24/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (52yo, F) ID# 21591363 | **Appt. Date/Time** | 08/24/2021 10:15AM |
| | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 214021M1EA<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # : 09221968<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Referring Provider:** KATHERINE RODEN MD: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4411 NPI: 1982967824
**Neurologist:** ANDREW R SCHNEIDER MD: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4119 NPI: 1932120219
**Ophthalmologist:** MICHAEL T NEWCOMB MD: 100 NORTH EAGLE CREEK DR 3RD FL, LEXINGTON, KY 40509, Ph (859) 258-5310, Fax (859) 258-5328 NPI: 1093968026
**Rheumatologist:** SUSANNA MOBERLY APRN: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4039 NPI: 1568843316
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON, KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS, TN 38134, Ph (844) 516-3319, Fax (800) 391-9707
EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS, MO 63134, Ph (888) 327-9791, Fax (800) 837-0959
WALMART PHARMACY 7259 - TOYOTA RX (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN, KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 08/24/2021 10:20 am | **Wt:** | 196 lbs 08/24/2021 10:20 am | **BMI:** | 30.7 08/24/2021 10:20 am |
| **BP:** | 108/70 sitting R arm 08/24/2021 10:21 am | **BP Cuff Size:** | adult 08/24/2021 10:21 am | **Pulse:** | 82 bpm 08/24/2021 10:22 am |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;
**PERCOCET**: Itching

## Medications

Medications

Reviewed Medications

**diclofenac 1 % topical gel** 05/20/21 prescribed
APPLY 2 GRAMS TO THE AFFECTED AREA(S) BY TOPICAL ROUTE 4 TIMES PER DAY

**Estrace 1 mg tablet** 08/21/19 entered

**Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** 08/24/21 prescribed
Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.

**hydrOXYzine HCL** 08/20/21 entered
PRN

**hydrOXYzine HCL 25 mg tablet** 08/24/21 prescribed
Take 1 tablet(s) every day by oral route for 90 days.

**levocetirizine 5 mg tablet** 08/24/21 prescribed
Take 1 tablet(s) every day by oral route.

**Lyrica 100 mg capsule** 04/06/21 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** 11/17/17 entered

**pantoprazole 40 mg tablet,delayed release** 08/20/21 prescribed
Take 1 tablet(s) every day by oral route as directed for 90 days.
**Note:** take one tablet by mouth every morning on an empty stomach, eat about 30 min after taking medication.

**Probiotic** 11/17/17 entered

**Restasis 0.05 % eye drops in a dropperette** 02/05/21 prescribed
INSTILL 1 DROP INTO AFFECTED EYE(S) BY OPHTHALMIC ROUTE EVERY 12 HOURS
Both eyes

**tiZANidine 4 mg tablet** 11/17/20 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 04/14/21 | | | | | | Pfizer, Inc | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 03/17/21 | | | | | | Pfizer, Inc | | | | |
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019

- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- History of polyp of colon - Onset: 10/19/2020
- Family history of Stomach cancer - Onset: 07/13/2017
- Globus sensation - Onset: 07/13/2017
- Cystocele and rectocele co-occurrent with incomplete uterovaginal prolapse - Onset: 01/25/2021

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| | - Hypertensive disorder |
| Father | - Hypercholesterolemia |
| | - Family history of cancer |
| Maternal Uncle | - Heart disease |

## Social History

Reviewed Social History

**Substance Use**

Do you or have you ever smoked tobacco?: Never smoker
How many years have you smoked tobacco?: 0
How much tobacco do you smoke?: None
Do you or have you ever used e-cigarettes or vape?: Never used electronic cigarettes
Do you or have you ever used smokeless tobacco?: Never used smokeless tobacco
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 07/28/2021
Has tobacco cessation counseling been provided?: No
On what date was tobacco cessation counseling provided?: (Notes: tdotson14 answered No to the Tobacco cessation counseling provided question on 04/09/2019.)
What is your level of alcohol consumption?: None
Which illicit or recreational drugs have you used?: no

**Other**

Drugs Abused: no
Live alone or with others?: with others
Marital status: Married

**Gender Identity and LGBTQ Identity**

## Surgical History

Reviewed Surgical History

- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019;
PELVIC SURGERY 12/14/2020

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 08/10/2021)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**
Arthritis: **Y**
Notes: CRPS

## HPI

acute visit for right foot pain; having issues with right foot pain without trauma; having issues with a large bunion; foot is tender to palp; foot is worsening; bunion is worsening; normally seen for psoriatic arthritis. Currently she is on xeljanz 11 mg po daily; and denies any side effects.

She has a history of complex regional pain syndrome involving the right upper and lower extremity followed by pain clinic.

had pelvic floor surgery and has been having complications; may need a second opinion

no s/e from medications; currently denies bowel or bladder changes, chest pain, shortness of air, rashes, fevers and all others are negative

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 52-year-old female.

**Constitutional:** General Appearance: healthy-appearing and **overweight**. Level of Distress: NAD. Ambulation: ambulating normally.

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Sclerae: non-icteric.

**ENMT:** Ears: no lesions on external ear or hearing loss. Nose: no lesions on external nose and nares patent. Oral Cavity: no mouth or lip ulcers.

**Lungs:** Respiration: no dyspnea.

**Musculoskeletal System:** Joints, Bones, and Muscles: no contractures or malalignment, **bony deformity** (**hallux valgus deformity**) and **tenderness** (**right foot swelling; hallux valgus deformity**), and normal movement of all extremities. Extremities: no cyanosis or edema. Hips: normal internal rotation and external rotation, no tenderness of the SI joints or pain over the greater trochanteric bursa, and **trigger point pain** (**over right piriformis; tight**). Knees: no ligamentous instability on examination.

**Neurological Exam:** Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no rash, lesions, ulcer, induration, nodules, jaundice, or abnormal nevi and good turgor. Nails: normal.

## Assessment / Plan

. **Psoriasis with arthropathy** -

52-year-old female with chronic psoriasis and psoriatic arthritis.

so she was started on xeljanz and had not been seeing an improvement

so we obtained a pa for taltz and she had an allergic reaction

o we will try to go back to humira 40 mg sc injection every 2 weeks

with swelling in the right foot

she needs labs and refills today

L40.50: Arthropathic psoriasis, unspecified

- PSORIASIS: CARE INSTRUCTIONS
- Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit - Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days. Qty: 3 kit(s) of 2 Refills: 3 Pharmacy: ACCREDO

. **Complex regional pain syndrome** -

Please see my previous notes for details.

Briefly, has CRPS Type I, right arm after right shoulder and elbow injury due to repititive work at Toyota factory. Initially symptoms started some time early January 2018.

she is currently followed at the pain management clinic and is now on Lyrica at 100 mg 3 times a day.

unfortunately, her symptoms are chronic and does need to maintain long-term pain management.

I do not have any further suggestions.

M89.00: Algoneurodystrophy, unspecified site

- LEARNING ABOUT HEALTHY WEIGHT
- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS

. **Seasonal allergic rhinitis** -

:hronic and recurring

J30.2: Other seasonal allergic rhinitis

- hydroxyzine HCl 25 mg tablet - Take 1 tablet(s) every day by oral route for 90 days. Qty: 90 tablet(s) Refills: 1 Pharmacy: WALMART PHARMACY 3894
- levocetirizine 5 mg tablet - Take 1 tablet(s) every day by oral route. Qty: 90 tablet(s) Refills: 1 Pharmacy: WALMART PHARMACY 3894

. **Long-term drug therapy** -

vill obtain labs when due; normal from 5/6/2021

Z79.899: Other long term (current) drug therapy

. **Tuberculosis screening** -

last negative 5/6/2021

Z11.1: Encounter for screening for respiratory tuberculosis

. **Body mass index 25-29 - overweight**

Z68.29: Body mass index [BMI] 29.0-29.9, adult

- Body Mass Index: Care Instructions-LC - Handout: Body Mass Index: Care Instructions-LC

## Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 10/05/2021 at 09:15 AM
- AMY KATHRYN COLLINS, APRN for RECHECK at GASTRO SB on 10/15/2021 at 09:15 AM
- to see SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on or around 11/06/2021
- SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on 11/24/2021 at 09:30 AM
- MICHAEL T NEWCOMB, MD for COMPLETE EYE EXAM at OPHTHALMOLOGY EAST on 05/09/2022 at 01:00 PM
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023
- to see AN-YU CHEN, MD at GASTRO SB on or around 07/19/2024

## Encounter Sign-Off

Encounter signed-off by SUSANNA MOBERLY, APRN, 08/24/2021.

Encounter performed and documented by SUSANNA MOBERLY, APRN

Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 08/24/2021 at 11:08am

**Encounter Date: 08/20/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (52yo, F) ID# 21591363 | **Appt. Date/Time** | 08/20/2021 09:30AM |
| **DOB** | | **Service Dept.** | GASTRO SB |

**REECE, JAMIE H (id #21591363, dob:**

| | |
|---|---|
| **Provider** | AMY KATHRYN COLLINS, APRN |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 214021M1EA<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # : 09221968<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details |

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Referring Provider:** KATHERINE RODEN MD: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4411 NPI: 1982967824
**Neurologist:** ANDREW R SCHNEIDER MD: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4119 NPI: 1932120219
**Ophthalmologist:** MICHAEL T NEWCOMB MD: 100 NORTH EAGLE CREEK DR 3RD FL, LEXINGTON, KY 40509, Ph (859) 258-5310, Fax (859) 258-5328 NPI: 1093968026
**Rheumatologist:** SUSANNA MOBERLY APRN: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4039 NPI: 1568843316
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON, KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS, TN 38134, Ph (844) 516-3319, Fax (800) 391-9707
EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS, MO 63134, Ph (888) 327-9791, Fax (800) 837-0959
WALMART PHARMACY 7259 - TOYOTA RX (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN, KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

08/20/2021 09:31 am

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in | **Wt:** | 193 lbs | **BMI:** | 30.2 |
| **BP:** | 112/74 sitting | **Pulse:** | 91 bpm | **RR:** | 16 |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;
**PERCOCET**: Itching

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **diclofenac 1 % topical gel**<br>APPLY 2 GRAMS TO THE AFFECTED AREA(S) BY TOPICAL ROUTE 4 TIMES PER DAY | 05/20/21 | prescribed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **hydrOXYzine HCL**<br>PRN | 08/20/21 | entered |
| **Lyrica 100 mg capsule** | 04/06/21 | prescribed |

Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** 11/17/17 entered

**pantoprazole 40 mg tablet,delayed release** 08/20/21 prescribed
Take 1 tablet(s) every day by oral route as directed for 90 days.
**Note:** take one tablet by mouth every morning on an empty stomach, eat about 30 min after taking medication.

**Probiotic** 11/17/17 entered

**Restasis 0.05 % eye drops in a dropperette** 02/05/21 prescribed
INSTILL 1 DROP INTO AFFECTED EYE(S) BY OPHTHALMIC ROUTE EVERY 12 HOURS
Both eyes

**tiZANidine 4 mg tablet** 11/17/20 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**XyzaL 5 mg tablet** 08/20/21 entered
Take 1 tablet(s) every day by oral route.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 04/14/21 | | | | | | Pfizer, Inc | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 03/17/21 | | | | | | Pfizer, Inc | | | | |
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- History of polyp of colon - Onset: 10/19/2020
- Family history of Stomach cancer - Onset: 07/13/2017
- Globus sensation - Onset: 07/13/2017
- Cystocele and rectocele co-occurrent with incomplete uterovaginal prolapse - Onset: 01/25/2021

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| | - Hypertensive disorder |
| Father | - Hypercholesterolemia |
| | - Family history of cancer |
| Maternal Uncle | - Heart disease |

**REECE, JAMIE H (id #21591363, dob:**

## Social History

Reviewed Social History

**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
How many years have you smoked tobacco?: 0
How much tobacco do you smoke?: None
Do you or have you ever used e-cigarettes or vape?: Never used electronic cigarettes
Do you or have you ever used smokeless tobacco?: Never used smokeless tobacco
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 07/28/2021
Has tobacco cessation counseling been provided?: No
On what date was tobacco cessation counseling provided?: (Notes: tdotson14 answered No to the Tobacco cessation counseling provided question on 04/09/2019.)
What is your level of alcohol consumption?: None
Which illicit or recreational drugs have you used?: no

**Education and Occupation**
What is your occupation?: unemployed

**Other**
Drugs Abused: no
Live alone or with others?: with others
Marital status: Married

**Gender Identity and LGBTQ Identity**

## Surgical History

Reviewed Surgical History
- Procedure on wrist

right wrist break surgery 10/2019;
PELVIC SURGERY 12/14/2020

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 08/10/2021)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**
Allergies/Hayfever: **Y**
Arthritis: **Y**
Chicken Pox: **Y**
Headaches: **Y**
Notes: CRPS

## HPI

Jamie Reece is a 52 yr old female here today for recheck, rule out candida infection.
No evidence of candida on recent esophogeal biopsies. Did have some increased eosinophils, will send for allergy testing as she is still having some issues with swallowing.
Reports symptoms of IBS related to eating certain foods, raw vegetables is a trigger. Sometimes water is a trigger. Reports stomach burning, diarrhea with urgency after eating. May have 10-15 stools per day, but other times may feel constipated or like she has not emptied, even with diarrhea. Has had issues her entire life. Identified triggers are spicy, soda.
Some issues with anal leakage since surgery for pelvic floor that she reports as not helpful.
Meds for psoriatic arthritis do improve her symptoms. She says Humira helps the most, but stopped this due to not helping with her arthritis. Recent Taltz caused too many side effects so stopped this.
Still having reflux, cough, despite PPI use. Has used Nexium for years and omeprazole in past.

## ROS

Patient reports **nose/sinus problems**. She reports **sore throat** but reports no hoarseness and no feeling of foreign body in throat.
She reports **indigestion or heartburn** but reports no difficulty swallowing/ food sticking, no pain when swallowing, no nausea

She reports **indigestion or heartburn** but reports no difficulty swallowing/ food sticking, no pain when swallowing, no nausea and/or vomiting, not vomiting blood, and normal appetite. She reports **abdominal pain and diarrhea** but reports no fullness after eatting, no fecal incontinence, no constipation, no blood in stool, no blacky or tarry stools, no excess gas or bloating, no change in bowel/bladder habits, and no pain when defecating. She reports **Irritable Bowel Syndrome and colon polyps** but reports no ulcerative colitis, no Crohn's disease, no colon cancer, no family history of colon polyps or cancer, and no Barrett's Esophagus; **fam history of stomach cancer.** She reports no change in skin color and no rashes**psoriatic arthritis**. She reports feeling fine, no fever, no chills, no weight gain, no significant weight loss, and feeling the same. She reports no blurred vision and no double vision. She reports no chest pain and no cardiac disease. She reports no jaundice, no history of chronic liver disease, and no hepatitis or exposure to hepatitis. She reports good coordination, no weakness, no seizures, no headaches, no stroke, and no dizziness. She reports no psychiatric or emotional problems. She reports no history of thyroid disease and no hormonal changes. She reports no difficulty urinating. She reports no cough, no shortness of breath, and no lung disease.

## Physical Exam

Patient is a 52-year-old female.

**Constitutional:**General Appearance: healthy-appearing, well-nourished, well-developed, and **overweight**. Level of Distress: NAD.

**Psychiatric:**Mental Status: active and alert. Orientation: to time, place, and person.

**Head:**Head: normocephalic and atraumatic.

**ENMT:**Lips, Teeth, and Gums: no mouth or lip ulcers or bleeding gums and normal dentition. Oropharynx: moist mucous membranes and **erythema** (**thrush**).

**Lungs:**Respiratory effort: no dyspnea. Auscultation: breath sounds normal.

**Cardiovascular:**Heart Auscultation: normal S1 and S2 and RRR and no murmurs.

**Abdomen:**Bowel Sounds: normal. Inspection and Palpation: soft, non-distended, and no tenderness.

**Neurologic:**Gait and Station: normal gait.

**Skin:**Inspection and palpation: no rash, lesions, or jaundice and good turgor.

## Assessment / Plan

. **Gastro-esophageal reflux disease with esophagitis**
K21.00: Gastro-esophageal reflux disease with esophagitis, without bleeding
- pantoprazole 40 mg tablet,delayed release - Take 1 tablet(s) every day by oral route as directed for 90 days. Qty: 90 tablet(s) Refills: 4 Pharmacy: WALMART PHARMACY 3894

. **Irritable bowel syndrome with diarrhea**
K58.0: Irritable bowel syndrome with diarrhea

**'atient Instructions**
Refer to allergist
Patient declines medication for IBS, citing her intolerance to many medications and not wanting to add to her meds. Would like to see rheumatology and decide on next treatment for arthritis first.

## Return to Office

- SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on 08/24/2021 at 10:15 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 10/05/2021 at 09:15 AM
- AMY KATHRYN COLLINS, APRN for RECHECK at GASTRO SB on 10/15/2021 at 09:15 AM
- to see SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on or around 11/06/2021
- MICHAEL T NEWCOMB, MD for COMPLETE EYE EXAM at OPHTHALMOLOGY EAST on 05/09/2022 at 01:00 PM
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023

- to see AN-YU CHEN, MD at GASTRO SB on or around 07/19/2024

## Encounter Sign-Off

Encounter signed-off by AMY KATHRYN COLLINS, APRN, 08/20/2021.
Encounter performed and documented by AMY KATHRYN COLLINS, APRN
Encounter reviewed & signed by AMY KATHRYN COLLINS, APRN on 08/20/2021 at 3:06pm

**Encounter Date: 08/09/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (52yo, F) ID# 21591363 | **Appt. Date/Time** | 08/09/2021 02:40PM |
| | | **Service Dept.** | GYN SB |
| **Provider** | CLARISSA BEITING, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 214021M1EA<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # : 09221968<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Referring Provider:** KATHERINE RODEN MD: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4411 NPI: 1982967824
**Neurologist:** ANDREW R SCHNEIDER MD: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4119 NPI: 1932120219
**Ophthalmologist:** MICHAEL T NEWCOMB MD: 100 NORTH EAGLE CREEK DR 3RD FL, LEXINGTON, KY 40509, Ph (859) 258-5310, Fax (859) 258-5328 NPI: 1093968026
**Rheumatologist:** SUSANNA MOBERLY APRN: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4039 NPI: 1568843316
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON, KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS, TN 38134, Ph (844) 516-3319, Fax (800) 391-9707
EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS, MO 63134, Ph (888) 327-9791, Fax (800) 837-0959
WALMART PHARMACY 7259 - TOYOTA RX (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN, KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 08/09/2021 02:47 pm | **Wt:** | 195 lbs With clothes 08/09/2021 02:48 pm | **BMI:** | 30.5 08/09/2021 02:48 pm |
| **BP:** | 116/74 sitting R arm 08/09/2021 02:56 pm | | | | |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;
**PERCOCET**: Itching

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **diclofenac 1 % topical gel**<br>APPLY 2 GRAMS TO THE AFFECTED AREA(S) BY TOPICAL ROUTE 4 TIMES PER DAY | 05/20/21 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 10/19/20 | prescribed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 04/06/21 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **Probiotic** | 11/17/17 | entered |
| **Restasis 0.05 % eye drops in a dropperette**<br>INSTILL 1 DROP INTO AFFECTED EYE(S) BY OPHTHALMIC ROUTE EVERY 12 HOURS<br>Both eyes | 02/05/21 | prescribed |
| **Taltz Autoinjector (3 Pack) 80 mg/mL subcutaneous**<br>Inject by subcutaneous route.<br>**Internal Note:** PA approved until 6/18/2021 | 05/18/21 | auth requested |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 11/17/20 | prescribed |
| **traMADoL 50 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 30 days. | 10/07/19 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

Vaccines not reviewed (last reviewed 07/28/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 04/14/21 | | | | | | Pfizer, Inc | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 03/17/21 | | | | | | Pfizer, Inc | | | | |
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems

- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- History of polyp of colon - Onset: 10/19/2020
- Family history of Stomach cancer - Onset: 07/13/2017
- Globus sensation - Onset: 07/13/2017
- Cystocele and rectocele co-occurrent with incomplete uterovaginal prolapse - Onset: 01/25/2021

## Family History

Family History not reviewed (last reviewed 07/28/2021)

| | |
|---|---|
| Mother | - Arthritis |
| | - Hypertensive disorder |
| Father | - Hypercholesterolemia |
| | - Family history of cancer |
| Maternal Uncle | - Heart disease |

## Social History

Reviewed Social History

**Substance Use**

Do you or have you ever smoked tobacco?: Never smoker
How many years have you smoked tobacco?: 0
How much tobacco do you smoke?: None
Do you or have you ever used e-cigarettes or vape?: Never used electronic cigarettes
Do you or have you ever used smokeless tobacco?: Never used smokeless tobacco
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 07/28/2021
Has tobacco cessation counseling been provided?: No
On what date was tobacco cessation counseling provided?: (Notes: tdotson14 answered No to the Tobacco cessation counseling provided question on 04/09/2019.)
What is your level of alcohol consumption?: None
Which illicit or recreational drugs have you used?: no

**Other**

Drugs Abused: no
Live alone or with others?: with others
Marital status: Married

**Gender Identity and LGBTQ Identity**

## Surgical History

Reviewed Surgical History

- Procedure on wrist
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019;
PELVIC SURGERY 12/14/2020

## GYN History

Reviewed GYN History
Menses Monthly: N.
Current Birth Control Method: Hysterectomy (Notes: total).

## Obstetric History

Reviewed Obstetric History

## Past Medical History

Past Medical History not reviewed (last reviewed 07/28/2021)
Notes: CRPS

## HPI

possible prolapse, referral from Dr. Moberly

pt with failed pelvic floor repair sx 12/2020 Dr. Heredia at UK. Rectocele repair. Was having splinting issues after having 3 children. That is why she had this fixed. She broke her right arm so she could not splint. that is why she went and had the rectocele repair. So after the surgery , Dr Heredia made the pocket deeper. Now she cannot reach the back of the buldge. She cannot reach the back of the buldge. so she cannot splint anymore. She also has some rectal leakage now also.

On follow she discussed with Dr Heredia that this "is not fixed".

Pt did see colorectal specialist Dr Belin. Did see him after her surgery. He said was the vaginal wall and nothing her could fix.

The patient says she mainly has difficulty poorly dysfunction issues. States she cannot get the stool out of her rectum without having some type of digital augmentation. She doesn't really complain of any bulging from the vagina but she does state when she is constipated she'll fill in the vagina and noticed that she could feel a little heart balls of stool and that posterior vaginal wall area but they're not prolapsed out of the vagina. She was offered some physical therapy by colorectal specialist the patient did not see

the value of that she had come to me for another opinion.

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 52-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed.

**Psychiatric:** Orientation: to time, place, and person. Mood and Affect: normal mood and affect and active and alert.

**Abdomen:** Auscultation/Inspection/Palpation: no tenderness, hepatomegaly, splenomegaly, masses, or CVA tenderness and soft, non-distended, and normal bowel sounds. Hernia: none palpated.

**Female Genitalia:** Vulva: no masses, atrophy, or lesions; **The vulva is normal in size. The genital hiatus is normal size as well. There is no bulging seen to the vagina.**. Bladder/Urethra: no urethral discharge or mass and normal meatus and bladder non distended. Vagina no tenderness, erythema, cystocele, rectocele, abnormal vaginal discharge, or vesicle(s) or ulcers; **With the split speculum exam I really don't see a large vaginal bulge or anything that would call large vaginal rectocele. Even with Valsalva may be a little polyp in the midline is seen that really no deep pockets. Even with with rectovaginal exam it appears pretty minimal as well in my opinion.**. Cervix: absent. Uterus: uterus absent. Adnexa/Parametria: absent and no adnexal tenderness.

## Assessment / Plan

. **Herniation of rectum into vagina**
N81.6: Rectocele
- UROGYNECOLOGIST REFERRAL - Schedule Within: provider's discretion

. **Pelvic floor dysfunction** - Patient seems to reports some dysfunction of defecation. The patient was told by the colorectal surgeon that it was due to the recurrent currents of a vaginal rectocele. This was recently repaired and anatomically I believe the tissues look actually pretty good so it is my opinion that repeating surgery in the posterior vaginal wall especially in my hands is not really going to change her outcome of how she defecates. Since she had surgery with the uro-gynecologist I definitely think she should stick with high-level consultation and not just with general gynecology at this point since she is having such a hard time with her defecation issues. I will send her to the pelvic floor Center in Cincinnati where they can have access to colorectal and urogynecology and they can come together and see if they can figure out a treatment option for her since there are no other uro-gynecologist in Lexington besides the one who did the initial surgery.
M62.9: Disorder of muscle, unspecified

### Return to Office

- AMY KATHRYN COLLINS, APRN for RECHECK at GASTRO SB on 08/20/2021 at 09:30 AM
- SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on 08/24/2021 at 10:15 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 10/05/2021 at 09:15 AM
- to see SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on or around 11/06/2021
- MICHAEL T NEWCOMB, MD for COMPLETE EYE EXAM at OPHTHALMOLOGY EAST on 05/09/2022 at 01:00 PM
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023
- to see AN-YU CHEN, MD at GASTRO SB on or around 07/19/2024

## Encounter Sign-Off

Encounter signed-off by CLARISSA BEITING, MD, 08/10/2021.
Encounter performed and documented by CLARISSA BEITING, MD
Encounter reviewed & signed by CLARISSA BEITING, MD on 08/10/2021 at 8:32am

**Encounter Date: 07/28/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (52yo, F) ID# 21591363 | **Appt. Date/Time** | 07/28/2021 09:15AM |
| **DOB** | 09/22/1968 | **Service Dept.** | FAMILY MEDICINE ANDOVER |
| **Provider** | KRISTINA COX, PA-C | | |
| **Insurance** | Med Primary: BCBS-OH (PPO) | | |

**REECE, JAMIE H (id #21591363, dob:**

Insurance # : TOAAN1313675
Policy/Group # : 214021M1EA
Employer Name : TOYOTA
Med Worker's Comp: MSMM
Employer Name : KELLY SERVICES
Case # : SA211932PVY
Case Injury Date : 01/30/2018
Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC
Insurance # : 09221968
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: EXPRESS SCRIPTS - Member is eligible. details

## Chief Complaint

c/o thrush

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Referring Provider:** KATHERINE RODEN MD: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4411 NPI: 1982967824
**Neurologist:** ANDREW R SCHNEIDER MD: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4119 NPI: 1932120219
**Ophthalmologist:** MICHAEL T NEWCOMB MD: 100 NORTH EAGLE CREEK DR 3RD FL, LEXINGTON, KY 40509, Ph (859) 258-5310, Fax (859) 258-5328 NPI: 1093968026
**Rheumatologist:** SUSANNA MOBERLY APRN: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4039 NPI: 1568843316
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON, KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS, TN 38134, Ph (844) 516-3319, Fax (800) 391-9707
EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS, MO 63134, Ph (888) 327-9791, Fax (800) 837-0959
WALMART PHARMACY 7259 - TOYOTA RX (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN, KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 07/28/2021 09:22 am | **Wt:** | 196 lbs With clothes 07/28/2021 09:23 am | **BMI:** | 30.7 07/28/2021 09:23 am |
| **T:** | 97.4 F° ear 07/28/2021 09:27 am | **BP:** | 116/82 sitting L arm 07/28/2021 09:28 am | **Pulse:** | 70 bpm 07/28/2021 09:27 am |
| **RR:** | 16 07/28/2021 09:25 am | **O2Sat:** | 99% Room Air at Rest 07/28/2021 09:28 am | | |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;
**PERCOCET**: Itching

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **diclofenac 1 % topical gel**<br>APPLY 2 GRAMS TO THE AFFECTED AREA(S) BY TOPICAL ROUTE 4 TIMES PER DAY | 05/20/21 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 10/19/20 | prescribed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |

**Lyrica 100 mg capsule** 04/06/21 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** 11/17/17 entered

**Probiotic** 11/17/17 entered

**Restasis 0.05 % eye drops in a dropperette** 02/05/21 prescribed
INSTILL 1 DROP INTO AFFECTED EYE(S) BY OPHTHALMIC ROUTE EVERY 12 HOURS
Both eyes

**Taltz Autoinjector (3 Pack) 80 mg/mL subcutaneous** 05/18/21 auth requested
Inject by subcutaneous route.
**Internal Note:** PA approved until 6/18/2021

**tiZANidine 4 mg tablet** 11/17/20 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 04/14/21 | | | | | | Pfizer, Inc | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 03/17/21 | | | | | | Pfizer, Inc | | | | |
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- History of polyp of colon - Onset: 10/19/2020
- Family history of Stomach cancer - Onset: 07/13/2017
- Globus sensation - Onset: 07/13/2017
- Cystocele and rectocele co-occurrent with incomplete uterovaginal prolapse - Onset: 01/25/2021

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis<br>- Hypertensive disorder |
| Father | - Hypercholesterolemia<br>- Family history of cancer |
| Maternal Uncle | - Heart disease |

## Social History

Reviewed Social History

Reviewed Social History

**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
How many years have you smoked tobacco?: 0
How much tobacco do you smoke?: None
Do you or have you ever used e-cigarettes or vape?: Never used electronic cigarettes
Do you or have you ever used smokeless tobacco?: Never used smokeless tobacco
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 07/28/2021
Has tobacco cessation counseling been provided?: No
On what date was tobacco cessation counseling provided?: (Notes: tdotson14 answered No to the Tobacco cessation counseling provided question on 04/09/2019.)
What is your level of alcohol consumption?: None
Which illicit or recreational drugs have you used?: no

**Education and Occupation**
What is your occupation?:
unemployed

**Other**
Drugs Abused: no
Live alone or with others?: with others
Marital status: Married

**Gender Identity and LGBTQ Identity**

## Surgical History

Reviewed Surgical History
- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Tonsillectomy - 1973
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019;
PELVIC SURGERY 12/14/2020

## GYN History

Reviewed GYN History
Current Birth Control Method: Hysterectomy (Notes: total).

## Obstetric History

Reviewed Obstetric History

## Past Medical History

Reviewed Past Medical History
Allergies/Hayfever: **Y**
Arthritis: **Y**
Chicken Pox: **Y**
Headaches: **Y**
Vision or Eye Problems: **Y - glasses**
Notes: CRPS

## Screening

| Name | Score | Notes |
|---|---|---|
| PHQ-2/PHQ-9 | 0 (for the PHQ-2) | |

## HPI

Pt is a 52yo female who presents to discuss continued sores in her mouth. She had been treated twice for presumed thrush, which she believes to have been caused by the Taltz (see prior progress notes from details). She underwent EGD recently by Dr. Chen under order of rheum - Bx did not reveal thrush, but (+) for reflux. Told by rheum to stop the prednisone on 7/21/21 after the treatment. On Nexium daily. Pt frustrated with lack of care from rheum. Skipped Taltz yesterday. Did well on Humira, but med had stopped working, so was changed to Taltz. Is under a lot of stress with her own health and caring for her disabled son. For the last 2 days, has had recurrence of sores in her mouth, but these look/feel different from before. Wants to be sure no thrush.
PCP: Dr. St. Clair

ROS

**ROS as noted in the HPI**

Physical Exam

Patient is a 52-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally.

**Psychiatric:** Mental Status: **anxious** and **depressed** and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** EOM: EOMI.

**ENMT:** Lips, Teeth, and Gums: **tiny aphthous ulcer to the right inner lip (mid-way) and along the right upper lip (inside) - no evidence of thrush today**. Oropharynx: no erythema or exudates.

**Neck:** Neck: supple and FROM. Lymph Nodes: no cervical LAD.

**Musculoskeletal::** Joints, Bones, and Muscles: normal movement of all extremities.

**Neurologic:** Gait and Station: normal gait.

Assessment / Plan

. **Aphthous ulcer of mouth** - reassurance
K12.0: Recurrent oral aphthae

**'atient Instructions**

1. No thrush noted today.
2. OK to use Orajel to ease your discomfort while the sores heal.
3. Please discuss Humira vs Taltz with your rheumatology specialist, or consider a second opinion with UK or Arthritis Center of Lexington.
4. Call with questions or concerns.

Return to Office

- SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on 08/05/2021 at 11:30 AM
- CLARISSA BEITING, MD for GYN PROBLEM at GYN SB on 08/09/2021 at 02:40 PM
- AMY KATHRYN COLLINS, APRN for RECHECK at GASTRO SB on 08/20/2021 at 09:30 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 10/05/2021 at 09:15 AM
- to see SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on or around 11/06/2021
- MICHAEL T NEWCOMB, MD for COMPLETE EYE EXAM at OPHTHALMOLOGY EAST on 05/09/2022 at 01:00 PM
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023
- to see AN-YU CHEN, MD at GASTRO SB on or around 07/19/2024

Encounter Sign-Off

Encounter signed-off by KRISTINA COX, PA-C, 07/28/2021.
Encounter performed and documented by KRISTINA COX, PA-C
Encounter reviewed & signed by KRISTINA COX, PA-C on 07/28/2021 at 11:57am
Encounter signed by COLLIN ST. CLAIR, DO on 07/28/2021 at 4:45pm

**Encounter Date: 07/19/2021**

Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (52yo, F) ID# 21591363 | **Appt. Date/Time** | 07/19/2021 10:30AM |
| **DOB** | 09/22/1968 | **Service Dept** | SURGERY SCHEDULE |

| | |
|---|---|
| **Provider** | AN-YU CHEN, MD |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 214021M1EA<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # : 09221968<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details |

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Referring Provider:** KATHERINE RODEN MD: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4411 NPI: 1982967824
**Neurologist:** ANDREW R SCHNEIDER MD: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4119 NPI: 1932120219
**Ophthalmologist:** MICHAEL T NEWCOMB MD: 100 NORTH EAGLE CREEK DR 3RD FL, LEXINGTON, KY 40509, Ph (859) 258-5310, Fax (859) 258-5328 NPI: 1093968026
**Rheumatologist:** SUSANNA MOBERLY APRN: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4039 NPI: 1568843316
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990

## Patient's Pharmacies

**WALMART PHARMACY 7259 - TOYOTA RX (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN, KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS, TN 38134, Ph (844) 516-3319, Fax (800) 391-9707
EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS, MO 63134, Ph (888) 327-9791, Fax (800) 837-0959
WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON, KY 40509, Ph (859) 263-0526, Fax (859) 263-0526

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 07/15/2021)
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;
**PERCOCET**: Itching

## Medications

Medications not reviewed (last reviewed 07/15/2021)

| | | |
|---|---|---|
| **diclofenac 1 % topical gel**<br>APPLY 2 GRAMS TO THE AFFECTED AREA(S) BY TOPICAL ROUTE 4 TIMES PER DAY | 05/20/21 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 10/19/20 | prescribed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 04/06/21 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |

**nystatin 100,000 unit/mL oral suspension** 07/09/21 prescribed
Take 5 mL 4 times a day by oral route for 10 days.

**Probiotic** 11/17/17 entered

**Restasis 0.05 % eye drops in a dropperette** 02/05/21 prescribed
INSTILL 1 DROP INTO AFFECTED EYE(S) BY OPHTHALMIC ROUTE EVERY 12 HOURS
Both eyes

**Taltz Autoinjector (3 Pack) 80 mg/mL subcutaneous** 05/18/21 auth requested
Inject by subcutaneous route.
**Internal Note:** PA approved until 6/18/2021

**terconazole 0.4 % vaginal cream** 07/09/21 prescribed
Insert 1 applicator(s)ful every day by vaginal route for 7 days.

**tiZANidine 4 mg tablet** 11/17/20 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Vaccines not reviewed (last reviewed 07/15/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 04/14/21 | | | | | | Pfizer, Inc | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 03/17/21 | | | | | | Pfizer, Inc | | | | |
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems

- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- History of polyp of colon - Onset: 10/19/2020
- Family history of Stomach cancer - Onset: 07/13/2017
- Globus sensation - Onset: 07/13/2017
- Cystocele and rectocele co-occurrent with incomplete uterovaginal prolapse - Onset: 01/25/2021

## Family History

Family History not reviewed (last reviewed 07/15/2021)

| | |
|---|---|
| Mother | - Arthritis<br>- Hypertensive disorder |
| Father | - Hypercholesterolemia<br>- Family history of cancer |
| Maternal Uncle | - Heart disease |

## Social History

Social History

Social History not reviewed (last reviewed 07/15/2021)

**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
How many years have you smoked tobacco?: 0
How much tobacco do you smoke?: None
Do you or have you ever used e-cigarettes or vape?: Never used electronic cigarettes
Do you or have you ever used smokeless tobacco?: Never used smokeless tobacco
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 07/09/2021
Has tobacco cessation counseling been provided?: No
On what date was tobacco cessation counseling provided?: (Notes: tdotson14 answered No to the Tobacco cessation counseling provided question on 04/09/2019.)
What is your level of alcohol consumption?: None
Which illicit or recreational drugs have you used?: no

**Education and Occupation**
What is your occupation?:
unemployed

**Other**
Drugs Abused: no
Live alone or with others?: with others
Marital status: Married

**Gender Identity and LGBTQ Identity**

## Surgical History

Surgical History not reviewed (last reviewed 07/15/2021)
- Procedure on wrist

right wrist break surgery 10/2019;
PELVIC SURGERY 12/14/2020

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 07/09/2021)

## Past Medical History

Past Medical History not reviewed (last reviewed 07/15/2021)
Acid Reflux (GERD): **Y**
Allergies/Hayfever: **Y**
Arthritis: **Y**
Chicken Pox: **Y**
Headaches: **Y**
Notes: CRPS

## Assessment / Plan

None recorded.

### Return to Office

- KRISTINA COX, PA-C for SICK VISIT at FAMILY MEDICINE ANDOVER on 07/28/2021 at 09:15 AM
- SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on 08/05/2021 at 11:30 AM
- CLARISSA BEITING, MD for GYN PROBLEM at GYN SB on 08/09/2021 at 02:40 PM
- AMY KATHRYN COLLINS, APRN for RECHECK at GASTRO SB on 08/20/2021 at 09:30 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 10/05/2021 at 09:15 AM
- to see SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on or around 11/06/2021
- MICHAEL T NEWCOMB, MD for COMPLETE EYE EXAM at OPHTHALMOLOGY EAST on 05/09/2022 at 01:00 PM
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023
- to see AN-YU CHEN, MD at GASTRO SB on or around 07/19/2024

## Encounter Sign-Off

Encounter signed off by Melissa Blackwell, 07/28/2021

Encounter signed-off by Melissa Blackwell, 07/28/2021.
Encounter performed and documented by AN-YU CHEN, MD
Encounter reviewed & signed by Melissa Blackwell on 07/28/2021 at 6:38am

**Encounter Date: 07/15/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE. JAMIE (52yo, F) ID# 21591363 | **Appt. Date/Time** | 07/15/2021 03:00PM |
| | | **Service Dept.** | GASTRO SB |
| **Provider** | AMY KATHRYN COLLINS, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 214021M1EA<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # : 09221968<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

**Transition of Care Encounter**

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Referring Provider:** KATHERINE RODEN MD: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4411 NPI: 1982967824
**Neurologist:** ANDREW R SCHNEIDER MD: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4119 NPI: 1932120219
**Ophthalmologist:** MICHAEL T NEWCOMB MD: 100 NORTH EAGLE CREEK DR 3RD FL, LEXINGTON, KY 40509, Ph (859) 258-5310, Fax (859) 258-5328 NPI: 1093968026
**Rheumatologist:** SUSANNA MOBERLY APRN: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4039 NPI: 1568843316
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990

## Patient's Pharmacies

**WALMART PHARMACY 7259 - TOYOTA RX (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN, KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS, TN 38134, Ph (844) 516-3319, Fax (800) 391-9707
EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS, MO 63134, Ph (888) 327-9791, Fax (800) 837-0959
WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON, KY 40509, Ph (859) 263-0526, Fax (859) 263-0526

## Vitals

07/15/2021 03:13 pm

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in | **Wt:** | 196 lbs | **BMI:** | 30.7 |
| **BP:** | 110/74 sitting | **Pulse:** | 72 bpm | **RR:** | 16 |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;
**PERCOCET**: Itching

## Medications

Reviewed Medications

**diclofenac 1 % topical gel** 05/20/21 prescribed
APPLY 2 GRAMS TO THE AFFECTED AREA(S) BY TOPICAL ROUTE 4 TIMES PER DAY

**esomeprazole magnesium 40 mg capsule,delayed release** 10/19/20 prescribed
TAKE 1 CAPSULE DAILY

**Estrace 1 mg tablet** 08/21/19 entered

**Lyrica 100 mg capsule** 04/06/21 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** 11/17/17 entered

**nystatin 100,000 unit/mL oral suspension** 07/09/21 prescribed
Take 5 mL 4 times a day by oral route for 10 days.

**Probiotic** 11/17/17 entered

**Restasis 0.05 % eye drops in a dropperette** 02/05/21 prescribed
INSTILL 1 DROP INTO AFFECTED EYE(S) BY OPHTHALMIC ROUTE EVERY 12 HOURS
Both eyes

**Taltz Autoinjector (3 Pack) 80 mg/mL subcutaneous** 05/18/21 auth requested
Inject by subcutaneous route.
**Internal Note:** PA approved until 6/18/2021

**terconazole 0.4 % vaginal cream** 07/09/21 prescribed
Insert 1 applicator(s)ful every day by vaginal route for 7 days.

**tiZANidine 4 mg tablet** 11/17/20 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 04/14/21 | | | | | | Pfizer, Inc | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 03/17/21 | | | | | | Pfizer, Inc | | | | |
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- History of polyp of colon - Onset: 10/19/2020
- Family history of Stomach cancer - Onset: 07/13/2017
- Globus sensation - Onset: 07/13/2017
- Cystocele and rectocele co-occurrent with incomplete uterovaginal prolapse - Onset: 01/25/2021

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| | - Hypertensive disorder |
| Father | - Hypercholesterolemia |
| | - Family history of cancer |
| Maternal Uncle | - Heart disease |

## Social History

Reviewed Social History
**Gastroenterology**
Tobacco cessation counseling provided date: (Notes: tdotson14 answered No to the Tobacco cessation counseling provided question on 04/09/2019.)
Occupation: unemployed
Marital status: Married
Alcohol intake: None
Illicit drugs: no
Drugs Abused: no
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 07/09/2021
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Procedure on wrist

right wrist break surgery 10/2019;
PELVIC SURGERY 12/14/2020

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 07/09/2021)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**
Allergies/Hayfever: **Y**
Arthritis: **Y**
Chicken Pox: **Y**
Headaches: **Y**
Notes: CRPS

## HPI

Jamie Reece is a 52 yr old female patient here today for evaluation of oral thrush.

Thrush episodes started in June 2021, had no history.

Did start Taltz injections for psoriatic arthritis about 3 months ago. Did have recurrence of infection following second injection.
Is being treated with oral nystatin and diflucan. Symptoms have improved.
Having vaginal candidiasis as well, treatment with terconazole.

Started steroid treatment for arthritis flare in Feb 2021.

Takes daily probiotics, MVI, vitamin C and has tried apple cider vinegar and water rinses.

Has history of IBS with diarrhea, colon polyps and reflux. Last colonoscopy was in 2020.

Reports some upper abdominal pain, loss of appetite, sore throat and dry cough, clearing throat.

Denies dysphagia.

Has history of recent rectocele repair.

Takes esomeprazole for control of reflux.

## ROS

Patient reports **nose/sinus problems**. She reports **sore throat** but reports no hoarseness and no feeling of foreign body in throat. She reports **indigestion or heartburn** but reports no difficulty swallowing/ food sticking, no pain when swallowing, no nausea and/or vomiting, not vomiting blood, and normal appetite. She reports **abdominal pain and diarrhea** but reports no fullness after eatting, no fecal incontinence, no constipation, no blood in stool, no blacky or tarry stools, no excess gas or bloating, no change in bowel/bladder habits, and no pain when defecating. She reports **colon polyps** but reports no ulcerative colitis, no Crohn's disease, no Irritable Bowel Syndrome, no colon cancer, no family history of colon polyps or cancer, and no Barrett's Esophagus; **fam history of stomach cancer.**. She reports no change in skin color and no rashes**psoriatic arthritis**. She reports feeling fine, no fever, no chills, no weight gain, and no significant weight loss. She reports no blurred vision and no double vision. She reports no chest pain and no cardiac disease. She reports no jaundice, no history of chronic liver disease, and no hepatitis or exposure to hepatitis. She reports good coordination, no weakness, no seizures, no headaches, no stroke, and no dizziness. She reports no psychiatric or emotional problems. She reports no history of thyroid disease and no hormonal changes. She reports no difficulty urinating. She reports no cough, no shortness of breath, and no lung disease.

## Physical Exam

Patient is a 52-year-old female.

**Constitutional:**General Appearance: healthy-appearing, well-nourished, well-developed, and **overweight**. Level of Distress: NAD.

**Psychiatric:**Mental Status: active and alert. Orientation: to time, place, and person.

**Head:**Head: normocephalic and atraumatic.

**ENMT:**Lips, Teeth, and Gums: no mouth or lip ulcers or bleeding gums and normal dentition. Oropharynx: moist mucous membranes and **erythema** (**thrush**).

**Lungs:**Respiratory effort: no dyspnea. Auscultation: breath sounds normal.

**Cardiovascular:**Heart Auscultation: normal S1 and S2 and RRR and no murmurs.

**Abdomen:**Bowel Sounds: normal. Inspection and Palpation: soft, non-distended, and no tenderness.

**Neurologic:**Gait and Station: normal gait.

**Skin:**Inspection and palpation: no rash, lesions, or jaundice and good turgor.

## Assessment / Plan

. **Candidiasis of mouth**
B37.0: Candidal stomatitis
K21.9: Gastro-esophageal reflux disease without esophagitis

**'atient Instructions**

Upper endoscopy, rule out esophageal candida
Add Zinc to vitamin regimen
Continue probiotics, apple cider vinegar rinses.
Follow up 2-3 weeks after endoscopy, call for any questions or concerns. Patient verbalized understanding.

### Return to Office

- COVID19_SIMPSON for COVID - PRESURG at COVID-19 TENT SIMPSON on 07/30/2021 at 09:45 AM
- AN-YU CHEN, MD for ESC-LC 15 at SURGERY SCHEDULE on 08/02/2021 at 10:30 AM
- SUSANNA MOBERLY. APRN for RECHECK at RHEUMATOLOGY SB on 08/05/2021 at 11:30 AM

- CLARISSA BEITING, MD for GYN PROBLEM at GYN SB on 08/09/2021 at 02:40 PM
- AMY KATHRYN COLLINS, APRN for RECHECK at GASTRO SB on 08/20/2021 at 09:30 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 10/05/2021 at 09:15 AM
- to see SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on or around 11/06/2021
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022
- MICHAEL T NEWCOMB, MD for COMPLETE EYE EXAM at OPHTHALMOLOGY EAST on 05/09/2022 at 01:00 PM
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023

## Encounter Sign-Off

Encounter signed-off by AMY KATHRYN COLLINS, APRN, 07/15/2021.

Encounter performed and documented by AMY KATHRYN COLLINS, APRN

Encounter reviewed & signed by AMY KATHRYN COLLINS, APRN on 07/15/2021 at 4:00pm

**Encounter Date: 07/09/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (52yo, F) ID# 21591363 | **Appt. Date/Time** | 07/09/2021 09:30AM |
| | | **Service Dept.** | FAMILY MEDICINE ANDOVER |
| **Provider** | KRISTINA COX, PA-C | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 214021M1EA<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # : 09221968<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

possible thrush, needs a rx for terconazole cream

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Referring Provider:** KATHERINE RODEN MD: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4411 NPI: 1982967824
**Neurologist:** ANDREW R SCHNEIDER MD: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4119 NPI: 1932120219
**Ophthalmologist:** MICHAEL T NEWCOMB MD: 100 NORTH EAGLE CREEK DR 3RD FL, LEXINGTON, KY 40509, Ph (859) 258-5310, Fax (859) 258-5328 NPI: 1093968026
**Rheumatologist:** SUSANNA MOBERLY APRN: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4039 NPI: 1568843316
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990

## Patient's Pharmacies

**WALMART PHARMACY 7259 - TOYOTA RX (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN, KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO MAIL ORDER ERX (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS, TN 38134, Ph (800) 903-8224, Fax (800) 391-9707
EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 N HANLEY RD, SAINT LOUIS, MO 63134, Ph (888) 327-9791, Fax (800) 837-0959
WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON, KY 40509, Ph (859) 263-0526, Fax (859) 263-0526

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 07/09/2021 09:27 am | **Wt:** | 196 lbs 8 oz With clothes 07/09/2021 09:27 am | **BMI:** | 30.8 07/09/2021 09:27 am |
| **T:** | 97 F° ear 07/09/2021 09:27 am | **BP:** | 114/84 sitting R arm 07/09/2021 09:30 am | **Pulse:** | 86 bpm 07/09/2021 09:27 am |

RR: 16 07/09/2021 09:27 am
O2Sat: 99% Room Air at Rest 07/09/2021 09:27 am

Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;
**PERCOCET**: Itching

Medications

Reviewed Medications

| | | |
|---|---|---|
| **diclofenac 1 % topical gel**<br>APPLY 2 GRAMS TO THE AFFECTED AREA(S) BY TOPICAL ROUTE 4 TIMES PER DAY | 05/20/21 | prescribed |
| **Diflucan 150 mg tablet**<br>Take 1 tablet(s) every day by oral route for 2 days. | 07/09/21 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 10/19/20 | prescribed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **hydrOXYzine HCL 25 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route for 10 days. | 06/22/21 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 04/06/21 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **nystatin 100,000 unit/mL oral suspension**<br>Take 5 mL 4 times a day by oral route for 10 days. | 07/09/21 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **Restasis 0.05 % eye drops in a dropperette**<br>INSTILL 1 DROP INTO AFFECTED EYE(S) BY OPHTHALMIC ROUTE EVERY 12 HOURS<br>Both eyes | 02/05/21 | prescribed |
| **Singulair 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 07/09/21 | prescribed |
| **Taltz Autoinjector (3 Pack) 80 mg/mL subcutaneous**<br>Inject by subcutaneous route.<br>**Internal Note:** PA approved until 6/18/2021 | 05/18/21 | auth requested |
| **terconazole 0.4 % vaginal cream**<br>Insert 1 applicator(s)ful every day by vaginal route for 7 days. | 07/09/21 | prescribed |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 11/17/20 | prescribed |
| **traMADoL 50 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 30 days. | 10/07/19 | prescribed |
| **Valium 5 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 1 day. | 10/27/20 | prescribed |
| **Xeljanz XR 11 mg tablet extended release** | 01/13/21 | prescribed |

**Xeljanz XR 11 mg tablet,extended release** [illegible] prescribed
take one tablet everyday

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 04/14/21 | | | | | | Pfizer, Inc | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 03/17/21 | | | | | | Pfizer, Inc | | | | |
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- History of polyp of colon - Onset: 10/19/2020
- Family history of Stomach cancer - Onset: 07/13/2017
- Globus sensation - Onset: 07/13/2017
- Cystocele and rectocele co-occurrent with incomplete uterovaginal prolapse - Onset: 01/25/2021

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| | - Hypertensive disorder |
| Father | - Hypercholesterolemia |
| | - Family history of cancer |
| Maternal Uncle | - Heart disease |

## Social History

Reviewed Social History
**Family Medicine**
Tobacco cessation counseling provided date: (Notes: tdotson14 answered No to the Tobacco cessation counseling provided question on 04/09/2019.)
Alcohol intake: None
Marital status: Married
Occupation: unemployed
Illicit drugs: no
Live alone or with others?: with others
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 07/09/2021
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Tonsillectomy - 1973
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019;
PELVIC SURGERY 12/14/2020

## GYN History

Reviewed GYN History
Current Birth Control Method: Hysterectomy (Notes: total).

## Obstetric History

Reviewed Obstetric History

## Past Medical History

Reviewed Past Medical History
Allergies/Hayfever: **Y**
Arthritis: **Y**
Chicken Pox: **Y**
Headaches: **Y**
Vision or Eye Problems: **Y - glasses**
Notes: CRPS

## HPI

Pt is a 52yo female who presents for possible recurrence of oral thrush and vaginal yeast infection. Was here last 6/25/21 for same complaint. She had been treated with nystatin and diflucan - which seemed to resolve her Sx. However, she believes the Taltz is the cause of her yeast infections, as Sx are now back. She has white coating on her tongue, right buccal muscosa pain and irritation and vaginal itching and white discharge w/o odor. She also c/o constant need to clear her throat - has been present prior to onset of first yeast infection when here at end of June. She takes a daily anti-histamine, which helps with some of her drainage.

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 52-year-old
female.

**Constitutional:**General Appearance: well-nourished and well-developed. Level of Distress: NAD. Ambulation: ambulating normally.

**Psychiatric:**Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:**Head: normocephalic and atraumatic.

**Eyes:**EOM: EOMI.

**ENMT:**Nose: no sinus tenderness and**post nasal drip**. Lips, Teeth, and Gums: no bleeding gums. Oropharynx: moist mucous membranes and **exudates** (**on tongue and bil buccal mucosa - small, single satellite lesion to the right buccal mucosa**).

**Neck:**Neck: supple and FROM. Lymph Nodes: no cervical LAD or supraclavicular LAD.

**Musculoskeletal::**Joints, Bones, and Muscles: normal movement of all extremities.

**Neurologic:**Gait and Station: normal gait.

## Assessment / Plan

. **Candidiasis of mouth**
B37.0: Candidal stomatitis

- Diflucan 150 mg tablet - Take 1 tablet(s) every day by oral route for 2 days. Qty: 2 tablet(s) Refills: 0 Pharmacy: WALMART PHARMACY 3894
- nystatin 100,000 unit/mL oral suspension - Take 5 mL 4 times a day by oral route for 10 days. Qty: 200 mL Refills: 0 Pharmacy: WALMART PHARMACY 3894

. **Candidiasis of vagina**

B37.3: Candidiasis of vulva and vagina

- terconazole 0.4 % vaginal cream - Insert 1 applicator(s)ful every day by vaginal route for 7 days. Qty: 7 applicator(s)ful Refills: 0 Pharmacy: WALMART PHARMACY 3894

. **Seasonal allergic rhinitis**

J30.2: Other seasonal allergic rhinitis

- Singulair 10 mg tablet - Take 1 tablet(s) every day by oral route. Qty: 30 tablet(s) Refills: 1 Pharmacy: WALMART PHARMACY 3894

**'atient Instructions**

-take medications as prescribed

-be sure to follow up with your rheumatologist to discuss your concerns about possible adverse reactions from the Taltz

## Return to Office

- SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on 08/05/2021 at 11:30 AM
- CLARISSA BEITING, MD for GYN PROBLEM at GYN SB on 08/09/2021 at 02:40 PM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 10/05/2021 at 09:15 AM
- to see SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on or around 11/06/2021
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022
- MICHAEL T NEWCOMB, MD for COMPLETE EYE EXAM at OPHTHALMOLOGY EAST on 05/09/2022 at 01:00 PM
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023

## Encounter Sign-Off

Encounter signed-off by KRISTINA COX, PA-C, 07/09/2021.

Encounter performed and documented by KRISTINA COX, PA-C

Encounter reviewed & signed by KRISTINA COX, PA-C on 07/09/2021 at 11:18am

**Encounter Date: 06/25/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (52yo, F) ID# 21591363 | **Appt. Date/Time** | 06/25/2021 12:40PM |
| | | **Service Dept.** | WALK-IN ANDOVER |
| **Provider** | KRISTINA COX, PA-C | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 214021M1EA<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # : 09221968<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

possible thrush, canker sore

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Referring Provider:** KATHERINE RODEN MD: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4411 NPI: 1982967824
**Neurologist:** ANDREW R SCHNEIDER MD: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4119 NPI: 1932120219
**Ophthalmologist:** MICHAEL T NEWCOMB MD: 100 NORTH EAGLE CREEK DR 3RD FL, LEXINGTON, KY 40509, Ph (859) 258-5310, Fax (859) 258-5328 NPI: 1093968026
**Rheumatologist:** SUSANNA MOBERLY APRN: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4039 NPI: 1568843316
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990

**REECE, JAMIE H (id #21591363, dob:**

Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON, KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS, TN 38134, Ph (844) 516-3319, Fax (888) 302-1028
EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 N HANLEY RD, SAINT LOUIS, MO 63134, Ph (888) 327-9791, Fax (800) 837-0959
WALMART PHARMACY 7259 - TOYOTA RX (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN, KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 06/25/2021 12:40 pm | **Wt:** | 195 lbs With clothes 06/25/2021 12:40 pm | **BMI:** | 30.5 06/25/2021 12:40 pm |
| **T:** | 97.3 F° temporal artery 06/25/2021 12:40 pm | **BP:** | 126/72 sitting L arm 06/25/2021 12:45 pm | **Pulse:** | 101 bpm 06/25/2021 12:42 pm |
| **RR:** | 16 06/25/2021 12:40 pm | **O2Sat:** | 97% Room Air at Rest 06/25/2021 12:42 pm | | |

Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;
**PERCOCET**: Itching

Medications

Reviewed Medications

| | | |
|---|---|---|
| **diclofenac 1 % topical gel**<br>APPLY 2 GRAMS TO THE AFFECTED AREA(S) BY TOPICAL ROUTE 4 TIMES PER DAY | 05/20/21 | prescribed |
| **Diflucan 150 mg tablet**<br>Take 1 tablet(s) every day by oral route for 2 days. | 06/25/21 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 10/19/20 | prescribed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **hydrOXYzine HCL 25 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route for 10 days. | 06/22/21 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 04/06/21 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **nystatin 100,000 unit/mL oral suspension**<br>Take 5 mL 4 times a day by oral route for 5 days. | 06/25/21 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **Restasis 0.05 % eye drops in a dropperette**<br>INSTILL 1 DROP INTO AFFECTED EYE(S) BY OPHTHALMIC ROUTE EVERY 12 HOURS<br>Both eyes | 02/05/21 | prescribed |
| **Taltz Autoinjector (3 Pack) 80 mg/mL subcutaneous**<br>Inject by subcutaneous route.<br>**Internal Note:** PA approved until 6/18/2021 | 05/18/21 | auth requested |

**terconazole 0.4 % vaginal cream** 10/26/20 prescribed
Insert 1 applicator(s)ful every day by vaginal route for 7 days.

**tiZANidine 4 mg tablet** 11/17/20 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**Valium 5 mg tablet** 10/27/20 prescribed
Take 1 tablet(s) every day by oral route as needed for 1 day.

**Xeljanz XR 11 mg tablet,extended release** 01/13/21 prescribed
take one tablet everyday

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 04/14/21 | | | | | | Pfizer, Inc | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 03/17/21 | | | | | | Pfizer, Inc | | | | |
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- History of polyp of colon - Onset: 10/19/2020
- Family history of Stomach cancer - Onset: 07/13/2017
- Globus sensation - Onset: 07/13/2017
- Cystocele and rectocele co-occurrent with incomplete uterovaginal prolapse - Onset: 01/25/2021

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| | - Hypertensive disorder |
| Father | - Hypercholesterolemia |
| | - Family history of cancer |
| Maternal Uncle | - Heart disease |

## Social History

Reviewed Social History
**Family Medicine**
Tobacco cessation counseling provided date: (Notes: tdotson14 answered No to the Tobacco cessation counseling provided question on 04/09/2019.)
Alcohol intake: None
Marital status: Married
Occupation: unemployed
Illicit drugs: no

Live alone or with others?: with others
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 06/25/2021
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Tonsillectomy - 1973
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019;
PELVIC SURGERY 12/14/2020

## GYN History

Reviewed GYN History
Current Birth Control Method: Hysterectomy (Notes: total).

## Obstetric History

Reviewed Obstetric History

## Past Medical History

Reviewed Past Medical History
Allergies/Hayfever: **Y**
Arthritis: **Y**
Chicken Pox: **Y**
Headaches: **Y**
Vision or Eye Problems: **Y** - **glasses**
Notes: CRPS

## HPI

Pt is a 52yo female who presents to the walk in with c/o 1-2 day h/o white coating on her tongue, mild hoarseness, then noticed the inside of her cheek felt like she bit it (but did not) and saw white over the area that hurts. She denies true sore throat, fever, HA, congestion. She has been trying a new med, Taltz, through her rheumatologist. She has been under a lot of stress caring for her ill son, and has forgotten her daily probiotics for the last few weeks too.

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 52-year-old
female.

**Constitutional:** General Appearance: well-nourished and well-developed. Level of Distress: NAD. Ambulation: ambulating normally.

**Psychiatric:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** EOM: EOMI.

**ENMT:** Oropharynx: moist mucous membranes; **tongue w/ thick white exudate and satellite lesion to the right buccal mucosa**.

**Neck:** Neck: supple and FROM. Lymph Nodes: no cervical LAD.

**Musculoskeletal:**Joints, Bones, and Muscles: normal movement of all extremities.

**Neurologic:**Gait and Station: normal gait.

## Assessment / Plan

**. Candidiasis of mouth**

B37.0: Candidal stomatitis

- nystatin 100,000 unit/mL oral suspension - Take 5 mL 4 times a day by oral route for 5 days. Qty: 100 mL Refills: 0 Pharmacy: WALMART PHARMACY 3894
- Diflucan 150 mg tablet - Take 1 tablet(s) every day by oral route for 2 days. Qty: 2 tablet(s) Refills: 0 Pharmacy: WALMART PHARMACY 3894

**Patient Instructions**

-take medications as prescribed
-do not take the tramadol while you are taking diflucan
-resume and continue with your daily probiotic
-rest, push fluids
-call with further questions/concerns

### Return to Office

- SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on 08/05/2021 at 11:30 AM
- CLARISSA BEITING, MD for GYN PROBLEM at GYN SB on 08/09/2021 at 02:40 PM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 10/05/2021 at 09:15 AM
- to see SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on or around 11/06/2021
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022
- MICHAEL T NEWCOMB, MD for COMPLETE EYE EXAM at OPHTHALMOLOGY EAST on 05/09/2022 at 01:00 PM
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023

## Encounter Sign-Off

Encounter signed-off by KRISTINA COX, PA-C, 06/25/2021.

Encounter performed and documented by KRISTINA COX, PA-C
Encounter reviewed & signed by KRISTINA COX, PA-C on 06/25/2021 at 1:11pm

**Encounter Date: 05/20/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (52yo, F) ID# 21591363 | **Appt. Date/Time** | 05/20/2021 09:30AM |
| | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 214021M1EA<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # : 09221968<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Referring Provider:** KATHERINE RODEN MD: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4411 NPI: 1982967824
**Neurologist:** ANDREW R SCHNEIDER MD: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859)

258-4119 NPI: 1932120219
**Ophthalmologist:** MICHAEL T NEWCOMB MD: 100 NORTH EAGLE CREEK DR 3RD FL, LEXINGTON, KY 40509, Ph (859) 258-5310, Fax (859) 258-5328 NPI: 1093968026
**Rheumatologist:** SUSANNA MOBERLY APRN: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4039 NPI: 1568843316
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990

## Patient's Pharmacies

**EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS, MO 63134, Ph (888) 327-9791, Fax (800) 837-0959**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS, TN 38134, Ph (844) 516-3319, Fax (888) 302-1028
WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON, KY 40509, Ph (859) 263-0526, Fax (859) 263-0526
WALMART PHARMACY 7259 - TOYOTA RX (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN, KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 05/20/2021 09:31 am | **Wt:** | 191 lbs 05/20/2021 09:31 am | **BMI:** | 29.9 05/20/2021 09:31 am |
| **BP:** | 122/74 sitting R arm 05/20/2021 09:32 am | **BP Cuff Size:** | adult 05/20/2021 09:31 am | | |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;
**PERCOCET**: Itching

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **diclofenac 1 % topical gel**<br>APPLY 2 GRAMS TO THE AFFECTED AREA(S) BY TOPICAL ROUTE 4 TIMES PER DAY | 05/20/21 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 10/19/20 | prescribed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 04/06/21 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **prednisoLONE acetate 1 % eye drops,suspension**<br>one drop right eye 4 times a day for 7 days | 05/05/21 | prescribed |
| **predniSONE 5 mg tablet**<br>take one po tid x 1 week; one po bid x 1 week then one po daily | 05/06/21 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **Restasis 0.05 % eye drops in a dropperette**<br>INSTILL 1 DROP INTO AFFECTED EYE(S) BY OPHTHALMIC ROUTE EVERY 12 HOURS<br>Both eyes | 02/05/21 | prescribed |
| **Taltz Autoinjector (3 Pack) 80 mg/mL subcutaneous**<br>Inject by subcutaneous route.<br>**Internal Note:** PA approved until 6/18/2021 | 05/18/21 | auth requested |
| **terconazole 0.4 % vaginal cream** | 10/26/20 | prescribed |

**terconazole 0.4 % vaginal cream** 10/26/20 prescribed
Insert 1 applicator(s)ful every day by vaginal route for 7 days.

**tiZANidine 4 mg tablet** 11/17/20 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**Valium 5 mg tablet** 10/27/20 prescribed
Take 1 tablet(s) every day by oral route as needed for 1 day.

**Xeljanz XR 11 mg tablet,extended release** 01/13/21 prescribed
take one tablet everyday

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Vaccines not reviewed (last reviewed 05/06/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- History of polyp of colon - Onset: 10/19/2020
- Family history of Stomach cancer - Onset: 07/13/2017
- Globus sensation - Onset: 07/13/2017
- Cystocele and rectocele co-occurrent with incomplete uterovaginal prolapse - Onset: 01/25/2021

## Family History

Family History not reviewed (last reviewed 05/06/2021)

| | |
|---|---|
| Mother | - Arthritis |
| | - Hypertensive disorder |
| Father | - Hypercholesterolemia |
| | - Family history of cancer |
| Maternal Uncle | - Heart disease |

## Social History

Social History not reviewed (last reviewed 05/06/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 04/06/2021
Chewing tobacco: none

## Surgical History

Surgical History not reviewed (last reviewed 05/06/2021)
- Procedure on wrist

- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019;
PELVIC SURGERY 12/14/2020

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 03/30/2020)

## Past Medical History

Past Medical History not reviewed (last reviewed 05/06/2021)
Acid Reflux (GERD): **Y**
Arthritis: **Y**
Notes: CRPS

## HPI

acute visit for right foot pain; having issues with right foot pain without trauma; having issues with a large bunion; foot is tender to palp; foot is worsening; bunion is worsening; normally seen for psoriatic arthritis. Currently she is on xeljanz 11 mg po daily; and denies any side effects.

She has a history of complex regional pain syndrome involving the right upper and lower extremity followed by pain clinic.

had pelvic floor surgery and has been having complications; may need a second opinion

no s/e from medications; currently denies bowel or bladder changes, chest pain, shortness of air, rashes, fevers and all others are negative

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 52-year-old female.

**Constitutional:**General Appearance: healthy-appearing and **overweight**. Level of Distress: NAD. Ambulation: ambulating normally.

**Mental Status:**Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:**Head: normocephalic and atraumatic.

**Eyes:**Lids and Conjunctivae: no discharge or pallor and non-injected. Sclerae: non-icteric.

**ENMT:**Ears: no lesions on external ear or hearing loss. Nose: no lesions on external nose and nares patent. Oral Cavity: no mouth or lip ulcers.

**Lungs:**Respiration: no dyspnea.

**Musculoskeletal System:**Joints, Bones, and Muscles: no contractures or malalignment, **bony deformity** (**hallux valgus deformity**) and **tenderness** (**right foot swelling; hallux valgus deformity**), and normal movement of all extremities. Extremities: no cyanosis or edema. Hips: normal internal rotation and external rotation, no tenderness of the SI joints or pain over the greater trochanteric bursa, and **trigger point pain** (**over right piriformis; tight**). Knees: no ligamentous instability on examination.

**Neurological Exam:**Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:**Inspection and palpation: no rash, lesions, ulcer, induration, nodules, jaundice, or abnormal nevi and good turgor. Nails: normal.

## Procedure Documentation

**Injection Joint/Bursa, Interm, w/o US:**

After discussion of the risks and benefits, the patient consented to proceed with a steroid injection into the right foot. Confirmed that the patient does not have history of prior adverse reactions, active infections, or relevant allergies. There was no effusion, erythema, or warmth, and the skin was clear.

The skin was prepped in a sterile fashion. Topical anesthesia was achieved with ethyl chloride. The joint was injected with 1 cc of DepoMedrol, 40 mg/ml, and Lidocaine. The injection was completed without complication, and a bandage was applied. The patient tolerated the procedure well and was instructed to avoid strenuous activity for the next 24-48 hours and to use ice, NSAIDs, or Tylenol for pain as needed. The patient will call immediately with any signs of infection or allergic reaction. The patient will return as needed.

Methylprednisolone 40 mg/mL

Medication NDC#: 0703-0045-01

Medication Lot#: 31328893

Medication Exp: 11/2021

Lidocaine 1%

Lot 13-413-dk

Exp 01/2022

Ndc 0409-4276-17

## Assessment / Plan

. **Hallux valgus AND bunion** - Right -

discussed and will provide with rt foot injection today

will further have her start on topicals for the pain, use toe separators and should further have xr of the rt foot today to assess for any further bone changes

this is secondary to the bunion

M20.11: Hallux valgus (acquired), right foot

- diclofenac 1 % topical gel - APPLY 2 GRAMS TO THE AFFECTED AREA(S) BY TOPICAL ROUTE 4 TIMES PER DAY Qty: 1 100 gm tube(s) Refills: 2 Pharmacy: WALMART PHARMACY 3894
- XR RT FOOT COMPLETE

Weight (lbs): 190

. **Body mass index 25-29 - overweight**

Z68.29: Body mass index [BMI] 29.0-29.9, adult

- Body Mass Index: Care Instructions-LC - Handout: Body Mass Index: Care Instructions-LC

**REECE, JAMIE H (id #21591363, dob:**

. **Pain in right foot** -

discussed and will provide with rt foot injection today

will further have her start on topicals for the pain, use toe separators and should further have xr of the rt foot today to assess for any further bone changes

this is secondary to the bunion

she is having issues with tendinitis, arthritis

with deformity

M79.671: Pain in right foot

## Return to Office

- SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on 08/05/2021 at 11:30 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 10/05/2021 at 09:15 AM
- to see SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on or around 11/06/2021
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022
- MICHAEL T NEWCOMB, MD for COMPLETE EYE EXAM at OPHTHALMOLOGY EAST on 05/09/2022 at 01:00 PM
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023

## Encounter Sign-Off

Encounter signed-off by SUSANNA MOBERLY, APRN, 05/25/2021.

Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 05/25/2021 at 9:31am

# Clinical Documents

**Lexington Clinic**
An-Yu Chen, M.D.

1225 S Broadway, Suite 200
Lexington, KY 40504
Ph :(859) 258-4950
Fax :(859) 258-4618

## ESOPHAGO GASTRO DUODENOSCOPY REPORT

| PATIENT NAME | SSN /ID | DOB | AGE SEX | EXAM DATE | ATTENDING PHY | REFERRAL |
|---|---|---|---|---|---|---|
| JAMIE H REECE | 21591363 | | | 07-19-2021 | An-Yu Chen, M.D. | Amy Collins APRN |

**INDICATION** : Hx of thrush
Dysphagia

**PHYSICAL EXAM :** **HEENT :** Normal **LYMPH NODES :** None Felt **LUNGS :** Grossly Clear **HEART :** Normal **ABDOMEN :** Soft and None tender **MENTAL STATUS :** Alert and Oriented

**H&P Comments** : PT ASSESSED & INTERVIEWED PRIOR TO THE PROCEDURE

**VITAL SIGNS** : **BP :** 126/69 **RESPIRATION :** 12 **PULSE :** 92

**CONSENT** : Informed consent was obtained from the patient after providing opportunity for questions.

**PREPARATION** : EKG pulse, blood pressure and oxygen saturation monitored

**INSTRUMENT** : Olympus GIF-Q180 Video Gastroscope

**ALLERGIES** : See List On RN Form.

**ASA CLASS** : Per Anesthesia
**ANESTHESIA** : As per nurses notes.

**PROCEDURE** : The Gastroscope was gently passed through the incisoral orifice into the oral cavity and under direct visualization the esophagus was intubated. The endoscope was passed down the esophagus, through the stomach and into the duodenum. Color, texture, mucosa and anatomy were carefully examined with the scope. Esophageal dilation was performed by passing a 56F sized rubber or plastic dilators across the esophageal stricture to open it. The patient tolerated the procedure well and there were no complications. After completion of the examination, patient was transferred to the recovery room. Preparation was excellent.

a.E.G.Junction



b.Body



c.Antrum



## FINDINGS

**OROPHARYNX** - Normal
**ESOPHAGUS** - For histological analysis. Multiple biopsies taken.
Maloney/Bougie dilation performed dilation of size 56fr.
Treatment of dysphagia.
**EG JUNCTION** - Intact at 40 cms
**STOMACH** - **Cardia** : Normal
**Fundus** : Normal
**Body** : Normal without evidence of ulcerations or bleeding
**Antrum** : Normal
**Pylorus** : Normal
**DUODENUM** - **Bulb** : Normal without evidence of ulcerations or bleeding
**2nd and 3rd Portion** : Normal

d.Duodenum 2nd and 3rd portion



**IMPRESSION** - Normal EGD
No evidence of thrush

**PLAN** - Wait for pathology report
Follow up EGD in about 3 years for repeat dilation
Follow up with referring provider




Signature : ________________ ( An-Yu Chen, M.D. )

Signature : ________________ ( None )

**MD-Reports**
Reporting Solutions for all MD Specialties
Produced by : Infinite Software Solutions Inc., Ph : (718)982 1315 Email : info@md-reports.com Websites : www.infinitesoftsol.com & www.md-reports.com
Copy right © 2004 MD-Reports. A product of Infinite Software Solutions. Inc. All rights reserved

## Imaging Results

## XR RT FOOT COMPLETE (#41828300, Final, 05/20/2021 10:11am)

Lexington Clinic
1221 South Broadway
Lexington, KY 40504

Patient Name: JAMIE H REECE
Patient DOB:
Patient MRN: 3555141

Ordering Provider: SUSANNA MOBERLY

EXAM DATE: 05/20/2021

EXAM: XR RT FOOT COMPLETE

HISTORY: Right foot pain.

COMPARISON: None.

FINDINGS:
There is a moderate sized bunion at the first metatarsal head with hallux valgus deformity and mild osteoarthritic changes. There is mild to moderate enthesopathic change about the calcaneus. There is no fracture.

IMPRESSION:
1. There are mild degenerative changes in the right foot.

Interpreted By: Timothy Averion-Mahloch, MD
Electronically Signed By: Timothy Averion-Mahloch, MD on 5/20/2021 11:07 AM

# Lab Results

## SURGICAL PATHOLOGY 07/20/2021 (#43017128, Final, 07/19/2021)

| | |
|---|---|
| Note to Patient | Your recent biopsies shows NO evidence of thrush, but did show some changes consistent with reflux |

| | | | |
|---|---|---|---|
| Ordering Provider | AN-YU CHEN, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | ST-21-06797 | Specimen Source | |
| Specimen Coll. Date | 07/19/2021 00:00 | Result Status | Final |
| Specimen Rec. Date | 07/19/2021 13:19 | Report Status | |
| Specimen Reported Date | 07/20/2021 15:41 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| SURGICAL | SEE BELOW | | | | Final | |

## REECE, JAMIE H (id #21591363, dob:

Department of Pathology
Surgical Pathology Report

NAME:REECE, JAMIE PATH.:ST-21-06797

Copy to:

Diagnosis:

Esophageal biopsy: Reactive changes of esophageal squamous mucosa with increased numbers of intraepithelial eosinophils (up to 15/high powered field) and eosinophilic degranulation.

- No columnar mucosa or dysplasia identified.
- No evidence of candida or viral cytopathic effect.
- See note.

Note: In the correct clinical and endoscopic setting, these histologic findings would be compatible with eosinophilic esophagitis. However, the increase in eosinophils is focal, and can also be seen in gastroesophageal reflux disease. Please correlate with clinical history and endoscopic findings.

SOURCE OF SPECIMEN: ESOPHAGEAL BIOPSY

CLINICAL INFORMATION: THRUSH

Gross Description:
Received in formalin labeled with patient's name and designated as "esophageal biopsy " are three fragments of pale tan tissue ranging in size from 0.1 to 0.4 cm. Entirely submitted in one cassette.
MT 07/19/2021 02:09 PM

Microscopic Description:
A microscopic examination has been performed.

<Sign Out Dr. Signature>
VALERIE TAYLOR, MD

Signed Out Date: 07/20/2021 15:41

Page 1 of 1

## SARS-COV-2, RNA, PCR 07/19/2021 (#42970228, Final, 07/16/2021 1:24pm)

| Ordering Provider | AN-YU CHEN, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504-2701 |
|---|---|---|---|
| Specimen/Accession ID | U7160544 | Specimen Source | |
| Specimen Coll. Date | 07/16/2021 13:24 | Result Status | Final |
| Specimen Rec. Date | 07/16/2021 13:24 | Report Status | |
| Specimen Reported Date | 07/19/2021 08:50 | | |

| Report | Result | Ref. Range | Units | | Status | Lab |
|---|---|---|---|---|---|---|
| SARS COV2 RESULT | NEGATIVE | | | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob:**

SARS CORONAVIRUS RNA, QUAL, PCR, UNSPECIFIED SPECIMEN 07/16/2021 (#42961711, 07/16/2021)

solaris diagnostics

**FINAL REPORT**

Solaris Diagnostics
110 Dewey Dr STE A,
Nicholasville, KY 40356-7124, USA
Ph # 844.550.0308
CLIA# 18D2142802
Lab Director Dr. Sanam Koirala

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | REECE, JAMIE H | MRN: | 21591363 | **Specimen ID:** | 3970034 **Acc #:** 3940715 |
| Patient #: | 623542 | Birth: | | **Specimen Type:** | Nasopharyngeal |
| Doctor: | AN-YU CHEN | Age: | 52 years | **Collection Date:** | 07/16/2021 1:25 PM |
| Site: | LC - Lexington Clinic | Gender: | Female | **Received in Lab:** | 07/16/2021 5:21 PM |
| Client: | Lexington Clinic | | | | |
| Patient | | | | | |

| Test Name | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| **SARS-CoV-2019, RT-PCR** | | | | |
| nCoV-2019 | Negative | | | |

Reviewed By: Benjamin Jackson

Date: 07/16/2021 19:33

All tests listed above were performed by Solaris Diagnostics at 110 Dewey Drive, Suite A, Nicholasville, KY 40356, unless specifically stated otherwise. Test(s) were developed and their performance characteristics were determined by Solaris Diagnostics (CLIA # 18D2142802). U.S. Food and Drug Administration has not approved or cleared these test(s); however, FDA clearance or approval is not currently required for clinical use.

# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Jamie Reece | **Visit Date:** | February 1, 2018 |
| **Patient ID:** | 95270 | **Provider:** | Debra Schilder, PA-C |
| **Sex:** | Female | **Location:** | 2000 Clinic |
| **Birthdate:** | | **Location Address:** | 1001 Cherry Blossom Way<br>Georgetown, KY 403249999 |
| | | **Location Phone:** | (502) 868-4961 |

## Chief Complaint

- right shoulder
- Right wrist
- neck

1ST OCC NOTE
TM NAME Jamie Reece
ID # 77390
COST CENTER LT230 Lexus Paint Finish
SHIFT 2
GL NAME AND EXTENSION Brad McKinney
INCIDENT #
BODY PART Right Shoulder/ neck / Right wrist /right hand / RUE
DATE OF INJURY 1/30/2018
DATE REPORTED 1/31/2018
# DAY(S) REPORTING DELAYED 1
DATE MARKED HYP 1/31/2018
DATE ESI STARTED 2/1/2018
DAY(S) ESI DELAYED 2
LSM EVAL?/DATE 2/1/2018
EI/MMD CANDIDATE No- TM feels unsafe going back on her processes. Suggestion made for no line paced work until ATC spot in I.H.S 2000 at 9:00PM
EI/MMD UTILIZED No
MOI TM states all of her jobs she is on has a shoulder component such as repetitive buffing, wiping, and doing frame tape. TM states she has at risk shoulder postures on all these processes. The jobs the TM performs are as follows; cavity wax, frame tape, 2nd inspection.
PPE All Appropriate
ROOT CAUSE Required Posture
COUNTERMEASURES TM states she has been taking OTC NSAID's.
ESI/LSM TREATMENT TM is sent to I.H.S 2000 self referral due to feeling unsafe doing her processes.
OUTSIDE TREATMENT None
NOTES TM presents to LSM with right shoulder pain. TM states all of her jobs she is on has a shoulder component such as repetitive buffing, wiping, and doing frame tape. TM states she has at risk shoulder postures on all these processes. The jobs the TM performs are as follows; cavity wax, frame tape, and 2nd inspection. TM states recently she fell on stairs at work but caught herself. TM does not believe this incident is related to her discomfort, TM states she has not had discomfort from this incident. TM reports his symptoms as; ache, with referred discomfort into neck. TM states the discomfort is waking her up in the middle of the night. TM rates discomfort 6/10 at rest and 7-8/10 at worst. TM denies any history of surgery, injury, or discomfort in right shoulder. TM denies any bruising, swelling, or redness at site of discomfort. TM has LROM with external rotation of shoulder. FROM of neck. MMT 4/5 with flexion, internal rotation, and external rotation of shoulder. Positive test per AT include; +Hawkin's Kennedy +Empty Can and +O'Brien's. TM has 2+radial pulses, and brisk cap refill. Hands are warm to the touch. TM is sent to I.H.S 2000 self referral due to feeling unsafe on processes.

Completed by Kristin Ford RN
Date 2/1/2018

GLR 9.15.2014
Updated AG, Rn 2/1/18

[Digital Signature Validated]

Triage notes: TM states that her shoulder and wrist are bothering her. States that the pain started in her shoulder an her wrist both started hurting at the same time. States that all of her jobs require use of her shoulder and of her wrist. States she has to apply tape with her right hand /wrist repetitively and has to buff which irritates her shoulder and her wrist. States all of her processes bother her. States that the gun on cavity wax is always trying to "roll over" and she has to fight it with her wrist and that also causes shoulder discomfort. TM states that this is a result of all of her processes. TM admits that the on the night of 1/30/18 to the end of that shift (on 1/31/18) she started having pain in her shoulder that radiated to the neck and clavicle area. States she also started having wrist pain affecting her radial wrist and hand. States that she also has pain that radiates to her 3rd-5th digits. TM admits n/t to right hand. Rates pain 7-8/10 at worst; 6/10 at best. TM has been taking ibuprofen. Has also applied ice and has been modified off of her processes today. Denies previous injury / surgery to RUE/shoulder/hand/wrist or neck. AG, RN

## History Of Present Illness

See CC. TM states about 2-3 days ago, she started having pain in the right lateral side of the neck, into the right shoulder/upper trapezius, and it has progressed to the medial elbow, and wrist. Getting intermit. n/t into the 4th and 5th fingers and occ. to the 3rd finger. Denies any swelling, redness, or warmth to her joints. TM states she feels like it is due to a lot of her processes that require her to raise her arm at shoulder level or higher repetitively and torqueing her wrist a lot as well. Does a lot of wiping, buffing, and taping. TM denies any direct trauma. TM denies any prior injuries or surgeries to this shoulder/arm. TM has recently been diagnoses with psoriatic arthritis and has been placed on Methotrexate. Sees a rheumatologist. However, feels like the neck and right arm issues is work related and not with her arthritis.

## Past Medical History

Reviewed None Changed

## Past Surgical History

Reviewed None Changed

## Medication List

Reviewed None Changed

## Allergy List

Reviewed None Changed

## Social History

Reviewed None Changed

## Additional Info (PFSH)

Reviewed. AG, RN

## Review of Systems

**Constitutional**
- **Denies** : no complaints

**Cardiovascular**
- **Denies** : chest pain

**Respiratory**
- **Denies** : shortness of breath

**Neurologic**
- **Admits** : tingling or numbness- see HPI

**Musculoskeletal**
- **Admits** : neck pain, shoulder pain, elbow pain, wrist pain--see HPI

## Vitals

BMI

[Digital Signature Validated]

| Date | Time | BP | Position | Site | L\R | Cuff Size | HR | RR | TEMP(°F) | WT | HT | kg/m$^2$ | BSA m$^2$ | O2 Sat | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/01/2018 | 08:54 PM | 101/70 | Sitting | | | | 63 - R | 14 | | 169lbs 0oz | 5' 7" | 26.47 | 1.9 | | |

## Physical Examination

**Constitutional**
- o **Appearance** : well-nourished, well developed, alert, in no acute distress

**Neck**
- o **Inspection/Palpation** : normal appearance, no masses. Tender over the right paraspinals and into the right upper trapezius and above the right clavicle.
- o **Range of Motion** : cervical range of motion within normal limits

**Respiratory**
- o **Auscultation of Lungs** : normal breath sounds

**Cardiovascular**
- o **Heart** :
  - **Auscultation of Heart** : regular rate, normal rhythm, no murmurs present
- o **Peripheral Vascular System** :
  - **Extremities** : no cyanosis, clubbing or edema; less than 2 second refill noted

**Musculoskeletal**
- o **Right Upper Extremity** :
  - **Inspection/Palpation** : shoulder: tender over the anterior shoulder slightly. Elbow: tender over the medial epicondyle. Wrist: no real tenderness. Fingers: no tenderness. Normal skin color and temp. down arm. n/v intact.
  - **Joint Stability** : shoulder, elbow and wrist joint stability normal with neg. empty can and full can test. Neg. Hawkin's test. Neg. Neer's test.
  - **Range of Motion** : shoulder: full ROM with pain reaching across the body and with lateral abduction at about 100 degrees. Able to internally and externally rotate shoulder without pain. Elbow: full ROM with some soreness with flexion. Wrist: full ROM with mild pain with ulnar deviation. Tightness sensation with Finkelstein's test.
- o **Left Upper Extremity** :
  - **Inspection/Palpation** : no tenderness to palpation
  - **Joint Stability** : shoulder, elbow and wrist joint stability normal
  - **Range of Motion** : range of motion normal, no joint crepitus present, no pain with joint motion

**Neurologic**
- o **Mental Status Examination** :
  - **Orientation** : grossly oriented to person, place and time
- o **Motor Examination** :
  - **RUE Strength** : strength normal
  - **RUE Motor Function** : tone normal, muscle bulk normal, no abnormal movements noted
  - **LUE Strength** : strength normal
  - **LUE Motor Function** : tone normal, muscle bulk normal, no abnormal movements noted
- o **Reflexes** :
  - **RUE** : biceps reflex 2, triceps reflex 2, brachioradialis reflex 2
  - **LUE** : biceps reflex 2, triceps reflex 2, brachioradialis reflex 2
- o **Sensation** :
  - **Light Touch** : sensation intact to light touch in extremities

## Assessment

- Neck and right shoulder pain/upper trapezius 723.1/M54.2
- Medial epicondylitis of right elbow 726.31/M77.01
- Wrist pain, acute, right 719.43/M25.531
- Ulnar neuritis, right 723.4/G56.21

## Plan

**Orders**
- o ALT: OCC - First report of injury (OC1RPINJ) - - 02/01/2018
- o ALT: Provider - Occupational Visit (OCCPROV) - - 02/01/2018

**Instructions**
- o 1. RTW with restrictions, due to multiple body parts with pain and need for PT for reducing inflammation and to help

[Digital Signature Validated]

strengthen TM.

- 2. Refer to PT to help with pain, since I am concerned about treating her with any NSAIDs with her Methotrexate and reflux issues. Also, multiple body parts that have pain.
- 3. Follow up in about 3-4 weeks to give PT a chance or sooner if needed.

**Referrals**

- ID: 13836 Date: 02/01/2018 Type: Outbound
  Referral To: TMEC Facility
  Reason: please eval. and treat

**Electronically Signed by:** Debra Schilder, PA-C -Author on February 1, 2018 11:14:04 PM
**Electronically Co-signed by:** Maria Reyes, MD -Reviewer on February 2, 2018 05:00:36 PM

[Digital Signature Validated]

# Quick Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Jamie Reece | **Visit Date:** | February 13, 2018 |
| **Patient ID:** | 95270 | **Provider:** | Todd Brockman, PTMS,DPT |
| **Sex:** | Female | **Location:** | TMEC |
| **Birthdate:** | | **Location Address:** | 1001 Cherry Blossom Way<br>Georgetown, KY 403249999 |
| | | **Location Phone:** | 502-868-2944 |

## History Of Present Illness

**Physical Therapy - Cervical /Thoracic (Evaluation/RE-Evaluation/Follow-Up)**

Referring Provider: Internal Provider
Jamie Reece presents to Physical Therapy 02/13/2018 for Evaluation Visit:

- Type of Evaluation Visit:
Initial visit

- Occupation:........................ factory, lexus paint finish
- Personal or Workers Comp:.. Workers Comp.
- Work Status:...................... Full Time , restricted duty , feels better since starting restricted duty
- Prior Level of Function:.... Independent and unrestricted ADLs
- Contributing PMHx or PSHx:.......... see below
- Chief Complaint:................ neck pain, R shld pain, R elbow/wrist pain
- Onset of Symptoms:........... 1/30/18
- History of Current Complaint/Mechanism of Injury:.......... overuse

========================================
- Functions/Factors that increase symptoms:....... work
- Functions/Factors that decrease symptoms:.... rest

- Diagnostic Tests:.............. No diagnostic tests performed.

Screening for Red Flags: Patient denies : History of Trauma, Fever, History of Cancer, Unexplained Weight Loss, Bowel/Bladder Dysfunction, Saddle Anesthesia, History of Recent Infection, Severe, Unremitting Night Pain, and Signs and Symptoms of Vertebrobasilar Insufficiency
*
==============================================================

49 y.o. female
3 yrs at TOYOTA

pain:
neck 6-8/10
R shld 0-6/10
R elbow: 0-3/10
R Wrist: 0-5/10 (medial aspect)

[Digital Signature Validated]

MEDS:
Hormone replacement therapy
methotrexate
nexium
ytec
vitamins

PMHX:
hysterectomy 2006 (total)
psoriatic arthritis 2018
GERD
seasonal allergies
L ankle pain/injury 2015
R foot injury (per patient injured "my arch" while in PT in the past at off-site location)

---

FH, scap protracted posture

AROM Cspine
flexion wnl
ext 25% decr
SB R wnl
SB L 25% decr with increased R UT "tightness"
ROT R wnl
ROT L 25% decr with increased R UT "tightness"

AROM UEs wnl/wfl
grip (lbs):
R 75
) 60
R handedness

hypomobility Tspine unilateral PA glides

ttp R lateral wrist, R cervical parasp, R Mid trap/rhomboids, R UT/levator scap

derm: intact bilat C3-T1 derm fine touch
DTR 2+ bilat C5/6, 1 bilat C7

negative:
R phalen's
R tinel's at cubital and carpal tunnels

+ R shld KH test

[Digital Signature Validated]

*

*

**FUNCTIONAL OUTCOME MEASURE**
Neck Disability Index score (Minimum Clinically Important Change = 10 percentage points) = PERCENTAGE SCORE+%, which equals NECK DISABILITY INDEX RAW SCORE
*

================================================================

**3. PT-TESTS: CERVICAL/THORACIC**

**Special Tests:**
Special Tests done: SPECIAL TESTS

*

================================================

**Physical Therapy Treatment**
Physical Therapy treatment(s) done for Jamie Reece :
**MODALITIES:**
Ice Cspine/R shld x15min, supine, normal tissue response

**MANUAL THERAPY**
No manual therapy done

[Digital Signature Validated]

**THERAPEUTIC PROCEDURES**
Therapeutic Exercise
- THERAPEUTIC EXERCISE: see scanned doc Duration 10 minutes.

*
======================================================================

**ASSESSMENT/GOALS**

**ASSESSMENT**
*
Jamie Reece has been found to have impaired: Range of Motion and Posture, which are consistent with the PT Practice Pattern of: Impaired Joint Mobility, Motor Function, Muscle Performance, and Range of Motion Associated With Connective Tissue Dysfunction
The impairments listed above have led to a decline in the patient's ADL/functional performance. DX: CERVICOTHORACIC MYOFASCIAL STRAINS/PAIN, R SHLD RTC TENDONITIS, RESOLVING R MEDIAL EPICONDYLITIS?, RESOLVING DEQUERVEIN'S R?, LIKELY ULNAR N. NEURITIS
As a result, the patient would benefit from skilled Physical Therapy services and has fair rehab potential.
**GOALS:**

*
======================================================================

## Assessment

- Cervical myofascial strain, initial encounter 847.0/S16.1XXA
- Rotator cuff tendonitis, right 726.10/M75.81
- Elbow joint pain 719.42/M25.529
- Wrist pain 719.43/M25.539

tolerated all Rx well

prob list
1. neck/upper back pain, R shld pain, R UE n/t, R elbow/wrist pain
2. decr arom cspine
3. decr strength? Further test later
4. fxl decline

[Digital Signature Validated]

stg 1-2wk
1, indep with HEP/self care
2. able to progress TE without difficulty

ltgs 4-6wks
1. 75%+ decr overall pain
2. arom to wnl/wfl throughout
3. able to tolerate testing and reveal 5/5 strength throughout
4. RTW full duty without problems

## Plan

**Orders**

- Physical Therapy evaluation: moderate complexity (97162) - - 02/13/2018
- Therapeutic procedure, 1 or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility (97110) - - 02/13/2018
- Application of a modality to 1 or more areas; hot or cold packs (97010) - - 02/13/2018
- ALT: Ancillary Visit - Health Center Patient (99199LX) - - 02/13/2018

**Instructions**

- PLAN: Patient to attend Physical Therapy _2_ time(s)/week, for _4-6___ weeks.
- Physical Therapy treatment will include one or more of the following:
- Cryotherapy.
- Moist Heat Packs.
- Electrical Stimulation.
- Therapeutic Exercise.
- Neuromuscular Re-Education.
- Other Manual Therapy Techniques
- Patient Education/Home Exercise Program.
- Self-care/home management training.

**Electronically Signed by:** Todd Brockman, PTMS,DPT -Author on February 20, 2018 07:23:53 PM

[Digital Signature Validated]

# Quick Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Jamie Reece | **Visit Date:** | March 22, 2018 |
| **Patient ID:** | 95270 | **Provider:** | Todd Brockman, PTMS,DPT |
| **Sex:** | Female | **Location:** | TMEC |
| **Birthdate:** | | **Location Address:** | 1001 Cherry Blossom Way<br>Georgetown, KY 403249999 |
| | | **Location Phone:** | 502-868-2944 |

## History Of Present Illness

**Physical Therapy Follow-up Visit:**

**SUBJECTIVE:**

Jamie Reece presents today, 3/22/18 for Physical Therapy follow-up for CERVICOTHORACIC MYOFASCIAL STRAINS/PAIN, R SHLD RTC TENDONITIS, RESOLVING R MEDIAL EPICONDYLITIS?, DEQUERVEINS R, LIKELY ULNAR N. NEURITIS R
This is visit number 10 for this episode of care.
Jamie Reece reports: no problems with home or clinic PT. Increased R UE, neck, R shld pain following arthrogram test.
EMG/NCV test earlier today : negative.

**OBJECTIVE FINDINGS:**

ttp R cervical parasp, R mid trap/rhomboids, R UT/levator scap, R lateral wrist

**TREATMENT:**

Physical Therapy treatment(s) done for Jamie Reece :
Therapeutic Modalities: IFC Estim UT/levator scap/mid trap/rhobmolds with ice Cspine, R shld x15min, normal tissue response (supine)

*

Manual Therapy: 10min, seated, STM UT/levator scap/mid trap/rhomboids,//PA glides Tspine gr I-III, normal tissue response --deferred today

*

Therapeutic Procedures: see below

[Digital Signature Validated]

*

arthrogram/MRI R shld 3/20/18:
successful MRI
mild fraying supraspinatus/infraspinatus
mild AC OA noted

Patient reports IHS 2000 already called and explained MRI results, but wanted me to review some more and answer some questions so I did that

As of 3/5/18:
Grip (lbs)
R 76
L 70

AROM Cspine wnl/wfl except 25% decr ext with increased "base of neck" pain
AROM UEs wnl/wfl

no ttp UEs except R lateral wrist
+ finkelstein's test R, neg on L
neg tinel's at cubital/carpal tunnels R

Rx today:

TE LOG:
UBE retro 5min, L1 with postural cues
AROM Cspine flexion x30
AROM Cspine rotations x30
shld circles x30
UBE retro 5min, L7 with postural cues--patient wanted to skip this until MRI is done, so skipped

NMR:
chin tucks 5sec holds x3min
isometric scap retractions 10sec holds x3min

Total TE +NMR: 25min

## Assessment

- Cervical myofascial strain, initial encounter 847.0/S16.1XXA
- Rotator cuff tendonitis, right 726.10/M75.81
- Elbow joint pain 719.42/M25.529
- Wrist pain 719.43/M25.539

tolerated all Rx well

prob list

[Digital Signature Validated]

1. neck/upper back pain, R shld pain, R UE n/t, R elbow/wrist pain
2. decr arom cspine
3. decr strength? Further test later
4. fxl decline

Goals as of 3/5/18:
stg 1-2wk
1, indep with HEP/self care: MET
2. able to progress TE without difficulty: MET

ltgs 4-6wks
1. 75%+ decr overall pain: UNMET, PROGRESSING
2. arom to wnl/wfl throughout: UNMET, PROGRESSING
3. able to tolerate testing and reveal 5/5 strength throughout: DEFERRED EXCEPT GRIP WNL R AND L
4. RTW full duty without problems: UNMET, UNCHANGED

**Plan**

**Orders**

- 2 - Therapeutic procedure, 1 or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility (97110) - - 03/22/2018
- Application of a modality to 1 or more areas; electrical stimulation (unattended) (97014) - - 03/22/2018
- Application of a modality to 1 or more areas; hot or cold packs (97010) - - 03/22/2018
- ALT: Ancillary Visit - Health Center Patient (99199LX, 99199LX, 99199LX, 99199LX, 99199LX, 99199LX, 99199LX, 99199LX, 99199LX, 99199LX) - - 03/22/2018

**Instructions**

- PLAN: Patient to attend Physical Therapy _2_ time(s)/week, for _4-6___ weeks.
- Physical Therapy treatment will include one or more of the following:
- Cryotherapy.
- Moist Heat Packs.
- Electrical Stimulation.
- Therapeutic Exercise.
- Neuromuscular Re-Education.
- Other Manual Therapy Techniques
- Patient Education/Home Exercise Program.
- Self-care/home management training.

**Electronically Signed by:** Todd Brockman, PTMS,DPT -Author on March 22, 2018 08:07:22 PM

[Digital Signature Validated]

Central Kentucky Radiology, PLLC
www.ckr.net

Final Report

| | |
|---|---|
| NAME: | REECE, JAMIE H |
| D.O.B. / SEX: | / Female |
| MRN / ACC#: | 77390 / KY180227053557762 |
| ORDERING PHYSICIAN: | Debra Schlider, PA-C, |
| EXAM REQUESTED: | 73030--SHOULDER MIN 2 VWS RIGHT SHOULDER |
| FACILITY: | Toyota Georgetown |
| DATE: | 2/27/2018 |
| RADIOLOGIST NAME: | Kenney III, MD, Charles M. |

**CLINICAL HISTORY:**
RIGHT SHOULDER- 3 VIEWS

HISTORY: NECK PAIN, RIGHT SHOULDER PAIN

OCCUPATIONAL XRAYS

**FINDINGS:**

RIGHT SHOULDER
Three views demonstrate no acute fracture or dislocation. There is minimal a.c. and glenohumeral joint degenerative change. The visualized bony structures are well aligned. No soft tissue abnormality is seen.

IMPRESSION:
No acute process.

Authenticated by Kenney III, MD, Charles M. on 2/28/2018 8:03:50 AM, Eastern Time

LEXINGTON DIAGNOSTIC CENTER & OPEN MRI

1725 Harrodsburg Road, Suite 100
Lexington, KY 40504
T: 859 278-7226 F: 859 278-1540
www.LexingtonDiagnostic.com

**Exam Date:** March 20, 2018 13:39
**Patient Information:** REECE, JAMIE
**Patient ID:** 636975
**Accession Number:** EABF
**Date of Birth:**

**Referred by:** SCHILDER, PA-C, DEBRA
FAX (502) 868-4998
GEORGETOWN, KY 40324
(502) 868-4981



**EXAMINATION:** MRI of the right shoulder post intra-articular joint injection.

**SEDATION:** None.

**HISTORY:** On-the-job injury. Right shoulder and arm pain with limited range-of-motion.

**COMPARISON:** Comparison is made with prior x-rays from 2/27/2018.

**PROCEDURE:** MRI of the right shoulder post intra-articular joint injection using the 3T magnet. Axial, coronal, and sagittal T1 weighted with fat saturation, coronal and sagittal T2 weighted with fat saturation, and sagittal T1 weighted scans were performed.

**FINDINGS:** There is minimal tearing seen along the articular surface of the supraspinatus and infraspinatus. No full-thickness rotator cuff fraying is evident. There is intra-articular contrast present. There are mild acromioclavicular joint osteoarthritic changes. A discreet labral tear is not visualized. The long head of the biceps tendon remains within the bicipital groove and attaches normally to the superior labrum. The visualized shoulder musculature images normally. There are subchondral cystic changes seen along the humeral head at the posterior superior border.

**IMPRESSION:**

1. There is mild fraying along the articular surface of the supraspinatus and infraspinatus. No full-thickness rotator tearing is evident.

2. Mild acromioclavicular joint osteoarthritic changes.

DICOM format images are available to non-affiliated external healthcare facilities or entities for follow-up and comparison on InteleConnect with an InteleConnect sign-on and password. For access, please contact our office. The patient was also given a CD containing the DICOM format images at no additional charge.

Electronically signed by: JASON S. HARRIS, M.D. (Mar 20, 2018 18:22:10)

**Reporting Radiologist:** HARRIS, M.D., JASON S.
Jason S. Harris, M.D.
Medical Director

**Date Dictated:** March 20, 2018 16:54
**Date Transcribed:** March 20, 2018 17:34
**Transcriptionist:** H, Pam

Attn: DR. Tutt
Fax: 859 258 651
RE: Jamie Reece
Neurosurgery eval 5/14/

**Patrick K Leung, M.D., PSC**
**Neurodiagnostic Laboratory**
1401 Harrodsburg Road, C-225
Lexington, KY 40504
Phone: (859) 373-0700
Fax: (859) 422-3994

**Test Date:** 3/22/2018

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | Jamie Reece | **DOB:** | | **Physician:** | Patrick Leung, M.D. |
| **Sex:** | Female | **Height:** | 5' 7" | **Ref Phys:** | Debra Schilder, P.A. |
| **ID#:** | 18-0259 | **Weight:** | 160 lbs. | **Technician:** | Robert Allen, R. NCST, BS |

**History:**
This is a 49 year old female who has pain in her right arm and hand. She has numbness, weakness and tingling in her right hand.

DOI: 1/30/18 Claim #: SA211932 PVY Employee #:77390

## Nerve Conduction Studies

### Anti Sensory Summary Table

| Site | NR | Onset (ms) | Peak (ms) | Norm Peak (ms) | O-P Amp (µV) | Norm O-P Amp | Site1 | Site2 | Delta-P (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Right Radial Anti Sensory (Base 1st Digit)** | | | | | | | | | | | | |
| Wrist | | 1.4 | 2.0 | <2.9 | 39.8 | >20 | Wrist | Base 1st Digit | 2.0 | 10.0 | 50 | |
| Site 2 | | 1.4 | 2.0 | | 42.2 | | | | | | | |

### Ortho Sensory Summary Table

| Site | NR | Onset (ms) | Peak (ms) | Norm Peak (ms) | O-P Amp (µV) | Norm O-P Amp | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Right Median Ortho Sensory (Wrist)** | | | | | | | | | | | | |
| Palm | | 1.4 | 1.8 | <2.3 | 116.8 | >50 | Palm | Wrist | 1.4 | 8.0 | 57 | |
| Site 2 | | 1.4 | 1.8 | | 114.3 | | | | | | | |
| **Right Ulnar Ortho Sensory (Wrist)** | | | | | | | | | | | | |
| Palm | | 1.2 | 1.7 | <2.3 | 48.9 | >15 | Palm | Wrist | 1.2 | 8.0 | 67 | |
| Site 2 | | 1.2 | 1.7 | | 47.9 | | | | | | | |

### Motor Summary Table

| Site | NR | Onset (ms) | Norm Onset (ms) | O-P Amp (mV) | Norm O-P Amp | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Right Median Motor (Abd Poll Brev)** | | | | | | | | | | | |
| Wrist | | 3.6 | <4.5 | 10.1 | >4 | Wrist | Abd Poll Brev | 3.6 | 7.0 | 19 | |
| Elbow | | 7.3 | | 9.8 | | Elbow | Wrist | 3.7 | 22.5 | 61 | >48 |
| **Right Ulnar Motor (Abd Dig Minimi)** | | | | | | | | | | | |
| Wrist | | 2.4 | <3.6 | 8.5 | >6 | Wrist | Abd Dig Minimi | 2.4 | 6.5 | 27 | |
| B Elbow | | 5.7 | | 8.2 | | B Elbow | Wrist | 3.3 | 21.5 | 65 | >51 |
| A Elbow | | 7.2 | | 8.2 | | A Elbow | B Elbow | 1.5 | 10.0 | 67 | >51 |

From: jenna @ MSMM (WC
ph 502-570-6628

**F Wave Studies**

| NR | F-Lat (ms) | Lat Norm (ms) | L-R F-Lat (ms) | L-R Lat Norm |
|---|---|---|---|---|
| Right Median (Mrkrs) (Abd Poll Brev) | | | | |
| | 25.85 | <33 | | <2.2 |
| Right Ulnar (Mrkrs) (Abd Dig Min) | | | | |
| | 24.97 | <36 | | <2.5 |

**EMG**

| Side | Muscle | Nerve | Root | Ins Act | Fibs | Psw | Fasic | Amp | Dur | Poly | Recrt | Int Pat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Right | 1stDorInt | Ulnar | C8-T1 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Abd Poll Brev | Median | C8-T1 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | PronatorTeres | Median | C6-7 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Biceps | Musculocut | C5-6 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Triceps | Radial | C6-7-8 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Deltoid | Axillary | C5-6 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Supraspinatus | SupraScap | C5-6 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Cervical Parasp Up | Rami | C1-3 | Nml | Nml | Nml | 0 | | | | | |
| Right | Cervical Parasp Mid | Rami | C4-6 | Nml | Nml | Nml | 0 | | | | | |

**Impression:**

**Normal right arm.**

**No evidence of carpal tunnel syndrome, other focal nerve entrapment or cervical radiculopathy.**

Patrick Leung, M.D.

# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Jamie Reece | **Visit Date:** | March 29, 2018 |
| **Patient ID:** | 95270 | **Provider:** | Debra Schilder, PA-C |
| **Sex:** | Female | **Location:** | 2000 Clinic |
| **Birthdate:** | | **Location Address:** | 1001 Cherry Blossom Way<br>Georgetown, KY 403249999 |
| | | **Location Phone:** | (502) 868-4961 |

## Chief Complaint

- right shoulder
- Right wrist
- neck

ID # 77390

LT230 Lexus Paint Finish
2nd shift
full time
GL: Brad McKinney

case#548495
BODY PART Right Shoulder/ neck / Right wrist /right hand / RUE
DOI: 1/30/2018

f/u occ. Right neck/right shoulder/RUE. Restricted. TM states she has had some improvement. TM states her arm is hurting less than it was before. TM says she still has trouble sleeping at night. TM states her PT is on hold per her physical therapist. TM states he told her it wasn't helping so he put it on hold. TM denies any new complaints. TLM RN

## History Of Present Illness

See CC. TM states that her right shoulder is still hurting a lot, but better, than on Friday. TM states she can not take it any more. She is tired of being in pain and PT is not helping. Actually, felt like PT was making it worse. Most of her pain is in the anterior shoulder. Still getting intermit. n/t down the arm, despite normal NCV/EMG. TM states her arm hurts, if it hangs down to her side. Tends to keep it close to her body. Being on restricted duty/sedentary has helped.

## Additional Info (PFSH)

Reviewed TLM RN

## Review of Systems

**Constitutional**
- **Denies** : no complaints

**Neurologic**
- **Admits** : tingling or numbness down the right arm, but little better with less activity.

**Musculoskeletal**
- **Admits** : shoulder pain- see HPI

## Vitals

| Date | Time | BP | Position | Site | L\R | Cuff Size | HR | RR | TEMP(°F) | WT | HT | BMI kg/$m^2$ | BSA $m^2$ | O2 Sat | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

[Digital Signature Validated]

# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Jamie Reece | **Visit Date:** | March 29, 2018 |
| **Patient ID:** | 95270 | **Provider:** | Debra Schlider, PA-C |
| **Sex:** | Female | **Location:** | 2000 Clinic |
| **Birthdate:** | | **Location Address:** | 1001 Cherry Blossom Way Georgetown, KY 403249999 |
| | | **Location Phone:** | (502) 868-4961 |

## Chief Complaint

- right shoulder
- Right wrist
- neck

ID # 77390

LT230 Lexus Paint Finish
2nd shift
full time
GL: Brad McKinney

case#548495
BODY PART Right Shoulder/ neck / Right wrist /right hand / RUE
DOI: 1/30/2018

f/u occ. Right neck/right shoulder/RUE. Restricted. TM states she has had some improvement. TM states her arm is hurting less than it was before. TM says she still has trouble sleeping at night. TM states her PT is on hold per her physical therapist. TM states he told her it wasn't helping so he put it on hold. TM denies any new complaints. TLM RN

## History Of Present Illness

See CC. TM states that her right shoulder is still hurting a lot, but better, than on Friday. TM states she can not take it any more. She is tired of being in pain and PT is not helping. Actually, felt like PT was making it worse. Most of her pain is in the anterior shoulder. Still getting intermit. n/t down the arm, despite normal NCV/EMG. TM states her arm hurts, if it hangs down to her side. Tends to keep it close to her body. Being on restricted duty/sedentary has helped.

## Additional Info (PFSH)

Reviewed TLM RN

## Review of Systems

**Constitutional**
- **Denies** : no complaints

**Neurologic**
- **Admits** : tingling or numbness down the right arm, but little better with less activity.

**Musculoskeletal**
- **Admits** : shoulder pain- see HPI

## Vitals

| Date | Time | BP | Position | Site | L\R | Cuff Size | HR | RR | TEMP(°F) | WT | HT | BMI kg/m$^2$ | BSA m$^2$ | O2 Sat | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

[Digital Signature Validated]

03/29/2018 10:01 PM 110/74 Sitting 74 - R 16 98.2 99 %

## Physical Examination

**Constitutional**
- **Appearance** : well-nourished, well developed, alert, in no acute distress

**Neck**
- **Inspection/Palpation** : normal appearance, no masses. Tender over the right lateral side/levator scapula of her neck and above the right clavicle and below the right clavicle without swelling, warmth, or erythema. Tender into the pectoralis muscle near the anterior shoulder.
- **Range of Motion** : cervical range of motion within normal limits, but pain with extension of neck > flexion. Pain with Spurling's test down the right arm

**Musculoskeletal**
- **Right Upper Extremity** :
  - **Inspection/Palpation** : shoulder: tender over the anterior shoulder and some over the teres minor. Elbow: tender over the medial epicondyle. Wrist: no real tenderness. Fingers: no tenderness. Normal skin color and temp. down arm. n/v intact. No swelling or erythema of joints.
  - **Joint Stability** : shoulder: Pain with empty can and full can test today. Neg. Hawkin's test. Neg. Neer's test. Elbow/wrist joints are stable.
  - **Range of Motion** : shoulder: full ROM with pain reaching across the body and with lateral abduction at about 100 degrees. Able to internally and externally rotate shoulder without pain. Pain reaching behind the body at about L1. Elbow: full ROM with some soreness with flexion. Wrist: full ROM. Neg. Finkelstein's test today.
- **Left Upper Extremity** :
  - **Inspection/Palpation** : no tenderness to palpation
  - **Joint Stability** : shoulder, elbow and wrist joint stability normal
  - **Range of Motion** : range of motion normal, no joint crepitus present, no pain with joint motion

**Neurologic**
- **Mental Status Examination** :
  - **Orientation** : grossly oriented to person, place and time
- **Motor Examination** :
  - **RUE Strength** : strength normal
  - **RUE Motor Function** : tone normal, muscle bulk normal, no abnormal movements noted
  - **LUE Strength** : strength normal
  - **LUE Motor Function** : tone normal, muscle bulk normal, no abnormal movements noted
- **Sensation** :
  - **Light Touch** : sensation intact to light touch in extremities with numbness into fingers with Tinel's test and reverse Phalen's test and mild discomfort with Phalen's test on right side.

## Assessment

- Neck and right shoulder pain/upper trapezius 723.1/M54.2
  -MRI- mild fraying of the supraspinatus and infraspinatus and some mild AC joint OA
- Medial epicondylitis of right elbow 726.31/M77.01
- Wrist pain, acute, right 719.43/M25.531
- Acute Right Neuritis of upper extremity 354.8/M79.2
  -Neg. NCV/EMG

## Plan

**Orders**
- ALT: OCC - Follow-up (OCINJFU) - - 03/29/2018
- ALT: Provider - Occupational Visit (OCCPROV) - - 03/29/2018

**Medications**
- cyclobenzaprine 10 mg oral tablet
  SIG: take 1 tablet by oral route once a day (at bedtime) as needed for 15 days
  DISP: (15) tablets with 0 refills
  **Prescribed on 03/29/2018**
- methocarbamol 750 mg oral tablet
  SIG: take 1 tablet by oral route QHS PRN

[Digital Signature Validated]

03/29/2018 10:01 PM 110/74 Sitting 74 - R 16 98.2 99 %

## Physical Examination

**Constitutional**

- **Appearance** : well-nourished, well developed, alert, in no acute distress

**Neck**

- **Inspection/Palpation** : normal appearance, no masses. Tender over the right lateral side/levator scapula of her neck and above the right clavicle and below the right clavicle without swelling, warmth, or erythema. Tender into the pectoralis muscle near the anterior shoulder.
- **Range of Motion** : cervical range of motion within normal limits, but pain with extension of neck > flexion. Pain with Spurling's test down the right arm

**Musculoskeletal**

- **Right Upper Extremity** :
  - **Inspection/Palpation** : shoulder: tender over the anterior shoulder and some over the teres minor. Elbow: tender over the medial epicondyle. Wrist: no real tenderness. Fingers: no tenderness. Normal skin color and temp. down arm. n/v intact. No swelling or erythema of joints.
  - **Joint Stability** : shoulder: Pain with empty can and full can test today. Neg. Hawkin's test. Neg. Neer's test. Elbow/wrist joints are stable.
  - **Range of Motion** : shoulder: full ROM with pain reaching across the body and with lateral abduction at about 100 degrees. Able to internally and externally rotate shoulder without pain. Pain reaching behind the body at about L1. Elbow: full ROM with some soreness with flexion. Wrist: full ROM. Neg. Finkelstein's test today.
- **Left Upper Extremity** :
  - **Inspection/Palpation** : no tenderness to palpation
  - **Joint Stability** : shoulder, elbow and wrist joint stability normal
  - **Range of Motion** : range of motion normal, no joint crepitus present, no pain with joint motion

**Neurologic**

- **Mental Status Examination** :
  - **Orientation** : grossly oriented to person, place and time
- **Motor Examination** :
  - **RUE Strength** : strength normal
  - **RUE Motor Function** : tone normal, muscle bulk normal, no abnormal movements noted
  - **LUE Strength** : strength normal
  - **LUE Motor Function** : tone normal, muscle bulk normal, no abnormal movements noted
- **Sensation** :
  - **Light Touch** : sensation intact to light touch in extremities with numbness into fingers with Tinel's test and reverse Phalen's test and mild discomfort with Phalen's test on right side.

## Assessment

- Neck and right shoulder pain/upper trapezius 723.1/M54.2
  -MRI- mild fraying of the supraspinatus and infraspinatus and some mild AC joint OA
- Medial epicondylitis of right elbow 726.31/M77.01
- Wrist pain, acute, right 719.43/M25.531
- Acute Right Neuritis of upper extremity 354.8/M79.2
  -Neg. NCV/EMG

## Plan

**Orders**

- ALT: OCC - Follow-up (OCINJFU) - - 03/29/2018
- ALT: Provider - Occupational Visit (OCCPROV) - - 03/29/2018

**Medications**

- cyclobenzaprine 10 mg oral tablet
  SIG: take 1 tablet by oral route once a day (at bedtime) as needed for 15 days
  DISP: (15) tablets with 0 refills
  **Prescribed on 03/29/2018**

- methocarbamol 750 mg oral tablet
  SIG: take 1 tablet by oral route QHS PRN

[Digital Signature Validated]

DISP: (15) tablets with 0 refills
**Discontinued on 03/29/2018**

**Instructions**

- 1. RTW with same work restrictions
- 2. Refer to Dr. Donegan
- 3. Hold PT
- 4. Stop methocarbamol, since it is not helping. Try cyclobenzaprine at bedtime to help her rest.
- 5. Follow up after seen by specialist or sooner if needed.

**Referrals**

- ID: 14260 Date: 03/29/2018 Type: Outbound
  Referral To: Orthopedic Specialist Specialty: Orthopedic Surgery
  Reason: please eval. and treat

**Electronically Signed by:** Debra Schilder, PA-C -Author on March 29, 2018 10:55:42 PM

[Digital Signature Validated]

DISP: (15) tablets with 0 refills
**Discontinued on 03/29/2018**

**Instructions**

- 1. RTW with same work restrictions
- 2. Refer to Dr. Donegan
- 3. Hold PT
- 4. Stop methocarbamol, since it is not helping. Try cyclobenzaprine at bedtime to help her rest.
- 5. Follow up after seen by specialist or sooner if needed.

**Referrals**

- ID: 14260 Date: 03/29/2018 Type: Outbound
  Referral To: Orthopedic Specialist Specialty: Orthopedic Surgery
  Reason: please eval. and treat

**Electronically Signed by:** Debra Schilder, PA-C -Author on March 29, 2018 10:55:42 PM

[Digital Signature Validated]

**Patient:** 198482 - Jamie Reece
**DOB:**

**Date:** 04/04/2018 14:45
**Provider:** Donegan, Ryan Patrick MD
**Encounter:** WC NEW PATIENT

## ACTIVE PROBLEMS

- Bone Pain in the Heel Left
- Joint Pain, Localized in the Shoulder

## CHIEF COMPLAINT

The Chief Complaint is: Rt shoulder pain.

## REFERRED HERE

Referred by Toyota.

## HISTORY OF PRESENT ILLNESS

Jamie Reece is a 49 year old female.
• Symptoms burning
pinching
numbness
stiffness.
• Medication list reviewed.
• Sharp pain Symptoms • Pain is throbbing • Pain is dull, aching
Please rate pain on scale of 1 - 10: 4
Medications used for this condition: OTC, NSAID's
No Previous Treatment

Patient complains of right shoulder and right-sided neck pain since January. There was no traumatic event. She likely feels that this is related to repetitive use at work. She states that repetitive head movement and shoulder motion makes her symptoms worse. PT for the shoulder only exacerbates her symptoms. She does have numbness in her hand and fingers. Pain radiates up the side of her neck into her jaw area on occassion and there is pain that radiates into the chest and posterior shoulder as well. Ibuprofen and muscle relaxants have not helped.

## CURRENT MEDICATION

- Cyclobenzaprine HCl 10MG Oral Tablet 15 days, 0 refills
- Folic Acid 1MG Oral Tablet 90 days, 0 refills
- GoodSense Esomeprazole 20MG Oral Capsule Delayed Release 90 days, 0 refills
- Methotrexate 2.5MG Oral Tablet 29 days, 0 refills
- ZyrTEC Allergy 10 MG Tablet once a day 0 days, 0 refills

## PAST MEDICAL/SURGICAL HISTORY

**Reported:**

Medical: Arthritic joint problems.
Past medical history non-contributory

anemia.
**Surgical:**
- Hysterectomy

## PREVIOUS THERAPY
- History of orthopedic options: physical therapy

## SOCIAL HISTORY
Diet: No recent change in diet.
Behavioral: No caffeine use, no tobacco use, not a current smoker, and smoking status: Never smoker.
Alcohol: Alcohol use.
Drug Use: Not using drugs.
Habits: Exercising regularly.

## ALLERGIES
- anti-inflammatories

## FAMILY HISTORY
Osteoporosis
**Maternal:**
Heart disease
Osteoporosis

## REVIEW OF SYSTEMS
**Systemic:** Not feeling tired (fatigue), no recent weight loss, and no recent weight gain. No edema.
**Head:** No headache and no sinus pain.
**Eyes:** No vision problems. Vision problems. No glaucomatous visual field defect.
**Otolaryngeal:** No hearing loss and no tinnitus. No nasal symptoms.
**Cardiovascular:** No chest pain or discomfort and no palpitations.
**Pulmonary:** No daytime asthma symptoms, no cough, and no chronic cough. No wheezing.
**Gastrointestinal:** No heartburn and no abdominal pain.
**Endocrine:** No hot flashes and no muscle weakness.
**Hematologic:** No easy bleeding and no tendency for easy bruising.
**Musculoskeletal:** No lower back pain. No soft tissue swelling and no localized joint pain.
**Neurological:** No dizziness, no convulsions, and no numbness.
**Psychological:** No anxiety, no emotional lability, no depression, and no insomnia. Not crying for no reason.
**Skin:** Dry skin psoriasis. No rash and no ulcers.
**Allergic and Immunologic:** No complaint of seasonal allergic reaction.

**Patient:** **198482 - Jamie Reece**
**DOB:**

**Date:** **04/04/2018 14:45**
**Provider:** **Donegan, Ryan Patrick MD**
**Encounter:** **WC NEW PATIENT**

## PHYSICAL FINDINGS

- Vitals taken 04/04/2018 03:01 pm
  kns

| | |
|---|---|
| BP-Sitting | 120/73 mmHg |
| Pulse Rate-Sitting | 77 bpm |
| Height | 67 in |
| Weight | 160 lbs |
| Body Mass Index | 25.1 kg/m2 |
| Body Surface Area | 1.84 m2 |

Patient is awake and alert. Well groomed and nourished. No acute distress. Normal gait and station

No skin changes to the right arm or neck.

No bunion deformities or joint effusions in the arm or shoulder

There is cervical pain and spasm on palpation today and over the trapezius. Pain with cervical flexion and lateral flexion to the left. Distraction test is negative. Hoffmans negative. negative TOS signs and peripheral compression signs. Her hand did become painful and tingling throughout the cervical exam.
shoulder shows full motion without pain. No strength defcit or pain with supra, subcap or infra testing. Labral sheer test is negative. No biceps pain. No AC joint pain. NO instability.

Normal sensation. no atrophy. +2 radial pulse.

## TESTS

MR arthrogram of the right shoulder shows cuff tendinopathy and fraying but no tears.

Cervical x-ray shows kyphosis and mild degenerative changes in multiple levels.

## ASSESSMENT

Cervical radiculopathy

## PREVIOUS TESTS

**Imaging:**
**X-Ray:**
An X-ray was performed.
**MRI Scan:**
An MRI was performed.

**Patient:** 198482 - Jamie Reece
**DOB:**

**Date:** 04/04/2018 14:45
**Provider:** Donegan, Ryan Patrick MD
**Encounter:** WC NEW PATIENT

## THERAPY

• Clinical summary provided to patient.

## PLAN

- **Other**
  Radiology/MRI: MRI Cervical Spine
  Instructions: c-spine
  Neurontin 300 MG capsule, 1 every bedtime, 14 days, 0 refills

She has a benign shoulder exam. There is no pain or strength deficit noted on exam. I cannot reproduce her symptoms with shoulder exam. I think this is a more proximal issue. I recommended MRI of the cervical spine. We'll see her back after the test. I've advised her to hold off on therapy for her shoulder due to the exacerbating her symptoms. We gave her Neurontin for nighttime discomfort. This may need to be titrated. She understands the risks and benefits of the medication.

## NOTES

***This dictation was done with voice recognition software and may contain errors and omissions.***

Electronically signed by Cheslee Bloyd, PA-C

**Ryan Patrick Donegan MD**
**Electronically signed by: Ryan Donegan    Date: 04/04/2018 16:07**

American Imaging Consultants, PLLC
*Your Strategic Partner for Teleradiology Solutions*

Dale R. Absher, M.D.
J. Alex Harper, M.D.
Charles M. Kenney III, M.D.
Jon K. Kostelic, M.D.
A. David Westerfield IV, M.D.

Final Report

| | |
|---|---|
| NAME: | REECE, JAMIE |
| D.O.B. / SEX: | / Female |
| MRN / ACC#: | 198482 / 1609591 |
| ORDERING PHYSICIAN: | RYAN DONEGAN MD, |
| EXAM REQUESTED: | 72141--MRI CERVICAL SPINE W/O CONTRAST |
| FACILITY: | Bluegrass Orthopaedics |
| DATE: | 4/10/2018 |
| RADIOLOGIST NAME: | Kostelic, Jon |

**CLINICAL HISTORY:**

right upper ext pain.

**FINDINGS:**

Multiplanar MR imaging of the cervical spine was performed without contrast. On the sagittal T2-weighted images, there is mild decreased signal throughout the cervical disks. There is no evidence of fracture. The vertebral alignment is normal. There is apparent subtle increased signal within the cervical cord at the C6 level of uncertain significance. This is not well seen on axial images. No significant canal stenosis is identified. The cervicomedullary junction is normal.

C2-3: There is no significant canal stenosis or neural foraminal narrowing.

C3-4: There is no significant canal stenosis or neural foraminal narrowing.

C4-5: There is a mild diffuse disc bulge. There is mild bilateral neuroforaminal narrowing.

C5-6: There is no significant canal stenosis or neural foraminal narrowing.

C6-7: There is no significant canal stenosis or neural foraminal narrowing.

C7-T1: There is no significant canal stenosis or neural foraminal narrowing.

IMPRESSION:

1. Mild diffuse disc bulge and mild bilateral neuroforaminal narrowing at C4-5.
2. Possible subtle increased signal within the cervical cord at the C6 level. This is of uncertain significance. Clinical correlation is recommended.

Authenticated by Kostelic, Jon on 4/10/2018 3:19:56 PM, Eastern Time

**Patient:** 198482 - Jamie Reece
**DOB:**

**Date:** 04/11/2018 15:00
**Provider:** Donegan, Ryan Patrick MD
**Encounter:** WC FOLLOW UP/EST

## ACTIVE PROBLEMS

- Bone Pain in the Heel Left
- Joint Pain, Localized in the Shoulder

## CHIEF COMPLAINT

The Chief Complaint is: F/u after RMI c-spine.

## REFERRED HERE

Referred by Toyota.

## HISTORY OF PRESENT ILLNESS

Jamie Reece is a 49 year old female.
• Medication list reviewed.

Patient's in today for follow-up on her C-spine MRI. She states the Neurontin has helped her pain. The pain over the anterior chest wall and around the clavicle and some of the numbness has been improved. She still has some mild anterior shoulder pain.

## CURRENT MEDICATION

- Cyclobenzaprine HCl 10MG Oral Tablet 15 days, 0 refills
- Folic Acid 1MG Oral Tablet 90 days, 0 refills
- GoodSense Esomeprazole 20MG Oral Capsule Delayed Release 90 days, 0 refills
- Methotrexate 2.5MG Oral Tablet 29 days, 0 refills
- Neurontin 300MG Oral Capsule 1 every bedtime, 14 days, 0 refills
- ZyrTEC Allergy 10 MG Tablet once a day 0 days, 0 refills

## PAST MEDICAL/SURGICAL HISTORY

**Reported:**
Medical: Arthritic joint problems.
Past medical history non-contributory
anemia.
**Surgical:**
• Hysterectomy

## PREVIOUS THERAPY

• History of orthopedic options: physical therapy

## SOCIAL HISTORY

**Patient:** **198482 - Jamie Reece**
**DOB:**

**Date:** **04/11/2018 15:00**
**Provider:** **Donegan, Ryan Patrick MD**
**Encounter:** **WC FOLLOW UP/EST**

Diet: No recent change in diet.
Behavioral: No caffeine use, no tobacco use, not a current smoker, and smoking status: Never smoker.
Alcohol: Alcohol use.
Drug Use: Not using drugs.
Habits: Exercising regularly.

## ALLERGIES

- anti-inflammatories

## FAMILY HISTORY

Osteoporosis
**Maternal:**
Heart disease
Osteoporosis

## REVIEW OF SYSTEMS

**Systemic:** Not feeling tired (fatigue), no recent weight loss, and no recent weight gain. No edema.
**Head:** No headache and no sinus pain.
**Eyes:** No vision problems. Vision problems. No glaucomatous visual field defect.
**Otolaryngeal:** No hearing loss and no tinnitus. No nasal symptoms.
**Cardiovascular:** No chest pain or discomfort and no palpitations.
**Pulmonary:** No daytime asthma symptoms, no cough, and no chronic cough. No wheezing.
**Gastrointestinal:** No heartburn and no abdominal pain.
**Endocrine:** No hot flashes and no muscle weakness.
**Hematologic:** No easy bleeding and no tendency for easy bruising.
**Musculoskeletal:** No lower back pain. No soft tissue swelling and no localized joint pain.
**Neurological:** No dizziness, no convulsions, and no numbness.
**Psychological:** No anxiety, no emotional lability, no depression, and no insomnia. Not crying for no reason.
**Skin:** Dry skin psoriasis. No rash and no ulcers.
**Allergic and Immunologic:** No complaint of seasonal allergic reaction.

## PHYSICAL FINDINGS

- Vitals taken 04/11/2018 02:42 pm

kns

| | |
|---|---|
| BP-Sitting | 115/71 mmHg |
| Pulse Rate-Sitting | 76 bpm |
| Height | 67 in |
| Weight | 160 lbs |
| Body Mass Index | 25.1 kg/m2 |

**Patient:** **198482 - Jamie Reece**
**DOB:**

**Date:** **04/11/2018 15:00**
**Provider:** **Donegan, Ryan Patrick MD**
**Encounter:** **WC FOLLOW UP/EST**

| | |
|---|---|
| Body Surface Area | 1.84 m2 |

She is awake and alert. Well groomed and nourished. No acute distress. Normal gait and station. Appropriate mood and affect. No atrophy of the arm. No skin changes. No swelling or joint effusions.

## TESTS

MRI of the C-spine was reviewed with Dr. Donegan. There is mild diffuse disc bulge at C4-5. There appears to be some increased signal in the cord around C5 and C6. The radiologist didn't comment on this but again no known significance of this signal.

## ASSESSMENT

Mild cuff tendinopathy
Cervical radiculopathy

## PREVIOUS TESTS

**Imaging:**
**X-Ray:**
An X-ray was performed.
**MRI Scan:**
An MRI was performed.

## THERAPY

- Clinical summary provided to patient.

## PLAN

- **Other**
  Neurontin 300 MG capsule, 1 every bedtime, 14 days, 0 refills

It is likely that she has multifactorial causes to her shoulder pain. She does have some very minor changes in the cuff that are nonsurgical. We again reviewed her MRI of the shoulder today and found no surgical indication there. The numbness and the pain radiating all the way down her arm is not cuff based and is likely radicular. Before we proceed with any further intervention in her shoulder will have a neck specialist evaluate her an MRI. No further questions. Dr. Donigan did refill her Neurontin.

## NOTES

***This dictation was done with voice recognition software and may contain errors and omissions.***

Electronically signed by Cheslee Bloyd, PA-C

**Patient:** 198482 - Jamie Reece
**DOB:**

**Date:** 04/11/2018 15:00
**Provider:** Donegan, Ryan Patrick MD
**Encounter:** WC FOLLOW UP/EST

**Ryan Patrick Donegan MD**
**Electronically signed by: Ryan Donegan Date: 04/11/2018 17:11**

BGO
BLUEGRASS
ORTHOPAEDICS

Re: Jamie Reece
DOB:
04/11/2018

☐ **Return to full duty** ☒ **Return to work with restrictions** ☐ **Off Work**

**Effective date: 4/11/2018** **Ending date : Pending Referral**

☐ **OTHER**

**FUNCTIONAL ABILITY**

☐ **Heavy Work**. Lifting 100lbs maximum with occasional lifting and/or carrying objects weighing up to 100lbs
☐ **Medium Work**. Lifting 50lbs maximum with occasional lifting and/or carrying objects weighing up to 50lbs
☐ **Light Work**. Lifting 20lbs maximum with occasional lifting and/or carrying objects weighing up to 20lbs
☐ **Seated Work Only:** Lifting 10lbs max. Occasionally carrying such articles as dockets, ledgers, and small tools. Jobs are sedentary if walking/standing is are required **ONLY OCCASIONALLY.**
☐ **Lumbar/Spine Restrictions**. Minimize repetitive bending and twisting through spine. Alternate between sitting, standing and walking with frequent changes in posture. Avoid impact loading and vibration to spine.
☐ **Limitation of work hours/day:** ☐ 4 hours ☐ 8 hours

**Restrictions/Limitation**

| | | | | |
|---|---|---|---|---|
| Sit | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Stand | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Walk | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Bend | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Squat | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Climb | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Stairs | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Twist | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |

☐ Lifting _____ to ______ lbs. ☐ Max: lbs. ☐ RUE ☐ LUE
☐ BUE
☒ No use of upper extremity ☒ Right ☐ Left
☐ Required to wear: ☐ Splint ☐ Cast ☐ Brace ☐ Left ☐ Right
☐ Avoid : ☐ Pushing/Pulling ☐ Flexion/Extension of wrist/elbow
☐ Pinching/Gripping ☐ Pronation/supination (palm down/palm up)
☐ Avoid overhead work (keep hands below heart level)

**If the employer is unable to accommodate the restrictions, the employee is off work until the next M.D. appointment.**

**Follow up appt:**

Sincerely,
Ryan P. Donegan MD

Electronically signed by: Ryan P. Donegan MDApr 11, 2018 3:13 pm

**Patient:** 198482 - Jamie Reece
**DOB:**

**Date:** 05/29/2018 08:45
**Provider:** Donegan, Ryan Patrick MD
**Encounter:** WC FOLLOW UP/EST

## ACTIVE PROBLEMS

- Bone Pain in the Heel Left
- Joint Pain, Localized in the Shoulder

## CHIEF COMPLAINT

The Chief Complaint is: C spine pain.

## REFERRED HERE

Referred by Toyota.

## HISTORY OF PRESENT ILLNESS

Jamie Reece is a 49 year old female.
• Medication list reviewed.

Patient is in today for evaluation of her arm and neck again. She did see Dr. Tutt at the Lexington clinic. There was no surgical issues for her cervical spine however he was concerned about other neurologic issues such as multiple sclerosis. She still having anterior shoulder pain. She also has pain in the right side of her neck that radiates down to her hand and wrist area. Neurontin has helped this.

## CURRENT MEDICATION

- Cyclobenzaprine HCl 10MG Oral Tablet 15 days, 0 refills
- Folic Acid 1MG Oral Tablet 90 days, 0 refills
- GoodSense Esomeprazole 20MG Oral Capsule Delayed Release 90 days, 0 refills
- Methotrexate 2.5MG Oral Tablet 29 days, 0 refills
- ZyrTEC Allergy 10 MG Tablet once a day 0 days, 0 refills

## PAST MEDICAL/SURGICAL HISTORY

**Reported:**
Medical: Arthritic joint problems.
Past medical history non-contributory
anemia.
**Surgical:**
• Hysterectomy

## PREVIOUS THERAPY

• History of orthopedic options: physical therapy

**Patient:** 198482 - Jamie Reece
**DOB:**

**Date:** 05/29/2018 08:45
**Provider:** Donegan, Ryan Patrick MD
**Encounter:** WC FOLLOW UP/EST

## SOCIAL HISTORY

Diet: No recent change in diet.
Behavioral: No caffeine use, no tobacco use, not a current smoker, and smoking status: Never smoker.
Alcohol: Alcohol use.
Drug Use: Not using drugs.
Habits: Exercising regularly.

## ALLERGIES

- anti-inflammatories

## FAMILY HISTORY

Osteoporosis
**Maternal:**
Heart disease
Osteoporosis

## REVIEW OF SYSTEMS

**Systemic:** Not feeling tired (fatigue), no recent weight loss, and no recent weight gain. No edema.
**Head:** No headache and no sinus pain.
**Eyes:** No vision problems. Vision problems. No glaucomatous visual field defect.
**Otolaryngeal:** No hearing loss and no tinnitus. No nasal symptoms.
**Cardiovascular:** No chest pain or discomfort and no palpitations.
**Pulmonary:** No daytime asthma symptoms, no cough, and no chronic cough. No wheezing.
**Gastrointestinal:** No heartburn and no abdominal pain.
**Endocrine:** No hot flashes and no muscle weakness.
**Hematologic:** No easy bleeding and no tendency for easy bruising.
**Musculoskeletal:** No lower back pain. No soft tissue swelling. Pain localized to one or more joints.
**Neurological:** No dizziness, no convulsions, and no numbness.
**Psychological:** No anxiety, no emotional lability, no depression, and no insomnia. Not crying for no reason.
**Skin:** Dry skin psoriasis. No rash and no ulcers.
**Allergic and Immunologic:** No complaint of seasonal allergic reaction.

## PHYSICAL FINDINGS

- Vitals taken 05/29/2018 08:39 am
  kns

| | |
|---|---|
| Height | 67 in |
| Weight | 160 lbs |
| Body Mass Index | 25.1 kg/m2 |

**Patient:** 198482 - Jamie Reece
**DOB:**

**Date:** 05/29/2018 08:45
**Provider:** Donegan, Ryan Patrick MD
**Encounter:** WC FOLLOW UP/EST

Body Surface Area 1.84 m2

General Exam: Patient is alert and afebrile. No acute distress, well groomed and well nourished.

The right upper extremity was examined:

Lymph exam: There is no lymphedema in the extremity. No palpable abnormal nodes.

Dermatological exam: There are no suspicious skin lesions. No masses. No lacerations or abrasions are seen.

Neuro exam: The patient has sensation to light touch. There are no tremors or nerve palsies. Shows normal coordination and balance

Vascular exam: +2 radial pulses. Normal skin temperature and turgor. No varicosities.

Musculoskeletal exam: Patient shows normal gait and station. There are no bony deformities. No Muscle deformities are seen.
She again shows some pain with passive motion of the shoulder but motion is completed. She does show pain with biceps testing. There is mild weakness in the cuff very mild pain with super cement is testing. There's mild pain with labral sheer test and is well

## ASSESSMENT

Right shoulder pain with tendinopathy of the cuff and biceps pain
Cervical pain
Possible neurologic disorder

## THERAPY

- Clinical summary provided to patient.

## PLAN

- **Other**
  Neurontin 300 MG capsule, 1 every bedtime, 14 days, 0 refills

She does have some mild anterior shoulder pain which could be biceps related. Overall her MRI was negative for any full-thickness tears or real surgical pathology. Try an intra-articular injection office and see if this alleviates any of her shoulder pain. I told her it is unlikely to do anything for her neck or the radiating arm pain. She does have a neurology appointment in the next few weeks. See her in 2 weeks in our office.

The risk and benefits of the injection were outlined to the patient. They understand these and wished to proceed. The anterior portion of the shoulder over the glenohumeral joint was prepped with alcohol and Betadine. Using a 27-gauge needle and 5 cc syringe I pierced the skin breaching the anterior joint capsule. I then aspirated to

confirm no presence of a vascular bed I then injected a solution of 40 mg Kenalog / 2 cc of lidocaine/2 cc of Marcaine into the joint. The patient tolerated this procedure well.

## NOTES

***This dictation was done with voice recognition software and may contain errors and omissions.***

Electronically signed by Cheslee Bloyd, PA-C

**Ryan Patrick Donegan MD**
**Electronically signed by: Ryan Donegan Date: 06/07/2018 18:06**

BLUEGRASS ORTHOPAEDICS

Re: Jamie Reece
DOB:
05/29/2018

☐ **Return to full duty** ☒ **Return to work with restrictions** ☐ **Off Work**

**Effective date: 5/29/2018** **Ending date : follow up**

☐ **OTHER**

**FUNCTIONAL ABILITY**

☐ **Heavy Work**. Lifting 100lbs maximum with occasional lifting and/or carrying objects weighing up to 100lbs
☐ **Medium Work**. Lifting 50lbs maximum with occasional lifting and/or carrying objects weighing up to 50lbs
☐ **Light Work**. Lifting 20lbs maximum with occasional lifting and/or carrying objects weighing up to 20lbs
☐ **Seated Work Only:** Lifting 10lbs max. Occasionally carrying such articles as dockets, ledgers, and small tools. Jobs are sedentary if walking/standing is are required **ONLY OCCASIONALLY.**
☐ **Lumbar/Spine Restrictions.** Minimize repetitive bending and twisting through spine. Alternate between sitting, standing and walking with frequent changes in posture. Avoid impact loading and vibration to spine.
☐ **Limitation of work hours/day:** ☐ 4 hours ☐ 8 hours

**Restrictions/Limitation**

| | | | | |
|---|---|---|---|---|
| Sit | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Stand | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Walk | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Bend | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Squat | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Climb | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Stairs | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Twist | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |

☐ Lifting ______ to _______ lbs. ☐ Max: lbs. ☐ RUE ☐ LUE
☐ BUE
☒ No use of upper extremity ☒ Right ☐ Left
☐ Required to wear: ☐ Splint ☐ Cast ☐ Brace ☐ Left ☐ Right
☐ Avoid : ☐ Pushing/Pulling ☐ Flexion/Extension of wrist/elbow
☐ Pinching/Gripping ☐ Pronation/supination (palm down/palm up)
☐ Avoid overhead work (keep hands below heart level)

**If the employer is unable to accommodate the restrictions, the employee is off work until the next M.D. appointment.**

**Follow up appt:**

Sincerely,
Ryan P. Donegan MD

Electronically signed by: Ryan P. Donegan MDMay 29, 2018 9:05 am

**Patient:** 198482 - Jamie Reece
**DOB:**

**Date:** 06/18/2018 08:30
**Provider:** Donegan, Ryan Patrick MD
**Encounter:** WC FOLLOW UP/EST

## ACTIVE PROBLEMS
- Bone Pain in the Heel Left
- Joint Pain, Localized in the Shoulder

## CHIEF COMPLAINT
The Chief Complaint is: C spine pain.

## REFERRED HERE
Referred by Toyota.

## HISTORY OF PRESENT ILLNESS
Jamie Reece is a 49 year old female.
- Medication list reviewed.

## CURRENT MEDICATION
- Cyclobenzaprine HCl 10MG Oral Tablet 15 days, 0 refills
- Folic Acid 1MG Oral Tablet 90 days, 0 refills
- GoodSense Esomeprazole 20MG Oral Capsule Delayed Release 90 days, 0 refills
- Methotrexate 2.5MG Oral Tablet 29 days, 0 refills
- ZyrTEC Allergy 10 MG Tablet once a day 0 days, 0 refills

## PAST MEDICAL/SURGICAL HISTORY
**Reported:**
Medical: Arthritic joint problems.
Past medical history non-contributory
anemia.
**Surgical:**
- Hysterectomy

## PREVIOUS THERAPY
- History of orthopedic options: physical therapy

## SOCIAL HISTORY
Diet: No recent change in diet.
Behavioral: No caffeine use, no tobacco use, not a current smoker, and smoking status: Never smoker.
Alcohol: Alcohol use.
Drug Use: Not using drugs.

**Patient:** 198482 - Jamie Reece
**DOB:**

**Date:** 06/18/2018 08:30
**Provider:** Donegan, Ryan Patrick MD
**Encounter:** WC FOLLOW UP/EST

Habits: Exercising regularly.

## ALLERGIES

- anti-inflammatories

## FAMILY HISTORY

Osteoporosis
**Maternal:**
Heart disease
Osteoporosis

## REVIEW OF SYSTEMS

**Systemic:** Not feeling tired (fatigue), no recent weight loss, and no recent weight gain. No edema.
**Head:** No headache and no sinus pain.
**Eyes:** No vision problems. Vision problems. No glaucomatous visual field defect.
**Otolaryngeal:** No hearing loss and no tinnitus. No nasal symptoms.
**Cardiovascular:** No chest pain or discomfort and no palpitations.
**Pulmonary:** No daytime asthma symptoms, no cough, and no chronic cough. No wheezing.
**Gastrointestinal:** No heartburn and no abdominal pain.
**Endocrine:** No hot flashes and no muscle weakness.
**Hematologic:** No easy bleeding and no tendency for easy bruising.
**Musculoskeletal:** No lower back pain. No soft tissue swelling. Pain localized to one or more joints.
**Neurological:** No dizziness, no convulsions, and no numbness.
**Psychological:** No anxiety, no emotional lability, no depression, and no insomnia. Not crying for no reason.
**Skin:** Dry skin psoriasis. No rash and no ulcers.
**Allergic and Immunologic:** No complaint of seasonal allergic reaction.

## PHYSICAL FINDINGS

- Vitals taken 06/18/2018 08:27 am

sg

| | |
|---|---|
| BP-Sitting | 117/87 mmHg |
| Pulse Rate-Sitting | 74 bpm |
| Height | 67 in |
| Weight | 170 lbs |
| Body Mass Index | 26.6 kg/m2 |
| Body Surface Area | 1.89 m2 |

## PLAN

**Patient:** 198482 - Jamie Reece
**DOB:**

**Date:** 06/18/2018 08:30
**Provider:** Donegan, Ryan Patrick MD
**Encounter:** WC FOLLOW UP/EST

- **Other**
  Referral/Orthopedic: Consult with Orthopedic
  Instructions: 2nd opinion w Dr. trevor Wilkes or Dr. Sajadi

**Ryan Patrick Donegan MD**
**Electronically signed by: Ryan Donegan** **Date: 06/22/2018 09:43**

BLUEGRASS ORTHOPAEDICS

Re: Jamie Reece
DOB:
06/18/2018

☐ **Return to full duty** ☒ **Return to work with restrictions** ☐ **Off Work**

**Effective date: 6/18/2018** **Ending date : pending 2nd opinion**

☒ **OTHER**

**FUNCTIONAL ABILITY**

☐ **Heavy Work.** Lifting 100lbs maximum with occasional lifting and/or carrying objects weighing up to 100lbs
☐ **Medium Work.** Lifting 50lbs maximum with occasional lifting and/or carrying objects weighing up to 50lbs
☐ **Light Work.** Lifting 20lbs maximum with occasional lifting and/or carrying objects weighing up to 20lbs
☐ **Seated Work Only:** Lifting 10lbs max. Occasionally carrying such articles as dockets, ledgers, and small tools. Jobs are sedentary if walking/standing is are required **ONLY OCCASIONALLY.**
☐ **Lumbar/Spine Restrictions.** Minimize repetitive bending and twisting through spine. Alternate between sitting, standing and walking with frequent changes in posture. Avoid impact loading and vibration to spine.
☐ **Limitation of work hours/day:** ☐ 4 hours ☐ 8 hours

**Restrictions/Limitation**

| | | | | |
|---|---|---|---|---|
| Sit | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Stand | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Walk | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Bend | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Squat | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Climb | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Stairs | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Twist | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |

☐ Lifting _____ to _____ lbs. ☐ Max: lbs. ☐ RUE ☐ LUE
☐ BUE
☒ No use of upper extremity ☒ Right ☐ Left
☐ Required to wear: ☐ Splint ☐ Cast ☐ Brace ☐ Left ☐ Right
☐ Avoid : ☐ Pushing/Pulling ☐ Flexion/Extension of wrist/elbow
☐ Pinching/Gripping ☐ Pronation/supination (palm down/palm up)
☐ Avoid overhead work (keep hands below heart level)

**If the employer is unable to accommodate the restrictions, the employee is off work until the next M.D. appointment.**

**Follow up appt:**

Sincerely,
Ryan P. Donegan MD

Electronically signed by: Ryan P. Donegan MDJun 18, 2018 8:43 am

*Bluegrass Orthopaedics*
**859-263-5140**
Toll Free 888-422-3170
Harry Lockstadt, M.D. Gregory D'Angelo, M.D. Veronica A. Vasicek, M.D. Norman Ellingsen, M.D.
J. Martin Favetto, M.D. John E. Balthrop, M.D. William L. O'Neill, M.D. Jason S. Harrod, DPM Dirk Franzen, M.D.
Wallace L. Huff, Jr., M.D. Ryan Donegan, M.D.

**PATIENT ID: 198482**
**PATIENT NAME: REECE, JAMIE**
**DATE OF BIRTH:**
**EXAM DATE: 06/18/2018**

**FOLLOWUP EVALUATION**

**SUBJECTIVE:** Ms. Reece is here for re-evaluation of her shoulder. She still continues to have pain in her shoulder. It is primarily anterior. Worse with any reaching, pushing and pulling. She says the pain is actually that comes on is in a more of a delayed onset. She has pain that radiates all the way down the arm. She has had an EMG test. She has had an evaluation with Dr. Tutt, a neurosurgeon. The neurosurgeon, based on her report, was convinced this is something in her shoulder.

**PHYSICAL EXAMINATION:** Her exam today shows that she has pain around the shoulder. She has some focal tenderness anteriorly. She has some tenderness over the cervical spine, area of the C6-C7 centrally. Tenderness over her trapezius. Inspection of the scapula shows symmetric scapular mobility. She has elevation, which is about 150-160 degrees and symmetric. She has pain when she comes into a position of reposition of the shoulder. She has mild tenderness in the deltopectoral interval and in the peri coracoid area. AC signs are negative. Biceps signs are equivocal. Her cuff strength is 5/5 to supra, infra and subscap testing.

**IMAGING:** Her MRI I reviewed. This was a right shoulder MRI 3 Tesla with contrast, so a very high quality study. I see no obvious labral or biceps pathology. Biceps appears to be centered and in the groove. Her subscapularis appears to be intact. There is no evidence of muscle atrophy. Her rotator cuff shows tendinopathy without any full thickness or partial thickness tearing. Bony structures appear intact. MRI of her neck was reviewed. This shows mild disc bulge at C4-5 with mild bilateral neural foraminal narrowing and subtle increased signal within the cervical cord at C6. Again, she has had a neurosurgical evaluation.

**ASSESSMENT:** Shoulder pain without an obvious source.

**PLAN:** We will plan on a referral to either Dr. Sajadi or Dr. Wilkes. I do not have anything further to add. She has had injections. These have not provided her relief. I do not have a formal diagnosis for this issue.

Electronically authenticated by

RD/Ryan Donegan, M.D./lj
2794628

*BLUEGRASS ORTHOPAEDICS, PSC*
(859) 263-5140
101 Windsor Path, Ste 1
Georgetown, KY 40324-9617

**Patient:** Jamie Reece
**Date of Birth:**
**SSN (last 4 #):**

**Visit Date:** 10/14/2019
**Attending Provider:** William L. ONeill, M.D.
**Referring Provider:**

## Patient Visit Note

**Active Problems**
- **Bone Pain in the Heel Left**
- **Joint Pain in the Left Wrist**
- **Joint Pain, Localized in the Shoulder**

**Chief Complaint**
The Chief Complaint is: Right wrist pain.

**Referred Here**
Referred by SJE ER.

**History of Present Illness**
Jamie Reece is a 51 year old female.
• Allergy list reviewed • Medication list reviewed with patient ° Medication reconciliation performed
• Pain is constant (100% of the time) • Pain is throbbing • Pain is dull, aching
Please rate pain on scale of 1 - 10: 3
No Previous Treatment

**Current Medication**
- **Cyclobenzaprine HCl 10MG Oral Tablet 10 MG 15 days, 0 refills**
- **Esomeprazole Magnesium 40 MG Oral Capsule Delayed Release 90 days, 0 refills**
- **Folic Acid 1MG Oral Tablet 1 MG 90 days, 0 refills**
- **GoodSense Esomeprazole 20MG Oral Capsule Delayed Release 20 MG 90 days, 0 refills**
- **Methotrexate 2.5MG Oral Tablet 2.5 MG 29 days, 0 refills**
- **predniSONE 20 MG Oral Tablet 6 days, 0 refills**
- **tiZANidine HCl 4 MG Oral Capsule 90 days, 0 refills**
- **ZyrTEC Allergy 10 MG Tablet once a day 0 days, 0 refills**

**Past Medical/Surgical History**
**Reported:**
Medical: Arthritic joint problems.
Past surgical history non-contributory.

**Social History**
Current diet: No recent change in diet.
Behavioral: Caffeine use. No tobacco use, not a current smoker, and smoking status: Never smoker.
Alcohol: Not using alcohol.
Drug Use: Not using drugs.
Habits: Exercising regularly.

**Allergies**
- **anti-inflammatories**

**Family History**
Cancer
Hypertension
Osteoporosis

**Review Of Systems**
**Systemic:** Not feeling tired (fatigue), no recent weight loss, and no recent weight gain. No edema.
**Head:** Headache. No sinus pain and no sinus pain.
**Eyes:** No vision problems, no vision problems, and no glaucomatous visual field defect.
**Otolaryngeal:** No hearing loss, no hearing loss, and no tinnitus. No nasal symptoms.
**Cardiovascular:** No chest pain or discomfort, no chest pain or discomfort, and no palpitations.
**Pulmonary:** No daytime asthma symptoms, no cough, and no chronic cough. No wheezing.
**Gastrointestinal:** No heartburn, no heartburn, and no abdominal pain.
**Endocrine:** No hot flashes and no muscle weakness.
**Hematologic:** No easy bleeding and no tendency for easy bruising.
**Musculoskeletal:** No lower back pain. No soft tissue swelling. Pain localized to one or more joints.
**Neurological:** No dizziness, no convulsions, and no numbness.
**Psychological:** No anxiety, no emotional lability, no depression, and no insomnia. Not crying for no reason.
**Skin:** No dry skin, no rash, and no ulcers.
**Allergic and Immunologic:** No complaint of seasonal allergic reaction.

**Physical Findings**
- **Vitals taken 10/14/2019 09:45 am**
  **hav**

| | | |
|---|---|---|
| **Height** | **67 in** | **48 - 78** |
| **Weight** | **175 lbs** | **98 - 183** |
| **Body Mass Index** | **27.4 kg/m2** | |
| **Body Surface Area** | **1.91 m2** | |

The patient is awake alert oriented in time place and person. Has normal mood and affect. Is neatly dressed. Has normal gait and station. Pupils are equal and react to light normally. Eyes move normally. Mucous membranes are moist. The patient has no trouble with speech.

Patient's right wrist is swollen and tender. There are no lacerations or abrasions per normal circulation. Good sensation.

**Tests**
X-ray shows a displaced right distal radial fracture

**Previous Tests**
**Imaging:**
**X-Ray:**
An X-ray was performed.

**Therapy**

- Clinical summary provided to patient.

**Plan**

- **Other**
  traMADol HCl 50 MG tablet 1-2 po q6h prn pain, 5 days, 0 refills

RI of right distal wrist fracture in the operative room tomorrow. I have explained the procedure to the patient in detail and answered all questions

She does have a history of CRPS from previous shoulder surgery and that arm. Will plan on giving her a block preoperative

**Care Team**
**, NO PCP**

**Notes**
***This dictation was done with voice recognition software and may contain errors or omissions.***

**William L. ONeill, M.D.**
**Electronically signed by: Dr. O'Neill Date: 10/14/2019 10:10**

BGO
BLUEGRASS
ORTHOPAEDICS
Office: (859) 263-5140
Fax: (859) 263-5141
3480 Yorkshire Medical Park
Lexington, KY 40509

---

**Patient:** Jamie Reece
**Date of Birth:**
**Patient Number:** 198482

**Visit Date:** 10/15/2019
**Attending Provider:** Gregory L. DAngelo, M.D.
**Referring Provider:**

## Patient Visit Note

**Active Problems**
- **Bone Pain in Right Lower Leg**
- **Bone Pain in the Heel Left**
- **Joint Pain in the Left Wrist**
- **Joint Pain, Localized in the Shoulder**

**Chief Complaint**
The Chief Complaint is: R leg pain.

**Referred Here**
Referred by self.

**History of Present Illness**
Jamie Reece is a 51 year old female.
• Allergy list reviewed • Problem list reviewed • Medication list reviewed with patient ᵒ Medication reconciliation performed

Patient is seen today for one-month history of "knot" on her right leg just below her knee on the medial side. She reports that there is no erythema or pain associated with it but noticed that his gotten slightly bigger over the last month. She does not recall an injury associated with it. she is not sought treatment for this previously and has not attempted home therapies of any sort either. she denies constitutional symptoms, no calf pain.

**Current Medication**
- **Cyclobenzaprine HCl 10MG Oral Tablet 10 MG 15 days, 0 refills**
- **Esomeprazole Magnesium 40 MG Oral Capsule Delayed Release 90 days, 0 refills**
- **Folic Acid 1MG Oral Tablet 1 MG 90 days, 0 refills**
- **GoodSense Esomeprazole 20MG Oral Capsule Delayed Release 20 MG 90 days, 0 refills**
- **Methotrexate 2.5MG Oral Tablet 2.5 MG 29 days, 0 refills**
- **predniSONE 20 MG Oral Tablet 6 days, 0 refills**
- **tiZANidine HCl 4 MG Oral Capsule 90 days, 0 refills**
- **traMADol HCl 50 MG Oral Tablet 1-2 po q6h prn pain, 5 days, 0 refills**
- **ZyrTEC Allergy 10 MG Tablet once a day 0 days, 0 refills**

**Past Medical/Surgical History**
**Reported:**
Medical: Arthritic joint problems.
Past surgical history non-contributory.
**Surgical:**
- Hysterectomy

**Social History**
Current diet: No recent change in diet.
Behavioral: Caffeine use. No tobacco use, not a current smoker, and smoking status: Never smoker.
Alcohol: Not using alcohol.
Drug Use: Not using drugs.
Habits: Exercising regularly.

**Allergies**
- **anti-inflammatories**

**Family History**
Cancer
Hypertension
Osteoporosis
**Maternal:**
Heart disease
Osteoporosis

**Review Of Systems**
**Systemic:** Not feeling tired (fatigue), no recent weight loss, and no recent weight gain. No edema.
**Head:** Headache. No sinus pain.
**Eyes:** No vision problems and no glaucomatous visual field defect.
**Otolaryngeal:** No hearing loss and no tinnitus. No nasal symptoms.
**Cardiovascular:** No chest pain or discomfort and no palpitations.
**Pulmonary:** No daytime asthma symptoms, no cough, and no chronic cough. No wheezing.
**Gastrointestinal:** No heartburn and no abdominal pain.
**Endocrine:** No hot flashes and no muscle weakness.
**Hematologic:** No easy bleeding and no tendency for easy bruising.
**Musculoskeletal:** No lower back pain. No soft tissue swelling. Pain localized to one or more joints.
**Neurological:** No dizziness, no convulsions, and no numbness.
**Psychological:** No anxiety, no emotional lability, no depression, and no insomnia. Not crying for no reason.
**Skin:** No dry skin, no rash, and no ulcers.
**Allergic and Immunologic:** No complaint of seasonal allergic reaction.

**Physical Findings**
- **Vitals taken 10/15/2019 10:27 am**

| | | |
|---|---|---|
| **BP-Sitting** | **149/104 mmHg** | **100 - 120/56 - 80** |
| **Height** | **67 in** | **48 - 78** |

Well-nourished, well-developed female in no apparent distress. Alert, oriented ×3. Normal mood and affect. No cervical, thoracic, lumbar or sacral tenderness. Chest lungs clear to auscultation. Cardiac regular rate and rhythm without click, gallop or murmur. Abdomen soft and nontender. musculoskeletal exam of the right knee

reveals Normal alignment. There is full extension and full flexion. Complete stability of the cruciate and collateral ligaments. No effusion. No redness or heat. Skin is intact. Grossly normal motor and sensory function. Grossly normal vascular status. there is palpable fluctuation of the area of the has anserine bursa. No tenderness to palpation and no erythema or heat.

**Tests**
2 view x-ray of the right tibia-fibula is unremarkable

**Assessment**
Right leg pes anserine bursitis

**Therapy**
- Clinical summary provided to patient.

**Plan**
I believe that this will clear up on its own without treatment today. She is also having surgery today for a Colles' fracture that she received on Friday from a fall. Her symptoms regarding her right knee are present before this fall and do not believe that they are related in any way to it. We will see her back as needed.

**Care Team**
**, NO PCP**

**Notes**
***This dictation was done with voice recognition software and may contain errors and omissions.***

Electronically signed by Jaclyn Rogers, PA-C

**Gregory L. DAngelo, M.D.**
**Electronically signed by: Dr. D'Angelo** **Date: 10/24/2019 09:46**

*BLUEGRASS ORTHOPAEDICS, PSC*
(859) 263-5140
101 Windsor Path, Ste 1
Georgetown, KY 40324-9617

**Patient:** Jamie Reece
**Date of Birth:**
**SSN (last 4 #):**

**Visit Date:** 10/28/2019
**Attending Provider:** William L. ONeill, M.D.
**Referring Provider:**

## Patient Visit Note

**Active Problems**
- **Bone Pain in Right Lower Leg**
- **Bone Pain in the Heel Left**
- **Joint Pain in the Left Wrist**
- **Joint Pain, Localized in the Shoulder**

**Chief Complaint**
The Chief Complaint is: Right wrist pain.

**Referred Here**
Referred by SJE ER.

**History of Present Illness**
Jamie Reece is a 51 year old female.
• Allergy list reviewed • Problem list reviewed • Medication list reviewed with patient ° Medication reconciliation performed

**Current Medication**
- **Cyclobenzaprine HCl 10MG Oral Tablet 10 MG 15 days, 0 refills**
- **Esomeprazole Magnesium 40 MG Oral Capsule Delayed Release 90 days, 0 refills**
- **Folic Acid 1MG Oral Tablet 1 MG 90 days, 0 refills**
- **GoodSense Esomeprazole 20MG Oral Capsule Delayed Release 20 MG 90 days, 0 refills**
- **Methotrexate 2.5MG Oral Tablet 2.5 MG 29 days, 0 refills**
- **predniSONE 20 MG Oral Tablet 6 days, 0 refills**
- **tiZANidine HCl 4 MG Oral Capsule 90 days, 0 refills**
- **ZyrTEC Allergy 10 MG Tablet once a day 0 days, 0 refills**

**Past Medical/Surgical History**
**Reported:**
Medical: Arthritic joint problems.
Past surgical history non-contributory.

**Social History**
Current diet: No recent change in diet.
Behavioral: Caffeine use. No tobacco use, not a current smoker, and smoking status: Never smoker.
Alcohol: Not using alcohol.
Drug Use: Not using drugs.
Habits: Exercising regularly.

**Allergies**
- **anti-inflammatories**

**Family History**

Cancer
Hypertension
Osteoporosis

**Review Of Systems**

**Systemic:** Not feeling tired (fatigue), no recent weight loss, and no recent weight gain. No edema.
**Head:** Headache. No sinus pain.
**Eyes:** No vision problems and no glaucomatous visual field defect.
**Otolaryngeal:** No hearing loss and no tinnitus. No nasal symptoms.
**Cardiovascular:** No chest pain or discomfort and no palpitations.
**Pulmonary:** No daytime asthma symptoms, no cough, and no chronic cough. No wheezing.
**Gastrointestinal:** No heartburn and no abdominal pain.
**Endocrine:** No hot flashes and no muscle weakness.
**Hematologic:** No easy bleeding and no tendency for easy bruising.
**Musculoskeletal:** No lower back pain. No soft tissue swelling. Pain localized to one or more joints.
**Neurological:** No dizziness, no convulsions, and no numbness.
**Psychological:** No anxiety, no emotional lability, no depression, and no insomnia. Not crying for no reason.
**Skin:** No dry skin, no rash, and no ulcers.
**Allergic and Immunologic:** No complaint of seasonal allergic reaction.

**Physical Findings**

- **Vitals taken 10/28/2019 01:06 pm jw**

| | | |
|---|---|---|
| **BP-Sitting** | **132/76 mmHg** | **100 - 120/56 - 80** |
| **Pulse Rate-Sitting** | **87 bpm** | **50 - 100** |
| **Height** | **67 in** | **48 - 78** |
| **Weight** | **175 lbs** | **98 - 183** |
| **Body Mass Index** | **27.4 kg/m2** | |
| **Body Surface Area** | **1.91 m2** | |

Incision looks good. No sign of infection. Full range of motion of fingers

**Tests**

X-ray shows anatomic reduction of the distal radius fracture with the hardware in good position

**Therapy**

- Clinical summary provided to patient.

**Counseling/Education**

- Instructions for patient see pcp for bp

**Plan**

Sutures removed today. Short cast applied. Follow up in 2 weeks

**Care Team**

**, NO PCP**

**Notes**

***This dictation was done with voice recognition software and may contain errors or omissions.***

**William L. ONeill, M.D.**
**Electronically signed by: Dr. O'Neill Date: 10/28/2019 14:16**

*BLUEGRASS ORTHOPAEDICS, PSC*
(859) 263-5140
101 Windsor Path, Ste 1
Georgetown, KY 40324-9617

**Patient:** Jamie Reece
**Date of Birth:**
**SSN (last 4 #):**

**Visit Date:** 11/11/2019
**Attending Provider:** William L. ONeill, M.D.
**Referring Provider:**

## Patient Visit Note

**Active Problems**
- **Bone Pain in Right Lower Leg**
- **Bone Pain in the Heel Left**
- **Joint Pain in the Left Wrist**
- **Joint Pain, Localized in the Shoulder**

**Chief Complaint**
The Chief Complaint is: Right wrist pain.

**Referred Here**
Referred by SJE ER.

**History of Present Illness**
Jamie Reece is a 51 year old female.
• Allergy list reviewed • Problem list reviewed • Medication list reviewed with patient ° Medication reconciliation performed

**Current Medication**
- **Cyclobenzaprine HCl 10MG Oral Tablet 10 MG 15 days, 0 refills**
- **Esomeprazole Magnesium 40 MG Oral Capsule Delayed Release 90 days, 0 refills**
- **Folic Acid 1MG Oral Tablet 1 MG 90 days, 0 refills**
- **GoodSense Esomeprazole 20MG Oral Capsule Delayed Release 20 MG 90 days, 0 refills**
- **Methotrexate 2.5MG Oral Tablet 2.5 MG 29 days, 0 refills**
- **predniSONE 20 MG Oral Tablet 6 days, 0 refills**
- **tiZANidine HCl 4 MG Oral Capsule 90 days, 0 refills**
- **ZyrTEC Allergy 10 MG Tablet once a day 0 days, 0 refills**

**Past Medical/Surgical History**
**Reported:**
Medical: Arthritic joint problems.
Past surgical history non-contributory.

**Social History**
Current diet: No recent change in diet.
Behavioral: Caffeine use. No tobacco use, not a current smoker, and smoking status: Never smoker.
Alcohol: Not using alcohol.
Drug Use: Not using drugs.
Habits: Exercising regularly.

**Allergies**
- **anti-inflammatories**

**Family History**
Cancer
Hypertension
Osteoporosis

**Review Of Systems**
**Systemic:** Not feeling tired (fatigue), no recent weight loss, and no recent weight gain. No edema.
**Head:** Headache. No sinus pain.
**Eyes:** No vision problems and no glaucomatous visual field defect.
**Otolaryngeal:** No hearing loss and no tinnitus. No nasal symptoms.
**Cardiovascular:** No chest pain or discomfort and no palpitations.
**Pulmonary:** No daytime asthma symptoms, no cough, and no chronic cough. No wheezing.
**Gastrointestinal:** No heartburn and no abdominal pain.
**Endocrine:** No hot flashes and no muscle weakness.
**Hematologic:** No easy bleeding and no tendency for easy bruising.
**Musculoskeletal:** No lower back pain. No soft tissue swelling. Pain localized to one or more joints.
**Neurological:** No dizziness, no convulsions, and no numbness.
**Psychological:** No anxiety, no emotional lability, no depression, and no insomnia. Not crying for no reason.
**Skin:** No dry skin, no rash, and no ulcers.
**Allergic and Immunologic:** No complaint of seasonal allergic reaction.

reviewed 11/11/19

**Physical Findings**
- **Vitals taken 11/11/2019 01:55 pm aek**

| | | |
|---|---|---|
| **BP-Sitting** | **135/83 mmHg** | **100 - 120/56 - 80** |
| **Pulse Rate-Sitting** | **79 bpm** | **50 - 100** |
| **Height** | **67 in** | **48 - 78** |
| **Weight** | **175 lbs** | **98 - 183** |
| **Body Mass Index** | **27.4 kg/m2** | |
| **Body Surface Area** | **1.91 m2** | |

**Therapy**
- Clinical summary provided to patient.

**Care Team**
**, NO PCP**

**Notes**
***This dictation was done with voice recognition software and may contain errors or omissions.***

**William L. ONeill, M.D.**
**Electronically signed by: Dr. O'Neill Date: 11/24/2019 19:27**

**Electronically approved by: Dr. O'Neill Date: 11/24/19 19:27**

*BLUEGRASS ORTHOPAEDICS, PSC*
(859) 263-5140
101 Windsor Path, Ste 1
Georgetown, KY 40324-9617

**Patient:** Jamie Reece
**Date of Birth:**
**SSN (last 4 #):**

**Visit Date:** 11/27/2019
**Attending Provider:** William L. ONeill, M.D.
**Referring Provider:**

## Patient Visit Note

**Active Problems**
- **Bone Pain in Right Lower Leg**
- **Bone Pain in the Heel Left**
- **Joint Pain in the Left Wrist**
- **Joint Pain, Localized in the Shoulder**

**Chief Complaint**
The Chief Complaint is: Right wrist pain.

**Referred Here**
Referred by SJE ER.

**History of Present Illness**
Jamie Reece is a 51 year old female.
• Allergy list reviewed • Problem list reviewed • Medication list reviewed with patient ° Medication reconciliation performed

**Current Medication**
- **Cyclobenzaprine HCl 10MG Oral Tablet 10 MG 15 days, 0 refills**
- **Esomeprazole Magnesium 40 MG Oral Capsule Delayed Release 90 days, 0 refills**
- **Folic Acid 1MG Oral Tablet 1 MG 90 days, 0 refills**
- **GoodSense Esomeprazole 20MG Oral Capsule Delayed Release 20 MG 90 days, 0 refills**
- **Methotrexate 2.5MG Oral Tablet 2.5 MG 29 days, 0 refills**
- **predniSONE 20 MG Oral Tablet 6 days, 0 refills**
- **tiZANidine HCl 4 MG Oral Capsule 90 days, 0 refills**
- **ZyrTEC Allergy 10 MG Tablet once a day 0 days, 0 refills**

**Past Medical/Surgical History**
**Reported:**
Medical: Arthritic joint problems.
Past surgical history non-contributory.

**Social History**
Current diet: No recent change in diet.
Behavioral: Caffeine use. No tobacco use, not a current smoker, and smoking status: Never smoker.
Alcohol: Not using alcohol.
Drug Use: Not using drugs.
Habits: Exercising regularly.

**Allergies**
- **anti-inflammatories**

**Family History**
Cancer
Hypertension
Osteoporosis

**Review Of Systems**
**Systemic:** Not feeling tired (fatigue), no recent weight loss, and no recent weight gain. No edema.
**Head:** Headache. No sinus pain.
**Eyes:** No vision problems and no glaucomatous visual field defect.
**Otolaryngeal:** No hearing loss and no tinnitus. No nasal symptoms.
**Cardiovascular:** No chest pain or discomfort and no palpitations.
**Pulmonary:** No daytime asthma symptoms, no cough, and no chronic cough. No wheezing.
**Gastrointestinal:** No heartburn and no abdominal pain.
**Endocrine:** No hot flashes and no muscle weakness.
**Hematologic:** No easy bleeding and no tendency for easy bruising.
**Musculoskeletal:** No lower back pain. No soft tissue swelling. Pain localized to one or more joints.
**Neurological:** No dizziness, no convulsions, and no numbness.
**Psychological:** No anxiety, no emotional lability, no depression, and no insomnia. Not crying for no reason.
**Skin:** No dry skin, no rash, and no ulcers.
**Allergic and Immunologic:** No complaint of seasonal allergic reaction.

**Physical Findings**
- **Vitals taken 11/27/2019 08:36 am**
  **hav**

| | | |
|---|---|---|
| **BP-Sitting** | **102/70 mmHg** | **100 - 120/56 - 80** |
| **Pulse Rate-Sitting** | **74 bpm** | **50 - 100** |
| **Height** | **67 in** | **48 - 78** |
| **Weight** | **175 lbs** | **98 - 183** |
| **Body Mass Index** | **27.4 kg/m2** | |
| **Body Surface Area** | **1.91 m2** | |

Incision looks good. Range of motion of fingers.

**Tests**
X-ray shows anatomic reduction of the fracture with the hardware in good position

**Therapy**
- Clinical summary provided to patient.

**Plan**
Refer to physical therapy for range of motion and scar massage and follow up in 3 weeks

**Care Team**
**, NO PCP**

**Notes**
***This dictation was done with voice recognition software and may contain errors or omissions.***

**William L. ONeill, M.D.**
**Electronically signed by: Dr. O'Neill Date: 11/27/2019 08:56**

**Electronically approved by: Dr. O'Neill Date: 11/27/19 08:56**

*BLUEGRASS ORTHOPAEDICS, PSC*
(859) 263-5140
101 Windsor Path, Ste 1
Georgetown, KY 40324-9617

**Patient:** Jamie Reece
**Date of Birth:**
**SSN (last 4 #):**

**Visit Date:** 12/18/2019
**Attending Provider:** William L. ONeill MD
**Referring Provider:**

## Patient Visit Note

**Active Problems**
- **Bone Pain in Right Lower Leg**
- **Bone Pain in the Heel Left**
- **Joint Pain in the Left Wrist**
- **Joint Pain, Localized in the Shoulder**

**Chief Complaint**
The Chief Complaint is: Right wrist pain.

**Referred Here**
Referred by SJE ER.

**History of Present Illness**
Jamie Reece is a 51 year old female.
• Allergy list reviewed • Problem list reviewed • Medication list reviewed with patient ° Medication reconciliation performed

**Current Medication**
- **Cyclobenzaprine HCl 10MG Oral Tablet 10 MG 15 days, 0 refills**
- **Esomeprazole Magnesium 40 MG Oral Capsule Delayed Release 90 days, 0 refills**
- **Folic Acid 1MG Oral Tablet 1 MG 90 days, 0 refills**
- **GoodSense Esomeprazole 20MG Oral Capsule Delayed Release 20 MG 90 days, 0 refills**
- **Methotrexate 2.5MG Oral Tablet 2.5 MG 29 days, 0 refills**
- **predniSONE 20 MG Oral Tablet 6 days, 0 refills**
- **tiZANidine HCl 4 MG Oral Capsule 90 days, 0 refills**
- **ZyrTEC Allergy 10 MG Tablet once a day 0 days, 0 refills**

**Past Medical/Surgical History**
**Reported:**
Medical: Arthritic joint problems.
Past surgical history non-contributory.

**Social History**
Current diet: No recent change in diet.
Behavioral: Caffeine use. No tobacco use, not a current smoker, and smoking status: Never smoker.
Alcohol: Not using alcohol.
Drug Use: Not using drugs.
Habits: Exercising regularly.

**Allergies**
- **anti-inflammatories**

**Family History**
Cancer
Hypertension
Osteoporosis

**Review Of Systems**
**Systemic:** Not feeling tired (fatigue), no recent weight loss, and no recent weight gain. No edema.
**Head:** Headache. No sinus pain.
**Eyes:** No vision problems and no glaucomatous visual field defect.
**Otolaryngeal:** No hearing loss and no tinnitus. No nasal symptoms.
**Cardiovascular:** No chest pain or discomfort and no palpitations.
**Pulmonary:** No daytime asthma symptoms, no cough, and no chronic cough. No wheezing.
**Gastrointestinal:** No heartburn and no abdominal pain.
**Endocrine:** No hot flashes and no muscle weakness.
**Hematologic:** No easy bleeding and no tendency for easy bruising.
**Musculoskeletal:** No lower back pain. No soft tissue swelling. Pain localized to one or more joints.
**Neurological:** No dizziness, no convulsions, and no numbness.
**Psychological:** No anxiety, no emotional lability, no depression, and no insomnia. Not crying for no reason.
**Skin:** No dry skin, no rash, and no ulcers.
**Allergic and Immunologic:** No complaint of seasonal allergic reaction.

**Physical Findings**
- **Vitals taken 12/18/2019 08:31 am dlp**

| | | |
|---|---|---|
| **BP-Sitting R** | **113/66 mmHg** | **100 - 120/56 - 80** |
| **Pulse Rate-Sitting** | **81 bpm** | **50 - 100** |
| **Height** | **67 in** | **48 - 78** |
| **Weight** | **175 lbs** | **98 - 183** |
| **Body Mass Index** | **27.4 kg/m2** | |
| **Body Surface Area** | **1.91 m2** | |

Excellent range of motion of hand and wrist. Well-healed scar right wrist

**Tests**
X-ray shows anatomic reduction of the fracture with the hardware in good position

**Therapy**
- Clinical summary provided to patient.

**Plan**
Follow-up as needed

**Care Team**
**, NO PCP**

**Notes**
***This dictation was done with voice recognition software and may contain errors or omissions.***

**William L. ONeill MD**
**Electronically signed by: Dr. O'Neill Date: 12/30/2019 08:41**

**Electronically approved by: Dr. O'Neill Date: 12/30/19 08:41**

**Patient:** **198482 - Jamie Reece**
**DOB:**

**Date:** **11/24/2020 09:30**
**Provider:** **Balthrop, John E. MD**
**Encounter:** **Non Physician Specified**

## ACTIVE PROBLEMS
- Bone Pain in Right Lower Leg
- Bone Pain in the Heel Left
- Joint Pain in the Left Wrist
- Joint Pain in the Right Hip
- Joint Pain, Localized in the Shoulder

## CHIEF COMPLAINT
The Chief Complaint is: Right hip pain.

## REFERRED HERE
Referred by pcp.

## HISTORY OF PRESENT ILLNESS
Jamie Reece is a 52 year old female.

• Allergy list reviewed • Problem list reviewed • Medication list reviewed with patient ° Medication reconciliation performed

• Previous history of new onset pain Injury is not work related or an automotive accident. few months
• Pain is constant (100% of the time)

• Patient pain level from 1-10: 1-6 • Yes, previous treatment. Dr. Roden pain med • History of Physical Therapy • History of Home Exercise

## CURRENT MEDICATION
- Cyclobenzaprine HCl 10MG Oral Tablet 10 MG 15 days, 0 refills
- Esomeprazole Magnesium 40 MG Oral Capsule Delayed Release 90 days, 0 refills
- Folic Acid 1MG Oral Tablet 1 MG 90 days, 0 refills
- GoodSense Esomeprazole 20MG Oral Capsule Delayed Release 20 MG 90 days, 0 refills
- Methotrexate 2.5MG Oral Tablet 2.5 MG 29 days, 0 refills
- predniSONE 20 MG Oral Tablet 6 days, 0 refills
- tiZANidine HCl 4 MG Oral Capsule 90 days, 0 refills
- ZyrTEC Allergy 10 MG Tablet once a day 0 days, 0 refills

## PAST MEDICAL/SURGICAL HISTORY
**Reported:**
Medications: No recent immunization for flu and not for pneumococcal pneumonia.
Past medical and surgical history non-contributory.

## SOCIAL HISTORY
Not a current smoker.
Current diet: No recent change in diet.
Behavioral: Caffeine use. No tobacco use and not a current smoker. Non-smoker. Smoking status: Never smoker.
Alcohol: Not using alcohol.

**Patient:** **198482 - Jamie Reece**
**DOB:**

**Date:** **11/24/2020 09:30**
**Provider:** **Balthrop, John E. MD**
**Encounter:** **Non Physician Specified**

Drug Use: Not using drugs.
Habits: Exercising regularly.

## ALLERGIES

- anti-inflammatories

## FAMILY HISTORY

No significant family history

## REVIEW OF SYSTEMS

**Systemic:** Not feeling tired (fatigue), no recent weight loss, and no recent weight gain.
**Head:** No headache and no sinus pain.
**Eyes:** No vision problems, no Cataracts, no Glasses/Contacts, and no Glaucoma.
**Otolaryngeal:** No hearing loss and no tinnitus.
**Cardiovascular:** No chest pain or discomfort, no palpitations, no Hypertension, and no High Cholesterol.
**Pulmonary:** No daytime asthma symptoms and no chronic cough. No wheezing.
**Gastrointestinal:** No heartburn and no abdominal pain. No Indigestion, no Acid Reflux, no Peptic Ulcer, no GI Stomach Bleed, and no Ulcers.
**Endocrine:** No hot flashes, no muscle weakness, no Diabetes, no Hypothyroid, and no Hyperthyroid.
**Hematologic:** No easy bleeding, no tendency for easy bruising, and no Anemia.
**Musculoskeletal:** No Arthritis and no lower back pain. No soft tissue swelling and no localized joint pain.
**Neurological:** No dizziness, no convulsions, and no numbness.
**Psychological:** No anxiety, no emotional lability, no depression, and no insomnia. Not crying for no reason.
**Skin:** No dry skin. No Ulcers, no Scars, and no rash.
**Allergic and Immunologic:** No complaint of seasonal allergic reaction.

## PHYSICAL FINDINGS

- Vitals taken 11/24/2020 09:28 am

ek

| | | |
|---|---|---|
| BP-Sitting | 119/75 mmHg | 100 - 120/56 - 80 |
| Pulse Rate-Sitting | 58 bpm | 50 - 100 |
| Height | 67 in | 48 - 78 |
| Weight | 175 lbs | 98 - 183 |
| Body Mass Index | 27.4 kg/m2 | |
| Body Surface Area | 1.91 m2 | |

## ASSESSMENT

Jamie Reese is a 52-year-old woman who comes today for evaluation of right "hip pain". She formerly worked at Toyota but the repetitive activity caused problems for which he ultimately was diagnosed as having chronic regional pain syndrome without any injury and also subsequently developed psoriatic arthritis which is currently being managed. She complains of chronic pain in the right hip but states back more than 10 years. At one time she was placed on corticosteroids and this did help but did not eliminate the problem. She says if she lays on her right side it bothers her. The pain is located her deep in her groin deep in her buttock and even extending up near her waist i.e. the brim of the pelvis. Occasionally has pain

**Patient:** **198482 - Jamie Reece**
**DOB:**

**Date:** **11/24/2020 09:30**
**Provider:** **Balthrop, John E. MD**
**Encounter:** **Non Physician Specified**

down the front of her leg but not beyond the knee. She saw what she called "my arthritis doctor". X-rays were obtained and were negative pain management doctor felt like her pain was likely due to arthritis. But the question was raised of this coming from her back.
An MRI of her back was performed but the findings were nonspecific amous age-related facet by pathology without any significant signs of stenosis.patient says if she crosses her legs it hurts in her groin or outside in her hip. Notably she is scheduled for a procedure next month for a gynecologic "abnormality of her pelvic floor". I explained her that this could actually cause some pain in the groin and buttock as well. I did however emphasize this is out of my area of expertise.
Patient has been sent to physical therapy in the past and she had much of her own rehab at home. She recently has been concerned about being exposed to Covid 19
**Physical examination** of her hip is essentially normal
She demonstrates normal range of motion of the right hip in ahduction, abduction, flexion and extension, circumduction, logrolling.
Logrolling and circumduction also performed painlessly.
Patient can sit with knees and feet separated widely then touch the knees together demonstrating normal internal rotation. Also can pull each knee directly to chest equally and symmetrically. (Notably these last 2 tests are often not possible with true hip joint disease)

X-rays were reviewed and I thought they were completely normal as well have no signs of any bony pathology.
Impression I do not think this is actually hip joint pathology. The only think I can anticipate with the bip joint per se that could have a normal exam and x-rays would be early AVN. We therefore entertain an MRI for evaluation of her pelvis and her otherwise I suspect this is going to be a non-orthopedic problem

## THERAPY

- Referral to physician see pcp for bp.

## PLAN

- **Other**
  Valium 2 MG tablet use as directed take 1 tablet 1 hour prior to MRI/taken second tab if needed thirty minutes prior to MRI, 30 days, 0 refills

## PRACTICE MANAGEMENT

Use of tobacco assessment performed.

## CARE TEAM

, NO PCP

## NOTES

***This dictation was done with the voice recognition software and may contain errors and omissions.***

**Patient:** 198482 - Jamie Reece
**DOB:**

**Date:** 11/24/2020 09:30
**Provider:** Balthrop, John E. MD
**Encounter:** Non Physician Specified

**John E. Balthrop MD**
**Electronically signed by: Dr.John Balthrop Date: 11/24/2020 13:31**

**Electronically approved by: Dr.John Balthrop Date: 11/24/20 13:32**

American Imaging Consultants, PLLC
*Your Strategic Partner for Teleradiology Solutions*

Dale R. Absher, M.D.
J. Alex Harper, M.D.
Charles M. Kenney III, M.D.
Jon K. Kostelic, M.D.
A. David Westerfield IV, M.D.

# Final Report

| | |
|---|---|
| NAME: | REECE, JAMIE |
| D.O.B. / SEX: | / Female |
| MRN / ACC#: | 198482 / 1721203 |
| ORDERING PHYSICIAN: | John Balthrop, M.D., |
| EXAM REQUESTED: | 73721--MRI JOINT LOWER EXTREMITY W/O CONTRAST RIGHT HIP |
| FACILITY: | Bluegrass Orthopaedics |
| DATE: | 12/7/2020 |
| RADIOLOGIST NAME: | Kostelic, Jon |

**CLINICAL HISTORY:**

.
right hip pain.

**FINDINGS:**

Multiplanar MR imaging of the right hip was performed without contrast. There is no evidence of fracture or dislocation. There is mild narrowing of the hip joint space. The femoral heads have normal smooth contour. There is no evidence of avascular necrosis. No bony mass is identified. No labral tear is identified. No significant joint effusion is seen. The tendons are intact. The musculature is intact. No soft tissue mass or cyst is identified.

**IMPRESSION:**

Unremarkable MRI of the right hip.

Reviewed, Interpreted and Dictated by Kostelic, Jon, Transcribed by Belinda Wittich
Signed by Kostelic, Jon on 12/7/2020 3:17:27 PM, Eastern Time BW

**Patient:** **198482 - Jamie Reece**
**DOB:**

**Date:** **12/08/2020 14:15**
**Provider:** **Balthrop, John E. MD**
**Encounter:** **Follow Up**

## ACTIVE PROBLEMS

- Bone Pain in Right Lower Leg
- Bone Pain in the Heel Left
- Joint Pain in the Left Wrist
- Joint Pain in the Right Hip
- Joint Pain, Localized in the Shoulder

## CHIEF COMPLAINT

The Chief Complaint is: Right hip pain.

## REFERRED HERE

Referred by pcp.

## HISTORY OF PRESENT ILLNESS

Jamie Reece is a 52 year old female.

• Allergy list reviewed • Problem list reviewed • Medication list reviewed with patient ° Medication reconciliation performed

• Previous history of new onset pain Injury is not work related or an automotive accident. few months • Pain is constant (100% of the time)

• Patient pain level from 1-10: 1-6 • Yes, previous treatment. Dr. Roden pain med • History of Physical Therapy • History of Home Exercise

## CURRENT MEDICATION

- Cyclobenzaprine HCl 10MG Oral Tablet 10 MG 15 days, 0 refills
- Esomeprazole Magnesium 40 MG Oral Capsule Delayed Release 90 days, 0 refills
- Folic Acid 1MG Oral Tablet 1 MG 90 days, 0 refills
- GoodSense Esomeprazole 20MG Oral Capsule Delayed Release 20 MG 90 days, 0 refills
- Methotrexate 2.5MG Oral Tablet 2.5 MG 29 days, 0 refills
- predniSONE 20 MG Oral Tablet 6 days, 0 refills
- tiZANidine HCl 4 MG Oral Capsule 90 days, 0 refills
- Valium 2 MG Oral Tablet use as directed take 1 tablet 1 hour prior to MRI/taken second tab if needed thirty minutes prior to MRI, 30 days, 0 refills
- ZyrTEC Allergy 10 MG Tablet once a day 0 days, 0 refills

## PAST MEDICAL/SURGICAL HISTORY

**Reported:**

Medications: No recent immunization for flu and not for pneumococcal pneumonia.
Past medical and surgical history non-contributory.

## SOCIAL HISTORY

Not a current smoker.
Current diet: No recent change in diet.
Behavioral: Caffeine use. No tobacco use and not a current smoker. Non-smoker. Smoking status: Never

**Patient:** **198482 - Jamie Reece**
**DOB:**

**Date:** **12/08/2020 14:15**
**Provider:** **Balthrop, John E. MD**
**Encounter:** **Follow Up**

smoker.
Alcohol: Not using alcohol.
Drug Use: Not using drugs.
Habits: Exercising regularly.

## ALLERGIES

- anti-inflammatories

## FAMILY HISTORY

No significant family history

## PHYSICAL FINDINGS

- Vitals taken 12/08/2020 02:38 pm

ml

| | | |
|---|---|---|
| BP-Sitting | 111/72 mmHg | 100 - 120/56 - 80 |
| Pulse Rate-Sitting | 80 bpm | 50 - 100 |
| Height | 67 in | 48 - 78 |
| Weight | 175 lbs | 98 - 183 |
| Body Mass Index | 27.4 kg/m2 | |
| Body Surface Area | 1.91 m2 | |

## ASSESSMENT

Jamie Reece returns for reevaluation of her right hip and review of the recently performed MRI. I went over the MRI images with her in detail using guide hip model to explain what we are visualizing. I saw no abnormalities with the bony architecture, the joint, the adjacent musculature. Essentially I felt that she had a normal MRI.
I explained to her that a Radiologist had reviewed the MRI and his report read "unremarkable MRI of right hip"
I furthermore discussed with her that this was what I had actually anticipated. After her first visit /initial evaluation 2 weeks ago I thought this was unlikely to be an orthopedic problem. Nevertheless I felt compelled to evaluate further with an MRI.
This further supported my initial impression that this is not a hip joint pathology or orthopedic problem. I suspect it may be gynecologic in nature. Other possibilities are that is coming from her spine or abdomen. Nothing else to recommend at this time. Recheck when necessary

## THERAPY

- Referral to physician see pcp for bp.

## PRACTICE MANAGEMENT

Use of tobacco assessment performed.

## CARE TEAM

, NO PCP

**Patient:** **198482 - Jamie Reece**
**DOB:**

**Date:** **12/08/2020 14:15**
**Provider:** **Balthrop, John E. MD**
**Encounter:** **Follow Up**

NOTES

*This dictation was done with the voice recognition software and may contain errors and omissions.*

**John E. Balthrop MD**
**Electronically signed by: Dr.John Balthrop Date: 12/08/2020 15:27**

**Electronically approved by: Dr.John Balthrop Date: 12/08/20 15:28**

*BLUEGRASS ORTHOPAEDICS, PSC*
(859) 263-5140
101 Windsor Path, Ste 1
Georgetown, KY 40324-9617

**Patient:** Jamie Reece
**Date of Birth:**
**SSN (last 4 #):**

**Visit Date:** 08/02/2021
**Attending Provider:** William L. O'Neill MD
**Referring Provider:**

## Patient Visit Note

**Active Problems**
- **Bone Pain in Right Lower Leg**
- **Bone Pain in the Heel Left**
- **Joint Pain in the Left Wrist**
- **Joint Pain in the Right Hip**
- **Joint Pain, Localized in the Shoulder**
- **Pain in the Right Hand Only**

**Chief Complaint**
The Chief Complaint is: (R) hand pain.

**Referred Here**
Referred by pcp and referred by SJE ER.

**History of Present Illness**
Jamie Reece is a 52 year old female.
• Allergy list reviewed • Problem list reviewed • Medication reconciliation performed • Medication list reviewed with patient

**Current Medication**
- **Calcium Citrate-Vitamin D 200-125 MG-UNIT Oral Tablet take as directed 0 days, 0 refills**
- **Culturelle Probiotics + Multiv Oral Tablet Chewable take as directed 0 days, 0 refills**
- **Esomeprazole Magnesium 40 MG Oral Capsule Delayed Release take as directed 90 days, 0 refills**
- **Estradiol 0.1 MG/GM Vaginal Cream take as directed 0 days, 0 refills**
- **Lyrica 150 MG Oral Capsule take as directed 0 days, 0 refills**
- **Montelukast Sodium 10 MG Oral Tablet three times a day 30 days, 0 refills**
- **NexIUM 20 MG Oral Packet take as directed 0 days, 0 refills**

**Past Medical/Surgical History**
**Reported:**
Medical: Arthritic joint problems.
Immunization History: No recent immunization for flu and not for pneumococcal pneumonia.
Past medical and surgical history non-contributory.
Past surgical history non-contributory.

**Social History**
Not a current smoker.
Current diet: No recent change in diet.
Caffeine use: Caffeine use.
Tobacco use: No tobacco use and not a current smoker. Non-smoker. Smoking

status: Never smoker.
Alcohol: Not using alcohol.
Drug Use: Not using drugs.
Habits: Exercising regularly.

**Allergies**
- **HYDROcodone-Acetaminophen Reaction: Skin Rashes (Moderate)**

**Family History**
Cancer
No significant family history
Hypertension
Osteoporosis

**Review Of Systems**
**Systemic:** Not feeling tired, no recent weight loss, and no recent weight gain. No edema.
**Head:** Headache. No sinus pain.
**Eyes:** No vision problems and no glaucomatous visual field defect.
**Otolaryngeal:** No hearing loss and no tinnitus. No nasal symptoms.
**Cardiovascular:** No chest pain or discomfort and no palpitations.
**Pulmonary:** No daytime asthma symptoms, no cough, and no chronic cough. No wheezing.
**Gastrointestinal:** No heartburn and no abdominal pain.
**Endocrine:** No hot flashes and no muscle weakness.
**Hematologic:** No easy bleeding and no tendency for easy bruising.
**Musculoskeletal:** No lower back pain. No soft tissue swelling. Pain localized to one or more joints.
**Neurological:** No dizziness, no convulsions, and no numbness.
**Psychological:** No anxiety, no emotional lability, no depression, and no insomnia. Not crying for no reason.
**Skin:** No dry skin, no rash, and no ulcers.
**Allergic and Immunologic:** No complaint of seasonal allergic reaction.

Reviewed 8/2/21

**Physical Findings**
- **Vitals taken 08/02/2021 01:43 pm**

| | | |
|---|---|---|
| **SNM** | | |
| **BP-Sitting** | **103/75 mmHg** | **100 - 120/56 - 80** |
| **Pulse Rate-Sitting** | **97 bpm** | **50 - 100** |
| **Height** | **67 in** | **48 - 78** |
| **Weight** | **185 lbs** | **98 - 183** |
| **Body Mass Index** | **29.0 kg/m2** | |
| **Body Surface Area** | **1.96 m2** | |

Patient has a nodule in her right palm

**Therapy**
- Clinical summary provided to patient.

**Plan**
DIP joint disease right hand. I reassured the patient that I do not expect her to have any major difficulty from this for the foreseeable future but should any contractures develop to come back and see me

**Practice Management**
Use of tobacco assessment performed.

**Care Team**
**, NO PCP**
**Collin MD St. Clair**

**Notes**
***This dictation was done with the voice recognition software and may contain errors and omissions.***

**William L. O'Neill MD**
**Electronically signed by: Dr. O'Neill Date: 08/02/2021 13:56**

**Electronically approved by: Dr. O'Neill Date: 08/02/21 13:56**

Store: Costco Pharmacy #01156
1500 Fitzgerald Ct
Lexington, KY 40509
Phone: 8592453630

# Patient Tax / Insurance

**1999-01-01 to 2019-02-18**

Date: 02/18/2019
Time: 3:27 pm

DEA: Patient: REECE, JAMIE Address: DOB: Sex: F

| Store# | Rx# | Ref# | Disp Date | Qty Disp | Drug / NDC | Prescriber | Patient Paid/CPN | TP Plan | Ins Paid |
|---|---|---|---|---|---|---|---|---|---|
| 1156 | 6056224 | 0 | 01/10/2019 | 0.5 | FLUCELVAX QUAD 0.5 ML INJ SE<br>70461-0318-03 DAW:0 | MANN, WINNIE LOU<br>DS:1 | $0.00 | Medco Commercial | $19.99 |
| 1156 | 6056225 | 0 | 01/10/2019 | 1 | HAVRIX 1,440 ELU/ML INJ GLAX<br>58160-0826-52 DAW:0 | MANN, WINNIE LOU<br>DS:1 | $0.00 | Medco Commercial | $66.53 |
| 1156 | 4004527 | 0 | 12/20/2018 | 60 | TRAMADOL HCL 50 MG TAB SUNP<br>57664-0377-08 DAW:0 | RODEN, KATHERINE SEBASTIAN<br>DS:30 | $1.30 | Medco Commercial | $1.38 |
| 1156 | 4004511 | 0 | 12/14/2018 | 90 | GABAPENTIN 600 MG TAB AURO<br>65862-0523-01 DAW:0 | RODEN, KATHERINE SEBASTIAN<br>DS:30 | $6.13 | Medco Commercial | $0.00 |
| 1156 | 6055172 | 0 | 12/14/2018 | 90 | BACLOFEN 10 MG TAB NORT<br>16714-0071-04 DAW:0 | RODEN, KATHERINE SEBASTIAN<br>DS:30 | $5.50 | Medco Commercial | $0.00 |
| 1156 | 2004783 | 0 | 11/16/2018 | 90 | HYDROCO/APAP 10-325 TAB AURO<br>13107-0021-01 DAW:0 | RODEN, KATHERINE SEBASTIAN<br>DS:30 | $10.00 | Medco Commercial | $0.00 |

**Total Prescriptions for Patient: 6** **$22.93** **$87.90**

I/WE THE UNDERSIGNED PHARMACIST(S) HAVE REVIEWED THE ABOVE PRESCRIPTION LOG AND HAVE FOUND THE INFORMATION TO BE COMPLETE AND ALL ENTRIES BEARING MY/OUR INITIALS CORRECT AND ACCURATE

____________________, RPh

RECEIVED
FEB 22 2019
MPTL

**Store:** Costco Pharmacy #01156
1500 Fitzgerald Ct
Lexington, KY 40509
**Phone:** 8592453630
**DEA:** FC4203042 **Patient:** REECE, JAMIE **Address:** **DOB:** **Sex:** F

# Patient Tax / Insurance

**2019-02-09 to END**

**Date:** 10/27/2021
**Time:** 1:36 pm

| Store# | Rx# | Ref# | Disp Date | Qty Disp | Drug / NDC | Prescriber | Patient Paid/CPN | TP Plan | Ins Paid |
|---|---|---|---|---|---|---|---|---|---|
| 1156 | 6086079 | 0 | 09/23/2020 | 1 | SHINGRIX 50/0.5ML INJ GLAX 58160-0819-12 DAW:0 | MANN, WINNIE LOU MD DS:1 | $0.00 | Esi Commercial | $141.45 |
| 1156 | 6086080 | 0 | 09/23/2020 | 0.5 | FLUCLVX QUAD 0.5 ML INJ SEQI 70461-0320-03 DAW:0 | MANN, WINNIE LOU MD DS:1 | $0.00 | Esi Commercial | $19.99 |
| 1156 | 6069913 | 0 | 11/07/2019 | 0.5 | AFLURIA QUAD 0.5 ML INJ SEQI 33332-0319-01 DAW:0 | MANN, WINNIE LOU MD DS:1 | $0.00 | Esi Commercial | $15.30 |
| **Total Prescriptions for Patient:** | | | | **3** | | | **$0.00** | | **$176.74** |

I/WE THE UNDERSIGNED PHARMACIST(S) HAVE REVIEWED THE ABOVE PRESCRIPTION LOG AND HAVE FOUND THE INFORMATION TO BE COMPLETE AND ALL ENTRIES BEARING MY/OUR INITIALS CORRECT AND ACCURATE

______________________________, RPh



7002

**Lincoln/Reece 1158**

**Encounter #1**

**History & Physical Report**
**3/6/2017: Office Visit - WELL WOMAN EXAM (NO GYNECOLOGICAL EXAM) (Z00.00), SCREENING FOR DEPRESSION (Z13.89), PAIN, JOINT, HIP, RIGHT (M25.551), BREAST CANCER SCREENING (Z12.39), BMI 22.0-22.9, ADULT (Lindsey H. Clickner, APRN)**
Jamie Reece
3/6/2017 6:00 PM
Location: Hamburg
Patient #: 7061990
DOB:
Married / Language: English / Race: White
Female

History of Present Illness (Lindsey H. Clickner APRN; 3/6/2017 8:10 PM)
The patient is a 48 year old female who presents with a complaint of Establish Physician - Female. The patient feels well with minor complaints, has good energy level and is sleeping well. Pap smear: Date: (Has had TAH/BSO). Nutrition: balanced diet. Patient exercises a weekly. Patient sleeps 7 hours per night. Note for "Establish Physician - Female": 3/6/2017 Patient in to establish care with new PCP.

Additional reasons for visit:

Leg pain is described as the following:
The onset of the leg pain has been sudden following an incident not at work and has been occurring in a persistent pattern for 1 month. The course has been constant. The leg pain is described as a mild to moderate dull aching. The leg pain involves the right leg. The leg pain is described as being located in the hip. There has been associated decreased range of motion, limping and tingling, while there has been no catching, locking, numbness or swelling in the leg. The pain is aggravated by lifting and sitting. The pain is relieved by heat and ice.
Pt would like to have full PE today; she is not able to come back to the doctor due to her work schedule.
HPI and PFSH reviewed , Lindsey H. Clickner, APRN

Problem List/Past Medical (Ivy N Griffin; 3/6/2017 6:15 PM)
GERD (GASTROESOPHAGEAL REFLUX DISEASE) (K21.9)

Allergies (Phreesia Administrator; 3/6/2017 6:00 PM)
No Known Drug Allergies 03/06/2017

Family History (Phreesia Administrator; 3/6/2017 6:00 PM)
Arthritis Mother, Maternal Grandmother. Phreesia 03/06/2017
Coronary Artery Disease Mother, Maternal Grandmother. Phreesia 03/06/2017
Hypothyroidism Mother, Sister, Maternal Grandmother. Phreesia 03/06/2017

Social History (Phreesia Administrator; 3/6/2017 6:00 PM)
Tobacco Use Former smoker. Phreesia 03/06/2017
Alcohol use Moderate alcohol use. Phreesia 03/06/2017
No drug use Phreesia 03/06/2017
Marital status Married. Phreesia 03/06/2017
Highest Education Level Attained Some college. Phreesia 03/06/2017
Exercise 5 x week. Phreesia 03/06/2017

Medication History (Ivy N Griffin; 3/6/2017 6:14 PM)
Estradiol (1MG Tablet, 1 Oral daily) Active.
NexIUM (40MG Capsule DR, 1 Oral daily) Active.
Multivitamin Adult (Oral daily) Active.
Medications Reconciled

Past Surgical History (Phreesia Administrator; 3/6/2017 6:00 PM)
Hysterectomy with Bilateral Oophorectomy Phreesia 03/06/2017
Tonsillectomy Phreesia 03/06/2017
Wisdom Teeth Extraction Phreesia 03/06/2017
Other Surgery Phreesia 03/06/2017

Health Maintenance History (Ivy N Griffin; 3/6/2017 6:16 PM)
Pap smear Not indicated per the USPSTF. TAH/BSO 3/6/2017
Depression Screen Annual (G0444) 03/06/2017 Repeat in 1 year..
Screening Annual Mammography (77067) Ordered. 3/6/2017
Boostrix - TDAP (90715) Unknown
Flu Vaccine (90656) 2016 Repeat in 1 year..

Review of Systems (Lindsey H. Clickner APRN; 3/6/2017 8:10 PM)
**General** Present- Fatigue. Not Present- Appetite Loss, Chills, Dietary Changes, Feeling well, Fever, Good general health lately, Night Sweats, Persistent Infections, Recent Exposure, Recent Travel, Weight Gain and Weight Loss.
**Skin** Present- Psoriasis (controlled with probiotics per pt) and Varicose veins. Not Present- acne, Bruising, Change in Wart/Mole, Eczema, Itching, Nail Changes, Rash and Rosacea.
**HEENT** Not Present- Deafness, Decreased Hearing, Ear Pain, Eye Pain, Glaucoma, Headache, Hearing Loss, Nose Bleed, Ringing in the Ears, Seasonal Allergies, Sinus problems, Sleep Apnea, Visual Disturbances and Wears glasses/contact lenses.
**Neck** Not Present- Swollen Glands.
**Respiratory** Not Present- Asthma, Chronic Obstructive Pulmonary Disease (COPD), Cough, Emphysema, Hemoptysis, Short of breath and Wheezing.
**Breast** Not Present- Breast Pain and Nipple Discharge.
**Cardiovascular** Not Present- Atrial Fibrillation, Chest Pain, Congestive Heart Failure (CHF), Coronary Artery Disease, Edema, Fainting / Blacking Out, Heart Stent, High Cholesterol, Hypertension, Murmur, Palpitations, Peripheral Vascular Disease, Shortness of Breath and Swelling of Extremities.
**Gastrointestinal** Present- Dysphagia (followed by GI doctor; Dr Chen. Esophageal stretching.). Not Present- Abdominal Pain, Barrett's Esophagus, Black, Tarry Stool, Change in Bowel Habits, Constipation, Diarrhea, Difficulty Swallowing, Gastro-Esophageal Reflux, Hemorrhoids, Irritable Bowel, Jaundice, Loss of apetite, Nausea, Rectal Bleeding and Vomiting.
**Female Genitourinary** Not Present- Blood in Urine, Change In Bladder Habits, Chronic Kidney Disease, Flank Pain, Frequency, Menstrual Irregularities, Nocturia, Painful Urination, Urinary Complaints, Vaginal Discharge and Vaginal itching/burning.
**Musculoskeletal** Present- Hip Pain, Joint Pain and Muscle Pain. Not Present- Arthritis, Back Pain, Difficulty walking, Fibromyalgia, Gout, Joint Stiffness, Known Accident or Injury, Leg Cramps, Osteoporosis/Osteopenia and Swelling of Extremities.
**Neurological** Not Present- Decreased Memory, Difficulty Speaking, Dizziness, Headaches, History of TIA/Stroke/CVA, Incontinence Stool, Incontinence Urine, Migraine Headache, Numbness & Tingling, Radiculopathy, Seizures, Stroke, Tremor, Trouble walking, Vertigo, Weakness and Weakness In Extremities.
**Psychiatric** Not Present- Anxiety, Attention Deficite, Bipolar Disorder, Depression, Impaired Cognitive Function, Inability to Concentrate, Insomnia, Memory loss, Obsessive Compulsive Disorder (OCD), Panic Attacks and Post-Traumatic Stress Disorder.
**Endocrine** Not Present- Cold Intolerance, Diabetes, Dry skin, Excessive Thirst, Excessive Urination, Glandular or hormone problem, Hair Loss, Hot flashes, Libido Change, Menopause, Poly-Cystic Ovarian Syndrome (PCOS) and Thyroid Problems.
**Hematology** Not Present- Anemia, Blood Clots, Easy Bleeding, Easy Bruising, Past transfusion, Slow to heal after cuts, Vein Problems and Vitamin Deficiency.

Vitals (Ivy N. Griffin; 3/6/2017 6:18 PM)
3/6/2017 6:10 PM
**Weight:** 146.44 lb **Height:** 67 in
**Body Surface Area:** 1.77 m² **Body Mass Index:** 22.94 kg/m²
**Temp.:** 98.5° F (Tympanic) **Pulse:** 80 (Regular) P.OX: 99% (Room air)
**BP:** 110/60 (Sitting, Left Arm, Standard)

Physical Exam (Lindsey H. Clickner APRN; 3/6/2017 8:13 PM)
**Integumentary**
**General Characteristics**
**Overall examination of the patient's skin reveals -** no rashes, no suspicious lesions and no evidence of photo damage.

**ENMT**
**Global Assessment**
**Examination of related systems reveals -** alert and oriented X3, well developed, well nourished and in no acute distress, normal voice with no communication aids required, normocephalic, atraumatic, trachea is midline, with no palpable neck masses, no palpable thyroid masses or prominent nodules, no thyromegaly, respiratory effort is quiet, even and easy with no use of accessory muscles, on auscultation of the lungs, normal breath sounds with no rales and rhonchi and normal ocular motility and primary gaze.

**Chest and Lung Exam**
**Auscultation**
**Breath sounds -** Clear to ascultation bilaterally and Normal.

**Cardiovascular**
**Examination of related systems reveals** - well-developed, well-nourished and in no acute distress; alert and oriented x 3.
**Auscultation**
**Rate -** normal (60 - 100). **Heart Sounds -** Normal heart sounds, S1 WNL and S2 WNL.

**Abdomen**
**Inspection**
**Inspection of the abdomen reveals -** No Visible peristalsis, No Abnormal pulsations and No Hernias.
**Palpation/Percussion**
**Palpation and Percussion of the abdomen reveal -** Soft, Non Tender, No Rebound tenderness, No Rigidity (guarding), No Abnormal dullness to percussion, No Abnormal tympany to percussion, No hepatosplenomegaly and No Palpable abdominal masses.

**Peripheral Vascular**
**Lower Extremity**
**Inspection - Bilateral -** Inspection Normal. **Palpation - Dorsalis pedis pulse - Bilateral -** Normal. **Edema - Bilateral -** No edema.

**Neurologic**
**Sensory - Bilateral** - Normal, LLE Touch Intact and RLE Touch Intact.
**General Assessment of Reflexes**
**Right Knee -** 2+. **Left Knee -** 2+.

**Neuropsychiatric**
**Examination of related systems reveals** - The patient is well-nourished and well-groomed and normal gait and station.
**Mental status exam performed with findings of** - Oriented X3 with appropriate mood and affect.

**Musculoskeletal**
**Global Assessment**
**Examination of related systems reveals -** neurovascularly intact globally with normal deep tendon reflexes and normal coordination.

**Lower Extremity**
**Hip - Examination of the right hip reveals -** no swelling, edema or erythema of surrounding tissue, normal strength and tone, no instability, subluxation or laxity, no known fractures or dislocations and normal sensation and coordination. **Examination of the left hip reveals -** no tenderness to palpation, no pain, no swelling, edema or erythema of surrounding tissue, normal strength and tone, normal range of motion, no crepitus, no instability, subluxation or laxity, no known fractures or dislocations and normal sensation and coordination. **Inspection and Palpation - Tenderness -** 1+, generalized (Right Hip), about the groin, (R), over the gluteal area, (R) and over the lateral thigh, (R).
**Assessment of pain reveals the following findings: - The pain is characterized as -** moderate, constant and deep. **Location - Right -** groin along medial thigh to above the knee.
**Assessment of pain reveals the following findings: - Causative Factors include -** ascending stairs and descending stairs.

**Lymphatic**
**General Lymphatics**
**Description -** Normal .

Assessment & Plan (Lindsey H. Clickner APRN; 3/6/2017 8:15 PM)
WELL WOMAN EXAM (NO GYNECOLOGICAL EXAM) (Z00.00)
Story: pt is not fasting for labs
Current Plans

- COLLECTION OF VENOUS BLOOD BY VENIPUNCTURE (36415)
- CBC: CBC, PLATELETS & AUTO DIFF (85025)
- BMP: BASIC METABOLIC PANEL (80048)
- HGBA1C: HEMOGLOBIN (GLYCOSYLATED) A1C (83036)
- HEPATIC FUNCTION PANEL (80076)
- FT4: THYROXINE, FREE (84439)
- TSH: THYROID STIMULATING HORMONE (84443)
- PROVIDER NOTE: Age appropriate risk factors discussed with patient. Follow up in 1 year for annual physical.: discussed with patient and provided information.

SCREENING FOR DEPRESSION (Z13.89)
Current Plans

- ANNUAL DEPRESSION SCREENING (G0444) (SCORE =2; ; 0-9: No Diagnosis of Depression; 10-14: Major Depressive, Mild F32.0; 15-19: Major Depressive, Mod F32.1; > 20: Major depressive, severe w/o psychotic features F32.2, w/ psychotic features F32.3)
- MEDICAL SERVICE(S) PROVIDED IN THE OFFICE AFTER 5PM OR ON WEEKEND (99050)

PAIN, JOINT, HIP, RIGHT (M25.551)
Current Plans

- Discussed risk, benefit and indications for medication (s).
- Follow up if no improvement or if symptoms worsen
- Referred to RAR KORT Physical Therapy (Physical Medicine and Rehabilitation).
  Routine. Provide referring physician with visit summaries. Assume management for problem and return to primary caregiver at conclusion of care.
- Steroid side effects discussed
- Started MethylPREDNISolone 4MG, 1 (one) Tablet ask directed, #21, 6 days starting 03/06/2017, No Refill.
  Local Order: six tablets the first day, five tablets the second day, four tablets the third day,three tablets the fourth day, two tablets the fifth day, one tablet the sixth day
- Started Ketoprofen 75MG, 1 (one) Capsule every eight hours as needed for pain, #30, 30 days starting 03/06/2017, Ref. x2.

BREAST CANCER SCREENING (Z12.39)
Current Plans

- SCREENING ANNUAL MAMMOGRAPHY (77067)

BMI 22.0-22.9, ADULT (Z68.22)



Signed by Lindsey H Clickner, APRN (3/6/2017 8:17 PM)

## Laboratories

**CBC: CBC, PLATELETS & AUTO DIFF (85025)** Final, Reviewed (Collected: 03/06/2017)
Diagnosis: WELL WOMAN EXAM (NO GYNECOLOGICAL EXAM) (Z00.00)
Annotation: I have reviewed your lab results and the interpretation are as follows:
CBC is normal. This test is a measure of blood levels including white blood cells, red blood cells (anemia) and platelets.
Glucose, kidney function, liver function and electrolytes are all within normal limits. Great news!
Thyroid test was in normal limits. Good news!

Hemoglobin A1C is within normal range. This is a screening test for diabetes.
please call my patient care team at 859-278-5007 if you have any further questions or concerns. Thanks!
Lindsey H. Clickner, APRN

| | | | |
|---|---|---|---|
| WBC | **6.6** x10^3/uL | (Normal Range: 4.1-10.9 x10^3/uL) Result Annotation: | Result Note: |
| RBC | **3.95 (abn) x10^6/uL** | (Normal Range: 4.20-6.30 x10^6/uL) Result Annotation: | Result Note: |
| HGB | **12.8** g/dL | (Normal Range: 12.0-18.0 g/dL) Result Annotation: | Result Note: |
| HCT | **37.2** % | (Normal Range: 37.0-51.0 %) Result Annotation: | Result Note: |
| MCV | **94.2** fL | (Normal Range: 80.0-97.0 fL) Result Annotation: | Result Note: |
| MCH | **32.4 (abn) pg** | (Normal Range: 26.0-32.0 pg) Result Annotation: | Result Note: |
| MCHC | **34.4** g/dL | (Normal Range: 31.0-36.0 g/dL) Result Annotation: | Result Note: |
| RDW-SD | **45.2** fL | (Normal Range: 37.0-54.0 fL) Result Annotation: | Result Note: |
| RDW-CV | **12.1** % | (Normal Range: 11.0-16.0 %) Result Annotation: | Result Note: |
| PLT | **231** x10^3/uL | (Normal Range: 140-440 x10^3/uL) Result Annotation: | Result Note: |
| MPV | **9.8** fL | (Normal Range: 0.0-100.0 fL) Result Annotation: | Result Note: |
| NEUT # | **3.4** x10^3/uL | (Normal Range: 2.0-7.8 x10^3/uL) Result Annotation: | Result Note: |
| LYMPH# | **2.8** x10^3/uL | (Normal Range: 0.6-4.1 x10^3/uL) Result Annotation: | Result Note: |
| MXD# | **0.4** x10^3/uL | (Normal Range: 0.0-1.8 x10^3/uL) Result Annotation: | Result Note: |
| NEUT % | **50.9** % | (Normal Range: 37.0-92.0 %) Result Annotation: | Result Note: |
| LYMPH % | **42.3** % | (Normal Range: 10.0-58.5 %) Result Annotation: | Result Note: |
| MXD% | **6.8** % | (Normal Range: 0.1-24.0 %) Result Annotation: | Result Note: |

**BMP: BASIC METABOLIC PANEL (80048)** Final, Reviewed (Collected: 03/06/2017)
Diagnosis: WELL WOMAN EXAM (NO GYNECOLOGICAL EXAM) (Z00.00)
Note: Non-fasting

| | | | |
|---|---|---|---|
| SODIUM | **141** mmol/L | (Normal Range: 132-145 mmol/L) Result Annotation: | Result Note: |
| POTASSIUM | **3.90** mmol/L | (Normal Range: 3.30-5.40 mmol/L) Result Annotation: | Result Note: |
| CHLORIDE | **104.0** mmol/L | (Normal Range: 97.0-110.0 mmol/L) Result Annotation: | Result Note: |
| CARBON DIOXIDE | **30.0** mmol/L | (Normal Range: 21.0-31.0 mmol/L) Result Annotation: | Result Note: |
| ANION GAP | **10.9** | Result Annotation: | Result Note: |
| GLUCOSE | **85** mg/dL | (Normal Range: 66-99 mg/dL) Result Annotation: | Result Note: |
| BUN | **15** mg/dL | (Normal Range: 7-20 mg/dL) Result Annotation: | Result Note: |
| CREATININE | **0.67** mg/dL | (Normal Range: 0.60-1.30 mg/dL) Result Annotation: | Result Note: |
| CALCIUM | **9.5** mg/dL | (Normal Range: 8.7-10.6 mg/dL) Result Annotation: | Result Note: |
| OSMOLALITY | **371.3** CALC | CALC) Result Annotation: | Result Note: |
| GFR NON-AFRICAN AMERICAN | **>60** ml/min/1.73m^2 | (Normal Range: >=60 ml/min/1.73m^2) Result Annotation: | Result Note: |
| GFR AFRICAN AMERICAN | **>60** ml/min/1.73m^2 | (Normal Range: >=60 ml/min/1.73m^2) Result Annotation: | Result Note: |

**HGBA1C: HEMOGLOBIN (GLYCOSYLATED) A1C (83036)** Final, Reviewed (Collected: 03/06/2017)
Diagnosis: WELL WOMAN EXAM (NO GYNECOLOGICAL EXAM) (Z00.00)

HBA1C **5.7** % (Normal Range: 4.5-5.7 %) Result Note:
Result Annotation:

ESTIMATED AVERAGE GLUCOSE **117** Result Note:
Result Annotation:

**HEPATIC FUNCTION PANEL (80076)** Final, Reviewed (Collected: 03/06/2017)
Diagnosis: WELL WOMAN EXAM (NO GYNECOLOGICAL EXAM) (Z00.00)

TOTAL PROTEIN **7.2** g/dL (Normal Range: 6.4-8.3 g/dL) Result Note:
Result Annotation:

ALBUMIN **4.5** g/dL (Normal Range: 3.5-5.0 g/dL) Result Note:
Result Annotation:

GLOBULIN **2.7** g/dL g/dL) Result Note:
Result Annotation:

A/G RATIO **1.7** CALC CALC) Result Note:
Result Annotation:

ALK. PHOSPHATASE **43** IU/L (Normal Range: 27-133 IU/L) Result Note:
Result Annotation:

ALT (SGPT) **12** IU/L (Normal Range: 5-60 IU/L) Result Note:
Result Annotation:

AST (SGOT) **16** IU/L (Normal Range: 10-42 IU/L) Result Note:
Result Annotation:

TOTAL BILIRUBIN **0.2** mg/dL (Normal Range: 0.0-1.5 mg/dL) Result Note:
Result Annotation:

DIRECT BILIRUBN **0.0** mg/dL (Normal Range: 0.0-0.2 mg/dL) Result Note:
Result Annotation:

INDIRECT BILIRUBIN **0.2** mg/dL mg/dL) Result Note:
Result Annotation:

**FT4: THYROXINE, FREE (84439)** Final, Reviewed (Collected: 03/06/2017)
Diagnosis: WELL WOMAN EXAM (NO GYNECOLOGICAL EXAM) (Z00.00)

FT4 (FREE THYROXINE) **1.08** ng/dL (Normal Range: 0.71-1.85 ng/dL) Result Note:
Result Annotation:

**TSH: THYROID STIMULATING HORMONE (84443)** Final, Reviewed (Collected: 03/06/2017)
Diagnosis: WELL WOMAN EXAM (NO GYNECOLOGICAL EXAM) (Z00.00)

TSH **3.28** uIU/mL (Normal Range: 0.38-4.31 uIU/mL) Result Note:
Result Annotation:

## Procedures

**ANNUAL DEPRESSION SCREENING (G0444)** Performed: 03/06/2017 (Final, Reviewed)

**COLLECTION OF VENOUS BLOOD BY VENIPUNCTURE (36415)** Performed: 03/06/2017 (Final, Reviewed)

**SCREENING ANNUAL MAMMOGRAPHY (77067)** Performed: 03/06/2017 (Final, Reviewed)

- Comments: 3/6/2017 Order printed & given to patient. IG
  4/10/2017 Reminder letter & mammo order mailed to patient. IG
  5/8/2017 No report available, reminder letter sent to patient with order to schedule mammogram.
  Ok to close per provider. IG

**MEDICAL SERVICE(S) PROVIDED IN THE OFFICE AFTER 5PM OR ON WEEKEND (99050)** Performed: 03/06/2017 (Final, Reviewed)

**Encounter #2**

**History & Physical Report**
**5/3/2017: Office Visit - SEASONAL ALLERGIES, MIGRANE,COMMON, BMI 24.0-24.9, ADULT (Lori Denison, APRN)**
Jamie Reece
5/3/2017 1:41 PM
Location: Hamburg
Patient #: 7061990
DOB:
Married / Language: English / Race: White
Female

History of Present Illness (Lori Denison APRN; 5/3/2017 8:55 PM)
The patient is a 48 year old female who presents for migraine headache. Symptoms include headache and nausea. The headache is located in the left occipital area, left hemicranium, right occipital area and right hemicranium. The patient describes the pain as throbbing, dull and achy. Onset was gradual year(s) ago. The patient describes this as moderate in severity and unchanged. Migraine triggers include stress, menses onset and weather changes. Symptoms are exacerbated by light. Note for "Migraine headache": Pt would like to discuss her options for medications.

Migraine frequency went down after hysterectomy(~2006). Has been taking estrogen for 3 years. Had flu like sx with -tripan use. Never took anything prophylactic for migraines. Migraines frequency has increased since October 2016.

Works at Toyota and is working in a new area since December with lots of lights. Does not currently have a headache. Last migraine lasted 8 days and went away yesterday. Usually takes Excedrin Migraine, Ketoprofen, and Tylenol for migraines but they do not give much relief.

Additional reasons for visit:

Allergic rhinitis is described as the following:
Symptoms include sneezing, nasal congestion, postnasal drip, eye redness and tearing, but do not include sore throat or cough. Onset was year(s) ago. The episodes occur daily. This is described as moderate in severity. Note for "Allergic rhinitis": HPI and PFSH reviewed. Lori Denison, APRN

Problem List/Past Medical (Jessica L Foster; 5/3/2017 1:42 PM)
BREAST CANCER SCREENING (Z12.39)
GERD (GASTROESOPHAGEAL REFLUX DISEASE) (K21.9)

Allergies (Jessica L Foster; 5/3/2017 1:42 PM)
No Known Drug Allergies 03/06/2017

Family History (Jessica L Foster; 5/3/2017 1:42 PM)
Hypothyroidism Mother, Sister, Maternal Grandmother. Phreesia 03/06/2017
Arthritis Mother, Maternal Grandmother. Phreesia 03/06/2017
Coronary Artery Disease Mother, Maternal Grandmother. Phreesia 03/06/2017

Social History (Jessica L Foster; 5/3/2017 1:42 PM)
Tobacco Use Former smoker. Phreesia 03/06/2017
Alcohol use Moderate alcohol use. Phreesia 03/06/2017
Exercise 5 x week. Phreesia 03/06/2017
Highest Education Level Attained Some college. Phreesia 03/06/2017
No drug use Phreesia 03/06/2017
Marital status Married. Phreesia 03/06/2017

Medication History (Jessica L Foster; 5/3/2017 5:51 PM)
Ketoprofen (75MG Capsule, 1 (one) Capsule Oral every eight hours as needed for pain, Taken starting 03/06/2017) Active.
Estradiol (1MG Tablet, 1 Oral daily) Active.
NexIUM (40MG Capsule DR, 1 Oral daily) Active.
Multivitamin Adult (Oral daily) Active.
Medications Reconciled

Past Surgical History (Jessica L Foster; 5/3/2017 1:42 PM)
Other Surgery Phreesia 03/06/2017
Wisdom Teeth Extraction Phreesia 03/06/2017
Tonsillectomy Phreesia 03/06/2017
Hysterectomy with Bilateral Oophorectomy Phreesia 03/06/2017

Health Maintenance History (Jessica L Foster; 5/3/2017 1:42 PM)
Screening Annual Mammography (77067) Ordered. 3/6/2017
Boostrix - TDAP (90715) Unknown
Pap smear Not indicated per the USPSTF. TAH/BSO 3/6/2017
Flu Vaccine (90656) 2016 Repeat in 1 year..
Depression Screen Annual (G0444) 03/06/2017 Repeat in 1 year..

Review of Systems (Lori Denison APRN; 5/3/2017 8:55 PM)
**General** Present- Feeling well and Good general health lately. Not Present- Fever and Medication Changes.
**Skin** Not Present- Rash.
**HEENT** Present- Seasonal Allergies. Not Present- Head Injury, Sinus Pain and Spinning Sensation.
**Neck** Not Present- Neck Stiffness and Swollen Glands.
**Respiratory** Not Present- Short of breath.
**Cardiovascular** Not Present- Chest Pain, Fainting / Blacking Out, Hypertension and Palpitations.
**Gastrointestinal** Not Present- Nausea and Vomiting.
**Neurological** Present- Migraine Headache. Not Present- Auras, Dizziness, Numbness, Numbness & Tingling, Seizures, Spinning Sensation, Visual Changes and Weakness.
**Psychiatric** Not Present- Anxiety, Depression and Memory loss.

Vitals (Jessica L. Foster; 5/3/2017 5:52 PM)
5/3/2017 1:42 PM
**Weight:** 154.38 lb **Height:** 67 in
**Body Surface Area:** 1.81 m² **Body Mass Index:** 24.18 kg/m²
**Temp.:** 97.8° F (Temporal) **Pulse:** 81 (Regular) P.OX: 100% (Room air)
**BP:** 110/64 (Sitting, Left Arm, Standard)

Physical Exam (Lori Denison APRN; 5/3/2017 8:53 PM)
**General**
**Mental Status** - Alert.
**General Appearance** - Well Developed, Well Nourished, Well groomed, Not in acute distress.
**Orientation** - Oriented X4.
**Hydration** - Well hydrated.
**Voice** - Normal.

**Integumentary**
**General Characteristics**
**Overall examination of the patient's skin reveals -** no rashes, no pallor and without cyanosis. **Color -** normal coloration of skin. **Skin Moisture -** normal skin moisture. **Temperature -** normal warmth is noted. **Texture -** normal skin texture. **Thickness -** normal skin thickness. **Mobility & Turgor -** normal mobility and turgor. **Hair Distribution and Texture -** normal distribution of scalp and body hair, with normal hair texture.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment -** atraumatic.
**Neck**
**Global Assessment -** full range of motion.
**Trachea** - midline.

**Chest and Lung Exam**
**Chest and lung exam reveals** - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
**Cardiovascular examination reveals** - normal heart sounds, regular rate and rhythm with no murmurs.
**Inspection**
**Carotid artery - Left -** Inspection Normal. **Right -** Inspection Normal. **Jugular vein - Bilateral -** Inspection Normal.
**Auscultation**
**Rate -** normal (60 - 100). **Rhythm -** Regular. **Heart Sounds -** S1 WNL and S2 WNL.

**Peripheral Vascular**
**Upper Extremity**
**Inspection - Bilateral -** Normal - No Clubbing, No Cyanosis, No Edema, Pulses Intact.
**Lower Extremity**
**Inspection - Bilateral -** Inspection Normal.

**Neurologic**
**Neurologic evaluation reveals** - normal attention span and ability to concentrate.

**Neuropsychiatric**
**The patient's mood and affect are described as** - normal.
**Judgment and Insight** - insight is appropriate concerning matters relevant to self and the patient displays appropriate judgment regarding every day activities.
**The patient displays or has experienced abnormal or psychotic thoughts including** - The patient neither reports nor displays abnormal or psycotic thoughts.
**Thought Processes/Cognitive Function** - appropriate fund of knowledge and aware of current events.

**Musculoskeletal**
**Global Assessment**
**Gait and Station -** normal gait and station and normal posture.

**Lymphatic**
**General Lymphatics**
**Description -** Normal .

Assessment & Plan (Lori Denison APRN; 5/3/2017 8:56 PM)
SEASONAL ALLERGIES (J30.2)
Current Plans

- Started Loratadine-D 24HR 10-240MG, 1 (one) Tablet every day, #90, 90 days starting 05/03/2017, Ref. x1.
- Follow up if no improvement or if symptoms worsen
- FOLLOW-UP AS NEEDED
- Pt Education - Patient Education given: Seasonal allergies: discussed with patient and provided information.
- Supportive care: OTC NSAID's, Antitussives, antihistamines, mucolytics, et.al.
- The etiology of the condition and treatment options were explained and the need for compliance and follow-up emphasized.
- Discussed risk, benefit and indications for medication (s).

MIGRANE,COMMON (G43.019)
Current Plans

- Started Topiramate 50MG, 1 (one) Tablet as directed, #120, 30 days starting 05/03/2017, No Refill.
  Local Order: week 1-1/2 tab twice daily week 2-1 tab twice daily week 3-1.5 tab in the AM & 1 tab in the PM week 4- 2 tab in the AM & 2 tab in the PM
- Started Zofran 4MG, 1 (one) Tablet every 8 hours as needed for nausea, #15, 15 days starting 05/03/2017, Ref. x1.
- Follow up if no improvement or if symptoms worsen
- -FU- Follow up if symptoms have not completely resolved in 72 hours. If so, follow up as needed.
- Pt Education - Patient Ed: Migraine Headache: Brief Version *: migraine headache: discussed with patient and provided information.
- Keep headache log.
- Call the office if you have a severe headache that will not go away.
- MEDICAL SERVICE(S) PROVIDED IN THE OFFICE AFTER 5PM OR ON WEEKEND (99050)

BMI 24.0-24.9, ADULT (Z68.24)

Lori G. Denison, APRN

Signed by Lori Denison, APRN (5/3/2017 8:57 PM)

## Procedures

**MEDICAL SERVICE(S) PROVIDED IN THE OFFICE AFTER 5PM OR ON WEEKEND (99050)** Performed: 05/03/2017 (Final, Reviewed)

**Encounter #3**

**History & Physical Report**
**9/11/2017: Office Visit - ACUTE BILATERAL LOW BACK PAIN WITH LEFT-SIDED SCIATICA (M54.42), BMI 24.0-24.9, ADULT (Lindsey H. Clickner, APRN)**
Jamie Reece
9/11/2017 11:35 AM
Location: Hamburg
Patient #: 7061990
DOB:
Married / Language: English / Race: White
Female

History of Present Illness (Lindsey H. Clickner APRN; 9/11/2017 7:59 PM)
The patient is a 48 year old female who presents with a complaint of Back pain. The onset of the back pain has been sudden and has been occurring in a persistent pattern for 2 days. The course has been increasing. The back pain is described as being located in the lower back. The back pain does not radiate. The symptoms have no relieving factors. The pain has been associated with back stiffness and flank pain (left), while there has been no fever, hip pain, leg weakness, paresthesias in leg or trauma. Note for "Back pain": 9/11/2017 Patient states she was unloading her car on Saturday, bent over & was stuck. Could stand back up straight. Was seen at UTC yesterday. Rx'd Naproxen & muscle relaxer, doesn't really help. Has been using ice & heat. Pt works at Toyota.

HPI and PFSH reviewed , Lindsey H. Clickner, APRN

Problem List/Past Medical (Ivy N. Griffin; 9/11/2017 11:37 AM)
GERD (GASTROESOPHAGEAL REFLUX DISEASE) (K21.9)
MIGRANE,COMMON (G43.019)
SEASONAL ALLERGIES (J30.2)

Allergies (Ivy N. Griffin; 9/11/2017 11:35 AM)
No Known Drug Allergies

Family History (Ivy N. Griffin; 9/11/2017 11:35 AM)
Hypothyroidism   Mother, Sister, Maternal Grandmother. Phreesia 03/06/2017
Arthritis   Mother, Maternal Grandmother. Phreesia 03/06/2017
Coronary Artery Disease   Mother, Maternal Grandmother. Phreesia 03/06/2017

Social History (Ivy N. Griffin; 9/11/2017 11:36 AM)
Tobacco Use   Former smoker. Phreesia 03/06/2017
Alcohol use   Moderate alcohol use. Phreesia 03/06/2017
Exercise   5 x week. Phreesia 03/06/2017
Highest Education Level Attained   Some college. Phreesia 03/06/2017
No drug use   Phreesia 03/06/2017
Marital status   Married. Phreesia 03/06/2017

Medication History (Ivy N. Griffin; 9/11/2017 6:45 PM)
Ketoprofen  (75MG Capsule, 1 (one) Capsule Oral every eight hours as needed for pain, Taken starting 03/06/2017) Active.
Zofran  (4MG Tablet, 1 (one) Tablet Oral every 8 hours as needed for nausea, Taken starting 05/03/2017) Active.
Loratadine-D 24HR  (10-240MG Tablet ER 24HR, 1 (one) Tablet Oral every day, Taken starting 05/03/2017) Active.
Estradiol  (1MG Tablet, 1 Oral daily) Active.
NexIUM  (40MG Capsule DR, 1 Oral daily) Active.
Multivitamin Adult  (Oral daily) Active.
Naproxen DR  (500MG Tablet DR, Oral) Active.
Cyclobenzaprine HCl  (10MG Tablet, Oral) Active.
Medications Reconciled

Past Surgical History (Ivy N. Griffin; 9/11/2017 11:36 AM)
Other Surgery   Phreesia 03/06/2017
Wisdom Teeth Extraction   Phreesia 03/06/2017
Tonsillectomy   Phreesia 03/06/2017
Hysterectomy with Bilateral Oophorectomy   Phreesia 03/06/2017

Health Maintenance History (Ivy N. Griffin; 9/11/2017 11:36 AM)
Pap smear   Not indicated per the USPSTF. TAH/BSO 9/11/2017
Flu Vaccine (90656)  [2016]: Repeat in 1 year..
Depression Screen Annual (G0444)  [03/06/2017]: Repeat in 1 year..
Screening Annual Mammography (77067)   Ordered. 9/11/2017
Boostrix - TDAP (90715)   Unknown

Review of Systems (Lindsey H. Clickner APRN; 9/11/2017 8:01 PM)
**General** Not Present- Fever.
**Cardiovascular** Not Present- Edema.
**Gastrointestinal** Not Present- Diarrhea, Nausea and Vomiting.
**Musculoskeletal** Present- Back Pain, Decreased Range of Motion, Difficulty walking (d/t pain), Known Accident or Injury (unloading a car on Saturday) and Muscle Pain. Not Present- Joint Pain, Muscle Weakness, Neck Pain and Swelling of Extremities.
**Neurological** Present- Radiculopathy and Trouble walking. Not Present- Incontinence Urine, Numbness, Pain Relief when Leaning Forward, Paresthesias, Saddle Anesthesia and Tingling.

Vitals (Ivy N. Griffin; 9/11/2017 6:46 PM)
9/11/2017 11:35 AM
**Weight:** 159.13 lb   **Height:** 67 in
**Body Surface Area:** 1.83 m²   **Body Mass Index: 24.92 kg/m²**

**Temp.:** 97.3° F (Tympanic) **Pulse:** 90 (Regular) P.OX: 98% (Room air)
**BP:** 110/70 (Sitting, Left Arm, Standard)

Physical Exam (Lindsey H. Clickner APRN; 9/11/2017 8:03 PM)
**General**
**General Appearance** - Cooperative, Well Developed, Well Nourished, Not in acute distress.
**Build & Nutrition** - Well developed.
**Hydration** - Well hydrated.

**Integumentary**
**General Characteristics**
**Color -** normal coloration of skin (on areas examined). **Skin Moisture -** normal skin moisture.

**Head and Neck**
**Face**
**Global Assessment -** atraumatic, no pallor observed.
**Neck**
**Global Assessment -** supple, no abnormal movements, non-tender.

**Eye**
**Iris - Bilateral** - Normal.
**Sclera/Conjunctiva - Bilateral** - Normal.

**Chest and Lung Exam**
**Auscultation**
**Breath sounds -** Clear to ascultation bilaterally and Normal.
**Inspection**
**Shape -** Normal. **Movements -** Symmetrical.
**Palpation**
**Palpation of the chest reveals -** Non-tender.

**Cardiovascular**
**Auscultation**
**Rhythm -** Regular. **Heart Sounds -** Normal heart sounds, S1 WNL and S2 WNL.

**Peripheral Vascular**
**Upper Extremity**
**Palpation - Temperature - Left -** Normal. **Right -** Normal. **Edema - Left -** No edema. **Right -** No edema.
**Lower Extremity**
**Inspection - Left -** Inspection Normal. **Right -** Inspection Normal. **Palpation - Temperature - Left -** Normal. **Right -** Normal. **Dorsalis pedis pulse - Left -** Normal. **Right -** Normal. **Edema - Left -** No edema. **Right -** No edema.

**Neurologic**
**Mental Status**
**Affect -** normal. **Speech -** Normal. **Thought content/perception -** Normal.
**Sensory - Left** - LLE Touch Intact and LLE Temperature Intact.
**Sensory - Right** - RLE Touch Intact, RLE Temperature Intact and RUE Temperature Intact.
**Motor**
**Bulk and Contour -** Normal. **Tone - Spastic -** Back extensors.
**General Assessment of Reflexes**
**Right Knee -** 2+. **Left Knee -** 2+.
**Coordination** - Normal.
**Gait** - Abnormal Favoring Complaint as Expected.

**Neuropsychiatric**
**The patient's mood and affect are described as** - normal.
**Associations** - intact.
**Judgment and Insight** - insight is appropriate concerning matters relevant to self.

**Musculoskeletal**
**Head**
**Facial - Examination of the face reveals -** atraumatic, symmetric.
**Spine/Ribs/Pelvis**
**Cervical Spine - Examination of the cervical spine reveals -** no tenderness to palpation, no pain, no swelling, edema or erythema, normal cervical spine movements, normal strength and tone, no laxity or crepitus, no palpable step off, no known fractures or deformities, normal posture and normal sensation. **Thoracic (Dorsal) Spine - Examination of the thoracic spine reveals -** no tenderness over thoracic vertebrae, no pain, no swelling, edema or erythema of surrounding tissue, no paraspinous muscle spasm, normal sensation, normal strength and tone, no laxity or crepitus, normal thoracic spine movements, no known fractures or deformities, normal posture and gait and normal coordination and reflexes. **Lumbosacral Spine - Examination of the lumbosacral spine reveals -** no swelling, edema or erythema of surrounding tissue, normal sensation, no known fractures or deformities and normal coordination and reflexes. **Inspection and Palpation - Tenderness -** moderate, L SI Joint and L Lumbosacral Muscle. **Muscle tone -** spasticity (Left lumbar paraspinal muscles with increased tone.). **Assessment of pain reveals the following findings - The pain is characterized as -** moderate. **Location -** pain refers to buttocks on affected side, pain refers laterally to left lower back and pain refers to posterior leg on affected side. **Causative Factors include -** Note: Movement.
**Lower Extremity**
**Hip - Examination of the right hip reveals -** normal strength and tone and normal sensation and coordination. **Examination of the left hip reveals -** normal strength and tone, no instability, subluxation or laxity, no known fractures or dislocations and normal sensation and coordination. **Knee/Patella - Examination of right knee reveals -** normal deep tendon reflexes and normal coordination, normal strength and tone, normal range of motion, normal sensation, no instability, subluxation or laxity, no crepitus and no known fractures or deformities. **Examination of the left knee reveals -** normal strength and tone, normal deep tendon reflexes and normal coordination, normal range of motion, normal sensation, no instability, subluxation or laxity, no crepitus and no known fractures or deformities.
**Special Tests**
**Back Pain -** Left straight leg raise posative (abnormal), Right straight leg raise negative (normal).

**Lymphatic**
**no other lymphadenopathy** - no other lymphadenopathy.

Assessment & Plan (Lindsey H. Clickner APRN; 9/11/2017 8:04 PM)
ACUTE BILATERAL LOW BACK PAIN WITH LEFT-SIDED SCIATICA (M54.42)
Current Plans

- SPINE LUMBAR AP & LATERAL X-RAY (72100)
- Started Diclofenac Sodium 75MG, 1 (one) Tablet DR two times daily, #60, 30 days starting 09/11/2017, Ref. x2.
- Steroid side effects discussed
- Restarted MethylPREDNISolone 4MG, 1 (one) Tablet ask directed, #21, 6 days starting 09/11/2017, No Refill.
  Local Order: six tablets the first day, five tablets the second day, four tablets the third day,three tablets the fourth day, two tablets the fifth day, one tablet the sixth day
- TORADOL 60MG (KETOROLAC) (J1885)
- Admin of Therapeutic Injection (96372)
- Discussed risk, benefit and indications for medication (s).
- Follow up in 7-10 if symptoms not resolved or prn
- Medical decision-making upon review of pending ancillary tests. Pt to call office if has not heard results in 1 week.

BMI 24.0-24.9, ADULT (Z68.24)
Current Plans

- MEDICAL SERVICE(S) PROVIDED IN THE OFFICE AFTER 5PM OR ON WEEKEND (99050)

Medical Decision Making (Lindsey H. Clickner APRN; 9/11/2017 8:05 PM)
**Amount/complexity of data to be reviewed:**
- Order and/or review of radiology test(s)



Signed by Lindsey H Clickner, APRN (9/11/2017 8:05 PM)

## Procedures

**MEDICAL SERVICE(S) PROVIDED IN THE OFFICE AFTER 5PM OR ON WEEKEND (99050)** Performed: 09/11/2017 (Final, Reviewed)

**SPINE LUMBAR AP & LATERAL X-RAY (72100)** Performed: 09/11/2017 (Final, Reviewed)

- Comments: 9/11/2017 Order printed & given to patient. IG

**TORADOL 60MG (KETOROLAC) (J1885)** Performed: 09/11/2017 (Final, Reviewed)

**Admin of Therapeutic Injection (96372)** Performed: 09/11/2017 (Final, Reviewed)

**Encounter #4**

**History & Physical Report**
**9/14/2017: Office Visit - ACUTE BILATERAL LOW BACK PAIN WITH LEFT-SIDED SCIATICA (M54.42), BMI 25.0-25.9,ADULT (Doris W. Adams, APRN)**
Jamie Reece
9/14/2017 8:34 AM
Location: Hamburg
Patient #: 7061990
DOB:
Married / Language: English / Race: White
Female

History of Present Illness (Doris W. Adams APRN; 9/14/2017 12:07 PM)
The patient is a 48 year old female who presents for a Recheck of Back pain. The onset of the back pain has been sudden and has been occurring in a persistent pattern for 2 days. The course has been increasing. The back pain is described as being located in the lower back. The back pain does not radiate. The symptoms have no relieving factors. The pain has been associated with back stiffness and flank pain (left), while there has been no fever, hip pain, leg weakness, paresthesias in leg or trauma. Note for "Back pain": 9/11/2017 Patient states she was unloading her car on Saturday, bent over & was stuck. Could stand back up straight. Was seen at UTC yesterday. Rx'd Naproxen & muscle relaxer, doesn't really help. Has been using ice & heat.

9/14/2017 pt. states that she is able to stand up straight now, but she is having trouble rising from a sitting position.

HPI and PFSH reviewed. Whitney Adams, APRN

Problem List/Past Medical (Penni M. Foreman; 9/14/2017 11:53 AM)
GERD (GASTROESOPHAGEAL REFLUX DISEASE) (K21.9)
MIGRANE,COMMON (G43.019)
SEASONAL ALLERGIES (J30.2)

Allergies (Penni M. Foreman; 9/14/2017 11:53 AM)
No Known Drug Allergies

Family History (Penni M. Foreman; 9/14/2017 11:53 AM)
Hypothyroidism   Mother, Sister, Maternal Grandmother. Phreesia 03/06/2017
Arthritis   Mother, Maternal Grandmother. Phreesia 03/06/2017
Coronary Artery Disease   Mother, Maternal Grandmother. Phreesia 03/06/2017

Social History (Penni M. Foreman; 9/14/2017 11:53 AM)
Tobacco Use   Former smoker. Phreesia 03/06/2017
Alcohol use   Moderate alcohol use. Phreesia 03/06/2017
Exercise   5 x week. Phreesia 03/06/2017
Highest Education Level Attained   Some college. Phreesia 03/06/2017
No drug use   Phreesia 03/06/2017
Marital status   Married. Phreesia 03/06/2017

Medication History (Penni M. Foreman; 9/14/2017 11:51 AM)
MethylPREDNISolone  (4MG Tab Ther Pack, 1 (one) Tablet Oral ask directed, Taken starting 09/11/2017) Active. (six tablets the first day, five tablets the second day, four tablets the third day,three tablets the fourth day, two tablets the fifth day, one tablet the sixth day)
Diclofenac Sodium  (75MG Tablet DR, 1 (one) Tablet DR Oral two times daily, Taken starting 09/11/2017) Active.
Zofran  (4MG Tablet, 1 (one) Tablet Oral every 8 hours as needed for nausea, Taken starting 05/03/2017) Active.
Loratadine-D 24HR  (10-240MG Tablet ER 24HR, 1 (one) Tablet Oral every day, Taken starting 05/03/2017) Active.
Cyclobenzaprine HCl  (10MG Tablet, Oral) Active.
Estradiol  (1MG Tablet, 1 Oral daily) Active.
NexIUM  (40MG Capsule DR, 1 Oral daily) Active.
Multivitamin Adult  (Oral daily) Active.
Medications Reconciled

Past Surgical History (Penni M. Foreman; 9/14/2017 11:53 AM)
Other Surgery   Phreesia 03/06/2017
Wisdom Teeth Extraction   Phreesia 03/06/2017
Tonsillectomy   Phreesia 03/06/2017
Hysterectomy with Bilateral Oophorectomy   Phreesia 03/06/2017

Health Maintenance History (Penni M. Foreman; 9/14/2017 11:53 AM)
Flu Vaccine (90656)  [2016]: Repeat in 1 year.. 9/14/2017 pt. wants to wait until later in the year
Pap smear   Not indicated per the USPSTF. TAH/BSO 9/11/2017
Depression Screen Annual (G0444)  [03/06/2017]: Repeat in 1 year..
Screening Annual Mammography (77067)   Ordered. 9/11/2017
Boostrix - TDAP (90715)   Unknown

Review of Systems (Doris W. Adams APRN; 9/14/2017 12:21 PM)
**General** Not Present- Fever.
**Cardiovascular** Not Present- Edema.
**Gastrointestinal** Not Present- Diarrhea, Nausea and Vomiting.
**Musculoskeletal** Present- Back Pain (improving since starting steroids and diclofenac. Can now stand up, but still has pain when getting up from seated position. Concerned about starting back to work next week.), Decreased Range of Motion, Difficulty walking (d/t pain), Known Accident or Injury (unloading a car on Saturday) and Muscle Pain. Not Present- Joint Pain, Muscle Weakness, Neck Pain and Swelling of Extremities.
**Neurological** Not Present- Incontinence Urine, Numbness, Pain Relief when Leaning Forward, Paresthesias, Radiculopathy, Saddle Anesthesia, Tingling and Trouble walking.

Vitals (Penni M. Foreman; 9/14/2017 11:49 AM)
9/14/2017 8:34 AM
**Weight:** 163 lb **Height:** 67 in
**Body Surface Area:** 1.85 m² **Body Mass Index: 25.53 kg/m²**
**Temp.:** 98.3° F (Temporal) **Pulse: 103 (Regular)** P.OX: 97% (Room air)
**BP:** 114/72 (Sitting, Left Arm, Standard)

Physical Exam (Doris W. Adams APRN; 9/14/2017 12:22 PM)
**General**
**General Appearance** - Cooperative, Well Developed, Well Nourished, Not in acute distress.
**Build & Nutrition** - Well developed.
**Gait** - Slow and cautious.
**Hydration** - Well hydrated.

**Integumentary**
**General Characteristics**
**Color -** normal coloration of skin (on areas examined). **Skin Moisture -** normal skin moisture.

**Head and Neck**
**Face**
**Global Assessment -** atraumatic, no pallor observed.
**Neck**
**Global Assessment -** supple, no abnormal movements, non-tender.

**Eye**
**Iris - Bilateral** - Normal.
**Sclera/Conjunctiva - Bilateral** - Normal.

**Chest and Lung Exam**
**Auscultation**
**Breath sounds -** Clear to ascultation bilaterally and Normal.
**Inspection**
**Shape -** Normal. **Movements -** Symmetrical.
**Palpation**
**Palpation of the chest reveals -** Non-tender.

**Cardiovascular**
**Auscultation**
**Rhythm -** Regular. **Heart Sounds -** Normal heart sounds, S1 WNL and S2 WNL.

**Peripheral Vascular**
**Upper Extremity**
**Palpation - Temperature - Left -** Normal. **Right -** Normal. **Edema - Left -** No edema. **Right -** No edema.
**Lower Extremity**
**Inspection - Left -** Inspection Normal. **Right -** Inspection Normal. **Palpation - Temperature - Left -** Normal. **Right -** Normal. **Dorsalis pedis pulse - Left -** Normal. **Right -** Normal. **Edema - Left -** No edema. **Right -** No edema.

**Neurologic**
**Mental Status**
**Affect -** normal. **Speech -** Normal. **Thought content/perception -** Normal.
**Sensory - Left** - LLE Touch Intact and LLE Temperature Intact.
**Sensory - Right** - RLE Touch Intact, RLE Temperature Intact and RUE Temperature Intact.
**Motor**
**Bulk and Contour -** Normal. **Tone - Spastic -** Back extensors.
**General Assessment of Reflexes**
**Right Knee -** 2+. **Left Knee -** 2+.
**Coordination** - Normal.
**Gait** - Abnormal Favoring Complaint as Expected.

**Neuropsychiatric**
**The patient's mood and affect are described as** - normal.
**Associations** - intact.
**Judgment and Insight** - insight is appropriate concerning matters relevant to self.

**Musculoskeletal**
**Head**
**Facial - Examination of the face reveals -** atraumatic, symmetric.
**Spine/Ribs/Pelvis**
**Cervical Spine - Examination of the cervical spine reveals -** no tenderness to palpation, no pain, no swelling, edema or erythema, normal cervical spine movements, normal strength and tone, no laxity or crepitus, no palpable step off, no known fractures or deformities, normal posture and normal sensation. **Thoracic (Dorsal) Spine - Examination of the thoracic spine reveals -** no tenderness over thoracic vertebrae, no pain, no swelling, edema or erythema of surrounding tissue, no paraspinous muscle spasm, normal sensation, normal strength and tone, no laxity or crepitus, normal thoracic spine movements, no known fractures or deformities, normal posture and gait and normal coordination and reflexes.
**Lumbosacral Spine - Examination of the lumbosacral spine reveals -** no swelling, edema or erythema of surrounding tissue, normal sensation, no known fractures or deformities and normal coordination and reflexes. **Inspection and Palpation - Tenderness -** moderate, L SI Joint and L Lumbosacral Muscle. **Muscle tone -** spasticity (Left lumbar paraspinal muscles with increased tone.). **Assessment of pain reveals the following findings - The pain is characterized as -** moderate. **Location -** pain refers to buttocks on affected side, pain refers laterally to left lower back and pain refers to posterior leg on affected side. **Causative Factors include -** Note: Movement.
**Lower Extremity**
**Hip - Examination of the right hip reveals -** normal strength and tone and normal sensation and coordination. **Examination of the left hip reveals -** normal strength and tone, no instability, subluxation or laxity, no known fractures or dislocations and normal sensation and coordination.
**Knee/Patella - Examination of right knee reveals -** normal deep tendon reflexes and normal coordination, normal strength and tone, normal

range of motion, normal sensation, no instability, subluxation or laxity, no crepitus and no known fractures or deformities. **Examination of the left knee reveals -** normal strength and tone, normal deep tendon reflexes and normal coordination, normal range of motion, normal sensation, no instability, subluxation or laxity, no crepitus and no known fractures or deformities.

**Lymphatic**
**no other lymphadenopathy** - no other lymphadenopathy.

Assessment & Plan (Doris W. Adams APRN; 9/14/2017 12:23 PM)
ACUTE BILATERAL LOW BACK PAIN WITH LEFT-SIDED SCIATICA (M54.42)
Current Plans

- You have been evaluated and instructed to continue the previously Prescribed medication(s).
- Referred to RAR KORT Physical Therapy (Physical Medicine and Rehabilitation).
  Routine.
- The patient was educated and reassured on the signs, symptoms and pathophysiology of this condition. They will return to clinic for re-evaluation and discussion if either the symptoms change and/or increase or they have additional concerns or questions.
- PROVIDER NOTE: See how pain improves over next few days-will reassess return to work date based on symptoms over next few days. Referral to PT sent.
- Follow up in 7-10 if symptoms not resolved or prn

BMI 25.0-25.9,ADULT (Z68.25)

Signed by Doris W Adams, APRN (9/14/2017 12:23 PM)

# XR SPINE LUMBAR AP AND LATERAL

Jamie Reece

Final, Reviewed
Diagnosis:
Ordered by Lindsey H. Clickner, APRN on 9/13/2017 (Routine)
Performed on 9/13/2017 2:27 PM
Reviewed by Lindsey H. Clickner, APRN on 9/14/2017

Comments: LBP, left buttocks pain x 3 days, non trauma

(Reason for Exam:->acute bilateral low back pain with left-sided sciatica
Patient Pregnant->No
EXAMINATION: XR SPINE, LUMBAR, AP AND LATERAL-09/12/2017:

INDICATION: Acute bilateral low back pain with left-sided sciatica; M54.42-Lumbago with sciatica, left side.

COMPARISON: NONE.

FINDINGS: AP, lateral, and spot views of the lumbar spine reveal no evidence of acute fracture or malalignment. The vertebral body height and disc spaces are preserved. Facets are well aligned. Pedicles are intact. Minimal degenerative changes seen within the sacroiliac joints, left greater than right.

Minimal degenerative changes seen in the lumbar spine with no evidence of acute fracture or dislocation. Degenerative changes seen within the left sacroiliac joint.

D: 09/13/2017
E: 09/13/2017

This report was finalized on 9/13/2017 2:27 PM by Dr. Katherine Jenkins, MD.

LBP, left buttocks pain x 3 days, non trauma
)

Addendum

*Lindsey Clickner 09/14/2017 10:17 AM*
no acute abnormalities of lumbar spine and disc spaces are preserved. Minimal degenerative changes (arthritis) noted in left sacroiliac joint (top of left hip). OK for PT referral if pain persists.

**Encounter #5**

**History & Physical Report**
**6/12/2018: Office Visit - SITUATIONAL ANXIETY (F41.8), PA (PSORIATIC ARTHRITIS) (L40.50), BMI 26.0-26.9,ADULT (Mary H. Henkel, MD)**
Jamie Reece
6/12/2018 9:10 AM
Location: The Springs
Patient #: 7061990
DOB:
Married / Language: English / Race: White
Female

History of Present Illness (Mary H. Henkel MD; 6/12/2018 9:48 AM)
The patient is a 49 year old female who presents with a complaint of Anxiety. The onset of the anxiety has been acute and has been occurring in an intermittent pattern for years. The course has been recurrent. The anxiety is characterized as apprehension, expectant dread, nervousness and extreme fear. The phobia is defined as claustrophobia. Precipitating factors include specific forthcoming events. Note for "Anxiety": 6/12/2018 Patient states she is having an MRI of Head and Chest soon, she is requesting prescription to keep her calm because she does not like to be enclosed and she was told the imaging would take about an hour and a half. Patient is nervous that she is going to get called to come and she isn't going to be able to do the test because of claustrophobia. ROS and PFSH reviewed , /Mary Henkel, M.D.

Problem List/Past Medical (Makenzie L. Hunt; 6/12/2018 9:20 AM)
GERD (GASTROESOPHAGEAL REFLUX DISEASE) (K21.9)
MIGRANE,COMMON (G43.019)
SEASONAL ALLERGIES (J30.2)
PA (PSORIATIC ARTHRITIS) (L40.50)

Allergies (Makenzie L. Hunt; 6/12/2018 9:17 AM)
No Known Drug Allergies

Family History (Makenzie L. Hunt; 6/12/2018 9:20 AM)
Hypothyroidism   Mother, Sister, Maternal Grandmother. Phreesia 03/06/2017
Arthritis   Mother, Maternal Grandmother. Phreesia 03/06/2017
Coronary Artery Disease   Mother, Maternal Grandmother. Phreesia 03/06/2017

Social History (Makenzie L. Hunt; 6/12/2018 9:20 AM)
Tobacco Use   Former smoker. Phreesia 03/06/2017
Alcohol use   Moderate alcohol use. Phreesia 03/06/2017
Exercise   5 x week. Phreesia 03/06/2017
Highest Education Level Attained   Some college. Phreesia 03/06/2017
No drug use   Phreesia 03/06/2017
Marital status   Married. Phreesia 03/06/2017

Medication History (Makenzie L. Hunt; 6/12/2018 10:29 AM)
LORazepam (0.5MG Tablet, 1 Oral Two times daily) Active.
Zofran (4MG Tablet, 1 (one) Tablet Oral every 8 hours as needed for nausea, Taken starting 05/03/2017) Active.
Loratadine-D 24HR (10-240MG Tablet ER 24HR, 1 (one) Tablet Oral every day, Taken starting 05/03/2017) Active.
NexIUM (40MG Capsule DR, 1 Oral daily) Active.
Multivitamin Adult (Oral daily) Active.
Cyclobenzaprine HCl (10MG Tablet, Oral) Active.
Folic Acid (1 Oral Daily) Specific strength unknown - Active.
Methotrexate Sodium (2.5MG Tablet, 8 Oral Weekly) Active.
Gabapentin (300MG Capsule, Oral) Active.
Medications Reconciled

Past Surgical History (Makenzie L. Hunt; 6/12/2018 9:20 AM)
Other Surgery   Phreesia 03/06/2017
Wisdom Teeth Extraction   Phreesia 03/06/2017
Tonsillectomy   Phreesia 03/06/2017
Hysterectomy with Bilateral Oophorectomy   Phreesia 03/06/2017

Health Maintenance History (Makenzie L. Hunt; 6/12/2018 9:35 AM)
Flu Vaccine (90656) [2016]: Repeat in 1 year.. 9/14/2017 pt. wants to wait until later in the year
Screening Annual Mammography (77067) [06/2017]: Normal, Repeat in 1 year..
HEP A VAC, ADULT (90632) [05/02/2018]: Given at Pharmacy , Repeat in 6 months. Reported by WM/Sams
Pap smear   Not indicated per the USPSTF. TAH/BSO
9/11/2017
Depression Screen Annual (G0444) [03/06/2017]: Repeat in 1 year..
Boostrix - TDAP (90715)   Unknown
Last Kasper Obtained (G9003) [06/12/2018]: Repeat in 1 year..
Controlled Substance Agreement on File [06/12/2018]:
Last Drug Screen Obtained (G0434)

Review of Systems (Mary H. Henkel MD; 6/12/2018 7:52 PM)
**General** Not Present- Medication Changes.
**Psychiatric** Present- Anxiety.

Vitals (Makenzie L. Hunt; 6/12/2018 9:15 AM)
6/12/2018 9:14 AM
**Weight:** 171.38 lb **Height:** 67 in
**Body Surface Area:** 1.89 m² **Body Mass Index: 26.84 kg/m²**
**Temp.:** 97.5° F (Temporal) **Pulse:** 75 (Regular) P.OX: 98% (Room air)

**BP:** 112/70 (Sitting, Left Arm, Standard)

Physical Exam (Mary H. Henkel MD; 6/12/2018 7:52 PM)
**General**
**Mental Status** - Alert.
**General Appearance** - Cooperative, Not in acute distress.

**Cardiovascular**
**Auscultation**
**Heart Sounds -** Normal heart sounds.

**Neuropsychiatric**
**The patient's mood and affect are described as** - anxious.

Assessment & Plan (Mary H. Henkel MD; 6/12/2018 7:53 PM)
SITUATIONAL ANXIETY (F41.8)
Current Plans

- Started ALPRAZolam 1MG, 1 (one) Tablet 30 min. prior to anxiety provoking event, #10, 06/12/2018, No Refill.
- Discussed risk, benifit and indications for medication (s).: discussed with patient and provided information.

PA (PSORIATIC ARTHRITIS) (L40.50)
Current Plans

- This chronic condition affected the medical decision making process.

BMI 26.0-26.9,ADULT (Z68.26)
Current Plans

- BMI IS DOCUMENTED ABOVE NORMAL PARAMETERS AND A FOLLOW-UP PLAN IS DOCUMENTED (G8417)
- Pt Education - Healthy Diet: Brief Version *: health maintenance: discussed with patient and provided information.



Signed by Mary H Henkel, MD (6/12/2018 7:53 PM)

## Procedures

**BMI IS DOCUMENTED ABOVE NORMAL PARAMETERS AND A FOLLOW-UP PLAN IS DOCUMENTED (G8417)** Performed: 06/12/2018 (Final, Reviewed)

**Encounter #6**

**History & Physical Report**
**8/20/2018: Office Visit - ACUTE PHARYNGITIS, UNSPECIFIED ETIOLOGY (J02.9), PA (PSORIATIC ARTHRITIS) (L40.50), SINUSITIS, BACTERIAL (J32.9), BRONCHITIS (J40), VAGINITIS AND VULVOVAGINITIS (N76.0), BMI 26.0-26.9,ADULT (Keith T. Applegate, MD)**
Jamie Reece
8/20/2018 1:23 PM
Location: Hamburg
Patient #: 7061990
DOB:
Married / Language: English / Race: White
Female

History of Present Illness (Keith T. Applegate MD; 8/20/2018 6:21 PM)
The patient is a 49 year old female who presents with a complaint of Cold Symptoms. The onset of the cold symptoms has been sudden and has been occurring in a persistent pattern for 3 days. The course has been constant. The symptoms have been associated with sore throat, fever, chills, Body aches, stuffy/runny nose and dry cough, while the symptoms have not been associated with headache, hoarseness, cough all the time, shortness of breath or ear fullness. Note for "Cold Symptoms": PT IS SP HUMIRA INJECTION 8-16-18 AND TAKES MTX.

Problem List/Past Medical (LaShondia R. Dixon; 8/20/2018 4:54 PM)
Medical History Reviewed - No Changes [08/20/2018]:
GERD (GASTROESOPHAGEAL REFLUX DISEASE) (K21.9)
MIGRANE,COMMON (G43.019)
SEASONAL ALLERGIES (J30.2)
PA (PSORIATIC ARTHRITIS) (L40.50)
Problems Reconciled

Allergies (LaShondia R. Dixon; 8/20/2018 4:54 PM)
No Known Drug Allergies
Allergies Reconciled

Family History (LaShondia R. Dixon; 8/20/2018 4:33 PM)
Hypothyroidism Mother, Sister, Maternal Grandmother. Phreesia 03/06/2017
Arthritis Mother, Maternal Grandmother. Phreesia 03/06/2017
Coronary Artery Disease Mother, Maternal Grandmother. Phreesia 03/06/2017

Social History (LaShondia R. Dixon; 8/20/2018 4:33 PM)
Tobacco Use Never smoker. Phreesia 08/20/2018
Alcohol use Moderate alcohol use. Phreesia 03/06/2017
Exercise 5 x week. Phreesia 03/06/2017
Highest Education Level Attained Some college. Phreesia 03/06/2017
No drug use Phreesia 03/06/2017
Marital status Married. Phreesia 03/06/2017

Medication History (Keith T. Applegate, MD; 8/20/2018 5:13 PM)
Zofran (4MG Tablet, 1 (one) Tablet Oral every 8 hours as needed for nausea, Taken starting 05/03/2017) Active.
Loratadine-D 24HR (10-240MG Tablet ER 24HR, 1 (one) Tablet Oral every day, Taken starting 05/03/2017) Active.
ALPRAZolam (1MG Tablet, 1 (one) Tablet Oral 30 min. prior to anxiety provoking event, Taken starting 06/12/2018) Active.
NexIUM (40MG Capsule DR, 1 Oral daily) Active.
Multivitamin Adult (Oral daily) Active.
Cyclobenzaprine HCl (10MG Tablet, 1 Oral) Discontinued.
LORazepam (0.5MG Tablet, 1 Oral Two times daily) Active.
Folic Acid (1 Oral Daily) Specific strength unknown - Active.
Methotrexate Sodium (2.5MG Tablet, 8 Oral Weekly) Active.
Gabapentin (300MG Capsule, Oral prn) Discontinued.
Humira Pen (40MG/0.8ML Pen-inj Kit, 2 Subcutaneous monthly) Active.
Medications Reconciled

Past Surgical History (LaShondia R. Dixon; 8/20/2018 4:33 PM)
Other Surgery Phreesia 03/06/2017
Wisdom Teeth Extraction Phreesia 03/06/2017
Tonsillectomy Phreesia 03/06/2017
Hysterectomy with Bilateral Oophorectomy Phreesia 03/06/2017

Health Maintenance History (LaShondia R. Dixon; 8/20/2018 4:33 PM)
Flu Vaccine (90656) [2016]: Repeat in 1 year.. 9/14/2017 pt. wants to wait until later in the year
Screening Annual Mammography (77067) [06/2017]: Normal, Repeat in 1 year..
HEP A VAC, ADULT (90632) [05/02/2018]: Given at Pharmacy , Repeat in 6 months. Reported by WM/Sams
Pap smear Not indicated per the USPSTF. TAH/BSO
9/11/2017
Depression Screen Annual (G0444) [03/06/2017]: Repeat in 1 year..
Boostrix - TDAP (90715) Unknown
Last Kasper Obtained (G9003) [06/12/2018]: Repeat in 1 year..
Controlled Substance Agreement on File [06/12/2018]:
Last Drug Screen Obtained (G0434)

Review of Systems (Keith T. Applegate MD; 8/20/2018 5:16 PM)
**General** Present- Chills, Feeling well, Fever and Good general health lately. Not Present- Fatigue.
**Skin** Not Present- Bruising, New Lesions and Rash.
**HEENT** Present- Nasal Congestion, Sinus problems and Sore Throat. Not Present- Blurred Vision, Double Vision, Earache, Headache, Hearing Loss, Seasonal Allergies, Sinus Pain and Visual Disturbances.
**Neck** Not Present- Neck Mass, Neck Pain and Swollen Glands.
**Respiratory** Present- Cough. Not Present- Dyspnea, Short of breath, Sputum Production and Wheezing.
**Cardiovascular** Not Present- Chest Pain, Edema, Irregular Heart Beat and Palpitations.
**Gastrointestinal** Not Present- Constipation, Diarrhea, Nausea and Vomiting.
**Musculoskeletal** Present- Arthritis and Myalgia. Not Present- Joint Pain, Joint Stiffness, Muscle Pain and Muscle Weakness.
**Neurological** Not Present- Dizziness, Focal Neurological Symptoms and Headaches.
**Psychiatric** Not Present- Anxiety and Depression.
**Endocrine** Not Present- Excessive Thirst and Excessive Urination.
**Hematology** Not Present- Easy Bruising and Nose Bleed.
**All other systems negative**

Vitals (Keith T. Applegate MD; 8/20/2018 5:14 PM)
8/20/2018 4:32 PM
**Weight:** 175.13 lb **Height:** 67 in
**Body Surface Area:** 1.91 $m^2$ **Body Mass Index: 27.43 kg/$m^2$**
**Temp.:** 97.2° F (Temporal) **Pulse:** 99 (Regular) P.OX: 98% (Room air)
**BP:** 102/66 (Sitting, Left Arm, Standard)

Physical Exam (Keith T. Applegate MD; 8/20/2018 5:18 PM)
**General**
**General Appearance** - Well Developed and Well Nourished, Not in acute distress, Not Sickly.
**Voice** - Normal.

**Integumentary**
**General Characteristics**
**Color -** normal coloration of skin.

**Head and Neck**
**Face**
**Global Assessment -** atraumatic, no pallor observed.
**Neck**
**Global Assessment -** supple, no decreased range of motion.
**Trachea** - midline.
**Thyroid**
**Gland Characteristics -** no palpable nodules, no palpable enlargement, non-tender.

**Eye**
**Iris - Left** - Normal.
**Iris - Right** - Normal.
**Sclera/Conjunctiva - Left** - sclera are not injected, No Discharge.
**Sclera/Conjunctiva - Right** - sclera are not injected, No Discharge.
**Pupil - Left** - Normal.
**Pupil - Right** - Normal.

**ENMT**
**Ears**
**Pinna - Left -** no drainage observed. **Right -** no drainage observed. **External Auditory Canal - Left -** no cerumen impaction noted. **Right -** no cerumen impaction noted. **Otoscopic Exam - Middle Ear - Left -** no effusion noted. **Right -** no effusion noted. **Tympanic Membrane - Left -** no bulging noted. **Right -** no bulging noted.
**Nose and Sinuses**
**Inspection of the nares - Left -** no mucus present . **Right -** no mucus present . **Nasal Mucosa - Left -** no bleeding noted, no congestion observed. **Right -** no bleeding noted, no congestion observed. **Right -** no tenderness observed. **Right -** no tenderness observed. **Turbinates - Middle - Left -** not enlarged, no hypertrophy, no inflammation noted. **Right -** not enlarged, no hypertrophy, no inflammation noted. **Frontal Sinuses - Left -** no tenderness observed. **Maxillary Sinuses - Left -** no tenderness observed.
**Mouth and Throat**
**Oral Cavity/Oropharynx - Oral Mucosa -** moist. **Oropharynx -** posterior oropharyngeal walls are edematous and Red 2/4, no evidence of airway distress observed, No Lymphoid hyperplasia (cobblestoning).

**Chest and Lung Exam**
**Auscultation**
**Breath sounds -** Clear to ascultation bilaterally and Normal.
**Chest and lung exam reveals** - quiet, even and easy respiratory effort with no use of accessory muscles.

**Cardiovascular**
**Auscultation**
**Rhythm -** Regular. **Heart Sounds -** Normal heart sounds, S1 WNL and S2 WNL.

**Neuropsychiatric**
**The patient's mood and affect are described as** - normal.
**Judgment and Insight** - insight is appropriate concerning matters relevant to self.

**Musculoskeletal**
**Global Assessment**
**Examination of related systems reveals -** no generalized swelling or edema of extremities.
**Head**
**Skull - Examination of the skull reveals -** no tenderness to palpation, no pain, no deformities, malformations, or known fractures, negative Battle's sign and no swelling, edema or erythema of surrounding tissue.

**Upper Extremity**
**General -** Bilateral UEs with grossly intact and symmetric strength, motor and tone..
**Lower Extremity**
**General -** Bilateral LEs with grossly intact and symmetric strength, motor and tone..

**Lymphatic**
**Head & Neck**

**Anterior Cervical Nodes: Bilateral - Tenderness -** Mildly tender.
**Posterior Cervical Nodes: Left - Tenderness -** Non Tender. **Right - Tenderness -** Non Tender.
**Axillary**

**Supraclavicular Nodes: Bilateral - Size -** Note: normal nodes.

Assessment & Plan (Keith T. Applegate MD; 8/20/2018 6:22 PM)
ACUTE PHARYNGITIS, UNSPECIFIED ETIOLOGY (J02.9)
Current Plans

- Pt Education - PATIENT ED:Sore Throat *: acute pharyngitis
- The patient was educated and reassured on the signs, symptoms and pathophysiology of this condition. They will return to clinic for re-evaluation and discussion if either the symptoms change and/or increase or they have additional concerns or questions.
- SALT WATER GARGLE FOUR TIMES DAILY/ PHARYNGITIS VERBAL INSTRUCTIONS GIVEN: discussed with patient and provided information.
- Tylenol and/or Advil for fever/symptom control
- Follow up as needed unless not resolved in 7-10 days, then return to clinic for re-evaluation.
- Follow up if no improvement or if symptoms worsen
- STREP, GROUP A, NAA (87651)
- Pt Education - Sore Throat: discussed with patient and provided information.

PA (PSORIATIC ARTHRITIS) (L40.50)
Current Plans

- Pt Education - Managing Psoriasis: discussed with patient and provided information.
- This chronic condition affected the medical decision making process.

SINUSITIS, BACTERIAL (J32.9)
Current Plans

- Pt Education - PATIENT ED:Sinusitis *: sinus infection
- The patient was educated and reassured on the signs, symptoms and pathophysiology of this condition. They will return to clinic for re-evaluation and discussion if either the symptoms change and/or increase or they have additional concerns or questions.
- Tylenol and/or Advil for fever/symptom control
- Follow up as needed unless not resolved in 7-10 days, then return to clinic for re-evaluation.
- Follow up if no improvement or if symptoms worsen
- Started Doxycycline Hyclate 100MG, 1 (one) Tablet two times daily, #20, 10 days starting 08/20/2018, No Refill.
  Local Order: WITH FOOD

BRONCHITIS (J40)
Current Plans

- PULSE OX (94760)
- Pt Education - PATIENT ED:Acute Bronchitis: Brief Version *: acute bronchitis
- The patient was educated and reassured on the signs, symptoms and pathophysiology of this condition. They will return to clinic for re-evaluation and discussion if either the symptoms change and/or increase or they have additional concerns or questions.
- Tylenol and/or Advil for fever/symptom control
- Follow up if no improvement or if symptoms worsen
- Current Kasper on File
- Started Delsym 30MG/5ML, 5 Milliliter two times daily, as needed, 120 Milliliter, 10 days starting 08/20/2018, Ref. x1.
  Local Order: COUGH

VAGINITIS AND VULVOVAGINITIS (N76.0)
Current Plans

- Pt Education - Pt Ed:Vaginitis *: vaginal infection
- Started Fluconazole 150MG, 1 (one) Tablet once, #1, 7 days starting 08/20/2018, Ref. x1.
  Local Order: NOW, MAY REPEAT IN ONE WEEK IF SYMPTOMS PERSIST
- Started Terazol 7 0.4%, 1 (one) Applicator(s) INTRAVAGINALLY QHS, 45 Gram, 7 days starting 08/20/2018, Ref. x1.

BMI 26.0-26.9,ADULT (Z68.26)
Current Plans

- BMI IS DOCUMENTED ABOVE NORMAL PARAMETERS AND A FOLLOW-UP PLAN IS DOCUMENTED (G8417)
- Pt Education - Healthy Diet: Brief Version *: health maintenance



Signed by Keith T Applegate, MD (8/20/2018 6:22 PM)

## Laboratories

**STREP, GROUP A, NAA (87651)** Final, Reviewed (Collected: 08/20/2018)
Diagnosis: ACUTE PHARYNGITIS, UNSPECIFIED ETIOLOGY (J02.9)
Note: Testing performed at Family Practice Associates of Lexington Hamburg Location-1775 Alysheba Way Suite 201 Lexington, KY 40509
CLIA ID: 18D0949691

STREP, GROUP A, NAA **Negative** (Normal Range: Negative) Result Note:
Result Annotation:

## Procedures

**BMI IS DOCUMENTED ABOVE NORMAL PARAMETERS AND A FOLLOW-UP PLAN IS DOCUMENTED (G8417)** Performed: 08/20/2018 (Final, Reviewed)

**PULSE OX (94760)** Performed: 08/20/2018 (Final, Reviewed)

## Scanned Documents

| # | Date | Title | Approved By | Comments |
|---|---|---|---|---|
| 1 | 12/10/2018 | NEUROLOGY | Clickner, Lindsey H APRN | No |
| 2 | 10/10/2018 | RHEUMATOLOGY | Clickner, Lindsey H APRN | No |
| 3 | 08/21/2018 | MRI CHEST | Adams, Doris W APRN | No |
| 4 | 08/01/2018 | RHEUMATOLOGY | Clickner, Lindsey H APRN | No |
| 5 | 07/16/2018 | ORTHOPAEDICS | Clickner, Lindsey H APRN | No |
| 6 | 07/03/2018 | NEUROLOGY | Clickner, Lindsey H APRN | Yes |
| 7 | 06/14/2018 | RHEUMATOLOGY | Clickner, Lindsey H APRN | No |
| 8 | 06/11/2018 | RHEUMATOLOGY | Adams, Doris W APRN | No |
| 9 | 06/08/2018 | NEUROLOGY | Adams, Doris W APRN | No |
| 10 | 06/08/2018 | NEUROLOGY | Clickner, Lindsey H APRN | Yes |
| 11 | 05/14/2018 | NEUROLOGY | Clickner, Lindsey H APRN | Yes |
| 12 | 02/14/2018 | ARTHRITIS CLINIC ARCHIVES | Clickner, Lindsey H APRN | No |
| 13 | 09/18/2017 | KORT | Adams, Doris W APRN | No |
| 14 | 08/10/2017 | KIOSK MED | Clickner, Lindsey H APRN | No |
| 15 | 04/18/2017 | KORT POC | Ballard, Amber K APRN | No |
| 16 | 03/15/2017 | KORT POC | Ballard, Amber K APRN | No |

KORT
The Best In Rehab.

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Mar 15, 2017** |
| DOB: | | FSC: | BCBS |
| Clinician: | Mark A. Neal, PT | Payor: | ANTHEM KY |
| Prim Phy: | Lindsey Cickner APRN | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 278-5007 | Insured: | Not Specified |
| Phy Fax: | (859) 278-6867 | Employer: | Not Specified |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 2/15/2017 | Visits: | 1 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Plan of Care

**Diagnoses**

| | | |
|---|---|---|
| Right Hip/Pelvis | M25.551 | Pain in right hip |
| | M70.61 | Trochanteric bursitis, right hip |

## Subjective Examination

The medical history questionnaire has been completed and signed by the patient, reviewed by the evaluating therapist, and is on file.

**ADL / Functional Status:**

- Premorbid Status:
  - Basic care: Independent Without Difficulty. Work status: Independent Without Difficulty. Recreation/Athletics: Independent Without Difficulty.
- Current Status:
  - Work status: Independent With Difficulty. Recreation/Athletics: Independent With Difficulty.

**Chief Complaint:**

- Pain: Severity: Current : 4/10.

**Functional Comorbidity Index:**

- Arthritis (RA, OA).

**Rehabilitation Expectations/Goals:**

- Return to ADL Performance: Unrestricted/Symptom Free. Return to Work Activities: Unrestricted/Symptom Free. Return to Recreational Activities: Unrestricted/Symptom Free.

**ADL / Functional Status:**

- Current Status: Basic care: Independent With Difficulty.

**Chief Complaint:**

- Pain: Severity at Worst: 8/10.

**Mechanism of Injury:**

- Patient says she began having right hip pain about a month ago. She cannot relate it to an injury. She has pain in her right groin and into her thigh and buttock. She has had no imaging studies, but has been given oral steroids that have decreased her pain. She has most difficulty with prolonged sitting and stairs and walking.

**Questionnaires: Lower Extremity Functional Scale (LEFS):**

| | |
|---|---|
| • Date | 03/15/2017 |
| • Assessment | Admit |
| • Total Score | 76.00 |
| • Percent of Maximal Function | 95.00% |

## Assessment

The patient requires skilled physical therapy to address the problems identified, and to achieve the individualized patient goals as outlined in the problems and goals section of this evaluation. Overall rehabilitation potential is good. The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

**Recommendations: Skilled Intervention Required To:**

- Decrease Pain. Improve Function. Improve Motor Control. Increase Range of Motion. Increase Strength. Return to Premorbid State.

## Problems & Goals

***Problem #1*Chief Complaint: Pain: Severity at Worst: 8/10.**

*STG Achieve by Mar 29, 2017.*

**Symptomatic Improvements:**

- Decreasing Pain: to 5/10.

*LTG Achieve by Apr 12, 2017.*

**Symptomatic Improvements:**

- Decreasing Pain: to 0/10.

***Problem #2*ADL / Functional Status: Current Status: Basic care: Independent With Difficulty.**

*LTG Achieve by Apr 12, 2017.*

**ADL Improvements In:**

- Patient will perform all daily activities with no pain and no restrictions.

***Problem #3*Palpation: ttp at the right greater trochanter and right iliopsoas.**

*STG Achieve by Mar 29, 2017.*

**Palpable Improvements:**

- Tenderness Decreasing to: 1=Complaint of pain.

*LTG Achieve by Apr 12, 2017.*

**Palpable Improvements:**

- Tenderness Decreasing to: 0=No tenderness noted.

| ***Problem #4*Range of Motion: Hip/Pelvis: Pre-Treatment.** | **Left AROM** | **Right AROM** |
|---|---|---|
| • External Rotation | 50 | 55 |
| • Flexion | 120 | 125 |
| • Internal Rotation | 42 | 20 |

*LTG Achieve by Apr 12, 2017.*

| **Range of Motion Improvements to: Hip/Pelvis:** | **Left AROM** | **Left PROM** | **Right AROM** | **Right PROM** |
|---|---|---|---|---|
| • Gross Assessment | WNL | WNL | WNL | WNL |

| ***Problem #5*Muscle Testing: Lower Extremity MMT.** | **Left** | **Right** |
|---|---|---|
| • Hip Abduction | -4/5 | +3/5 |
| • Hip Extension | +3/5 | +3/5 |
| • Hip External Rotation | +3/5 | +3/5 |
| • Hip Flexion | 4/5 | 4/5 |
| • Hip Internal Rotation | -4/5 | -4/5 |
| • Knee Extension | 5/5 | 5/5 |
| • Knee Flexion | 5/5 | 5/5 |

*LTG Achieve by Apr 12, 2017.*

| **Musculoskeletal Improvements In: Lower Extremity Strength to:** | **Left** | **Right** |
|---|---|---|
| • Gross Assessment | +4/5 | +4/5 |

## Plan

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**

- Active Assistive Range of Motion Activities. Active Range of Motion Activities. Client Education. Gait Training. Group Therapy. Home Exercise Program. Joint Mobilization Techniques. Joint Protection. Manual Range of Motion Activities. Manual Therapy Techniques. Neural Mobilization Techniques. Neuromuscular Re-education. Passive Range of Motion Activities. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Activities. Therapeutic Exercise. Trigger Point Dry Needle.
- Modalities:
  - Cryotherapy. Interferential Stimulation. Moist Hot Pack. Ultrasound.



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

**Patient:** Jamie Reece
**Acct #:** 036-430317901 **Visit Date:** Mar 15, 2017
**DOB:**

Mark A. Neal, PT, PT(KY Lic: 005703)
Signed on Mar 15, 2017 22:46:20

**Please Sign and Return**

I have reviewed the Plan of Care established for skilled therapy services and certify that the services are required and that they will be provided while the patient is under my care.

**Comments/Revisions**

**Lindsey Clickner APRN** **Date**



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

KORT
The Best In Rehab.

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Apr 17, 2017** |
| DOB: | | FSC: | BCBS |
| Clinician: | Mark A. Neal, PT | Payor: | ANTHEM KY |
| Prim Phy: | Lindsey Clickner APRN | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 278-5007 | Insured: | Jamie Reece |
| Phy Fax: | (859) 278-6867 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | No Orthonet |
| Inj. Date: | 3/1/2017 | Visits: | 3 |
| Surg. Date: | Not Specified | Cxl/Ns: | 2 |

# Plan of Care

**Diagnoses**

| | | |
|---|---|---|
| Right Hip/Pelvis | M25.551 | Pain in right hip |
| | M70.61 | Trochanteric bursitis, right hip |

## Subjective Examination

**ADL / Functional Status:**

- Current Status: Basic care: Independent With Difficulty.

**Questionnaires: Lower Extremity Functional Scale (LEFS):**

| | |
|---|---|
| • Date: | 03/15/2017 |
| • Assessment | Admit |
| • Total Score | 76.00 |
| • Percent of Maximal Function | 95.00% |

## Assessment

The patient requires skilled physical therapy to address the problems identified, and to achieve the individualized patient goals as outlined in the problems and goals section of this evaluation. Overall rehabilitation potential is good. The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

**Assessment of Improvement:**

- Patient hasn't been seen in 4 weeks. She has made minimal improvements in strength, but larger improvements in hip AROM. She continues to have intermittent pain, but at times severe at work. Recommend continued PT at 2x/week for 4 weeks.

**Recommendations: Skilled Intervention: Required To:**

- Decrease Pain. Improve Balance. Improve Function. Improve Motor Control. Increase Range of Motion. Increase Strength. Return to Premorbid State.

## Problems & Goals

***Problem #1*** **Chief Complaint: Pain: Severity at Worst: 3/10.**

*LTG Achieve by May 15, 2017. Progress: Good progress.*

**Symptomatic Improvements:**

- Decreasing Pain: to 0/10.

*Goal Achieved Apr 17, 2017.*

**Symptomatic Improvements:**

- Decreasing Pain: to 5/10.

***Problem #2*** **ADL / Functional Status: Current Status: Basic care: Independent With Difficulty.**

*LTG Achieve by May 15, 2017. Progress: Good progress.*

**ADL Improvements In:**

- Patient will perform all daily activities with no pain and no restrictions.

***Problem #3*** **Palpation: ttp at the right greater trochanter and right iliopsoas.**

*LTG Achieve by May 15, 2017. Progress: Good progress.*

**Palpable Improvements:**

- Tenderness Decreasing to: 0=No tenderness noted.

*Goal Achieved Apr 17, 2017.*

**Palpable Improvements:**

- Tenderness Decreasing to: 1=Complaint of pain.

***Problem #4*** **Range of Motion: Hip/Pelvis: Pre-Treatment.**

| | **Left AROM** | **Right AROM** |
|---|---|---|
| • External Rotation | 50 | 55 |
| • Flexion | 120 | 125 |
| • Internal Rotation | 42 | 35 |

*LTG Achieve by May 15, 2017. Progress: Good progress.*

**Patient:** Jamie Reece
**Acct #:** 036-430317901 **Visit Date:** Apr 17, 2017
**DOB:**

| Range of Motion Improvements to: Hip/Pelvis: | Left AROM | Left PROM | Right AROM | Right PROM |
|---|---|---|---|---|
| • Gross Assessment | WNL | WNL | WNL | WNL |

| *Problem #5* Muscle Testing: Lower Extremity MMT. | Left | Right |
|---|---|---|
| • Hip Abduction | 4/5 | 4/5 |
| • Hip Extension | 4/5 | 4/5 |
| • Hip External Rotation | 4/5 | 4/5 |
| • Hip Flexion | 4/5 | 4/5 |
| • Hip Internal Rotation | 4/5 | 4/5 |
| • Knee Extension | 5/5 | 5/5 |
| • Knee Flexion | 5/5 | 5/5 |

*LTG Achieve by May 15, 2017. Progress: Good progress.*

| Musculoskeletal Improvements In: Lower Extremity Strength to: | Left | Right |
|---|---|---|
| • Gross Assessment | +4/5 | +4/5 |

## Plan

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**

- Active Assistive Range of Motion Activities. Active Range of Motion Activities. Client Education. Gait Training. Group Therapy. Home Exercise Program. Joint Mobilization Techniques. Joint Protection. Manual Range of Motion Activities. Manual Therapy Techniques. Neural Mobilization Techniques. Neuromuscular Re-education. Passive Range of Motion Activities. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Activities. Trigger Point Dry Needle. Therapeutic Exercise.
- Modalities:
  - Cryotherapy. Interferential Stimulation. Moist Hot Pack. Ultrasound.



Mark A. Neal, PT, PT(KY Lic: 005703)
Signed on Apr 17, 2017 21:04:57

**Please Sign and Return**

I have reviewed the Plan of Care established for skilled therapy services and certify that the services are required and that they will be provided while the patient is under my care.

**Comments/Revisions**

**Lindsey Clickner APRN** **Date**

## Progress Notes

**Patient:** REECE, JAMIE
**Account Number:** 4197223
**DOB:** **Age:** 48 Y **Sex:** Female
**Phone:**
**Address:**
**Pcp:** Of Lexington Family Practice Associates

**Provider:** Samantha Howard, APRN
**Date:** 08/10/2017

### Subjective:

**Chief Complaints:**

1. ear pain (R).

**HPI:**

Ears:

48 year old female presents with c/o pain for began this am.

c/o right ear pain that began this AM. Noticed when she went to clean ears out after shower this AM that is was painful to put q-tip in and has had shooting pains off and on throughout the day. Associated symptoms: right side of throat sore, right lymph nodes tender to touch. Denies fever, rhinorrhea, nasal congestion. Alleviated by: has not tried anything OTC. Worsened by: touch. Discomfort 5/10 with pain, resting 1/10.

**ROS:**

CONSTITUTIONAL:
no chills. no fever.

EYES:
no watery. no itchy. no redness. no drainage.

EARS:
no ringing. no hearing loss. no previous ear infections. ear pain yes. no sensation of fullness.

NOSE:
no rhinorrhea. no congestion. no drainage.

MOUTH AND THROAT:
sore throat yes. scratchy throat yes.

NECK:
no pain. no stiffness. swollen glands yes. no decreased range of motion.

RESPIRATORY:
no cough.

**Medical History:** Healthy.

**Surgical History:** hysterectomy 2006, tonsilectomy .

**Hospitalization/Major Diagnostic Procedure:** see above .

**Family History:** Father: deceasedMother: aliveNon-Contributory

**Social History:** Tobacco Use (Smart Form) Are you a: **never smoker**. Occupation: toyota.

**Medications:** Taking Hormone Medications compounded as directed , Discontinued acyclovir 800 mg tablet 1 tab(s) orally 5 times a day. Medication List reviewed and reconciled with the patient

**Allergies:** N.K.D.A.

### Objective:

**Vitals:** Temp 97.7, Pulse 76, RR 16, BP 95/70, Pain (at time of visit) hpi, LNMP hyst, Ht 67, Wt 155, BMI 24.27.

This fax was received by GFI FaxMaker fax server For more information, visit: http://www.gfi.com

**Examination:**

Focused Exam:

GENERAL: no acute distress, well nourished and hydrated, appearance congruent with stated age, appears well. EYES: conjunctiva pink w/o inflammation or pallor, sclera white, no discharge. EARS: bilateral, external canal w/o redness, swelling, discharge, TM intact, pearly gray, landmarks visualized, TM bulging, fluid visualized behind TM. NOSE external nose free of swelling, trauma, and deviation, no discharge, no septal deviation or perforation, mucosa dull red, smooth, moist, & free of inflammation, no frontal or maxillary tenderness. MOUTH AND THROAT: lips pink, moist, oral mucosa pink, moist, w/o lesions or discolorations, uvula midline, pharynx pink, moist, w/o infection. NECK: no lymphadenopathy, full range of motion. RESPIRATORY: breath sounds clear throughout, respiration even and unlabored. CARDIO: S1 & S2 single sounds, no murmurs, gallops, rubs, or clicks, RRR.

## Assessment:

**Assessment:**

1. Bilateral acute serous otitis media, recurrence not specified - H65.03 (Primary)

## Plan:

**1. Bilateral acute serous otitis media, recurrence not specified**

Start fluticasone nasal spray, 50 mcg/inh, 1 spray(s), intranasally, once a day, 30 day(s), 1 : Start cetirizine tablet, 10 mg, 1 tab(s), orally, once a day, 30 day(s), 30 Tablet .

Notes: Eustachian Tube Dysfunction results in negative pressure in the middle ear cleft. Symptoms are often mild and do not persist beyond a few days. Swallow, yawn, or chewing can equalize the pressure in the middle ear, and is appropriate especially on aircrafts. Hearing impairment caused by patulous Eustachian tubes may improve with supine position or leaning the head forward. Intranasal corticosteroids are given intranasally to minimize edema and inflammation at the Eustachian tube orifice. The treatment may be given at any time after clinical presentation. The risks or significant complications associated with intranasal corticosteroid use are nose bleeds. Primary Treatment Options: fluticasone propionate nasal : (50 micrograms/spray) 100 micrograms (2 sprays) in each nostril once daily. After you have used nasal saline to clear you nasal passaged, blow your nose a couple of times, then use the flonase spray in your nose: 2 sprays each nostril once a day. Fluticasone is a steroid. It prevents the release of substances in the body that cause inflammation. It is used to treat nasal symptoms such as congestion, sneezing, and runny nose caused by seasonal or year-round allergies. Fluticasone may also be used for other purposes. The usual dose of fluticasone nasal is 1 to 2 sprays into each nostril once per day. Before using the spray for the first time, you must prime the spray pump. Shake the medicine well and spray 6 test sprays into the air and away from your face. Prime the spray pump any time you have not used your nasal spray. Spray until a fine mist appears. Shake the medicine bottle well just before each use. It may take up to several days of using this medicine before your symptoms improve. Spray up into the nostril, but away from your nasal septum (middle), may irritate your septum. For best results, keep using the medication as directed. Talk with your doctor if your symptoms do not improve after a week of treatment. Fluticasone nasal can lower the blood cells that help your body fight infections. Avoid being near people who are sick or have infections. Call your doctor for preventive treatment if you are exposed to chicken pox or measles. While using fluticasone nasal, tell your doctor if you have severe or ongoing nose bleed, vision problems, sores in the nose that won't heal, or if you have fever, chills, body aches, or flu symptoms.

**Follow Up:** No follow-up is indicated unless symptoms worsen after 3-5 days, new symptoms develop, or symptoms do not improve or resolve after 10-14 days

**Provider:** Samantha Howard, APRN
**Patient:** REECE, JAMIE **DOB:** **Date:** 08/10/2017

**Electronically signed by SH33009 Samantha Howard on 08/10/2017 at 02:50 PM CDT**
**Sign off status: Pending**

KORT The Best In Rehab.

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Sep 18, 2017** |
| DOB: | | FSC: | BCBS |
| Clinician: | Michael W. Hopper, PT | Payor: | ANTHEM KY |
| Prim Phy: | Doris W. Adams APRN | Po/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 278-5007 | Insured: | Not Specified |
| Phy Fax: | (859) 278-6867 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 9/9/2017 | Visits: | 1 |
| Surg. Date: | Not Specified | Cd/Ns: | 0 |

# Plan of Care

**Diagnosis**

Spine M54.5 Low back pain

## Subjective Examination

The medical history questionnaire has been completed and signed by the patient, reviewed by the evaluating therapist, and is on file.

**ADL / Functional Status:**
- Premorbid Status: ADL/ IADL: Independent Without Difficulty.

**Chief Complaint:**
- Pain: Severity at Best: 2/10.

**Functional Comorbidity Index: Body Measurements:**
- Height (in) 67 Inches
- Weight (lbs) 145 Pounds

**Rehabilitation Expectations/Goals:**
- Return to Age Appropriate Activities: Unrestricted/Symptom Free.

**ADL / Functional Status:**
- Current Status: Patient reporting she has been off of work at Toyota since injury. Job requires lots of sit to stand, twisting, squatting, reaching, and leaning. Reporting she has been avoiding a lot of activity to keep pain down. Increased pain in buttock with prolonged sitting.

**Chief Complaint:**
- Pain: Severity at Worst: 8/10.

**Mechanism of Injury:**
- Patient reporting that she was unloading her car 9/9/17 and bent over to set down something light when her back gave out and locked up. She had immediate severe lumbar pain and radiating pain down the left lower extremity to the shin. Visited UTC the next day and was prescribed muscle relaxors. Visited PCP shortly after where she received lumbar injection and steroid dose pack. Reporting that steroid pack significantly helped radicular symptoms. At start of treatment, patient reporting no symptoms past her left buttock.

**Questionnaires: M-O: Oswestry Disability Index (ODI): Scoring:**
- Date 09/18/2017
- Assessment Initial
- Percentage 22.00%

## Assessment

The patient requires skilled physical therapy to address the problems identified, and to achieve the individualized patient goals as outlined in the problems and goals section of this evaluation. Overall rehabilitation potential is good. The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

**Recommendations: Skilled Intervention: Required To:**
- Decrease Pain. Improve Function. Improve Motor Control. Increase Strength. Increase Range of Motion.

## Problems & Goals

***Problem #1*Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees).**
- Active Extension (lower lumbar soreness) 30 Degrees
- Active Flexion 90 Degrees
- Active Side Bend Left 30 Degrees
- Active Side Bend Right 30 Degrees

*LTG Achieve by Oct 16, 2017.*

**Lumbar extension will not increase discomfort.**

***Problem #2*Chief Complaint: Pain: Severity at Worst: 8/10.**

*LTG Achieve by Oct 16, 2017.*

**GROC +5**

***Problem #3*ADL / Functional Status: Current Status: Patient reporting she has been off of work at Toyota since injury. Job**

**requires lots of sit to stand, twisting, squatting, reaching, and leaning. Reporting she has been avoiding a lot of activity to keep pain down. Increased pain in buttock with prolonged sitting.**

*LTG Achieve by Oct 16, 2017.*

**Independence in HEP.**

## Plan

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**

- Client Education. Gait Training. Home Exercise Program. Manual Therapy Techniques. Modalities: As Needed. Neuromuscular Re-education. Self Care/Home Management. Therapeutic Activities. Therapeutic Exercise.

Michael W. Hopper, PT, PT(KY Lic: 006740)
Signed on Sep 18, 2017 21:11:34

**Please Sign and Return**

I have reviewed the Plan of Care established for skilled therapy services and certify that the services are required and that they will be provided while the patient is under my care.

**Comments/Revisions**

**Doris W. Adams APRN** **Date**



This fax was received by GFI FaxMaker fax server. For more information visit: http://www.gfi.com

Feb. 13. 2018 4:02PM    Fax 258 No. 6814 P. 1

Hamburg
1775 Alysheba Way Suite 201
Lexington, KY 40509-2381
Phone: (859) 278-5007
Fax: (859) 278-6867

Patient Name: Jamie Reece
Street Address:
City/State/ZIP:
DOB: ________ SSN## Phone #:

I hereby authorize (Physician, Clinic, Hospital or Other Health Care Provider) to Release Medical Records:

From (Name of party releasing records): ________
Street Address: Lex clinic Rheumatology
City, State, ZIP ________

To (Name of party requesting records): ________
Street Address: FPA
City, State, Zip Fax (859)278-6867

Family Practice Associates
of Lexington
1775 Alysheba Way, Suite 201
Lexington, KY 40509-2379

**Please fill in complete mailing address - ALL records will be mailed**

**The Information to be released includes:**

| | |
|---|---|
| _✓_ Entire medical record | If the record includes information related to alcohol or drug abuse, mental health diagnosis/ treatment, AIDS or other communicable diseases, please check the ones that are applicable. |
| ___ Billing Information DATE ___ | ___ Alcohol/Drug abuse |
| ___ History&Physical DATE ___ | ___ Mental Health diagnosis/treatment |
| ___ Progress Notes DATE ___ | ___ AIDS/other communicable diseases |
| ___ Laboratory Reports DATE ___ | |
| ___ Other DATE ___ | |

*Please note that once your Private Health Information is disclosed, it may be redisclosed by the authorized recipient.*

I understand that the purpose of this disclosure is for use in:

___ Specialty Appointment
___ Insurance Claim Processing    ___ Other (specify) ___
___ Legal Claim Processing
___ Change in Primary Doctor
Reason: ___ Insurance ___ Closer to Home ___ Dissatisfied ___ Other

I ___ am or ___ am not transferring my care to another physician/provider other than FPA.

***(If I am transferring care, I understand that FPA will no longer be my primary care office.)***

**Patient/ Legal Guardian** Continuation of care **Date** ___

**This authorization form will be in effect for a period of one year from the date of the signature; however, the patient and/or legal guardian may revoke this authorization in writing at any time as per the Notice of Privacy Practices. ***Release of present and future billing and lab info will be in effect until revoked.*****

Treatment, payment, enrollment or eligibility for benefits may not be conditioned on obtaining the authorization if such conditioning is prohibited by the Privacy Rule.

___ If checked, this will be considered the one free copy that you are entitled to according to Kentucky statute [illegible]. Please retain this copy for your files and release only a photocopy. In the future, there will be a charge of one dollar per page plus handling charges for additional copies.

DO NOT WRITE BELOW THIS LINE

**FPA EMPLOYEE SIGNATURE** ___

**COMMENTS** ___

___ Released to pt in office/ Initials/Date ___

Tuesday, February 13, 2018    Page 1 / 1

FAX 2-14-18
MAIL OUT ___
UPS ___

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

## Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 01/26/2018**

Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 01/26/2018 01:00PM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP084<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Prescription: ESI1 - Member is eligible. details | | |

### Chief Complaint

Followup: Psoriatic arthritis

1 month reck, doing about the same, has not noticed any improvement

### Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867

### Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0626**

WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

### Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 01/26/2018 01:14 pm | **Wt:** | 169 lbs 01/26/2018 01:14 pm | **BMI:** | 26.5 01/26/2018 01:14 pm |
| **BP:** | 105/62 sitting R arm 01/26/2018 01:16 pm | **BP Cuff Size:** | adult 01/26/2018 01:16 pm | **Pulse:** | 61 bpm regular 01/26/2018 01:16 pm |
| **RR:** | 16 01/26/2018 01:16 pm | | | | |

### Allergies

**Reviewed Allergies**

**LORTAB:** Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **calcium** | 11/17/17 | entered |
| **Diflucan 150 mg tablet**<br>Take 1 tablet(s) every day by oral route for 3 days. | 01/09/18 | prescribed |
| **estradiol 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 11/17/17 | entered |
| **folic acid 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 01/26/18 | prescribed |
| **ketoprofen 75 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly | 01/26/18 | prescribed |

**Motrin 800 mg tablet** 05/20/08 filled
Two times a day
**Internal Note:** Frequency: bid;Alt Frequency: prn;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008

**Multi Vitamin** 11/17/17 entered

**NexIUM 40 mg capsule,delayed release** 09/08/17 prescribed
Take 1 capsule(s) every day by oral route.

**predniSONE 5 mg tablet** 01/26/18 prescribed
take one po daily as needed

**Probiotic** 11/17/17 entered

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/10/2017)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): Y

## HPI

multiple recurring joint pain and tenderness; with hx of psoriasis; right hip pains, stiffness; tenderness; works full time at toyota and is concerned about worsening joint pains; denies cp, soa, rash or fevers and all others are negative

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally and normal tandem gait test.

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Sclerae: non-icteric.

**ENMT:** Ears: no lesions on external ear or hearing loss. Nose: no lesions on external nose and nares patent. Oral Cavity: no mouth or lip ulcers. Oropharynx: moist mucous membranes. Face: no malar erythema.

**Musculoskeletal System:** Joints, Bones, and Muscles: no contractures, malalignment, or bony abnormalities and normal movement of all extremities and tenderness. Extremities: no cyanosis, edema, varicosities, or palpable cord. Knees: no ligamentous instability on examination.

**Neurological Exam:** Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no ulcer, induration, nodules, jaundice, or abnormal nevi;**rash and lesion**; and good turgor; **Mild psoriatic lesions**. Nails: normal.

## Assessment / Plan

**1. Psoriatic arthritis** - prednisone trial improved outcome; no itching, no rash, joint pains improved overall
will initiate methotrexate and folic acid
labs are good
will f/u in 1 month

L40.50: Arthropathic psoriasis, unspecified

- methotrexate sodium 2.5 mg tablet - take 4 po twice weekly Qty: 32 tablet(s) Refills: 2 Pharmacy: WALMART PHARMACY 3894
- folic acid 1 mg tablet - Take 1 tablet(s) every day by oral route. Qty: 30 tablet(s) Refills: 3 Pharmacy: WALMART PHARMACY 3894
- prednisone 5 mg tablet - take one po daily as needed Qty: 30 tablet(s) Refills: 2 Pharmacy: WALMART PHARMACY 3894

**2. Long term methotrexate user**

Z79.899: Other long term (current) drug therapy

- CBC
- ESR, AUTOMATED
- ALT
- AST
- CREATININE

**3. Long-term drug therapy**

Z79.899: Other long term (current) drug therapy

- QUANTIFERON TB GOLD

### Return to Office

- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by SUSANNA MOBERLY, APRN, 01/26/2018.

Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 01/26/2018 at 1:21pm

**Encounter Date: 12/20/2017**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 12/20/2017 02:00PM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

Followup: Psoriatic arthritis

Pt is here today for fup labs done at last visit.

**REECE, JAMIE H (Id #21591363, dob:**

Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-8867

Patient's Pharmacies

**WAL-MART PHARMACY 3694 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**

WAL-MART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4609, Fax (502) 570-4810

Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 12/20/2017 01:09 pm | **Wt:** | 163 lbs 12/20/2017 01:09 pm | **BMI:** | 25.5 12/20/2017 01:09 pm |
| **BP:** | 113/83 sitting R arm 12/20/2017 01:10 pm | **BP Cuff Size:** | adult 12/20/2017 01:10 pm | **Pulse:** | 71 bpm 12/20/2017 01:10 pm |

Allergies

Reviewed Allergies

**LORTAB:** Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

Medications

Reviewed Medications

| | | |
|---|---|---|
| **calcium** | 11/17/17 | entered |
| **estradiol 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 11/17/17 | entered |
| **folic acid 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 12/20/17 | prescribed |
| **ketoprofen 75 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po once weekly x 2 weeks; then increase to 6 po once weekly until follow up | 12/20/17 | prescribed |
| **Motrin 800 mg tablet**<br>Two times a day<br>**Internal Note:** Frequency: bid;Alt Frequency: prn;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet. start 05/20/2008 | 05/20/08 | filled |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM 40 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **predniSONE 5 mg tablet**<br>take one po daily as needed | 12/20/17 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

Vaccines

None recorded.

Problems

Reviewed Problems

**REECE, JAMIE H (Id #21591363, dob: )**

- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

**Reviewed Family History**

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability<br>- Arthritis |

## Social History

**Reviewed Social History**
**Smoking Status: Never smoker**

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/10/2017)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): Y

## HPI

multiple recurring joint pain and tenderness; with hx of psoriasis; right hip pains, stiffness; tenderness; works full time at toyota and is concerned about worsening joint pains; denies cp, sob, rash or fevers and all others are negative

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally and normal tandem gait test.

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Sclerae: non-icteric.

**ENMT:** Ears: no lesions on external ear or hearing loss. Nose: no lesions on external nose and nares patent. Oral Cavity: no mouth or lip ulcers. Oropharynx: moist mucous membranes. Face: no malar erythema.

**Musculoskeletal System:** Joints, Bones, and Muscles: no contractures, malalignment, or bony abnormalities and normal movement of all extremities and **tenderness**. Extremities: no cyanosis, edema, varicosities, or palpable cord. Knees: no ligamentous instability on examination.

**Neurological Exam:** Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no ulcer, induration, nodules, jaundice, or abnormal nevi;**rash and lesion**; and good turgor; **Mild psoriatic lesions.** Nails: normal.

## Assessment / Plan

**1. Psoriatic arthritis** - prednisone trial improved outcome; no itching, no rash, joint pains improved overall
will initiate methotrexate and folic acid
labs are good
will f/u in 1 month

L40.50: Arthropathic psoriasis, unspecified

- methotrexate sodium 2.5 mg tablet - take 4 po once weekly x 2 weeks; then increase to 6 po once weekly until follow up

Qty: 24 tablet(s) Refills: 2 Pharmacy: WAL-MART PHARMACY 3894
- folic acid 1 mg tablet - Take 1 tablet(s) every day by oral route. Qty: 30 tablet(s) Refills: 3 Pharmacy: WAL-MART PHARMACY 3894
- prednisone 5 mg tablet - take one po daily as needed Qty: 30 tablet(s) Refills: 2 Pharmacy: WAL-MART PHARMACY 3894

Return to Office
- SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on 01/18/2018 at 02:30 PM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

Encounter Sign-Off

Encounter signed-off by SUSANNA MOBERLY, APRN, 12/30/2017.

Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 12/30/2017 at 11:11pm

**Encounter Date: 11/17/2017**

Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 11/17/2017 01:00PM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Prescription: ESI1 - Member is eligible. details | | |

Chief Complaint

new patient

new, joint stiffness and pain

Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867

Patient's Pharmacies

**WAL-MART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
TOYOTA FAMILY PHARMACY (TMMK): 1001 CHERRY BLOSSOM WAY, GEORGETOWN KY 40324, Ph (502) 570-4610, Fax (502) 570-4610

Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 11/17/2017 01:22 pm | **Wt:** | 159 lbs 11/17/2017 01:22 pm | **BMI:** | 24.9 11/17/2017 01:22 pm |
| **BP:** | 109/61 sitting R arm 11/17/2017 01:29 pm | **BP Cuff Size:** | adult 11/17/2017 01:29 pm | **Pulse:** | 57 bpm regular 11/17/2017 01:29 pm |
| **RR:** | 16 11/17/2017 01:29 pm | | | | |

Allergies

Reviewed Allergies

LORTAB: itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

Medications

Reviewed Medications

| | | |
|---|---|---|
| **calcium** | 11/17/17 | entered |
| **estradiol 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 11/17/17 | entered |
| **ketoprofen 75 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |

**REECE, JAMIE H (id #21591363, dob:**

| | | |
|---|---|---|
| **Motrin 800 mg tablet**<br>Two times a day<br>**Internal Note:** Frequency: bid;Alt Frequency: prn;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008 | 05/20/08 | filled |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM 40 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **predniSONE 5 mg tablet**<br>take one po tid x 1 week; one po bid x 1 week then one po daily until gone | 11/17/17 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 09/10/2017)

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/10/2017)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): Y

## HPI

multiple recurring joint pain and tenderness; with hx of psoriasis; right hip pains, stiffness; tenderness; works full time at toyota and is concerned about worsening joint pains; denies cp, sob, rash or fevers and all others are negative

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally and normal tandem gait test.

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Sclerae: non-icteric.

**ENMT:** Ears: no lesions on external ear or hearing loss. Nose: no lesions on external nose and nares patent. Oral Cavity: no mouth or lip ulcers. Oropharynx: moist mucous membranes. Face: no malar erythema.

**Neck:** Neck: supple, FROM, trachea midline, and no masses. Lymph Nodes: no cervical LAD or supraclavicular LAD. Thyroid: no enlargement, tenderness, or nodules.

**Lungs:** Respiration: no dyspnea. Percussion: no dullness, flatness, or hyperresonance. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal and CTA except as noted.

**Cardiovascular System:** Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no JVD. Pulses including femoral / pedal: normal throughout.

**Musculoskeletal System:** Joints, Bones, and Muscles: no contractures, malalignment, or bony abnormalities and normal movement of all extremities and **tenderness**. Extremities: no cyanosis, edema, varicosities, or palpable cord. Cervical Spine: normal extension and flexion. Lumbar Spine: normal extension, negative straight-leg raising test, and no paravertebral tenderness. Hips: normal internal rotation and external rotation; no tenderness of the SI joints, pain over the greater trochanteric bursa, or trigger point pain; and negative Patrick's test. Knees: no ligamentous instability on examination.

**Neurological Exam:** Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no ulcer, induration, nodules, jaundice, or abnormal nevi/**rash and lesion**; and good turgor. **Mild psoriatic lesions**. Nails: normal.

**Back:** Thoracolumbar Appearance: normal curvature.

## Assessment / Plan

**1. Multiple joint pain** - chronic and recurring joint pain and tenderness with flares more on the right side than on the left
hx of psoriasis for years
currently doesn't take any medications for this
no regular use of nsaids

M25.50: Pain in unspecified joint
- EATING HEALTHY FOODS: CARE INSTRUCTIONS
- ESR, AUTOMATED
- C-REACTIVE PROTEIN
- ANTI-CCP
- RHEUMATOID FACTOR
- ANTINUCLEAR AB (ANA)
- prednisone 5 mg tablet - take one po tid x 1 week; one po bid x 1 week then one po daily until gone Qty: 42 tablet(s) Refills: 0 Pharmacy: TOYOTA FAMILY PHARMACY (TMMK)

**2. Psoriasis with arthropathy** - Mild, sparse psoriatic lesions

L40.50: Arthropathic psoriasis, unspecified
- PSORIASIS: CARE INSTRUCTIONS

## Return to Office

- SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on 12/22/2017 at 01:30 PM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2018

## Encounter Sign-Off

Encounter signed-off by SUSANNA MOBERLY, APRN, 11/22/2017.

Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 11/22/2017 at 1:26pm

## Lab Results

NEW LEXINGTON CLINIC PSC • . LEXINGTON KY 40504-2701

**REECE, JAMIE H (id #21591363, dob:**

## QUANTIFERON TB GOLD 01/29/2018 (#13217013, Final, 01/26/2018 2:07pm)

| | | | |
|---|---|---|---|
| [illegible] | [illegible] | | |
| [illegible] | [illegible], APRN | [illegible] | LEXINGTON CLINIC LABORATORY<br>[illegible] BROADWAY<br>LEXINGTON KY [illegible] |
| [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] 14:07 | [illegible] | Final |
| [illegible] | [illegible] 15:12 | [illegible] | |
| [illegible] | [illegible] 17:30 | | |

| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] |
| | [illegible] | | | | | |
| [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] |
| | [illegible] | | | | | |

KGY LEXINGTON CLINIC PSC • , LEXINGTON KY 40504-2701

**REECE, JAMIE H (id #21591363, dob:**

## ESR, AUTOMATED 01/26/2018 (#13172514, Final, 01/26/2018 2:07pm)

| | | | |
|---|---|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. | | |
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q5260529 | Specimen Source | |
| Specimen Coll. Date | 01/26/2018 14:07 | Result Status | Final |
| Specimen Rec. Date | 01/26/2018 15:14 | Report Status | |
| Specimen Reported Date | 01/26/2018 16:19 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ESR, AUTOMATED | 11 | 0-10 | MM/HR | Normal | Final | |

## AST 01/26/2018 (#13171396, Final, 01/26/2018 2:07pm)

| | | | |
|---|---|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. | | |
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q5260529 | Specimen Source | |
| Specimen Coll. Date | 01/26/2018 14:07 | Result Status | Final |
| Specimen Rec. Date | 01/26/2018 15:13 | Report Status | |
| Specimen Reported Date | 01/26/2018 15:52 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| AST | 20 | 0-32 | U/L | Normal | Final | |

## CREATININE 01/26/2018 (#13171396, Final, 01/26/2018 2:07pm)

| | | | |
|---|---|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. | | |
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q5260529 | Specimen Source | |
| Specimen Coll. Date | 01/26/2018 14:07 | Result Status | Final |
| Specimen Rec. Date | 01/26/2018 15:13 | Report Status | |
| Specimen Reported Date | 01/26/2018 15:52 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| CREATININE | 0.73 | 0.50-0.95 | mg/dL | Normal | Final | |

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

NEW LEXINGTON CLINIC PSC • : LEXINGTON KY 40504-2701

**REECE, JAMIE H (id #21591363, dob: )**

## ALT 01/26/2018 (#13171394, Final, 01/26/2018 2:07pm)

| | | | |
|---|---|---|---|
| Note to Patient: | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. | | |
| Ordering Provider: | SUSANNA MOBERLY, APRN | Performing Lab: | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID: | Q5280529 | Specimen Source: | |
| Specimen Coll. Date: | 01/26/2018 14:07 | Result Status: | Final |
| Specimen Rec. Date: | 01/26/2018 15:13 | Report Status: | |
| Specimen Reported Date: | 01/26/2018 15:52 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ALT | 12 | 0-33 | U/L | Normal | Final | |

NEW LEXINGTON CLINIC PSC + , LEXINGTON KY 40504-2791

**REECE, JAMIE H (id #21591363, dob:**

## CBC 01/26/2018 (#13171328, Final, 01/26/2018 2:07pm)

| | |
|---|---|
| [illegible] | [illegible] |

| | | | |
|---|---|---|---|
| [illegible] | SUSANNA MOBERLY, APRN | [illegible] | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2791 |
| [illegible] | [illegible] | [illegible] | |
| [illegible] | 01/26/2018 14:57 | [illegible] | Final |
| [illegible] | 01/26/2018 15:14 | [illegible] | |
| [illegible] | 01/26/2018 15:50 | | |

| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|---|---|
| WHITE BLOOD CELLS | 4.2 | [illegible] | [illegible] | Normal | Final | |
| RED BLOOD CELLS | 4.07 | [illegible] | [illegible] | Normal | Final | |
| HEMOGLOBIN | [illegible] | [illegible] | [illegible] | Normal | Final | |
| HEMATOCRIT | 37.1 | [illegible] | % | Normal | Final | |
| MCV | 91 | [illegible] | [illegible] | Normal | Final | |
| MCH | [illegible] | [illegible] | [illegible] | Normal | Final | |
| MCHC | [illegible] | [illegible] | [illegible] | Normal | Final | |
| RDW | [illegible] | [illegible] | % | Normal | Final | |
| MPV | 7.7 | [illegible] | [illegible] | Normal | Final | |
| PLATELET COUNT | [illegible] | [illegible] | [illegible] | Normal | Final | |
| NEUTROPHIL ABSOLUTE | [illegible] | [illegible] | [illegible] | Normal | Final | |
| LYMPHOCYTE ABSOLUTE | [illegible] | [illegible] | [illegible] | Normal | Final | |
| MONOCYTE ABSOLUTE | [illegible] | [illegible] | [illegible] | Normal | Final | |
| EOSINOPHIL ABSOLUTE | [illegible] | [illegible] | [illegible] | Normal | Final | |
| BASOPHIL ABSOLUTE | [illegible] | [illegible] | [illegible] | Normal | Final | |
| % NEUTROPHILS | [illegible] | [illegible] | % | Low | Final | |
| % LYMPHOCYTES | [illegible] | [illegible] | % | High | Final | |
| % MONOCYTES | [illegible] | [illegible] | % | Normal | Final | |
| % EOSINOPHILS | [illegible] | [illegible] | % | Normal | Final | |
| % BASOPHILS | [illegible] | [illegible] | % | Normal | Final | |
| NUCLEATED RED CELLS | [illegible] | [illegible] | % | Normal | Final | |
| NUCLEATED RBCS, ABSOLUTE | [illegible] | NOT ESTAB. | [illegible] | Normal | Final | |

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

**REECE, JAMIE H (id #21591363, dob:**

## QUEST ANA, REFLEX 11/25/2017 (#11672547, Final, 11/17/2017 2:15pm)

| | |
|---|---|
| [illegible] | [illegible] negative |

| | | | |
|---|---|---|---|
| [illegible] | SUSANNA MOBERLY, APRN | [illegible] | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| [illegible] | [illegible] | [illegible] | |
| [illegible] | 11/17/2017 14:15 | [illegible] | Final |
| [illegible] | 11/17/2017 14:52 | [illegible] | |
| [illegible] | [illegible] 14:58 | | |

| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|---|---|
| [illegible] | NEGATIVE | NEGATIVE | | [illegible] | [illegible] | [illegible] |
| | [illegible] | | | | | |

## ANTI-CCP 11/19/2017 (#11544741, Final, 11/17/2017 2:15pm)

| | |
|---|---|
| [illegible] | [illegible] |

| | | | |
|---|---|---|---|
| [illegible] | SUSANNA MOBERLY, APRN | [illegible] | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| [illegible] | [illegible] | [illegible] | |
| [illegible] | 11/17/2017 14:15 | [illegible] | Final |
| [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | | |

| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|---|---|
| [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] |
| | [illegible] | | | | | |

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

**REECE, JAMIE H (id #21591363, dob:**

## ESR, AUTOMATED 11/17/2017 (#11535359, Final, 11/17/2017 2:15pm)

| | | | |
|---|---|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. | | |
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q3170710 | Specimen Source | |
| Specimen Coll. Date | 11/17/2017 14:16 | Result Status | Final |
| Specimen Rec. Date | 11/17/2017 14:19 | Report Status | |
| Specimen Reported Date | 11/17/2017 15:38 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Edit |
|---|---|---|---|---|---|---|
| ESR, AUTOMATED | 12 | 0-19 | MM/HR | Normal | Final | |

## RHEUMATOID FACTOR 11/17/2017 (#11532162, Final, 11/17/2017 2:15pm)

| | | | |
|---|---|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. | | |
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q3170710 | Specimen Source | |
| Specimen Coll. Date | 11/17/2017 14:16 | Result Status | Final |
| Specimen Rec. Date | 11/17/2017 14:19 | Report Status | |
| Specimen Reported Date | 11/17/2017 14:47 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Edit |
|---|---|---|---|---|---|---|
| RF SCREEN, QUANT | <10.0 | 0.0-13.9 | IU/mL | Normal | Final | |

## C-REACTIVE PROTEIN 11/17/2017 (#11532160, Final, 11/17/2017 2:15pm)

| | | | |
|---|---|---|---|
| Note to Patient | [illegible] | | |
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q3170710 | Specimen Source | |
| Specimen Coll. Date | 11/17/2017 14:15 | Result Status | Final |
| Specimen Rec. Date | 11/17/2017 14:18 | Report Status | |
| Specimen Reported Date | 11/17/2017 14:47 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Edit |
|---|---|---|---|---|---|---|
| C-REACTIVE PROTEIN | [illegible] | [illegible] | mg/dL | Normal | Final | |
| | [illegible] | | | | | |

This fax was received by GFI FaxMaker fax server. For more information visit. http://www.gfi.com

**Lexington Clinic**

KENTUCKY ONE HEALTH - NEUROSURGERY

1401 HARRODSBURG RD SUITE A540
LEXINGTON, KY 40504-1720
(859) 258-6760 Fax (859) 258-6512

Date: 05/14/2018

RE: Jamie Reece, DOB: PT ID #21591363

Dear Family Practice Associates,

I would like to thank you for referring Jamie Reece to our practice for consultation and evaluation. I have enclosed a copy of the office evaluation for your records.

Sincerely,

Matt Tutt M.D.

Electronically Signed by: MATTHEW TUTT, MD

## Encounter Reason/Date

cervical pain
05/14/2018 - 10:00AM - NEUROSURGERY KOHOP

## History of Present Illness

Mrs. Reece is a 49-year-old female who works at Toyota presenting with right-sided neck pain, jaw pain, collarbone pain and radiating pain into her arm in a non-dermatomal distribution. Her pain started at the end of January after changing jobs at Toyota. She denies any specific injury. Her pain has multiple characteristics, is fairly constant, but the arm pain comes and goes. She is seen some relief of her pain with inactivity. She describes right arm numbness and tingling. No weakness. No loss of bowel or bladder control. No difficulty with balance. No visual complaints.
She did physical therapy for 8-10 weeks, 2 times a week at Toyota. She has trialed a TENS unit as well as steroid pack. She has been taking over-the-counter anti-inflammatories for the past 8-10 weeks. She trialed Neurontin, prescribed by Dr. Donegan, with some relief.

## Review of Systems

**Additionally reports:**

**As noted per patient intake sheet and in the HPI. All other systems reviewed and negative.**

## Physical Exam

Patient is a 49-year-old female.



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

General: NAD, alert &oriented x3
HEENT: normal
PERRL, EOM intact
face symmetric
Motor: grossly intact all extremities
Sensation: intact to light tough bilaterally UE and LE
Reflexes:

Positive Hoffman's bilaterally

2+ upper extremities bilaterally
3+ lower extremities bilaterally
Chest: Clear with no wheezes.
Heart: regular rate and rhythm with no rubs gallops or murmur
Abdomen: soft and nontender GU and rectal: deferred
Extremities: no cyanosis clubbing or edema
Skin: unremarkable

## Procedure Documentation

None recorded

## Assessment/Plan

Mrs. Reece is a 49-year-old female with no significant findings on her cervical MRI. We reviewed her MRI together in my office. She has no significant central stenosis or nerve root compression. She also has an EMG and nerve conduction study performed by Dr. Leung which shows no evidence of cervical radiculopathy or focal nerve compression. There are no neurosurgical options here. However, on examination she does appear to be a bit hyper-reflexive, with a positive Hoffmann's reflex bilaterally. Although it may be artifact, her MRI report does describe some subtle signal change in the spinal cord. I would like her to be evaluated by neurology to rule out an neurologic disorder, such as multiple sclerosis. She may need an MRI of the brain performed.

I had a lengthy conversation with her with regards to my opinion. There are clearly no further considerations with regards to her cervical spine. I explained that her distribution of pain does not correlate with any specific neurologic dermatome. I feel strongly that we must look elsewhere for the cause of her symptoms. She and her husband voiced good understanding of this, but she did seem quite disappointed that I could not give her a clear answer today. I think neurology is appropriate at this point.

Her follow-up with me will be as needed, but I would appreciate receiving the opinion of the neurologist.

**1. Neck pain** -

Minutes spent reviewing images, discussing the diagnosis and coordinating care: 45 min

M54.2: Cervicalgia

### Return to Office

- AN-YU CHEN, MD for RECHECK at GASTRO SB on 06/19/2018 at 02:30 PM
- SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on 06/25/2018 at 01:15 PM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

Neurology Clinic of London - Lexington
3470 Blazer Parkway Suite 150,
Lexington, KY 40509
Phone: (859) 263-8807 Fax: (859) 263-8808

*MRN:* **1668060** *Encounter Date:* **06/08/2018 7:15AM**

*DOB:*
*h*
*Address:* *Work:*
**Jamie Reece**

**PCP:** Adams, Doris W

### History Reported By
The history today is reported by the patient and Husband.

### Chief Complaint
Mrs. Reece was referred by Dr Tutt, neurosurgeon for consult regarding cervical radiculopathy, multiple sclerosis evaluation.
She reports neck, shoulder, right side arm, hip, foot pain, left eye and ear pain, blurry vision, episodes of stabbing pain in chest, dizziness/vertigo, difficulty swallowing.

### History of Present Illness
**HPI Free Text** - **v1.0:** Ms. Reece is here today for consultation regarding possible MS.

Ms. Reece got hurt at work and had an MRI of her shoulder and neck. She went to see Dr. Tutt, and it was reported to her that there was an abnormality in the cord at the cervical spine level concerning for possible MS.

For the past 3-4 months, she has experienced a squeezing sensation to her chest. She has had a couple episodes of this that lasted about 1 hour. These episodes were painful. Other times have lasted just seconds. Episodes occur about once weekly.

Does have blurry vision. No diplopia or sudden loss of vision. Has recently gotten new glasses
Has had a bilateral upper extremity tremor years ago, but this went away.
Denies difficulty ambulating. Denies unsteadiness/balance issues.
Denies any weakness in her extremities.
Her feet "go to sleep" easily. Sometimes her right arm tingles. Sometimes if she sits for a while, half of her "private parts" will go numb.
Has urinary urgency. Feels like she does empty her bladder completely.

### Allergies
- Lortab TABS
  Recorded By: Baker, Carrie; 6/8/2018 9:16:53 AM

### Current Meds
1. Calcium TABS
2. CVS Probiotic Maximum Strength Oral Capsule
3. Esomeprazole Magnesium 40 MG Oral Capsule Delayed Release; TAKE 1 CAPSULE ONCE DAILY
4. Estradiol 1 MG Oral Tablet; TAKE 1 TABLET DAILY
5. Folic Acid 1 MG Oral Tablet; TAKE 1 TABLET DAILY
6. Ketoprofen 75 MG Oral Capsule
7. LORazepam 0.5 MG Oral Tablet; TAKE 1 TABLET TWICE DAILY
8. Methotrexate 2.5 MG Oral Tablet; 4 tablets twice weekly
9. Motrin 600 MG TABS



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

*Patient:* **Jamie Reece**
*Encounter:* **Jun 8 2018 7:15AM** *MRN:* **1668060**

10. Multi Complete CAPS
11. PredniSONE 5 MG Oral Tablet
12. ZyrTEC Allergy CAPS

**Past Medical History**
History of Anxiety (300.00) (F41.9)
History of psoriatic arthritis (V13 4) (Z87 2)

**Surgical History**
History of Hysterectomy
History of Oral surgery
History of Tonsillectomy

**Family History**
- Family history of arthritis (V17.7) (Z82.61)
- Family history of coronary artery disease (V17.3) (Z82 49)
- Family history of hypothyroidism (V18.19) (Z83.49)
- FH: stomach cancer (V16.0) (Z80.0)

**Review of Systems**
A complete review of systems revealed no pertinent patient complaints except as noted below and in the history of present illness.
**CONSTITUTIONAL:** fatigue.
**EYES:** eye pain, watery eyes and blurred vision.
**ENT:** earache, vertigo, dizziness and dysphagia.
**CARDIOVASCULAR:** chest discomfort.
**RESPIRATORY:** normal.
**GASTROINTESTINAL:** Heartburn.
**GENITOURINARY:** urinary frequency.
**MUSCULOSKELETAL:** arthralgia.
**INTEGUMENTARY:** itching and Psoriatic arthritis.
**NEUROLOGICAL:** headache, dizziness, lightheaded, tremor, sleep disturbances, memory loss and numbness.
**PSYCHIATRIC:** normal
**ENDOCRINE:** heat intolerance and polyuria.
**HEMATOLOGIC/LYMPHATIC:** normal.
**ALLERGIC/IMMUNOLOGIC:** normal.

**Vitals**
**Vital Signs**

| | Recorded: 08Jun2018 10:05AM |
|---|---|
| Height | 5 ft 7 in |
| Weight | 173 lb |
| BMI Calculated | 27.1 |
| BSA Calculated | 1.9 |
| Heart Rate | 77 |
| Systolic | 116 |
| Diastolic | 68 |
| O2 Saturation | 99 |

**Neurology Exam**

*Patient:* **Jamie Reece**
*Encounter:* **Jun 8 2018 7:15AM** *MRN:* **1668060**

**Constitutional:** Jamie Reece is a Caucasian female who appears well developed. well nourished and in no acute distress.
**Mental Status:** patient is alert. patient is appropriately oriented. language is fluent and logical. Speech is normal. Recent and remote memories are preserved. Good attention span and good concentration. Appropriate fund of knowledge.
**Cranial Nerves:** disk margins are sharp and fundi are normal. visual fields are full to confrontation. pupils are equal and symmetrically reactive. extraocular movements are full. Facial sensation is normal. Facial strength is symmetric and normal. Hearing acuity is normal. Normal movement of soft palate. Shoulder shrug is strong and symmetric. Tongue protrudes midline.
**Motor:** pronator drift is absent. motor strength is full in all four limbs. Muscle bulk and tone are normal.
**Sensory:** Sensory modalities are normal.
**Reflexes:** Reflexes are normal and symmetric. Plantars are flexor.
**Coordination:** Coordination is normal.
**Gait and Station:** Gait is steady and normal.
**Eyes:** Conjunctivae and eyelids reveals no swelling, erythema or discharge.
**Pulmonary:** Respiratory effort was normal with no increased work of breathing and no respiratory distress. Lungs were clear to auscultation bilaterally.
**Cardiovascular:** On auscultation the heart rate and rhythm is normal and there are no murmurs. Auscultation of the neck is without bruit. Arterial pulses are normal on peripheral vascular exam.

## Results/Data

4/10/18 MRI C-SPINE - Possible subtle increased signal within the cervical cord at C8 level (Images viewed from disc with Dr. Everman).

## Assessment

1. CNS demyelination (341.9) (G37.9)
2. Blurred vision (368.8) (H53.8)
3. Fatigue (780 79) (R53 83)
4. Numbness (782.0) (R20.0)

## Plan

### Blurred vision, CNS demyelination, Fatigue, Numbness

1. Start: LORazepam 0.5 MG Oral Tablet (Ativan). Take 1 tablet PO 30 minutes prior to MRI, may repeat after 30 minutes X1 if needed
2. Creatinine, Serum; Status:Active; Requested for:08Jun2018;
3. Follow-up visit in 2 weeks Outpatient Follow-up WITH MRI RESULTS. SCHEDULE ON A DAY DR. EVERMAN IS HERE. Status: Complete Done: 08Jun2018
4. MRI Brain WO W; Status:Need Information - Required information; Requested for:08Jun2018;
5. MRI Spine Thoracic WO W; Status:Need Information - Required information; Requested for:08Jun2018;
6. Vitamin B12 and Folate; Status:Active; Requested for:08Jun2018;
7. Vitamin B6, Plasma; Status:Active; Requested for:08Jun2018;
8. Vitamin D, 1,25 + 25-Hydroxy; Status:Active, Requested for 08Jun2018,

## Discussion/Summary

Needs further work-up for MS. MRI brain, lab work - will go over results at follow-up.
Seen and evaluated by Dr. Everman at today's visit as well.

## Attending Note

*Attending Note:¹ I interviewed and examined the patient and the staff discussed the patient on the day of the visit¹. Level of Participation:¹ I was present in clinic and examined the patient¹. Patient's History:¹ Ms. reece has a possible T2 hyperintnese lesion in her Cervical spine. She describes a HUG sensation around chest and waist. Otherwise exam unremarkable. Will send for MRI brain and MRI thoracic spine to look for other demyelinating lesions. Will also send for lab work since low vitamin levels can cause T2 hyperintense lesions in spine. Will see back after studies.¹.*

*¹ Amended By: Everman, Nicole; Jun 11 2018 7:59 AM EST*

**'End of Encounter Meds'**

*Patient:* **Jamie Reece**
*Encounter:* **Jun 8 2018 7:15AM** *MRN:* **1668060**

**Signatures**

Electronically signed by : Carrie Baker, CMA; Jun 8 2018 10:07AM EST (Co-author)
Electronically signed by : Megan Collett, APRN; Jun 8 2018 12:49PM EST (Co-author)
Electronically signed by : Nicole Everman, M.D.; Jun 11 2018 7:59AM EST (Author)

**Neurology Clinic of London - Lexington**
**3470 Blazer Parkway Suite 150,**
**Lexington, KY 40509**
**Phone: (859) 263-8807 Fax: (859) 263-8808**

*MRN:* **1668060**

*Encounter Date:* **06/08/2018 7:15AM**

*DOB:*
*Home:*
*Work:*

*Address:*
**Jamie Reece**

**PCP:** Adams, Doris W

## History Reported By

The history today is reported by the patient and Husband.

## Chief Complaint

Mrs. Reece was referred by Dr Tutt, neurosurgeon for consult regarding cervical radiculopathy, multiple sclerosis evaluation.
She reports neck, shoulder, right side arm, hip, foot pain, left eye and ear pain, blurry vision, episodes of stabbing pain in chest, dizziness/vertigo, difficulty swallowing.

## History of Present Illness

**HPI Free Text - v1.0:** Ms. Reece is here today for consultation regarding possible MS.

Ms. Reece got hurt at work and had an MRI of her shoulder and neck. She went to see Dr. Tutt, and it was reported to her that there was an abnormality in the cord at the cervical spine level concerning for possible MS.

For the past 3-4 months, she has experienced a squeezing sensation to her chest. She has had a couple episodes of this that lasted about 1 hour. These episodes were painful. Other times have lasted just seconds. Episodes occur about once weekly.

Does have blurry vision. No diplopia or sudden loss of vision. Has recently gotten new glasses
Has had a bilateral upper extremity tremor years ago, but this went away.
Denies difficulty ambulating. Denies unsteadiness/balance issues.
Denies any weakness in her extremities.
Her feet "go to sleep" easily. Sometimes her right arm tingles. Sometimes if she sits for a while, half of her "private parts" will go numb.
Has urinary urgency. Feels like she does empty her bladder completely.

## Allergies

- Lortab TABS
  Recorded By: Baker, Carrie: 6/8/2018 9:16:53 AM

## Current Meds

1. Calcium TABS
2. CVS Probiotic Maximum Strength Oral Capsule
3. Esomeprazole Magnesium 40 MG Oral Capsule Delayed Release; TAKE 1 CAPSULE ONCE DAILY
4. Estradiol 1 MG Oral Tablet; TAKE 1 TABLET DAILY
5. Folic Acid 1 MG Oral Tablet; TAKE 1 TABLET DAILY
6. Ketoprofen 75 MG Oral Capsule
7. LORazepam 0.5 MG Oral Tablet; TAKE 1 TABLET TWICE DAILY
8. Methotrexate 2.5 MG Oral Tablet; 4 tablets twice weekly



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

*Patient:* **Jamie Reece**
*Encounter:* **Jun 8 2018 7:15AM** *MRN:* **1668060**

9. Motrin 600 MG TABS
10. Multi Complete CAPS
11. PredniSONE 5 MG Oral Tablet
12. ZyrTEC Allergy CAPS

**Past Medical History**

History of Anxiety (300.00) (F41.9)
History of psoriatic arthritis (V13.4) (Z87.2)

**Surgical History**

History of Hysterectomy
History of Oral surgery
History of Tonsillectomy

**Family History**

- Family history of arthritis (V17.7) (Z82.61)
- Family history of coronary artery disease (V17 3) (Z82 49)
- Family history of hypothyroidism (V18.19) (Z83.49)
- FH: stomach cancer (V16.0) (Z80.0)

**Review of Systems**

A complete review of systems revealed no pertinent patient complaints except as noted below and in the history of present illness.
**CONSTITUTIONAL:** fatigue.
**EYES:** eye pain, watery eyes and blurred vision.
**ENT:** earache, vertigo, dizziness and dysphagia.
**CARDIOVASCULAR:** chest discomfort.
**RESPIRATORY:** normal.
**GASTROINTESTINAL:** Heartburn.
**GENITOURINARY:** urinary frequency.
**MUSCULOSKELETAL:** arthralgia.
**INTEGUMENTARY:** itching and Psoriatic arthritis.
**NEUROLOGICAL:** headache, dizziness, lightheaded, tremor, sleep disturbances, memory loss and numbness.
**PSYCHIATRIC:** normal.
**ENDOCRINE:** heat intolerance and polyuria.
**HEMATOLOGIC/LYMPHATIC:** normal.
**ALLERGIC/IMMUNOLOGIC:** normal

**Vitals**

**Vital Signs**

| | Recorded: 08Jun2018 10.05AM |
|---|---|
| Height | 5 ft 7 in |
| Weight | 173 lb |
| BMI Calculated | 27.1 |
| BSA Calculated | 1.9 |
| Heart Rate | 77 |
| Systolic | 116 |
| Diastolic | 68 |
| O2 Saturation | 99 |



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

*Patient:* **Jamie Reece**
*Encounter:* **Jun 8 2018 7:15AM** *MRN:* **1668060**

**Neurology Exam**

**Constitutional**: Jamie Reece is a Caucasian female who appears well developed. well nourished and in no acute distress.
**Mental Status:** patient is alert. patient is appropriately oriented. language is fluent and logical. Speech is normal. Recent and remote memories are preserved. Good attention span and good concentration. Appropriate fund of knowledge.
**Cranial Nerves:** disk margins are sharp and fundi are normal. visual fields are full to confrontation. pupils are equal and symmetrically reactive. extraocular movements are full. Facial sensation is normal. Facial strength is symmetric and normal. Hearing acuity is normal. Normal movement of soft palate. Shoulder shrug is strong and symmetric. Tongue protrudes midline.
**Motor:** pronator drift is absent. motor strength is full in all four limbs. Muscle bulk and tone are normal.
**Sensory:** Sensory modalities are normal.
**Reflexes:** Reflexes are normal and symmetric. Plantars are flexor.
**Coordination**: Coordination is normal.
**Gait and Station:** Gait is steady and normal.
**Eyes:** Conjunctivae and eyelids reveals no swelling, erythema or discharge.
**Pulmonary:** Respiratory effort was normal with no increased work of breathing and no respiratory distress. Lungs were clear to auscultation bilaterally.
**Cardiovascular**: On auscultation the heart rate and rhythm is normal and there are no murmurs. Auscultation of the neck is without bruit. Arterial pulses are normal on peripheral vascular exam.

**Results/Data**
4/10/18 MRI C-SPINE - Possible subtle increased signal within the cervical cord at C8 level (Images viewed from disc with Dr. Everman).

**Assessment**
1. CNS demyelination (341.9) (G37.9)
2. Blurred vision (368.8) (H53.8)
3. Fatigue (780.79) (R53.83)
4. Numbness (782.0) (R20.0)

**Plan**
**Blurred vision, CNS demyelination, Fatigue, Numbness**
1. Start: LORazepam 0.5 MG Oral Tablet (Ativan); Take 1 tablet PO 30 minutes prior to MRI, may repeat after 30 minutes X1 if needed
2. Creatinine, Serum; Status:Active; Requested for:08Jun2018;
3. Follow-up visit in 2 weeks Outpatient Follow-up WITH MRI RESULTS. SCHEDULE ON A DAY DR. EVERMAN IS HERE. Status: Complete Done: 08Jun2018
4. MRI Brain WO W; Status:Need Information - Required information; Requested for:08Jun2018;
5. MRI Spine Thoracic WO W; Status:Need Information - Required information; Requested for:08Jun2018;
6. Vitamin B12 and Folate; Status:Active; Requested for:08Jun2018;
7. Vitamin B6, Plasma; Status:Active; Requested for:08Jun2018;
8. Vitamin D, 1,25 + 25-Hydroxy; Status:Active; Requested for:08Jun2018;

**Discussion/Summary**
Needs further work-up for MS. MRI brain, lab work - will go over results at follow-up.
Seen and evaluated by Dr. Everman at today's visit as well.

**'End of Encounter Meds'**

**Signatures**
Electronically signed by : Carrie Baker, CMA; Jun 8 2018 10:07AM EST (Co-author)
Electronically signed by : Megan Collett, APRN; Jun 8 2018 12:49PM EST (Co-author)



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

**Saint Joseph Rheumatology Associates**
**211 Fountain Court Suite 220,**
**Lexington, KY 40509**
**Phone: (859) 629-7265 Fax: (859) 629-7266**

*MRN:* **1668060** *Encounter Date:* **06/11/2018 8:30AM**

*DOB:*

*Address:* *Work:*
**Jamie Reece**

**PCP:** Adams, Doris W

**History Reported by**
The history was reported by the patient

**Reason For Visit**
Mrs Reece was referred to us by Doris Adams for consultation regarding hx of Psoriatic Arthritis.
Patient reports she was recently seen by Susanna Moberly,
APRN for PsA and is here today to get a second opinion.
She endorses pain on shoulders and neck and recently started having chest discomfort.

**History of Present Illness**
**Text Templates:**
49 y/o WF whom has recently been diagnosed with psoriatic arthritis here today for a second opinion.

Today 6/11/2018 she tells me that.
She says she was dx with PsA around 12/2017.

The patient endorses stiffness on her R hip and deep pain; swelling on her R 2 DIP with a lot soreness; also stiffness on hand and legs.
She thinks her joint pain started with the hip about 6 years; she denies any hx of injections or evaluation by orthopedia.
Right now feels really good.

She has tried NSAID and did not help the pain.

She says Moberly recommended a trial of Prednisone x 3 weeks and it helped tremendously but as has been off of it the pain has been coming slowly back

She has been using Methotrexate 4 tabs twice weekly since January for PsA. Also daily Folic acid.

She has been diagnosed with psoriasis in the skin 8 years ago; tried topicals by derm before.
She doesn't think MTX has helped so much the joints.

She thinks MTX has helped the skin but
now feels more itching coming back. Is worse now for the past 1 month.
She says lotions and antihistamine don't seem to help the itchiness on the skin.

She denies any swelling on her joints
She denies any family hx of psoriasis or arthritis.

She works in Toyota but now is out due to a neck injury recently.



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

*Patient:* **Jamie Reece**
*Encounter:* **Jun 11 2018 8:30AM** *MRN:* **1668060**

She used to smoke, quit years ago, denies any alcohol use or drug use.

She denies any recent fevers, chills or weight.

Endorses soreness on the sternal area when lies on it or when lies on the R shoulder
She went to the ER for the tightness on the chest recently she was told her heart was OK.
She will need to see chest pain clinic for stress test.

She denies any hx of uveitis/eye inflammation.

She endorses itchiness all over that improves with Zyrtec but still itches.

### Active Problems

1. Blurred vision (368.8) (H53.8)
2. CNS demyelination (341.9) (G37.9)
3. Fatigue (780.79) (R53.83)
4. Numbness (782.0) (R20.0)

### Allergies

1. Lortab TABS
   Recorded By: Baker, Carrie; 6/8/2018 9:16:53 AM

### Current Meds

1. Calcium TABS;
   Therapy: (Recorded:08Jun2018) to Recorded
2. CVS Probiotic Maximum Strength Oral Capsule;
   Therapy: (Recorded:08Jun2018) to Recorded
3. Cyclobenzaprine HCl - 10 MG Oral Tablet;
   Therapy: 29Mar2018 to Recorded
4. Esomeprazole Magnesium 40 MG Oral Capsule Delayed Release; TAKE 1 CAPSULE ONCE DAILY;
   Therapy: (Recorded:08Jun2018) to Recorded
5. Estrace 0.1 MG/GM Vaginal Cream;
   Therapy: 17Apr2018 to Recorded
6. Fluconazole 150 MG Oral Tablet;
   Therapy: 09Jan2018 to Recorded
7. Folic Acid 1 MG Oral Tablet; TAKE 1 TABLET DAILY;
   Therapy: (Recorded:08Jun2018) to Recorded
8. Gabapentin 300 MG Oral Capsule;
   Therapy: 04Apr2018 to Recorded
9. Havrix 1440 EL U/ML SUSP;
   Therapy: 02May2018 to Recorded
10. LORazepam 0.5 MG Oral Tablet; Take 1 tablet PO 30 minutes prior to MRI, may repeat after 30 minutes X1 if needed;
    Therapy: 08Jun2018 to (Evaluate:09Jun2018); Last Rx:08Jun2018 Ordered
11. LORazepam 0.5 MG Oral Tablet; TAKE 1 TABLET TWICE DAILY;
    Therapy: (Recorded:08Jun2018) to Recorded
12. Methotrexate 2.5 MG Oral Tablet; 4 tablets twice weekly;
    Therapy: (Recorded:08Jun2018) to Recorded
13. Motrin 600 MG TABS;
    Therapy: (Recorded:08Jun2018) to Recorded
14. Multi Complete CAPS;
    Therapy: (Recorded:08Jun2018) to Recorded
15. Terconazole 0.4 % Vaginal Cream;
    Therapy: 09Jan2018 to Recorded

*Patient:* **Jamie Reece**
*Encounter:* **Jun 11 2018 8:30AM** *MRN:* **1668060**

16 ZyrTEC Allergy CAPS;
Therapy: (Recorded:08Jun2018) to Recorded

**Past Medical History**
1. History of Anxiety (300.00) (F41.9)
2. History of cataract (V12.49) (Z86.69)
3. History of IBS (V12.79) (Z87.19)
4. History of miscarriage (V13.29) (Z87.59)

**Surgical History**
1. History of Hysterectomy
2. History of Oral surgery
3. History of Tonsillectomy

**Family History**
1. Family history of arthritis (V17.7) (Z82.61)
2. Family history of cardiac disorder (V17.49) (Z82.49)
3. Family history of coronary artery disease (V17.3) (Z82.49)
4. Family history of hypothyroidism (V18.19) (Z83.49)
5. FH: stomach cancer (V16.0) (Z80.0)

**Social History**
- Does not use illicit drugs (V49 89) (Z78 9)
- Employed
- Married
- Never smoker
- Social alcohol use (Z78.9)

**Review Medical History**
Past Medical History Reviewed Past Surgical History Reviewed Family History Reviewed Social History Reviewed

**Review of Systems**
A complete review of systems revealed no pertinent patient complaints except as noted below and in the history of present illness.
**CONSTITUTIONAL:** normal.
**EYES:** eye pain and change in vision.
**ENT:** mouth sores.
**CARDIOVASCULAR:** chest discomfort.
**RESPIRATORY:** normal.
**GASTROINTESTINAL:** heartburn.
**GENITOURINARY:** 3 miscarriage(s) and prior pregnancies.
**MUSCULOSKELETAL:** arthralgia, morning stiffness mins and hands/ fingers .
**INTEGUMENTARY:** itching
**NEUROLOGICAL:** headache, dizziness and memory loss.
**PSYCHIATRIC:** normal.
**ENDOCRINE:** normal.
**ALLERGIC/IMMUNOLOGIC:** normal.

**Vitals**
**Vital Signs**
**Recorded: 11Jun2018 10:36AM**
Height: 5 ft 7 in
Weight: 171 lb
BMI Calculated: 26.78
BSA Calculated: 1.89



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

*Patient:* **Jamie Reece**
*Encounter:* **Jun 11 2018 8:30AM** *MRN:* **1668060**

Temperature: 97.9 F
Heart Rate: 73
Respiration: 18
Systolic: 129, RLE, Sitting
Diastolic: 86, RLE, Sitting

**Physical Exam**

Jamie Reece is a Caucasian female who appears well developed, well nourished and in no acute distress. Vitals x 3 noted.
**HEAD & FACE:** Head and face are symmetric, normocephalic and atraumatic.
**EYES:** Inspection of the conjunctivae and lids reveals no swelling, erythema or discharge. Pupils are round, equal and reactive to light and there is no scleral icterus.
**EARS, NOSE, MOUTH & THROAT:** On inspection, ears and nose are within normal limits. Lips, teeth, and gums appear healthy with good dentition. There is no exposed bone in the jaw. The oropharynx is normal with no erythema, edema, exudate or lesions.
**NECK:** Neck is supple without masses. No thyromegaly or masses.
**PULMONARY:** Normal respiratory effort. Lungs are clear to auscultation bilaterally.
**CARDIOVASCULAR:** On auscultation the heart rate and rhythm are normal. There are no murmurs or rubs. Examination of the extremities shows no significant edema.
**LYMPHATIC:** No cervical lymphadenopathy.
**MUSCULOSKELETAL:** Gait is within normal limits. Digits and nails are without clubbing, cyanosis or pitting. No joint swelling, warmth or tenderness. Inspection and palpation of muscles and soft tissues is normal. Range of motion is within normal limits. Muscle strength is normal. The spine has normal alignment and range of motion,.
**SKIN:** No rash, nodules or sclerodactyly
**NEUROLOGIC:** Patellar reflexes are 2+ and symmetric.
**PSYCHIATRIC:** Patient's judgment and insight are unimpaired. Patient's mood and affect are normal.

**Assessment**

1. Joint pain (719.40) (M25.50)
2. Encounter for medication monitoring (V58.83) (Z51.81)
3. History of psoriasis (V13 3) (Z87.2)
4. Chest pain, midsternal (786.51) (R07.89)
5. Psoriatic arthritis (696.0) (L40.50)
6. Pruritus (698.9) (L29 9)

**Orders**

1. Start: Indomethacin 50 MG Oral Capsule; TAKE 1 CAPSULE 3 TIMES DAILY WITH FOOD
2. Angiotensin-Converting Enzyme; Status:Complete; Done: 11Jun2018 12:49PM
3. Antinuclear Antibodies, IFA; Status:Complete; Done: 11Jun2018 12:49PM
4. CBC With Differential/Platelet; Status:Complete; Done: 11Jun2018 12:49PM
5. CCP Antibodies IgG/IgA; Status:Complete; Done: 11Jun2018 12:49PM
6. CMP-COMPREHENSIVE METABOLIC PANEL(14) w/eGFR; Status:Complete; Done: 11Jun2018 12:49PM
7. C-Reactive Protein, Quant; Status:Complete; Done: 11Jun2018 12:49PM
8. dsDNA (nDNA) Scrn by Crithidia; Status:Complete; Done: 11Jun2018 12:49PM
9. Hepatitis Panel (4); Status:Complete; Done: 11Jun2018 12:49PM
10. QuantiFERON TB Gold (In Tube); Status:Active; Requested for:11Jun2018;
11. Rheumatoid Arthritis Factor; Status:Complete; Done: 11Jun2018 12:49PM
12. RNP Antibodies; Status:Complete; Done: 11Jun2018 12:49PM
13. RPR; Status:Complete; Done: 11Jun2018 12:49PM
14. Sedimentation Rate-Westergren; Status:Complete; Done: 11Jun2018 12:49PM
15. Sjogren's Ab, Anti-SS-A/-SS-B; Status:Complete; Done: 11Jun2018 12:49PM
16. Smith Antibodies; Status:Complete; Done: 11Jun2018 12:49PM
17. Vitamin D, 25-Hydroxy; Status:Complete; Done: 11Jun2018 12:49PM
18. Bilirubin, Direct; Status:Complete; Done: 11Jun2018 12:49PM
19. CR Ribs BILAT 3 Vws W PA Chest; Status:Active; Requested for:11Jun2018;



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

*Patient:* **Jamie Reece**
*Encounter:* **Jun 11 2018 8:30AM** *MRN:* **1668060**

Location of Service : Saint Joseph East
20. HIV 4th gen; Status:Complete; Done: 11Jun2018 12:49PM
21. Renew: Methotrexate 2.5 MG Oral Tablet; TAKE 8 TABLET Weekly
22. CR Sacroiliac Jts Min 3 Vws; Status:Active; Requested for:11Jun2018;
Location of Service : Saint Joseph East
23. HLA B 27 Disease Association, Status:Active, Requested for:11Jun2018.
24. Stop: Motrin 600 MG TABS (Ibuprofen)

Psoriatic arthritis (696.0) (L40.50)

Chest pain, midsternal (786.51) (R07.89)

## Discussion/Summary

49 y/o WF with hx of psoriasis in the skin , worsening joint pain with hx of swelling and also skin pruritus here for 2 opinion.

Agree that her history sounds inflammatory and I do believe she has Psoriatic arthritis.
-PsA is a seronegative spondyloarthropathy that sometimes can cause mid chest pain due to costochondral inflammation/non cardiac chest pain so I have recommended her a trial of a strong NSAID like Indomethacin 50 mg TID with food.
-I warned her that these NSAID can lead to severe GERD or diarrhea and if she feels 3 times a day its too much she can do it twice a day- she voiced understanding.
-I will order Rheum serologies and labs in preparation for Humira when she willing to try it.
-I will order X-rays of chest and Ribs and SI joints and HLA-B27.
-Will request records from Morberly to review.
-Will order labs to investigate for secondary cause of pruritus and if all normal will defer to PCP that she might need another Dermatological evaluation for possible worsening eczema of the skin.

She will RTC in 4 weeks

## Counseling

The patient was counseled regarding prognosis, risks and benefits of treatment options, instructions for management, patient and family education, importance of compliance with treatment, risk factor reductions and impressions. Total time of encounter was 45 minutes of which greater than 50% was spent counseling and coordinating care

## 'End of Encounter Meds'

## Signatures

Electronically signed by : Tera Murillo, LPN; Jun 11 2018 10:09AM EST (Co-author)
Electronically signed by : Tera Murillo, LPN; Jun 11 2018 10:37AM EST (Co-author)
Electronically signed by : Tera Murillo, LPN; Jun 11 2018 10:40AM EST (Co-author)
Electronically signed by : Indhira Bisono Jimenez, M.D.; Jun 17 2018 1:52PM EST (Author)



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

**Saint Joseph Rheumatology Associates**
**211 Fountain Court Suite 220,**
**Lexington, KY 40509**
**Phone: (859) 629-7265 Fax: (859) 629-7266**

*MRN:* **1668060** *Encounter Date:* **06/14/2018 7:00AM**

*DOB:*

*Address:* *Work:*
**Jamie Reece**

**PCP:** Adams, Doris W

## History Reported by

Patient coming called to be seen again for chest discomfort
Patient reports the pain comes and goes .
Pain level 2/10

## Reason For Visit

49 y/o WF with hx of PsA here for acute visit for chest wall pain

## Review Medical History

Past Medical History Reviewed

## History of Present Illness

**Text Templates:**
49 y/o WF with hx of PsA here for follow up.

She was here 2 days ago and was supposed to come back for follow up in 4 weeks.
I received the records from Susana Morberly and she mentioned that she patient was on Methotrexate and that she wanted to start Humira but the patient did not started it.

I Rx her Indomethacin for substernal pain that I though was related to costochondral inflammation for PsA; Xray of riabs and PA chest was normal and SI X-rays were normal.
All Rheum serologies and ESR and CRP were normal on 6/11/2018

Today 6/14/2018 she tells me that:
She says yesterday morning she woke up with pain on the upper chest, higher than usual,then got better and she left to tun an errand and started again on the middle part of her chest and then worsened and felt like an stabbing pain.
She says she discussed with the husband and the told her to call me back and try to get in.

The pain is better now, just feels like a weird sensation there.
She admits she picked up the Indomethacin yesterday night but did not take it as wasn't sure if I needed to do something different that time.

## Active Problems

1. Blurred vision (368.8) (H53.8)
2. Chest pain, midsternal (786.51) (R07.89)
3. CNS demyelination (341.9) (G37.9)
4. Encounter for medication monitoring (V58.83) (Z51.81)
5. Fatigue (780.79) (R53.83)
6. History of psoriasis (V13.3) (Z87.2)



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

*Patient:* **Jamie Reece**
*Encounter:* **Jun 14 2018 7:00AM** *MRN:* **1668060**

7. Joint pain (719.40) (M25.50)
8. Numbness (782.0) (R20.0)
9. Pruritus (698.9) (L29.9)
10. Psoriatic arthritis (696.0) (L40.50)

**Current Meds**

1. Calcium TABS
2. CVS Probiotic Maximum Strength Oral Capsule
3. Cyclobenzaprine HCl - 10 MG Oral Tablet
4. Esomeprazole Magnesium 40 MG Oral Capsule Delayed Release, TAKE 1 CAPSULE ONCE DAILY
5. Estrace 0.1 MG/GM Vaginal Cream
6. Fluconazole 150 MG Oral Tablet
7. Folic Acid 1 MG Oral Tablet; TAKE 1 TABLET DAILY
8. Gabapentin 300 MG Oral Capsule
9. Havrix 1440 EL U/ML SUSP
10. Indomethacin 50 MG Oral Capsule; TAKE 1 CAPSULE 3 TIMES DAILY WITH FOOD
11. LORazepam 0.5 MG Oral Tablet; Take 1 tablet PO 30 minutes prior to MRI, may repeat after 30 minutes X1 if needed
12. LORazepam 0.5 MG Oral Tablet; TAKE 1 TABLET TWICE DAILY
13. Methotrexate 2.5 MG Oral Tablet. TAKE 8 TABLET Weekly
14. Multi Complete CAPS
15. Terconazole 0.4 % Vaginal Cream
16. ZyrTEC Allergy CAPS

**Review of Systems**

A complete review of systems revealed no pertinent patient complaints except as noted below and in the history of present illness.
**CONSTITUTIONAL:** normal.
**CARDIOVASCULAR:** chest discomfort, but no palpitations, no irregular heart rate and no swelling of extremities.
**RESPIRATORY:** normal.
**GASTROINTESTINAL:** normal.
**INTEGUMENTARY:** normal.
**ALLERGIC/IMMUNOLOGIC:** normal.

**Vitals**

**Vital Signs**
**Recorded: 14Jun2018 09:17AM**
Height: 5 ft 7 in
Weight: 173 lb
BMI Calculated: 27.1
BSA Calculated: 1.9
Temperature: 98.1 F
Heart Rate: 76
Respiration: 18
Systolic: 116, RUE, Sitting
Diastolic: 77, RUE, Sitting

**Physical Exam**

**CONSTITUTIONAL:** This 49 year old female appears. well developed, well nourished and in no acute distress. Vitals x3 noted.
**HEAD & FACE:** Head and face are symmetric. normocephalic and atraumatic
**EYES:** Inspection of the conjunctivae and lids reveals no swelling, erythema or discharge. Pupils are round, equal and reactive to light and there is no scleral icterus.
**EARS, NOSE, MOUTH & THROAT:** On inspection, ears and nose are within normal limits.

*Patient:* **Jamie Reece**
*Encounter:* **Jun 14 2018 7:00AM** *MRN:* **1668060**

**PULMONARY:** Normal respiratory effort. Lungs are clear to auscultation bilaterally. TTP on midternal area and more toward the L.
**CARDIOVASCULAR:** On auscultation the heart rate and rhythm are normal There are no murmurs or rubs. Examination of the extremities shows no significant edema.
**MUSCULOSKELETAL:** Gait is within normal limits. Digits and nails are without clubbing, cyanosis or pitting. No joint swelling, warmth or tenderness Inspection and palpation of muscles and soft tissues is normal. Range of motion is within normal limits. Muscle strength is normal.
**SKIN:** No rash, nodules or sclerodactyly.
**PSYCHIATRIC:** Patient's judgment and insight are unimpaired. Patient's mood and affect are normal.

## Assessment

1. Chest pain, midsternal (786.51) (R07.89)
2. History of psoriasis (V13.3) (Z87.2)
3. Psoriatic arthritis (696.0) (L40.50)
4. Costochondritis (733.6) (M94.0)
5. Costochondral pain (786.52) (R07.1)

## Discussion/Summary

49 y/o WF with hx of PsA and what seems to be midsternal pain to palpation here for acute visit

She was TTP on midsternal area which confirms this is not coming from the heart.
-Again I told her this is most likely costochondritis pain / chest wall inflammation can occur in seronegative arthropathies like PsA.
-She was told to start the Indomethacin 50 mg po TID for 1 month and I hope she should be feeling better in 3-4 days; if not was told to call PCP for further evaluation.
-Rheum serologies OK.
-Awaiting for Quantiferon TB gold to be back, if negative we will proceed with Humira PA for PsA when she feels ready for; she says she wants to have her R shoulder surgery before proceeding with Humira.

She will RTC in 1 month

## Counseling

The patient was counseled regarding diagnostic results, prognosis, risks and benefits of treatment options, instructions for management, patient and family education, importance of compliance with treatment, risk factor reductions and impressions. Total time of encounter was 30 minutes of which greater than 50% was spent counseling and coordinating care.

## 'End of Encounter Meds'

## Signatures

Electronically signed by : Tera Murillo, LPN; Jun 14 2018 9:17AM EST (Co-author)
Electronically signed by : Indhira Bisono Jimenez, M D . Jun 14 2018 9:50AM EST (Author)



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

REECE, JAMIE (id #1791, dob: )

**PATRICK K LEUNG MD PLLC**
1401 HARRODSBURG RD, STE C225
LEXINGTON, KY 40504-1750
Phone: (859) 373-0700
Fax: (859) 422-3994

**Encounter Summary - Progress Note**
Date Printed: 07/03/2018

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:32183-H-16626]

| | |
|---|---|
| **Patient** | Reece, Jamie (49yo, F) #1791 |
| **DOB** | |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | | **Home Phone** | |
| | | **Work Phone** | |

Encounter Notes:

| | |
|---|---|
| **Encounter Reason/Date** | Possible multiple sclerosis<br>07/03/2018 - 08:00AM - Main Office |
| **History of Present Illness** | Mrs. Reece is a 49-year-old married white female Toyota team member. She developed right shoulder pain. She was seen by Dr. Donegan. Pain radiates to her right arm. EMG/NCV of the right arm is normal. She had an MRI scan of the right shoulder that was unremarkable. She subsequently had MRI scan of the cervical spine which showed questionable lesion in the spinal cord. She was referred to Dr. Matthew Tutt. She was found to be hyperreflexic. Multiple sclerosis was suspected as a possible explanation. She subsequently had MRI scan of the brain and the thoracic spine that is unremarkable on my review. She is here today for neurologic evaluation.<br><br>Her current complaint remains the same. She has right shoulder pain with movement. Pain is localized between her shoulder and collarbone. She has no other symptoms to suggest multiple sclerosis. There is no hemiparesis, hemisensory loss, visual disturbance, ataxia, bladder or bowel dysfunction. |
| **Review of Systems** | ROS as noted in HPI. |
| **Vitals** | 07/03/2018 08:03 am<br>**Ht:** 5 ft 7 in · **Wt:** 160 lbs · **BMI:** 25.1<br>**BP:** 110/78 · **Pulse:** 76 bpm · **RR:** 16 |
| **Results/Interpretations** | None recorded |
| **Physical Exam** | Patient is a 49-year-old female.<br><br>She is pain with rotation, abduction and extension of her right shoulder.The patient is alert and pleasant. Head is atraumatic. Neck is supple without carotid bruit. Heart has regular rate and rhythm without murmur. Dorsalis pedis pulses are palpable. Neurologically, the patient is oriented ×3 with intact short and long-term memory, fund of knowledge, language function, |

| | |
|---|---|
| | judgment, insight and attention span. There is no evidence of aphasia or dysarthria. Cranial nerves II through XII are unremarkable. Funduscopic examination is benign. Pupils are equal, round and reactive to light. Motor examination reveals normal strength, bulk and tone. Reflexes are symmetrical. Toes are downgoing. Finger to nose, heel-to-shin are well done. Patient can do heel, toe and tandem walk without problem. Romberg is negative. Gait and station is intact. Sensory examination is intact to all primary modalities. |
| **Assessment and Plan** | **1. Impingement syndrome of right shoulder region -**<br>The patient is a 49-year-old white female who has right shoulder impingement syndrome. I found no evidence to suggest multiple sclerosis.<br>M75.41: Impingement syndrome of right shoulder<br>**Patient Instructions**<br>Finding has been discussed with the patient in detail.<br>There is no evidence of multiple sclerosis.<br>She has appointment with Dr. Kibler for second opinion of her right shoulder.<br>Return as needed.<br>Return to Office<br>None recorded |

Patient Medical History:

| | |
|---|---|
| **Allergies List** | Reviewed Allergies<br>NKDA |
| **Medications** | Reviewed Medications<br>**esomeprazole magnesium 40 mg capsule,delayed release** 05/11/18 filled<br>**folic acid 1 mg tablet** 03/26/18 filled<br>**Indomethacin 50 mg capsule** 06/13/18 filled<br>**LORazepam 0.5 mg tablet** 06/22/18 filled<br>**metHOTREXate sodium 2.5 mg tablet** 05/24/18 filled |
| **Family History** | Reviewed Family History<br>Mother - Heart disease |
| **Past Medical History** | Reviewed Past Medical History<br>Arthritis: **Y**<br>Migraines: **Y** |
| **Vaccine History** | None recorded |

Electronically Signed by: PATRICK K. LEUNG, MD

Patrick Leung, MD

**REECE, JAMIE H (id #21591363, dob:**

**NEW LEXINGTON CLINIC PSC**
700 BOB-O-LINK DR
LEXINGTON, KY 40504-3756
Phone: (859) 258-4000
Fax: (859) 258-8239

**Encounter Summary - Progress Note**
Date Printed: 07/16/2018

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:17245811-H-13059]

| | |
|---|---|
| **Patient** | Reece, Jamie H (49yo, F) #21591363 |
| **DOB** | |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | | **Home Phone** | |
| | | **Work Phone** | |

Encounter Notes:

| | |
|---|---|
| **Encounter Reason/Date** | np rt shoulder, will bring MRI disc<br>07/13/2018 - 08:45AM - ORTHOPEDICS PICADOME |
| **History of Present Illness** | None recorded |
| **Review of Systems** | None recorded |
| **Vitals** | **Ht:** 5 ft 7 in **Wt:** 170 lbs **BMI:** 26.6<br>**BP:** 118/72 |
| **Results/Interpretations** | None recorded |
| **Physical Exam** | None recorded |
| **Procedure Documentation** | None recorded |
| **Assessment and Plan** | **1. Scapulalgia**<br>M89.8X1: Other specified disorders of bone, shoulder<br><br>**2. Impingement syndrome of shoulder region** - Right<br>M75.41: Impingement syndrome of right shoulder<br>• ROTATOR CUFF INJURY: CARE INSTRUCTIONS<br>• ROTATOR CUFF: EXERCISES<br><br>**Return to Office**<br>• DANIEL M ROUSE, PT, DPT for NEW PATIENT at PHYSICAL THERAPY PICADOME on 07/25/2018 at 09:30 AM<br>• AN-YU CHEN, MD for RECHECK at GASTRO S8 on 09/04/2018 at 01:00 PM<br>• W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on |

| | |
|---|---|
| | 09/07/2018 at 09:30 AM<br>• to see AN-YU CHEN, MD for EGD at GASTRO 58 on or around 08/01/2019 |

Patient Medical History:

| | |
|---|---|
| **Allergies List** | Reviewed Allergies<br>**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM; |
| **Medications** | Reviewed Medications<br>**folic acid** 07/13/18 entered<br>**metHOTREXate sodium 2.5 mg tablet** take 4 po twice weekly/please d/c previous rx 03/30/18 prescribed<br>**Multi Vitamin** 11/17/17 entered<br>**NexIUM** 07/13/18 entered<br>**Probiotic** 11/17/17 entered<br>**ZyrTEC 10 mg capsule** Take 1 capsule(s) every day by oral route. 11/17/17 entered |
| **Family History** | Reviewed Family History<br>Father - No current problems or disability<br>Mother - No current problems or disability<br>- Arthritis |
| **Past Medical History** | see table below |
| **Vaccine History** | None recorded |

Past Medical History:

| | | | |
|---|---|---|---|
| **AIDS/HIV** | N | **Hypertension** | N |
| **Allergies/Hayfever** | Y | **Kidney Disease** | N |
| **Arthritis** | N | **Kidney Stones** | N |
| **Asthma** | N | **Liver Disease** | N |
| **Bleeding Disorder** | N | **Mental Illness** | N |
| **Blood Clot** | N | **Osteoporosis** | N |
| **COPD** | N | **Other** | N |
| **Cancer** | N | **Seizures/Epilepsy** | N |
| **Diabetes** | N | **Skin Problems** | N |
| **Genetic Disorder** | N | **Sleep Apnea** | N |
| **Gout** | N | **Stroke** | N |
| **Heart Attack (MI)** | N | **Tuberculosis** | N |
| **High Cholesterol** | N | | |

Electronically Signed by: W BEN KIBLER, MD



**Saint Joseph Rheumatology Associates**
**211 Fountain Court Suite 220,**
**Lexington, KY 40509**
**Phone: (859) 629-7265 Fax: (859) 629-7266**

*MRN:* **1668060**

*Encounter Date:* **08/01/2018 7:15AM**

*DOB:*

*Address:*
**Jamie Reece**

*Work:*

### Reason For Visit

Patient coming in for follow up on Join t pain hx of PsA
Patient reports she took the Indomethacin for 1 month and now has GI issues.
Pain level - 2/10

### Review Medical History

Past Medical History Reviewed

### History of Present Illness

**Text Templates:**
49 y/o WF with hx of psoriatic arthritis and concerns of costochondritis here for evaluation.

Her Quantiferon TB gold was negative on 6/11/2018
-X-ray of b/l ribs and SI joint WNL then.
HLA-B27 negative and all other serologies negative.

Today 8/1/2018 she tells me that:
She says the pain in the chest wall is better but it comes and goes
Is sporadic and comes on and off.
She says on July 19th was very painful.

She thinks she is flaring as her hips and R foot.

She endorses bloating on her stomach and diarrhea.

She says she is not going to have any shoulder surgery anymore.

She says she is taking the Methotrexate 20 mg a week and Folic acid once a week.

She endorses some psoriasis on her L elbow now

She says Neurology told her she doesn't have MS.

### Active Problems

1. Blurred vision (368.8) (H53.8)
2. Chest pain, midsternal (786.51) (R07.89)
3. CNS demyelination (341.9) (G37.9)
4. Costochondral pain (786.52) (R07.1)
5. Costochondritis (733.6) (M94.0)
6. Encounter for medication monitoring (V58.83) (Z51.81)
7. Fatigue (780.79) (R53.83)
8. History of psoriasis (V13.3) (Z87.2)



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

*Patient:* **Jamie Reece**
*Encounter:* **Aug 1 2018 7:15AM** *MRN:* **1668060**

9. Joint pain (719.40) (M25.50)
10. Numbness (782.0) (R20.0)
11. Pruritus (698.9) (L29.9)
12. Psoriatic arthritis (696.0) (L40.50)

**Current Meds**

1. Calcium TABS
2. CVS Probiotic Maximum Strength Oral Capsule
3. Cyclobenzaprine HCl - 10 MG Oral Tablet
4. Esomeprazole Magnesium 40 MG Oral Capsule Delayed Release, TAKE 1 CAPSULE ONCE DAILY
5. Estrace 0.1 MG/GM Vaginal Cream
6. Fluconazole 150 MG Oral Tablet
7. Folic Acid 1 MG Oral Tablet; TAKE 1 TABLET DAILY
8. Gabapentin 300 MG Oral Capsule
9. Havrix 1440 EL U/ML SUSP
10. Indomethacin 50 MG Oral Capsule; TAKE 1 CAPSULE 3 TIMES DAILY WITH FOOD
11. LORazepam 0.5 MG Oral Tablet; TAKE 1 TABLET TWICE DAILY
12. Methotrexate 2.5 MG Oral Tablet; TAKE 8 TABLET Weekly
13. Multi Complete CAPS
14. Terconazole 0.4 % Vaginal Cream
15. ZyrTEC Allergy CAPS

**Review of Systems**

A complete review of systems revealed no pertinent patient complaints except as noted below and in the history of present illness.
**CONSTITUTIONAL:** normal.
**CARDIOVASCULAR:** chest discomfort.
**GASTROINTESTINAL:** abdominal pain and diarrhea.
**MUSCULOSKELETAL:** arthralgia, but no joint swelling.
**INTEGUMENTARY:** psoriasis on L elbow.

**Vitals**

**Vital Signs**
**Recorded: 01Aug2018 09:29AM**
Height: 5 ft 7 In
Weight: 176.8 lb
BMI Calculated: 27.69
BSA Calculated: 1.92
Temperature: 98.2 F
Heart Rate: 73
Respiration: 18
Systolic: 138, RUE, Sitting
Diastolic: 85, RUE, Sitting

**Physical Exam**

**CONSTITUTIONAL:** This 49 year old female appears. well developed, well nourished and in no acute distress. Vitals x3 noted.
**HEAD & FACE:** Head and face are symmetric, normocephalic and atraumatic.
**EYES:** Inspection of the conjunctivae and lids reveals no swelling, erythema or discharge. Pupils are round, equal and reactive to light and there is no scleral icterus.
**EARS, NOSE, MOUTH & THROAT:** On inspection, ears and nose are within normal limits.
**PULMONARY:** Normal respiratory effort. TTP of midsternal manubrial joint.
**CARDIOVASCULAR:** Examination of the extremities shows no significant edema.
**MUSCULOSKELETAL:** Gait is within normal limits. Digits and nails are without clubbing, cyanosis or pitting. No

*Patient:* **Jamie Reece**
*Encounter:* **Aug 1 2018 7:15AM** *MRN:* **1668060**

joint swelling, warmth or tenderness. Inspection and palpation of muscles and soft tissues is normal. TTP on lateral aspect of both hips? trochanteric areas?. Range of motion is within normal limits. Muscle strength is normal
**SKIN:** mild psoriasis over L elbow.
**PSYCHIATRIC:** Patient's judgment and insight are unimpaired. Patient's mood and affect are normal.

### Assessment

1. Mid sternal chest pain (786.51) (R07.89)
2. Encounter for medication monitoring (V58.83) (Z51.81)
3. Costochondral pain (786.52) (R07.1)
4. Chest pain, midsternal (786.51) (R07.89)
5. Joint pain (719.40) (M25.50)
6. Psoriatic arthritis (696.0) (L40.50)
7. History of psoriasis (V13.3) (Z87.2)
8. Hip bursitis (726.5) (M70 70)

### Orders

1. MRI Chest WO W; Status:Need information - Required information; Requested for:01Aug2018;
2. CBC With Differential/Platelet; Status:Active; Requested for:01Aug2018;
3. CMP-COMPREHENSIVE METABOLIC PANEL(14) w/eGFR; Status:Active; Requested for:01Aug2018;
4. C-Reactive Protein, Quant; Status:Active; Requested for:01Aug2018;
5. Sedimentation Rate-Westergren; Status:Active; Requested for:01Aug2018;
6. Renew: Folic Acid 1 MG Oral Tablet; TAKE 1 TABLET DAILY
7. Renew: Methotrexate 2.5 MG Oral Tablet; TAKE 8 TABLET Weekly

### Discussion/Summary

49 y/o WF with psoriatic arthritis, psoriasis of the skin here for follow up.

Having issues with chronic costochondritis pain and now possible b/l hip bursitis vs ligament inflammation of hips/ enthesis tis?
-Will order MRI of chest to evaluate for Sterno manubrial signs of inflammation.
-Will continue Methotrexate 20 mg q weekly along with daily Folic acid 1 mg, both refilled for 90 days today.
-Will proceed with Humira 40 mg SQ q 15 days as not on clinical remission and Humira usually helps costochondral inflammation and mght help enthesitis on hips if that is the case.
-She received a Humira injection sample today and Humira injection teaching by my CMA Tera Murillo today.
-Had mild psoriasis on L elbow today hopefully Humira will help both skin and joint issues.
-Side effects of higher risk of infections, paradoxical palmo-plantar psoriasis and rash, were discussed with her today.
-Wil try Humira for about 5-6 months and if not better by them will try Remicade infusions.
-Told to hold off on Indomethacin due to diarrhea and she will see GI.

Will see her again in 3 months but will do CBC, CMP, ESR, CRP today and Q 3 months for MTX motioning.

### Counseling

The patient was counseled regarding prognosis, risks and benefits of treatment options, instructions for management, patient and family education, importance of compliance with treatment, risk factor reductions and impressions. Total time of encounter was 30 minutes of which greater than 50% was spent counseling and coordinating care.

### 'End of Encounter Meds'

### Signatures

Electronically signed by : Tera Murillo, LPN; Aug 1 2018 9:19AM EST (Co-author)



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

*Patient:* **Jamie Reece**
*Encounter:* **Aug 1 2018 7:15AM** *MRN:* **1668060**

Electronically signed by : Tera Murillo, LPN, Aug 1 2018 9:28AM EST (Co-author)
Electronically signed by : Indhira Bisono Jimenez, M.D.: Aug 1 2018 10:14AM EST (Author)



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

KentuckyOne Health

**SJE Saint Joseph East**
150 N. Eagle Creek Dr
Lexington, KY 40509-

| | | | |
|---|---|---|---|
| Patient: | **REECE, JAMIE HUNTER** | DOB: | 49 years Female |
| MRN: | E000394059 | Account #: | E1822501541 |
| Admit: | 8/21/2018 10:30 EDT | Discharge: | |
| Admitting: | BISONO JIMENEZ, INDHIRA,MD-INT | Attending: | BISONO JIMENEZ,INDHIRA,MD-INT |
| | | Copy to: | ADAMS,DORIS WHITNEY,NP-INT |

*Magnetic Resonance Imaging*

| Accession | Exam | STATUS | Exam Date/Time | Ordering Provider |
|---|---|---|---|---|
| 22-MR-18-0004397 | MRI Chest WO W | Auth (Verified) | 8/21/2018 12:01 EDT | BISONO JIMENEZ, INDHIRA,MD-INT |

**Reason For Exam**
(MRI Chest WO W) R07.1 CHEST PAIN ON BREATHING R07.89

**Report**
MRI CHEST WITHOUT AND WITH CONTRAST

HISTORY: Costochondral pain, midsternal pain

FINDINGS: Multiplanar MR imaging of the chest was performed without and with contrast. The chest wall appears intact. There is no evidence of bone marrow edema. The musculature is intact. No soft tissue edema is seen. The sternal manubrial and sternoclavicular joints have an unremarkable MR appearance. No mediastinal or hilar mass is identified. No focal pulmonary abnormality is seen. No area of abnormal contrast enhancement is identified

IMPRESSION: No focal chest wall abnormality identified.

***** *Final* *****

*Dictated by: KENNEY, CHARLES M, MD-RAD*
*Dictated DT/TM: 08/21/2018 2:31 pm*
*Interpreted and electronically signed by: KENNEY, CHARLES M, MD-RAD*
*Signed DT/TM: 08/21/2018 2:32 pm*
*Transcribed by: RS*



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

**Lexington Clinic**

LEXINGTON CLINIC RHEUMATOLOGY

1221 S BROADWAY 5TH FLOOR
LEXINGTON, KY 40504-2701
(859) 258-4450 Fax (859) 258-4039

Date: 10/10/2018

RE: Jamie Reece, DOB: PT ID #21591363

Dear Family Practice Associates,

I would like to thank you for referring Jamie Reece to our practice for consultation and evaluation. I have enclosed a copy of the office evaluation for your records.

Sincerely,

Electronically Signed by: SYED HAIDER ABBAS, MD

## Encounter Reason/Date

Pt is here today for f/up psoriatic arthritis.
10/10/2018 - 08:00AM - RHEUMATOLOGY SB

## History of Present Illness

seen today for the first time, she was followed by susanna moberly and later was followed at rheumatology clinic with KY one at SJE.

Though was not satisfied by the care at KY one rheumatology.

So decided to get an opinion from me.

She in the interval used Humira, but got sick after second dose with feeling sick.

Though since that time, has gone back on Humira and done 2 shots thus far. No side effects since going back on Humira.

she is followed by orthopedics for right shoulder injury and pains, due to repititive motions involving the right arm.

has some swelling in the arm, significant pains at times , with color changes to red and blue.

positive tingling and sweating in the arm.

works in Toyota.

Besides Humira she is on MTX at 8 pills weekly.



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

## Review of Systems

Patient reports **muscle aches, arthralgias/joint pain, back pain, and swelling in the extremities (upper extremity. )**. She reports **paresthesia (right arm.)**. She reports **fatigue**. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no irritation, and no vision change. She reports no pleuritic chest pain, no shortness of breath when walking, no shortness of breath when lying down, and no Raynaud's Phenomenon. She reports no cough, no wheezing, no shortness of breath, and no coughing up blood. She reports no rashes, no ulcers, no loss of hair, no tightening of the skin, and no psoriasis. She reports no depression, no sleep disturbances, no anxiety, and restful sleep.
**ROS as noted in the HPI**

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:**
General Appearance: **overweight**.

**Mental Status:**
Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Lungs:**
Respiration: no dyspnea and good air movement. Percussion: no dullness, flatness, or hyperresonance. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal and CTA except as noted.

**Cardiovascular System:**
Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no JVD. Pulses including femoral / pedal: normal throughout

**Musculoskeletal System:**
Joints, Bones, and Muscles: **limited ROM (right arm, with painful limited GH mobility. ); no synovitis .**
**no effusions.** . Extremities: **edema (modest edema through out the arm.)**.

**Skin:**
Inspection and palpation: **modest erythema and coolness to touch right arm.** .

## Procedure Documentation

None recorded

## Assessment/Plan

**1. Psoriasis with arthropathy** -

she has chronic psoriatic arthritis, but clinically, her disease looks under excellent control and w/o any disease activity.

No synovitis noted.

No dactylitis or enthesitis noted.

The pains in her right arm are secondary to CRPS type I as stated below.

Her last ESR/CRP are normal.

I would suggest to reduce the MTX dose to 4 pills once weekly, or 10 mg q weekly from 20 mg q weekly.

maintain folic acid 1 mg po qd and maintain Humira 40 mg q 2 weeks.

obtain labs to fu on psoriatic arthritis.



This fax was received by GFI FaxMaker fax server For more information, visit: http://www.gfi.com

L40.50: Arthropathic psoriasis, unspecified
- ESR, AUTOMATED
- AST
- ALT
- CBC
- C-REACTIVE PROTEIN

**2. Pain in upper limb** - Right -

she has right upper extremity pains.

symptoms going on since January 2018.

Symptoms are suggestive of CRPS- type I.

would arrange for pain clinic evaluation.

maintain the PT.

M79.601: Pain in right arm

**3. Complex regional pain syndrome** -

she has classic symptoms of pains, allodynia, motor component with limited ROM upper arm, sensory component with paresthesia, vasomotor changes with change in skin color from pale, red to blue at times.

Further has edema, with sweating at times.

All these clinical features along with h/o right shoulder and elbow injury due to repititive work at Toyota factor are very typical for the CRPS-type I.

I have discussed this concern with the patient.

Suggested pain management evaluation as this is a long term condition and requires multi disciplinary approach.

Must maintain PT.

Add low dose Gabapentin 100 mg po qhs with titration of dose to her tolerance and benefits.

This is a clinical diagnosis without any definitive test, a 3 phase bone scan can be useful in early phase of the disease process and so is MRI which can show some patch or local osteopenia or bone loss.

I have suggested her to go ahead and do a 3 phase right arm bone scan.

in terms of work, I doubt if she can perform repititive work especially ina factory.

she needs to discuss this with her employer about changing her work description to more of a desk work.

long term pain management and plans would be as per Dr Flinchum in pain management.

M89.00: Algoneurodystrophy, unspecified site
- PAIN MANAGEMENT REFERRAL -
  Schedule Within: provider's discretion
  Appointment Date: 10/15/2018 Appointment Time: 9:00
- gabapentin 100 mg capsule -
  1 po qhs can titrate to 3 po qhs based on tolerance Qty: 90 capsule(s) Refills: 1
  Pharmacy: WALMART PHARMACY 3894 Note to Pharmacy: seen today, for CRPS type I
- NM BONE IMAGING, 3 PHASE -
  Note to Imaging Facility: limited to the right arm, CRPS- type i ( RSD)

## Discussion

**Discussion Notes**

cc note:

PCP, FP associates.

Dr B Kibler.

**Return to Office**

- KATHERINE S RODEN, MD for CONSULT at PAIN MEDICINE on 10/15/2018 at 09:00 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 11/12/2018 at 08:45 AM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 11/15/2018 at 09:00 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

**REECE, JAMIE (id #1791, dob: )**

**PATRICK K LEUNG MD PLLC**
1401 HARRODSBURG RD, STE C225
LEXINGTON, KY 40504-1750
Phone: (859) 373-0700
Fax: (859) 422-3994

**Encounter Summary - Progress Note**
Date Printed: 12/10/2018

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:60646-H-16626]

| | |
|---|---|
| **Patient** | Reece, Jamie (50yo, F) #1791 |
| **DOB** | |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | | **Home Phone** | |
| | | **Work Phone** | |

Encounter Notes:

| | |
|---|---|
| **Encounter Reason/Date** | Right shoulder impingement<br>12/10/2018 - 01:30PM - Main Office |
| **History of Present Illness** | Ms. Reece is a 50-year-old white female team member at Toyota. She had a work-related injury in January. She has a right shoulder impingement syndrome. She was being treated by Dr. Kibler with physical therapy. She was recently diagnosed with CRPS by Dr. Abbas, , her rheumatologist. He has been treating her for psoriatic arthritis with Humira. She has noticed swelling in her right forearm with pain and numbness and thickness in the right shoulder. She is being treated by Dr. Rhoden at the pain clinic with gabapentin and Norco. She is getting physical therapy at KORT. She has not been able to return to work. |
| **Review of Systems** | ROS as noted in HPI. |
| **Vitals** | **Ht:** 5 ft 7 in; **Wt:** 157 lbs; **BMI:** 24.6<br>**BP:** 121/76; **Pulse:** 80 bpm; **RR:** 17 |
| **Results/Interpretations** | None recorded |
| **Physical Exam** | Patient is a 50-year-old female.<br><br>She is alert and pleasant. She has limited range of motion of her right shoulder. There is trace swelling in the right forearm. Her reflexes are symmetrical. There is no atrophy, cyanosis or skin changes. |
| **Assessment and Plan** | **1. Impingement syndrome of right shoulder region -**<br>The patient is a 49-year-old white female who has right shoulder impingement syndrome. I cannot exclude early CRPS<br><br>M75.41: Impingement syndrome of right shoulder<br>• Medrol (Pak) 4 mg tablets in a dose pack - |



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

Take 1 dose pk(s) by oral route. Qty: 1 dose pk(s) Refills: 0
Pharmacy: WALMART PHARMACY 3894

## Discussion

**Patient Instructions**

Finding has been discussed with the patient in detail.

Continue physical therapy and pain management.

Medrol Dosepak.

Forearm sleeve for swelling.

Elevate right forearm as much as possible.

**Return to Office**
None recorded

Patient Medical History:

| | |
|---|---|
| **Allergies List** | Reviewed Allergies<br>NKDA |

**Medications**

Reviewed Medications

| | | |
|---|---|---|
| **baclofen 10 mg tablet** | 11/12/18 | filled |
| **diazePAM 5 mg tablet** | 08/16/18 | filled |
| **esomeprazole magnesium 40 mg capsule,delayed release** | 11/28/18 | filled |
| **Estrace 0.01% (0.1 mg/gram) vaginal cream** | 09/11/18 | filled |
| **estradiol 1 mg tablet** | 11/15/18 | filled |
| **fluconazole 150 mg tablet** | 08/20/18 | filled |
| **folic acid 1 mg tablet** | 07/30/18 | filled |
| **gabapentin 600 mg tablet** | 11/12/18 | filled |
| **Humira Pen 40 mg/0.8 mL subcutaneous kit** | 10/29/18 | filled |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet** | 11/16/18 | filled |
| **indomethacin 50 mg capsule** | 06/13/18 | filled |
| **LORazepam 0.5 mg tablet** | 11/15/18 | filled |
| **Medrol (Pak) 4 mg tablets in a dose pack**<br>Take 1 dose pk(s) by oral route. | 12/10/18 | prescribed |
| **metHOTREXate sodium 2.5 mg tablet** | 08/20/18 | filled |

| | | |
|---|---|---|
| | **terconazole 0.4 % vaginal cream** | 08/20/18 filled |
| **Family History** | Reviewed Family History<br>Mother - Heart disease | |
| **Past Medical History** | **Arthritis** Y | **Migraines** Y |
| **Vaccine History** | None recorded | |

Electronically Signed by: PATRICK K. LEUNG, MD

Patrick Leung, MD

Store #: 3894
Report Date: 03/12/2019
From : 01/01/2017 To 03/12/2019

**Connexus Pharmacy System**
**Wal-Mart Pharmacy10-3894**
**HIPAA - Designated Record Set**

2350 GREY LAG WAY ROAD
LEXINGTON KY-40509

**Name** REECE,JAMIE
**Address**

**DOB**
**SSN #**
**Phone**

**Allergies** NO KNOWN DRUG ALLERGY

**Email**

**Clinical HIPAA Notes**

**Insurance Information**

| Card Status | Plan / Carrier | Card Id # | Group # | Dependent Code |
|---|---|---|---|---|
| Active | ESI/EXPRESS SCRIPTS-A4 C | 1943783065 | 4 | 002 |
| Active | WCP/WORKER'S COMP PROGRAM C | | 48 | 01 |

**Prescription Information**

| Fill Date | Rx # Fill Id | Drug Name Qty | SIG | Physician | Ins. | Price |
|---|---|---|---|---|---|---|
| 09/10/2017 | 7100044 2587284 | NAPROXEN DR EC 500MG TAB Qty : 30 | TAKE ONE TABLET BY MOUTH TWICE DAILY | CHISWELL,ERIN WILDER | ESI | $ 5.62 |
| 09/10/2017 | 7100045 2587285 | CYCLOBENZAPR 10MG TAB Qty : 45 | TAKE ONE TABLET BY MOUTH THREE TIMES DAILY | CHISWELL,ERIN WILDER | ESI | $ 4.59 |
| 09/11/2017 | 7100365 2588195 | DICLOFENAC 75MG DR TAB Qty : 60 | TAKE ONE TABLET BY MOUTH TWICE DAILY | CLICKNER,LINDSEY H | ESI | $ 4.00 |
| 09/11/2017 | 7100366 2588196 | METHYLPRED 4MG PAK Qty : 21 | TAKE AS DIRECTED ON INSIDE OF PACKAGE | CLICKNER,LINDSEY H | ESI | $ 10.37 |
| 01/09/2018 | 7120145 2654862 | FLUCONAZOLE 150MG TAB Qty : 2 | TAKE ONE TABLET BY MOUTH NOW , MAY REPEAT DOSE IN 3 DAYS | GREENE,JOHN FRANK | ESI | $ 1.89 |
| 01/09/2018 | 7120147 2654867 | TERCONAZOLE 0.4% CRE Qty : 45 | INSERT ONE APPLICATORFUL VAGINALLY AT NIGHT FOR 7 DAYS | GREENE,JOHN FRANK | ESI | $ 28.45 |
| 01/26/2018 | 7123139 2664874 | PredniSONE 5MG TAB Qty : 30 | TAKE ONE TABLET BY MOUTH ONCE DAILY AS NEEDED | MOBERLY,SUSANNA LEIGH | ESI | $ 3.86 |
| 01/26/2018 | 7123141 2664929 | METHOTREXATE 2.5MG TAB Qty : 96 | TAKE FOUR TABLETS BY MOUTH TWICE A WEEK (SATURDAY AND TUESDAY) | MOBERLY,SUSANNA LEIGH | ESI | $ 269.44 |
| 01/26/2018 | 7123142 2664876 | FOLIC ACID 1MG TAB Qty : 30 | TAKE ONE TABLET BY MOUTH ONCE DAILY | MOBERLY,SUSANNA LEIGH | ESI | $ 1.46 |
| 04/18/2018 | 7135935 2708756 | ESTRACE VAG 0.1MG/GM CRE Qty : 43 | INSERT 1 GRAM VAGINALLY TWICE A WEEK | GREENE,JOHN FRANK | ESI | $ 290.94 |
| 09/11/2018 | 7135935 2797302 | ESTRACE VAG 0.1MG/GM CRE Qty : 43 | INSERT 1 GRAM VAGINALLY TWICE A WEEK | GREENE,JOHN FRANK | ESI | $ 290.94 |
| 05/02/2018 | 7138368 2716322 | HAVRIX 1440UNIT INJ Qty : 1 | PHARMACIST ADMINISTERED IMMUNIZATION, ADMINISTERED AT TIME OF DISPENSING | KHAFAGI,AYMAN MAHMOUD | ESI | $ 79.62 |
| 05/10/2018 | 4456232 2721057 | LORAZEPAM 0.5MG TAB Qty : 60 | TAKE 1 TABLET BY MOUTH TWICE DAILY | CHEN,AN-YU | ESI | $ 17.00 |
| 05/24/2018 | 7141906 2728321 | METHOTREXATE 2.5MG TAB Qty : 96 | TAKE 4 TABLETS BY MOUTH TWICE WEEKLY | MOBERLY,SUSANNA LEIGH | ESI | $ 153.96 |
| 05/29/2018 | 4456441 2730522 | GABAPENTIN 300MG CAP Qty : 14 | TAKE 1 CAPSULE BY MOUTH AT BEDTIME | DONEGAN,RYAN PATRICK | WCP | $ 12.96 |

****PRIVATE-IF YOU RECEIVE THIS REPORT IN ERROR, PLEASE RETURN TO WAL*MART PHARMACY IMMEDIATELY.**
**WAL*MART STORES, INC.**

Store #: 3894
Report Date: 03/12/2019
From : 01/01/2017 To 03/12/2019

**Connexus Pharmacy System**
**Wal-Mart Pharmacy10-3894**
**HIPAA - Designated Record Set**

2350 GREY LAG WAY ROAD
LEXINGTON KY-40509

**Name** REECE,JAMIE
**Address**

**DOB**
**SSN #**
**Phone**

**Allergies** NO KNOWN DRUG ALLERGY

**Email**

**Clinical HIPAA Notes**

**Prescription Information**

| Fill Date | Rx # Fill Id | Drug Name Qty | SIG | Physician | Ins. | Price |
|---|---|---|---|---|---|---|
| 06/13/2018 | 7144299 2738442 | INDOMETHACIN 50MG CAP Qty : 90 | TAKE 1 CAPSULE BY MOUTH THREE TIMES DAILY WITH FOOD | BISONO,INDHIRA | ESI | $ 10.30 |
| 06/12/2018 | 4456644 2737935 | ALPRAZolam 1MG TAB Qty : 10 | TAKE 1 TABLET BY MOUTH ONCE DAILY 30 MINUTES PRIOR TO ANXIETY PROVOKING EVENT | HENKEL,MARY HOERTZ | ESI | $ 1.55 |
| 06/22/2018 | 4456743 2743582 | LORAZEPAM 0.5MG TAB Qty : 180 | TAKE 1 TABLET BY MOUTH TWICE DAILY | CHEN,AN-YU | ESI | $ 51.01 |
| 11/15/2018 | 4456743 2842424 | LORAZEPAM 0.5MG TAB Qty : 180 | TAKE 1 TABLET BY MOUTH TWICE DAILY | CHEN,AN-YU | ESI | $ 5.99 |
| 08/20/2018 | 7153252 2783162 | METHOTREXATE 2.5MG TAB Qty : 96 | TAKE 8 TABLETS BY MOUTH ONCE A WEEK | BISONO,INDHIRA | ESI | $ 153.96 |
| 08/16/2018 | 4457513 2780399 | DIAZEPAM 5MG TAB Qty : 1 | TAKE 1 TABLET BY MOUTH 30 MINUTES PRIOR TO MRI | BISONO,INDHIRA | ESI | $ 0.12 |
| 08/20/2018 | 7157865 2783119 | FLUCONAZOLE 150MG TAB Qty : 1 | TAKE 1 TABLET BY MOUTH NOW MAY REPEAT IN ONE WEEK IF SYMPTOMS PERSISTS | APPLEGATE,KEITH THOMAS | ESI | $ 3.42 |
| 08/20/2018 | 7157866 2783120 | TERCONAZOLE 0.4% CRE Qty : 45 | INSERT 1 APPLICATORFUL VAGINALLY AT BEDTIME | APPLEGATE,KEITH THOMAS | ESI | $ 34.30 |
| 08/20/2018 | 7157867 2783121 | DOXYCYCLINE HYC 100MG TAB Qty : 20 | TAKE 1 TABLET BY MOUTH TWICE DAILY | APPLEGATE,KEITH THOMAS | ESI | $ 9.49 |
| 09/20/2018 | 7164048 2803717 | ESTRADIOL 1MG TAB Qty : 30 | TAKE 1 TABLET BY MOUTH ONCE DAILY | CAMPBELL,ELIZABETH SHAWN | ESI | $ 4.00 |
| 10/18/2018 | 7164048 2822700 | ESTRADIOL 1MG TAB Qty : 30 | TAKE 1 TABLET BY MOUTH ONCE DAILY | CAMPBELL,ELIZABETH SHAWN | ESI | $ 4.00 |
| 11/15/2018 | 7164048 2842423 | ESTRADIOL 1MG TAB Qty : 30 | TAKE 1 TABLET BY MOUTH ONCE DAILY | CAMPBELL,ELIZABETH SHAWN | ESI | $ 4.00 |
| 12/26/2018 | 7164048 2868897 | ESTRADIOL 1MG TAB Qty : 30 | TAKE 1 TABLET BY MOUTH ONCE DAILY | CAMPBELL,ELIZABETH SHAWN | ESI | $ 6.00 |
| 01/29/2019 | 7164048 2892276 | ESTRADIOL 1MG TAB Qty : 30 | TAKE 1 TABLET BY MOUTH ONCE DAILY | CAMPBELL,ELIZABETH SHAWN | ESI | $ 6.00 |
| 03/01/2019 | 7164048 2912695 | ESTRADIOL 1MG TAB Qty : 30 | TAKE 1 TABLET BY MOUTH ONCE DAILY | CAMPBELL,ELIZABETH SHAWN | ESI | $ 4.27 |
| 10/10/2018 | 4458316 2816994 | GABAPENTIN 100MG CAP Qty : 90 | TAKE 1 CAPSULE BY MOUTH AT BEDTIME. CAN TITRATE TO 3 CAPSULES AT BEDTIME BASED ON TOLERANCE | ABBAS,HAIDER | ESI | $ 36.90 |
| 10/15/2018 | 7169458 2820296 | BACLOFEN 10MG TAB Qty : 90 | TAKE 1 TABLET BY MOUTH EVERY 8 HOURS | RODEN,KATHERINE SEBASTIAN | ESI | $ 10.34 |
| 10/15/2018 | 4458362 2820297 | GABAPENTIN 300MG CAP Qty : 90 | TAKE 1 CAPSULE BY MOUTH AT BEDTIME FOR 7 DAYS AND 1 TWICE DAILY FOR 7 DAYS AND 1 THREE | RODEN,KATHERINE SEBASTIAN | ESI | $ 39.93 |

****PRIVATE-IF YOU RECEIVE THIS REPORT IN ERROR, PLEASE RETURN TO WAL*MART PHARMACY IMMEDIATELY.**
**WAL*MART STORES, INC.**

Store #: 3894
Report Date: 03/12/2019
From : 01/01/2017 To 03/12/2019

**Connexus Pharmacy System**
**Wal-Mart Pharmacy10-3894**
**HIPAA - Designated Record Set**

2350 GREY LAG WAY ROAD
LEXINGTON KY-40509

**Name** REECE,JAMIE
**Address**

**DOB**
**SSN #**
**Phone**

**Allergies** NO KNOWN DRUG ALLERGY

**Email**

**Clinical HIPAA Notes**

**Prescription Information**

| Fill Date | Rx # Fill Id | Drug Name Qty | SIG | Physician | Ins. | Price |
|---|---|---|---|---|---|---|
| | | | TIMES DAILY THEREAFTER | | | |
| 11/12/2018 | 7175443 2839644 | BACLOFEN 10MG TAB Qty : 90 | TAKE 1 TABLET BY MOUTH EVERY 8 HOURS | RODEN,KATHERINE SEBASTIAN | ESI | $ 10.34 |
| 01/29/2019 | 7175443 2892272 | BACLOFEN 10MG TAB Qty : 90 | TAKE 1 TABLET BY MOUTH EVERY 8 HOURS | RODEN,KATHERINE SEBASTIAN | ESI | $ 10.34 |
| 11/12/2018 | 4458761 2839645 | GABAPENTIN 600MG TAB Qty : 90 | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY | RODEN,KATHERINE SEBASTIAN | ESI | $ 14.23 |
| 01/29/2019 | 7181111 2892271 | METHYLPRED 4MG PAK Qty : 21 | TAKE BY MOUTH AS DIRECTED ON INSIDE OF PACKAGE | LEUNG,PATRICK KWOK-HIM | ESI | $ 12.84 |
| 02/11/2019 | 7193473 2900643 | TiZANidine 4MG TAB Qty : 90 | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY AS NEEDED | RODEN,KATHERINE SEBASTIAN | ESI | $ 13.93 |
| 02/11/2019 | 4460042 2900649 | GABAPENTIN 800MG TAB Qty : 90 | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY | RODEN,KATHERINE SEBASTIAN | ESI | $ 16.41 |
| 03/09/2019 | 4460273 2918497 | GABAPENTIN 600MG TAB Qty : 90 | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY | RODEN,KATHERINE SEBASTIAN | ESI | $ 0.00 |

****PRIVATE-IF YOU RECEIVE THIS REPORT IN ERROR, PLEASE RETURN TO WAL*MART PHARMACY IMMEDIATELY.**
**WAL*MART STORES, INC.**

Store #: 2783
Report Date: 09/22/2021

**Connexus Pharmacy System**
**Wal-Mart Pharmacy10-2783**
**HIPAA - Designated Record Set**

500 WEST NEW CIRCLE ROAD
LEXINGTON KY-40511

From : 02/09/2019 To 09/22/2021

**Name** REECE,JAMIE
**Address**

**DOB**
**SSN #**
**Phone**

**Allergies** NO KNOWN DRUG ALLERGY

**Email**

**Clinical HIPAA Notes**

**Insurance Information**

| Card Status | Plan / Carrier | Card Id # | Group # | Dependent Code |
|---|---|---|---|---|
| Active | ESI/EXPRESS SCRIPTS-A4 C | 1943783065 | 267 | 002 |
| Active | TC/TRIALCARD PROGRAM | 18035679010 | 24 | 01 |
| Active | WCP/WORKER'S COMP PROGRAM C | | 53 | 01 |

**Prescription Information**

| Fill Date | Rx # Fill Id | Drug Name Qty | SIG | Physician | Ins. | Price |
|---|---|---|---|---|---|---|

**No Records Found**

Store #: 3894
Report Date: 09/22/2021

**Connexus Pharmacy System**
**Wal-Mart Pharmacy10-3894**
**HIPAA - Designated Record Set**

2350 GREY LAG WAY ROAD
LEXINGTON KY-40509

From : 02/09/2019 To 09/22/2021

**Name** REECE,JAMIE
**Address**

**DOB**
**SSN #**
**Phone**

**Allergies** NO KNOWN DRUG ALLERGY

**Email**

**Clinical HIPAA Notes**

**Insurance Information**

| Card Status | Plan / Carrier | Card Id # | Group # | Dependent Code |
|---|---|---|---|---|
| Active | ESI/EXPRESS SCRIPTS-A4 C | 1943783065 | 4 | 002 |
| Active | TC/TRIALCARD PROGRAM | 18035679010 | 28 | 01 |
| Active | WCP/WORKER'S COMP PROGRAM C | | 48 | 01 |

**Prescription Information**

| Fill Date | Rx # Fill Id | Drug Name Qty | SIG | Physician | Ins. | Price |
|---|---|---|---|---|---|---|
| 07/28/2019 | 7157865 3006754 | FLUCONAZOLE 150MG TAB Qty : 1 | TAKE 1 TABLET BY MOUTH NOW MAY REPEAT IN ONE WEEK IF SYMPTOMS PERSISTS | APPLEGATE,KEITH T | ESI | $ 3.42 |
| 07/29/2019 | 7157866 3007524 | TERCONAZOLE 0.4% CRE Qty : 45 | INSERT 1 APPLICATORFUL VAGINALLY AT BEDTIME | APPLEGATE,KEITH T | ESI | $ 34.30 |
| 03/01/2019 | 7164048 2912695 | ESTRADIOL 1MG TAB Qty : 30 | TAKE 1 TABLET BY MOUTH ONCE DAILY | CAMPBELL,ELIZABETH S | ESI | $ 4.27 |
| 04/14/2019 | 7164048 2941470 | ESTRADIOL 1MG TAB Qty : 30 | TAKE 1 TABLET BY MOUTH ONCE DAILY | CAMPBELL,ELIZABETH S | ESI | $ 4.27 |
| 06/12/2019 | 7164048 2978892 | ESTRADIOL 1MG TAB Qty : 30 | TAKE 1 TABLET BY MOUTH ONCE DAILY | CAMPBELL,ELIZABETH S | ESI | $ 6.24 |
| 02/11/2019 | 7193473 2900643 | TiZANidine 4MG TAB Qty : 90 | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY AS NEEDED | RODEN,KATHERINE SEBASTIAN | ESI | $ 13.93 |
| 02/11/2019 | 4460042 2900649 | GABAPENTIN 800MG TAB Qty : 90 | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY | RODEN,KATHERINE SEBASTIAN | ESI | $ 16.41 |
| 03/09/2019 | 4460273 2918497 | GABAPENTIN 600MG TAB Qty : 90 | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY | RODEN,KATHERINE SEBASTIAN | ESI | $ 14.23 |
| 04/18/2019 | 7206320 2943985 | TiZANidine 4MG TAB Qty : 270 | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY AS NEEDED | RODEN,KATHERINE SEBASTIAN | ESI | $ 32.80 |
| 07/28/2019 | 7206320 3006756 | TiZANidine 4MG TAB Qty : 270 | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY AS NEEDED | RODEN,KATHERINE SEBASTIAN | ESI | $ 31.83 |
| 04/29/2019 | 7208276 2950803 | AMITRIPTYLIN 10MG TAB Qty : 30 | TAKE 1 TABLET BY MOUTH ONCE DAILY AT BEDTIME | CHEN,AN-YU | ESI | $ 2.52 |
| 05/29/2019 | 7208276 2969994 | AMITRIPTYLIN 10MG TAB Qty : 30 | TAKE 1 TABLET BY MOUTH ONCE DAILY AT BEDTIME | CHEN,AN-YU | ESI | $ 4.00 |
| 06/25/2019 | 7208276 2987041 | AMITRIPTYLIN 10MG TAB Qty : 30 | TAKE 1 TABLET BY MOUTH ONCE DAILY AT BEDTIME | CHEN,AN-YU | ESI | $ 2.47 |
| 07/26/2019 | 7208276 3005886 | AMITRIPTYLIN 10MG TAB Qty : 30 | TAKE 1 TABLET BY MOUTH ONCE DAILY AT BEDTIME | CHEN,AN-YU | ESI | $ 2.47 |
| 05/29/2019 | 4461437 2970561 | LYRICA 50MG CAP Qty : 60 | TAKE 1 CAPSULE BY MOUTH TWICE DAILY | RODEN,KATHERINE SEBASTIAN | ESI | $ 432.61 |
| 06/10/2019 | 4461588 2981748 | LYRICA 75MG CAP Qty : 60 | TAKE 1 CAPSULE BY MOUTH TWICE DAILY | RODEN,KATHERINE SEBASTIAN | ESI | $ 432.61 |
| 07/08/2019 | 4461910 2994890 | LYRICA 100MG CAP Qty : 90 | TAKE 1 CAPSULE BY MOUTH THREE TIMES DAILY | RODEN,KATHERINE SEBASTIAN | ESI | $ 648.91 |

Store #: 3894
Report Date: 09/22/2021

**Connexus Pharmacy System**
**Wal-Mart Pharmacy10-3894**
**HIPAA - Designated Record Set**

2350 GREY LAG WAY ROAD
LEXINGTON KY-40509

From : 02/09/2019 To 09/22/2021

**Name** REECE,JAMIE
**Address**

**DOB**
**SSN #**
**Phone**

**Allergies** NO KNOWN DRUG ALLERGY

**Email**

**Clinical HIPAA Notes**

**Prescription Information**

| Fill Date | Rx # Fill Id | Drug Name Qty | SIG | Physician | Ins. | Price |
|---|---|---|---|---|---|---|
| 03/30/2020 | 7273197 3169273 | ValACYclovir 1GM TAB Qty : 21 | TAKE 1 TABLET BY MOUTH EVERY 8 HOURS FOR 7 DAYS | ST CLAIR,COLLIN | ESI | $ 21.20 |
| 10/27/2020 | 4468030 3295348 | DIAZEPAM 5MG TAB Qty : 1 | TAKE 1 TABLET BY MOUTH ONCE DAILY AS NEEDED FOR 1 DAY | RODEN,KATHERINE SEBASTIAN | ESI | $ 0.00 |
| 01/18/2021 | 7322745 3343459 | PREDNISOLONE ACETATE 1% SUS Qty : 5 | INSTILL 1 DROP INTO AFFECTED EYE(S) 4 TIMES DAILY FOR 14 DAYS | NEWCOMB,MICHAEL THORNTON | ESI | $ 40.66 |
| 02/06/2021 | 7325992 3355045 | RESTASIS 0.05% EMU Qty : 180 | INSTILL 1 DROP INTO EACH EYE EVERY 12 HOURS | NEWCOMB,MICHAEL THORNTON | ESI | $ 1,707.48 |
| 05/19/2021 | 7325992 3415187 | RESTASIS 0.05% EMU Qty : 180 | INSTILL 1 DROP INTO EACH EYE EVERY 12 HOURS | NEWCOMB,MICHAEL THORNTON | ESI | $ 1,707.48 |
| 02/05/2021 | 7325996 3354379 | PREDNISOLONE ACETATE 1% SUS Qty : 15 | INSTILL 1 DROP INTO AFFECTED EYE(S) 4 TIMES DAILY FOR 14 DAYS | NEWCOMB,MICHAEL THORNTON | ESI | $ 121.97 |
| 03/01/2021 | 7329459 3367172 | PredniSONE 5MG TAB Qty : 90 | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY ONE WEEK AND THEN 1 TWICE DAILY FOR ONE WEEK AND THEN 1 ONCE DAILY | MOBERLY,SUSANNA LEIGH | ESI | $ 15.51 |
| 04/19/2021 | 7337945 3396842 | ESTRADIOL 1MG TAB Qty : 90 | TAKE 1 TABLET BY MOUTH ONCE DAILY | GREENE,JOHN F | ESI | $ 17.47 |
| 05/21/2021 | 7343432 3415697 | DICLOFENAC 1% GEL Qty : 100 | APPLY 2 GRAMS TOPICALLY 4 TIMES DAILY TO AFFECTED AREA | MOBERLY,SUSANNA LEIGH | ESI | $ 36.57 |
| 06/22/2021 | 7349121 3435128 | HYDROXYZINE HCL 25MG TAB Qty : 30 | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY FOR 10 DAYS | MOBERLY,SUSANNA LEIGH | ESI | $ 4.00 |
| 06/25/2021 | 7349858 3437462 | FLUCONAZOLE 150MG TAB Qty : 2 | TAKE 1 TABLET BY MOUTH ONCE DAILY FOR 2 DAYS | COX,KRISTINA N | ESI | $ 11.31 |
| 06/25/2021 | 7349850 3437466 | NYSTATIN 100000 SUS Qty : 100 | TAKE 5 ML BY MOUTH 4 TIMES DAILY FOR 5 DAYS | COX,KRISTINA N | ESI | $ 7.89 |
| 07/09/2021 | 7352099 3445417 | FLUCONAZOLE 150MG TAB Qty : 2 | TAKE 1 TABLET BY MOUTH ONCE DAILY FOR 2 DAYS | COX,KRISTINA N | ESI | $ 11.31 |
| 07/09/2021 | 7352100 3445450 | NYSTATIN 100000 SUS Qty : 200 | TAKE 5 ML BY MOUTH 4 TIMES DAILY FOR 10 DAYS | COX,KRISTINA N | ESI | $ 15.78 |
| 07/09/2021 | 7352096 3445419 | TERCONAZOLE 0.4% CRE Qty : 45 | INSERT 1 APPLICATORFUL VAGINALLY ONCE DAILY FOR 7 DAYS | COX,KRISTINA N | ESI | $ 33.11 |
| 07/09/2021 | 7352101 3445424 | MONTELUKAST 10MG TAB Qty : 30 | TAKE 1 TABLET BY MOUTH ONCE DAILY | COX,KRISTINA N | ESI | $ 10.95 |
| 08/05/2021 | 7356736 3461490 | ESTRADIOL 1MG TAB Qty : 90 | TAKE 1 TABLET BY MOUTH ONCE DAILY | GREENE,JOHN F | ESI | $ 17.48 |
| 08/20/2021 | 7359316 3470294 | PANTOPRAZOLE SOD 40MG TAB Qty : 90 | TAKE 1 TABLET BY MOUTH ONCE DAILY AS | COLLINS,AMY KATHRYN | ESI | $ 23.20 |

Store #: 3894
Report Date: 09/22/2021

**Connexus Pharmacy System**
**Wal-Mart Pharmacy10-3894**
**HIPAA - Designated Record Set**

2350 GREY LAG WAY ROAD
LEXINGTON KY-40509

From : 02/09/2019 To 09/22/2021

**Name** REECE,JAMIE
**Address**

**DOB**
**SSN #**
**Phone**

**Allergies** NO KNOWN DRUG ALLERGY

**Email**

**Clinical HIPAA Notes**

**Prescription Information**

| Fill Date | Rx # / Fill Id | Drug Name / Qty | SIG | Physician | Ins. | Price |
|---|---|---|---|---|---|---|
| | | | DIRECTED FOR 90 DAYS | | | |
| 08/24/2021 | 7359886 3472431 | LEVOCETIRIZINE DHCL 5MG TAB Qty : 90 | TAKE 1 TABLET BY MOUTH ONCE DAILY | MOBERLY,SUSANNA LEIGH | ESI | $ 24.53 |
| 08/24/2021 | 7359887 3472432 | HYDROXYZINE HCL 25MG TAB Qty : 90 | TAKE 1 TABLET BY MOUTH ONCE DAILY FOR 90 DAYS | MOBERLY,SUSANNA LEIGH | ESI | $ 11.11 |
| 08/27/2021 | 7360466 3474223 | METHYLPRED 4MG PAK Qty : 21 | TAKE BY MOUTH AS DIRECTED ON INSIDE OF PACKAGE | MOBERLY,SUSANNA LEIGH | ESI | $ 15.29 |
| 08/31/2021 | 4471888 3476523 | PREGABALIN 100MG CAP Qty : 270 | TAKE 1 CAPSULE BY MOUTH THREE TIMES DAILY | RODEN,KATHERINE SEBASTIAN | ESI | $ 98.23 |
| 09/02/2021 | 7361688 3478188 | TIZANidine 4MG TAB Qty : 270 | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY AS NEEDED | RODEN,KATHERINE SEBASTIAN | ESI | $ 46.22 |

Store #: 7259
Report Date: 09/22/2021

**Connexus Pharmacy System**
**Wal-Mart Pharmacy10-7259**
**HIPAA - Designated Record Set**

1001 CHERRY BLOSSOM WAY GATE 7
GEORGETOWN KY-40324

From : 02/09/2019 To 09/22/2021

**Name** REECE,JAMIE
**Address**

**DOB**
**SSN #**
**Phone**

**Allergies** NO KNOWN DRUG ALLERGY

**Email**

**Clinical HIPAA Notes**

**Insurance Information**

| Card Status | Plan / Carrier | Card Id # | Group # | Dependent Code |
|---|---|---|---|---|
| Active | ESI/EXPRESS SCRIPTS-A4 C | 1943783065 | 67 | 002 |
| Active | WCP/WORKER'S COMP PROGRAM C | | 0 | 01 |

**Prescription Information**

| Fill Date | Rx # Fill Id | Drug Name Qty | SIG | Physician | Ins. | Price |
|---|---|---|---|---|---|---|
| 08/07/2019 | 4421949 1914931 | PREGABALIN 100MG CAP Qty : 90 | TAKE 1 CAPSULE BY MOUTH THREE TIMES DAILY | WILP,THERESA ANN | ESI | $ 123.37 |
| 09/07/2019 | 4421949 1928218 | PREGABALIN 100MG CAP Qty : 90 | TAKE 1 CAPSULE BY MOUTH THREE TIMES DAILY | WILP,THERESA ANN | ESI | $ 123.37 |
| 10/17/2019 | 4421949 1948766 | PREGABALIN 100MG CAP Qty : 90 | TAKE 1 CAPSULE BY MOUTH THREE TIMES DAILY | WILP,THERESA ANN | ESI | $ 114.73 |
| 08/13/2019 | 6903143 1916861 | ESTRADIOL 1MG TAB Qty : 30 | TAKE 1 TABLET BY MOUTH ONCE DAILY | CAMPBELL,ELIZABETH SHAWN | ESI | $ 6.00 |
| 09/07/2019 | 6903143 1928219 | ESTRADIOL 1MG TAB Qty : 30 | TAKE 1 TABLET BY MOUTH ONCE DAILY | CAMPBELL,ELIZABETH SHAWN | ESI | $ 6.00 |
| 09/09/2019 | 6906397 1928558 | AMITRIPTYLIN 10MG TAB Qty : 30 | TAKE 1 TABLET BY MOUTH ONCE DAILY AT BEDTIME | CHEN,AN-YU | ESI | $ 2.96 |
| 10/07/2019 | 4422475 1943251 | TRAMADOL 50MG TAB Qty : 30 | TAKE 1 TABLET BY MOUTH ONCE DAILY AS NEEDED FOR 30 DAYS | FLINCHUM,ELLEN J | ESI | $ 2.00 |
| 10/11/2019 | 6912366 1945895 | CEFDINIR 300MG CAP Qty : 14 | TAKE 1 CAPSULE BY MOUTH EVERY 12 HOURS FOR 7 DAYS | VAN METRE,RAY MINYARD | ESI | $ 11.63 |
| 10/11/2019 | 6912367 1945896 | PREDNISONE 20MG TAB Qty : 9 | TAKE 2 TABLETS BY MOUTH ONCE DAILY FOR 3 DAYS AND THEN 1 TABLET ONCE DAILY FOR 3 DAYS | VAN METRE,RAY MINYARD | ESI | $ 1.63 |
| 10/11/2019 | 6912368 1945897 | FLUCONAZOLE 150MG TAB Qty : 2 | TAKE 1 TABLET BY MOUTH ONCE DAILY FOR 2 DAYS | VAN METRE,RAY MINYARD | ESI | $ 3.75 |
| 10/12/2019 | 2224259 1946337 | OXYCOD/ACETAMIN 5-325MG TAB Qty : 24 | TAKE 2 TABLETS BY MOUTH EVERY 6 HOURS AS NEEDED FOR PAIN | STACK,STEVEN JOSEPH | ESI | $ 3.15 |
| 11/14/2019 | 4422689 1959538 | PREGABALIN 100MG CAP Qty : 90 | TAKE 1 CAPSULE BY MOUTH THREE TIMES DAILY | RODEN,KATHERINE SEBASTIAN | ESI | $ 106.70 |
| 11/08/2019 | 6916800 1959072 | ESTRADIOL 1MG TAB Qty : 90 | TAKE 1 TABLET BY MOUTH ONCE DAILY | GREENE,JOHN F | ESI | $ 17.47 |
| 02/14/2020 | 6916800 2003753 | ESTRADIOL 1MG TAB Qty : 90 | TAKE 1 TABLET BY MOUTH ONCE DAILY | GREENE,JOHN F | ESI | $ 17.47 |
| 05/29/2020 | 6916800 2046626 | ESTRADIOL 1MG TAB Qty : 90 | TAKE 1 TABLET BY MOUTH ONCE DAILY | GREENE,JOHN F | ESI | $ 17.47 |
| 08/27/2020 | 6916800 2084019 | ESTRADIOL 1MG TAB Qty : 90 | TAKE 1 TABLET BY MOUTH ONCE DAILY | GREENE,JOHN F | ESI | $ 17.47 |
| 11/08/2019 | 6916801 1959073 | TERCONAZOLE 0.4% CRE Qty : 45 | INSERT 1 APPLICATORFUL VAGINALLY AT BEDTIME FOR 7 DAYS | GREENE,JOHN F | ESI | $ 34.30 |
| 12/27/2019 | | | | | ESI | $ 99.23 |

Store #: 7259
Report Date: 09/22/2021

**Connexus Pharmacy System**
**Wal-Mart Pharmacy10-7259**
**HIPAA - Designated Record Set**

1001 CHERRY BLOSSOM WAY GATE 7
GEORGETOWN KY-40324

From : 02/09/2019 To 09/22/2021

**Name** REECE,JAMIE
**Address**

**DOB**
**SSN #**
**Phone**

**Allergies** NO KNOWN DRUG ALLERGY

**Email**

**Clinical HIPAA Notes**

**Prescription Information**

| Fill Date | Rx # Fill Id | Drug Name Qty | SIG | Physician | Ins. | Price |
|---|---|---|---|---|---|---|
| | 4423138 1981021 | PREGABALIN 100MG CAP Qty : 90 | TAKE 1 CAPSULE BY MOUTH THREE TIMES DAILY | RODEN,KATHERINE SEBASTIAN | | |
| 02/03/2020 | 4423138 1998510 | PREGABALIN 100MG CAP Qty : 90 | TAKE 1 CAPSULE BY MOUTH THREE TIMES DAILY | RODEN,KATHERINE SEBASTIAN | ESI | $ 99.23 |
| 01/15/2020 | 6925643 1990221 | SUMATRIPTAN SUCCINATE 50MG TAB Qty : 6 | TAKE ONE TABLET BY MOUTH AT ONSET OF MIGRAINE. IF SYMPTOMS PERSIST,MAY REPEAT AFTER 2 HOURS ONCE | ST CLAIR,COLLIN A | ESI | $ 4.89 |
| 08/14/2020 | 6950688 2078652 | PredniSONE 2.5MG TAB Qty : 60 | TAKE ONE TABLET BY MOUTH THREE TIMES DAILY FOR 1 WEEK. THEN TAKE ONE TABLET TWICE DAILY FOR 1 WEEK, THEN TAKE ONE TABLET DAILY UNTIL GONE | MOBERLY,SUSANNA LEIGH | ESI | $ 7.64 |
| 10/12/2020 | 6960179 2105357 | PredniSONE 5MG TAB Qty : 84 | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY FOR 2 WEEKS, THEN TAKE 1 TABLET TWICE DAILY FOR 2 WEEKS, THEN TAKE 1 TABLET BY MOUTH ONCE DAILY FOR 2 WEEKS | MOBERLY,SUSANNA LEIGH | ESI | $ 13.35 |
| 10/19/2020 | 6961241 2108715 | SUPREP BOWEL PREP SOL Qty : 354 | USE AS DIRECTED | CHEN,AN-YU | ESI | $ 94.06 |

Store #: 7259
Report Date: 09/22/2021

**Connexus Pharmacy System**
**Wal-Mart Pharmacy10-7259**
**HIPAA - Designated Record Set**

1001 CHERRY BLOSSOM WAY GATE 7
GEORGETOWN KY-40324

From : 02/09/2019 To 09/22/2021

**Name** REECE,JAMIE
**Address**

**DOB**
**SSN #**
**Phone**

**Allergies** NO KNOWN DRUG ALLERGY

**Email**

**Clinical HIPAA Notes**

**Insurance Information**

| Card Status | Plan / Carrier | Card Id # | Group # | Dependent Code |
|---|---|---|---|---|
| Active | ESI/EXPRESS SCRIPTS-PERX C | 1943783065 | 633 | 02 |

**Prescription Information**

| Fill Date | Rx #<br>Fill Id | Drug Name<br>Qty | SIG | Physician | Ins. | Price |
|---|---|---|---|---|---|---|
| 01/10/2020 | 6924931<br>1987950 | TIZANidine 4MG TAB<br>Qty : 270 | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY AS NEEDED | RODEN,KATHERINE SEBASTIAN | ESI | $ 42.07 |

41 Rachel Drive

Suite 1

Nashville TN 37214

October 14, 2021

Mehr, Fairbanks & Peterson

201 West Short Street, Suite 800

Lexington KY 40507

PATIENT: Jamie Reece

DOB:

Dear Sirs

I am the custodian of the records of Jamie Reece. Attached hereto are 194 pages of records from Accredo Health Group Specialty Pharmacy. These pages of records are kept by Accredo in the regular course of business and the record was made at or near the time of the act, event, condition or diagnosis. The records attached are the original or exact duplicates of the original.

Respectfully,

Lisa D. Williams

Administrative Services Senior Representative

Specialty LPI/Corporate Financial Services

Accredo | 41 Rachel Drive, Suite 1 | Nashville, TN 37214

t 615.850.5127 | f 877.551.8843 | lisa.williams@accredohealth.com

Confidential Information

© 2018 Accredo Health Group, Inc. | An Express Scripts Company. All Rights Reserved.

# Facsimile Cover Sheet

RECEIVED
OCT 04 2021

**To:**
**Company:**
**Phone:**
**Fax:** (866) 495-6519

**From:** Leigh Monthie
**Company:**
**Phone:** (859) 225-3731 * 109
**Fax:** 18592253731

**Date:** 10/04/2021
**Pages including this cover sheet:** 5

**Comments:**
J. Reece records request to Accredo Specialty Pharmacy

MEHR, FAIRBANKS & PETERSON
TRIAL LAWYERS

201 West Short Street, Suite 800 • Lexington, Kentucky 40507 • 859-225-3731 • 859-225-3830 • www mehrfairbanks.com

# FAX TRANSMISSION COVER SHEET

Date: September 14, 2021

To: Accredo Specialty Pharmacy
**Attn: Medical Records Department**

Fax: **(866) 495-6519**

**RE:** **Jamie Reece**

Sender: Leigh Monthie
For: Mehr, Fairbanks & Peterson Trial Lawyers, PLLC

*YOU SHOULD RECEIVE___4___PAGE(S), INCLUDING THIS COVER SHEET. IF YOU DO NOT RECEIVE ALL THE PAGES, Please call 859-225-3731*

The information contained in this fax is confidential and intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient (or the employee or agent responsible to deliver it to the intended recipient), you are hereby notified that any distribution or copying of this communication is prohibited. If you have received this communication in error, please notify us by collect telephone and return the original message to us at the above address at our expense.

# MEHR, FAIRBANKS & PETERSON

TRIAL LAWYERS

201 West Short Street, Suite 800 • Lexington, Kentucky 40507 • 859-225-3731 • 859-225-3830 • www mehrfairbanks com

M. Austin Mehr amehr@austinmehr com
Philip G. Fairbanks pgf@austinmehr.com
Erik D. Peterson edp@austinmehr.com
Bartley K. Hagerman bkh@austinmehr.com
Elizabeth A. Thornsbury elizabeth@austinmehr.com

September 14, 2021

Accredo Specialty Pharmacy
P.O. Box 954041
Saint Louis, MO 63195-4041

**via Facsimile: (866) 495-6519**

**Attn: Medical Records Dept.**

Re: **Our Client:** **Jamie Reece**
**DOB:**
**SSN:**

Dear Records Custodian:

Please find enclosed an executed medical records authorization from **Jamie Reece**. Pursuant to this authorization, I am requesting a copy of your **medical records dated 1/1/17 through the present** pertaining to this patient. Please feel free to **email these records to clerk@austinmehr.com** or fax them to us at (859) 225-3830.

**If these records have already been released to the patient or another entity, please contact our office prior to creating a copy so we may authorize the request if payment is necessary. <u>NO FEES FOR MEDICAL RECORDS WILL BE PAID UNLESS PRIOR AUTHORIZATION HAS BEEN APPROVED by Bartley K. Hagerman.</u>**

The enclosed authorization meets the requirements of the Health Insurance Portability and Accountability Act privacy regulations 45 CFR §164.508, listed below:

*1) Description of the desired information, sufficiently specific and meaningful for you to determine the scope of the request with reasonable certainty;*

*2) Your facility's name or other specific information identifying this facility as a member of a class who is authorized to make the requested disclosure;*

*3) My name and the name of this firm which identifies us as a member of the class persons to whom the facility is authorized to make the disclosure;*

*4) Description of the purpose of the requested disclosure;*

*5) An expiration date or an expiration event clearly stated;*

*6) A statement that the expiration date has not passed, or the expiration event has not occurred;*

*7) A statement that the patient has the right to revoke the authorization in writing and listing any exceptions to the right to revoke;*

*8) Instructions on how the patient may revoke the authorization;*

*9) A statement that makes it clear that your facility may not condition treatment or payment on whether the patient signs the authorization;*

*10) A statement that information used or disclosed pursuant to the authorization may be subject to re-disclosure by the recipient and no longer protected by the privacy regulation;*

*11) The patient's signature and the date of the signature;*

*12) If signed by the personal representative for the patient, a description of his or her authority to act for the patient;*

*13) The authorization may not have been revoked and may not contain information that is materially false; and*

*14) If requesting psychotherapy notes, the authorization may not be part of a compound authorization that also requests other types of information.*

Pursuant to KRS 422.317, we are hereby requesting that you provide us with a "free" complete copy of all records on this patient. Should you have any questions or need additional information, please feel free to contact my office. Thank you.

Sincerely,

/s/Bartley K. Hagerman

Bartley K. Hagerman

BKH/lm
Enclosure

AUTHORIZATION TO RELEASE PROTECTED HEALTH CARE INFORMATION

TO: Accredo Specialty Pharmacy [Health Care Provider]
P.O. Box 954041 [Address]
Saint Louis, MO 63195 4041 [City, State, Zip]

Pursuant to the Health Insurance Portability and Accountability Act (HIPAA) Privacy Regulations, 45 CFR § 164.508, the provider listed above is herby authorized to release to Mehr, Fairbanks & Peterson Trial Lawyers, P.L.L.C. or any of its representatives, *all medical records, including but not limited to:* office notes, history, physical, consultation notes, discharge summaries, order and progress notes, laboratory results, nurses notes, emergency room records, operative records, in-patient records and films of x-rays, MRIs or PET scans, pharmacy and drug records, medical bills and health insurance Medicaid or Medicare records, concerning any medical treatment that I have received from you, at your institution, as well as all such records which you keep in the regular course of business are found in my medical records file. I hereby authorize release of all records regarding mental health, psychiatric (other than psychotherapy notes which must be requested by separate authorization), chemical dependency or HIV. A photostatic copy hereof shall be as valid as the original. I hereby authorize a free copy of my medical records pursuant to KRS 422.317 be sent, to the extent I have not already requested my one free copy.

The purpose of this authorization and request is to permit my attorney to obtain ALL medical information pertaining to my physical or mental condition. This authorization expires three (3) years from the date of the signature. The aforementioned expiration date has not passed, as this matter is ongoing.

I hereby authorize attorneys of Mehr, Fairbanks & Peterson Trial Lawyers, P.L.L.C. to speak to my healthcare professionals privately or to take testimony at deposition or trial as may be requested.

I have the right to revoke this authorization in writing by providing a signed, written notice of revocation to the health care provider listed above and to Mehr, Fairbanks & Peterson Trial Lawyers, P.L.L.C. The individual has the right to revoke the authorization in writing and provide any exceptions to the right to revoke unless the provider has already released the requested information. Medical providers may not condition treatment, payment or enrollment on whether the above-listed patient executes this authorization. The information disclosed pursuant to this authorization may be subject to re-disclosure and may no longer be protected by the privacy regulations promulgated pursuant to the Health Insurance Portability and Accountability Act (HIPAA).

Jamie Reece
(PATIENT SIGNATURE)
[If personal representative sign and describe his/her authority]

Patient Name: Jamie Reece

Date: 2/4/19

Social Security No.: ______

Date of Birth: ______

# HIPAA Report generated by Accredo

# Date: 14-10-2021

# Patient Demographics

| | |
|---|---|
| Patient Id: | 12719290 |
| First Name: | JAMIE |
| Last Name: | REECE |
| Middle Name: | |
| Suffix: | |
| Birth Sex: | F |
| Date Of Birth: | |
| Preferred Language: | ENGLISH |
| Smoker Flag: | Unknown |
| Email Address: | |
| Type Of Address: | HOME[D] |
| Address Line 1: | |
| Address Line 2: | |
| City: | |
| State: | |
| ZipCode: | |
| Country: | USA |
| PhoneType: | CELL |
| PhoneNumber: | |
| PhoneExt: | |

# Clinical Data

**Provenance:** Accredo

**Patient Care Team:** Accredo Clinical Team

## Allergy Info:-

### Drug Allergies:-

**No data found**

### Non Drug Allergies:-

**No data found**

## Plan Of Treatment Info:-

**Window Start Date:** 01/01/2017

**Window End Date:** 10/04/2021

**No data found**

## Assessments Information:-

**Window Start Date:** 01/01/2017

**Window End Date:** 10/04/2021

### Nursing Assessments:-

**No data found**

### Telephonic Assessments:-

| Item No | Recorded Date | Item Description | Item Response |
|---|---|---|---|
| 1 | 08/16/2018 | Select primary action/intervention associated with this call: | Reinforced adherence |
| 2 | 08/16/2018 | Select all other actions/interventions associated with this call: | Reinforced adherence,Educated naive patient on administration,Educated naive patient on side effects, Educated naive patient on missed dose |
| 3 | 10/29/2018 | Select primary action/intervention associated with this call: | Discussed medication use, adherence and special instructions in accordance to product labeling and prescribed instructions. |
| 4 | 10/29/2018 | Select all other actions/interventions associated with this call: | Discussed medication use, adherence and special instructions in accordance to product labeling and prescribed instructions. |
| 5 | 08/28/2020 | For primary issue addressed, document resolution and/or future plan of care: | Medication counseling |
| 6 | 09/04/2020 | Select primary action/intervention associated with this call: | Transferred to PCA for copay assist or financial concern |
| 7 | 09/04/2020 | Select all other actions/interventions associated with this call: | Reinforced adherence,Educated naive patient on administration,Educated naive patient on side effects, Educated naive patient on missed dose,Provided other drug/disease education |
| 8 | 09/23/2020 | Select primary action/intervention associated with this call: | Educated naive patient on side effects |

| | | | |
|---|---|---|---|
| 9 | 09/23/2020 | Select all other actions/interventions associated with this call: | Educated naive patient on missed dose,Educated naive patient on side effects,Educated naive patient on administration,Reinforced adherence |
| 10 | 12/29/2020 | Select primary action/intervention associated with this call: | Reinforced adherence |
| 11 | 12/30/2020 | When did the suspected adverse drug event AE start/occur? (If product is infused and the AE occurred within one week of the infusion, select response in relation to infusion) | More than 2 weeks |
| 12 | 12/30/2020 | What primary type of adverse event was reported? | Hospitalization/procedure |
| 13 | 12/30/2020 | Was physician contact recommended or made? | No contact at time of report |
| 14 | 12/30/2020 | Was the therapy stopped, interrupted or missed due to side effect or adverse drug event? | No |
| 15 | 12/30/2020 | Primary follow up and plan of care: | Patient scheduled for clinical call |
| 16 | 04/02/2021 | Select primary action/intervention associated with this call: | Discussed medication use, adherence and special instructions in accordance to product labeling and prescribed instructions. |

## Medications Info:-

**Window Start Date:** 01/01/2017

**Window End Date:** 10/04/2021

**Item No: 1**

Drug Name: HUMIRA

Dosage: 40.0

Dosage Unit: MG

Frequency: QOW

Drug Ndc: 00074-0554-02

Refill No: 0

Special Instruction: INJECT 40 MG (0.4 ML) UNDER THE SKIN EVERY 2 WEEKS

Label Instruction: INJECT 40 MG (0.4 ML) UNDER THE SKIN EVERY 2 WEEKS

Prescription Id: 2398746

Service Branch Id: 297

Route Description: SUBCUTANEOUSLY

Lot Number: UNK

Icd Version: ICD-10

Icd9 Code: M05.9

IcdCode Description: RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE

Prescription Ship Date: 08/30/2021

Expiration Date: 11/30/2023

Rx Written Date: 08/24/2021

Start Date: 07/17/2019

First Name: SUSANNE

Last Name: MOBERLY

NPI Id: 1568843316

Addr1: 1221 S BROADWAY

City: LEXINGTON

State: KY

Country: USA

Zip: 40504

**Item No: 2**

Drug Name: HUMIRA

Dosage: 40.0

Dosage Unit: MG

Frequency: QOW

Drug Ndc: 00074-0554-02

Refill No: 0

Special Instruction: INJECT 40 MG (0.4 ML) UNDER THE SKIN EVERY 2 WEEKS

Label Instruction: INJECT 40 MG (0.4 ML) UNDER THE SKIN EVERY 2 WEEKS

Prescription Id: 2398746

Service Branch Id: 297

Route Description: SUBCUTANEOUSLY

Lot Number: UNK

Icd Version: ICD-10

Icd9 Code: L40.50

IcdCode Description: ARTHROPATHIC PSORIASIS, UNSPECIFIED

Prescription Ship Date: 08/30/2021

Expiration Date: 11/30/2023

Rx Written Date: 08/24/2021

Start Date: 08/09/2018

First Name: SUSANNE

Last Name: MOBERLY

NPI Id: 1568843316

Addr1: 1221 S BROADWAY

City: LEXINGTON

State: KY

Country: USA

Zip: 40504

## Clinical Notes Info:-

**Window Start Date:** 01/01/2017

**Window End Date:** 10/04/2021

**Item No: 1**

Type Of Chart: ORDER

Date Of Chart: 06/16/2021

Text: Transmitted Order from MEDCO

Medco Rx Number 211670001418

Transferred from: EXPRESS SCRIPTS
PO BOX 66566
ST LOUIS MO 63166-6566

Prescription Information:

NDC - 00002144511 TALTZ 80 MG/ML 1 ML AUTOINJECTOR

INJECT 1 ML UNDER THE SKIN EVERY 4 WEEKS

Date written: 05/10/2021
Last Dispensed Date: 01/01/0001
Total prescription fills authorized to AHG: 1

Current prescription fill from Medco = 01/1

Prescriber: SUSANNA MOBERLY RxHome ID: 3041058 DEA#MM3911422
1221 S BROADWAY
LEXINGTON ,KY 405040000
Phone: 859-258-4039.

**Item No: 2**

Type Of Chart: ORDER

Date Of Chart: 05/20/2021

Text: Transmitted Order from MEDCO

Medco Rx Number 211300176118

Transferred from: EXPRESS SCRIPTS
PO BOX 66566
ST LOUIS MO 63166-6566

Prescription Information:

NDC - 00002144527 TALTZ 80 MG/ML 1 ML AUTOINJECTOR 2'S

INJECT 160 MG (2 PENS) UNDER THE SKIN ON DAY 1, THEN INJECT 80 MG (1 PEN) UNDER THE SKIN EVERY 4 WEEKS THEREAFTER

Date written: 05/10/2021
Last Dispensed Date: 01/01/0001
Total prescription fills authorized to AHG: 1

Current prescription fill from Medco = 01/1

Prescriber: SUSANNA MOBERLY RxHome ID: 3041058 DEA#MM3911422
1221 S BROADWAY
LEXINGTON ,KY 405040000
Phone: 859-258-4039.

**Item No: 3**

Type Of Chart: ORDER

Date Of Chart: 01/14/2021

Text: Transmitted Order from MEDCO

Medco Rx Number 210130166118

Transferred from: EXPRESS SCRIPTS
PO BOX 66566
ST LOUIS MO 63166-6566

Prescription Information:

NDC - 00069050130 XELJANZ XR 11MG TABLET (30'S)

TAKE 1 TABLET EVERY DAY

Date written: 01/13/2021
Last Dispensed Date: 01/01/0001
Total prescription fills authorized to AHG: 2

Current prescription fill from Medco = 01/2

Prescriber: SUSANNA MOBERLY RxHome ID: 3041058 DEA#MM3911422
1221 SOUTH BROADWAY
LEXINGTON ,KY 405040000
Phone: 859-258-4450.

**Item No: 4**

Type Of Chart: ORDER

Date Of Chart: 11/11/2020

Text: Transmitted Order from MEDCO

Medco Rx Number 203150040318

Transferred from: EXPRESS SCRIPTS
PO BOX 66566
ST LOUIS MO 63166-6566

Prescription Information:

NDC - 00069050130 XELJANZ XR 11MG TABLET (30'S)

TAKE 1 TABLET DAILY

Date written: 09/22/2020
Last Dispensed Date: 01/01/0001
Total prescription fills authorized to AHG: 2

Current prescription fill from Medco = 01/2

Prescriber: SUSANNA MOBERLY RxHome ID: 3041058 DEA#MM3911422
1221 SOUTH BROADWAY
LEXINGTON ,KY 405040000
Phone: 859-258-4450.

**Item No: 5**

Type Of Chart: ORDER

Date Of Chart: 09/22/2020

Text: Transmitted Order from MEDCO

Medco Rx Number 202622453656

Transferred from: EXPRESS SCRIPTS
PO BOX 66566
ST LOUIS MO 63166-6566

Prescription Information:

NDC - 00069050130 XELJANZ XR 11MG TABLET (30'S)

TAKE 1 TABLET DAILY

Date written: 09/18/2020
Last Dispensed Date: 01/01/0001
Total prescription fills authorized to AHG: 1

Current prescription fill from Medco = 01/1

Prescriber: SUSANNA MOBERLY RxHome ID: 3041058 DEA#MM3911422
1221 SOUTH BROADWAY
LEXINGTON ,KY 405040000
Phone: 859-258-4450.

**Item No: 6**

Type Of Chart: ORDER

Date Of Chart: 09/10/2020

Text: Transmitted Order from MEDCO

Medco Rx Number 202520345218

Transferred from: EXPRESS SCRIPTS
PO BOX 66566
ST LOUIS MO 63166-6566

Prescription Information:

NDC - 00078063941 COSENTYX 150 MG PEN 2X1ML(300MG)

INJECT THE CONTENTS 2 PENS UNDER THE SKIN EVERY 4 WEEKS

Date written: 09/08/2020
Last Dispensed Date: 01/01/0001
Total prescription fills authorized to AHG: 3

Current prescription fill from Medco = 01/3

Prescriber: SYED ABBAS RxHome ID: 715661 DEA#BA8217350
1221 S BROADWAY
LEXINGTON ,KY 405040000
Phone: 859-258-4450.

**Item No: 7**

Type Of Chart: ORDER

Date Of Chart: 08/31/2020

Text: Transmitted Order from MEDCO

Medco Rx Number 202410363518

Transferred from: EXPRESS SCRIPTS
PO BOX 66566
ST LOUIS MO 63166-6566

Prescription Information:

NDC - 00078063941 COSENTYX 150 MG PEN 2X1ML(300MG)

INJECT 150 MG UNDER THE SKIN EVERY WEEK FOR 5 WEEKS (LOADING DOSE), THEN INJECT 300 MG EVERY 4 WEEKS MAINTENANCE THEREAFTER

Date written: 07/24/2020
Last Dispensed Date: 01/01/0001
Total prescription fills authorized to AHG: 1

Current prescription fill from Medco = 01/1

Prescriber: SYED ABBAS RxHome ID: 715661 DEA#BA8217350
1221 SOUTH BROADWAY
LEXINGTON ,KY 405040000
Phone: 859-258-4450.

**Item No: 8**

Type Of Chart: ORDER

Date Of Chart: 08/28/2020

Text: Transmitted Order from MEDCO

Medco Rx Number 202410376318

Transferred from: EXPRESS SCRIPTS
PO BOX 66566
ST LOUIS MO 63166-6566

Prescription Information:

NDC - 00078063941 COSENTYX 150 MG PEN 2X1ML(300MG)

INJECT 300 MG EVERY 4 WEEKS FOR MAINTENANCE DOSING AFTER COMPLETING 5 WEEKS OF LOADING DOSE

Date written: 07/24/2020
Last Dispensed Date: 01/01/0001
Total prescription fills authorized to AHG: 1

Current prescription fill from Medco = 01/1

Prescriber: SYED ABBAS RxHome ID: 715661 DEA#BA8217350
1221 S BROADWAY
LEXINGTON ,KY 405040000
Phone: 859-258-4450.

**Item No: 9**

Type Of Chart: ORDER

Date Of Chart: 07/30/2020

Text: Transmitted Order from MEDCO

Medco Rx Number 202062725556

Transferred from: EXPRESS SCRIPTS
PO BOX 66566
ST LOUIS MO 63166-6566

Prescription Information:

NDC - 00078063941 COSENTYX 150 MG PEN 2X1ML(300MG)

INJECT 150 MG UNDER THE SKIN EVERY WEEK FOR 5 WEEKS (LOADING DOSE), THEN INJECT 300 MG EVERY 4 WEEKS MAINTENANCE THEREAFTER

Date written: 07/24/2020
Last Dispensed Date: 01/01/0001
Total prescription fills authorized to AHG: 1

Current prescription fill from Medco = 01/1

Prescriber: SYED ABBAS RxHome ID: 715661 DEA#BA8217350
1221 SOUTH BROADWAY
LEXINGTON ,KY 405040000
Phone: 859-258-4450.

**Item No: 10**

Type Of Chart: ORDER

Date Of Chart: 01/02/2020

Text: Transmitted Order from MEDCO

Medco Rx Number 200020516518

Transferred from: EXPRESS SCRIPTS
PO BOX 66566
ST LOUIS MO 63166-6566

Prescription Information:

NDC - 00074055402 HUMIRA 40 MG/0.4 ML PEN 2'S

INJECT 0.4 ML UNDER THE SKIN EVERY TWO WEEKS

Date written: 10/02/2019
Last Dispensed Date: 01/01/0001
Total prescription fills authorized to AHG: 4

Current prescription fill from Medco = 01/4

Prescriber: SYED ABBAS RxHome ID: 715661 DEA#BA8217350
1221 SOUTH BROADWAY
LEXINGTON ,KY 405040000
Phone: 859-258-4450.

**Item No: 11**

Type Of Chart: ORDER

Date Of Chart: 11/22/2019

Text: Transmitted Order from MEDCO

Medco Rx Number 193250017418

Transferred from: EXPRESS SCRIPTS
PO BOX 66566
ST LOUIS MO 63166-6566

Prescription Information:

NDC - 00074055402 HUMIRA 40 MG/0.4 ML PEN 2'S

INJECT 0.4 ML UNDER THE SKIN EVERY TWO WEEKS

Date written: 10/02/2019
Last Dispensed Date: 01/01/0001
Total prescription fills authorized to AHG: 4

Current prescription fill from Medco = 01/4

Prescriber: SYED ABBAS RxHome ID: 715661 DEA#BA8217350
1221 SOUTH BROADWAY
LEXINGTON ,KY 405040000
Phone: 859-258-4450.

**Item No: 12**

Type Of Chart: ORDER

Date Of Chart: 09/20/2019

Text: Transmitted Order from MEDCO

Medco Rx Number 192620022918

Transferred from: EXPRESS SCRIPTS
PO BOX 66566
ST LOUIS MO 63166-6566

Prescription Information:

NDC - 00074055402 HUMIRA 40 MG/0.4 ML PEN 2'S

INJECT 40 MG (0.4 ML) UNDER THE SKIN EVERY TWO WEEKS

Date written: 08/12/2019
Last Dispensed Date: 01/01/0001
Total prescription fills authorized to AHG: 4

Current prescription fill from Medco = 01/4

Prescriber: SYED ABBAS RxHome ID: 715661 DEA#BA8217350
1221 SOUTH BROADWAY
LEXINGTON ,KY 405040000
Phone: 859-258-4450.

**Item No: 13**

Type Of Chart: ORDER

Date Of Chart: 09/18/2019

Text: Transmitted Order from MEDCO

Medco Rx Number 192610013618

Transferred from: EXPRESS SCRIPTS
PO BOX 66566
ST LOUIS MO 63166-6566

Prescription Information:

NDC - 00074055402 HUMIRA 40 MG/0.4 ML PEN 2'S

INJECT 0.4 ML UNDER THE SKIN EVERY TWO WEEKS (CHANGE TO PEN AND CITRATE FREE FORMULA)

Date written: 07/24/2019
Last Dispensed Date: 01/01/0001
Total prescription fills authorized to AHG: 4

Current prescription fill from Medco = 01/4

Prescriber: SUSANNA MOBERLY RxHome ID: 3041058 DEA#MM3911422
1221 SOUTH BROADWAY
LEXINGTON ,KY 405040000
Phone: 859-258-4450.

**Item No: 14**

Type Of Chart: ORDER

Date Of Chart: 08/15/2019

Text: Transmitted Order from MEDCO

Medco Rx Number 192240171618

Transferred from: EXPRESS SCRIPTS
PO BOX 66566
ST LOUIS MO 63166-6566

Prescription Information:

NDC - 00074055402 HUMIRA 40 MG/0.4 ML PEN 2'S

INJECT 40 MG (0.4 ML) UNDER THE SKIN EVERY TWO WEEKS

Date written: 08/12/2019
Last Dispensed Date: 01/01/0001
Total prescription fills authorized to AHG: 4

Current prescription fill from Medco = 01/4

Prescriber: SYED ABBAS RxHome ID: 715661 DEA#BA8217350
1221 SOUTH BROADWAY
LEXINGTON ,KY 405040000
Phone: 859-258-4450.

**Item No: 15**

Type Of Chart: ORDER

Date Of Chart: 07/18/2019

Text: Transmitted Order from MEDCO

Medco Rx Number 191980562518

Transferred from: EXPRESS SCRIPTS
PO BOX 66566
ST LOUIS MO 63166-6566

Prescription Information:

NDC - 00074379902 HUMIRA 40 MG/0.8 ML PFS 2'S

INJECT 40 MG (0.8 ML) UNDER THE SKIN EVERY TWO WEEKS

Date written: 07/17/2019
Last Dispensed Date: 01/01/0001
Total prescription fills authorized to AHG: 4

Current prescription fill from Medco = 01/4

Prescriber: SYED ABBAS RxHome ID: 715661 DEA#BA8217350
1221 S BROADWAY
LEXINGTON ,KY 405040000
Phone: 859-258-4450.

**Item No: 16**

Type Of Chart: ORDER

Date Of Chart: 08/13/2018

Text: Transmitted Order from MEDCO

Medco Rx Number 182210702318

Transferred from: EXPRESS SCRIPTS
PO BOX 66566
ST LOUIS MO 63166-6566

Prescription Information:

NDC - 00074433902 HUMIRA 40 MG/0.8 ML PEN 2'S

USE 1 INJECTION UNDER THE SKIN EVERY OTHER WEEK AS DIRECTED

Date written: 08/09/2018
Last Dispensed Date: 01/01/0001
Total prescription fills authorized to AHG: 12

Current prescription fill from Medco = 01/12

Prescriber: INDHIRA BISONO JIMENEZ RxHome ID: 2361907 DEA#FB6165016
211 FOUNTAIN CT SUIT
LEXINGTON ,KY 405090000
Phone: 859-629-7265.

## Health Concerns Information:-

**Window Start Date:** 01/01/2017

**Window End Date:** 10/04/2021

**No data found**

## Laboratory Information:-

**Window Start Date:** 01/01/2017

**Window End Date:** 10/04/2021

**No data found**

## Problems Info:-

| Item No | Code Type | Code | Description |
|---|---|---|---|
| 1 | ICD9 CODE | L40.50 | ARTHROPATHIC PSORIASIS, UNSPECIFIED |
| 2 | ICD9 CODE | M05.9 | RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE |
| 3 | THERAPY | CTYX | COSENTYX |
| 4 | THERAPY | HUMA | HUMIRA |
| 5 | THERAPY | TLTZ | TALTZ |
| 6 | THERAPY | XLJZ | XELJANZ |

## Vital Signs Info:-

**Window Start Date:** 01/01/2017

**Window End Date:** 10/04/2021

**No data found**

## Unique Device Identifier Info:-

**No data found**

| | | | | |
|---|---|---|---|---|
| Note Type: | CLIN | 08/13/2018 | 12:50:00 | MEDCO |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Claim Center: | 79999 / MEDCO HOME DELIVERY | | | |
| Prescription: | 297- 1416479- 0 | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |
| Reviewed by: on: | | | | |

Note Type: CLIN 08/13/2018 12:50:00 MEDCO
Standard Note Type: ALL
Patient: 12719290 / JAMIE H REECE

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE
Claim Center: 79999 / MEDCO HOME DELIVERY
Prescription: 297-1416479-0
Service Branch: 799 / ANF MEDCO CHANNEL

4 DUR Messages from Medco

Medco Rx: 1822107023-18 Refill: 00
--------------------------------------------------------------
Protocol Reason: URPDP - DUPLICATE DRUG, PAT., SAME DAYNDC: HUMIRA 40 MG/0.8 ML PEN 2'S

Protocol Generated: 20180810 083245

Comment:

Reference information:
Medco RX: 1822107023-18
Date: 20180809
NDC: 00074433902 - HUMIRA - ADALIM

Protocol Reason: URAUT POTENTIAL DUP ON EARLY REFILL
Resolved on: 20180810 083245
=====================================================
Protocol Reason: URPER - POS DUR-REF TOO SOON(*T210)NDC: HUMIRA 40 MG/0.8 ML PEN 2'S

Protocol Generated: 20180810 083245

Comment: cont rx is voided

DUR MSG 1 Numeric: 0000000027
DUR MSG 1 Text: 091118
DUR MSG 2 Numeric: 0000000006
DUR MSG 2 Text: 20180815
Protocol Reason: RPHPD APP'D DATE > NXT FILL DATE
Resolved on: 20180813 134844
=====================================================
Protocol Reason: URPSP - SPECIALTY PHARMACY DURNDC: HUMIRA 40 MG/0.8 ML PEN 2'S

Protocol Generated: 20180810 083245

Comment:

Protocol Reason: AU963 AUTO RESOLVED PMR TABLE IND
Resolved on: 20180810 083245
=====================================================
===========================================
We did not receive all of the DUR messages, please contact Medco SPOR.

Note Type: COMM 08/15/2018 14:44:51 EF0414
Standard Note Type: ALL
Patient: 12719290 / JAMIE H REECE

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE
Service Branch: 799 / ANF MEDCO CHANNEL

On Demand Task created:
Workqueue: CLEARANCE
Task Type: MANUAL
Reference Type: REFERENCE CLEARANCE
Reference ID: 12719290
Dispensing Therapy: HUMIRA
Priority: NORMAL
Assigned to Team: GSM COPAY VERIFICATION ON DEMAND
Assigned to User:
Task Due Date: 15-AUG-18
Task Status: OPEN
Hold Reason:
Comments: COPAY ASSISTANCE INFORMATION
RXHOME ID: 12719290
ESD MEMBER ID: 1943783065
PATIENT NAME: JAMIE REECE
DATE OF BIRTH:
MEDICATION NAME: HUMIRA
ASSISTANCE PROGRAM: HUMIRA
PROGRAM EFFECTIVE DATE: 08/01/2018
PROGRAM ID: 489108794830
GROUP: OH9003451
BIN: 601341
PCN: OHCP
PROGRAM PHONE NUMBER: 000-000-0000
COMMENTS: PROVIDED TO PT EITHER BY HUMIRA ADVOCATE OR PHARM. SOLUTIONS, SHE CANNOT REMEMBER.
LINDA HARDIN PCA WHI EXT. 682136
*GENERATED BY C-AGENT ( C-AGENT@EXPRESS-SCRIPTS.COM )*

Note Type: COMM 08/15/2018 14:55:52 EF0414
Standard Note Type: ALL
Patient: 12719290 / JAMIE H REECE

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE

Service Branch: 799 / ANF MEDCO CHANNEL

Action Changed From: Second Contact Attempted To: COMPLETED
Reason Code: Order Entered

EF0414

Note Type: COMM 08/15/2018 14:56:26 ED3011
Standard Note Type: ALL
Patient: 12719290 / JAMIE H REECE

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE

Service Branch: 799 / ANF MEDCO CHANNEL

Changes saved for the following On Demand Task Fields:
Locked By: DARLENE TAYLOR
Locked Date: 15-AUG-18

----------------------------------------
Workqueue: CLEARANCE
Task Type: MANUAL
Reference Type: REFERENCE CLEARANCE
Reference ID: 12719290
Dispensing Therapy: HUMIRA
Priority: NORMAL
Assigned to Team: GSM COPAY VERIFICATION ON DEMAND
Assigned to User:
Task Due Date: 15-AUG-18
Task Status: OPEN
Hold Reason:
Comments: COPAY ASSISTANCE INFORMATION
RXHOME ID: 12719290
ESD MEMBER ID: 1943783065
PATIENT NAME: JAMIE REECE
DATE OF BIRTH:
MEDICATION NAME: HUMIRA
ASSISTANCE PROGRAM: HUMIRA
PROGRAM EFFECTIVE DATE: 08/01/2018
PROGRAM ID: 489108794830
GROUP: OH9003451
BIN: 601341
PCN: OHCP
PROGRAM PHONE NUMBER: 000-000-0000
COMMENTS: PROVIDED TO PT EITHER BY HUMIRA ADVOCATE OR PHARM. SOLUTIONS, SHE CANNOT REMEMBER.
LINDA HARDIN PCA WHI EXT. 682136
*GENERATED BY C-AGENT ( C-AGENT@EXPRESS-SCRIPTS.COM )*

Note Type: COMM 08/15/2018 14:57:55 ED3011
Standard Note Type: ALL
Patient: 12719290 / JAMIE H REECE

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE
Service Branch: 799 / ANF MEDCO CHANNEL

Changes saved for the following On Demand Task Fields:
Status: INPROGRESS
Comments: DTAYLOR EA X608121 IND/PAC

----------------------------------------
Workqueue: CLEARANCE
Task Type: MANUAL
Reference Type: REFERENCE CLEARANCE
Reference ID: 12719290
Dispensing Therapy: HUMIRA
Priority: NORMAL
Assigned to Team: GSM COPAY VERIFICATION ON DEMAND
Assigned to User:
Task Due Date: 15-AUG-18
Task Status: INPROGRESS
Hold Reason:
Comments: DTAYLOR EA X608121 IND/PAC

Note Type: COMM 08/15/2018 15:38:04 ED3011
Standard Note Type: ALL
Patient: 12719290 / JAMIE H REECE

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE
Service Branch: 799 / ANF MEDCO CHANNEL

Changes saved for the following On Demand Task Fields:
Status: COMPLETED

----------------------------------------
Workqueue: CLEARANCE
Task Type: MANUAL
Reference Type: REFERENCE CLEARANCE
Reference ID: 12719290
Dispensing Therapy: HUMIRA
Priority: NORMAL
Assigned to Team: GSM COPAY VERIFICATION ON DEMAND
Assigned to User:
Task Due Date: 15-AUG-18
Task Status: COMPLETED
Hold Reason:
Comments:

**Prescription**

ACCREDO HEALTH GRP INC INDIANAPOLIS
2825W PERIMETER RD # 112

INDIANAPOLIS, IN 46241-3614 USA
(800) 870-6419 www.accredo.com
Prescription Report

Rx#: 297-1416479-0
DAW Code: 0
Patient ID: 12719290
JAMIE H REECE

USA

Sex: F DOB:

Shipment Date: 08/15/2018
Days delivery will last: 28
Prescriber:
INDHIRA BISONO JIMENEZ, MD (859) 323-6700
135 E MAXWELL
STE 401
LEXINGTON, KY 40508
USA
Drug Route: SUBCUTANEOUSLY
Therapy: HUMIRA
Written on: 08/09/2018
Storage: REFRIGERATED
Refill Through: 08/08/2019
Refills Left: 11

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE

Claim Centers:
1: 79999 / MEDCO HOME DELIVERY

Route of Administration: SUBCUTANEOUSLY
Refill: 11 Through: 08/08/2019
Special Instructions:

| Abbrev | Prescription Drugs | Frequency | Dosage | Doses | #Days |
|---|---|---|---|---|---|
| HUMIRA | HUMIRA | QOW | 40 MG | 2 | 28 |

Dispensed doses: 2

| Inv Abbrev | NonCompounded Detail Description | Qty/#days | Qty Ship |
|---|---|---|---|
| AB-4339-02 | HUMIRA 40 MG/0.8 ML PEN 2'S 80 MG PACK | / | 1 PACK |

NDC Number: 00074-4339-02 Lot: UNK Expiration Date: 05/30/2023
Manufacturer: ABBVIE INC

Order Taken: 182210702318

**Prescription**

Rx#: 297-1416479-0
DAW Code: 0
Patient ID: 12719290
JAMIE H REECE

Rx entered by: X________________________ Date: __________
LATOYA CHRISTOPHER

Prescriber:
INDHIRA BISONO JIMENEZ, MD (859) 323-6700
135 E MAXWELL
STE 401
LEXINGTON, KY 40508
USA
DEA#:
NPI ID:1003162546

THE ABOVE PRESCRIPTION WAS DISPENSED TO YOUR PATIENT PURSUANT TO YOUR ORDER. TO SATISFY PAYER REQUIREMENTS, PLEASE VERIFY THE PRESCRIPTION BY SIGNING AND DATING ON THE APPROPRIATE LINES BELOW AND RETURN TO THE PHARMACY.

Prescriber Signature:

X________________________
DISPENSE AS WRITTEN
STATE LAW MAY REQUIRE PRESCRIBER HANDWRITTEN NOTATION OF BRANCH PREFERENCE.

X________________________
SUBSTITUTION ALLOWED

X________________________
DATE SIGNED BY PHYSICIAN

X________________________
ESTIMATED LENGTH OF NEED (MONTHLY INCREMENTS)

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 08/16/2018 | 14:26:28 | EI9273 |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Prescription: | 297- 1416479- 0 | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

Prescription status changed by user EI9273 WorkQueue PHARMACY from Open to Completed

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 08/16/2018 | 14:26:28 | EI9273 |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Prescription: | 297- 1416479- 0 | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

Prescription status changed by user EI9273 WorkQueue PHARMACY from Open to Completed

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 09/05/2018 | 23:57:16 | SYS |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Prescription: | 297-1416479-0 | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

HID Changed From:09/05/2018 To: 09/06/2018
SYS

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 09/07/2018 | 00:11:40 | SYS |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE

Prescription: 297-1416479-0

Service Branch: 799 / ANF MEDCO CHANNEL

HID Changed From:09/06/2018 To: 09/07/2018
SYS

| | | | | |
|---|---|---|---|---|
| Note Type: | CLIN | 09/21/2018 | 09:23:14 | MEDCO |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Claim Center: | 79999 / MEDCO HOME DELIVERY | | | |
| Prescription: | 297-1416479-1 | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

0 DUR Messages from Medco

DUR CLEARED BY MEDCO

ACCREDO



**Prescription**

ACCREDO HEALTH GRP INC INDIANAPOLIS
2825W PERIMETER RD # 112

INDIANAPOLIS, IN 46241-3614 USA
(800) 870-6419 www.accredo.com
Prescription Report

Rx#: 297-1416479-1
DAW Code: 0
Patient ID: 12719290
JAMIE H REECE

USA

Sex: F DOB:

Shipment Date: 09/21/2018
Days delivery will last: 28
Prescriber:
INDHIRA BISONO JIMENEZ, MD (859) 323-6700
135 E MAXWELL
STE 401
LEXINGTON, KY 40508
USA
Drug Route: SUBCUTANEOUSLY
Therapy: HUMIRA
Written on: 08/09/2018
Storage: REFRIGERATED
Refill Through: 08/08/2019
Refills Left: 10
Claim Centers:
1: 79999 / MEDCO HOME DELIVERY

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE

Route of Administration: SUBCUTANEOUSLY
Refill: 11 Through: 08/08/2019
Special Instructions:

| Abbrev | Prescription Drugs | Frequency | Dosage | Doses | #Days |
|---|---|---|---|---|---|
| HUMIRA | HUMIRA | QOW | 40 MG | 2 | 28 |
| | | | Dispensed doses: | 2 | |

| Inv Abbrev | NonCompounded Detail Description | Qty/#days | Qty Ship |
|---|---|---|---|
| AB-4339-02 | HUMIRA 40 MG/0.8 ML PEN 2'S 80 MG PACK | / | 1 PACK |

NDC Number: 00074-4339-02 Lot: UNK Expiration Date: 05/30/2023
Manufacturer: ABBVIE INC

Order Taken: 182210702318

JAMIE REECE

10043
**Lincoln/Reece 1292**

**Prescription**

Rx#: 297-1416479-1
DAW Code: 0
Patient ID: 12719290
JAMIE H REECE

Rx entered by: X________________________ Date: __________
SHEREE HESTER

Prescriber:
INDHIRA BISONO JIMENEZ, MD (859) 323-6700
135 E MAXWELL
STE 401
LEXINGTON, KY 40508
USA
DEA#:
NPI ID:1003162546

THE ABOVE PRESCRIPTION WAS DISPENSED TO YOUR PATIENT PURSUANT TO YOUR ORDER. TO SATISFY PAYER REQUIREMENTS, PLEASE VERIFY THE PRESCRIPTION BY SIGNING AND DATING ON THE APPROPRIATE LINES BELOW AND RETURN TO THE PHARMACY.

Prescriber Signature:

X________________________
DISPENSE AS WRITTEN
STATE LAW MAY REQUIRE PRESCRIBER HANDWRITTEN NOTATION OF BRANCH PREFERENCE.

X________________________
SUBSTITUTION ALLOWED

X________________________
DATE SIGNED BY PHYSICIAN

X________________________
ESTIMATED LENGTH OF NEED (MONTHLY INCREMENTS)

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 10/12/2018 | 23:05:22 | SYS |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Prescription: | 297- 1416479- 1 | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

HID Changed From:10/12/2018 To: 10/13/2018
SYS

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 10/13/2018 | 20:45:43 | SYS |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Prescription: | 297-1416479-1 | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

HID Changed From:10/13/2018 To: 10/16/2018
SYS

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 10/16/2018 | 20:31:08 | SYS |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE

Prescription: 297- 1416479- 1

Service Branch: 799 / ANF MEDCO CHANNEL

HID Changed From:10/16/2018 To: 10/17/2018
SYS

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 10/17/2018 | 20:33:26 | SYS |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Prescription: | 297- 1416479- 1 | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

HID Changed From:10/17/2018 To: 10/18/2018
SYS

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 10/18/2018 | 21:11:02 | SYS |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Prescription: | 297- 1416479- 1 | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

HID Changed From:10/18/2018 To: 10/19/2018
SYS

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 10/29/2018 | 14:17:11 | P90178 |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE

Service Branch: 799 / ANF MEDCO CHANNEL

Prescription status changed by user P90178 WorkQueue THERAPY MGT from Open to Completed

| | | | | |
|---|---|---|---|---|
| Note Type: | CLIN | 10/30/2018 | 11:35:53 | MEDCO |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE

Claim Center: 79999 / MEDCO HOME DELIVERY
Prescription: 297-1416479-2
Service Branch: 799 / ANF MEDCO CHANNEL

0 DUR Messages from Medco

DUR CLEARED BY MEDCO

**Prescription**

ACCREDO HEALTH GRP INC INDIANAPOLIS
2825W PERIMETER RD # 112

INDIANAPOLIS, IN 46241-3614 USA
(800) 870-6419 www.accredo.com
Prescription Report

Rx#: 297-1416479-2
DAW Code: 0
Patient ID: 12719290
JAMIE H REECE

USA

Sex: F DOB:

Shipment Date: 10/30/2018
Days delivery will last: 28
Prescriber:
INDHIRA BISONO JIMENEZ, MD (859) 323-6700
135 E MAXWELL
STE 401
LEXINGTON, KY 40508
USA
Drug Route: SUBCUTANEOUSLY
Therapy: HUMIRA
Written on: 08/09/2018
Storage: REFRIGERATED
Refill Through: 08/08/2019
Refills Left: 9

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE

Claim Centers:
1: 79999 / MEDCO HOME DELIVERY

Route of Administration: SUBCUTANEOUSLY
Refill: 11 Through: 08/08/2019
Special Instructions:

| Abbrev | Prescription Drugs | Frequency | Dosage | Doses | #Days |
|---|---|---|---|---|---|
| HUMIRA | HUMIRA | QOW | 40 MG | 2 | 28 |

Dispensed doses: 2

| Inv Abbrev | NonCompounded Detail Description | Qty/#days | Qty Ship |
|---|---|---|---|
| AB-4339-02 | HUMIRA 40 MG/0.8 ML PEN 2'S 80 MG PACK | / | 1 PACK |

NDC Number: 00074-4339-02 Lot: UNK Expiration Date: 05/30/2023
Manufacturer: ABBVIE INC

Order Taken: 182210702318

JAMIE REECE

**Prescription**

Rx#: 297-1416479-2
DAW Code: 0
Patient ID: 12719290
JAMIE H REECE

Rx entered by: X ______________________ Date: __________
RXH RXH

Prescriber:
INDHIRA BISONO JIMENEZ, MD (859) 323-6700
135 E MAXWELL
STE 401
LEXINGTON, KY 40508
USA
DEA#:
NPI ID:1003162546

THE ABOVE PRESCRIPTION WAS DISPENSED TO YOUR PATIENT PURSUANT TO YOUR ORDER. TO SATISFY PAYER REQUIREMENTS, PLEASE VERIFY THE PRESCRIPTION BY SIGNING AND DATING ON THE APPROPRIATE LINES BELOW AND RETURN TO THE PHARMACY.

Prescriber Signature:

| | |
|---|---|
| X ______________________ | X ______________________ |
| DISPENSE AS WRITTEN<br>STATE LAW MAY REQUIRE PRESCRIBER HANDWRITTEN NOTATION OF BRANCH PREFERENCE. | SUBSTITUTION ALLOWED |
| X ______________________ | X ______________________ |
| DATE SIGNED BY PHYSICIAN | ESTIMATED LENGTH OF NEED (MONTHLY INCREMENTS) |

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 11/29/2018 | 15:05:52 | EJ2653 |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Claim Center: | 79999 / MEDCO HOME DELIVERY | | | |
| Physician: | 2361907 / Dr. INDHIRA BISONO JIMENEZ | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

PATIENT RESCUE
RxHome ID: 12719290
eSD Member ID: 1943783065
Patient Name: Jamie Reece
Callback Number:
Invoice Number: 047801013- 18
Prescription Number: 2971416479-02
Medication Name: Humira 40mg/0.8ml Pen 2's
What Is Needed?: Prior Authorization
When Is The Patient's Next Dose?: 11/30/2018
Is This Request For Second Level Escalation, Presidential Escalation Or Previous No-Go Order?: No
Is This Request For A Dose Change, Insurance Change, New Patient Or New Therapy?: No
Which Address Should This Be Mailed To?: Home[D]
What Is The Max Copay Amount Without A Callback?: 30.00
Marlene Diaz Hernandez PCA ORL ext. 236136
*Generated by C-Agent ( C-Agent@express-scripts.com )*

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 11/29/2018 | 16:02:54 | E42626 |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Claim Center: | 79999 / MEDCO HOME DELIVERY | | | |
| Physician: | 2361907 / Dr. INDHIRA BISONO JIMENEZ | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

*** Patient RESCUE ESC RTL***
Patient Rescue Request Accepted
Signature: Renylda (Tish) Thompson Offline RTL
800-332-5455 x 23-3716

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 11/29/2018 | 19:07:46 | VVOSLEY |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Claim Center: | 79999 / MEDCO HOME DELIVERY | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

**Patient Rescue Chat Call Back***

Outbound call to the member to advise the PA was denied. Spoke to the patient and she is aware.

VitterioVosley, PCA, 218288

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 12/17/2018 | 17:07:41 | OAH298 |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Prescription: | 297- 1416479- 3 | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

HID  Changed From:12/19/2018 To: 12/18/2018
OAH298

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 12/17/2018 | 17:07:41 | OAH298 |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Prescription: | 297- 1416479- 3 | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

Action Changed From: Open To: Open

HID Changed From:12/19/2018 To: 12/18/2018

JULIE MILLER

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 12/18/2018 | 17:04:22 | EG6695 |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

On Demand Task created:
Workqueue: PATIENT
Task Type: NURSE
Reference Type: PRESCRIPTIONS
Reference ID:
Dispensing Therapy: HUMIRA
Priority: URGENT
Assigned to Team: RAI NURSE AE
Assigned to User:
Task Due Date: 18-DEC-18
Task Status: OPEN
Hold Reason:
Comments: PT STATED THAT SHE WILL NOT TAKE MEDICATION AS OF RIGHT NOW. PT WILL SPEAK WITH MDO.

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 12/18/2018 | 17:06:24 | P92281 |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

Changes saved for the following On Demand Task Fields:
Locked By: CHARONDA BROWN
Locked Date: 18-DEC-18

----------------------------------------
Workqueue: PATIENT
Task Type: NURSE
Reference Type: PRESCRIPTIONS
Reference ID:
Dispensing Therapy: HUMIRA
Priority: URGENT
Assigned to Team: RAI NURSE AE
Assigned to User:
Task Due Date: 18-DEC-18
Task Status: OPEN
Hold Reason:
Comments: PT STATED THAT SHE WILL NOT TAKE MEDICATION AS OF RIGHT NOW. PT WILL SPEAK WITH MDO.

Note Type: COMM 12/18/2018 17:39:44 P92281
Standard Note Type: ALL
Patient: 12719290 / JAMIE H REECE

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE
Service Branch: 799 / ANF MEDCO CHANNEL

Changes saved for the following On Demand Task Fields:
Status: COMPLETED
Comments: AE REPORTED

---------------------------------------
Workqueue: PATIENT
Task Type: NURSE
Reference Type: PRESCRIPTIONS
Reference ID:
Dispensing Therapy: HUMIRA
Priority: URGENT
Assigned to Team: RAI NURSE AE
Assigned to User:
Task Due Date: 18-DEC-18
Task Status: COMPLETED
Hold Reason:
Comments: AE REPORTED

Note Type: COMM 12/18/2018 17:40:25 P92281
Standard Note Type: ALL
Patient: 12719290 / JAMIE H REECE

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE
Claim Center: 79999 / MEDCO HOME DELIVERY
Physician: 2361907 / Dr. INDHIRA BISONO JIMENEZ
Service Branch: 799 / ANF MEDCO CHANNEL
AE NOT REPORTED. THIS IS A NON-REPORTABLE EVENT.

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 12/18/2018 | 21:11:04 | SYS |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Prescription: | 297- 1416479- 3 | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

HID Changed From:12/18/2018 To: 12/21/2018
SYS

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 12/19/2018 | 16:49:17 | OAH298 |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Prescription: | 297- 1416479- 3 | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

HID Changed From:12/21/2018 To: 12/20/2018
OAH298

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 12/19/2018 | 16:49:17 | OAH298 |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE

Prescription: 297- 1416479- 3

Service Branch: 799 / ANF MEDCO CHANNEL

Action Changed From: First Contact Attempted To: First Contact Attempted

HID Changed From:12/21/2018 To: 12/20/2018

JULIE MILLER

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 12/20/2018 | 21:07:44 | SYS |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Prescription: | 297- 1416479- 3 | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

HID Changed From:12/20/2018 To: 12/22/2018
SYS

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 12/22/2018 | 20:46:31 | SYS |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Prescription: | 297- 1416479- 3 | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

HID Changed From:12/22/2018 To: 01/01/2019
SYS

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 12/31/2018 | 12:21:57 | OAH298 |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Prescription: | 297- 1416479- 3 | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

HID Changed From:01/01/2019 To: 01/02/2019
OAH298

Note Type: COMM 12/31/2018 12:21:57 OAH298
Standard Note Type: ALL
Patient: 12719290 / JAMIE H REECE

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE
Prescription: 297-1416479-3
Service Branch: 799 / ANF MEDCO CHANNEL
Action Changed From: Third Contact Attempted To: Third Contact Attempted

HID Changed From:01/01/2019 To: 01/02/2019

JULIE MILLER

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 01/02/2019 | 20:56:54 | SYS |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE

Prescription: 297- 1416479- 3

Service Branch: 799 / ANF MEDCO CHANNEL

HID Changed From:01/02/2019 To: 01/03/2019
SYS

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 01/03/2019 | 20:35:47 | SYS |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Prescription: | 297- 1416479- 3 | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

HID Changed From:01/03/2019 To: 01/04/2019
SYS

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 05/14/2019 | 12:27:20 | EG0018 |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

Prescription status changed by user EG0018 WorkQueue THERAPY MGT from First Attempt to Completed

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 06/04/2019 | 13:16:26 | OAH298 |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

Task with status SUSPENDED was COMPLETED by OAH298 on 06/04/2019 13:16.

| | | | | |
|---|---|---|---|---|
| Note Type: | CLIN | 07/18/2019 | 11:22:25 | MEDCO |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Claim Center: | 79999 / MEDCO HOME DELIVERY | | | |
| Prescription: | 297- 1723645- 0 | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

0 DUR Messages from Medco

| | | | | |
|---|---|---|---|---|
| Note Type: | CLIN | 07/18/2019 | 11:22:25 | MEDCO |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE

Claim Center: 79999 / MEDCO HOME DELIVERY
Prescription: 297- 1723645- 0
Service Branch: 799 / ANF MEDCO CHANNEL
Reviewed by: on:

Note Type: COMM 07/18/2019 16:42:26 PCRM01
Standard Note Type: ALL
Patient: 12719290 / JAMIE H REECE

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE

Service Branch: 799 / ANF MEDCO CHANNEL

Action Changed From: Open To: COMPLETED
Reason Code: Order Entered

PCRM01

**Prescription**

ACCREDO HEALTH GRP INC INDIANAPOLIS
2825W PERIMETER RD # 112

INDIANAPOLIS, IN 46241-3614 USA
(800) 870-6419 www.accredo.com
Prescription Report

Rx#: 297-1723645-0
DAW Code: 0
Patient ID: 12719290
JAMIE H REECE

USA

Sex: F DOB:

Shipment Date: 07/18/2019
Days delivery will last: 84
Prescriber:
SYED ABBAS, MD (859) 258-4450
1221 SOUTH BROADWAY
5TH FLOOR
LEXINGTON, KY 40504-0000
USA
Drug Route: SUBCUTANEOUSLY
Therapy: HUMIRA
Written on: 07/17/2019
Storage: REFRIGERATED
Refill Through: 07/15/2020
Refills Left: 3

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE

Claim Centers:
1: 79999 / MEDCO HOME DELIVERY

Route of Administration: SUBCUTANEOUSLY
Refill: 3 Through: 07/15/2020
Special Instructions:

| Abbrev | Prescription Drugs | Frequency | Dosage | Doses | #Days |
|---|---|---|---|---|---|
| HUMIRA | HUMIRA | UD | 40 MG | 6 | 84 |

Dispensed doses: 6

| Inv Abbrev | NonCompounded Detail Description | Qty/#days | Qty Ship |
|---|---|---|---|
| AB-3799-02 | HUMIRA 40 MG/0.8 ML PFS 2'S 80 MG PACK | / | 3 PACK |

NDC Number: 00074-3799-02 Lot: UNK Expiration Date: 10/31/2022
Manufacturer: ABBVIE INC

Order Taken: 191980562518

**Prescription**

Rx#: 297-1723645-0
DAW Code: 0
Patient ID: 12719290
JAMIE H REECE

Rx entered by: X______________________ Date: __________
ROBERT REED

Prescriber:
SYED ABBAS, MD (859) 258-4450
1221 SOUTH BROADWAY
5TH FLOOR
LEXINGTON, KY 40504-0000
USA
DEA#: BA8217350
NPI ID:1982658902

THE ABOVE PRESCRIPTION WAS DISPENSED TO YOUR PATIENT PURSUANT TO YOUR ORDER. TO SATISFY PAYER REQUIREMENTS, PLEASE VERIFY THE PRESCRIPTION BY SIGNING AND DATING ON THE APPROPRIATE LINES BELOW AND RETURN TO THE PHARMACY.

Prescriber Signature:

X______________________
DISPENSE AS WRITTEN
STATE LAW MAY REQUIRE PRESCRIBER HANDWRITTEN NOTATION OF BRANCH PREFERENCE.

X______________________
SUBSTITUTION ALLOWED

X______________________
DATE SIGNED BY PHYSICIAN

X______________________
ESTIMATED LENGTH OF NEED (MONTHLY INCREMENTS)

Note Type: CLIN 08/15/2019 14:35:13 MEDCO
Standard Note Type: ALL
Patient: 12719290 / JAMIE H REECE

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE
Claim Center: 79999 / MEDCO HOME DELIVERY
Prescription: 297-1747142-0
Service Branch: 799 / ANF MEDCO CHANNEL
4 DUR Messages from Medco

Medco Rx: 1922401716-18 Refill: 00
--------------------------------------------------------------
Protocol Reason: URPQD - MRXC QUANTITY LIMITS EXCEEDEDNDC: HUMIRA 40 MG/0.4 ML PEN 2'S

Protocol Generated: 20190812 091815

Comment:

DUR MSG 1 Numeric: 0000000000
DUR MSG 1 Text: 10152019
DUR MSG 2 Numeric: 0000000038
DUR MSG 2 Text: 20190919
Protocol Reason: XCUPD UPDATED IN XC
Resolved on: 20190815 114231
=====================================================
Protocol Reason: URPT2 - POS DUR - DUP/CONCOMITANT THRPYNDC: HUMIRA 40 MG/0.4 ML PEN 2'S

Protocol Generated: 20190812 091815

Comment:

DUR MSG 1 Numeric: 0000000002
DUR MSG 1 Text: S2J
DUR MSG 2 Numeric: 0000000000
DUR MSG 2 Text:
Reference information:
Medco RX: 1922401716-18
Date: 20190717
NDC: 00074055402 - HUMIRA - ADALIM

Protocol Reason: RPHAP RPH APPROVED; PROF JUDGEMENT
Resolved on: 20190815 113928
=====================================================
Protocol Reason: URPSP - SPECIALTY PHARMACY DURNDC: HUMIRA 40 MG/0.4 ML PEN 2'S

Protocol Generated: 20190812 091815

Comment:

Protocol Reason: AU963 AUTO RESOLVED PMR TABLE IND
Resolved on: 20190812 091815
=====================================================
===========================================
We did not receive all of the DUR messages, please contact Medco SPOR.

Note Type: CLIN 08/15/2019 14:35:13 MEDCO
Standard Note Type: ALL
Patient: 12719290 / JAMIE H REECE

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE
Claim Center: 79999 / MEDCO HOME DELIVERY
Prescription: 297- 1747142- 0
Service Branch: 799 / ANF MEDCO CHANNEL
Reviewed by: on:

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 09/12/2019 | 20:01:52 | RELEASE_MGR |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Prescription: | 297- 1747142- 0 | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

**** Expired SC note ****
Order:
Patient: 12719290
Rx: 1922401716-18
Invoice: 051539683~~18
RxHome Rx: 297-1747142-0
F14 Pend entered on 12-SEP-2019 by RELEASE_MGR with a pend date of 10-AUG-2020. The Date of service was 20190812 and the SC note was valid from 12-AUG-2019 to 11-SEP-2019

Note Type: CLIN 09/18/2019 15:30:07 MEDCO
Standard Note Type: ALL
Patient: 12719290 / JAMIE H REECE

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE
Claim Center: 79999 / MEDCO HOME DELIVERY
Prescription: 297-1777189-0
Service Branch: 799 / ANF MEDCO CHANNEL

3 DUR Messages from Medco

Medco Rx: 1926100136-18 Refill: 00
--------------------------------------------------------------
Protocol Reason: URPQD - MRXC QUANTITY LIMITS EXCEEDEDNDC: HUMIRA 40 MG/0.4 ML PEN 2'S

Protocol Generated: 20190918 002605

Comment:

Protocol Reason: SDINT STANDARD DELIVERY INTERVAL
Resolved on: 20190918 002605
=====================================================
Protocol Reason: URPT2 - POS DUR - DUP/CONCOMITANT THRPYNDC: HUMIRA 40 MG/0.4 ML PEN 2'S

Protocol Generated: 20190918 002605

Comment:

DUR MSG 1 Numeric: 0000000002
DUR MSG 1 Text: S2J
DUR MSG 2 Numeric: 0000000000
DUR MSG 2 Text:
Reference information:
Medco RX: 1926100136-18
Date: 20190717
NDC: 00074055402 - HUMIRA - ADALIM

Protocol Reason: CHGTD CHG IN THPY>60DAYS;AUTORESOLVE
Resolved on: 20190918 002605
=====================================================
Protocol Reason: URPSP - SPECIALTY PHARMACY DURNDC: HUMIRA 40 MG/0.4 ML PEN 2'S

Protocol Generated: 20190918 002605

Comment:

Protocol Reason: AU963 AUTO RESOLVED PMR TABLE IND
Resolved on: 20190918 002605
=====================================================

| | | | | |
|---|---|---|---|---|
| Note Type: | CLIN | 09/18/2019 | 15:30:07 | MEDCO |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Claim Center: | 79999 / MEDCO HOME DELIVERY | | | |
| Prescription: | 297-1777189-0 | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |
| Reviewed by: on: | | | | |

Note Type: CLIN 09/20/2019 17:44:10 MEDCO
Standard Note Type: ALL
Patient: 12719290 / JAMIE H REECE

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE
Claim Center: 79999 / MEDCO HOME DELIVERY
Prescription: 297-1779878-0
Service Branch: 799 / ANF MEDCO CHANNEL
6 DUR Messages from Medco

Medco Rx: 1926200229-18 Refill: 00
--------------------------------------------------------------
Protocol Reason: URPQD - MRXC QUANTITY LIMITS EXCEEDEDNDC: HUMIRA 40 MG/0.4 ML PEN 2'S

Protocol Generated: 20190919 003320

Comment: crv

DUR MSG 1 Numeric: 0000000082
DUR MSG 1 Text: 11222019
DUR MSG 2 Numeric: 0000000063
DUR MSG 2 Text: 20191121
Protocol Reason: XCUPD UPDATED IN XC
Resolved on: 20190920 132705
=====================================================
Protocol Reason: URPER - POS DUR-REF TOO SOON(*T210)NDC: HUMIRA 40 MG/0.4 ML PEN 2'S

Protocol Generated: 20190919 003320

Comment: crv

DUR MSG 1 Numeric: 0000000082
DUR MSG 1 Text: 110819
DUR MSG 2 Numeric: 0000000049
DUR MSG 2 Text: 20191107
Protocol Reason: RPHPD APP'D DATE > NXT FILL DATE
Resolved on: 20190920 132708
=====================================================
Protocol Reason: URPT2 - POS DUR - DUP/CONCOMITANT THRPYNDC: HUMIRA 40 MG/0.4 ML PEN 2'S

Protocol Generated: 20190919 003320

Comment:

DUR MSG 1 Numeric: 0000000003
DUR MSG 1 Text: S2J
DUR MSG 2 Numeric: 0000000000
DUR MSG 2 Text:
Reference information:
Medco RX: 1926200229-18
Date: 20190717
NDC: 00074055402 - HUMIRA - ADALIM

Protocol Reason: CHGTD CHG IN THPY>60DAYS;AUTORESOLVE
Resolved on: 20190919 003320
=====================================================
===========================================

Patient: 12719290 / JAMIE H REECE

We did not receive all of the DUR messages, please contact Medco SPOR.

| | | | | |
|---|---|---|---|---|
| Note Type: | CLIN | 09/20/2019 | 17:44:10 | MEDCO |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Claim Center: | 79999 / MEDCO HOME DELIVERY | | | |
| Prescription: | 297-1779878-0 | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |
| Reviewed by: on: | | | | |

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 09/23/2019 | 16:28:15 | PCRM01 |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

Action Changed From: First Contact Attempted To: COMPLETED
Reason Code: Order Entered

PCRM01

ACCREDO

**Prescription**

ACCREDO HEALTH GRP INC INDIANAPOLIS
2825W PERIMETER RD # 112

INDIANAPOLIS, IN 46241-3614 USA
(800) 870-6419 www.accredo.com
Prescription Report

Rx#: 297-1779878-0
DAW Code: 0
Patient ID: 12719290
JAMIE H REECE

USA

Sex: F DOB:

Shipment Date: 09/24/2019
Days delivery will last: 84
Prescriber:
SYED ABBAS, MD (859) 258-4450
1221 SOUTH BROADWAY
5TH FLOOR
LEXINGTON, KY 40504-0000
USA
Drug Route: SUBCUTANEOUSLY
Therapy: HUMIRA
Written on: 08/12/2019
Storage: REFRIGERATED
Refill Through: 08/10/2020
Refills Left: 3

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE

Claim Centers:
1: 79999 / MEDCO HOME DELIVERY

Route of Administration: SUBCUTANEOUSLY
Refill: 3 Through: 08/10/2020
Special Instructions:

| Abbrev | Prescription Drugs | Frequency | Dosage | Doses | #Days |
|---|---|---|---|---|---|
| HUMIRA | HUMIRA | QOW | 40 MG | 6 | 84 |

Dispensed doses: 6

| Inv Abbrev | NonCompounded Detail Description | Qty/#days | Qty Ship |
|---|---|---|---|
| AB-0554-02 | HUMIRA 40 MG/0.4 ML PEN 2'S 80 MG PACK | / | 3 PACK |

NDC Number: 00074-0554-02 Lot: UNK Expiration Date: 11/30/2023
Manufacturer: ABBVIE INC

Order Taken: 192620022918

JAMIE REECE

**Prescription**

Rx#: 297-1779878-0
DAW Code: 0
Patient ID: 12719290
JAMIE H REECE

Rx entered by: X____________________ Date: ________
MARIA HOFFMAN

Prescriber:
SYED ABBAS, MD (859) 258-4450
1221 SOUTH BROADWAY
5TH FLOOR
LEXINGTON, KY 40504-0000
USA
DEA#: BA8217350
NPI ID:1982658902

THE ABOVE PRESCRIPTION WAS DISPENSED TO YOUR PATIENT PURSUANT TO YOUR ORDER. TO SATISFY PAYER REQUIREMENTS, PLEASE VERIFY THE PRESCRIPTION BY SIGNING AND DATING ON THE APPROPRIATE LINES BELOW AND RETURN TO THE PHARMACY.

Prescriber Signature:

X____________________
DISPENSE AS WRITTEN
STATE LAW MAY REQUIRE PRESCRIBER HANDWRITTEN NOTATION OF BRANCH PREFERENCE.

X____________________
SUBSTITUTION ALLOWED

X____________________
DATE SIGNED BY PHYSICIAN

X____________________
ESTIMATED LENGTH OF NEED (MONTHLY INCREMENTS)

| | | | | |
|---|---|---|---|---|
| Note Type: | CLIN | 11/22/2019 | 13:25:48 | MEDCO |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Claim Center: | 79999 / MEDCO HOME DELIVERY | | | |
| Prescription: | 297-1835242-0 | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |
| Reviewed by: on: | | | | |

Note Type: CLIN 11/22/2019 13:25:48 MEDCO
Standard Note Type: ALL
Patient: 12719290 / JAMIE H REECE

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE
Claim Center: 79999 / MEDCO HOME DELIVERY
Prescription: 297-1835242-0
Service Branch: 799 / ANF MEDCO CHANNEL
2 DUR Messages from Medco

Medco Rx: 1932500174-18 Refill: 00
-------------------------------------------------------------
Protocol Reason: URPQD - MRXC QUANTITY LIMITS EXCEEDEDNDC: HUMIRA 40 MG/0.4 ML PEN 2'S

Protocol Generated: 20191121 003006

Comment:

DUR MSG 1 Numeric: 0000000020
DUR MSG 1 Text: 01242020
DUR MSG 2 Numeric: 0000000000
DUR MSG 2 Text: 20191121
Protocol Reason: SDINT STANDARD DELIVERY INTERVAL
Resolved on: 20191121 003006
=====================================================
Protocol Reason: URPSP - SPECIALTY PHARMACY DURNDC: HUMIRA 40 MG/0.4 ML PEN 2'S

Protocol Generated: 20191121 003006

Comment:

Protocol Reason: AU963 AUTO RESOLVED PMR TABLE IND
Resolved on: 20191121 003006
=====================================================

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 12/22/2019 | 20:01:17 | RELEASE_MGR |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Prescription: | 297- 1835242- 0 | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

**** Expired SC note ****
Order:
Patient: 12719290
Rx: 1932500174-18
Invoice: 052792397~~18
RxHome Rx: 297-1835242-0
F14 Pend entered on 22-DEC-2019 by RELEASE_MGR with a pend date of 30-SEP-2020. The Date of service was 20191121 and the SC note was valid from 21-NOV-2019 to 21-DEC-2019

Note Type: COMM 01/02/2020 12:51:12 EK6814
Standard Note Type: ALL
Patient: 12719290 / JAMIE H REECE

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE

Service Branch: 799 / ANF MEDCO CHANNEL

Action Changed From: Hold To: COMPLETED
Reason Code: Order Entered

EK6814

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 01/02/2020 | 18:04:15 | RELEASE_MGR |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

Action Changed From: Open To: COMPLETED
Reason Code: Order Entered

RELEASE_MGR

**Prescription**

ACCREDO HEALTH GRP INC INDIANAPOLIS
2825W PERIMETER RD # 112

INDIANAPOLIS, IN 46241-3614 USA
(800) 870-6419 www.accredo.com
Prescription Report

Rx#: 297-1870786-0
DAW Code: 0
Patient ID: 12719290
JAMIE H REECE

USA

Sex: F DOB:

Shipment Date: 01/09/2020
Days delivery will last: 84
Prescriber:
SYED ABBAS, MD (859) 258-4450
1221 SOUTH BROADWAY
5TH FLOOR
LEXINGTON, KY 40504-0000
USA
Drug Route: SUBCUTANEOUSLY
Therapy: HUMIRA
Written on: 10/02/2019
Storage: REFRIGERATED
Refill Through: 09/30/2020
Refills Left: 3

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE

Claim Centers:
1: 79999 / MEDCO HOME DELIVERY

Route of Administration: SUBCUTANEOUSLY
Refill: 3 Through: 09/30/2020
Special Instructions:

| Abbrev | Prescription Drugs | Frequency | Dosage | Doses | #Days |
|---|---|---|---|---|---|
| HUMIRA | HUMIRA | QOW | 40 MG | 6 | 84 |
| | | | Dispensed doses: | 6 | |

| Inv Abbrev | NonCompounded Detail Description | Qty/#days | Qty Ship |
|---|---|---|---|
| AB-0554-02 | HUMIRA 40 MG/0.4 ML PEN 2'S 80 MG PACK | / | 3 PACK |

NDC Number: 00074-0554-02 Lot: UNK Expiration Date: 11/30/2023
Manufacturer: ABBVIE INC

Order Taken: 200020516518

**Prescription**

Rx#: 297-1870786-0
DAW Code: 0
Patient ID: 12719290
JAMIE H REECE

Rx entered by: X____________________ Date: __________

DAVID CHEN

Prescriber:
SYED ABBAS, MD (859) 258-4450
1221 SOUTH BROADWAY
5TH FLOOR
LEXINGTON, KY 40504-0000
USA
DEA#: BA8217350
NPI ID:1982658902

THE ABOVE PRESCRIPTION WAS DISPENSED TO YOUR PATIENT PURSUANT TO YOUR ORDER. TO SATISFY PAYER REQUIREMENTS, PLEASE VERIFY THE PRESCRIPTION BY SIGNING AND DATING ON THE APPROPRIATE LINES BELOW AND RETURN TO THE PHARMACY.

Prescriber Signature:

X____________________
DISPENSE AS WRITTEN
STATE LAW MAY REQUIRE PRESCRIBER HANDWRITTEN NOTATION OF BRANCH PREFERENCE.

X____________________
SUBSTITUTION ALLOWED

X____________________
DATE SIGNED BY PHYSICIAN

X____________________
ESTIMATED LENGTH OF NEED (MONTHLY INCREMENTS)

| | | | | |
|---|---|---|---|---|
| Note Type: | CLIN | 01/02/2020 | 18:04:14 | MEDCO |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Claim Center: | 79999 / MEDCO HOME DELIVERY | | | |
| Prescription: | 297-1870786-0 | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |
| Reviewed by: on: | | | | |

| | | | | |
|---|---|---|---|---|
| Note Type: | CLIN | 01/02/2020 | 18:04:14 | MEDCO |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE

Claim Center: 79999 / MEDCO HOME DELIVERY

Prescription: 297-1870786-0

Service Branch: 799 / ANF MEDCO CHANNEL

0 DUR Messages from Medco

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 03/26/2020 | 20:53:29 | SYS |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Prescription: | 297- 1870786- 0 | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

HID Changed From:03/26/2020 To: 03/31/2020
SYS

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 03/31/2020 | 20:44:15 | SYS |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE

Prescription: 297-1870786-0

Service Branch: 799 / ANF MEDCO CHANNEL

HID Changed From:03/31/2020 To: 04/02/2020
SYS

Note Type: COMM 04/02/2020 21:09:32 SYS
Standard Note Type: ALL
Patient: 12719290 / JAMIE H REECE

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE
Prescription: 297-1870786-0
Service Branch: 799 / ANF MEDCO CHANNEL
HID Changed From:04/02/2020 To: 04/10/2020
SYS

| | | | | |
|---|---|---|---|---|
| Note Type: | CLIN | 04/09/2020 | 13:50:07 | MEDCO |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE

Claim Center: 79999 / MEDCO HOME DELIVERY
Prescription: 297-1870786-1
Service Branch: 799 / ANF MEDCO CHANNEL

0 DUR Messages from Medco

DUR CLEARED BY MEDCO

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 05/06/2020 | 17:29:24 | OAH298 |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Prescription: | 297-1870786-1 | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

Action Changed From: Hold To: Open

Task Due Date Changed From:05/05/2020 To: 05/07/2020

JULIE MILLER

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 05/09/2020 | 20:01:39 | RELEASE_MGR |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Prescription: | 297- 1870786- 1 | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

**** Expired SC note ****
Order:
Patient: 12719290
Rx: 2000205165-18
Invoice: 054493203~~18
RxHome Rx: 297-1870786-1
F14 Pend entered on 09-MAY-2020 by RELEASE_MGR with a pend date of 30-SEP-2020. The Date of service was 20200408 and the SC note was valid from 08-APR-2020 to 08-MAY-2020

Note Type: COMM 05/14/2020 15:28:38 OAH298
Standard Note Type: ALL
Patient: 12719290 / JAMIE H REECE

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE
Prescription: 297-1870786-1
Service Branch: 799 / ANF MEDCO CHANNEL
Action Changed From: Hold To: Open

Task Due Date Changed From:05/13/2020 To: 05/15/2020

JULIE MILLER

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 05/27/2020 | 14:58:57 | OAH298 |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Prescription: | 297- 1870786- 1 | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

Action Changed From: Hold To: Open

Task Due Date Changed From:05/21/2020 To: 05/28/2020

JULIE MILLER

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 06/04/2020 | 15:24:20 | OAH298 |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE

Prescription: 297-1870786-1

Service Branch: 799 / ANF MEDCO CHANNEL

Action Changed From: Hold To: Open

Task Due Date Changed From:06/03/2020 To: 06/05/2020

JULIE MILLER

Note Type: COMM 06/15/2020 14:17:31 OAH298
Standard Note Type: ALL
Patient: 12719290 / JAMIE H REECE

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE
Prescription: 297-1870786-1
Service Branch: 799 / ANF MEDCO CHANNEL
Action Changed From: Hold To: Open

Task Due Date Changed From:06/11/2020 To: 06/16/2020

JULIE MILLER

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 06/23/2020 | 13:37:56 | OAH298 |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Prescription: | 297-1870786-1 | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

Action Changed From: Hold To: Open

Task Due Date Changed From:06/22/2020 To: 06/24/2020

JULIE MILLER

| | | | | |
|---|---|---|---|---|
| Note Type: | CLIN | 07/30/2020 | 15:08:19 | MEDCO |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Claim Center: | 79999 / MEDCO HOME DELIVERY | | | |
| Prescription: | 297-2050909-0 | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

0 DUR Messages from Medco

| | | | | |
|---|---|---|---|---|
| Note Type: | CLIN | 07/30/2020 | 15:08:19 | MEDCO |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE

Claim Center: 79999 / MEDCO HOME DELIVERY
Prescription: 297- 2050909- 0
Service Branch: 799 / ANF MEDCO CHANNEL
Reviewed by: on:

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 08/11/2020 | 15:39:07 | OAH298 |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Prescription: | 297- 2050909- 0 | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

Action Changed From: Hold To: Open

Task Due Date Changed From:08/03/2020 To: 08/12/2020

JULIE MILLER

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 08/24/2020 | 09:47:03 | RICJU9 |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Prescription: | 297- 2050909- 0 | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

Action Changed From: Hold To: Open

Task Due Date Changed From:08/20/2020 To: 08/24/2020

KEVIN FELDER

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 08/24/2020 | 20:03:27 | RELEASE_MGR |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Prescription: | 297- 2050909- 0 | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

**** Expired SC note ****
Order:
Patient: 12719290
Rx: 2020627255-56
Invoice: 055733136~~18
RxHome Rx: 297-2050909-0
F14 Pend entered on 24-AUG-2020 by RELEASE_MGR with a pend date of 23-JUL-2021. The Date of service was 20200724 and the SC note was valid from 24-JUL-2020 to 23-AUG-2020

| | | | | |
|---|---|---|---|---|
| Note Type: | CLIN | 08/28/2020 | 11:04:28 | MEDCO |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Claim Center: | 79999 / MEDCO HOME DELIVERY | | | |
| Prescription: | 297- 2072941- 0 | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |
| Reviewed by: on: | | | | |

Note Type: CLIN 08/28/2020 11:04:28 MEDCO
Standard Note Type: ALL
Patient: 12719290 / JAMIE H REECE

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE
Claim Center: 79999 / MEDCO HOME DELIVERY
Prescription: 297-2072941-0
Service Branch: 799 / ANF MEDCO CHANNEL

8 DUR Messages from Medco

Medco Rx: 2024103763-18 Refill: 00
--------------------------------------------------------------
Protocol Reason: URPER - POS DUR-REF TOO SOON(*T210)NDC: COSENTYX 150 MG PEN 2X1ML(300MG)

Protocol Generated: 20200828 115241

Comment:

DUR MSG 1 Numeric: 0000000027
DUR MSG 1 Text: 090320
DUR MSG 2 Numeric: 0000000006
DUR MSG 2 Text: 20200903
Protocol Reason: RPHAP RPH APPROVED; PROF JUDGEMENT
Resolved on: 20200828 115336
=====================================================
Protocol Reason: URPDP - DUPLICATE DRUG, PAT., SAME DAYNDC: COSENTYX 150 MG PEN 2X1ML(300MG)

Protocol Generated: 20200828 115241

Comment:

Reference information:
Medco RX: 2024103763-18
Date: 20200828
NDC: 00078063941 - COSENTY - SECUKIN

Protocol Reason: URAUT POTENTIAL DUP ON EARLY REFILL
Resolved on: 20200828 115241
=====================================================
Protocol Reason: URMIS - MISCELLANEOUS FOR DURNDC: COSENTYX 150 MG PEN 2X1ML(300MG)

Protocol Generated: 20200828 115240

Comment: PENDED IN ERROR

Protocol Reason: URVER DUR VERIFIED AND RELEASE
Resolved on: 20200828 115347
=====================================================
===========================================
We did not receive all of the DUR messages, please contact Medco SPOR.

Note Type: COMM 08/28/2020 10:49:24 RICN6K
Standard Note Type: ALL
Patient: 12719290 / JAMIE H REECE

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE
Claim Center: 79999 / MEDCO HOME DELIVERY
Physician: 417983 / Dr. SYED H ABBAS
Service Branch: 799 / ANF MEDCO CHANNEL

TECHNICIAN TRIAGE CALL
Employee Name: Thelma Reeves (Customer Service Associate Representative)
Patient ID: 12719290
Medication Name: Cosentyx
Call Category: Pharmacist Transfer
Call Reason: Medication Question
Call Detail: Patient Counseling (General)
Were You Able To Transfer Caller To Pharmacist?: Yes (Pharmacist - CBA)
Who Was The Caller Transferred To?: Darren Ambler
Call Notes: PCA WANTS TO SEE IF SHE CAN SCHEDULE EVEN THOUGH THIS SAYS IT IS THE LOADING DOSE
Verna Jackson CPhT FOH ext. 123456
08/28/2020 11:48 AM

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 08/28/2020 | 11:09:25 | PCRM01 |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

Action Changed From: Open To: COMPLETED
Reason Code: Order Entered

PCRM01

ACCREDO

**Prescription**

ACCREDO HEALTH GRP INC INDIANAPOLIS
2825W PERIMETER RD # 112

INDIANAPOLIS, IN 46241-3614 USA
(800) 870-6419 www.accredo.com
Prescription Report

Rx#: 297-2072941-0
DAW Code: 0
Patient ID: 12719290
JAMIE H REECE

USA

Sex: F DOB:

Shipment Date: 08/28/2020
Days delivery will last: 28
Prescriber:
SYED ABBAS, MD (859) 258-4450
1221 SOUTH BROADWAY
5TH FLOOR
LEXINGTON, KY 40504-0000
USA
Drug Route: SUBCUTANEOUSLY
Therapy: COSENTYX
Written on: 07/24/2020
Storage: REFRIGERATED
Refill Through: 07/23/2021
Refills Left: 0
Claim Centers:
1: 79999 / MEDCO HOME DELIVERY

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE

Route of Administration: SUBCUTANEOUSLY
Refill: 0 Through: 07/23/2021
Special Instructions:

| Abbrev | Prescription Drugs | Frequency | Dosage | Doses | #Days |
|---|---|---|---|---|---|
| COSENTY | COSENTYX | Q4W | 300 MG | 1 | 28 |
| | | | Dispensed doses: | 1 | |

| Inv Abbrev | NonCompounded Detail Description | Qty/#days | Qty Ship |
|---|---|---|---|
| NO-0639-41 | COSENTYX 150 MG PEN 2X1ML(300MG) 300 MG PACK | / | 1 PACK |

NDC Number: 00078-0639-41 Lot: UNK Expiration Date: 02/28/2023
Manufacturer: EDI NOVARTIS PHARM CORP

| Inv Abbrev | Ancillary Product Description | Qty Ship | |
|---|---|---|---|
| SHP-305487 | SHARPS CONTAINER 1.5QT (1.4L) EA | 1 EA | 297-2072941-1-0 |
| Lot: N/A | Expiration Date: | | |
| SKP-6818 | PAD, ALCOHOL PREP MED 1'S 200BX EA | 1 EA | 297-2072941-2-0 |
| Lot: N/A | Expiration Date: | | |

Order Taken: 202410376318

**Prescription**

Rx#: 297-2072941-0
DAW Code: 0
Patient ID: 12719290
JAMIE H REECE

Rx entered by: X________________________________ Date: __________
DARREN AMBLER

Prescriber:
SYED ABBAS, MD (859) 258-4450
1221 SOUTH BROADWAY
5TH FLOOR
LEXINGTON, KY 40504-0000
USA
DEA#: BA8217350
NPI ID:1982658902

THE ABOVE PRESCRIPTION WAS DISPENSED TO YOUR PATIENT PURSUANT TO YOUR ORDER. TO SATISFY PAYER REQUIREMENTS, PLEASE VERIFY THE PRESCRIPTION BY SIGNING AND DATING ON THE APPROPRIATE LINES BELOW AND RETURN TO THE PHARMACY.

Prescriber Signature:

X________________________________
DISPENSE AS WRITTEN
STATE LAW MAY REQUIRE PRESCRIBER HANDWRITTEN NOTATION OF BRANCH PREFERENCE.

X________________________________
SUBSTITUTION ALLOWED

X________________________________
DATE SIGNED BY PHYSICIAN

X________________________________
ESTIMATED LENGTH OF NEED (MONTHLY INCREMENTS)

| | | | | |
|---|---|---|---|---|
| Note Type: | CLIN | 08/31/2020 | 12:25:20 | MEDCO |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Claim Center: | 79999 / MEDCO HOME DELIVERY | | | |
| Prescription: | 297-2074198-0 | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |
| Reviewed by: on: | | | | |

| | | | | |
|---|---|---|---|---|
| Note Type: | CLIN | 08/31/2020 | 12:25:20 | MEDCO |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Claim Center: | 79999 / MEDCO HOME DELIVERY | | | |
| Prescription: | 297- 2074198- 0 | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

0 DUR Messages from Medco

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 08/31/2020 | 17:19:18 | PCRM01 |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

Action Changed From: Open To: COMPLETED
Reason Code: Order Entered

PCRM01

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 09/01/2020 | 11:35:36 | RICFOL |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

Prescription status changed by user RICFOL WorkQueue THERAPY MGT from OPEN to COMPLETED

**Prescription**

ACCREDO HEALTH GRP INC INDIANAPOLIS
2825W PERIMETER RD # 112

INDIANAPOLIS, IN 46241-3614 USA
(800) 870-6419 www.accredo.com
Prescription Report

Rx#: 297-2074198-0
DAW Code: 0
Patient ID: 12719290
JAMIE H REECE

USA

Sex: F DOB:

Shipment Date: 09/01/2020
Days delivery will last: 28
Prescriber:
SYED ABBAS, MD (859) 258-4450
1221 SOUTH BROADWAY
5TH FLOOR
LEXINGTON, KY 40504-0000
USA
Drug Route: SUBCUTANEOUSLY
Therapy: COSENTYX
Written on: 07/24/2020
Storage: REFRIGERATED
Refill Through: 07/23/2021
Refills Left: 0
Claim Centers:
1: 79999 / MEDCO HOME DELIVERY

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE

Route of Administration: SUBCUTANEOUSLY
Refill: 0 Through: 07/23/2021
Special Instructions:

| Abbrev | Prescription Drugs | Frequency | Dosage | Doses | #Days |
|---|---|---|---|---|---|
| COSENTY | COSENTYX | Q4W | 300 MG | 1 | 28 |

Dispensed doses: 1

| Inv Abbrev | NonCompounded Detail Description | Qty/#days | Qty Ship |
|---|---|---|---|
| NO-0639-41 | COSENTYX 150 MG PEN 2X1ML(300MG) 300 MG PACK | / | 2 PACK |

NDC Number: 00078-0639-41 Lot: UNK Expiration Date: 02/28/2023
Manufacturer: EDI NOVARTIS PHARM CORP

| Inv Abbrev | Ancillary Product Description | Qty Ship | |
|---|---|---|---|
| SKP-6818 | PAD, ALCOHOL PREP MED 1'S 200BX EA | 4 EA | 297-2074198-2-0 |
| Lot: N/A | Expiration Date: | | |
| SHP-305487 | SHARPS CONTAINER 1.5QT (1.4L) EA | 1 EA | 297-2074198-1-0 |
| Lot: N/A | Expiration Date: | | |

Order Taken: 202410363518

JAMIE REECE

**Prescription**

Rx#: 297-2074198-0
DAW Code: 0
Patient ID: 12719290
JAMIE H REECE

Rx entered by: X________________________ Date: __________
ROBERT REED

Prescriber:
SYED ABBAS, MD (859) 258-4450
1221 SOUTH BROADWAY
5TH FLOOR
LEXINGTON, KY 40504-0000
USA
DEA#: BA8217350
NPI ID:1982658902

THE ABOVE PRESCRIPTION WAS DISPENSED TO YOUR PATIENT PURSUANT TO YOUR ORDER. TO SATISFY PAYER REQUIREMENTS, PLEASE VERIFY THE PRESCRIPTION BY SIGNING AND DATING ON THE APPROPRIATE LINES BELOW AND RETURN TO THE PHARMACY.

Prescriber Signature:

X________________________
DISPENSE AS WRITTEN
STATE LAW MAY REQUIRE PRESCRIBER HANDWRITTEN NOTATION OF BRANCH PREFERENCE.

X________________________
SUBSTITUTION ALLOWED

X________________________
DATE SIGNED BY PHYSICIAN

X________________________
ESTIMATED LENGTH OF NEED (MONTHLY INCREMENTS)

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 09/03/2020 | 07:36:27 | E57217 |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Prescription: | 297- 2074198- 0 | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

Prescription status changed by user E57217 WorkQueue RX REQUEST from Open to Completed,
Contact Type changed from Patient to Physician
Reason Code: Rx Received

MAINTENANCE DOSE
Date Received: 08/28/2020
Medication Name: Cosentyx
Invoice Number: 056131485- 18
Rx Number: 2024103763-18
E57217 FOH

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 09/04/2020 | 08:50:21 | P90224 |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Prescription: | 297-2072941-0 | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

Prescription status changed by user P90224 WorkQueue PHARMACY from Second Contact to Completed

| | | | | |
|---|---|---|---|---|
| Note Type: | CLIN | 09/10/2020 | 15:22:04 | MEDCO |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Claim Center: | 79999 / MEDCO HOME DELIVERY | | | |
| Prescription: | 297- 2082412- 0 | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

0 DUR Messages from Medco

| | | | | |
|---|---|---|---|---|
| Note Type: | CLIN | 09/10/2020 | 15:22:04 | MEDCO |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Claim Center: | 79999 / MEDCO HOME DELIVERY | | | |
| Prescription: | 297-2082412-0 | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |
| Reviewed by: on: | | | | |

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 09/18/2020 | 10:37:59 | PCRM01 |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

On Demand Task created:
Workqueue: PATIENT
Task Type: PHARMACY
Reference Type: PRESCRIPTIONS
Reference ID: 297
Dispensing Therapy: COSENTYX
Priority: URGENT
Assigned to Team: PRI TRC RA&I PHARMACIST ODT
Assigned to User:
Task Due Date: 18-SEP-20
Task Status: OPEN
Hold Reason:
Comments: Patient no longer taking meds

Note Type: COMM 09/18/2020 10:57:00 RIC8CZ
Standard Note Type: ALL
Patient: 12719290 / JAMIE H REECE

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE

Service Branch: 799 / ANF MEDCO CHANNEL

Changes saved for the following On Demand Task Fields:
Locked By: CHERIE ROBINSON
Locked Date: 18-SEP-20

----------------------------------------
Workqueue: PATIENT
Task Type: PHARMACY
Reference Type: PRESCRIPTIONS
Reference ID: 297
Dispensing Therapy: COSENTYX
Priority: URGENT
Assigned to Team: PRI TRC RA&I PHARMACIST ODT
Assigned to User:
Task Due Date: 18-SEP-20
Task Status: OPEN
Hold Reason:
Comments: Patient no longer taking meds

Note Type: COMM 09/18/2020 11:07:28 RICVIG
Standard Note Type: ALL
Patient: 12719290 / JAMIE H REECE

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE
Service Branch: 799 / ANF MEDCO CHANNEL

Changes saved for the following On Demand Task Fields:
Locked By: HERBERT VIGO
Locked Date: 18-SEP-20

----------------------------------------
Workqueue: PATIENT
Task Type: PHARMACY
Reference Type: PRESCRIPTIONS
Reference ID: 297
Dispensing Therapy: COSENTYX
Priority: URGENT
Assigned to Team: PRI TRC RA&I PHARMACIST ODT
Assigned to User:
Task Due Date: 18-SEP-20
Task Status: OPEN
Hold Reason:
Comments: Patient no longer taking meds

Note Type: COMM 09/18/2020 11:11:54 RICVIG
Standard Note Type: ALL
Patient: 12719290 / JAMIE H REECE

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE

Service Branch: 799 / ANF MEDCO CHANNEL

Changes saved for the following On Demand Task Fields:
Status: COMPLETED

----------------------------------------
Workqueue: PATIENT
Task Type: PHARMACY
Reference Type: PRESCRIPTIONS
Reference ID: 297
Dispensing Therapy: COSENTYX
Priority: URGENT
Assigned to Team: PRI TRC RA&I PHARMACIST ODT
Assigned to User:
Task Due Date: 18-SEP-20
Task Status: COMPLETED
Hold Reason:
Comments: Patient no longer taking meds

Note Type: CLIN 09/22/2020 16:29:07 MEDCO
Standard Note Type: ALL
Patient: 12719290 / JAMIE H REECE

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE
Claim Center: 79999 / MEDCO HOME DELIVERY
Prescription: 297-2091309-0
Service Branch: 799 / ANF MEDCO CHANNEL

4 DUR Messages from Medco

Medco Rx: 2026224536-56 Refill: 00
--------------------------------------------------------------
Protocol Reason: URPDD - POS DUR - DRUG INTERACTIONNDC: XELJANZ XR 11MG TABLET (30'S)

Protocol Generated: 20200918 104842

Comment:

DUR MSG 1 Numeric: 0000000001
DUR MSG 1 Text: 02317
DUR MSG 2 Numeric: 0000000000
DUR MSG 2 Text:
Reference information:
Medco RX: 2026224536-56
Date: 20200908
NDC: 00069050130 - XELJANZ - TOFACIT

Protocol Reason: PT1OK PT COUNSEL; APPROVE 1 TIME
Resolved on: 20200921 064612
=====================================================
Protocol Reason: URPTX - DUP THERAPY-DIFF ROUTE/CATEGORYNDC: XELJANZ XR 11MG TABLET (30'S)

Protocol Generated: 20200918 104842

Comment:

DUR MSG 1 Numeric: 0000000002
DUR MSG 1 Text: Z2Z
DUR MSG 2 Numeric: 0000000000
DUR MSG 2 Text:
Reference information:
Medco RX: 2026224536-56
Date: 20200908
NDC: 00069050130 - XELJANZ - TOFACIT

Protocol Reason: RT1OK RPH APPVD ONE TIME;RETAIL FILL
Resolved on: 20200921 064605
=====================================================
Protocol Reason: URPDD - POS DUR - DRUG INTERACTIONNDC: XELJANZ XR 11MG TABLET (30'S)

Protocol Generated: 20200918 104842

Comment:

DUR MSG 1 Numeric: 0000000003
DUR MSG 1 Text: 03228
DUR MSG 2 Numeric: 0000000000

Patient: 12719290 / JAMIE H REECE

DUR MSG 2 Text:
Protocol Reason: URPOK RPH APPROVED OC/AUTORES DUR LL
Resolved on: 20200918 104842
=====================================================
===========================================
We did not receive all of the DUR messages, please contact Medco SPOR.

| | | | | |
|---|---|---|---|---|
| Note Type: | CLIN | 09/22/2020 | 16:29:07 | MEDCO |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Claim Center: | 79999 / MEDCO HOME DELIVERY | | | |
| Prescription: | 297- 2091309- 0 | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |
| Reviewed by: on: | | | | |

Note Type: COMM 09/23/2020 10:32:44 PCRM01
Standard Note Type: ALL
Patient: 12719290 / JAMIE H REECE

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE

Service Branch: 799 / ANF MEDCO CHANNEL

Action Changed From: Open To: COMPLETED
Reason Code: Order Entered

PCRM01

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 09/23/2020 | 10:53:14 | EM1759 |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Prescription: | 297- 2091309- 0 | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

Prescription status changed by user EM1759 WorkQueue PHARMACY from Open to Completed

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 09/23/2020 | 10:53:14 | EM1759 |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Prescription: | 297- 2091309- 0 | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

Prescription status changed by user EM1759 WorkQueue PHARMACY from Open to Completed

**Prescription**

ACCREDO HEALTH GRP INC INDIANAPOLIS
2825W PERIMETER RD # 112

INDIANAPOLIS, IN 46241-3614 USA
(800) 870-6419 www.accredo.com
Prescription Report

Rx#: 297-2091309-0
DAW Code: 0
Patient ID: 12719290
JAMIE H REECE

USA

Sex: F DOB:

Shipment Date: 09/24/2020
Days delivery will last: 90
Prescriber:
SUSANNE MOBERLY (859) 258-4450
1221 S BROADWAY

LEXINGTON, KY 40504
USA
Drug Route: BY MOUTH
Therapy: XELJANZ
Written on: 09/18/2020
Storage: ROOM TEMP
Refill Through: 09/17/2021
Refills Left: 0

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE

Claim Centers:
1: 79999 / MEDCO HOME DELIVERY

Route of Administration: BY MOUTH
Refill: 0 Through: 09/17/2021
Special Instructions:

| Abbrev | Prescription Drugs | Frequency | Dosage | Doses | #Days |
|---|---|---|---|---|---|
| XELJANZ | XELJANZ | DAILY | 11 MG | 90 | 90 |

Dispensed doses: 90

| Inv Abbrev | NonCompounded Detail Description | Qty/#days | Qty Ship |
|---|---|---|---|
| PF-0501-30 | XELJANZ XR 11MG TABLET (30'S) 330 MG BT | / | 3 BT |

NDC Number: 00069-0501-30 Lot: UNK Expiration Date: 05/31/2023
Manufacturer: PFIZER LABS

Order Taken: 202622453656

**Prescription**

Rx#: 297-2091309-0
DAW Code: 0
Patient ID: 12719290
JAMIE H REECE

Rx entered by: X________________________ Date: __________
GINO CANNELL

Prescriber:
SUSANNE MOBERLY (859) 258-4450
1221 S BROADWAY

LEXINGTON, KY 40504
USA
DEA#:
NPI ID:1568843316

THE ABOVE PRESCRIPTION WAS DISPENSED TO YOUR PATIENT PURSUANT TO YOUR ORDER. TO SATISFY PAYER REQUIREMENTS, PLEASE VERIFY THE PRESCRIPTION BY SIGNING AND DATING ON THE APPROPRIATE LINES BELOW AND RETURN TO THE PHARMACY.

Prescriber Signature:

X________________________
DISPENSE AS WRITTEN
STATE LAW MAY REQUIRE PRESCRIBER HANDWRITTEN NOTATION OF BRANCH PREFERENCE.

X________________________
SUBSTITUTION ALLOWED

X________________________
DATE SIGNED BY PHYSICIAN

X________________________
ESTIMATED LENGTH OF NEED (MONTHLY INCREMENTS)

| | | | | |
|---|---|---|---|---|
| Note Type: | DC | 10/18/2020 | 12:17:32 | RELEASE_MGR |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Prescription: | 297- 1870786- 0 | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

The prescription therapy record for HUMA therapy type was STOPPED (by system) due to inactivity.

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 11/05/2020 | 01:53:05 | PBWS057 |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

Prescription status changed by user PBWS057 WorkQueue THERAPY MGT from Third Attempt to Completed

Note Type: CLIN 11/11/2020 17:47:06 MEDCO
Standard Note Type: ALL
Patient: 12719290 / JAMIE H REECE

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE
Claim Center: 79999 / MEDCO HOME DELIVERY
Prescription: 297-2130304-0
Service Branch: 799 / ANF MEDCO CHANNEL
3 DUR Messages from Medco

Medco Rx: 2031500403-18 Refill: 00
--------------------------------------------------------------
Protocol Reason: URPDD - POS DUR - DRUG INTERACTIONNDC: XELJANZ XR 11MG TABLET (30'S)

Protocol Generated: 20201110 011708

Comment:

DUR MSG 1 Numeric: 0000000003
DUR MSG 1 Text: 03228
DUR MSG 2 Numeric: 0000000000
DUR MSG 2 Text:
Protocol Reason: URPOK RPH APPROVED OC/AUTORES DUR
Resolved on: 20201110 011708
=====================================================
Protocol Reason: URPDD - POS DUR - DRUG INTERACTIONNDC: XELJANZ XR 11MG TABLET (30'S)

Protocol Generated: 20201110 011708

Comment:

DUR MSG 1 Numeric: 0000000003
DUR MSG 1 Text: 03228
DUR MSG 2 Numeric: 0000000000
DUR MSG 2 Text:
Reference information:
Medco RX: 2031500403-18
Date: 20200415
NDC: 00069050130 - XELJANZ - TOFACIT

Protocol Reason: URPOK RPH APPROVED OC/AUTORES DUR
Resolved on: 20201110 011708
=====================================================
Protocol Reason: URPSP - SPECIALTY PHARMACY DURNDC: XELJANZ XR 11MG TABLET (30'S)

Protocol Generated: 20201110 011708

Comment:

Protocol Reason: AU963 AUTO RESOLVED PMR TABLE IND
Resolved on: 20201110 011708
=====================================================

Note Type: CLIN 11/11/2020 17:47:06 MEDCO
Standard Note Type: ALL
Patient: 12719290 / JAMIE H REECE

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE
Claim Center: 79999 / MEDCO HOME DELIVERY
Prescription: 297- 2130304- 0
Service Branch: 799 / ANF MEDCO CHANNEL
Reviewed by: on:

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 11/12/2020 | 11:39:52 | PCRM01 |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE

Service Branch: 799 / ANF MEDCO CHANNEL

Action Changed From: Open To: COMPLETED
Reason Code: Order Entered

PCRM01

ACCREDO

**Prescription**

ACCREDO HEALTH GRP INC INDIANAPOLIS
2825W PERIMETER RD # 112

INDIANAPOLIS, IN 46241-3614 USA
(800) 870-6419 www.accredo.com
Prescription Report

Rx#: 297-2130304-0
DAW Code: 0
Patient ID: 12719290
JAMIE H REECE

USA

Sex: F DOB:

Shipment Date: 11/13/2020
Days delivery will last: 90
Prescriber:
SUSANNE MOBERLY (859) 258-4450
1221 S BROADWAY

LEXINGTON, KY 40504
USA
Drug Route: BY MOUTH
Therapy: XELJANZ
Written on: 09/22/2020
Storage: ROOM TEMP
Refill Through: 09/21/2021
Refills Left: 1

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE

Claim Centers:
1: 79999 / MEDCO HOME DELIVERY

Route of Administration: BY MOUTH
Refill: 1 Through: 09/21/2021
Special Instructions:

| Abbrev | Prescription Drugs | Frequency | Dosage | Doses | #Days |
|---|---|---|---|---|---|
| XELJANZ | XELJANZ | DAILY | 11 MG | 90 | 90 |

Dispensed doses: 90

| Inv Abbrev | NonCompounded Detail Description | Qty/#days | Qty Ship |
|---|---|---|---|
| PF-0501-30 | XELJANZ XR 11MG TABLET (30'S) 330 MG BT | / | 3 BT |

NDC Number: 00069-0501-30 Lot: UNK Expiration Date: 05/31/2023
Manufacturer: PFIZER LABS

Order Taken: 203150040318

JAMIE REECE

**Prescription**

Rx#: 297-2130304-0
DAW Code: 0
Patient ID: 12719290
JAMIE H REECE

Rx entered by: X______________________ Date: __________
RITA PACHMAYER

Prescriber:
SUSANNE MOBERLY (859) 258-4450
1221 S BROADWAY

LEXINGTON, KY 40504
USA
DEA#:
NPI ID:1568843316

THE ABOVE PRESCRIPTION WAS DISPENSED TO YOUR PATIENT PURSUANT TO YOUR ORDER. TO SATISFY PAYER REQUIREMENTS, PLEASE VERIFY THE PRESCRIPTION BY SIGNING AND DATING ON THE APPROPRIATE LINES BELOW AND RETURN TO THE PHARMACY.

Prescriber Signature:

X______________________
DISPENSE AS WRITTEN
STATE LAW MAY REQUIRE PRESCRIBER HANDWRITTEN NOTATION OF BRANCH PREFERENCE.

X______________________
SUBSTITUTION ALLOWED

X______________________
DATE SIGNED BY PHYSICIAN

X______________________
ESTIMATED LENGTH OF NEED (MONTHLY INCREMENTS)

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 12/16/2020 | 01:35:46 | PBWS058 |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

Prescription status changed by user PBWS058 WorkQueue THERAPY MGT from First Attempt to Completed

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 12/29/2020 | 14:07:40 | EM5003 |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

Prescription status changed by user EM5003 WorkQueue THERAPY MGT from Second Attempt to Completed

Note Type: COMM 12/29/2020 14:25:49 EM5003
Standard Note Type: ALL
Patient: 12719290 / JAMIE H REECE

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE

Service Branch: 799 / ANF MEDCO CHANNEL

On Demand Task created:
Workqueue: PATIENT
Task Type: NURSE
Reference Type: PRESCRIPTIONS
Reference ID:
Dispensing Therapy: XELJANZ
Priority: NORMAL
Assigned to Team: RAI NURSE AE
Assigned to User:
Task Due Date: 29-DEC-20
Task Status: OPEN
Hold Reason:
Comments: ADVERSE EVENT REPORTED
DATE THAT EVENT WAS REPORTED TO ACCREDO: 12/29/2020
WAS THE REPORTER THE PATIENT?: YES
MEDICATION START DATE: 09/25/2020
EVENT DETAILS (VERBATIM): PATIENT REPORTS MISSING 2 DOSES DUE TO SURGERY ON 12/14/2020. PATIENT REPORTS FLARE UP. PAIN, SWELLING & DECREASE ROM NOTED MOSTLY IN LEFT HAND. PATIENT REPORTS FLARE UP STARTED "3 OR 4 DAYS AGO"
DID THE REPORTER IDENTIFY CAUSALITY? : NO
WAS THE THE PATIENT HOSPITALIZED?: NO
IS THE PHYSICIAN AWARE?: NO
WAS THE THERAPY ADJUSTED, INTERRUPTED, STOPPED, OR DOSE MISSED?: DOSE MISSED
DETAILS: 2 MISSED DOSES DURING HOSPITALIZATION FOR SURGERY ON 12/14/2020
DID THIS EVENT INVOLVE LENVIMA?: NO
CAN THE MANUFACTURER CONTACT THE REPORTER OR PHYSICIAN FOR MORE INFORMATION?: YES
OUTCOME: =
KADIANA DIVINEY RN ORL

Note Type: COMM 12/29/2020 14:47:25 ED2383
Standard Note Type: ALL
Patient: 12719290 / JAMIE H REECE

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE
Service Branch: 799 / ANF MEDCO CHANNEL

Changes saved for the following On Demand Task Fields:
Locked By: CHRISTINE SMITH
Locked Date: 29-DEC-20

----------------------------------------
Workqueue: PATIENT
Task Type: NURSE
Reference Type: PRESCRIPTIONS
Reference ID:
Dispensing Therapy: XELJANZ
Priority: NORMAL
Assigned to Team: RAI NURSE AE
Assigned to User:
Task Due Date: 29-DEC-20
Task Status: OPEN
Hold Reason:
Comments: ADVERSE EVENT REPORTED
DATE THAT EVENT WAS REPORTED TO ACCREDO: 12/29/2020
WAS THE REPORTER THE PATIENT?: YES
MEDICATION START DATE: 09/25/2020
EVENT DETAILS (VERBATIM): PATIENT REPORTS MISSING 2 DOSES DUE TO SURGERY ON 12/14/2020. PATIENT REPORTS FLARE UP. PAIN, SWELLING & DECREASE ROM NOTED MOSTLY IN LEFT HAND. PATIENT REPORTS FLARE UP STARTED "3 OR 4 DAYS AGO"
DID THE REPORTER IDENTIFY CAUSALITY? : NO
WAS THE THE PATIENT HOSPITALIZED?: NO
IS THE PHYSICIAN AWARE?: NO
WAS THE THERAPY ADJUSTED, INTERRUPTED, STOPPED, OR DOSE MISSED?: DOSE MISSED
DETAILS: 2 MISSED DOSES DURING HOSPITALIZATION FOR SURGERY ON 12/14/2020
DID THIS EVENT INVOLVE LENVIMA?: NO
CAN THE MANUFACTURER CONTACT THE REPORTER OR PHYSICIAN FOR MORE INFORMATION?: YES
OUTCOME: =
KADIANA DIVINEY RN ORL

Note Type: COMM 12/29/2020 15:19:17 P92282
Standard Note Type: ALL
Patient: 12719290 / JAMIE H REECE

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE
Service Branch: 799 / ANF MEDCO CHANNEL

Changes saved for the following On Demand Task Fields:
Locked By: SHARA CHILDRES
Locked Date: 29-DEC-20

----------------------------------------
Workqueue: PATIENT
Task Type: NURSE
Reference Type: PRESCRIPTIONS
Reference ID:
Dispensing Therapy: XELJANZ
Priority: NORMAL
Assigned to Team: RAI NURSE AE
Assigned to User:
Task Due Date: 29-DEC-20
Task Status: OPEN
Hold Reason:
Comments: ADVERSE EVENT REPORTED
DATE THAT EVENT WAS REPORTED TO ACCREDO: 12/29/2020
WAS THE REPORTER THE PATIENT?: YES
MEDICATION START DATE: 09/25/2020
EVENT DETAILS (VERBATIM): PATIENT REPORTS MISSING 2 DOSES DUE TO SURGERY ON 12/14/2020. PATIENT REPORTS FLARE UP. PAIN, SWELLING & DECREASE ROM NOTED MOSTLY IN LEFT HAND. PATIENT REPORTS FLARE UP STARTED "3 OR 4 DAYS AGO"
DID THE REPORTER IDENTIFY CAUSALITY? : NO
WAS THE THE PATIENT HOSPITALIZED?: NO
IS THE PHYSICIAN AWARE?: NO
WAS THE THERAPY ADJUSTED, INTERRUPTED, STOPPED, OR DOSE MISSED?: DOSE MISSED
DETAILS: 2 MISSED DOSES DURING HOSPITALIZATION FOR SURGERY ON 12/14/2020
DID THIS EVENT INVOLVE LENVIMA?: NO
CAN THE MANUFACTURER CONTACT THE REPORTER OR PHYSICIAN FOR MORE INFORMATION?: YES
OUTCOME: =
KADIANA DIVINEY RN ORL

Note Type: COMM 12/29/2020 15:25:09 P92282
Standard Note Type: ALL
Patient: 12719290 / JAMIE H REECE

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE

Service Branch: 799 / ANF MEDCO CHANNEL

Changes saved for the following On Demand Task Fields:
Status: HOLD
Reason: Other

---------------------------------------
Workqueue: PATIENT
Task Type: NURSE
Reference Type: PRESCRIPTIONS
Reference ID:
Dispensing Therapy: XELJANZ
Priority: NORMAL
Assigned to Team: RAI NURSE AE
Assigned to User:
Task Due Date: 29-DEC-20
Task Status: HOLD
Hold Reason: Other
Comments: ADVERSE EVENT REPORTED
DATE THAT EVENT WAS REPORTED TO ACCREDO: 12/29/2020
WAS THE REPORTER THE PATIENT?: YES
MEDICATION START DATE: 09/25/2020
EVENT DETAILS (VERBATIM): PATIENT REPORTS MISSING 2 DOSES DUE TO SURGERY ON 12/14/2020. PATIENT REPORTS FLARE UP. PAIN, SWELLING & DECREASE ROM NOTED MOSTLY IN LEFT HAND. PATIENT REPORTS FLARE UP STARTED "3 OR 4 DAYS AGO"
DID THE REPORTER IDENTIFY CAUSALITY? : NO
WAS THE THE PATIENT HOSPITALIZED?: NO
IS THE PHYSICIAN AWARE?: NO
WAS THE THERAPY ADJUSTED, INTERRUPTED, STOPPED, OR DOSE MISSED?: DOSE MISSED
DETAILS: 2 MISSED DOSES DURING HOSPITALIZATION FOR SURGERY ON 12/14/2020
DID THIS EVENT INVOLVE LENVIMA?: NO
CAN THE MANUFACTURER CONTACT THE REPORTER OR PHYSICIAN FOR MORE INFORMATION?: YES
OUTCOME: =
KADIANA DIVINEY RN ORL

Note Type: COMM 12/29/2020 19:58:58 P92282
Standard Note Type: ALL
Patient: 12719290 / JAMIE H REECE

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE

Service Branch: 799 / ANF MEDCO CHANNEL

Changes saved for the following On Demand Task Fields:
Locked By: SHARA CHILDRES
Locked Date: 29-DEC-20

----------------------------------------
Workqueue: PATIENT
Task Type: NURSE
Reference Type: PRESCRIPTIONS
Reference ID:
Dispensing Therapy: XELJANZ
Priority: NORMAL
Assigned to Team: RAI NURSE AE
Assigned to User:
Task Due Date: 29-DEC-20
Task Status: HOLD
Hold Reason: Other
Comments: ADVERSE EVENT REPORTED
DATE THAT EVENT WAS REPORTED TO ACCREDO: 12/29/2020
WAS THE REPORTER THE PATIENT?: YES
MEDICATION START DATE: 09/25/2020
EVENT DETAILS (VERBATIM): PATIENT REPORTS MISSING 2 DOSES DUE TO SURGERY ON 12/14/2020. PATIENT REPORTS FLARE UP. PAIN, SWELLING & DECREASE ROM NOTED MOSTLY IN LEFT HAND. PATIENT REPORTS FLARE UP STARTED "3 OR 4 DAYS AGO"
DID THE REPORTER IDENTIFY CAUSALITY? : NO
WAS THE THE PATIENT HOSPITALIZED?: NO
IS THE PHYSICIAN AWARE?: NO
WAS THE THERAPY ADJUSTED, INTERRUPTED, STOPPED, OR DOSE MISSED?: DOSE MISSED
DETAILS: 2 MISSED DOSES DURING HOSPITALIZATION FOR SURGERY ON 12/14/2020
DID THIS EVENT INVOLVE LENVIMA?: NO
CAN THE MANUFACTURER CONTACT THE REPORTER OR PHYSICIAN FOR MORE INFORMATION?: YES
OUTCOME: =
KADIANA DIVINEY RN ORL

Note Type: COMM 12/30/2020 07:18:41 P92282
Standard Note Type: ALL
Patient: 12719290 / JAMIE H REECE

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE
Service Branch: 799 / ANF MEDCO CHANNEL

Changes saved for the following On Demand Task Fields:
Locked By: SHARA CHILDRES
Locked Date: 30-DEC-20

----------------------------------------
Workqueue: PATIENT
Task Type: NURSE
Reference Type: PRESCRIPTIONS
Reference ID:
Dispensing Therapy: XELJANZ
Priority: NORMAL
Assigned to Team: RAI NURSE AE
Assigned to User:
Task Due Date: 29-DEC-20
Task Status: HOLD
Hold Reason: Other
Comments: ADVERSE EVENT REPORTED
DATE THAT EVENT WAS REPORTED TO ACCREDO: 12/29/2020
WAS THE REPORTER THE PATIENT?: YES
MEDICATION START DATE: 09/25/2020
EVENT DETAILS (VERBATIM): PATIENT REPORTS MISSING 2 DOSES DUE TO SURGERY ON 12/14/2020. PATIENT REPORTS FLARE UP. PAIN, SWELLING & DECREASE ROM NOTED MOSTLY IN LEFT HAND. PATIENT REPORTS FLARE UP STARTED "3 OR 4 DAYS AGO"
DID THE REPORTER IDENTIFY CAUSALITY? : NO
WAS THE THE PATIENT HOSPITALIZED?: NO
IS THE PHYSICIAN AWARE?: NO
WAS THE THERAPY ADJUSTED, INTERRUPTED, STOPPED, OR DOSE MISSED?: DOSE MISSED
DETAILS: 2 MISSED DOSES DURING HOSPITALIZATION FOR SURGERY ON 12/14/2020
DID THIS EVENT INVOLVE LENVIMA?: NO
CAN THE MANUFACTURER CONTACT THE REPORTER OR PHYSICIAN FOR MORE INFORMATION?: YES
OUTCOME: =
KADIANA DIVINEY RN ORL

Note Type: COMM 12/30/2020 09:54:59 P92282
Standard Note Type: ALL
Patient: 12719290 / JAMIE H REECE

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE
Service Branch: 799 / ANF MEDCO CHANNEL

Changes saved for the following On Demand Task Fields:
Status: COMPLETED
Comments: AE REPORTED

----------------------------------------
Workqueue: PATIENT
Task Type: NURSE
Reference Type: PRESCRIPTIONS
Reference ID:
Dispensing Therapy: XELJANZ
Priority: NORMAL
Assigned to Team: RAI NURSE AE
Assigned to User:
Task Due Date: 29-DEC-20
Task Status: COMPLETED
Hold Reason: Other
Comments: AE REPORTED

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 12/30/2020 | 09:55:43 | P92282 |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

On Demand Task created:
Workqueue: PATIENT
Task Type: NURSE
Reference Type: PRESCRIPTIONS
Reference ID: 297
Dispensing Therapy:
Priority: NORMAL
Assigned to Team: CLARIFICATION AE TEAM
Assigned to User:
Task Due Date: 30-DEC-20
Task Status: OPEN
Hold Reason:
Comments: AE REPORTED. ADD TO TRACKING LOG

Note Type: COMM 12/30/2020 10:13:21 EF6931
Standard Note Type: ALL
Patient: 12719290 / JAMIE H REECE

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE
Service Branch: 799 / ANF MEDCO CHANNEL

Changes saved for the following On Demand Task Fields:
Locked By: CHERYL WILSON
Locked Date: 30-DEC-20

---------------------------------------
Workqueue: PATIENT
Task Type: NURSE
Reference Type: PRESCRIPTIONS
Reference ID: 297
Dispensing Therapy:
Priority: NORMAL
Assigned to Team: CLARIFICATION AE TEAM
Assigned to User:
Task Due Date: 30-DEC-20
Task Status: OPEN
Hold Reason:
Comments: AE REPORTED. ADD TO TRACKING LOG

Note Type: COMM 12/30/2020 15:55:19 EF6931
Standard Note Type: ALL
Patient: 12719290 / JAMIE H REECE

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE

Service Branch: 799 / ANF MEDCO CHANNEL

Changes saved for the following On Demand Task Fields:
Status: COMPLETED
Comments: TRACKING LOG UPDATED

----------------------------------------
Workqueue: PATIENT
Task Type: NURSE
Reference Type: PRESCRIPTIONS
Reference ID: 297
Dispensing Therapy:
Priority: NORMAL
Assigned to Team: CLARIFICATION AE TEAM
Assigned to User:
Task Due Date: 30-DEC-20
Task Status: COMPLETED
Hold Reason:
Comments: TRACKING LOG UPDATED

| | | | | |
|---|---|---|---|---|
| Note Type: | CLIN | 01/14/2021 | 17:35:14 | MEDCO |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE

Claim Center: 79999 / MEDCO HOME DELIVERY
Prescription: 297- 2185175- 0
Service Branch: 799 / ANF MEDCO CHANNEL

2 DUR Messages from Medco

Medco Rx: 2101301661-18 Refill: 00
--------------------------------------------------------------
Protocol Reason: URPDD - POS DUR - DRUG INTERACTIONNDC: XELJANZ XR 11MG TABLET (30'S)

Protocol Generated: 20210113 090726

Comment:

DUR MSG 1 Numeric: 0000000003
DUR MSG 1 Text: 03228
DUR MSG 2 Numeric: 0000000000
DUR MSG 2 Text:
Reference information:
Medco RX: 2101301661-18
Date: 20200415
NDC: 00069050130 - XELJANZ - TOFACIT

Protocol Reason: URPOK RPH APPROVED OC/AUTORES DUR
Resolved on: 20210113 090726
=====================================================
Protocol Reason: URPSP - SPECIALTY PHARMACY DURNDC: XELJANZ XR 11MG TABLET (30'S)

Protocol Generated: 20210113 090726

Comment:

Protocol Reason: AU963 AUTO RESOLVED PMR TABLE IND
Resolved on: 20210113 090726
=====================================================

| | | | | |
|---|---|---|---|---|
| Note Type: | CLIN | 01/14/2021 | 17:35:14 | MEDCO |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Claim Center: | 79999 / MEDCO HOME DELIVERY | | | |
| Prescription: | 297- 2185175- 0 | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |
| Reviewed by: on: | | | | |

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 01/19/2021 | 16:12:19 | PCRM01 |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

Action Changed From: Open To: COMPLETED
Reason Code: Order Entered

PCRM01

**Prescription**

ACCREDO HEALTH GRP INC INDIANAPOLIS
2825W PERIMETER RD # 112

INDIANAPOLIS, IN 46241-3614 USA
(800) 870-6419 www.accredo.com
Prescription Report

Rx#: 297-2185175-0
DAW Code: 0
Patient ID: 12719290
JAMIE H REECE

USA

Sex: F DOB:

Shipment Date: 01/20/2021
Days delivery will last: 90
Prescriber:
SUSANNE MOBERLY (859) 258-4450
1221 S BROADWAY

LEXINGTON, KY 40504
USA
Drug Route: BY MOUTH
Therapy: XELJANZ
Written on: 01/13/2021
Storage: ROOM TEMP
Refill Through: 01/12/2022
Refills Left: 1

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE

Claim Centers:
1: 79999 / MEDCO HOME DELIVERY
3: 55032 / PHARMACY DATA MGMT-COPAY ASSIST-PDM

Route of Administration: BY MOUTH
Refill: 1 Through: 01/12/2022
Special Instructions:

| Abbrev | Prescription Drugs | Frequency | Dosage | Doses | #Days |
|---|---|---|---|---|---|
| XELJANZ | XELJANZ | DAILY | 11 MG | 90 | 90 |

Dispensed doses: 90

| Inv Abbrev | NonCompounded Detail Description | Qty/#days | Qty Ship |
|---|---|---|---|
| PF-0501-30 | XELJANZ XR 11MG TABLET (30'S) 330 MG BT | / | 3 BT |

NDC Number: 00069-0501-30 Lot: UNK Expiration Date: 05/31/2023
Manufacturer: PFIZER LABS

Order Taken: 210130166118

**Prescription**

Rx#: 297-2185175-0
DAW Code: 0
Patient ID: 12719290
JAMIE H REECE

Rx entered by: X________________________ Date: __________
VINCENT ANCONA

Prescriber:
SUSANNE MOBERLY (859) 258-4450
1221 S BROADWAY

LEXINGTON, KY 40504
USA
DEA#:
NPI ID:1568843316

THE ABOVE PRESCRIPTION WAS DISPENSED TO YOUR PATIENT PURSUANT TO YOUR ORDER.
TO SATISFY PAYER REQUIREMENTS, PLEASE VERIFY THE PRESCRIPTION BY SIGNING AND DATING ON THE APPROPRIATE LINES BELOW AND RETURN TO THE PHARMACY.

Prescriber Signature:

X________________________
DISPENSE AS WRITTEN
STATE LAW MAY REQUIRE PRESCRIBER HANDWRITTEN NOTATION OF BRANCH PREFERENCE.

X________________________
SUBSTITUTION ALLOWED

X________________________
DATE SIGNED BY PHYSICIAN

X________________________
ESTIMATED LENGTH OF NEED (MONTHLY INCREMENTS)

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 04/02/2021 | 16:27:38 | EL3055 |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

Prescription status changed by user EL3055 WorkQueue THERAPY MGT from Second Attempt to Completed

Note Type: CLIN 04/14/2021 14:46:09 MEDCO
Standard Note Type: ALL
Patient: 12719290 / JAMIE H REECE

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE
Claim Center: 79999 / MEDCO HOME DELIVERY
Prescription: 297- 2185175- 1
Service Branch: 799 / ANF MEDCO CHANNEL

2 DUR Messages from Medco

Medco Rx: 2101301661-18 Refill: 01
--------------------------------------------------------------
Protocol Reason: URPDD - POS DUR - DRUG INTERACTIONNDC: XELJANZ XR 11MG TABLET (30'S)

Protocol Generated: 20210414 040952

Comment:

DUR MSG 1 Numeric: 0000000003
DUR MSG 1 Text: 03228
DUR MSG 2 Numeric: 0000000000
DUR MSG 2 Text:
Reference information:
Medco RX: 2101301661-18
Date: 20210129
NDC: 00069050130 - XELJANZ - TOFACIT

Protocol Reason: URPOK RPH APPROVED OC/AUTORES DUR
Resolved on: 20210414 040952
=====================================================
Protocol Reason: URPSP - SPECIALTY PHARMACY DURNDC: XELJANZ XR 11MG TABLET (30'S)

Protocol Generated: 20210414 040952

Comment:

Protocol Reason: AU963 AUTO RESOLVED PMR TABLE IND
Resolved on: 20210414 040952
=====================================================
DUR CLEARED BY MEDCO

**Prescription**

ACCREDO HEALTH GRP INC INDIANAPOLIS
2825W PERIMETER RD # 112

INDIANAPOLIS, IN 46241-3614 USA
(800) 870-6419 www.accredo.com
Prescription Report

Rx#: 297-2185175-1
DAW Code: 0
Patient ID: 12719290
JAMIE H REECE

USA

Sex: F DOB:

Shipment Date: 04/16/2021
Days delivery will last: 90
Prescriber:
SUSANNE MOBERLY (859) 258-4450
1221 S BROADWAY

LEXINGTON, KY 40504
USA

Drug Route: BY MOUTH
Therapy: XELJANZ
Written on: 01/13/2021
Storage: ROOM TEMP
Refill Through: 01/12/2022
Refills Left: 0

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE

Claim Centers:
1: 79999 / MEDCO HOME DELIVERY
3: 55032 / PHARMACY DATA MGMT-COPAY ASSIST-PDM

Route of Administration: BY MOUTH
Refill: 1 Through: 01/12/2022
Special Instructions:

| Abbrev | Prescription Drugs | Frequency | Dosage | Doses | #Days |
|---|---|---|---|---|---|
| XELJANZ | XELJANZ | DAILY | 11 MG | 90 | 90 |

Dispensed doses: 90

| Inv Abbrev | NonCompounded Detail Description | Qty/#days | Qty Ship |
|---|---|---|---|
| PF-0501-30 | XELJANZ XR 11MG TABLET (30'S) 330 MG BT | / | 3 BT |

NDC Number: 00069-0501-30 Lot: UNK Expiration Date: 05/31/2023
Manufacturer: PFIZER LABS

Order Taken: 210130166118

**Prescription**

Rx#: 297-2185175-1
DAW Code: 0
Patient ID: 12719290
JAMIE H REECE

Rx entered by: X ______________________________ Date: __________
RXH RXH

Prescriber:
SUSANNE MOBERLY (859) 258-4450
1221 S BROADWAY

LEXINGTON, KY 40504
USA
DEA#:
NPI ID:1568843316

THE ABOVE PRESCRIPTION WAS DISPENSED TO YOUR PATIENT PURSUANT TO YOUR ORDER. TO SATISFY PAYER REQUIREMENTS, PLEASE VERIFY THE PRESCRIPTION BY SIGNING AND DATING ON THE APPROPRIATE LINES BELOW AND RETURN TO THE PHARMACY.

Prescriber Signature:

X ______________________________
DISPENSE AS WRITTEN
STATE LAW MAY REQUIRE PRESCRIBER HANDWRITTEN NOTATION OF BRANCH PREFERENCE.

X ______________________________
SUBSTITUTION ALLOWED

X ______________________________
DATE SIGNED BY PHYSICIAN

X ______________________________
ESTIMATED LENGTH OF NEED (MONTHLY INCREMENTS)

| | | | | |
|---|---|---|---|---|
| Note Type: | CLIN | 05/20/2021 | 14:28:55 | MEDCO |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Claim Center: | 79999 / MEDCO HOME DELIVERY | | | |
| Prescription: | 297- 2308723- 0 | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |
| Reviewed by: on: | | | | |

Note Type: CLIN 05/20/2021 14:28:55 MEDCO
Standard Note Type: ALL
Patient: 12719290 / JAMIE H REECE

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE
Claim Center: 79999 / MEDCO HOME DELIVERY
Prescription: 297-2308723-0
Service Branch: 799 / ANF MEDCO CHANNEL
7 DUR Messages from Medco

Medco Rx: 2113001761-18 Refill: 00
--------------------------------------------------------------
Protocol Reason: URPER - POS DUR-REF TOO SOON(*T210)NDC: TALTZ 80 MG/ML 1 ML AUTOINJECTOR 2'S

Protocol Generated: 20210511 063909

Comment: ld/md

DUR MSG 1 Numeric: 0000000041
DUR MSG 1 Text: 051621
DUR MSG 2 Numeric: 0000000008
DUR MSG 2 Text: 20210518
Protocol Reason: RPHAP RPH APPROVED; PROF JUDGEMENT
Resolved on: 20210513 131705
=====================================================
Protocol Reason: URPTX - DUP THERAPY-DIFF ROUTE/CATEGORYNDC: TALTZ 80 MG/ML 1 ML AUTOINJECTOR 2'S

Protocol Generated: 20210511 063909

Comment: curret tx=taltz

DUR MSG 1 Numeric: 0000000002
DUR MSG 1 Text: V4B
DUR MSG 2 Numeric: 0000000000
DUR MSG 2 Text:
Reference information:
Medco RX: 2113001761-18
Date: 20210414
NDC: 00002144527 - TALTZ - IXEKIZU

Protocol Reason: MDHST MD APPROVE STP/CXL RX IN HIST
Resolved on: 20210520 095945
=====================================================
Protocol Reason: URPDP - DUPLICATE DRUG, PAT., SAME DAYNDC: TALTZ 80 MG/ML 1 ML AUTOINJECTOR 2'S

Protocol Generated: 20210511 063909

Comment:

Reference information:
Medco RX: 2113001761-18
Date: 20210510
NDC: 00002144527 - TALTZ - IXEKIZU

Protocol Reason: URAUT POTENTIAL DUP ON EARLY REFILL
Resolved on: 20210511 063909

Patient: 12719290 / JAMIE H REECE

=====================================================
===========================================
We did not receive all of the DUR messages, please contact Medco SPOR.

Note Type: COMM 05/22/2021 10:45:03 PCRM01
Standard Note Type: ALL
Patient: 12719290 / JAMIE H REECE

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE
Service Branch: 799 / ANF MEDCO CHANNEL
Action Changed From: First Contact Attempted To: COMPLETED
Reason Code: Order Entered

PCRM01

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 05/22/2021 | 11:00:05 | P90041 |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Prescription: | 297- 2308723- 0 | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

Ancillary V3 replacement effort for items shortage. Inventory 10614 removed, sub by 324792 at ratio 1:1 for quantity of 1

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 05/24/2021 | 09:19:49 | P89513 |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Prescription: | 297- 2308723- 0 | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

Prescription status changed by user P89513 WorkQueue PHARMACY from First Contact to Completed

**Prescription**

ACCREDO HEALTH GRP INC INDIANAPOLIS
2825W PERIMETER RD # 112

INDIANAPOLIS, IN 46241-3614 USA
(800) 870-6419 www.accredo.com
Prescription Report

Rx#: 297-2308723-0
DAW Code: 0
Patient ID: 12719290
JAMIE H REECE

USA

Sex: F DOB:

Shipment Date: 05/26/2021
Days delivery will last: 28
Prescriber:
SUSANNE MOBERLY (859) 258-4450
1221 S BROADWAY

LEXINGTON, KY 40504
USA
Drug Route: SUBCUTANEOUSLY
Therapy: TALTZ
Written on: 05/10/2021
Storage: REFRIGERATED
Refill Through: 05/09/2022
Refills Left: 0
Claim Centers:
1: 79999 / MEDCO HOME DELIVERY
3: 55032 / PHARMACY DATA MGMT-COPAY ASSIST-PDM

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE

Route of Administration: SUBCUTANEOUSLY
Refill: 0 Through: 05/09/2022
Special Instructions:

| Abbrev | Prescription Drugs | Frequency | Dosage | Doses | #Days |
|---|---|---|---|---|---|
| TALTZ | TALTZ | LOADDOSE | 80 MG | 2 | 28 |

Dispensed doses: 2

| Inv Abbrev | NonCompounded Detail Description | Qty/#days | Qty Ship |
|---|---|---|---|
| LY-1445-27 | TALTZ 80 MG/ML 1 ML AUTOINJECTOR 2'S 160 MG PKG | / | 1 PKG |

NDC Number: 00002-1445-27 Lot: UNK Expiration Date: 03/30/2023
Manufacturer: LILLY, ELI & CO.

| Inv Abbrev | Ancillary Product Description | Qty Ship | |
|---|---|---|---|
| SKP-6818 | PAD, ALCOHOL PREP MED 1'S 200BX EA | 2 EA | 297-2308723-1-0 |
| Lot: N/A | Expiration Date: | | |
| SHP-305557 | SHARPS CONTAINER 1.4QT (B-D) EA | 1 EA | 297-2308723-2-0 |
| Lot: N/A | Expiration Date: | | |

Order Taken: 211300176118

**Prescription**

Rx#: 297-2308723-0
DAW Code: 0
Patient ID: 12719290
JAMIE H REECE

Rx entered by: X ______________________ Date: __________
SHERIFATU ADAMA

Prescriber:
SUSANNE MOBERLY (859) 258-4450
1221 S BROADWAY

LEXINGTON, KY 40504
USA
DEA#:
NPI ID:1568843316

THE ABOVE PRESCRIPTION WAS DISPENSED TO YOUR PATIENT PURSUANT TO YOUR ORDER. TO SATISFY PAYER REQUIREMENTS, PLEASE VERIFY THE PRESCRIPTION BY SIGNING AND DATING ON THE APPROPRIATE LINES BELOW AND RETURN TO THE PHARMACY.

Prescriber Signature:

X ______________________
DISPENSE AS WRITTEN
STATE LAW MAY REQUIRE PRESCRIBER HANDWRITTEN NOTATION OF BRANCH PREFERENCE.

X ______________________
SUBSTITUTION ALLOWED

X ______________________
DATE SIGNED BY PHYSICIAN

X ______________________
ESTIMATED LENGTH OF NEED (MONTHLY INCREMENTS)

Note Type: COMM 05/28/2021 10:13:05 E57217
Standard Note Type: ALL
Patient: 12719290 / JAMIE H REECE

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE
Prescription: 297- 2308723- 0
Service Branch: 799 / ANF MEDCO CHANNEL

Prescription status changed by user E57217 WorkQueue RX REQUEST from Open to Completed,
Contact Type changed from Patient to Physician
Reason Code: Rx Received

MAINTENANCE DOSE
Date Received: 05/10/2021
Medication Name: Taltz
Invoice Number: 058936595-18
Rx Number: 2113001765-18
New Pend Release Date: 06/16/2021
E57217 FOH

Note Type: CLIN 06/16/2021 16:17:47 MEDCO
Standard Note Type: ALL
Patient: 12719290 / JAMIE H REECE

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE
Claim Center: 79999 / MEDCO HOME DELIVERY
Prescription: 297-2333985-0
Service Branch: 799 / ANF MEDCO CHANNEL

2 DUR Messages from Medco

Medco Rx: 2116700014-18 Refill: 00
--------------------------------------------------------------
Protocol Reason: URPTX - DUP THERAPY-DIFF ROUTE/CATEGORYNDC: TALTZ 80 MG/ML 1 ML AUTOINJECTOR

Protocol Generated: 20210616 000802

Comment:

DUR MSG 1 Numeric: 0000000001
DUR MSG 1 Text: V4B
DUR MSG 2 Numeric: 0000000000
DUR MSG 2 Text:
Reference information:
Medco RX: 2116700014-18
Date: 20210414
NDC: 00002144511 - TALTZ - IXEKIZU

Protocol Reason: PRSTP HISTORICAL RX DISCONTINUED
Resolved on: 20210616 000802
=====================================================
Protocol Reason: URPSP - SPECIALTY PHARMACY DURNDC: TALTZ 80 MG/ML 1 ML AUTOINJECTOR

Protocol Generated: 20210616 000802

Comment:

Protocol Reason: AU963 AUTO RESOLVED PMR TABLE IND
Resolved on: 20210616 000802
=====================================================

| | | | | |
|---|---|---|---|---|
| Note Type: | CLIN | 06/16/2021 | 16:17:47 | MEDCO |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Claim Center: | 79999 / MEDCO HOME DELIVERY | | | |
| Prescription: | 297-2333985-0 | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |
| Reviewed by: on: | | | | |

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 06/18/2021 | 10:31:05 | IVRPROD |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

Action Changed From: First Contact Attempted To: COMPLETED
Reason Code: Order Entered

IVRPROD

ACCREDO

**Prescription**

ACCREDO HEALTH GRP INC INDIANAPOLIS
2825W PERIMETER RD # 112

INDIANAPOLIS, IN 46241-3614 USA
(800) 870-6419 www.accredo.com
Prescription Report

Rx#: 297-2333985-0
DAW Code: 0
Patient ID: 12719290
JAMIE H REECE

USA

Sex: F DOB:

Shipment Date: 06/22/2021
Days delivery will last: 84
Prescriber:
SUSANNE MOBERLY (859) 258-4450
1221 S BROADWAY

LEXINGTON, KY 40504
USA

| | |
|---|---|
| Drug Route: | SUBCUTANEOUSLY |
| Therapy: | TALTZ |
| Written on: | 05/10/2021 |
| Storage: | REFRIGERATED |
| Refill Through: | 05/09/2022 |
| Refills Left: | 0 |

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE

Claim Centers:
1: 79999 / MEDCO HOME DELIVERY
3: 55032 / PHARMACY DATA MGMT-COPAY ASSIST-PDM

Route of Administration: SUBCUTANEOUSLY
Refill: 0 Through: 05/09/2022
Special Instructions:

| Abbrev | Prescription Drugs | Frequency | Dosage | Doses | #Days |
|---|---|---|---|---|---|
| TALTZ | TALTZ | Q4W | 80 MG | 3 | 84 |
| | | | Dispensed doses: | 3 | |

| Inv Abbrev | NonCompounded Detail Description | Qty/#days | Qty Ship |
|---|---|---|---|
| LY-1445-11 | TALTZ 80 MG/ML 1 ML AUTOINJECTOR 80 MG SRN | / | 3 SRN |

NDC Number: 00002-1445-11 Lot: UNK Expiration Date: 12/31/2023
Manufacturer: LILLY, ELI & CO.

| Inv Abbrev | Ancillary Product Description | Qty Ship | |
|---|---|---|---|
| SKP-6818 | PAD, ALCOHOL PREP MED 1'S 200BX EA | 0 EA | 297-2333985-1-0 |
| Lot: | Expiration Date: | | |
| SHP-305557 | SHARPS CONTAINER 1.4QT (B-D) EA | 0 EA | 297-2333985-2-0 |
| Lot: | Expiration Date: | | |

Order Taken: 211670001418

**Prescription**

Rx#: 297-2333985-0
DAW Code: 0
Patient ID: 12719290
JAMIE H REECE

Rx entered by: X________________________ Date: __________
JONATHAN JEU

Prescriber:
SUSANNE MOBERLY (859) 258-4450
1221 S BROADWAY

LEXINGTON, KY 40504
USA
DEA#:
NPI ID:1568843316

THE ABOVE PRESCRIPTION WAS DISPENSED TO YOUR PATIENT PURSUANT TO YOUR ORDER. TO SATISFY PAYER REQUIREMENTS, PLEASE VERIFY THE PRESCRIPTION BY SIGNING AND DATING ON THE APPROPRIATE LINES BELOW AND RETURN TO THE PHARMACY.

Prescriber Signature:

X________________________
DISPENSE AS WRITTEN
STATE LAW MAY REQUIRE PRESCRIBER HANDWRITTEN NOTATION OF BRANCH PREFERENCE.

X________________________
SUBSTITUTION ALLOWED

X________________________
DATE SIGNED BY PHYSICIAN

X________________________
ESTIMATED LENGTH OF NEED (MONTHLY INCREMENTS)

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 07/07/2021 | 16:35:43 | PBWS057 |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

Prescription status changed by user PBWS057 WorkQueue THERAPY MGT from First Attempt to Completed

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 07/15/2021 | 21:23:36 | PBWS057 |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

Prescription status changed by user PBWS057 WorkQueue THERAPY MGT from Second Attempt to Completed

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 08/07/2021 | 10:06:03 | PBWS057 |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

Prescription status changed by user PBWS057 WorkQueue THERAPY MGT from First Attempt to Completed

| | | | | |
|---|---|---|---|---|
| Note Type: | DUR | 08/25/2021 | 16:30:43 | SDS_CDUR_API |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Prescription: | 297- 2398746- 0 | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

Prescription: 2398746, Alert message: TALTZ AUTOINJECTOR: HUMIRA PEN 40MG/0.4ML PEN IJ KIT: TALTZ AUTOINJECTOR, Override Code: RPHST, Override Reason: APPROVE; STP/CXL RX IN HISTORY, Resolving Rph: SDS_CDUR_API

Note Type: COMM 08/26/2021 15:35:18 PCRM01
Standard Note Type: ALL
Patient: 12719290 / JAMIE H REECE

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE
Service Branch: 799 / ANF MEDCO CHANNEL
Action Changed From: Open To: COMPLETED
Reason Code: Order Entered

PCRM01

| | | | | |
|---|---|---|---|---|
| Note Type: | DUR | 08/27/2021 | 14:41:46 | EN7478 |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Prescription: | 297- 2398746- 0 | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

Prescription: 2398746, Alert message: TALTZ AUTOINJECTOR: HUMIRA PEN 40MG/0.4ML PEN IJ KIT: TALTZ AUTOINJECTOR, Override Code: RPHPJ, Override Reason: RPH APPROVED, PROFESSIONAL JUDGEMENT, Resolving Rph: EN7478

| | | | | |
|---|---|---|---|---|
| Note Type: | DUR | 08/27/2021 | 14:41:53 | EN7478 |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Prescription: | 297- 2400804- 0 | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

Prescription: 2400804, Alert message: TALTZ AUTOINJECTOR: HUMIRA PEN 40MG/0.4ML PEN IJ KIT: TALTZ AUTOINJECTOR, Override Code: RPHPJ, Override Reason: RPH APPROVED, PROFESSIONAL JUDGEMENT, Resolving Rph: EN7478

ACCREDO
Health, Incorporated



**Prescription History**

| SB | Pat.ID | Rx | Refill | Max | Drug Name | # Doses | Dosage | Units | # Days | Dispensed Date | RPH |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 297 | 12719290 | 1416479 | 0 | 11 | HUMIRA | 2 | 40 | MG | 28 | 08/15/2018 | EIH |
| 297 | 12719290 | 1416479 | 1 | 11 | HUMIRA | 2 | 40 | MG | 28 | 09/21/2018 | TBA |
| 297 | 12719290 | 1416479 | 2 | 11 | HUMIRA | 2 | 40 | MG | 28 | 10/30/2018 | EIH |
| 297 | 12719290 | 1723645 | 0 | 3 | HUMIRA | 6 | 40 | MG | 84 | 07/18/2019 | EIH |
| 297 | 12719290 | 1779878 | 0 | 3 | HUMIRA | 6 | 40 | MG | 84 | 09/24/2019 | EIH |
| 297 | 12719290 | 1870786 | 0 | 3 | HUMIRA | 6 | 40 | MG | 84 | 01/09/2020 | EIH |
| 297 | 12719290 | 2072941 | 0 | 0 | COSENTYX | 1 | 300 | MG | 28 | 08/28/2020 | SJH |
| 297 | 12719290 | 2074198 | 0 | 0 | COSENTYX | 1 | 300 | MG | 28 | 09/01/2020 | EIH |
| 297 | 12719290 | 2091309 | 0 | 0 | XELJANZ | 90 | 11 | MG | 90 | 09/24/2020 | RYN |
| 297 | 12719290 | 2130304 | 0 | 1 | XELJANZ | 90 | 11 | MG | 90 | 11/13/2020 | EIH |
| 297 | 12719290 | 2185175 | 0 | 1 | XELJANZ | 90 | 11 | MG | 90 | 01/20/2021 | RYN |
| 297 | 12719290 | 2185175 | 1 | 1 | XELJANZ | 90 | 11 | MG | 90 | 04/16/2021 | RYN |
| 297 | 12719290 | 2308723 | 0 | 0 | TALTZ | 2 | 80 | MG | 28 | 05/26/2021 | MCA |
| 297 | 12719290 | 2333985 | 0 | 0 | TALTZ | 3 | 80 | MG | 84 | 06/22/2021 | EIH |
| 297 | 12719290 | 2398746 | 0 | 3 | HUMIRA | 6 | 40 | MG | 84 | 08/30/2021 | SJH |

JAMIE REECE

**Prescription**

ACCREDO HEALTH GRP INC INDIANAPOLIS
2825W PERIMETER RD # 112

INDIANAPOLIS, IN 46241-3614 USA
(800) 870-6419 www.accredo.com
Prescription Report

Rx#: 297-2398746-0
DAW Code: 0
Patient ID: 12719290
JAMIE H REECE

USA

Sex: F DOB:

Shipment Date: 08/30/2021
Days delivery will last: 84
Prescriber:
SUSANNE MOBERLY (859) 258-4450
1221 S BROADWAY

LEXINGTON, KY 40504
USA

Drug Route: SUBCUTANEOUSLY
Therapy: HUMIRA
Written on: 08/24/2021
Storage: REFRIGERATED
Refill Through: 08/23/2022
Refills Left: 3

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE

Claim Centers:
1: 79999 / MEDCO HOME DELIVERY
2: 39999 / CARECENTRAL ESI
3: 55032 / PHARMACY DATA MGMT-COPAY ASSIST-PDM

Route of Administration: SUBCUTANEOUSLY
Refill: 3 Through: 08/23/2022
Special Instructions: INJECT 40 MG (0.4 ML) UNDER THE SKIN EVERY 2 WEEKS

| Abbrev | Prescription Drugs | Frequency | Dosage | Doses | #Days |
|---|---|---|---|---|---|
| HUMIRA | HUMIRA | QOW | 40 MG | 6 | 84 |

Dispensed doses: 6

| Inv Abbrev | NonCompounded Detail Description | Qty/#days | Qty Ship |
|---|---|---|---|
| AB-0554-02 | HUMIRA 40 MG/0.4 ML PEN 2'S 80 MG PACK | / | 3 PACK |

NDC Number: 00074-0554-02 Lot: UNK Expiration Date: 11/30/2023
Manufacturer: ABBVIE INC

| Inv Abbrev | Ancillary Product Description | Qty Ship | |
|---|---|---|---|
| SHP-305487 | SHARPS CONTAINER 1.5QT (1.4L) EA | 1 EA | 297-2398746-1-0 |

Lot: N/A Expiration Date:

Order Taken: Electronic-

JAMIE REECE

**Prescription**

Rx#: 297-2398746-0
DAW Code: 0
Patient ID: 12719290
JAMIE H REECE

Rx entered by: X ______________________ Date: __________
JORDAN WHEELER

Prescriber:
SUSANNE MOBERLY (859) 258-4450
1221 S BROADWAY

LEXINGTON, KY 40504
USA
DEA#:
NPI ID:1568843316

THE ABOVE PRESCRIPTION WAS DISPENSED TO YOUR PATIENT PURSUANT TO YOUR ORDER. TO SATISFY PAYER REQUIREMENTS, PLEASE VERIFY THE PRESCRIPTION BY SIGNING AND DATING ON THE APPROPRIATE LINES BELOW AND RETURN TO THE PHARMACY.

Prescriber Signature:

X ______________________
DISPENSE AS WRITTEN
STATE LAW MAY REQUIRE PRESCRIBER HANDWRITTEN NOTATION OF BRANCH PREFERENCE.

X ______________________
SUBSTITUTION ALLOWED

X ______________________
DATE SIGNED BY PHYSICIAN

X ______________________
ESTIMATED LENGTH OF NEED (MONTHLY INCREMENTS)

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 09/04/2021 | 09:59:51 | EC7919 |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |

Diagnoses: L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED
M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE

Prescription: 297- 2333985- 0

Service Branch: 799 / ANF MEDCO CHANNEL

Prescription status changed by user EC7919 WorkQueue RX REQUEST from 2nd ERX Attempted to 3rd Fax Attempted, Task date changed from 09/01/2021 to 09/06/2021
Reason Code: Success

Two successful outreaches. No response received. Task complete. EC7919 ORL

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 09/11/2021 | 07:45:39 | PBWS056 |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE | | | |
| Service Branch: | 799 / ANF MEDCO CHANNEL | | | |

Prescription status changed by user PBWS056 WorkQueue THERAPY MGT from First Attempt to Completed

| | | | | |
|---|---|---|---|---|
| Note Type: | COMM | 09/15/2021 | 08:46:33 | EJ3926 |
| Standard Note Type: | ALL | | | |
| Patient: | 12719290 / JAMIE H REECE | | | |

| | |
|---|---|
| Diagnoses: | L40.50 ARTHROPATHIC PSORIASIS, UNSPECIFIED<br>M05.9 RHEUMATOID ARTHRITIS WITH RHEUMATOID FACTOR, UNSPE |
| Prescription: | 297- 2333985- 0 |
| Service Branch: | 799 / ANF MEDCO CHANNEL |

Prescription status changed by user EJ3926 WorkQueue RX REQUEST from 3rd Fax Attempted to Completed
Reason Code: NO RESPONSE

Called Spoke with Jamie (Patient). Advised that the patient must request refills from prescriber (Accredo cannot contact MDO). (Jamie said she is no longer using Taltz) EJ3926 ORL

## URINALYSIS WITH REFLEX TO CULTURE: Patient Communication

Released Seen

# URINALYSIS WITH REFLEX TO CULTURE

Results Abnormal

Status: Final result (Collected: 10/28/2021 09:00)

## Linked Charges

| Charge | Code | Link Type | Charge Type | Modifiers |
|---|---|---|---|---|
| None | | | | |

## URINALYSIS WITH REFLEX TO CULTURE

Order: 251960640

Status: Final result Visible to patient: Yes (seen)

Next appt: 11/19/2021 at 10:30 AM in Female Pelvic Medicine and Reconstructive Surgery (Melanie Hungler, PA)

Specimen Information: Foley Urine

| | Ref Range & Units | 12 d ago |
|---|---|---|
| Color | Yellow,Straw | **Colorless !** |
| Clarity, UA | Clear | Clear |
| Glucose, UA | Negative mg/dL | Negative |
| Bilirubin, UA | Negative | Negative |
| Ketones, UA | Negative mg/dL | Negative |
| Spec Grav, UA | 1.005 - 1.035 | 1.005 |
| Blood, UA | Negative | Negative |
| pH, Urine | 5.0 - 8.0 | 7.0 |
| Protein, UA | Negative mg/dL | Negative |
| Urobilinogen, UA | <2.0 mg/dL | <2.0 |
| Nitrite, UA | Negative | Negative |
| Leukocyte esterase UA | Negative | Negative |
| RBC, UA | 0 - 3 /HPF | 0 |
| WBC | 0 - 5 /HPF | <1 /HPF |
| Mucus, UA | None Seen /HPF | **Present !** |
| Resulting Agency | | TCH EXTERNAL LAB |

### Narrative

Performed by: TCHXLAB

Pre-op diagnosis:Rectocele [N81.6]Microscopic testing is not performed when the dipstick is negative for blood,
leukocyte, protein and nitrite.

Specimen Collected: 10/28/21 09:00 Last Resulted: 10/28/21 10:28

Order Details View Encounter Lab and Collection Details Routing Result History

### Result Care Coordination

Patient Communication

Released | Seen

## Lab Information

Lab
TCH EXTERNAL LAB

## Order History

Inpatient

| Date/Time | Action Taken | User | Additional Information |
|---|---|---|---|
| 10/28/21 0900 | Release | Wolf, Deborah R., RN | From Order: 251960639 |
| 10/28/21 1022 | Result | Interface, Lab Results | In process |
| 10/28/21 1028 | Result | Interface, Lab Results | Final |

## Specimen Information

| | |
|---|---|
| Type: | Urine |
| Source: | Foley Urine |

Pre-op diagnosis:
Rectocele [N81.6]

## Results Routing Details

| | |
|---|---|
| Order ID: | 251960640 |
| Result contact date: | 10/28/21 |
| Result status: | Final result |
| Outcome: | Primary notification suppressed, CC list and Care Team evaluated |
| Routing Scheme Used: | TCH SYSTEM RESULTS ROUTING [1036] |
| Routing Scheme Line: | 7 |
| Resulting User: | Interface, Lab Results [EDILABIH] |
| Routing Instant: | Thu Oct 28, 2021 10:28 AM |
| Comments: | Routing scheme or rule configured to have no recipients |
| Current Status: | Routing Complete |
| Status History: | Result contact created Thu Oct 28, 2021 10:28 AM |
| | Routing started Thu Oct 28, 2021 10:28 AM |
| | Routing Complete Thu Oct 28, 2021 10:28 AM |
| Result contact date: | 10/28/21 |
| Result status: | In process |
| Outcome: | Result not sent |
| Resulting User: | Interface, Lab Results [EDILABIH] |
| Routing Instant: | Thu Oct 28, 2021 10:22 AM |
| Comments: | An In Basket message was not sent because no results were filed. |
| Current Status: | Routing Complete |
| Status History: | Result contact created Thu Oct 28, 2021 10:22 AM |
| | Routing Complete Thu Oct 28, 2021 10:22 AM |

## Order-Level Documents:

There are no order-level documents.

## View SmartLink Info

URINALYSIS WITH REFLEX TO CULTURE (Order #251960640) on 10/28/21

## Lab Address

Unless noted otherwise, this test was performed by
The Christ Hospital Health Network Laboratory
2139 Auburn Avenue
Cincinnati, Ohio 45219

## Susceptibility Tests

No results found for the last 90 days.

# Reece, Jamie

MRN: 10817229



Karram, Mickey M., MD
Physician
Gynecology

Discharge Summary
Addendum

Date of Service: 10/29/21 0643

**Urogynecology Discharge Summary**

***Patient ID***
Jamie Reece

10817229

**Admit Date:** 10/28/2021

**Discharge Date**: 10/29/2021

**Admitting Physician:** Karram, Mickey M., MD

**Discharging Physician:** Deborah Levy, MD

**Admission Diagnoses:** Rectocele [N81.6]

**Discharge Diagnoses:** Same

**Admission Condition:** good

**Discharge Condition:** good

**Surgery Performed:** Procedure(s) with comments:
Posterior Repair, Vaginal Vault Suspension, Enterocele Repair, Cystoscopy; anterior repair - Posterior Repair, Vaginal Vault Suspension, Enterocele Repair, Cystoscopy; anterior repair
COLPOSUSPENSION TRANSVAGINAL

**Hospital Course:** patient was admitted and underwent surgical repair with no intraoperative complications. Her recovery period in-hospital was short and uneventful. She underwent a voiding trial prior to discharge home with discharge instructions and follow-up reviewed in details.

**Significant Diagnostic Studies:** CBC, Urinalysis

**Discharge Exam:**
Heart: Regular rate and rhythm
Lungs: clear to auscultation
Abdomen: soft and nontender and nondistended
Vagina: minimal spotting noted, no evidence of active bleeding or abnormal discharge noted
Lower Extremities: Non-tender to palpation and no edema, Sensory-motor exam for lower extremities noted to be within normal limits

**Discharge Disposition:** Home

**Patient Instructions:**
Activity: no lifting, intercourse, baths, or strenuous exercise for 6 weeks. No driving while on any analgesics
Diet: Regular Diet with avoidance of constipation provoking foods (instructions provided in plan of care sheet)
Wound Care: keep wound clean and dry and ensure rinsing the area with water after every bowel movement and urination

**Follow-up**:
Dr Mickey Karram's office in 2 weeks for routine postop with a 1 week follow-up to be scheduled if the foley catheter was replaced after discharge/on discharge
Contact information for emergencies and inquiries and follow-up provided to the patient.

Levy, Deborah, MD
10/29/21

Chart closed or Electronically signed by Karram, Mickey M., MD at 10/30/21 1324.

## Status

Open

# Reece, Jamie

MRN: 10817229



Karram, Mickey M., MD
Physician
Gynecology

Op Note
Signed

Date of Service: 10/28/21 0646

Preoperative diagnosis-recurrence pelvic organ prolapse secondary to a rectocele and posterior enterocele.
Postoperative diagnosis-vaginal vault prolapse with recurrence rectocele and cystocele. As well as posterior vaginal wall scarring.
Procedures
1-vaginal vault suspension to the sacral spinous ligament CPT code 57282
2-skin tissue rearrangement vaginal advancement of approximately 1.5 cm CPT code 14040
3-posterior repair with perineoplasty CPT code 57250
4-anterior pair of vaginal paravaginal repair CPT code 57285

Anesthesia is general
Complications are none

Indications for surgery
This is a 53-year-old patient earlier this year underwent a posterior repair. She presented with a quick recurrence of her prolapse that was stemming from the upper part of the posterior vaginal wall. She was very bothered by this and had bowel dysfunction as well. With the understanding that this is most likely related to the development of a posterior enterocele as well as recurrence of her rectocele we discussed surgical correction. After detailed discussion we decided to proceed with vaginal repairs of her prolapse. Risks and benefits were discussed and consent form was signed.

Procedure
She is brought the operating room placed under adequate general anesthesia prepped and draped in normal fashion for vaginal surgery.

With a finger in the rectum a wedge of perineum and posterior vaginal was excised and a midline posterior vaginal incision was made. Sharp dissection was used to mobilize the anterior wall of the rectum from the posterior vaginal wall. The dissection was extended all the way to the apex of the vagina. No obvious enterocele sac could be identified and entered. Due to the extent of the prolapse and a need for a formal vaginal vault suspension we thus proceeded with a vaginal vault suspension to the sacral spinous ligament.

The right pararectal space was opened and blunt dissection was used to identify the ischial spine on the patient's right side. The sacral spinous coccygeal muscle complex was identified and blunt dissection was used to mobilize excess tissue away from the ligament. Using the Capio ligature passing device 2 PDS sutures were passed through

the midportion of the ligament. The sutures were brought out through the full thickness of the upper part of the posterior vaginal wall.

Do the vaginal scarring the vaginal wall was mobilized in a skin tissue rearrangement vaginal advancement of approximately 1.5 cm was required. Once this was done the upper portion of the posterior vaginal wall was closed with a continuous 2-0 Vicryl suture. The vaginal vault suspension stitches were then tied and this nicely approximated the vaginal wall to the right sacral spinous ligament. At this time cystoscopy assure no injury urethra the bladder and both ureteral orifice were visualized noted be functional by the spillage of peridium colored urine.

A defect specific rectocele repair was performed with 2 0 Vicryl sutures and this nicely repaired the rectovaginal fascia. The remainder of the posterior vaginal was closed with 2-0 Vicryl sutures and the perineum was then reconstructed with 2-0 and 3-0 Vicryl sutures. Rectal exam confirmed no injury to the rectum or suture penetration.

A residual cystocele was then present. We thus proceeded with a anterior repair. The anterior vaginal wall was grasped with 2 Allis clamps and a incision was made through the vaginal wall. Sharp dissection was used to mobilize the vaginal wall away from the underlying cystocele. Bilateral paravaginal defects were present. The cystocele was then plicated with 2-0 Vicryl sutures and the vaginal wall was closed with 3-0 Vicryl sutures. Repeat cystoscopy assure no injury urethra the bladder. A vaginal packing was placed in the sake patient was sent to the recovery room in stable condition.

Chart closed or Electronically signed by Karram, Mickey M., MD at 10/29/21 0700.

## Status

Open

# Reece, Jamie

MRN: 10817229

Office Visit 11/8/2021
The Christ Hospital Physicians - Urogynecology, Mt. Auburn

Provider: Karram, Mickey M., MD (Female Pelvic Medicine and Reconstructive Surgery)
Primary diagnosis: Right buttock pain
Reason for Visit: Follow-up

## Progress Notes

Karram, Mickey M., MD (Physician) • Female Pelvic Medicine and Reconstructive Surgery

CHIEF COMPLAINT:

**Chief Complaint**

Patient presents with

- Follow-up

*Pt presents today with pain in vagina, Issues with having a BM, and bladder issues.*

Pt is here for a right sided pudendal block; has severe right sided buttocks pain and some labial sensitivity
Had Rt SSL suspention last week

Bleeding ? no
Pain controlled? No; on lyrica
Urinary incontinence? no
Bladder problems? no
Having bowel movements regularly? yes - but has to manipulate perineum

Allergies:
Lortab [hydrocodone-acetaminophen] and Percocet [oxycodone-acetaminophen]

Current Outpatient Medications:

- acetaminophen (TYLENOL) 325 mg tablet, Take 2 Tablets (650 mg total) by mouth every 4 hours as needed for Pain., Disp: 60 Tablet, Rfl: 1
- adalimumab (Humira,CF, Pen) 40 mg/0.4 mL Pen Injector Kit, 40 mg by Subcutaneous route every 14 days., Disp: , Rfl:
- ascorbic acid, vitamin C, (Vitamin C) 500 mg tablet, Take 500 mg by mouth daily., Disp: , Rfl:
- cycloSPORINE (RESTASIS) 0.05 % Dropperette, Apply 1 Drop to eyes every 12 hours. , Disp: , Rfl:
- Diclofenac Sodium (VOLTAREN) 1 % Gel, Apply 2 g topically as needed. , Disp: , Rfl:
- ergocalciferol, vitamin D2, (VITAMIN D PO), Take by mouth daily., Disp: , Rfl:
- esomeprazole (NEXIUM) 40 mg Capsule, Delayed Release(E.C.), Take 40 mg by mouth nightly at bedtime. , Disp: , Rfl:
- estradioL (ESTRACE) 1 mg tablet, Take 1 mg by mouth daily., Disp: , Rfl:
- ibuprofen (MOTRIN) 600 mg tablet, Take 1 Tablet (600 mg total) by mouth every 6 hours as needed for Pain., Disp: 60 Tablet, Rfl: 1
- Lactobac no.41/Bifidobact no.7 (PROBIOTIC-10 PO), Take 1 Tablet by mouth daily., Disp: , Rfl:
- levocetirizine dihydrochloride (XYZAL PO), Take by mouth nightly at bedtime. , Disp: , Rfl:
- multivitamin (THERAGRAN) Tablet, Take 1 Tablet by mouth daily., Disp: , Rfl:
- polyethylene glycol (GLYCOLAX;MIRALAX) 17 gram/dose powder, Take 17 g by mouth 2 times daily as needed., Disp: 510 g, Rfl: 1
- pregabalin (LYRICA) 100 mg Capsule, Take 1 Capsule (100 mg total) by mouth nightly at bedtime for 20 days., Disp: 20 Capsule, Rfl: 0
- pregabalin (LYRICA) 100 mg Capsule, Take 100 mg by mouth 3 times daily., Disp: , Rfl:
- senna-docusate (SENOKOT-S) 8.6-50 mg Tablet, Take 2 Tablets by mouth daily as needed., Disp: 30 Tablet, Rfl: 1
- tiZANidine (ZANAFLEX) 4 mg tablet, Take 4 mg by mouth 3 times daily as needed., Disp: , Rfl:

- traMADoL (ULTRAM) 50 mg tablet, Take 1 Tablet (50 mg total) by mouth every 6 hours as needed for Pain for up to 7 days., Disp: 28 Tablet, Rfl: 0
- zinc sulfate (ZINC-15 PO), Take by mouth., Disp: , Rfl:

OBJECTIVE:

Resp 18 | Ht 5' 7" (1.702 m) | Wt 191 lb (86.6 kg) | BMI 29.91 kg/m²

General: alert, oriented to person, place and time, no acute distress and no anxiety, depression or agitation

Pelvic:
Ext. Genitalia, WNL

*Vagina:*
No adhesions
Minimal discharge
Good support
Vaginal length/caliber WNL

*Incisions:*
Suprapubic:no induration, dry, no swelling
Rt pudendal block performed

Assessment/PLAN:
**Encounter Diagnosis and associated Orders:**

| | | ICD-10-CM | |
|---|---|---|---|
| **1.** | **Neuralgia of left pudendal nerve** | **G58.8** | |
| 2. | Neuralgia of right pudendal nerve | G58.8 | dexamethasone (DECADRON) injection 4 mg<br>bupivacaine HCl (MARCAINE) 0.5 % injection 45 mg<br>PR INJECT TRIGGER POINTS, > 3<br>PR INJECT TRIGGER POINTS, > 3 |

Stable, post-op doing well.
Healing appropriately
Education and counseling provided.
to call me this afternoon
. Patient acknowledged understanding.

## Instructions

After Visit Summary (Printed 11/8/2021)

## Additional Documentation

Vitals: Resp 18 Ht 5' 7" (1.702 m) Wt 191 lb (86.6 kg) BMI 29.91 kg/m² BSA 2.02 m²

Flowsheets: Vital Signs Complex

Encounter Info: Billing Info, History, Allergies, Detailed Report

## Status

Chart closed or Electronically signed by: Karram, Mickey M., MD on 11/8/21 at 10:20

## Encounter Messages

No messages in this encounter

## Pended Orders

None

## Orders Placed

PR INJECT TRIGGER POINTS, > 3 ONE TIME

## Medication Changes

As of 11/8/2021 9:09 AM

None

## Medication List at End of Visit

As of 11/8/2021 9:09 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| acetaminophen (TYLENOL) 325 mg tablet | 1 | 10/28/2021 | |
| Take 2 Tablets (650 mg total) by mouth every 4 hours as needed for Pain. - Oral | | | |
| adalimumab (Humira,CF, Pen) 40 mg/0.4 mL Pen Injector Kit | | | |
| 40 mg by Subcutaneous route every 14 days. - Subcutaneous<br>Patient-reported medication | | | |
| ascorbic acid, vitamin C, (Vitamin C) 500 mg tablet | | | |
| Take 500 mg by mouth daily. - Oral<br>Patient-reported medication | | | |
| cycloSPORINE (RESTASIS) 0.05 % Dropperette | | | |
| Apply 1 Drop to eyes every 12 hours. - Ophthalmic<br>Patient-reported medication | | | |
| Diclofenac Sodium (VOLTAREN) 1 % Gel | | | |
| Apply 2 g topically as needed. - Topical<br>Patient-reported medication | | | |
| ergocalciferol, vitamin D2, (VITAMIN D PO) | | | |
| Take by mouth daily. - Oral<br>Patient-reported medication | | | |
| esomeprazole (NEXIUM) 40 mg Capsule, Delayed Release(E.C.) | | | |
| Take 40 mg by mouth nightly at bedtime. - Oral<br>Patient-reported medication | | | |
| estradioL (ESTRACE) 1 mg tablet | | | |
| Take 1 mg by mouth daily. - Oral<br>Patient-reported medication | | | |
| ibuprofen (MOTRIN) 600 mg tablet | 1 | 10/28/2021 | |

| | Refills | Start Date | End Date |
|---|---|---|---|
| Take 1 Tablet (600 mg total) by mouth every 6 hours as needed for Pain. - Oral | | | |
| Lactobac no.41/Bifidobact no.7 (PROBIOTIC-10 PO)<br>Take 1 Tablet by mouth daily. - Oral<br>Patient-reported medication | | | |
| levocetirizine dihydrochloride (XYZAL PO)<br>Take by mouth nightly at bedtime. - Oral<br>Patient-reported medication | | | |
| multivitamin (THERAGRAN) Tablet<br>Take 1 Tablet by mouth daily. - Oral<br>Patient-reported medication | | | |
| polyethylene glycol (GLYCOLAX;MIRALAX) 17 gram/dose powder<br>Take 17 g by mouth 2 times daily as needed. - Oral | 1 | 10/28/2021 | |
| pregabalin | | | |
| pregabalin (LYRICA) 100 mg Capsule<br>Take 100 mg by mouth 3 times daily. - Oral<br>Patient-reported medication | | | |
| pregabalin (LYRICA) 100 mg Capsule<br>Take 1 Capsule (100 mg total) by mouth nightly at bedtime for 20 days. - Oral | 0 | 11/5/2021 | 11/25/2021 |
| senna-docusate (SENOKOT-S) 8.6-50 mg Tablet<br>Take 2 Tablets by mouth daily as needed. - Oral | 1 | 10/28/2021 | |
| tiZANidine (ZANAFLEX) 4 mg tablet<br>Take 4 mg by mouth 3 times daily as needed. - Oral<br>Patient-reported medication | | | |
| traMADoL (ULTRAM) 50 mg tablet<br>Take 1 Tablet (50 mg total) by mouth every 6 hours as needed for Pain for up to 7 days. - Oral | 0 | 11/6/2021 | 11/13/2021 |
| zinc sulfate (ZINC-15 PO)<br>Take by mouth. - Oral<br>Patient-reported medication | | | |

## Medications Administered

bupivacaine HCl 45 mg
dexamethasone sodium phosphate 4 mg

## Visit Diagnoses

Primary: Right buttock pain M79.18
Neuralgia of right pudendal nerve G58.8

| | |
|---|---|
| Office Visit 9/17/2021<br>The Christ Hospital Physicians - Urogynecology, Fort Wright | Provider: Karram, Mickey M., MD (Female Pelvic Medicine and Reconstructive Surgery)<br>Primary diagnosis: Rectocele<br>Reason for Visit: New Patient Consult; Referred by Physician, Inpatient, MD |

## Progress Notes

Karram, Mickey M., MD (Physician) • Female Pelvic Medicine and Reconstructive Surgery

CHIEF COMPLAINT:
**Chief Complaint**
Patient presents with
- New Patient Consult
  *Prolapse*

Jamie Reece is a 52 y.o., female who presents for consultation at the request of Dr Beiting for an opinion regarding:
Has recurrent rectocele
Had repair at UK in dec 2020

| | |
|---|---|
| Visit Information | 9/17/2021 |
| **Reason for visit:** | Accidental bladder leakage;Problems emptying your bowels;Complication of previous pelvic surgery |
| **# of past different clinicians seen for presenting problem:** | 4 |
| **Types of clinicians seen for presenting problem:** | Obstetrician/Gynecologist;Other |
| **Referring Physician:** | Dr. Beiting - Lexington |

**Bladder Function:**

| | |
|---|---|
| Bladder Function | 9/17/2021 |
| **# of voids per night:** | 1 |
| **servings of caffiene/day:** | 1-2 servings/day |
| **History of recurrent urinary tract infections:** | No |
| **Current seen blood in urine:** | No |

| | |
|---|---|
| Bladder Leakage | 9/17/2021 |
| **Current leaking urine - any frequency or volume:** | No |

Current Incontinence Severity Index Score (ISI=Frequency x Volume):

| | |
|---|---|
| Bladder - Additional Information | 9/17/2021 |
| **Current voiding sensation/function:** | None |
| **Current 3 month difficulaty emptying bladder:** | No |

**Pelvic Support:**

| | |
|---|---|
| PELVIC SUPPORT | 9/17/2021 |
| **Current 3 months seen or felt vaginal buldge:** | No |
| **Current 3 months splinting to complete bowel movement:** | Yes |
| **Bother** | Quite a bit |

**Bowel Function (CRADI):**

| | |
|---|---|
| BOWEL FUNCTION (CRADI) | 9/17/2021 |

| | |
|---|---|
| **Current 3 months well-formed stool:** | No |
| **Current 3 months loose stool:** | Yes |
| **Bother:** | Somewhat (1) |
| **Current 3 months lose gas:** | No |
| **Current 3 months pain with defecation:** | No |
| **Current 3 months fecal urgency:** | Yes |
| **Current 3 months rectal prolapse:** | No |

| | |
|---|---|
| BOWEL - OTHER INFORMATION | 9/17/2021 |
| **Number of bowel movements per day:** | 5 |
| **Colonoscopy:** | Yes |
| **Blood in stool:** | Yes |

**Sexual Function:**

| | |
|---|---|
| Sexual Function | 9/17/2021 |
| **Current sexual function** | Sexually active with or without a partner |
| **Pain during intercourse** | Yes |
| **Bother** | Somewhat |

**Pertinent Review of Systems:**
General ROS: negative
ENT ROS: negative
Cardiovascular ROS: no chest pain or dyspnea on exertion
Respiratory ROS: no cough, shortness of breath, or wheezing
Endocrine ROS: negative
Hematological and Lymphatic ROS: negative
Neurological ROS: no TIA or stroke symptoms
Musculoskeletal ROS: negative
Psychological ROS: negative
Genito-Urinary ROS: as above
GYN HISTORY:
Last pap: Date: ; LMP: No LMP recorded.;

**OB History**

| Gravida | Para | Term | Preterm | AB | Living |
|---|---|---|---|---|---|
| 5 | 3 | | | | 3 |
| SAB | TAB | Ectopic | Multiple | Live Births | |

Obstetric Comments
Three Vaginal Deliveries

**Past Medical History:**

Diagnosis — Date

- Arthritis
- Colon polyp
- Family history- stomach cancer
- IBS (irritable bowel syndrome)
- Palpitations

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • HX HYSTERECTOMY | | 01/01/2005 |
| • HX RECTOCELE REPAIR<br>*with Dr. Heredia at UK, splinting* | | 12/2020 |
| • HX TONSILLECTOMY | | |
| • HX WRIST SURGERY | | 10/2019 |

**Family History**

| Problem | Relation | Name | Age of Onset |
|---|---|---|---|
| • Hypertension | Mother | | |
| • Arthritis | Mother | | |
| • High Cholesterol | Father | | |

**Social History**

Tobacco Use
- Smoking status: Never Smoker
- Smokeless tobacco: Never Used

Substance Use Topics
- Alcohol use: Not Currently

ALLERGIES:
Lortab [hydrocodone-acetaminophen] and Percocet [oxycodone-acetaminophen]

Current Outpatient Medications:
- cetirizine (ZYRTEC) 10 mg Tablet, Take 10 mg by mouth daily. (Patient not taking: Reported on 9/17/2021), Disp: , Rfl:
- cycloSPORINE (RESTASIS) 0.05 % Dropperette, Apply 1 Drop to eyes every 12 hours. (Patient not taking: Reported on 9/17/2021), Disp: , Rfl:
- Diclofenac Sodium (VOLTAREN) 1 % Gel, Apply 2 g topically 4 times daily. (Patient not taking: Reported on 9/17/2021), Disp: , Rfl:
- esomeprazole (NEXIUM) 40 mg Capsule, Delayed Release(E.C.), Take 40 mg by mouth every morning (before breakfast)., Disp: , Rfl:
- estradioL (ESTRACE) 1 mg tablet, Take 1 mg by mouth daily., Disp: , Rfl:
- ixekizumab (TALTZ) 80 mg/mL Auto-Injector, 80 mg by Subcutaneous route every 28 days. (Patient not taking: Reported on 9/17/2021), Disp: , Rfl:
- Lactobac no.41/Bifidobact no.7 (PROBIOTIC-10 PO), Take 1 Tablet by mouth daily., Disp: , Rfl:
- levocetirizine dihydrochloride (XYZAL PO), Take by mouth., Disp: , Rfl:
- multivitamin (THERAGRAN) Tablet, Take 1 Tablet by mouth daily., Disp: , Rfl:
- pregabalin (LYRICA) 100 mg Capsule, Take 100 mg by mouth 3 times daily., Disp: , Rfl:
- tiZANidine (ZANAFLEX) 4 mg tablet, Take 4 mg by mouth 3 times daily as needed., Disp: , Rfl:
- traMADoL (ULTRAM) 50 mg tablet, Take 50 mg by mouth daily. (Patient not taking: Reported on 9/17/2021), Disp: , Rfl:
- zinc sulfate (ZINC-15 PO), Take by mouth., Disp: , Rfl:

**OBJECTIVE:**

There were no vitals taken for this visit.

<u>Physical Examination:</u>

**Constitutional**

*General appearance:*alert, well appearing, and in no distress
*Mental status* :alert, oriented to person, place, and time

**Cardiovascular**

*Peripheral vascular system:* no cyanosis, no edema, extremities warm

**Chest**

*Resp;* normal respiratory effort, unlabored breathing

**Gastrointestinal**

*Abdomen:* no masses, tenderness

**Lymph:** No lymphadenopathy groin

**Genitourinary**

Ext. Genitalia: No lesions, normal appearance for age, no discharge present, no tenderness present

**Vagina:** Discharge no, Lesions no
Anterior wall - Normal support;
Post wall - Rectoocele Stage II; possible posterior enterocele
Cervix / Apex - Stage I prolapse
Mucosa: normal

**Bladder: Fullnessno, Masses no, Tenderness no**
**Urethral meatus: Sizeno, Location no, Lesions no, Prolapse no**
**Urethral body: normal support, normal location, no pain with palpation**

**IMPRESSION/PLAN:**
Jamie Reece is a 52 y.o. female with

**Encounter Diagnosis and associated Orders:**
No diagnosis found.

Has recurrent prolapse; rectocele possible emterocele

I have discussed clinical findings, natural history of the disease processes, treatment options including alternative treatments, procedures, essential risks, benefits, and expected outcomes. The patient's questions were answered. The patient voices an understanding and desires to proceed with the surgical procedures discussed.

**Risks / benefits / alternatives discussed with patient:** yes

**Consented for:** PR possible enteroceel and VVS

**Patient verbalized understanding and consent signed:** yes
**Pre-operative instructions given:** yes
**Clearance necessary:** Routine: Pre-op testing, H&P, EKG and CBC

**25 minutes spent face to face with patient.**

**Mickey Karram, MD**

September 17, 2021

## Other Notes

All notes

ADT from Epic, User

## Instructions

After Visit Summary (Printed 9/17/2021)

## Additional Documentation

| | |
|---|---|
| Vitals: | Resp 18 Ht 5' 7" (1.702 m) Wt 193 lb 9.6 oz (87.8 kg) BMI 30.32 kg/m² BSA 2.04 m²<br>More Vitals |
| Flowsheets: | Urogyn New Pt Questionnaire, Vital Signs Complex |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Media

From this encounter

[Media Unavailable] Scan on 8/11/2021 1335 by Ndome, Khady I: NEW LEXINGTON CLINIC REFERRAL-08/2021- MICKEY KARRAM, MD

## Status

Chart closed or Electronically signed by: Karram, Mickey M., MD on 9/17/21 at 10:14

## Encounter Messages

No messages in this encounter

## Pended Orders

None

## Orders Placed

None

## Medication Changes

As of 9/17/2021 8:56 AM

None

## Medication List at End of Visit

As of 9/17/2021 8:56 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| cetirizine (ZYRTEC) 10 mg Tablet<br>Take 10 mg by mouth daily. - Oral<br>Patient not taking: Reported on 9/17/2021<br>Patient-reported medication | | | 10/26/2021 |
| cycloSPORINE (RESTASIS) 0.05 % Dropperette<br>Apply 1 Drop to eyes every 12 hours. - Ophthalmic<br>Patient-reported medication | | | |
| Diclofenac Sodium (VOLTAREN) 1 % Gel<br>Apply 2 g topically as needed. - Topical<br>Patient-reported medication | | | |
| esomeprazole (NEXIUM) 40 mg Capsule, Delayed Release(E.C.)<br>Take 40 mg by mouth nightly at bedtime. - Oral<br>Patient-reported medication | | | |

| | Refills | Start Date | End Date |
|---|---|---|---|
| estradioL (ESTRACE) 1 mg tablet<br>Take 1 mg by mouth daily. - Oral<br>Patient-reported medication | | | |
| ixekizumab (TALTZ) 80 mg/mL Auto-Injector<br>80 mg by Subcutaneous route every 28 days. - Subcutaneous<br>Patient not taking: Reported on 9/17/2021<br>Patient-reported medication | | | 10/26/2021 |
| Lactobac no.41/Bifidobact no.7 (PROBIOTIC-10 PO)<br>Take 1 Tablet by mouth daily. - Oral<br>Patient-reported medication | | | |
| levocetirizine dihydrochloride (XYZAL PO)<br>Take by mouth nightly at bedtime. - Oral<br>Patient-reported medication | | | |
| multivitamin (THERAGRAN) Tablet<br>Take 1 Tablet by mouth daily. - Oral<br>Patient-reported medication | | | |
| pregabalin (LYRICA) 100 mg Capsule<br>Take 100 mg by mouth 3 times daily. - Oral<br>Patient-reported medication | | | |
| tiZANidine (ZANAFLEX) 4 mg tablet<br>Take 4 mg by mouth 3 times daily as needed. - Oral<br>Patient-reported medication | | | |
| traMADoL (ULTRAM) 50 mg tablet<br>Take 50 mg by mouth as needed. - Oral<br>Patient-reported medication | | | 11/6/2021 |
| zinc sulfate (ZINC-15 PO)<br>Take by mouth. - Oral<br>Patient-reported medication | | | |

## Visit Diagnoses

Primary: Rectocele N81.6
Vaginal enterocele, congenital or acquired N81.5

# PATIENT INFORMATION

**TCHMA MOUNT AUBURN FAMILY MEDICINE PB**

| | | | |
|---|---|---|---|
| Name: | **Reece, Jamie** | DOB: | **Age: 53** |
| Patient ID: | **10817229** | CSN: | |
| Registration Status: | **Update** | Fin. Class: | **No info available** |
| Hosp Acct ID: | | Acct Created By: | |
| Coverage Status: | | Authorization Number: | **N/A** |
| Date Privacy Notice: | **Not received** | | |

**APPOINTMENT INFORMATION**

| | | | |
|---|---|---|---|
| Appt Date: | | Appt Time: | |
| Provider: | | Appt Length: | **Minutes** |
| Procedure: | | Department: | |
| Check-in Rep: | | Check-in Time: | |
| Patient Class: | | Private? | |
| Adv. Dir. Status: | **<no information>** | Appt Source: | |
| Special Needs: | **None** | | |

**DEMOGRAPHICS**

| | | | |
|---|---|---|---|
| Street: | | SSN: | |
| City/St/ZIP: | | Sex: | **Female** |
| County: | **FAYETTE** | Race: | **White/Caucasian** |
| Home Phone: | | Interpreter Needed: | **No** |
| Work Phone: | **000-000-0000 (work)** | Language: | **English** |
| Mobile Phone: | Telephone Information: Mobile | Marital Status: | **Married** |
| Employer: | **No address on file.** | Religion: | **Christian** |
| | | Employment Status: | **Not Employed** |
| | | Occupation: | |

**EMERGENCY CONTACTS**

| Name | Home Phone | Work Phone | Mobile Phone | Relationship | Lgl Grd |
|---|---|---|---|---|---|
| **CHRISTOPHER B REE*** | | | | **Spouse** | |
| **MEL HUNTER** | | | | **Mother** | |

**GUARANTOR INFORMATION**

This SmartLink only works if you specify a patient encounter. If this is possible, then do so. If not, then this SmartLink won't work here.

**INJURY INFORMATION**

| | | | |
|---|---|---|---|
| Injury Date: | | Injury Time: | |
| Injury Place: | | Injury Type: | |

**COVERAGE INFORMATION**

| Payor/Plan | Subscr | DOB | Sex | Relation | Sub. Ins. ID | Effective | Group Num |
|---|---|---|---|---|---|---|---|

**PROVIDER INFORMATION**

| | Phone # | Fax # | Address |
|---|---|---|---|
| PCP: **None, None** | **None** | **None** | **2123 Auburn Ave., CINCINNATI OH 45219** |
| Ref: **No info available** | **N/A** | | |

**INDEPENDENT MEDICAL EXAMINATION by ANTHONY J. McELDOWNEY, MD, ORTHOPEDIC SURGEON**

**1025 Dove Run Road, #109**

**Lexington, KY 40502**

**(859)550-7364**

**zippo8162@yahoo.com**

Attention: Theresa Gilbert

Date: March 6, 2019

RE: Jamie H Reese

Social Security number:

Date of birth:

Job title and employee: Production team member/Toyota Motor Manufacturing Kentucky (4 years)

RECORDS REVIEWED – Toyota IHS, W Ben Kibler MD, Central Kentucky Radiology, Lexington Diagnostic Center and Open MRI, Patrick K Leung MD, St. Joseph Rheumatology Associates, Picadome Physical Therapy, Syed H Abbas MD, Ryan P Donegan MD, American Imaging Consultants, and David J Jenkinson MD.

**PLAINTIFF HISTORY**

Pleasant 50-year-old female who states, and of which medical records confirm, work-related injury to dominant right shoulder while applying frame type on January 30, 2018. Patient states new onset pain right shoulder into right arm with initial numbness and tingling. Patient states initial evaluation at Toyota IHS following ESI with restrictions and physical therapy. Patient states that she was sent home mid-April 2018 has not worked since. Patient confirms treatment right shoulder with injection summer 2018 without notable improvement. Patient currently not working, in physical therapy 1x/week, and followed with a pain management specialist for a diagnosis of complex regional pain syndrome type I.

Presently, patient states residual pain right shoulder specifically with activity but occasionally even at rest and at times awakens her from sleep with resolution of previous numbness and tingling down her right arm and into her right hand. Patient states some discomfort with overhead activities and more discomfort with repetitive activities and only mild problems bringing right arm around her back. Patient states sensitivity which comes and goes specifically in the right trapezial region extending forward to the

right clavicle and right upper chest. Patient denies significant strength loss in her right arm. Patient states periods of spasms in her neck. Patient states ongoing problems with sleep whether she sleeps on her right shoulder or not. Patient denies previous right shoulder injuries or conditions. Patient states difficulty with activities of daily living, including sustained activities specifically stirring a pot or using a vacuum cleaner. Patient states current medical problems include psoriatic arthritis diagnosed December 2017. Patient currently is taking gabapentin and baclofen.

Patient states arriving to work on January 30, 2018 without restrictions performing full work activities usual and customary for job description. Patient denies previous injuries or conditions from motor vehicle or motorcycle accidents or sports. Patient denies previous Worker's Compensation injuries or claims. Patient states follow up scheduled next week with pain management specialist.

**TREATMENT**

Treatment for this work-related injury included: medications, physical therapy and massage, single injection right shoulder, and compression sleeve for right arm.

**PHYSICAL EXAMINATION**

On physical examination, the patient presented to my office on time, casually dressed and groomed appearing younger than her stated age with appropriate affect and in no obvious distress. Patient ambulates normally without evidence of long tract or myelopathic signs. No bony deformity right shoulder without localized swelling or appreciable effusion. Subjective tenderness is absent. Strength measurements: flexion at shoulder level right 5/5, left 5/5; abduction at shoulder level right 5/5, left 5/5; shoulder ER right 5/5, left 5/5; shoulder IR right 5/5, left 5/5; elbow flexion right 5/5, left 5/5; elbow extension right 5/5, left 5/5; wrist flexion right 5/5, left 5/5; wrist extension right 5/5, left 5/5; opposition right 5/5, left 5/5; hand intrinsics right 5/5, left 5-/5; pinch right 5/5, left 5/5; grip right 26.6 kg, grip left 27.0 kg. AROM cervical spine without radicular symptoms and pain-free with flexion chin to chest, extension 50, right rotation 75, left rotation 85, right lateral bending 40, and left lateral bending 50. Upper extremity reflexes symmetrical and 2-3+ at C5 and C6, and 1+ at C7. Mid-arm circumference measurements right 32.0 cm and left 32.25 cm. ROM right shoulder with pain at extremes flexion 150/150, extension 40/40, abduction 180, adduction 40/40, ER 75/75, and IR 70/70 (T7-8 level). AROM left shoulder pain-free flexion 155, extension 40, abduction 180, adduction 55, ER 100, and IR 90 (T5 level). Right shoulder with mild multidirectional instability. Left shoulder with mild to moderate multidirectional instability. AROM bilateral elbow pain-free slight hyperextension to 160, supination 90, and pronation 90. Bilateral elbow with pseudo-valgus instability at MCL with carrying angle right elbow 22° and carrying angle left elbow 18°. Bilateral DRUJ with mild to moderate hypermobility to translational testing. AROM bilateral wrist pain-free flexion approximate 90, extension approximate 90, ulnar deviation approximate 50, and radial deviation approximate 30. 2-point discrimination intact bilateral hands. No evidence of causalgia or hypersensitivity to testing along the entire right arm.

**DIAGNOSTIC TESTING**

Radiographs cervical spine February 27, 2018 with impression no fracture or subluxation with straightening of the cervical spine and mild degenerative changes, most significant at C5-6.

Radiographs right shoulder February 27, 2018 with impression no acute fracture or dislocation with minimal degenerative changes at AC and glenohumeral joints and no soft tissue abnormality.

MRI right shoulder with contrast March 20, 2018 with impression mild frame along the articular surface of supraspinatus and infraspinatus tendons with no full thickness rotator cuff tear and mild AC joint osteoarthritic changes.

MRI cervical spine without contrast April 10, 2018 with impression mild diffuse disc bulge and mild bilateral foraminal narrowing at C4-5 with unknown increased signal within cervical cord at C6 level.

EMG with nerve conduction studies March 22, 2018 with impression normal right arm with no evidence of carpal tunnel syndrome, other focal nerve entrapment, or cervical radiculopathy.

**SURGICAL PROCEDURES**

**None for work-related injury right shoulder on January 30, 2018.**

**DIAGNOSIS**

**Non-specific overuse right shoulder strain with exacerbation of previously dormant and asymptomatic multidirectional instability.**

**CAUSATION**

Within reasonable medical probability, was plaintiff's injury the cause of her complaints? Yes, as this patient arrived to work on January 30, 2018 without restrictions and performing full work activities, without previous injury or condition to her right shoulder.

**EXPLANATION OF CAUSAL RELATIONSHIP**

Because of work-related injury dominant right shoulder on January 30, 2018, there has been a harmful change to the human organism of Jamie Reese, who suffers residual pain and mild instability right shoulder despite appropriate conservative treatment.

**IMPAIRMENT**

Using the fifth edition AMA Guides to the Evaluation of Permanent Impairment, the plaintiff's permanent whole person impairment is 4%, calculated using Table 16-26 on page 505, which assigns 6% upper extremity impairment for right shoulder instability. Using Table 16-3 on page 439, a 4% whole person impairment is calculated.

Plaintiff had an active impairment prior to this injury? No, as this patient arrived to work on January 30, 2018 without restrictions and performing full work activities.

Date on which maximum medical improvement was reached: January 30, 2019.

**RESTRICTIONS**

The plaintiff described the physical requirements of the type of work performed at the time of injury as follows: Patient confirms work on the assembly line in Lexus paint using tools and hydraulic gun with pushing and pulling.

Does the plaintiff retain the physical capacity to return to the type of work performed at the time of injury? No.

Which restrictions, if any, should be placed upon plaintiff's work activities as the result of the injury? Restrictions include: No frequent, repetitive, or sustained labor activities bilateral upper extremities.

**CERTIFICATION and QUALIFICATIONS of PHYSICIAN**

I hereby certify that the above information is correct and that all opinions were formulated within the realm of reasonable medical probability of my experience as an orthopedic specialist for 23 years following successful orthopedic surgical residency at the Cleveland Clinic Foundation, as well as further training through the American Board of Independent Medical Evaluators in the fields of causation and impairment rating.

**Date: March 6, 2019**

**Full name of Physician: Anthony J. McEldowney, MD**

**Department of Workers' Claims Physician Index Number: 4297**

**From:** DisabilityDocuments
**Sent:** Thursday, January 27, 2022 3:24 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: Claim No. 8356763; Reece, Jamie

---

**From:** Bartley K. Hagerman <bkh@austinmehr.com>
**Sent:** Thursday, January 27, 2022 8:22:26 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** Claim No. 8356763; Reece, Jamie

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Please see the attached.

Sincerely,

**Bartley K. Hagerman | Attorney**

201 West Short Street, Suite 800

Lexington, KY 40507

Phone: (859) 225-3731

Fax: (859) 225-3830

bkh@austinmehr.com

**www.mehrfairbanks.com**

https://www.facebook.com/MehrFairbanksPetersonTrialLawyershttps://www.linkedin.com/company/mehr-fairbanks-peterson/

This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information contained in this communication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in future then please respond to the sender to this effect.

2022-01-27 ltr to Lincoln.pdf

Dr. James Owen IME report.pdf

MEHR FAIRBANKS
TRIAL LAWYERS

201 West Short Street, Suite 800 • Lexington, Kentucky 40507 • 859-225-3731 • 859-225-3830 • www.mehrfairbanks.com

| | |
|---|---|
| M. Austin Mehr | amehr@austinmehr.com |
| Philip G. Fairbanks | pgf@austinmehr.com |
| Bartley K. Hagerman | bkh@austinmehr.com |
| Elizabeth A. Thornsbury | elizabeth@austinmehr.com |


January 26, 2022

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
Disability and Life Claims
P.O. Box 2578
Omaha, NE 68172-9688

***Via email: DisabilityDocuments@LFG.com***

**RE: Claimant: Jamie Reece**
**Claim No.: 8356763**
**Toyota Long Term Disability Benefits**

Dear Madam or Sir:

We are in receipt of your fax dated January 26, 2022, indicating that you received our appeal letter from January 13, 2022 but not the enclosures, which should have been enclosed on CD. We are therefore mailing you another copy of that. You indicated you received Dr. Stephanie Barnes' vocational report.

In further support of this appeal, I enclose herewith the IME report of Dr. James Owen, who recently saw Ms. Reece and also reviewed her medical records. His report speaks for itself, but suffice it to say that his conclusion is that she is totally disabled, and the restrictions he places would disqualify her even from sedentary work.

Sincerely,

*/s/ Bartley K. Hagerman*

Bartley K. Hagerman

Enclosure

DISABILITY EXAMINATION

CLAIMANT: JAMIE REECE

LAST 4 SSN:

CONSULTANT: JAMES C. OWEN, M.D.
330 ROMANY ROAD
LEXINGTON, KY 40502

DATE OF EXAMINATION: 1/18/2022

PLACE OF EXAMINATION: 1136 MONARCH ST. LEXINGTON KY

CLAIMANT'S AGE: 53 YEARS

REQUESTED BY: B. HAGERMAN

CONSULTATIVE EXAMINATION

HISTORY OF PRESENT ILLNESS: This is a 53-year-old with buttock pain and CRPS in the right shoulder. The original injury dates back to she thinks perhaps 2018 at which time she began experiencing pain radiating down her arm and was followed by IHS at TMMK for prolonged period.

She was eventually referred over to Bluegrass Ortho and saw she thinks Dr. Donegan there. MRIs were done and she was eventually given a shot in that right shoulder. She was finally sent over to Dr. Kibbler at the clinic who told her she had problem in the shoulder. The joint had moved forward and injured her nerve and there was not anything he could do about it.

She subsequently also saw Dr. Tutt who recommended no operation. He followed up on her MRI of her neck.

She was left with persistent pain in that shoulder that eventually turned into a swelling in that arm that was diagnosed by Dr. Abbas who she was seeing for her psoriatic arthritis as a CRPS I. She underwent physical therapy for prolonged period perhaps as long as a year. That did not help. The massage therapy helped to some degree. She has now been left with intermittent swelling and severe pain that shoots down that right arm from the area of the anterior shoulder with any type of repetitive movement of her shoulder. Even something as simple as vacuuming with a very light vacuum causes that exquisite burning type pain to go all the way down to her hands. Her swelling has diminished to some degree, but still present there slightly.

She was reviewed for this by Dr. Leung, a neurologist, and apparently had an EMG study done at one point in time. She is not sure what that showed. Strangely the pain her hand is especially prominent in the thumb and fifth fingers. She admits to intermittent headaches and difficulty with use of the right arm. Because of the psoriatic arthritis she has had pain. Also particularly in her right hip and her feet.

She has seen an ophthalmologist at the Lexington Clinic because of swelling in her eyes. The pain she gets out of the shoulder is a sharp pain. There is a dull pain that is present there all the time. The sharp pain coming whenever it gets fired up from activity of the shoulder. Radiating pain down the arm goes especially to the elbow and also the outside of the forearm.

The second problem and the problem since she had been turned down for social security disability is that of persistent pain in the buttocks secondary to injury to the pudendal nerve. This occurred when she had a rectocele prolapse repaired by Dr. Karran in 11/2021. In the process apparently the pudendal nerve was injured. This surgery occurring at Cincinnati.

At the present time, she continues to have pain in the buttock area, right worse than left, that radiates into her leg occasionally but has caused significant bladder problems with intermittent bladder spasms for which she has been placed on a certain medication. She has also undergone two injections in the pudendal nerve since the surgery that had not helped. She has chronic constipation and cannot empty her bowels. She has to pull it out by gloving her hand.

PAST MEDICAL HISTORY: Surgeries only on the pelvic floor and also on the right wrist about two years ago where she had a fractured wrist. This was done by Bluegrass Ortho, Dr. O'Neill.

MEDICATIONS: Lyrica 100 three times day, tizanidine 4 mg three times a day, pantoprazole, Xyzal, multiple vitamins and something for bladder spasm. She cannot remember.

ALLERGIES: No known drug allergies.

PSYCHOSOCIAL: She is married. She lives with her husband. She has three children. She can read and write. She is right handed.

REVIEW OF SYSTEMS: Pain on a scale of 1 to 10 is a 4 to 8, 4 being average.

Estimation of abilities: She says she can lift 10 pounds, walk half an hour, stand 2 hours, sit for 30 minutes. She requires a donut for sitting at this point.

Review of systems is positive for constipation, psoriatic arthritis, heartburn, indigestion, control of urination.

HABITS: No alcohol. No smoking.

PHYSICAL EXAMINATION:

Results of physical examination, including objective medical finings to support complaints and/or diagnosis.

She looks approximately her stated age. She gave a fair medical history with normal affect and association.

VITAL SIGN: Weight of 175 pounds. Height 5 foot 7 inches. Blood pressure 137/87. Pulse 82. Respirations 18; Grip strength right hand 11 kg, left hand 14 kg. Best vision 20/20 right, 20/20 left.

HEENT: Negative.

NECK: Supple without bruits.

LUNGS: Clear without rales, rhonchi, or wheeze.

CHEST: Heart rate and rhythm was regular without murmur.

ABDOMEN: Soft without tenderness, masses, and bowel sounds are within normal limits.

NEUROLOGICAL: Cranial nerves II-XII were intact. Strength, sensation and coordination are all within normal limits. Reflexes 1+ bilaterally symmetrical. There were no pathologic reflexes. She got on and off the table and in and out of the room without significant difficulty. Normal gait and station. Pulses were full. There was no edema. Ranges of motion as per chart, showed normal ranges of motion, except for the shoulder. There she had definite diminution of internal rotation on that left shoulder and examination of the scapula showed definite scapular dyskinesis on that right side compared to the left. Rest of the ranges of motion were normal. her hands were warm. There was no nail atrophy. There was no paleness or evidence for RSD at the present time. Perhaps very slight edema in the right hand compared to the left. From the circumference of the right forearm at 25, left forearm at 24 ½. Right arm at 30, left arm 29.

We did do a 5th Edition pain scoring today, and that shows a pain subsection of 17/20. An ADL of 4/10, multiplied by 3 is 12. Effect of pain on mood 6/10. Table 18-5 of +1. Table 18-6 of +5. Total per Table 18-7 of 31, placing her in the moderate impairment range.

MEDICAL RECORDS REVIEW: Review of the medical records shows notes from Dr. Leung, Kentucky One Health Rheumatology, Bluegrass Orthopedics, Family Practice Associates, Christ Hospital, Gynecology, Dr. Ben Kibler, Dr. McEldowney, Dr. Roden.

We have an IME from Dr. McEldowney that was done March 6, 2019. This indicates the shoulder was injured in January 30, 2018. She had been sent home mid-April of 2018. She has not worked since. She underwent shoulder injections in summer of 2018 with no help and then a pain management specialist. Diagnosed complex regional pain syndrome type 1. She continued to have pain through the IME time period that was described as worse with overhead activity, repetitive activity, tenderness particularly in the trapezial region of the shoulder. He cites x-rays of the cervical spine. No fracture or subluxation with straightening of the cervical spine and mild degenerative changes. Most significant C5-6. She also had x-rays of the right shoulder that were negative with minimal degenerative change at the AC. MRI of the right shoulder with contrast March 20, 2018. Showed mild foramen along the articular surface of the supraspinatus and infraspinatus tendons with no full thickness cuff tear, mild AC joint osteoarthritic changes. An MRI of the cervical spine without contrast April 10, 2018. Impression was mild diffuse disk bulge and mild bilateral foraminal narrowing at C4-5 with unknown increased signal within the cervical matter at C6 level.

An EMG study done 3/22/2018 was negative. She was given a total of 4% whole person impairment due to the shoulder instability and was deemed to not be able to return to the type of work performed at the time of injury. This was done by Dr. McEldowney.

In a letter dated March 29, 2019 from Dr. Kibler that indicates he had put her on restrictions previously with no more than 5-10 pounds lifting, no repetitive pushing, pulling, or overhead lifting. States that the pain management problem is her worst and says complex regional pain syndrome and psoriatic arthritis. Recommends an FCE be done.

Note from Dr. Roden. This was back in 2018. He was treating her for chronic pain at the Lexington Clinic Pain Management. Started her on Gabapentin and Baclofen at that point with diagnosis of neuropathic pain. Myofascial pain, chronic pain syndrome. Notes from rheumatology Dr. Voss back in 6/11/2018 time period. Psoriatic arthritis.

We also have notes from Christ Hospital Gynecology which indicates she underwent a posterior paravaginal wall suspension of a rectocoel with cystoscopy anterior repair. Dr. Karram dated 10/29/2021. All of this stemmed from rectocele prolapse of the posterior vaginal wall with bowel dysfunction. She subsequently has been diagnosed with neuralgia of the left pudendal nerve and neuralgia of the right pudendal nerve. Per note form Dr. Karram 11/8/2021. Underwent steroid shots for that. It is the pain from the neuralgia that keeps her from sitting and to sit even short periods of time requires a donut at this point in time. She failed to bring it to the office and therefore stood throughout the entire examination today.

We also have a note from DO Zheng date of service 7/1/2021. They reviewed records from 7/13/2017 through 5/9/2021. Indicates a medical history of significant complex regional pain syndrome right up around, cervicalgia, myofascial pain, right wrist fracture status post open reduction and internal fixation, psoriatic arthritis, bilateral hip osteoarthritis, lumbar disk disease, right foot bunion, right foot osteoarthritis, right foot hallucis valgus. The complex regional pain syndrome treated by Dr. Roden in pain medicine primarily with medication.

The CRPS indicates is supported by the presence of unilateral temperature changes, color changes, allodynia right upper extremity. He places sitting unrestricted which is no longer true, standing frequently 30 minutes at a time up to 3 hours per day, walking frequently 30 minutes at a time up to 3 hours per day, occasional lifting, carrying, pushing, pulling 20 pounds with right upper extremity of the left upper extremity 40 pounds. Those restrictions themselves certainly would stop her from going back to her usual customary work that begin general laborer in an industrial setting. Unfortunately her inability to sit for prolonged periods was not taken into consideration in as much as the surgeries have not been done at the time of this evaluation. He was only not dealing with the other orthopedic problems. Date of service 7/1/2021.

RECOMMENDATION: At the present time, certainly her restrictions would be significantly diminished. It is my opinion that they would be lifting 20 pounds with the left arm, 10 pounds with the right arm, walking less than 30 minutes, for up to 3 hours per day. Standing 30 minutes for 2 hours per day. Sitting 30 minutes for 2 hours per day with use of donut. Balancing never, stooping, kneeling, crouching never, crawling never, reaching occasionally overhead with the left upper extremity only. Right upper extremity would be no use overhead. No use of lower extremity for foot control in as much as the pudendal nerve of neuralgia and caused significant pain with that type of activity. Fine manipulation of fingers Unrestricted left upper extremity, rarely right upper extremity. Simple and firm grasping, occasionally right upper extremity, unrestricted left upper extremity. No climbing ladders. No work in unprotected heights. No operating heavy machinery.

It is therefore because of the combination of the complex regional pain syndrome requirement for medication and the difficulty with the pudendal neuralgia with its consequences of chronic pain and urological and rectal complications that she be awarded long-term disability and disability from DDS.

1/27/22

James C Owen MD

JAMES C. OWEN, M.D., CIME

JCO/jib
DS254798

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5711

| | |
|---|---|
| Date: | January 26, 2022 |
| To: | BARTLEY HAGERMAN<br>MEHR, FAIRBANKS & PETERSON<br>201 WEST SHORT STREET<br>SUITE 800<br>LEXINGTON KY 40507 |
| Attn: | |
| Fax: | (859) 225-3830 |
| From: | Lindsay Mack<br>Appeals Consultant<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5711 |
| Total Pages<br>(Including Cover): | 2 |
| RE: | Claim #: 8356763<br>Claimant: Jamie Reece<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5711

January 26, 2022

Bartley K. Hagerman
Mehr, Fairbanks & Peterson
201 WEST SHORT STREET
SUITE 800
LEXINGTON, KY 40507

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece

Dear Bartley Hagerman:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Toyota Motor Engineering & Manufacturing North America, Inc.'s Group Disability Policy. We are writing in reference to Jamie Reece's claim for LTD benefits under the Policy.

As noted in our letter of January 14, 2022, we received your request for review of the recent claim determination on Ms. Reece's LTD claim on January 13, 2022 via email. In your letter, you indicated that you had enclosed multiple documents with a copy of your letter sent via mail. We received the mailed copy of your letter on January 19, 2022; however, there were no records enclosed. The only record we have received from you to date is the amended vocational report from Dr. Stephanie Barnes that was remitted via email on January 18, 2022.

As outlined in our January 14, 2022 letter, we did grant your request for an extension until February 13, 2022 to supplement Ms. Reece's appeal. As such, we would ask that you please provide the documents that were supposed to have been included with your January 13, 2022 appeal letter, as well as any additional information you wish to submit in support of Ms. Reece's claim, by that date.

If you have any questions regarding this matter, please contact me.

Sincerely,

Lindsay Mack
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 14698
Secure Fax No.: (603) 334-5711

MEHR, FAIRBANKS & PETERSON
TRIAL LAWYERS
201 West Short Street, Suite 800 • Lexington, Kentucky 40507 • (859) 225-3731 • Fax (859) 225-3830 • www.mehrfairbanks.com

M. Austin Mehr amehr@austinmehr.com
Philip G. Fairbanks pgf@austinmehr.com
Erik D. Peterson edp@austinmehr.com
Bartley K. Hagerman bkh@austinmehr.com
Elizabeth A. Thornsbury elizabeth@austinmehr.com

January 13, 2022

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
Disability and Life Claims
P.O. Box 2578
Omaha, NE 68172-9688

***Via mail and facsimile: (603) 403-1601***

**RE: Claimant: Jamie Reece**
**Claim No.: 8356763**
**Toyota Long Term Disability Benefits**

Dear Madam or Sir:

Please consider this an appeal of Lincoln's wrongful denial of my client's LTD claim; Lincoln denied this claim by letter dated July 21, 2021. Therefore, this appeal is submitted prior to the 180-day deadline set forth in the letter.

**On December 20, 2021, I requested a 30-day extension of the appeal deadline. You never responded. Therefore, we hereby request that you wait to evaluate this LTD appeal as we intend to supplement this appeal within the next 30 days. Please advise if a 30-day extension is acceptable. My client is scheduled for an IME – we had to reschedule it due to ongoing medical issues with Ms. Reece.**

This appeal letter with enclosures shall be considered in conjunction to all information previously provided to Lincoln by my client. This is also an appeal of any and all applicable waiver of premium claims (disability, life, etc.) For reasons that follow, Lincoln's decision to deny Ms. Reece's LTD benefits[1] is arbitrary and capricious, not supported by substantial evidence, and against the great weight of the evidence. Ms. Reece requests that Lincoln reverse its denial of this LTD claim, remit payment of all past-due LTD benefits plus interest, approve any and all waiver of premium claims, and resume all benefits payments accordingly. **Should Lincoln reverse its**

[1] All references to Ms. Reece's LTD claim herein shall also be deemed to include all applicable waiver of premium claims.

**denial, you are hereby directed to mail all benefits checks directly to undersigned counsel for Ms. Reece.** The checks may be made payable to Ms. Reece.

Enclosed are the following documents in further support of my client's claim, and this appeal:

- Medical Records – Dr. Patrick Leung (1001-1011)
- Medical Records – St. Joseph Health Neurology (2001-2012)
- Medical Records – KentuckyOne Health Rheumatology (3001-3045)
- Medical Records – KORT Physical Therapy (4001-4104)
- Medical Records – Lexington Clinic (5001-5369)
- Medical Records – Bluegrass Orthopaedics (6001-6070)
- Medical Records – Costco Pharmacy (7001-7002)
- Medical Records – Family Practice Associates (8001-8081)
- Medical Records – Walmart Pharmacy (9001-9010)
- Medical Records – Accredo Specialty Pharmacy (10,001-10,197)
- Medical Records – Christ Hospital Urogynocology (11,001-11,018)
- Vocational Evaluation – Dr. Stephanie Barnes
- IME report – Dr. Anthony McEldowney
- Medical Opinion Letters – Dr. Ben Kibler (3/29/2019; 3/7/2019)
- Assorted records – Dr. Katherine Roden

Lincoln claim file and denial letter

Lincoln's Transferable Skills Analysis is inherently unreliable because the reviewer reviewed none of the medical records of Jamie Reece, nor did the reviewer ever meet or speak with Ms. Reece. Instead, the peer review report (provided by a doctor paid by Lincoln) was the only medical information reviewed by the reviewer. This single biased and cherry-picked document is insufficient to base the report on, rendering the findings unreliable. As explained below, the opinion of Dr. Stephanie Barnes explains why the analysis is substantively wrong.

Dr. Zheng's peer review report is also unreliable; he was not even provided Ms. Reece's most recent records to review. Ms. Reece has had surgeries since this report was rendered which are not considered by Dr. Zheng. Dr. Zheng's conclusions that Ms. Reece can occasionally do simple and firm grasping (RUE) and fine manipulation (RUE) and reach overhead and below waist level, are all unsupported by the medical evidence. He places no restrictions on the LUE, and only occasional restrictions on RLE for foot controls (unrestricted for LLE) – again, unsupported by the medical evidence. To say that Ms. Reece can occasionally lift, carry, push and pull up to 20 pounds with her RUE and occasionally up to 40 pounds with her LUE is absolutely absurd. Dr. Zheng even attempted to telephone Dr. Katherine Roden, in violation of my instructions that Lincoln and its employees/physicians may not orally speak with my client's physicians, but may request information in writing.

Medical Evidence

Documentation previously provided to Lincoln from Dr. Roden at Lexington Clinic indicates an onset date of Ms. Reece's psoriatic arthritis of 12/30/2017. This clearly refutes Liberty's assertion

that the onset of that condition was prior to December 7, 2017. Dr. Roden lists a plethora of other medical conditions with onset dates subsequent to the pre-existing condition period: generalized anxiety disorder (4/17/2018), IBS (8/14/2018), shoulder pain (7/25/2018), scapulalgia (7/25/2018), incoordination (7/25/2018), chokes when swallowing (4/17/2018), intermittent dysphagia (6/19/2018), and altered bowel function (8/14/2018). To the extent Liberty did not consider these other conditions in evaluating Ms. Reece's LTD application, she hereby amends her application and directs Liberty to consider these conditions and the records provided herewith in support of same.

These records clearly indicate that Ms. Reece began experiencing pain in her right shoulder beginning January 2018. Her job responsibilities of repetitive pushing and pulling were noted. On 11/12/2018, Ms. Reece followed up on her right arm pain, with arm numbness and swelling. She had color changes in her hands. Dr. Roden noted that the "pain is related to repetitive injury to her work at Toyota."

Dr. Abbas noted that Ms. Reece "has CRPS Type I, right arm after right shoulder and elbow injury due to repetitive work at Toyota factory. Initially symptoms started some time early January 2018." He also stated on 2/11/2019: "On account of constant pain with worsening at times, she is not able to go back to work."

Dr. Anthony McEldowney saw Ms. Reece on March 6, 2019 for an IME and assigned a 4% whole person impairment rating. He attributes Ms. Reece's issues to her repetitive work injury at Toyota and states that she is unable to return to her job.

Dr. Patrick Leung diagnosed right shoulder impingement syndrome on 7/3/2018 and stated he could not rule out early CRPS. (Bates 1000 series.)

In her physical therapy records from KORT, she notes that her pain is "at times severe at work." (Bates 2000 series.) The records state under "Work status: Unable to work secondary to dysfunction."

Ms. Reece was referred to KentuckyOne Health Rheumatology due to her history of psoriatic arthritis, with pain in her shoulders and neck, as well as chest discomfort. (Bates 3001.) Active problems listed were:

1. **Blurred vision (368.8) (H53.8)**
2. **CNS demyelination (341.9) (G37.9)**
3. **Fatigue (780.79) (R53.83)**
4. **Numbness (782.0) (R20.0)**

(Bates 3002.)

**Assessment**

1. Joint pain (719.40) (M25.50)
2. Encounter for medication monitoring (V58.83) (Z51.81)
3. History of psoriasis (V13.3) (Z87.2)
4. Chest pain, midsternal (786.51) (R07.89)
5. Psoriatic arthritis (696.0) (L40.50)
6. Pruritus (698.9) (L29.9)

(Bates 3004.)

Dr. Jiminez concurred that Ms. Reece has psoriatic arthritis, with an inflammatory history; labs were ordered. (Bates 3005.) She followed up 6/14/18 reporting having had high upper chest pain the day before. (Bates 3029.) The impression was costochondritis pain/chest wall inflammation due to psoriatic arthritis. (Bates 3031.) MRI of the brain 6/20/18 revealed possible chronic microangiopathy; she had certain findings which were noted upon review. (Bates 3032.) She continued to treat there thereafter with medication changes, etc.

Ms. Reece has had considerable physical therapy with KORT. Records were previously provided to Lincoln. Ms. Reece continued to have PT in February, March and April 2019, then again in December 2019, after which she was discharged to home exercise program. (Bates 4000 series.)

Lexington Clinic records were provided to Lincoln in 2019. She continued treating there in 2020, at which time she followed up for medication management for her complex regional pain syndrome (CRPS) and nerve pain. (Bates 5114.) She fractured her wrist after falling and had hardware installed status post open reduction internal fixation. (Bates 5143.) Choking sensation with lump in her throat which appears to be due to enlarged symmetric lingual tonsils; also has acute sinusitis. (Bates 5148.) She continued treating there in 2021 with right foot pain without trauma; also having problems post pelvic floor surgery. (Bates 5229.) She had a steroid injection to the right foot in May 2021 secondary to bunion. (Bates 5230.) She has chronic psoriasis and psoriatic arthritis and saw no improvement on the medication Xeljanz; continued swelling in right foot. (Bates 5235.) She presented with eye issues, including dry eyes and swelling in both upper lids. (Bates 5239.) She continued being followed at the pain management clinic, has CRPS Type 1, and "her symptoms are chronic and does need to maintain long-term pain management." (Bates 5259.) She has pain and stiffness in her hands and legs and skin breakouts. (Bates 5282.) November 2020 MRI of the L-spine showed degenerative changes with facet arthosis, most prominent at L4-L5 and L4-L5 foraminal encroachment. (Bates 5304.) 8/31/21 Ms. Reece continued on 100mg Lyrica, having increased pain in her right shoulder, as well as pain in her sternum and jaw. (Bates 5323.)

She presented November 2020 with hip pain to Bluegrass Orthopedics, pain extending to the pelvis. (Bates 6061.) Her orthopedist suspected it was gynecological in nature. (Bates 6066.)

Ms. Reece underwent surgery on October 28, 2021 at Christ Hospital Urogynocology. (Bates 11,004.) This was due to vaginal vault prolapse with recurrence rectocele and cystocele, as well as posterior vaginal wall scarring – 4 procedures were done in all. (Bates 11.005.) In November 2021 she presented with neuralgia of left pudendal nerve. (Bates 11,008.)

Dr. Ben Kibler explained in a 3/29/2019 letter that he placed weight restrictions of no more than 5 to 10 pounds of lifting, and stated her limitations would probably be permanent.

Dr. Stephanie Barnes performed a vocational evaluation and rendered a report dated January 10, 2022. Dr. Barnes reviews in detail Ms. Reece's educational and occupational history. She reviewed Ms. Reece's medical records, and she also reviewed Lincoln's Transferable Skills Analysis by Nicole Hall (5/17/21). Unlike Ms. Hall, Dr. Barnes actually interviewed Ms. Reece and reviewed her records and personal background – Ms. Hall only reviewed Lincoln's biased peer review report, cherry picked from the file. Dr. Barnes disagrees with Ms. Hall and notes that "the job requirements for these four positions are inconsistent with the opinions of Dr. Donegan and Dr. McEldowney. Both opine there are significant limitations in the repetitive use of the right hand for work related activities. Dr. Donegan notes there is no ability to use the dominant right hand/upper extremity. Dr. McEldowney finds . . . limitations on repetitive use of both upper extremities for work like activities." (Report, pp. 7-8.) Dr. Barnes then concludes: "The representative occupations set forth by Ms. Hall are all rated with use of the upper extremities as at least occasional (up to 2.7 hours per 8 hour shift). Termination of her Long-Term Disability benefits is inconsistent with the terms of her policy under the "other occupation" criteria."

Case law

It must be remembered that the doctor and vocational evaluator upon whom Lincoln relied (completely ignoring Ms. Reece's treating providers and cherry picking the file) are paid by and hired by Lincoln, with an inherent conflict of interest. Lincoln has "a clear incentive to contract with individuals who were inclined to find in its favor . . . ." *See Calvert v. Firstar Finance*, 409 F.3d 286, 292 (6th Cir. 2005). In a situation such as this, the "potential for self-interested decision-making is evident." *See id. See also Helfman v. GE Group Life Assur. Co.*, 573 F.3d 383, 393 (6th Cir. 2009) (decision should be viewed with skepticism when based on entities paid by the claim examiner). "[I]f a benefit plan gives discretion to an administrator or fiduciary who is operating under a conflict of interest, that conflict must be weighed as a factor[] in determining whether there is an abuse of discretion." *Davis v. Kentucky Finance Cos. Retirement Plan*, 887 F.2d 689, 694 (6th Cir. 1989). With respect to the conflict of interest analysis, "[t]he reviewing court looks to see if there is evidence that the conflict in any way influenced the plan administrator's decision." *Evans v. UnumProvident Corp.*, 434 F.3d 866, 878 (6th Cir. 2006).

Kentucky case law is very clear that insurance contracts are to be liberally construed in favor of the insured to afford coverage. *See State Auto Mut. Ins. Co. v. Ellis*, 700 S.W.2d 801, 803 (Ky. App. 1985) (doubts concerning the construction of insurance contracts are to be liberally construed in favor of the insured, and exclusions are to be strictly construed to make insurance effective). In *Wolford v. Wolford*, 662 S.W.2d 835, 838 (Ky. 1984), the Kentucky Supreme Court held, "[i]f the contract language is ambiguous, it must be liberally construed to resolve any doubts in favor of the insured." Courts will always attempt to effectuate insurance, not to defeat it. *See Sun Life Assur. Co. of Canada v. Wiley*, 79 S.W.2d 937, 939 (Ky. 1935).

Kentucky case law is clear that "'total disability' does not mean utter helplessness, and 'permanent disability' does not mean utter hopelessness, and [an individual] to be totally and permanently disabled does not have to be reduced to a state wherein he is entirely dependent on others and is

absolutely without hope of improvement." *Aetna Life Ins. Co. of Hartford, Conn. v. Gullett*, 89 S.W.2d 1, 3 (Ky. App. 1935).

> [A]s to the manner of construction of insurance policies, Kentucky law is crystal clear that exclusions are to be narrowly interpreted and all questions resolved in favor of the insured. Exceptions and exclusions are to be strictly construed so as to render the insurance effective. Any doubt as to the coverage or terms of a policy should be resolved **in favor of the insured** []. And since the policy is drafted in all details by the insurance company, it must be held strictly accountable for the language used.

*Eyler v. Nationwide Mut. Fire Ins. Co.*, 824 S.W.2d 855, 859-60 (Ky. App. 1992.) Importantly, "[t]o be enforceable, Kentucky law requires a limitation of insurance coverage, [...] to be clearly stated in order to apprise the insured of such limitations." *Bidwell v. Shelter Mut. Ins. Co.*, 367 S.W.3d 585, 588 (Ky. 2012). And "when ambiguities exist, [Kentucky's courts] resolve them against the drafter in order to circumvent the technical, legalistic and complex contractual terms which limit benefits to the insured." *Id.*

"The doctrine of reasonable expectations is used in conjunction with the principle that ambiguities should be resolved against the drafter in order to circumvent the technical, legalistic and complex contract terms which limit benefits to the insured." *Simon v. Continental Ins. Co.*, 724 S.W.2d 210, 213. Further, "[t]he main purpose of [c]ontract [l]aw is the realization of reasonable expectations induced by promises." *Id.* (citing Corbin on Contracts, § 537). Finally, "[a]n insurance contract must be construed according to its true character and purpose, and in accordance with the intentions and expectation interests of the parties." *Simon*, 724 S.W.2d at 213.

"[The Kentucky Supreme Court] has strongly adhered to a policy of protecting the reasonable expectations of policyholders." *Lewis by Lewis v. West Am. Ins. Co.*, 927 S.W.2d 829, 833 (Ky. 1996). When "coverage bought, paid for and reasonably expected is illusory[,] [s]uch is contrary to the public policy of Kentucky." *Chaffin v. Kentucky Farm Bureau Ins. Cos.* 789 S.W.2d 754, 757-58 (Ky. 1990).

Therefore, the definition of disability is to be read in favor of coverage for Ms. Reece.

Conclusion

For reasons set forth herein, Ms. Reece requests that Lincoln reverse the denial of her LTD claim and waiver of premium claim and reinstate all applicable benefits, and remit payment of all past-due benefits **plus interest**.

**Additionally, we hereby request that you wait to evaluate this LTD appeal as we intend to supplement this appeal within the next 30 days. Please advise if a 30-day extension is acceptable.**

Following supplementation in the near future, we look forward to Lincoln's timely decision with respect to this appeal.

Sincerely,

Bartley K. Hagerman

Enclosures

**From:** DisabilityDocuments
**Sent:** Tuesday, January 18, 2022 2:13 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: Claim No. 8356763; Reece, Jamie

---

**From:** Bartley K. Hagerman <bkh@austinmehr.com>
**Sent:** Tuesday, January 18, 2022 7:10:52 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** Claim No. 8356763; Reece, Jamie

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

2022-01-18 LTD appeal letter t...

2022-01-10 amended Dr. Ba...

MEHR FAIRBANKS
TRIAL LAWYERS

201 West Short Street, Suite 800 • Lexington, Kentucky 40507 • 859-225-3731 • 859-225-3830 • www.mehrfairbanks.com

M. Austin Mehr amehr@austinmehr.com
Philip G. Fairbanks pgf@austinmehr.com
Bartley K. Hagerman bkh@austinmehr.com
Elizabeth A. Thornsbury elizabeth@austinmehr.com

January 13, 2022

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
Disability and Life Claims
P.O. Box 2578
Omaha, NE 68172-9688

***Via email: DisabilityDocuments@LFG.com***

**RE: Claimant: Jamie Reece**
**Claim No.: 8356763**
**Toyota Long Term Disability Benefits**

Dear Madam or Sir:

Please find enclosed an amended report from Dr. Stephanie Barnes, who did a vocational evaluation in this matter. It is my understanding that we have until Feb. 13, 2022 to supplement this LTD appeal, so please continue to toll the appeal until that time. Thank you.

Sincerely,

*/s/ Bartley K. Hagerman*

Bartley K. Hagerman

Enclosures

# INVOICE

**Dr. Stephanie G. Barnes, Rh.D, CVE, CRC, NCC, LPCC**

**BARNES REHABILITATION SERVICES**

*Certified Vocational Evaluator ▪ Certified Rehabilitation Counselor ▪ National Certified Counselor ▪ Licensed Professional Clinical Counselor (KY) ▪ Kentucky Approved Counselor Trainee Supervisor*

P.O. Box 99917 Louisville, KY 40299
(502) 216-1777 (phone) Fax (727) 245-8101 Barnes.rehab@yahoo.com
TAX ID: 61-1197234

**Requester:** BARTLEY HAGERMAN

| Date: | Invoice # |
|---|---|
| 1/18/22 | 2984 |

**Bill To:**
Mehr, Fairbanks, & Peterson
201 W. Short St, Ste 800
Lexington, KY 40507-1231

**Referral:** JAMIE REECE

| | | Qty | Rate | Subtotal |
|---|---|---|---|---|
| 1 | VOCATIONAL EVALUATION | 1.00 | $600.00 | $ 600.00 |
| 2 | | | | $ - |
| 3 | | | | $ - |
| 4 | | | | $ - |
| 5 | | | | $ - |
| 6 | | | | $ - |

| | |
|---|---|
| Subtotal | $ 600.00 |
| Payments | $ - |

**Balance Due** $ 600.00

*Please make checks payable to:*
Barnes Rehabilitation Services
**Mail to: PO BOX 99917 LOUISVILLE KY 40269**

Dr. Stephanie G. Barnes, Rh.D, CVE, CRC, NCC, LPCC

**BARNES REHABILITATION SERVICES**

*Certified Vocational Evaluator ▪ Certified Rehabilitation Counselor ▪ National Certified Counselor ▪ Licensed Professional Clinical Counselor (KY) ▪ Kentucky Approved Counselor Trainee Supervisor*

P.O. Box 99917 Louisville, KY 40269

610 47th Ave. N St. Petersburg, FL 33703

(502) 216-1777 (phone) (727) 245-8101 (Fax) Barnes.rehab@yahoo.com

VOCATIONAL EVALUATION

Name: Jamie Reece

DOB:

Referred By: Bartley Hagerman
Mehr, Fairbanks & Peterson, PLLC
201 West Short Street, Suite 800
Lexington, KY 40507

SS#:

Education: HS Graduate

DOI: 01/30/2018

Date of Evaluation: December 6, 2021

**Background**

Ms. Reece is a woman who was employed as a team member for Toyota Motor Manufacturing. She was involved in a work-related injury on 01/30/2018 when she felt pain radiating/tingling down her right arm while using a hand tool on frame tape (applying frame tape around a car window frame). She reported the injury to her Team Leader and was sent to Toyota's on-site medical clinic where she was given the restriction of no use of her right extremity. Toyota returned her to a position where she had to route cars to "top coat" (had to look up at a board at almost ceiling height and punch buttons on a pad). She states that she was looking upwards the entire time and began having pain effecting her shoulder and neck, while also using her arm to push buttons. She returned to Toyota's on-site medical clinic where they told her she shouldn't be doing that job and they were "angry." Toyota then returned her to a job where she had to sit down, watch cars come down the assembly line and look "for anything wrong." She remarks that she sat in a chair for the entire full-time shift, by herself and "basically, I did nothing" and felt "it was a punishment." Toyota then stated that she couldn't perform any job, so she was sent home and stopped working in April 2018.

**Information Utilized**

| | |
|---|---|
| Interview with Ms. Reece | 12/06/2021 |
| Physical Therapy Records - KORT PT | |
| Medical Records - Bluegrass Orthopeadics | |
| Medical Records – Lexington Clinic | |
| Neurology Clinic of London – Lexington | 06/08/2018 |
| Dr. Patrick Leung | 12/10/2018 |
| Pain Management Records - Dr. Katherine Roden | 02/11/2019 |
| IME – Dr. Anthony McEldowney | 03/06/2019 |
| Dr. Ben Kibler Letters | March 2019 |
| Transferable Skills Analysis | 05/17/2021 |

**Educational Summary**

Ms. Reece graduated from high school in 1986. She graduated from Bryan Station High School in Lexington, KY. She did not have any special education or advanced classes during her educational placement. She attended Lexington Community College for approximately 1 ½ years but did not earn a degree.

**Occupational Summary**

Ms. Reece indicates that she worked for Toyota from approximately February 2015 until April 2018. She worked as a team member where she worked on the assembly line. Her position involved her using hand tools including buffers, sanders, spray guns, repair tools, a gun used to grease the underbody, tools to apply frame tape and she lifted a heavy metal piece ("hood jig") to remove or place in a car. She estimates that she sometimes lifted up to 20 pounds, spent 85% of her time standing, 15% sitting and approximately 10% walking (walking from position to position and walking with the assembly line for the different job tasks). She frequently bent at the waist, twisted, used her dominant hand and reached in other directions. About half the time her job required her to use her non-dominant hand. She reports that her employment ended because Toyota could not accommodate her work restrictions.

Prior to her employment with Toyota, she worked for Tots Landing from approximately 2010/2011 to February 2015 where she worked in childcare/lead teacher. Her job involved her completing weekly lesson plans for the children in her classroom, doing classroom instruction, playing with the children and overseeing their care. She was required to complete yearly state required training and the children's ages for which she oversaw were babies to one year old. She states that she spent approximately ½ to ¾ of the day standing, ¼ of the day sitting and walking, and lifted/carried up to 20 pounds. She frequently used her dominant and non-dominant hand and about half the time her job required her to bend at the waist, twist and reach in other directions. She left this employer for a job at Toyota that offered more money and better benefits.

Ms. Reece was a stay-at-home mother for approximately 16 years.

She worked full-time as a private nanny beginning in approximately 1987/1988 for a "couple of years" for different families. In this role she underwent CPR training and her job required her to take/pick-up children from school, get the children to after-school activities, prepare meals and provide entertainment and care for the children. She estimates that she spent approximately 85% of her day standing and walking, 5% sitting and lifted/carried up to 20 pounds. She frequently used her dominant and non-dominant hand and about half the time she bent at the waist, twisted and reached in other directions. She left her roles as a private nanny to become a stay-at-home mother.

**Medical Summary**

Ms. Reece was involved in a work-related injury on 01/30/2018 when she injured her right shoulder/arm when using a hand tool to put tape around a car window frame. Upon reporting pain/tingling radiating down her right arm, Toyota medical care recommended that Ms. Reece not use her right extremity. Toyota provided Ms. Reece alternate positions, however, due to her complaints of shoulder and neck pain, Toyota stated that she was unable to do any job, so they sent her home in April 2018 at which time she stopped working.

Ms. Reece states that she had been treated by Bluegrass Orthopedics where she underwent "tests," an injection and they told her that we "can't help you." She then began treating with Dr. Kibler at Lexington Clinic who told her that her "shoulder is in the wrong place" and she has damage to her nerves. She began physical therapy for over a year, was told that surgery wasn't an option and Dr. Kibler informed her that she can't do work using her right shoulder/assembly line work. Additionally, Dr. Abbas at Lexington Clinic diagnosed her with CRPS type 1, describing to her that she developed this condition as a response to her shoulder injury and it can spread through her entire body. Ms. Reeves began pain management treatment.

Dr. Ryan Donegan from Bluegrass Orthopeadics diagnoses Ms. Reece with shoulder pain without an obvious source in 2018 and reports that she can return to work with the restriction of no use of upper right extremity.

The records from Lexington Clinic beginning May 2018 report Ms. Reece works at Toyota and presents with right-sided neck pain, jaw pain, collarbone pain and radiating pain into her arm in a non-dermatomal distribution. Her pain started at the end of January after changing jobs at Toyota. She denies any specific injury. Her pain has multiple characteristics, is fairly constant but the arm pain comes and goes. She describes right arm numbness and tingling and no weakness. She did physical therapy for 8-10 weeks, 2 times a week at Toyota. She has trialed a TENS unit as well as steroid pack, has been taking over-the-counter anti-inflammatories for the past 8-10 weeks and trialed Neurontin with some relief. Additionally, in July 2018, it is reported that Ms. Reece was a Toyota team member, developed right shoulder pain, pain radiates to her right arm and MRI scan of the right shoulder was unremarkable. MRI scan of her cervical spine showed questionable lesion in spinal cord; she was found to be hyperreflexic and MRI scan of the brain and thoracic spine was unremarkable. She has right shoulder pain with movement, pain is localized between her shoulder and collarbone. In October 2018 it is noted that Ms. Reece has limited range of motion (right arm with painful limited GH mobility) and edema throughout the arm. Additionally, it reports that all these clinical features along with history of right shoulder and elbow injury due to repetitive work at Toyota factor are very typical for the CRPS-type I; suggested a pain management evaluation as this is a long-term condition and requires multi-disciplinary approach and "in terms of work, I doubt if she can perform repetitive work especially in a factory. She needs to discuss this with her employer about changing her work description to more of a desk work."

In the report from Neurology Clinic of London – Lexington dated 06/08/2018, Megan Collette, APRN, notes that Ms. Reece got hurt at work and had an MRI of her shoulder and neck; went to see Dr. Tutt and it was reported to her that there was an abnormality in the cord at the cervical spine level concerning for possible MS.

Dr. Patrick Leung notes from a 12/10/2018 appointment that Ms. Reece was a team member at Toyota, had a work-related injury in January and has a right shoulder impingement syndrome. She was being treated by Dr. Kibler with physical therapy and was recently diagnosed with CRPS by Dr. Abbas. She has noticed swelling in her right forearm with pain and numbness and thickness in the right shoulder; she is being treated by Dr. Roden at the pain clinic with Gabapentin and Norco, is getting physical therapy at KORT and has not been able to return to work.

In the most recent treatment record from Dr. Katherine Roden dated 02/11/2019, it is reported that Ms. Reece has a repetitive work-related injury from her job at Toyota resulting in significant shoulder and upper arm pain and she presents with a compression sleeve to assist with edema.

Dr. Anthony McEldowney conducted an IME on 03/06/2019. Dr. McEldowney diagnoses Ms. Reece with non-specific overuse right shoulder strain with exacerbation of previously dormant and asymptomatic multidirectional instability. He reports that because of the work-related injury of dominant right shoulder on 01/30/2018, there has been a harmful change to the human organism of Ms. Reece, who suffers residual pain and mild instability of right shoulder despite appropriate conservative treatment. Dr. McEldowney concludes that Ms. Reece has 4% permanent whole person impairment, 6% upper extremity impairment for right shoulder instability, reached MMI on 01/30/2019, she does not retain the physical capacity to return to the type of work performed at the time of injury and her restrictions include no frequent, repetitive or sustained labor activities [of] bilateral upper extremities.

In the letter from Dr. Ben Kibler dated 03/07/2019, he reports that some of Ms. Reece's problems with the general tendinitis and soreness of the arm could be related to a repetitive motion problem due to the work situation. He concludes that the relationship of the symptoms to the repetitive use are fairly well documented in many other cases in that it creates an overload situation, which then creates tissue breakdown and injury; this can lead with chronic pain into the complex regional pain syndrome.

Dr. Ben Kibler writes in a letter dated 03/29/2019 that Ms. Reece's restrictions include no more than 5 to 10 pounds of lifting, no repetitive pushing or pulling and no overhead lifting. This would probably restrict her from her own occupation. At this point in time, most of the problems are not necessarily related to an orthopedic problem, but more a pain management problem with her complex regional pain syndrome and her psoriatic arthritis. Based on the orthopedic evaluation "those would be her limitations and I feel they would probably be permanent."

A Transferable Skills Analysis was completed on 05/17/2021 by Nicole Hall, M.S., C.R.C. She concludes that occupations within Ms. Reece's physical abilities and within her identified skill level include Customer Service Representative, Information Clerk, Gate Guard, Assembler Production, and Assembler Small Products I. The occupations meet the gainful amount of $2,137.20 per month in the national economy.

**Interview with Ms. Jamie Reece on 12/06/2021**

Ms. Reece has been married to her second husband, Christopher, since 2016. She has three adult children and resides in the home with Christopher and her middle son.

Ms. Reece is right-handed. She remarks that her elbow looks like it "has fluid in it." She denies tobacco and any illegal drug use, and she used to drink socially but she has psoriatic arthritis, and it is recommended that she not consume alcohol.

In terms of current medical treatment, Ms. Reece treats with pain management every three to six months, a rheumatologist and will go to physical therapy when she has a flare-up, although, she admits that she has "not recently gone." Her current medications related to her work-related injury include Lyrica and muscle relaxers - both are taken three times a day. She admits to experiencing side effects including "brain fog," fatigue and she sometimes naps because they make her feel "groggy."

In terms of her self-reported abilities, she describes that she is able to sit, stand and walk. Sometimes, her medications make it difficult to function as she did prior to her work-related injury. For example, she reports being forgetful, having trouble focusing, completing tasks and "I can't be myself." She remarks that the more she uses her right arm at home, the more pain she experiences; repetitive movements cause pain (i.e., vacuuming, some cooking/cleaning); she can get flare-ups and now has edema in the left arm extending from her wrist to ¾ of the way up.

She has issues with pain which have been on-going. She admits to being "short-fused" and sometimes gets "grouchy" and feels "defeated." Since she began her medications, she has trouble remembering simple things (she admits to making a lot of notes) and remembering complex things (her husband now pays the bills whereas, she did before her injury). She admits to having crying spells and doesn't go out socially because she has experienced a loss of energy to do things as well as a loss of self esteem (and states that it has become a financial hardship since they are living on one income – her husband's). She reports having no hobbies outside the home and sees her children but "that's about it socially;" she describes herself as being more social prior to her injury. In fact, Ms. Reece remarks that Dr. Roden (pain management physician) has told her that if she wants to see someone for the emotional toll this has taken on her, it would be helpful.

She performs the majority of her personal care needs. She can no longer vacuum. She prepares light meals and as much as she can (not as much as she used to) and has help from her husband. In fact, she states that tasks such as continuous chopping, etc. cause pain in her right shoulder/arm. Ms. Reece does drive but not long distances because she is right hand dominant and long distances cause pain in her shoulder and neck.

She has difficulty sleeping at night. She is unable to lay on her side, the pain/discomfort wakes her at night, and she has a 4-inch foam in her bed to "take the pressure off." She sleeps approximately five hours per night and due to her interrupted sleep, she occasionally naps during the day, remarking that she tries to avoid naps so that she can sleep at night.

She currently has no income as her worker's compensation and long-term disability have ended. They are currently living on Christopher's income (he is employed by Toyota) and she has health insurance through his employment. She does not receive any governmental aid or assistance.

**Summary**

Ms. Jamie Reece is a woman who sustained injuries from a work-related injury on 01/30/2018 while employed with Toyota Motor Manufacturing when she experienced right-arm pain requiring treatment. She was provided an alternate position but could not sustain that work. She left Toyota in April 2018. The carrier, Prudential, has ceased her disability based on her ability to perform other work, however, this is inconsistent with the medical opinions in the file. Dr. Kibler found she was unable to perform work using the right shoulder or assembly line work. Dr. Donegan reports she can return to work but no use of the dominant upper right extremity. Dr. McEldowney concludes she is unable to perform work requiring repetitive use of the bilateral upper extremities.

The occupations identified by Ms. Reece are not appropriate for an individual with the degree of limitations placed upon her dominant upper extremity. Therefore, termination of her benefits by the carrier is inappropriate based upon the interpretation that she can perform other work.

Thank you for referring Ms. Reece for vocational evaluation. Please contact me if I can be of further assistance in this matter.

Dr. Stephanie Barnes — 1/10/22

Dr. Stephanie Barnes, Rh.D, CVE, CRC, NCC, LPCC — Date

Vocational Consultant

The opinions rendered in this report have been within a reasonable degree of vocational probability.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5711

| | |
|---|---|
| Date: | January 14, 2022 |
| To: | BARTLEY HAGERMAN<br>MEHR, FAIRBANKS & PETERSON<br>201 WEST SHORT STREET<br>SUITE 800<br>LEXINGTON KY 40507 |
| Attn: | |
| Fax: | (859) 225-3830 |
| From: | Lindsay Mack<br>Appeals Consultant<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5711 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 8356763<br>Claimant: Jamie Reece<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5711

January 14, 2022

Bartley K. Hagerman
Mehr, Fairbanks & Peterson
201 WEST SHORT STREET
SUITE 800
LEXINGTON, KY 40507

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece

Dear Bartley Hagerman:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Toyota Motor Engineering & Manufacturing North America, Inc.'s Group Disability Policy. We are writing in reference to Jamie Reece's claim for LTD benefits under the Policy.

We received your request for review of the recent claim determination on Ms. Reece' LTD claim on January 13, 2022 via email. We are currently awaiting the enclosures to this letter that you reportedly mailed on January 13, 2022.

*[Please note that the fax number to which your January 13, 2022 letter was directed is incorrect; the fax number that you were previously provided for Appeal Associate Becky Averill was (603)* ***430****-1601. This may explain why we never received the request for extension that you reportedly sent on December 20, 2021.]*

In your appeal request, you reported that you intended to supplement this appeal within the next 30 days and requested that we wait to evaluate the appeal.

For Lincoln to conduct a timely review of Ms. Reece' appeal, we ask that you submit any additional information you wish to have considered within 30 days of this letter. Please contact us should you need additional time.

If we do not hear from you and do not receive additional information by February 13, 2022, we will proceed with our appeal review and make a final determination based on the information currently contained in Ms. Reece' file.

Information may be submitted to the address noted in the letterhead, my direct fax number (603)

334-5711, or via email to DisabilityDocuments@LFG.com.

Due to these special circumstances, an extension of time to process Ms. Reece' appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act (ERISA).

Under ERISA, an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln' control, which require a delay in making a determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision. Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate the claim. (Tolled: accumulation of time is suspended.)

Since we are waiting for you to submit additional documentation, the days from the date of this letter until we receive your submission are not counted as part of the appeal determination period.

If you have any questions regarding this matter, please contact me.

Sincerely,

Lindsay Mack
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 14698
Secure Fax No.: (603) 334-5711

**From:** DisabilityDocuments
**Sent:** Thursday, January 13, 2022 4:11 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: Claim No. 8356763; Reece, Jamie

---

**From:** Bartley K. Hagerman <bkh@austinmehr.com>
**Sent:** Thursday, January 13, 2022 9:07:19 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** Claim No. 8356763; Reece, Jamie

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

**[Error : unloaded OLE object or mail attachment]**

MEHR, FAIRBANKS & PETERSON
TRIAL LAWYERS

201 West Short Street, Suite 800 • Lexington, Kentucky 40507 • (859) 225-3731 • Fax (859) 225-3830 • www.mehrfairbanks.com

M. Austin Mehr — amehr@austinmehr.com
Philip G. Fairbanks — pgf@austinmehr.com
Erik D. Peterson — edp@austinmehr.com
Bartley K. Hagerman — bkh@austinmehr.com
Elizabeth A. Thornsbury — elizabeth@austinmehr.com

January 13, 2022

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
Disability and Life Claims
P.O. Box 2578
Omaha, NE 68172-9688

***Via mail and facsimile: (603) 403-1601***

**RE: Claimant: Jamie Reece**
**Claim No.: 8356763**
**Toyota Long Term Disability Benefits**

Dear Madam or Sir:

Please consider this an appeal of Lincoln's wrongful denial of my client's LTD claim; Lincoln denied this claim by letter dated July 21, 2021. Therefore, this appeal is submitted prior to the 180-day deadline set forth in the letter.

**On December 20, 2021, I requested a 30-day extension of the appeal deadline. You never responded. Therefore, we hereby request that you wait to evaluate this LTD appeal as we intend to supplement this appeal within the next 30 days. Please advise if a 30-day extension is acceptable. My client is scheduled for an IME – we had to reschedule it due to ongoing medical issues with Ms. Reece.**

This appeal letter with enclosures shall be considered in conjunction to all information previously provided to Lincoln by my client. This is also an appeal of any and all applicable waiver of premium claims (disability, life, etc.) For reasons that follow, Lincoln's decision to deny Ms. Reece's LTD benefits[1] is arbitrary and capricious, not supported by substantial evidence, and against the great weight of the evidence. Ms. Reece requests that Lincoln reverse its denial of this LTD claim, remit payment of all past-due LTD benefits plus interest, approve any and all waiver of premium claims, and resume all benefits payments accordingly. **Should Lincoln reverse its**

[1] All references to Ms. Reece's LTD claim herein shall also be deemed to include all applicable waiver of premium claims.

**denial, you are hereby directed to mail all benefits checks directly to undersigned counsel for Ms. Reece.** The checks may be made payable to Ms. Reece.

Enclosed are the following documents in further support of my client's claim, and this appeal:

- Medical Records – Dr. Patrick Leung (1001-1011)
- Medical Records – St. Joseph Health Neurology (2001-2012)
- Medical Records – KentuckyOne Health Rheumatology (3001-3045)
- Medical Records – KORT Physical Therapy (4001-4104)
- Medical Records – Lexington Clinic (5001-5369)
- Medical Records – Bluegrass Orthopaedics (6001-6070)
- Medical Records – Costco Pharmacy (7001-7002)
- Medical Records – Family Practice Associates (8001-8081)
- Medical Records – Walmart Pharmacy (9001-9010)
- Medical Records – Accredo Specialty Pharmacy (10,001-10,197)
- Medical Records – Christ Hospital Urogynocology (11,001-11,018)
- Vocational Evaluation – Dr. Stephanie Barnes
- IME report – Dr. Anthony McEldowney
- Medical Opinion Letters – Dr. Ben Kibler (3/29/2019; 3/7/2019)
- Assorted records – Dr. Katherine Roden

<u>Lincoln claim file and denial letter</u>

Lincoln's Transferable Skills Analysis is inherently unreliable because the reviewer reviewed none of the medical records of Jamie Reece, nor did the reviewer ever meet or speak with Ms. Reece. Instead, the peer review report (provided by a doctor paid by Lincoln) was the only medical information reviewed by the reviewer. This single biased and cherry-picked document is insufficient to base the report on, rendering the findings unreliable. As explained below, the opinion of Dr. Stephanie Barnes explains why the analysis is substantively wrong.

Dr. Zheng's peer review report is also unreliable; he was not even provided Ms. Reece's most recent records to review. Ms. Reece has had surgeries since this report was rendered which are not considered by Dr. Zheng. Dr. Zheng's conclusions that Ms. Reece can occasionally do simple and firm grasping (RUE) and fine manipulation (RUE) and reach overhead and below waist level, are all unsupported by the medical evidence. He places no restrictions on the LUE, and only occasional restrictions on RLE for foot controls (unrestricted for LLE) – again, unsupported by the medical evidence. To say that Ms. Reece can occasionally lift, carry, push and pull up to 20 pounds with her RUE and occasionally up to 40 pounds with her LUE is absolutely absurd. Dr. Zheng even attempted to telephone Dr. Katherine Roden, in violation of my instructions that Lincoln and its employees/physicians may <u>not</u> orally speak with my client's physicians, but may request information in writing.

<u>Medical Evidence</u>

Documentation previously provided to Lincoln from Dr. Roden at Lexington Clinic indicates an onset date of Ms. Reece's psoriatic arthritis of 12/30/2017. This clearly refutes Liberty's assertion

that the onset of that condition was prior to December 7, 2017. Dr. Roden lists a plethora of other medical conditions with onset dates subsequent to the pre-existing condition period: generalized anxiety disorder (4/17/2018), IBS (8/14/2018), shoulder pain (7/25/2018), scapulalgia (7/25/2018), incoordination (7/25/2018), chokes when swallowing (4/17/2018), intermittent dysphagia (6/19/2018), and altered bowel function (8/14/2018). To the extent Liberty did not consider these other conditions in evaluating Ms. Reece's LTD application, she hereby amends her application and directs Liberty to consider these conditions and the records provided herewith in support of same.

These records clearly indicate that Ms. Reece began experiencing pain in her right shoulder beginning January 2018. Her job responsibilities of repetitive pushing and pulling were noted. On 11/12/2018, Ms. Reece followed up on her right arm pain, with arm numbness and swelling. She had color changes in her hands. Dr. Roden noted that the "pain is related to repetitive injury to her work at Toyota."

Dr. Abbas noted that Ms. Reece "has CRPS Type I, right arm after right shoulder and elbow injury due to repetitive work at Toyota factory. Initially symptoms started some time early January 2018." He also stated on 2/11/2019: "On account of constant pain with worsening at times, she is not able to go back to work."

Dr. Anthony McEldowney saw Ms. Reece on March 6, 2019 for an IME and assigned a 4% whole person impairment rating. He attributes Ms. Reece's issues to her repetitive work injury at Toyota and states that she is unable to return to her job.

Dr. Patrick Leung diagnosed right shoulder impingement syndrome on 7/3/2018 and stated he could not rule out early CRPS. (Bates 1000 series.)

In her physical therapy records from KORT, she notes that her pain is "at times severe at work." (Bates 2000 series.) The records state under "Work status: Unable to work secondary to dysfunction."

Ms. Reece was referred to KentuckyOne Health Rheumatology due to her history of psoriatic arthritis, with pain in her shoulders and neck, as well as chest discomfort. (Bates 3001.) Active problems listed were:

1. Blurred vision (368.8) (H53.8)
2. CNS demyelination (341.9) (G37.9)
3. Fatigue (780.79) (R53.83)
4. Numbness (782.0) (R20.0)

(Bates 3002.)

**Assessment**

1. Joint pain (719.40) (M25.50)
2. Encounter for medication monitoring (V58.83) (Z51.81)
3. History of psoriasis (V13.3) (Z87.2)
4. Chest pain, midsternal (786.51) (R07.89)
5. Psoriatic arthritis (696.0) (L40.50)
6. Pruritus (698.9) (L29.9)

(Bates 3004.)

Dr. Jiminez concurred that Ms. Reece has psoriatic arthritis, with an inflammatory history; labs were ordered. (Bates 3005.) She followed up 6/14/18 reporting having had high upper chest pain the day before. (Bates 3029.) The impression was costochondritis pain/chest wall inflammation due to psoriatic arthritis. (Bates 3031.) MRI of the brain 6/20/18 revealed possible chronic microangiopathy; she had certain findings which were noted upon review. (Bates 3032.) She continued to treat there thereafter with medication changes, etc.

Ms. Reece has had considerable physical therapy with KORT. Records were previously provided to Lincoln. Ms. Reece continued to have PT in February, March and April 2019, then again in December 2019, after which she was discharged to home exercise program. (Bates 4000 series.)

Lexington Clinic records were provided to Lincoln in 2019. She continued treating there in 2020, at which time she followed up for medication management for her complex regional pain syndrome (CRPS) and nerve pain. (Bates 5114.) She fractured her wrist after falling and had hardware installed status post open reduction internal fixation. (Bates 5143.) Choking sensation with lump in her throat which appears to be due to enlarged symmetric lingual tonsils; also has acute sinusitis. (Bates 5148.) She continued treating there in 2021 with right foot pain without trauma; also having problems post pelvic floor surgery. (Bates 5229.) She had a steroid injection to the right foot in May 2021 secondary to bunion. (Bates 5230.) She has chronic psoriasis and psoriatic arthritis and saw no improvement on the medication Xeljanz; continued swelling in right foot. (Bates 5235.) She presented with eye issues, including dry eyes and swelling in both upper lids. (Bates 5239.) She continued being followed at the pain management clinic, has CRPS Type 1, and "her symptoms are chronic and does need to maintain long-term pain management." (Bates 5259.) She has pain and stiffness in her hands and legs and skin breakouts. (Bates 5282.) November 2020 MRI of the L-spine showed degenerative changes with facet arthosis, most prominent at L4-L5 and L4-L5 foraminal encroachment. (Bates 5304.) 8/31/21 Ms. Reece continued on 100mg Lyrica, having increased pain in her right shoulder, as well as pain in her sternum and jaw. (Bates 5323.)

She presented November 2020 with hip pain to Bluegrass Orthopedics, pain extending to the pelvis. (Bates 6061.) Her orthopedist suspected it was gynecological in nature. (Bates 6066.)

Ms. Reece underwent surgery on October 28, 2021 at Christ Hospital Urogynocology. (Bates 11,004.) This was due to vaginal vault prolapse with recurrence rectocele and cystocele, as well as posterior vaginal wall scarring – 4 procedures were done in all. (Bates 11.005.) In November 2021 she presented with neuralgia of left pudendal nerve. (Bates 11,008.)

Dr. Ben Kibler explained in a 3/29/2019 letter that he placed weight restrictions of no more than 5 to 10 pounds of lifting, and stated her limitations would probably be permanent.

Dr. Stephanie Barnes performed a vocational evaluation and rendered a report dated January 10, 2022. Dr. Barnes reviews in detail Ms. Reece's educational and occupational history. She reviewed Ms. Reece's medical records, and she also reviewed Lincoln's Transferable Skills Analysis by Nicole Hall (5/17/21). Unlike Ms. Hall, Dr. Barnes actually interviewed Ms. Reece and reviewed her records and personal background – Ms. Hall only reviewed Lincoln's biased peer review report, cherry picked from the file. Dr. Barnes disagrees with Ms. Hall and notes that "the job requirements for these four positions are inconsistent with the opinions of Dr. Donegan and Dr. McEldowney. Both opine there are significant limitations in the repetitive use of the right hand for work related activities. Dr. Donegan notes there is no ability to use the dominant right hand/upper extremity. Dr. McEldowney finds . . . limitations on repetitive use of both upper extremities for work like activities." (Report, pp. 7-8.) Dr. Barnes then concludes: "The representative occupations set forth by Ms. Hall are all rated with use of the upper extremities as at least occasional (up to 2.7 hours per 8 hour shift). Termination of her Long-Term Disability benefits is inconsistent with the terms of her policy under the "other occupation" criteria."

<u>Case law</u>

It must be remembered that the doctor and vocational evaluator upon whom Lincoln relied (completely ignoring Ms. Reece's treating providers and cherry picking the file) are paid by and hired by Lincoln, with an inherent conflict of interest. Lincoln has "a clear incentive to contract with individuals who were inclined to find in its favor . . . ." *See Calvert v. Firstar Finance*, 409 F.3d 286, 292 (6th Cir. 2005). In a situation such as this, the "potential for self-interested decision-making is evident." *See id. See also Helfman v. GE Group Life Assur. Co.*, 573 F.3d 383, 393 (6th Cir. 2009) (decision should be viewed with skepticism when based on entities paid by the claim examiner). "[I]f a benefit plan gives discretion to an administrator or fiduciary who is operating under a conflict of interest, that conflict must be weighed as a factor[] in determining whether there is an abuse of discretion." *Davis v. Kentucky Finance Cos. Retirement Plan*, 887 F.2d 689, 694 (6th Cir. 1989). With respect to the conflict of interest analysis, "[t]he reviewing court looks to see if there is evidence that the conflict in any way influenced the plan administrator's decision." *Evans v. UnumProvident Corp.*, 434 F.3d 866, 878 (6th Cir. 2006).

Kentucky case law is very clear that insurance contracts are to be liberally construed in favor of the insured to afford coverage. *See State Auto Mut. Ins. Co. v. Ellis*, 700 S.W.2d 801, 803 (Ky. App. 1985) (doubts concerning the construction of insurance contracts are to be liberally construed in favor of the insured, and exclusions are to be strictly construed to make insurance effective). In *Wolford v. Wolford*, 662 S.W.2d 835, 838 (Ky. 1984), the Kentucky Supreme Court held, "[i]f the contract language is ambiguous, it must be liberally construed to resolve any doubts in favor of the insured." Courts will always attempt to effectuate insurance, not to defeat it. *See Sun Life Assur. Co. of Canada v. Wiley*, 79 S.W.2d 937, 939 (Ky. 1935).

Kentucky case law is clear that "'total disability' does not mean utter helplessness, and 'permanent disability' does not mean utter hopelessness, and [an individual] to be totally and permanently disabled does not have to be reduced to a state wherein he is entirely dependent on others and is

absolutely without hope of improvement." *Aetna Life Ins. Co. of Hartford, Conn. v. Gullett*, 89 S.W.2d 1, 3 (Ky. App. 1935).

> [A]s to the manner of construction of insurance policies, Kentucky law is crystal clear that exclusions are to be narrowly interpreted and all questions resolved in favor of the insured. Exceptions and exclusions are to be strictly construed so as to render the insurance effective. Any doubt as to the coverage or terms of a policy should be resolved **in favor of the insured** []. And since the policy is drafted in all details by the insurance company, it must be held strictly accountable for the language used.

*Eyler v. Nationwide Mut. Fire Ins. Co.*, 824 S.W.2d 855, 859-60 (Ky. App. 1992.) Importantly, "[t]o be enforceable, Kentucky law requires a limitation of insurance coverage, [...] to be clearly stated in order to apprise the insured of such limitations." *Bidwell v. Shelter Mut. Ins. Co.*, 367 S.W.3d 585, 588 (Ky. 2012). And "when ambiguities exist, [Kentucky's courts] resolve them against the drafter in order to circumvent the technical, legalistic and complex contractual terms which limit benefits to the insured." *Id.*

"The doctrine of reasonable expectations is used in conjunction with the principle that ambiguities should be resolved against the drafter in order to circumvent the technical, legalistic and complex contract terms which limit benefits to the insured." *Simon v. Continental Ins. Co.*, 724 S.W.2d 210, 213. Further, "[t]he main purpose of [c]ontract [l]aw is the realization of reasonable expectations induced by promises." *Id.* (citing Corbin on Contracts, § 537). Finally, "[a]n insurance contract must be construed according to its true character and purpose, and in accordance with the intentions and expectation interests of the parties." *Simon*, 724 S.W.2d at 213.

"[The Kentucky Supreme Court] has strongly adhered to a policy of protecting the reasonable expectations of policyholders." *Lewis by Lewis v. West Am. Ins. Co.*, 927 S.W.2d 829, 833 (Ky. 1996). When "coverage bought, paid for and reasonably expected is illusory[,] [s]uch is contrary to the public policy of Kentucky." *Chaffin v. Kentucky Farm Bureau Ins. Cos.* 789 S.W.2d 754, 757-58 (Ky. 1990).

Therefore, the definition of disability is to be read in favor of coverage for Ms. Reece.

Conclusion

For reasons set forth herein, Ms. Reece requests that Lincoln reverse the denial of her LTD claim and waiver of premium claim and reinstate all applicable benefits, and remit payment of all past-due benefits **plus interest**.

**Additionally, we hereby request that you wait to evaluate this LTD appeal as we intend to supplement this appeal within the next 30 days. Please advise if a 30-day extension is acceptable.**

Following supplementation in the near future, we look forward to Lincoln's timely decision with respect to this appeal.

Sincerely,

Bartley K. Hagerman

Enclosures

Lincoln Life Assurance Company of Boston
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688

BARTLEY HAGERMAN
MEHR, FAIRBANKS & PETERSON
201 WEST SHORT STREET
SUITE 800
LEXINGTON KY 40507

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1601

July 30, 2021

Bartley K. Hagerman
Mehr, Fairbanks & Peterson
201 WEST SHORT STREET
SUITE 800
LEXINGTON, KY 40507

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece

Dear Bartley Hagerman:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under
Toyota Motor Engineering & Manufacturing North America, Inc.'s Group Disability Policy. We are writing in reference to Jamie Reece's claim for LTD benefits under the Policy.

Per Ms. Reece's July 26, 2021 request for relevant claim documentation, we have enclosed the following information:

- Toyota Motor Engineering & Manufacturing North America, Inc.’s Long Term Disability (LTD) Policy
- A complete copy of our claim file

If Ms. Reece has any questions regarding this information, please contact me.

Sincerely,

Becky Averill
Appeal Examiner II
Phone No.: (888) 437-7611 Ext. 16668
Secure Fax No.: (603) 430-1601

# John Zheng, D.O.

Physical Medicine and Rehabilitation physician with strong interventional pain management skills, experienced in providing both education and treatments for musculoskeletal issues. Currently working at a private practice.

4314 Marina City Drive
Marina del Rey, CA 90292
**(310) 593-1181**
**johnzheng521@gmail.com**

## EXPERIENCE

**Private Practice,** CA— *Physician*

SEPTEMBER 2019 - PRESENT

**Midwestern University,** AZ — *Osteopathic Manual Medicine Lab Technician*

AUGUST 2010 - AUGUST 2012

**Revolution Prep,** CA — *SAT Teacher*

JUNE 2004 - JUNE 2009

## EDUCATION

**UCLA,** Santa Monica — *Interventional Pain Management Fellowship*

AUGUST 2018 - JUNE 2019

**UCLA/VA,** Los Angeles — *Physical Medicine and Rehab Residency*

AUGUST 2015 - JUNE 2018

**UCSF Fresno,** Fresno — *Preliminary Medicine Intern*

AUGUST 2014 - JUNE 2015

**Midwestern University,** Glendale — *Osteopathic Degree of Medicine*

AUGUST 2010 - JUNE 2014

**Drexel University College of Medicine,** Philadelphia — *Post-Baccalaureate Certification in Interdepartmental Medical Sciences*

AUGUST 2009 - JUNE 2010

**UCSD,** San Diego — *Bachelor of Science*

SEPTEMBER 2004 - JUNE 2008

## SKILLS

Interventional Spinal Injections

Ultrasound Guided Injections

Spine Neuromodulation & Peripheral Stimulation Cases

Comprehensive EMG/NCS

## ACCOMPLISHMENTS

Basic life support for healthcare provider

Advanced cardiovascular life support provider

**2015-2018** UCLA Physical Exam Skills Teaching Volunteer

**2015-2018** UCLA Resident Wellness Activities Member

**2015-2016** Institutional Service UCLA Mobile Clinic

**2010-2012** Physical Medicine and Rehab Club Secretary

**2010-2012** Integrative Medicine Club Treasurer

## LANGUAGES

English, Mandarin

## CERTIFICATIONS

**2010-Present** American Heart Association CPR and First Aid

## HONORS & AWARDS

**2018** AAP Research Poster: Phantom Limb Pain in Traumatic Amputee

**2017** CSPM&R Research Poster: Rare Case of Supranuclear Palsy

**2016** UCLA PM&R Residency Research Poster/Presenter Winner

**2016** AAP Case Report Poster: Rare Case of Miller Fisher Syndrome

**2015** AAP Case Report Poster: Rare Case of Sinking Skin Flap Syndrome

**2012** TOUCH Gold Award, Community service over 100 hours

**2011** Biochemistry Tutor with students who completed course in top 10%

**2009** Revolution Prep A+ Teacher Award

**2008** UCSD Provost Honors Award

**2008** Red Cross 5+ year Volunteer Award

Physician Influencer on Instagram with 8000+ followers

## OTHER / LECTURES

**Woodland Hills Community,** Spinal Cord Stimulation

**Northridge Hospital,** Back Pain Diagnosis & Treatments

## INTERESTS

**2015-2018** UCLA Team to Win Volunteer Program Co-President

**2010-2012** Arizona's Team of Physicians for Students

**2009-2010** Translator for Chinatown Clinic in Philadelphia

**2006-2008** Scripps Memorial Hospital La Jolla Volunteer in the Physical Therapy and Occupational Therapy Department

**2004-2005** Fu Zhou Province Hospital Volunteer and Mentorship Program in the Massage and Acupuncture Department.

**2001-2009** Red Cross of Santa Monica Volunteer and Youth Club Leader.

## REFERENCES

**Jae Jung, UCLA Spine Fellowship Director**
JJung@mednet.ucla.edu

**Dixie Aragaki, UCLA PM&R Residency Director**
Dixie.Aragaki@va.gov

**BEHZAD EMAD, M.D.**
Oiplornate, AmericanBoard of Physical Medicineand Rehabilitat ion
Certified, Subspecialty of Pain Medicine

Avicenna Health Solutions

*"Safeand Effective Healthcare for All"*

---

# CURRICULUM VITAE

## PROFESSIONAL QUALIFICATIONS

| | |
|---|---|
| Board Certified in Elect rodiagnostic Medicine<br>Diplomate , American Board of electrodiagnostic Medicine | 2000-2010 |
| Board Certified in Physical Medicine and Rehabilitation<br>Diplo mate, American Board of Physical Medicine and Rehabilitation | 1999-2029 |
| Subs pecialty in Pain Medicine<br>Certified, subspecialty of Pain Medicine | 2001-2021 |

California State Medical Licen s e # A055727

Certifi e d Superviso r of Physician Assista nts # SA 32689
Fluoroscopy Supervisor and Operator Permit, State of California #RHC 144879
Qualified Medical Evaluator #917989
Advanced Ca rdiac Life Support

## EDUCATION

| | | |
|---|---|---|
| <u>Residenc y</u><br>University of California<br>Physical Medicine and Rehabil itatio n | Los Angeles, CA | 1995 - 19 98 |
| <u>Internship</u><br>University of California<br>Preliminary Medicine | Irvine , CA | 1994 - 1995 |
| <u>Medical School</u><br>State University of New York Health Science Center<br>Degree: M.D. | Brooklyn, NY | 1990 - 1994 |

ColJege
State University of New York — Oneonta, NY — 1986 - 1990
Degree: B.S. Chemistry

## ADDITIONAL TRAINING

National Patient Safety Foundatio n Online Patient Safety Curriculwn; April 2, 2015

Boston Scientific Corporation Spinal Cord Stim ula tor Cadaver Lab; Valencia, CA; October 9, 20 I 0 .

Sa int Jude Medical Foundations in Neuromodulation Workshop and Cadaver Lab Medical Innovations and Training Institute; Henderson, Nevada; May 22-23, 20 I 0.

Percutaneous Cement Delivery and Percutaneous Discectomy Hands-on Cadaver Course, Toronto, Ontario, Canada; August 24, 2003.

Advanced Office Ergonomics l, ll & lll ; Los Angeles, CA; February 24-25 and May 21, 2003.

Medtronic Implantation Theory and Technique Workshop; Minneapolis, Minnesota; September 14-15, 2002 .

Perc-DLE SpineWand Nucleoplasty, Percutaneou s Disc Decompre ssion Hands-on Cadaver Course; Los Angeles, CA; August 12, 2001.

RADIONICS discTRODE Training , Hands-on Cadaver Course; Los Angeles, CA; June I 0 , 200 I.

Intradiscal ElectroThermal Therapy Hands-on Cadaver Workshop, Stanford University School of Medicine, Palo Alto, CA; June 24, 2000.

Interventional Pain Management Elec tive Rotation, Kaiser Permanente, Panorama City, CA; March 1-30, 1999.

Advanced Spinal Injection Hands-on Cadaver Course, Physiatric Association of Spine, Sports and Occupational Rehabilitation, Pe ntagon City, VA; November 9- 1 0, 1999.

Intennediate Spinal Injection Hands-on Cadaver Course, Physiatric Association of Spine, Sports and Occupational Rehabilita tion, Orlando , FL; March 20-22, 1998.

Interdisciplina ry Team Training Program, VA- Sepulveda Med ica l Center, Los Angeles, CA; March 1 - April 30, 1996.

## EMPLOYMENT

Founder and Medica l Director
eOccMed.com
Los Angeles, CA — 2015-Present

Founder and Medical Director
Avicenna Health Solutions
Los Angeles, CA 2014-Pre s e nt

Founder and Medical Director
Southland Injury Medical Center, Inc.
Los Angeles, CA 2000 - 11 /1/2014

Central Coast Physical Medicine and Rehabilitation
Santa Barbara/Santa Maria/Ventura, CA 1999 - 2000

Private practice
Santa Monica/Ingle wood, CA 1998 - 1999

U.S. Health Works, Occupational Medicine
Los Angeles, CA 199 7 - 1998
Medical/Dental Staffing, Inc., Neurolof,,y/Orthopedic evaluations for
Social Security Disability Detem1inations, Southern California 1996 - 1998

## PROFESSIONAL POSITIONS

City of Angels Medical Center
Director , Rehabilitation Services 2005-2008

California Society of Industrial Medicine and Surgery
Board Member 2003 - 2005

UCLA - VA PM&R Residency Program
Staff Physiatrist 1998 - Present

California Society of PM&R
Liaison to the Industrial Medical Council

2003 - 2004
Director , District 1 (Los Angeles)

2001 - 2004
Preside nt, Resident Advancement Council 1997 - 1998

Rehabilitation Institute of Santa Barbara
Program Director, Brain Injury Rehabilitat ion 1999 - 2000

UCLA PM&R Reside ncy Program
Chief Resident 1997 - 1998

Resident Phy sician Council of American Academy of PM&R
Chairperson, Resident Elective Exchange Task Force 1996 - 1997

Reside nt Advancement Council/Resident Physician Council Western Region Conference
Conference Chairperson 1996

Equal Opportunjty Program, SUNY at Oneonta, NY
Academic Advisor 1989

International Students Organization, SUNY at Oneonta, NY
Vice-President 1989

## HONORS AND AWARDS

Best Subscription, research presentation, UCLA PM&R residency
Program 4th and 5th Annual Research Day, Los Angeles, CA 1997 - 1998

Rhone-Poulenc Rorer Resident Physician Scholarship, Atlanta, GA 1997

Robert G. Taylor Award, research presentation
California Society of **PM&R** Scientific Meeting, San Diego, CA 1997

Award for Quality Service, Brain Injury Rehabilitation Team, Cedars-Sinai
Medical Center, Beverly Hills, CA 1996

Academic Achievement Award in Chemistry, SUNY at Oneonta, NY 1990

Alumni Scholarship, SUNY at Oneonta, Oneonta, NY 1988

Dean's List, SUNY at Oneonta, Oneonta, NY 1986 - 1990

## RESEARCH

Symptom-Related F-Wave Changes in Lumbar Radiculopathy,
Department of PM&R, VA - West Los Angeles Medical Center, CA 1996 - 1998

Organometallic Ligands and a Cancer Chemotherapeutic Agent,
Department of Chemistry, SUNY at Oneonta, NY 1988 - 1990

## PUBLICATIONS

Emad, B., Hafizi, H.: Single-Use Musculoskeletal Injection Kits: A Standard Procedure to Reduce Secondary Infection, White Paper; *Enovachem Manufacturing;* February, 2015.

Delaney, P.M., Roback, D.M. , Emad, B.; The Shoulder: Gateway to the Upper Extremity. The Scapula: Keystone of the Gate; *California Workers' Compensation Enquirer;* 23rd Anniversary Issue, 2005; pp. 7-12.

The Future of Physical Medicine and Rehabilitation in The State's Worker's Compensation System; *Pulse,* April , 2004; pp. 2-4.

Disabilities Related to the Use of Computers: the Health Hazard of the Technology Age; *California Workers' Compensation Enquirer;* Feature article; No. AB749 January, 2002; pp. cover & 6-9.

Zipnick, R.L., Emad, B. et al; Hemodynamic Responses to Penetrating Spinal Cord Injuries; *The Journal of Trauma;* No. 35 October, 1993; pp. 578-583.

Symptom-Related F-Wave Changes in Lumbar Radic ulopathy, Abstract, American Academy of PM&R; Seattle, WA; 1998.

## PRESENTATIONS

" Demystifying Opioid Prescrib ing"; Facey Medical Group, Missio n Hills, CA; September 25, 2014 .

"Res pons ible Opioid Prescribing"; Beverly Hills Iranian-American Doctors, Beverly Hills, CA; August 19, 2014.

" Guides to Healthy Computer Use" ; Com pumatic s, Beverly Hills, CA; July 19 , 2005.

"Physical Examination and the Role of Testing", " Applying Proper Work Restrictions"; California Society of industrial Medicin e and Surgery/Califo rnia Chiropractic Association 12-hour Report Writing Course,
Los Angeles, CA; March 6, 2004.
San Diego, CA; September 6, 2003.

"Dynamic vs. Static Testing in Disability Evaluation"; California Society of Physical Medicine and Rehabilitation Annual Meeting , San Diego, CA; Jtme 8, 2003.

Speaker, Endo Pharmaceuticals, Inc., Los Angeles, CA; 2002 - 2004.

Moderator, "Qualified Medical Evaluators Module" ; California Society of Physical Medicine and Rehabilitation Annual Meeting, South Lake Tahoe, CA; June 7, 2002.

"Team Approach to Pain Medicine: Physiatric and Chiropractic," Los Angeles College of Chiropractic; Whittier, CA; May 23, 2002.

" Horsing Around: Injuries Associated with Horses,"
California Polo Club; Lake View Terrace, CA; May 12 , 20 0 2 .
Ce ntinela Medic al Center; Inglewood, CA; February 19, 2002.
California Society of Physical Medicine and Rehabilitation; Kihei (Mau i), HI; August 2, 2001.

"Physiatry in 200 1," UCLA PM&R Residency Program; California Society of Physical Medicine and Rehabilit ation; Los Angeles, CA; Jun e 12, 2001.

"Lumbosac ral Plexopath y," Rehabilitation lnst itute of Santa Barbara; Santa Barbara, CA; 2000.

"Minor Traumatic Brain Injuries," Santa Barbara Cottage Hospital; Santa Barbara, CA; 2000.

"Focal Peripheral Neuropathies," Communi ty Memorial Hos pital; Ventura, CA; 2000.

"Neuromodulators in Management of Brain Disorders ," Rehabilit ation Institute of Santa Barbara; Santa Barbara, CA; 2000.

"Pain Management in Lupus"; Daniel Freeman Hospital; Marina Del Rey; CA; 1999.

"Symptom-Related F-Wave Changes in Lumbar Radiculopatby," Abstract presented at the American Academy of Physical Medicine and Rehabilitation 60'h Annual Assembly; Seattle, WA; Nov., 1998.

"Rehabilitation Management in Persons with HIV Infection," Rehabilitatio n l nstitut e of Santa Barbara;

Santa Barbara, CA; 1 9 96.

"Spinal Cord lnjury: Epidemiology and Mechanism oflnjury"; West Los Angeles VA Medical Center; Los Angeles, CA; 1996.

" Myelodysplasia," Rancho Los Amigos Medical Center; Downey, CA; 1996.

" Anatomy of Central Circ ulation and Localiza tion of Les ions," West Los Angeles VA Medical Center, Los Angeles, CA; 1996.

"Central Nervous System Plasticity in Traumatic Brain lnjury," Rancho Los Amigos Medical Center; Downey, CA; 1995.

## PROFESSIONAL MEMBERSHIPS

American Academy of Physical Medic ine and Rehabilitatio n
American Association of Orthopaedic Medicine
American Society of Professionals in Patie nt Safety
American Telemedicine Association
California Society of lodustrial Medicine and Surgery
California Society of Physical Medicine and Rehabilitation
Internatio nal Society for Telemedicine and eHealth
Physic ia ns for Responsible Opioid Prescrib ing

## CURRENT HOSPITAL AFFILIATIONS

Miracle Mile Surgery Center Los Angeles, CA

# Gary H. Nudell, MD

## EDUCATION AND TRAINING

- BA in Political Economy, 1987-1991- UNIVERSITY OF CALIFORNIA, BERKELEY, CA.
- Doctor of Medicine, 1992-1996 - NORTHWESTERN UNIVERSITY MEDICAL SCHOOL, CHICAGO, IL.
- Internal Medicine Residency, 1996-1999- UNIVERSITY OF CALIFORNIA, LOS ANGELES, CA.

## PROFESSIONAL EXPERIENCE

- Affiliates in Medical Specialties, Multi-Specialty Group, 1999-2005
- Internal Medicine Private Practice, 2005-present

## CERTIFICATION

- Internal Medicine Board Certification 1998, 2008, 2018

## RESEARCH / FIELD WORK EXPERIENCE

- Research, Center for Craniofacial Molecular Biology, University of Southern California - 1990-1991
- Laboratory Assistant, Nutritional Sciences Laboratory, Universityy of Wisconsin, Madison- 1992
- Clinical Research, "Neuropsychological Functioning in the Aged with Sleep Apnea Syndrome." Northwestern University, Department of Pulmonary Medicine - 1993

## PUBLICATIONS

- C.F. Shuler. B.A Miller, G. Nudell, Y. Guo. Intermediate Filament Typing in Medial Edge Epithelium During Palatal Fusion in vitro. 1991, University of Southern California Center for Craniofacial Molecular Biology.

## HONORS/ AWARDS

- Alpha Omega Alpha Society - Northwestern University Medical School

## MEMBERSHIPS/ AFFILIATIONS

- Ventura County Medical Association

# Lincoln Financial Group Appeal Referral

**Appeal Referral From:** **PHOENIX**

| | | | | | |
|---|---|---|---|---|---|
| Office: | 913 | Manager: | DIGIANDOMENICO, ROBERT | Case Mgr: | CRUZ, ERIKA |

| | | | |
|---|---|---|---|
| Claimant Name: | JAMIE H REECE | Claim #: | 8356763 |
| Occupation (Job Title): | TEAM MEMBER | Date Sent: | 7/29/2021 |
| Diagnosis: | M54.2 Cervicalgia, M25.511 Pain in right shoulder | | |
| Date of Disability: | 4/15/2018 | Date Benefits Began: | 10/21/2018 |
| Maximum Duration: | 9/21/2033 | Paid Through: | 7/20/2021 |
| Date of Denial or (DB451): | 7/21/2021 | Date Appeal Received: | 7/26/2021 |

**This is the date that the full appeal was received by the Field Claim Office*

| | | | |
|---|---|---|---|
| Policyholder/Self-Insured Plan Holder: | TOYOTA MOTOR ENGINEERING & MAN | | |
| Product: | LTD | Funding: | CON |
| Is Claimant Eligible for LTD? | Y | | |
| Erisa or Non-Erisa? | ERISA Plan | | |

Document Locations

- ☑ Paperless
- ☐ Bilingual - translation complete
- ☐ Paper File
- ☐ Surveillance disk(s)

**Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

Donna Sutherland

ER Contact Addresses (including email address):

Phone No. FAX No.

Account Specific or Unique Contract Issues / Additional Info:

RECD LETTER FROM ATTORNEY, BARTLEY K. HAGERMAN TO NOTIFY OF INTENT TO APPEAL - DOCUMENTS REQUESTED. ***DCM RECOMMENDS REFERRAL TO ARU FOR FURTHER HANDLING.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1601

| | |
|---|---|
| Date: | July 30, 2021 |
| To: | BARTLEY HAGERMAN<br>MEHR, FAIRBANKS & PETERSON<br>201 WEST SHORT STREET<br>SUITE 800<br>LEXINGTON KY 40507 |
| Attn: | |
| Fax: | (859) 225-3830 |
| From: | Becky Averill<br>Appeal Examiner II<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 430-1601 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 8356763<br>Claimant: Jamie Reece<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1601

July 30, 2021

Bartley K. Hagerman
Mehr, Fairbanks & Peterson
201 WEST SHORT STREET
SUITE 800
LEXINGTON, KY 40507

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece

Dear Bartley Hagerman:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Toyota Motor Engineering & Manufacturing North America, Inc.'s Group Disability Policy. We are writing in reference to Ms. Jamie Reece's claim for LTD benefits under the Policy.

The purpose of this letter is to acknowledge Ms. Reece's intent to appeal the closure of her claim for Long Term Disability (LTD) benefits.

We understand that you are in the process of gathering information to submit with the formal request for review. Since no appeal has yet been submitted, the claim remains closed with no additional review completed. The claim will not be forwarded to Lincoln Life Assurance Company of Boston's Appeal Review Unit at this time.

As set forth in the denial letter issued to you on July 21, 2021 Ms. Reece has a maximum of 180 days to submit a written request for review, which will expire on January 17, 2022. Please be aware that all information that you would like to have considered on appeal must be submitted with the written request no later than **January 17, 2022**.

Per your request for relevant claim documentation, the following information will be sent separately via secure OneDrive email to BKH@AUSTINMEHR.COM:

- Toyota Motor Engineering & Manufacturing North America, Inc.'s LTD Policy
- A complete copy of our claim file

We are required to password protect any claim files in an electronic format. You will be provided

with a password under separate cover. **Please note that the OneDrive link will expire 24 hours after it is sent to you.**

You may contact the employer for Summary Plan Description (SPD) materials as well as any and all documents which describe benefits available to Ms. Reece under the Plan(s) that were in effect at the time she became disabled, and all the amendments. You would also request the recent annual report (Form 5500) from the employer.

Ms. Reece's full and complete claim file and policy includes all information that was received and considered in our evaluation of her claim.

This also includes all inter office memoranda, notes, reports, communications or documents used in the analysis of claimant's claims for benefits; any and all correspondence between Lincoln Life Assurance Company of Boston and any third party regarding the claimant; all emails discussing the claimant's claim; correspondence of every kind relating to the claim, including those to record reviewers and doctors selected to evaluate the claimant; any and all financial analysis, notes or reports in the file; any vocational assessment reports, labor market analysis reports, or vocation reports regarding the claimant's occupation or any occupation; CV of all doctors and other professionals who evaluated the claimant; documentation of any payments made by Lincoln Life Assurance Company of Boston to any doctors that reviewed the claimant's medical records; medical reports and/or record reviews completed by or at the request of Lincoln Life Assurance Company of Boston; copies of medical records summaries completed; and any other document, reports, communications or information used to review the claimant's claim for disability benefits. Phone recordings are for quality assurance purposes only, and not made part of the claim file. There was no surveillance obtained on Ms. Reece.

We have enclosed the curriculum vitae (CV) for each peer reviewer. We do not provide CVs of any internal Lincoln staff; including nurses, disability case managers, claim managers, or internal vocational consultants. The vocational consultant's credentials are on his/her report. Each nurse is a graduate of an accredited nursing school and is required to maintain a current registered nurse license in their state of residence or as required by law. Additionally, our nurses attend clinical seminars and conferences on an ongoing basis to maintain additional certifications such as Certified Rehabilitation Registered Nurse (C.R.R.N.), Certified Disability Management Specialist (C.D.M.S.) and Certified Case Manager (C.C.M.).

Lincoln Life adheres to all ERISA regulations and procedural requirements. No claims handling manual(s); guidelines; policy and procedure manuals; administrative training documents, videos or tapes; and/or guides pertaining to disability claims resolutions were used to make this claim determination.

Going forward, all correspondence related to Ms. Reece's claim will be directed to your office as well as all future benefit payments, if any.

If you have documents to submit, you may **email** them to **DisabilityDocuments@LFG.Com** or **fax** them to **(603) 430-1601**. Please be sure to include the claimant's full name and claim number in your email or fax. You may also submit any documents by mail to the address below.

Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

If you have any questions regarding this matter, please contact me.

Sincerely,

Becky Averill
Appeal Examiner II
Phone No.: (888) 437-7611 Ext. 16668
Secure Fax No.: (603) 430-1601

# FAX

| | |
|---|---|
| **Date:** | 07/26/2021 |

| | |
|---|---|
| Pages including cover sheet: | 4 |

| | |
|---|---|
| **To:** | 6033343543@rcfax.com |
| | |
| | |
| | |
| | |
| | |
| ***Phone*** | |
| ***Fax Phone*** | *(603) 334-3543* |

| | |
|---|---|
| **From:** | Bartley Hagerman |
| | |
| | |
| | |
| | |
| | |
| ***Phone*** | (859) 225-3731 * 105 |
| ***Fax Phone*** | 18592253731 |

NOTE:

Claim No. 8356763; Reece, Jamies

MEHR, FAIRBANKS & PETERSON
TRIAL LAWYERS

201 West Short Street, Suite 800 • Lexington, Kentucky 40507 • (859) 225-3731 • Fax (859) 225-3830 • www.mehrfairbanks.com

| | |
|---|---|
| M. Austin Mehr | amehr@austinmehr.com |
| Philip G. Fairbanks | pgf@austinmehr.com |
| Erik D. Peterson | edp@austinmehr.com |
| Bartley K. Hagerman | bkh@austinmehr.com |
| Elizabeth A. Thornsbury | elizabeth@austinmehr.com |

July 26, 2021

Lincoln Life Assurance Company of Boston
Disability and Life Claims
P.O. Box 2578
Omaha, NE 68172-9688

**Via facsimile: (603) 334-3543**

RE: Our Client/Claimant: Jamie Reece
Claim No.: 8356763
Employer: Toyota

Dear Madam or Sir:

As you are aware, my law firm represents Jamie Reece with respect to the above-referenced **long-term disability claim**.

We are in receipt of your letter dated July 21, 2021, advising that this LTD claim has been denied. It is our understanding that my client has 180 days from the date she received that letter to submit an appeal. Our office intends to submit an appeal of the claim denial, prior to the 180-day deadline. This letter is not the appeal itself; the appeal will follow in due course. This letter is to notify Lincoln of my client's intent to appeal.

Please provide the following documentation to our office as soon as possible (you may provide it on a CD; and please contact us prior to producing same if there will be any financial charge for this production) **but no later than 30 days**:

- All documents, records, or other information relating or pertaining to any and all internal rules, guidelines, protocols, or other similar criterion relied upon by Lincoln Financial in making its benefit determination as to Ms. Reece. This request is also intended to include any and all claims manuals, training manuals, and other policy guidelines that are used to instruct Lincoln Financial's claims handlers.

- All documents, records, or other information that were submitted, considered, or generated by Lincoln Financial as to Ms. Reece's claim for LTD benefits, without regard as to whether said documents, records or other information is or was relied upon in making the benefit determination.

- All documents, records, or other information demonstrating Lincoln Financial's compliance with the administrative processes and safeguards required by federal law to be used in making benefit determinations and in handling benefit determinations.

- All documents, records, or other information that constitute a statement of policy, advice, or guidance concerning the payment, termination, or denial of benefits for persons with Ms. Reece's diagnoses, without regard as to whether such statements were relied upon by Lincoln Financial.

- All documents, records, or other information relating or pertaining to statements of policy, advice, or guidance concerning Lincoln Financial's plan language as to the definition of "disability" and how Lincoln Financial's claims adjusters are to evaluate, handle, and investigate claims of persons falling within these plan categories.

- All documents, records, or other information relating or pertaining to Lincoln Financial's criteria or guidelines for the selection and use of persons or businesses who conduct vocation assessments, persons or businesses who conduct peer reviews, and persons or businesses who conduct independent medical examinations.

Our law office requests such documentation, including, but not limited to the (1) summary plan description; (2) the applicable LTD plan/policy; (3) and all plan documentation, be provided to our law office **within thirty (30) days.**

Pursuant to 29 U.S.C. §1024(b)(4):

> The administrator shall, upon written request of any participant or beneficiary, furnish a copy of the latest updated summary plan description, and the latest annual report, any terminal report, the bargaining agreement, trust agreement, contract, or other instruments under which the plan is established or operated.

Therefore, our law office requests that the above-specified documentation be provided to our law office, **pursuant to ERISA subsection 502(c)**, which allows for a penalty of up to $110 per day, if the plan administrator does not provide such plan documentation within the period specified by statute.

Further, pursuant to 29 CFR § 2560.503-1(h)(2)(iii), the claimant shall be provided, upon request and free of charge, reasonable access to, and copies of all documents, records, and other information relevant to the claimant's claim for benefits. Relevant information includes documentation, records or other information:

(i) Relied upon in making the benefit determination;
(ii) Submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record, or other information was relied upon in making the benefit determination;
(iii) Demonstrates compliance with the administrative processes and safeguards required pursuant to paragraph (b)(5) of this section in making the benefit determination; or
(iv) In the case of a group health plan or a plan providing disability benefits, constitutes a statement of policy or guidance with respect to the plan concerning the denied treatment option or benefit for the claimant's diagnosis, without regard to whether such advice or statement was relied upon in making the benefit determination.

Thank you for your attention to this matter. I look forward to your response and the prompt tendering of the requested documentation. If you have any questions, please feel free to contact me at (859) 225-3731.

**Please also note that Lincoln Financial (including its employees and any medical reviewers hired by Lincoln Financial) does not have permission to speak with Ms. Reece's physicians orally, but it may submit requests for information to them *in writing*.**

Sincerely,

*/s/ Bartley K. Hagerman*

Bartley K. Hagerman

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (855) 508-4895
Secure Fax No.: (603) 422-0119

| | |
|---|---|
| Date: | July 26, 2021 |
| To: | BARTLEY HAGERMAN<br>MEHR, FAIRBANKS & PETERSON<br>201 WEST SHORT STREET<br>SUITE 800<br>LEXINGTON KY 40507 |
| Attn: | |
| Fax: | (859) 225-3830 |
| From: | Christine Chaput<br>Financial Ops Admin<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 422-0119 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 8356763<br>Claimant: Jamie Reece<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (855) 508-4895
Secure Fax No.: (603) 422-0119

July 26, 2021

Bartley K. Hagerman
Mehr, Fairbanks & Peterson
201 WEST SHORT STREET
SUITE 800
LEXINGTON, KY 40507

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece

Dear Bartley Hagerman:

The claimant's Disability Claim Manager referred the disability claim to the Financial Review Services Unit, because the claimant was pursuing Social Security benefits at the time the claim closed.

The employer's disability plan requires us to reduce the disability benefits by the amount of income received from other sources, including Social Security, for the claimant themselves and any eligible dependents. A retroactive award may cause the disability claim to be considered overpaid, and the claimant is responsible for repaying amounts paid for periods covered by the Social Security award. This obligation remains regardless of the status of the disability claim.

To update our files, please provide a copy of the claimant's most recent status from the Social Security Administration. This could be in the form of a Denial letter or a Notice of Award. If the claim is still Pending, please keep this letter and reach out once a decision is made. If the claimant/your office is working with Allsup, The Advocator Group, or Doherty Cella Keane then you do not have to follow up, as they will notify us of status. If you are awarded, please provide a copy of your Notice of Award letter. Please be sure to advise the claimant not to spend any retroactive payment you receive until we determine the overpayment of the benefits.

If you are unable to locate a copy of the most recent update, you may access this by visiting the Social Security Administration's website at www.socialsecurity.gov/myaccount where you can create an account and obtain any updates.

Please provide any relevant documentation via email to: **DisabilityDocuments@LFG.com** **.** Please call me if you have any questions.

If you have any questions regarding this matter, please contact me.

Sincerely,

Christine Chaput
Financial Ops Admin
Phone No.: (888) 437-7611 Ext. 15917
Secure Fax No.: (603) 422-0119

**From:** LincolnAbsenceNotification@lfg.com
**To:**
donna.sutherland@toyota.com;judy.lykins@toyota.com;forrest.harmon@toyota.com;ladonna.johnson@toyota.com;laura.edelen@toyota.com
**Subject:** LINCOLN FINANCIAL NOTIFICATION: Change in Long Term Disability Status for Jamie Reece 277390 Claim 8356763

This is to notify you that there has been a change in the status of your Team Member's Long Term Disability claim.

**Long Term Disability Information:**

Last Day Worked: 4/14/2018

Date of Disability: 4/15/2018

Benefit Payments Period: 10/21/2018 thru 7/20/2021

Claim Status: Closed - Not Totally Disabled For Any Occupation

Claim closed effective: 7/21/2021

The Team Member has 180 days to appeal this determination. The appeal deadline is 1/18/2022.

If you have further questions, please call Lincoln Financial at (800) 291-0112 ext. 41622 or contact the assigned Case Manager at Erika.Cruz@lfg.com. Please be sure to reference claim number 8356763.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

| | |
|---|---|
| Date: | July 21, 2021 |
| To: | BARTLEY HAGERMAN<br>MEHR, FAIRBANKS & PETERSON<br>201 WEST SHORT STREET<br>SUITE 800<br>LEXINGTON KY 40507 |
| Attn: | Bartley Hagerman |
| Fax: | (859) 225-3830 |
| From: | Erika Cruz<br>LTD Technical Specialist I<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 334-3543 |
| Total Pages<br>(Including Cover): | 8 |
| RE:<br><br>Claim #: 8356763<br>Claimant: Jamie Reece<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

July 21, 2021

Bartley K. Hagerman
Mehr, Fairbanks & Peterson
201 WEST SHORT STREET
SUITE 800
LEXINGTON, KY 40507

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece

Dear Bartley Hagerman:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Toyota Motor Engineering & Manufacturing North America, Inc. 's Group Disability Policy. We are writing in reference to Jamie Reece's claim for LTD benefits under the Policy.

We have completed a thorough review of her eligibility for benefits and have determined that benefits are not payable beyond July 20, 2021.

**Policy Overview**

Toyota Motor Engineering & Manufacturing North America, Inc.'s LTD Policy requires that to receive benefits Ms. Reece must meet the following definition of disability:

*"**Disability**" or "**Disabled**" means:*

*1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*

*i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

*ii. thereafter, the Covered Person is unable to perform, with any reasonable continuity, the Material and Substantial Duties of Any Occupation.*

***Own Occupation**, with respect to Long Term Disability means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of*

*determining Disability under this policy, Liberty will consider the Cover's personal occupation as it is normally performed at Toyota Motor Engineering & Manufacturing North America, Inc.*

**Medical Overview**

Ms. Reece has been receiving Long Term Disability benefits since October 21, 2018. In order to evaluate whether she met the above definition of disability, her file was reviewed by John Zheng, DO, Board Certified in Physical Medicine & Rehabilitation Pain Medicine on July 1, 2021.

Medical records reviewed included from New Lexington Clinics PSC/Dr. Katherine Roden through May 20, 2021.

Based on the available medical information received, Dr. Zheng concluded:

> *Supported diagnoses include: Complex regional pain syndrome, right upper limb; Myofascial pain; Cervicalgia; Right wrist fracture, status/post open reduction internal fixation; Bilateral hip osteoarthritis; Lumbar disc disease; Bunion of right foot; Right foot osteoarthritis; Right foot hallux valgus. Co-morbid diagnosis: Psoriatic arthritis.*
>
> *Taking into consideration the entire clinical picture, including standards of care and evidence-based-medicine, and any medication or other treatment side effects, the claimant has impairments that translate into restrictions and limitations from 4/1/2021 to present.*
>
> *The claimant is a 52-year-old female with a medical history significant for complex regional pain syndrome, right upper limb, cervicalgia, myofascial pain; right wrist fracture, s/p open reduction internal fixation of right wrist, psoriatic arthritis, bilateral hip osteoarthritis, lumbar disc disease, right foot bunion, right foot osteoarthritis, and right foot hallux valgus.*
>
> *Interval history shows that the claimant has been experiencing chronic pain in her RUE due to repetitive work-related injury from her job which involved a lot of repetitive pushing and pulling and overhead lifting. In 2018, the claimant was diagnosed with complex regional pain syndrome due to allodynia, temperature change and edema throughout the right upper extremity. On 11/5/19, Dr. Roden saw the claimant for right shoulder and forearm pain. The claimant experienced a fall from a windowsill with subsequent fracture of her right wrist. She was s/p open reduction internal fixation with hardware in place on 10/2019. She underwent regional block with pain pump located which did help control her symptoms. She reported some edema in the right hand as well as occasional symptoms on the left principally in the hand and forearm. On exam, there was tenderness over cervical paraspinals and trapezius muscle; edema right and left hand, left forearm. On 5/15/20, the claimant reported ongoing symptoms in the right upper extremity with discomfort through the upper arm and into the forearm. She also had a myofascial component of her pain with tension through the right axial neck and shoulder. X-rays of the bilateral hips and lumbar spine from 10/12/20 revealed minimal degenerative changes in the hips, pelvis, and lumbar spine. MRI of the lumbar spine performed on 11/3/20 revealed L4-5 mild diffuse disc*

*bulge, mild facet arthrosis, mild bilateral foraminal encroachment; L5-S1 minimal disc bulge, mild facet arthrosis. On 11/17/20, the claimant reported right hip and leg discomfort, right posterior buttock and groin pain. On exam, there was positive axial load on lumbar spine. On 4/6/21, the claimant presented with back pain and hip pain. On exam, she had RUE (rigth upper extremities ) tenderness and myofascial pain. Moreover, on 5/20/21, the claimant presented with right foot pain, and x-rays revealed moderate-sized bunion at the first metatarsal head with hallux valgus deformity and mild osteoarthritic changes; mild to moderate enthesopathic change about the calcaneus. Physical exam demonstrated hallux valgus deformity, right foot swelling, trigger point pain over right piriformis.*

*Based on the information provided, the claimant has multiple symptoms on the RUE due to complex regional pain syndrome. The diagnosis is supported by the presence of unilateral temperature changes, color changes, and allodynia on her RUE. The claimant also has a history of right wrist fracture which required open reduction internal fixation in 2019. She also had a myofascial component of her pain with tension through the right axial neck and shoulder. The claimant also has degenerative changes in her bilateral hips and lumbar spine which result in chronic pain in her bilateral hips, right greater than left, and her back. More recently, the claimant was diagnosed with hallux valgus deformity and osteoarthritis of her right foot with swelling. The claimant continues to experience chronic pain in her RUE, neck, back, bilateral hips, and right foot. Therefore, the claimant requires restrictions and limitations as outlined below:*

*Sitting: Unrestricted*

*Standing: Frequently, 30 minutes at a time, for up to 3 hours per day*

*Walking: Frequently, 30 minutes at a time, for up to 3 hours per day*

*Lifting: Occasionally up to 20 lbs. RUE; Occasionally up to 40 lbs. LUE*

*Carrying: Occasionally up to 20 lbs. RUE; Occasionally up to 40 lbs. LUE*

*Pushing: Occasionally up to 20 lbs. RUE; Occasionally up to 40 lbs. LUE*

*Pulling: Occasionally up to 20 lbs. RUE; Occasionally up to 40 lbs. LUE*

*Climbing stairs: Occasionally*

*Balancing: Never*

*Stooping: Occasionally*

*Kneeling: Occasionally*

*Crouching: Occasionally*

*Crawling: Never*

*Reaching: Occasionally, overhead and below waist levels RUE; Unrestricted, to desk level RLE; Unrestricted to all 3 levels LUE*

*Using lower extremities for foot controls: Occasionally RLE; Unrestricted LLE*

*Fine manipulation: Occasionally RUE; Unrestricted LUE*

*Simple and firm grasping: Occasionally RUE; Unrestricted LUE*

*No climbing ladders*
*No working at unprotected heights*

*No operating heavy machinery*

*The above recommended restrictions and limitations are indicated from 4/1/21 to present, with re-assessment on or around 12/1/2021.*

**Vocational Review**

Subsequently, a Transferable Skills Analysis utilizing the Occupational Access System was completed to assess Ms. Reece's transferable skills to determine if alternative occupations exist in the national economy:

**Skills and Abilities:**

Manual/Technical – Painting surfaces of automobiles, handling pain and other chemicals, operative variety of equipment and tools, working on a production line, maintaining production standards and meeting production goals, ensuring conformance to specifications, using attention to detail skills, completing precise work, adhering to safety procedures and protocols.

Communication/Interpersonal – Speaking effectively, listening attentively, collaborating with others, working well as a part of a team.

Service – Answering questions, clarifying and explaining information, giving instructions and directions, showing care and concern, interacting with diverse populations, working well with the public, handling customer issues and complaints, utilizing problem solving skills, using knowledge of childcare and teaching principles, responding to emergencies.

Organizational – Demonstrating efficiency and ability to get a job done, utilizing time management skills, multi-tasking, understanding and applying both written and verbal instructions, using basic clerical and computer skills.

The Transferable Skills Analysis identified occupations that are within Ms. Reece's physical abilities and identified skills level.

| **Occupation National** | **National Mean Monthly Wage** |
|---|---|
| Customer Service Representative | $2987 |
| Information Clerk | $2593 |
| Gate Guard | $2588 |
| Assembler, Production | $2617 |
| Assembler, Small Products I | $2617 |

Our role in reviewing Ms. Reece's file is to determine whether her medical condition and the medical documentation contained in her file supports that she is able to perform the material and substantial duties of any other occupation that she is qualified to perform. We are not required to ensure the availability of these occupations or that she returns to active employment with Toyota Motor Engineering & Manufacturing North America, Inc. in the same or alternative position. The review of Ms. Reece's filewas to determine whether she is capable of performing the duties of any occupation.

**Determination**

Based on the medical and vocational reviews, continued LTD Benefits are not supported beyond July 20, 2021, as it was determined that Ms. Reece can perform with reasonable continuity, the material and substantial duties of the above occupations based on her physical capacity and skill level. Therefore, Ms. Reece, do not meet the definition of total disability under the terms of Toyota Motor Engineering & Manufacturing North America, Inc.'s Group Disability Policy. Benefits will be paid through July 20, 2021 and Ms. Reece's claim is closed as of July 21, 2021.

Any pending application(s) for benefits that are considered an offset under the Policy continue to be applicable to Ms. Reece's claim. If benefits are awarded retroactive to her period of disability with Lincoln Life Assurance Company of Boston, Ms. Reece is expected to repay the amount of any other benefit she would have received during the time period that she received disability per the language of the Policy. Should Lincoln Life Assurance Company of Boston receive notification of any such award, a representative from our Financial Review Services will notify her regarding any repayment due.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), Ms. Reece may request a review of this denial by writing to the address below:

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578

Omaha, NE 68172-9688

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons Ms. Reece feels her claim should not have been denied. In her request for review please include the following documentation:

All hospital admission/discharge summaries, consultation reports, procedure reports, diagnostic test results, office chart notes, patient questionnaire forms, therapy records and physical therapy records from May 21, 2021 through Present; physician documentation of specific work related restrictions and limitations noting the applicable timeframe and the medical documentation to support from any and all providers authorizing disability.

You should also provide any additional information that you feel will support her claim.

Ms. Reece is entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive her written request for review within 180 days from the receipt of this notice, our claim decision will be final, her file will remain closed, and no further review will be conducted.

Under normal circumstances, Ms. Reece will be notified of the final decision within 45 days from the date her request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata’ hane’go shíká a’doowoł nínízingo saad hosíníłįį’ dóó ná’ookąąh nííní’ąągo naaltsoos nííníłtsoozígíí hazho’ó bik’idi’deeshtįįł nínízingo doo bááh ílínígóó níká a’doowoł éí biniiyé shił hodíílnih áko ákwe’égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, Ms. Reece will be notified of the final decision no later than 90 days from the date her request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved by Lincoln Financial Group, whether or not they are specifically mentioned herein.

If Ms. Reece has any questions regarding this matter, please contact me.

Sincerely,

Erika Cruz
LTD Technical Specialist I
Phone No.: (855) 508-4895 Ext. 41622
Secure Fax No.: (603) 334-3543

# John Zheng, DO

***Board-Certified in Physical Medicine & Rehabilitation***
***Pain medicine***

**CLAIMANT NAME:** Reece, Jamie
**EXAMINER:** John Zheng, DO
**ECN #:** 165744-2
**CLAIM #:** 8356763
**DATE OF LOSS:** 04/15/2018
**DATE OF SERVICE:** 7/01/2021

## Peer Review

This is a peer review regarding Reece, Jamie. I have been asked to review the medical records on behalf of ECN. I reviewed records from 07/13/2017 through 05/09/2021 including: New Lexington Clinics PSC, extending from 07/13/2017 to 05/09/2021; Timothy Averion-Mahlock, M.D./ Radiology, extending from 10/12/2020 to 05/20/2021; Edmond V. Russ III, M.D./ Radiology, on 11/03/2020; Katherine Roden, M.D./ Pain Medicine, on 12/14/2018.

The claimant is a 52-year-old female with a medical history significant for complex regional pain syndrome, right upper limb, cervicalgia, myofascial pain; right wrist fracture, s/p open reduction internal fixation of right wrist, psoriatic arthritis, bilateral hip osteoarthritis, lumbar disc disease, right foot bunion, right foot osteoarthritis, and right foot hallux valgus.

7/13/18, New Lexington Clinics PSC: The claimant is seen for right shoulder pain. She has a job that involved a lot of repetitive pushing and pulling and overhead lifting. She developed soreness and tenderness since 1/2018. On exam, she has bilateral weakness of the hips with 1 leg stability; she has painful arc in forward flexion; she has weakness with external rotation and forward flexion. She has pain to palpation of the coracoid base muscles of the pectoralis minor and the short head of the biceps that creates an anterior tilt of the scapula.

11/15/18, New Lexington Clinics PSC: The claimant is seen for soreness and tenderness in the right shoulder with limitation of activity. She has been recently diagnosed with complex regional pain syndrome due to some problems with the hand and the arm with redness and whiteness. On exam, she has trigger points to palpation along the intraclavicular area and the medial scapular border and in the infraspinatus area. She also has mild pain along the lateral acromion. She has some weakness to forward flexion at 90 degrees.

11/5/19, Katherine Roden, M.D./ Pain Medicine: The claimant is seen for right shoulder and forearm pain in the setting of complex regional pain syndrome. The claimant experienced a fall from a windowsill with subsequent fracture of her right wrist. She is s/p open reduction internal fixation with hardware in place on 10/2019. She underwent

regional block with pain pump located which did help control her symptoms. She reports some edema in the right hand as well as occasional symptoms on the left principally in the hand and forearm. She reports ability to perform her activities of daily living. On exam, there is tenderness over cervical paraspinals and trapezius muscle; right arm in cast; there is edema right and left hand, left forearm. She has 5/5 strength in BUE.

3/6/20, Katherine Roden, M.D./ Pain Medicine: The claimant reports worsening muscle spasms throughout the right axial neck and shoulder as well as around the shoulder blade. She notes having healed well following her open reduction internal fixation of her right wrist. On exam, there is tenderness over neck and right shoulder.

5/15/20, Katherine Roden, M.D./ Pain Medicine: The claimant notes ongoing symptoms in the right upper extremity with discomfort through the upper arm and into the forearm. She also has a myofascial component of her pain with tension through the right axial neck and shoulder. On exam, there is tenderness over neck and right shoulder.

6/19/20, Katherine Roden, M.D./ Pain Medicine: The claimant is seen for complex regional pain syndrome in RUE. She continues to note ongoing allodynia, temperature change and edema throughout the right upper extremity. She has noticed more recently a deeper ache in through the upper arm. On exam, there is tenderness over cervical paraspinals and trapezius muscle; right arm in cast; there is edema right and left hand, left forearm. She has 5/5 strength in BUE.

10/12/20, X-ray of the bilateral hips: minimal degenerative changes in the hips and pelvis.

10/12/20, X-ray of the lumbar spine: mild degenerative disc disease of the lumbar spine.

10/20/20, Katherine Roden, M.D./ Pain Medicine: The claimant is seen for complex regional pain syndrome. More recently, she has noticed some extension of her symptoms into the LUE with swelling and temperature change in the LUE from the hands up through the elbow. She also reports right hip pain. On exam, she has normal strength, normal reflexes, normal gait and station. There is positive axial load on lumbar spine.

11/3/20, MRI of the lumbar spine: L2-3 mild facet arthrosis; L3-4 mild facet arthrosis; L4-5 mild diffuse disc bulge, mild facet arthrosis, mild bilateral foraminal encroachment; L5-S1 minimal disc bulge, mild facet arthrosis.

11/17/20, Katherine Roden, M.D./ Pain Medicine: The claimant is seen for follow-up of complex regional pain syndrome. She has repetitive work-related injury in the RUE from her job. She subsequently developed symptoms consistent with complex regional pain syndrome including allodynia as well as color and temperature changes. She also reports right hip and leg discomfort, right posterior buttock and groin pain. On exam, there is positive axial load on lumbar spine.

1/13/21, New Lexington Clinics PSC: The claimant is seen for psoriatic arthritis. She reports she is feeling flared with recent pelvic floor repair, and missing meds. She is getting recurring pink eye with orbital swelling.

4/6/21, Katherine Roden, M.D./ Pain Medicine: The claimant is seen for follow-up of complex regional pain syndrome. More recently, her back and hip have been causing issues. On exam, she has RUE tenderness and myofascial pain. She feels that the medications help her symptoms.

5/6/21, New Lexington Clinics PSC: The claimant is seen for psoriatic arthritis. She is in Xeljanz 11 mg. On exam, there is right foot swelling and trigger point pain over right piriformis.

5/20/21, X-ray of the right foot: moderate-sized bunion at the first metatarsal head with hallux valgus deformity and mild osteoarthritic changes; mild to moderate enthesopathic change about the calcaneus.

5/20/21, New Lexington Clinics PSC: The claimant is seen for right foot pain and right foot bunion. She has a history of complex regional pain syndrome involving the right upper and lower extremity. She had pelvic floor surgery and has been having complications. On exam, there is hallux valgus deformity, right foot swelling, trigger point pain over right piriformis. She has normal gait and station. The claimant underwent right foot steroid injection.

**DIAGNOSES:**

Complex regional pain syndrome, right upper limb, cervicalgia, myofascial pain; right wrist fracture, s/p open reduction internal fixation of right wrist, psoriatic arthritis, bilateral hip osteoarthritis, lumbar disc disease, right foot bunion, right foot osteoarthritis, and right foot hallux valgus

**CALL ATTEMPTS:**

Dr. Roden's office, Tue 22/21; 01:42 PM; left a message at Lexington Clinic with patient access specialist, Shannon G. Contact number used for outreach: 859-258-4000.

Dr. Roden's office, Thu 24/21; 10:31 AM; left a message at Lexington Clinic with customer service representative, Betty M. Contact number used for outreach: 859-258-4000.

**RESPONSE TO QUESTIONS:**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).**

Complex regional pain syndrome, right upper limb (G90.511)

Myofascial pain (M79.1)
Cervicalgia (M54.2)
Right wrist fracture, s/p open reduction internal fixation (S62.91XA)
Bilateral hip osteoarthritis (M16.0)
Lumbar disc disease (M51.86)
Bunion of right foot (M21.611)
Right foot osteoarthritis (M19.071)
Right foot hallux valgus (M20.11)

2. **If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).**

Psoriatic arthritis (L40.52)

3. **Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - 4/1/2021 to -present, and comment on the expected duration.**

Yes. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine, and any medication or other treatment side effects, the claimant has impairments that translate into restrictions and limitations from - 4/1/2021 to -present.

The claimant is a 52-year-old female with a medical history significant for complex regional pain syndrome, right upper limb, cervicalgia, myofascial pain; right wrist fracture, s/p open reduction internal fixation of right wrist, psoriatic arthritis, bilateral hip osteoarthritis, lumbar disc disease, right foot bunion, right foot osteoarthritis, and right foot hallux valgus.

Interval history shows that the claimant has been experiencing chronic pain in her RUE due to repetitive work-related injury from her job which involved a lot of repetitive pushing and pulling and overhead lifting. In 2018, the claimant has been diagnosed with complex regional pain syndrome due to allodynia, temperature change and edema throughout the right upper extremity. On 11/5/19, Dr. Roden saw the claimant for right shoulder and forearm pain. The claimant experienced a fall from a windowsill with subsequent fracture of her right wrist. She was s/p open reduction internal fixation with hardware in place on 10/2019. She underwent regional block with pain pump located which did help control her symptoms. She reported some edema in the right hand as well as occasional symptoms on the left principally in the hand and forearm. On exam, there was tenderness over cervical paraspinals and trapezius muscle; edema right and left hand, left forearm. On 5/15/20, the claimant reported ongoing symptoms in the right upper extremity with discomfort through the upper arm and into the forearm. She also had a myofascial component of her pain with tension through the right axial neck and shoulder. X-rays of the bilateral hips and lumbar spine from 10/12/20 revealed minimal

degenerative changes in the hips, pelvis, and lumbar spine. MRI of the lumbar spine performed on 11/3/20 revealed L4-5 mild diffuse disc bulge, mild facet arthrosis, mild bilateral foraminal encroachment; L5-S1 minimal disc bulge, mild facet arthrosis. On 11/17/20, the claimant reported right hip and leg discomfort, right posterior buttock and groin pain. On exam, there was positive axial load on lumbar spine. On 4/6/21, the claimant presented with back pain and hip pain. On exam, she had RUE tenderness and myofascial pain. Moreover, on 5/20/21, the claimant presented with right foot pain, and x-rays revealed moderate-sized bunion at the first metatarsal head with hallux valgus deformity and mild osteoarthritic changes; mild to moderate enthesopathic change about the calcaneus. Physical exam demonstrated hallux valgus deformity, right foot swelling, trigger point pain over right piriformis.

Based on the information provided, the claimant has multiple symptoms on the RUE due to complex regional pain syndrome. The diagnosis is supported by the presence of unilateral temperature changes, color changes, and allodynia on her RUE. The claimant also has a history of right wrist fracture which required open reduction internal fixation in 2019. She also had a myofascial component of her pain with tension through the right axial neck and shoulder. The claimant also has degenerative changes in her bilateral hips and lumbar spine which result in chronic pain in her bilateral hips, right greater than left, and her back. More recently, the claimant was diagnosed with hallux valgus deformity and osteoarthritis of her right foot with swelling. The claimant continues to experience chronic pain in her RUE, neck, back, bilateral hips, and right foot. Therefore, the claimant requires restrictions and limitations as outlined below:

Sitting: Unrestricted
Standing: Frequently, 30 minutes at a time, for up to 3 hours per day
Walking: Frequently, 30 minutes at a time, for up to 3 hours per day
Lifting: Occasionally up to 20 lbs. RUE; Occasionally up to 40 lbs. LUE
Carrying: Occasionally up to 20 lbs. RUE; Occasionally up to 40 lbs. LUE
Pushing: Occasionally up to 20 lbs. RUE; Occasionally up to 40 lbs. LUE
Pulling: Occasionally up to 20 lbs. RUE; Occasionally up to 40 lbs. LUE
Climbing stairs: Occasionally
Balancing: Never
Stooping: Occasionally
Kneeling: Occasionally
Crouching: Occasionally
Crawling: Never
Reaching: Occasionally, overhead and below waist levels RUE; Unrestricted, to desk level RLE; Unrestricted to all 3 levels LUE
Using lower extremities for foot controls: Occasionally RLE; Unrestricted LLE
Fine manipulation: Occasionally RUE; Unrestricted LUE
Simple and firm grasping: Occasionally RUE; Unrestricted LUE

No climbing ladders
No working at unprotected heights
No operating heavy machinery

The above recommended restrictions and limitations are indicated from 4/1/2021 to -present, with re-assessment on or around 12/1/2021.

**a. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.**

N/A. Please see previous item.

**4. Treatment Opportunities: Is the treatment provided consistent with the standard of care for the apparent level of severity of the condition(s)? Is there any evidence that the claimant is not compliant with treatment that meets the standard of care?**

Yes, the treatment provided was consistent with the standard of care for the apparent level of severity of the condition(s).

No, there is no evidence that the claimant is not compliant with treatment that meets the standard of care.

**5. Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g., workplace conflicts, child or elder care issues, or legal issues)?**

No. There are no non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g. workplace conflicts, child or elder care issues, or legal issues).

Sincerely,



**John Z. Zheng, DO**
**Physical Medicine & Rehabilitation**
**Pain Medicine**
**Medical License CA 14602**

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881

Exam Coordinators Network A division of Genex Services, LLC
E-mail: info@ecnime.com • Web: www.ecnime.com

Claimant Name: Jamie Reece
Claim Number: 8356763
Case Number: 165744-2

"I, John Z Zheng, DO, am a physician duly licensed to practice medicine in the State of . I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

July 1, 2021

Signature of Physician Date

Medical/Professional License # CA 14602

**From:**Russell, Joshua <Joshua.Russell@genexservices.com>
**Sent:**Thu, 1 Jul 2021 20:14:56 +0000
**To:**VendorReferrals
**Subject:**J. Reece CL 8356763
**Attachments:**Peer Review.pdf, Invoice.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good Afternoon,
Attached please find the Peer Review and Invoice for the above referenced claimant.
Please advise if we can further assist you with this file.
Thanks for the referral,

**Joshua Russell**
***Quality Assurance Coordinator***
Exam Coordinators Network, a division of Genex Services
**T**: 877-463-9463
**F**: 561-392-5881
**Access our portal at: View My Cases**

urac ACCREDITED
Independent Medical Examinations
Expires 04/01/2024

All electronic communications from ECN / Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

All electronic communications from Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to

comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

ECN
Exam Coordinators Network A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com Web: www.ecnime.com

**Invoice:** **BOCA 111774** **Date** **7/1/2021**

***Bill To:***

**Erika Cruz**
**Lincoln Financial-London, KY**
**P.O. Box 7207**
**London, KY 40742**

**Claim #** 8356763
**Date of Loss:** 4/15/2018
**ECN #** 165744-2
**Account #**

**Claimant** Jamie Reece

| | | |
|---|---|---|
| 6/18/2021 | Peer Review - Long Term Disability: Service<br>Provider: John Z Zheng, DO<br>Specialty: PMR/Pain Management | $660.00 |

**SubTotal** $660.00

**Final Invoice Total** $660.00

***Remit To:***
Exam Coordinators Network
440 E. Swedesford Road
Suite 1000
Wayne, PA 19087

Terms: Net 30 days
Tax Id #: 95-3327434

THANK YOU FOR THE OPPORTUNITY TO PROVIDE THIS SERVICE FOR YOU. PLEASE REMIT PAYMENT PROMPTLY.

MEHR, FAIRBANKS & PETERSON
TRIAL LAWYERS
201 West Short Street, Suite 800 • Lexington, Kentucky 40507 • (859) 225-3731 • Fax (859) 225-3830 • www.mehrfairbanks.com

M. Austin Mehr — amehr@austinmehr.com
Philip G. Fairbanks — pgf@austinmehr.com
Erik D. Peterson — edp@austinmehr.com
Bartley K. Hagerman — bkh@austinmehr.com
Elizabeth A. Thornsbury — elizabeth@austinmehr.com

June 1, 2021

Lincoln Life Assurance Company of Boston
Disability and Life Claims
Attn: Erika Cruz
P.O. Box 2578
Omaha, NE 68172-9688

**RE: Claimant: Jamie H. Reece**
**Claim No.: 8356763**

Dear Ms. Cruz:

I am in receipt of your letter of May 18, 2021, requesting medical records. Enclosed (on CD), are my client's records from Lexington Clinic (Bates 5227-5322). I trust this satisfies your request, but please let me know if you need additional information.

We look forward to the continued payment of my client's monthly LTD benefits, uninterrupted.

Sincerely,

Bartley Hagerman

Bartley K. Hagerman

Enclosure

**REECE, JAMIE H (id #21591363, dob: )**

**Encounter Date: 07/13/2017**

Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (48yo, F) ID# 21591363 | **Appt. Date/Time** | 07/13/2017 11:15AM |
| **DOB** | | **Service Dept.** | GASTRO SB |
| **Provider** | AN-YU CHEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Prescription: ESI1 - Member is eligible. details | | |

Chief Complaint

None recorded.

Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867

Patient's Pharmacies

**TOYOTA FAMILY PHARMACY (TMMK): 1001 CHERRY BLOSSOM WAY, GEORGETOWN KY 40324, Ph (502) 570-4610, Fax (502) 570-4610**

Vitals

07/13/2017 11:52 am

| | | |
|---|---|---|
| **Ht:** 5 ft 7 in | **Wt:** 156 lbs | **BMI:** 24.4 |
| **BP:** 120/64 | **Pulse:** 60 bpm | **RR:** 16 |

Allergies

Reviewed Allergies

**LORTAB:** Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

Medications

**Effexor XR 150 mg capsule,extended release** 12/06/16 entered
Daily
**Internal Note:** Duration: 30 days;Frequency: daily;Medication Description: venlafaxine; Dosage:2; Route:oral; refills:12; Quantity:30 capsule, extended release

**Enjuvia 0.45 mg tablet** 12/02/16 entered
Daily
**Internal Note:** Frequency: daily;Medication Description: conjugated estrogens; Dosage:1; Route:oral; refills:0

**loratadine 10 mg tablet** 12/04/16 entered
Daily
**Internal Note:** Frequency: daily;Medication Description: loratadine; Dosage:1; Route:oral; refills:5; Quantity:30 tablet

**Motrin 600 mg tablet** 05/20/08 filled
Two times a day
**Internal Note:** Frequency: bid;Alt Frequency: prn;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008

**Protonix 40 mg tablet,delayed release** 11/17/09 filled
Daily
**Internal Note:** Frequency: daily;Medication Description: pantoprazole; Dosage:1; Route:oral; refills:5; Quantity:30 enteric coated tablet, start 11/17/2009

Vaccines

None recorded.

Problems

**REECE, JAMIE H (id #21591363, dob:**

Reviewed Problems
- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## GYN History

(not configured)

## HPI

This is a pleasant 48 here for complaints of rectal bleeding
Location: Analrectal region.
Timing: After BM's, no acute pain
Quality: Bright red in color, on paper and in stool
Severity: Mild. No fainting or weakness.
Onset/ Duration: On going for many months
Associated symptoms: Seems to occur more often after taking NSAID's
Treatments: None so far. Never had colonoscopy
Aggrevating Factors:
*Family Hx: GF has stomach cancer*
Additional info: Has rectocele. Also complaining of a fullness sensation in the back of her throat as before, but not as bad.

## ROS

**Additionally reports: CONSTITUTIONAL: No fever, chills, or weight loss**

**ENT: No ear pain. No sore throat.**

**CARDIOVASCULAR: No chest pain, No edema.**

**PULMONARY: no shortness of breath, or cough.**

**GI: As detailed in the HPI.**

**GU: no dysuria,**

**NEURO: no headaches, visual changes, numbness, tingling, weakness**

**ENDOCRINE: no history of thyroid problems, no weight gain**

**ALLERGY/IMMUNE: No immune deficiency or hay fever.**

**SKIN: No itching or rashes**

**PSYCH: No depression or anxiety**

## Physical Exam

Patient is a 48-year-old female.

GENERAL: Pleasant 48 years-old in no acute distress

HEENT: EOMI, no scleral icterus. no obvious oral lesions, mucous membranes moist.

NECK: Unrestricted range of motion.

PULMONARY: Normal respiratory effort. No evidence of shortness of breath.

ABDOMEN: Moderate central obesity. Bowel sounds within normal limits. Soft, nontender, nondistended. No hepatosplenomegaly. There is no guarding or rebound.

SKIN: No jaundice. No rashes. Warm and dry.

MUSCULOSKELETAL: Gait within normal limits.

NEURO: No obvious weakness or gross deficit noted. No evidence of confusion.

PSYCH: Alert and oriented. Mood and affect within normal limits. Does not appear depressed.

## Assessment / Plan

**1. Painless rectal bleeding** - May be secondary to NSAIDs. At age for colon screening. Will schedule colonoscopy evaluation.

**REECE, JAMIE H (id #21591363, dob:**

K62.5: Hemorrhage of anus and rectum

**2. Family history of Stomach cancer** - Will assess with EGD
Z80.0: Family history of malignant neoplasm of digestive organs

**3. Globus sensation** - Evaluated in the past. Responded with PPI therapy. Advised to continue.
F45.8: Other somatoform disorders

**Patient Instructions**
Importance of a good colon prep was discussed.

**Discussion Notes**
I have discussed the situation, differential diagnosis, and recommendation with the patient. She express understanding and wishes to proceed as recommended.

Return to Office
- AN-YU CHEN, MD for ENDOSCOPY AND SURGERY CTR LC at SURGERY SCHEDULE on 08/07/2017 at 02:30 PM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

Encounter Sign-Off
Encounter signed-off by AN-YU CHEN, MD, 07/13/2017.

Encounter performed and documented by AN-YU CHEN, MD
Encounter reviewed & signed by AN-YU CHEN, MD on 07/13/2017 at 12:10pm

## Imaging Results

NEW LEXINGTON CLINIC PSC • , LEXINGTON KY 40504-2701

**REECE, JAMIE H (id #21591363, dob:**

# ELECTROCARDIOGRAM

(#16469889, 06/10/2018 12:00am)



10-Jun-2018 15:55:43

Vent rate: 94 BPM
PR int: 141 ms
QRS dur: 83 ms
QT/QTc: 320/372 ms
P-R-T axes: 60 61 39

SINUS RHYTHM
NORMAL ECG
INTERPRETATION BASED ON A DEFAULT AGE OF 40 YEARS
UNCONFIRMED REPORT

Reece, Jamie
ID: 21591363
DOB:

5004

Lexington Clinic
An-Yu Chen, M.D.

1225 S Broadway, Suite 200
Lexington, KY 40504
Ph :(859) 258-4950
Fax :(859) 258-4618

# ESOPHAGO GASTRO DUODENOSCOPY REPORT

| PATIENT NAME | SSN / ID | DOB | AGE | SEX | EXAM DATE | ATTENDING PHY | REFERRAL |
|---|---|---|---|---|---|---|---|
| JAMIE H REECE | 21591363 | | 48 | F | 08-07-2017 | An-Yu Chen, M.D. | Family Practice Assoc. |

**INDICATION** : Family hx of gastric cancer

**PHYSICAL EXAM** : **HEENT** : Normal **LYMPH NODES** : None Felt **LUNGS** : Grossly Clear **HEART** : Normal **ABDOMEN** : Soft and Non tender **MENTAL STATUS** : Alert and Oriented

**H&P Comments** : PT ASSESSED & INTERVIEWED PRIOR TO THE PROCEDURE

**VITAL SIGNS** : **BP** : 96/65 **RESPIRATION** : 15 **PULSE** : [illegible]

**CONSENT** : Informed consent was obtained from the patient after providing opportunity for questions.

**PREPARATION** : EKG pulse, blood pressure and oxygen saturation monitored

**INSTRUMENT** : Olympus GIF-Q180 Video Gastroscope

**ALLERGIES** : See List On RN Form.

**ASA CLASS** : Per Anesthesia
**ANESTHESIA** : As per nurses notes.

**PROCEDURE** : The Gastroscope was gently passed through the incisural orifice into the oral cavity and under direct visualization the esophagus was intubated. The endoscope was passed down the esophagus, through the stomach and into the duodenum. Color, texture, mucosa and anatomy of Esophagus, Stomach and Duodenum were carefully examined with the scope. The patient tolerated the procedure well and there were no complications. After completion of the examination, patient was transferred to the recovery room. Preparation was excellent.

## FINDINGS

**OROPHARYNX** - Normal
**ESOPHAGUS** - Normal without ulceration or bleeding
**EG JUNCTION** - Intact at 40 cms
**STOMACH** - **Cardia** : Normal
**Fundus** : Normal
**Body** : For histological analysis/H.pylori. Multiple biopsies taken.
**Antrum** : For histological analysis/H.pylori. Multiple biopsies taken.
**Pylorus** : Normal
**DUODENUM** - **Bulb** : Normal without evidence of ulcerations or bleeding
**2nd and 3rd Portion** : Normal

**IMPRESSION** - Overall Normal EGD

**PLAN** - Wait for pathology report
Follow up with primary care physician

Signature : 
( An-Yu Chen, M.D. )

a.EGJunction



b.Body



c.Antrum



d.Duodenum 2nd and 3rd portion





**REECE, JAMIE H (id #21591363, dob: )**

**Lexington Clinic**
An-Yu Chen, M.D.

1225 S Broadway, Suite 200
Lexington, KY 40504
Ph :(859) 258-4950
Fax :(859) 258-4618

## COLONOSCOPY REPORT

| PATIENT NAME | SSN / ID | DOB | AGE | SEX | EXAM DATE | ATTENDING PHY. | REFERRAL |
|---|---|---|---|---|---|---|---|
| JAMIE H REECE | 21591363 | | 3 | F | 08-07-2017 | An-Yu Chen, M.D. | Family Practice Assoc. |

**INDICATION** : Rectal bleeding

**CONSENT** : Informed consent was obtained from the patient after providing opportunity for questions.

**PREPARATION** : EKG pulse, blood pressure and oxygen saturation monitored

**INSTRUMENT** : Video Olympus CF Q180AL Colonoscope

**ANESTHESIA** : Anesthesia as per nurses notes

**PROCEDURE** : After placing the patient in the left lateral decubitus position, the colonoscope was gently inserted into the rectum and under direct visualization advanced to the Ileum which was identified by transillumination in the right lower quadrant. Identification of the Ileocecal valve, appendiceal orifice, cecal strap. Color, texture, mucosa and anatomy of the colon were carefully examined with the scope. The patient tolerated the procedure well and there were no complications. After completion of the examination, patient was transferred to the recovery room. Preparation was excellent.

**FINDINGS**

| | | |
|---|---|---|
| **ANAL CANAL** | - | Normal |
| **RECTUM** | - | Normal |
| **SIGMOID COLON** | - | Mid: Polyp of 1 cm. size<br>Mid: PedunculatedAdenomatous polyp of size 1cm. Polypectomy done using hot snare. |
| **DESCENDING COLON** | - | Mid: Small Polyp less than 1 cm. size<br>Mid: PedunculatedAdenomatous polyp of size 0.5cm. Polypectomy done using hot snare. |
| **SPLENIC FLEXURE** | - | Normal |
| **TRANSVERSE COLON** | - | Normal without polyps or inflammatory changes |
| **HEPATIC FLEXURE** | - | Normal |
| **ASCENDING COLON** | - | Normal without polyps or inflammatory changes |
| **CECUM** | - | Normal<br>Ileocecal valve - Normal |
| **ILEUM** | - | Not Seen |

**IMPRESSION** - Polyp of Colon [Sigmoid]
Polyp of Colon [Descending]

**PLAN** - Wait for pathology report.
Follow up colonoscopy in 3 years or sooner if clinically indicated
Follow up with primary care physician

a.Cecum



b.Polyp of Descending colon



c.Polyp of Sigmoid colon



d.Retroflexed View





Signature : ____________________
( An-Yu Chen, M.D. )

MD-Reports

5006

**REECE, JAMIE H (id #21591363, dob: )**

# SURGICAL PATHOLOGY 08/09/2017 (#8669818, Final, 08/07/2017)

| | |
|---|---|
| Note to Patient | At the time of your recent colonoscopy, polyps were removed. The results are as follows:<br><br>Tubular adenoma (precancerous) polyp was identified and removed. No evidence of cancer was found.<br><br>The majority of colonic polyps are benign, but virtually all colon cancers begin as benign polyps. Therefore, removing the benign polyps can prevent the development of colon cancer. A colonoscopy may need to be repeated periodically to remove additional polyps that may form over time. Based on your results, I would advise that your next colonoscopy be performed:<br><br>In about three years or so, sooner if clinically indicated.<br><br>Your gastric biopsies are perfectly normal.<br><br>Please feel free to contact my office if you have any questions or concerns at this time. |

| | | | |
|---|---|---|---|
| Ordering Provider | AN-YU CHEN, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | ST-17-07144 | Specimen Source | |
| Specimen Coll. Date | 08/07/2017 00:00 | Result Status | Final |
| Specimen Rec. Date | 08/08/2017 10:59 | Report Status | |
| Specimen Reported Date | 08/09/2017 18:56 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| SURGICAL PATHOLOGY PROCEDURE | SEE BELOW | | | | Final | |

```
                    Department of Pathology
              Final Surgical Pathology Report

NAME:REECE, JAMIE                         PATH.:ST-17-07144

Copy to:


Diagnosis:
A) Gastric biopsy:
-Within the normal limits.  No significant active inflammation.
-Alcian Yellow stain is negative for Helicobacter.

B) Descending polyp:
-Tubular adenoma.

C) Sigmoid polyp:
-Tubular adenoma, pedunculated.
-Polyp stalk margin is negative.


SOURCE OF SPECIMEN:  GASTRIC BIOPSY
POLYP,  DESCENDING
POLYP,  SIGMOID

CLINICAL INFORMATION:  SCREENING / RECTAL BLEEDING
R/O ADENOMA

Gross Description:
A) Received in formalin labeled with the patient's name and designated
as "gastric biopsy" are multiple pieces of tan soft tissue ranging in
size from 0.2 cm to 0.4 cm.  Entirely submitted in one cassette.

B) Received in formalin labeled with the patient's name and designated
as "descending polyp" is a single fragment of pale tan tissue measuring
0.4 cm.  Entirely submitted in one cassette.

C) Received in formalin labeled with the patient's name and designated
"sigmoid polyp" is a single 1.1 x 0.7 x 0.5 cm tan-brown, polypoid
tissue.  The base is inked blue.  The specimen is sectioned and
entirely submitted one cassette
CMJ 08/08/2017 11:52 AM
```

**REECE, JAMIE H (id #21591363, dob:**

| | |
|---|---|
| | Microscopic Description:<br>A microscopic examination was performed.<br><br><Sign Out Dr. Signature><br>DAVID HUNT, MD<br>Signed Out Date: 08/03/2017 18:56<br>NOTE: This report was prepared using voice-recognition software and may contain unintended word substitutions, additions or deletions. |

**REECE, JAMIE H (id #21591363, dob:**

- cyclobenzaprine 10 mg tablet - Take 1 tablet(s) 3 times a day by oral route. Qty: 45 tablet(s) Refills: 0 Pharmacy: WAL-MART PHARMACY 3894
- EC-Naprosyn 500 mg tablet,delayed release - Take 1 tablet(s) twice a day by oral route. Qty: 30 tablet(s) Refills: 0 Pharmacy: WAL-MART PHARMACY 3894

## Return to Office

- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by ERIN CHISWELL, APRN, 09/10/2017.

Encounter performed and documented by ERIN CHISWELL, APRN
Encounter reviewed & signed by ERIN CHISWELL, APRN on 09/10/2017 at 3:50pm

**Encounter Date: 08/07/2017**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (48yo, F) ID# 21591363 | **Appt. Date/Time** | 08/07/2017 02:30PM |
| **DOB** | 09/22/1968 | **Service Dept.** | SURGERY SCHEDULE |
| **Provider** | AN-YU CHEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider (Primary Insurance):** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867

## Patient's Pharmacies

**TOYOTA FAMILY PHARMACY (TMMK): 1001 CHERRY BLOSSOM WAY, GEORGETOWN KY 40324, Ph (502) 570-4610, Fax (502) 570-4610**

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 07/13/2017)

**LORTAB:** Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

**Effexor XR 150 mg capsule,extended release** 12/06/16 entered
Daily
**Internal Note:** Duration: 30 days;Frequency: daily;Medication Description: venlafaxine; Dosage:2; Route:oral; refills:12; Quantity:30 capsule, extended release

**Enjuvia 0.45 mg tablet** 12/02/16 entered
Daily
**Internal Note:** Frequency: daily;Medication Description: conjugated estrogens; Dosage:1; Route:oral; refills:0

**loratadine 10 mg tablet** 12/04/16 entered
Daily
**Internal Note:** Frequency: daily;Medication Description: loratadine; Dosage:1; Route:oral; refills:5; Quantity:30 tablet

**Motrin 600 mg tablet** 05/20/08 filled
Two times a day
**Internal Note:** Frequency: bid;Alt Frequency: prn;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008

**REECE, JAMIE H (id #21591363, dob:**

**Protonix 40 mg tablet,delayed release** 11/17/09 filled
Daily
**Internal Note:** Frequency: daily;Medication Description: pantoprazole; Dosage:1; Route:oral; refills:5; Quantity:30 enteric coated tablet, start 11/17/2009

**Suprep Bowel Prep Kit 17.5 gram-3.13 gram-1.6 gram oral solution** 07/13/17 prescribed
AS DIRECTED

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## GYN History

(not configured)

## Assessment / Plan

None recorded.

Return to Office

- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by Melissa Blackwell, 08/07/2017.

Encounter performed and documented by AN-YU CHEN, MD
Encounter reviewed & signed by Melissa Blackwell on 08/07/2017 at 6:31pm

**REECE, JAMIE H (id #21591363, dob:**

## Assessment / Plan

**1. Multiple joint pain** - chronic and recurring joint pain and tenderness with flares more on the right side than on the left
hx of psoriasis for years
currently doesn't take any medications for this
no regular use of nsaids

M25.50: Pain in unspecified joint
- EATING HEALTHY FOODS: CARE INSTRUCTIONS
- ESR, AUTOMATED
- C-REACTIVE PROTEIN
- ANTI-CCP
- RHEUMATOID FACTOR
- ANTINUCLEAR AB (ANA)
- prednisone 5 mg tablet - take one po tid x 1 week; one po bid x 1 week then one po daily until gone Qty: 42 tablet(s)

Refills: 0 Pharmacy: TOYOTA FAMILY PHARMACY (TMMK)

**2. Psoriasis with arthropathy** - Mild, sparse psoriatic lesions

L40.50: Arthropathic psoriasis, unspecified
- PSORIASIS: CARE INSTRUCTIONS

## Return to Office

- SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on 12/22/2017 at 01:30 PM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by SUSANNA MOBERLY, APRN, 11/22/2017.

Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 11/22/2017 at 1:26pm

**Encounter Date: 09/10/2017**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (48yo, F) ID# 21591363 | **Appt. Date/Time** | 09/10/2017 02:00PM |
| **DOB** | 09/22/1968 | **Service Dept.** | WALK-IN ANDOVER |
| **Provider** | ERIN CHISWELL, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

back pain

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867

## Patient's Pharmacies

**WAL-MART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**

TOYOTA FAMILY PHARMACY (TMMK): 1001 CHERRY BLOSSOM WAY, GEORGETOWN KY 40324, Ph (502) 570-4610, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 09/10/2017 02:02 pm | **Wt:** | 160 lbs 4 oz 09/10/2017 02:02 pm | **BMI:** | 25.1 09/10/2017 02:02 pm |
| **T:** | 98.3 F° 09/10/2017 02:03 pm | **BP:** | 120/76 09/10/2017 02:04 pm | **Pulse:** | 78 bpm 09/10/2017 02:03 pm |
| **RR:** | 14 09/10/2017 02:03 pm | **O2Sat:** | 97% 09/10/2017 02:03 pm | | |

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

**REECE, JAMIE H (id #21591363, dob:**

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **cyclobenzaprine 10 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 09/10/17 | prescribed |
| **EC-Naprosyn 500 mg tablet,delayed release**<br>Take 1 tablet(s) twice a day by oral route. | 09/10/17 | prescribed |
| **Effexor XR 150 mg capsule,extended release**<br>Daily<br>**Internal Note:** Duration: 30 days;Frequency: daily;Medication Description: venlafaxine; Dosage:2; Route:oral; refills:12; Quantity:30 capsule, extended release | 12/06/16 | entered |
| **Enjuvia 0.45 mg tablet**<br>Daily<br>**Internal Note:** Frequency: daily;Medication Description: conjugated estrogens; Dosage:1; Route:oral; refills:0 | 12/02/16 | entered |
| **ketoprofen 75 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **loratadine 10 mg tablet**<br>Daily<br>**Internal Note:** Frequency: daily;Medication Description: loratadine; Dosage:1; Route:oral; refills:5; Quantity:30 tablet | 12/04/16 | entered |
| **Motrin 600 mg tablet**<br>Two times a day<br>**Internal Note:** Frequency: bid;Alt Frequency: prn;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008 | 05/20/08 | filled |
| **NexIUM 40 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **Protonix 40 mg tablet,delayed release**<br>Daily<br>**Internal Note:** Frequency: daily;Medication Description: pantoprazole; Dosage:1; Route:oral; refills:5; Quantity:30 enteric coated tablet, start 11/17/2009 | 11/17/09 | filled |
| **Suprep Bowel Prep Kit 17.5 gram-3.13 gram-1.6 gram oral solution**<br>AS DIRECTED | 07/13/17 | prescribed |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |

## Social History

Reviewed Social History
**Family Medicine**
Alcohol intake: None
Smoking Status: Never smoker

**REECE, JAMIE H (id #21591363, dob:**

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

Reviewed GYN History

## Obstetric History

Reviewed Obstetric History

## Past Medical History

Reviewed Past Medical History
Allergies/Hayfever: Y
Chicken Pox: Y
Headaches: Y
Vision or Eye Problems: Y - glasses

## HPI

Mid/low back pain (worse to L side) started yesterday after heavy lifting / unloading of heavy cases of water & bending over- putting them down. At the end when she was bending over to put something down she had trouble standing back up. Just a little radiation to her L posterior upper leg- maybe- once today. But mostly the pain has not radiated, it has just been like a very tight grip in her low back.
Ibuprofen- a little relief (minimal she says) last night, last dose just pta, 600mg. Has applied some ice & heat.

Works at Toyota & she is doing a task that requires her to sit low on ground in chair, twist, get up/down a lotn. Doesn't think she'll be able to sit in that low chair tomorrow.

H/o occ low back pain in past.

Has rx for ketoprofen, not currently taking, only takes occ prn. H/o some bleeding on NSAIDs - GI dr gave her rx for ketoprofen for nsaid but she doesn't feel it helps all that much for pain. Takes occ advil otc & no recent issues w/ bleeding.

## ROS

**Additionally reports: gen- no fever**
**skin- neg**
**resp- neg**
**abd- neg**
**musc- as above**
**neuro- as above, o/w neg**
**no paraesthesia, no b/b incontin, no difficulty ambulating**

## Physical Exam

Patient is a 48-year-old female.

gen: appearance: sitting in chair, appearing uncomfortable, gets up from chair for exam fairly slowly initially but as she moves more she gets faster; movement / gait steady- doesn't require assistance to get up / move / walk around
skin: WNL/ no rash
Eyes: Pupils equal, round, reactive to light; EOMI
Resp: WNL
Card: WNL
Musc:
No TS TTP. Minimal low LS TTP. Large palpable tender spasm to L lower TS paravertebral musc. Tightness & tenderness to B LS paravertebral muscles- L worse than R
- SLR B, good strength in legs B, able to dorsi & plantar flex both feet
Neuro: A&0 x3, CN 2-12 intact, DTR intact, Strength intact, Gait: WNL, Parasthesia neg
Psych: Mood WNL

## Procedure Documentation

**Evening/Weekend/Holiday Services:**
Service(s) provided in the office during regularly scheduled evening, weekend, or holiday office hours.

## Assessment / Plan

1. **Low back pain** - DC ibuprofen & switch to EC Naprosyn - take 1st dose tonight - do not take before due for next ibuprofen dose. (Ibu not helping as much as she'd like & she's had some issues w/ GI bldg on NSAIDS- but is allowed to take per GI/per pt- so we'll switch to EC Naprosyn for hopefully better pain control & less GI impact.)

Naprosyn EC, flexeril, rest, heat. Work note given for off x 2 days, then rtn to work w/ some restrictions until further eval by PCP &/or Toyota. Rtn prn.
M54.5: Low back pain

**REECE, JAMIE H (id #21591363, dob:**

## ANA, REFLEX 11/25/2017 (#11672547, Final, 11/17/2017 2:15pm)

| | |
|---|---|
| Note to Patient | Your autoimmune screening test is negative |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q3170710 | Specimen Source | |
| Specimen Coll. Date | 11/17/2017 14:15 | Result Status | Final |
| Specimen Rec. Date | 11/17/2017 14:52 | Report Status | |
| Specimen Reported Date | 11/25/2017 14:55 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ANA SCREEN, IFA | NEGATIVE | NEGATIVE | | Normal | Final | CB |
| | ANA IFA is a first line screen for detecting the presence of up to approximately 150 autoantibodies in various autoimmune diseases. A negative ANA IFA result suggests ANA-associated autoimmune diseases are not present at this time.<br><br>Visit Physician FAQs for interpretation of all antibodies in the Cascade, prevalence, and association with diseases at http://education.QuestDiagnostics.com/faq/FAQ177<br><br>TEST PERFORMED AT:<br>QUEST DIAGNOSTICS WOOD DALE<br>1355 MITTEL BOULEVARD WOOD DALE, IL 60191-1024<br>ANTHONY V. THOMAS, MD | | | | | |

## ANTI-CCP 11/19/2017 (#11544741, Final, 11/17/2017 2:15pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q3170710 | Specimen Source | |
| Specimen Coll. Date | 11/17/2017 14:15 | Result Status | Final |
| Specimen Rec. Date | 11/17/2017 14:52 | Report Status | |
| Specimen Reported Date | 11/19/2017 16:46 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ANTI-CCP | <16 | | UNITS | Normal | Final | CB |
| | Reference Range<br>Negative: <20<br>Weak Positive: 20-39<br>Moderate Positive: 40-59<br>Strong Positive: >59<br><br>TEST PERFORMED AT:<br>QUEST DIAGNOSTICS WOOD DALE<br>1355 MITTEL BOULEVARD WOOD DALE, IL 60191-1024<br>ANTHONY V. THOMAS, MD | | | | | |

**REECE, JAMIE H (id #21591363, dob:**

## ESR, AUTOMATED 11/17/2017 (#11535359, Final, 11/17/2017 2:15pm)

| | | | |
|---|---|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. | | |
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q3170710 | Specimen Source | |
| Specimen Coll. Date | 11/17/2017 14:15 | Result Status | Final |
| Specimen Rec. Date | 11/17/2017 14:19 | Report Status | |
| Specimen Reported Date | 11/17/2017 15:38 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ESR, AUTOMATED | 12 | 0-19 | MM/HR | Normal | Final | |

## RHEUMATOID FACTOR 11/17/2017 (#11532162, Final, 11/17/2017 2:15pm)

| | | | |
|---|---|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. | | |
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q3170710 | Specimen Source | |
| Specimen Coll. Date | 11/17/2017 14:15 | Result Status | Final |
| Specimen Rec. Date | 11/17/2017 14:19 | Report Status | |
| Specimen Reported Date | 11/17/2017 14:47 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| RF SCREEN, QUANT. | <10.0 | 0.0-13.9 | IU/mL | Normal | Final | |

## C-REACTIVE PROTEIN 11/17/2017 (#11532160, Final, 11/17/2017 2:15pm)

| | | | |
|---|---|---|---|
| Note to Patient | I do not have all of your labs returned as of yet but your labs are normal and negative for rheumatoid or inflammatory arthritis | | |
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q3170710 | Specimen Source | |
| Specimen Coll. Date | 11/17/2017 14:15 | Result Status | Final |
| Specimen Rec. Date | 11/17/2017 14:19 | Report Status | |
| Specimen Reported Date | 11/17/2017 14:47 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| C REACTIVE PROTEIN | 0.04 | 0.00-0.60 | mg/dL | Normal | Final | |
| | CONCENTRATIONS OF < 1 MG/DL EXCLUDE MANY ACUTE INFLAMMATORY DISEASES, BUT DO NOT SPECIFICALLY EXCLUDE INFLAMMATORY PROCESSES.<br><br>ELEVATED CONCENTRATIONS OF < 5 MG/DL IN ACUTE DISEASE OCCUR IN THE PRESENCE OF SLIGHT TO MODERATE INFLAMMATORY PROCESSES. VALUES > 5 MG/DL INDICATE HIGH AND EXTENSIVE INFLAMMATORY ACTIVITY. | | | | | |

**REECE, JAMIE H (id #21591363, dob:**

HPI

multiple recurring joint pain and tenderness; with hx of psoriasis; right hip pains, stiffness; tenderness; works full time at toyota and is concerned about worsening joint pains; denies cp, soa, rash or fevers and all others are negative

ROS

**ROS as noted in the HPI**

Physical Exam

Patient is a 49-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally and normal tandem gait test.

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Sclerae: non-icteric.

**ENMT:** Ears: no lesions on external ear or hearing loss. Nose: no lesions on external nose and nares patent. Oral Cavity: no mouth or lip ulcers. Oropharynx: moist mucous membranes. Face: no malar erythema.

**Musculoskeletal System:** Joints, Bones, and Muscles: no contractures, malalignment, or bony abnormalities and normal movement of all extremities and **tenderness.** Extremities: no cyanosis, edema, varicosities, or palpable cord. Knees: no ligamentous instability on examination.

**Neurological Exam:** Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no ulcer, induration, nodules, jaundice, or abnormal nevi;**rash** and **lesion**; and good turgor; **Mild psoriatic lesions.** Nails: normal.

Assessment / Plan

**1. Psoriatic arthritis** - prednisone trial improved outcome; no itching, no rash, joint pains improved overall
will initiate methotrexate and folic acid
labs are good
will f/u in 1 month

L40.50: Arthropathic psoriasis, unspecified

- methotrexate sodium 2.5 mg tablet - take 4 po once weekly x 2 weeks; then increase to 6 po once weekly until follow up Qty: 24 tablet(s) Refills: 2 Pharmacy: WAL-MART PHARMACY 3894
- folic acid 1 mg tablet - Take 1 tablet(s) every day by oral route. Qty: 30 tablet(s) Refills: 3 Pharmacy: WAL-MART PHARMACY 3894
- prednisone 5 mg tablet - take one po daily as needed Qty: 30 tablet(s) Refills: 2 Pharmacy: WAL-MART PHARMACY 3894

Return to Office

- SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on 01/18/2018 at 02:30 PM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

Encounter Sign-Off

Encounter signed-off by SUSANNA MOBERLY, APRN, 12/30/2017.

Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 12/30/2017 at 11:11pm

**Encounter Date: 11/17/2017**

Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 11/17/2017 01:00PM |
| **DOB** | 09/22/1968 | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Prescription: ESI1 - Member is eligible. details | | |

Chief Complaint

**REECE, JAMIE H (id #21591363, dob:**

new patient

new, joint stiffness and pain

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867

## Patient's Pharmacies

**WAL-MART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**

TOYOTA FAMILY PHARMACY (TMMK): 1001 CHERRY BLOSSOM WAY, GEORGETOWN KY 40324, Ph (502) 570-4610, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 11/17/2017 01:22 pm | **Wt:** | 159 lbs 11/17/2017 01:22 pm | **BMI:** | 24.9 11/17/2017 01:22 pm |
| **BP:** | 109/61 sitting R arm 11/17/2017 01:29 pm | **BP Cuff Size:** | adult 11/17/2017 01:29 pm | **Pulse:** | 57 bpm regular 11/17/2017 01:29 pm |
| **RR:** | 16 11/17/2017 01:29 pm | | | | |

## Allergies

Reviewed Allergies

**LORTAB:** Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **calcium** | 11/17/17 | entered |
| **estradiol 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 11/17/17 | entered |
| **ketoprofen 75 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **Motrin 600 mg tablet**<br>Two times a day<br>**Internal Note:** Frequency: bid;Alt Frequency: prn;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008 | 05/20/08 | filled |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM 40 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **predniSONE 5 mg tablet**<br>take one po tid x 1 week; one po bid x 1 week then one po daily until gone | 11/17/17 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Globus sensation - Onset: 07/13/2017

**REECE, JAMIE H (id #21591363, dob:**

- Painless rectal bleeding - Onset: 07/13/2017
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 09/10/2017)

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/10/2017)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): Y

## HPI

multiple recurring joint pain and tenderness; with hx of psoriasis; right hip pains, stiffness; tenderness; works full time at toyota and is concerned about worsening joint pains; denies cp, soa, rash or fevers and all others are negative

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally and normal tandem gait test.

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Sclerae: non-icteric.

**ENMT:** Ears: no lesions on external ear or hearing loss. Nose: no lesions on external nose and nares patent. Oral Cavity: no mouth or lip ulcers. Oropharynx: moist mucous membranes. Face: no malar erythema.

**Neck:** Neck: supple, FROM, trachea midline, and no masses. Lymph Nodes: no cervical LAD or supraclavicular LAD. Thyroid: no enlargement, tenderness, or nodules.

**Lungs:** Respiration: no dyspnea. Percussion: no dullness, flatness, or hyperresonance. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal and CTA except as noted.

**Cardiovascular System:** Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no JVD. Pulses including femoral / pedal: normal throughout.

**Musculoskeletal System:** Joints, Bones, and Muscles: no contractures, malalignment, or bony abnormalities and normal movement of all extremities and **tenderness**. Extremities: no cyanosis, edema, varicosities, or palpable cord. Cervical Spine: normal extension and flexion. Lumbar Spine: normal extension, negative straight-leg raising test, and no paravertebral tenderness. Hips: normal internal rotation and external rotation; no tenderness of the SI joints, pain over the greater trochanteric bursa, or trigger point pain; and negative Patrick's test. Knees: no ligamentous instability on examination.

**Neurological Exam:** Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no ulcer, induration, nodules, jaundice, or abnormal nevi;**rash and lesion**; and good turgor; **Mild psoriatic lesions.** Nails: normal.

**Back:** Thoracolumbar Appearance: normal curvature.

**REECE, JAMIE H (id #21591363, dob:**

- folic acid 1 mg tablet - Take 1 tablet(s) every day by oral route. Qty: 30 tablet(s) Refills: 3 Pharmacy: WALMART PHARMACY 3894
- prednisone 5 mg tablet - take one po daily as needed Qty: 30 tablet(s) Refills: 2 Pharmacy: WALMART PHARMACY 3894

**2. Long term methotrexate user**
Z79.899: Other long term (current) drug therapy
- CBC
- ESR, AUTOMATED
- ALT
- AST
- CREATININE

**3. Long-term drug therapy**
Z79.899: Other long term (current) drug therapy
- QUANTIFERON TB GOLD

Return to Office
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

Encounter Sign-Off
Encounter signed-off by SUSANNA MOBERLY, APRN, 01/26/2018.

Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 01/26/2018 at 1:21pm

**Encounter Date: 12/20/2017**

Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 12/20/2017 02:00PM |
| **DOB** | 09/22/1968 | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Prescription: ESI1 - Member is eligible. details | | |

Chief Complaint

Followup: Psoriatic arthritis

Pt is here today for fup labs done at last visit.

Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867

Patient's Pharmacies

**WAL-MART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WAL-MART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4609, Fax (502) 570-4610

Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 12/20/2017 01:09 pm | **Wt:** | 163 lbs 12/20/2017 01:09 pm | **BMI:** | 25.5 12/20/2017 01:09 pm |
| **BP:** | 113/83 sitting R arm 12/20/2017 01:10 pm | **BP Cuff Size:** | adult 12/20/2017 01:10 pm | **Pulse:** | 71 bpm 12/20/2017 01:10 pm |

Allergies

Reviewed Allergies
**LORTAB:** Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

Medications

Reviewed Medications

**calcium** 11/17/17 entered

NEW LEXINGTON CLINIC PSC • LEXINGTON KY 40504-2701

**REECE, JAMIE H (id #21591363, dob:**

| | | |
|---|---|---|
| **estradiol 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 11/17/17 | entered |
| **folic acid 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 12/20/17 | prescribed |
| **ketoprofen 75 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po once weekly x 2 weeks; then increase to 6 po once weekly until follow up | 12/20/17 | prescribed |
| **Motrin 600 mg tablet**<br>Two times a day<br>**Internal Note:** Frequency: bid;Alt Frequency: prn;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008 | 05/20/08 | filled |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM 40 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **predniSONE 5 mg tablet**<br>take one po daily as needed | 12/20/17 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/10/2017)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): Y

**REECE, JAMIE H (id #21591363, dob:**

## QUANTIFERON TB GOLD 01/29/2018 (#13217013, Final, 01/26/2018 2:07pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q5260529 | Specimen Source | |
| Specimen Coll. Date | 01/26/2018 14:07 | Result Status | Final |
| Specimen Rec. Date | 01/26/2018 15:12 | Report Status | |
| Specimen Reported Date | 01/29/2018 17:30 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| QT. TB GOLD (INCUBATED) | NEGATIVE | NEGATIVE | | Normal | Final | CB |
| | Negative test result. M. tuberculosis complex infection unlikely. | | | | | |
| NIL | 0.02 | | IU/mL | Normal | Final | CB |
| MITOGEN NIL | >10.00 | | IU/mL | Normal | Final | CB |
| TB NIL | 0.00 | | IU/mL | Normal | Final | CB |
| | The Nil tube value is used to determine if the patient has a preexisting immune response which could cause a false-positive reading on the test. In order for a test to be valid, the Nil tube must have a value of less than or equal to 8.0 IU/mL.<br><br>The mitogen control tube is used to assure the patient has a healthy immune status and also serves as a control for correct blood handling and incubation. It is used to detect false-negative readings. The mitogen tube must have a gamma interferon value of greater than or equal to 0.5 IU/mL higher than the value of the Nil tube.<br><br>The TB antigen tube is coated with the M. tuberculosis specific antigens. For a test to be considered positive, the TB antigen tube value minus the Nil tube value must be greater than or equal to 0.35 IU/mL.<br><br>For additional information, please refer to http://education.questdiagnostics.com/faq/QFT (This link is being provided for informational/ educational purposes only.)<br><br>TEST PERFORMED AT:<br>QUEST DIAGNOSTICS WOOD DALE<br>1355 MITTEL BOULEVARD WOOD DALE, IL 60191-1024<br>ANTHONY V. THOMAS, MD | | | | | |

**REECE, JAMIE H (id #21591363, dob:**

## ESR, AUTOMATED 01/26/2018 (#13172514, Final, 01/26/2018 2:07pm)

| | | | |
|---|---|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. | | |
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q5260529 | Specimen Source | |
| Specimen Coll. Date | 01/26/2018 14:07 | Result Status | Final |
| Specimen Rec. Date | 01/26/2018 15:14 | Report Status | |
| Specimen Reported Date | 01/26/2018 16:19 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ESR, AUTOMATED | 11 | 0-19 | MM/HR | Normal | Final | |

## AST 01/26/2018 (#13171396, Final, 01/26/2018 2:07pm)

| | | | |
|---|---|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. | | |
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q5260529 | Specimen Source | |
| Specimen Coll. Date | 01/26/2018 14:07 | Result Status | Final |
| Specimen Rec. Date | 01/26/2018 15:13 | Report Status | |
| Specimen Reported Date | 01/26/2018 15:52 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| AST | 20 | 0-32 | U/L | Normal | Final | |

## CREATININE 01/26/2018 (#13171395, Final, 01/26/2018 2:07pm)

| | | | |
|---|---|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. | | |
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q5260529 | Specimen Source | |
| Specimen Coll. Date | 01/26/2018 14:07 | Result Status | Final |
| Specimen Rec. Date | 01/26/2018 15:13 | Report Status | |
| Specimen Reported Date | 01/26/2018 15:52 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| CREATININE | 0.73 | 0.50-0.95 | mg/dL | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob:**

## ALT 01/26/2018 (#13171394, Final, 01/26/2018 2:07pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q5260529 | Specimen Source | |
| Specimen Coll. Date | 01/26/2018 14:07 | Result Status | Final |
| Specimen Rec. Date | 01/26/2018 15:13 | Report Status | |
| Specimen Reported Date | 01/26/2018 15:52 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ALT | 12 | 0-33 | U/L | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob:**

## CBC 01/26/2018 (#13171328, Final, 01/26/2018 2:07pm)

| Note to Patient | your labs are normal. |
|---|---|

| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
|---|---|---|---|
| Specimen/Accession ID | Q5260529 | Specimen Source | |
| Specimen Coll. Date | 01/26/2018 14:07 | Result Status | Final |
| Specimen Rec. Date | 01/26/2018 15:14 | Report Status | |
| Specimen Reported Date | 01/26/2018 15:50 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WHITE BLOOD CELLS | 4.2 | 3.8-10.8 | K/uL | Normal | Final | |
| RED BLOOD CELLS | 4.07 | 3.80-5.20 | M/uL | Normal | Final | |
| HEMOGLOBIN | 12.6 | 12.0-16.0 | G/DL | Normal | Final | |
| HEMATOCRIT | 37.1 | 35.0-47.0 | % | Normal | Final | |
| MCV | 91 | 80-100 | fL | Normal | Final | |
| MCH | 31 | 26-35 | PG | Normal | Final | |
| MCHC | 34 | 32-36 | G/DL | Normal | Final | |
| RDW | 13.6 | 11.0-15.0 | % | Normal | Final | |
| MPV | 7.7 | 6.2-10.5 | fL | Normal | Final | |
| PLATELET COUNT | 282 | 130-400 | K/uL | Normal | Final | |
| NEUTROPHIL ABSOLUTE | 1.6 | 1.6-8.4 | K/uL | Normal | Final | |
| LYMPHOCYTE ABSOLUTE | 2.0 | 0.4-5.1 | K/uL | Normal | Final | |
| MONOCYTE ABSOLUTE | 0.3 | 0.0-1.2 | K/uL | Normal | Final | |
| EOSINOPHIL ABSOLUTE | 0.1 | 0.0-0.8 | K/uL | Normal | Final | |
| BASOPHIL ABSOLUTE | 0.0 | 0.0-0.3 | K/uL | Normal | Final | |
| **% NEUTROPHILS** | **39.5** | **42.0-78.0** | **%** | **Low** | **Final** | |
| **% LYMPHOCYTES** | **48.6** | **11.0-47.0** | **%** | **High** | **Final** | |
| % MONOCYTES | 8.0 | 0.0-11.0 | % | Normal | Final | |
| % EOSINOPHILS | 3.5 | 0.0-7.0 | % | Normal | Final | |
| % BASOPHILS | 0.4 | 0.0-3.0 | % | Normal | Final | |
| NUCLEATED RED CELLS | 0.1 | 0.0-0.9 | % | Normal | Final | |
| NUCLEATED RBCS, ABSOLUTE | 0.00 | NOT ESTAB. | K/uL | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob:**

**Musculoskeletal System:** Joints, Bones, and Muscles: no contractures, malalignment, or bony abnormalities and normal movement of all extremities and **tenderness.** Extremities: no cyanosis, edema, varicosities, or palpable cord. Knees: no ligamentous instability on examination.

**Neurological Exam:** Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no ulcer, induration, nodules, jaundice, or abnormal nevi;**rash and lesion**; and good turgor; **Mild psoriatic lesions**. Nails: normal.

## Assessment / Plan

**1. Psoriatic arthritis -**

prednisone trial improved outcome; no itching, no rash, joint pains improved overall

will initiate methotrexate and folic acid
labs are good
requested and received humira, but she did not start on the meds
feeling improved with mtx and folic acid

L40.50: Arthropathic psoriasis, unspecified

- methotrexate sodium 2.5 mg tablet - take 4 po twice weekly Qty: 32 tablet(s) Refills: 2 Pharmacy: WALMART PHARMACY 3894
- folic acid 1 mg tablet - Take 1 tablet(s) every day by oral route. Qty: 30 tablet(s) Refills: 3 Pharmacy: WALMART PHARMACY 3894

**2. Long term methotrexate user**

Z79.899: Other long term (current) drug therapy

- CBC
- ESR, AUTOMATED
- ALT
- AST
- CREATININE

## Return to Office

- AN-YU CHEN, MD for RECHECK at GASTRO SB on 04/17/2018 at 02:15 PM
- to see SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on or around 06/26/2018
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by SUSANNA MOBERLY, APRN, 03/26/2018.

Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 03/26/2018 at 2:35pm

**Encounter Date: 01/26/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 01/26/2018 01:00PM |
| **DOB** | 09/22/1968 | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

Followup: Psoriatic arthritis

1 month reck, doing about the same, has not noticed any improvement

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**

**REECE, JAMIE H (id #21591363, dob:**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

**Ht:** 5 ft 7 in 01/26/2018 01:14 pm
**Wt:** 169 lbs 01/26/2018 01:14 pm
**BMI:** 26.5 01/26/2018 01:14 pm
**BP:** 105/62 sitting R arm 01/26/2018 01:16 pm
**BP Cuff Size:** adult 01/26/2018 01:16 pm
**Pulse:** 61 bpm regular 01/26/2018 01:16 pm
**RR:** 16 01/26/2018 01:16 pm

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **calcium** | 11/17/17 | entered |
| **Diflucan 150 mg tablet**<br>Take 1 tablet(s) every day by oral route for 3 days. | 01/09/18 | prescribed |
| **estradiol 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 11/17/17 | entered |
| **folic acid 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 01/26/18 | prescribed |
| **ketoprofen 75 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly | 01/26/18 | prescribed |
| **Motrin 600 mg tablet**<br>Two times a day<br>**Internal Note:** Frequency: bid;Alt Frequency: prn;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008 | 05/20/08 | filled |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM 40 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **predniSONE 5 mg tablet**<br>take one po daily as needed | 01/26/18 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Globus sensation - Onset: 07/13/2017

**REECE, JAMIE H (id #21591363, dob:**

- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability<br>- Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/10/2017)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): Y

## HPI

multiple recurring joint pain and tenderness; with hx of psoriasis; right hip pains, stiffness; tenderness; works full time at toyota and is concerned about worsening joint pains; denies cp, soa, rash or fevers and all others are negative

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally and normal tandem gait test.

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Sclerae: non-icteric.

**ENMT:** Ears: no lesions on external ear or hearing loss. Nose: no lesions on external nose and nares patent. Oral Cavity: no mouth or lip ulcers. Oropharynx: moist mucous membranes. Face: no malar erythema.

**Musculoskeletal System:** Joints, Bones, and Muscles: no contractures, malalignment, or bony abnormalities and normal movement of all extremities and **tenderness**. Extremities: no cyanosis, edema, varicosities, or palpable cord. Knees: no ligamentous instability on examination.

**Neurological Exam:** Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no ulcer, induration, nodules, jaundice, or abnormal nevi;**rash and lesion**; and good turgor; **Mild psoriatic lesions**. Nails: normal.

## Assessment / Plan

**1. Psoriatic arthritis** - prednisone trial improved outcome; no itching, no rash, joint pains improved overall
will initiate methotrexate and folic acid
labs are good
will f/u in 1 month

L40.50: Arthropathic psoriasis, unspecified

- methotrexate sodium 2.5 mg tablet - take 4 po twice weekly Qty: 32 tablet(s) Refills: 2 Pharmacy: WALMART PHARMACY 3894

**REECE, JAMIE H (id #21591363, dob:**

ELECTROMYOGRAM

(#15330896, 03/22/2018 12:00am)



Attn: DR. Tutt
Fax: 859 258 65
RE: Jamie Reece
Neurosurgery eval 5/14

**Patrick K Leung, M.D., PSC**
**Neurodiagnostic Laboratory**
1401 Harrodsburg Road, C-225
Lexington, KY 40504
Phone: (859) 373-0700
Fax: (859) 422-3994

Test Date: 3/22/2018

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | Jamie Reece | **DOB:** | | **Physician:** | Patrick Leung, M.D. |
| **Sex:** | Female | **Height:** | 5' 7" | **Ref Phys:** | Debra Schilder, P.A. |
| **ID#:** | 18-0259 | **Weight:** | 160 lbs. | **Technician:** | Robert Allen, R. NCST, BS |

**History:**
This is a 49 year old female who has pain in her right arm and hand. She has numbness, weakness and tingling in her right hand.

DOI: 1/30/18 Claim #: SA211932 PVY Employee #:77390

**Nerve Conduction Studies**

**Anti Sensory Summary Table**

| Site | NR | Onset (ms) | Peak (ms) | Norm Peak (ms) | O-P Amp (µV) | Norm O-P Amp | Site1 | Site2 | Delta-P (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Right Radial Anti Sensory (Base 1st Digit)** | | | | | | | | | | | | |
| Wrist | | 1.4 | 2.0 | <2.9 | 39.8 | >20 | Wrist | Base 1st Digit | 2.0 | 10.0 | 50 | |
| Site 2 | | 1.4 | 2.0 | | 42.2 | | | | | | | |

**Ortho Sensory Summary Table**

| Site | NR | Onset (ms) | Peak (ms) | Norm Peak (ms) | O-P Amp (µV) | Norm O-P Amp | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Right Median Ortho Sensory (Wrist)** | | | | | | | | | | | | |
| Palm | | 1.4 | 1.8 | <2.3 | 116.8 | >50 | Palm | Wrist | 1.4 | 8.0 | 57 | |
| Site 2 | | 1.4 | 1.8 | | 114.3 | | | | | | | |
| **Right Ulnar Ortho Sensory (Wrist)** | | | | | | | | | | | | |
| Palm | | 1.2 | 1.7 | <2.3 | 48.9 | >15 | Palm | Wrist | 1.2 | 8.0 | 67 | |
| Site 2 | | 1.2 | 1.7 | | 47.9 | | | | | | | |

**Motor Summary Table**

| Site | NR | Onset (ms) | Norm Onset (ms) | O-P Amp (mV) | Norm O-P Amp | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Right Median Motor (Abd Poll Brev)** | | | | | | | | | | | |
| Wrist | | 3.6 | <4.5 | 10.1 | >4 | Wrist | Abd Poll Brev | 3.6 | 7.0 | 19 | |
| Elbow | | 7.3 | | 9.8 | | Elbow | Wrist | 3.7 | 22.5 | 61 | >48 |
| **Right Ulnar Motor (Abd Dig Minimi)** | | | | | | | | | | | |
| Wrist | | 2.4 | <3.6 | 8.5 | >6 | Wrist | Abd Dig Minimi | 2.4 | 6.5 | 27 | |
| B Elbow | | 5.7 | | 8.2 | | B Elbow | Wrist | 3.3 | 21.5 | 65 | >51 |
| A Elbow | | 7.2 | | 8.2 | | A Elbow | B Elbow | 1.5 | 10.0 | 67 | >51 |

From: Jenna @ MSMM (WC)
ph 502-570-6628

Patient: Reece, Jamie Test Date: 3/22/2018 Page 2

**F Wave Studies**

| NR | F-Lat (ms) | Lat Norm (ms) | L-R F-Lat (ms) | L-R Lat Norm |
|---|---|---|---|---|
| Right Median (Mrkrs) (Abd Poll Brev) | | | | |
| | 25.85 | <33 | | <2.3 |
| Right Ulnar (Mrkrs) (Abd Dig Min) | | | | |
| | 24.97 | <36 | | <2.5 |

**EMG**

| Side | Muscle | Nerve | Root | Ins Act | Fibs | Psw | Fasic | Amp | Dur | Poly | Recrt | Int Pat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Right | 1stDorInt | Ulnar | C8-T1 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Abd Poll Brev | Median | C8-T1 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | PronatorTeres | Median | C6-7 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Biceps | Musculocut | C5-6 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Triceps | Radial | C6-7-8 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Deltoid | Axillary | C5-6 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Supraspinatus | SupraScap | C5-6 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Cervical Parasp Up | Rami | C1-3 | Nml | Nml | Nml | 0 | | | | | |
| Right | Cervical Parasp Mid | Rami | C4-6 | Nml | Nml | Nml | 0 | | | | | |

**Impression:**

**Normal right arm.**

**No evidence of carpal tunnel syndrome, other focal nerve entrapment or cervical radiculopathy.**

Patrick Leung, M.D.

**Lab Results**

**REECE, JAMIE H (id #21591363, dob:**

## ESR, AUTOMATED 03/26/2018 (#14619782, Final, 03/26/2018 2:47pm)

| | | | |
|---|---|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. | | |
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY 1221 S BROADWAY LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q7260755 | Specimen Source | |
| Specimen Coll. Date | 03/26/2018 14:47 | Result Status | Final |
| Specimen Rec. Date | 03/26/2018 14:52 | Report Status | |
| Specimen Reported Date | 03/26/2018 15:49 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ESR, AUTOMATED | 10 | 0-19 | MM/HR | Normal | Final | |

## ALT 03/26/2018 (#14618351, Final, 03/26/2018 2:47pm)

| | | | |
|---|---|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. | | |
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY 1221 S BROADWAY LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q7260755 | Specimen Source | |
| Specimen Coll. Date | 03/26/2018 14:47 | Result Status | Final |
| Specimen Rec. Date | 03/26/2018 14:52 | Report Status | |
| Specimen Reported Date | 03/26/2018 15:26 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ALT | 11 | 0-33 | U/L | Normal | Final | |

## AST 03/26/2018 (#14618349, Final, 03/26/2018 2:47pm)

| | | | |
|---|---|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. | | |
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY 1221 S BROADWAY LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q7260755 | Specimen Source | |
| Specimen Coll. Date | 03/26/2018 14:47 | Result Status | Final |
| Specimen Rec. Date | 03/26/2018 14:52 | Report Status | |
| Specimen Reported Date | 03/26/2018 15:26 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| AST | 19 | 0-32 | U/L | Normal | Final | |

NEW LEXINGTON CLINIC PSC • , LEXINGTON KY 40504-2701

**REECE, JAMIE H (id #21591363, dob:**

## CREATININE 03/26/2018 (#14618347, Final, 03/26/2018 2:47pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q7260755 | Specimen Source | |
| Specimen Coll. Date | 03/26/2018 14:47 | Result Status | Final |
| Specimen Rec. Date | 03/26/2018 14:52 | Report Status | |
| Specimen Reported Date | 03/26/2018 15:26 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| CREATININE | 0.72 | 0.50-0.95 | mg/dL | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob:**

## CBC 03/26/2018 (#14617913, Final, 03/26/2018 2:47pm)

| | |
|---|---|
| Note to Patient | your labs are normal |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q7260755 | Specimen Source | |
| Specimen Coll. Date | 03/26/2018 14:47 | Result Status | Final |
| Specimen Rec. Date | 03/26/2018 14:52 | Report Status | |
| Specimen Reported Date | 03/26/2018 15:21 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WHITE BLOOD CELLS | 4.8 | 3.8-10.8 | K/uL | Normal | Final | |
| RED BLOOD CELLS | 3.99 | 3.80-5.20 | M/uL | Normal | Final | |
| HEMOGLOBIN | 12.5 | 12.0-16.0 | G/DL | Normal | Final | |
| HEMATOCRIT | 36.9 | 35.0-47.0 | % | Normal | Final | |
| MCV | 92 | 80-100 | fL | Normal | Final | |
| MCH | 31 | 26-35 | PG | Normal | Final | |
| MCHC | 34 | 32-36 | G/DL | Normal | Final | |
| RDW | 13.5 | 11.0-15.0 | % | Normal | Final | |
| MPV | 7.7 | 6.2-10.5 | fL | Normal | Final | |
| PLATELET COUNT | 291 | 130-400 | K/uL | Normal | Final | |
| NEUTROPHIL ABSOLUTE | 2.2 | 1.6-8.4 | K/uL | Normal | Final | |
| LYMPHOCYTE ABSOLUTE | 2.1 | 0.4-5.1 | K/uL | Normal | Final | |
| MONOCYTE ABSOLUTE | 0.4 | 0.0-1.2 | K/uL | Normal | Final | |
| EOSINOPHIL ABSOLUTE | 0.1 | 0.0-0.8 | K/uL | Normal | Final | |
| BASOPHIL ABSOLUTE | 0.0 | 0.0-0.3 | K/uL | Normal | Final | |
| % NEUTROPHILS | 46.8 | 42.0-78.0 | % | Normal | Final | |
| % LYMPHOCYTES | 42.9 | 11.0-47.0 | % | Normal | Final | |
| % MONOCYTES | 7.4 | 0.0-11.0 | % | Normal | Final | |
| % EOSINOPHILS | 2.6 | 0.0-7.0 | % | Normal | Final | |
| % BASOPHILS | 0.3 | 0.0-3.0 | % | Normal | Final | |
| NUCLEATED RED CELLS | 0.0 | 0.0-0.9 | % | Normal | Final | |
| NUCLEATED RBCS, ABSOLUTE | 0.00 | NOT ESTAB. | K/uL | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob:**

**GI: As detailed in the HPI.**
**GU: no dysuria,**
**NEURO: no headaches, visual changes, numbness, tingling, weakness**
**ENDOCRINE: no history of thyroid problems, no weight gain**
**ALLERGY/IMMUNE: No immune deficiency or hay fever.**
**SKIN: No itching or rashes**
**PSYCH: No depression or anxiety**

## Physical Exam

Patient is a 49-year-old female.

GENERAL: Pleasant 49 years-old in no acute distress
HEENT: EOMI, no scleral icterus, no obvious oral lesions, mucous membranes moist.
NECK: Unrestricted range of motion. No masses felt.
HRT: Regular rate and rhythm. No obvious murmurs noted.
PULMONARY: Normal respiratory effort. No evidence of shortness of breath.
ABDOMEN: Moderate central obesity. Bowel sounds within normal limits. Soft, nontender, nondistended. No hepatosplenomegaly. There is no guarding or rebound.
SKIN: No jaundice. No rashes. Warm and dry.
MUSCULOSKELETAL: Gait within normal limits.
NEURO: No obvious weakness or gross deficit noted. No evidence of confusion.
PSYCH: Alert and oriented. Mood and affect within normal limits. Does not appear depressed.

## Assessment / Plan

**1. Chokes when swallowing -**

Will check bariums swallow study first. Suspect that this may have a component of social stresses. May benefit from antianxiety agents but will defer until after imaging studies are done.

R09.89: Other specified symptoms and signs involving the circulatory and respiratory systems

**2. Generalized anxiety disorder -**

Will consider therapy on return.

F41.1: Generalized anxiety disorder

**Discussion Notes**

I have discussed the situation, differential diagnosis, and recommendation with the patient. She express understanding and wishes to proceed as recommended. Spent 25 total minutes with the patient today in counseling regarding information documented in my assessment and plan above. The time represents more than 50% of the encounter.

## Return to Office

- MATTHEW TUTT, MD for NEUROSURGERY CONSULT at NEUROSURGERY KOHOP on 05/14/2018 at 10:00 AM
- AN-YU CHEN, MD for RECHECK at GASTRO SB on 05/18/2018 at 01:30 PM
- SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on 06/25/2018 at 01:15 PM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by AN-YU CHEN, MD, 04/17/2018.

Encounter performed and documented by AN-YU CHEN, MD
Encounter reviewed & signed by AN-YU CHEN, MD on 04/17/2018 at 4:31pm

**Encounter Date: 03/26/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 03/26/2018 01:30PM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Prescription: ESI1 - Member is eligible. details | | |

**REECE, JAMIE H (id #21591363, dob:**

## Chief Complaint

Followup: Psoriatic arthritis

routine pt has not started the humira yet has concerns; pt is still on MTX 4 pills twice weekly

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526

## Vitals

**Ht:** 5 ft 7 in 03/26/2018 01:49 pm
**Wt:** 168 lbs 03/26/2018 01:49 pm
**BMI:** 26.3 03/26/2018 01:49 pm
**BP:** 86/58 sitting L arm 03/26/2018 01:50 pm
**BP Cuff Size:** adult 03/26/2018 01:49 pm
**Pulse:** 62 bpm regular 03/26/2018 01:50 pm
**RR:** 18 03/26/2018 01:49 pm

## Allergies

Reviewed Allergies
**LORTAB:** Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **calcium** | 11/17/17 | entered |
| **Diflucan 150 mg tablet**<br>Take 1 tablet(s) every day by oral route for 3 days. | 01/09/18 | prescribed |
| **estradiol 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 11/17/17 | entered |
| **folic acid 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 03/26/18 | prescribed |
| **Humira 40 mg/0.8 mL subcutaneous syringe kit**<br>Inject 0.8 mL every 2 weeks by subcutaneous route.<br>**Internal Note:** approved 12/31/17-4/30/18 | 01/30/18 | prescribed |
| **ketoprofen 75 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly | 03/26/18 | prescribed |
| **Motrin 600 mg tablet**<br>Two times a day<br>**Internal Note:** Frequency: bid;Alt Frequency: pm;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008 | 05/20/08 | filled |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM 40 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |

**predniSONE 5 mg tablet** 01/26/18 prescribed
take one po daily as needed

**Probiotic** 11/17/17 entered

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/10/2017)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): Y

## HPI

received humira and didn't start taking it due to the s/e list sent with it; has a new injury from work and may have to have surgery on her shoulder due to fraying; she reports multiple recurring joint pain and tenderness; with hx of psoriasis; right hip pains, stiffness; tenderness; works full time at toyota and is concerned about worsening joint pains; denies cp, soa, rash or fevers and all others are negative

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally and normal tandem gait test.

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Sclerae: non-icteric.

**ENMT:** Ears: no lesions on external ear or hearing loss. Nose: no lesions on external nose and nares patent. Oral Cavity: no mouth or lip ulcers. Oropharynx: moist mucous membranes. Face: no malar erythema.

AIC
American Imaging Consultants, PLLC
*Your Strategic Partner for Teleradiology Solutions*

Dale R. Absher, M.D.
J. Alex Harper, M.D.
Charles M. Kenney III, M.D.
Jon K. Kostelic, M.D.
A. David Westerfield IV, M.D.

Final Report

| | |
|---|---|
| NAME: | REECH, JAMIE |
| D.O.B. / SEX: | Female |
| MRN / ACC#: | 198482 / 1609591 |
| ORDERING PHYSICIAN: | RYAN DONEGAN MD, |
| EXAM REQUESTED: | 72141 -MRI CERVICAL SPINE W/O CONTRAST |
| FACILITY: | Bluegrass Orthopaedics |
| DATE: | 4/10/2018 |
| RADIOLOGIST NAME: | Kostelic, Jon |

**CLINICAL HISTORY:**
right upper ext pain.

**FINDINGS:**
Multiplanar MR imaging of the cervical spine was performed without contrast. On the sagittal T2-weighted images, there is mild decreased signal throughout the cervical disks. There is no evidence of fracture. The vertebral alignment is normal. There is apparent subtle increased signal within the cervical cord at the C6 level of uncertain significance. This is not well seen on axial images. No significant canal stenosis is identified. The cervicomedullary junction is normal.

C2-3: There is no significant canal stenosis or neural foraminal narrowing.

C3-4: There is no significant canal stenosis or neural foraminal narrowing.

C4-5: There is a mild diffuse disc bulge. There is mild bilateral neuroforaminal narrowing.

C5-6: There is no significant canal stenosis or neural foraminal narrowing.

C6-7: There is no significant canal stenosis or neural foraminal narrowing.

C7-T1: There is no significant canal stenosis or neural foraminal narrowing.

IMPRESSION:
1. Mild diffuse disc bulge and mild bilateral neuroforaminal narrowing at C4-5.
2. Possible subtle increased signal within the cervical cord at the C6 level. This is of uncertain significance. Clinical correlation is recommended.

Authenticated by Kostelic, Jon on 4/10/2018 3:19:56 PM, Eastern Time

**REECE, JAMIE H (id #21591363, dob:**

**Encounter Date: 04/17/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 04/17/2018 02:15PM |
| **DOB** | | **Service Dept.** | GASTRO SB |
| **Provider** | AN-YU CHEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**

## Vitals

04/17/2018 02:43 pm

| | | |
|---|---|---|
| **Ht:** 5 ft 7 in | **Wt:** 170 lbs | **BMI:** 26.6 |
| **BP:** 116/70 sitting | **Pulse:** 72 bpm | **RR:** 16 |

## Allergies

Reviewed Allergies

**LORTAB:** Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **calcium** | 11/17/17 | entered |
| **estradiol 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 11/17/17 | entered |
| **folic acid 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 03/26/18 | prescribed |
| **ketoprofen 75 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Motrin 600 mg tablet**<br>Two times a day<br>**Internal Note:** Frequency: bid;Alt Frequency: prn;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008 | 05/20/08 | filled |
| **Multi Vitamin** | 11/17/17 | entered |

**REECE, JAMIE H (id #21591363, dob:**

| | | |
|---|---|---|
| **NexIUM 40 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **predniSONE 5 mg tablet**<br>take one po daily as needed | 01/26/18 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Chokes when swallowing - Onset: 04/17/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/10/2017)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): Y
Allergies/Hayfever: Y
Chicken Pox: Y
Headaches: Y

## HPI

This is a pleesant49 yof with mom here for follow up regarding choking episodes

Current status: fluids going down the wrong way
Symptoms: getting choked, cough, several times per week. No problems with solids. Previous problem with globus sensations.
Treatments:seems to be better when taking smaller sips
Additional info:Under lots of stress at work and also has c-spine issues. Most recent EGD unremarkable.

## ROS

**Additionally reports:**

**CONSTITUTIONAL: No fever, chills, or weight loss**

**ENT: No ear pain. No sore throat.**
**CARDIOVASCULAR: No chest pain, No edema.**
**PULMONARY: no shortness of breath, have cough when she gets choked up**

## RF ESOPHAGUS

**(#15253249, Final, 04/20/2018 12:00pm)**

Lexington Clinic
1221 South Broadway
Lexington, KY 40504

Patient Name: JAMIE H REECE
Patient DOB:
Patient MRN: 3555141

Ordering Provider: AN-YU CHEN

EXAM DATE: 04/20/2018

EXAM: RF ESOPHAGUS

CLINICAL INFORMATION: Dysphagia. Choking on swallowing fluids.

TECHNIQUE: Multiple double contrast images of various parts of the esophagus, were obtained using high-density barium suspension. This was followed by AP and lateral rapid sequence (3/sec) images of the pharynx and upper esophagus during swallowing. The study was completed by multiple prone images of the esophagus during swallowing and assessment for reflux.

FINDINGS:

CERVICAL ESOPHAGUS: Rapid sequence views of the upper esophagus show normal pharyngeal anatomy. No aspiration is seen.

THORACO ABDOMINAL ESOPHAGUS: Esophagus is normal in outline, mucosal pattern and caliber. No stricture is noted. The 13 mm tablet passed through the esophagus and GE junction without hesitation.

ESOPHAGEAL MOTILITY: Esophageal motility is normal with a normal peristaltic stripping wave and secondary peristaltic waves. No tertiary waves are noted.

ASSESSMENT FOR REFLUX: Moderate gastroesophageal reflux was noted.

IMPRESSION: Moderate gastroesophageal reflux. No other abnormality is seen..

Interpreted By: Shailendra Chopra, MD
Electronically Signed By: Shailendra Chopra, MD on 4/20/2018 2:46 PM

Lexington Clinic

## Department of Neurosurgery
## Spine Evaluation

**Please fill in the following so we can understand your problem and treatment course to date.**

Name Jamie Reece Date 5/13/18

How long have you experienced symptoms? end of January

If known, what caused symptoms? became apparant at work.

This relates to... ☑ worker's compensation ☐ motor vehicle accident ☐ pending legal action

Rate your usual pain level (circle): [No Pain] 1 2 3 4 5 6 7 8 9 10 [Worst Imaginable]

Describe your pain (circle): (burning) (sharp) (electric) (shooting) (stabbing) (deep ache) (tightness) (spasms)
Can be all

Pain is (circle)... (constant) (comes and goes) getting better getting worse

What activities makes it better? no activity

What activities makes it worse? no use

(Circle) if you have... (numbness) (tingling) weakness bladder incontinence bowel incontinence

What treatments have you undergone (check)? *Use space provided to briefly describe effects of treatment.*

☑ Physical therapy: Name Toyota visits or weeks? 2 a week 8-10 wks
☐ Chiropractor: Name visits or weeks?
☐ Traction: neck or low back?
☐ Massage:
☐ Ultrasound:
☑ TENS units: @ PT
☑ Steroid pack: 1HS Toyota
☑ Non-steroidal anti-inflammatories, NSAIDS (ie: Advil, Alleve) how long? 8-10 wks

☐ Narcotic pain medications (ie: Norco, Percocet, Oxycontin) how long?

☑ Neuromodulating drugs (ie: Lyrica, (Neurontin)) how long? Month
Dr. Donegan PA

☐ Injections: # times How long did they relieve the pain?

☐ Spine surgery: procedure(s), surgeon(s)?

*See illustration on back.*

NEW LEXINGTON CLINIC PSC • , LEXINGTON KY 40504-2701

**REECE, JAMIE H (id #21591363, dob:**

05/17/2018 16:19 859-258-6512 LC-084-6872 PAGE 04/04

REECE, JAMIE 21591363

* 1819339y13039 Last Page E-HealthHx

**Please use this diagram to illustrate your pain, numbness or associated symptoms**




FRONT

BACK

Revised 2/28/2018

REECE, JAMIE 09/22/68 #21591363

* 1919399#13058 First Page E-HealthHx

# Lexington Clinic

**Department Information**

Name Jamie Reece DOB Today's Date 5/14/18

Street Address

City State Zip

Home phone ( ) - Cell ( ) Email

Occupation Toyota Team Member ☐Retired ☐Disabled

Primary Care Family Pract Ass. Referred by Dr. Donegan - PA

Age 49 Weight 160lbs Height 5 ft 7 in ☑Right Handed ☐Left Handed

Briefly explain you MAIN SYMPTOM OR PROBLEM: pain in upper right qudrant head/neck / arm / shoulder / hand / also chest

CURRENT MEDICATIONS: prescription and over the counter – list dose and frequency ☐check if list attached

| | |
|---|---|
| 1) nexium - 40mg | 9) |
| 2) ativan - .5 x 2 day | 10) |
| 3) methotrexate | 11) |
| 4) folic acid | 12) |
| 5) | 13) |
| 6) | 14) |
| 7) | 15) |
| 8) | 16) |

ALLERGIES/DRUG REACTIONS: ☐check if list attached

SIGNIFICANT MEDICAL PROBLEMS: circle all that apply or write in specifics

| | |
|---|---|
| High Blood Pressure | Osteoporosis / Osteopenia |
| Heart Attack – date: | Sleep Apnea |
| Cancer – specify: | Fibromyalgia |
| Stroke – date: | Mental Illness – specify: |
| Diabetes Type I / II (circle) | Asthma / Emphysema / COPD / Black Lung (circle) |
| High / Low Thyroid (circle) | Liver Disease – specify: |
| Bleeding Disorder | Kidney Disease / Renal Failure / Dialysis (circle) |
| Gout / Arthritis (circle) Psoriatic Arthritis | AIDs / Immune Disorder (circle) |
| High Cholesterol | Epilepsy – seizure frequency: |
| Deep Vein Thrombosis / Pulmonary Embolism (circle) | Genetic Disorder |
| Other: | |

Revised 2/20/2018

OPERATIONS: list all operations or medical procedures ☐check if list attached

| Procedure | Hospital | Date |
|---|---|---|
| Hysterectomy - Complete 2005 | Dr James | |
| Tonsillectomy 1972 | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

REVIEW OF SYSTEMS: circle any you currently experiencing *considered negative if not marked

| | | | | |
|---|---|---|---|---|
| Headaches | Difficulty with taste/smell | Chest Pain | Nausea | Heartburn |
| Arm or leg weakness | Blurred vision | Irregular heartbeat | Vomiting | Abdominal pain |
| Numbness/tingling | Double vision | Shortness of breath | Fever/chills/night sweats | Constipation |
| Dizziness | Facial pain | Wheezing | Chronic cough | Diarrhea |
| Difficulty walking | Swallowing difficulty | Eye or mouth dryness | Bloody cough | Bowel incontinence |
| Speech difficulty | Hearing difficulty | Stiff or swollen joints | Unintended weight loss | Black or bloody stools |
| Impaired thinking | Ringing in ear | Arm or leg swelling | Weight gain | Increased urination |
| Memory problems | Poor coordination | Chronic fatigue | Loss of appetite | Urinary incontinence |
| Black outs or fainting | Tremors or shaking | Problems sleeping | Increased appetite | Bloody urine |
| Depression | Decreased attention | Sexual dysfunction | Menstrual difficulty | Urinary tract infection |
| Recent infection or illness: | | | | |

SOCIAL HISTORY; please current and past use

| | Never | Quit | Currently use | Amount | # of years total |
|---|---|---|---|---|---|
| Tobacco | ☑ | ☐ | ☐ | packs/day | |
| Alcohol | ☐ | ☐ | ☑ | 1 month drinks/day or week | |
| Recreational drugs | ☑ | ☐ | ☐ | | |
| Comments: | | | | | |

FAMILY HISTORY: circle if common in your family

| | |
|---|---|
| Cancer / Leukemia | Stroke |
| Diabetes | Brain aneurysms |
| High Blood Pressure | Epilepsy |
| Heart Attacks | Back Problems |
| Other: | |

PATIENT SIGNATURE: x Jamie Reece DATE: 5/13/18

PHYSICIAN SIGNATURE: [signature]

Revised 7/26/2016

**REECE, JAMIE H (id #21591363, dob:**

Encounter performed and documented by CAROLINE HAMMOND, APRN
Encounter reviewed & signed by CAROLINE HAMMOND, APRN on 06/16/2018 at 10:18am
Encounter signed by BAXTER W NAPIER, MD on 06/16/2018 at 10:58am

**Encounter Date: 05/14/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 05/14/2018 10:00AM |
| **DOB** | | **Service Dept.** | NEUROSURGERY KOHOP |
| **Provider** | MATTHEW TUTT, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

cervical pain

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**

## Vitals

05/14/2018 10:10 am

**Ht:** 5 ft 7 in **Wt:** 171 lbs **BMI:** 26.8

**BP:** 120/80

## Allergies

Reviewed Allergies

**LORTAB:** Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **Ativan 0.5 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 30 days. | 05/10/18 | prescribed |
| **calcium** | 11/17/17 | entered |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>take one capsule daily | 05/11/18 | prescribed |
| **estradiol 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 11/17/17 | entered |
| **folic acid 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 03/26/18 | prescribed |
| **ketoprofen 75 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |

**REECE, JAMIE H (id #21591363, dob**

| | | |
|---|---|---|
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Motrin 600 mg tablet**<br>Two times a day<br>**Internal Note:** Frequency: bid;Alt Frequency: prn;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008 | 05/20/08 | filled |
| **Multi Vitamin** | 11/17/17 | entered |
| **predniSONE 5 mg tablet**<br>take one po daily as needed | 01/26/18 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Chokes when swallowing - Onset: 04/17/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

GYN History not reviewed (last reviewed 09/10/2017)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/10/2017)

## Past Medical History

Past Medical History not reviewed (last reviewed 04/17/2018)

## HPI

Mrs. Reece is a 49-year-old female who works at Toyota presenting with right-sided neck pain, jaw pain, collarbone pain and radiating pain into her arm in a non-dermatomal distribution. Her pain started at the end of January after changing jobs at Toyota. She denies any specific injury. Her pain has multiple characteristics, is fairly constant, but the arm pain comes and goes. She is seen some relief of her pain with inactivity. She describes right arm numbness and tingling. No weakness. No loss of bowel or bladder control. No difficulty with balance. No visual complaints.
She did physical therapy for 8-10 weeks, 2 times a week at Toyota. She has trialed a TENS unit as well as steroid pack. She has been taking over-the-counter anti-inflammatories for the past 8-10 weeks. She trialed Neurontin, prescribed by Dr. Donegan, with some relief.

## ROS

**Additionally reports:**

**REECE, JAMIE H (id #21591363, dob:**

**As noted per patient intake sheet and in the HPI. All other systems reviewed and negative.**

## Physical Exam

Patient is a 49-year-old female.

General: NAD, alert &oriented x3
HEENT: normal
PERRL, EOM intact
face symmetric
Motor: grossly intact all extremities
Sensation: intact to light tough bilaterally UE and LE
Reflexes:

Positive Hoffman's bilaterally

2+ upper extremities bilaterally
3+ lower extremities bilaterally
Chest: Clear with no wheezes.
Heart: regular rate and rhythm with no rubs gallops or murmur
Abdomen: soft and nontender GU and rectal: deferred
Extremities: no cyanosis clubbing or edema
Skin: unremarkable

## Assessment / Plan

Mrs. Reece is a 49-year-old female with no significant findings on her cervical MRI. We reviewed her MRI together in my office. She has no significant central stenosis or nerve root compression. She also has an EMG and nerve conduction study performed by Dr. Leung which shows no evidence of cervical radiculopathy or focal nerve compression. There are no neurosurgical options here. However, on examination she does appear to be a bit hyper-reflexive, with a positive Hoffmann's reflex bilaterally. Although it may be artifact, her MRI report does describe some subtle signal change in the spinal cord. I would like her to be evaluated by neurology to rule out an neurologic disorder, such as multiple sclerosis. She may need an MRI of the brain performed.

I had a lengthy conversation with her with regards to my opinion. There are clearly no further considerations with regards to her cervical spine. I explained that her distribution of pain does not correlate with any specific neurologic dermatome. I feel strongly that we must look elsewhere for the cause of her symptoms. She and her husband voiced good understanding of this, but she did seem quite disappointed that I could not give her a clear answer today. I think neurology is appropriate at this point.

Her follow-up with me will be as needed, but I would appreciate receiving the opinion of the neurologist.

**1. Neck pain -**

Minutes spent reviewing images, discussing the diagnosis and coordinating care: 45 min

M54.2: Cervicalgia

## Return to Office

- AN-YU CHEN, MD for RECHECK at GASTRO SB on 06/19/2018 at 02:30 PM
- SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on 06/25/2018 at 01:15 PM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by MATTHEW TUTT, MD, 05/14/2018.

Encounter performed and documented by MATTHEW TUTT, MD
Encounter reviewed & signed by MATTHEW TUTT, MD on 05/14/2018 at 10:48am

**ENT: No ear pain. No sore throat.**
**CARDIOVASCULAR: No chest pain, No edema.**
**PULMONARY: no shortness of breath, or cough.**
**GI: As detailed in the HPI.**
**GU: no dysuria,**
**NEURO: no headaches, visual changes, numbness, some tingling, weakness of right arm**
**ENDOCRINE: no history of thyroid problems, no weight gain**
**ALLERGY/IMMUNE: No immune deficiency or hay fever.**
**SKIN: No itching or rashes**
**PSYCH: No depression or anxiety**

## Physical Exam

Patient is a 49-year-old female.

GENERAL: Pleasant 49 years-old in no acute distress
HEENT: EOMI, no scleral icterus. no obvious oral lesions, mucous membranes moist.
NECK: Unrestricted range of motion.
ABDOMEN: Moderate central obesity. Bowel sounds within normal limits. Soft, nontender, nondistended. No hepatosplenomegaly. There is no guarding or rebound.
SKIN: No jaundice. No rashes. Warm and dry.
MUSCULOSKELETAL: Gait within normal limits. Some tingling of right arm with motion
NEURO: No obvious weakness or gross deficit noted. No evidence of confusion.
PSYCH: Alert and oriented. Mood and affect within normal limits. Does not appear depressed.

## Assessment / Plan

**1. Intermittent dysphagia -**

Improved with Ativan, will continue for now. Will reassess after work up is completed regarding her MS diagnosis.

R13.19: Other dysphagia

**Discussion Notes**

Spent 30 total minutes with the patient today in counseling regarding information documented in my assessment and plan above. The time represents more than 50% of the encounter.

## Return to Office

- AN-YU CHEN, MD for RECHECK at GASTRO SB on 09/04/2018 at 01:00 PM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by AN-YU CHEN, MD, 06/19/2018.

Encounter performed and documented by AN-YU CHEN, MD
Encounter reviewed & signed by AN-YU CHEN, MD on 06/19/2018 at 2:53pm
**Encounter Date: 06/10/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 06/10/2018 02:30PM |
| **DOB** | | **Service Dept.** | WALK-IN ANDOVER |
| **Provider** | CAROLINE HAMMOND, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

None recorded.

**REECE, JAMIE H (id #21591363, dob:**

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

**Ht:** 5 ft 7 in 06/10/2018 02:36 pm
**T:** 98.4 F° oral 06/10/2018 02:36 pm
**BP:** 128/78 sitting R arm 06/10/2018 02:37 pm
**Pulse:** 110 bpm regular 06/10/2018 02:36 pm
**O2Sat:** 98% Room Air at Rest 06/10/2018 02:36 pm

## Allergies

Reviewed Allergies
**LORTAB:** Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **Ativan 0.5 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 30 days. | 05/10/18 | prescribed |
| **calcium** | 11/17/17 | entered |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>take one capsule daily | 05/11/18 | prescribed |
| **folic acid 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 03/26/18 | prescribed |
| **ketoprofen 75 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **predniSONE 5 mg tablet**<br>take one po daily as needed | 01/26/18 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017.