**REECE, JAMIE H (id #21591363, dob:**

- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Chokes when swallowing - Onset: 04/17/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
**Family Medicine**
Alcohol intake: None
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

Reviewed GYN History

## Obstetric History

Reviewed Obstetric History

## Past Medical History

Reviewed Past Medical History
Allergies/Hayfever: Y
Chicken Pox: Y
Headaches: Y
Vision or Eye Problems: Y - glasses

## HPI

Jamie H Reece is a 49 year old female that presents to the walk in clinic

## Procedure Documentation

**EKG:**
12 lead electrocardiogram testing performed. See scanned copy for results.
**Evening/Weekend/Holiday Services:**
Service(s) provided in the office during regularly scheduled evening, weekend, or holiday office hours.

## Assessment / Plan

**1. Atypical chest pain**
R07.89: Other chest pain

**Patient Instructions**

Discussed with patient the importance of thoroughly investigating these symptoms and what our limitations are in the urgent treatment environment on a weekend afternoon. I expressed my concerns about waiting for labwork to come back on monday morning and how I felt this to be a more urgent situation. An EKG was done in office and no clear abnormality was found. Vital signs stable. Pain still persists. Recommend patient to allow me to call EMS or for her husband to transport her to the ER. She wanted to go by personal vehicle. We discussed the risks involved. She verbalized understanding.

## Return to Office

- AN-YU CHEN, MD for RECHECK at GASTRO SB on 06/19/2018 at 02:30 PM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by CAROLINE HAMMOND, APRN, 06/16/2018.

EXHIBIT
3, part 2

## Encounters and Procedures

Clinical Encounter Summaries
**Encounter Date: 06/19/2018**

### Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 06/19/2018 02:30PM |
| **DOB** | | **Service Dept.** | GASTRO SB |
| **Provider** | AN-YU CHEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

### Chief Complaint

None recorded.

### Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

### Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

### Vitals

06/19/2018 02:37 pm

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in | **Wt:** | 172 lbs | **BMI:** | 26.9 |
| **BP:** | 122/68 sitting | **Pulse:** | 88 bpm | **RR:** | 16 |

### Allergies

Reviewed Allergies
**LORTAB:** Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **Ativan 0.5 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 30 days. | 05/10/18 | prescribed |
| **calcium** | 11/17/17 | entered |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>take one capsule daily | 05/11/18 | prescribed |
| **folic acid 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 03/26/18 | prescribed |
| **indomethacin 50 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 06/19/18 | entered |
| **ketoprofen 75 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |

| | | |
|---|---|---|
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **predniSONE 5 mg tablet**<br>take one po daily as needed | 01/26/18 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): Y
Allergies/Hayfever: Y
Chicken Pox: Y
Headaches: Y

## HPI

This is a pleasant 49 yof here for follow up regarding dysphagia symptoms

Current status:much improved
Symptoms:rare choking episodes
Treatments:started ativan
Additional info:recent UGI was negative. Lots of stress with shoulder symptoms and work at Toyota

## ROS

**Additionally reports:**

**CONSTITUTIONAL: No fever, chills, or weight loss**

## Return to Office

- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 08/01/2018 at 01:00 PM
- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 08/08/2018 at 01:00 PM
- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 08/15/2018 at 01:00 PM
- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 08/22/2018 at 01:00 PM
- AN-YU CHEN, MD for RECHECK at GASTRO SB on 09/04/2018 at 01:00 PM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 09/07/2018 at 09:30 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by DANIEL M ROUSE, PT, DPT, 07/25/2018.

Encounter performed and documented by DANIEL M ROUSE, PT, DPT
Encounter reviewed & signed by DANIEL M ROUSE, PT, DPT on 07/25/2018 at 12:50pm
Encounter signed by W BEN KIBLER, MD on 07/26/2018 at 5:24pm

**Encounter Date: 07/13/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 07/13/2018 08:45AM |
| **DOB** | | **Service Dept.** | ORTHOPEDICS PICADOME |
| **Provider** | W BEN KIBLER, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

np rt shoulder, will bring MRI discPatient comes for evaluation of problems with the right shoulder. She came for evaluation and second opinion of problems with the right shoulder. She has a job that involves a lot of repetitive pushing and pulling and overhead lifting. She developed soreness and tenderness since January. She was put on restrictions, was told that she had some tendinitis and she was put on some open chain activation exercises. This did not seem to relieve the symptoms. She eventually sought other opinions. She has had multiple workups including an EMG for any type of nerve impingement, a workup for cervical issues and a workup for possible multiple sclerosis. These have all been negative. She was told that she had mainly a muscle problem, but she has not been on a specific therapy program for scapular retraction or stabilization. She has soreness, tenderness over the anterior aspect of the shoulder in the infraclavicular area and along the anterior aspect of the shoulder with some pain which goes down into her elbow. She has been unable to continue doing work because of the pain and limitations. She has mild soreness at nighttime. However, she can sleep during the night. Because of continued symptoms she came for further evaluation.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

07/13/2018 09:39 am

| | | |
|---|---|---|
| **Ht:** 5 ft 7 in | **Wt:** 170 lbs | **BMI:** 26.6 |
| **BP:** 118/72 | | |

## Allergies

Reviewed Allergies

**LORTAB:** Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **folic acid** | 07/13/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability<br>- Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Allergies/Hayfever: Y

## HPI

Her history is as outlined. There is no history of acute trauma other than the chronic repetitive use.

## ROS

**Additionally reports: She has no diabetes. She has no collagen vascular disease. She has a Sjogren's type psoriatic arthritis that she is taking medicine for and that seems to keep this in fairly good control.**

## Physical Exam

Patient is a 49-year-old female.

**REECE, JAMIE H (id #21591363, dob:**

Physical exam from a kinetic chain standpoint, shows she has bilateral weakness of the hips with 1 leg stability. She has weakness of low row that is improved by hip active assistance. She has painful arc in forward flexion that is relieved by scapular assistance. She has weakness with external rotation and forward flexion that is relieved by scapular retraction. She has pain to palpation of the coracoid base muscles of the pectoralis minor and the short head of the biceps that creates an anterior tilt of the scapula. She gets pain down her arm from the trigger point, referred pain from her pectoralis minor. She has tightness of her scalenes as well. She has no instability, her neurologic exam is normal leg work exam is negative.

## Assessment / Plan

She will be put on a therapy program to see if we cannot relieve some of the overhead and scapular retraction symptoms. She will continue working on strengthening to the level of tolerance. She will return to see me in another 2 months. We can talk about seeing if we can get her back into some type of work activities at that time.

1. **Scapulalgia**
   M89.8X1: Other specified disorders of bone, shoulder

2. **Impingement syndrome of shoulder region** - Right
   M75.41: Impingement syndrome of right shoulder
   - ROTATOR CUFF INJURY: CARE INSTRUCTIONS
   - ROTATOR CUFF: EXERCISES

**Discussion Notes**

She has a mild amount of the collagen vascular disease that is probably adding to the problem. However, I think the major problem is the kinetic chain and scapular problems with some mild chronic pain syndrome as well. We discussed all these findings and the relationship to the clinical findings with her.

## Return to Office

- DANIEL M ROUSE, PT, DPT for NEW PATIENT at PHYSICAL THERAPY PICADOME on 07/25/2018 at 09:30 AM
- AN-YU CHEN, MD for RECHECK at GASTRO SB on 09/04/2018 at 01:00 PM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 09/07/2018 at 09:30 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by W BEN KIBLER, MD, 07/16/2018.

Encounter performed and documented by W BEN KIBLER, MD
Encounter reviewed & signed by W BEN KIBLER, MD on 07/16/2018 at 4:58pm

Thoracic spine rotational PA glides T2-5; observed cavitation approximately T4-T5

Cervical PA glides C2-Cy grades 1-2

B upper trapezius, levator scapulae manual stretches x2 :30

R pec minor stretch in supine x5 :10

**PT Therapeutic Exercise:** 10 minutes

The patient performed therapeutic exercise per exercise log.

Supine pec stretch x10

**PT Ultrasound:** 10 minutes

Application of continuous ultrasound at 2.0 w/cm2 at 3 Mhz for 8-22min. (10 min.) R upper trapezius; R lower cervical paraspinals

## Assessment / Plan

Pt continues to display multiple areas with mild tenderness to touch surrounding R scapula today. She tolerated initial follow up visit well with manual therapy to promote upper trapezius and pec minor flexibility. Applied continuous ultrasound to R upper trapezius and R cervical paraspinals to address muscle guarding. She reviewed and performed initial HEP; required verbal cues to perform isometric low rows with correct technique. Instructed pt to continue with current HEP and she will return for follow up visit in 1 week.

**1. Scapulalgia**
M89.8X1: Other specified disorders of bone, shoulder

**2. Shoulder girdle weakness**
M99.07: Segmental and somatic dysfunction of upper extremity

**3. Incoordination**
R27.9: Unspecified lack of coordination

**4. Shoulder pain**
M25.511: Pain in right shoulder

## Return to Office

- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 08/08/2018 at 01:00 PM
- AN-YU CHEN, MD for RECHECK at GASTRO SB on 08/14/2018 at 01:45 PM
- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 08/15/2018 at 01:00 PM
- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 08/22/2018 at 01:00 PM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 09/07/2018 at 09:30 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by DANIEL M ROUSE, PT, DPT, 08/01/2018.

Encounter performed and documented by DANIEL M ROUSE, PT, DPT
Encounter reviewed & signed by DANIEL M ROUSE, PT, DPT on 08/01/2018 at 3:15pm

**Encounter Date: 07/25/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 07/25/2018 09:30AM |
| **DOB** | | **Service Dept.** | PHYSICAL THERAPY PICADOME |
| **Provider** | DANIEL M ROUSE, PT, DPT | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

**REECE, JAMIE H (id #21591363, dob:**

Shoulder

## Physical Therapy Episodes

Episode: R Scapula

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 07/13/2018)
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Medications not reviewed (last reviewed 07/13/2018)

| | | |
|---|---|---|
| **folic acid** | 07/13/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 07/13/2018)

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Social History not reviewed (last reviewed 07/13/2018)
Smoking Status: Never smoker

## Surgical History

Surgical History not reviewed (last reviewed 07/13/2018)

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Past Medical History not reviewed (last reviewed 07/13/2018)
Allergies/Hayfever: Y
Headaches: Y

## HPI

**LexClin Evaluation Subjective**
Reported by patient.

Referring Provider: Kibler, MD
Chief Complaint: Pain; R clavicle, R shoulder and R scapula
Mechanism: Repetitive Stress
Onset: 7 Months
Chronicity: Chronic
Subjective Report: Jamie presents to clinic with complaints of R clavicle, R upper trapezius with radiating symptoms to R hand. She also describe pain in suboccipital region. She works second shift inspection requires her to use R hand dominant and performed repetitive movements wiping cars. She started to notice symptoms in R shoulder in January 2018 and radiating pain occurred to R wrist and fingers. She underwent PT at Toyota x2 week for 8 weeks with worsening of symptoms. She eventually had a EMG which was negative. She also had an MRI of her cervical spine with increased signal density at C6. Starting in January she was on sit down restriction until April when she was placed off work. She reports since being off work since April her symptoms have continued to fluctuate and worsen. She visited Dr. Kibler 7/13/18 and was instructed to return to skilled PT for scapular stabilization. She has discontinued exercising and reports gaining 25lbs since being off work. She reports history of psoriatic arthritis and anxiety.
Description of Pain/Symptoms: R anterior shoulder joint line and infraclavicular region origin dull aching; radiates down R UE to elbow and hand
Severity: current 2-3/10; best 2-3/10; worst 8/10
Frequency: Constant
Aggravating Factors: driving, reaching overhead for household objects, folding laundry, static positions
Alleviating Factors: rest, activity avoidance, activity modification, discontinued use of ibuprofen
Sleeping (ability to sleep without pain) Severe problem: pain disrupts sleep > 5 times per night
Prior Studies: MRI; see report
Prior Treatments: physical therapy; medication
Occupation and Limitations: Toyota-second shift inspection for Lexus
Recreational Activities and Limitations: discontinued exercise due to fear of worsening symptoms in R shoulder
ADL Limitations: driving, reaching overhead for household objects, dressing, bathing folding laundry, static positions

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

**Posture:** Patient stands with **Increased C-T Junction Kyphosis** and **Thoracic Kyphosis** and **Decreased Cervical Lordosis** and **Scapular Anterior Tilting.**

**Scapular Motion:** RIGHT **Excessive Lateral Slide** and **Upward Rotation** and **Vertebral Border Winging** and **Anterior Tilting; type 2 scapular dyskinesis.**

**Cervical Screen:** Active Range of Motion: Left Rotation: 70 deg and Side Bending: 45 deg, Right Rotation: 70 deg and Side Bending: 45 deg, and Forward Flexion: 50 deg and Extension: 45 deg. Special Tests: Compression Test -.

**Shoulder Range of Motion:** ACTIVE RIGHT Internal Rotation: T8 and Rotation at 90deg Abd: 40 deg painful, External Rotation: 65 deg and Rotation at 90deg Abd: 80 deg painful, and Flexion: 170 deg and Abduction: 170 deg. ACTIVE LEFT Internal Rotation: T7 and Rotation at 90deg Abd: 60 deg, External Rotation: 78 deg and Rotation at 90deg Abd: 90 deg, and Flexion: 170 deg and Abduction: 170 deg.

**Manual Muscle Testing:** RIGHT SHOULDER **Flexion 4+/5, Abduction 4+/5, Internal Rotation 4+/5,** and **External Rotation 4+/5.** LEFT SHOULDER Flexion 5/5, Abduction 5/5, Internal Rotation 5/5, and External Rotation 5/5. RIGHT ELBOW Extension 5/5,

**REECE, JAMIE H (id #21591363, dob:**

Pronation 5/5, Supination 5/5, and **Flexion 4+/5.** LEFT ELBOW Flexion 5/5, Extension 5/5, Pronation 5/5, and Supination 5/5. RIGHT WRIST Flexion 5/5 and Extension 5/5. LEFT WRIST Flexion 5/5 and Extension 5/5.

**Scapular Manual Muscle Testing:** Right: **SA: 4/5**
**Lat: 4/5**
**Rhomboids: 4-/5**
**MT: 4-/5**
**LT: 4-/5**. Left: **SA: 4-/5**
**Lat: 4-/5**
**Rhomboids: 4-/5**
**MT: 4-/5**
**LT: 3/5**.

**Palpation Exam:** Shoulder: **mild TTP R coracoid process, R long head of biceps, R posterior joint line**

**Shoulder Special Testing:** Right: DLS -:, Speed's test -:, O'Brien's test +:, Full Can test -:, Empty Can test -:, Belly Press test -:, Drop Arm -:, Hawkin's Kennydy test -:, and Scapular Assist test +:.

Hip MMT: R hip AB 4-/5 Ext

L hip AB 4/5

Flexibility:

R pec minor mod, R scalenes mod, R upper trap mod

## Exercise Flowsheet

None recorded.

## Procedure Documentation

**PT Evaluation - Moderate Complexity:**
Physical Therapy Evaluation of moderate complexity performed.
**PT Therapeutic Exercise:** 15 minutes

The patient performed therapeutic exercise per handout:

supine chin tuck, corner stretch, isometric low row and scaption table slides

## Assessment / Plan

Referring Physician: Kibler, MD

Assessment:
Pt is a 49 yo female presenting with R anterior shoulder and infraclavicular pain. Initial evaluation revealed signs and symptoms consistent with R type 2 scapular dyskinesis. She demonstrates postural dysfunction, decreased scapular strength, poor kinethestic awareness of R scapula and multiple areas of tightness surrounding R scapula. She also complains of intermittent radiating pain RUE, but unable to reproduce symptoms in clinic clearing cervical spine, cervical compression and R shoulder AROM. She would benefit from skilled PT intervention to address functional deficits and decrease R scapular pain.

STG: In 6 weeks, patient will:

1) Display independence with HEP and verbalize compliance as written

2) Display Right Shoulder ROM: ER at 90 deg AB 90 deg; IR at 90 deg AB 50 deg

3) Display Right Shoulder MMT: Flex 5/5, Abd 5/5, IR 5/5, ER 5/5, SA 4/5, Lat 4/5, rhomboids 4/5, MT 4/5 LT 4-/5

4) Display appropriate scapular kinematics to 90deg elevation

5) Display appropriate GH jt mobility within available ROM

LTG: In 12 weeks, Patient will:

1) Discharge independent with HEP and Self-Management skills

2) Display R shoulder and scapular MMT: SA 4+/5, Lat 4+/5, rhomboids 4+/5, MT 4+/5 LT 4/5

3) Return to Recreational Activities with modifications

4) Return to Activities of Daily Living with modifications

5) Display improved flexibility of R upper trapezius, R scalenes and R pec minor to minimal tightness

6) Display appropriate ST and GH kinematics with active and resisted elevation within available ROM

Plan of Treatment

Rehab Potential: Fair with compliance to HEP
Complicating Factors
Body Structure and Function: Weakness (3/5), MINIMAL Range of Motion Limitation,
Activity Limitations: SIGNIFICANT impact on ADLs, SIGNIFICANT Functional Limitations
Participation Restrictions: avoided exercise due to fear of worsening R scapular symptoms
Personal: 49 yo female, overweight, psoriatic arthritis, anxiety
Environmental: 3 children, currently off work but continues to be required to perform housework

Treatment Plan:
Episode of care to include: Initial Evaluation, Manual Techniques, Therapeutic Exercise, Home Exercise Program, Modalities (as indicated) such as Iontophoresis, Mechanical Traction, Neuromuscular Re-education, Postural Correction/Body Mechanic Education

Goals, POT and Rehabilitation potential were discussed and agreed upon with the:
Patient

Frequency of Treatment: 1x/wk for 12 weeks
Frequency and duration of care to depend on pt's response to skilled PT intervention.

I certify the need for the above PT outpatient services for this patient who is under my care. The plan for these services has been reviewed.

Physician Signature: ______________________________ Date: __________

**1. Shoulder pain**
M25.511: Pain in right shoulder

**2. Scapulalgia**
M89.8X1: Other specified disorders of bone, shoulder

**3. Shoulder girdle weakness**
M99.07: Segmental and somatic dysfunction of upper extremity

**4. Incoordination**
R27.9: Unspecified lack of coordination

The patient received manual therapy consisting of:

Thoracic PA glides T2-T8 grades 1-2

Thoracic spine rotational PA glides T2-5; observed cavitation approximately T4-T5

Cervical PA glides C2-C7 grades 1-2

B upper trapezius, levator scapulae manual stretches x2 :30

R pec minor stretch in supine x5 :10; pre and post ultrasound

**PT Therapeutic Exercise:** 8 minutes

The patient performed therapeutic exercise per exercise log.

**PT Ultrasound:** 10 minutes

Application of continuous ultrasound at 2.0 w/cm2 at 3 Mhz for 8-22min. (10 min.) R pec minor insertion at coracoid

## Assessment / Plan

Pt appears to be making slow progress with R scapular dyskinesis. She subjectively reports decrease in RUE radicular symptoms and pain today was primarily R coracoid process. Today's session focused on mobilization of cervical and thoracic spine as well as pec minor flexibility. Applied continuous ultrasound to R pec minor insertion, performed manually stretching pre and post. Updated HEP to progress postural correction and scapular stabilization exercises. Briefly discussed core stability training in the gym and plan to emphasize HEP next visit.

1. **Scapulalgia**
   M89.8X1: Other specified disorders of bone, shoulder
2. **Shoulder girdle weakness**
   M99.07: Segmental and somatic dysfunction of upper extremity
3. **Incoordination**
   R27.9: Unspecified lack of coordination
4. **Shoulder pain**
   M25.511: Pain in right shoulder

## Return to Office

- AN-YU CHEN, MD for RECHECK at GASTRO SB on 08/14/2018 at 01:45 PM
- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 08/15/2018 at 01:00 PM
- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 08/22/2018 at 01:00 PM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 09/07/2018 at 09:30 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by DANIEL M ROUSE, PT, DPT, 08/08/2018.

Encounter performed and documented by DANIEL M ROUSE, PT, DPT
Encounter reviewed & signed by DANIEL M ROUSE, PT, DPT on 08/08/2018 at 2:18pm

**Encounter Date: 08/01/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 08/01/2018 01:00PM |
| **DOB** | | **Service Dept.** | PHYSICAL THERAPY PICADOME |
| **Provider** | DANIEL M ROUSE, PT, DPT | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

**REECE, JAMIE H (id #21591363, dob:**

## Chief Complaint

Followup: Shoulder pain
Followup: Incoordination
Followup: Scapulalgia
Followup: Shoulder girdle weakness

## Physical Therapy Episodes

Episode: R Scapula

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 07/13/2018)
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Medications not reviewed (last reviewed 07/13/2018)

| | | |
|---|---|---|
| **folic acid** | 07/13/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 07/13/2018)

**REECE, JAMIE H (id #21591363, dob:**

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability<br>- Arthritis |

## Social History

Social History not reviewed (last reviewed 07/13/2018)
Smoking Status: Never smoker

## Surgical History

Surgical History not reviewed (last reviewed 07/13/2018)

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Past Medical History not reviewed (last reviewed 07/13/2018)
Allergies/Hayfever: Y
Headaches: Y

## HPI

Symptoms: Better
Response to last session: "I felt okay after last visit"
Subjective: Jamie reports she has noticed minor improvements in R clavicular pain since last visit, but R shoulder anterior joint line has been bothering. She mainly reports tightness in R upper trap and R pec minor today.

Numeric Pain Scale:

Pre: R shoulder anterior joint line 1/10

Post: R shoulder anterior joint line 1/10

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

R SH AROM: FF 170 deg AB 170 deg pain lateral deltoid end range ER 80 deg

Mild TTP R suboccipitals, R cervical paraspinals, R upper trapezius, R pec minor insertion at coracoid process

Thoracic Spine Mobility: T2-T4 severe hypomobility T5-T8 mod hypomobility

## Exercise Flowsheet

| Exercise | 07/25/2018 | 08/01/2018 |
|---|---|---|
| Chin tuck | | x10 |
| Low row | | x10 seated isometric |
| Seated Table Slide | | x10 |

## Procedure Documentation

**PT Manual Therapy:** 20 minutes

The patient received manual therapy consisting of:

Thoracic PA glides T2-T8 grades 1-2

**REECE, JAMIE H (id #21591363, dob:**

| | | | |
|---|---|---|---|
| Seated Table Slide | x10 | hold | x10 oblique with RTB; x10 forward; x10 3lb oblique |
| Pec stretch | | x2 :30 | x2 :30 |

## Procedure Documentation

**PT Manual Therapy:** 10 minutes

The patient received manual therapy consisting of:

Thoracic PA glides T2-T8 grades 1-2

Thoracic spine rotational PA glides T2-5; observed cavitation approximately T5-T6

Cervical PA glides C2-C7 grades 1-2

B upper trapezius x2 :30

**PT Therapeutic Exercise:** 20 minutes

The patient performed therapeutic exercise per exercise log.

## Assessment / Plan

Pt displays improved kinesthetic awareness of R scapula with performing scapular stabilization exercises in clinic today. However, she subjectively reports increase in R clavicular pain since last visit. Updated HEP to reflect progression for scapular stabilization and she will return for follow up visit in 1 week.

1. **Shoulder pain**
   M25.511: Pain in right shoulder
2. **Incoordination**
   R27.9: Unspecified lack of coordination
3. **Scapulalgia**
   M89.8X1: Other specified disorders of bone, shoulder
4. **Shoulder girdle weakness**
   M99.07: Segmental and somatic dysfunction of upper extremity

## Return to Office

- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 08/22/2018 at 01:00 PM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 09/07/2018 at 09:30 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by DANIEL M ROUSE, PT, DPT, 08/15/2018.

Encounter performed and documented by DANIEL M ROUSE, PT, DPT
Encounter reviewed & signed by DANIEL M ROUSE, PT, DPT on 08/15/2018 at 3:13pm

**Encounter Date: 08/08/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 08/08/2018 01:00PM |
| **DOB** | | **Service Dept.** | PHYSICAL THERAPY PICADOME |
| **Provider** | DANIEL M ROUSE, PT, DPT | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018 | | |

**REECE, JAMIE H (id #21591363, dob:**

Prescription: ESI1 - MemL... [illegible]

## Chief Complaint

Followup: Shoulder pain
Followup: Incoordination
Followup: Scapulalgia
Followup: Shoulder girdle weakness

## Physical Therapy Episodes

Episode: R Scapula

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 07/13/2018)
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Medications not reviewed (last reviewed 07/13/2018)

| | | |
|---|---|---|
| **folic acid** | 07/13/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 07/13/2018)

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Social History not reviewed (last reviewed 07/13/2018)
Smoking Status: Never smoker

## Surgical History

Surgical History not reviewed (last reviewed 07/13/2018)

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Past Medical History not reviewed (last reviewed 07/13/2018)
Allergies/Hayfever: **Y**
Headaches: **Y**

## HPI

Symptoms: Better

Response to last session: no significant change

Subjective: She reports decrease intensity of pain in R clavicle and decreased in R shoulder anterior joint line. She notices improved R scapular motion with decreased stiffness since last visit. Also a decrease in radiating pain down RUE. She received a therapeutic massage the following day and reports the massage therapist her shoulder was very stiff.

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

R SH AROM: FF 170 deg AB 170 deg pain lateral deltoid end range ER 80 deg

Mild TTP R suboccipitals, R cervical paraspinals, R upper trapezius, R pec minor insertion at coracoid process

Thoracic Spine Mobility: T2-T8 mod hypomobility

Discussed core stability exercises to perform at gym-standing hip AB/Ext, resisted side stepping

Updated HEP

## Exercise Flowsheet

| Exercise | 07/25/2018 | 08/01/2018 | 08/08/2018 |
|---|---|---|---|
| Chin tuck | | x10 | x10 standing @ wall |
| Low row | | x10 seated isometric | x10 seated isometric |
| Seated Table Slide | | x10 | hold |
| Pec stretch | | | x2 :30 |

## Procedure Documentation

**PT Manual Therapy:** 20 minutes

**REECE, JAMIE H (id #21591363, dob:**

Pt appears to be making progress with R scapular pain and dysfunction. She demonstrates improved scapulothoracic mechanics with initial R shoulder flexion and abduction, but continues to display anterior tilt at end range elevation. She demonstrates ability to perform HEP, but recently unable to perform HEP as instructed due to illness. She performed TE progressions in clinic and updated HEP to reflect progressions. Her suboccipital pain appears to be resolved and R clavicular pain is decreasing, but she subjectively reports pain primarily R anterior GH joint line and referred pain to R deltoid. She displays minimal to no change in R shoulder and scapular strength. She has achieved short term goal 1 and no other goals at this time.

STG: In 6 weeks, patient will:

1) Display independence with HEP and verbalize compliance as written MET

2) Display Right Shoulder ROM: ER at 90 deg AB 90 deg; IR at 90 deg AB 50 deg NOT MET

3) Display Right Shoulder MMT: Flex 5/5, Abd 5/5, IR 5/5, ER 5/5, SA 4/5, Lat 4/5, rhomboids 4/5, MT 4/5 LT 4-/5 NOT MET

4) Display appropriate scapular kinematics to 90deg elevation MET

5) Display appropriate GH jt mobility within available ROM MET

LTG: In 12 weeks, Patient will:

1) Discharge independent with HEP and Self-Management skills NOT MET

2) Display R shoulder and scapular MMT: SA 4+/5, Lat 4+/5, rhomboids 4+/5, MT 4+/5 LT 4/5 NOT MET

3) Return to Recreational Activities with modifications NOT MET

4) Return to Activities of Daily Living with modifications NOT MET

5) Display improved flexibility of R upper trapezius, R scalenes and R pec minor to minimal tightness NOT MET

6) Display appropriate ST and GH kinematics with active and resisted elevation within available ROM NOT MET

1. **Shoulder pain**
   M25.511: Pain in right shoulder

2. **Incoordination**
   R27.9: Unspecified lack of coordination

3. **Scapulalgia**
   M89.8X1: Other specified disorders of bone, shoulder

4. **Shoulder girdle weakness**
   M99.07: Segmental and somatic dysfunction of upper extremity

## Return to Office

- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 09/07/2018 at 10:30 AM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 09/07/2018 at 09:30 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by DANIEL M ROUSE, PT, DPT, 08/24/2018.

Encounter performed and documented by DANIEL M ROUSE, PT, DPT
Encounter reviewed & signed by DANIEL M ROUSE, PT, DPT on 08/24/2018 at 12:03pm

**Encounter Date: 08/15/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 08/15/2018 01:00PM |
| **DOB** | | **Service Dept.** | PHYSICAL THERAPY PICADOME |
| **Provider** | DANIEL M ROUSE, PT, DPT | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM | | |

**REECE, JAMIE H (id #21591363, dob:**

Referring Provider Name : DONEGAN, RYAN P
Employer Name : KELLY SERVICES
Case # : SA211932PVY
Case Injury Date : 01/30/2018
Prescription: ESI1 - Member is eligible. details

## Chief Complaint

Followup: Shoulder pain
Followup: Incoordination
Followup: Scapulalgia
Followup: Shoulder girdle weakness

## Physical Therapy Episodes

Episode: R Scapula

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 08/14/2018)
**LORTAB:** Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Medications not reviewed (last reviewed 08/14/2018)

| | | |
|---|---|---|
| **folic acid** | 07/13/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018

**REECE, JAMIE H (id #21591363, dob:**

- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 08/14/2018)

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Social History not reviewed (last reviewed 08/14/2018)
Smoking Status: Never smoker

## Surgical History

Surgical History not reviewed (last reviewed 08/14/2018)

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Past Medical History not reviewed (last reviewed 08/14/2018)
Allergies/Hayfever: **Y**
Headaches: **Y**

## HPI

Symptoms: Worse

Response to last session: reports increase in R clavicle, R upper arm and R forearm later in the day and continued to be worse since last visit

Subjective: She reports prior to last visit she had been doing well. She reports her R distal lateral forearm has been bothering her more. She thinks she might be having a flare up of psoriatic arthritis due to increase pain in her R foot and hip pain. She continues to be compliant with HEP and has noticed improvements in cervical pain since last visit.

Numeric Pain Scale:

Pre R anterior shoulder 3/10

Post R anterior shoulder 2/10

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

R SH AROM: FF 170 deg AB 170 deg pain lateral deltoid end range ER 85 deg

Mild TTP R suboccipitals, R cervical paraspinals, R upper trapezius, R pec minor insertion at coracoid process

Thoracic Spine Mobility: T2-T8 mod hypomobility

Updated HEP

## Exercise Flowsheet

| Exercise | 07/25/2018 | 08/01/2018 | 08/08/2018 | 08/15/2018 |
|---|---|---|---|---|
| Chin tuck | | x10 | x10 standing @ wall | x10 standing @ wall |
| Low row | | x10 seated isometric | x10 seated isometric | x10 seated isometric |

## Assessment / Plan

I do think she is ready to return to her work activities, but I think a significant portion of this is due to the collagen vascular disease component of this, and this probably needs to be considered in any return-to-work-type situation. I had long discussion with her about this and told her that, at this point in time, we would need to have input from Rheumatology about her capability of return to work and whether or not this is even a feasible goal. She probably needs to talk with IHS to see if there is any modified duty that she could do. She will return to see me in another 2 months.

**1. Shoulder pain** - Right
M25.511: Pain in right shoulder
- SHOULDER PAIN: CARE INSTRUCTIONS

**Discussion Notes**

She has made progress in terms of her musculoskeletal component. She needs to work on some specific strengthening exercises now to improve the scapular retraction and overhead positioning.

## Return to Office

- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 09/21/2018 at 10:00 AM
- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 09/28/2018 at 11:00 AM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 11/08/2018 at 08:45 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by W BEN KIBLER, MD, 09/10/2018.

Encounter performed and documented by W BEN KIBLER, MD
Encounter reviewed & signed by W BEN KIBLER, MD on 09/10/2018 at 7:50am

**Encounter Date: 08/24/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 08/24/2018 10:00AM |
| **DOB** | | **Service Dept.** | PHYSICAL THERAPY PICADOME |
| **Provider** | DANIEL M ROUSE, PT, DPT | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

Followup: Shoulder pain
Followup: Incoordination
Followup: Scapulalgia
Followup: Shoulder girdle weakness

## Physical Therapy Episodes

Episode: R Scapula

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph

**REECE, JAMIE H (id #21591363, dob:**
(502) 570-4608, Fax (502) 570-4610

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 08/14/2018)
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Medications not reviewed (last reviewed 08/14/2018)

| | | |
|---|---|---|
| **folic acid** | 07/13/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 08/14/2018)

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Social History not reviewed (last reviewed 08/14/2018)
Smoking Status: Never smoker

## Surgical History

Surgical History not reviewed (last reviewed 08/14/2018)

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

**REECE, JAMIE H (id #21591363, dob:**

Past Medical History not reviewed (last reviewed 08/14/2018)
Allergies/Hayfever: **Y**
Headaches: **Y**

## HPI

Pt reports since last visit she received her second humira injection. She noticed sinus symptoms and has had a cold as well as fever since then. She went to the doctor earlier this week and she's feeling better today, but still fatigued and winded. She was placed on antibiotics. She denies fever today. She has not been able to perform HEP as much as she would have liked. She noticed increase in R shoulder anterior joint line and R deltoid. She states her R clavicle feels better. She has placed ice on R shoulder with temporary relief.

Overall, she reports improvements in R shoulder symptoms since onset of skilled PT. She reports decrease in frequency and intensity of R clavicle. She continues to have difficulty with reaching overhead such as grabbing object from cabinet, dressing and reaching in refrigerator.

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

R SH AROM: FF 170 deg AB 170 deg ER 85 deg IR T8

ER at 90 deg AB not assessed; IR at 90 deg AB not assessed

improvements in R scapular dyskinesis, but continues to display anterior tilt end range elevation

Mild TTP R upper trapezius, R pec minor insertion at coracoid process

Thoracic Spine Mobility: T2-T8 mod hypomobility; mild TTP T2-4

Thoracic spine rotational PA glides T2-5; observed cavitation approximately T4-T5

MMT: R SH Flex 4+/5, Abd 4+/5, IR 5/5, ER 4+/5, SA 4-/5, Lat 4-/5, rhomboids 4-/5, MT 4-/5 LT 3/5

Updated HEP to include seated thoracic extension, pec stretch

## Exercise Flowsheet

| Exercise | 08/01/2018 | 08/08/2018 | 08/15/2018 | 08/24/2018 |
|---|---|---|---|---|
| Seated Thoracic Extension | | | | x10 :05 |
| Chin tuck | x10 | x10 standing @ wall | x10 standing @ wall | seated thoracic extension x10 |
| Low row | x10 seated isometric | x10 seated isometric | x10 seated isometric | x12 seated isometric |
| Seated Table Slide | x10 | hold | x10 oblique with RTB; x10 forward; x10 3lb oblique | elevated x10 oblique with YTB; x10 forward; x10 3lb oblique |
| Pec stretch | | x2 :30 | x2 :30 | x2 :30 AB/supinated |

## Procedure Documentation

**PT Therapeutic Exercise:** 40 minutes

The patient performed therapeutic exercise per exercise log.

## Assessment / Plan

**REECE, JAMIE H (id #21591363, dob:**

**4. Shoulder girdle weakness**
M99.07: Segmental and somatic dysfunction of upper extremity

## Return to Office

- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 09/28/2018 at 11:00 AM
- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 10/05/2018 at 11:00 AM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 11/08/2018 at 08:45 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by DANIEL M ROUSE, PT, DPT, 09/21/2018.

Encounter performed and documented by DANIEL M ROUSE, PT, DPT
Encounter reviewed & signed by DANIEL M ROUSE, PT, DPT on 09/21/2018 at 10:52am

**Encounter Date: 09/07/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 09/07/2018 10:30AM |
| **DOB** | 09/22/1968 | **Service Dept.** | PHYSICAL THERAPY PICADOME |
| **Provider** | DANIEL M ROUSE, PT, DPT | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

Followup: Shoulder pain
Followup: Incoordination
Followup: Scapulalgia
Followup: Shoulder girdle weakness

## Physical Therapy Episodes

Episode: R Scapula

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 08/14/2018)
**LORTAB:** Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Medications not reviewed (last reviewed 08/14/2018)

| | | |
|---|---|---|
| **folic acid** | 07/13/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |

| | | |
|---|---|---|
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 08/14/2018)

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Social History not reviewed (last reviewed 08/14/2018)
Smoking Status: Never smoker

## Surgical History

Surgical History not reviewed (last reviewed 08/14/2018)

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Past Medical History not reviewed (last reviewed 08/14/2018)
Allergies/Hayfever: **Y**
Headaches: **Y**

## HPI

Pt returned to Dr. Kibler this morning and was instructed to continue with skilled PT for 2 more months. She reports her R scapular pain might be complicated by autoimmune and she is fearful humira injections are complicating her R shoulder. She reports R scapular has fluctuated and she has noticed a significant decrease in ability to sleep. Dr. Kibler recommended contacting rheumatologist to possibly change medication. She reports receiving a favorable report from Dr. Kibler with improvements of R scapula. Today she reports increase in R SCM pain; denies pain in R clavicle or scapula.

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

Applied MHP to R upper trap start of session

R SH AROM: FF 170 deg AB 170 deg ER 90 deg IR T8

ER at 90 deg AB not assessed; IR at 90 deg AB not assessed

anterior tilt end range elevation; prominent inferior angle returning to neutral

Mod TTP R upper trapezius, R pec minor insertion at coracoid process

Next visit plan to start on UE ergometer

## Exercise Flowsheet

| Exercise | 08/08/2018 | 08/15/2018 | 08/24/2018 | 09/07/2018 |
|---|---|---|---|---|
| Seated Thoracic Extension | | | x10 :05 | hold |
| Chin tuck | x10 standing @ wall | x10 standing @ wall | seated thoracic extension x10 | hold |
| Low row | x10 seated isometric | x10 seated isometric | x12 seated isometric | x8 purple |
| Seated Table Slide | hold | x10 oblique with RTB; x10 forward; x10 3lb oblique | elevated x10 oblique with YTB; x10 forward; x10 3lb oblique | hold |
| Pec stretch | x2 :30 | x2 :30 | x2 :30 AB/supinated | x2 :30 AB/supinated |
| chest row | | | | x8 red |
| Lateral Fencer | | | | x8 red |
| low clean | | | | x10 seated GSB 3# |
| Lawnmower Pull | | | | x10 3# |

## Procedure Documentation

**PT Therapeutic Exercise:** 40 minutes

The patient performed therapeutic exercise per exercise log.

## Assessment / Plan

Pt displays new onset of R SCM tenderness to touch today, but responded well to moist heat pack prior to TE. She progressed to performing resistance and light weight training for scapular stabilization and co-contraction. Her scapular dyskinesis appears to be slowly improving and updated HEP to reflect progressions. She will return for follow up visit in 2 weeks.

1. **Shoulder pain**
   M25.511: Pain in right shoulder
2. **Incoordination**
   R27.9: Unspecified lack of coordination
3. **Scapulalgia**
   M89.8X1: Other specified disorders of bone, shoulder
4. **Shoulder girdle weakness**
   M99.07: Segmental and somatic dysfunction of upper extremity

## Return to Office

- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 09/21/2018 at 10:00 AM
- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 09/28/2018 at 11:00 AM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 11/08/2018 at 08:45 AM

**REECE, JAMIE H (id #21591363, dob:**
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by DANIEL M ROUSE, PT, DPT, 09/07/2018.

Encounter performed and documented by DANIEL M ROUSE, PT, DPT
Encounter reviewed & signed by DANIEL M ROUSE, PT, DPT on 09/07/2018 at 11:50am

**Encounter Date: 09/07/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 09/07/2018 09:30AM |
| **DOB** | | **Service Dept.** | ORTHOPEDICS PICADOME |
| **Provider** | W BEN KIBLER, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

reck 2mo rt elbow
reck rt elbowPatient returns for followup of her left shoulder problem.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

**Ht:** 5 ft 7 in 09/07/2018 10:13 am
**Wt:** 177 lbs 09/07/2018 10:13 am
**BMI:** 27.7 09/07/2018 10:13 am
**BP:** 110/68 09/07/2018 10:14 am

## Allergies

Reviewed Allergies
**LORTAB:** Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **folic acid** | 07/13/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |

**REECE, JAMIE H (id #21591363, dob:**

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Allergies/Hayfever: Y

## HPI

She has made some improvements. She has less soreness in her arm with less radiating pain and less clavicle pain. She still has some stiffness when she first gets up in the morning and still has episodic days where she has more pain and tenderness. There is no relationship to specific activities or therapy or medication. She evidently took some medication that seemed to make her stomach upset. She has better scapular position, and so, she is making some progress, but she cannot do the overhead activities or repetitive pushing activities.

## ROS

**Additionally reports: She continues to have the psoriatic arthritis problem. She tried some medication which gave her some fever and other problems, so she is switching to other types of medicine. I think this is, at this point in time, relatively poorly controlled and is probably contributing to some of the problems with the shoulder and the impingement.**

## Physical Exam

Patient is a 49-year-old female.

Physical exam shows she has no abnormalities of posture. She actually has better scapular retraction position with stronger low row testing. She still has a little bit of upper trapezius tightness that is relieved by scapular retraction and scapular assistance. She has mildly positive impingement with forward flexion that is relieved by scapular assistance. She has no pectoralis minor pain. She has no neurologic deficit.

**2. Incoordination**
R27.9: Unspecified lack of coordination

**3. Scapulalgia**
M89.8X1: Other specified disorders of bone, shoulder

**4. Shoulder girdle weakness**
M99.07: Segmental and somatic dysfunction of upper extremity

## Return to Office

- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 10/10/2018 at 08:00 AM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 11/15/2018 at 09:00 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by DANIEL M ROUSE, PT, DPT, 10/05/2018.

Encounter performed and documented by DANIEL M ROUSE, PT, DPT
Encounter reviewed & signed by DANIEL M ROUSE, PT, DPT on 10/05/2018 at 11:58am

**Encounter Date: 09/21/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 09/21/2018 10:00AM |
| **DOB** | | **Service Dept.** | PHYSICAL THERAPY PICADOME |
| **Provider** | DANIEL M ROUSE, PT, DPT | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

Followup: Shoulder pain
Followup: Incoordination
Followup: Scapulalgia
Followup: Shoulder girdle weakness

## Physical Therapy Episodes

Episode: R Scapula

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 09/07/2018)
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Medications not reviewed (last reviewed 09/07/2018)

| | | |
|---|---|---|
| **folic acid** | 07/13/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 09/07/2018)

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Social History not reviewed (last reviewed 09/07/2018)
Smoking Status: Never smoker

## Surgical History

Surgical History not reviewed (last reviewed 09/07/2018)

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Past Medical History not reviewed (last reviewed 09/07/2018)
Allergies/Hayfever: Y
Headaches: Y

## HPI

Pt contacted therapist earlier this week 9/17/18 due to increase in swelling in R wrist and R elbow with attempting to progress HEP. Instructed her to discontinue HEP and to contact rheumatologist. She visited rheumatologist 9/17/18 and discussed adverse reaction to humira such as difficulty sleeping, upper respiratory infection and multiple joint pain.

She reports today she has R shoulder anterior joint line pain, R upper trapezius pain and return to radiating pain down to R lateral

wrist. Also complains of numbness R thumb. She has attempted to use heat for pain management.

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

R SH AROM: FF 170 deg AB 170 deg ER 90 deg IR T8

ER at 90 deg AB not assessed; IR at 90 deg AB not assessed

scapular elevation end range elevation; prominent inferior angle returning to neutral

No change in symptoms with R shoulder movements

Mod TTP R upper trapezius, R pec minor insertion at coracoid process

## Exercise Flowsheet

| Exercise | 08/15/2018 | 08/24/2018 | 09/07/2018 | 09/21/2018 |
|---|---|---|---|---|
| Seated Thoracic Extension | | x10 :05 | hold | hold |
| Chin tuck | x10 standing @ wall | seated thoracic extension x10 | hold | hold |
| Low row | x10 seated isometric | x12 seated isometric | x8 purple | x10 isometric |
| Seated Table Slide | x10 oblique with RTB; x10 forward; x10 3lb oblique | elevated x10 oblique with YTB; x10 forward; x10 3lb oblique | hold | table slides forward/oblique x10 |
| Pec stretch | x2 :30 | x2 :30 AB/supinated | x2 :30 AB/supinated | supine hands clasped x10B |
| chest row | | | x8 red | hold |
| Lateral Fencer | | | x8 red | hold |
| low clean | | | x10 seated GSB 3# | hold |
| Lawnmower Pull | | | x10 3# | hold |

## Procedure Documentation

**PT Therapeutic Exercise:** 30 minutes

The patient performed therapeutic exercise per exercise log.

## Assessment / Plan

Pt displays no change in R shoulder AROM and improvements in scapular kinematics. However, she appears to be in the midst of an arthritic flare up with new onset of R wrist, R elbow and radiating RUE pain since last visit. Therefore, today's session she performed modifications of TE to avoid loading RUE joints, but to emphasize scapular control with ROM. She returned to rheumatologist since last visit and plans to get a second opinion. She will return for follow up visit in 2 weeks.

1. **Shoulder pain**
   M25.511: Pain in right shoulder
2. **Incoordination**
   R27.9: Unspecified lack of coordination
3. **Scapulalgia**
   M89.8X1: Other specified disorders of bone, shoulder

**REECE, JAMIE H (id #21591363, dob:**

Add low dose Gabapentin 100 mg po qhs with titration of dose to her tolerance and benefits.

This is a clinical diagnosis without any definitive test, a 3 phase bone scan can be useful in early phase of the disease process and so is MRI which can show some patch or local osteopenia or bone loss.

I have suggested her to go ahead and do a 3 phase right arm bone scan.

in terms of work, I doubt if she can perform repititive work especially ina factory.

she needs to discuss this with her employer about changing her work description to more of a desk work.

long term pain management and plans would be as per Dr Flinchum in pain management.

M89.00: Algoneurodystrophy, unspecified site

- PAIN MANAGEMENT REFERRAL - Schedule Within: provider's discretion
  Appointment Date: 10/15/2018 Appointment Time: 9:00
- gabapentin 100 mg capsule - 1 po qhs can titrate to 3 po qhs based on tolerance Qty: 90 capsule(s) Refills: 1
  Pharmacy: WALMART PHARMACY 3894 Note to Pharmacy: seen today, for CRPS type I
- NM BONE IMAGING, 3 PHASE - Note to Imaging Facility: limited to the right arm, CRPS- type i ( RSD)

**Discussion Notes**

cc note:

PCP, FP associates.

Dr B Kibler.

## Return to Office

- KATHERINE S RODEN, MD for CONSULT at PAIN MEDICINE on 10/15/2018 at 09:00 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 11/12/2018 at 08:45 AM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 11/15/2018 at 09:00 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by SYED HAIDER ABBAS, MD, 10/10/2018.

Encounter performed and documented by SYED HAIDER ABBAS, MD
Encounter reviewed & signed by SYED HAIDER ABBAS, MD on 10/10/2018 at 1:03pm

**Encounter Date: 10/05/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 10/05/2018 11:00AM |
| **DOB** | | **Service Dept.** | PHYSICAL THERAPY PICADOME |
| **Provider** | DANIEL M ROUSE, PT, DPT | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

Followup: Shoulder pain
Followup: Incoordination
Followup: Scapulalgia
Followup: Shoulder girdle weakness

**REECE, JAMIE H (id #21591363, dob:**

## Physical Therapy Episodes

Episode: R Scapula

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 09/07/2018)
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Medications not reviewed (last reviewed 09/07/2018)

| | | |
|---|---|---|
| **folic acid** | 07/13/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 09/07/2018)

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability<br>- Arthritis |

## Social History

Social History not reviewed (last reviewed 09/07/2018)
Smoking Status: Never

## Surgical History

Surgical History not reviewed (last reviewed 09/07/2018)

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Past Medical History not reviewed (last reviewed 09/07/2018)
Allergies/Hayfever: **Y**
Headaches: **Y**

## HPI

Pt reports minimal to no change in RUE symptoms since last visit. She continues to have swelling in R distal forearm and elbow. Her primary complaint has been R lateral wrist and R thumb. She denies numbness in R wrist and thumb, but occasional painful tingling. She has noticed return of symptoms in R clavicle, R GH joint.

Numeric Pain Scale:

Pre R clavicle 4/10 R wrist thumb 4/10

Post R clavicle 4/10 R wrist thumb 4/10

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 50-year-old female.

R SH AROM: FF 170 deg AB 170 deg ER 85 deg IR T8

ER at 90 deg AB not assessed

IR at 90 deg AB not assessed

anterior tilt and scapular end range

ER at 90 deg AB not assessed; IR at 90 deg AB not assessed

Observation: R scapula at rest elevated and anteriorly tilted

anterior tilt end range elevation

Mild TTP R upper trapezius, R pec minor insertion at coracoid process

Thoracic Spine Mobility: T2-T8 mod hypomobility; mild TTP T2, T5

MMT: R SH Flex 4+/5, Abd 4+/5, IR 5/5, ER 4/5, SA 4-/5, Lat 4-/5, rhomboids 4-/5, MT 4-/5 LT 3/5

Applied hot pack to R upper trap/R shoulder for 10 minutes prior to TE

## Exercise Flowsheet

| Exercise | 08/24/2018 | 09/07/2018 | 09/21/2018 | 10/05/2018 |
|---|---|---|---|---|
| Seated Thoracic Extension | x10 :05 | hold | hold | hold |

| | | | | |
|---|---|---|---|---|
| Chin tuck | seated thoracic extension x10 | hold | hold | hold |
| Low row | x12 seated isometric | x8 purple | x10 isometric | x10 isometric |
| Seated Table Slide | elevated x10 oblique with YTB; x10 forward; x10 3lb oblique | hold | table slides forward/oblique x10 | table slides forward/oblique x10 |
| Pec stretch | x2 :30 AB/supinated | x2 :30 AB/supinated | supine hands clasped x10B | supine hands clasped FF x10B |
| chest row | | x8 red | hold | shoulder slides x10 FF/SC |
| Lateral Fencer | | x8 red | hold | hold |
| low clean | | x10 seated GSB 3# | hold | hold |
| Lawnmower Pull | | x10 3# | hold | hold |

## Procedure Documentation

**PT Therapeutic Exercise:** 30 minutes

The patient performed therapeutic exercise per exercise log.

## Assessment / Plan

Pt displays no change in R shoulder AROM, R shoulder strength and R scapular kinematics since last assessed. However, she appears to have sustained and remain in an arthritic flare up with referred into R forearm, wrist and hand. Modified her HEP last session to avoid further stressing her RUE and she subjectively reports minimal to no change in symptoms. She is scheduled to see Dr. Abbas with rheumatology next week and plan to await further instruction from MD. She has achieved short term goals 1 4 5 and no other goals at this time.

STG: In 6 weeks, patient will:

1) Display independence with HEP and verbalize compliance as written MET

2) Display Right Shoulder ROM: ER at 90 deg AB 90 deg; IR at 90 deg AB 50 deg NOT MET

3) Display Right Shoulder MMT: Flex 5/5, Abd 5/5, IR 5/5, ER 5/5, SA 4/5, Lat 4/5, rhomboids 4/5, MT 4/5 LT 4-/5 NOT MET

4) Display appropriate scapular kinematics to 90deg elevation MET

5) Display appropriate GH jt mobility within available ROM MET

LTG: In 12 weeks, Patient will:

1) Discharge independent with HEP and Self-Management skills NOT MET

2) Display R shoulder and scapular MMT: SA 4+/5, Lat 4+/5, rhomboids 4+/5, MT 4+/5 LT 4/5 NOT MET

3) Return to Recreational Activities with modifications NOT MET

4) Return to Activities of Daily Living with modifications NOT MET

5) Display improved flexibility of R upper trapezius, R scalenes and R pec minor to minimal tightness NOT MET

6) Display appropriate ST and GH kinematics with active and resisted elevation within available ROM NOT MET

**1. Shoulder pain**
M25.511: Pain in right shoulder

**2. Myofascial pain**
M79.10: Myalgia, unspecified site
- baclofen 10 mg tablet - Take 1 tablet(s) every 8 hours by oral route.
Qty: 90 tablet(s) Refills: 0 Pharmacy: WALMART PHARMACY 3894

**3. Chronic pain syndrome**
G89.4: Chronic pain syndrome
- PSYCHOLOGY REFERRAL - Schedule Within: provider's discretion

**4. Long-term drug therapy**
Z79.899: Other long term (current) drug therapy
- HIGH RISK DRUG PANEL

**Patient Instructions**

WRAP-UP
Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- START Gabapentin 300mg TID

- START Baclofen 10mg TID PRN

- Referral to psychology

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

## Return to Office
- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 10/26/2018 at 11:00 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 11/12/2018 at 08:45 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 11/12/2018 at 08:45 AM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 11/15/2018 at 09:00 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Amendment Sign-Off
Encounter signed-off by Sherry Lynn, 10/15/2018.

Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 10/15/2018 at 1:07pm
Amendment closed by Sherry Lynn on 10/15/2018 at 4:10pm

**Encounter Date: 10/10/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 10/10/2018 08:00AM |
| **DOB** | 09/22/1968 | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SYED HAIDER ABBAS, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM | | |

**REECE, JAMIE H (id #21591363, dob:**

Referring Provider Name : DONEGAN, RYAN P
Employer Name : KELLY SERVICES
Case # : SA211932PVY
Case Injury Date : 01/30/2018
Prescription: ESI1 - Member is eligible. details

## Chief Complaint

Pt is here today for fup psoriatic arthritis.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 10/10/2018 07:59 am | **Wt:** | 179 lbs 10/10/2018 07:59 am | **BMI:** | 28 10/10/2018 07:59 am |
| **BP:** | 105/80 sitting L arm 10/10/2018 08:01 am | **BP Cuff Size:** | adult 10/10/2018 08:01 am | **Pulse:** | 105 bpm 10/10/2018 08:01 am |

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **folic acid** | 07/13/18 | entered |
| **gabapentin 100 mg capsule**<br>1 po qhs can titrate to 3 po qhs based on tolerance | 10/10/18 | prescribed |
| **Humira Pen 40 mg/0.8 mL subcutaneous kit**<br>Inject 0.8 mL every 2 weeks by subcutaneous route. | 10/10/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018

**REECE, JAMIE H (id #21591363, dob:**

- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): Y

## HPI

seen today for the first time, she was followed by susanna moberly and later was followed at rheumatology clinic with KY one at SJE.

Though was not satisfied by the care at KY one rheumatology.

So decided to get an opinion from me.

She in the interval used Humira, but got sick after second dose with feeling sick.

Though since that time, has gone back on Humira and done 2 shots thus far. No side effects since going back on Humira.

she is followed by orthopedics for right shoulder injury and pains, due to repititive motions involving the right arm.

has some swelling in the arm, significant pains at times , with color changes to red and blue.

positive tingling and sweating in the arm.

works in Toyota.

Besides Humira she is on MTX at 8 pills weekly.

## ROS

Patient reports **muscle aches, arthralgias/joint pain, back pain, and swelling in the extremities (upper extremity.)** She reports **paresthesia (right arm.)**. She reports **fatigue**. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no irritation, and no vision change. She reports no pleuritic chest pain, no shortness of breath when walking, no shortness of breath when lying down, and no Raynaud's Phenomenon. She reports no cough, no wheezing, no shortness of breath, and no coughing up blood. She reports no rashes, no ulcers, no loss of hair, no tightening of the skin, and no psoriasis. She reports no depression, no sleep disturbances, no anxiety, and restful sleep.
**ROS as noted in the HPI**

## Physical Exam

Patient is a 50-year-old female.

**REECE, JAMIE H (id #21591363, dob:**

**Constitutional:** General Appearance: **overweight.**

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Lungs:** Respiration: no dyspnea and good air movement. Percussion: no dullness, flatness, or hyperresonance. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal and CTA except as noted.

**Cardiovascular System:** Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no JVD. Pulses including femoral / pedal: normal throughout.

**Musculoskeletal System:** Joints, Bones, and Muscles: **limited ROM (right arm, with painful limited GH mobility.); no synovitis**

- **no effusions.**. Extremities: **edema (modest edema through out the arm.).**

**Skin:** Inspection and palpation: **modest erythema and coolness to touch right arm..**

Assessment / Plan

**1. Psoriasis with arthropathy** -

she has chronic psoriatic arthritis, but clinically, her disease looks under excellent control and w/o any disease activity.

No synovitis noted.

No dactylitis or enthesitis noted.

The pains in her right arm are secondary to CRPS type I as stated below.

Her last ESR/CRP are normal.

I would suggest to reduce the MTX dose to 4 pills once weekly, or 10 mg q weekly from 20 mg q weekly.

maintain folic acid 1 mg po qd and maintain Humira 40 mg q 2 weeks.

obtain labs to fu on psoriatic arthritis.

L40.50: Arthropathic psoriasis, unspecified

- ESR, AUTOMATED
- AST
- ALT
- CBC
- C-REACTIVE PROTEIN

**2. Pain in upper limb** - Right -

she has right upper extremity pains.

symptoms going on since January 2018.

Symptoms are suggestive of CRPS- type I.

would arrange for pain clinic evaluation.

maintain the PT.

M79.601: Pain in right arm

**3. Complex regional pain syndrome** -

she has classic symptoms of pains, allodynia, motor component with limited ROM upper arm, sensory component with paresthesia, vasomotor changes with change in skin color from pale, red to blue at times.

Further has edema, with sweating at times.

All these clinical features along with h/o right shoulder and elbow injury due to repititive work at Toyota factor are very typical for the CRPS-type I.

I have discussed this concern with the patient.

Suggested pain management evaluation as this is a long term condition and requires multi disciplinary approach.

Must maintain PT.

| | | | |
|---|---|---|---|
| Lawnmower Pull | x10 3# | hold | hold |

## Procedure Documentation

**PT Therapeutic Exercise:** 30 minutes

The patient performed therapeutic exercise per handout:

Standing table scrub RUE 1'

Standing weight shift BUE 1' side to side

Isometric low row x10

## Assessment / Plan

Pt displays no change in R shoulder AROM since last visit. Observed no deficits in R shoulder AROM or scapular deficits with achieving end range flexion. However, she continues to exhibit hypersensitivity to touch grossly RUE, increased swelling R styloid process compared to L and erythremia R posterior hand compared to L. She appears to have multiple myofascial trigger points R levator scapulae, rhomboids and upper trapezius. Decided to hold on continuous ultrasound, myofascial release or TENS unit due to pt not receiving relief previously. She performed TE in clinic for weight shift, RUE desensitization and scapular stabilization. She continues to display forward head posture with rounded shoulders which are likely to contribute to her R cervical pain. Plan for pt to perform updated HEP for approximately 2 weeks prior to returning to clinic.

1. **Shoulder pain**
   M25.511: Pain in right shoulder
2. **Incoordination**
   R27.9: Unspecified lack of coordination
3. **Scapulalgia**
   M89.8X1: Other specified disorders of bone, shoulder
4. **Shoulder girdle weakness**
   M99.07: Segmental and somatic dysfunction of upper extremity

## Return to Office

- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 11/08/2018 at 12:00 PM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 11/12/2018 at 08:45 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 11/12/2018 at 10:15 AM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 11/15/2018 at 09:00 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by DANIEL M ROUSE, PT, DPT, 10/26/2018.

Encounter performed and documented by DANIEL M ROUSE, PT, DPT
Encounter reviewed & signed by DANIEL M ROUSE, PT, DPT on 10/26/2018 at 1:50pm

**Encounter Date: 10/15/2018 (Last amended by Sherry Lynn on 10/15/2018 at 4:10pm)**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 10/15/2018 09:00AM |
| **DOB** | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

**REECE, JAMIE H (id #21591363, dob:**

None recorded.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 10/15/2018 10:01 am | **Wt:** | 181 lbs 10/15/2018 10:02 am | **BMI:** | 28.3 10/15/2018 10:02 am |
| **BP:** | 120/85 sitting L arm 10/15/2018 10:02 am | **Pain Scale:** | 8 10/15/2018 10:02 am | | |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **baclofen 10 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route. | 10/15/18 | prescribed |
| **folic acid** | 07/13/18 | entered |
| **gabapentin 100 mg capsule**<br>1 po qhs can titrate to 3 po qhs based on tolerance | 10/10/18 | prescribed |
| **gabapentin 300 mg capsule**<br>WEEK1: Take 1 tablet QHS. WEEK2: Take 1 tablet BID. WEEK3: Take 1 tablet TID | 10/15/18 | prescribed |
| **Humira Pen 40 mg/0.8 mL subcutaneous kit**<br>Inject 0.8 mL every 2 weeks by subcutaneous route. | 10/10/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018

**REECE, JAMIE H (id #21591363, dob:**

- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Headaches: Y

## Screening

| Name | Score | Notes |
|---|---|---|
| PHQ-2/PHQ-9 | 5 (out of 27 for the PHQ-9) | |
| Opioid Risk | 0 | |
| STOP-Bang | 0 | |

## HPI

**Pain Management Initial**
Reported by patient.

Location: right
Quality: aching; dull
Timing: chronic
Alleviating Factors: rest
Aggravating Factors: ROM
Associated Symptoms: no weakness; no numbness; no tingling
Previous Surgery: none
Prior Imaging: MRI
Previous Injections: none
Previous PT: helped a little

50-year-old female presenting for evaluation of right shoulder pain. Patient currently works for Toyota doing repetitive machine work in a factory. Patient reports a work related injury in January 2018. At that time, patient noted pain in the right shoulder with radiating pain down the arm into the fingers. She notes significant pain due to spasms. Cervical MRI showed mild disc bulge at C4C5. She has been seen and evaluated by Neurosurgery and Orthopedics with recommendations for conservative management. She was referred to physical therapy and has noticed some improvement in ROM symptoms. She has been seen and evaluated by rheumatology, Dr. Abbas and was diagnosed with CRPS. She does have a history of psoriatic arthritis managed on Humira. She has been started on Gabapentin 100mg QHS.

## ROS

Patient reports **back pain** but reports no muscle aches, no muscle weakness, no arthralgias/joint pain, no swelling in the extremities, and no neck pain. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise

intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and normal body habitus. Level of Distress: NAD.

**Psychiatric:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Pupils: PERRLA. EOM: EOMI.

**Lungs:** Respiratory effort: no dyspnea.

**Cardiovascular:** Heart Auscultation: RRR.

**Abdomen:** Inspection and Palpation: soft, non-distended, and no tenderness.

**Skin:** Inspection and palpation: no rash, lesions, or ulcer.

**Cervical Spine:** Inspection: alignment normal. Soft Tissue Palpation on the Right:**tenderness of the paracervicals, the scalene muscle, the trapezius**, and **the rhomboid.**

**Motor Strength:** C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

## Assessment / Plan

50-year-old female presenting for evaluation of shoulder pain. Patient has repetitive work-related injury from her job working at the Toyota factory. Her job responsibilities include repetitive pushing and pulling maneuvers as well as overhead lifting. She notes pain beginning in her right shoulder in January 2018. She reports worsening pain over the last several months with muscle tension and spasms throughout her right shoulder and neck. She also reports radiating pain from her right shoulder down into her elbow and forearm. She denies allodynia but does note occasional swelling as well as temperature and color change. She has been seen and evaluated by neurosurgery, Dr. Tutt, who found no concern for underlying cervical pathology. Patient was subsequently referred to neurology for evaluation of MS given cord signal abnormality at C6. She was found to not have MS. Patient has been seen and evaluated by orthopedic surgery, Dr. Kibler, with the diagnosis of shoulder impingement syndrome. She has been referred to physical therapy with some improvement in range of motion symptoms. She is followed by rheumatology, Dr. Abbas, and has been diagnosed with psoriatic arthritis. She has been started on Humira but reports hesitancy moving forward with treatment in the setting of side effects. Patient was encouraged to further discuss her concerns with her rheumatologist to decide on treatment options. On exam today, patient demonstrates tenderness to palpation throughout the cervical paraspinals, trapezius and rhomboid muscles on the right. She has full motor strength throughout the bilateral upper extremities.

Overall, her current pain complaints are likely multifactorial. Patient does demonstrate significant myofascial pain in and around the shoulder joint specifically in the trapezius and rhomboid muscles. Her description of radiating pain down to her arm, elbow and forearm are suggestive of nerve related injury although symptoms do not appear to be in any dermatomal fashion. EMG studies have been negative. Her cervical MRI was also normal. It is difficult to make the diagnosis of CRPS given that she did not complain of any allodynia on presentation today. Further, her diagnosis is likely affected by underlying psoriatic arthritis which may complicate her clinical presentation. Moving forward, I think continued physical therapy would be beneficial to help maintain mobility and range of motion in the shoulder joint. She also demonstrates significant myofascial pain which can be addressed through myofascial release, dry needling and TENS unit use. We discussed initiation of a muscle relaxant today to help with pain related to muscle spasms. We will plan to start baclofen 10 mg 3 times a day when necessary. Side effects reviewed with the patient today including sedation. We also discussed increasing her gabapentin to help better address her neuropathic symptoms. We'll plan to start gabapentin 300 mg 3 times a day with plan to titrate to effect. Side effects reviewed with patient including sedation and cognitive changes. Patient will follow-up in one month for further evaluation.

1. **Neuropathic pain**
   M79.2: Neuralgia and neuritis, unspecified
   - gabapentin 300 mg capsule - WEEK1: Take 1 tablet QHS. WEEK2: Take 1 tablet BID. WEEK3: Take 1 tablet TID

   Qty: 90 capsule(s) Refills: 0 Pharmacy: WALMART PHARMACY 3894

**REECE, JAMIE H (id #21591363, dob:**

## Return to Office

- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 11/12/2018 at 08:45 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 11/12/2018 at 10:15 AM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 11/15/2018 at 09:00 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by DANIEL M ROUSE, PT, DPT, 11/06/2018.

Encounter performed and documented by DANIEL M ROUSE, PT, DPT
Encounter reviewed & signed by DANIEL M ROUSE, PT, DPT on 11/06/2018 at 1:04pm

**Encounter Date: 10/26/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 10/26/2018 11:00AM |
| **DOB** | | **Service Dept.** | PHYSICAL THERAPY PICADOME |
| **Provider** | DANIEL M ROUSE, PT, DPT | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

Followup: Shoulder pain
Followup: Incoordination
Followup: Scapulalgia
Followup: Shoulder girdle weakness

## Physical Therapy Episodes

Episode: R Scapula

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 10/15/2018)
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Medications not reviewed (last reviewed 10/15/2018)

**baclofen 10 mg tablet** — 10/15/18 prescribed
Take 1 tablet(s) every 8 hours by oral route.

**folic acid** — 07/13/18 entered

**gabapentin 100 mg capsule** — 10/10/18 prescribed
1 po qhs can titrate to 3 po qhs based on tolerance

| | | |
|---|---|---|
| **gabapentin 300 mg capsule**<br>WEEK1: Take 1 tablet QHS. WEEK2: Take 1 tablet BID. WEEK3: Take 1 tablet TID | 10/15/18 | prescribed |
| **Humira Pen 40 mg/0.8 mL subcutaneous kit**<br>Inject 0.8 mL every 2 weeks by subcutaneous route. | 10/10/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 10/15/2018)

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Social History not reviewed (last reviewed 10/15/2018)
Smoking Status: Never smoker

## Surgical History

Surgical History not reviewed (last reviewed 10/15/2018)

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Past Medical History not reviewed (last reviewed 10/15/2018)
Allergies/Hayfever: Y
Headaches: Y

## HPI

Pt returns to clinic approximately 2.5 weeks after last visit with therapist. She has visited Rheumatologist and Pain Management MD since last visit. She was instructed to increase gabapentin by pain management MD and use baclofen for muscle spasms. She states

**REECE, JAMIE H (id #21591363, dob:**

no change in R elbow and wrist pain, temperature and color change of RUE, swelling in RUE and return of R cervical spine pain. She has contacted therapist on phone since last visit and therapist instructed her to hold on exercises for 1 week. She reports no change in symptoms with rest.

She reports a few days ago she had pain in L index finger and L shoulder, but resolved within 3 days. Denies symptoms in LUE today.

Numeric Pain Scale:

Pre R lower cervical, R clavicle and gross entire RUE 4/10

Post R lower cervical, R clavicle and gross entire RUE 4/10

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 50-year-old female.

R SH AROM: FF 170 deg AB 170 deg R anterior pain at end range ER 85 deg IR T8

Girth Measurements:

R styloid process 16.5

R lateral epicondyle 26 cm

R axilla 42.5 cm

L styloid process 15 cm

L lateral epicondyle 27 cm

L axilla 43 cm

Observation: erythremia and swelling observed R posterior hand along metacarpals and R posterior forearm

Palpation: moderate tenderness to touch R suboccipitals, R cervical paraspinals, R upper trapezius and R rhomboids, R coracoid process

## Exercise Flowsheet

| Exercise | 09/07/2018 | 09/21/2018 | 10/05/2018 | 10/26/2018 |
|---|---|---|---|---|
| Seated Thoracic Extension | hold | hold | hold | |
| Chin tuck | hold | hold | hold | |
| Low row | x8 purple | x10 isometric | x10 isometric | |
| Seated Table Slide | hold | table slides forward/oblique x10 | table slides forward/oblique x10 | |
| Pec stretch | x2 :30 AB/supinated | supine hands clasped x10B | supine hands clasped FF x10B | |
| chest row | x8 red | hold | shoulder slides x10 FF/SC | |
| Lateral Fencer | x8 red | hold | hold | |
| low clean | x10 seated GSB 3# | hold | hold | |

effects. We also discussed his escalating gabapentin to 600 mg 3 times a day to help address her neuropathic pain. Side effects were reviewed with the patient today including sedation and cognitive changes. She reports experiencing a plateau with regards to progress with physical therapy. She notes any repetitive motion tends to worsen pain through her shoulder and upper neck. Patient has several trigger points noted on exam. she continues to report an endorse swelling, temperature and color changes as well as allodynia consistent with CRPS. She also reports significant social stressors including the recent denial of her long-term disability and the potential of being fired from Toyota. Patient was referred to clinical psychology for help with coping skills and cognitive behavioral therapy. She seems perturbed that the evaluation was in such great depth requiring her to answer numerous questions for evaluation. We reviewed the importance of treating the entirety of her symptoms both mental and physical. Patient voiced understanding. Plan to have the patient follow-up in 1 month for further evaluation.

**1. Myofascial pain**
M79.10: Myalgia, unspecified site
- baclofen 10 mg tablet - Take 1 tablet(s) every 8 hours by oral route. Qty: 90 tablet(s) Refills: 2 Pharmacy: WALMART PHARMACY 3894

**2. Psoriatic arthritis**
L40.50: Arthropathic psoriasis, unspecified
- gabapentin 600 mg tablet - Take 1 tablet(s) 3 times a day by oral route. Qty: 90 tablet(s) Refills: 0 Pharmacy: WALMART PHARMACY 3894

**Patient Instructions**

WRAP-UP
Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- START Compounded Cream

- INCREASE Gabapentin 600mg TID

- Refill Baclofen 10mg TID

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

## Return to Office

- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 11/15/2018 at 09:00 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 12/14/2018 at 08:15 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/11/2019 at 08:15 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 11/12/2018.

Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 11/12/2018 at 12:45pm

**Encounter Date: 11/06/2018**

Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 11/06/2018 09:00AM |
| **DOB** | | **Service Dept.** | PHYSICAL THERAPY PICADOME |
| **Provider** | DANIEL M ROUSE, PT, DPT | | |
| **Insurance** | Med Primary: BCBS-OH (PPO) | | |

**REECE, JAMIE H (id #21591363, dob: )**

Insurance # : TOAAN1313675
Policy/Group # : 003320100TEAP064
PCP : FAMILY PRACTICE ASSOCIATES
Employer Name : TOYOTA
Med Worker's Comp: MSMM
Referring Provider Name : DONEGAN, RYAN P
Employer Name : KELLY SERVICES
Case # : SA211932PVY
Case Injury Date : 01/30/2018
Prescription: ESI1 - Member is eligible. details

## Chief Complaint

Followup: Shoulder pain
Followup: Incoordination
Followup: Scapulalgia
Followup: Shoulder girdle weakness

## Physical Therapy Episodes

Episode: R Scapula

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 10/15/2018)
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Medications not reviewed (last reviewed 10/15/2018)

| | | |
|---|---|---|
| **baclofen 10 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route. | 10/15/18 | prescribed |
| **folic acid** | 07/13/18 | entered |
| **gabapentin 100 mg capsule**<br>1 po qhs can titrate to 3 po qhs based on tolerance | 10/10/18 | prescribed |
| **gabapentin 300 mg capsule**<br>WEEK1: Take 1 tablet QHS. WEEK2: Take 1 tablet BID. WEEK3: Take 1 tablet TID | 10/15/18 | prescribed |
| **Humira Pen 40 mg/0.8 mL subcutaneous kit**<br>Inject 0.8 mL every 2 weeks by subcutaneous route. | 10/10/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |

**REECE, JAMIE H (id #21591363, dob: )**

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 10/15/2018)

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Social History not reviewed (last reviewed 10/15/2018)
Smoking Status: Never smoker

## Surgical History

Surgical History not reviewed (last reviewed 10/15/2018)

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Past Medical History not reviewed (last reviewed 10/15/2018)
Allergies/Hayfever: Y
Headaches: Y

## HPI

Pt reports minimal to no change in R shoulder and R arm pain since last visit. She attempted to perform desensitization, weightbearing and gentle AAROM exercises for approximately 1 week. She started to develop R AC joint and R scapular pain; stopped performing HEP. She states "I have been on a emotional roller coaster with all of this". She reports no change in R forearm swelling since lsat visit and continues to have pain throughout. Today she reports pain in R anterior shoulder radiating into R hand. She recalls any sort of repetitive movement in R shoulder results in increase in R arm pain. She has avoided cleaning-specifically vacuuming, cleaning and performing yardwork. She notes significant difficulty with putting her bra on. Finally, she reports numbness grossly in R hand.

Numeric Pain Scale:

Pre R lower cervical, R clavicle and gross entire R arm and hand 4/10

Post R lower cervical, R clavicle and gross entire R arm and hand 4/10

## ROS

**ROS as noted in the HPI**

**REECE, JAMIE H (id #21591363, dob: )**

## Physical Exam

Patient is a 50-year-old female.

R SH AROM: FF 170 deg AB 170 deg R anterior pain at end range ER 85 deg IR T8

Spurling's: negative central/bilaterally

Cervical Quadrant: negative bilaterally

Palpation: moderate tenderness to touch R suboccipitals, R cervical paraspinals, R upper trapezius and R rhomboids, R coracoid process

Updated HEP

Next visit plan to administer Quick DASH and pain fear avoidance

## Exercise Flowsheet

| Exercise | 09/07/2018 | 09/21/2018 | 10/05/2018 | 11/06/2018 |
|---|---|---|---|---|
| Seated Thoracic Extension | hold | hold | hold | |
| Chin tuck | hold | hold | hold | x10 supine |
| Low row | x8 purple | x10 isometric | x10 isometric | x10 isometric |
| Seated Table Slide | hold | table slides forward/oblique x10 | table slides forward/oblique x10 | x10 FF/oblique R |
| Pec stretch | x2 :30 AB/supinated | supine hands clasped x10B | supine hands clasped FF x10B | supine x10 :05 |
| chest row | x8 red | hold | shoulder slides x10 FF/SC | Levator scap stretch x5 :10 |
| Lateral Fencer | x8 red | hold | hold | |
| low clean | x10 seated GSB 3# | hold | hold | |
| Lawnmower Pull | x10 3# | hold | hold | |

## Procedure Documentation

**PT Therapeutic Exercise:** 30 minutes

The patient performed therapeutic exercise per exercise log.

## Assessment / Plan

Pt continues to display no deficits in R shoulder AROM or scapular kinematics since last visit. She continues to complain of R suboccipital, R scapular, R glenohumeral, R elbow and R hand pain without change since last visit. Also complained of numbness in entire R hand. No change in R hand numbness with Spurlings or cervical quadrant test. She performed HEP in clinic for gentle scapular stabilization, deep cervical neck flexor strengthening and pec minor stretching. She is scheduled to return to Dr. Kibler, Dr. Abbas and Dr. Roden next week. Plan to await further instructions from MD.

1. **Shoulder pain**
   M25.511: Pain in right shoulder
2. **Incoordination**
   R27.9: Unspecified lack of coordination
3. **Scapulalgia**
   M89.8X1: Other specified disorders of bone, shoulder
4. **Shoulder girdle weakness**
   M99.07: Segmental and somatic dysfunction of upper extremity

There are mild degenerative changes througnout tne spine. There are mild degenerative changes in the hips, knees, and feet.

Have explained her condition in detail.unfortunately, there is no "perfect pill" for this condition which remains chronic with a multidisciplinary approach. She will require to maintain long-term pain management along with physical therapy beside other nonpharmacologic treatment modalities as deemed necessary by her pain management team. I doubt if she will be able to perform any type of activities that requires repetitive use of her right arm such as factory work.

No medications were changed to prescribed on this visit and she will follow up with the pain management as well as physical therapy as planned.

M89.00: Algoneurodystrophy, unspecified site
- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS

## Return to Office

- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 11/15/2018 at 09:00 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/11/2019 at 08:15 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by SYED HAIDER ABBAS, MD, 11/12/2018.

Encounter performed and documented by SYED HAIDER ABBAS, MD
Encounter reviewed & signed by SYED HAIDER ABBAS, MD on 11/12/2018 at 9:28am

**Encounter Date: 11/12/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 11/12/2018 10:15AM |
| **DOB** | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

arm pain

Jamie Reece is following up right arm pain. she states that her arm is going numb and swelling. Physical therapist noticed some color changes in the patients hands, from red to while with mild pulses.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

11/12/2018 09:38 am

| | | |
|---|---|---|
| **Ht:** 5 ft 7 in | **Wt:** 179 lbs | **BMI:** 28 |

**REECE, JAMIE H (id #21591363, dob: )**

**BP:** 117/78 sitting R arm **Pain Scale:** 4

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **baclofen 10 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route. | 11/12/18 | prescribed |
| **folic acid** | 07/13/18 | entered |
| **gabapentin 100 mg capsule**<br>1 po qhs can titrate to 3 po qhs based on tolerance | 10/10/18 | prescribed |
| **gabapentin 300 mg capsule**<br>WEEK1: Take 1 tablet QHS. WEEK2: Take 1 tablet BID. WEEK3: Take 1 tablet TID | 10/15/18 | prescribed |
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 11/12/18 | prescribed |
| **Humira Pen 40 mg/0.8 mL subcutaneous kit**<br>Inject 0.8 mL every 2 weeks by subcutaneous route. | 10/10/18 | entered |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability<br>- Arthritis |

## Social History

Reviewed Social History

**REECE, JAMIE H (id #21591363, dob: )**

Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Headaches: Y

## HPI

50yo female presenting for followup of shoulder pain. At her last appointment, patient was started on Gabapentin 300mg TID and Baclofen 10mg TID PRN. Patient reports some improvement in pain with the initiation of Gabapentin. She feels as though physical therapy has hit a plateau. Patient was also referred to clinical psychology to assist with CBT and coping skills.

## ROS

Patient reports **muscle aches** but reports no muscle weakness, no arthralgias/joint pain, no back pain, no swelling in the extremities, and no neck pain; **arm and hand pain.** She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and normal body habitus. Level of Distress: NAD.

**Psychiatric:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Pupils: PERRLA. EOM: EOMI.

**Lungs:** Respiratory effort: no dyspnea.

**Cardiovascular:** Heart Auscultation: RRR.

**Abdomen:** Inspection and Palpation: soft, non-distended, and no tenderness.

**Skin:** Inspection and palpation: no rash, lesions, or ulcer.

**Cervical Spine:** Inspection: alignment normal. Soft Tissue Palpation on the Right:**tenderness of the paracervicals, the scalene muscle, the trapezius,** and **the rhomboid.**

**Motor Strength:** C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

## Assessment / Plan

50-year-old female presenting for follow-up with regards to right shoulder pain. At her last appointment, patient was started on gabapentin 300 mg 3 times a day and baclofen 10 mg 3 times a day when necessary. She returns today noting good improvement in her neuropathic pain with initiation of gabapentin. She does endorse some mild confusion when taking gabapentin with baclofen. We discussed not combining the 2 medications secondary to the shared side effect of sedation. We discussed initiation of a compounded cream with muscle relaxant built in to help throughout the day in conjunction with gabapentin so as to not combine sedating side

# Encounters and Procedures

Clinical Encounter Summaries
**Encounter Date: 11/15/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 11/15/2018 09:00AM |
| **DOB** | | **Service Dept.** | ORTHOPEDICS PICADOME |
| **Provider** | W BEN KIBLER, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

reck rt shoulderThe patient returns for followup of her right shoulder problems.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621**
WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

| | | |
|---|---|---|
| **Ht:** 5 ft 7 in 11/15/2018 09:00 am | **Wt:** 175 lbs 11/15/2018 09:00 am | **BMI:** 27.4 11/15/2018 09:00 am |
| **BP:** 122/78 11/15/2018 09:01 am | | |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

**baclofen 10 mg tablet** — 11/12/18 prescribed
Take 1 tablet(s) every 8 hours by oral route.

**folic acid** — 07/13/18 entered

**gabapentin 100 mg capsule** — 10/10/18 prescribed
1 po qhs can titrate to 3 po qhs based on tolerance

**gabapentin 300 mg capsule** — 10/15/18 prescribed
WEEK1: Take 1 tablet QHS. WEEK2: Take 1 tablet BID. WEEK3: Take 1 tablet TID

**gabapentin 600 mg tablet** — 11/12/18 prescribed
Take 1 tablet(s) 3 times a day by oral route.

| | | |
|---|---|---|
| **Humira Pen 40 mg/0.8 mL subcutaneous kit**<br>Inject 0.8 mL every 2 weeks by subcutaneous route. | 10/10/18 | entered |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route as needed. | 11/16/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Allergies/Hayfever: Y

## HPI

Since last being seen she has continued to have some soreness and tenderness in the shoulder with limitation of activity. She has been recently diagnosed with an additional diagnosis of complex regional pain syndrome due to some problems with the hand and the arm with redness and whiteness and she has been continuing to do therapy with little improvement. She has been diagnosed as having trigger points and she feels that these are areas of problems as well. She has been unable to return to normal work activities and has been told that this is not a worker's comp case and felt that the arthritis is giving her the trouble.

## ROS

**Additionally reports: No change. She continues to be treated for the psoriatic psoriasis and also now has been given diagnosis of CRPS. She is seeing pain management.**

## Physical Exam

Patient is a 50-year-old female.

Exam shows she has no abnormalities of posture. She does have a rounded posture with protraction of the scapula. She does have trigger points to palpation along the intraclavicular area and the medial scapular border and in the infraspinatus area she also has mild pain along the lateral acromion. She has no loss of range of motion and internal external rotation she does have some weakness to forward flexion at 90 degrees. She has no neurologic deficit. She has no instability.

## Assessment / Plan

We gave her some restrictions about returning to work with no overhead lifting, no lifting more than 5 to 10 pounds, no repetitive pushing or pulling. She will see if she can return to work in these situations. She will continue to seek consultation from rheumatology and pain management. She will return to see me on an as-needed basis.

**1. Impingement syndrome of shoulder region**
M75.41: Impingement syndrome of right shoulder
- ROTATOR CUFF INJURY: CARE INSTRUCTIONS
- ROTATOR CUFF: EXERCISES

**Discussion Notes**

At this point in time I do not think there is a whole lot of further input for orthopedics. She may benefit from an injection from the subacromial space. However, at this point in time she is not having any symptoms to warrant this. We did discuss dry needling and other physical therapy modalities to try to improve the pain situation and the trigger points.

## Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 12/14/2018 at 08:15 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/11/2019 at 08:15 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by W BEN KIBLER, MD, 11/16/2018.

Encounter performed and documented by W BEN KIBLER, MD
Encounter reviewed & signed by W BEN KIBLER, MD on 11/16/2018 at 12:49pm

**Encounter Date: 11/12/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 11/12/2018 08:45AM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SYED HAIDER ABBAS, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

Pt is here today for fup PSA

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140,

**REECE, JAMIE H (id #21591363, dob: )**
Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 11/12/2018 08:54 am | **Wt:** | 179 lbs 11/12/2018 08:54 am | **BMI:** | 28 11/12/2018 08:54 am |
| **BP:** | 107/79 sitting L arm 11/12/2018 08:56 am | **BP Cuff Size:** | adult 11/12/2018 08:56 am | **Pulse:** | 76 bpm 11/12/2018 08:56 am |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **baclofen 10 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route. | 10/15/18 | prescribed |
| **folic acid** | 07/13/18 | entered |
| **gabapentin 100 mg capsule**<br>1 po qhs can titrate to 3 po qhs based on tolerance | 10/10/18 | prescribed |
| **gabapentin 300 mg capsule**<br>WEEK1: Take 1 tablet QHS. WEEK2: Take 1 tablet BID. WEEK3: Take 1 tablet TID | 10/15/18 | prescribed |
| **Humira Pen 40 mg/0.8 mL subcutaneous kit**<br>Inject 0.8 mL every 2 weeks by subcutaneous route. | 10/10/18 | entered |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability<br>- Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**

## HPI

seen as a fu on the PsA.

she has come off the MTX since last month oct 2018.

remains on Humira at 40 mg q 2 weekly.

so far no complications.

in terms of diet, she is trying to stay off the sweets, though lately stressed eating.

she is staying off work due to the shoulder pains, doing PT.

Goes through intense pains, swelling, along with color changes from pale to rd to purple. plus stinging sensation.

issues.

she has worked in Toyota, and any times she has tried to do a repititive work, makes her right arm hurts worse.

## ROS

Patient reports **arthralgias/joint pain and swelling in the extremities, right shoulder issues, with CRPS.** . She reports **paresthesia (right arm).** She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no pleuritic chest pain, no shortness of breath when walking, no shortness of breath when lying down, and no Raynaud's Phenomenon. She reports no cough, no wheezing, no shortness of breath, and no coughing up blood. She reports no rashes, no ulcers, no loss of hair, no tightening of the skin, and no psoriasis.
**ROS as noted in the HPI**

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:** General Appearance: **overweight.**

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Lungs:** Respiration: no dyspnea and good air movement. Percussion: no dullness, flatness, or hyperresonance. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal and CTA except as noted.

**Cardiovascular System:** Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no JVD. Pulses including femoral / pedal: normal throughout.

**Musculoskeletal System:** Extremities: **edema (right arm, edema.)**.

**Neurological Exam:** Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact. Reflexes: hoffman's reflex absent and DTRs 2+ bilaterally throughout. Coordination and Cerebellum: finger-to-nose intact.

## Assessment / Plan

**1. Psoriasis with arthropathy -**

she has chronic psoriatic arthritis, but clinically, her disease looks under excellent control and w/o any disease activity.

No synovitis noted.

No dactylitis or enthesitis noted.

The pains in her right arm is secondary to CRPS type I as stated below.

Her last ESR/CRP are normal.

I am glad that she has come off the MTX due to liver enzymes elevation.

We can maintain the Humira 40 mg q 2 weeks.

obtain labs to fu on psoriatic arthritis.

L40.50: Arthropathic psoriasis, unspecified
- PSORIASIS: CARE INSTRUCTIONS

**2. Complex regional pain syndrome -**

Has ongoing symptoms of pains, allodynia, motor component with limited ROM upper arm, sensory component with paresthesia, vasomotor changes with change in skin color from pale, red to blue at times.

Further has edema, with sweating at times.

All these clinical features along with h/o right shoulder and elbow injury due to repititive work at Toyota factor are very typical for the CRPS-type I.

the symptoms remain her major concern. On account of constant pain with worsening at times, she is not able to go back to work. Further, she is concerned about the repetitive nature of her job and because of worsening of these pains while at work. She is continue to follow by physical therapy. She is also seen pain management on my suggestion and has initiated gabapentin. However, despite all these modalities, she has remained symptomatic with pain.

This remains a clinical diagnosis without any definitive test, we reviewed the bone scan as detailed below.

The whole body bone scan reviewed 10/2018:
elbows, and wrists bilaterally. This represents degenerative change.
There is focally increased uptake projecting along the greater
tuberosity of the right humeral head.

The calvarium appears normal. There are mild degenerative changes in the shoulders and sternoclavicular joints. The ribs appear normal.

## Transmission Report

Date/Time 11-26-2018 10:14:10 a.m. Transmit Header Text
Local ID 1 8592880361 Local Name 1 Western Federal Credit Union

lisa.harrison@toyota.com

This document : Failed
(reduced sample and details below)
Document size : 8.5"x11"

Home Message Sign Out

RE: Medical question

Jamie Reece Dr Kibler Toyota ineeda clarifica... Yesterday

BEN KIBLER MD (24 minutes ago)

The restrictions are permanent. Prognosis is for limited change is symptoms or function

Viewing Jamie Reece

Privacy Practice Website Privacy Terms and Conditions Full Site
powered by athenahealth

Total Pages Scanned : 58 Total Pages Confirmed : 0

| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 323 | 15028684998 | 10:12:27 a.m. 11-26-2018 | 00:00:00 | 0/58 | 1 | -- | HS | FA |

Abbreviations:
HS: Host send
HR: Host receive
WS: Waiting send
PL: Polled local
PR: Polled remote
MS: Mailbox save
MP: Mailbox print
RP: Report
FF: Fax Forward
CP: Completed
FA: Fail
TU: Terminated by user
TS: Terminated by system
G3: Group 3
EC: Error Correct

5108

Home

# Message

Sign Out

## RE: Medical question

Jamie Reece Dr Kibler Toyota ineeda clarifica... Yesterday

**BEN KIBLER MD** (24 minutes ago)

The restrictions are permanent. Prognosis is for limited change is symptoms or function

Viewing Jamie Reece

Privacy Practice Website Privacy Terms and Conditions Full Site
powered by athenahealth

# Encounters and Procedures

Clinical Encounter Summaries
**Encounter Date: 12/14/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 12/14/2018 08:15AM |
| **DOB** | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

medication follow up

Jamie Reece 50 y/o female is following up on cervical neck and right shoulder pain. Patient states she had an episode where her right shoulder was in extreme pain a day ago, and she couldn't stand it. Patient states she is seeing a neurologist that proposed compression sleeve, and she is having physical therapy sessions that is doing dry needling. Patient appears to have edema in the right arm at todays visit. Patient states she stopped taking the humira pen and noticed the hand numbness stopped after she discontinued this medication for insurance purposes. Pill count on Hydrocodone was preformed and was appropiate upon refill date 11/16/18 quantity of 90 86 left.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621**
WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 12/14/2018 08:39 am | **Wt:** | 178 lbs 12/14/2018 08:40 am | **BMI:** | 27.9 12/14/2018 08:40 am |
| **BP:** | 110/60 sitting L arm 12/14/2018 08:40 am | **Pain Scale:** | 3 12/14/2018 08:40 am | | |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

**baclofen 10 mg tablet** 12/14/18 prescribed
Take 1 tablet(s) every 8 hours by oral route.

**gabapentin 100 mg capsule** 10/10/18 prescribed
1 po qhs can titrate to 3 po qhs based on tolerance

**gabapentin 300 mg capsule** 10/15/18 prescribed
WEEK1: Take 1 tablet QHS. WEEK2: Take 1 tablet BID. WEEK3: Take 1 tablet TID

**REECE, JAMIE H (id #21591363, dob: )**

| | | |
|---|---|---|
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 12/14/18 | prescribed |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route as needed. | 11/16/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Headaches: Y

## HPI

50-year-old female presenting for follow-up with regards to right shoulder pain. Her current medication regimen consists of gabapentin 600 mg 3 times a day, baclofen 10 mg 3 times a day when necessary and Lortab 10/325 mg 3 times a day when necessary. She reports limited use of Lortab and denies any significant improvement with use. She is continuing with physical therapy and started dry needling which has helped. She has been seen and evaluated by neurology with recommendation for use of a compression sleeve. She continues to follow up with rheumatology, Dr. Abbas, and has discontinued use of Humira due to numbness in her hand. She was referred to clinical psychology for cognitive behavioral therapy but she is not interested in attending

**REECE, JAMIE H (id #21591363, dob:**

sessions.

## ROS

Patient reports **muscle aches, arthralgias/joint pain, swelling in the extremities, and neck pain**but reports no muscle weakness and no back pain; **right arm pain.** She reports**weakness and numbness** but reports no loss of consciousness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and normal body habitus. Level of Distress: NAD.

**Psychiatric:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Pupils: PERRLA. EOM: EOMI.

**Lungs:** Respiratory effort: no dyspnea.

**Cardiovascular:** Heart Auscultation: RRR.

**Abdomen:** Inspection and Palpation: soft, non-distended, and no tenderness.

**Skin:** Inspection and palpation: no rash, lesions, or ulcer.

**Cervical Spine:** Inspection: alignment normal. Soft Tissue Palpation on the Right:**tenderness of the paracervicals, the scalene muscle, the trapezius, and the rhomboid.**

**Motor Strength:** C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

## Assessment / Plan

50-year-old female with a history of psoriatic arthritis presenting for follow-up with regards to right shoulder pain. pain is related to repetitive injury to her work at Toyota. She continues to use for her psoriatic arthritis through rheumatology, Dr. Abbas. She reports having recently discontinued Humira use due to numbness in her right hand. She continues to report good improvement in symptoms with the use of gabapentin 600 mg 3 times a day and baclofen 10 mg 3 times a day when necessary. She has noted reduction in the sedating symptoms she previously experienced. she was also started on Lortab 10/325 3 times a day when necessary. She notes sparingly using the medication and still has an entire bottle full on her follow-up today. She has started with a new physical therapist and is currently undergoing dry needling which she feels has helped her symptoms. Overall she is happy with her pain improvement. She was previously referred to clinical psychology for cognitive behavioral therapy but does not wish to establish care. We reviewed the benefit of cognitive behavioral therapy and coping skills. Patient voiced understanding but is still not interested in attending sessions. I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient has a signed pain management agreement per clinic policy. Urine drug screen is up to date and appropriate as per Kentucky medical board guidelines. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient. She will plan to follow-up in 2 months for further evaluation.

**1. Psoriatic arthritis**
L40.50: Arthropathic psoriasis, unspecified
- gabapentin 600 mg tablet - Take 1 tablet(s) 3 times a day by oral route. Qty: 90 tablet(s) Refills: 3 Pharmacy: COSTCO PHARMACY #1156

**2. Myofascial pain**
M79.10: Myalgia, unspecified site
- baclofen 10 mg tablet - Take 1 tablet(s) every 8 hours by oral route. Qty: 90 tablet(s) Refills: 2 Pharmacy: COSTCO

**REECE, JAMIE H (id #21591363, dob:**
PHARMACY #1156

**Discussion Notes**

WRAP-UP
Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- Refill Gabapentin and Baclofen

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

## Return to Office

- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/11/2019 at 08:15 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 02/14/2019 at 08:30 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 12/14/2018.

Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 12/14/2018 at 12:11pm

# Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 06/19/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 06/19/2020 10:45AM |
| **DOB** | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |

**Insurance**

Med Primary: BCBS-OH (PPO)
Insurance # : TOAAN1313675
Policy/Group # : 003320100TEAP064
Employer Name : TOYOTA
Med Worker's Comp: MSMM
Referring Provider Name : DONEGAN, RYAN P
Employer Name : KELLY SERVICES
Case # : SA211932PVY
Case Injury Date : 01/30/2018
Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC
Insurance # :
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: EXPRESS SCRIPTS - Member is eligible. details

## Chief Complaint

This is a 51 year old female following up for medication management for CRPS. She reports some improvement from the lyrica 100mg TID and tizanidine 4mg TID PRN. She states last dose of lyrica was 6/19/2020. She reports that she has been scheduled for Neurology, but is going to reschedule due to the time not working for her. She states that she started noticing nerve pain in her BLE that started approximately 3 weeks ago.

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider (Worker's Comp):** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS MO 63134, Ph (888) 327-9791, Fax (800) 837-0959**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (844) 516-3319, Fax (800) 391-9707
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

06/19/2020 11:19 am

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in | **Wt:** | 188 lbs | **BMI:** | 29.4 |
| **BP:** | 134/78 sitting L arm | **Pain Scale:** | 5 | | |

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/20/20 | renewed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** | 10/02/19 | prescribed |

Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.
**Internal Note:** PA approved 6/9/19-78/20

**Imitrex 50 mg tablet** 01/15/20 prescribed
TAKE 1 TAB AT ONSET OF MIGRAINE, MAY REPEAT AFTER 2 HOURS X 1

**Lyrica 100 mg capsule** 05/15/20 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** 11/17/17 entered

**predniSONE 20 mg tablet** 10/11/19 prescribed
2 po x 3 days, then 1 po x 3 days

**Probiotic** 11/17/17 entered

**tiZANidine 4 mg tablet** 05/15/20 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**Valtrex 1 gram tablet** 03/30/20 prescribed
Take 1 tablet(s) every 8 hours by oral route for 7 days.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

Mother - Arthritis
Father - Hypertensive disorder
- Hypercholesterolemia
- Family history of cancer

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker

Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 06/19/2020
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 03/30/2020)

## Past Medical History

Reviewed Past Medical History
Arthritis: **Y**
Headaches: **Y**

## HPI

51-year-old female presenting for follow-up with regards to CRPS. She notes ongoing symptoms in the right upper extremity with discomfort through the upper arm and into the forearm. Her current regimen consists of Lyrica 100 mg 3 times a day and tizanidine when necessary.

## ROS

Patient reports **arthralgias/joint pain and neck pain** but reports no muscle aches, no muscle weakness, and no swelling in the extremities. She reports **frequent or severe headaches** but reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, and no tremor. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 51-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD.

**Psychiatric:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected.

**Neck:** Neck: supple and trachea midline.

**Lungs:** Respiratory effort: no

dyspnea.

**Cardiovascular System:**Heart Auscultation: normal S1 and S2 and RRR.

**Abdomen:**Inspection and Palpation: soft, non-distended, and no tenderness.

**Musculoskeletal::**Joints, Bones, and Muscles: normal movement of all extremities and**tenderness** (**cervical paraspinal, rhomboids and trapezius muscles**); **right arm cast**.

**Motor Strength:**Motor Strength and Tone: normal and normal tone. C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

**Neurologic:**Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:**Inspection and palpation: no rash or lesions.

**Spine - Special Tests:**Cervical Spine negative axial loading test and Spurling's test and (normal) cervical spine. Other Findings **Myofascial pain**. Lumbar / Lumbosacral Spine (normal) lumbar / lumbosacral spine.

## Assessment / Plan

51-year-old female presenting for follow-up with regards to CRPS. She continues to note ongoing allodynia, temperature change and edema throughout the right upper extremity. She has noticed more recently a deeper ache in through the upper arm. She notices a similar ache in the anterior thigh of her right leg. She denies radiating or radicular pain but describes the pain as more focal in the anterior aspect of the right thigh. She reports lifting herself from a chair recently with worsening myofascial pain throughout the shoulder capsule and right neck. She has a yoga ball at home and plans to resume home stretching. On exam, she has preserved motor strength throughout. She does however mild edema throughout the right upper arm to the forearm. I don't suspect that her pain in her leg is necessary radicular or coming from her back. Should pain progressing continue, we can consider lumbar MRI or even EMG/nerve conduction study. At this time, patient would like to proceed conservatively and I think this is reasonable. She will plan to resume home stretching exercises.

Her current regimen consists of Lyrica 100 mg 3 times a day and tizanidine when necessary. Should pain continue, we can consider dose escalation of Lyrica 200 mg twice a day. At this time, we will plan to continue her current regimen. Patient will follow-up in 4 months for further evaluation.

**. Complex regional pain syndrome**

M89.00: Algoneurodystrophy, unspecified site

- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS

**Patient Instructions**

WRAP-UP
Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- Continue current regimen

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

**Discussion Notes**

Discussion Notes

Spent 25 total minutes with the patient today. Greater than 50% of this time was spent counseling/coordination of care as documented in my assessment and plan above.

## Return to Office

- ANDREW SCHNEIDER, MD for CONSULT at NEUROLOGY CHI SJOP on 06/26/2020 at 08:30 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 11/13/2020 at 10:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 06/19/2020.
Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 06/19/2020 at 11:54am

**Encounter Date: 05/15/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 05/15/2020 10:45AM |
| **DOB** | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |

**Insurance**
Med Primary: BCBS-OH (PPO)
Insurance # : TOAAN1313675
Policy/Group # : 003320100TEAP064
Employer Name : TOYOTA
Med Worker's Comp: MSMM
Referring Provider Name : DONEGAN, RYAN P
Employer Name : KELLY SERVICES
Case # : SA211932PVY
Case Injury Date : 01/30/2018
Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC
Insurance # : 09221968
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: EXPRESS SCRIPTS - Member is eligible. details

## Chief Complaint

This is a 51 year old female following up for medication management for CRPS. She reports improvement from the lyrica 100mg TID. She also notes improvement from the tizanidine 4mg TID PRN. She reports increased headaches. Reports she had start back to PT and had to postpone due to COVID-19. States when she started back they did not offer massage therapy. States last dose of the tizanidine was 5/14/2020 and last dose of the lyrica 5/15/2020.

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider (Worker's Comp):** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS MO 63134, Ph (888) 327-9791, Fax (800) 837-0959**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (877) 222-7336, Fax (800) 391-9707
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

05/15/2020 10:15 am

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in | **Wt:** | 180 lbs | **BMI:** | 28.2 |
| **BP:** | Not Performed - Not indicated | **Pain Scale:** | 5 | | |

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

**esomeprazole magnesium 40 mg capsule,delayed release** 02/20/20 renewed
TAKE 1 CAPSULE DAILY

**Estrace 1 mg tablet** 08/21/19 entered

**Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** 10/02/19 prescribed
Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.
**Internal Note:** PA approved 6/9/19-78/20

**Imitrex 50 mg tablet** 01/15/20 prescribed
TAKE 1 TAB AT ONSET OF MIGRAINE, MAY REPEAT AFTER 2 HOURS X 1

**Lyrica 100 mg capsule** 05/15/20 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** 11/17/17 entered

**predniSONE 20 mg tablet** 10/11/19 prescribed
2 po x 3 days, then 1 po x 3 days

**Probiotic** 11/17/17 entered

**tiZANidine 4 mg tablet** 05/15/20 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**Valtrex 1 gram tablet** 03/30/20 prescribed
Take 1 tablet(s) every 8 hours by oral route for 7 days.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems

- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 05/15/2020
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 03/30/2020)

## Past Medical History

Reviewed Past Medical History
Arthritis: **Y**
Headaches: **Y**

## HPI

**Pain Management Interval History**
Reported by patient.
Notes:

None.

51-year-old female presenting for follow-up with regards to medication management the setting of CRPS. SHe notes worsening frontal headaches as of late. Her current medication regimen, she does no benefit with the use of Lyrica 100 mg 3 times a day and tizanidine PRN.

Visit today is being conducted via telehealth using both audio and video. Patient has expressed an understanding of the telehealth process and has consented.

## ROS

Patient reports **arthralgias/joint pain and neck pain** but reports no muscle aches, no muscle weakness, and no swelling in the extremities. She reports **frequent or severe headaches** but reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, and no tremor. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no

anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 51-year-old female.

**Constitutional:**General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD.

**Psychiatric:**Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:**Head: normocephalic and atraumatic.

**Eyes:**Lids and Conjunctivae: no discharge or pallor and non-injected.

**Lungs:**Respiratory effort: no dyspnea.

**Musculoskeletal::**Joints, Bones, and Muscles: normal movement of all extremities and**tenderness (neck and R shoulder)**; **right arm cast**.

**Neurologic:**Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:**Inspection and palpation: no rash or lesions.

## Assessment / Plan

51-year-old female presenting for follow-up with regards to CRPS. She notes ongoing symptoms in the right upper extremity with discomfort through the upper arm and into the forearm. She also has a myofascial component of her pain with tension through the right axial neck and shoulder. She was previously referred to physical therapy and continues to do home stretching exercises with benefit. She was receiving massage therapy weekly with substantial improvement in pain. She has discontinued massage therapy secondary to financial constraint. We will plan to write a letter for therapeutic massage to her insurance to hopefully get approval.

Over the last month, patient has noted recurrence of her frontal headaches. She was previously managed by neurology and had used migraine prophylaxis in the past. She has not seen a neurologist in several years. Symptoms seem to have worsened with increases in social stressors. She is concerned about losing her job as her disability runs out in October. She continues to note ongoing headaches mainly in the frontal and temporal region bilaterally. She denies aura. We will plan to refer her to neurology today for further evaluation.

In terms of medication management, her current regimen consists of Lyrica 100 mg 3 times a day and tizanidine when necessary. She does note improvement symptoms with the use of the medicine. She denies any adverse side effects. She notes improved ability to perform her ADLs. We will plan to refill her medication for a 6 month supply. I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient has a signed pain management agreement per clinic policy. Urine drug screen is up to date and appropriate as per Kentucky medical board guidelines. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient. Patient will follow-up in 6 months for further evaluation.

**. Complex regional pain syndrome**
M89.00: Algoneurodystrophy, unspecified site
- Lyrica 100 mg capsule - Take 1 capsule(s) 3 times a day by oral route. Qty: 270 capsule(s) Refills: 1 Pharmacy: EXPRESS SCRIPTS HOME DELIVERY

**. Headache**
R51: Headache
- HEADACHE: CARE INSTRUCTIONS
- NEUROLOGY REFERRAL - Schedule Within: provider's discretion

**. Myofascial pain**
M79.10: Myalgia, unspecified site
- tizanidine 4 mg tablet - Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. Qty: 270 tablet(s) Refills: 2 Pharmacy: EXPRESS SCRIPTS HOME DELIVERY

**Patient Instructions**

WRAP-UP

Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- Referral to Neurology

- Letter for therapeutic massage

- Refill Lyrica

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

**Discussion Notes**

Spent 15 total minutes with the patient today. Greater than 50% of this time was spent counseling/coordination of care as documented in my assessment and plan above. We discussed appropriate use of controlled substances including side effects and interactions with other medications. We reviewed conservative measures including gentle stretching as well as yoga/Pilates. We also discussed use of adjuncts including OTC NSAIDS/Tylenol when appropriate as well as use of ice/heat, massage and TENS.

## Return to Office

- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 05/15/2020.

Encounter performed and documented by KATHERINE S RODEN, MD

Encounter reviewed & signed by KATHERINE S RODEN, MD on 05/15/2020 at 2:04pm

**Encounter Date: 03/30/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 03/30/2020 11:00AM |
| **DOB** | | **Service Dept.** | FAMILY MEDICINE ANDOVER |
| **Provider** | COLLIN ST. CLAIR, DO | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # : 09221968<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Patient's Care Team

**REECE, JAMIE H (id #21591363, dob: )**

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider (Worker's Comp):** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (877) 222-7336, Fax (800) 391-9707

## Vitals

None recorded.

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/20/20 | renewed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit**<br>Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.<br>**Internal Note:** PA approved 6/9/19-78/20 | 10/02/19 | prescribed |
| **Imitrex 50 mg tablet**<br>TAKE 1 TAB AT ONSET OF MIGRAINE, MAY REPEAT AFTER 2 HOURS X 1 | 01/15/20 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 03/06/20 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **predniSONE 20 mg tablet**<br>2 po x 3 days, then 1 po x 3 days | 10/11/19 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 03/06/20 | prescribed |
| **traMADoL 50 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 30 days. | 10/07/19 | prescribed |
| **Valtrex 1 gram tablet**<br>Take 1 tablet(s) every 8 hours by oral route for 7 days. | 03/30/20 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems

- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
**Family Medicine**
Tobacco cessation counseling provided date: (Notes: tdotson14 answered No to the Tobacco cessation counseling provided question on 04/09/2019.)
Alcohol intake: None
Marital status: Married
Occupation: Toyota/on medical leave
Illicit drugs: no
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 03/06/2020
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
Procedure on wrist
Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
Tonsillectomy - 1973
Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

## GYN History

Reviewed GYN History

## Obstetric History

Reviewed Obstetric History

## Past Medical History

Reviewed Past Medical History
Allergies/Hayfever: **Y**
Arthritis: **Y**
Chicken Pox: **Y**
Headaches: **Y**
Vision or Eye Problems: **Y - glasses**

## HPI

Visit today is being conducted via telehealth using both audio and video. Patient has expressed an understanding of the telehealth process and has consented.

Jamie is a 51-year-old non-smoking female with history of psoriatic arthritis, IBS, chronic right shoulder pain, and hysterectomy now on HRT presenting for:

Left upper back pain- No rash at this time. 2 days ago, started having discomfort in left upper back radiating into left upper/posterior arm. Nothing on opposite side. Felt pulling sensation, but no acute injury, then starting developing sensitivity in the area. Husband has been monitoring area and no rash to this point. No previous shingles. Has CRPS affects right side, symptoms aren't similar to this. No F/C/N/V. No SOA. Rhinorrhea 5-7 days ago. Her discomfort improves with lyrica.

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 51-year-old female.

**Constitutional:** General Appearance: healthy-appearing. Level of Distress: NAD.

**Psychiatric:** Mental Status: normal mood and affect.

**Head:** Head: normocephalic and atraumatic.

**Lungs:** Respiratory effort: no dyspnea.

**Skin:** Inspection and palpation: **No rash of exposed surfaces. No rash reported currently at left upper back, no visualized during visit.**.

## Assessment / Plan

**. Herpes zoster** -

Concern for shingles- prodromal pain at this time with no rash. Symptoms improve with lyrica that she is already taking. Will start course of valtrex. Call if symptoms persist or worsen.

B02.9: Zoster without complications

**. Vesicular eruption** -

R23.8: Other skin changes

- Valtrex 1 gram tablet - Take 1 tablet(s) every 8 hours by oral route for 7 days. Qty: 21 tablet(s) Refills: 0 Pharmacy: WALMART PHARMACY 3894

## Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 05/01/2020 at 10:00 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by COLLIN ST. CLAIR, DO, 03/30/2020.

Encounter performed and documented by COLLIN ST. CLAIR, DO

Encounter reviewed & signed by COLLIN ST. CLAIR, DO on 03/30/2020 at 11:19am

**Encounter Date: 03/06/2020**

## Patient

**Name** REECE, JAMIE (51yo, F) ID# 21591363 **Appt. Date/Time** 03/06/2020 08:45AM

| | | | |
|---|---|---|---|
| **DOB** | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

medication follow up

Jamie Reece is a 51 y/o female following up on CRPS, shes taking Lyrica 100mg, her last dose was 3/6/20 @ 6am. Pt stated shes having increased pain in her RT shoulder and neck that started 3-4 weeks ago. Rates her pain today at a 4/10.

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (877) 222-7336, Fax (800) 391-9707

## Vitals

03/06/2020 09:06 am

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in | **Wt:** | 190 lbs | **BMI:** | 29.8 |
| **BP:** | 132/88 sitting | **Pain Scale:** | 4 | **Pain Scale Type:** | Numeric |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/20/20 | renewed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit**<br>Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.<br>**Internal Note:** PA approved 6/9/19-78/20 | 10/02/19 | prescribed |
| **Imitrex 50 mg tablet**<br>TAKE 1 TAB AT ONSET OF MIGRAINE, MAY REPEAT AFTER 2 HOURS X 1 | 01/15/20 | prescribed |
| **Lyrica 100 mg capsule** | 03/06/20 | prescribed |

Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** 11/17/17 entered

**predniSONE 20 mg tablet** 10/11/19 prescribed
2 po x 3 days, then 1 po x 3 days

**Probiotic** 11/17/17 entered

**tiZANidine 4 mg tablet** 03/06/20 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 03/06/2020
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
Procedure on wrist
Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 01/15/2020)

## Past Medical History

Reviewed Past Medical History
Arthritis: **Y**
Headaches: **Y**

## HPI

**Pain Management Interval History**
Reported by patient.
Notes:

None.

51-year-old female presenting for follow-up with regards to medication management the setting of CRPS. Her current regimen consists of Lyrica 100 mg 3 times a day. Today her principle concern is muscle spasms in the right shoulder and neck.

## ROS

Patient reports **arthralgias/joint pain and neck pain** but reports no muscle aches, no muscle weakness, and no swelling in the extremities. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 51-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD.

**Psychiatric:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected.

**Neck:** Neck: supple and trachea midline.

**Lungs:** Respiratory effort: no dyspnea.

**Cardiovascular System:** Heart Auscultation: RRR.

**Abdomen:** Bowel Sounds: normal. Inspection and Palpation: soft and non-

distended.

**Musculoskeletal::**Joints, Bones, and Muscles: normal movement of all extremities and**tenderness** (**cervical paraspinal, rhomboids and trapezius muscles**); **right arm cast**.

**Motor Strength:**Motor Strength and Tone: normal and normal tone. C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

**Neurologic:**Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:**Inspection and palpation: no rash or lesions.

**Spine - Special Tests:**Cervical Spine negative axial loading test and Spurling's test and (normal) cervical spine. Other Findings **Myofascial pain**. Lumbar / Lumbosacral Spine (normal) lumbar / lumbosacral spine.

## Assessment / Plan

51-year-old female presenting for follow-up with regards to medication management the setting of CRPS. Patient returns today reporting worsening muscle spasms throughout the right axial neck and shoulder as well as around the shoulder blade. She notes having healed well following her ORIF of her right wrist. She is completed physical therapy and has full use of her right lower extremity. Her principle pain complaint today is ongoing myofascial pain throughout her right neck and shoulder. She has attended weekly massage sessions with some benefit. She has tried a TENS unit without relief. She currently takes tizanidine 4 mg 3 times a day with some benefit. We discussed repeat referral to physical therapy to help address her myofascial pain. Specifically she would benefit from massage therapy, ultrasound and dry needling. We will plan to make that referral today.

In terms of her current medication regimen, she does no benefit with the use of Lyrica 100 mg 3 times a day. She denies any adverse side effects. She notes improved ability to perform her ADLs. We'll plan to refill her medication for a two-month supply. I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient has a signed pain management agreement per clinic policy. Urine drug screen is up to date and appropriate as per Kentucky medical board guidelines. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient. Patient will follow-up in 2 months for further evaluation.

**. Complex regional pain syndrome**

M89.00: Algoneurodystrophy, unspecified site

- Lyrica 100 mg capsule - Take 1 capsule(s) 3 times a day by oral route. Qty: 270 capsule(s) Refills: 0 Pharmacy: EXPRESS SCRIPTS HOME DELIVERY

**. Myofascial pain**

M79.10: Myalgia, unspecified site

- PHYSICAL THERAPY REFERRAL - Schedule Within: provider's discretion
- tizanidine 4 mg tablet - Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. Qty: 270 tablet(s) Refills: 2 Pharmacy: EXPRESS SCRIPTS HOME DELIVERY

**'atient Instructions**

WRAP-UP
Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- Referral to PT

- Refill Lyrica

- Refill Tizanidine

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

**)iscussion Notes**

Spent 25 total minutes with the patient today. Greater than 50% of this time was spent counseling/coordination of care as documented in my assessment and plan above.

## Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 05/01/2020 at 10:00 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 03/06/2020.
Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 03/06/2020 at 9:38am

**Encounter Date: 01/15/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 01/15/2020 10:00AM |
| **DOB** | | **Service Dept.** | FAMILY MEDICINE ANDOVER |
| **Provider** | COLLIN ST. CLAIR, DO | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # : 09221968<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

Headache

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (877) 222-7336, Fax (800) 391-9707

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 01/15/2020 10:09 am | **Wt:** | 185 lbs 01/15/2020 10:09 am | **BMI:** | 29 01/15/2020 10:09 am |
| **T:** | 98.4 F° oral 01/15/2020 10:12 am | **BP:** | 116/82 sitting L arm 01/15/2020 10:14 am | **Pulse:** | 87 bpm regular 01/15/2020 10:12 am |
| **RR:** | 14 01/15/2020 10:12 am | **O2Sat:** | 96% Room Air at Rest 01/15/2020 10:12 am | | |

**REECE, JAMIE H (id #21591363, dob: )**

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

**esomeprazole magnesium 40 mg capsule,delayed release** 02/25/19 renewed
TAKE 1 CAPSULE DAILY

**Estrace 1 mg tablet** 08/21/19 entered

**Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** 10/02/19 prescribed
Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.
**Internal Note:** PA approved 6/9/19-78/20

**Imitrex 50 mg tablet** 01/15/20 prescribed
TAKE 1 TAB AT ONSET OF MIGRAINE, MAY REPEAT AFTER 2 HOURS X 1

**Lyrica 100 mg capsule** 11/05/19 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** 11/17/17 entered

**predniSONE 20 mg tablet** 10/11/19 prescribed
2 po x 3 days, then 1 po x 3 days

**Probiotic** 11/17/17 entered

**tiZANidine 4 mg tablet** 04/18/19 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems

- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
**Family Medicine**
Tobacco cessation counseling provided date: (Notes: tdotson14 answered No to the Tobacco cessation counseling provided question on 04/09/2019.)
Alcohol intake: None
Marital status: Married
Occupation: Toyota/on medical leave
Illicit drugs: no
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 01/15/2020
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
Procedure on wrist
Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
Tonsillectomy - 1973
Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

## GYN History

Reviewed GYN History

## Obstetric History

Reviewed Obstetric History

## Past Medical History

Reviewed Past Medical History
Allergies/Hayfever: **Y**
Arthritis: **Y**
Chicken Pox: **Y**
Headaches: **Y**
Vision or Eye Problems: **Y** - **glasses**

## HPI

Jamie is a 50-year-old non-smoking female with history of psoriatic arthritis, IBS, chronic right shoulder pain, and hysterectomy now on HRT presenting for:

Headache-woke up Sunday morning with headache and has continued off and on since that time, varying in character. Originally felt like it was on top of her head and felt like she needed to hold her head for relief. At another point he felt like poking in her ears. Most recently, it has been an intermittent, left-sided pain behind and medial to left eye. She says it will fade out and then come back. She endorses some photophobia and phonophobia, but says this is common with most headaches for her. She does have a history of migraines in early adulthood which improved following hysterectomy. Varying in intensity. She drinks plenty of water. Denies any vision changes, eye discharge/drainage, rhinorrhea, nasal congestion, nausea, vomiting, fevers. No eyelid swelling. She has tried Tylenol and ibuprofen without success. No new medications. No specific triggers identified. Her symptoms are overall better than at the onset on Sunday, not hurting on top of her head as much as it was which was more uncomfortable. She does endorse a lot of anxiety at home, possibly worsened recently.

He does endorse some coldness in hands and feet but attributes this to her autoimmune condition. Denies any other extremity

numbness/tingling/weakness.

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 51-year-old
female.

GENERAL: No acute distress.
EYES: No erythema or discharge.
ENT: No pharyngeal erythema or exudate. No sinus tenderness to palpation. No nasal drainage.
LYMPH: No anterior or posterior cervical lymphadenopathy
HEAD: Normocephalic. Atraumatic.
CARDIOVASCULAR: Regular rate and rhythm. No murmurs appreciated.
RESPIRATORY: Lungs clear to auscultation bilaterally. No wheezing/rales/rhonchi. Normal work of breathing.
MUSCULOSKELETAL: Moving all extremities. Gait intact.
SKIN: Warm and dry. Normal color.
NEUROLOGICAL: Awake and alert. CN II-XII intact. PEERL. SILT all ext. Strength 5/5 and symmetric in all ext.
PSYCHOLOGICAL: Normal mood and affect.

## Assessment / Plan

**. Headache** -

Unclear etiology this time. Located around/behind left eye, symptoms not consistent with cluster headache or acute sinusitis. Also not classic for migraine. However, will prescribe trial of Imitrex. Continue to stay well-hydrated. Her current Tylenol/ibuprofen as needed, though discussed avoidance of overuse in order to avoid rebound headaches. Will refer to neuro if needed. No red flag symptoms at this time, but may need to pursue imaging. Will obtain labs as below.

Of note, pt mentioned during her appointment that she mentioned these headaches to ENT and they didn't seem to address it. Last appointment with ENT was on 1/3, so timeline is less clear as she said her current headache issues started on Sunday.

Per ENT note from 1/3, she has very large but symmetrical lingual tonsils bothering her for at least 3 months. Mentioned that largely will tonsils are also obstructing her breathing to some extent when she sleeps. If there is OSA induced from, this could be contributing to headaches.

R51: Headache

- Imitrex 50 mg tablet - TAKE 1 TAB AT ONSET OF MIGRAINE, MAY REPEAT AFTER 2 HOURS X 1 Qty: 6 tablet(s) Refills: 0 Pharmacy: WALMART PHARMACY 7259

**. Adult health examination** -

Z00.00: Encounter for general adult medical examination without abnormal findings

- CBC
- CMP
- THYROID STIMULATING HORMONE (TSH)

**›atient Instructions**

**›iscussion Notes**
RTC if symptoms persist.

## Return to Office

- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/12/2020 at 09:30 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 03/05/2020 at 09:15 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

**REECE, JAMIE H (id #21591363, dob: )**
Encounter signed-off by COLLIN ST. CLAIR, DO, 01/15/2020.
Encounter performed and documented by COLLIN ST. CLAIR, DO
Encounter reviewed & signed by COLLIN ST. CLAIR, DO on 01/15/2020 at 6:07pm

**Encounter Date: 01/03/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 01/03/2020 08:50AM |
| **DOB** | | **Service Dept.** | KY ENT FOUNTAIN CT |
| **Provider** | RAY M VAN METRE, MD | | |

**Insurance**
Med Primary: BCBS-OH (PPO)
Insurance # : TOAAN1313675
Policy/Group # : 003320100TEAP064
Employer Name : TOYOTA
Med Worker's Comp: MSMM
Referring Provider Name : DONEGAN, RYAN P
Employer Name : KELLY SERVICES
Case # : SA211932PVY
Case Injury Date : 01/30/2018
Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC
Insurance # : 09221968
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: EXPRESS SCRIPTS - Member is eligible. details

## Chief Complaint

Followup: Intermittent dysphagia

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (877) 222-7336, Fax (800) 391-9707

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 01/03/2020 08:55 am | **Wt:** | 186 lbs 01/03/2020 08:57 am | **BMI:** | 29.1 01/03/2020 08:57 am |
| **T:** | 97 F° temporal artery 01/03/2020 08:56 am | **BP:** | 115/69 sitting R wrist 01/03/2020 08:56 am | **Pulse:** | 92 bpm 01/03/2020 08:56 am |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

**amitriptyline 10 mg tablet** — 06/20/19 prescribed
Take 1 tablet(s) every day by oral route at bedtime.

**cefdinir 300 mg capsule** — 10/11/19 prescribed
Take 1 capsule(s) every 12 hours by oral route for 7 days.

**Diflucan 150 mg tablet** — 10/11/19 prescribed
Take 1 tablet(s) every day by oral route for 2 days.

**esomeprazole magnesium 40 mg capsule,delayed release** 02/25/19 renewed
TAKE 1 CAPSULE DAILY

**Estrace 1 mg tablet** 08/21/19 entered
Take 1 tablet(s) every day by oral route.

**Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** 10/02/19 prescribed
Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.
**Internal Note:** PA approved 6/9/19-78/20

**Lyrica 100 mg capsule** 11/05/19 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** 11/17/17 entered

**predniSONE 20 mg tablet** 10/11/19 prescribed
2 po x 3 days, then 1 po x 3 days

**Probiotic** 11/17/17 entered

**tiZANidine 4 mg tablet** 04/18/19 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Vaccines not reviewed (last reviewed 11/05/2019)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
**ENT**

Tobacco cessation counseling provided date: (Notes: tdotson14 answered No to the Tobacco cessation counseling provided question on 04/09/2019.)
Alcohol intake: Occasional
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 09/23/2019
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Tonsillectomy - 1973

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 08/21/2019)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**
Allergies/Hayfever: **Y**
Arthritis: **Y**
Headaches: **Y**
Migraines: **Y**

## HPI

Jamie returns today in follow up of globus sensation and dysphagia. She states that since her last visit, her throat is still bothersome for her. She reports that there is still a lump in her throat. Jamie says that the dysphagia is slightly improving but the lump is still the same. She denies any hoarseness. She denies any pain.

## ROS

Patient reports **difficulty swallowing**; **lump in throat**. She reports no fatigue. She reports no eye itching. She reports no hearing loss, no difficulty hearing, no ear pain, and no vertigo. She reports no nasal congestion and no blockage/obstruction. She reports no frequent headaches. She reports no chest pain. She reports no wheezing and no shortness of breath. She reports no painful swallowing and no heartburn. She reports no swollen glands. She reports no rash and no skin itching. She reports no endocrine symptoms. She reports no sneezing and no runny nose.

## Physical Exam

Patient is a 51-year-old female.

**Constitutional:** General Appearance: healthy-appearing; **patient is alert and oriented**.

**Head/Face:** Inspection: no masses or lesions.

**Eyes:** Pupils: PERRLA.

**Ears:** Right External auditory canal: normal appearance. Left External auditory canal: normal appearance. Right Tympanic membrane: landmarks clear. Left Tympanic membrane: landmarks clear.

**Nose:** Nasal Mucosa: normal and pink and moist. Septum: **deviated to the left**. Turbinates: normal size and confrontation.

**Oral Cavity/Mouth:** Oral Mucosa: normal and moist. Tonsils: tonsils absent. Posterior pharynx: normal. Hypopharynx: normal hypopharynx. Larynx: **very large but symmetric lingual tonsils; no evidence of malignancy**. Nasopharynx: normal.

**Neck:**Neck: symmetrical. Thyroid: symmetric.

**Respiratory:**Inspection/Auscultation: normal breath sounds.

**Cardiovascular System:**Auscultation: regular rate and rhythm.

**Lymph Nodes:**Cervical: no palpable lymph node enlargement.

**Neurological System:**Mood and affect: normal mood and affect.

Patient consented to photography of the affected area(s) today for the purpose of documentation and future comparison.

## Procedure Documentation

**Laryngoscopy Flex:**

Flexible Laryngoscopy

Topical anesthetic was applied. Laryngoscopy was carried out in the usual fashion through the right nares. Lingual tonsil hypertrophy noted. The vallecula, base of tongue, supraglottic and glottic structures are without lesions, masses or edema. TVCs adduct and abduct normally. The arytenoids and entire endolarnyx is not inflamed. Leukoplakia is not noted. On the pharyneal walls and in the pyriform sinuses, masses are not noted. There are no pooling of secretions appreciated. very large but symmetric lingual tonsils; no evidence of malignancy

## Assessment / Plan

**. Hypertrophy of lingual tonsil**
J35.3: Hypertrophy of tonsils with hypertrophy of adenoids

**. Feeling of lump in throat**
F45.8: Other somatoform disorders

**. Dysphagia**
R13.10: Dysphagia, unspecified

- LEARNING ABOUT SWALLOWING PROBLEMS

**. Choking sensation** -

R09.89: Other specified symptoms and signs involving the circulatory and respiratory systems

**. Chronic laryngitis**
J37.0: Chronic laryngitis

**. Cough**
R05: Cough

**. Facial swelling**
R22.0: Localized swelling, mass and lump, head

**. Pain in face**
R51: Headache

**. Chronic sinusitis**

J32.9: Chronic sinusitis,
unspecified

**0. Nasal congestion**

R09.81: Nasal congestion

**1. Allergic rhinitis**

J30.9: Allergic rhinitis,
unspecified

**'atient Instructions**

1. Flexible laryngoscopy performed today; clinical photographs obtained - full risks, complications, and benefits of in-office procedure have been thoroughly discussed. Understanding was expressed, informed consent given, and we will proceed with the discussed in-office treatment plan.

2. Refer to the University of Kentucky

3. F/u PRN

**)iscussion Notes**

troublesome situation with very large but symmetric lingual tonsils that have now been bothering her for at least three months; endoscopy today shows no change since visit in 10/19; does not appear to represent malignancy but she is on Humira and very worried about the possibility of cancer; the large lingual tonsils are also obstructing her breathing to some extent when she sleeps; tried some prednisone but that didn't help; I'm really out of ideas to improve her situation and would like to avoid an invasive biopsy; will get a second opinion from the head and neck Otolaryngology specialists at UK to see if they have any other ideas

## Return to Office

- to see RAY M VAN METRE, MD for RECHECK at KY ENT FOUNTAIN CT on or around 01/14/2020
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/12/2020 at 09:30 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 03/05/2020 at 09:15 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by RAY M VAN METRE, MD, 01/03/2020.

Encounter performed by RAY M VAN METRE, MD
Encounter scribed for RAY M VAN METRE, MD by Kelsey Garrett
Encounter signed by Kelsey Garrett as scribe at 01/03/2020 at 9:16am
Encounter reviewed & signed by RAY M VAN METRE, MD on 01/03/2020 at 9:29am

**REECE, JAMIE H (id #21591363, dob: )**








**Encounter Date: 11/05/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 11/05/2019 10:15AM |
| **DOB** | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

shoulder pain

Jamie Reece 51 y/o female is following up to clinic regarding pain in right shoulder and forearm in the setting of CRPS. Pain is reported constant and states the pain is traveling to the left arm and hand. Patient states that she fell off her bed and broken her right wrist and tailbone and had to have surgery on her wrist. She reports inflammation of the left digitals and hand.

## Patient's Care Team

**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (877) 222-7336, Fax (800) 391-9707

## Vitals

11/05/2019 10:31 am

**Ht:** 5 ft 7 in

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) every day by oral route at bedtime. | 06/20/19 | prescribed |
| **cefdinir 300 mg capsule**<br>Take 1 capsule(s) every 12 hours by oral route for 7 days. | 10/11/19 | prescribed |
| **Diflucan 150 mg tablet**<br>Take 1 tablet(s) every day by oral route for 2 days. | 10/11/19 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |

Take 1 tablet(s) every day by oral route.

**Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** 10/02/19 prescribed
Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.
**Internal Note:** PA approved 6/9/19-78/20

**Lyrica 100 mg capsule** 11/05/19 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** 11/17/17 entered

**predniSONE 20 mg tablet** 10/11/19 prescribed
2 po x 3 days, then 1 po x 3 days

**Probiotic** 11/17/17 entered

**tiZANidine 4 mg tablet** 04/18/19 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 10/11/2019)

Mother - Arthritis
Father - Hypertensive disorder
- Hypercholesterolemia
- Family history of cancer

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes

Most Recent Tobacco Use Screening: 09/23/2019
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 08/21/2019)

## Past Medical History

Reviewed Past Medical History
Arthritis: **Y**
Headaches: **Y**

## HPI

51-year-old female presenting for follow-up with regards to medication management the setting of fibromyalgia. She does have a history of psoriatic arthritis managed by rheumatology, Dr. Abbas, on Humira. She had a recent fall with right wrist fracture now s/p surgery. She has a hard cast in place.

## ROS

Patient reports **muscle aches, muscle weakness, arthralgias/joint pain, and swelling in the extremities**but reports no back pain and no neck pain. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 51-year-old female.

**Constitutional:**General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD.

**Psychiatric:**Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:**Head: normocephalic and atraumatic.

**Eyes:**Pupils: PERRLA. EOM: EOMI.

**Neck:**Neck: supple and trachea midline.

**Lungs:**Respiratory effort: no dyspnea.

**Cardiovascular System:**Heart Auscultation: RRR.

**Abdomen:**Bowel Sounds: normal. Inspection and Palpation: soft and non-

distended.

**Musculoskeletal::**Joints, Bones, and Muscles: normal movement of all extremities and**tenderness (cervical paraspinals and trapezius muscles)**; **right arm cast**. Extremities: **edema (right and left hand, left forearm)**.

**Motor Strength:**Motor Strength and Tone: normal and normal tone. C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

**Neurologic:**Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:**Inspection and palpation: no rash or lesions.

**Spine - Special Tests:**Cervical Spine negative axial loading test and Spurling's test and (normal) cervical spine. Other Findings **Myofascial pain**.

## Assessment / Plan

51-year-old female presenting for follow-up with regards to medication management the setting of CRPS. Unfortunately, patient experienced a fall from a windowsill with subsequent fracture of her right wrist. She is status post open reduction internal fixation with hardware in place. She presents today with a hard cast on the right wrist and forearm. She reports a distressing time in and around her surgery with regards to pain management control. She does not generally respond well to opioid pain medicines secondary to inadequate analgesia and was concerned that she would not be appropriately controlled in terms of her pain regimen following surgery. Fortunately, patient underwent regional block with pain pump placed which did help control her symptoms. She does note some edema in the right hand as well as occasional symptoms on the left principally in the hand and forearm. She reports that these are sporadic in nature. Given her evolving situation, we will plan to leave her current medication regiment unchanged at this time. She does note improvement in symptoms with the use of Lyrica 100 mg 3 times a day. She denies any adverse side effects. She does note ability to perform her ADLs. We'll plan to refill her Lyrica for a 3 month supply. I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient has a signed pain management agreement per clinic policy. Urine drug screen is up to date and appropriate as per Kentucky medical board guidelines. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient. Patient will follow up in 4 months for further evaluation.

**. Complex regional pain syndrome**

M89.00: Algoneurodystrophy, unspecified site

- Lyrica 100 mg capsule - Take 1 capsule(s) 3 times a day by oral route. Qty: 90 capsule(s) Refills: 4 Pharmacy: WALMART PHARMACY 7259

**'atient Instructions**

WRAP-UP
Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- Refill Lyrica

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

## Return to Office

- COLLIN ST. CLAIR, DO for RECHECK at FAMILY MEDICINE ANDOVER on 11/21/2019 at 09:15 AM

- to see RAY M VAN METRE, MD for RECHECK at KY ENT FOUNTAIN CT on or around 01/14/2020
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/12/2020 at 09:30 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 03/05/2020 at 09:15 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 11/05/2019.
Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 11/05/2019 at 11:15am

**Encounter Date: 10/11/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 10/11/2019 08:40AM |
| **DOB** | | **Service Dept.** | KY ENT FOUNTAIN CT |
| **Provider** | RAY M VAN METRE, MD | | |

**Insurance**
Med Primary: BCBS-OH (PPO)
Insurance # : TOAAN1313675
Policy/Group # : 003320100TEAP064
Employer Name : TOYOTA
Med Worker's Comp: MSMM
Referring Provider Name : DONEGAN, RYAN P
Employer Name : KELLY SERVICES
Case # : SA211932PVY
Case Injury Date : 01/30/2018
Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC
Insurance # : 09221968
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: EXPRESS SCRIPTS - Member is eligible. details

## Chief Complaint

Dysphagia, Sinusitis/Allergy

## Patient's Care Team

**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (877) 222-7336, Fax (800) 391-9707

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 10/11/2019 08:38 am | **Wt:** | 177 lbs 4 oz 10/11/2019 08:42 am | **BMI:** | 27.8 10/11/2019 08:42 am |
| **T:** | 97.6 F° temporal artery 10/11/2019 08:40 am | **BP:** | 134/100 sitting L arm 10/11/2019 08:40 am | **Pulse:** | 80 bpm 10/11/2019 08:40 am |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

**amitriptyline 10 mg tablet** 06/20/19 prescribed
Take 1 tablet(s) every day by oral route at bedtime.

**cefdinir 300 mg capsule** 10/11/19 prescribed
Take 1 capsule(s) every 12 hours by oral route for 7 days.

**Diflucan 150 mg tablet** 10/11/19 prescribed
Take 1 tablet(s) every day by oral route for 2 days.

**esomeprazole magnesium 40 mg capsule,delayed release** 02/25/19 renewed
TAKE 1 CAPSULE DAILY

**Estrace 1 mg tablet** 08/21/19 entered
Take 1 tablet(s) every day by oral route.

**Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** 10/02/19 prescribed
Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.
**Internal Note:** PA approved 6/9/19-78/20

**Lyrica 100 mg capsule** 08/06/19 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** 11/17/17 entered

**predniSONE 20 mg tablet** 10/11/19 prescribed
2 po x 3 days, then 1 po x 3 days

**Probiotic** 11/17/17 entered

**tiZANidine 4 mg tablet** 04/18/19 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADol 50 mg tablet** 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Vaccines not reviewed (last reviewed 10/02/2019)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of |

- Family history of cancer

## Social History

Reviewed Social History
**ENT**
Tobacco cessation counseling provided date: (Notes: tdotson14 answered No to the Tobacco cessation counseling provided question on 04/09/2019.)
Alcohol intake: Occasional
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 09/23/2019
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
Tonsillectomy - 1973

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 08/21/2019)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**
Allergies/Hayfever: **Y**
Arthritis: **Y**
Headaches: **Y**
Migraines: **Y**

## HPI

Jamie is being seen in the office in consultation at the request of Dr. Ryan Donegan for an evaluation of globus sensation and facial swelling below left eye. She has been experiencing these symptoms for about 4-6 weeks. About 30 years ago, she had sinus surgery on the left side done by Dr. Wardrop. She does have concerns with choking after swallowing. She had a Barium Swallow study done which reportedly was clear. She notes no difficulty breathing on a daily basis. She is currently struggling with allergies that are causing nasal congestion, gum pain, cough and fever. She does not have a history of tobacco use.

## ROS

Patient reports **fever** but reports no fatigue. She reports**nasal congestion, nose/sinus problems, rhinorrhea, and sinus pressure** but reports no blockage/obstruction. She reports**difficulty swallowing**; **lump in throat; choking sensation**. She reports **frequent headaches**. She reports **shortness of breath** but reports no wheezing. She reports**runny nose** but reports no sneezing. She reports no eye itching. She reports no hearing loss, no difficulty hearing, no ear pain, and no vertigo. She reports no chest pain. She reports no painful swallowing and no heartburn. She reports no swollen glands. She reports no depression. She reports no muscle aches. She reports no rash and no skin itching. She reports no endocrine symptoms.
**Additionally reports:**

**severe facial pain**

## Physical Exam

Patient is a 51-year-old female.

**Constitutional:**General Appearance: healthy-appearing; **patient is alert and oriented**.

**Head/Face:**Inspection: no masses or lesions.

**Eyes:**Pupils: PERRLA.

**Ears:** Right External auditory canal: normal appearance. Left External auditory canal: normal appearance. Right Tympanic membrane: landmarks clear. Left Tympanic membrane: landmarks clear.

**Nose:** Nasal Mucosa: **irritated mucosa** and **purulent drainage**. Septum: not markedly deformed. Turbinates: normal size and confrontation.

**Oral Cavity/Mouth:** Oral Mucosa: normal and moist. Tonsils: tonsils absent. Posterior pharynx: normal. Hypopharynx: normal hypopharynx; **prominent lingual tonsils; symmetric**. Nasopharynx: normal.

**Neck:** Neck: symmetrical. Thyroid: symmetric.

**Respiratory:** Inspection/Auscultation: normal breath sounds.

**Cardiovascular System:** Auscultation: regular rate and rhythm.

**Lymph Nodes:** Cervical: no palpable lymph node enlargement.

**Neurological System:** Mood and affect: normal mood and affect.

Patient consented to photography of the affected area(s) today for the purpose of documentation and future comparison.

## Procedure Documentation

**Laryngoscopy Flex:**

Flexible Laryngoscopy

Topical anesthetic was applied. Laryngoscopy was carried out in the usual fashion through the left nares. The vallecula, base of tongue, supraglottic and glottic structures are without lesions, masses or edema. She has very prominent lingual tonsils. TVCs adduct and abduct normally. The arytenoids and entire endolarnyx is not inflamed. Leukoplakia is not noted. On the pharyneal walls and in the pyriform sinuses, masses are not noted. There are no pooling of secretions appreciated.

## Assessment / Plan

**. Feeling of lump in throat**

F45.8: Other somatoform disorders

- prednisone 20 mg tablet - 2 po x 3 days, then 1 po x 3 days Qty: 9 tablet(s) Refills: 0 Pharmacy: WALMART PHARMACY 7259

**. Choking sensation -**

R09.89: Other specified symptoms and signs involving the circulatory and respiratory systems

- cefdinir 300 mg capsule - Take 1 capsule(s) every 12 hours by oral route for 7 days. Qty: 14 capsule(s) Refills: 0 Pharmacy: WALMART PHARMACY 7259
- Diflucan 150 mg tablet - Take 1 tablet(s) every day by oral route for 2 days. Qty: 2 tablet(s) Refills: 1 Pharmacy: WALMART PHARMACY 7259

**. Chronic laryngitis**

J37.0: Chronic laryngitis

**. Cough**

R05: Cough

**. Hypertrophy of lingual tonsil**

J35.3: Hypertrophy of tonsils with hypertrophy of adenoids

**. Facial swelling**
R22.0: Localized swelling, mass and lump, head

**. Pain in face**
R51: Headache

**. Chronic sinusitis**
J32.9: Chronic sinusitis, unspecified

**. Nasal congestion**
R09.81: Nasal congestion

**0. Allergic rhinitis**
J30.9: Allergic rhinitis, unspecified

**1. Dysphagia**
R13.10: Dysphagia, unspecified
- LEARNING ABOUT SWALLOWING PROBLEMS

**'atient Instructions**

1. Laryngoscopy Flex scope performed- full risks, complications, and benefits of in-office procedure have been thoroughly discussed. Understanding was expressed, informed consent given, and we will proceed with the discussed in-office treatment plan.

2. Reviewed vocal hygiene precautions, including vocal rest, saltwater gargles, increased hydration, avoid medications with a drying effect (e.g. antihistamines, diuretics), and utilizing sialogogues

3. RX- Prednisone, Cefdinir and Diflucan

4. F/U January 2020

**)iscussion Notes**

choking sensation along with feeling of lump in throat which appears to be due to enlarged symmetric lingual tonsils; assured her this does not appear to be any indication of cancer (she is on Humira so that has her worried); will try tapered prednisone to see if that helps the lingual tonsil size subside; also given cefdinir for acute sinusitis; follow up in Jan 2020 to check her progress or sooner if more trouble

## Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 10/24/2019 at 11:15 AM
- COLLIN ST. CLAIR, DO for RECHECK at FAMILY MEDICINE ANDOVER on 11/21/2019 at 09:15 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/12/2020 at 09:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by RAY M VAN METRE, MD, 10/11/2019.

Encounter performed by RAY M VAN METRE, MD
Encounter scribed for RAY M VAN METRE, MD by Jasmine Barrick
Encounter signed by Jasmine Barrick as scribe at 10/11/2019 at 9:09am
Encounter reviewed & signed by RAY M VAN METRE, MD on 10/11/2019 at 9:17am

**REECE, JAMIE H (id #21591363, dob: )**



10/11/2019



10/11/2019



10/11/2019



10/11/2019





**Encounter Date: 10/02/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 10/02/2019 10:30AM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SYED HAIDER ABBAS, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (844) 516-3319, Fax (800) 391-9707

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 10/02/2019 10:41 am | **Wt:** | 180 lbs 10/02/2019 10:41 am | **BMI:** | 28.2 10/02/2019 10:41 am |
| **BP:** | 106/70 sitting L arm 10/02/2019 10:43 am | **BP Cuff Size:** | adult 10/02/2019 10:43 am | **Pulse:** | 68 bpm regular 10/02/2019 10:43 am |
| **RR:** | 12 10/02/2019 10:43 am | | | | |

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) every day by oral route at bedtime. | 06/20/19 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **Estrace 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 08/21/19 | entered |

**REECE, JAMIE H (id #21591363, dob: )**

**Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** 10/02/19 prescribed
Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.
**Internal Note:** PA approved 6/9/19-78/20

**Lyrica 100 mg capsule** 08/06/19 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** 11/17/17 entered

**Probiotic** 11/17/17 entered

**tiZANidine 4 mg tablet** 04/18/19 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 09/23/2019
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 08/21/2019)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**

## HPI

seen today as a follow-up on psoriatic arthritis. Currently she is on Humira injections every 2 weeks and denies any side effects.

however her biggest concern and pain remains in the right upper extremity and lately in the left upper extremity. She describes these pains as burning, tingling and at times sharp associated with swelling of the distal arm. She has a history of complex regional pain syndrome involving the right upper extremity and seems like she is having similar symptoms in left upper extremity.

## ROS

Patient reports **arthralgias/joint pain and swelling in joints; right and left upper extremity**. She reports **psoriasis (stable)** but reports no rashes, no ulcers, no loss of hair, and no tightening of the skin. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no pleuritic chest pain, no shortness of breath when walking, no shortness of breath when lying down, and no Raynaud's Phenomenon. She reports no cough, no wheezing, no shortness of breath, and no coughing up blood.
**ROS as noted in the HPI**

## Physical Exam

Patient is a 51-year-old
female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally and normal tandem gait test.

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Neck:** Neck: FROM, trachea midline, and no masses. Lymph Nodes: no cervical LAD, supraclavicular LAD, axillary LAD, or inguinal LAD. Thyroid: no enlargement, tenderness, or nodules.

**Lungs:** Respiration: no dyspnea and good air movement. Percussion: no dullness, flatness, or hyperresonance. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal and CTA except as noted.

**Cardiovascular System:** Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no JVD. Pulses including femoral / pedal: normal throughout.

**Musculoskeletal System:** Joints, Bones, and Muscles: **tenderness (right shoulder and left distal arm.); no synovitis or dactylitis noted. No induration noted.**. Extremities: **edema (distal right and left, cool to touch without any erythema)**.

## Assessment / Plan

**. Psoriasis with arthropathy** -

51-year-old female with chronic well-controlled psoriatic arthritis.

currently on Humira injections at 40 mg every 2 weeks.

No side effects reported.

No interval infections reported.

most of her pain as detailed below secondary to complex regional pain syndrome.

I suggested her to maintain the current Humalog dose and repeat labs today.

L40.50: Arthropathic psoriasis, unspecified

- PSORIASIS: CARE INSTRUCTIONS
- Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit - Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days. Qty: 3 kit(s) of 2 Refills: 3 Pharmacy: ACCREDO Note to Pharmacy: fill when due

**. Complex regional pain syndrome** -

Please see my previous notes for details.

Briefly, has CRPS Type I, right arm after right shoulder and elbow injury due to repititive work at Toyota factory. Initially symptoms started some time early January 2018.

she is currently followed at the pain management clinic and is now on Lyrica at 100 mg 3 times a day.

lately, she has noticed similar symptoms involving her left upper extremity especially the distal forearm. Once again her pains are out of proportions to the physical findings and associated with varying degree of numbness tingling burning at times subjective feeling of swelling. All these findings are more characteristic of complex regional pain syndrome rather than psoriatic arthritis.

She will continue with the suggestions of the pain management clinic..

M89.00: Algoneurodystrophy, unspecified site

- LEARNING ABOUT HEALTHY WEIGHT
- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS

**. Long-term drug therapy** -

needs to have a CBC today.

Repeat TB test in summer.

last TB test wa sin 8/2019.

Z79.899: Other long term (current) drug therapy

- CBC

## Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 10/24/2019 at 11:15 AM
- COLLIN ST. CLAIR, DO for RECHECK at FAMILY MEDICINE ANDOVER on 11/21/2019 at 09:15 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/12/2020 at 09:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by SYED HAIDER ABBAS, MD, 10/02/2019.

Encounter performed and documented by SYED HAIDER ABBAS, MD
Encounter reviewed & signed by SYED HAIDER ABBAS, MD on 10/02/2019 at 12:24pm

**Encounter Date: 09/23/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE. JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 09/23/2019 01:45PM |
| **DOB** | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | ELLEN J FLINCHUM, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # : 09221968<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

Followup: Complex regional pain syndrome

Jamie Reece 51 y/o female is following up after the CRPS, in the setting of medication management patient regiment consist of pregabalin 100 mg TID, she reports alleviation with this medication management. She reports today swollen knots in her hands that ache really bad. Pain today is rated a 4 on pain scale.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (901) 385-3600, Fax (800) 391-9707

## Vitals

09/23/2019 02:17 pm

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in | **Wt:** | 178 lbs | **BMI:** | 27.9 |
| **BP:** | 122/62 sitting | **Pain Scale:** | 4 | | |

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

**amitriptyline 10 mg tablet** 06/20/19 prescribed
Take 1 tablet(s) every day by oral route at bedtime.

**esomeprazole magnesium 40 mg capsule,delayed release** 02/25/19 renewed
TAKE 1 CAPSULE DAILY

**Estrace 1 mg tablet** 08/21/19 entered
Take 1 tablet(s) every day by oral route.

**Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** 08/12/19 prescribed
Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.
**Internal Note:** PA approved 6/9/19-78/20

**Lyrica 100 mg capsule** 08/06/19 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** 11/17/17 entered

**Probiotic** 11/17/17 entered

**tiZANidine 4 mg tablet** 04/18/19 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Globus sensation - Onset: 07/13/2017
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker

Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 09/23/2019
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 08/21/2019)

## Past Medical History

Reviewed Past Medical History
Headaches: **Y**

## HPI

The pt complains of RUE CRPS and pain in left hand, occasionally in left forearm.The pt is not experiencing problems with bowel movements. The pt is not having any difficulty with urination. The pt is sleeping approximately 8 hours per night. The pt reports that she has not fallen since her last ov.. The pt ambulates without an AD. The pt is alone at today's visit. This is a patient of Dr. Roden's.
Etoh--Denied. Tobacco-Denied.

## ROS

Patient reports **muscle aches, muscle weakness, arthralgias/joint pain, back pain, and swelling in the extremities** but reports no neck pain. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 51-year-old
female.

**Constitutional:**General Appearance: **pleasant.**.

**Psychiatric:**Orientation: oriented to time, place, and person. Mood and Affect: normal mood and affect and active and alert.

**Gait and Station:**Appearance: **Steady, without an AD. The pt does swing her arms B.**.

**Motor Strength:**L1 Motor Strength on the Right: hip flexion iliopsoas 5/5. L1 Motor Strength on the Left: hip flexion iliopsoas 5/5. L2-L4 Motor Strength on the Right: knee extension quadriceps 5/5. L2-L4 Motor Strength on the Left: knee extension quadriceps 5/5; **MMT: BUE-Deltoids, Biceps, finger flexors-5/5.**
**AROM: BUE-shoulder abd, EF/EE, finger flexors-WFL B.**.

HEENT: Head-NCAT, Eyes-EOMI, oropharynx clear

Skin: Visualized skin with no acute or worrisome lesions noted. Today, BUE-appear to be the same temperature, some slight color difference on the right hand compared to the left. The pt does tolerate palpation of the BUE.

Neurologic: CN III-XII grossly intact B, Sensation grossly intact to LT/PP BUE.

## Assessment / Plan

Plan:
I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient signed pain management agreement per clinic policy. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient.
Labs: The pt was not sent for urine drug testing today. The pt is prescribed chronic pain medication.
Physical Therapy/Activities/Exercise: The pt states she does do some exercising.
Medications: The pt has a dx of CRPS. It is in her RUE and she is concerned it is moving to her left. She did have an injection in her left hand by Dr. Abbas, but it has not helped as much as she hoped it would. She is doing the same things to help her left hand as she does to help with her RUE. She states it does seem to be slightly improved. We are going to go ahead and have her f/u with Dr. Roden before her last lyrica prescription runs out to see if her left hand is continuing to improve. The pt has been prescribed lyrica 100 mg, 3x/day. She also has been prescribed tizanidine, 3x/day. The lyrica was sent in on 8/5/19 with two refills. The tizanidine was prescribed on 4/18/19, 90 day supply, with 2 refills.
Preventative Care:Dr. Collin St. Clair for her rheumatologist. Dr. Abbas is her rheumatologist.
Return to Clinic in before 11/6/19 to f/u on the treatment plan with Dr. Roden.

. **Complex regional pain syndrome -**

in right shoulder and right forearm.

M89.00: Algoneurodystrophy, unspecified site

. **Pain of left hand**
M79.642: Pain in left hand

. **Pain in left arm**
M79.602: Pain in left arm

. **Pain in right arm**
M79.601: Pain in right arm

## Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 11/04/2019 at 09:45 AM
- COLLIN ST. CLAIR, DO for RECHECK at FAMILY MEDICINE ANDOVER on 11/21/2019 at 09:15 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/12/2020 at 09:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by ELLEN J FLINCHUM, MD, 09/23/2019.
Encounter performed and documented by ELLEN J FLINCHUM, MD
Encounter reviewed & signed by ELLEN J FLINCHUM, MD on 09/23/2019 at 6:22pm

**Encounter Date: 09/05/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 09/05/2019 09:30AM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SYED HAIDER ABBAS, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC | | |

**REECE, JAMIE H (id #21591363, dob:**

Insurance # :
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: EXPRESS SCRIPTS - Member is eligible. details

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (901) 385-3600, Fax (800) 391-9707

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 09/05/2019 10:04 am | **Wt:** | 180 lbs 09/05/2019 10:04 am | **BMI:** | 28.2 09/05/2019 10:04 am |
| **BP:** | 105/71 sitting L arm 09/05/2019 10:05 am | **BP Cuff Size:** | adult 09/05/2019 10:05 am | **Pulse:** | 65 bpm regular 09/05/2019 10:06 am |
| **RR:** | 18 09/05/2019 10:05 am | | | | |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) every day by oral route at bedtime. | 06/20/19 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **Estrace 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 08/21/19 | entered |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit**<br>Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.<br>**Internal Note:** PA approved 6/9/19-78/20 | 08/12/19 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 08/06/19 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 04/18/19 | prescribed |
| **ZyrTEC 10 mg capsule** | 11/17/17 | entered |

Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Globus sensation - Onset: 07/13/2017
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 08/05/2019
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 08/21/2019)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**

## HPI

she seen today as a work in for evaluation of pain and swelling involving the left hand going over the last 2 weeks. No trauma or injury reported. No rashes reported. Denies any insect bites. She does have history of complex regional pain syndrome involving the right upper extremity. She also has psoriatic arthritis and is currently doing on Humira injections. No side effects reported.

## ROS

Patient reports **arthralgias/joint pain and swelling in joints**; **left hand**. She reports no difficulty hearing and no ear pain. She

reports no frequent nosebleeds and no nose/sinus problems. She reports no sore throat, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no pleuritic chest pain, no shortness of breath when walking, no shortness of breath when lying down, and no Raynaud's Phenomenon. She reports no cough, no wheezing, no shortness of breath, and no coughing up blood. She reports no abdominal pain, no constipation, no dysphagia, no vomiting, normal appetite, no diarrhea, and not vomiting blood. She reports no rashes, no ulcers, no loss of hair, no tightening of the skin, and no psoriasis.
**ROS as noted in the HPI**

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:**General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally and normal tandem gait test.

**Mental Status:**Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Neck:**Neck: FROM, trachea midline, and no masses. Lymph Nodes: no cervical LAD, supraclavicular LAD, axillary LAD, or inguinal LAD. Thyroid: no enlargement, tenderness, or nodules.

**Lungs:**Respiration: no dyspnea and good air movement. Percussion: no dullness, flatness, or hyperresonance. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal and CTA except as noted.

**Cardiovascular System:**Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no JVD. Pulses including femoral / pedal: normal throughout.

**Musculoskeletal System:**Joints, Bones, and Muscles: **tenderness (left hand and wrist swelling especially the left ring middle and index finger.**). Extremities: no edema.

## Procedure Documentation

**Injection Joint/Bursa, Interm, w/o US:**

After discussion of the risks and benefits, the patient consented to proceed with a steroid injection into the left wrist. Confirmed that the patient does not have history of prior adverse reactions, active infections, or relevant allergies. There was no effusion, erythema, or warmth, and the skin was clear.

The skin was prepped in a sterile fashion. Topical anesthesia was achieved with ethyl chloride. The joint was injected with 1 cc of DepoMedrol, 40 mg/ml, and Lidocaine. The injection was completed without complication, and a bandage was applied. The patient tolerated the procedure well and was instructed to avoid strenuous activity for the next 24-48 hours and to use ice, NSAIDs, or Tylenol for pain as needed. The patient will call immediately with any signs of infection or allergic reaction. The patient will return as needed.

Medication NDC#:0703-0045-01
Medication Lot#:31326734c
Medication Exp:10/2020.

Lidocaine/Marcaine NDC#:0409-4276-17
Lidocaine/Marcaine Lot#:90-030-DK
Lidocaine/Marcaine Exp: 06//2020

## Assessment / Plan

. **Swelling of hand** - Left -

recent left hand and wrist swelling, with her history of psoriasis when can consider psoriatic arthritis as the possible etiology. However, the nature of the swelling is somewhat atypical especially as his more diffuse and raises concerns about possibility of complex regional pain. Interestingly, she has history of right upper extremity complex regional pain syndrome.

I would like to give her a therapeutic trial of corticosteroid injection in the left wrist to see if this alleviates her symptoms. I would still like her to continue with the current dose of Humira.

R22.32: Localized swelling, mass and lump, left upper limb

## Return to Office

- THERESA A WILP, APRN for RECHECK at PAIN MEDICINE on 09/30/2019 at 09:15 AM
- COLLIN ST. CLAIR, DO for RECHECK at FAMILY MEDICINE ANDOVER on 11/21/2019 at 09:15 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/12/2020 at 09:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by SYED HAIDER ABBAS, MD, 09/05/2019.
Encounter performed and documented by SYED HAIDER ABBAS, MD
Encounter reviewed & signed by SYED HAIDER ABBAS, MD on 09/05/2019 at 10:28am

**Encounter Date: 08/21/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 08/21/2019 11:00AM |
| **DOB** | | **Service Dept.** | FAMILY MEDICINE ANDOVER |
| **Provider** | COLLIN ST. CLAIR, DO | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # : 09221968<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

ESTABLISH CARE

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (901) 385-3600, Fax (800) 391-9707
COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 08/21/2019 11:05 am | **Wt:** | 179 lbs 08/21/2019 11:05 am | **BMI:** | 28 08/21/2019 11:05 am |
| **BP:** | 128/85 sitting R arm 08/21/2019 11:16 am | **Pulse:** | 91 bpm 08/21/2019 11:16 am | **RR:** | 16 08/21/2019 11:16 am |
| **O2Sat:** | 98% Room Air at Rest 08/21/2019 11:17 am | | | | |

## Allergies

**REECE, JAMIE H (id #21591363, dob: )**

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) every day by oral route at bedtime. | 06/20/19 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **Estrace 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 08/21/19 | entered |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit**<br>Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days. | 08/12/19 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 08/06/19 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 04/18/19 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems

- Globus sensation - Onset: 07/13/2017
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

**REECE, JAMIE H (id #21591363, dob:**

## Social History

Reviewed Social History
**Family Medicine**
Non-smoker
Chewing tobacco: none
Tobacco-years of use: 0
Tobacco cessation counseling provided date: (Notes: tdotson14 answered No to the Tobacco cessation counseling provided question on 04/09/2019.)
Alcohol intake: Occasional
Marital status: Married
Occupation: Toyota/on medical leave
Illicit drugs: no
Tobacco Smoking Status: Never smoker
Smokeless Tobacco Status: Never used smokeless tobacco
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 08/05/2019

## Surgical History

Reviewed Surgical History
Total Hysterectomy - 01/01/2005

## GYN History

Reviewed GYN History

## Obstetric History

Reviewed Obstetric History

## Past Medical History

Reviewed Past Medical History
Allergies/Hayfever: **Y**
Chicken Pox: **Y**
Headaches: **Y**
Vision or Eye Problems: **Y - glasses**

## HPI

Jamie is a 50-year-old non-smoking female with history of psoriatic arthritis, IBS, chronic right shoulder pain, and hysterectomy now on HRT presenting to establish care. Patient previously following with family practice Associates.

Psoriatic arthritis-doing well on Humira. Follows with rheumatology.

IBS-follows with gastroenterology. Currently on amitriptyline, Nexium.

Complex regional pain syndrome-symptoms currently stable on Lyrica, tizanidine. Follows with pain management.

HRT-currently on estradiol 1 mg daily. Management by Dr. Green with women's care. Symptoms stable.

GAD- on problem list. Denies this being active problem. Denies excessive anxiety.

Allergies-on Zyrtec.

Heart palpitations-Occasional, chronic, previous work-up negative. Not problematic to patient.

## ROS

**Additionally reports:**

**Full ROS reviewed per document to be scanned into chart.**

## Physical Exam

Patient is a 50-year-old female.

GENERAL: Well-developed. Well-nourished. No acute distress.
EYES: No erythema or discharge.
HEAD: Normocephalic. Atraumatic.
CARDIOVASCULAR: Regular rate and rhythm. No murmurs appreciated.
RESPIRATORY: Lungs clear to auscultation bilaterally. No wheezing/rales/rhonchi. Normal work of breathing.
MUSCULOSKELETAL: Moving all extremities. Gait intact.
GASTROINTESTINAL: Soft. Non-tender. Non-distended.
SKIN: Warm and dry. Normal color.
NEUROLOGICAL: Awake and alert.
PSYCHOLOGICAL: Normal judgment, insight, mood, and affect.

## Assessment / Plan

Jamie is a 50-year-old non-smoking female with history of psoriatic arthritis, IBS, chronic right shoulder pain, and hysterectomy now on HRT presenting to establish care. Patient previously following with family practice Associates.

# Health Maintenance

Colonoscopy: Discuss at follow-up

Pap: Hysterectomy

Mammogram: Normal 2019 per patient

Shingrix: Discuss at follow-up

Hepatitis A: Discuss at follow-up

HIV: Declined, negative during pregnancy

**. Psoriatic arthritis** -

--Symptoms stable. Continue Humira and management per rheumatology.

L40.50: Arthropathic psoriasis, unspecified

**. Irritable bowel syndrome with diarrhea**-

--Symptoms stable. Continue current amitriptyline, Nexium.

K58.0: Irritable bowel syndrome with diarrhea

**. Complex regional pain syndrome** -

--Stable. Continue current Lyrica, tizanidine, and management per pain clinic.

M89.00: Algoneurodystrophy, unspecified site

- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS

**. Palpitations** -

--Chronic, unchanged. Not concerning/problematic to pt. No concerning associated symptoms. Pt reports negative work-up previously. CTM.

R00.2: Palpitations

- PALPITATIONS: CARE INSTRUCTIONS

**. Hormone replacement therapy** -

--Discussed risks/benefits of ERT. Continue management per Dr. Green (OBGYN, Women's care).

Z79.890: Hormone replacement therapy

- HORMONE THERAPY (HT): CARE INSTRUCTIONS

**. Allergic rhinitis** -

--Continue zyrtec.

J30.9: Allergic rhinitis, unspecified

- ALLERGIES: CARE INSTRUCTIONS
- MANAGING YOUR ALLERGIES: CARE INSTRUCTIONS

**. Adult health examination** -

Z00.00: Encounter for general adult medical examination without abnormal findings

- LIPID PANEL
- GLYCOHEMOGLOBIN A1C

## Return to Office

- THERESA A WILP, APRN for RECHECK at PAIN MEDICINE on 09/30/2019 at 09:15 AM
- COLLIN ST. CLAIR, DO for RECHECK at FAMILY MEDICINE ANDOVER on 11/21/2019 at 09:15 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/12/2020 at 09:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by COLLIN ST. CLAIR, DO, 08/21/2019.

Encounter performed and documented by COLLIN ST. CLAIR, DO
Encounter reviewed & signed by COLLIN ST. CLAIR, DO on 08/21/2019 at 2:56pm

**Encounter Date: 08/12/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 08/12/2019 08:15AM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SYED HAIDER ABBAS, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

None recorded.

Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (901) 385-3600, Fax (800) 391-9707
COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 08/12/2019 08:31 am | **Wt:** | 180 lbs 08/12/2019 08:31 am | **BMI:** | 28.2 08/12/2019 08:31 am |
| **BP:** | 112/82 sitting R arm 08/12/2019 08:33 am | **BP Cuff Size:** | adult 08/12/2019 08:33 am | **Pulse:** | 76 bpm regular 08/12/2019 08:32 am |
| **RR:** | 18 08/12/2019 08:32 am | | | | |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) every day by oral route at bedtime. | 06/20/19 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit**<br>Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days. | 08/12/19 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 08/06/19 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 04/18/19 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018

- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Abdominal pain - Onset: 04/23/2019
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 08/05/2019
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**

## HPI

she is seen today as a follow up on PsA and CRPS.

last visit was in 2/2019.

she was off the Humira, just went back on Humira at 40 mg q 2 weeks.

Remains with Dr Roden for the right arm CRPS.

On Lyrica 100 mg po q 8 hours.

further on anti-depressant.

unable to tolerate the right arm compression sleeve.

unable to tolerate the gabapentin due to GI up set.

otherwise, she remains fairly stable.

## ROS

Patient reports **swelling in the extremities (right arm. ); chronic pains in neck.** . She reports **psoriasis**. She reports **paresthesia (right arm.
chronic and stable)**. She reports **depression**; **sstable**. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no pleuritic chest pain, no shortness of breath when walking, no shortness of breath when lying down, and no Raynaud's Phenomenon. She reports no cough, no wheezing, no shortness of breath, and no coughing up blood.
**ROS as noted in the HPI**

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:** General Appearance: **overweight**. Level of Distress: NAD.

**Lungs:** Respiration: no dyspnea and good air movement. Percussion: no dullness, flatness, or hyperresonance. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal and CTA except as noted.

**Cardiovascular System:** Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no JVD. Pulses including femoral / pedal: normal throughout.

**Musculoskeletal System:** Joints, Bones, and Muscles: normal movement of all extremities; **stable.
without active synovitis or effusions noted. No dactylitis noted**. Extremities: **edema (minimal right arm, secondary to CRPS)**.

**Neurological Exam:** Motor: **no acute process.**
.

## Assessment / Plan

**. Psoriasis with arthropathy -**

pleasant 50-year-old female with chronic well-controlled psoriatic arthritis.

Unfortunately, she and to come off the Humira due to some insurance and pharmacy issue. Most recently she went back on the Humira at 40 mg every 2 weeks. Both skin and joints are doing well now.

No side effects reported.

No interval infections reported.

I have suggested her to continue with the current dose of Humira. Follow up with the labs today.

she has had some elevations of liver enzymes with methotrexate used which we have stopped.

She can continue to follow her liver functions with the family doctor.

follow up with a TB test every 12 months and CBC every 3 months while taking Humira.

L40.50: Arthropathic psoriasis, unspecified

- PSORIASIS: CARE INSTRUCTIONS
- Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit - Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days. Qty: 3 kit(s) of 2 Refills: 3 Pharmacy: ACCREDO Note to Pharmacy: fill when due

**. Complex regional pain syndrome -**

Please see my previous notes for details.

Briefly, has CRPS Type I, right arm after right shoulder and elbow injury due to repititive work at Toyota factory. Initially symptoms started some time early January 2018.

she is currently followed at the pain management clinic and is now on Lyrica at 100 mg 3 times a day.

She will continue with the suggestions of the pain management clinic..

M89.00: Algoneurodystrophy, unspecified site
- LEARNING ABOUT HEALTHY WEIGHT
- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS

**. Long-term drug therapy** -

needs to have a CBC today.

Repeat TB test in summer.

Z79.899: Other long term (current) drug therapy
- CBC
- QTB GOLD

## Return to Office

- COLLIN ST. CLAIR, DO for NEW PATIENT at FAMILY MEDICINE ANDOVER on 08/21/2019 at 11:00 AM
- THERESA A WILP, APRN for RECHECK at PAIN MEDICINE on 09/30/2019 at 09:15 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/12/2020 at 09:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by SYED HAIDER ABBAS, MD, 08/12/2019.
Encounter performed and documented by SYED HAIDER ABBAS, MD
Encounter reviewed & signed by SYED HAIDER ABBAS, MD on 08/12/2019 at 9:01am

**Encounter Date: 08/05/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 08/05/2019 09:45AM |
| **DOB** | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY | | |

Case Injury Date : 01/30/2015
Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC
Insurance # :
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: EXPRESS SCRIPTS - Member is eligible. details

## Chief Complaint

medication follow up, arm pain

Jamie Reece 50 y/o female is following up on complex regional sydrome, in the setting of medication management patient notes relief with the lyrica 100 mg TID. She does not some electrical shocks that radiates down the right arm at times. Pain today is rated as 3 today

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (901) 385-3600, Fax (800) 391-9707
COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

**Ht:** 5 ft 7 in 08/05/2019 10:13 am
**Wt:** 171 lbs 08/05/2019 10:13 am
**BMI:** 26.8 08/05/2019 10:13 am
**BP:** 118/62 sitting 08/05/2019 10:14 am
**Pain Scale:** 3 08/05/2019 10:15 am

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) every day by oral route at bedtime. | 06/20/19 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **Humira 40 mg/0.8 mL subcutaneous syringe kit**<br>Inject 40 mg every 2 weeks by subcutaneous route. | 07/17/19 | prescribed |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit**<br>Inject 0.4 mL every 2 weeks by subcutaneous route. | 07/24/19 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 08/05/19 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |

**Probiotic** 11/17/17 entered

**tiZANidine 4 mg tablet** 04/18/19 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Abdominal pain - Onset: 04/23/2019
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Most Recent Tobacco Use Screening: 08/05/2019

## Surgical History

Reviewed Surgical History
Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Headaches: **Y**

## HPI

50-year-old female presenting for follow-up with regards to medication management in the setting of CRPS of the right upper extremity. At her last appointment, patient was dose escalated on her Lyrica to 100 mg 3 times a day.

## ROS

Patient reports **muscle aches, muscle weakness, arthralgias/joint pain, and back pain**but reports no swelling in the extremities and no neck pain. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise

intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:**General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD.

**Psychiatric:**Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:**Head: normocephalic and atraumatic.

**Eyes:**EOM: EOMI.

**Lungs:**Respiratory effort: no dyspnea.

**Cardiovascular System:**Heart Auscultation: RRR.

**Abdomen:**Bowel Sounds: normal. Inspection and Palpation: soft and non-distended.

**Musculoskeletal::**Joints, Bones, and Muscles: normal movement of all extremities and**tenderness** (**cervical paraspinals and trapezius muscles**).

**Motor Strength:**Motor Strength and Tone: normal and normal tone. C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

**Neurologic:**Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:**Inspection and palpation: no rash or lesions.

**Spine - Special Tests:**Cervical Spine negative axial loading test and Spurling's test and (normal) cervical spine. Other Findings **Myofascial pain**.

## Assessment / Plan

50-year-old female presenting for follow-up with regards to medication management in the setting of CRPS of the right upper extremity. At her last appointment, patient had her Lyrica dose adjusted to 100 mg 3 times a day. She returns today noting good improvement in symptoms with the use of the medication. She reports mild cognitive symptoms but notes that they have improved over the course of the month. She reports that they are not infringing on her ability to function nor do they affect her overall activities throughout the day. She is quite happy with her medication regimen at current. She does no benefit with the use of tizanidine for her muscle spasms into her neck and shoulders. She continues to do massage therapy with benefit. We'll plan to refill her medications for 2 month supply. I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient has a signed pain management agreement per clinic policy. Urine drug screen is up to date and appropriate as per Kentucky medical board guidelines. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient. Patient will follow-up in 2 months for further evaluation.

. **Complex regional pain syndrome**

M89.00: Algoneurodystrophy, unspecified site

- Lyrica 100 mg capsule - Take 1 capsule(s) 3 times a day by oral route. Qty: 90 capsule(s) Refills: 2 Pharmacy: WALMART PHARMACY 3894

**Patient Instructions**

WRAP-UP

Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- Refill Lyrica

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

**Discussion Notes**

Spent 25 total minutes with the patient today. Greater than 50% of this time was spent counseling/coordination of care as documented in my assessment and plan above.

## Return to Office

- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 08/12/2019 at 08:15 AM
- THERESA A WILP, APRN for RECHECK at PAIN MEDICINE on 09/30/2019 at 09:15 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 08/05/2019.
Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 08/05/2019 at 10:25am

**Encounter Date: 07/08/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 07/08/2019 09:30AM |
| **DOB** | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance #<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

arm pain, medication follow up

Jamie Reece 50 y/o female is following up on medication management in the setting of CRPS. Regiment of Lyrica 75mg BID, she returns to clinic today noting minimal benefit with this regiment she states she is still having pain in the right arm. She denies any

adverse reactions with this medication just notes pain complaints

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

07/08/2019 10:01 am

**Ht:** 5 ft 7 in | **Wt:** 173 lbs | **BMI:** 27.1

**BP:** 112/68 sitting | **Pain Scale:** 4

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) every day by oral route at bedtime. | 06/20/19 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 03/11/19 | prescribed |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route as needed. | 11/16/18 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 07/08/19 | prescribed |
| **Lyrica 50 mg capsule**<br>Take 1 capsule(s) twice a day by oral route. | 05/29/19 | prescribed |
| **Lyrica 75 mg capsule**<br>Take 1 capsule(s) twice a day by oral route. | 06/10/19 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 04/18/19 | prescribed |
| **traMADol 50 mg tablet** | 12/20/18 | prescribed |

Take 1 tablet(s) twice a day by oral route as needed.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Abdominal pain - Onset: 04/23/2019
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History
Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Headaches: **Y**

## HPI

50yo female presenting for follow-up with regards to medication management in the setting of CRPS of the right upper extremity. At her last appointment, patient had her medication escalated to Lyrica 75 mg twice a day. She notes minimal benefit in symptoms. She continues to note muscle discomfort through the right shoulder and shoulderblade as well as neuropathic pain and swelling through the forearm and wrist.

## ROS

Patient reports **muscle aches, muscle weakness, arthralgias/joint pain, and back pain**but reports no swelling in the extremities and no neck pain. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur,

and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:**General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD.

**Psychiatric:**Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:**Head: normocephalic and atraumatic.

**Eyes:**Lids and Conjunctivae: non-injected and no discharge. Pupils: PERRLA.

**Lungs:**Respiratory effort: no dyspnea.

**Cardiovascular System:**Heart Auscultation: RRR.

**Abdomen:**Bowel Sounds: normal. Inspection and Palpation: soft and non-distended.

**Musculoskeletal::**Joints, Bones, and Muscles: normal movement of all extremities and**tenderness** (**RIGHT lateral wrist and forearm**).

**Motor Strength:**Motor Strength and Tone: normal and normal tone. C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

**Neurologic:**Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:**Inspection and palpation: no rash or lesions.

**Spine - Special Tests:**Cervical Spine (normal) cervical spine. Other Findings **Myofascial pain** (**RIGHT cervical paraspinals, trapezius and rhomboids**).

## Assessment / Plan

50-year-old female presenting for follow-up with regards to CRPS of the right upper extremity. Patient previously been on gabapentin with good improvement in symptoms but had to transition to Lyrica secondary to GI side effects. At her last appointment, Lyrica was dose escalated to 75 mg twice a day. She reports minimal improvement in symptoms with the use of Lyrica. She presently complains of right neck, shoulder and shoulder blade discomfort with associated muscle spasms. She also has neuropathic pain and swelling in her right forearm and wrist. She'll longer wears her compression sleeve secondary to skin irritation. We discussed dose escalation of Lyrica to 100 mg 3 times a day. Side effects reviewed with the patient today including sedation and weight gain. I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient has a signed pain management agreement per clinic policy. Urine drug screen is up to date and appropriate as per Kentucky medical board guidelines. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient. We also reiterated the importance of addressing her myofascial pain in her neck and shoulder. She continues to hold off on physical therapy she does do massage therapy and twice monthly which does offer benefit. Patient will follow up in 1 month for further evaluation.

. **Complex regional pain syndrome**
M89.00: Algoneurodystrophy, unspecified site

- Lyrica 100 mg capsule - Take 1 capsule(s) 3 times a day by oral route. Qty: 90 capsule(s) Refills: 0 Pharmacy: WALMART PHARMACY 3894

**Patient Instructions**

WRAP-UP
Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- INCREASE Lyrica

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

**Discussion Notes**

Spent 25 total minutes with the patient today. Greater than 50% of this time was spent counseling/coordination of care as documented in my assessment and plan above.

## Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 08/05/2019 at 09:45 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 08/12/2019 at 08:15 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 07/08/2019.
Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 07/08/2019 at 10:39am

**Encounter Date: 06/10/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 06/10/2019 09:45AM |
| **DOB** | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

neck pain, shoulder pain, medication follow up

Jamie Reece 50 y/o female is following up neck and right shoulder pain in the setting of psoriatic arthritis, patient is under medication management which consist of tizanidine and lyrica 5o mg BID patient reports today she is able to tolerate the lyrica moreover than the gabapentin. Patient does however notes that she has been waking up with pain and doesn't think the dose is

strong enough. Pain today is rated as a 3 still be... ... ...ughout the day

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

06/10/2019 10:07 am

**Ht:** 5 ft 7 in **Wt:** 173 lbs **BMI:** 27.1

**BP:** 122/76 sitting **Pain Scale:** 3

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) every day by oral route at bedtime. | 04/29/19 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 03/11/19 | prescribed |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route as needed. | 11/16/18 | prescribed |
| **Lyrica 50 mg capsule**<br>Take 1 capsule(s) twice a day by oral route. | 05/29/19 | prescribed |
| **Lyrica 75 mg capsule**<br>Take 1 capsule(s) twice a day by oral route. | 06/10/19 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 04/18/19 | prescribed |
| **traMADol 50 mg tablet**<br>Take 1 tablet(s) twice a day by oral route as needed. | 12/20/18 | prescribed |
| **ZyrTEC 10 mg capsule** | 11/17/17 | entered |

Take 1 capsule(s) every day by oral route.

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Abdominal pain - Onset: 04/23/2019
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History
Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Headaches: **Y**

## HPI

50-year-old female presenting for follow-up with regards to medication management in the setting of CRPS of the right shoulder. Patient began to note GI side effects last month which she attributed to Gabapentin. Patient was transitioned from Gabapentin to Lyrica.

## ROS

Patient reports **muscle aches, muscle weakness, arthralgias/joint pain, and neck pain**but reports no swelling in the extremities. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no

migraines, no headaches, and no tremor. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:**General Appearance: healthy-appearing, well-nourished, and normal body habitus. Level of Distress: NAD.

**Psychiatric:**Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:**Head: normocephalic and atraumatic.

**Eyes:**Pupils: PERRLA. EOM: EOMI.

**Lungs:**Respiratory effort: no dyspnea.

**Cardiovascular:**Heart Auscultation: RRR.

**Abdomen:**Inspection and Palpation: soft, non-distended, and no tenderness.

**Musculoskeletal::**Motor Strength and Tone: normal tone and motor strength. Joints, Bones, and Muscles:**tenderness** (**R cervical paraspinals and trapezius**). Extremities: no cyanosis.

**Neurologic:**Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:**Inspection and palpation: no rash, lesions, or ulcer.

**Cervical Spine:**Inspection: alignment normal. Soft Tissue Palpation on the Right:**tenderness of the paracervicals**, **the scalene muscle**, **the trapezius**, and **the rhomboid**.

**Motor Strength:**C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

## Assessment / Plan

50yo female presenting for follow-up with regards to medication management in the setting of CRPS of the right upper extremity. Patient continues to endorse a significant myofascial component to her pain specifically through the cervical paraspinal musculature and trapezius muscles on the right. She continues to do massage therapy which she does find beneficial. We discussed referral back to physical therapy for dry needling and myofascial release. She would like to further consider this option before committing to physical therapy referral. Current medication regiment consists of Lyrica 50 mg twice a day. She began experiencing GI side effects over the last month and attributed her symptoms to gabapentin use. As such she was transitioned to Lyrica and does feel that the medication adjustment was beneficial. She doesn't feel like it was as strong as her relief that she was getting from gabapentin. She denies any adverse side effects. We'll plan to dose escalate her Lyrica to 75 mg twice a day today. Side effects were reviewed with patient including sedation and weight gain. We will plan to repeat urine drug screen as per Kentucky medical board guidelines. I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient signed pain management agreement per clinic policy. Urine drug screen was ordered today as per Kentucky medical board guidelines. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient. Patient will follow-up in one month for further evaluation.

. **Complex regional pain syndrome**
M89.00: Algoneurodystrophy, unspecified site
- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS
- Lyrica 75 mg capsule - Take 1 capsule(s) twice a day by oral route. Qty: 60 capsule(s) Refills: 0 Pharmacy: WALMART PHARMACY 3894

**Long-term drug therapy**

Z79.899: Other long term (current) drug therapy

- HIGH RISK DRUG PANEL

Prescribed Relevant Medications: lyrica

Date of last dose: 06/10/2019

Time of last dose: 9am

**Patient Instructions**

WRAP-UP

Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- INCREASE Lyrica

- UDS

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

**Discussion Notes**

Spent 25 total minutes with the patient today. Greater than 50% of this time was spent counseling/coordination of care as documented in my assessment and plan above.

## Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 07/09/2019 at 09:30 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 08/12/2019 at 08:15 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 06/10/2019.
Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 06/10/2019 at 11:15am

**Encounter Date: 04/29/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 04/29/2019 10:00AM |
| **DOB** | | **Service Dept.** | SURGERY SCHEDULE |
| **Provider** | AN-YU CHEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017 | | |

Prescription: ESI1 - Member is eligible. details

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider (Primary Insurance):** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider (Worker's Comp):** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 04/23/2019)

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Medications not reviewed (last reviewed 04/23/2019)

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) every day by oral route at bedtime. | 04/29/19 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 03/11/19 | prescribed |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route as needed. | 11/16/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 04/18/19 | prescribed |
| **traMADol 50 mg tablet**<br>Take 1 tablet(s) twice a day by oral route as needed. | 12/20/18 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

**REECE, JAMIE H (id #21591363, dob:**

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Abdominal pain - Onset: 04/23/2019
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 04/09/2019)

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Social History not reviewed (last reviewed 04/09/2019)
**Gastroenterology**
Tobacco cessation counseling provided?: N
Occupation: unemployed
Marital status: Married
Alcohol intake: Occasional
Illicit drugs: no
Drugs Abused: no
Smoking Status: Never smoker

## Surgical History

Surgical History not reviewed (last reviewed 04/09/2019)

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Past Medical History not reviewed (last reviewed 04/09/2019)
Acid Reflux (GERD): **Y**
Allergies/Hayfever: **Y**
Chicken Pox: **Y**
Headaches: **Y**

## Assessment / Plan

None recorded.

Return to Office
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 06/10/2019 at 09:45 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 08/12/2019 at 08:15 AM

## Encounter Sign-Off

Encounter signed-off by Melissa Blackwell, 04/30/2019.
Encounter performed and documented by AN-YU CHEN, MD
Encounter reviewed & signed by Melissa Blackwell on 04/30/2019 at 9:15am

**Encounter Date: 04/23/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 04/23/2019 02:30PM |

**REECE, JAMIE H (id #21591363,**

**DOB** **Service Dept.** GASTRO SB

**Provider** AN-YU CHEN, MD

**Insurance** Med Primary: BCBS-OH (PPO)
Insurance # : TOAAN1313675
Policy/Group # : 003320100TEAP064
PCP : FAMILY PRACTICE ASSOCIATES
Employer Name : TOYOTA
Med Worker's Comp: MSMM
Referring Provider Name : DONEGAN, RYAN P
Employer Name : KELLY SERVICES
Case # : SA211932PVY
Case Injury Date : 01/30/2018
Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC
Insurance # :
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: ESI1 - Member is eligible. details

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 04/23/2019 02:31 pm | **Wt:** | 173 lbs 04/23/2019 02:33 pm | **BMI:** | 27.1 04/23/2019 02:33 pm |
| **BP:** | 120/60 04/23/2019 02:35 pm | **Pulse:** | 72 bpm 04/23/2019 02:37 pm | **RR:** | 16 04/23/2019 02:35 pm |

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 03/11/19 | prescribed |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route as needed. | 11/16/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |

Probiotic 11/17/17 entered

**tiZANidine 4 mg tablet** 04/18/19 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADol 50 mg tablet** 12/20/18 prescribed
Take 1 tablet(s) twice a day by oral route as needed.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

None recorded.

## Problems

Problems not reviewed (last reviewed 04/09/2019)
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Abdominal pain - Onset: 04/23/2019
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 04/09/2019)

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Social History not reviewed (last reviewed 04/09/2019)
**Gastroenterology**
Tobacco cessation counseling provided?: N
Occupation: unemployed
Marital status: Married
Alcohol intake: Occasional
Illicit drugs: no
Drugs Abused: no
Smoking Status: Never smoker

## Surgical History

Surgical History not reviewed (last reviewed 04/09/2019)

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Past Medical History not reviewed (last reviewed 04/09/2019)
Acid Reflux (GERD): **Y**
Allergies/Hayfever: **Y**
Chicken Pox: **Y**
Headaches: **Y**

**REECE, JAMIE H (id #21591363, dob:**

## HPI

This is a pleasant 50 yof here for follow up regarding abd pain
Current status:no better after recent work up by Amy Collins
Symptoms:generalized dull achy pain with burning sensation
Treatments:PPIs
Additional info:Concerned about gastric cancer, +family history. Also claims that she was on PPI at the time of the h.pylori testing

## ROS

**Additionally reports:**

**CONSTITUTIONAL: No fever, chills, or weight loss**

**ENT: No ear pain. No sore throat.**
**CARDIOVASCULAR: No chest pain, No edema.**
**PULMONARY: no shortness of breath, or cough.**
**GI: As detailed in the HPI.**
**GU: no dysuria,**
**NEURO: no headaches, visual changes, numbness, tingling, weakness**
**ENDOCRINE: no history of thyroid problems, no weight gain**
**ALLERGY/IMMUNE: No immune deficiency or hay fever.**
**SKIN: No itching or rashes**
**PSYCH: No depression or anxiety**

## Physical Exam

Patient is a 50-year-old female.

GENERAL: Pleasant 50 years-old in no acute distress
HEENT: EOMI, no scleral icterus. no obvious oral lesions, mucous membranes moist.
NECK: Unrestricted range of motion.
HRT: Regular rate and rhythm. No obvious murmurs noted.
PULMONARY: Normal respiratory effort. No evidence of shortness of breath.
ABDOMEN: Moderate central obesity. Bowel sounds within normal limits. Soft, nontender, nondistended. No hepatosplenomegaly. There is no guarding or rebound.
SKIN: No jaundice. No rashes. Warm and dry.
MUSCULOSKELETAL: Gait within normal limits.
NEURO: No obvious weakness or gross deficit noted. No evidence of confusion.
PSYCH: Alert and oriented. Mood and affect within normal limits. Does not appear depressed.

## Assessment / Plan

. **Abdominal pain** -

Suspect IBS. May benefit from amitriptyline but pt prefers to wait until after evaluation

R10.9: Unspecified abdominal pain

- ABDOMINAL PAIN: CARE INSTRUCTIONS

. **Family history of Stomach cancer** -

Will assess with EGD.

Z80.0: Family history of malignant neoplasm of digestive organs

**)iscussion Notes**

I have discussed the situation, differential diagnosis, and recommendation with the patient. She express understanding and wishes to proceed as recommended.

## Return to Office

- KATHERINE S BODEN, MD for RECHECK at PAIN MEDICINE on 06/10/2019 at 09:45 AM

- KATHERINE S RODEN, MD for RECHECK at [illegible] on 06/10/2019 at 09:45 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 08/12/2019 at 08:15 AM

## Encounter Sign-Off

Encounter signed-off by AN-YU CHEN, MD, 04/23/2019.

Encounter performed and documented by AN-YU CHEN, MD
Encounter reviewed & signed by AN-YU CHEN, MD on 04/23/2019 at 3:02pm

**Encounter Date: 04/09/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 04/09/2019 09:15AM |
| **DOB** | | **Service Dept.** | GASTRO SB |
| **Provider** | AMY KATHRYN COLLINS, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 04/09/2019 09:33 am | **Wt:** | 176 lbs 3.2 oz 04/09/2019 09:34 am | **BMI:** | 27.6 04/09/2019 09:34 am |
| **BP:** | 120/60 04/09/2019 09:39 am | **Pulse:** | 68 bpm 04/09/2019 09:40 am | **RR:** | 8 04/09/2019 09:40 am |

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

**esomeprazole magnesium 40 mg capsule,delayed release** 02/25/19 renewed
TAKE 1 CAPSULE DAILY

| | | |
|---|---|---|
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 03/11/19 | prescribed |
| **Humira Pen 40 mg/0.8 mL subcutaneous kit**<br>Inject 0.8 mL every 2 weeks by sub-q route.<br>**Internal Note:** not taking since 12/2018 | 02/11/19 | entered |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route as needed. | 11/16/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed. | 02/11/19 | prescribed |
| **traMADol 50 mg tablet**<br>Take 1 tablet(s) twice a day by oral route as needed. | 12/20/18 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability<br>- Arthritis |

## Social History

Reviewed Social History
**Gastroenterology**
Tobacco cessation counseling provided?: N
Occupation: unemployed
Marital status: Married
Alcohol intake: Occasional
Illicit drugs: no
Drugs Abused: no
Smoking Status: Never smoker

## Surgical History

**REECE, JAMIE H (id #21591363, dob:**

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**
Allergies/Hayfever: **Y**
Chicken Pox: **Y**
Headaches: **Y**

## HPI

Jamie Reece is a 50 yr old female patient of Dr. Chen who is here today for epigastric pain for last 3 weeks. She reports this as a constant, dull ache. She reports bloating, weight gain, some dysphagia of pills (denies this as a problem though) and reflux that is controlled with esomeprazole. She has diarrhea, constipation that alternate, but says this is her normal bowel pattern. She denies nausea, vomiting, coffee ground emesis, food triggers, rectal bleeding, melena, reflux, heartburn, regurgitation, or respiratory symptoms.

## ROS

Patient reports **difficulty swallowing/ food sticking (pills, not a problem she wants to address at this time)** but reports no pain when swallowing, no indigestion or heartburn, no nausea and/or vomiting, not vomiting blood, and normal appetite. She reports **abdominal pain (epigastric), diarrhea, constipation, and excess gas or bloating** but reports no fullness after eatting, no blood in stool, no blacky or tarry stools, no change in bowel/bladder habits, and no pain when defecating. She reports **Irritable Bowel Syndrome** but reports no ulcerative colitis, no Crohn's disease, no family history of colon polyps or cancer, and no Barrett's Esophagus. She reports feeling fine, no fever, no chills, no weight gain, and no significant weight loss. She reports no blurred vision and no double vision. She reports no feeling of foreign body in throat. She reports no chest pain and no cardiac disease. She reports no jaundice, no history of chronic liver disease, and no hepatitis or exposure to hepatitis. She reports no change in skin color and no rashes. She reports good coordination, no weakness, no seizures, no headaches, no stroke, and no dizziness. She reports no psychiatric or emotional problems. She reports no history of thyroid disease and no hormonal changes. She reports no difficulty urinating. She reports no cough, no shortness of breath, and no lung disease.

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD.

**Psychiatric:** Mental Status: active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**ENMT:** Lips, Teeth, and Gums: no mouth or lip ulcers or bleeding gums and normal dentition. Oropharynx: moist mucous membranes.

**Lungs:** Respiratory effort: no dyspnea. Auscultation: breath sounds normal.

**Cardiovascular:** Heart Auscultation: normal S1 and S2 and RRR and no murmurs.

**Abdomen:** Bowel Sounds: normal. Inspection and Palpation: no tenderness, guarding, masses, rebound tenderness, or CVA tenderness and soft and non-distended.

**Neurologic:** Gait and Station: normal gait.

**Skin:** Inspection and palpation: no rash, lesions, or jaundice and good turgor.

## Assessment / Plan

**. Epigastric pain**
R10.13: Epigastric pain

**Patient Instructions**

Recommend labs for fecal occult blood, CBC, CMP, amylase, lipase, abdominal US.

Recommend barium swallow to evaluate swallowing, patient declines at this time for this test.

Follow-up in 2 weeks, call for any questions or concerns. patient verbalized understanding.

## Return to Office

- AN-YU CHEN, MD for RECHECK at GASTRO SB on 05/07/2019 at 03:15 PM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 06/10/2019 at 09:45 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 08/12/2019 at 08:15 AM

## Encounter Sign-Off

Encounter signed-off by AMY KATHRYN COLLINS, APRN, 04/11/2019.
Encounter performed and documented by AMY KATHRYN COLLINS, APRN
Encounter reviewed & signed by AMY KATHRYN COLLINS, APRN on 04/11/2019 at 10:23am

**Encounter Date: 03/11/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 03/11/2019 09:30AM |
| **DOB** | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

neck pain, medication follow up

Jamie Reece 50 y/o female is following up on chronic neck,shoulder, and arm pain. Patient was taking gabapentin 800mg with some s/e resulting her to fall, so her dose was decreased to the 600mg tabs with a muscle relaxer. Patient states her pain is well controlled with this method with no s/e.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621**
WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

| | | |
|---|---|---|
| **Ht:** 5 ft 7 in 03/11/2019 09:58 am | **Wt:** 174 lbs 03/11/2019 09:58 am | **BMI:** 27.3 03/11/2019 09:58 am |

**BP:** 118/68 sitting 03/11/2019 09:59 am **Pain Scale:** 4 03/11/2019 09:59 am

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **baclofen 10 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route. | 12/14/18 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **folic acid** | 02/11/19 | entered |
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 03/11/19 | prescribed |
| **gabapentin 800 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 02/11/19 | prescribed |
| **Humira Pen 40 mg/0.8 mL subcutaneous kit**<br>Inject 0.8 mL every 2 weeks by sub-q route.<br>**Internal Note:** not taking since 12/2018 | 02/11/19 | entered |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route as needed. | 11/16/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed. | 02/11/19 | prescribed |
| **traMADol 50 mg tablet**<br>Take 1 tablet(s) twice a day by oral route as needed. | 12/20/18 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018

- Incoordination - Onset: 07/23/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History
Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Headaches: **Y**

## HPI

50-year-old female presenting for follow-up with regards to neck and shoulder pain. Patient is currently followed by rheumatology, Dr. Abbas, for psoriatic arthritis currently maintained on Humira. She has repetitive work-related injury for her job at Toyota resulting in significant shoulder and upper arm pain. she did not tolerate transition to gabapentin 800 mg 3 times a day and as such was transitioned back to gabapentin 600 mg 3 times a day. Muscle relaxant was changed at her last visit from baclofen to tizanidine due to inadequate analgesia. She was also provided with a prescription for a TENS unit which has helped with pain relief.

## ROS

Patient reports **muscle aches, muscle weakness, arthralgias/joint pain, and neck pain**but reports no swelling in the extremities. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:**General Appearance: healthy-appearing, well-nourished, and normal body habitus. Level of Distress: NAD.

**Psychiatric:**Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:**Head: normocephalic and atraumatic.

**Eyes:**Pupils: PERRLA. EOM: EOMI.

**Lungs:**Respiratory effort: no dyspnea.

**Cardiovascular:**Heart Auscultation: RRR.

**Abdomen:**Inspection and Palpation: soft, non-distended, and no tenderness.

**Musculoskeletal::**Motor Strength and Tone: normal tone and motor strength. Joints, Bones, and Muscles:**tenderness** (**R shoulder**). Extremities: no cyanosis.

**Neurologic:**Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:**Inspection and palpation: no rash, lesions, or ulcer.

**Cervical Spine:**Inspection: alignment normal. Soft Tissue Palpation on the Right:**tenderness of the paracervicals**, **the scalene muscle**, **the trapezius**, and **the rhomboid**.

**Motor Strength:**C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

## Assessment / Plan

50-year-old female presenting for follow-up with regards to medication management in the setting of CRPS of the right shoulder. She continues to notice significant muscular component through the right neck and shoulder. Her last appointment, gabapentin was increased to 800 mg 3 times a day. Patient reports significant cognitive changes with dose escalation and as such was titrated back down to gabapentin 600 mg 3 times a day. She does note improvement at this current medication dose. She denies any adverse side effects. Patient was also transitioned from baclofen to tizanidine to inadequate analgesia. Patient notes that changes with gabapentin she is yet to make that transition. She did obtain a TENS unit which she feels has helped some of her pain control. We discussed different options with regards to massage therapy including hot stone massage and avoiding deep tissue massage which has caused her discomfort in the past. Overall, patient reports that her pain is improved with her current treatment modalities. We will plan to refill gabapentin for 3 month supply. I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient has a signed pain management agreement per clinic policy. Urine drug screen is up to date and appropriate as per Kentucky medical board guidelines. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient. Patient will follow-up in 3 months for further evaluation.

**. Psoriatic arthritis**

L40.50: Arthropathic psoriasis, unspecified

- gabapentin 600 mg tablet - Take 1 tablet(s) 3 times a day by oral route. Qty: 90 tablet(s) Refills: 3 Pharmacy: COSTCO PHARMACY #1156

**'atient Instructions**

WRAP-UP

Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- Refill Gabapentin

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

**Discussion Notes**

Spent 25 total minutes with the patient today. Greater than 50% of this time was spent counseling/coordination of care as documented in my assessment and plan above.

### Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 06/10/2019 at 09:45 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 08/12/2019 at 08:15 AM

### Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 03/11/2019.

Encounter performed and documented by KATHERINE S RODEN, MD

Encounter reviewed & signed by KATHERINE S RODEN, MD on 03/11/2019 at 12:51pm

**Encounter Date: 02/11/2019**

### Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 02/11/2019 09:30AM |
| **DOB** | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

### Chief Complaint

neck pain

Mrs. Jamie H. Reece is a 50 y/o female following up for chronic neck and right arm pain. patient rates her pain a 4/10 on pain scale. She is taking Gabapentin 600 tid, Baclofen and has both Tramadol and Hydrocodone. She is currently in physical therapy.

### Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

### Patient's Pharmacies

**COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621**
WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-

**REECE, JAMIE H (id #21591363, dob:**
0526
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

02/11/2019 09:07 am

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in | **Wt:** | 177 lbs | **BMI:** | 27.7 |
| **BP:** | 108/76 | **Pain Scale:** | 4 | **Pain Scale Type:** | Numeric |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **baclofen 10 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route. | 12/14/18 | prescribed |
| **folic acid** | 02/11/19 | entered |
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 12/14/18 | prescribed |
| **gabapentin 800 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 02/11/19 | prescribed |
| **Humira Pen 40 mg/0.8 mL subcutaneous kit**<br>Inject 0.8 mL every 2 weeks by sub-q route.<br>**Internal Note:** not taking since 12/2018 | 02/11/19 | entered |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route as needed. | 11/16/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed. | 02/11/19 | prescribed |
| **traMADol 50 mg tablet**<br>Take 1 tablet(s) twice a day by oral route as needed. | 12/20/18 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017

- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History
Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Headaches: **Y**

## HPI

50-year-old female returning for follow-up with regards to shoulder pain. she continues to follow with rheumatology, Dr. Abbas, for psoriatic arthritis currently managed on Humira. Improve, patient's symptoms are related to repetitive work injury from her job at Toyota. Her current medication regimen consists of gabapentin 600 mg 3 times a day and tramadol 50 mg twice a day. She has not noticed any significant improvement from Tramadol. The patient did not tolerate Norco secondary to nausea/vomiting. She has recently restarted physical therapy.

## ROS

Patient reports **arthralgias/joint pain and neck pain** but reports no muscle aches, no muscle weakness, no back pain, and no swelling in the extremities; **right arm pain**. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and normal body habitus. Level of Distress: NAD.

**Psychiatric:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and

**Psychiatric:**Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:**Head: normocephalic and atraumatic.

**Eyes:**Pupils: PERRLA. EOM: EOMI.

**Lungs:**Respiratory effort: no dyspnea.

**Cardiovascular:**Heart Auscultation: RRR.

**Abdomen:**Inspection and Palpation: soft, non-distended, and no tenderness.

**Musculoskeletal::**Motor Strength and Tone: normal tone and motor strength. Joints, Bones, and Muscles:**tenderness (R shoulder)**. Extremities: no cyanosis and **edema (mild, right arm)**.

**Neurologic:**Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:**Inspection and palpation: no rash, lesions, or ulcer.

**Cervical Spine:**Inspection: alignment normal. Soft Tissue Palpation on the Right:**tenderness of the paracervicals**, **the scalene muscle**, **the trapezius**, and **the rhomboid**.

**Motor Strength:**C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

## Assessment / Plan

50-year-old female presenting for follow-up with regards to neck and shoulder pain. Patient is currently followed by rheumatology, Dr. Abbas, for psoriatic arthritis currently maintained on Humira. She has repetitive work-related injury for her job at Toyota resulting in significant shoulder and upper arm pain. She presents today with a compression sleeve to assist with edema. No temperature or color change noted. We have thoroughly reviewed the symptoms related to CRPS. Her current regimen consists of gabapentin 600 mg 3 times a day. At her last visit, we discussed initiating opioid therapy to help with severe exacerbations of pain. She has tried at this point nor occur as well as tramadol without significant improvement in symptoms. She returns today noting that gabapentin provides her with the best pain relief. She denies any adverse side effects that her current medication dose. We discussed us escalating gabapentin to 800 mg 3 times a day. Should this not significantly improved pain complaints, we discussed possible adjuvants at her next visit including Cymbalta or a TCA. Side effects were reviewed with her today regarding gabapentin including sedation and cognitive changes.

patient has started physical therapy with a new therapist and has noted Dobson Downs in terms of her ongoing neck pain. She is also started taking tissue massage therapy. Patient was advised to consider lidocaine patches following her massage sessions to help with swelling and discomfort. We also discussed initiation of a TENS unit to help with her exacerbations and neck pain. Prescription for TENS unit was provided today. She currently takes baclofen with some minor relief in her muscle spasms. She inquires about other muscle relaxants. We'll plan to discontinue baclofen today and initiate tizanidine. Side effects were reviewed with her including sedation.Patient will follow-up in one month for further evaluation.

**. Myofascial pain**

M79.10: Myalgia, unspecified site

- TENS UNIT - Use as directed. Qty: 1 Unit Refills: 0 Supplier: KENTUCKY ORTHO REHAB (KORT)
- tizanidine 4 mg tablet - Take 1 tablet(s) 3 times a day by oral route as needed. Qty: 90 tablet(s) Refills: 0 Pharmacy: WALMART PHARMACY 3894

**. Complex regional pain syndrome**

M89.00: Algoneurodystrophy, unspecified site

- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS
- gabapentin 800 mg tablet - Take 1 tablet(s) 3 times a day by oral route. Qty: 90 tablet(s) Refills: 0 Pharmacy: WALMART PHARMACY 3894

**Patient Instructions**

WRAP-UP

Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- TENS unit

- INCREASE Gabapentin 800mg TID

- DISCONTINUE Baclofen

- START Tizanidine

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

**Discussion Notes**

Spent 25 total minutes with the patient today. Greater than 50% of this time was spent counseling/coordination of care as documented in my assessment and plan above.

## Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 03/11/2019 at 09:30 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 08/12/2019 at 08:15 AM

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 02/11/2019.
Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 02/11/2019 at 9:43am

**Encounter Date: 02/11/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 02/11/2019 08:15AM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SYED HAIDER ABBAS, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

PSA; not taking Humira x 2mos

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

**REECE, JAMIE H (id #21591363, dob: )**

## Patient's Pharmacies

**COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621**
WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 02/11/2019 08:20 am | **Wt:** | 175 lbs 02/11/2019 08:20 am | **BMI:** | 27.4 02/11/2019 08:20 am |
| **BP:** | 106/74 sitting L arm 02/11/2019 08:22 am | **BP Cuff Size:** | adult 02/11/2019 08:20 am | **Pulse:** | 80 bpm regular 02/11/2019 08:23 am |
| **RR:** | 18 02/11/2019 08:20 am | | | | |

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **baclofen 10 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route. | 12/14/18 | prescribed |
| **folic acid** | 02/11/19 | entered |
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 12/14/18 | prescribed |
| **Humira Pen 40 mg/0.8 mL subcutaneous kit**<br>Inject 0.8 mL every 2 weeks by sub-q route.<br>**Internal Note:** not taking since 12/2018 | 02/11/19 | entered |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route as needed. | 11/16/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **traMADol 50 mg tablet**<br>Take 1 tablet(s) twice a day by oral route as needed. | 12/20/18 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017

**REECE, JAMIE H (id #21591363, dob: )**

- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History
Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**

## HPI

she is seen today as a follow up on PsA and CRPS.

She stopped the Humira in December, without our suggestions.

Felt can contribute to her numbness in the right arm, CRPS.

She is followed by Dr Roden in pain management.

She is using a compression sleeve in right arm, not sure if this is helping and thinks make her arm worse.

she is going to PT and also going to gym.

sshe remains quite frustrated with her right upper extremity complex regional pain syndrome symptoms and pains.

## ROS

Patient reports **swelling in the extremities (right arm. )**, **chronic pains in neck.** . She reports **psoriasis**. She reports **paresthesia (right arm. )**. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no pleuritic chest pain, no shortness of breath when walking, no shortness of breath when lying down, and no Raynaud's Phenomenon. She reports no cough, no wheezing, no shortness of breath, and no coughing up blood. She reports no depression, no sleep disturbances, no anxiety, and restful sleep.
**ROS as noted in the HPI**

## Physical Exam

Patient is a 50-year-old
female.

**Constitutional:**General Appearance: **overweight**. Level of Distress: NAD.

**Lungs:**Respiration: no dyspnea and good air movement. Percussion: no dullness, flatness, or hyperresonance. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal and CTA except as noted.

**Cardiovascular System:**Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no JVD. Pulses including femoral / pedal: normal throughout.

**Musculoskeletal System:**Joints, Bones, and Muscles: **no active synovitis or effusions noted. No dactylitis noted** Extremities: **edema (right arm, secondary to CRPS)**.

**Neurological Exam:**Motor: **no acute process.**

.

## Assessment / Plan

**. Psoriasis with arthropathy** -

a very pleasant 50-year-old female with chronic well-controlled psoriatic arthritis. Unfortunately, she is off the Humira injections since December 2018.

so far, her arthritic symptoms have remained under well control even though she is off the Humira for the last 6 weeks. I think at this point she can resume the Humira at 40 mg every Q4 weeks in order to prevent recurrence of reactivation of the psoriatic arthritis.

certainly, if she does show any activity of the disease he can always increase the dose to every 2 weeks.

she has had some elevations of liver enzymes with methotrexate used which we have stopped several months ago.

She can continue to follow her liver functions with the family doctor.

follow up with a TB test every 12 months and CBC every 3 months while taking Humira.

L40.50: Arthropathic psoriasis, unspecified

- PSORIASIS: CARE INSTRUCTIONS

**. Complex regional pain syndrome** -

Please see my previous notes for details.

Briefly, has CRPS Type I, right arm after right shoulder and elbow injury due to repititive work at Toyota factory. Initially symptoms started some time early January 2018.

On account of constant pain with worsening at times, she is not able to go back to work. Further, she is concerned about the repetitive nature of her job and because of worsening of these pains while at work. She is continue to follow by physical therapy. She is also seen pain management on my suggestion and has initiated gabapentin.

her examination today, continues to show some dependent edema of her right upper extremity along with some mild erythema but without any warmth. More for typical motor and sensory features seen with complex regional pain syndrome. As mentioned

above no active features of psoriatic arthritis noted on examination.

The whole body bone scan reviewed 10/2018: elbows, and wrists bilaterally. This represents degenerative change. There is focally increased uptake projecting along the greater tuberosity of the right humeral head. The calvarium appears normal. There are mild degenerative changes in the shoulders and sternoclavicular joints. The ribs appear normal.

There are mild degenerative changes throughout the spine. There are mild degenerative changes in the hips, knees, and feet.

she will continue to follow with pain management clinic and will maintain her exercise and physical therapy as per their directions. No further suggestions at this point.

M89.00: Algoneurodystrophy, unspecified site

- LEARNING ABOUT HEALTHY WEIGHT
- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS

. **Long-term drug therapy** -

needs to have a CBC today.

Repeat TB test in summer.

Z79.899: Other long term (current) drug therapy

- CBC

## Return to Office

- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 08/12/2019 at 08:15 AM

## Encounter Sign-Off

Encounter signed-off by SYED HAIDER ABBAS, MD, 02/11/2019.

Encounter performed and documented by SYED HAIDER ABBAS, MD

Encounter reviewed & signed by SYED HAIDER ABBAS, MD on 02/11/2019 at 9:03am

## Clinical Documents

11650100w13059 Single Page ClinDoc

Lexington Clinic ANDOVER

179.0

# ADULT (13 AND OLDER) PATI[E]

Date 8-21-?

NAME Jamie Reece CONTACT NUMBER ______ PRIMARY CARE PROVIDER ______

MARITAL STATUS ☐ Single ☐ Married ☐ Separated ☐ Divorced ☐ Widowed

CURRENT MEDICATIONS (Include prescriptions, non-prescriptions, herbal medications and creams)

1. ______ 5. ______
2. ______ 6. ______
3. ______ 7. ______
4. ______ 8. ______

DRUG OR SUBSTANCE ALLERGY (Please describe reaction)

1. ______ 5. ______
2. ______ 6. ______

PAST MEDICAL HISTORY (Please check if any of the following apply)

☐ Asthma ☐ Diabetes ☐ Other ______
☐ Bipolar Disorder ☐ Heart Disease ☐ Other ______
☐ Blood Clot ☐ High Cholesterol ☐ Other ______
☐ Cancer Type ______ ☐ High Blood Pressure ☐ Other ______
☐ COPD/Lung Disease ☐ Kidney Disease - Type ______
☐ Depression ☐ Liver Disease - Type ______

PAST SURGICAL HISTORY (Please check if any of the following apply)

☐ Appendectomy ☐ Gallbladder Removal ☐ Tubal Ligation
☐ Carotid Surgery ☐ Heart Surgery ☐ Vasectomy
☐ Cataract Removal ☑ Hysterectomy ☐ Other ______
☐ Colectomy/Colon Removal ☑ Tonsillectomy ☐ Other ______

SOCIAL HISTORY (Please fill out all that apply)

Do you smoke? ☐ Never ☐ Former Smoker - Number of Years ______ ☐ Current - How many packs per day? ______
Do you drink alcohol? ☐ No ☐ Occasional - How often? Linmonth ☐ Daily _ How much per day? ______
Do you have a history of substance/drug abuse? ☐ No ☐ Yes - Please describe ______
Occupation Tough ... [illegible]

FEMALES ONLY Last Menstrual Period ______ Are you Pregnant? ☐ Yes ☐ No ☐ Unsure
Are you currently using birth control? ☐ No ☐ Yes - Method of Birth Control ______

FAMILY HISTORY (Please check if your mother, father, sisters or brothers have any of the following:)

| Diagnosis | Yes | No | Relationship to You, List All | Status |
|---|---|---|---|---|
| ASTHMA | | ✓ | | ☐ LIVING ☐ DECEASED |
| CANCER: (CIRCLE TYPE) PROSTATE COLON GYNECOLOGICAL BREAST OTHER ______ | ✓ | | Father | ☐ LIVING ☐ DECEASED |
| DIABETES | | ✓ | | ☐ LIVING ☐ DECEASED |
| HEART ATTACK/HEART TROUBLE | | | Mother has stints/Father | ☐ LIVING ☐ DECEASED |
| HIGH BLOOD PRESSURE | ✓ | | Father | ☐ LIVING ☐ DECEASED |
| HIGH CHOLESTEROL | ✓ | | Father | ☐ LIVING ☐ DECEASED |
| KIDNEY DISEASE TYPE: ______ | | ✓ | | ☐ LIVING ☐ DECEASED |
| LUNG DISEASE TYPE: ______ | | ✓ | | ☐ LIVING ☐ DECEASED |
| STROKE | | ✓ | | ☐ LIVING ☐ DECEASED |
| SUBSTANCE/DRUG ABUSE | | ✓ | | ☐ LIVING ☐ DECEASED |
| OTHER | | | | ☐ LIVING ☐ DECEASED |

3099 Helmsdale Place | Lexington, KY 40509 | Phone: (859) 258-6401 | Fax: (859) 258-6438

**REECE, JAMIE H (id #21591363, dob: )**

**Lexington Clinic**
An-Yu Chen, M.D.

1225 S Broadway, Suite 200
Lexington, KY 40504
Ph :(859) 258-4950
Fax :(859) 258-4618

## ESOPHAGO GASTRO DUODENOSCOPY REPORT

| PATIENT NAME | SSN/ID | DOB | AGE | SEX | EXAM DATE | ATTENDING PHY | REFERRAL |
|---|---|---|---|---|---|---|---|
| JAMIE H REECE | 21591363 | | 50 | F | 04-29-2019 | An-Yu Chen, M.D. | Family Practice Assoc. |

**INDICATION** : Dysphagia
Abdominal pain
Family history of gastric cancer

a.EG Junction



**PHYSICAL EXAM** : **HEENT** : Normal **LYMPH NODES** : None Felt **LUNGS** : Grossly Clear **HEART** : Normal **ABDOMEN** : Soft and None tender **MENTAL STATUS** : Alert and Oriented

**H&P Comments** : PT ASSESSED & INTERVIEWED PRIOR TO THE PROCEDURE

**VITAL SIGNS** : **BP** : 141/78 **RESPIRATION** : 15 **PULSE** : 62

**CONSENT** : Informed consent was obtained from the patient after providing opportunity for questions.

**PREPARATION** : EKG pulse, blood pressure and oxygen saturation monitored

**INSTRUMENT** : Olympus GIF-Q180 Video Gastroscope

**ALLERGIES** : See List On RN Form.

b.Body



**ASA CLASS** : Per Anesthesia
**ANESTHESIA** : As per nurses notes.

**PROCEDURE** : The Gastroscope was gently passed through the incisoral orifice into the oral cavity and under direct visualization the esophagus was intubated. The endoscope was passed down the esophagus, through the stomach and into the duodenum. Color, texture, mucosa and anatomy were carefully examined with the scope. Esophageal dilation was performed by passing a 56F sized rubber or plastic dilators across the esophageal stricture to open it. The patient tolerated the procedure well and there were no complications. After completion of the examination, patient was transferred to the recovery room. Preparation was excellent.

## FINDINGS

c.Antrum



**OROPHARYNX** - Normal
**ESOPHAGUS** - Maloney/Bougie dilation performed dilation of size 56fr. Treatment of dysphagia.
**EG JUNCTION** - Intact at 40 cms
**STOMACH** - **Cardia** : Normal
**Fundus** : Normal
**Body** : For histological analysis-H pylori. Multiple biopsies taken
**Antrum** : For histological analysis-H pylori. Multiple biopsies taken
**Pylorus** : Normal
**DUODENUM** - **Bulb** : Normal without evidence of ulcerations or bleeding
**2nd and 3rd Portion** : Normal

d.Duodenum 2nd and 3rd portion

**IMPRESSION** - Symptomatic dysphagia treated with bougie dilation
Overall normal appearing EGD

**PLAN** - Wait for pathology report
Follow up with primary care physician






MD-Reports
Reporting Solutions for all MD Specialties
Produced by Infinite Software Solutions Inc. Ph: (718) 982-1315 Email: info@md-reports.com Website: www.infinitesoftsol.com & www.md-reports.com
Copyright © 2004 MD-Reports. A product of Infinite Software Solutions, Inc. All rights reserved

**Lexington Clinic**
An-Yu Chen, M.D.

1225 S Broadway, Suite 200
Lexington, KY 40504
Ph :(859) 258-4950
Fax :(859) 258-4618

| PATIENT NAME | SSN/ID | DOB | AGE | SEX | EXAM DATE | ATTENDING PHY | REFERRAL |
|---|---|---|---|---|---|---|---|
| JAMIE H REECE | 21591363 | | 50 | F | 04-29-2019 | An-Yu Chen, M.D. | Family Practice Assoc. |



Symptomatic therapy as indicated
Follow up EGD in about 3 years for repeat dilation
as clinically indicated

Signature ____________________
( An-Yu Chen, M.D. )

Apr. 4. 2019 4:40PM AN STATION PT

KORT
The Best In Rehab.

1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

REECE, JAMIE #21591363 PHYSIC

| | | | |
|---|---|---|---|
| Patient: | Jamie Reece | Visit Date: | |
| Acct #: | 036-430317901 | FSC: | |
| DOB: | | Payor: | |
| Clinician: | Michael W. Hopper, PT | Pol/Claim: | * 51419983x13059 First Page ClinDoc |
| Prim Phy: | Ben Kibler | Insured: | |
| Phy Phone: | (859) 258-8575 | Employer: | Toyota |
| Phy Fax: | (859) 258-8562 | Case Mgr: | Not Specified |
| Sec Phy: | Not Specified | Visits: | 13 |
| Inj. Date: | 1/31/2018 | Od/Ns: | 4 |
| Surg. Date: | Not Specified | | |

# Plan of Care

**Diagnoses**

| | | |
|---|---|---|
| Right Shoulder | M75.41 | Impingement syndrome of right shoulder |
| | G90.511 | Complex regional pain syndrome I of right upper limb |
| | M25.511 | Pain in right shoulder |

## Subjective Examination

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

**Questionnaires: Disabilities of the Arm, Shoulder and Hand (DASH):**

| | |
|---|---|
| • Date: | 04/04/2019 |
| • Test Name: | QuickDASH |
| • Assessment | Follow-up |
| • Disability/Symptom Score | 43.00 |

## Assessment

The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program. Based on this patient's clinical presentation, it is my professional opinion that the patient's prognosis at time of discharge is good. The patient was educated regarding their discharge prognosis and related pathology. The patient demonstrates good understanding of their home program instructions.

**Recommendations:**

- Skilled Intervention: No further skilled intervention required at this time. Patient demonstrating ability to independently manage symptoms with home exercises. Upper extremity strength, ROM and sensitivity has returned to normal levels.

## Problems & Goals

***Problem #1*** **Chief Complaint: Pain: Severity.**

| | |
|---|---|
| • At Worst | 6/10 |
| • Current | 2/10 |

*Goal Abandoned Apr 04, 2019. 90 % of Goal Met*

**Symptomatic Improvements:**

- Decreasing Pain: to 0/10.

***Problem #2*** **ADL / Functional Status: Current Status: Work status: Unable to work secondary to dysfunction.**

*Goal Abandoned Apr 04, 2019. patient progressed to independent management*

**ADL Improvements In:**

- Patient will return to work at least light duty with no more than 2/10 pain.

***Problem #3*** **Questionnaires: Disabilities of the Arm, Shoulder and Hand (DASH).**

| | |
|---|---|
| • Date: | 04/04/2019 |
| • Test Name: | QuickDASH |
| • Assessment | Follow-up |
| • Disability/Symptom Score | 43.00 |

*Goal Abandoned Apr 04, 2019. 80 % of Goal Met*

**Questionnaire Improvements: Disabilities of the Arm, Shoulder and Hand: Questionnaire:**

- Disability/Symptom Score 25.00

***Problem #4*** **Palpation: mild ttp at the right proximal pectoralis minor insertion and long head of the biceps.**

*Goal Abandoned Apr 04, 2019. 95 % of Goal Met*

**Palpable Improvements:**

- Tenderness Decreasing to: 0=No tenderness noted.

| ***Problem #5*** **Range of Motion: Shoulder: Pre-Treatment.** | **Left AROM** | **Right AROM** |
|---|---|---|
| • Abduction | 178 | 175 |

Patient: Jamie Reece
Acct #: 036-430317901
DOB:
Visit Date: Apr

* 51418983y13059 Last Page ClinC

| | | Left | Right |
|---|---|---|---|
| | • External Rotation - 90 deg | 90 | |
| | • Flexion(no extra pain) | 160 | |

*Goal Achieved Apr 04, 2019.*

**Range of Motion Improvements to:**
• Improved to WNL in all planes with no reports of pain.

| | | Left | Right |
|---|---|---|---|
| *Problem #6* | **Functional Tests: Movement: Apley's Scratch Test.** | Left | Right |
| | • IR - Combined(right feels tight, not pain) | To T6 | To T8 |

*Goal Achieved Apr 04, 2019.*

**Functional Improvements In:**
• Functional IR to at least the level of T8 to be able to wash back and fasten bra with no pain.

| | | Left | Right |
|---|---|---|---|
| *Problem #7* | **Muscle Testing: Upper Extremity MMT.** | Left | Right |
| | • Elbow Extension | 5/5 | 5/5 |
| | • Elbow Flexion | 5/5 | 5/5 |
| | • Scaption | 5/5 | 5/5 |
| | • Scapular Depression | +4/5 | +4/5 |
| | • Scapular Retraction | +4/5 | +4/5 |
| | • Shoulder Abduction: | 5/5 | 5/5 |
| | • Shoulder Extension | 5/5 | 5/5 |
| | • Shoulder External Rotation: | 5/5 | 5/5 |
| | • Shoulder Flexion: | 5/5 | 5/5 |

*Goal Achieved Apr 04, 2019.*

| | Left | Right |
|---|---|---|
| **Musculoskeletal Improvements In: Upper Extremity Strength to:** | Left | Right |
| • Gross Assessment | +4/5 | +4/5 |

**Plan**

Today's visit was designed to determine progress toward goals previously outlined. Based upon the clinical presentation and reasons outlined in the assessment, no further skilled care is necessary and the client is discharged. The patient is discharged due to meeting goals.

**Therapeutic Contents:**
• No further treatment required at this time.

[signature]

Michael W. Hopper, PT, PT(KY Lic: 006740)
Signed on Apr 04, 2019 09:31:40

**Please Sign and Return**

I have reviewed the Plan of Care established for skilled therapy services and certify that the services are required and that they will be provided while the patient is under my care.

Comments/Revisions
[signature]
Ben Kibler Date

Patient: Jamie Reece
DOB:
Facility Fax: (859) 293-6730



## Imaging Results

## US ABDOMEN COMPLETE

(#24221245, Final, 04/16/2019 8:00am)
Lexington Clinic East
100 N Eagle Creek Dr.
Lexington, KY 40509

Patient Name: JAMIE H REECE
Patient DOB:
Patient MRN: 3555141

Ordering Provider: COLLINS AMY KATHRYN

EXAM DATE: 04/16/2019

EXAM: US ABDOMEN COMPLETE

CLINICAL INFORMATION: Epigastric pain.

TECHNIQUE: Multiple sonographic images of the abdomen were obtained.

COMPARISON: None.

FINDINGS:
LIVER: Normal in size and echogenicity. No obvious focal lesion.

BILIARY SYSTEM: Gallbladder is normal in size and wall thickness. No stones are seen. No intrahepatic biliary dilatation. CBD measurement =
3 mm. Normal in size.

PANCREAS: Well visualized. Normal in size and echogenicity. No obvious
focal lesion.

RIGHT KIDNEY: Length = 10.2 cm. No hydronephrosis, mass or stone.

LEFT KIDNEY: Length = 10.6 cm. No hydronephrosis, mass or stone.

SPLEEN: Length = 8.2 cm. Normal in size echogenicity and echotexture.
No obvious focal lesion.

AORTA: Normal in diameter and course without evidence of aneurysm.

IMPRESSION: Normal sonogram of the abdomen.

Interpreted By: Shailendra Chopra, MD
Electronically Signed By: Shailendra Chopra, MD on 4/16/2019 9:14 AM

## Lab Results

**REECE, JAMIE H (id #21591363, dob: )**

# CMP 01/15/2020 (#30950451, Final, 01/15/2020 10:43am)

| | |
|---|---|
| Note to Patient | Your metabolic panel showed normal kidney function, liver function, and electrolytes.<br>Thanks, Dr. St. Clair |

| | | | |
|---|---|---|---|
| Ordering Provider | COLLIN ST. CLAIR, DO | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S9150388 | Specimen Source | |
| Specimen Coll. Date | 01/15/2020 10:43 | Result Status | Final |
| Specimen Rec. Date | 01/15/2020 13:31 | Report Status | |
| Specimen Reported Date | 01/15/2020 14:33 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| **GLUCOSE** | **102** | **74-100** | **mg/dL** | **High** | **Final** | |
| BLOOD UREA NITROGEN | 13 | 6-20 | mg/dL | Normal | Final | |
| **CREATININE** | **0.96** | **0.50-0.95** | **mg/dL** | **High** | **Final** | |
| BUN/CREATININE RATIO | 14 | 10-20 | (calc) | Normal | Final | |
| SODIUM | 143 | 136-145 | mmol/L | Normal | Final | |
| POTASSIUM | 4.7 | 3.4-5.0 | mmol/L | Normal | Final | |
| CHLORIDE | 103 | 98-107 | mmol/L | Normal | Final | |
| CARBON DIOXIDE | 22 | 20-32 | mmol/L | Normal | Final | |
| ANION GAP | 18 | 7-25 | (calc) | Normal | Final | |
| CALCIUM | 9.9 | 8.6-10.2 | mg/dL | Normal | Final | |
| TOTAL PROTEIN | 8.0 | 6.4-8.3 | g/dL | Normal | Final | |
| ALBUMIN | 4.7 | 3.5-5.2 | g/dL | Normal | Final | |
| GLOBULIN | 3.3 | 1.5-4.5 | g/dL (calc) | Normal | Final | |
| ALBUMIN/GLOBULIN RATIO | 1.4 | 1.1-2.5 | (calc) | Normal | Final | |
| BILIRUBIN, TOTAL | 0.4 | 0.1-1.2 | mg/dL | Normal | Final | |
| ALKALINE PHOSPHATASE | 72 | 35-105 | U/L | Normal | Final | |
| AST | 24 | 0-32 | U/L | Normal | Final | |
| ALT | 11 | 0-33 | U/L | Normal | Final | |
| GFR AFRICAN AMERICAN | 79 | >= 60 | | Normal | Final | |
| GFR NON-AFRICAN AMERICAN | 68 | >= 60 | | Normal | Final | |

```
**NOTE**
NEW calculation for GFR is based on the National Kidney
Foundation CKD-EPI equation and allows for reporting GFR
values greater than 60 mL/min/1.73 m2.
This calculation has not been validated for patients less
than 18 yrs., pregnant women and Hispanics.

Chronic kidney disease is defined as kidney damage or
GFR less than 60 mL/min/1.73 m2 for 3 months or longer.
```

**REECE, JAMIE H (id #21591363, dob: )**

## RBC MORPHOLOGY 01/15/2020 (#30949341, Final, 01/15/2020 10:43am)

| | | | |
|---|---|---|---|
| Ordering Provider | COLLIN ST. CLAIR, DO | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S9150388 | Specimen Source | |
| Specimen Coll. Date | 01/15/2020 10:43 | Result Status | Final |
| Specimen Rec. Date | 01/15/2020 12:55 | Report Status | |
| Specimen Reported Date | 01/15/2020 14:15 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| PLATELET MORPHOLOGY | NORMAL | | | Normal | Final | |
| **STOMATOCYTES** | **SLIGHT** | | | **Abnormal** | **Final** | |

**REECE, JAMIE H (id #21591363, dob: )**

## CBC 01/15/2020 (#30949340, Final, 01/15/2020 10:43am)

| | |
|---|---|
| Note to Patient | CBC showed no concerning abnormalities. -Dr. St. Clair |

| | | | |
|---|---|---|---|
| Ordering Provider | COLLIN ST. CLAIR, DO | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S9150388 | Specimen Source | |
| Specimen Coll. Date | 01/15/2020 10:43 | Result Status | Final |
| Specimen Rec. Date | 01/15/2020 12:55 | Report Status | |
| Specimen Reported Date | 01/15/2020 14:15 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WHITE BLOOD CELLS | 4.8 | 3.8-10.8 | K/uL | Normal | Final | |
| RED BLOOD CELLS | 4.36 | 3.80-5.20 | M/uL | Normal | Final | |
| HEMOGLOBIN | 13.6 | 12.0-16.0 | G/DL | Normal | Final | |
| HEMATOCRIT | 40.0 | 35.0-47.0 | % | Normal | Final | |
| MCV | 92 | 80-100 | fL | Normal | Final | |
| MCH | 31 | 26-35 | PG | Normal | Final | |
| MCHC | 34 | 32-36 | G/DL | Normal | Final | |
| RDW | 13.3 | 11.0-15.0 | % | Normal | Final | |
| MPV | 8.0 | 6.2-10.5 | fL | Normal | Final | |
| PLATELET COUNT | 258 | 130-400 | K/uL | Normal | Final | |
| NEUTROPHIL,ABSOLUTE | 1.7 | 1.6-8.4 | K/uL | Normal | Final | |
| LYMPHOCYTE,ABSOLUTE | 2.7 | 0.4-5.1 | K/uL | Normal | Final | |
| MONOCYTE,ABSOLUTE | 0.3 | 0.0-1.2 | K/uL | Normal | Final | |
| EOSINOPHIL,ABSOLUTE | 0.1 | 0.0-0.8 | K/uL | Normal | Final | |
| BASOPHIL,ABSOLUTE | 0.0 | 0.0-0.3 | K/uL | Normal | Final | |
| | Smear reviewed to confirm cell morphology. | | | | | |
| **% NEUTROPHILS** | **36.5** | **42.0-78.0** | **%** | **Low** | **Final** | |
| **% LYMPHOCYTES** | **56.1** | **11.0-47.0** | **%** | **High** | **Final** | |
| % MONOCYTES | 5.7 | 0.0-11.0 | % | Normal | Final | |
| % EOSINOPHILS | 1.4 | 0.0-7.0 | % | Normal | Final | |
| % BASOPHILS | 0.3 | 0.0-3.0 | % | Normal | Final | |
| NUCLEATED RED CELLS | 0.1 | 0.0-0.9 | % | Normal | Final | |
| NUCLEATED RBCS, ABSOLUTE | 0.01 | NOT ESTAB. | K/uL | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob: )**

## THYROID STIMULATING HORMONE (TSH) 01/15/2020 (#30948827, Final, 01/15/2020 10:43am)

| Note to Patient | Thyroid test was normal. -Dr. St. Clair |
|---|---|

| Ordering Provider | COLLIN ST. CLAIR, DO | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
|---|---|---|---|
| Specimen/Accession ID | S9150388 | Specimen Source | |
| Specimen Coll. Date | 01/15/2020 10:43 | Result Status | Final |
| Specimen Rec. Date | 01/15/2020 13:31 | Report Status | |
| Specimen Reported Date | 01/15/2020 14:08 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| TSH | 3.540 | 0.290-5.500 | uIU/mL | Normal | Final | |

## RBC MORPHOLOGY 10/02/2019 (#28361453, Final, 10/02/2019 11:23am)

| Ordering Provider | SYED HAIDER ABBAS, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
|---|---|---|---|
| Specimen/Accession ID | S6020397 | Specimen Source | |
| Specimen Coll. Date | 10/02/2019 11:23 | Result Status | Final |
| Specimen Rec. Date | 10/02/2019 11:56 | Report Status | |
| Specimen Reported Date | 10/02/2019 12:49 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| RBC MORPHOLOGY | NORMAL | | | Normal | Final | |
| PLATELET MORPHOLOGY | NORMAL | | | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob: )**

## CBC 10/02/2019 (#28361452, Final, 10/02/2019 11:23am)

| | |
|---|---|
| Note to Patient | stable blood counts. |

| | | | |
|---|---|---|---|
| Ordering Provider | SYED HAIDER ABBAS, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S6020397 | Specimen Source | |
| Specimen Coll. Date | 10/02/2019 11:23 | Result Status | Final |
| Specimen Rec. Date | 10/02/2019 11:56 | Report Status | |
| Specimen Reported Date | 10/02/2019 12:49 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WHITE BLOOD CELLS | 5.8 | 3.8-10.8 | K/uL | Normal | Final | |
| RED BLOOD CELLS | 4.42 | 3.80-5.20 | M/uL | Normal | Final | |
| HEMOGLOBIN | 13.4 | 12.0-16.0 | G/DL | Normal | Final | |
| HEMATOCRIT | 40.6 | 35.0-47.0 | % | Normal | Final | |
| MCV | 92 | 80-100 | fL | Normal | Final | |
| MCH | 30 | 26-35 | PG | Normal | Final | |
| MCHC | 33 | 32-36 | G/DL | Normal | Final | |
| RDW | 13.0 | 11.0-15.0 | % | Normal | Final | |
| MPV | 7.8 | 6.2-10.5 | fL | Normal | Final | |
| PLATELET COUNT | 262 | 130-400 | K/uL | Normal | Final | |
| NEUTROPHIL,ABSOLUTE | 2.2 | 1.6-8.4 | K/uL | Normal | Final | |
| LYMPHOCYTE,ABSOLUTE | 3.2 | 0.4-5.1 | K/uL | Normal | Final | |
| MONOCYTE,ABSOLUTE | 0.3 | 0.0-1.2 | K/uL | Normal | Final | |
| EOSINOPHIL,ABSOLUTE | 0.1 | 0.0-0.8 | K/uL | Normal | Final | |
| BASOPHIL,ABSOLUTE | 0.0 | 0.0-0.3 | K/uL | Normal | Final | |
| | Smear reviewed to confirm cell morphology. | | | | | |
| **% NEUTROPHILS** | **37.6** | **42.0-78.0** | **%** | **Low** | **Final** | |
| **% LYMPHOCYTES** | **55.2** | **11.0-47.0** | **%** | **High** | **Final** | |
| % MONOCYTES | 5.7 | 0.0-11.0 | % | Normal | Final | |
| % EOSINOPHILS | 1.3 | 0.0-7.0 | % | Normal | Final | |
| % BASOPHILS | 0.2 | 0.0-3.0 | % | Normal | Final | |
| NUCLEATED RED CELLS | 0.1 | 0.0-0.9 | % | Normal | Final | |
| NUCLEATED RBCS, ABSOLUTE | 0.01 | NOT ESTAB. | K/uL | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob: )**

# LIPID PANEL 08/21/2019 (#27311343, Final, 08/21/2019 11:53am)

| | |
|---|---|
| Note to Patient | Jamie,<br><br>Your cholesterol panel showed that your LDL (bad cholesterol) was high. It is not quite high enough that we need to start a medication for it, but it is very important to continue working on diet, exercise, and maintaining a healthy weight. I suggest we repeat this lab at your next appointment.<br><br>Your hemoglobin A1C showed that your blood sugar average is great!<br><br>Thanks,<br>Dr. St. Clair |

| | | | |
|---|---|---|---|
| Ordering Provider | COLLIN ST. CLAIR, DO | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S4210556 | Specimen Source | |
| Specimen Coll. Date | 08/21/2019 11:53 | Result Status | Final |
| Specimen Rec. Date | 08/21/2019 19:16 | Report Status | |
| Specimen Reported Date | 08/21/2019 19:42 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| **HDL CHOLESTEROL** | **56** | **66-242** | **mg/dL** | **Low** | **Final** | |
| TRIGLYCERIDES | 117 | 0-149 | mg/dL | Normal | Final | |
| | TRIGLYCERIDE RANGES<br>NORMAL: < 150<br>BORDERLINE HIGH: 150 - 199<br>HIGH: 200 - 499<br>VERY HIGH: > OR = 500 | | | | | |
| **CHOLESTEROL** | **261** | **0-199** | **mg/dL** | **High** | **Final** | |
| | **CHOLESTEROL (TOTAL) RANGES**<br>**DESIRABLE: < 200**<br>**BORDERLINE: 200 - 239**<br>**HIGHER RISK: > 239** | | | | | |
| **LDL CHOLESTEROL** | **182** | **0-99** | **mg/dl (calc)** | **High** | **Final** | |
| | **LDL CHOLESTEROL RANGES**<br>**OPTIMAL: < 100**<br>**NEAR/ABOVE OPTIMAL: 100 - 129**<br>**BORDERLINE HIGH: 130 - 159**<br>**HIGH: 160 - 189**<br>**VERY HIGH: > OR = 190** | | | | | |

**REECE, JAMIE H (id #21591363, dob: )**

## GLYCOHEMOGLOBIN A1C 08/21/2019 (#27311266, Final, 08/21/2019 11:53am)

| | |
|---|---|
| Note to Patient | Jamie,<br><br>Your cholesterol panel showed that your LDL (bad cholesterol) was high. It is not quite high enough that we need to start a medication for it, but it is very important to continue working on diet, exercise, and maintaining a healthy weight. I suggest we repeat this lab at your next appointment.<br><br>Your hemoglobin A1C showed that your blood sugar average is great!<br><br>Thanks,<br>Dr. St. Clair |

| | | | |
|---|---|---|---|
| Ordering Provider | COLLIN ST. CLAIR, DO | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S4210556 | Specimen Source | |
| Specimen Coll. Date | 08/21/2019 11:53 | Result Status | Final |
| Specimen Rec. Date | 08/21/2019 19:09 | Report Status | |
| Specimen Reported Date | 08/21/2019 19:25 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| GLYCO HGB A1C | 5.2 | 0.0-5.6 | % | Normal | Final | |
| ESTIMATED AVG. GLUCOSE | 103 | | mg/dl (calc) | Normal | Final | |
| | New guidelines by the American Diabetes Association state that a hemoglobin A1c level of 5.7-6.4% indicates an increased risk of diabetes. A result of 6.5% or higher is diagnostic of diabetes. | | | | | |

**REECE, JAMIE H (id #21591363, dob: )**

## QTB GOLD 08/14/2019 (#27130145, Final, 08/12/2019 9:05am)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SYED HAIDER ABBAS, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S4120223 | Specimen Source | |
| Specimen Coll. Date | 08/12/2019 09:05 | Result Status | Final |
| Specimen Rec. Date | 08/12/2019 09:12 | Report Status | |
| Specimen Reported Date | 08/14/2019 17:05 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| QTB GOLD | NEGATIVE | NEGATIVE | | Normal | Final | CB |
| | Negative test result. M. tuberculosis complex infection unlikely. | | | | | |
| NIL | 0.02 | | IU/mL | Normal | Final | CB |
| MITOGEN NIL | 9.26 | | IU/mL | Normal | Final | CB |
| TB1 NIL | 0.00 | | IU/mL | Normal | Final | CB |
| TB2 NIL | 0.00 | | IU/mL | Normal | Final | CB |

The Nil tube value reflects the background interferon gamma immune response of the patient's blood sample. This value has been subtracted from the patient's displayed TB and Mitogen results.

Lower than expected results with the Mitogen tube prevent false-negative Quantiferon readings by detecting a patient with a potential immune suppressive condition and/or suboptimal pre-analytical specimen handling.

The TB1 Antigen tube is coated with the M. tuberculosis-specific antigens designed to elicit responses from TB antigen primed CD4+ helper T-lymphocytes.

The TB2 Antigen tube is coated with the M. tuberculosis-specific antigens designed to elicit responses from TB antigen primed CD4+ helper and CD8+ cytotoxic T-lymphocytes.

For additional information, please refer to https://education.questdiagnostics.com/faq/FAQ204 (This link is being provided for informational/ educational purposes only.)

TEST PERFORMED AT:
QUEST DIAGNOSTICS WOOD DALE
1355 MITTEL BOULEVARD WOOD DALE, IL 60191-1024
ANTHONY V. THOMAS, MD

**REECE, JAMIE H (id #21591363, dob: )**

# RBC MORPHOLOGY 08/12/2019 (#27036916, Final, 08/12/2019 9:05am)

| | | | |
|---|---|---|---|
| Ordering Provider | SYED HAIDER ABBAS, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S4120223 | Specimen Source | |
| Specimen Coll. Date | 08/12/2019 09:05 | Result Status | Final |
| Specimen Rec. Date | 08/12/2019 09:08 | Report Status | |
| Specimen Reported Date | 08/12/2019 10:32 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| PLATELET MORPHOLOGY | NORMAL | | | Normal | Final | |
| **POLYCHROMASIA** | **SLIGHT** | | | **Abnormal** | **Final** | |
| **STOMATOCYTES** | **SLIGHT** | | | **Abnormal** | **Final** | |

**REECE, JAMIE H (id #21591363, dob: )**

## CBC 08/12/2019 (#27036914, Final, 08/12/2019 9:05am)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SYED HAIDER ABBAS, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S4120223 | Specimen Source | |
| Specimen Coll. Date | 08/12/2019 09:05 | Result Status | Final |
| Specimen Rec. Date | 08/12/2019 09:08 | Report Status | |
| Specimen Reported Date | 08/12/2019 10:32 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WHITE BLOOD CELLS | 4.9 | 3.8-10.8 | K/uL | Normal | Final | |
| RED BLOOD CELLS | 4.08 | 3.80-5.20 | M/uL | Normal | Final | |
| HEMOGLOBIN | 12.5 | 12.0-16.0 | G/DL | Normal | Final | |
| HEMATOCRIT | 37.2 | 35.0-47.0 | % | Normal | Final | |
| MCV | 91 | 80-100 | fL | Normal | Final | |
| MCH | 31 | 26-35 | PG | Normal | Final | |
| MCHC | 34 | 32-36 | G/DL | Normal | Final | |
| RDW | 13.1 | 11.0-15.0 | % | Normal | Final | |
| MPV | 7.4 | 6.2-10.5 | fL | Normal | Final | |
| PLATELET COUNT | 265 | 130-400 | K/uL | Normal | Final | |
| NEUTROPHIL,ABSOLUTE | 1.8 | 1.6-8.4 | K/uL | Normal | Final | |
| LYMPHOCYTE,ABSOLUTE | 2.6 | 0.4-5.1 | K/uL | Normal | Final | |
| MONOCYTE,ABSOLUTE | 0.3 | 0.0-1.2 | K/uL | Normal | Final | |
| EOSINOPHIL,ABSOLUTE | 0.1 | 0.0-0.8 | K/uL | Normal | Final | |
| BASOPHIL,ABSOLUTE | 0.0 | 0.0-0.3 | K/uL | Normal | Final | |
| | Smear reviewed to confirm cell morphology. | | | | | |
| **% NEUTROPHILS** | **37.3** | **42.0-78.0** | **%** | **Low** | **Final** | |
| **% LYMPHOCYTES** | **52.9** | **11.0-47.0** | **%** | **High** | **Final** | |
| % MONOCYTES | 6.8 | 0.0-11.0 | % | Normal | Final | |
| % EOSINOPHILS | 2.7 | 0.0-7.0 | % | Normal | Final | |
| % BASOPHILS | 0.3 | 0.0-3.0 | % | Normal | Final | |
| NUCLEATED RED CELLS | 0.1 | 0.0-0.9 | % | Normal | Final | |
| NUCLEATED RBCS, ABSOLUTE | 0.01 | NOT ESTAB. | K/uL | Normal | Final | |

## HIGH RISK DRUG PANEL 06/14/2019 (#25687853, Final, 06/10/2019 11:00am)

| | | | |
|---|---|---|---|
| Ordering Provider | KATHERINE S RODEN, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S2100367 | Specimen Source | |
| Specimen Coll. Date | 06/10/2019 11:00 | Result Status | Final |

NEW LEXINGTON CLINIC PSC • , LEXINGTON KY 40504-2701

**REECE, JAMIE H (id #21591363, dob: )**

| | | | |
|---|---|---|---|
| Specimen Rec. Date | 06/10/2019 12:30 | Report Status | |
| Specimen Reported Date | 06/14/2019 06:21 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| CREATININE | 55.4 | > OR = 20.0 | mg/dL | Normal | Final | OW |
| SPECIFIC GRAVITY | 1.013 | > OR = 1.003 | | Normal | Final | OW |
| PH | 6.5 | 4.5-9.0 | | Normal | Final | OW |
| OXIDANT | NEGATIVE | <200 | mcg/mL | Normal | Final | OW |
| AMPHETAMINES | NEGATIVE | <500 | ng/mL | Normal | Final | OW |
| BARBITURATES | NEGATIVE | <300 | ng/mL | Normal | Final | OW |
| BENZODIAZEPINES | NEGATIVE | <100 | ng/mL | Normal | Final | OW |
| MARIJUANA METABOLITE | NEGATIVE | <20 | ng/mL | Normal | Final | OW |
| COCAINE METABOLITE | NEGATIVE | <150 | ng/mL | Normal | Final | OW |
| METHADONE METABOLITE | NEGATIVE | <100 | ng/mL | Normal | Final | OW |
| OPIATES | NEGATIVE | <100 | ng/mL | Normal | Final | OW |
| OXYCODONE | NEGATIVE | <100 | ng/mL | Normal | Final | OW |
| PHENCYCLIDINE | NEGATIVE | <25 | ng/mL | Normal | Final | OW |
| COMMENT | SEE BELOW | | | Normal | Final | KP |

See Note 2

Note 1

This test was developed and its analytical performance characteristics have been determined by Quest Diagnostics. It has not been cleared or approved by the FDA. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.

Note 2
This drug testing is for medical treatment only. Analysis was performed as non-forensic testing and these results should be used only by healthcare providers to render diagnosis or treatment, or to monitor progress of medical conditions.

For assistance with interpreting these drug results, please contact a Quest Diagnostics Toxicology Specialist: 1-877-40-RX TOX (1-877-407-9869), M-F, 8am-6pm EST.

TEST PERFORMED AT:
QUEST DIAGNOSTICS NORRISTOWN
400 EGYPT ROAD NORRISTOWN, PA 19403-3406
R.H. BARRY SAMPLE,PHD

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| FENTANYL | NEGATIVE | <0.5 | ng/mL | Normal | Final | CB |
| | See Note 1 | | | | | |
| NORFENTANYL | NEGATIVE | <0.5 | ng/mL | Normal | Final | CB |
| | See Note 1 | | | | | |
| GABAPENTIN | NEGATIVE | <1000 | ng/mL | Normal | Final | KP |
| | See Note 1 | | | | | |
| **PREGABALIN, QT UR** | **18000** | **<1000** | **ng/mL** | **High** | **Final** | **KP** |
| | **See Note 1** | | | | | |
| DESMETHYLTRAMADOL | NEGATIVE | <100 | ng/mL | Normal | Final | KP |

| | | | | | | |
|---|---|---|---|---|---|---|
| | See Note 1 | | | | | |
| TRAMADOL | NEGATIVE | <100 | ng/mL | Normal | Final | KP |
| | See Note 1 | | | | | |
| TAPENTADOL | NEGATIVE | <50 | ng/mL | Normal | Final | KP |
| | See Note 1 | | | | | |
| NORTAPENTADOL | NEGATIVE | <50 | ng/mL | Normal | Final | KP |
| | See Note 1 | | | | | |
| HEROIN METABOLITE, QT UR | NEGATIVE | <10 | ng/mL | Normal | Final | CB |
| | See Note 1 | | | | | |
| ETHYL GLUCURONIDE | NEGATIVE | <500 | ng/mL | Normal | Final | CB |
| | See Note 1 | | | | | |
| ETHYL SULFATE | NEGATIVE | <100 | ng/mL | Normal | Final | CB |
| | See Note 1 | | | | | |
| BUPRENORPHINE | NEGATIVE | <2 | ng/mL | Normal | Final | CB |
| | See Note 1 | | | | | |
| NORBUPRENORPHINE | NEGATIVE | <2 | ng/mL | Normal | Final | CB |
| | See Note 1 | | | | | |

## SURGICAL PATHOLOGY 04/30/2019 (#24584119, Final, 04/29/2019)

| | |
|---|---|
| Note to Patient | Your biopsies shows chemical (medication related) gastritis. No evidence of cancer or infection was found. |

| | | | |
|---|---|---|---|
| Ordering Provider | AN-YU CHEN, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | ST-19-04094 | Specimen Source | |
| Specimen Coll. Date | 04/29/2019 00:00 | Result Status | Final |
| Specimen Rec. Date | 04/29/2019 15:21 | Report Status | |
| Specimen Reported Date | 04/30/2019 11:24 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| SURGICAL PATHOLOGY PROCEDURE | SEE BELOW | | | | Final | |

**REECE, JAMIE H (id #21591363, dob: )**

Department of Pathology
Surgical Pathology Report

NAME:REECE, JAMIE PATH.:ST-19-04094

Copy to:

Diagnosis:
Gastric biopsy: Mild chronic gastritis with features suggestive of a chemical gastritis.
Helicobacter not identified on routine stain.
No evidence of intestinal metaplasia or malignancy.

SOURCE OF SPECIMEN: GASTRIC BIOPSY

CLINICAL INFORMATION: DYSPHAGIA / ABDOMINAL PAIN / REFLUX

Gross Description:
Received in formalin labeled with the patient's name and designated as "gastric biopsy" are two fragments of pale tan tissue measuring 0.3 cm and 1.0 cm. Entirely submitted in one cassette.
JAB 04/29/2019 03:48 PM

Microscopic Description:
A microscopic examination has been performed.

<Sign Out Dr. Signature>

VALERIE TAYLOR, MD
Signed Out Date: 04/30/2019 11:24

Page 1 of 1

## FECAL OCCULT BLOOD 04/11/2019 (#24115036, Final, 04/11/2019 8:41am)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | AMY KATHRYN COLLINS, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S0110136 | Specimen Source | |
| Specimen Coll. Date | 04/11/2019 08:41 | Result Status | Final |
| Specimen Rec. Date | 04/11/2019 08:41 | Report Status | |
| Specimen Reported Date | 04/11/2019 09:05 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| FECAL OCCULT BLOOD | NEGATIVE | NEGATIVE | | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob: )**

## H. PYLORI AG, STOOL 04/12/2019 (#24173522, Final, 04/10/2019 1:23pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | AMY KATHRYN COLLINS, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S0100618 | Specimen Source | |
| Specimen Coll. Date | 04/10/2019 13:23 | Result Status | Final |
| Specimen Rec. Date | 04/10/2019 13:25 | Report Status | |
| Specimen Reported Date | 04/12/2019 19:20 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| H. PYLORI AG,STOOL | SEE BELOW | | | Normal | Final | CB |

```
  HELICOBACTER PYLORI AG, EIA, STOOL

  MICRO NUMBER:       90319864
  TEST STATUS:        FINAL
  SPECIMEN SOURCE:    STOOL
  SPECIMEN QUALITY:   ADEQUATE
  RESULT:             Not Detected

                      Antimicrobials, proton pump inhibitors, and
                      bismuth preparations inhibit H. pylori and
                      ingestion up to two weeks prior to testing may
                      cause false negative results. If clinically
                      indicated the test should be repeated on a new
                      specimen obtained two weeks after discontinuing
                      treatment.

TEST PERFORMED AT:
QUEST DIAGNOSTICS WOOD DALE
1355 MITTEL BOULEVARD WOOD DALE, IL 60191-1024
ANTHONY V. THOMAS, MD
```

## LIPASE 04/09/2019 (#24061493, Final, 04/09/2019 10:33am)

| | |
|---|---|
| Note to Patient | normal lipase |

| | | | |
|---|---|---|---|
| Ordering Provider | AMY KATHRYN COLLINS, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S0090399 | Specimen Source | |
| Specimen Coll. Date | 04/09/2019 10:33 | Result Status | Final |
| Specimen Rec. Date | 04/09/2019 12:39 | Report Status | |
| Specimen Reported Date | 04/09/2019 13:29 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| LIPASE | 37 | 13-60 | U/L | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob: )**

## AMYLASE 04/09/2019 (#24060115, Final, 04/09/2019 10:33am)

| | |
|---|---|
| Note to Patient | normal amylase |

| | | | |
|---|---|---|---|
| Ordering Provider | AMY KATHRYN COLLINS, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S0090399 | Specimen Source | |
| Specimen Coll. Date | 04/09/2019 10:33 | Result Status | Final |
| Specimen Rec. Date | 04/09/2019 12:39 | Report Status | |
| Specimen Reported Date | 04/09/2019 13:04 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| AMYLASE | 57 | 28-100 | U/L | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob: )**

## CMP 04/09/2019 (#24060114, Final, 04/09/2019 10:33am)

| | |
|---|---|
| Note to Patient | normal |

| | | | |
|---|---|---|---|
| Ordering Provider | AMY KATHRYN COLLINS, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S0090399 | Specimen Source | |
| Specimen Coll. Date | 04/09/2019 10:33 | Result Status | Final |
| Specimen Rec. Date | 04/09/2019 12:39 | Report Status | |
| Specimen Reported Date | 04/09/2019 13:04 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| GLUCOSE | 91 | 74-100 | mg/dL | Normal | Final | |
| BLOOD UREA NITROGEN | 14 | 6-20 | mg/dL | Normal | Final | |
| CREATININE | 0.85 | 0.50-0.95 | mg/dL | Normal | Final | |
| BUN/CREATININE RATIO | 16 | 10-20 | (calc) | Normal | Final | |
| SODIUM | 140 | 136-145 | mmol/L | Normal | Final | |
| POTASSIUM | 4.3 | 3.4-5.0 | mmol/L | Normal | Final | |
| CHLORIDE | 100 | 98-107 | mmol/L | Normal | Final | |
| CARBON DIOXIDE | 25 | 20-32 | mmol/L | Normal | Final | |
| ANION GAP | 15 | 7-25 | (calc) | Normal | Final | |
| CALCIUM | 9.7 | 8.6-10.2 | mg/dL | Normal | Final | |
| TOTAL PROTEIN | 7.8 | 6.4-8.3 | g/dL | Normal | Final | |
| ALBUMIN | 4.4 | 3.5-5.2 | g/dL | Normal | Final | |
| GLOBULIN | 3.4 | 1.5-4.5 | g/dL (calc) | Normal | Final | |
| ALBUMIN/GLOBULIN RATIO | 1.3 | 1.1-2.5 | (calc) | Normal | Final | |
| BILIRUBIN, TOTAL | 0.4 | 0.1-1.2 | mg/dL | Normal | Final | |
| ALKALINE PHOSPHATASE | 81 | 35-105 | U/L | Normal | Final | |
| AST | 30 | 0-32 | U/L | Normal | Final | |
| ALT | 17 | 0-33 | U/L | Normal | Final | |
| GFR AFRICAN AMERICAN | 92 | >= 60 | | Normal | Final | |
| GFR NON-AFRICAN AMERICAN | 80 | >= 60 | | Normal | Final | |

```
**NOTE**
NEW calculation for GFR is based on the National Kidney
Foundation CKD-EPI equation and allows for reporting GFR
values greater than 60 mL/min/1.73 m2.
This calculation has not been validated for patients less
than 18 yrs., pregnant women and Hispanics.

Chronic kidney disease is defined as kidney damage or
GFR less than 60 mL/min/1.73 m2 for 3 months or longer.
```

**REECE, JAMIE H (id #21591363, dob: )**

## CBC 04/09/2019 (#24054389, Final, 04/09/2019 10:33am)

| | |
|---|---|
| Note to Patient | normal CBC |

| | | | |
|---|---|---|---|
| Ordering Provider | AMY KATHRYN COLLINS, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S0090399 | Specimen Source | |
| Specimen Coll. Date | 04/09/2019 10:33 | Result Status | Final |
| Specimen Rec. Date | 04/09/2019 10:57 | Report Status | |
| Specimen Reported Date | 04/09/2019 11:12 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WHITE BLOOD CELLS | 5.1 | 3.8-10.8 | K/uL | Normal | Final | |
| RED BLOOD CELLS | 4.40 | 3.80-5.20 | M/uL | Normal | Final | |
| HEMOGLOBIN | 13.5 | 12.0-16.0 | G/DL | Normal | Final | |
| HEMATOCRIT | 39.3 | 35.0-47.0 | % | Normal | Final | |
| MCV | 89 | 80-100 | fL | Normal | Final | |
| MCH | 31 | 26-35 | PG | Normal | Final | |
| MCHC | 34 | 32-36 | G/DL | Normal | Final | |
| RDW | 13.1 | 11.0-15.0 | % | Normal | Final | |
| MPV | 7.8 | 6.2-10.5 | fL | Normal | Final | |
| PLATELET COUNT | 284 | 130-400 | K/uL | Normal | Final | |
| NEUTROPHIL,ABSOLUTE | 2.1 | 1.6-8.4 | K/uL | Normal | Final | |
| LYMPHOCYTE,ABSOLUTE | 2.4 | 0.4-5.1 | K/uL | Normal | Final | |
| MONOCYTE,ABSOLUTE | 0.4 | 0.0-1.2 | K/uL | Normal | Final | |
| EOSINOPHIL,ABSOLUTE | 0.1 | 0.0-0.8 | K/uL | Normal | Final | |
| BASOPHIL,ABSOLUTE | 0.0 | 0.0-0.3 | K/uL | Normal | Final | |
| % NEUTROPHILS | 42.1 | 42.0-78.0 | % | Normal | Final | |
| **% LYMPHOCYTES** | **47.5** | **11.0-47.0** | **%** | **High** | **Final** | |
| % MONOCYTES | 7.9 | 0.0-11.0 | % | Normal | Final | |
| % EOSINOPHILS | 2.3 | 0.0-7.0 | % | Normal | Final | |
| % BASOPHILS | 0.2 | 0.0-3.0 | % | Normal | Final | |
| NUCLEATED RED CELLS | 0.0 | 0.0-0.9 | % | Normal | Final | |
| NUCLEATED RBCS, ABSOLUTE | 0.00 | NOT ESTAB. | K/uL | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob: )**

# CBC 02/11/2019 (#22634449, Final, 02/11/2019 9:51am)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SYED HAIDER ABBAS, MD | Performing Lab | LEXINGTON CLINIC LAB RATORY<br>1221 S BROADWA<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | R8110190 | Specimen Source | |
| Specimen Coll. Date | 02/11/2019 09:51 | Result Status | Final |
| Specimen Rec. Date | 02/11/2019 10:03 | Report Status | |
| Specimen Reported Date | 02/11/2019 10:26 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WHITE BLOOD CELLS | 5.5 | 3.8-10.8 | K/uL | Normal | Final | |
| RED BLOOD CELLS | 4.39 | 3.80-5.20 | M/uL | Normal | Final | |
| HEMOGLOBIN | 13.6 | 12.0-16.0 | G/DL | Normal | Final | |
| HEMATOCRIT | 39.7 | 35.0-47.0 | % | Normal | Final | |
| MCV | 91 | 80-100 | fL | Normal | Final | |
| MCH | 31 | 26-35 | PG | Normal | Final | |
| MCHC | 34 | 32-36 | G/DL | Normal | Final | |
| RDW | 12.7 | 11.0-15.0 | % | Normal | Final | |
| MPV | 7.8 | 6.2-10.5 | fL | Normal | Final | |
| PLATELET COUNT | 264 | 130-400 | K/uL | Normal | Final | |
| NEUTROPHIL,ABSOLUTE | 2.6 | 1.6-8.4 | K/uL | Normal | Final | |
| LYMPHOCYTE,ABSOLUTE | 2.3 | 0.4-5.1 | K/uL | Normal | Final | |
| MONOCYTE,ABSOLUTE | 0.5 | 0.0-1.2 | K/uL | Normal | Final | |
| EOSINOPHIL,ABSOLUTE | 0.1 | 0.0-0.8 | K/uL | Normal | Final | |
| BASOPHIL,ABSOLUTE | 0.0 | 0.0-0.3 | K/uL | Normal | Final | |
| % NEUTROPHILS | 47.1 | 42.0-78.0 | % | Normal | Final | |
| % LYMPHOCYTES | 41.2 | 11.0-47.0 | % | Normal | Final | |
| % MONOCYTES | 8.8 | 0.0-11.0 | % | Normal | Final | |
| % EOSINOPHILS | 2.6 | 0.0-7.0 | % | Normal | Final | |
| % BASOPHILS | 0.3 | 0.0-3.0 | % | Normal | Final | |
| NUCLEATED RED CELLS | 0.1 | 0.0-0.9 | % | Normal | Final | |
| NUCLEATED RBCS, ABSOLUTE | 0.01 | NOT ESTAB. | K/uL | Normal | Final | |

# Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 05/20/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (52yo, F) ID# 21591363 | **Appt. Date/Time** | 05/20/2021 09:30AM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 214021M1EA<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Referring Provider:** KATHERINE RODEN MD: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4411 NPI: 1982967824
**Neurologist:** ANDREW R SCHNEIDER MD: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4119 NPI: 1932120219
**Ophthalmologist:** MICHAEL T NEWCOMB MD: 100 NORTH EAGLE CREEK DR 3RD FL, LEXINGTON, KY 40509, Ph (859) 258-5310, Fax (859) 258-5328 NPI: 1093968026
**Rheumatologist:** SUSANNA MOBERLY APRN: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4039 NPI: 1568843316
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990

## Patient's Pharmacies

**EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS, MO 63134, Ph (888) 327-9791, Fax (800) 837-0959**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS, TN 38134, Ph (844) 516-3319, Fax (888) 302-1028
WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON, KY 40509, Ph (859) 263-0526, Fax (859) 263-0526
WALMART PHARMACY 7259 - TOYOTA RX (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN, KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 05/20/2021 09:31 am | **Wt:** | 191 lbs 05/20/2021 09:31 am | **BMI:** | 29.9 05/20/2021 09:31 am |
| **BP:** | 122/74 sitting R arm 05/20/2021 09:32 am | **BP Cuff Size:** | adult 05/20/2021 09:31 am | | |

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

**PERCOCET**: Itching

## Medications

Reviewed Medications

**diclofenac 1 % topical gel** 05/20/21 prescribed
APPLY 2 GRAMS TO THE AFFECTED AREA(S) BY TOPICAL ROUTE 4 TIMES PER DAY

**esomeprazole magnesium 40 mg capsule,delayed release** 10/19/20 prescribed
TAKE 1 CAPSULE DAILY

**Estrace 1 mg tablet** 08/21/19 entered

**Lyrica 100 mg capsule** 04/06/21 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** 11/17/17 entered

**prednisoLONE acetate 1 % eye drops,suspension** 05/05/21 prescribed
one drop right eye 4 times a day for 7 days

**predniSONE 5 mg tablet** 05/06/21 prescribed
take one po tid x 1 week; one po bid x 1 week then one po daily

**Probiotic** 11/17/17 entered

**Restasis 0.05 % eye drops in a dropperette** 02/05/21 prescribed
INSTILL 1 DROP INTO AFFECTED EYE(S) BY OPHTHALMIC ROUTE EVERY 12 HOURS
Both eyes

**Taltz Autoinjector (3 Pack) 80 mg/mL subcutaneous** 05/18/21 auth requested
Inject by subcutaneous route.
**Internal Note:** PA approved until 6/18/2021

**terconazole 0.4 % vaginal cream** 10/26/20 prescribed
Insert 1 applicator(s)ful every day by vaginal route for 7 days.

**tiZANidine 4 mg tablet** 11/17/20 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**Valium 5 mg tablet** 10/27/20 prescribed
Take 1 tablet(s) every day by oral route as needed for 1 day.

**Xeljanz XR 11 mg tablet,extended release** 01/13/21 prescribed
take one tablet everyday

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Vaccines not reviewed (last reviewed 05/06/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems

- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017

- Psoriatic arthritis - Onset: [illegible]
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- History of polyp of colon - Onset: 10/19/2020
- Family history of Stomach cancer - Onset: 07/13/2017
- Globus sensation - Onset: 07/13/2017
- Cystocele and rectocele co-occurrent with incomplete uterovaginal prolapse - Onset: 01/25/2021

## Family History

Family History not reviewed (last reviewed 05/06/2021)

| | |
|---|---|
| Mother | - Arthritis |
| | - Hypertensive disorder |
| Father | - Hypercholesterolemia |
| | - Family history of cancer |
| Maternal Uncle | - Heart disease |

## Social History

Social History not reviewed (last reviewed 05/06/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 04/06/2021
Chewing tobacco: none

## Surgical History

Surgical History not reviewed (last reviewed 05/06/2021)
Procedure on wrist
Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019;
PELVIC SURGERY 12/14/2020

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 03/30/2020)

## Past Medical History

Past Medical History not reviewed (last reviewed 05/06/2021)
Acid Reflux (GERD): **Y**
Arthritis: **Y**
Notes: CRPS

## HPI

acute visit for right foot pain; having issues with right foot pain without trauma; having issues with a large bunion; foot is tender to palp; foot is worsening; bunion is worsening; normally seen for psoriatic arthritis. Currently she is on xeljanz 11 mg po daily; and denies any side effects.

She has a history of complex regional pain syndrome involving the right upper and lower extremity followed by pain clinic.

had pelvic floor surgery and has been having complications; may need a second opinion

no s/e from medications; currently denies bowel or bladder changes, chest pain, shortness of air, rashes, fevers and all others are negative

## ROS

**ROS as noted in the HPI**

## Physical Exam

**REECE, JAMIE H (id #21591363, dob:**

Patient is a 52-year-old female.

**Constitutional:** General Appearance: healthy-appearing and **overweight**. Level of Distress: NAD. Ambulation: ambulating normally.

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Sclerae: non-icteric.

**ENMT:** Ears: no lesions on external ear or hearing loss. Nose: no lesions on external nose and nares patent. Oral Cavity: no mouth or lip ulcers.

**Lungs:** Respiration: no dyspnea.

**Musculoskeletal System:** Joints, Bones, and Muscles: no contractures or malalignment, **bony deformity** (**hallux valgus deformity**) and **tenderness** (**right foot swelling; hallux valgus deformity**), and normal movement of all extremities. Extremities: no cyanosis or edema. Hips: normal internal rotation and external rotation, no tenderness of the SI joints or pain over the greater trochanteric bursa, and **trigger point pain** (**over right piriformis; tight**). Knees: no ligamentous instability on examination.

**Neurological Exam:** Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no rash, lesions, ulcer, induration, nodules, jaundice, or abnormal nevi and good turgor. Nails: normal.

## Procedure Documentation

**Injection Joint/Bursa, Interm, w/o US:**

After discussion of the risks and benefits, the patient consented to proceed with a steroid injection into the right foot. Confirmed that the patient does not have history of prior adverse reactions, active infections, or relevant allergies. There was no effusion, erythema, or warmth, and the skin was clear.

The skin was prepped in a sterile fashion. Topical anesthesia was achieved with ethyl chloride. The joint was injected with 1 cc of DepoMedrol, 40 mg/ml, and Lidocaine. The injection was completed without complication, and a bandage was applied. The patient tolerated the procedure well and was instructed to avoid strenuous activity for the next 24-48 hours and to use ice, NSAIDs, or Tylenol for pain as needed. The patient will call immediately with any signs of infection or allergic reaction. The patient will return as needed.

Methylprednisolone 40 mg/mL

Medication NDC#: 0703-0045-01

Medication Lot#: 31328893

Medication Exp: 11/2021

Lidocaine 1%

Lot 13-413-dk

Exp 01/2022

Ndc 0409-4276-17

## Assessment / Plan

. **Hallux valgus AND bunion** - Right -

discussed and will provide with rt foot injection today

will further have her start on topicals for the pain, use toe separators and should further have xr of the rt foot today to assess for any further bone changes

this is secondary to the bunion

M20.11: Hallux valgus (acquired), right foot

- diclofenac 1 % topical gel - APPLY 2 GRAMS TO THE AFFECTED AREA(S) BY TOPICAL ROUTE 4 TIMES PER DAY Qty: 1 100 gm tube(s) Refills: 2 Pharmacy: WALMART PHARMACY 3894
- XR RT FOOT COMPLETE

Weight (lbs): 190

. **Body mass index 25-29 - overweight**

Z68.29: Body mass index [BMI] 29.0-29.9, adult

- Body Mass Index: Care Instructions-LC - Handout: Body Mass Index: Care Instructions-LC

. **Pain in right foot** -

discussed and will provide with rt foot injection today

will further have her start on topicals for the pain, use toe separators and should further have xr of the rt foot today to assess for any further bone changes

this is secondary to the bunion

she is having issues with tendinitis, arthritis

with deformity

M79.671: Pain in right foot

## Return to Office

- SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on 08/05/2021 at 11:30 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 10/05/2021 at 09:15 AM
- to see SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on or around 11/06/2021
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022
- MICHAEL T NEWCOMB, MD for COMPLETE EYE EXAM at OPHTHALMOLOGY EAST on 05/09/2022 at 01:00 PM
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023

## Encounter Sign-Off

Encounter signed-off by SUSANNA MOBERLY, APRN, 05/25/2021.
Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 05/25/2021 at 9:31am

**Encounter Date: 05/06/2021 (Amendment closed by SUSANNA MOBERLY, APRN on 05/06/2021 at 12:03pm Last amended by SUSANNA MOBERLY, APRN on 05/06/2021 at 12:14pm)**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (52yo, F) ID# 21591363 | **Appt. Date/Time** | 05/06/2021 11:30AM |

**REECE, JAMIE H (id #21591363, dob:**

| | | | |
|---|---|---|---|
| **DOB** | 09/22/1968 | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |

**Insurance**
Med Primary: BCBS-OH (PPO)
Insurance # : TOAAN1313675
Policy/Group # : 214021M1EA
Employer Name : TOYOTA
Med Worker's Comp: MSMM
Employer Name : KELLY SERVICES
Case # : SA211932PVY
Case Injury Date : 01/30/2018
Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC
Insurance # :
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: EXPRESS SCRIPTS - Member is eligible. details

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Referring Provider:** KATHERINE RODEN MD: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4411 NPI: 1982967824
**Neurologist:** ANDREW R SCHNEIDER MD: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4119 NPI: 1932120219
**Ophthalmologist:** MICHAEL T NEWCOMB MD: 100 NORTH EAGLE CREEK DR 3RD FL, LEXINGTON, KY 40509, Ph (859) 258-5310, Fax (859) 258-5328 NPI: 1093968026
**Rheumatologist:** SUSANNA MOBERLY APRN: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4039 NPI: 1568843316
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990

## Patient's Pharmacies

**EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS, MO 63134, Ph (888) 327-9791, Fax (800) 837-0959**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS, TN 38134, Ph (844) 516-3319, Fax (800) 391-9707
WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON, KY 40509, Ph (859) 263-0526, Fax (859) 263-0526
WALMART PHARMACY 7259 - TOYOTA RX (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN, KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 05/06/2021 11:44 am | **Wt:** | 190 lbs 05/06/2021 11:44 am | **BMI:** | 29.8 05/06/2021 11:44 am |
| **BP:** | 120/76 sitting R arm 05/06/2021 11:46 am | **BP Cuff Size:** | adult 05/06/2021 11:46 am | | |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;
**PERCOCET**: Itching

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 10/19/20 | prescribed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 04/06/21 | prescribed |

**Multi Vitamin** 11/17/17 entered

**prednisoLONE acetate 1 % eye drops,suspension** 05/05/21 prescribed
one drop right eye 4 times a day for 7 days

**predniSONE 5 mg tablet** 05/06/21 prescribed
take one po tid x 1 week; one po bid x 1 week then one po daily

**Probiotic** 11/17/17 entered

**Restasis 0.05 % eye drops in a dropperette** 02/05/21 prescribed
INSTILL 1 DROP INTO AFFECTED EYE(S) BY OPHTHALMIC ROUTE EVERY 12 HOURS
Both eyes

**Taltz Autoinjector (2 Pack) 80 mg/mL subcutaneous** 05/06/21 prescribed
take 160 mg for loading dose then 80 mg maintenance dose

**terconazole 0.4 % vaginal cream** 10/26/20 prescribed
Insert 1 applicator(s)ful every day by vaginal route for 7 days.

**tiZANidine 4 mg tablet** 11/17/20 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**Valium 5 mg tablet** 10/27/20 prescribed
Take 1 tablet(s) every day by oral route as needed for 1 day.

**Xeljanz XR 11 mg tablet,extended release** 01/13/21 prescribed
take one tablet everyday

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems

- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- History of polyp of colon - Onset: 10/19/2020
- Family history of Stomach cancer - Onset: 07/13/2017
- Globus sensation - Onset: 07/13/2017
- Cystocele and rectocele co-occurrent with incomplete uterovaginal prolapse - Onset: 01/25/2021

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| | - Hypertensive disorder |
| Father | - Hypercholesterolemia |
| | - Family history of cancer |
| Maternal Uncle | - Heart disease |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 04/06/2021
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019;
PELVIC SURGERY 12/14/2020

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 03/30/2020)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**
Arthritis: **Y**
Notes: CRPS

## HPI

pleasant 52 yo fe, seen today as a follow-up on psoriatic arthritis. Currently she is on xeljanz 11 mg po daily; and denies any side effects.

She has a history of complex regional pain syndrome involving the right upper and lower extremity followed by pain clinic.

had pelvic floor surgery and has been having complications; may need a second opinion

no s/e from medications; currently denies bowel or bladder changes, chest pain, shortness of air, rashes, fevers and all others are negative

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 52-year-old female.

**Constitutional:**General Appearance: healthy-appearing and **overweight**. Level of Distress: NAD. Ambulation: ambulating normally.

**Mental Status:**Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:**Head: normocephalic and atraumatic.

**Eyes:**Lids and Conjunctivae: no discharge or pallor and non-injected. Sclerae: non-icteric.

**ENMT:**Ears: no lesions on external ear or hearing loss. Nose: no lesions on external nose and nares patent. Oral Cavity: no mouth or lip ulcers.

**Lungs:**Respiration: no dyspnea.

**Musculoskeletal System:**Joints, Bones, and Muscles: no contractures, malalignment, or bony abnormalities and normal movement of all extremities and **tenderness** (**right foot swelling**). Extremities: no cyanosis or edema. Hips: normal internal rotation and external rotation, no tenderness of the SI joints or pain over the greater trochanteric bursa, and **trigger point pain** (**over right piriformis; tight**). Knees: no ligamentous instability on examination.

**Neurological Exam:**Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:**Inspection and palpation: no rash, lesions, ulcer, induration, nodules, jaundice, or abnormal nevi and good turgor. Nails: normal.

## Assessment / Plan

**. Psoriasis with arthropathy -**

52-year-old female with chronic psoriasis and psoriatic arthritis.

so she was started on xeljanz and has not been seeing an improvement

so we will obtain a pa for taltz

160 mg loading dose injection

then 80 mg sc injection every month

with swelling in the right foot

she needs labs and refills today

L40.50: Arthropathic psoriasis, unspecified

- PSORIASIS: CARE INSTRUCTIONS
- prednisone 5 mg tablet - take one po tid x 1 week; one po bid x 1 week then one po daily Qty: 90 tablet(s) Refills: 1 Pharmacy: EXPRESS SCRIPTS HOME DELIVERY
- Depo-Medrol 80 mg/mL suspension for injection - Take 120 mg by injection route. Quantity: 120 mg Route: Injection
- Taltz Autoinjector (2 Pack) 80 mg/mL subcutaneous - take 160 mg for loading dose then 80 mg maintenance dose Qty: 2 mL Refills: 0 Pharmacy: ACCREDO

**. Complex regional pain syndrome -**

Please see my previous notes for details.

Briefly, has CRPS Type I, right arm after right shoulder and elbow injury due to repititive work at Toyota factory. Initially symptoms started some time early January 2018.

she is currently followed at the pain management clinic and is now on Lyrica at 100 mg 3 times a day.

unfortunately, her symptoms are chronic and does need to maintain long-term pain management.

I do not have any further suggestions.

M89.00: Algoneurodystrophy, unspecified site

- LEARNING ABOUT HEALTHY WEIGHT

- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS

. **Long-term drug therapy** -

labs today

Z79.899: Other long term (current) drug therapy

- CBC
- CMP

. **Body mass index 25-29 - overweight**

Z68.29: Body mass index [BMI] 29.0-29.9, adult

- Body Mass Index: Care Instructions-LC - Handout: Body Mass Index: Care Instructions-LC

. **Tuberculosis screening -**

last negative 7/31/2020

Z11.1: Encounter for screening for respiratory tuberculosis

- QTB GOLD

## Return to Office

- SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on 08/05/2021 at 11:30 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 10/05/2021 at 09:15 AM
- to see SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on or around 11/06/2021
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022
- MICHAEL T NEWCOMB, MD for COMPLETE EYE EXAM at OPHTHALMOLOGY EAST on 05/09/2022 at 01:00 PM
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023

## Amendment Sign-Off

Encounter signed-off by SUSANNA MOBERLY, APRN, 05/06/2021.

Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 05/06/2021 at 12:02pm
Amendment closed by SUSANNA MOBERLY, APRN on 05/06/2021 at 12:03pm
Amendment closed by SUSANNA MOBERLY, APRN on 05/06/2021 at 12:14pm

**Encounter Date: 05/05/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (52yo, F) ID# 21591363 | **Appt. Date/Time** | 05/05/2021 10:15AM |
| **DOB** | | **Service Dept.** | OPHTHALMOLOGY EAST |
| **Provider** | MICHAEL T NEWCOMB, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 214021M1EA<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

Brief Eye Exam

52 Y/O WF RETURNS FOR A BRIEF

PT C/O SWELLING UPPER LIDS OU X1-2 WKS

NOTES, INTERMITTENLY FBS OU/ OD WORSE OS

PT BEGAN USING PF OU QID X 1 WEEK/NOTES OU FEEL SOME BETTER/SWELLING HAS NOT RESOLVED
RESTASIS BID OU X 3 MONTHS/ OTC REFRESH OU PRN
MH

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Referring Provider:** KATHERINE RODEN MD: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4411 NPI: 1982967824
**Neurologist:** ANDREW R SCHNEIDER MD: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4119 NPI: 1932120219
**Ophthalmologist:** MICHAEL T NEWCOMB MD: 100 NORTH EAGLE CREEK DR 3RD FL, LEXINGTON, KY 40509, Ph (859) 258-5310, Fax (859) 258-5328 NPI: 1093968026
**Rheumatologist:** SUSANNA MOBERLY APRN: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4039 NPI: 1568843316
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990

## Patient's Pharmacies

**EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS, MO 63134, Ph (888) 327-9791, Fax (800) 837-0959**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS, TN 38134, Ph (844) 516-3319, Fax (800) 391-9707
WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON, KY 40509, Ph (859) 263-0526, Fax (859) 263-0526
WALMART PHARMACY 7259 - TOYOTA RX (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN, KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

05/05/2021 10:27 am

**Ht:** 5 ft 7 in

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;
**PERCOCET**: Itching

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 10/19/20 | prescribed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 04/06/21 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **prednisoLONE acetate 1 % eye drops,suspension**<br>one drop right eye 4 times a day for 7 days | 05/05/21 | prescribed |
| **predniSONE 5 mg tablet**<br>take one po tid x 1 week; one po bid x 1 week then one po daily | 03/01/21 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **Restasis 0.05 % eye drops in a dropperette**<br>INSTILL 1 DROP INTO AFFECTED EYE(S) BY OPHTHALMIC ROUTE EVERY 12 HOURS<br>Both eyes | 02/05/21 | prescribed |

| | | |
|---|---|---|
| **Suprep Bowel Prep Kit 17.5 gram-3.13 gram-1.6 gram oral solution**<br>AS DIRECTED | 10/19/20 | prescribed |
| **terconazole 0.4 % vaginal cream**<br>Insert 1 applicator(s)ful every day by vaginal route for 7 days. | 10/26/20 | prescribed |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 11/17/20 | prescribed |
| **traMADoL 50 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 30 days. | 10/07/19 | prescribed |
| **Valium 5 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 1 day. | 10/27/20 | prescribed |
| **Xeljanz XR 11 mg tablet,extended release**<br>take one tablet everyday | 01/13/21 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Problems

Reviewed Problems

- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- History of polyp of colon - Onset: 10/19/2020
- Family history of Stomach cancer - Onset: 07/13/2017
- Globus sensation - Onset: 07/13/2017
- Cystocele and rectocele co-occurrent with incomplete uterovaginal prolapse - Onset: 01/25/2021

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis<br>- Hypertensive disorder |
| Father | - Hypercholesterolemia<br>- Family history of cancer |
| Maternal Uncle | - Heart disease |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 04/06/2021
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
Procedure on wrist

right wrist break surgery 10/2019;
PELVIC SURGERY 12/14/2020

## Past Medical History

Reviewed Past Medical History

Reviewed Past Medical History
Glasses/Contacts: **Y**
Notes: CRPS

## HPI

52 Y/O WF RETURNS FOR A BRIEF

PT C/O SWELLING UPPER LIDS OU X1-2 WKS

NOTES, INTERMITTENLY FBS OU/ OD WORSE OS

PT BEGAN USING PF OU QID X 1 WEEK/NOTES OU FEEL SOME BETTER/SWELLING HAS NOT RESOLVED
RESTASIS BID OU X 3 MONTHS/ OTC REFRESH OU PRN
MH

resasis is helping

pf qid ou

## Visual Acuity

| | Right | Left |
|---|---|---|
| Distance | | |
| w/ corr | 20/25 | 20/25 -1 |

## Vision Correction

None recorded.

## Physical Exam

Patient is a 52-year-old female.

**External Exam:**General Appearance normal. Face: normal. Lids: normal. Pupils normal. Muscle Balance Testing: normal. EOM: normal. Visual Fields Exam normal to count fingers OU.

**Slit Lamp Exam:**Lids normal. Conjunctiva: normal. Cornea: normal (**better tear film ou** ). Anterior Chamber: normal. Iris: normal. Lens: normal.

**Psychiatric:**Orientation: oriented to time, place, and person. Mental Status: affect normal.

## Intraocular Pressure

| Method | Right | Left |
|---|---|---|
| TonoPen | 12 mm Hg | 14 mm Hg |

## Dilation

None recorded.

## Assessment / Plan

**. Dry eyes -**

improved with restasis - continue bid ou

hot compresses bid

rec pf qid x 1 week then bid then qday over 2 weeks

H04.129: Dry eye syndrome of unspecified lacrimal gland

- prednisolone acetate 1 % eye drops,suspension - one drop right eye 4 times a day for 7 days Qty: 1 15 mL drop btl(s) Refills: 0 Pharmacy: EXPRESS SCRIPTS HOME DELIVERY

### Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 10/05/2021 at 09:15 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023

### Encounter Sign-Off

Encounter signed-off by MICHAEL T NEWCOMB, MD, 05/05/2021.

Encounter performed and documented by MICHAEL T NEWCOMB, MD
Encounter reviewed & signed by MICHAEL T NEWCOMB, MD on 05/05/2021 at 10:58am

**Encounter Date: 04/06/2021**

### Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (52yo, F) ID# 21591363 | **Appt. Date/Time** | 04/06/2021 09:15AM |
| **DOB** | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 214021M1EA<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

### Chief Complaint

Jamie Reece 52yo female following up on medication, pt is prescribed lyrica 100mg and tiznidine 4mg, She states regimne is doing okay right now. pt rates her pain 4/10

### Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Referring Provider:** KATHERINE RODEN MD: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4411 NPI: 1982967824
**Neurologist:** ANDREW R SCHNEIDER MD: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4119 NPI: 1932120219
**Ophthalmologist:** MICHAEL T NEWCOMB MD: 100 NORTH EAGLE CREEK DR 3RD FL, LEXINGTON, KY 40509, Ph (859) 258-5310, Fax (859) 258-5328 NPI: 1093968026
**Rheumatologist:** SUSANNA MOBERLY APRN: 1221 SOUTH BROADWAY, LEXINGTON, KY 40504, Ph (859) 258-6000, Fax (859) 258-4039 NPI: 1568843316
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990

### Patient's Pharmacies

**EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS, MO 63134, Ph (888) 327-9791, Fax (800) 837-0959**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS, TN 38134, Ph (844) 516-3319, Fax (888) 302-1028
WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON, KY 40509, Ph (859) 263-0526, Fax (859) 263-0526
WALMART PHARMACY 7259 - TOYOTA RX (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN,

## Vitals

04/06/2021 09:23 am

**Ht:** 5 ft 7 in **Wt:** 178 lbs **BMI:** 27.9

**Pain Scale:** 4 **Pain Scale Type:** Numeric

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;
**PERCOCET**: Itching

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 10/19/20 | prescribed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 04/06/21 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **prednisoLONE acetate 1 % eye drops,suspension**<br>INSTILL 1 DROP INTO AFFECTED EYE(S) BY OPHTHALMIC ROUTE 4TIMES PER DAY for 14 days | 02/05/21 | prescribed |
| **predniSONE 5 mg tablet**<br>take one po tid x 1 week; one po bid x 1 week then one po daily | 03/01/21 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **Restasis 0.05 % eye drops in a dropperette**<br>INSTILL 1 DROP INTO AFFECTED EYE(S) BY OPHTHALMIC ROUTE EVERY 12 HOURS Both eyes | 02/05/21 | prescribed |
| **Suprep Bowel Prep Kit 17.5 gram-3.13 gram-1.6 gram oral solution**<br>AS DIRECTED | 10/19/20 | prescribed |
| **terconazole 0.4 % vaginal cream**<br>Insert 1 applicator(s)ful every day by vaginal route for 7 days. | 10/26/20 | prescribed |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 11/17/20 | prescribed |
| **traMADoL 50 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 30 days. | 10/07/19 | prescribed |
| **Valium 5 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 1 day. | 10/27/20 | prescribed |
| **Xeljanz XR 11 mg tablet,extended release**<br>take one tablet everyday | 01/13/21 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- History of polyp of colon - Onset: 10/19/2020
- Family history of Stomach cancer - Onset: 07/13/2017
- Globus sensation - Onset: 07/13/2017
- Cystocele and rectocele co-occurrent with incomplete uterovaginal prolapse - Onset: 01/25/2021

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| | - Hypertensive disorder |
| Father | - Hypercholesterolemia |
| | - Family history of cancer |
| Maternal Uncle | - Heart disease |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 04/06/2021
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
Procedure on wrist
Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019;
PELVIC SURGERY 12/14/2020

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 03/30/2020)

## Past Medical History

Reviewed Past Medical History
Arthritis: **Y**
Headaches: **Y**
Notes: CRPS

**REECE, JAMIE H (id #21591363, dob:**

## HPI

52-year-old female presenting for follow-up with regards to medication management the setting of CRPS. Her current regimen consists of Lyrica 100 mg 3 times a day.

## Physical Exam

Patient is a 52-year-old female.

**Constitutional:**General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD.

**Psychiatric:**Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:**Head: normocephalic and atraumatic.

**Eyes:**Pupils: PERRLA. EOM: EOMI.

**Neck:**Neck: supple and trachea midline.

**Lungs:**Respiratory effort: no dyspnea.

**Cardiovascular System:**Heart Auscultation: normal S1 and S2 and RRR.

**Abdomen:**Bowel Sounds: normal. Inspection and Palpation: soft, non-distended, and no tenderness.

**Musculoskeletal::**Joints, Bones, and Muscles: normal movement of all extremities and**tenderness** (**RUE**).

**Motor Strength:**Motor Strength and Tone: normal and normal tone. C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

**Neurologic:**Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:**Inspection and palpation: no rash or lesions.

**Spine - Special Tests:**Other Findings **Myofascial pain**. Lumbar / Lumbosacral Spine (normal) lumbar / lumbosacral spine, **positive axial load**, and negative SLR.

## Assessment / Plan

52-year-old female presenting for follow-up with regards to medication management the setting of CRPS. She has repetitive work-related injury to the right shoulder and arm leading to symptoms consistent with CRPS. More recently her back and hip have been causing issues. Imaging does show disc bulge at L4-5 with foraminal narrowing. We discussed physical therapy. Unfortunately, patient has been spending a good bit of time at the hospital after her son suffered an anoxic brain injury related to an overdose. Her current regimen consists of Lyrica 100 mg 3 times a day. She does feels that the medication helps her symptoms. She denies adverse side effects. We will plan to refill her medication for a six-month supply. I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient has a signed pain management agreement per clinic policy. Urine drug screen is up to date and appropriate as per Kentucky medical board guidelines. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient. Patient will follow-up in 6 months for further evaluation.

. **Complex regional pain syndrome**

M89.00: Algoneurodystrophy, unspecified site

- Lyrica 100 mg capsule - Take 1 capsule(s) 3 times a day by oral route. Qty: 270 capsule(s) Refills: 1 Pharmacy: EXPRESS SCRIPTS HOME DELIVERY

**Patient Instructions**

WRAP-UP

Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- Refill Lyrica

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

## Return to Office

- MICHAEL T NEWCOMB, MD for COMPLETE EYE EXAM at OPHTHALMOLOGY EAST on 05/05/2021 at 10:15 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 04/06/2021.

Encounter performed and documented by KATHERINE S RODEN, MD

Encounter reviewed & signed by KATHERINE S RODEN, MD on 04/06/2021 at 9:36am

**Encounter Date: 02/05/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (52yo, F) ID# 21591363 | **Appt. Date/Time** | 02/05/2021 09:30AM |
| **DOB** | | **Service Dept.** | OPHTHALMOLOGY EAST |
| **Provider** | MICHAEL T NEWCOMB, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 214021M1EA<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

Brief Eye Exam

52 WF W/FBS OD BRF

1. C/O FBS OD - THERE ALL THE TIME - WORSE YESTERDAY
2. OD REDNESS
3. WATERY OD
4. OCC LIDS CRUSTY OD - LIDS
5. OD FEELS LIKE THERE IS A STICK POKING HER
MC

REFRESH DROPS OU

**REECE, JAMIE H (id #21591363, dob: )**

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Referring Provider:** KATHERINE S RODEN MD: 1221 S BROADWAY 4TH FL, LEXINGTON, KY 40504, Ph (859) 258-6101, Fax (859) 258-4411 NPI: 1982967824
**Neurologist:** ANDREW R SCHNEIDER MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1932120219
**Ophthalmologist:** MICHAEL T NEWCOMB MD: 100 N EAGLE CREEK DR 3RD FL, LEXINGTON, KY 40509, Ph (859) 258-5310, Fax (859) 258-5328 NPI: 1093968026
**Rheumatologist:** SUSANNA MOBERLY APRN: 1221 S BROADWAY 5TH FL, LEXINGTON, KY 40504, Ph (859) 258-4450, Fax (859) 258-4039 NPI: 1568843316
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON, KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS, TN 38134, Ph (844) 516-3319, Fax (888) 302-1028
EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS, MO 63134, Ph (888) 327-9791, Fax (800) 837-0959
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN, KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

02/05/2021 10:16 am

**Ht:** 5 ft 7 in

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;
**PERCOCET**: Itching

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 10/19/20 | prescribed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 11/17/20 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **prednisoLONE acetate 1 % eye drops,suspension**<br>INSTILL 1 DROP INTO AFFECTED EYE(S) BY OPHTHALMIC ROUTE 4TIMES PER DAY for 14 days | 02/05/21 | prescribed |
| **predniSONE 5 mg tablet**<br>take one po tid x 2 weeks; one po bid x 2 weeks then one po daily x 2 weeks | 10/12/20 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **Restasis 0.05 % eye drops in a dropperette**<br>INSTILL 1 DROP INTO AFFECTED EYE(S) BY OPHTHALMIC ROUTE EVERY 12 HOURS Both eyes | 02/05/21 | prescribed |
| **Suprep Bowel Prep Kit 17.5 gram-3.13 gram-1.6 gram oral solution**<br>AS DIRECTED | 10/19/20 | prescribed |

**terconazole 0.4 % vaginal cream** 10/26/20 prescribed
Insert 1 applicator(s)ful every day by vaginal route for 7 days.

**tiZANidine 4 mg tablet** 11/17/20 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**Valium 5 mg tablet** 10/27/20 prescribed
Take 1 tablet(s) every day by oral route as needed for 1 day.

**Xeljanz XR 11 mg tablet,extended release** 01/13/21 prescribed
take one tablet everyday

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- History of polyp of colon - Onset: 10/19/2020
- Family history of Stomach cancer - Onset: 07/13/2017
- Globus sensation - Onset: 07/13/2017
- Cystocele and rectocele co-occurrent with incomplete uterovaginal prolapse - Onset: 01/25/2021

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| | - Hypertensive disorder |
| Father | - Hypercholesterolemia |
| | - Family history of cancer |
| Maternal Uncle | - Heart disease |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 11/17/2020
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
Procedure on wrist

right wrist break surgery 10/2019;
PELVIC SURGERY 12/14/2020

## Past Medical History

Reviewed Past Medical History
Glasses/Contacts: **Y**
Notes: CRPS

**REECE, JAMIE H (id #21591363, dob: )**

## HPI

52 WF W/FBS OD BRF

1. C/O FBS OD - THERE ALL THE TIME - WORSE YESTERDAY
2. OD REDNESS
3. WATERY OD
4. OCC LIDS CRUSTY OD - LIDS
5. OD FEELS LIKE THERE IS A STICK POKING HER

MC

REFRESH DROPS OU

steroid helped a lot intitially, then seemed to wear off.

now getting fbs

stopped pf monday

## ROS

Patient reports **irritation right eye, dryness both eyes, discomfort right eye, itching right eye, and ocular redness right eye** She reports no difficulty hearing. She reports no neurological symptoms reported. She reports no cardiovascular symptoms. She reports no systemic symptoms. She reports no myalgia, no arthralgia, and no back pain. She reports no cough, no wheezing, and no sleep apnea. She reports no allergy symptoms, no sinus pressure, and no itching. She reports no proptosis and no muscle weakness. She reports no bleeding tendency. She reports no past flomax usage.

## Visual Acuity

| | Right | Left |
|---|---|---|
| Distance | | |
| w/ corr | 20/20 -2 | 20/25 |

## Vision Correction

None recorded.

## Physical Exam

Patient is a 52-year-old female.

**External Exam:**General Appearance normal. Face: normal. Lids: normal. Pupils normal. Muscle Balance Testing: normal. EOM: normal. Visual Fields Exam normal to count fingers OU.

**Slit Lamp Exam:**Lids normal. Conjunctiva: normal. Cornea: **abnormal (poor tear film ou f stainging ou**). Anterior Chamber: normal. Iris: normal. Lens: normal.

**Psychiatric:**Orientation: oriented to time, place, and person. Mental Status: affect normal.

## Intraocular Pressure

| Method | Right | Left |
|---|---|---|
| TonoPen | 21 mm Hg | 21 mm Hg |

## Dilation

None recorded

## Assessment / Plan

**. Dry eyes** -

rec restart pf qid x 2 weeks

continue art tears prn

start restasis bid ou

3 mo and prn.

H04.129: Dry eye syndrome of unspecified lacrimal gland

- DRY EYES: CARE INSTRUCTIONS
- Restasis 0.05 % eye drops in a dropperette - INSTILL 1 DROP INTO AFFECTED EYE(S) BY OPHTHALMIC ROUTE EVERY 12 HOURS Both eyes Qty: 3 blist pack(s) of 60 Refills: 3 Pharmacy: WALMART PHARMACY 3894
- prednisolone acetate 1 % eye drops,suspension - INSTILL 1 DROP INTO AFFECTED EYE(S) BY OPHTHALMIC ROUTE 4TIMES PER DAY for 14 days Qty: 1 15 mL drop btl(s) Refills: 0 Pharmacy: WALMART PHARMACY 3894

## Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 02/15/2021 at 08:30 AM
- MICHAEL T NEWCOMB, MD for COMPLETE EYE EXAM at OPHTHALMOLOGY EAST on 02/22/2021 at 01:45 PM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023

## Encounter Sign-Off

Encounter signed-off by MICHAEL T NEWCOMB, MD, 02/05/2021.
Encounter performed and documented by MICHAEL T NEWCOMB, MD
Encounter reviewed & signed by MICHAEL T NEWCOMB, MD on 02/05/2021 at 10:41am

**Encounter Date: 01/25/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (52yo, F) ID# 21591363 | **Appt. Date/Time** | 01/25/2021 02:15PM |
| **DOB** | | **Service Dept.** | GASTRO SB |
| **Provider** | AN-YU CHEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 214021M1EA<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Referring Provider:** KATHERINE S RODEN MD: 1221 S BROADWAY 4TH FL, LEXINGTON, KY 40504, Ph (859) 258-6101, Fax (859) 258-4411 NPI: 1982967824
**Neurologist:** ANDREW R SCHNEIDER MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1932120219
**Ophthalmologist:** MICHAEL T NEWCOMB MD: 100 N EAGLE CREEK DR 3RD FL, LEXINGTON, KY 40509, Ph (859) 258-5310, Fax (859) 258-5328 NPI: 1093968026
**Rheumatologist:** SUSANNA MOBERLY APRN: 1221 S BROADWAY 5TH FL, LEXINGTON, KY 40504, Ph (859) 258-4450, Fax (859) 258-4039 NPI: 1568843316
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990

**REECE, JAMIE H (id #21591363, dob: )**

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN, KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS, TN 38134, Ph (844) 516-3319, Fax (888) 302-1028
EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS, MO 63134, Ph (888) 327-9791, Fax (800) 837-0959

## Vitals

01/25/2021 03:08 pm

**Ht:** 5 ft 7 in

## Allergies

Allergies not reviewed (last reviewed 01/18/2021)

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

**PERCOCET**: Itching

## Medications

Medications not reviewed (last reviewed 01/18/2021)

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 10/19/20 | prescribed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 11/17/20 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **prednisoLONE acetate 1 % eye drops,suspension**<br>INSTILL 1 DROP INTO AFFECTED EYE(S) BY OPHTHALMIC ROUTE 4TIMES PER DAY for 14 days | 01/18/21 | prescribed |
| **predniSONE 5 mg tablet**<br>take one po tid x 2 weeks; one po bid x 2 weeks then one po daily x 2 weeks | 10/12/20 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **Suprep Bowel Prep Kit 17.5 gram-3.13 gram-1.6 gram oral solution**<br>AS DIRECTED | 10/19/20 | prescribed |
| **terconazole 0.4 % vaginal cream**<br>Insert 1 applicator(s)ful every day by vaginal route for 7 days. | 10/26/20 | prescribed |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 11/17/20 | prescribed |
| **traMADoL 50 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 30 days. | 10/07/19 | prescribed |
| **Valium 5 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 1 day. | 10/27/20 | prescribed |
| **Xeljanz XR 11 mg tablet,extended release**<br>take one tablet everyday | 01/13/21 | prescribed |
| **ZyrTEC 10 mg capsule** | 11/17/17 | entered |

Take 1 capsule(s) every day by oral route.

## Vaccines

Vaccines not reviewed (last reviewed 01/13/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- History of polyp of colon - Onset: 10/19/2020
- Family history of Stomach cancer - Onset: 07/13/2017
- Globus sensation - Onset: 07/13/2017
- Cystocele and rectocele co-occurrent with incomplete uterovaginal prolapse - Onset: 01/25/2021

## Family History

Family History not reviewed (last reviewed 01/18/2021)

| | |
|---|---|
| Mother | - Arthritis |
| | - Hypertensive disorder |
| Father | - Hypercholesterolemia |
| | - Family history of cancer |
| Maternal Uncle | - Heart disease |

## Social History

Social History not reviewed (last reviewed 01/18/2021)
**Gastroenterology**
Tobacco cessation counseling provided date: (Notes: tdotson14 answered No to the Tobacco cessation counseling provided question on 04/09/2019.)
Occupation: unemployed
Marital status: Married
Alcohol intake: None
Illicit drugs: no
Drugs Abused: no
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 11/17/2020
Chewing tobacco: none

## Surgical History

Surgical History not reviewed (last reviewed 01/18/2021)
Procedure on wrist

right wrist break surgery 10/2019;
PELVIC SURGERY 12/14/2020

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 03/30/2020)

**REECE, JAMIE H (id #21591363, dob: )**

## Past Medical History

Past Medical History not reviewed (last reviewed 01/18/2021)
Acid Reflux (GERD): **Y**
Allergies/Hayfever: **Y**
Arthritis: **Y**
Chicken Pox: **Y**
Headaches: **Y**
Notes: CRPS

## HPI

The patient has requested and consented to a telehealth appointment today. Due to the current state of emergency it is appropriate to address patient's medical need via a telehealth appointment. Patient is currently physically in Kentucky.

This is a pleasant 52 yof here for follow up regarding failed rectocele surgery recently
Current status:not happy
Symptoms:still have incomplete bowel emptying, no improvement
Treatments:pelvic floor surgery at UK, but apparently not successful
Additional info:flare up of her arthritis also

## ROS

**Additionally reports:**

**CONSTITUTIONAL: No fever, chills, or weight loss**

**ENT: No ear pain. No sore throat.**
**CARDIOVASCULAR: No chest pain, No edema.**
**PULMONARY: no shortness of breath, or cough.**
**GI: As detailed in the HPI.**
**GU: no dysuria,**
**NEURO: no headaches, visual changes, numbness, tingling, weakness**
**ENDOCRINE: no history of thyroid problems, no weight gain**
**ALLERGY/IMMUNE: No immune deficiency or hay fever.**
**SKIN: No itching or rashes**
**PSYCH: No depression or anxiety**

## Physical Exam

Patient is a 52-year-old female.

Examination limited due to Telehealth constraints:

Alert & awake, in good spirits despite recent evants
No obvious evidence of jaundice
Denies acute abdominal pain
No obvious neurological deficits noted

## Assessment / Plan

**. Cystocele and rectocele co-occurrent with incomplete uterovaginal prolapse**
-

Discuss possible second opinion from colorectal surgeon: Belin or Papp.

N81.2: Incomplete uterovaginal prolapse

**)iscussion Notes**
I have discussed the situation, differential diagnosis, and recommendation with the patient. She express understanding and wishes to proceed as recommended. 30+ min discussion of situation.

Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 02/16/2021 at 09:30 AM
- MICHAEL T NEWCOMB, MD for COMPLETE EYE EXAM at OPHTHALMOLOGY EAST on 02/19/2021 at 08:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023

## Encounter Sign-Off

Encounter signed-off by AN-YU CHEN, MD, 01/25/2021.
Encounter performed and documented by AN-YU CHEN, MD
Encounter reviewed & signed by AN-YU CHEN, MD on 01/25/2021 at 3:45pm

**Encounter Date: 01/18/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (52yo, F) ID# 21591363 | **Appt. Date/Time** | 01/18/2021 09:30AM |
| **DOB** | | **Service Dept.** | OPHTHALMOLOGY EAST |
| **Provider** | MICHAEL T NEWCOMB, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 214021M1EA<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

Comprehensive Eye Exam

52 WF W/OU IRRITATED AND SWOLEN COMP (psoriatic arthritis)
REFERRAL FROM MOBERLY

1. C/O OU RED, IRRITATED, AND AND SWOLLEN LIDS
2. OCC OD FBS UNDER BOTH LIDS
3. OD FEELS LIKE THE EYE IS BEING PUSHED OUT
4. OS FEELS THE SAME BUT NOT AS BAD
5. USED SOME OINTMENT FOR "PINK EYE" AT THE BEGINING OF JAN - HELPED SOME
6. NO CLS WEARING
7 HX OF DRY EYE
8. NO EYE SURGERY, LASER, LASIK, OR TRAUMA
9. OCC OU VA'S GET BLURRY
MC

REFRESH OU DAILY OR PRN

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Referring Provider:** KATHERINE S RODEN MD: 1221 S BROADWAY 4TH FL, LEXINGTON, KY 40504, Ph (859) 258-6101, Fax (859) 258-4411 NPI: 1982967824
**Neurologist:** ANDREW R SCHNEIDER MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1932120219
**Ophthalmologist:** MICHAEL T NEWCOMB MD: 100 N EAGLE CREEK DR 3RD FL, LEXINGTON, KY 40509, Ph (859) 258-5310, Fax (859) 258-5328 NPI: 1093968026
**Rheumatologist:** SUSANNA MOBERLY APRN: 1221 S BROADWAY 5TH FL, LEXINGTON, KY 40504, Ph (859) 258-4450, Fax (859) 258-4039 NPI: 1568843316
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN, KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS, TN 38134, Ph (844) 516-3319, Fax (888) 302-1028
EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS, MO 63134, Ph (888)

EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS, MO 63134, Ph (800) 327-9791, Fax (800) 837-0959

## Vitals

01/18/2021 09:41 am

**Ht:** 5 ft 7 in

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

**PERCOCET**: Itching

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 10/19/20 | prescribed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 11/17/20 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **prednisoLONE acetate 1 % eye drops,suspension**<br>INSTILL 1 DROP INTO AFFECTED EYE(S) BY OPHTHALMIC ROUTE 4TIMES PER DAY for 14 days | 01/18/21 | prescribed |
| **predniSONE 5 mg tablet**<br>take one po tid x 2 weeks; one po bid x 2 weeks then one po daily x 2 weeks | 10/12/20 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **Suprep Bowel Prep Kit 17.5 gram-3.13 gram-1.6 gram oral solution**<br>AS DIRECTED | 10/19/20 | prescribed |
| **terconazole 0.4 % vaginal cream**<br>Insert 1 applicator(s)ful every day by vaginal route for 7 days. | 10/26/20 | prescribed |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 11/17/20 | prescribed |
| **traMADoL 50 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 30 days. | 10/07/19 | prescribed |
| **Valium 5 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 1 day. | 10/27/20 | prescribed |
| **Xeljanz XR 11 mg tablet,extended release**<br>take one tablet everyday | 01/13/21 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Problems

Reviewed Problems

- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019

- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- History of polyp of colon - Onset: 10/19/2020
- Family history of Stomach cancer - Onset: 07/13/2017
- Globus sensation - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| | - Hypertensive disorder |
| Father | - Hypercholesterolemia |
| | - Family history of cancer |
| Maternal Uncle | - Heart disease |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 11/17/2020
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
Procedure on wrist

right wrist break surgery 10/2019;
PELVIC SURGERY 12/14/2020

## Past Medical History

Reviewed Past Medical History
Glasses/Contacts: **Y**
Notes: CRPS

## HPI

52 WF W/OU IRRITATED AND SWOLEN COMP (psoriatic arthritis)
REFERRAL FROM MOBERLY

1. C/O OU RED, IRRITATED, AND AND SWOLLEN LIDS
2. OCC OD FBS UNDER BOTH LIDS
3. OD FEELS LIKE THE EYE IS BEING PUSHED OUT
4. OS FEELS THE SAME BUT NOT AS BAD
5. USED SOME OINTMENT FOR "PINK EYE" AT THE BEGINING OF JAN - HELPED SOME
6. NO CLS WEARING
7 HX OF DRY EYE
8. NO EYE SURGERY, LASER, LASIK, OR TRAUMA
9. OCC OU VA'S GET BLURRY
MC

REFRESH OU DAILY OR PRN

hx psoriatic arthritis

redness, swelling ou eyes and eyelids

thought had pinkeye

ointment made scratchiness feel better, but didn't take it away.

PMH: PA, CRPS type 1

## ROS

Patient reports no difficulty hearing. She reports no neurological symptoms reported. She reports no cardiovascular symptoms. She reports no systemic symptoms. She reports no myalgia, no arthralgia, and no back pain. She reports no cough, no wheezing, and no sleep apnea. She reports no allergy symptoms, no sinus pressure, and no itching. She reports no proptosis and no muscle weakness. She reports no bleeding tendency. She reports no past flomax usage.

## Visual Acuity

| | Right | Left |
|---|---|---|
| Distance | | |
| w/ corr | 20/25 | 20/25 -1 |

## Vision Correction

None recorded.

## Physical Exam

Patient is a 52-year-old female.

**External Exam:**General Appearance normal. Face: normal. Lids: normal. Pupils normal. Muscle Balance Testing: normal. EOM: normal. Visual Fields Exam normal to count fingers OU.

**Slit Lamp Exam:**Lids **abnormal** (**erythematous lid margins ou**). Conjunctiva: normal. Cornea: **abnormal** (**very poor tear film ou**
**minimal f staining but present** ). Anterior Chamber: normal. Iris: normal. Lens: normal.

**Psychiatric:**Orientation: oriented to time, place, and person. Mental Status: affect normal.

## Intraocular Pressure

| Method | Right | Left |
|---|---|---|
| TonoPen | 14 mm Hg | 16 mm Hg |

## Dilation

None recorded.

## Assessment / Plan

**. Blepharitis**
H01.9: Unspecified inflammation of eyelid

- BLEPHARITIS: CARE INSTRUCTIONS

**. Dry eyes**
H04.129: Dry eye syndrome of unspecified lacrimal gland

- DRY EYES: CARE INSTRUCTIONS
- prednisolone acetate 1 % eye drops,suspension - INSTILL 1 DROP INTO AFFECTED EYE(S) BY OPHTHALMIC ROUTE 4TIMES PER DAY for 14 days Qty: 1 5 mL drop btl(s) Refills: 0 Pharmacy: WALMART PHARMACY 3894

**)iscussion Notes**
we discussed steroid and ar ttears for her condition

pf qid x 2 weeks then d/c

if better then worse, consider restasis/xiidra for this as likely psoriatic arthritis is cause

rehceck 1 mo with complete.

## Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 02/16/2021 at 09:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023

## Encounter Sign-Off

Encounter signed-off by MICHAEL T NEWCOMB, MD, 01/18/2021.
Encounter performed and documented by MICHAEL T NEWCOMB, MD
Encounter reviewed & signed by MICHAEL T NEWCOMB, MD on 01/18/2021 at 10:02am

**Encounter Date: 01/13/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (52yo, F) ID# 21591363 | **Appt. Date/Time** | 01/13/2021 08:30AM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 214021M1EA<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

Followup: Psoriatic arthritis

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Referring Provider:** KATHERINE S RODEN MD: 1221 S BROADWAY 4TH FL, LEXINGTON, KY 40504, Ph (859) 258-6101, Fax (859) 258-4411 NPI: 1982967824
**Neurologist:** ANDREW R SCHNEIDER MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1932120219
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN, KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS, TN 38134, Ph (844) 516-3319, Fax (888) 302-1028
EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS, MO 63134, Ph (888) 327-9791, Fax (800) 837-0959

## Vitals

**Ht:** 5 ft 7 in 01/13/2021 08:47 am

**Notes:** afebrile; no bp or hr issues 01/13/2021 08:48 am

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;
**PERCOCET**: Itching

## Medications

Reviewed Medications

**esomeprazole magnesium 40 mg capsule,delayed release** 10/19/20 prescribed
TAKE 1 CAPSULE DAILY

**Estrace 1 mg tablet** 08/21/19 entered

**Lyrica 100 mg capsule** 11/17/20 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** 11/17/17 entered

**predniSONE 5 mg tablet** 10/12/20 prescribed
take one po tid x 2 weeks; one po bid x 2 weeks then one po daily x 2 weeks

**Probiotic** 11/17/17 entered

**Suprep Bowel Prep Kit 17.5 gram-3.13 gram-1.6 gram oral solution** 10/19/20 prescribed
AS DIRECTED

**terconazole 0.4 % vaginal cream** 10/26/20 prescribed
Insert 1 applicator(s)ful every day by vaginal route for 7 days.

**tiZANidine 4 mg tablet** 11/17/20 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**Valium 5 mg tablet** 10/27/20 prescribed
Take 1 tablet(s) every day by oral route as needed for 1 day.

**Xeljanz XR 11 mg tablet,extended release** 01/13/21 prescribed
take one tablet everyday

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Problems not reviewed (last reviewed 11/17/2020)
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019

- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- History of polyp of colon - Onset: 10/19/2020
- Family history of Stomach cancer - Onset: 07/13/2017
- Globus sensation - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 11/17/2020)

| | |
|---|---|
| Mother | - Arthritis |
| | - Hypertensive disorder |
| Father | - Hypercholesterolemia |
| | - Family history of cancer |
| Maternal Uncle | - Heart disease |

## Social History

Social History not reviewed (last reviewed 11/17/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 11/17/2020
Chewing tobacco: none

## Surgical History

Surgical History not reviewed (last reviewed 11/17/2020)
Procedure on wrist
Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 03/30/2020)

## Past Medical History

Past Medical History not reviewed (last reviewed 11/17/2020)
Acid Reflux (GERD): **Y**
Arthritis: **Y**
Notes: CRPS

## HPI

pleasant 52 yo fe, seen today as a follow-up on psoriatic arthritis. Currently she is on xeljanz 11 mg po daily; and denies any side effects.

She has a history of complex regional pain syndrome involving the right upper and lower extremity followed by pain clinic.

she reports she is feeling flared with recent surgery (pelvic floor repair) and missing meds, feeling that she is getting recurring pink eye with orbital swelling; no s/e from medications; currently denies bowel or bladder changes, chest pain, shortness of air, rashes, fevers and all others are negative

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 52-year-old female.

pleasant, well nourished; comfortable; msk exam is stable; left orbital swelling; normal breathing pattern

## Assessment / Plan

**. Psoriasis with arthropathy** -

52-year-old female with chronic psoriasis and psoriatic arthritis.

so she was started on xeljanz and has not been on it long enough to see an improvement

she needs labs and refills today

L40.50: Arthropathic psoriasis, unspecified

- PSORIASIS: CARE INSTRUCTIONS
- Xeljanz XR 11 mg tablet,extended release - take one tablet everyday Qty: 90 tablet(s) Refills: 1 Pharmacy: ACCREDO

**. Complex regional pain syndrome** -

Please see my previous notes for details.

Briefly, has CRPS Type I, right arm after right shoulder and elbow injury due to repititive work at Toyota factory. Initially symptoms started some time early January 2018.

she is currently followed at the pain management clinic and is now on Lyrica at 100 mg 3 times a day.

unfortunately, her symptoms are chronic and does need to maintain long-term pain management.

I do not have any further suggestions.

M89.00: Algoneurodystrophy, unspecified site

- LEARNING ABOUT HEALTHY WEIGHT
- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS

**. Long-term drug therapy** -

labs

Z79.899: Other long term (current) drug therapy

**. Mucopurulent conjunctivitis** -

had surgery in December and had 3 events of pink eye since surgery with orbital swelling

H10.029: Other mucopurulent conjunctivitis, unspecified eye

- PINKEYE: CARE INSTRUCTIONS

**. Orbital swelling** -

bilateral eyes

H05.229: Edema of unspecified orbit

- OPHTHALMOLOGY REFERRAL - Schedule Within: provider's discretion
  Reason for Referral: pink eye x 3 and bilateral orbital swelling; left is >right

**REECE, JAMIE H (id #21591363, dob:**

## Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 02/16/2021 at 09:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023

## Encounter Sign-Off

Encounter signed-off by SUSANNA MOBERLY, APRN, 01/13/2021.
Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 01/13/2021 at 9:05am

**Encounter Date: 11/17/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (52yo, F) ID# 21591363 | **Appt. Date/Time** | 11/17/2020 08:45AM |
| **DOB** | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

Jamie Reece 52yo female medication management. pt is prescribed lyrica 100mg for CRPS. pt stated she has no issues with current regimen. pt rated her pain 5/10 today

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Referring Provider:** KATHERINE S RODEN MD: 1221 S BROADWAY 4TH FL, LEXINGTON, KY 40504, Ph (859) 258-6101, Fax (859) 258-4411 NPI: 1982967824
**Neurologist:** ANDREW R SCHNEIDER MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1932120219
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider (Worker's Comp):** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN, KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS, TN 38134, Ph (844) 516-3319, Fax (888) 302-1028
EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS, MO 63134, Ph (888) 327-9791, Fax (800) 837-0959

## Vitals

11/17/2020 09:03 am

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in | **Wt:** | 178 lbs | **BMI:** | 27.9 |
| **BP:** | 113/73 sitting | **Pain Scale:** | 5 | **Pain Scale Type:** | Numeric |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;
**PERCOCET**: Itching

## Medications

### Reviewed Medications

**esomeprazole magnesium 40 mg capsule,delayed release** — 10/19/20 prescribed
TAKE 1 CAPSULE DAILY

**Estrace 1 mg tablet** — 08/21/19 entered

**Lyrica 100 mg capsule** — 11/17/20 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** — 11/17/17 entered

**predniSONE 5 mg tablet** — 10/12/20 prescribed
take one po tid x 2 weeks; one po bid x 2 weeks then one po daily x 2 weeks

**Probiotic** — 11/17/17 entered

**Suprep Bowel Prep Kit 17.5 gram-3.13 gram-1.6 gram oral solution** — 10/19/20 prescribed
AS DIRECTED

**terconazole 0.4 % vaginal cream** — 10/26/20 prescribed
Insert 1 applicator(s)ful every day by vaginal route for 7 days.

**tiZANidine 4 mg tablet** — 11/17/20 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** — 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**Valium 5 mg tablet** — 10/27/20 prescribed
Take 1 tablet(s) every day by oral route as needed for 1 day.

**Xeljanz XR 11 mg tablet,extended release** — 09/22/20 changed
take one tablet everyday

**ZyrTEC 10 mg capsule** — 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

### Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

### Reviewed Problems

- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- History of polyp of colon - Onset: 10/19/2020

- Family history of stomach cancer - Onset: 07/13/2017
- Globus sensation - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| | - Hypertensive disorder |
| Father | - Hypercholesterolemia |
| | - Family history of cancer |
| Maternal Uncle | - Heart disease |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 11/17/2020
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
Procedure on wrist
Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 03/30/2020)

## Past Medical History

Reviewed Past Medical History
Arthritis: **Y**
Headaches: **Y**
Notes: CRPS

## HPI

53-year-old female with psoriatic arthritis presenting for follow-up with regards to CRPS. Patient has repetitive work-related injury in the right upper extremity from her job at Toyota. Her current regimen consists of Lyrica 100 mg 3 times a day and tizanidine when necessary.

## Physical Exam

Patient is a 52-year-old female.

**Constitutional:**General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD.

**Psychiatric:**Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:**Head: normocephalic and atraumatic.

**Eyes:**EOM: EOMI.

**Neck:**Neck: supple and trachea midline.

**Lungs:**Respiratory effort: no

dyspnea.

**Cardiovascular System:** Heart Auscultation: normal S1 and S2 and RRR.

**Abdomen:** Bowel Sounds: normal. Inspection and Palpation: soft, non-distended, and no tenderness.

**Musculoskeletal::** Joints, Bones, and Muscles: normal movement of all extremities.

**Motor Strength:** Motor Strength and Tone: normal and normal tone.

**Neurologic:** Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no rash or lesions.

**Spine - Special Tests:** Cervical Spine negative axial loading test and Spurling's test and (normal) cervical spine. Other Findings **Myofascial pain**. Lumbar / Lumbosacral Spine (normal) lumbar / lumbosacral spine, **positive axial load**, and negative SLR.

**Hips - Special Tests:** Hip Right: Patrick-Fabere test negative. Hip Left: Patrick-Fabere test negative.

## Assessment / Plan

52-year-old female presenting for follow-up with regards to limb pain in the setting of CRPS. Patient has a history of repetitive work-related injury to the right upper extremity. She subsequently developed symptoms consistent with CRPS including allodynia as well as color and temperature change. She is undergone physical therapy and continues home stretching. Her primary issue today continues to be right hip and leg discomfort. She reports primarily right posterior buttock and groin pain. She has noticed anterior shin pain on the right. X-ray imaging of the hip shows mild degenerative changes. Lumbar MRI imaging shows small disc protrusion at L4-5 with mild foraminal narrowing. On not able to reproduce any symptoms on exam. She demonstrates no discomfort with range of motion of the hip. She does have an upcoming surgery in mid December and as such we would try to avoid injection therapy as steroid could impede wound healing. We subsequently discussed referral to physical therapy to help with strength, conditioning and flexibility. Since I can't reproduce symptoms with range of motion of the hip, I suspect this is likely nerve root irritation from her back at the L4-5 level. She will likely benefit from physical therapy.

Her current regimen consists of Lyrica 100 mg 3 times a day and tizanidine when necessary. She notes improvement in symptoms with the use of the medicine. She denies any adverse side effects. She notes improved ability to perform her ADLs. We will plan to refill her medication for a one-month supply. I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient has a signed pain management agreement per clinic policy. Urine drug screen is up to date and appropriate as per Kentucky medical board guidelines. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient. Patient will follow-up inthree month for further evaluation.

**. Complex regional pain syndrome**

M89.00: Algoneurodystrophy, unspecified site

- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS
- Lyrica 100 mg capsule - Take 1 capsule(s) 3 times a day by oral route. Qty: 270 capsule(s) Refills: 0 Pharmacy: EXPRESS SCRIPTS HOME DELIVERY

**. Myofascial pain**

M79.10: Myalgia, unspecified site

- tizanidine 4 mg tablet - Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. Qty: 270 tablet(s) Refills: 0 Pharmacy: EXPRESS SCRIPTS HOME DELIVERY

**. Lumbar radiculopathy**

M54.16: Radiculopathy, lumbar region

- PHYSICAL THERAPY REFERRAL - Schedule Within: provider's discretion

**Patient Instructions**

WRAP-UP

Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- Refill Lyrica

- Refill Tizanidine

- Referral to PT

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

**Discussion Notes**

Spent 25 total minutes with the patient today. Greater than 50% of this time was spent counseling/coordination of care as documented in my assessment and plan above.

## Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 02/16/2021 at 09:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 11/17/2020.
Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 11/17/2020 at 9:33am

**Encounter Date: 10/27/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (52yo, F) ID# 21591363 | **Appt. Date/Time** | 10/27/2020 08:00AM |
| **DOB** | | **Service Dept.** | SURGERY SCHEDULE |
| **Provider** | AN-YU CHEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Referring Provider:** KATHERINE S RODEN MD: 1221 S BROADWAY 4TH FL, LEXINGTON, KY 40504, Ph (859) 258-6101, Fax (859) 258-4411 NPI: 1982967824
**Neurologist:** ANDREW R SCHNEIDER MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1932120219

**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider (Worker's Comp):** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN, KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS, TN 38134, Ph (844) 516-3319, Fax (888) 302-1028
EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS, MO 63134, Ph (888) 327-9791, Fax (800) 837-0959

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 10/20/2020)
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;
**PERCOCET**: Itching

## Medications

Medications not reviewed (last reviewed 10/20/2020)

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 10/19/20 | prescribed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 10/20/20 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **predniSONE 5 mg tablet**<br>take one po tid x 2 weeks; one po bid x 2 weeks then one po daily x 2 weeks | 10/12/20 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **Suprep Bowel Prep Kit 17.5 gram-3.13 gram-1.6 gram oral solution**<br>AS DIRECTED | 10/19/20 | prescribed |
| **terconazole 0.4 % vaginal cream**<br>Insert 1 applicator(s)ful every day by vaginal route for 7 days. | 10/26/20 | prescribed |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 10/20/20 | prescribed |
| **traMADoL 50 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 30 days. | 10/07/19 | prescribed |
| **Valium 5 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 1 day. | 10/27/20 | prescribed |
| **Xeljanz XR 11 mg tablet,extended release**<br>take one tablet everyday | 09/22/20 | changed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

**REECE, JAMIE H (id #21591363, dob: )**

Vaccines not reviewed (last reviewed 10/20/2020)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- History of polyp of colon - Onset: 10/19/2020
- Family history of Stomach cancer - Onset: 07/13/2017
- Globus sensation - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 10/20/2020)

| | |
|---|---|
| Mother | - Arthritis |
| | - Hypertensive disorder |
| Father | - Hypercholesterolemia |
| | - Family history of cancer |
| Maternal Uncle | - Heart disease |

## Social History

Social History not reviewed (last reviewed 10/20/2020)
**Gastroenterology**
Tobacco cessation counseling provided date: (Notes: tdotson14 answered No to the Tobacco cessation counseling provided question on 04/09/2019.)
Occupation: unemployed
Marital status: Married
Alcohol intake: None
Illicit drugs: no
Drugs Abused: no
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 10/20/2020
Chewing tobacco: none

## Surgical History

Surgical History not reviewed (last reviewed 10/20/2020)
Procedure on wrist

right wrist break surgery 10/2019

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 03/30/2020)

## Past Medical History

Past Medical History not reviewed (last reviewed 10/20/2020)
Acid Reflux (GERD): **Y**
Allergies/Hayfever: **Y**
Arthritis: **Y**

Chicken Pox: **Y**
Headaches: **Y**
Notes: CRPS

## Physical Exam

Patient is a 52-year-old female.

## Assessment / Plan

None recorded.

### Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 11/13/2020 at 10:30 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 11/17/2020 at 08:45 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023

## Encounter Sign-Off

Encounter signed-off by Melissa Blackwell, 10/30/2020.
Encounter performed and documented by AN-YU CHEN, MD
Encounter reviewed & signed by Melissa Blackwell on 10/30/2020 at 4:15pm

**Encounter Date: 10/20/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (52yo, F) ID# 21591363 | **Appt. Date/Time** | 10/20/2020 08:15AM |
| **DOB** | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

Jamie Reece 52yo femsle coming in with new pain. pt states she is having left arm pain with numbness. pt rated her pain 3/10 today.

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Referring Provider:** KATHERINE S RODEN MD: 1221 S BROADWAY 4TH FL, LEXINGTON, KY 40504, Ph (859) 258-6101, Fax (859) 258-4411 NPI: 1982967824
**Neurologist:** ANDREW R SCHNEIDER MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1932120219
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider (Worker's Comp):** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN, KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS, TN 38134, Ph (844) 516-3319, Fax (888) 302-1028
EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS, MO 63134, Ph (888) 327-9791, Fax (800) 837-0959

**REECE, JAMIE H (id #21591363, dob: )**

## Vitals

10/20/2020 08:38 am

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in | **Wt:** | 178 lbs | **BMI:** | 27.9 |
| **BP:** | 113/73 sitting | **Pain Scale:** | 3 | **Pain Scale Type:** | Numeric |

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

**PERCOCET**: Itching

## Medications

Reviewed Medications

**esomeprazole magnesium 40 mg capsule,delayed release** 10/19/20 prescribed
TAKE 1 CAPSULE DAILY

**Estrace 1 mg tablet** 08/21/19 entered

**Lyrica 100 mg capsule** 10/20/20 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** 11/17/17 entered

**predniSONE 5 mg tablet** 10/12/20 prescribed
take one po tid x 2 weeks; one po bid x 2 weeks then one po daily x 2 weeks

**Probiotic** 11/17/17 entered

**Suprep Bowel Prep Kit 17.5 gram-3.13 gram-1.6 gram oral solution** 10/19/20 prescribed
AS DIRECTED

**tiZANidine 4 mg tablet** 10/20/20 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**Xeljanz XR 11 mg tablet,extended release** 09/22/20 changed
take one tablet everyday

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems

- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017

- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- History of polyp of colon - Onset: 10/19/2020
- Family history of Stomach cancer - Onset: 07/13/2017
- Globus sensation - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| | - Hypertensive disorder |
| Father | - Hypercholesterolemia |
| | - Family history of cancer |
| Maternal Uncle | - Heart disease |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 10/20/2020
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
Procedure on wrist
Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 03/30/2020)

## Past Medical History

Reviewed Past Medical History
Arthritis: **Y**
Headaches: **Y**
Notes: CRPS

## HPI

51-year-old female presenting for follow-up with regards to CRPS. Her current regimen consists of Lyrica 100 mg 3 times a day and tizanidine when necessary.

## ROS

Patient reports **numbness** but reports no loss of consciousness, no weakness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no muscle aches, no muscle weakness, no arthralgias/joint pain, no back pain, no swelling in the extremities, and no neck pain. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 52-year-old female.

**Constitutional:**General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD.

**Psychiatric:**Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:**Head: normocephalic and atraumatic.

**Eyes:**Pupils: PERRLA. EOM: EOMI.

**Neck:**Neck: supple and trachea midline.

**Lungs:**Respiratory effort: no dyspnea.

**Cardiovascular System:**Heart Auscultation: normal S1 and S2 and RRR.

**Abdomen:**Bowel Sounds: normal. Inspection and Palpation: soft, non-distended, and no tenderness.

**Musculoskeletal::**Joints, Bones, and Muscles: normal movement of all extremities.

**Motor Strength:**Motor Strength and Tone: normal and normal tone. C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

**Neurologic:**Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:**Inspection and palpation: no rash or lesions.

**Spine - Special Tests:**Cervical Spine negative axial loading test and Spurling's test and (normal) cervical spine. Other Findings **Myofascial pain**. Lumbar / Lumbosacral Spine (normal) lumbar / lumbosacral spine,**positive axial load**, and negative SLR.

**Hips - Special Tests:**Hip Right: Patrick-Fabere test negative. Hip Left: Patrick-Fabere test negative.

## Assessment / Plan

53-year-old female presenting for follow-up with regards to CRPS. Patient has were preventative work-related injury in the right upper extremity from her job at Toyota. She notes allodynia, temperature and color change as well as edema in the right upper extremity. She is undergone physical therapy. She continues with home stretching. More recently, she has noticed some extension of her symptoms into the left upper extremity with swelling and temperature change in the left upper extremity from the hands up through the elbow. No changes are evident on exam today. She continues to be managed by rheumatology for her psoriatic arthritis. She is currently on prednisone as well as xeljanz. She notes ongoing discomfort although it is too early necessarily to make a judgment call on improvement with xeljanz. her principal issue continues to be her right hip discomfort. She underwent x-ray imaging of the hip as well as lumbar back with mild degenerative changes noted. She reports posterior buttock pain with radiation around to the groin. Patrick's test is negative. She doesn't have any tenderness to palpation around the greater trochanteric bursa. She continues with stretching exercises without benefit. I can't reproduce symptoms on exam. To rule out underlying pathology, we discussed obtaining lumbar MRI imaging today as nerve irritation at the lower lumbar levels particularly L4-5 and L5-S1 can cause symptoms like though she is describing. We will plan to obtain lumbar MRI imaging today.

Her current regimen consists of Lyrica 100 mg 3 times a day and tizanidine when necessary. She notes improvement in symptoms with the use of the medicine. She denies any adverse side effects. She notes improved ability to perform her ADLs. We had previously discussed dose escalation of Lyrica to help better address pain complaints. Given her flare in psoriatic arthritis and her maintenance on prednisone at this point I think inadvisable to hold on any medication changes until we see how her symptoms settle out. Patient's in agreement. We will plan to refill her medication for a one-month supply. I have personally reviewed this

patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient has a signed pain management agreement per clinic policy. Urine drug screen is up to date and appropriate as per Kentucky medical board guidelines. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient. Patient will follow-up in one month for further evaluation.

**. Complex regional pain syndrome**

M89.00: Algoneurodystrophy, unspecified site

- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS
- Lyrica 100 mg capsule - Take 1 capsule(s) 3 times a day by oral route. Qty: 270 capsule(s) Refills: 0 Pharmacy: EXPRESS SCRIPTS HOME DELIVERY

**. Myofascial pain**

M79.10: Myalgia, unspecified site

- tizanidine 4 mg tablet - Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. Qty: 270 tablet(s) Refills: 0 Pharmacy: EXPRESS SCRIPTS HOME DELIVERY

**. Lumbar radiculopathy**

M54.16: Radiculopathy, lumbar region

- MRI, LUMBAR SPINE, W/O CONTRAST

Height (ft.): 5 ft 7 in Weight (lbs): 177

**Patient Instructions**

WRAP-UP

Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- L MRI

- Refill Lyrica

- Refill Tizanidine

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

**Discussion Notes**

Spent 25 total minutes with the patient today. Greater than 50% of this time was spent counseling/coordination of care as documented in my assessment and plan above.

## Return to Office

- COVID19_SIMPSON for COVID - PRESURG at COVID-19 TENT SIMPSON on 10/23/2020 at 01:35 PM
- AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on 10/27/2020 at 08:00 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 11/13/2020 at 10:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 10/20/2020.

Encounter performed and documented by KATHERINE S RODEN, MD

Encounter reviewed & signed by KATHERINE S RODEN, MD on 10/20/2020 at 9:04am

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (52yo, F) ID# 21591363 | **Appt. Date/Time** | 10/19/2020 01:30PM |
| **DOB** | | **Service Dept.** | GASTRO SB |
| **Provider** | AN-YU CHEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Referring Provider:** KATHERINE S RODEN MD: 1221 S BROADWAY 4TH FL, LEXINGTON, KY 40504, Ph (859) 258-6101, Fax (859) 258-4411 NPI: 1982967824
**Neurologist:** ANDREW R SCHNEIDER MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1932120219
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider (Worker's Comp):** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS, MO 63134, Ph (888) 327-9791, Fax (800) 837-0959**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS, TN 38134, Ph (844) 516-3319, Fax (888) 302-1028
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN, KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

10/19/2020 02:01 pm

**Ht:** 5 ft 7 in

## Allergies

Allergies not reviewed (last reviewed 10/12/2020)
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;
**PERCOCET**: Itching

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 10/19/20 | prescribed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 05/15/20 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |

**predniSONE 5 mg tablet** 10/12/20 prescribed
take one po tid x 2 weeks; one po bid x 2 weeks then one po daily x 2 weeks

**Probiotic** 11/17/17 entered

**tiZANidine 4 mg tablet** 05/15/20 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**Xeljanz XR 11 mg tablet,extended release** 09/22/20 changed
take one tablet everyday

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Vaccines not reviewed (last reviewed 10/12/2020)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems

- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- History of polyp of colon - Onset: 10/19/2020
- Family history of Stomach cancer - Onset: 07/13/2017
- Globus sensation - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 10/12/2020)

| | |
|---|---|
| Mother | - Arthritis |
| | - Hypertensive disorder |
| Father | - Hypercholesterolemia |
| | - Family history of cancer |
| Maternal Uncle | - Heart disease |

## Social History

Social History not reviewed (last reviewed 10/12/2020)
**Gastroenterology**
Tobacco cessation counseling provided date: (Notes: tdotson14 answered No to the Tobacco cessation counseling provided question on 04/09/2019.)
Occupation: unemployed
Marital status: Married
Alcohol intake: None
Illicit drugs: no
Drugs Abused: no
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0

E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 10/12/2020
Chewing tobacco: none

## Surgical History

Surgical History not reviewed (last reviewed 10/12/2020)
Procedure on wrist

right wrist break surgery 10/2019

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 03/30/2020)

## Past Medical History

Past Medical History not reviewed (last reviewed 10/12/2020)
Acid Reflux (GERD): **Y**
Allergies/Hayfever: **Y**
Arthritis: **Y**
Chicken Pox: **Y**
Headaches: **Y**
Notes: CRPS

## HPI

The patient has requested and consented to a telehealth appointment today. Due to the current state of emergency it is appropriate to address patient's medical need via a telehealth appointment. Patient is currently physically in Kentucky.

This is a pleasant here for follow up regarding follow up care
Current status:due for follow up colonoscopy
Symptoms:GERD, some dysphagia and dyspepsia
Treatments:Nexium
Additional info:last colonoscopy 7/2017, EGD for dysphagia last year, in lots of stress because son almost died from drug overdose and organ failure

## ROS

**Additionally reports:**

**CONSTITUTIONAL: No fever, chills, or weight loss**

**ENT: No ear pain. No sore throat.**
**CARDIOVASCULAR: No chest pain, No edema.**
**PULMONARY: no shortness of breath, or cough.**
**GI: As detailed in the HPI.**
**GU: no dysuria,**
**NEURO: no headaches, visual changes, numbness, tingling, weakness**
**ENDOCRINE: no history of thyroid problems, no weight gain**
**ALLERGY/IMMUNE: No immune deficiency or hay fever.**
**SKIN: No itching or rashes**
**PSYCH: No depression or anxiety**

## Physical Exam

Patient is a 52-year-old female.

Examination limited due to Telehealth constraints:

Alert & awake, in good spirits
No obvious evidence of jaundice

Denies acute abdominal pain
No obvious neurological deficits noted

## Assessment / Plan

**. History of polyp of colon** -

Due for follow up colonoscopy

Z86.010: Personal history of colonic polyps

**. Intermittent dysphagia** -

Due for follow up dilation therapy

R13.19: Other dysphagia

- esomeprazole magnesium 40 mg capsule,delayed release - TAKE 1 CAPSULE DAILY Qty: 90 capsule(s) Refills: 3
  Pharmacy: EXPRESS SCRIPTS HOME DELIVERY

**Discussion Notes**

I have discussed the situation, differential diagnosis, and recommendation with the patient. She express understanding and wishes to proceed as recommended.

## Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 10/20/2020 at 08:15 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 11/13/2020 at 10:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by AN-YU CHEN, MD, 10/19/2020.
Encounter performed and documented by AN-YU CHEN, MD
Encounter reviewed & signed by AN-YU CHEN, MD on 10/19/2020 at 2:31pm

**Encounter Date: 10/12/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (52yo, F) ID# 21591363 | **Appt. Date/Time** | 10/12/2020 02:15PM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

joint pain

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Referring Provider:** KATHERINE S RODEN MD: 1221 S BROADWAY 4TH FL, LEXINGTON, KY 40504, Ph (859) 258-6101, Fax (859) 258-4411 NPI: 1982967824
**Neurologist:** ANDREW R SCHNEIDER MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1932120219
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider (Worker's Comp):** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

**REECE, JAMIE H (id #21591363, dob: )**

## Patient's Pharmacies

**EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS, MO 63134, Ph (888) 243-9800, Fax (800) 837-0959**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS, TN 38134, Ph (844) 516-3319, Fax (888) 302-1028
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN, KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

**Ht:** 5 ft 7 in 10/12/2020 02:28 pm
**Wt:** 178 lbs 10/12/2020 02:28 pm
**BMI:** 27.9 10/12/2020 02:28 pm
**BP:** 113/73 sitting L arm 10/12/2020 02:29 pm
**BP Cuff Size:** adult 10/12/2020 02:29 pm
**Pulse:** 74 bpm regular 10/12/2020 02:29 pm
**RR:** 18 10/12/2020 02:29 pm

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;
**PERCOCET**: Itching

## Medications

Reviewed Medications

**esomeprazole magnesium 40 mg capsule,delayed release** — 08/18/20 renewed
TAKE 1 CAPSULE DAILY

**Estrace 1 mg tablet** — 08/21/19 entered

**Lyrica 100 mg capsule** — 05/15/20 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** — 11/17/17 entered

**predniSONE 5 mg tablet** — 10/12/20 prescribed
take one po tid x 2 weeks; one po bid x 2 weeks then one po daily x 2 weeks

**Probiotic** — 11/17/17 entered

**tiZANidine 4 mg tablet** — 05/15/20 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** — 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**Xeljanz XR 11 mg tablet,extended release** — 09/22/20 changed
take one tablet everyday

**ZyrTEC 10 mg capsule** — 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |

| Influenza | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017
- Globus sensation - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis<br>- Hypertensive disorder |
| Father | - Hypercholesterolemia<br>- Family history of cancer |
| Maternal Uncle | - Heart disease |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 10/12/2020
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
Procedure on wrist
Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 03/30/2020)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**
Arthritis: **Y**
Notes: CRPS

## HPI

seen today as a follow-up on psoriatic arthritis. Currently she is on xeljanz 11 mg po daily; and denies any side effects.

she continues with shin and back itching and rashes despite being on the xeljanz

has been having right hip pain and stiffness around the right buttocks; she does reports left hand pain and tenderness and left foot and ankle pain

She has a history of complex regional pain syndrome involving the right upper and lower extremity followed by pain clinic.

she reports she is feeling flared with med changes, without interval infection; no s/e from medications; currently denies bowel or bladder changes, chest pain, shortness of air, rashes, fevers and all others are negative

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 52-year-old female.

**Constitutional:**General Appearance: healthy-appearing and **overweight**. Level of Distress: NAD. Ambulation: ambulating normally.

**Mental Status:**Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:**Head: normocephalic and atraumatic.

**Eyes:**Lids and Conjunctivae: no discharge or pallor and non-injected. Sclerae: non-icteric.

**ENMT:**Ears: no lesions on external ear or hearing loss. Nose: no lesions on external nose and nares patent. Oral Cavity: no mouth or lip ulcers.

**Lungs:**Respiration: no dyspnea.

**Musculoskeletal System:**Joints, Bones, and Muscles: no contractures, malalignment, or bony abnormalities and normal movement of all extremities and **tenderness** (**right buttocks and hip**). Extremities: no cyanosis or edema. Hips: normal internal rotation and external rotation, no tenderness of the SI joints or pain over the greater trochanteric bursa, and **trigger point pain** (**over right piriformis; tight**). Knees: no ligamentous instability on examination.

**Neurological Exam:**Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:**Inspection and palpation: no rash, lesions, ulcer, induration, nodules, jaundice, or abnormal nevi and good turgor. Nails: normal.

## Assessment / Plan

. **Psoriasis with arthropathy** -

51-year-old female with chronic psoriasis and psoriatic arthritis.

Seems to be more symptomatic with both activity of skin and joints.

She is on Humira at 40 mg every 2 weeks.

she has tried but failed to tolerate methotrexate due to elevated liver enzymes. She has failed Enbrel in the past.

started on cosentyx and completed loading dose and has had 3 further injections; having issues with some itching recurring; may need to have further change in meds as she is still really seeing and feeling itching in the areas of her lesions

so she was started on xeljanz and has not been on it long enough to see an improvement

she is further feeling bladder distention and feeling she has to urinate frequently which she has not seen

she needs labs and refills today

L40.50: Arthropathic psoriasis, unspecified
- PSORIASIS: CARE INSTRUCTIONS
- prednisone 5 mg tablet - take one po tid x 2 weeks; one po bid x 2 weeks then one po daily x 2 weeks Qty: 84 tablet(s) Refills: 0 Pharmacy: EXPRESS SCRIPTS HOME DELIVERY

**. Complex regional pain syndrome -**

Please see my previous notes for details.

Briefly, has CRPS Type I, right arm after right shoulder and elbow injury due to repititive work at Toyota factory. Initially symptoms started some time early January 2018.

she is currently followed at the pain management clinic and is now on Lyrica at 100 mg 3 times a day.

unfortunately, her symptoms are chronic and does need to maintain long-term pain management.

I do not have any further suggestions.

M89.00: Algoneurodystrophy, unspecified site
- LEARNING ABOUT HEALTHY WEIGHT
- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS

**. Long-term drug therapy -**

repeat labs.

Z79.899: Other long term (current) drug therapy
- CBC
- ESR, AUTOMATED
- CREATININE

  Height (ft.): 5 ft 7 in Height (in.): 67

  Weight (lbs): 177
- ALT
- AST

**. Pain in right hip joint -**

M25.551: Pain in right hip
- XR BIL HIPS, 2 VWS

  Weight (lbs): 177
- XR LUMBAR AP/LAT

  Weight (lbs): 177

Return to Office
- AN-YU CHEN, MD for RECHECK at GASTRO SB on 10/19/2020 at 01:30 PM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 11/13/2020 at 10:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

Encounter Sign-Off

**REECE, JAMIE H (id #21591363, dob: )**
Encounter signed-off by SUSANNA MOBERLY, APRN, 10/12/2020.
Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 10/12/2020 at 3:06pm

**Encounter Date: 09/18/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 09/18/2020 09:30AM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

Followup: Psoriatic arthritis

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Referring Provider:** KATHERINE S RODEN MD: 1221 S BROADWAY 4TH FL, LEXINGTON, KY 40504, Ph (859) 258-6101, Fax (859) 258-4411 NPI: 1982967824
**Neurologist:** ANDREW R SCHNEIDER MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1932120219
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider (Worker's Comp):** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS, MO 63134, Ph (888) 327-9791, Fax (800) 837-0959**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS, TN 38134, Ph (844) 516-3319, Fax (888) 302-1028
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN, KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

09/18/2020 09:53 am

**Ht:** 5 ft 7 in **Notes:** afebrile; no bp or hr issues

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;
**PERCOCET**: Itching

## Medications

Reviewed Medications

**Cosentyx Pen 300 mg/2 Pens (150 mg/mL) subcutaneous** 09/18/20 prescribed
inject 2 pens EVERY 4 WEEKS

**DEPO-MedroL 80 mg/mL suspension for injection** 07/31/20 administered
Take 120 mg by injection route.

**Effexor XR 37.5 mg capsule,extended release** 06/26/20 prescribed
Take 1 capsule(s) every day by oral route for 90 days.

**esomeprazole magnesium 40 mg capsule,delayed release** 08/18/20 renewed
TAKE 1 CAPSULE DAILY

**Estrace 1 mg tablet** 08/21/19 entered

**Lyrica 100 mg capsule** 05/15/20 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** 11/17/17 entered

**predniSONE 2.5 mg tablet** 08/13/20 prescribed
take one po tid x 1 week; one po bid x 1 week then one po daily until gone

**Probiotic** 11/17/17 entered

**tiZANidine 4 mg tablet** 05/15/20 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Vaccines not reviewed (last reviewed 07/31/2020)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 07/31/2020)

| | |
|---|---|
| Mother | - Arthritis |
| | - Hypertensive disorder |
| Father | - Hypercholesterolemia |
| | - Family history of cancer |
| Maternal Uncle | - Heart disease |

## Social History

Social History not reviewed (last reviewed 07/31/2020)
Tobacco Smoking Status: Never smoker

Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 06/19/2020
Chewing tobacco: none

## Surgical History

Surgical History not reviewed (last reviewed 07/31/2020)
- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 03/30/2020)

## Past Medical History

Past Medical History not reviewed (last reviewed 07/31/2020)
Acid Reflux (GERD): **Y**
Arthritis: **Y**
Notes: CRPS

## HPI

Visit today is being conducted via telehealth using both audio and video. Patient has expressed an understanding of the telehealth process and has consented. Patient confirms that he/she is physically located in Kentucky at the time of this visit.

seen today as a follow-up on psoriatic arthritis. Currently she is on Humira 40 mg injections every 2 weeks and denies any side effects.

however, she has noticed pain and stiffness in her hands and legs along with more frequent skin breakouts.

She has a history of complex regional pain syndrome involving the right upper and lower extremity followed by pain clinic.

no major flare in the interim, without interval infection; no s/e from medications; currently denies bowel or bladder changes, chest pain, shortness of air, rashes, fevers and all others are negative

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 51-year-old female.

pleasant, well nourished; comfortable; msk exam is normal; normal breathing pattern

## Assessment / Plan

**. Psoriasis with arthropathy** -

51-year-old female with chronic psoriasis and psoriatic arthritis.

Seems to be more symptomatic with both activity of skin and joints.

She is on Humira at 40 mg every 2 weeks

She is on Humira at 40 mg every 2 weeks.

she has tried but failed to tolerate methotrexate due to elevated liver enzymes. She has failed Enbrel in the past.

started on cosentyx and completed loading dose and has had 3 further injections; having issues with some itching recurring; may need to have further change in meds as she is still really seeing and feeling itching in the areas of her lesions

she is further feeling bladder distention and feeling she has to urinate frequently which she has not seen

will obtain pa for xeljanz

she needs labs and refills today

L40.50: Arthropathic psoriasis, unspecified

- PSORIASIS: CARE INSTRUCTIONS
- Cosentyx Pen 300 mg/2 Pens (150 mg/mL) subcutaneous - inject 2 pens EVERY 4 WEEKS Qty: 600 mg Refills: 2
  Pharmacy: EXPRESS SCRIPTS HOME DELIVERY

**. Complex regional pain syndrome** -

Please see my previous notes for details.

Briefly, has CRPS Type I, right arm after right shoulder and elbow injury due to repititive work at Toyota factory. Initially symptoms started some time early January 2018.

she is currently followed at the pain management clinic and is now on Lyrica at 100 mg 3 times a day.

unfortunately, her symptoms are chronic and does need to maintain long-term pain management.

I do not have any further suggestions.

M89.00: Algoneurodystrophy, unspecified site

- LEARNING ABOUT HEALTHY WEIGHT
- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS

**. Long-term drug therapy** -

repeat labs.

Z79.899: Other long term (current) drug therapy

- CBC
- ESR, AUTOMATED
- CREATININE

Height (ft.): 5 ft 7 in    Height (in.): 67

- ALT
- AST

**. Increased frequency of urination**

R35.0: Frequency of micturition

- FREQUENT URINATION: CARE INSTRUCTIONS
- URINALYSIS, CULTURE IF INDICATED

## Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 11/13/2020 at 10:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by SUSANNA MOBERLY, APRN, 09/18/2020.
Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 09/18/2020 at 10:06am

**Encounter Date: 07/31/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 07/31/2020 10:15AM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Referring Provider:** KATHERINE S RODEN MD: 1221 S BROADWAY FL 4, LEXINGTON, KY 40504, Ph (859) 258-6101, Fax (859) 258-4411 NPI: 1982967824
**Neurologist:** ANDREW R SCHNEIDER MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1932120219
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider (Worker's Comp):** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS MO 63134, Ph (888) 327-9791, Fax (800) 837-0959**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (844) 516-3319, Fax (800) 391-9707
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph [illegible]

## Vitals

**Ht:** 5 ft 7 in 07/31/2020 10:29 am
**Wt:** 183 lbs 07/31/2020 10:29 am
**BMI:** 28.7 07/31/2020 10:29 am
**BP:** 101/76 sitting L arm 07/31/2020 10:30 am
**BP Cuff Size:** adult 07/31/2020 10:29 am
**Pulse:** 69 bpm 07/31/2020 10:30 am
**RR:** 18 07/31/2020 10:29 am

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;
**PERCOCET**: Itching

## Medications

Reviewed Medications

**Cosentyx Pen 150 mg/mL subcutaneous** — 07/24/20 prescribed
loading dose of 150 mg every week x 5 weeks maintenance dose 300mg every 4 weeks

**Effexor XR 37.5 mg capsule,extended release** — 06/26/20 prescribed
Take 1 capsule(s) every day by oral route for 90 days.

**esomeprazole magnesium 40 mg capsule,delayed release** — 02/20/20 renewed
TAKE 1 CAPSULE DAILY

**Estrace 1 mg tablet** — 08/21/19 entered

**Lyrica 100 mg capsule** — 05/15/20 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** — 11/17/17 entered

**Probiotic** — 11/17/17 entered

**tiZANidine 4 mg tablet** — 05/15/20 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** — 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**ZyrTEC 10 mg capsule** — 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019

- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| | - Hypertensive disorder |
| Father | - Hypercholesterolemia |
| | - Family history of cancer |
| Maternal Uncle | - Heart disease |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 06/19/2020
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
Procedure on wrist
Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 03/30/2020)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**
Arthritis: **Y**
Notes: CRPS

## HPI

acute visit for right hip pain and left heel pain; without injury; reports right hip pain is worsening and keeping her up at night; she has not received her loading dose of cosentyx; she is without interval infection; no s/e from medications; currently denies bowel or bladder changes, chest pain, shortness of air, rashes, fevers and all others are negative

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 51-year-old female.

**Constitutional:** General Appearance: healthy-appearing and **overweight**. Level of Distress: NAD. Ambulation: ambulating normally.

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:**Head: normocephalic and atraumatic.

**Eyes:**Lids and Conjunctivae: no discharge or pallor and non-injected. Sclerae: non-icteric.

**ENMT:**Ears: no lesions on external ear or hearing loss. Nose: no lesions on external nose and nares patent. Oral Cavity: no mouth or lip ulcers.

**Lungs:**Respiration: no dyspnea.

**Musculoskeletal System:**Joints, Bones, and Muscles: no contractures, malalignment, or bony abnormalities and normal movement of all extremities and **tenderness** (**right buttocks and left achilles**). Extremities: no cyanosis or edema; **achilles is tight; likely from psa**. Hips: normal internal rotation and external rotation, no tenderness of the SI joints or pain over the greater trochanteric bursa, and **trigger point pain** (**over right piriformis; tight**). Knees: no ligamentous instability on examination.

**Neurological Exam:**Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:**Inspection and palpation: no rash, lesions, ulcer, induration, nodules, jaundice, or abnormal nevi and good turgor. Nails: normal.

## Assessment / Plan

**. Right-sided piriformis syndrome** -

likely secondary to psa flare

will provide with injection of 120 mg IM steroid injection today and start on 5 week cosentyx loading dose

M54.31: Sciatica, right side

- Depo-Medrol 80 mg/mL suspension for injection - Take 120 mg by injection route. Quantity: 120 mg

**. Left achilles tendonitis** -

likely secondary to psa; need to have steroid injection as above and start on cosentyx

M76.62: Achilles tendinitis, left leg

## Return to Office

- LAB LCSB TENT for LAB ONLY at LAB SCHEDULES on 07/31/2020 at 12:10 PM
- ANDREW SCHNEIDER, MD for RECHECK at NEUROLOGY CHI SJOP on 08/27/2020 at 09:30 AM
- SYED HAIDER ABBAS, MD for VIRTUAL VISIT at RHEUMATOLOGY SB on 09/08/2020 at 08:45 AM
- SUSANNA MOBERLY, APRN for VIRTUAL VISIT at RHEUMATOLOGY SB on 09/18/2020 at 09:30 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 11/13/2020 at 10:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by SUSANNA MOBERLY, APRN, 07/31/2020.
Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 07/31/2020 at 11:00am

**Encounter Date: 07/24/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 07/24/2020 09:45AM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SYED HAIDER ABBAS, MD | | |
| **Insurance** | Med Primary: BCBS OH (PPO) | | |

Insurance Med Primary: BCBS-OH (PPO)
Insurance # : TOAAN1313675
Policy/Group # : 003320100TEAP064
Employer Name : TOYOTA
Med Worker's Comp: MSMM
Referring Provider Name : DONEGAN, RYAN P
Employer Name : KELLY SERVICES
Case # : SA211932PVY
Case Injury Date : 01/30/2018
Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC
Insurance # :
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: EXPRESS SCRIPTS - Member is eligible. details

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Referring Provider:** KATHERINE S RODEN MD: 1221 S BROADWAY FL 4, LEXINGTON, KY 40504, Ph (859) 258-6101, Fax (859) 258-4411 NPI: 1982967824
**Neurologist:** ANDREW R SCHNEIDER MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1932120219
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider (Worker's Comp):** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS MO 63134, Ph (888) 327-9791, Fax (800) 837-0959**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (844) 516-3319, Fax (800) 391-9707
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

**Ht:** 5 ft 7 in 07/24/2020 09:40 am
**T:** 98 F° 07/24/2020 09:41 am
**Pulse:** 72 bpm 07/24/2020 09:41 am
**RR:** 16 07/24/2020 09:41 am

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

**Effexor XR 37.5 mg capsule,extended release** 06/26/20 prescribed
Take 1 capsule(s) every day by oral route for 90 days.

**esomeprazole magnesium 40 mg capsule,delayed release** 02/20/20 renewed
TAKE 1 CAPSULE DAILY

**Estrace 1 mg tablet** 08/21/19 entered

**Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** 10/02/19 prescribed
Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.
**Internal Note:** PA approved 6/9/19-78/20

**Lyrica 100 mg capsule** 05/15/20 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** 11/17/17 entered

**Probiotic** 11/17/17 entered

**tiZANidine 4 mg tablet** 05/15/20 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| | - Hypertensive disorder |
| Father | - Hypercholesterolemia |
| | - Family history of cancer |
| Maternal Uncle | - Heart disease |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 06/19/2020
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
Procedure on wrist
Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

## GYN History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 03/30/2020)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**
Arthritis: **Y**
Notes: CRPS

## HPI

The patient has requested and consented to a tele-heath appointment today. Due to the current state of emergency it is appropriate to address patient's medical need via a telehealth appointment.

seen today as a follow-up on psoriatic arthritis. Currently she is on Humira 40 mg injections every 2 weeks and denies any side effects.

however, she has noticed pain and stiffness in her hands and legs along with more frequent skin breakouts.

She has a history of complex regional pain syndrome involving the right upper and lower extremity followed by pain clinic.

denies any recent infections.

## ROS

**Additionally reports:**

**chronic skin and joint disease with some recent activity of the skin as well as joints. Chronic complex regional pain syndrome on chronic pain management. No chest pain or shortness of breath. No fevers or chills**
**ROS as noted in the HPI**

## Physical Exam

Patient is a 51-year-old
female.

well-nourished well-hydrated female. She looks comfortable. In no distress. She has some skin breakouts involving both upper and lower extremities secondary to psoriasis. Further she has chronic complex regional pain with burning and numbness involving her extremities, right upper and lower extremity

## Assessment / Plan

**. Psoriasis with arthropathy** -

51-year-old female with chronic psoriasis and psoriatic arthritis.

Seems to be more symptomatic with both activity of skin and joints.

She is on Humira at 40 mg every 2 weeks.

she has tried but failed to tolerate methotrexate due to elevated liver enzymes. She has failed Enbrel in the past.

I would consider her to try Cosentyx at 300 mg every 4 weeks after a loading dose of 150 mg every weekly for the first 5 weeks.

She will repeat her lab studies.

L40.50: Arthropathic psoriasis, unspecified

- PSORIASIS: CARE INSTRUCTIONS
- Declined, Treatment changed - Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit - Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days. Qty: 3 kit(s) of 2 Refills: 3 Pharmacy: ACCREDO Note to Pharmacy: fill when due

**. Complex regional pain syndrome -**

Please see my previous notes for details.

Briefly, has CRPS Type I, right arm after right shoulder and elbow injury due to repititive work at Toyota factory. Initially symptoms started some time early January 2018.

she is currently followed at the pain management clinic and is now on Lyrica at 100 mg 3 times a day.

unfortunately, her symptoms are chronic and does need to maintain long-term pain management.

I do not have any further suggestions.

M89.00: Algoneurodystrophy, unspecified site

- LEARNING ABOUT HEALTHY WEIGHT
- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS

**. Long-term drug therapy -**

repeat labs.

Z79.899: Other long term (current) drug therapy

- CBC
- ESR, AUTOMATED
- QTB GOLD

Return to Office

- LAB EAST for LAB ONLY at LAB SCHEDULES on 07/24/2020 at 11:45 AM
- ANDREW SCHNEIDER, MD for RECHECK at NEUROLOGY CHI SJOP on 08/27/2020 at 09:30 AM
- SYED HAIDER ABBAS, MD for VIRTUAL VISIT at RHEUMATOLOGY SB on 09/08/2020 at 08:45 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 11/13/2020 at 10:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

Encounter Sign-Off

**REECE, JAMIE H (id #21591363, dob: )**

Encounter signed-off by SYED HAIDER ABBAS, MD, 07/24/2020.

Encounter performed and documented by SYED HAIDER ABBAS, MD
Encounter reviewed & signed by SYED HAIDER ABBAS, MD on 07/24/2020 at 10:45am

**Encounter Date: 06/26/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 06/26/2020 08:30AM |
| **DOB** | | **Service Dept.** | NEUROLOGY CHI SJOP |
| **Provider** | ANDREW SCHNEIDER, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

Headache

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Referring Provider:** KATHERINE S RODEN MD: 1221 S BROADWAY 3RD FL, LEXINGTON, KY 40504, Ph (859) 258-6101, Fax (859) 258-4411 NPI: 1982967824
**Neurologist:** ANDREW R SCHNEIDER MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1932120219
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS MO 63134, Ph (888) 327-9791, Fax (800) 837-0959**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (844) 516-3319, Fax (800) 391-9707
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 06/26/2020 08:18 am | **Wt:** | 182 lbs 8 oz With clothes 06/26/2020 08:27 am | **BMI:** | 28.6 06/26/2020 08:27 am |
| **BP:** | 110/80 sitting R arm 06/26/2020 08:27 am | **Pulse:** | 60 bpm 06/26/2020 08:27 am | | |

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **Effexor XR 37.5 mg capsule,extended release**<br>Take 1 capsule(s) every day by oral route for 90 days. | 06/26/20 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/20/20 | renewed |

TAKE 1 CAPSULE DAILY

**Estrace 1 mg tablet** 08/21/19 entered

**Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** 10/02/19 prescribed
Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.
**Internal Note:** PA approved 6/9/19-78/20

**Lyrica 100 mg capsule** 05/15/20 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** 11/17/17 entered

**Probiotic** 11/17/17 entered

**tiZANidine 4 mg tablet** 05/15/20 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis<br>- Hypertensive disorder |
| Father | - Hypercholesterolemia<br>- Family history of cancer |
| Maternal Uncle | - Heart disease |

## Social History

Reviewed Social History
**Neurology**
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes

E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 06/19/2020
Chewing tobacco: none
Tobacco cessation counseling provided date: (Notes: tdotson14 answered No to the Tobacco cessation counseling provided question on 04/09/2019.)
Alcohol intake: None
Live alone or with others?: with others
Marital status: Married
Occupation: unemployed
Illicit drugs: no

## Surgical History

Reviewed Surgical History
- Procedure on wrist
- Tonsillectomy - 1973
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 03/30/2020)

## Past Medical History

Reviewed Past Medical History
Arthritis: **Y**
Migraines: **Y**
Notes: CRPS

## HPI

This is a 51 year-old RH female seen at the request of Dr. Roden for evaluation of headache.

She has been bothered by HA x 4-5 mos perhaps. These are not present daily but come and go; she can have them for several days in a row and then go for 4-5 days with none. Feels like it crawls up the back of her head and settles in frontally, both sides. This can be mild and dull and steady and other times it can be a piercing pain or she can feel like she has to hold her head; sometimes there is a throbbing pain in the morning. No nausea, probably no photophobia or phonophobia, but she wants to be left alone when the headache is bad. Takes Advil prn.

She was prone to frequent migraines when she was younger but these have been nearly gone since hysterectomy 15 years ago. Recent headaches are probably different from those, from what she can remember.

She has had right shoulder pain x 2 years which she says is permanent and has been attributed to "CRPS type I." This causes pain and tightness in the shoulder and into the neck, and she believes this is associated with these headaches.

She takes Lyrica 100 tid and tizanidine tid for this pain, and occasionally tramadol which does not help much.

She had PT for 1-2 years.

She was getting massages for a while which helped but those are pricey.

## ROS

**Additionally reports:**

**h/o psoriatic arthritis in the hands, feet, hips; on Humira.**

**no f/c, wt loss, chest pain, SOB.**

**she took Elavil last year for abdominal pain attributed to IBS but this did not help.**

**sleeps pretty well.**

**no focal neurological symptoms.**

**no visual symptoms.**

**mood mostly OK, sometimes anxious or worries.**

**other systems neg or above.**

## Physical Exam

Patient is a 51-year-old female.

Pleasant female, in no distress.
On general exam, CV RRR. No carotid bruits. Neck ROM not limited, shoulder ROM seems mostly OK. Scalp NT. Neurologically, she is awake, alert, oriented. Speech is clear and fluent. Language, memory, fund of knowledge, concentration are appropriate. CN 2-12 are unremarkable. Fundi – benign. Motor exam shows normal strength and tone throughout. Sensation is intact to vibration and temp. Coordination is intact to FNF. DTRs are normal and symmetric. Gait is narrow-based and steady. Romberg is negative.

## Assessment / Plan

1. Tension +/- migrainous headaches in recent months

2. H/o common migraines in the past.

Discussed the above.

Will try a low dose of Effexor for headache prevention. This might secondarily help her shoulder pain. Possible SE discussed. f/u in 6-8 wks but she knows to call if needed anytime

**. Tension-type headache**
G44.209: Tension-type headache, unspecified, not intractable

- Effexor XR 37.5 mg capsule,extended release - Take 1 capsule(s) every day by oral route for 90 days. Qty: 90 capsule(s) Refills: 1 Pharmacy: EXPRESS SCRIPTS HOME DELIVERY

**. Migraine**
G43.909: Migraine, unspecified, not intractable, without status migrainosus

## Return to Office

- to see ANDREW SCHNEIDER, MD at NEUROLOGY CHI SJOP on or around 06/26/2020
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 11/13/2020 at 10:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by ANDREW SCHNEIDER, MD, 06/26/2020.
Encounter performed and documented by ANDREW SCHNEIDER, MD
Encounter reviewed & signed by ANDREW SCHNEIDER, MD on 06/26/2020 at 9:11am

**Encounter Date: 06/19/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 06/19/2020 10:45AM |
| **DOB** | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # : | | |

**REECE, JAMIE H (id #21591363, dob:**

Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: EXPRESS SCRIPTS - Member is eligible. details

## Chief Complaint

This is a 51 year old female following up for medication management for CRPS. She reports some improvement from the lyrica 100mg TID and tizanidine 4mg TID PRN. She states last dose of lyrica was 6/19/2020. She reports that she has been scheduled for Neurology, but is going to reschedule due to the time not working for her. She states that she started noticing nerve pain in her BLE that started approximately 3 weeks ago.

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider (Worker's Comp):** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS MO 63134, Ph (888) 327-9791, Fax (800) 837-0959**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (844) 516-3319, Fax (800) 391-9707
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

06/19/2020 11:19 am

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in | **Wt:** | 188 lbs | **BMI:** | 29.4 |
| **BP:** | 134/78 sitting L arm | **Pain Scale:** | 5 | | |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/20/20 | renewed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit**<br>Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.<br>**Internal Note:** PA approved 6/9/19-78/20 | 10/02/19 | prescribed |
| **Imitrex 50 mg tablet**<br>TAKE 1 TAB AT ONSET OF MIGRAINE, MAY REPEAT AFTER 2 HOURS X 1 | 01/15/20 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 05/15/20 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **predniSONE 20 mg tablet**<br>2 po x 3 days, then 1 po x 3 days | 10/11/19 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days | 05/15/20 | prescribed |

Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**Valtrex 1 gram tablet** 03/30/20 prescribed
Take 1 tablet(s) every 8 hours by oral route for 7 days.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 06/19/2020
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
Procedure on wrist
Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 03/30/2020)

## Past Medical History

Reviewed Past Medical History
Arthritis: **Y**
Headaches: **Y**

## HPI

51-year-old female presenting for follow-up with regards to CRPS. She notes ongoing symptoms in the right upper extremity with discomfort through the upper arm and into the forearm. Her current regimen consists of Lyrica 100 mg 3 times a day and tizanidine when necessary.

## ROS

Patient reports **arthralgias/joint pain and neck pain** but reports no muscle aches, no muscle weakness, and no swelling in the extremities. She reports **frequent or severe headaches** but reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, and no tremor. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 51-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD.

**Psychiatric:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected.

**Neck:** Neck: supple and trachea midline.

**Lungs:** Respiratory effort: no dyspnea.

**Cardiovascular System:** Heart Auscultation: normal S1 and S2 and RRR.

**Abdomen:** Inspection and Palpation: soft, non-distended, and no tenderness.

**Musculoskeletal::** Joints, Bones, and Muscles: normal movement of all extremities and **tenderness (cervical paraspinal, rhomboids and trapezius muscles)**; **right arm cast**.

**Motor Strength:** Motor Strength and Tone: normal and normal tone. C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

**Neurologic:** Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no rash or

lesions.

**Spine - Special Tests:**Cervical Spine negative axial loading test and Spurling's test and (normal) cervical spine. Other Findings **Myofascial pain**. Lumbar / Lumbosacral Spine (normal) lumbar / lumbosacral spine.

## Assessment / Plan

51-year-old female presenting for follow-up with regards to CRPS. She continues to note ongoing allodynia, temperature change and edema throughout the right upper extremity. She has noticed more recently a deeper ache in through the upper arm. She notices a similar ache in the anterior thigh of her right leg. She denies radiating or radicular pain but describes the pain as more focal in the anterior aspect of the right thigh. She reports lifting herself from a chair recently with worsening myofascial pain throughout the shoulder capsule and right neck. She has a yoga ball at home and plans to resume home stretching. On exam, she has preserved motor strength throughout. She does however mild edema throughout the right upper arm to the forearm. I don't suspect that her pain in her leg is necessary radicular or coming from her back. Should pain progressing continue, we can consider lumbar MRI or even EMG/nerve conduction study. At this time, patient would like to proceed conservatively and I think this is reasonable. She will plan to resume home stretching exercises.

Her current regimen consists of Lyrica 100 mg 3 times a day and tizanidine when necessary. Should pain continue, we can consider dose escalation of Lyrica 200 mg twice a day. At this time, we will plan to continue her current regimen. Patient will follow-up in 4 months for further evaluation.

**. Complex regional pain syndrome**
M89.00: Algoneurodystrophy, unspecified site
- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS

**Patient Instructions**

WRAP-UP
Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- Continue current regimen

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

**Discussion Notes**

Spent 25 total minutes with the patient today. Greater than 50% of this time was spent counseling/coordination of care as documented in my assessment and plan above.

## Return to Office

- ANDREW SCHNEIDER, MD for CONSULT at NEUROLOGY CHI SJOP on 06/26/2020 at 08:30 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 11/13/2020 at 10:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 06/19/2020.
Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 06/19/2020 at 11:54am

**Lexington Clinic**
An-Yu Chen, M.D.

1225 S Broadway, Suite 200
Lexington, KY 40504
Ph :(859) 258-4950
Fax :(859) 258-4618

## ESOPHAGO GASTRO DUODENOSCOPY REPORT

| PATIENT NAME | SSN/ID | DOB | AGE | SEX | EXAM DATE | ATTENDING PHY | REFERRAL |
|---|---|---|---|---|---|---|---|
| JAMIE H REECE | 21591363 | | 52 | F | 10-27-2020 | An-Yu Chen, M.D. | Collin St. Clair, D.O. |

**INDICATION** : Dysphagia

**PHYSICAL EXAM** : **HEENT** : Normal **LYMPH NODES** : None Felt **LUNGS** : Grossly Clear **HEART** : Normal **ABDOMEN** : Soft and Non tender **MENTAL STATUS** : Alert and Oriented

**H&P Comments** : PT ASSESSED & INTERVIEWED PRIOR TO THE PROCEDURE

**VITAL SIGNS** : **BP** : 126/73 **RESPIRATION** : 12 **PULSE** : 67

**CONSENT** : Informed consent was obtained from the patient after providing opportunity for questions.

**PREPARATION** : EKG pulse, blood pressure and oxygen saturation monitored

**INSTRUMENT** : Olympus GIF-Q180 Video Gastroscope

**ALLERGIES** : See List On RN Form,

**ASA CLASS** : Per Anesthesia
**ANESTHESIA** : As per nurses notes.

**PROCEDURE** : The Gastroscope was gently passed through the incisoral orifice into the oral cavity and under direct visualization the esophagus was intubated. The endoscope was passed down the esophagus, through the stomach and into the duodenum. Color, texture, mucosa and anatomy were carefully examined with the scope. Esophageal dilation was performed by passing a 56F sized rubber or plastic dilators across the esophageal stricture to open it. The patient tolerated the procedure well and there were no complications. After completion of the examination, patient was transferred to the recovery room. Preparation was excellent.

a.GE Junction



b.Body



c.Antrum



## FINDINGS

**OROPHARYNX** - Normal
**ESOPHAGUS** - Maloney/Bougie dilation performed dilation of size 56fr. Treatment of dysphagia.
**EG JUNCTION** - Intact at 40 cms
**STOMACH** - **Cardia** : Normal
**Fundus** : Normal
**Body** : Normal without evidence of ulcerations or bleeding
**Antrum** : Normal
**Pylorus** : Normal
**DUODENUM** - **Bulb** : Normal without evidence of ulcerations or bleeding
**2nd and 3rd Portion** : Normal

**IMPRESSION** - Symptomatic dysphagia treated with bougie dilation

**PLAN** - Follow up EGD in about 3 years for repeat dilation as needed
Follow up with primary care physician



d.Duodenum 2nd and 3rd portion



Signature ____________ ( An-Yu Chen, MD )

Signature ( Note )


Copyright © 2004 MD-Reports. A product of Infinite Software Solutions, Inc. All rights reserved

**Lexington Clinic**
An-Yu Chen, M.D.

1225 S Broadway, Suite 200
Lexington, KY 40504
Ph :(859) 258-4950
Fax :(859) 258-4618

## COLONOSCOPY REPORT

| PATIENT NAME | SSN/ID | DOB | AGE | SEX | EXAM DATE | ATTENDING MD | REFERRAL |
|---|---|---|---|---|---|---|---|
| JAMIE H REECE | 21591363 | | 52 | F | 10-27-2020 | An-Yu Chen, M.D. | Collin St. Clair, D.O. |

**INDICATION** : Screening Colonoscopy for finding Polyps in the past

**CONSENT** : Informed consent was obtained from the patient after providing opportunity for questions.

**PREPARATION** : EKG pulse, blood pressure and oxygen saturation monitored

**INSTRUMENT** : Video Olympus CF Q180AL Colonoscope

**ANESTHESIA** : Anesthesia as per nurses notes

**PROCEDURE** : After placing the patient in the left lateral decubitus position, the colonoscope was gently inserted into the rectum and under direct visualization advanced to the Ileum which was identified by transillumination in the right lower quadrant, identification of the ileocecal valve, appendiceal orifice, cecal strap. Color, texture, mucosa and anatomy of the colon were carefully examined with the scope. The patient tolerated the procedure well and there were no complications. After completion of the examination, patient was transferred to the recovery room Preparation was excellent

a.Cecum



b.Transverse Colon



c.Polyp of Sigmoid colon



**FINDINGS**

| | |
|---|---|
| ANAL CANAL | - Normal |
| RECTUM | - Normal |
| SIGMOID COLON | - Proximal. Polyp less than 1 cm. size<br>Proximal. PedunculatedAdenomatous polyp of size 0.5cm.<br>Polypectomy done using cold snare |
| DESCENDING COLON | - Normal without polyps or inflammatory changes |
| SPLENIC FLEXURE | - Normal |
| TRANSVERSE COLON | - Normal without polyps or inflammatory changes |
| HEPATIC FLEXURE | - Normal |
| ASCENDING COLON | - Normal without polyps or inflammatory changes |
| CECUM | - Normal<br>Ileocecal valve - Normal |
| ILEUM | - Not Seen |

**IMPRESSION** - Polyp of Colon [Sigmoid]

**PLAN** - Wait for pathology report
Follow up colonoscopy in 3 years or sooner if clinically indicated
Follow up with primary care physician

d.Rectroflexed View






Signature ______________ ( An-Yu Chen, M.D. )

Signature ___ ( None )

MD-Reports
Reporting Solutions for all MD Specialties
Produced by Infinite Software Solutions Inc. Ph: (718)982-1315 Email: info@md-reports.com Websites: www.infinitesoft.com & www.md-reports.com
Copyright © 2004 MD Reports. A product of Infinite Software Solutions, Inc. All rights reserved

## Imaging Results

# XR RT FOOT COMPLETE (#41828300, Final, 05/20/2021 10:11am)

Lexington Clinic
1221 South Broadway
Lexington, KY 40504

Patient Name: JAMIE H REECE
Patient DOB:
Patient MRN: 3555141

Ordering Provider: SUSANNA MOBERLY

EXAM DATE: 05/20/2021

EXAM: XR RT FOOT COMPLETE

HISTORY: Right foot pain.

COMPARISON: None.

FINDINGS:
There is a moderate sized bunion at the first metatarsal head with hallux valgus deformity and mild osteoarthritic changes. There is mild to moderate enthesopathic change about the calcaneus. There is no fracture.

IMPRESSION:
1. There are mild degenerative changes in the right foot.

Interpreted By: Timothy Averion-Mahloch, MD
Electronically Signed By: Timothy Averion-Mahloch, MD on 5/20/2021 11:07 AM

Print Date: 11/03/2020
Time: 15:50
Page: 1 of 2

From: Christy Estep
Company: Lexington Diagnostic Center
Fax#: 859-276-1540 Voice 859-278-7226
To KATHERINE RODEN MD
Company: KATHERINE RODEN MD
Fax#: 859-258-4411 Voice 859-258-6101

| Subject | Fax Transmittal |
|---|---|

---

CONFIDENTIALITY NOTICE: This fax is intended only for the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby informed that any use, disclosure, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the United States Postal Service. You may also notify our Privacy Officer, Margaret Hancock at 859-278-7226. Thank you.

LEXINGTON DIAGNOSTIC CENTER & OPEN MRI

1725 Harrodsburg Road, Suite 100
Lexington, KY 40504
T: 859 278-7226 F: 859 276-1540
www.LexingtonDiagnostic.com

| | | | |
|---|---|---|---|
| **Exam Date:** | November 3, 2020 08:45 | **Referred by:** | RODEN, M.D., KATHERINE |
| **Patient Information:** | REECE, JAMIE | | FAX (859) 258-4411 |
| **Patient ID:** | 538975 | | LEXINGTON, KY 40504 |
| **Accession Number:** | 1A55F | | (859) 258-6101 |
| **Date of Birth:** | | | |



**EXAMINATION:** MRI of the lumbar spine without contrast.

**SEDATION:** Self sedated.

**HISTORY:** Low back pain with pain in the left hip, buttock, and thigh. No known injury.

**COMPARISON:** No prior imaging is available at this time for comparison.

**TECHNIQUE:** MRI of the lumbar spine without contrast using the 0.6 tesla magnet. Sagittal T1 weighted, T2 weighted, and STIR and axial T1 and T2 weighted sequences were performed.

**FINDINGS:** There is mild leftward lumbar spine curvature. No paravertebral soft tissue abnormality is seen. There is a typical hemangioma in the L4 vertebral body. There is no infiltrative marrow signal abnormality. The cord ends at T12.

L1-L2 has patent central canal and neural foramina.

L2-L3 has patent central canal and neural foramina. There is mild facet arthrosis.

L3-L4 has patent central canal and neural foramina. There is mild facet arthrosis.

L4-L5 has a mild diffuse disc bulge. There is mild facet arthrosis. The central canal is patent. There is mild bilateral foraminal encroachment.

L5-S1 has a minimal disc bulge. There is mild facet arthrosis. The central canal and neural foramina are patent.

**IMPRESSION:** Degenerative changes with facet arthrosis, most pronounced at L4-L5, and mild L4-L5 foraminal encroachment. No disc herniation or canal stenosis.

DICOM format images are available to non-affiliated external healthcare facilities or entities for follow-up and comparison on InteleConnect with an InteleConnect sign-on and password. For access, please contact our office. The patient was also given a CD containing the DICOM format images at no additional charge.

Electronically signed by: EDMOND V RUSS III, M.D. (Nov 03, 2020 10:15:39)

**Reporting Radiologist:** RUSS III, M.D., EDMOND V
Jason S. Harris, M.D.
Medical Director

| | |
|---|---|
| **Date Dictated:** | November 3, 2020 10:05 |
| **Date Transcribed:** | November 3, 2020 10:11 |
| **Transcriptionist:** | C, Kelly |

## XR BIL HIPS, 2 VWS (#36717589, Final, 10/12/2020 2:57pm)

Lexington Clinic
1221 South Broadway
Lexington, KY 40504

Patient Name: JAMIE H REECE
Patient DOB:
Patient MRN: 3555141

Ordering Provider: SUSANNA MOBERLY

EXAM DATE: 10/12/2020

EXAM: XR BIL HIPS, 2 VWS

COMPARISON: None.

HISTORY: Bilateral hip pain.

FINDINGS:
There are minimal degenerative changes in both hips. There is minimal marginal spurring. The joint space appears normal. There are minimal degenerative changes in the SI joints. There is no acute fracture.

IMPRESSION:
1. There are minimal degenerative changes in the hips and pelvis.

Interpreted By: Timothy Averion-Mahloch, MD
Electronically Signed By: Timothy Averion-Mahloch, MD on 10/12/2020 3:43 PM

## XR LUMBAR AP/LAT (#36717572, Final, 10/12/2020 2:57pm)

Lexington Clinic
1221 South Broadway
Lexington, KY 40504

Patient Name: JAMIE H REECE
Patient DOB:
Patient MRN: 3555141

Ordering Provider: SUSANNA MOBERLY

EXAM DATE: 10/12/2020

EXAM: XR LUMBAR AP/LAT

CLINICAL INFORMATION: Back pain.

IMAGES PROVIDED: AP, lateral and coned down views of the lumbar spine.

COMPARISON: None.

FINDINGS: Curvature, alignment, vertebral body heights and disc spaces are normal. No radiographic evidence of injury is noted. Mild diffuse degenerative endplate spurring.

IMPRESSION: Mild degenerative disc disease of the lumbar spine

Interpreted By: John West, MD
Electronically Signed By: John West, MD on 10/12/2020 3:43 PM

## Lab Results

**REECE, JAMIE H (id #21591363, dob: )**

## QTB GOLD 05/09/2021 (#41557544, Final, 05/06/2021 12:37pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | U5060495 | Specimen Source | |
| Specimen Coll. Date | 05/06/2021 12:37 | Result Status | Final |
| Specimen Rec. Date | 05/06/2021 12:59 | Report Status | |
| Specimen Reported Date | 05/09/2021 10:15 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| QTB GOLD | NEGATIVE | NEGATIVE | | Normal | Final | CB |
| | Negative test result. M. tuberculosis complex infection unlikely. | | | | | |
| NIL | 0.03 | | IU/mL | Normal | Final | CB |
| MITOGEN NIL | 8.91 | | IU/mL | Normal | Final | CB |
| TB1 NIL | <0.00 | | IU/mL | Normal | Final | CB |
| TB2 NIL | <0.00 | | IU/mL | Normal | Final | CB |
| | The Nil tube value reflects the background interferon gamma immune response of the patient's blood sample. This value has been subtracted from the patient's displayed TB and Mitogen results.<br><br>Lower than expected results with the Mitogen tube prevent false-negative Quantiferon readings by detecting a patient with a potential immune suppressive condition and/or suboptimal pre-analytical specimen handling.<br><br>The TB1 Antigen tube is coated with the M. tuberculosis-specific antigens designed to elicit responses from TB antigen primed CD4+ helper T-lymphocytes.<br><br>The TB2 Antigen tube is coated with the M. tuberculosis-specific antigens designed to elicit responses from TB antigen primed CD4+ helper and CD8+ cytotoxic T-lymphocytes.<br><br>For additional information, please refer to https://education.questdiagnostics.com/faq/FAQ204 (This link is being provided for informational/ educational purposes only.)<br><br>TEST PERFORMED AT:<br>QUEST DIAGNOSTICS WOOD DALE<br>1355 MITTEL BOULEVARD WOOD DALE, IL 60191-1024<br>ANTHONY V. THOMAS, MD | | | | | |

**REECE, JAMIE H (id #21591363, dob: )**

## ESR, AUTOMATED 05/06/2021 (#41517980, Final, 05/06/2021 12:37pm)

| | |
|---|---|
| Note to Patient | your inflammation is normal. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | U5060495 | Specimen Source | |
| Specimen Coll. Date | 05/06/2021 12:37 | Result Status | Final |
| Specimen Rec. Date | 05/06/2021 12:59 | Report Status | |
| Specimen Reported Date | 05/06/2021 14:53 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ESR, AUTOMATED | 23 | 0-29 | MM/HR | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob: )**

# CBC 05/06/2021 (#41514752, Final, 05/06/2021 12:37pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | U5060495 | Specimen Source | |
| Specimen Coll. Date | 05/06/2021 12:37 | Result Status | Final |
| Specimen Rec. Date | 05/06/2021 12:59 | Report Status | |
| Specimen Reported Date | 05/06/2021 13:55 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WHITE BLOOD CELLS | 5.7 | 3.8-10.8 | K/uL | Normal | Final | |
| | Hemogram obtained after warming to 37 C.<br>RESULTS RECHECKED | | | | | |
| RED BLOOD CELLS | 4.15 | 3.80-5.20 | M/uL | Normal | Final | |
| HEMOGLOBIN | 12.8 | 12.0-16.0 | G/DL | Normal | Final | |
| HEMATOCRIT | 38.3 | 35.0-47.0 | % | Normal | Final | |
| MCV | 92 | 80-100 | fL | Normal | Final | |
| MCH | 31 | 26-35 | PG | Normal | Final | |
| MCHC | 33 | 32-36 | G/DL | Normal | Final | |
| RDW | 13.8 | 11.0-15.0 | % | Normal | Final | |
| MPV | 8.4 | 6.2-10.5 | fL | Normal | Final | |
| PLATELET COUNT | 299 | 130-400 | K/uL | Normal | Final | |
| NEUTROPHIL,ABSOLUTE | 2.4 | 1.6-8.4 | K/uL | Normal | Final | |
| LYMPHOCYTE,ABSOLUTE | 2.7 | 0.4-5.1 | K/uL | Normal | Final | |
| MONOCYTE,ABSOLUTE | 0.4 | 0.0-1.2 | K/uL | Normal | Final | |
| EOSINOPHIL,ABSOLUTE | 0.1 | 0.0-0.8 | K/uL | Normal | Final | |
| BASOPHIL,ABSOLUTE | 0.1 | 0.0-0.3 | K/uL | Normal | Final | |
| % NEUTROPHILS | 43.1 | 42.0-78.0 | % | Normal | Final | |
| **% LYMPHOCYTES** | **47.9** | **11.0-47.0** | **%** | **High** | **Final** | |
| % MONOCYTES | 6.9 | 0.0-11.0 | % | Normal | Final | |
| % EOSINOPHILS | 1.0 | 0.0-7.0 | % | Normal | Final | |
| % BASOPHILS | 1.1 | 0.0-3.0 | % | Normal | Final | |
| NUCLEATED RED CELLS | 0.1 | 0.0-0.9 | % | Normal | Final | |
| NUCLEATED RBCS, ABSOLUTE | 0.01 | NOT ESTAB. | K/uL | Normal | Final | |

NEW LEXINGTON CLINIC PSC • 3099 HELMSDALE PLACE, LEXINGTON KY 40509-2213

**REECE, JAMIE H (id #21591363, dob: )**

# CMP 05/06/2021 (#41514288, Final, 05/06/2021 12:37pm)

| | |
|---|---|
| Note to Patient | Your labs are normal |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | U5060495 | Specimen Source | |
| Specimen Coll. Date | 05/06/2021 12:37 | Result Status | Final |
| Specimen Rec. Date | 05/06/2021 12:59 | Report Status | |
| Specimen Reported Date | 05/06/2021 13:45 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| GLUCOSE | 89 | 74-100 | mg/dL | Normal | Final | |
| BLOOD UREA NITROGEN | 10 | 6-20 | mg/dL | Normal | Final | |
| CREATININE | 0.82 | 0.50-0.90 | mg/dL | Normal | Final | |
| BUN/CREATININE RATIO | 12 | 10-20 | (calc) | Normal | Final | |
| SODIUM | 142 | 136-145 | mmol/L | Normal | Final | |
| POTASSIUM | 4.1 | 3.4-5.0 | mmol/L | Normal | Final | |
| CHLORIDE | 102 | 98-107 | mmol/L | Normal | Final | |
| CARBON DIOXIDE | 27 | 22-29 | mmol/L | Normal | Final | |
| ANION GAP | 13 | 7-25 | (calc) | Normal | Final | |
| CALCIUM | 9.6 | 8.6-10.2 | mg/dL | Normal | Final | |
| TOTAL PROTEIN | 7.9 | 6.4-8.3 | g/dL | Normal | Final | |
| ALBUMIN | 4.7 | 3.5-5.2 | g/dL | Normal | Final | |
| GLOBULIN | 3.2 | 1.5-4.5 | g/dL (calc) | Normal | Final | |
| ALBUMIN/GLOBULIN RATIO | 1.5 | 1.1-2.5 | (calc) | Normal | Final | |
| BILIRUBIN, TOTAL | <0.2 | 0.1-1.2 | mg/dL | Normal | Final | |
| ALKALINE PHOSPHATASE | 87 | 35-104 | U/L | Normal | Final | |
| AST | 24 | 0-32 | U/L | Normal | Final | |
| ALT | 16 | 0-33 | U/L | Normal | Final | |
| GFR AFRICAN AMERICAN | 95 | >= 60 | | Normal | Final | |
| GFR NON-AFRICAN AMERICAN | 82 | >= 60 | | Normal | Final | |

```
**NOTE**
Chronic kidney disease is defined as kidney damage for more
than 3 months or a GFR less than 60 mL/min/1.73 m2 for greater than
3 months.

This calculation has not been validated in pregnant women.
For pediatric patients refer to
https://www.kidney.org/professionals/KDOQI/gfr_calculatorPed
National Kidney Foundation
```

## UK HealthCare
### Patient Results

REECE, JAMIE 1591363 HISTOR

* 22843752x13059 First Page LabReslt

REECE, JAMIE SBL 602-A DSC 57Y

| 12/11/2020 9:10:00 AM | SARS CoV2/COVID 19 | 0011TDJ4Q | Results Received |
|---|---|---|---|

SARS CoV2/COVID 19 (LPTTYP) — Final

Asymptomatic (ASYMP)

SARS CoV2/COVID 19 Specimen Source (COVIDS) — Final

NASO PHARYNX

SARS CoV2/COVID 19 Result (COVIDR) — Final

SARS CoV 2 RNA Not Detected

This assay is for in vitro diagnostic use under FDA Emergency Use Authorization only. Negative results do not preclude infection with the SARS-CoV-2 virus and should not be the sole basis of a patient treatment/management or public health decision. Follow up testing should be performed according to the current CDC recommendations.

This test was performed using the TaqPath COVID-19 assay, an RT-PCR-based method. The limit of detection (LoD) for this assay is 250 copies/mL.

Use of the TaqPath COVID-19 assay in an asymptomatic screening population is intended to be used as part of an infection control plan that may include additional preventative measures, such as a predefined serial testing plan or directed testing of high-risk individuals.

Negative results should be considered presumptive and do not preclude current or future infection obtained through community transmission or other exposures. Negative results must be considered in the context of an individual's recent exposures, history, presence of clinical signs and symptoms consistent with COVID-19.

Reference Range: Not Detected

Date of Symptom Onset (ONSET) — Final

NOT APPLICABLE

First Covid 19 Test (FIRSTT) — Final

Unknown

Employed in Healthcare Setting (EMPHC) — Final

Unknown

Resident in Congregate Care Living Setiting (RESCON) — Final

Unknown

Pregnant (PREGNT) — Final

Unknown

Currently Hospitalized For Covid 19 (HOSP) — Final

NO

Currently in ICU For Covid 19 (INICU) — Final

NO

| 12/11/2020 9:10:00 AM | Urine Culture (Clean Catch) | 0011TDZ07 | Corrected Results |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Specimen Description | URINE | Final | |
| Plating Verification | GRAY TOP COLLECTION TUBE FOR URINE | Final | |
| Culture | <10,000 CFU/ml Mixed urogenital, fecal, or skin flora present. If there still remains an indication for repeat urine culture and the patient is not on antibiotics, please consider recollection. | Final | Updated |

# UK HealthCare
## Patient Results

REECE, JAMIE [illegible] DSC [illegible] 022584275-0324

| Report Status | FINAL 12132020 | | Final | Updated |
|---|---|---|---|---|

| 12/11/2020 9:35:00 AM | Hemogram | 0011TCBLG | Results Received |
|---|---|---|---|
| WBC Count | 4.84 | [3.7-10.3 k/uL] | Final |
| RBC Count | 3.96 | [3.9-5.2 M/uL] | Final |
| Hemoglobin | 12.2 | [11.2-15.7 g/dL] | Final |
| Hematocrit | 37.4 | [34-45 %] | Final |
| Platelet Count | 284 | [155-369 k/uL] | Final |
| MCV | 94 | [79-98 fL] | Final |
| MCH | 30.8 | [26-32 pg] | Final |
| MCHC | 32.6 | [30.7-35.5 g/dL] | Final |
| RDW | 12.8 | [11.5-14.5 %] | Final |
| MPV | 9.7 | [8.8-12.5 fL] | Final |
| NRBC Count | 0.0 | [0 %] | Final |

| 12/11/2020 9:35:00 AM | Basic Metabolic Panel | 0011TCH0D | Results Received |
|---|---|---|---|
| Glucose Level | 92 | [74-99 mg/dL] | Final |
| Urea Nitrogen, Blood | 10 | [7-21 mg/dL] | Final |
| Creatinine Level | 0.85 | [0.60-1.10 mg/dL] | Final |
| Un/Crea Ratio | 12 | [8-20] | Final |
| Sodium Level | 141 | [136-145 mmol/L] | Final |
| Potassium Level | 4.5 | [3.7-4.8 mmol/L] | Final |
| Chloride Level | 105 | [97-107 mmol/L] | Final |
| CO2 | 26 | [22-29 mmol/L] | Final |
| Anion Gap | 10 | [6-16 mmol/L] | Final |
| Calcium, Total | 9.2 | [8.9-10.2 mg/dL] | Final |
| GFR, est. | >60 | [>60 SEE NOTE] | Final |
| GFR, est. if Afr/Am | | [>60 SEE NOTE] | Final |

>60
(NOTE)

eGFR = estimated GFR; eGFR units = mL/min/1.73 sq meters
Chronic Kidney Disease is considered if eGFR <60 mL/min/1.73 sq meters
Kidney failure is considered if eGFR is <15 mL/min/1.73 sq meters.
eGFR assumes steady state plasma creatinine concentration;
not applicable if renal function is rapidly changing or patient
is on dialysis.

| 12/14/2020 5:20:00 PM | Hemogram | 0011THK84 | Results Received |
|---|---|---|---|
| WBC Count | 6.82 | [3.7-10.3 k/uL] | Final |
| RBC Count | 4.00 | [3.9-5.2 M/uL] | Final |
| Hemoglobin | 12.5 | [11.2-15.7 g/dL] | Final |
| Hematocrit | 37.2 | [34-45 %] | Final |
| Platelet Count | 268 | [155-369 k/uL] | Final |
| MCV | 93 | [79-98 fL] | Final |
| MCH | 31.3 | [26-32 pg] | Final |
| MCHC | 33.6 | [30.7-35.5 g/dL] | Final |
| RDW | 12.5 | [11.5-14.5 %] | Final |

REECE, JAMIE 21591363 HISTOR

**UK HealthCare**
**Patient Results**

REECE, JAMIE [illegible]

* 22843752v13059 Last Page LabReslt

| | | | | |
|---|---|---|---|---|
| MPV | 9.6 | | [8.8-12.5 fL] | Final |
| NRBC Count | 0.0 | | [0 %] | Final |

| 12/15/2020 4:29:00 AM | Hemogram | | 0011THK8V | Results Received |
|---|---|---|---|---|
| WBC Count | 7.82 | | [3.7-10.3 k/uL] | Final |
| RBC Count | 3.70 | L | [3.9-5.2 M/uL] | Final |
| Hemoglobin | 11.4 | | [11.2-15.7 g/dL] | Final |
| Hematocrit | 34.0 | | [34-45 %] | Final |
| Platelet Count | 268 | | [155-369 k/uL] | Final |
| MCV | 92 | | [79-98 fL] | Final |
| MCH | 30.8 | | [26-32 pg] | Final |
| MCHC | 33.5 | | [30.7-35.5 g/dL] | Final |
| RDW | 12.9 | | [11.5-14.5 %] | Final |
| MPV | 9.7 | | [8.8-12.5 fL] | Final |
| NRBC Count | 0.0 | | [0 %] | Final |

| 12/15/2020 4:29:00 AM | Basic Metabolic Panel | | 0011THK8W | Results Received |
|---|---|---|---|---|
| Glucose Level | 102 | H | [74-99 mg/dL] | Final |
| Urea Nitrogen, Blood | 8 | | [7-21 mg/dL] | Final |
| Creatinine Level | 0.70 | | [0.60-1.10 mg/dL] | Final |
| Un/Crea Ratio | 11 | | [8-20] | Final |
| Sodium Level | 140 | | [136-145 mmol/L] | Final |
| Potassium Level | 3.8 | | [3.7-4.8 mmol/L] | Final |
| Chloride Level | 108 | H | [97-107 mmol/L] | Final |
| CO2 | 23 | | [22-29 mmol/L] | Final |
| Anion Gap | 9 | | [6-16 mmol/L] | Final |
| Calcium, Total | 8.9 | | [8.9-10.2 mg/dL] | Final |
| GFR, est. if Afr/Am | | | [>60 SEE NOTE] | Final |

>60
(NOTE)

eGFR = estimated GFR; eGFR units = mL/min/1.73 sq meters
Chronic Kidney Disease is considered if eGFR <60 mL/min/1.73 sq meters
Kidney failure is considered if eGFR is <15 mL/min/1.73 sq meters.
eGFR assumes steady state plasma creatinine concentration;
not applicable if renal function is rapidly changing or patient
is on dialysis.

| | | | | |
|---|---|---|---|---|
| GFR, est. | | | [>60 SEE NOTE] | Final |

>60



*Confidential Information. Usage must follow UKHC Policies. Any disclosure of this information requires the patient's specific written consent. Disclosure without consent violates the patient's right to privacy and will result in disciplinary action.*

**REECE, JAMIE H (id #21591363, dob: )**

# SURGICAL PATHOLOGY 10/28/2020 (#37118482, Final, 10/27/2020)

| | |
|---|---|
| Note to Patient | At the time of your recent colonoscopy, polyps were removed. The results are as follows:<br><br>Tubular adenoma (precancerous) polyp was identified and removed. No evidence of cancer was found.<br><br>The majority of colonic polyps are benign, but virtually all colon cancers begin as benign polyps. Therefore, removing the benign polyps can prevent the development of colon cancer. A colonoscopy may need to be repeated periodically to remove additional polyps that may form over time. Based on your results, I would advise that your next colonoscopy be performed:<br><br>In about THREE years or so, sooner if clinically indicated.<br><br>Please feel free to contact my office if you have any questions or concerns at this time. |

| | | | |
|---|---|---|---|
| Ordering Provider | AN-YU CHEN, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | ST-20-08098 | Specimen Source | |
| Specimen Coll. Date | 10/27/2020 00:00 | Result Status | Final |
| Specimen Rec. Date | 10/27/2020 10:52 | Report Status | |
| Specimen Reported Date | 10/28/2020 09:17 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| SURGICAL | SEE BELOW | | | | Final | |

Department of Pathology
Surgical Pathology Report

NAME:REECE, JAMIE PATH.:ST-20-08098

Copy to:

Diagnosis:
Sigmoid polyp: Fragments of tubular adenoma.

SOURCE OF SPECIMEN: POLYP, SIGMOID

CLINICAL INFORMATION: SCREENING

Gross Description:
Received in formalin labeled with patient's name and designated as "sigmoid polyp" are three fragments of pale tan tissue ranging in size from 0.1 to 0.5 cm. Entirely submitted in one cassette.
JAB 10/27/2020 11:09 AM

Microscopic Description:
A microscopic examination has been performed.

<Sign Out Dr. Signature>
J.ELIZABETH LEHMANN, MD

Signed Out Date: 10/28/2020 09:17

Page 1 of 1

NEW LEXINGTON CLINIC PSC • 3099 HELMSDALE PLACE, LEXINGTON KY 40509-2213

**REECE, JAMIE H (id #21591363, dob: )**

## SARS-COV-2, RNA, PCR 10/26/2020 (#37045623, Final, 10/23/2020 1:54pm)

| | | | |
|---|---|---|---|
| Ordering Provider | AN-YU CHEN, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | T8220508 | Specimen Source | |
| Specimen Coll. Date | 10/23/2020 13:54 | Result Status | Final |
| Specimen Rec. Date | 10/23/2020 13:54 | Report Status | |
| Specimen Reported Date | 10/26/2020 08:55 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| SARS COV2 RESULT | NEGATIVE | | | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob:**

SARS CORONAVIRUS RNA, QUAL, PCR, UNSPECIFIED SPECIMEN 10/24/2020 (#37036721, 10/23/2020)

solaris diagnostics

Solaris Diagnostics
110 Dewey Dr STE A,
Nicholasville, KY 40356-7124, USA
Ph # 844.550.0308
CLIA# 18D2142802
Lab Director Dr. Preetpal Sidhu

**FINAL REPORT**

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | REECE, JAMIE H | MRN: | 21591363 | **Specimen ID:** | 1368868 **Acc #:** 1370859 |
| Patient #: | 623542 | Birth: | | **Specimen Type:** | Nasopharyngea |
| Doctor: | AN-YU CHEN | Age: | 52 years | **Collection Date:** | 10/23/2020 12:00 AM |
| Site: | LC - Lexington Clinic | Gender: | Female | **Received In Lab:** | 10/23/2020 5:41 PM |
| Client: | Lexington Clinic | | | | |
| Patient | 1108 DEER HAVEN LN, LEXINGTON, KY 40509-2118 | | | | |

| Test Name | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| **SARS-CoV-2019, RT-PCR** | | | | |
| nCoV-2019 | Negative | | | |

Reviewed By: Benjamin Jackson

Date: 10/24/2020 00:58

All tests listed above were performed by Solaris Diagnostics at 110 Dewey Drive, Suite A, Nicholasville, KY 40356, unless specifically stated otherwise. Test(s) were developed and their performance characteristics were determined by Solaris Diagnostics (CLIA # 18D2142802). U.S. Food and Drug Administration has not approved or cleared these test(s); however, FDA clearance or approval is not currently required for clinical use.

**REECE, JAMIE H (id #21591363, dob: )**

## ESR, AUTOMATED 10/12/2020 (#36723039, Final, 10/12/2020 3:49pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | T8120742 | Specimen Source | |
| Specimen Coll. Date | 10/12/2020 15:49 | Result Status | Final |
| Specimen Rec. Date | 10/12/2020 16:03 | Report Status | |
| Specimen Reported Date | 10/12/2020 22:26 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ESR, AUTOMATED | 21 | 0-29 | MM/HR | Normal | Final | |

## AST 10/12/2020 (#36720712, Final, 10/12/2020 3:49pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | T8120742 | Specimen Source | |
| Specimen Coll. Date | 10/12/2020 15:49 | Result Status | Final |
| Specimen Rec. Date | 10/12/2020 16:04 | Report Status | |
| Specimen Reported Date | 10/12/2020 16:51 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| **AST** | **38** | **0-32** | **U/L** | **High** | **Final** | |

## CREATININE 10/12/2020 (#36720711, Final, 10/12/2020 3:49pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | T8120742 | Specimen Source | |
| Specimen Coll. Date | 10/12/2020 15:49 | Result Status | Final |
| Specimen Rec. Date | 10/12/2020 16:04 | Report Status | |
| Specimen Reported Date | 10/12/2020 16:51 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| CREATININE | 0.78 | 0.50-0.95 | mg/dL | Normal | Final | |

NEW LEXINGTON CLINIC PSC • 3099 HELMSDALE PLACE, LEXINGTON KY 40509-2213

**REECE, JAMIE H (id #21591363, dob: )**

## ALT 10/12/2020 (#36720709, Final, 10/12/2020 3:49pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | T8120742 | Specimen Source | |
| Specimen Coll. Date | 10/12/2020 15:49 | Result Status | Final |
| Specimen Rec. Date | 10/12/2020 16:04 | Report Status | |
| Specimen Reported Date | 10/12/2020 16:51 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ALT | 18 | 0-33 | U/L | Normal | Final | |

5317

**REECE, JAMIE H (id #21591363, dob: )**

## CBC 10/12/2020 (#36719592, Final, 10/12/2020 3:49pm)

| | |
|---|---|
| Note to Patient | your labs are normal/stable |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | T8120742 | Specimen Source | |
| Specimen Coll. Date | 10/12/2020 15:49 | Result Status | Final |
| Specimen Rec. Date | 10/12/2020 16:03 | Report Status | |
| Specimen Reported Date | 10/12/2020 16:21 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WHITE BLOOD CELLS | 5.9 | 3.8-10.8 | K/uL | Normal | Final | |
| RED BLOOD CELLS | 3.85 | 3.80-5.20 | M/uL | Normal | Final | |
| **HEMOGLOBIN** | **11.8** | **12.0-16.0** | **G/DL** | **Low** | **Final** | |
| HEMATOCRIT | 35.0 | 35.0-47.0 | % | Normal | Final | |
| MCV | 91 | 80-100 | fL | Normal | Final | |
| MCH | 31 | 26-35 | PG | Normal | Final | |
| MCHC | 34 | 32-36 | G/DL | Normal | Final | |
| RDW | 13.3 | 11.0-15.0 | % | Normal | Final | |
| MPV | 8.1 | 6.2-10.5 | fL | Normal | Final | |
| PLATELET COUNT | 234 | 130-400 | K/uL | Normal | Final | |
| NEUTROPHIL,ABSOLUTE | 2.6 | 1.6-8.4 | K/uL | Normal | Final | |
| LYMPHOCYTE,ABSOLUTE | 2.8 | 0.4-5.1 | K/uL | Normal | Final | |
| MONOCYTE,ABSOLUTE | 0.4 | 0.0-1.2 | K/uL | Normal | Final | |
| EOSINOPHIL,ABSOLUTE | 0.1 | 0.0-0.8 | K/uL | Normal | Final | |
| BASOPHIL,ABSOLUTE | 0.0 | 0.0-0.3 | K/uL | Normal | Final | |
| % NEUTROPHILS | 44.4 | 42.0-78.0 | % | Normal | Final | |
| **% LYMPHOCYTES** | **47.6** | **11.0-47.0** | **%** | **High** | **Final** | |
| % MONOCYTES | 7.0 | 0.0-11.0 | % | Normal | Final | |
| % EOSINOPHILS | 0.9 | 0.0-7.0 | % | Normal | Final | |
| % BASOPHILS | 0.1 | 0.0-3.0 | % | Normal | Final | |
| NUCLEATED RED CELLS | 0.1 | 0.0-0.9 | % | Normal | Final | |
| NUCLEATED RBCS, ABSOLUTE | 0.00 | NOT ESTAB. | K/uL | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob:**

## QTB GOLD 08/02/2020 (#34963283, Final, 07/31/2020 11:09am)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SYED HAIDER ABBAS, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | T5300246 | Specimen Source | |
| Specimen Coll. Date | 07/31/2020 11:09 | Result Status | Final |
| Specimen Rec. Date | 07/31/2020 11:15 | Report Status | |
| Specimen Reported Date | 08/02/2020 04:07 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| QTB GOLD | NEGATIVE | NEGATIVE | | Normal | Final | CB |
| | Negative test result. M. tuberculosis complex infection unlikely. | | | | | |
| NIL | 0.01 | | IU/mL | Normal | Final | CB |
| MITOGEN NIL | 7.32 | | IU/mL | Normal | Final | CB |
| TB1 NIL | 0.00 | | IU/mL | Normal | Final | CB |
| TB2 NIL | 0.00 | | IU/mL | Normal | Final | CB |

The Nil tube value reflects the background interferon gamma immune response of the patient's blood sample. This value has been subtracted from the patient's displayed TB and Mitogen results.

Lower than expected results with the Mitogen tube prevent false-negative Quantiferon readings by detecting a patient with a potential immune suppressive condition and/or suboptimal pre-analytical specimen handling.

The TB1 Antigen tube is coated with the M. tuberculosis-specific antigens designed to elicit responses from TB antigen primed CD4+ helper T-lymphocytes.

The TB2 Antigen tube is coated with the M. tuberculosis-specific antigens designed to elicit responses from TB antigen primed CD4+ helper and CD8+ cytotoxic T-lymphocytes.

For additional information, please refer to https://education.questdiagnostics.com/faq/FAQ204 (This link is being provided for informational/ educational purposes only.)

TEST PERFORMED AT:
QUEST DIAGNOSTICS WOOD DALE
1355 MITTEL BOULEVARD WOOD DALE, IL 60191-1024
ANTHONY V. THOMAS, MD

**REECE, JAMIE H (id #21591363, dob:**

## ESR, AUTOMATED 07/24/2020 (#34797245, Final, 07/24/2020 1:01pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SYED HAIDER ABBAS, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | T5240251 | Specimen Source | |
| Specimen Coll. Date | 07/24/2020 13:01 | Result Status | Final |
| Specimen Rec. Date | 07/24/2020 13:11 | Report Status | |
| Specimen Reported Date | 07/24/2020 16:59 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ESR, AUTOMATED | 16 | 0-29 | MM/HR | Normal | Final | |

## RBC MORPHOLOGY 07/24/2020 (#34796517, Final, 07/24/2020 1:01pm)

| | | | |
|---|---|---|---|
| Ordering Provider | SYED HAIDER ABBAS, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | T5240251 | Specimen Source | |
| Specimen Coll. Date | 07/24/2020 13:01 | Result Status | Final |
| Specimen Rec. Date | 07/24/2020 13:11 | Report Status | |
| Specimen Reported Date | 07/24/2020 16:29 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| PLATELET MORPHOLOGY | NORMAL | | | Normal | Final | |
| **POLYCHROMASIA** | **SLIGHT** | | | **Abnormal** | **Final** | |

**REECE, JAMIE H (id #21591363, dob: 09/22/1968)**

## CBC 07/24/2020 (#34796516, Final, 07/24/2020 1:01pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SYED HAIDER ABBAS, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | T5240251 | Specimen Source | |
| Specimen Coll. Date | 07/24/2020 13:01 | Result Status | Final |
| Specimen Rec. Date | 07/24/2020 13:11 | Report Status | |
| Specimen Reported Date | 07/24/2020 16:29 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WHITE BLOOD CELLS | 5.6 | 3.8-10.8 | K/uL | Normal | Final | |
| RED BLOOD CELLS | 3.99 | 3.80-5.20 | M/uL | Normal | Final | |
| HEMOGLOBIN | 12.6 | 12.0-16.0 | G/DL | Normal | Final | |
| HEMATOCRIT | 36.5 | 35.0-47.0 | % | Normal | Final | |
| MCV | 91 | 80-100 | fL | Normal | Final | |
| MCH | 32 | 26-35 | PG | Normal | Final | |
| MCHC | 35 | 32-36 | G/DL | Normal | Final | |
| RDW | 13.0 | 11.0-15.0 | % | Normal | Final | |
| MPV | 7.8 | 6.2-10.5 | fL | Normal | Final | |
| PLATELET COUNT | 261 | 130-400 | K/uL | Normal | Final | |
| NEUTROPHIL,ABSOLUTE | 1.7 | 1.6-8.4 | K/uL | Normal | Final | |
| LYMPHOCYTE,ABSOLUTE | 3.3 | 0.4-5.1 | K/uL | Normal | Final | |
| MONOCYTE,ABSOLUTE | 0.4 | 0.0-1.2 | K/uL | Normal | Final | |
| EOSINOPHIL,ABSOLUTE | 0.1 | 0.0-0.8 | K/uL | Normal | Final | |
| BASOPHIL,ABSOLUTE | 0.0 | 0.0-0.3 | K/uL | Normal | Final | |
| | Smear reviewed to confirm cell morphology. | | | | | |
| **% NEUTROPHILS** | **30.8** | **42.0-78.0** | **%** | **Low** | **Final** | |
| **% LYMPHOCYTES** | **59.5** | **11.0-47.0** | **%** | **High** | **Final** | |
| % MONOCYTES | 7.3 | 0.0-11.0 | % | Normal | Final | |
| % EOSINOPHILS | 2.0 | 0.0-7.0 | % | Normal | Final | |
| % BASOPHILS | 0.4 | 0.0-3.0 | % | Normal | Final | |
| NUCLEATED RED CELLS | 0.0 | 0.0-0.9 | % | Normal | Final | |
| NUCLEATED RBCS, ABSOLUTE | 0.00 | NOT ESTAB. | K/uL | Normal | Final | |

End of Document – intentionally left blank

**From:** LincolnAbsenceNotification@lfg.com
**To:** donna.sutherland@toyota.com;judy.lykins@toyota.com;forrest.harmon@toyota.com;ladonna.johnson@toyota.com;laura.edelen@toyota.com
**Subject:** LINCOLN FINANCIAL NOTIFICATION: Approval of Long Term Disability for Jamie Reece 277390 Claim 8356763

This is to notify you that there has been an approval of your Team Member's Long Term Disability claim.

**Long Term Disability Information:**

Last Day Worked: 4/14/2018

Date of Disability: 4/15/2018

Benefit Begin Date: 10/21/2018

Claim Status: Approved

If you have further questions, please call Lincoln Financial at (800) 291-0112 ext. 41622 or contact the assigned Case Manager at Erika.Cruz@lfg.com. Please be sure to reference claim number 8356763.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

| | |
|---|---|
| Date: | May 18, 2021 |
| To: | RELEASE OF INFORMATION<br>LEXINGTON CLINIC |
| Attn: | Medical Records |
| Fax: | (859) 395-0909 |
| From: | Erika Cruz<br>LTD Technical Specialist I<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 334-3543 |
| Total Pages<br>(Including Cover): | 5 |
| RE:<br><br>Claim #: 8356763<br>Claimant: Jamie Reece<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

May 18, 2021

Release of Information
Lexington Clinic

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece
Claimant D.O.B.:

Dear Release of Information:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from November 1, 2020 through Present

We ask that you provide this information by June 1, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-3543 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Erika Cruz
LTD Technical Specialist I
Phone No.: (855) 508-4895 Ext. 41622
Secure Fax No.: (603) 334-3543

Attachments: 8356763-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.05.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

**AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, ~~insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.~~

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative Jamie Reece

Date of Birth: ______ Claim Number: 8356763 Date: 15 May 2020

**A copy of this authorization will be considered as valid as the original**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, ~~insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.~~

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

- My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
- ~~Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.~~
- ~~Information concerning Social Security benefits, including any records pertaining to me and my dependents~~

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant (print) Jamie Reece

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative Jamie Reece

Date of Birth: ______________ Claim Number: 8356763 Date: 15 May 2020

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

| | |
|---|---|
| Date: | May 18, 2021 |
| To: | BARTLEY HAGERMAN<br>MEHR, FAIRBANKS & PETERSON<br>201 WEST SHORT STREET<br>SUITE 800<br>LEXINGTON KY 40507 |
| Attn: | Mr. Bartley Hagerman |
| Fax: | (859) 225-3830 |
| From: | Erika Cruz<br>LTD Technical Specialist I<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 334-3543 |
| Total Pages<br>(Including Cover): | 3 |
| RE: | Claim #: 8356763<br>Claimant: Jamie Reece<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

May 18, 2021

Bartley K. Hagerman
Mehr, Fairbanks & Peterson
201 WEST SHORT STREET
SUITE 800
LEXINGTON, KY 40507

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece

Dear Bartley Hagerman:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Toyota Motor Engineering & Manufacturing North America, Inc.'s Group Disability Policy. We are writing in reference to Jamie Reece's claim for LTD benefits under the Policy.

We are currently reviewing Ms. Reece's eligibility for continued disability benefits, and are in need of additional information.

On May 18, 2021, we requested medical records from Lexington Clinic. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of Ms. Reece's eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from November 1, 2020 through Present from Lexington Clinic

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to Ms. Reece's disability within the timeframe stated above.

Toyota Motor Engineering & Manufacturing North America, Inc.'s LTD Policy requires that, in order to receive ongoing benefits, Ms. Reece provide proof of disability within a required timeframe. Her cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by July 1, 2021, 45 days from the date of this request, Ms. Reece's benefits will be suspended. If we do not receive all of this requested

information by July 31, 2021, 30 days from the date of suspension, her claim will be closed.

We ask that Ms. Reece provide us with this information no later than May 18, 2021 as required under the terms of the Policy.

If Ms. Reece has any questions regarding this matter, please contact me.

Sincerely,

Erika Cruz
LTD Technical Specialist I
Phone No.: (855) 508-4895 Ext. 41622
Secure Fax No.: (603) 334-3543

**From:** LincolnAbsenceNotification@lfg.com
**To:** donna.sutherland@toyota.com;judy.lykins@toyota.com;forrest.harmon@toyota.com;ladonna.johnson@toyota.com;laura.edelen@toyota.com
**Subject:** LINCOLN FINANCIAL NOTIFICATION: Approval of Long Term Disability for Jamie Reece 277390 Claim 8356763

This is to notify you that there has been an approval of your Team Member's Long Term Disability claim.

**Long Term Disability Information:**

Last Day Worked: 4/14/2018

Date of Disability: 4/15/2018

Benefit Begin Date: 10/21/2018

Claim Status: Approved

If you have further questions, please call Lincoln Financial at (800) 291-0112 ext. 41622 or contact the assigned Case Manager at Erika.Cruz@lfg.com. Please be sure to reference claim number 8356763.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

Lincoln Financial Group®

# Transferable Skills Analysis

Date: 05/17/2021
Claimant: Jamie Reece
Claim #: 8356763
Policyholder: Toyota Motor Engineering & Manufacturing

A Transferable Skills Analysis utilizing the Occupational Access System (OASYS) was completed to assess Ms. Reece's transferable skills to determine if alternative occupations exist in the national economy.

The following documentation was reviewed:
Employer provided Job Descriptions, Training Education, and Experience (TE&E) forms, Physical Medicine & Rehabilitation/Pain Medicine Peer Review completed by Dr. Zheng, D.O., dated 01/08/21, OASYS

Education & Training:
Education: High School Diploma, one year of college experience
Certifications/Licensures: None reported
Computer Skills: Email, Internet

Work History:

| DOT Code | Job Title/Occupation Title | Specific Vocational Preparation (SVP) | Strength | Years |
|---|---|---|---|---|
| 845.381-014 | Painter, Automotive | 6 | M | 3 |
| 092.227-018 | Child Care Teacher | 7 | L | 4 |

*No additional work history information was noted or provided by Ms. Reece; therefore, the OASYS analysis will reflect only the work information as noted above.

Skills & Abilities:
Manual/Technical – Painting surfaces of automobiles, handling paint and other chemicals, operating variety of equipment and tools, working on a production line, maintaining production standards and meeting production goals, ensuring conformance to specifications, using attention to detail skills, completing precise work, adhering to safety procedures and protocols,
Communication/Interpersonal – Speaking effectively, listening attentively, collaborating with others, working well as part of a team
Service – Answering questions, clarifying and explaining information, giving instructions and directions, showing care and concern, interacting with diverse populations, working well with the public, handling customer issues and complaints, utilizing problem solving skills, using knowledge of childcare and teaching principles, responding to emergencies
Organizational – Demonstrating efficiency and ability to get a job done, utilizing time management skills, multi-tasking, understanding and applying both written and verbal instructions, using basic clerical and computer skills

Restrictions and Limitations:
Restrictions and Limitations used for this analysis was based off of the Physical Medicine & Rehabilitation/Pain Medicine Peer Review completed by Dr. Zheng, D.O., dated 01/08/21. Restrictions include the following:

- "Sitting: unrestricted
- Standing: frequently, up to 30 minutes at a time, for up to 4 hours per day
- Walking: frequently, up to 30 minutes at a time, for up to 3 hours per day
- Lifting: occasional up to 20 lbs.
- Carrying: occasional up to 20 lbs.
- Pushing: occasional up to 20 lbs.
- Pulling: occasional up to 20 lbs.
- Climbing stairs: occasionally

- Balancing: occasionally
- Stooping: occasionally
- Kneeling: never
- Crouching: occasionally
- Crawling: never
- Reaching: occasionally overhead and below waist level; unrestricted desk level BUE
- Use lower extremities for foot controls: frequently BLE
- Fine manipulation: frequently BUE
- Simple and firm grasping: frequently BUE"

Profile Adjustments:
SVP: No adjustments made

GED: Mathematics and Language adjusted to reflect Ms. Reece's High School Diploma (Grades 9-12).

Physical adjustments were made to reflect Ms. Reece's physical abilities as noted above. Strength was adjusted to Light, however any alternate occupation identified through the OASYS analysis was reviewed for the frequency of walking given the above noted restriction. Post-hoc analysis was also conducted to factor in reaching overhead and below waist level.

Environmental Conditions were adjusted to "unknown" as limitations were not specified.

Noise: Adjusted to "very loud" as no noise limitations were noted.

Aptitudes: No adjustments made

Situations adjustments, including performing repetitive or short-cycle work, influencing people in their opinions, attitudes, and judgments, performing a variety of duties, performing effectively under stress, and working under specific instructions, were adjusted to "yes" to reflect Ms. Reece's ability to complete routine natured painting and production based tasks, positively motivate and influence children in child care setting, complete a wide range of production and child care tasks, work well in potentially stressful or dangerous environments (i.e. on production line, operating equipment/tools, etc.), and follow specific instructions and directions for work.

Data adjustments, including coordinating, copying, and comparing, were adjusted to "yes" to reflect Ms. Reece's ability to complete her work tasks in an organized sequence of operations according to production standards, use basic email and internet skills, and visually compare completed work to ensure conformance to specifications.

People adjustments, including speaking-signaling and serving, were adjusted to "yes" to reflect Ms. Reece's ability to communicate effectively with others and tend to the needs and requests if children in childcare setting.

Things adjustments, including operating-controlling and manipulating, were adjusted to "yes" to reflect Ms. Reece's ability to start, stop, adjust, control, and operate various production-based equipment and use her hands to physically manipulate objects, levers, and controls.

Examples of Occupations identified based on National labor market and claimant's ability profile analysis:

| DOT Code | Occupation | Specific Vocational Preparation (SVP) | Strength | National Monthly Wage |
|---|---|---|---|---|
| 239.362-014 | Customer Service Representative | 5 | S | $2,987 |
| 237.367-022 | Information Clerk | 4 | S | $2,593 |
| 372.667-030 | Gate Guard | 3 | L | $2,588 |
| 706.687-010 | Assembler, Production | 2 | L | $2,617 |
| 706.684-022 | Assembler, Small Products I | 2 | L | $2,617 |

**Wage Information is based on median 2020 Bureau of Labor Statistical Data*

Updated 5/17/21

Summary:
The Transferable Skills Analysis identified occupations are within Ms. Reece's physical abilities and within her identified skill level. The following are examples of occupations Ms. Reece could perform: Customer Service Representative, Information Clerk, Gate Guard, Assembler Production, and Assembler Small Products I. The occupations meet the gainful amount of $2,137.20 per month in the national economy.

I have not met with Ms. Reece for the purpose of this review. All opinions are based on review of vocational information, medical records and resources noted.

---

Respectfully submitted,

Electronically Signed
*Nicole Hall, M.S., C.R.C.*
*Vocational Rehabilitation Counselor*

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CWF | Uses CWF | Str | GOE Code |
|---|---|---|---|---|---|---|---|---|---|
| 845.381-014 | Painter, Automotive | 6 | 3 | 0 | Y | N | N | M | 05.10.07 |
| 092.227-018 | Child Care Teacher | 7 | 4 | 0 | Y | N | N | L | 10.02.03 |

ADJUSTED VARIABLES SUMMARY

This report summarizes the changes made to the person's ability profile.

| | | Changed From | Changed To |
|---|---|---|---|
| **Specific Vocational Preparation** | | | |
| Maximum | | 7 (2 to 4 years) | No Change |
| Minimum | | 6 (1 to 2 years) | 1 (Short demo only) |
| **General Educational Development** | | | |
| Reasoning | | 4 Grades 9-12 | No Change |
| Mathematics | | 2 Grades 4-6 | 4 Grades 9-12 |
| Language | | 3 Grades 7-8 | 4 Grades 9-12 |
| **Physical Demands** | | | |
| Strength | Maximum | M Medium | L Light |
| | Minimum | L Light | S Sedentary |
| Climbing | | Occasionally | No Change |
| Balancing | | Occasionally | No Change |
| Stooping | | Occasionally | No Change |
| Kneeling | | Occasionally | Never |
| Crouching | | Occasionally | No Change |
| Crawling | | Occasionally | Never |
| Reaching | | Frequently | Constantly |
| Handling | | Frequently | No Change |
| Fingering | | Frequently | No Change |
| Feeling | | Occasionally | Frequently |
| Talking | | Frequently | Unknown |
| Hearing | | Frequently | Unknown |
| Tasting/Smelling | | Never | Unknown |
| Near Acuity | | Frequently | Unknown |
| Far Acuity | | Occasionally | Unknown |
| Depth Perception | | Frequently | Unknown |
| Accommodation | | Occasionally | Unknown |
| Color Vision | | Frequently | Unknown |
| Field of Vision | | Never | Unknown |
| **Environmental Conditions** | | | |
| Exposure to Weather | | Occasionally | Unknown |
| Extreme Cold | | Never | Unknown |
| Extreme Heat | | Never | Unknown |
| Wet and/or Humid | | Never | Unknown |
| Vibration | | Never | Unknown |
| Atmospheric Conditions | | Constantly | Unknown |
| Proximity to Moving Mechanical Parts | | Never | Unknown |
| Exposure to Electrical Shock | | Never | Unknown |
| Working in High Exposed Places | | Occasionally | Unknown |
| Exposure to Radiation | | Never | Unknown |
| Working with Explosives | | Never | Unknown |
| Exposure to Toxic or Caustic Chemicals | | Occasionally | Unknown |
| Other Environmental Conditions | | Never | Unknown |
| Noise Intensity Level | | Moderate | Very Loud |

| DOT Aptitudes | | |
|---|---|---|
| General Learning Ability | 2 (67-89 Percentile) | No Change |
| Verbal Aptitude | 2 (67-89 Percentile) | No Change |
| Numerical Aptitude | 2 (67-89 Percentile) | No Change |
| Spatial Aptitude | 3 (34-66 Percentile) | No Change |
| Form Perception | 3 (34-66 Percentile) | No Change |
| Clerical Aptitude | 3 (34-66 Percentile) | No Change |
| Motor Coordination | 3 (34-66 Percentile) | No Change |
| Finger Dexterity | 3 (34-66 Percentile) | No Change |
| Manual Dexterity | 3 (34-66 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 4 (11-33 Percentile) | No Change |
| Color Discrimination | 2 (67-89 Percentile) | No Change |
| **Work Situations (Temperaments)** | | |
| Directing, Controlling, Planning | Yes | No Change |
| Performing Repetitive Work | No | Yes |
| Influencing People | No | Yes |
| Performing a Variety of Duties | No | Yes |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | No | Yes |
| Attaining Precise Limits/Tolerances | Yes | No Change |
| Following Specific Instructions | No | Yes |
| Dealing with People | Yes | No Change |
| Making Judgments and Decisions | Yes | No Change |
| **Work Functions - Data** | | |
| 0 Synthesizing | No | No Change |
| 1 Coordinating | No | Yes |
| 2 Analyzing | Yes | No Change |
| 3 Compiling | Yes | No Change |
| 4 Computing | No | No Change |
| 5 Copying | No | Yes |
| 6 Comparing | No | Yes |
| **Work Functions - People** | | |
| 0 Mentoring | No | No Change |
| 1 Negotiating | No | No Change |
| 2 Instructing | Yes | No Change |
| 3 Supervising | No | No Change |
| 4 Diverting | No | No Change |
| 5 Persuading | No | No Change |
| 6 Speaking-Signaling | No | Yes |
| 7 Serving | No | Yes |
| 8 Taking Instructions-Helping | Yes | No Change |
| **Work Functions - Things** | | |
| 0 Setting Up | No | No Change |
| 1 Precision Working | Yes | No Change |
| 2 Operating-Controlling | No | Yes |
| 3 Driving-Operating | No | No Change |
| 4 Manipulating | No | Yes |
| 5 Tending | No | No Change |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | Yes | No Change |

VOC Suite

# VOCATIONAL CASE MANAGEMENT

## Transferable Skills Analysis

**PLEASE HAVE THE FOLLOWING IN THE CLAIM FILE BEFORE REFERRING**

- ☐ JOB DESCRIPTION (if cannot obtain in writing, must have phone doc from discussions with EE/ER detailing job duties)
- ☐ PHYSICAL JOB EVALUATION FORM (if available)
- ☐ UPDATED MEDICAL WITH CLEAR R&L'S
- ☐ TRAINING-EDUCATION-EXPERIENCE FORM
- ☐ MANAGER APPROVAL (if required)
- ☐ ATTORNEY INFO (if applicable)

FROM: Erika Cruz DATE: Friday, May 7, 2021

## CLAIM BACKGROUND

Claimant Name: JAMIE REECE Claim Number: 8356763

☐ STD ☑ FULLY INSURED ( THRESHOLD $ )

☑ LTD ☐ ASO ☐ LIFE Has MDS worked the claim? ☑ YES ☐ NO

Employer: TOYOTA MOTOR ENGINEERING & MAN

Change In DEF. Date: 10/20/2020

Pre-Disability Earnings: $3,562.00 / M (mode) Claim Service Type: ADOP

**Document Locations**

☑ Document List ☐ Correspondence ☐ Paper File

**Case Manager's Recommendations / Reason For Referral:**

Please complete TSA based on R&LS indicated on PM&R PR from 1/8/21. Ben. Amount: $2137.20

DP 512

# FAX

| | |
|---|---|
| **Date:** | 05/06/2021 |

| | |
|---|---|
| Pages including cover sheet: | 4 |

| | |
|---|---|
| **To:** | 6033343543@rcfax.com |
| | |
| | |
| | |
| | |
| | |
| ***Phone*** | |
| ***Fax Phone*** | *(603) 334-3543* |

| | |
|---|---|
| **From:** | Bartley Hagerman |
| | |
| | |
| | |
| | |
| | |
| ***Phone*** | (859) 225-3731 * 105 |
| ***Fax Phone*** | 18592253731 |

NOTE:

Claim No. 8356763; Reece, Jamie

MEHR, FAIRBANKS & PETERSON
TRIAL LAWYERS

201 West Short Street, Suite 800 • Lexington, Kentucky 40507 • 859-225-3731 • 859-225-3830 • www.mehrfairbanks.com

M. Austin Mehr amehr@austinmehr.com
Philip G. Fairbanks pgf@austinmehr.com
Erik D. Peterson edp@austinmehr.com
Bartley K. Hagerman bkh@austinmehr.com
Elizabeth A. Thornsbury elizabeth@austinmehr.com

May 6, 2021

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
Attn: Erika Cruz
P.O. Box 7209
London, KY 40742

***sent via facsimile: 603-334-3543***

**RE: Claimant: Jamie H. Reece**
**Claim No.: 8356763**

Dear Ms. Cruz:

I am in receipt of your request for the Training-Education-Experience Form, and you will find the completed form attached hereto, completed by my client.

Please advise if you require further information. We look forward to the continued payment of my client's monthly benefits, uninterrupted.

Sincerely,

*/s/ Bartley K. Hagerman*

Bartley K. Hagerman

Enclosure

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

EMPLOYEE/CLAIMANT NAME: Jamie Reece

CLAIM NO: 8356763

EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North America, Inc. DATE OF BIRTH: ____

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: 1 year college Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: N/A Certificate Program completed: N/A

Associates Degree: N/A College: number of years: 1

Bachelor's Degree: BA /BS Major: ____ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ____

Professional Training, License, Certificates(s): N/A

Are you currently attending any classes: ☐ Y ☒ N If yes, provide name of school: ____

List any other Training or Classes Attended or Plan to Attend: /

Primary language spoken: english Other language(s) spoken fluently: ____

Additional Skills, Hobbies & Volunteer Work ____

Did you serve in the Armed Forces? ☐ Y ☒ N From: ____ To: ____

Branch of Service: ____ Specialty: ____

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below) Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years (add additional pages if needed for a complete work history).

1. Company: Toyota Department: Paint From: 2/2015 To: 2/2019
   Job Title(s): Team Member
   Supervisory Experience ☐ Y ☒ N
   Tasks/Duties/Physical Requirements (please be specific): performed duties on the line

2. Company: Tots Landing Department: ____ From: 3/2011 To: 2/2015
   Job Title(s): Lead Teacher
   Supervisory Experience ☐ Y ☒ N
   Tasks/Duties (please be specific): performed duties maunting the care and learning of my classroom.

3. Company: ____________ Department: ____________ From: ______ To: ______
Job Title(s): ____________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ____________

4. Company: ____________ Department: ____________ From: ______ To: ______
Job Title(s): ____________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ____________

5. Company: ____________ Department: ____________ From: ______ To: ______
Job Title(s): ____________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ____________

**Computer Utilization:**

Computer Training/Courses, Certifications: no

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☑ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ______ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☑ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☑ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☑ No If yes, WPM (words per minute) ______
(We recommend: http://typingtest.com to determine WPM)

Please provide your email address: Personal: [illegible] gmail Work: ____________

[illegible]

Lincoln/Reece 1891

**From:** LincolnAbsenceNotification@lfg.com
**To:** donna.sutherland@toyota.com;judy.lykins@toyota.com;forrest.harmon@toyota.com;ladonna.johnson@toyota.com;laura.edelen@toyota.com
**Subject:** LINCOLN FINANCIAL NOTIFICATION: Approval of Long Term Disability for Jamie Reece 277390 Claim 8356763

This is to notify you that there has been an approval of your Team Member's Long Term Disability claim.

**Long Term Disability Information:**

Last Day Worked: 4/14/2018

Date of Disability: 4/15/2018

Benefit Begin Date: 10/21/2018

Claim Status: Approved

If you have further questions, please call Lincoln Financial at (800) 291-0112 ext. 41622 or contact the assigned Case Manager at Erika.Cruz@lfg.com. Please be sure to reference claim number 8356763.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

| | |
|---|---|
| Date: | April 13, 2021 |
| To: | BARTLEY HAGERMAN<br>MEHR, FAIRBANKS & PETERSON<br>201 WEST SHORT STREET<br>SUITE 800<br>LEXINGTON KY 40507 |
| Attn: | |
| Fax: | (859) 225-3830 |
| From: | Erika Cruz<br>LTD Technical Specialist I<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 334-3543 |
| Total Pages<br>(Including Cover): | 5 |
| RE:<br><br>Claim #: 8356763<br>Claimant: Jamie Reece<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

April 13, 2021

Bartley K. Hagerman
Mehr, Fairbanks & Peterson
201 WEST SHORT STREET
SUITE 800
LEXINGTON, KY 40507

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece

Dear Bartley Hagerman:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Toyota Motor Engineering & Manufacturing North America, Inc. 's Group Disability Policy. We are writing in reference to Jamie Reece's claim for LTD benefits under the Policy.

We are in need of additional information so that we may evaluate Ms. Reece's continued eligibility for benefits. Please complete the forms indicated below and return them in the envelope provided by May 12, 2021:

- Completion of the Enclosed Forms:

  X Training Education Experience ***see below
  __ Other

****Please note that the form has to be completed on its entirety. If Ms. Reece held different position for the same employer, please include them in the form and list the resposabilities, tasks/duties and physical requirements of the position she held.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Erika Cruz
LTD Technical Specialist I

Phone No.: (855) 508-4895 Ext. 41622
Secure Fax No.: (603) 334-3543

Attachments: Training Education Experience

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

EMPLOYEE/CLAIMANT NAME: Jamie Reece

CLAIM NO: 8356763

EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North America, Inc. DATE OF BIRTH: ____________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: ____________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ____________ Certificate Program completed: ____________

Associates Degree: ____________ College: number of years: ____________

Bachelor's Degree: BA /BS Major: ____________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ____________

Professional Training, License, Certificates(s): ____________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ____________

List any other Training or Classes Attended or Plan to Attend: ____________

Primary language spoken: ____________ Other language(s) spoken fluently: ____________

Additional Skills, Hobbies & Volunteer Work ____________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ____________ To: ____________

Branch of Service: ____________ Specialty: ____________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ____________

2. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

3. Company: ______________ Department: ______________ From: ________ To: ________
   Job Title(s): ______________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________

4. Company: ______________ Department: ______________ From: ________ To: ________
   Job Title(s): ______________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________

5. Company: ______________ Department: ______________ From: ________ To: ________
   Job Title(s): ______________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________

**Computer Utilization:**

Computer Training/Courses, Certifications: ______________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ______________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ______________ Work: ______________

**SIGNATURE:** ______________ **PHONE NO: (    )** ______________

# Facsimile Cover Sheet

**To:**

**Company:**

**Phone:**

**Fax:** (603) 334-3543

**From:** Katelynn Nolen

**Company:**

**Phone:** (859) 225-3731 * 108

**Fax:** 18592253731

**Date:** 04/13/2021

**Pages including this cover sheet:** 2

## Comments:

```
RE:     Claimant:       Jamie H. Reece
                Claim No.:      8356763
```

MEHR, FAIRBANKS & PETERSON
TRIAL LAWYERS

201 West Short Street, Suite 800 • Lexington, Kentucky 40507 • 859-225-3731 • 859-225-3830 • www.mehrfairbanks.com

| | |
|---|---|
| M. Austin Mehr | amehr@austinmehr.com |
| Philip G. Fairbanks | pgf@austinmehr.com |
| Erik D. Peterson | edp@austiumehr.com |
| Bartley K. Hagerman | bkh@austinmehr.com |
| Elizabeth A. Thornsbury | elizabeth@austinmehr.com |


April 13, 2021

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
Attn: Erika Cruz
P.O. Box 7209
London, KY 40742

***sent via facsimile: 603-334-3543***

**RE: Claimant: Jamie H. Reece**
**Claim No.: 8356763**

Dear Ms. Cruz:

I am in receipt of your April 8, 2021 fax. There has been no decision made in regard to Ms. Reece's Social Security Disability claim, and it is our understanding that they are still reviewing it. Please feel free to contact me should you have any questions. Thank you.

Sincerely,

*/s/ Bartley K. Hagerman*

Bartley K. Hagerman

BKH/kmn

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

| | |
|---|---|
| Date: | April 8, 2021 |
| To: | BARTLEY HAGERMAN<br>MEHR, FAIRBANKS & PETERSON<br>201 WEST SHORT STREET<br>SUITE 800<br>LEXINGTON KY 40507 |
| Attn: | |
| Fax: | (859) 225-3830 |
| From: | Erika Cruz<br>LTD Technical Specialist I<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 334-3543 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 8356763<br>Claimant: Jamie Reece<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

April 8, 2021

Bartley K. Hagerman
Mehr, Fairbanks & Peterson
201 WEST SHORT STREET
SUITE 800
LEXINGTON, KY 40507

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece

Dear Bartley Hagerman:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under
Toyota Motor Engineering & Manufacturing North America, Inc.'s Group Disability Policy. We are writing in reference to Jamie Reece's claim for LTD benefits under the Policy.

Our records indicate that Ms. Reece applied for Social Security benefits on June 25, 2020. Please send us a copy of the Social Security award letter or denial notice, as soon as it is received. If Ms. Reece has not received a decision, please send us a copy of any letters Ms. Reece has received from the Social Security Administration regarding the status of Ms. Reece's claim.

If Ms. Reece's claim is denied, please let us know immediately, and don't be discouraged. More than 60 percent of all Social Security Disability claims are denied on initial application. However, most of our claimants do secure Social Security benefits on appeal. My job is to help Ms. Reece through that process, including providing legal assistance, if necessary, at no cost to Ms. Reece.

If Ms. Reece is awarded Social Security benefits, Ms. Reece can expect to receive a retroactive benefit payment in 30 – 60 days. Remember that this payment is essentially money that Lincoln Life Assurance Company of Boston advanced to Ms. Reece while Ms. Reece was awaiting the Social Security decision. Ms. Reece must repay that money to Lincoln Life Assurance Company of Boston immediately.

The Social Security Administration will send Ms. Reece an award letter, detailing the amount of her benefit. Please send us a copy of that letter, so that we can correctly calculate Ms. Reece future disability benefits.

Please contact me if Ms. Reece has questions about this letter, or about obtaining Social Security Disability benefits.

If Ms. Reece has any questions regarding this matter, please contact me.

Sincerely,

Erika Cruz
LTD Technical Specialist I
Phone No.: (855) 508-4895 Ext. 41622
Secure Fax No.: (603) 334-3543

**From:** LincolnAbsenceNotification@lfg.com
**To:**
donna.sutherland@toyota.com;judy.lykins@toyota.com;debbie.thompson@toyota.com;forrest.harmon@toyota.com;ladonna.johnson@toyota.com;edelen.laura@toyota.com
**Subject:** LINCOLN FINANCIAL NOTIFICATION: Approval of Long Term Disability for Jamie Reece 277390 Claim 8356763

This is to notify you that there has been an approval of your Team Member's Long Term Disability claim.

**Long Term Disability Information:**

Last Day Worked: 4/14/2018

Date of Disability: 4/15/2018

Benefit Begin Date: 10/21/2018

Claim Status: Approved

If you have further questions, please call Lincoln Financial at (800) 291-0112 ext. 41622 or contact the assigned Case Manager at Erika.Cruz@lfg.com. Please be sure to reference claim number 8356763.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

**From:**Cruz, Erika
**Sent:**Fri, 26 Feb 2021 17:03:46 +0000
**To:**Carolyn McKenzie (TMMK)
**Cc:**Judy Lykins (TMMK)
**Subject:**RE: Job Description For Jamie Reece TM 277390

Hello,

We are currently reviewing Ms. Reece's claim to determine her eligibility for ongoing benefits beyond 24 months. To be eligible for benefits beyond 24 months, she has to be disabled from Any Occupation. The job description help us identified her transferable skills based on her job duties, qualifications and the responsibilities she had.

The only information we have in her claim file is various physical demand evaluations of the job which do not indicate job duties/tasks, responsibilities, etc.

Please let me know if you have further questions,

Thank you,

**Erika Cruz**
LTD Technical Specialist I

**Lincoln Financial Group**
[LincolnFinancial.com](LincolnFinancial.com)

800.320.7585 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** Carolyn McKenzie (TMMK) <carolyn.mckenzie@toyota.com>
**Sent:** Thursday, February 25, 2021 2:02 PM
**To:** Cruz, Erika <Erika.Cruz@lfg.com>
**Cc:** Judy Lykins (TMMK) <judy.lykins@toyota.com>
**Subject:** FW: Job Description For Jamie Reece TM 277390

●● PROTECTED 関係者外秘

Erika,
Can you help me understand what is needed on this TM? Is this to approve a claim? We don't use a form like this for Job Descriptions but I would not be able to provide anything that was absolute for this

TM at that time. Its hard to explain but if you would like to set up a time that we could talk, I would be happy to discuss.

Blessings,
Carolyn McKenzie, MSN, RN

Nurse Manager, Job Placement Coordinator
Premise Health @ Toyota, Georgetown, KY
Ofc: 502-570-7135
Carolyn.mckenzie@premisehealth.com
Carolyn.mckenzie@toyota.com

---

**From:** Judy Lykins (TMMK) <judy.lykins@toyota.com>
**Sent:** Thursday, February 25, 2021 1:19 PM
**To:** Carolyn McKenzie (TMMK) <carolyn.mckenzie@toyota.com>
**Subject:** FW: Job Description For Jamie Reece TM 277390

Did you email them about this, cause they are still asking about it. She is the one that was terminated in June of 2020.

---

**From:** Cruz, Erika <Erika.Cruz@lfg.com>
**Sent:** Thursday, February 25, 2021 12:40 PM
**To:** Judy Lykins (TMMK) <judy.lykins@toyota.com>; Donna Sutherland (TMMK) <donna.sutherland@toyota.com>
**Subject:** [EXTERNAL] FW: Job Description For Jamie Reece TM 277390

Hello,

I was just following up on the request below.

Please advise,

Thank you,

**Erika Cruz**
LTD Technical Specialist I

**Lincoln Financial Group**
LincolnFinancial.com

800.320.7585
Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination,

distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** Cruz, Erika
**Sent:** Thursday, February 11, 2021 5:24 PM
**To:** Judy Lykins (TMMK) <judy.lykins@toyota.com>; donna.sutherland@tema.toyota.com
**Subject:** FW: Job Description For Jamie Reece TM 277390

Hello Ladies,

I was following up on the email below.

Thank you,

**Erika Cruz**
LTD Technical Specialist I

**Lincoln Financial Group**
LincolnFinancial.com

800.320.7585
Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** Cruz, Erika
**Sent:** Thursday, February 4, 2021 7:24 AM
**To:** Judy Lykins (TMMK) <judy.lykins@toyota.com>; Donna Sutherland (TMMK) <donna.sutherland@toyota.com>
**Subject:** RE: Job Description For Jamie Reece TM 277390

Hello Judy,

We are actually looking for a job description that outlines the job duties, qualifications needed, job responsibilities, tasks, etc.  We had the physical demand analysis that you provided but it does not provide us w/ the information indicated above.

If there is no job description available, would it be possible to have the attached form completed?

Please advise,

**Erika Cruz**
LTD Technical Specialist I

**Lincoln Financial Group**
LincolnFinancial.com

800.320.7585
Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** Judy Lykins (TMMK) <judy.lykins@toyota.com>
**Sent:** Tuesday, February 2, 2021 8:30 AM
**To:** Cruz, Erika <Erika.Cruz@lfg.com>; Donna Sutherland (TMMK) <donna.sutherland@toyota.com>
**Subject:** RE: Job Description For Jamie Reece TM 277390

---

**From:** Cruz, Erika <Erika.Cruz@lfg.com>
**Sent:** Tuesday, February 2, 2021 10:26 AM
**To:** Donna Sutherland (TMMK) <donna.sutherland@toyota.com>; Judy Lykins (TMMK) <judy.lykins@toyota.com>
**Subject:** [EXTERNAL] RE: Job Description For Jamie Reece TM 277390

Sorry about that Donna!

Do you happen to have her job description when she was still employed with you guys?

Thank you,

**Erika Cruz**
LTD Technical Specialist I

**Lincoln Financial Group**
LincolnFinancial.com

800.320.7585
Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and

permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** Donna Sutherland (TMMK) <donna.sutherland@toyota.com>
**Sent:** Tuesday, February 2, 2021 7:59 AM
**To:** Cruz, Erika <Erika.Cruz@lfg.com>; Judy Lykins (TMMK) <judy.lykins@toyota.com>
**Subject:** RE: Job Description For Jamie Reece TM 277390

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

●● PROTECTED 関係者外秘

Erika,

Also, this t/m was termed 6/1/20.


***Donna M. Sutherland***
***FMLA Administrator/STD/LTD***
***HR Integrated Medical Services***
***Desk: 502-868-2935***


**Confidentiality Notice: This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the email address. If you are not the intended recipient, you are hereby notified that any disclosure, copying distribution, or reliance upon the contents of this email is strictly prohibited. If you have received this email transmission in error, please reply to me via email so that arrangements for proper delivery can be made, and then please delete the message from your inbox. Thank you!**


---

**From:** Donna Sutherland (TMMK)
**Sent:** Tuesday, February 2, 2021 9:21 AM
**To:** Cruz, Erika <Erika.Cruz@lfg.com>; Judy Lykins (TMMK) <judy.lykins@toyota.com>
**Subject:** RE: Job Description For Jamie Reece TM 277390

●● PROTECTED 関係者外秘

Hi Erika,

These requests need to go to Judy Lykins.

Judy, can you send please.

***Donna M. Sutherland***
***FMLA Administrator/STD/LTD***
***HR Integrated Medical Services***
***Desk: 502-868-2935***


**Confidentiality Notice: This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the email address. If you are not the intended recipient, you are hereby notified that any disclosure, copying distribution, or reliance upon the contents of this email is strictly prohibited. If you have received this email transmission in error, please reply to me via email so that arrangements for proper delivery can be made, and then please delete the message from your inbox. Thank you!**


---

**From:** Cruz, Erika <Erika.Cruz@lfg.com>
**Sent:** Monday, February 1, 2021 4:54 PM
**To:** Donna Sutherland (TMMK) <donna.sutherland@toyota.com>
**Subject:** [EXTERNAL] Job Description For Jamie Reece TM 277390

Hello Donna,

I'm in need of a job description for Ms. Jamie Reece that outlines her work duties, tasks, responsibilities, etc; all we have are numerous physical demand forms that do not provide us w/ the actual job description.

If there is no job description available, I would need to have the attached form completed please?

Please let me know if you have any questions,

Thanks in advance,

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.**


Erika Cruz
LTD Technical Specialist I
Lincoln Financial Group
P.O. Box 2578
Omaha, NE 68172-9688

800.320.7585 Office
X41622 Extension
603.334.3543 Fax

LincolnFinancial.com

Follow us on:



This e-mail and any attachments thereto, are intended only for the use of the addressee named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail or telephone at 1-800-320-7585 Ext. 41622. Permanently delete the original and any copy of the e-mail along with any printout thereof.

PLEASE NOTE: Liberty Mutual Insurance Company ("Liberty Mutual") has recently completed an agreement with Lincoln Financial Group pursuant to which it has sold the Liberty Life Assurance Company of Boston. The employee who sent this email is no longer employed by Liberty Mutual or any of its affiliates, and instead is now an employee of Lincoln Financial Group. In order to facilitate a smooth transition between the entities and allow our customers the opportunity to update contact information, this email is being delivered using a legacy Liberty Mutual email address and email system, but Liberty Mutual is not responsible for its contents. We ask that you please update your contact information accordingly.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:** LincolnAbsenceNotification@lfg.com
**To:**
donna.sutherland@toyota.com;judy.lykins@toyota.com;debbie.thompson@toyota.com;forrest.harmon@toyota.com
**Subject:** LINCOLN FINANCIAL NOTIFICATION: Approval of Long Term Disability for Jamie Reece 277390 Claim 8356763

This is to notify you that there has been an approval of your Team Member's Long Term Disability claim.

**Long Term Disability Information:**

Last Day Worked: 4/14/2018

Date of Disability: 4/15/2018

Benefit Begin Date: 10/21/2018

Claim Status: Approved

If you have further questions, please call Lincoln Financial at (800) 291-0112 ext. 41622 or contact the assigned Case Manager at Erika.Cruz@lfg.com. Please be sure to reference claim number 8356763.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

HIGHLY CONFIDENTIAL

# Physical Demand Analysis

## TMMK :: Paint Lexus :: Paint Finish/ Pre-Assembly :: LT 130/ 230 :: TEAM 1 :: R VERTICAL REPAIR

| Mobility Position | Frequency | Seat Height | | |
|---|---|---|---|---|
| Walking | Occasional | | | |
| Standing | Constant | | | |
| **Neck Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | |
| Flexion (if > 20°) | Occasional | | 21 - 45 | |
| Extension (if > 20°) | Occasional | | 21 - 45 | |
| Rotation (if > 30°) | Frequent | BOTH | 31-69° | |
| Lateral Flexion (if > 30°) | Occasional | RIGHT | > 30° | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | |
| Below Bench Height <35" | Occasional | BOTH | 34 | |
| Bench to Shelf Height 35" - 55" | Frequent | EITHER | 52 | |
| Overhead Height >= 56" | Occasional | BOTH | | |
| Horizontal Reach | Occasional | BOTH | 23 | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | |
| Elbow Flexion (if > 90°) | Frequent | BOTH | > 90° | |
| Wrist Flexion (if > 45°) | Occasional | BOTH | > 45° | |
| Wrist Extension (if > 45°) | Occasional | BOTH | > 45° | |
| Hand Tools | Constant | BOTH | Medium: 3.3 lbs - 5.5 lbs | VIBRATORY |
| **Low Back Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | |
| Flexion (if > 20°) | Occasional | | 21 - 44 | |
| **Lower Extremity** | **Frequency** | **Extremity Side** | **Max Value** | |
| Squatting/Crouching | Frequent | | Up to 45 | |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** |
| Gripping | Constant | 5.5 lbs | 5.5 lbs | BOTH |
| Trigger Pulls | Constant | | | |

**Key:**
*Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls*- Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement*- Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

### Perception Conditions

- Color Vision

**Lincoln/Reece 1912**

Premise Health. Keep your edge.

# Physical Demand Analysis

## TMMK :: Paint Lexus :: Paint Finish/ Pre-Assembly :: LT 130/ 230 :: TEAM 1 :: L VERTICAL REPAIR

| **Mobility Position** | **Frequency** | **Seat Height** | | | |
|---|---|---|---|---|---|
| **Walking** | Occasional | | | | |
| **Standing** | Constant | | | | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | | |
| **Below Bench Height <35"** | Occasional | BOTH | 34 | | |
| **Bench to Shelf Height 35" - 55"** | Occasional | EITHER | 54 | | |
| **Overhead Height >= 56"** | Frequent | BOTH | | | |
| **Horizontal Reach** | Constant | BOTH | 32 | | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | | |
| **Elbow Flexion (if > 90°)** | Frequent | BOTH | > 90° | | |
| **Wrist Flexion (if > 45°)** | Frequent | BOTH | > 45° | | |
| **Wrist Extension (if > 45°)** | Frequent | BOTH | > 45° | | |
| **Hand Tools** | Constant | BOTH | Small: <= 3.1 lbs | VIBRATORY | |
| **Low Back Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| **Flexion (if > 20°)** | Occasional | | 21-44° | | |
| **Pushing Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Body Position** |
| **Bench to Shelf** | Frequent | 0.6 lbs | 0.6 lbs | BOTH | |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** | |
| **Gripping** | Constant | 3.1 lbs | 3.1 lbs | BOTH | |
| **Trigger Pulls** | Constant | | | | |

**Key:** *Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls-* Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement-* Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

### Perception Conditions

- Color Vision

●●●● HIGHLY CONFIDENTIAL

Premise Health. Keep your edge.

# Physical Demand Analysis

## TMMK :: Paint Lexus :: Paint Finish/ Pre-Assembly :: LT 130/ 230 :: TEAM 1 :: R HOZO INSPECTION

| Mobility Position | Frequency | Seat Height | |
|---|---|---|---|
| Walking | Occasional | | |
| Standing | Constant | | |
| **Neck Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** |
| Flexion (if > 20°) | Occasional | | 21-45° |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** |
| Below Bench Height <35" | Occasional | LEFT | 25 |
| Bench to Shelf Height 35" - 55" | Frequent | EITHER | 54 |
| Horizontal Reach | Occasional | BOTH | 22 |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** |
| Elbow Flexion (if > 90°) | Frequent | BOTH | > 90° |
| **Low Back Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** |
| Flexion (if > 20°) | Occasional | | 21-44° |
| Side Bend (if > 25°) | Occasional | BOTH | > 25 |

**Key:**
*Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls*- Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement*- Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

### Perception Conditions

- Color Vision

●●●● HIGHLY CONFIDENTIAL

Premise Health. Keep your edge.

# Physical Demand Analysis

## TMMK :: Paint Lexus :: Paint Finish/ Pre-Assembly :: LT 130/ 230 :: TEAM 1 :: R HOZO REPAIR

| Mobility Position | Frequency | Seat Height | | |
|---|---|---|---|---|
| **Walking** | Occasional | | | |
| **Standing** | Constant | | | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | |
| **Bench to Shelf Height 35" - 55"** | Occasional | EITHER | 54 | |
| **Horizontal Reach** | Occasional | BOTH | 22 | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | |
| **Elbow Flexion (if > 90°)** | Occasional | BOTH | > 90° | |
| **Wrist Flexion (if > 45°)** | Occasional | BOTH | > 45° | |
| **Wrist Extension (if > 45°)** | Occasional | BOTH | > 45° | |
| **Hand Tools** | Constant | BOTH | Small: <= 3.1 lbs | VIBRATORY |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** |
| **Gripping** | Constant | 3.1 lbs | 3.1 lbs | BOTH |
| **Trigger Pulls** | Occasional | | | |

**Key:** *Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls-* Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement-* Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

### Perception Conditions

- Color Vision

●●●● HIGHLY CONFIDENTIAL

# Physical Demand Analysis

## TMMK :: Paint Lexus :: Paint Finish/ Pre-Assembly :: LT 130/ 230 :: TEAM 1 :: L VERTICAL INSPECTION

| Mobility Position | Frequency | Seat Height | | |
|---|---|---|---|---|
| Walking | Occasional | | | |
| Standing | Constant | | | |
| **Neck Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | |
| Flexion (if > 20°) | Occasional | | 21-45° | |
| Extension (if > 20°) | Occasional | | 21-45° | |
| Rotation (if > 30°) | Occasional | BOTH | 31 - 69 | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | |
| Below Bench Height <35" | Occasional | BOTH | 21 | |
| Bench to Shelf Height 35" - 55" | Occasional | EITHER | 55 | |
| Horizontal Reach | Occasional | BOTH | 31 | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | |
| Elbow Flexion (if > 90°) | Occasional | BOTH | > 90° | |
| **Low Back Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | |
| Flexion (if > 20°) | Occasional | | >= 90° | |
| Side Bend (if > 25°) | Occasional | BOTH | > 25 | |
| **Lower Extremity** | **Frequency** | **Extremity Side** | **Max Value** | |
| Squatting/Crouching | Frequent | | Up to 45 | |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** |
| Pinching | Frequent | 6.6 lbs | 6.6 lbs | RIGHT |

**Key:**
*Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls-* Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement-* Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

### Perception Conditions

- Color Vision

**Lincoln/Reece 1916**

●●●● HIGHLY CONFIDENTIAL

Premise Health. Keep your edge.

# Physical Demand Analysis

## TMMK :: Paint Lexus :: Paint Finish/ Pre-Assembly :: LT 130/ 230 :: TEAM 1 :: R VERTICAL INSPECTION

| Mobility Position | Frequency | Seat Height | | | |
|---|---|---|---|---|---|
| Walking | Occasional | | | | |
| Standing | Constant | | | | |
| **Neck Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| Flexion (if > 20°) | Occasional | | 21 - 45 | | |
| Extension (if > 20°) | Occasional | | 21 - 45 | | |
| Rotation (if > 30°) | Occasional | BOTH | 31-69° | | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | | |
| Below Bench Height <35" | Occasional | BOTH | 21 | | |
| Bench to Shelf Height 35" - 55" | Frequent | EITHER | | | |
| Overhead Height >= 56" | Occasional | BOTH | 65 | | |
| Horizontal Reach | Occasional | BOTH | 22 | | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | | |
| Elbow Flexion (if > 90°) | Frequent | BOTH | > 90° | | |
| **Low Back Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| Flexion (if > 20°) | Occasional | | 45-89° | | |
| Twist (if > 45°) | Occasional | BOTH | > 45 | | |
| Side Bend (if > 25°) | Occasional | BOTH | > 25 | | |
| **Lower Extremity** | **Frequency** | **Extremity Side** | **Max Value** | | |
| Squatting/Crouching | Constant | | | | |
| **Pushing Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Body Position** |
| Bench to Shelf | Frequent | 6.6 lbs | 6.6 lbs | RIGHT | |
| **Pulling Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Body Position** |
| Bench to Shelf | Frequent | 6.6 lbs | 6.6 lbs | RIGHT | |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** | |
| Gripping | Frequent | 6.6 lbs | 6.6 lbs | RIGHT | |

**Key:**
*Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls*- Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement*- Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

### Perception Conditions

- Color Vision

●●●● HIGHLY CONFIDENTIAL

# Physical Demand Analysis

## TMMK :: Paint Lexus :: Paint Finish/ Pre-Assembly :: LT 130/ 230 :: TEAM 1 :: L HOZO REPAIR

| Mobility Position | Frequency | Seat Height | | |
|---|---|---|---|---|
| Walking | Occasional | | | |
| Standing | Constant | | | |
| **Neck Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | |
| Flexion (if > 20°) | Occasional | | 21-45° | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | |
| Bench to Shelf Height 35" - 55" | Frequent | EITHER | 54 | |
| Horizontal Reach | Occasional | BOTH | 27 | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | |
| Elbow Flexion (if > 90°) | Frequent | BOTH | > 90° | |
| Wrist Flexion (if > 45°) | Occasional | BOTH | > 45° | |
| Wrist Extension (if > 45°) | Occasional | BOTH | > 45° | |
| Hand Tools | Frequent | BOTH | Small: <= 3.1 lbs | VIBRATORY |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** |
| Gripping | Constant | 3.1 lbs | 3.1 lbs | BOTH |
| Trigger Pulls | Constant | | | |

**Key:**
*Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls-* Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement-* Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

### Perception Conditions

- Color Vision

Premise Health. Keep your edge.

# Physical Demand Analysis

## TMMK :: Paint Lexus :: Paint Finish/ Pre-Assembly :: LT 130/ 230 :: TEAM 1 :: L HOZO INSPECTION

| Mobility Position | Frequency | Seat Height | |
|---|---|---|---|
| Walking | Frequent | | |
| Standing | Frequent | | |
| **Neck Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** |
| Flexion (if > 20°) | Occasional | | 21-45° |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** |
| Below Bench Height <35" | Occasional | LEFT | 25 |
| Bench to Shelf Height 35" - 55" | Frequent | EITHER | 54 |
| Horizontal Reach | Occasional | BOTH | 22 |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** |
| Elbow Flexion (if > 90°) | Frequent | BOTH | > 90° |
| **Low Back Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** |
| Flexion (if > 20°) | Occasional | | 21-44° |
| Extension (if > 0°) | Occasional | | 1-20° |
| Twist (if > 45°) | Occasional | BOTH | > 45 |
| Side Bend (if > 25°) | Occasional | BOTH | > 25 |

**Key:**
*Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls*- Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement*- Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

**Perception Conditions**

- Color Vision

# Physical Demand Analysis

## TMMK :: Paint Lexus :: Paint Finish/ Pre-Assembly :: LT 130/ 230 :: TEAM 2 :: R 2ND INSPECTION/ DE JIG

| Mobility Position | Frequency | Seat Height | | | |
|---|---|---|---|---|---|
| Walking | Occasional | | | | |
| Standing | Constant | | | | |
| **Neck Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| Flexion (if > 20°) | Occasional | | 21-45° | | |
| Rotation (if > 30°) | Occasional | BOTH | 31-69° | | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | | |
| Below Bench Height <35" | Occasional | BOTH | 25 | | |
| Bench to Shelf Height 35" - 55" | Frequent | EITHER | | | |
| Overhead Height >= 56" | Occasional | RIGHT | 65 | | |
| Horizontal Reach | Occasional | BOTH | 32 | | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | | |
| Elbow Flexion (if > 90°) | Frequent | BOTH | > 90° | | |
| Hand Tools | Occasional | BOTH | Small: <= 3.1 lbs | VIBRATORY | |
| **Low Back Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| Flexion (if > 20°) | Occasional | | 21-44° | | |
| **Lift Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Horizontal Location** |
| Bench to Shelf Height | Frequent | 11.0 lbs | 11.0 lbs | BOTH | < 18 in. |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** | |
| Gripping | Frequent | 11.0 lbs | 11.0 lbs | BOTH | |
| Trigger Pulls | Frequent | | | | |

**Key:** *Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls-* Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement-* Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

**Requirements/Factors**

- Balancing Required

**Perception Conditions**

- Depth
- Peripheral
- Close Vision (read dials, instructions)
- Color Vision
- Shape/Size

**Cognition Conditions**

- Reasoning, Planning
- Memory (short and long-term)
- Multi-Step Procedures
- Simple Mathematics
- Work Alone
- Comprehend Verbal and Written Instructions

**PPE Requirements**

- Safety Glasses
- Steel Toes

- Gloves
- Other

---

# Physical Demand Analysis

## TMMK :: Paint Lexus :: Paint Finish/ Pre-Assembly :: LT 130/ 230 :: TEAM 2 :: L FRAME TAPE

| Mobility Position | Frequency | Seat Height | | | |
|---|---|---|---|---|---|
| **Walking** | Frequent | | | | |
| **Standing** | Frequent | | | | |
| **Neck Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| **Flexion (if > 20°)** | Occasional | | 21-45° | | |
| **Extension (if > 20°)** | Occasional | | 21-45° | | |
| **Rotation (if > 30°)** | Occasional | RIGHT | 31-69° | | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | | |
| **Below Bench Height <35"** | Occasional | LEFT | 30 | | |
| **Bench to Shelf Height 35" - 55"** | Constant | EITHER | | | |
| **Overhead Height >= 56"** | Occasional | BOTH | 65 | | |
| **Horizontal Reach** | Occasional | BOTH | 23 | | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | | |
| **Elbow Flexion (if > 90°)** | Constant | BOTH | > 90° | | |
| **Wrist Flexion (if > 45°)** | Occasional | BOTH | > 45° | | |
| **Wrist Extension (if > 45°)** | Occasional | BOTH | > 45° | | |
| **Hand Tools** | Occasional | BOTH | Small: <= 3.1 lbs | VIBRATORY | |
| **Low Back Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| **Flexion (if > 20°)** | Occasional | | 21-44° | | |
| **Side Bend (if > 25°)** | Occasional | BOTH | > 25 | | |
| **Pushing Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Body Position** |
| **Bench to Shelf** | Frequent | 6.6 lbs | 6.6 lbs | BOTH | |
| **Pulling Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Body Position** |
| **Bench to Shelf** | Frequent | 6.6 lbs | 6.6 lbs | BOTH | |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** | |
| **Pinching** | Frequent | 6.6 lbs | 6.6 lbs | BOTH | |
| **Gripping** | Constant | 6.6 lbs | 6.6 lbs | BOTH | |
| **Finger Push** | Frequent | 6.6 lbs | 6.6 lbs | RIGHT | |
| **Trigger Pulls** | Constant | | | | |

**Key:**
*Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls-* Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement-* Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

**Requirements/Factors**

- Balancing Required

**Perception Conditions**

- Depth
- Peripheral
- Close Vision (read dials, instructions)
- Color Vision
- Shape/Size

**Cognition Conditions**

- Reasoning, Planning
- Memory (short and long-term)
- Multi-Step Procedures
- Simple Mathematics
- Work Alone
- Comprehend Verbal and Written Instructions

| Environmental Conditions | PPE Requirements |
| --- | --- |
| • Work near moving machinery<br>• Other | • Safety Glasses<br>• Steel Toes<br>• Gloves<br>• Other |

# Physical Demand Analysis

## TMMK :: Paint Lexus :: Paint Finish/ Pre-Assembly :: LT 130/ 230 :: TEAM 2 :: L CAVITY WAX

| Mobility Position | Frequency | Seat Height | | |
|---|---|---|---|---|
| Walking | Occasional | | | |
| Standing | Occasional | | | |
| Sitting | Frequent | 0 | | |
| **Neck Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | |
| Flexion (if > 20°) | Occasional | | 21-45° | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | |
| Below Bench Height <35" | Occasional | RIGHT | 21 | |
| Bench to Shelf Height 35" - 55" | Constant | EITHER | | |
| Overhead Height >= 56" | Occasional | EITHER | 65 | |
| Horizontal Reach | Occasional | BOTH | 22 | |
| **Seated Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | |
| Below Bench Height | Occasional | BOTH | | |
| Bench to Shelf Height | Constant | EITHER | 19 | |
| Overhead Height | Occasional | BOTH | | |
| Horizontal Reach | Occasional | BOTH | 22 | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | |
| Elbow Flexion (if > 90°) | Constant | BOTH | > 90° | |
| Hand Tools | Occasional | BOTH | Small: <= 3.1 lbs | VIBRATORY |
| **Low Back Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | |
| Flexion (if > 20°) | Occasional | | 45-89° | |
| Extension (if > 0°) | Occasional | | 1-20° | |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** |
| Gripping | Frequent | 3.1 lbs | 3.1 lbs | BOTH |
| Trigger Pulls | Frequent | | | |

**Key:**
*Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls-* Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement-* Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

**Requirements/Factors**

- Balancing Required

**Perception Conditions**

- Depth
- Peripheral
- Close Vision (read dials, instructions)
- Color Vision
- Shape/Size

**Cognition Conditions**

- Reasoning, Planning
- Memory (short and long-term)
- Multi-Step Procedures
- Simple Mathematics
- Work Alone
- Comprehend Verbal and Written Instructions

**Environmental Conditions**

**PPE Requirements**

| | | |
|---|---|---|
| • Work near moving machinery<br>• Other | • Safety Glasses<br>• Steel Toes<br>• Gloves<br>• Other | |

# Physical Demand Analysis

## TMMK :: Paint Lexus :: Paint Finish/ Pre-Assembly :: LT 130/ 230 :: TEAM 2 :: R CAVITY WAX

| Mobility Position | Frequency | Seat Height | | |
|---|---|---|---|---|
| Walking | Occasional | | | |
| Standing | Occasional | | | |
| Sitting | Constant | 0 | | |
| **Neck Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | |
| Flexion (if > 20°) | Occasional | | 21-45° | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | |
| Below Bench Height <35" | Occasional | EITHER | 21 | |
| Bench to Shelf Height 35" - 55" | Constant | EITHER | | |
| Overhead Height >= 56" | Occasional | EITHER | 65 | |
| Horizontal Reach | Occasional | RIGHT | 22 | |
| **Seated Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | |
| Below Bench Height | Occasional | BOTH | | |
| Bench to Shelf Height | Constant | EITHER | 19 | |
| Overhead Height | Occasional | BOTH | | |
| Horizontal Reach | Occasional | BOTH | 22 | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | |
| Elbow Flexion (if > 90°) | Constant | BOTH | > 90° | |
| Hand Tools | Occasional | BOTH | Small: <= 3.1 lbs | VIBRATORY |
| **Low Back Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | |
| Flexion (if > 20°) | Occasional | | 45-89° | |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** |
| Gripping | Constant | 3.1 lbs | 3.1 lbs | BOTH |
| Trigger Pulls | Constant | | | |

**Key:** *Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls-* Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement-* Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

**Requirements/Factors**

- Balancing Required

**Perception Conditions**

- Depth
- Peripheral
- Close Vision (read dials, instructions)
- Color Vision
- Shape/Size

**Cognition Conditions**

- Reasoning, Planning
- Memory (short and long-term)
- Multi-Step Procedures
- Simple Mathematics
- Work Alone
- Comprehend Verbal and Written Instructions

**Environmental Conditions**

- Work near moving machinery

**PPE Requirements**

- Safety Glasses

| | | | |
|---|---|---|---|
| • Other | • Steel Toes<br>• Gloves<br>• Other | | |

# Physical Demand Analysis

## TMMK :: Paint Lexus :: Paint Finish/ Pre-Assembly :: LT 130/ 230 :: TEAM 2 :: L 2ND INSPECTION/ DE JIG

| Mobility Position | Frequency | Seat Height | | | |
|---|---|---|---|---|---|
| Walking | Occasional | | | | |
| Standing | Constant | | | | |
| **Neck Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| Flexion (if > 20°) | Occasional | | 21-45° | | |
| Rotation (if > 30°) | Occasional | BOTH | 31-69° | | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | | |
| Below Bench Height <35" | Occasional | BOTH | 30 | | |
| Bench to Shelf Height 35" - 55" | Constant | EITHER | | | |
| Overhead Height >= 56" | Occasional | BOTH | 78 | | |
| Horizontal Reach | Occasional | BOTH | 23 | | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | | |
| Elbow Flexion (if > 90°) | Frequent | BOTH | > 90° | | |
| Hand Tools | Occasional | BOTH | Small: <= 3.1 lbs | VIBRATORY | |
| **Low Back Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| Flexion (if > 20°) | Occasional | | 21 - 44 | | |
| **Lift Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Horizontal Location** |
| Bench to Shelf Height | Frequent | 3.1 lbs | 3.1 lbs | RIGHT | < 18 in |
| **Pushing Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Body Position** |
| Bench to Shelf | Frequent | 2.2 lbs | 2.2 lbs | BOTH | |
| **Pulling Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Body Position** |
| Bench to Shelf | Frequent | 2.2 lbs | 2.2 lbs | BOTH | |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** | |
| Pinching | Frequent | 2.2 lbs | 2.2 lbs | RIGHT | |
| Gripping | Constant | 3.1 lbs | 3.1 lbs | BOTH | |
| Finger Push | Frequent | 2.2 lbs | 2.2 lbs | RIGHT | |
| Trigger Pulls | Constant | | | | |

**Key:** *Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls-* Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement-* Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

**Requirements/Factors**

- Balancing Required

**Perception Conditions**

- Depth
- Peripheral
- Close Vision (read dials, instructions)
- Color Vision
- Shape/Size

**Cognition Conditions**

- Reasoning, Planning
- Memory (short and long-term)
- Multi-Step Procedures
- Simple Mathematics
- Work Alone
- Comprehend Verbal and Written Instructions

**PPE Requirements**

- Safety Glasses
- Steel Toes
- Other

●●●● HIGHLY CONFIDENTIAL

Premise Health. Keep your edge.

# Physical Demand Analysis

## TMMK :: Paint Lexus :: Paint Finish/ Pre-Assembly :: LT 130/ 230 :: TEAM 2 :: R FRAME TAPE

| Mobility Position | Frequency | Seat Height | |
|---|---|---|---|
| Walking | Frequent | | |
| Standing | Frequent | | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** |
| Bench to Shelf Height 35" - 55" | Constant | EITHER | 54 |
| Horizontal Reach | Occasional | BOTH | 22 |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** |
| Elbow Flexion (if > 90°) | Constant | BOTH | > 90° |

**Key:**
*Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls-* Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement-* Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

**Requirements/Factors**

- Balancing Required

**Perception Conditions**

- Depth
- Peripheral
- Close Vision (read dials, instructions)
- Color Vision
- Shape/Size

**Cognition Conditions**

- Reasoning, Planning
- Memory (short and long-term)
- Multi-Step Procedures
- Simple Mathematics
- Work Alone
- Comprehend Verbal and Written Instructions

**Environmental Conditions**

- Work near moving machinery
- Other

**PPE Requirements**

- Safety Glasses
- Steel Toes
- Gloves
- Other

**Lincoln/Reece 1930**

Premise Health. Keep your edge.

# Physical Demand Analysis

## TMMK :: Paint Lexus :: Paint Finish/ Pre-Assembly :: LT 130/ 230 :: TEAM 4 :: OFFLINE 5

| Mobility Position | Frequency | Seat Height | | | |
|---|---|---|---|---|---|
| Walking | Frequent | | | | |
| Standing | Frequent | | | | |
| Sitting | Occasional | 16 | | | |
| **Neck Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| Flexion (if > 20°) | Frequent | | 21 - 45° | | |
| Extension (if > 20°) | Frequent | | 21 - 44° | | |
| Rotation (if > 30°) | Occasional | BOTH | 31 - 69° | | |
| Lateral Flexion (if > 30°) | Occasional | BOTH | > 30° | | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | | |
| Below Bench Height <35" | Frequent | BOTH | 10 | | |
| Bench to Shelf Height 35" - 55" | Constant | BOTH | | | |
| Overhead Height >= 56" | Frequent | BOTH | 77 | | |
| Horizontal Reach | Frequent | BOTH | 40 | | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | | |
| Elbow Flexion (if > 90°) | Frequent | BOTH | > 90° | | |
| Wrist Flexion (if > 45°) | Frequent | BOTH | > 45° | | |
| Wrist Extension (if > 45°) | Frequent | BOTH | > 45° | | |
| Hand Tools | Frequent | BOTH | Medium 3.5 - 5.5 lbss | VIBRATORY | |
| **Low Back Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| Flexion (if > 20°) | Constant | | 21 - 44° | | |
| Extension (if > 0°) | Occasional | | 1 - 20° | | |
| Twist (if > 45°) | Frequent | BOTH | > 45 | | |
| Side Bend (if > 25°) | Frequent | BOTH | > 25 | | |
| **Lower Extremity** | **Frequency** | **Extremity Side** | **Max Value** | | |
| Squatting/Crouching | Occasional | | Up to 45° | | |
| Kneeling | Frequent | BOTH | | | |
| **Lift Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Horizontal Location** |
| Bench to Shelf Height | Occasional | >= 40.0 lbs | 70.0 lbs | BOTH | < 18 in. |
| Carry (> than 3 steps) | Frequent | >= 40.0 lbs | 70.0 lbs | BOTH | |
| **Pushing Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Body Position** |
| Bench to Shelf | Frequent | 20.0 - 24.9 lbs | 22.0 lbs | BOTH | Stand |
| **Pulling Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Body Position** |
| Bench to Shelf | Frequent | 20.0 - 24.9 lbs | 22.0 lbs | BOTH | Stand |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** | |
| Gripping | Frequent | >= 9.9 lbs | 9.9 lbs | BOTH | |
| Trigger Pulls | Occasional | 3.3 - 5.9 lbs | 5.9 lbs | BOTH | |

**Key:** *Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls-* Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement-* Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

| Requirements/Factors | Perception Conditions | Cognition Conditions |
|---|---|---|

| | | |
|---|---|---|
| • Balancing Required | • Depth<br>• Peripheral<br>• Close Vision (read dials, instructions)<br>• Color Vision<br>• Shape/Size | • Reasoning, Planning<br>• Memory (short and long-term)<br>• Multi-Step Procedures<br>• Simple Mathematics<br>• Work Alone<br>• Comprehend Verbal and Written Instructions |
| **Environmental Conditions**<br>• Work near moving machinery | **PPE Requirements**<br>• Safety Glasses<br>• Steel Toes<br>• Gloves<br>• Other | |

●●●● HIGHLY CONFIDENTIAL

Premise Health. Keep your edge.

# Physical Demand Analysis

## TMMK :: Paint Lexus :: Paint Finish/ Pre-Assembly :: LT 130/ 230 :: TEAM 4 :: OFFLINE 1

| Mobility Position | Frequency | Seat Height | | | |
|---|---|---|---|---|---|
| **Walking** | Frequent | | | | |
| **Standing** | Frequent | | | | |
| **Sitting** | Occasional | 16 | | | |
| **Neck Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| **Flexion (if > 20°)** | Frequent | | 21 - 45° | | |
| **Extension (if > 20°)** | Frequent | | 21 - 44° | | |
| **Rotation (if > 30°)** | Occasional | BOTH | 31 - 69° | | |
| **Lateral Flexion (if > 30°)** | Occasional | BOTH | > 30° | | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | | |
| **Below Bench Height <35"** | Frequent | BOTH | 10 | | |
| **Bench to Shelf Height 35" - 55"** | Constant | BOTH | | | |
| **Overhead Height >= 56"** | Frequent | BOTH | 77 | | |
| **Horizontal Reach** | Frequent | BOTH | 40 | | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | | |
| **Elbow Flexion (if > 90°)** | Frequent | BOTH | > 90° | | |
| **Wrist Flexion (if > 45°)** | Frequent | BOTH | > 45° | | |
| **Wrist Extension (if > 45°)** | Frequent | BOTH | > 45° | | |
| **Hand Tools** | Frequent | BOTH | Medium 3.5 - 5.5 lbss | VIBRATORY | |
| **Low Back Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| **Flexion (if > 20°)** | Constant | | 21 - 44° | | |
| **Extension (if > 0°)** | Occasional | | 1 - 20° | | |
| **Twist (if > 45°)** | Frequent | BOTH | > 45 | | |
| **Side Bend (if > 25°)** | Frequent | BOTH | > 25 | | |
| **Lower Extremity** | **Frequency** | **Extremity Side** | **Max Value** | | |
| **Squatting/Crouching** | Occasional | | Up to 45° | | |
| **Kneeling** | Frequent | BOTH | | | |
| **Lift Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Horizontal Location** |
| **Bench to Shelf Height** | Occasional | >= 40.0 lbs | 70.0 lbs | BOTH | < 18 in. |
| **Carry (> than 3 steps)** | Frequent | >= 40.0 lbs | 70.0 lbs | BOTH | |
| **Pushing Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Body Position** |
| **Bench to Shelf** | Frequent | 20.0 - 24.9 lbs | 22.0 lbs | BOTH | Stand |
| **Pulling Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Body Position** |
| **Bench to Shelf** | Frequent | 20.0 - 24.9 lbs | 22.0 lbs | BOTH | Stand |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** | |
| **Gripping** | Frequent | >= 9.9 lbs | 9.9 lbs | BOTH | |
| **Trigger Pulls** | Occasional | 3.3 - 5.9 lbs | 5.9 lbs | BOTH | |

**Key:** *Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls-* Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement-* Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

| Requirements/Factors | Perception Conditions | Cognition Conditions |
|---|---|---|

| | | |
|---|---|---|
| • Balancing Required | • Depth<br>• Peripheral<br>• Close Vision (read dials, instructions)<br>• Distance Vision (20 feet or more)<br>• Change Focus (close to distance)<br>• Color Vision<br>• Shape/Size | • Reasoning, Planning<br>• Memory (short and long-term)<br>• Multi-Step Procedures<br>• Simple Mathematics<br>• Work Alone<br>• Comprehend Verbal and Written Instructions |
| **Environmental Conditions**<br>• Work near moving machinery | **PPE Requirements**<br>• Safety Glasses<br>• Steel Toes<br>• Gloves<br>• Other | |

# Physical Demand Analysis

## TMMK :: Paint Lexus :: Paint Finish/ Pre-Assembly :: LT 130/ 230 :: TEAM 4 :: OFFLINE 6

| Mobility Position | Frequency | Seat Height | | | |
|---|---|---|---|---|---|
| **Walking** | Frequent | | | | |
| **Standing** | Frequent | | | | |
| **Sitting** | Occasional | 16 | | | |
| **Neck Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| **Flexion (if > 20°)** | Frequent | | 21 - 45° | | |
| **Extension (if > 20°)** | Frequent | | 21 - 44° | | |
| **Rotation (if > 30°)** | Occasional | BOTH | 31 - 69° | | |
| **Lateral Flexion (if > 30°)** | Occasional | BOTH | > 30° | | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | | |
| **Below Bench Height <35"** | Frequent | BOTH | 10 | | |
| **Bench to Shelf Height 35" - 55"** | Constant | BOTH | | | |
| **Overhead Height >= 56"** | Frequent | BOTH | 77 | | |
| **Horizontal Reach** | Frequent | BOTH | 40 | | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | | |
| **Elbow Flexion (if > 90°)** | Frequent | BOTH | > 90° | | |
| **Wrist Flexion (if > 45°)** | Frequent | BOTH | > 45° | | |
| **Wrist Extension (if > 45°)** | Frequent | BOTH | > 45° | | |
| **Hand Tools** | Frequent | BOTH | Medium 3.5 - 5.5 lbss | VIBRATORY | |
| **Low Back Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| **Flexion (if > 20°)** | Constant | | 21 - 44° | | |
| **Extension (if > 0°)** | Occasional | | 1 - 20° | | |
| **Twist (if > 45°)** | Frequent | BOTH | > 45 | | |
| **Side Bend (if > 25°)** | Frequent | BOTH | > 25 | | |
| **Lower Extremity** | **Frequency** | **Extremity Side** | **Max Value** | | |
| **Squatting/Crouching** | Occasional | | Up to 45° | | |
| **Kneeling** | Frequent | BOTH | | | |
| **Lift Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Horizontal Location** |
| **Bench to Shelf Height** | Occasional | >= 40.0 lbs | 70.0 lbs | BOTH | < 18 in. |
| **Carry (> than 3 steps)** | Frequent | >= 40.0 lbs | 70.0 lbs | BOTH | |
| **Pushing Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Body Position** |
| **Bench to Shelf** | Frequent | 20.0 - 24.9 lbs | 22.0 lbs | BOTH | Stand |
| **Pulling Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Body Position** |
| **Bench to Shelf** | Frequent | 20.0 - 24.9 lbs | 22.0 lbs | BOTH | Stand |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** | |
| **Gripping** | Frequent | >= 9.9 lbs | 9.9 lbs | BOTH | |
| **Trigger Pulls** | Occasional | 3.3 - 5.9 lbs | 5.9 lbs | BOTH | |

**Key:**
*Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls-* Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement-* Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

| Requirements/Factors | Perception Conditions | Cognition Conditions |
|---|---|---|

| | | |
|---|---|---|
| • Balancing Required | • Depth | • Reasoning, Planning |
| | • Peripheral | • Memory (short and long-term) |
| | • Close Vision (read dials, instructions) | • Multi-Step Procedures |
| | • Distance Vision (20 feet or more) | • Simple Mathematics |
| | • Color Vision | • Work Alone |
| | • Shape/Size | • Comprehend Verbal and Written Instructions |
| **Environmental Conditions** | **PPE Requirements** | |
| • Work near moving machinery | • Safety Glasses | |
| | • Steel Toes | |
| | • Gloves | |
| | • Other | |

# Physical Demand Analysis

## TMMK :: Paint Lexus :: Paint Finish/ Pre-Assembly :: LT 130/ 230 :: TEAM 4 :: OFFLINE 2

| Mobility Position | Frequency | Seat Height | | | |
|---|---|---|---|---|---|
| Walking | Frequent | | | | |
| Standing | Frequent | | | | |
| Sitting | Occasional | 16 | | | |
| **Neck Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| Flexion (if > 20°) | Frequent | | 21 - 45° | | |
| Extension (if > 20°) | Frequent | | 21 - 44° | | |
| Rotation (if > 30°) | Occasional | BOTH | 31 - 69° | | |
| Lateral Flexion (if > 30°) | Occasional | BOTH | > 30° | | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | | |
| Below Bench Height <35" | Frequent | BOTH | 10 | | |
| Bench to Shelf Height 35" - 55" | Constant | BOTH | | | |
| Overhead Height >= 56" | Frequent | BOTH | 77 | | |
| Horizontal Reach | Frequent | BOTH | 40 | | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | | |
| Elbow Flexion (if > 90°) | Frequent | BOTH | > 90° | | |
| Wrist Flexion (if > 45°) | Frequent | BOTH | > 45° | | |
| Wrist Extension (if > 45°) | Frequent | BOTH | > 45° | | |
| Hand Tools | Frequent | BOTH | Medium 3.5 - 5.5 lbss | VIBRATORY | |
| **Low Back Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| Flexion (if > 20°) | Constant | | 45 - 89° | | |
| Extension (if > 0°) | Occasional | | 1 - 20° | | |
| Twist (if > 45°) | Frequent | BOTH | > 45 | | |
| Side Bend (if > 25°) | Frequent | BOTH | > 25 | | |
| **Lower Extremity** | **Frequency** | **Extremity Side** | **Max Value** | | |
| Squatting/Crouching | Occasional | | Up to 45° | | |
| Kneeling | Frequent | BOTH | | | |
| **Lift Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Horizontal Location** |
| Bench to Shelf Height | Occasional | >= 40.0 lbs | 70.0 lbs | BOTH | < 18 in. |
| Carry (> than 3 steps) | Frequent | >= 40.0 lbs | 70.0 lbs | BOTH | |
| **Pushing Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Body Position** |
| Bench to Shelf | Frequent | 20.0 - 24.9 lbs | 22.0 lbs | BOTH | Stand |
| **Pulling Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Body Position** |
| Bench to Shelf | Frequent | 20.0 - 24.9 lbs | 22.0 lbs | BOTH | Stand |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** | |
| Gripping | Frequent | >= 9.9 lbs | 9.9 lbs | BOTH | |
| Trigger Pulls | Occasional | 3.3 - 5.9 lbs | 5.9 lbs | BOTH | |

**Key:**
*Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls-* Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement-* Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

| Requirements/Factors | Perception Conditions | Cognition Conditions |
|---|---|---|

| | | |
|---|---|---|
| • Balancing Required | • Depth<br>• Peripheral<br>• Close Vision (read dials, instructions)<br>• Distance Vision (20 feet or more)<br>• Change Focus (close to distance)<br>• Color Vision<br>• Shape/Size | • Reasoning, Planning<br>• Memory (short and long-term)<br>• Multi-Step Procedures<br>• Simple Mathematics<br>• Work Alone<br>• Comprehend Verbal and Written Instructions |
| **Environmental Conditions**<br>• Work near moving machinery | **PPE Requirements**<br>• Safety Glasses<br>• Steel Toes<br>• Gloves<br>• Other | |

Premise Health. Keep your edge.

# Physical Demand Analysis

## TMMK :: Paint Lexus :: Paint Finish/ Pre-Assembly :: LT 130/ 230 :: TEAM 4 :: OFFLINE 3

| Mobility Position | Frequency | Seat Height | | | |
|---|---|---|---|---|---|
| Walking | Frequent | | | | |
| Standing | Frequent | | | | |
| Sitting | Occasional | 16 | | | |
| **Neck Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| Flexion (if > 20°) | Frequent | | 21 - 45° | | |
| Extension (if > 20°) | Frequent | | 21 - 44° | | |
| Rotation (if > 30°) | Occasional | BOTH | 31 - 69° | | |
| Lateral Flexion (if > 30°) | Occasional | BOTH | > 30° | | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | | |
| Below Bench Height <35" | Frequent | BOTH | 10 | | |
| Bench to Shelf Height 35" - 55" | Constant | BOTH | | | |
| Overhead Height >= 56" | Frequent | BOTH | 77 | | |
| Horizontal Reach | Frequent | BOTH | 40 | | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | | |
| Elbow Flexion (if > 90°) | Frequent | BOTH | > 90° | | |
| Wrist Flexion (if > 45°) | Frequent | BOTH | > 45° | | |
| Wrist Extension (if > 45°) | Frequent | BOTH | > 45° | | |
| Hand Tools | Frequent | BOTH | Medium 3.5 - 5.5 lbss | VIBRATORY | |
| **Low Back Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| Flexion (if > 20°) | Constant | | 21 - 44° | | |
| Extension (if > 0°) | Occasional | | 1 - 20° | | |
| Twist (if > 45°) | Frequent | BOTH | > 45 | | |
| Side Bend (if > 25°) | Frequent | BOTH | > 25 | | |
| **Lower Extremity** | **Frequency** | **Extremity Side** | **Max Value** | | |
| Squatting/Crouching | Occasional | | Up to 45° | | |
| Kneeling | Frequent | BOTH | | | |
| **Lift Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Horizontal Location** |
| Bench to Shelf Height | Occasional | >= 40.0 lbs | 70.0 lbs | BOTH | < 18 in. |
| Carry (> than 3 steps) | Frequent | >= 40.0 lbs | 70.0 lbs | BOTH | |
| **Pushing Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Body Position** |
| Bench to Shelf | Frequent | 20.0 - 24.9 lbs | 22.0 lbs | BOTH | Stand |
| **Pulling Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Body Position** |
| Bench to Shelf | Frequent | 20.0 - 24.9 lbs | 22.0 lbs | BOTH | Stand |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** | |
| Gripping | Frequent | >= 9.9 lbs | 9.9 lbs | BOTH | |
| Trigger Pulls | Occasional | 3.3 - 5.9 lbs | 5.9 lbs | BOTH | |

**Key:**
*Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls-* Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement-* Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

| Requirements/Factors | Perception Conditions | Cognition Conditions |
|---|---|---|

| | | |
|---|---|---|
| • Balancing Required | • Depth<br>• Peripheral<br>• Close Vision (read dials, instructions)<br>• Distance Vision (20 feet or more)<br>• Change Focus (close to distance)<br>• Color Vision<br>• Shape/Size | • Reasoning, Planning<br>• Memory (short and long-term)<br>• Multi-Step Procedures<br>• Simple Mathematics<br>• Work Alone<br>• Comprehend Verbal and Written Instructions |
| **Environmental Conditions**<br>• Work near moving machinery | **PPE Requirements**<br>• Safety Glasses<br>• Steel Toes<br>• Gloves<br>• Other | |

# Physical Demand Analysis

## TMMK :: Paint Lexus :: Paint Finish/ Pre-Assembly :: LT 130/ 230 :: TEAM 4 :: OFFLINE 4

| Mobility Position | Frequency | Seat Height | | | |
|---|---|---|---|---|---|
| Walking | Frequent | | | | |
| Standing | Frequent | | | | |
| Sitting | Occasional | 16 | | | |
| **Neck Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| Flexion (if > 20°) | Frequent | | 21 - 45° | | |
| Extension (if > 20°) | Frequent | | 21 - 44° | | |
| Rotation (if > 30°) | Occasional | BOTH | 31 - 69° | | |
| Lateral Flexion (if > 30°) | Occasional | BOTH | > 30° | | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | | |
| Below Bench Height <35" | Frequent | BOTH | 20 | | |
| Bench to Shelf Height 35" - 55" | Constant | BOTH | | | |
| Overhead Height >= 56" | Frequent | BOTH | 50 | | |
| Horizontal Reach | Frequent | BOTH | 40 | | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | | |
| Elbow Flexion (if > 90°) | Frequent | BOTH | > 90° | | |
| Wrist Flexion (if > 45°) | Frequent | BOTH | > 45° | | |
| Wrist Extension (if > 45°) | Frequent | BOTH | > 45° | | |
| Hand Tools | Frequent | BOTH | Medium 3.5 - 5.5 lbss | VIBRATORY | |
| **Low Back Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| Flexion (if > 20°) | Constant | | 21 - 44° | | |
| Extension (if > 0°) | Occasional | | 1 - 20° | | |
| Twist (if > 45°) | Frequent | BOTH | > 45 | | |
| Side Bend (if > 25°) | Frequent | BOTH | > 25 | | |
| **Lower Extremity** | **Frequency** | **Extremity Side** | **Max Value** | | |
| Squatting/Crouching | Occasional | | Up to 45° | | |
| Kneeling | Frequent | BOTH | | | |
| **Lift Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Horizontal Location** |
| Bench to Shelf Height | Occasional | >= 40.0 lbs | 70.0 lbs | BOTH | < 18 in. |
| Carry (> than 3 steps) | Frequent | >= 40.0 lbs | 70.0 lbs | BOTH | |
| **Pushing Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Body Position** |
| Bench to Shelf | Frequent | 20.0 - 24.9 lbs | 22.0 lbs | BOTH | Stand |
| **Pulling Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Body Position** |
| Bench to Shelf | Frequent | 20.0 - 24.9 lbs | 22.0 lbs | BOTH | Stand |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** | |
| Gripping | Frequent | >= 9.9 lbs | 9.9 lbs | BOTH | |
| Trigger Pulls | Occasional | 3.3 - 5.9 lbs | 5.9 lbs | BOTH | |

**Key:**
*Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls-* Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement-* Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

| Requirements/Factors | Perception Conditions | Cognition Conditions |
|---|---|---|

**Lincoln/Reece 1941**

| | | |
|---|---|---|
| • Balancing Required | • Depth<br>• Peripheral<br>• Close Vision (read dials, instructions)<br>• Distance Vision (20 feet or more)<br>• Change Focus (close to distance)<br>• Color Vision<br>• Shape/Size | • Reasoning, Planning<br>• Memory (short and long-term)<br>• Multi-Step Procedures<br>• Simple Mathematics<br>• Work Alone<br>• Comprehend Verbal and Written Instructions |
| **Environmental Conditions**<br>• Work near moving machinery | **PPE Requirements**<br>• Safety Glasses<br>• Steel Toes<br>• Gloves<br>• Other | |

●●●● HIGHLY CONFIDENTIAL

Premise Health. Keep your edge.

# Physical Demand Analysis

## TMMK :: Paint Lexus :: Paint Finish/ Pre-Assembly :: LT 130/ 230 :: TEAM 5 :: HOSPITAL 2

| Mobility Position | Frequency | Seat Height | | | |
|---|---|---|---|---|---|
| Walking | Constant | | | | |
| Standing | Constant | | | | |
| Sitting | Frequent | 26 | | | |
| **Neck Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| Flexion (if > 20°) | Frequent | | > 45° | | |
| Extension (if > 20°) | Frequent | | >= 45° | | |
| Rotation (if > 30°) | Frequent | BOTH | >= 70° | | |
| Lateral Flexion (if > 30°) | Frequent | BOTH | > 30° | | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | | |
| Below Bench Height <35" | Frequent | BOTH | 3 | | |
| Bench to Shelf Height 35" - 55" | Frequent | BOTH | | | |
| Overhead Height >= 56" | Frequent | BOTH | 77 | | |
| Horizontal Reach | Frequent | BOTH | 42 | | |
| **Seated Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | | |
| Below Bench Height | Frequent | BOTH | -7 | | |
| Bench to Shelf Height | Frequent | BOTH | | | |
| Overhead Height | Frequent | BOTH | 30 | | |
| Horizontal Reach | Frequent | BOTH | 38 | | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | | |
| Elbow Flexion (if > 90°) | Constant | BOTH | > 90° | | |
| Wrist Flexion (if > 45°) | Frequent | BOTH | > 45° | | |
| Wrist Extension (if > 45°) | Frequent | BOTH | > 45° | | |
| Wrist Twisting | Occasional | BOTH | >= 3 Turns | | |
| Hand Tools | Frequent | BOTH | Medium 3.5 - 5.5 lbss | VIBRATORY | |
| **Low Back Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| Flexion (if > 20°) | Frequent | | 21 - 44° | | |
| Extension (if > 0°) | Frequent | | 1 - 20° | | |
| Twist (if > 45°) | Frequent | BOTH | > 45 | | |
| Side Bend (if > 25°) | Frequent | BOTH | > 25 | | |
| **Lower Extremity** | **Frequency** | **Extremity Side** | **Max Value** | | |
| Squatting/Crouching | Occasional | | 46-89° | | |
| Kneeling | Frequent | BOTH | | | |
| Crawling | Frequent | | 3" | | |
| In/Out Vehicle | Occasional | | | | |
| **Lift Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Horizontal Location** |
| Bench to Shelf Height | Occasional | >= 40.0 lbs | 62.8 lbs | BOTH | >= 18 in. |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** | |
| Gripping | Occasional | | | | |
| Trigger Pulls | Occasional | 3.3 - 5.9 lbs | 5.5 lbs | BOTH | |

**Key:**
*Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls*- Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement*- Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

**Lincoln/Reece 1943**

| Requirements/Factors | Perception Conditions | Cognition Conditions |
|---|---|---|
| • Driving Vehicle (Forklift, etc.)<br>• Machine Equipment Operation<br>• Balancing Required | • Depth<br>• Peripheral<br>• Close Vision (read dials, instructions)<br>• Distance Vision (20 feet or more)<br>• Change Focus (close to distance)<br>• Color Vision<br>• Shape/Size | • Reasoning, Planning<br>• Memory (short and long-term)<br>• Multi-Step Procedures<br>• Simple Mathematics<br>• Work Alone<br>• Comprehend Verbal and Written Instructions |
| **Environmental Conditions** | **PPE Requirements** | |
| • Work near moving machinery | • Safety Glasses<br>• Steel Toes<br>• Gloves<br>• Other | |

Premise Health. Keep your edge.

# Physical Demand Analysis

## TMMK :: Paint Lexus :: Paint Finish/ Pre-Assembly :: LT 130/ 230 :: TEAM 5 :: HOSPITAL

| Mobility Position | Frequency | Seat Height | | | |
|---|---|---|---|---|---|
| Walking | Constant | | | | |
| Standing | Constant | | | | |
| Sitting | Constant | 26 | | | |
| **Neck Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| Flexion (if > 20°) | Frequent | | > 45° | | |
| Extension (if > 20°) | Frequent | | >= 45° | | |
| Rotation (if > 30°) | Frequent | BOTH | >= 70° | | |
| Lateral Flexion (if > 30°) | Frequent | BOTH | > 30° | | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | | |
| Below Bench Height <35" | Frequent | BOTH | 3 | | |
| Bench to Shelf Height 35" - 55" | Frequent | BOTH | 52 | | |
| Overhead Height >= 56" | Frequent | BOTH | 77 | | |
| Horizontal Reach | Constant | BOTH | 38 | | |
| **Seated Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | | |
| Below Bench Height | Frequent | BOTH | -5 | | |
| Bench to Shelf Height | Frequent | BOTH | | | |
| Overhead Height | Frequent | BOTH | 30 | | |
| Horizontal Reach | Frequent | BOTH | 38 | | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | | |
| Elbow Flexion (if > 90°) | Frequent | BOTH | > 90° | | |
| Wrist Flexion (if > 45°) | Frequent | BOTH | > 45° | | |
| Wrist Extension (if > 45°) | Frequent | BOTH | > 45° | | |
| Wrist Twisting | Occasional | BOTH | >= 3 Turns | | |
| Hand Tools | Constant | BOTH | Medium 3.5 - 5.5 lbss | VIBRATORY | |
| **Low Back Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| Flexion (if > 20°) | Frequent | | 45 - 89° | | |
| Extension (if > 0°) | Frequent | | > 20° | | |
| Twist (if > 45°) | Frequent | BOTH | > 45 | | |
| Side Bend (if > 25°) | Frequent | BOTH | > 25 | | |
| **Lower Extremity** | **Frequency** | **Extremity Side** | **Max Value** | | |
| Squatting/Crouching | Occasional | | 46-89° | | |
| Kneeling | Occasional | BOTH | | | |
| Crawling | Occasional | | 3" | | |
| In/Out Vehicle | Occasional | | | | |
| **Lift Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Horizontal Location** |
| Bench to Shelf Height | Occasional | >= 40.0 lbs | 62.8 lbs | BOTH | >= 18 in. |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** | |
| Gripping | Occasional | | | | |
| Trigger Pulls | Occasional | 3.3 - 5.9 lbs | 5.5 lbs | EITHER | |

**Key:**
*Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls-* Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement-* Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

**Lincoln/Reece 1945**

| Requirements/Factors | Perception Conditions | Cognition Conditions |
|---|---|---|
| • Driving Vehicle (Forklift, etc.)<br>• Machine Equipment Operation<br>• Balancing Required | • Depth<br>• Peripheral<br>• Close Vision (read dials, instructions)<br>• Distance Vision (20 feet or more)<br>• Change Focus (close to distance)<br>• Color Vision<br>• Shape/Size | • Reasoning, Planning<br>• Memory (short and long-term)<br>• Multi-Step Procedures<br>• Simple Mathematics<br>• Work Alone<br>• Comprehend Verbal and Written Instructions |
| **Environmental Conditions** | **PPE Requirements** | |
| • Work near moving machinery | • Safety Glasses<br>• Steel Toes<br>• Gloves<br>• Other | |

**From:**Judy Lykins (TMMK) <judy.lykins@toyota.com>
**Sent:**Tue, 2 Feb 2021 14:58:17 +0000
**To:**Cruz, Erika
**Subject:**RE: Job Description For Jamie Reece TM 277390

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Erika, Jamie Reece is no longer an employee of Toyota. She was terminated 06/01/2020

---

**From:** Donna Sutherland (TMMK) <donna.sutherland@toyota.com>
**Sent:** Tuesday, February 2, 2021 9:21 AM
**To:** Cruz, Erika <Erika.Cruz@lfg.com>; Judy Lykins (TMMK) <judy.lykins@toyota.com>
**Subject:** RE: Job Description For Jamie Reece TM 277390

●● PROTECTED 関係者外秘

Hi Erika,

These requests need to go to Judy Lykins.

Judy, can you send please.

***Donna M. Sutherland***
***FMLA Administrator/STD/LTD***
***HR Integrated Medical Services***
***Desk: 502-868-2935***

**Confidentiality Notice: This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the email address. If you are not the intended recipient, you are hereby notified that any disclosure, copying distribution, or reliance upon the contents of this email is strictly prohibited. If you have received this email transmission in error, please reply to me via email so that arrangements for proper delivery can be made, and then please delete the message from your inbox. Thank you!**

---

**From:** Cruz, Erika <Erika.Cruz@lfg.com>
**Sent:** Monday, February 1, 2021 4:54 PM
**To:** Donna Sutherland (TMMK) <donna.sutherland@toyota.com>
**Subject:** [EXTERNAL] Job Description For Jamie Reece TM 277390

Hello Donna,

I'm in need of a job description for Ms. Jamie Reece that outlines her work duties, tasks, responsibilities, etc; all we have are numerous physical demand forms that do not provide us w/ the actual job description.

If there is no job description available, I would need to have the attached form completed please?

Please let me know if you have any questions,

Thanks in advance,

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.**

Erika Cruz
LTD Technical Specialist I
Lincoln Financial Group
P.O. Box 2578
Omaha, NE 68172-9688

800.320.7585 Office
X41622 Extension
603.334.3543 Fax

LincolnFinancial.com

Follow us on:

This e-mail and any attachments thereto, are intended only for the use of the addressee named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail or telephone at 1-800-320-7585 Ext. 41622. Permanently delete the original and any copy of the e-mail along with any printout thereof.

PLEASE NOTE: Liberty Mutual Insurance Company ("Liberty Mutual") has recently completed an agreement with Lincoln Financial Group pursuant to which it has sold the Liberty Life Assurance Company of Boston. The employee who sent this email is no longer employed by Liberty Mutual or any of its affiliates, and instead is now an employee of Lincoln Financial Group. In order to facilitate a smooth transition between the entities and allow our customers the opportunity to update contact information, this email is being delivered using a legacy Liberty Mutual email address and email system, but Liberty Mutual is not responsible for its contents. We ask that you please update your contact information accordingly.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:**Cruz, Erika
**Sent:**Mon, 1 Feb 2021 21:54:08 +0000
**To:**Donna Sutherland (TMMK)
**Subject:**Job Description For Jamie Reece TM 277390
**Attachments:**Job Description Form.docx

Hello Donna,

I'm in need of a job description for Ms. Jamie Reece that outlines her work duties, tasks, responsibilities, etc; all we have are numerous physical demand forms that do not provide us w/ the actual job description.

If there is no job description available, I would need to have the attached form completed please?

Please let me know if you have any questions,

Thanks in advance,

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.**


Erika Cruz
LTD Technical Specialist I
Lincoln Financial Group
P.O. Box 2578
Omaha, NE 68172-9688

800.320.7585 Office
X41622 Extension
603.334.3543 Fax

LincolnFinancial.com

Follow us on:



This e-mail and any attachments thereto, are intended only for the use of the addressee named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail or telephone at 1-800-320-7585 Ext. 41622. Permanently delete the original and any copy of the e-mail along with any printout thereof.

PLEASE NOTE: Liberty Mutual Insurance Company ("Liberty Mutual") has recently completed an agreement with Lincoln Financial Group pursuant to which it has sold the Liberty Life Assurance Company of Boston. The employee who sent this email is no longer employed by Liberty Mutual or any of its affiliates, and instead is now an employee of Lincoln Financial Group. In order to facilitate a smooth transition between the entities and allow our customers the opportunity to update contact information, this email is being delivered using a legacy Liberty Mutual email address and email system, but Liberty Mutual is not responsible for its contents. We ask that you please update your contact information accordingly.

VOC Suite

# VOCATIONAL CASE MANAGEMENT

## Transferable Skills Analysis

**PLEASE HAVE THE FOLLOWING IN THE CLAIM FILE BEFORE REFERRING**

- ☐ JOB DESCRIPTION (if cannot obtain in writing, must have phone doc from discussions with EE/ER detailing job duties)
- ☐ PHYSICAL JOB EVALUATION FORM (if available)
- ☐ UPDATED MEDICAL WITH CLEAR R&L'S
- ☐ TRAINING-EDUCATION-EXPERIENCE FORM
- ☐ MANAGER APPROVAL (if required)
- ☐ ATTORNEY INFO (if applicable)

FROM: Erika Cruz DATE: Tuesday, January 19, 2021

## CLAIM BACKGROUND

Claimant Name: JAMIE REECE Claim Number: 8356763

☐ STD ☑ FULLY INSURED ( THRESHOLD $ )

☑ LTD ☐ ASO ☐ LIFE Has MDS worked the claim? ☑ YES ☐ NO

Employer: TOYOTA MOTOR ENGINEERING & MAN

Change In DEF. Date: 10/20/2020

Pre-Disability Earnings: $3,562.00 / M (mode) Claim Service Type: ADOP

**Document Locations**

☑ Document List ☐ Correspondence ☐ Paper File

**Case Manager's Recommendations / Reason For Referral:**

Please complete TSA based on R&LS indicated on PM&R PR from 1/8/21. Ben. Amount: $2137.20

**From:** LincolnAbsenceNotification@lfg.com
**To:** donna.sutherland@toyota.com;judy.lykins@toyota.com;debbie.thompson@toyota.com;forrest.harmon@toyota.com
**Subject:** LINCOLN FINANCIAL NOTIFICATION: Approval of Long Term Disability for Jamie Reece 277390 Claim 8356763

This is to notify you that there has been an approval of your Team Member's Long Term Disability claim.

**Long Term Disability Information:**

Last Day Worked: 4/14/2018

Date of Disability: 4/15/2018

Benefit Begin Date: 10/21/2018

Claim Status: Approved

If you have further questions, please call Lincoln Financial at (800) 291-0112 ext. 41622 or contact the assigned Case Manager at Erika.Cruz@lfg.com. Please be sure to reference claim number 8356763.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

**From:**Justin, Tiffani <Tiffani.Justin@genexservices.com>
**Sent:**Mon, 11 Jan 2021 13:31:31 +0000
**To:**VendorReferrals
**Subject:**J. Reece - CL 8356763
**Attachments:**Invoice.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good morning,

Attached please find the Invoice for the above referenced claimant.

Please advise if we can further assist you with this file.

Thanks for the referral,


Tiffani Justin

Genex Services, LLC
Direct: (267) 818-9176
Fax: (561) 273-7732
Tiffani.Justin@genexservices.com


**Access our portal at: View My Cases**


All electronic communications from ECN / Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

All electronic communications from Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by

law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

ECN
Exam Coordinators Network A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com Web: www.ecnime.com

**Invoice:** **BOCA 99338**

**Date** **1/8/2021**

***Bill To:***

**Erika Cruz**
**Lincoln Financial-London, KY**
**P.O. Box 7207**
**London, KY 40742**

| | |
|---|---|
| **Claim #** | 8356763 |
| **Date of Loss:** | 4/15/2018 |
| **ECN #** | 165744-1 |
| **Account #** | |

**Claimant** Jamie Reece

| | | |
|---|---|---|
| 12/28/2020 | Peer Review - Long Term Disability: Service Provider: John Z Zheng, DO Specialty: PMR/Pain Management | $660.00 |
| | **SubTotal** | $660.00 |
| | **Final Invoice Total** | $660.00 |

***Remit To:***
Exam Coordinators Network
440 E. Swedesford Road
Suite 3000
Wayne, PA 19087

Terms: Net 30 days
Tax Id #: 95-3327434

THANK YOU FOR THE OPPORTUNITY TO PROVIDE THIS SERVICE FOR YOU. PLEASE REMIT PAYMENT PROMPTLY.

# John Zheng, DO
## *Board-Certified in Physical Medicine & Rehabilitation*
## *Pain Medicine*

CLAIMANT NAME: Jamie Reece
EXAMINER: John Z. Zheng, DO
ECN #: 165744-1
CLAIM #: 8356763
DATE OF LOSS: 4/15/2018
DATE OF SERVICE: 1/8/2021

**Peer Review**

I have been asked to review the medical records on behalf of ECN. This is a peer review regarding Jamie Reece. I reviewed records from 2/11/2019 through 10/27/2020 including:

Katherine S. Roden, MD / Pain Management, extending from 2/11/2019 to 10/20/2020; Syed H. Abbas, MD / Rheumatology, extending from 2/11/2019 to 7/24/2020; Kort / Physical Therapy, on 4/4/2019; Amy K. Collins, APRN / Registered Nurse, on 4/9/2019; Shailendra Chopra, MD / Diagnostic Radiology, on 4/16/2019; An-Yu Chen, MD / Gastroenterology, extending from 4/23/2019 to 10/28/2020; Collin A. St. Clair, DO / Family Medicine, extending from 8/21/2019 to 3/30/2020; Lab Records, on 8/21/2019, 10/2/2019, 1/15/2020, 7/24/2020, 10/12/2020; Ellen J. Flinchum, MD / Psychiatry, on 9/23/2019; Ray M. Van Metre, MD / Otolaryngology, extending from 10/11/2019 to 1/3/2020; Andrew R. Schneider, MD / Neurology, on 6/26/2020; Behzad Ehmad, MD / Physical Medicine & Rehabilitation, on 7/27/2020; Susanna Moberly, APRN / Registered Nurse, extending from 7/31/2020 to 10/12/2020; Screening Questionnaires from Lexington Clinic, on 7/31/2020, 10/12/2020; Timothy J. Averion-Mahloch, MD / Diagnostic Radiology, on 10/12/2020; John W. West, MD / Diagnostic Radiology, on 10/12/2020; Surgical Pathology Report, on 10/28/2020.

The claimant is a 52-year-old female with a medical history significant for complex regional pain syndrome, psoriatic arthritis and Cervicalgia.

02/11/2019 The claimant was seen by Syed Abbas, M.D., for a follow-up visit. She stopped the Humira in December and felt that it contributed to the numbness in her right arm. She was using a compression sleeve in the right arm, but she was unsure if this was helping. Humira was resumed at 40 mg every 4 weeks.

02/11/2019 The claimant was seen by Katherine Roden, M.D., for a follow-up visit. She presented with a compression sleeve to assist with edema. There was no temperature or color change noted. She reported that Gabapentin provided her with the best relief and denied any adverse side effects with her current medication dose. Gabapentin was increased to 800 mg TID, and she was started on Tizanidine 4 mg TID. Baclofen was discontinued.

03/11/2019 The claimant was seen by Katherine Roden, M.D., for a follow-up on her chronic neck, shoulder, and arm pain. She was taking Gabapentin 800 mg with some side effects resulting in her to fall, so her dose was decreased to 600 mg with a muscle relaxer. She stated her pain was well controlled with this method with no side effects. She was advised to continue her current medication regimen and follow-up in 3 months.

04/09/2019 The claimant was seen by Amy Collins, APRN, for epigastric pain for the last 3 weeks. She reported this was a constant, dull ache. She reported bloating, weight gain, some dysphagia of pills, and reflux that was controlled with Esomeprazole. She has diarrhea and constipation that alternate but said that this was her normal bowel pattern. She denied nausea, vomiting, coffee-ground emesis, food triggers, rectal bleeding, melena, reflux, heartburn, regurgitation, or respiratory symptoms. Lab tests (CBC, CMP, amylase, lipase), FOBT, and abdominal ultrasound were requested.

04/16/2019 Abdominal ultrasound revealed a normal sonogram of the abdomen.

04/23/2019 The claimant was seen by An-yu Chen, M.D., for a follow-up regarding abdominal pain. She reported no changes in her symptoms. She described the pain as dull and achy with a burning sensation. She was scheduled for EGD.

06/10/2019 The claimant was seen by Katherine Roden, M.D., for a medication follow-up. She was able to tolerate the Lyrica moreover than the Gabapentin. She noted that she had been waking up with pain and doesn't think the dose was strong enough. She rated her pain as 3/10. Lyrica was increased to 75 mg BID, and she was advised to follow-up in one month for further evaluation.

07/08/2019 The claimant was seen by Katherine Roden, M.D., for a follow-up with regards to CRPS of the right upper extremity. She has previously been on Gabapentin with good improvement in symptoms but had to transition to Lyrica secondary to GI side effects. On her last visit, Lyrica was increased to 75 mg BID. She reported minimal improvement in symptoms with the use of Lyrica. She was now complaining of right neck, shoulder, and shoulder blade discomfort with associated muscle spasms. She also has neuropathic pain and swelling in her right forearm and wrist. She no longer wears her compression sleeve secondary to skin irritation. Lyrica was increased to 100 mg TID, and she was advised to return in one month for further evaluation.

08/05/2019 The claimant was seen by Katherine Roden, M.D., for a follow-up with regards to medication management in the setting of CRPS of the right upper extremity. On her last visit, she had her Lyrica dose adjusted to 100 mg TID. She now noted good improvement in symptoms with the use of the medication. She reported mild cognitive symptoms but noted that they have improved over the course of the month. They were not infringing on her ability to function nor do they affect her overall activities throughout the day. She noted no benefit with the use of Tizanidine for her muscle spasms in her neck and shoulders. She continued to do massage therapy with benefit. She was advised to continue her current medication regimen and follow-up in 2 months.

08/12/2019 The claimant was seen by Syed Abbas, M.D., for a follow-up on psoriatic arthritis and CRPS. She just went back on Humira at 40 mg every 2 weeks. Her joints and skin were doing well now. She reported she was unable to tolerate the right arm compression sleeve and the Gabapentin due to GI upset. She was advised to continue her current medication regimen.

08/21/2019 The claimant had a consultation with Collin St. Clair, D.O. She has a history of psoriatic arthritis, IBS, chronic right shoulder pain, and hysterectomy. Her symptoms were stable. Lipid panel and HbA1c were requested and she was advised to continue her current medication regimen.

09/05/2019 The claimant was seen by Syed Abbas, M.D., for evaluation of pain and swelling involving the left hand going over the last 2 weeks. She reported no trauma or injury. She has a history of complex regional pain syndrome involving the right upper extremity. She also has psoriatic arthritis and was currently on Humira injections. Corticosteroid injection in the left wrist was performed.

09/23/2019 The claimant was seen by Ellen Flinchum, M.D., for a follow-up visit. She complained of right upper extremity CRPS and pain in her left hand, occasionally in her left forearm. She was not experiencing problems with bowel movement and was not having any difficulty with urination. She reported pain relief with Pregabalin 100 mg TID. She was advised to continue her current treatment and follow-up in 5 weeks.

10/02/2019 The claimant was seen by Syed Abbas, M.D., for a follow-up on psoriatic arthritis. She was currently on Humira injections every 2 weeks and denied any side effects. She also complained of pain in her right upper extremity and lately in her left upper extremity. She described the pain as burning, tingling, and at times sharp associated with swelling of the distal arm. She has a history of complex regional pain syndrome involving the right upper extremity and seemed like she was having similar symptoms in her left upper extremity. She was advised to continue her current treatment and continue with the suggestions of the pain management clinic for her CRPS.

10/11/2019 The claimant was seen by Ray Van Metre, M.D., for an evaluation of globus sensation and facial swelling below her left eye. She had been experiencing these symptoms for about 4-6 weeks. About 30 years ago, she had sinus surgery on the left side done by Dr. Wardrop. She had concerns with choking after swallowing. She had a Barium Swallow study was done which reportedly was clear. She noted no difficulty breathing daily. She was currently struggling with allergies that were causing nasal congestion, gum pain, cough, and fever. Flexible laryngoscopy was performed. She was given a prescription for Prednisone 20 mg, Cefdinir 300 mg every 12 hours for 7 days, and Diflucan 150 mg OD for 2 days.

11/05/2019 The claimant was seen by Katherine Roden, M.D., for a follow-up regarding pain in her right shoulder and forearm in the setting of CRPS. She described it as constant and was traveling to her left arm and hand. She stated that she fell off her bed and broke her right wrist and tailbone and had to have surgery on her wrist. She reported

inflammation on her left digitalis and hand. She was advised to continue her current medication regimen and follow-up in 4 months.

01/03/2020 The claimant was seen by Ray Van Metre, M.D., for a follow-up of globus sensation and dysphagia. Since her last visit, her throat was still bothersome for her as there was still a lump in her throat. The dysphagia was slightly improving but the lump was still the same. She denied any hoarseness or pain. Flexible laryngoscopy was performed. She was advised to get a second opinion from the head and neck Otolaryngology specialists at the University of Kentucky.

01/15/2020 The claimant was seen by Collin St. Clair, D.O., for a follow-up visit. She reported that she woke up a few days ago with a headache and has continued off and on since that time, varying in character. Originally it felt like it was on top of her head and felt like she needed to hold her head for relief. At another point, she felt like poking in her ears. Most recently, it had been intermittent, left-sided pain behind and medial to her left eye. She endorsed some photophobia and phonophobia but said this was common with most of her headaches. She denied any vision changes, eye discharge/drainage, rhinorrhea, nasal congestion, nausea, vomiting, and fevers. Her symptoms were overall better than at the onset a few days ago, not hurting on top of her head as much as it has, which was more uncomfortable. She was given a prescription for Imitrex 50 mg.

03/06/2020 The claimant was seen by Katherine Roden, M.D., for a follow-up visit. She reported increased pain in her right shoulder and neck that started 3-4 weeks ago. She rated her pain as 4/10. She was advised to continue her current medication regimen and she was referred to physical therapy.

03/30/2020 The claimant had a telemedicine consultation with Collin St. Clair, D.O. She reported that two days ago, she started having discomfort in her left upper back radiating into her left upper/posterior arm. There was nothing on the opposite side. She felt a pulling sensation, but there was no acute injury, then she started developing sensitivity in the area. Her discomfort improves with Lyrica. She was given a prescription for Valtrex 1 gm every 8 hours for 7 days.

05/15/2020 The claimant had a telemedicine consultation with Katherine Roden, M.D. She reported worsening frontal headaches as of late. She also has returned to PT and had to postpone due to COVID-19. She was referred to Neurology.

06/19/2020 The claimant was seen by Katherine Roden, M.D., for a follow-up visit. She noted ongoing symptoms in her right upper extremity with discomfort through the upper arm and into the forearm. She reported some improvement from the Lyrica 100 mg TID and Tizanidine 4 mg TID PRN. Her last dose of Lyrica was on 06/19/20. She also started noticing nerve pain in her BLE that started approximately 3 weeks ago. She was advised to continue her current medication regimen and follow-up in 4 months.

06/26/2020 The claimant had a consultation with Andrew Schneider, M.D., for evaluation of headache. She has been bothered by headaches for 4-5 months. These were

not present daily, but they come and go; she can have them for several days in a row and then go for 4-5 days with none. She felt like it crawls up the back of her head and settles in frontally on both sides. It can be mild and dull and steady, and other times it can be a piercing pain, or she can feel like she has to hold her head. She takes Advil PRN. She has had right shoulder pain for two years, which she says was permanent and had been attributed to "CRPS Type I". This causes pain and tightness in the shoulder and into the neck, and she believes this was associated with these headaches. She takes Lyrica 100 mg TID and Tizanidine TID for the pain, and occasionally Tramadol, which does not help much. She was given a prescription for Effexor XR 37.5 mg OD.

07/24/2020 The claimant had a telemedicine consultation with Syed Abbas, M.D., for a follow-up on chronic psoriasis and psoriatic arthritis. She seemed to be more symptomatic with both activities of skin and joints. She was currently on Humira at 40 mg every 2 weeks. She has tried but failed to tolerate Methotrexate due to elevated liver enzymes. She has also failed Enbrel in the past. She was advised to try Cosentyx 300 mg every 4 weeks after a loading dose of 150 mg weekly for the first 5 weeks.

07/31/2020 The claimant was seen by Susanna Moberly, APRN, for a follow-up visit. She reported that her right hip pain was worsening and keeping her up at night. She has not received her loading dose of Cosentyx. Depo-Medrol injection was administered.

09/18/2020 The claimant had a telemedicine consultation with Susanna Moberly, APRN. She reported pain and stiffness in her hands and legs along with more frequent skin breakouts. She has a history of complex regional pain syndrome involving the right upper and lower extremity. She was given a prescription for Cosentyx. She was advised to continue her current medication regimen and follow-up in 2 months.

10/12/2020 The claimant was seen by Susanna Moberly, APRN, for a follow-up on psoriatic arthritis. She was currently on Xeljanz 11 mg OD. She denied any side effects. She continued with shin and back itching and rashes despite being on the Xeljanz. She had been having right hip pain and stiffness around the right buttocks. She also reported left hand pain and tenderness. Bilateral hips and lumbar x-ray were requested. Lab tests (CBC, ESR, Creatinine, ALT, AST) were also requested.

10/12/2020 Bilateral hips x-ray revealed minimal degenerative changes in the hips and pelvis.

10/12/2020 Lumbar x-ray revealed mild degenerative disc disease of the lumbar spine.

10/19/2020 The claimant had a telemedicine consultation with An-Yu Chen, M.D. She was scheduled for a colonoscopy. Her last colonoscopy was 07/2017, EGD for dysphagia last year. She was under a lot of stress because her son almost died from a drug overdose and organ failure. She was given a refill for Esomeprazole 40 mg.

10/20/2020 The claimant was seen by Katherine Roden, M.D., for a follow-up visit. She reported some extension of her symptoms into her left upper extremity with swelling and

temperature change from the hands up through the elbow. Her principal issue continued to be her right hip discomfort. She underwent x-ray imaging of the hip as well as lumbar back with mild degenerative changes noted. MRI of the lumbar spine was requested.

**DIAGNOSES:**

Cervicalgia.

**CALL ATTEMPTS:**

Dr. Roden's office Tuesday 12/29/20; 9:14 AM; Left a message at Lexington Clinic Pain Management with clinical receptionist, Farrah.

12/30/20, 10:45AM, return call - Nurse Pam left a message with my office, that per Dr. Roden, there are no restrictions placed on the claimant. Respectfully, the medical documentation would support the restrictions outlined below.

1. **Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).**

Complex regional pain syndrome (G90. 5)
Cervicalgia (M54.2)
Headache (R51)

2. **If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).**

Psoriatic arthritis (L40. 52)
Polyp of sigmoid colon (K63.5)
Symptomatic dysphagia (R13. 10)

**3. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 10/1/20 to present, and comment on the expected duration.**

Taking into consideration the entire clinical picture, including standards of care, evidence-based medicine, and with the medical information provided is indicative of ongoing impairment from 10/1/20 to present.

The medical records reflect that the claimant is a 52-year-old female with a medical history significant for complex regional pain syndrome and psoriatic arthritis. On 03/06/2020 The claimant was seen by Katherine Roden, M.D., for a follow-up visit. She reported increased pain in her right shoulder and neck that started 3-4 weeks ago. She rated her pain as 4/10. The claimant had a telemedicine consultation with Collin St. Clair, D.O. on 03/30/2020 she reported that two days ago, she started having discomfort in her

left upper back radiating into her left upper/posterior arm. There was nothing on the opposite side. She felt a pulling sensation, but there was no acute injury, then she started developing sensitivity in the area. Her discomfort improves with Lyrica. On 06/19/2020 The claimant was seen by Katherine Roden, M.D., for a follow-up visit. She noted ongoing symptoms in her right upper extremity with discomfort through the upper arm and into the forearm. She reported some improvement from the Lyrica 100 mg TID and Tizanidine 4 mg TID PRN. Her last dose of Lyrica was on 06/19/20. She also started noticing nerve pain in her BLE that started approximately 3 weeks ago. 06/26/2020 The claimant had a consultation with Andrew Schneider, M.D., for evaluation of headache. She has been bothered by headaches for 4-5 months. These were not present daily, but they come and go; she can have them for several days in a row and then go for 4-5 days with none. She felt like it crawls up the back of her head and settles in frontally on both sides. It can be mild and dull and steady, and other times it can be a piercing pain, or she can feel like she has to hold her head. She takes Advil PRN. She has had right shoulder pain for two years, which she says was permanent and had been attributed to "CRPS Type I". This causes pain and tightness in the shoulder and into the neck, and she believes this was associated with these headaches. She takes Lyrica 100 mg TID and Tizanidine TID for the pain, and occasionally Tramadol, which does not help much. The claimant was seen by Susanna Moberly, APRN, on 07/31/2020 for a follow-up visit. She reported that her right hip pain was worsening and keeping her up at night. 09/18/2020 The claimant had a telemedicine consultation with Susanna Moberly, APRN. She reported pain and stiffness in her hands and legs along with more frequent skin breakouts. She has a history of complex regional pain syndrome involving the right upper and lower extremity. She was given a prescription for Cosentyx. On 10/12/2020 The claimant was seen by Susanna Moberly, APRN, for a follow-up on psoriatic arthritis. She was currently on Xeljanz 11 mg OD. She denied any side effects. She continued with shin and back itching and rashes despite being on the Xeljanz. She had been having right hip pain and stiffness around the right buttocks. She also reported left hand pain and tenderness. Bilateral hips and lumbar x-ray were requested. Lab tests (CBC, ESR, Creatinine, ALT, AST) were also requested. 10/12/2020 Bilateral hips x-ray revealed minimal degenerative changes in the hips and pelvis. 10/12/2020 Lumbar x-ray revealed mild degenerative disc disease of the lumbar spine. On 10/20/2020 The claimant was seen by Katherine Roden, M.D., for a follow-up visit. She reported some extension of her symptoms into her left upper extremity with swelling and temperature change from the hands up through the elbow. Her principal issue continued to be her right hip discomfort. She underwent x-ray imaging of the hip as well as lumbar back with mild degenerative changes noted.
Given the claimant's Complex regional pain syndrome, Cervicalgia, and Headache, the claimant requires restrictions and limitations as outlined below.

The claimant has the following restrictions and limitations from 10/1/20 to present with reassessment on or around 4/1/2021.

Sitting: unrestricted
Standing: frequently, up to 30 minutes at a time, for up to 4 hours per day
Walking: frequently, up to 30 minutes at a time, for up to 3 hours per day

Lifting: occasional up to 20 lbs.
Carrying: occasional up to 20 lbs.
Pushing: occasional up to 20 lbs.
Pulling: occasional up to 20 lbs.
Climbing stairs: occasionally
Balancing: occasionally
Stooping: occasionally
Kneeling: never
Crouching: occasionally
Crawling: never
Reaching: occasionally overhead and below waist level; unrestricted desk level BUE
Use lower extremities for foot controls: frequently BLE
Fine manipulation: frequently BUE
Simple and firm grasping: frequently BUE

**a. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.**

N/A

**4. Treatment Opportunities: Is the treatment provided consistent with the standard of care or the apparent level of severity of the condition(s)? Is there any evidence that the claimant is not compliant with treatment that meets the standard of care?**

Yes, the treatment provided is consistent with the standard of care for the apparent level of severity of the conditions. There is no evidence that the claimant is not compliant with treatment that meets the standard of care.

**5. Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g. workplace conflicts, child or elder care issues, or legal issues)?**

No, there are no non-medical circumstances identified in the medical records that may interfere with work-related activities.

Sincerely,



John Z. Zheng, DO
Physical Medicine & Rehabilitation
Pain Medicine
Medical License CA 14602

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com • Web: www.ecnime.com

Claimant Name: Jamie Reece
Claim Number: 8356763
Case Number: 165744-1

"I, John Z Zheng, DO, am a physician duly licensed to practice medicine in the State of California. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

1/8/21

Medical/Professional License # 14602

**From:** Justin, Tiffani <Tiffani.Justin@genexservices.com>
**Sent:** Fri, 8 Jan 2021 21:57:14 +0000
**To:** VendorReferrals
**Subject:** J. Reece - CL 8356763
**Attachments:** Peer Review.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good afternoon,

Attached please find the Peer Review report for the above referenced claimant. Invoice to follow.

Please advise if we can further assist you with this file.

Thanks for the referral,


Tiffani Justin

Genex Services, LLC
Direct: (267) 818-9176
Fax: (561) 273-7732
Tiffani.Justin@genexservices.com


**Access our portal at: View My Cases**


All electronic communications from ECN / Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

All electronic communications from Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by

law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

# Facsimile Cover Sheet

**To:**
**Company:**
**Phone:**
**Fax:** (603) 334-3543

**From:** Katelynn Nolen
**Company:**
**Phone:** (859) 225-3731 * 108
**Fax:** 18592253731

**Date:** 12/23/2020
**Pages including this cover sheet:** 2

## Comments:

RE: Claimant: Jamie H. Reece
Claim No.: 8356763

MEHR, FAIRBANKS & PETERSON
TRIAL LAWYERS

201 West Short Street, Suite 800 • Lexington, Kentucky 40507 • 859-225-3731 • 859-225-3830 • www.mehrfairbanks.com

| | |
|---|---|
| M. Austin Mehr | amehr@austinmehr.com |
| Philip G. Fairbanks | pgf@austinmehr.com |
| Erik D. Peterson | edp@austiumehr.com |
| Bartley K. Hagerman | bkh@austinmehr.com |
| Elizabeth A. Thornsbury | elizabeth@austinmehr.com |

December 23, 2020

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
Attn: Erika Cruz
P.O. Box 7209
London, KY 40742

***sent via facsimile: 603-334-3543***

**RE: Claimant: Jamie H. Reece**
**Claim No.: 8356763**

Dear Ms. Cruz:

Please be advised that we received the check (no.0025355235) for the period 11/21/20 – 12/19/20, in the amount of $2,065.96. This is less than the normal monthly payment of $2,137.20. Please contact me to explain the discrepancy, and please provide me with a detailed calculation supporting this amount. Thank you.

Sincerely,

*/s/ Bartley K. Hagerman*

Bartley K. Hagerman

BKH/kmn

**From:**Leitch, Dewey
**Sent:**Wed, 23 Dec 2020 23:12:47 +0000
**To:**bkh@austinmehr.com
**Subject:**Reece 8356763

Hi Bartley,  we received your inquiry regarding the payment discrepancy.

I have reached out to a payment specialist to get a concrete answer.  It appears that the payment cycles have changed and  will follow-up with you once I have that information.  Please allow until early next week as we go into the long holiday weekend.  Thank you for understanding.

**Dewey Leitch**
LTD Technical Specialist I
Group Benefits

**Lincoln Financial Group**
LincolnFinancial.com

800-320-7585 ext 41482 Office

603-334-4176 Fax

Forbes 2020 THE BEST EMPLOYERS for WOMEN
Forbes 2020 THE BEST EMPLOYERS for DIVERSITY
BEST PLACES TO WORK 2020 for LGBTQ Equality 100% CORPORATE EQUALITY INDEX
AMERICA'S MOST RESPONSIBLE COMPANIES 2020 Newsweek statista
DEI BEST PLACE TO WORK FOR DISABILITY INCLUSION 2020 100% DISABILITY EQUALITY INDEX

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:** LincolnAbsenceNotification@lfg.com
**To:** donna.sutherland@toyota.com;judy.lykins@toyota.com;debbie.thompson@toyota.com;forrest.harmon@toyota.com
**Subject:** LINCOLN FINANCIAL NOTIFICATION: Approval of Long Term Disability for Jamie Reece 277390 Claim 8356763

This is to notify you that there has been an approval of your Team Member's Long Term Disability claim.

**Long Term Disability Information:**

Last Day Worked: 4/14/2018

Date of Disability: 4/15/2018

Benefit Begin Date: 10/21/2018

Claim Status: Approved

If you have further questions, please call Lincoln Financial at (800) 291-0112 ext. 41622 or contact the assigned Case Manager at Erika.Cruz@lfg.com. Please be sure to reference claim number 8356763.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

21591363

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

| | |
|---|---|
| Date: | October 21, 2020 |
| To: | RELEASE OF INFORMATION<br>LEXINGTON CLINIC<br>RECEIVED NOV 1 3 2020 BY: |
| Attn: | Medical Records |
| Fax: | (859) 395-0909 |
| From: | Erika Cruz<br>LTD Technical Specialist I<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 334-3543 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 8356763<br>Claimant: Jamie Reece<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

November 11, 2020

Release of Information
Lexington Clinic

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece
Claimant D.O.B.:

Dear Release of Information:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Toyota Motor Engineering & Manufacturing North America, Inc. 's Group Disability Policy. We are writing in reference to Jamie Reece's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by November 25, 2020.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Erika Cruz
LTD Technical Specialist I
Phone No.: (855) 508-4895 Ext. 41622
Secure Fax No.: (603) 334-3543

Attachments: 8356763-REQUEST-PROVIDER-10.21.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

October 21, 2020

Release of Information
Lexington Clinic

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece
Claimant D.O.B.:

Dear Release of Information:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 20, 2020 through Present.

We ask that you provide this information by November 4, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-3543 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Erika Cruz
LTD Technical Specialist I
Phone No.: (855) 508-4895 Ext. 41622
Secure Fax No.: (603) 334-3543

Attachments: 8356763-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.05.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4695
Secure Fax No.: (603) 334-3543

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, ~~insurance companies, Plan Sponsor/Administrator, governmental agency, MIB Inc., and any insurance support organizations.~~

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) ________________ Relationship ________

Signature of claimant or legal representative Jamie Reece

Date of Birth: ________ Claim Number: 8356763 Date: 15 May 2020

**A copy of this authorization will be considered as valid as the original**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

Person(s) or group(s) of persons authorized to use or disclose the information: Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, ~~insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.~~

Person(s) or group(s) of persons authorized to collect or otherwise receive the information: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

Description of the information that may be used or disclosed: This Authorization specifically includes the release of all information related to:

- My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
- ~~Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.~~
- ~~Information concerning Social Security benefits, including any records pertaining to me and my dependents.~~

The information will be used or disclosed only for the following purpose(s): For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant (print) Jamie Reece

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative Jamie Reece

Date of Birth: ____________ Claim Number: 8356760 Date: 15 May 2020

**A copy of this authorization will be considered as valid as the original.**

# Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 10/27/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (52yo, F) ID# 21591363 | **Appt. Date/Time** | 10/27/2020 08:00AM |
| | | **Service Dept.** | SURGERY SCHEDULE |
| **Provider** | AN-YU CHEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Referring Provider:** KATHERINE S RODEN MD: 1221 S BROADWAY 4TH FL, LEXINGTON, KY 40504, Ph (859) 258-6101, Fax (859) 258-4411 NPI: 1982967824
**Neurologist:** ANDREW R SCHNEIDER MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1932120219
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider (Worker's Comp):** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN, KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS, TN 38134, Ph (844) 516-3319, Fax (888) 302-1028
EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS, MO 63134, Ph (888) 327-9791, Fax (800) 837-0959

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 10/20/2020)

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

**PERCOCET**: Itching

## Medications

Medications not reviewed (last reviewed 10/20/2020)

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 10/19/20 | prescribed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 10/20/20 | prescribed |

| | | |
|---|---|---|
| **Multi Vitamin** | 11/17/17 | entered |
| **predniSONE 5 mg tablet**<br>take one po tid x 2 weeks; one po bid x 2 weeks then one po daily x 2 weeks | 10/12/20 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **Suprep Bowel Prep Kit 17.5 gram-3.13 gram-1.6 gram oral solution**<br>AS DIRECTED | 10/19/20 | prescribed |
| **terconazole 0.4 % vaginal cream**<br>Insert 1 applicator(s)ful every day by vaginal route for 7 days. | 10/26/20 | prescribed |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 10/20/20 | prescribed |
| **traMADoL 50 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 30 days. | 10/07/19 | prescribed |
| **Valium 5 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 1 day. | 10/27/20 | prescribed |
| **Xeljanz XR 11 mg tablet,extended release**<br>take one tablet everyday | 09/22/20 | changed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

Vaccines not reviewed (last reviewed 10/20/2020)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- History of polyp of colon - Onset: 10/19/2020
- Family history of Stomach cancer - Onset: 07/13/2017
- Globus sensation - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 10/20/2020)

| | |
|---|---|
| Mother | - Arthritis<br>- Hypertensive disorder |
| Father | - Hypercholesterolemia<br>- Family history of cancer |
| Maternal Uncle | - Heart disease |

## Social History

Social History not reviewed (last reviewed 10/20/2020)
**Gastroenterology**
Tobacco cessation counseling provided date: (Notes: tdotson14 answered No to the Tobacco cessation counseling provided question on 04/09/2019.)
Occupation: unemployed
Marital status: Married
Alcohol intake: None
Illicit drugs: no
Drugs Abused: no
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 10/20/2020
Chewing tobacco: none

## Surgical History

Surgical History not reviewed (last reviewed 10/20/2020)
- Procedure on wrist

right wrist break surgery 10/2019

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 03/30/2020)

## Past Medical History

Past Medical History not reviewed (last reviewed 10/20/2020)
Acid Reflux (GERD): **Y**
Allergies/Hayfever: **Y**
Arthritis: **Y**
Chicken Pox: **Y**
Headaches: **Y**
Notes: CRPS

## Physical Exam

Patient is a 52-year-old
female.

## Assessment / Plan

None recorded.

### Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 11/13/2020 at 10:30 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 11/17/2020 at 08:45 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023
- to see AN-YU CHEN, MD at GASTRO SB on or around 10/27/2023

## Encounter Sign-Off

Encounter signed-off by Melissa Blackwell, 10/30/2020.
Encounter performed and documented by AN-YU CHEN, MD
Encounter reviewed & signed by Melissa Blackwell on 10/30/2020 at 4:15pm

**Encounter Date: 10/20/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (52yo, F) ID# 21591363 | **Appt. Date/Time** | 10/20/2020 08:15AM |
| | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA | | |

Employer Name : TOYOTA
Med Worker's Comp: MSMM
Referring Provider Name : DONEGAN, RYAN P
Employer Name : KELLY SERVICES
Case # : SA211932PVY
Case Injury Date : 01/30/2018
Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC
Insurance # :
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: EXPRESS SCRIPTS - Member is eligible. details

## Chief Complaint

Jamie Reece 52yo femsle coming in with new pain. pt states she is having left arm pain with numbness. pt rated her pain 3/10 today.

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Referring Provider:** KATHERINE S RODEN MD: 1221 S BROADWAY 4TH FL, LEXINGTON, KY 40504, Ph (859) 258-6101, Fax (859) 258-4411 NPI: 1982967824
**Neurologist:** ANDREW R SCHNEIDER MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1932120219
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider (Worker's Comp):** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN, KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS, TN 38134, Ph (844) 516-3319, Fax (888) 302-1028
EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS, MO 63134, Ph (888) 327-9791, Fax (800) 837-0959

## Vitals

10/20/2020 08:38 am

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in | **Wt:** | 178 lbs | **BMI:** | 27.9 |
| **BP:** | 113/73 sitting | **Pain Scale:** | 3 | **Pain Scale Type:** | Numeric |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;
**PERCOCET**: Itching

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 10/19/20 | prescribed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 10/20/20 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **predniSONE 5 mg tablet**<br>take one po tid x 2 weeks; one po bid x 2 weeks then one po daily x 2 weeks | 10/12/20 | prescribed |
| **Probiotic** | 11/17/17 | entered |

**Suprep Bowel Prep Kit 17.5 gram-3.13 gram-1.6 gram oral solution** 10/19/20 prescribed
AS DIRECTED

**tiZANidine 4 mg tablet** 10/20/20 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**Xeljanz XR 11 mg tablet,extended release** 09/22/20 changed
take one tablet everyday

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- History of polyp of colon - Onset: 10/19/2020
- Family history of Stomach cancer - Onset: 07/13/2017
- Globus sensation - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| | - Hypertensive disorder |
| Father | - Hypercholesterolemia |
| | - Family history of cancer |
| Maternal Uncle | - Heart disease |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 10/20/2020
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

GYN History

(not configured)

Obstetric History

Obstetric History not reviewed (last reviewed 03/30/2020)

Past Medical History

Reviewed Past Medical History
Arthritis: **Y**
Headaches: **Y**
Notes: CRPS

HPI

51-year-old female presenting for follow-up with regards to CRPS. Her current regimen consists of Lyrica 100 mg 3 times a day and tizanidine when necessary.

ROS

Patient reports **numbness** but reports no loss of consciousness, no weakness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no muscle aches, no muscle weakness, no arthralgias/joint pain, no back pain, no swelling in the extremities, and no neck pain. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

Physical Exam

Patient is a 52-year-old female.

**Constitutional:**General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD.

**Psychiatric:**Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:**Head: normocephalic and atraumatic.

**Eyes:**Pupils: PERRLA. EOM: EOMI.

**Neck:**Neck: supple and trachea midline.

**Lungs:**Respiratory effort: no dyspnea.

**Cardiovascular System:**Heart Auscultation: normal S1 and S2 and RRR.

**Abdomen:**Bowel Sounds: normal. Inspection and Palpation: soft, non-distended, and no tenderness.

**Musculoskeletal::**Joints, Bones, and Muscles: normal movement of all extremities.

**Motor Strength:**Motor Strength and Tone: normal and normal tone. C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5

abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

**Neurologic:** Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no rash or lesions.

**Spine - Special Tests:** Cervical Spine negative axial loading test and Spurling's test and (normal) cervical spine. Other Findings **Myofascial pain**. Lumbar / Lumbosacral Spine (normal) lumbar / lumbosacral spine, **positive axial load**, and negative SLR.

**Hips - Special Tests:** Hip Right: Patrick-Fabere test negative. Hip Left: Patrick-Fabere test negative.

## Assessment / Plan

53-year-old female presenting for follow-up with regards to CRPS. Patient has were preventative work-related injury in the right upper extremity from her job at Toyota. She notes allodynia, temperature and color change as well as edema in the right upper extremity. She is undergone physical therapy. She continues with home stretching. More recently, she has noticed some extension of her symptoms into the left upper extremity with swelling and temperature change in the left upper extremity from the hands up through the elbow. No changes are evident on exam today. She continues to be managed by rheumatology for her psoriatic arthritis. She is currently on prednisone as well as xeljanz. She notes ongoing discomfort although it is too early necessarily to make a judgment call on improvement with xeljanz. her principal issue continues to be her right hip discomfort. She underwent x-ray imaging of the hip as well as lumbar back with mild degenerative changes noted. She reports posterior buttock pain with radiation around to the groin. Patrick's test is negative. She doesn't have any tenderness to palpation around the greater trochanteric bursa. She continues with stretching exercises without benefit. I can't reproduce symptoms on exam. To rule out underlying pathology, we discussed obtaining lumbar MRI imaging today as nerve irritation at the lower lumbar levels particularly L4-5 and L5-S1 can cause symptoms like though she is describing. We will plan to obtain lumbar MRI imaging today.

Her current regimen consists of Lyrica 100 mg 3 times a day and tizanidine when necessary. She notes improvement in symptoms with the use of the medicine. She denies any adverse side effects. She notes improved ability to perform her ADLs. We had previously discussed dose escalation of Lyrica to help better address pain complaints. Given her flare in psoriatic arthritis and her maintenance on prednisone at this point I think inadvisable to hold on any medication changes until we see how her symptoms settle out. Patient's in agreement. We will plan to refill her medication for a one-month supply. I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient has a signed pain management agreement per clinic policy. Urine drug screen is up to date and appropriate as per Kentucky medical board guidelines. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient. Patient will follow-up in one month for further evaluation.

**. Complex regional pain syndrome**

M89.00: Algoneurodystrophy, unspecified site

- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS
- Lyrica 100 mg capsule - Take 1 capsule(s) 3 times a day by oral route. Qty: 270 capsule(s) Refills: 0 Pharmacy: EXPRESS SCRIPTS HOME DELIVERY

**. Myofascial pain**

M79.10: Myalgia, unspecified site

- tizanidine 4 mg tablet - Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. Qty: 270 tablet(s) Refills: 0 Pharmacy: EXPRESS SCRIPTS HOME DELIVERY

**. Lumbar radiculopathy**

M54.16: Radiculopathy, lumbar region

- MRI, LUMBAR SPINE, W/O CONTRAST

Height (ft.): 5 ft 7 in Weight (lbs): 177

**atient Instructions**

WRAP-UP
Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- L MRI

- Refill Lyrica

- Refill Tizanidine

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

**Discussion Notes**

Spent 25 total minutes with the patient today. Greater than 50% of this time was spent counseling/coordination of care as documented in my assessment and plan above.

## Return to Office

- COVID19_SIMPSON for COVID - PRESURG at COVID-19 TENT SIMPSON on 10/23/2020 at 01:35 PM
- AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on 10/27/2020 at 08:00 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 11/13/2020 at 10:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 10/20/2020.

Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 10/20/2020 at 9:04am

**Encounter Date: 10/19/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (52yo, F) ID# 21591363 | **Appt. Date/Time** | 10/19/2020 01:30PM |
| | | **Service Dept.** | GASTRO SB |
| **Provider** | AN-YU CHEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Referring Provider:** KATHERINE S RODEN MD: 1221 S BROADWAY 4TH FL, LEXINGTON, KY 40504, Ph (859) 258-6101, Fax (859) 258-4411 NPI: 1982967824
**Neurologist:** ANDREW R SCHNEIDER MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1932120219
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider (Worker's Comp):** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

Patient's Pharmacies

**EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS, MO 63134, Ph (888) 327-9791, Fax (800) 837-0959**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS, TN 38134, Ph (844) 516-3319, Fax (888) 302-1028
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN, KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

Vitals

10/19/2020 02:01 pm
**Ht:** 5 ft 7 in

Allergies

Allergies not reviewed (last reviewed 10/12/2020)
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;
**PERCOCET**: Itching

Medications

Reviewed Medications

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 10/19/20 | prescribed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 05/15/20 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **predniSONE 5 mg tablet**<br>take one po tid x 2 weeks; one po bid x 2 weeks then one po daily x 2 weeks | 10/12/20 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 05/15/20 | prescribed |
| **traMADoL 50 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 30 days. | 10/07/19 | prescribed |
| **Xeljanz XR 11 mg tablet,extended release**<br>take one tablet everyday | 09/22/20 | changed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

Vaccines

Vaccines not reviewed (last reviewed 10/12/2020)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019

**REECE, JAMIE H (id #21591363, dob:**

- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- History of polyp of colon - Onset: 10/19/2020
- Family history of Stomach cancer - Onset: 07/13/2017
- Globus sensation - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 10/12/2020)

| | |
|---|---|
| Mother | - Arthritis |
| | - Hypertensive disorder |
| Father | - Hypercholesterolemia |
| | - Family history of cancer |
| Maternal Uncle | - Heart disease |

## Social History

Social History not reviewed (last reviewed 10/12/2020)
**Gastroenterology**
Tobacco cessation counseling provided date: (Notes: tdotson14 answered No to the Tobacco cessation counseling provided question on 04/09/2019.)
Occupation: unemployed
Marital status: Married
Alcohol intake: None
Illicit drugs: no
Drugs Abused: no
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 10/12/2020
Chewing tobacco: none

## Surgical History

Surgical History not reviewed (last reviewed 10/12/2020)

- Procedure on wrist

right wrist break surgery 10/2019

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 03/30/2020)

## Past Medical History

Past Medical History not reviewed (last reviewed 10/12/2020)
Acid Reflux (GERD): **Y**
Allergies/Hayfever: **Y**
Arthritis: **Y**
Chicken Pox: **Y**
Headaches: **Y**
Notes: CRPS

## HPI

The patient has requested and consented to a telehealth appointment today. Due to the current state of emergency it is appropriate to address patient's medical need via a telehealth appointment. Patient is currently physically in Kentucky.

This is a pleasant here for follow up regarding follow up care
Current status:due for follow up colonoscopy

Symptoms:GERD, some dysphagia and dyspepsia
Treatments:Nexium
Additional info:last colonoscopy 7/2017, EGD for dysphagia last year, in lots of stress because son almost died from drug overdose and organ failure

## ROS

**Additionally reports:**

**CONSTITUTIONAL: No fever, chills, or weight loss**

**ENT: No ear pain. No sore throat.**
**CARDIOVASCULAR: No chest pain, No edema.**
**PULMONARY: no shortness of breath, or cough.**
**GI: As detailed in the HPI.**
**GU: no dysuria,**
**NEURO: no headaches, visual changes, numbness, tingling, weakness**
**ENDOCRINE: no history of thyroid problems, no weight gain**
**ALLERGY/IMMUNE: No immune deficiency or hay fever.**
**SKIN: No itching or rashes**
**PSYCH: No depression or anxiety**

## Physical Exam

Patient is a 52-year-old female.

Examination limited due to Telehealth constraints:

Alert & awake, in good spirits
No obvious evidence of jaundice
Denies acute abdominal pain
No obvious neurological deficits noted

## Assessment / Plan

. **History of polyp of colon** -

Due for follow up colonoscopy

Z86.010: Personal history of colonic polyps

. **Intermittent dysphagia** -

Due for follow up dilation therapy

R13.19: Other dysphagia

- esomeprazole magnesium 40 mg capsule,delayed release - TAKE 1 CAPSULE DAILY Qty: 90 capsule(s) Refills: 3
  Pharmacy: EXPRESS SCRIPTS HOME DELIVERY

**iscussion Notes**

I have discussed the situation, differential diagnosis, and recommendation with the patient. She express understanding and wishes to proceed as recommended.

### Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 10/20/2020 at 08:15 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 11/13/2020 at 10:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by AN-YU CHEN, MD, 10/19/2020.
Encounter performed and documented by AN-YU CHEN, MD
Encounter reviewed & signed by AN-YU CHEN, MD on 10/19/2020 at 2:31pm

**REECE, JAMIE H (id #21591363, dob:**

**Encounter Date: 10/12/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (52yo, F) ID# 21591363 | **Appt. Date/Time** | 10/12/2020 02:15PM |
| | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS. PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

joint pain

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Referring Provider:** KATHERINE S RODEN MD: 1221 S BROADWAY 4TH FL, LEXINGTON, KY 40504, Ph (859) 258-6101, Fax (859) 258-4411 NPI: 1982967824
**Neurologist:** ANDREW R SCHNEIDER MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1932120219
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider (Worker's Comp):** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS, MO 63134, Ph (888) 243-9800, Fax (800) 837-0959**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS, TN 38134, Ph (844) 516-3319, Fax (888) 302-1028
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN, KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 10/12/2020 02:28 pm | **Wt:** | 178 lbs 10/12/2020 02:28 pm | **BMI:** | 27.9 10/12/2020 02:28 pm |
| **BP:** | 113/73 sitting L arm 10/12/2020 02:29 pm | **BP Cuff Size:** | adult 10/12/2020 02:29 pm | **Pulse:** | 74 bpm regular 10/12/2020 02:29 pm |
| **RR:** | 18 10/12/2020 02:29 pm | | | | |

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

**PERCOCET**: Itching

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 08/18/20 | renewed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |

**Lyrica 100 mg capsule** 05/15/20 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** 11/17/17 entered

**predniSONE 5 mg tablet** 10/12/20 prescribed
take one po tid x 2 weeks; one po bid x 2 weeks then one po daily x 2 weeks

**Probiotic** 11/17/17 entered

**tiZANidine 4 mg tablet** 05/15/20 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**Xeljanz XR 11 mg tablet,extended release** 09/22/20 changed
take one tablet everyday

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems

- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017
- Globus sensation - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis<br>- Hypertensive disorder |
| Father | - Hypercholesterolemia<br>- Family history of cancer |
| Maternal Uncle | - Heart disease |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 10/12/2020

Chewing tobacco: none

Surgical History

Reviewed Surgical History
- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

GYN History

(not configured)

Obstetric History

Obstetric History not reviewed (last reviewed 03/30/2020)

Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**
Arthritis: **Y**
Notes: CRPS

HPI

seen today as a follow-up on psoriatic arthritis. Currently she is on xeljanz 11 mg po daily; and denies any side effects.

she continues with shin and back itching and rashes despite being on the xeljanz

has been having right hip pain and stiffness around the right buttocks; she does reports left hand pain and tenderness and left foot and ankle pain

She has a history of complex regional pain syndrome involving the right upper and lower extremity followed by pain clinic.

she reports she is feeling flared with med changes, without interval infection; no s/e from medications; currently denies bowel or bladder changes, chest pain, shortness of air, rashes, fevers and all others are negative

ROS

**ROS as noted in the HPI**

Physical Exam

Patient is a 52-year-old female.

**Constitutional:**General Appearance: healthy-appearing and **overweight**. Level of Distress: NAD. Ambulation: ambulating normally.

**Mental Status:**Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:**Head: normocephalic and atraumatic.

**Eyes:**Lids and Conjunctivae: no discharge or pallor and non-injected. Sclerae: non-icteric.

**ENMT:**Ears: no lesions on external ear or hearing loss. Nose: no lesions on external nose and nares patent. Oral Cavity: no mouth or lip ulcers.

**Lungs:**Respiration: no dyspnea.

**Musculoskeletal System:**Joints, Bones, and Muscles: no contractures, malalignment, or bony abnormalities and normal movement of all extremities and **tenderness** (**right buttocks and hip**). Extremities: no cyanosis or edema. Hips: normal internal rotation and external rotation, no tenderness of the SI joints or pain over the greater trochanteric bursa, and **trigger point pain** (**over right piriformis; tight**). Knees: no ligamentous instability on examination.

**Neurological Exam:**Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:**Inspection and palpation: no rash, lesions, ulcer, induration, nodules, jaundice, or abnormal nevi and good turgor. Nails: normal.

Assessment / Plan

. **Psoriasis with arthropathy** -

51-year-old female with chronic psoriasis and psoriatic arthritis.

Seems to be more symptomatic with both activity of skin and joints.

She is on Humira at 40 mg every 2 weeks.

she has tried but failed to tolerate methotrexate due to elevated liver enzymes. She has failed Enbrel in the past.

started on cosentyx and completed loading dose and has had 3 further injections; having issues with some itching recurring; may need to have further change in meds as she is still really seeing and feeling itching in the areas of her lesions

so she was started on xeljanz and has not been on it long enough to see an improvement

she is further feeling bladder distention and feeling she has to urinate frequently which she has not seen

she needs labs and refills today

L40.50: Arthropathic psoriasis, unspecified

- PSORIASIS: CARE INSTRUCTIONS
- prednisone 5 mg tablet - take one po tid x 2 weeks; one po bid x 2 weeks then one po daily x 2 weeks Qty: 84 tablet(s) Refills: 0 Pharmacy: EXPRESS SCRIPTS HOME DELIVERY

. **Complex regional pain syndrome** -

Please see my previous notes for details.

Briefly, has CRPS Type I, right arm after right shoulder and elbow injury due to repititive work at Toyota factory. Initially symptoms started some time early January 2018.

she is currently followed at the pain management clinic and is now on Lyrica at 100 mg 3 times a day.

unfortunately, her symptoms are chronic and does need to maintain long-term pain management.

I do not have any further suggestions.

M89.00: Algoneurodystrophy, unspecified site

- LEARNING ABOUT HEALTHY WEIGHT
- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS

. **Long-term drug therapy** -

repeat labs.

Z79.899: Other long term (current) drug therapy

- CBC
- ESR, AUTOMATED
- CREATININE

Height (ft.): 5 ft 7 in Height (in.): 67

Weight (lbs): 177

- ALT
- AST

. **Pain in right hip joint** -

M25.551: Pain in right hip

- XR BIL HIPS, 2 VWS

Weight (lbs): 177

- XR LUMBAR AP/LAT

Weight (lbs): 177

## Return to Office

- AN-YU CHEN, MD for RECHECK at GASTRO SB on 10/19/2020 at 01:30 PM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 11/13/2020 at 10:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by SUSANNA MOBERLY, APRN, 10/12/2020.

Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 10/12/2020 at 3:06pm

**Encounter Date: 09/18/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 09/18/2020 09:30AM |
| | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

Followup: Psoriatic arthritis

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PLACE, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Referring Provider:** KATHERINE S RODEN MD: 1221 S BROADWAY 4TH FL, LEXINGTON, KY 40504, Ph (859) 258-6101, Fax (859) 258-4411 NPI: 1982967824
**Neurologist:** ANDREW R SCHNEIDER MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1932120219

**REECE, JAMIE H (id #21591363, dob:**

**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider (Worker's Comp):** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS, MO 63134, Ph (888) 327-9791, Fax (800) 837-0959**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS, TN 38134, Ph (844) 516-3319, Fax (888) 302-1028
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN, KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

09/18/2020 09:53 am

**Ht:** 5 ft 7 in **Notes:** afebrile; no bp or hr issues

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;
**PERCOCET**: Itching

## Medications

Reviewed Medications

| Medication | Date | Status |
|---|---|---|
| **Cosentyx Pen 300 mg/2 Pens (150 mg/mL) subcutaneous**<br>inject 2 pens EVERY 4 WEEKS | 09/18/20 | prescribed |
| **DEPO-MedroL 80 mg/mL suspension for injection**<br>Take 120 mg by injection route. | 07/31/20 | administered |
| **Effexor XR 37.5 mg capsule,extended release**<br>Take 1 capsule(s) every day by oral route for 90 days. | 06/26/20 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 08/18/20 | renewed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 05/15/20 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **predniSONE 2.5 mg tablet**<br>take one po tid x 1 week; one po bid x 1 week then one po daily until gone | 08/13/20 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 05/15/20 | prescribed |
| **traMADoL 50 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 30 days. | 10/07/19 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

Vaccines not reviewed (last reviewed 07/31/2020)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 07/31/2020)

| | |
|---|---|
| Mother | - Arthritis |
| | - Hypertensive disorder |
| Father | - Hypercholesterolemia |
| | - Family history of cancer |
| Maternal Uncle | - Heart disease |

## Social History

Social History not reviewed (last reviewed 07/31/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 06/19/2020
Chewing tobacco: none

## Surgical History

Surgical History not reviewed (last reviewed 07/31/2020)
- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 03/30/2020)

## Past Medical History

Past Medical History not reviewed (last reviewed 07/31/2020)
Acid Reflux (GERD): **Y**
Arthritis: **Y**
Notes: CRPS

## HPI

Visit today is being conducted via telehealth using both audio and video. Patient has expressed an understanding of the telehealth process and has consented. Patient confirms that he/she is physically located in Kentucky at the time of this visit.

seen today as a follow-up on psoriatic arthritis. Currently she is on Humira 40 mg injections every 2 weeks and denies any side effects.

however, she has noticed pain and stiffness in her hands and legs along with more frequent skin breakouts.

She has a history of complex regional pain syndrome involving the right upper and lower extremity followed by pain clinic.

no major flare in the interim, without interval infection; no s/e from medications; currently denies bowel or bladder changes, chest pain, shortness of air, rashes, fevers and all others are negative

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 51-year-old female.

pleasant, well nourished; comfortable; msk exam is normal; normal breathing pattern

## Assessment / Plan

. **Psoriasis with arthropathy** -

51-year-old female with chronic psoriasis and psoriatic arthritis.

Seems to be more symptomatic with both activity of skin and joints.

She is on Humira at 40 mg every 2 weeks.

she has tried but failed to tolerate methotrexate due to elevated liver enzymes. She has failed Enbrel in the past.

started on cosentyx and completed loading dose and has had 3 further injections; having issues with some itching recurring; may need to have further change in meds as she is still really seeing and feeling itching in the areas of her lesions

she is further feeling bladder distention and feeling she has to urinate frequently which she has not seen

will obtain pa for xeljanz

she needs labs and refills today

L40.50: Arthropathic psoriasis, unspecified

- PSORIASIS: CARE INSTRUCTIONS
- Cosentyx Pen 300 mg/2 Pens (150 mg/mL) subcutaneous - inject 2 pens EVERY 4 WEEKS Qty: 600 mg Refills: 2
  Pharmacy: EXPRESS SCRIPTS HOME DELIVERY

. **Complex regional pain syndrome** -

Please see my previous notes for details.

Briefly, has CRPS Type I, right arm after right shoulder and elbow injury due to repititive work at Toyota factory. Initially symptoms started some time early January 2018.

she is currently followed at the pain management clinic and is now on Lyrica at 100 mg 3 times a day.

unfortunately, her symptoms are chronic and does need to maintain long-term pain management.

I do not have any further suggestions.

M89.00: Algoneurodystrophy, unspecified site

- LEARNING ABOUT HEALTHY WEIGHT
- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS

. **Long-term drug therapy** -

repeat labs.

Z79.899: Other long term (current) drug therapy

- CBC
- ESR, AUTOMATED
- CREATININE

Height (ft.): 5 ft 7 in    Height (in.): 67

- ALT
- AST

. **Increased frequency of urination**

R35.0: Frequency of micturition

- FREQUENT URINATION: CARE INSTRUCTIONS
- URINALYSIS, CULTURE IF INDICATED

## Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 11/13/2020 at 10:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by SUSANNA MOBERLY, APRN, 09/18/2020.

Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 09/18/2020 at 10:06am

**Encounter Date: 07/31/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 07/31/2020 10:15AM |
| | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO) | | |

**REECE, JAMIE H (id #21591363, dob:**

Insurance # : TOAAN1313675
Policy/Group # : 003320100TEAP064
Employer Name : TOYOTA
Med Worker's Comp: MSMM
Referring Provider Name : DONEGAN, RYAN P
Employer Name : KELLY SERVICES
Case # : SA211932PVY
Case Injury Date : 01/30/2018
Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC
Insurance # :
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: EXPRESS SCRIPTS - Member is eligible. details

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Referring Provider:** KATHERINE S RODEN MD: 1221 S BROADWAY FL 4, LEXINGTON, KY 40504, Ph (859) 258-6101, Fax (859) 258-4411 NPI: 1982967824
**Neurologist:** ANDREW R SCHNEIDER MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1932120219
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider (Worker's Comp):** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS MO 63134, Ph (888) 327-9791, Fax (800) 837-0959**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (844) 516-3319, Fax (800) 391-9707
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 07/31/2020 10:29 am | **Wt:** | 183 lbs 07/31/2020 10:29 am | **BMI:** | 28.7 07/31/2020 10:29 am |
| **BP:** | 101/76 sitting L arm 07/31/2020 10:30 am | **BP Cuff Size:** | adult 07/31/2020 10:29 am | **Pulse:** | 69 bpm 07/31/2020 10:30 am |
| **RR:** | 18 07/31/2020 10:29 am | | | | |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;
**PERCOCET**: Itching

## Medications

Reviewed Medications

**Cosentyx Pen 150 mg/mL subcutaneous** — 07/24/20 prescribed
loading dose of 150 mg every week x 5 weeks maintenance dose 300mg every 4 weeks

**Effexor XR 37.5 mg capsule,extended release** — 06/26/20 prescribed
Take 1 capsule(s) every day by oral route for 90 days.

**esomeprazole magnesium 40 mg capsule,delayed release** — 02/20/20 renewed
TAKE 1 CAPSULE DAILY

**Estrace 1 mg tablet** — 08/21/19 entered

**Lyrica 100 mg capsule** 05/15/20 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** 11/17/17 entered

**Probiotic** 11/17/17 entered

**tiZANidine 4 mg tablet** 05/15/20 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| | - Hypertensive disorder |
| Father | - Hypercholesterolemia |
| | - Family history of cancer |
| Maternal Uncle | - Heart disease |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 06/19/2020
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 03/30/2020)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**
Arthritis: **Y**
Notes: CRPS

## HPI

acute visit for right hip pain and left heel pain; without injury; reports right hip pain is worsening and keeping her up at night; she has not received her loading dose of cosentyx; she is without interval infection; no s/e from medications; currently denies bowel or bladder changes, chest pain, shortness of air, rashes, fevers and all others are negative

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 51-year-old female.

**Constitutional:**General Appearance: healthy-appearing and **overweight**. Level of Distress: NAD. Ambulation: ambulating normally.

**Mental Status:**Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:**Head: normocephalic and atraumatic.

**Eyes:**Lids and Conjunctivae: no discharge or pallor and non-injected. Sclerae: non-icteric.

**ENMT:**Ears: no lesions on external ear or hearing loss. Nose: no lesions on external nose and nares patent. Oral Cavity: no mouth or lip ulcers.

**Lungs:**Respiration: no dyspnea.

**Musculoskeletal System:**Joints, Bones, and Muscles: no contractures, malalignment, or bony abnormalities and normal movement of all extremities and **tenderness** (**right buttocks and left achilles**). Extremities: no cyanosis or edema; **achilles is tight; likely from psa**. Hips: normal internal rotation and external rotation, no tenderness of the SI joints or pain over the greater trochanteric bursa, and **trigger point pain** (**over right piriformis; tight**). Knees: no ligamentous instability on examination.

**Neurological Exam:**Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:**Inspection and palpation: no rash, lesions, ulcer, induration, nodules, jaundice, or abnormal nevi and good turgor. Nails: normal.

## Assessment / Plan

. **Right-sided piriformis syndrome** -

likely secondary to psa flare

will provide with injection of 120 mg IM steroid injection today and start on 5 week cosentyx loading dose

**REECE, JAMIE H (id #21591363, dob:**

M54.31: Sciatica, right side

- Depo-Medrol 80 mg/mL suspension for injection - Take 120 mg by injection route. Quantity: 120 mg

. **Left achilles tendonitis** -

likely secondary to psa; need to have steroid injection as above and start on cosentyx

M76.62: Achilles tendinitis, left leg

Return to Office

- LAB LCSB TENT for LAB ONLY at LAB SCHEDULES on 07/31/2020 at 12:10 PM
- ANDREW SCHNEIDER, MD for RECHECK at NEUROLOGY CHI SJOP on 08/27/2020 at 09:30 AM
- SYED HAIDER ABBAS, MD for VIRTUAL VISIT at RHEUMATOLOGY SB on 09/08/2020 at 08:45 AM
- SUSANNA MOBERLY, APRN for VIRTUAL VISIT at RHEUMATOLOGY SB on 09/18/2020 at 09:30 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 11/13/2020 at 10:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

Encounter Sign-Off

Encounter signed-off by SUSANNA MOBERLY, APRN, 07/31/2020.
Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 07/31/2020 at 11:00am

**Encounter Date: 07/24/2020**

Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 07/24/2020 09:45AM |
| | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SYED HAIDER ABBAS, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # : 09221968<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

Chief Complaint

None recorded.

Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Referring Provider:** KATHERINE S RODEN MD: 1221 S BROADWAY FL 4, LEXINGTON, KY 40504, Ph (859) 258-6101, Fax (859) 258-4411 NPI: 1982967824
**Neurologist:** ANDREW R SCHNEIDER MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1932120219
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider (Worker's Comp):** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

Patient's Pharmacies

**EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS MO 63134, Ph (888) 327-9791, Fax (800) 837-0959**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (844) 516-3319, Fax (800) 391-9707
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph

**REECE, JAMIE H (id #21591363, dob:**
(502) 570-4608, Fax (502) 570-4610

## Vitals

**Ht:** 5 ft 7 in 07/24/2020 09:40 am
**T:** 98 F° 07/24/2020 09:41 am
**Pulse:** 72 bpm 07/24/2020 09:41 am
**RR:** 16 07/24/2020 09:41 am

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **Effexor XR 37.5 mg capsule,extended release**<br>Take 1 capsule(s) every day by oral route for 90 days. | 06/26/20 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/20/20 | renewed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit**<br>Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.<br>**Internal Note:** PA approved 6/9/19-78/20 | 10/02/19 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 05/15/20 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 05/15/20 | prescribed |
| **traMADoL 50 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 30 days. | 10/07/19 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018

- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| | - Hypertensive disorder |
| Father | - Hypercholesterolemia |
| | - Family history of cancer |
| Maternal Uncle | - Heart disease |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 06/19/2020
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 03/30/2020)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**
Arthritis: **Y**
Notes: CRPS

## HPI

The patient has requested and consented to a tele-heath appointment today. Due to the current state of emergency it is appropriate to address patient's medical need via a telehealth appointment.

seen today as a follow-up on psoriatic arthritis. Currently she is on Humira 40 mg injections every 2 weeks and denies any side effects.

however, she has noticed pain and stiffness in her hands and legs along with more frequent skin breakouts.

She has a history of complex regional pain syndrome involving the right upper and lower extremity followed by pain clinic.

denies any recent infections.

**REECE, JAMIE H (id #21591363, dob:**

## ROS

**Additionally reports:**

**chronic skin and joint disease with some recent activity of the skin as well as joints. Chronic complex regional pain syndrome on chronic pain management. No chest pain or shortness of breath. No fevers or chills**
**ROS as noted in the HPI**

## Physical Exam

Patient is a 51-year-old
female.

well-nourished well-hydrated female. She looks comfortable. In no distress. She has some skin breakouts involving both upper and lower extremities secondary to psoriasis. Further she has chronic complex regional pain with burning and numbness involving her extremities, right upper and lower extremity

## Assessment / Plan

. **Psoriasis with arthropathy** -

51-year-old female with chronic psoriasis and psoriatic arthritis.

Seems to be more symptomatic with both activity of skin and joints.

She is on Humira at 40 mg every 2 weeks.

she has tried but failed to tolerate methotrexate due to elevated liver enzymes. She has failed Enbrel in the past.

I would consider her to try Cosentyx at 300 mg every 4 weeks after a loading dose of 150 mg every weekly for the first 5 weeks.

She will repeat her lab studies.

L40.50: Arthropathic psoriasis, unspecified

- PSORIASIS: CARE INSTRUCTIONS
- Declined, Treatment changed - Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit - Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days. Qty: 3 kit(s) of 2 Refills: 3 Pharmacy: ACCREDO Note to Pharmacy: fill when due

. **Complex regional pain syndrome** -

Please see my previous notes for details.

Briefly, has CRPS Type I, right arm after right shoulder and elbow injury due to repititive work at Toyota factory. Initially symptoms started some time early January 2018.

she is currently followed at the pain management clinic and is now on Lyrica at 100 mg 3 times a day.

unfortunately, her symptoms are chronic and does need to maintain long-term pain management.

I do not have any further suggestions.

M89.00: Algoneurodystrophy, unspecified site

- LEARNING ABOUT HEALTHY WEIGHT
- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS

. **Long-term drug therapy** -

repeat labs.

Z79.899: Other long term (current) drug therapy

- CBC
- ESR, AUTOMATED
- QTB GOLD

Return to Office

- LAB EAST for LAB ONLY at LAB SCHEDULES on 07/24/2020 at 11:45 AM
- ANDREW SCHNEIDER, MD for RECHECK at NEUROLOGY CHI SJOP on 08/27/2020 at 09:30 AM
- SYED HAIDER ABBAS, MD for VIRTUAL VISIT at RHEUMATOLOGY SB on 09/08/2020 at 08:45 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 11/13/2020 at 10:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by SYED HAIDER ABBAS, MD, 07/24/2020.

Encounter performed and documented by SYED HAIDER ABBAS, MD
Encounter reviewed & signed by SYED HAIDER ABBAS, MD on 07/24/2020 at 10:45am

**Encounter Date: 06/26/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 06/26/2020 08:30AM |
| | | **Service Dept.** | NEUROLOGY CHI SJOP |
| **Provider** | ANDREW SCHNEIDER, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

Headache

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Referring Provider:** KATHERINE S RODEN MD: 1221 S BROADWAY 3RD FL, LEXINGTON, KY 40504, Ph (859) 258-6101, Fax (859) 258-4411 NPI: 1982967824
**Neurologist:** ANDREW R SCHNEIDER MD: 1401 HARRODSBURG RD STE C240, LEXINGTON, KY 40504, Ph (859) 258-4800, Fax (859) 258-4740 NPI: 1932120219

**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS MO 63134, Ph (888) 327-9791, Fax (800) 837-0959**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (844) 516-3319, Fax (800) 391-9707
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

**Ht:** 5 ft 7 in 06/26/2020 08:18 am

**Wt:** 182 lbs 8 oz With clothes 06/26/2020 08:27 am

**BMI:** 28.6 06/26/2020 08:27 am

**BP:** 110/80 sitting R arm 06/26/2020 08:27 am

**Pulse:** 60 bpm 06/26/2020 08:27 am

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

**Effexor XR 37.5 mg capsule,extended release** — 06/26/20 prescribed
Take 1 capsule(s) every day by oral route for 90 days.

**esomeprazole magnesium 40 mg capsule,delayed release** — 02/20/20 renewed
TAKE 1 CAPSULE DAILY

**Estrace 1 mg tablet** — 08/21/19 entered

**Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** — 10/02/19 prescribed
Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.
**Internal Note:** PA approved 6/9/19-78/20

**Lyrica 100 mg capsule** — 05/15/20 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** — 11/17/17 entered

**Probiotic** — 11/17/17 entered

**tiZANidine 4 mg tablet** — 05/15/20 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** — 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**ZyrTEC 10 mg capsule** — 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis<br>- Hypertensive disorder |
| Father | - Hypercholesterolemia<br>- Family history of cancer |
| Maternal Uncle | - Heart disease |

## Social History

Reviewed Social History
**Neurology**
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 06/19/2020
Chewing tobacco: none
Tobacco cessation counseling provided date: (Notes: tdotson14 answered No to the Tobacco cessation counseling provided question on 04/09/2019.)
Alcohol intake: None
Live alone or with others?: with others
Marital status: Married
Occupation: unemployed
Illicit drugs: no

## Surgical History

Reviewed Surgical History
- Procedure on wrist
- Tonsillectomy - 1973
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 03/30/2020)

## Past Medical History

Reviewed Past Medical History
Arthritis: **Y**
Migraines: **Y**
Notes: CRPS

## HPI

This is a 51 year-old RH female seen at the request of Dr. Roden for evaluation of headache.

She has been bothered by HA x 4-5 mos perhaps. These are not present daily but come and go; she can have them for several days in a row and then go for 4-5 days with none. Feels like it crawls up the back of her head and settles in frontally, both sides. This can be mild and dull and steady and other times it can be a piercing pain or she can feel like she has to hold her head; sometimes there is a throbbing pain in the morning. No nausea, probably no photophobia or phonophobia, but she wants to be left alone when the headache is bad. Takes Advil prn.

She was prone to frequent migraines when she was younger but these have been nearly gone since hysterectomy 15 years ago. Recent headaches are probably different from those, from what she can remember.

She has had right shoulder pain x 2 years which she says is permanent and has been attributed to "CRPS type I." This causes pain and tightness in the shoulder and into the neck, and she believes this is associated with these headaches.

She takes Lyrica 100 tid and tizanidine tid for this pain, and occasionally tramadol which does not help much.

She had PT for 1-2 years.

She was getting massages for a while which helped but those are pricey.

## ROS

**Additionally reports:**

**h/o psoriatic arthritis in the hands, feet, hips; on Humira.**

**no f/c, wt loss, chest pain, SOB.**

**she took Elavil last year for abdominal pain attributed to IBS but this did not help.**

**sleeps pretty well.**

**no focal neurological symptoms.**

**no visual symptoms.**

**mood mostly OK, sometimes anxious or worries.**

**other systems neg or above.**

## Physical Exam

Patient is a 51-year-old
female.

Pleasant female, in no distress.
On general exam, CV RRR. No carotid bruits. Neck ROM not limited, shoulder ROM seems mostly OK. Scalp NT. Neurologically, she is awake, alert, oriented. Speech is clear and fluent. Language, memory, fund of knowledge, concentration are appropriate. CN 2-12 are unremarkable. Fundi – benign. Motor exam shows normal strength and tone throughout. Sensation is intact to vibration and temp. Coordination is intact to FNF. DTRs are normal and symmetric. Gait is narrow-based and steady. Romberg is negative.

## Assessment / Plan

1. Tension +/- migrainous headaches in recent months

2. H/o common migraines in the past.

Discussed the above.

Will try a low dose of Effexor for headache prevention. This might secondarily help her shoulder pain. Possible SE discussed. f/u in 6-8 wks but she knows to call if needed anytime

. **Tension-type headache**
G44.209: Tension-type headache, unspecified, not intractable

- Effexor XR 37.5 mg capsule,extended release - Take 1 capsule(s) every day by oral route for 90 days. Qty: 90 capsule(s)

Refills: 1 Pharmacy: EXPRESS SCRIPTS HOME DELIVERY

**. Migraine**

G43.909: Migraine, unspecified, not intractable, without status migrainosus

Return to Office

- to see ANDREW SCHNEIDER, MD at NEUROLOGY CHI SJOP on or around 06/26/2020
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 11/13/2020 at 10:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

Encounter Sign-Off

Encounter signed-off by ANDREW SCHNEIDER, MD, 06/26/2020.

Encounter performed and documented by ANDREW SCHNEIDER, MD
Encounter reviewed & signed by ANDREW SCHNEIDER, MD on 06/26/2020 at 9:11am

## Clinical Documents

**REECE, JAMIE H (id #21591363, dob:**

**Lexington Clinic**
An-Yu Chen, M.D.

1225 S Broadway, Suite 200
Lexington, KY 40504
Ph :(859) 258-4950
Fax :(859) 258-4618

## ESOPHAGO GASTRO DUODENOSCOPY REPORT

| PATIENT NAME | SSN /ID | DOB | AGE | SEX | EXAM DATE | ATTENDING PHY | REFERRAL |
|---|---|---|---|---|---|---|---|
| JAMIE H REECE | 21591363 | | 52 | F | 10-27-2020 | An-Yu Chen, M.D. | Collin St. Clair, D.O. |

**INDICATION** : Dysphagia

**PHYSICAL EXAM** : **HEENT** : Normal **LYMPH NODES** : None Felt **LUNGS** : Grossly Clear **HEART** : Normal **ABDOMEN** : Soft and None tender **MENTAL STATUS** : Alert and Oriented

**H&P Comments** : PT ASSESSED & INTERVIEWED PRIOR TO THE PROCEDURE

**VITAL SIGNS** : **BP** : 126/73 **RESPIRATION** : 12 **PULSE** : 67

**CONSENT** : Informed consent was obtained from the patient after providing opportunity for questions.

**PREPARATION** : EKG pulse, blood pressure and oxygen saturation monitored

**INSTRUMENT** : Olympus GIF-Q180 Video Gastroscope

**ALLERGIES** : See List On RN Form.

**ASA CLASS** : Per Anesthesia
**ANESTHESIA** : As per nurses notes.

**PROCEDURE** : The Gastroscope was gently passed through the incisoral orifice into the oral cavity and under direct visualization the esophagus was intubated. The endoscope was passed down the esophagus, through the stomach and into the duodenum. Color, texture, mucosa and anatomy were carefully examined with the scope. Esophageal dilation was performed by passing a 56F sized rubber or plastic dilators across the esophageal stricture to open it. The patient tolerated the procedure well and there were no complications. After completion of the examination, patient was transferred to the recovery room. Preparation was excellent.

a.EGJunction



b.Body



c.Antrum



d.Duodenum 2nd and 3rd portion



## FINDINGS

**OROPHARYNX** - Normal
**ESOPHAGUS** - Maloney/Bougie dilation performed dilation of size 56fr. Treatment of dysphagia.
**EG JUNCTION** - Intact at 40 cms
**STOMACH** - **Cardia** : Normal
**Fundus** : Normal
**Body** : Normal without evidence of ulcerations or bleeding
**Antrum** : Normal
**Pylorus** : Normal
**DUODENUM** - **Bulb** : Normal without evidence of ulcerations or bleeding
**2nd and 3rd Portion** : Normal

**IMPRESSION** - Symptomatic dysphagia treated with bougie dilation

**PLAN** - Follow up EGD in about 3 years for repeat dilation as needed
Follow up with primary care physician




Signature ______________ ( An-Yu Chen, M.D. )

Signature ______________ ( None )


Copy right © 2004 MD-Reports. A product of Infinite Software Solutions, Inc. All rights reserved

**Lincoln/Reece 2008**

**Lexington Clinic**
An-Yu Chen, M.D.

1225 S Broadway, Suite 200
Lexington, KY 40504
Ph :(859) 258-4950
Fax :(859) 258-4618

## COLONOSCOPY REPORT

| PATIENT NAME | SSN / ID | DOB | AGE | SEX | EXAM DATE | ATTENDING PHY | REFERRAL |
|---|---|---|---|---|---|---|---|
| JAMIE H REECE | 21591363 | | | | 10-27-2020 | An-Yu Chen, M.D. | Collin St. Clair, D.O. |

**INDICATION** : Screening Colonoscopy for finding Polyps in the past

**CONSENT** : Informed consent was obtained from the patient after providing opportunity for questions.

**PREPARATION** : EKG pulse, blood pressure and oxygen saturation monitored

**INSTRUMENT** : Video Olympus CF Q180AL Colonoscope

**ANESTHESIA** : Anesthesia as per nurses notes

**PROCEDURE** : After placing the patient in the left lateral decubitus position, the colonoscope was gently inserted into the rectum and under direct visualization advanced to the Ileum which was identified by transillumination in the right lower quadrant, identification of the ileocecal valve, appendiceal orifice, cecal strap. Color, texture, mucosa and anatomy of the colon were carefully examined with the scope. The patient tolerated the procedure well and there were no complications. After completion of the examination, patient was transferred to the recovery room.Preparation was excellent.

**FINDINGS**

| | | |
|---|---|---|
| ANAL CANAL | - | Normal |
| RECTUM | - | Normal |
| SIGMOID COLON | - | Proximal: Polyp less than 1 cm, size<br>Proximal: PedunculatedAdenomatous polyp of size 0.5cm.<br>Polypectomy done using cold snare. |
| DESCENDING COLON | - | Normal without polyps or inflammatory changes |
| SPLENIC FLEXURE | - | Normal |
| TRANSVERSE COLON | - | Normal without polyps or inflammatory changes |
| HEPATIC FLEXURE | - | Normal |
| ASCENDING COLON | - | Normal without polyps or inflammatory changes |
| CECUM | - | Normal<br>Ileocecal valve - Normal |
| ILEUM | - | Not Seen |

**IMPRESSION** - Polyp of Colon [Sigmoid]

**PLAN** - Wait for pathology report
Follow up colonoscopy in 3 years or sooner if clinically indicated
Follow up with primary care physician

a.Cecum



b.Transverse Colon



c.Polyp of Sigmoid colon






d.Rectroflexed View



Signature : ______ ( An-Yu Chen, M.D. )

Signature : ______ ( None )

**MD-Reports**
Reporting Solutions for all MD Specialties

Produced by : Infinite Software Solutions inc., Ph : (718)982 1315 Email : info@md-reports.com Websites : www.infinitesoftsol.com & www.md-reports.com

Copy right © 2004 MD-Reports. A product of Infinite Software Solutions, Inc. All rights reserved.

Lexington Clinic

20:

* 12595015w13059 ClinDoc

## Screening Questionnaire

Patient Name: ______________________ Visitor #1 Name: ______________________

Pt DOB: ______________________

Please circle YES or NO to the following questions.

| | Patient | Visitor(s) |
|---|---|---|
| 1. Have you been tested for CoVid-19 in the past 14 days? If YES, were results +Positive? -Negative? Waiting on Results? | YES (NO) | YES NO |
| 2. In the **last 72-hours** have you and/or anyone accompanying you today displaying any of the following **symptoms:** | | |
| Fever and cough with or without shortness of breath? | YES (NO) | YES NO |
| Loss of smell and taste? | YES (NO) | YES NO |
| Gastrointestinal symptoms such as diarrhea and nausea? | YES (NO) | YES NO |
| Extreme fatigue? | YES (NO) | YES NO |
| 3. Have you and/or anyone accompanying you today been in **close contact** with a person known to have COVID-19/Coronavirus in the past 14 days? | YES (NO) | YES NO |

If answered YES to **ANY** of these questions above, immediately hand the patient (and the visitor accompanying him/her) a mask to put on.

- Instruct patient [**AND** visitor(s)] to return to vehicle and contact the provider's office to notify for further guidance.
- Notify the provider team or service department (i.e., Radiology/Laboratory) of arrival.

Completed by: KD Date/Time: 10/20/20

**NOTE: Interpreter services must be offered by preferred languages other than English.**

Interpreter's Name or ID Number: ______________________

Revised 7/20/2020 bhay/infection control/coronavirus/screening questionnaire

REECE, JAMIE #21591363

Lexington Clinic

20: * 12572691w13059 ClinDoc

## Screening Questionnaire

Patient Name: ______________________ Visitor #1 Name: ______________________

Pt DOB: ______________________

Please circle YES or NO to the following questions.

| | Patient | Visitor(s) |
|---|---|---|
| 1. Have you been tested for CoVid-19 in the past 14 days?<br>If YES, were results +Positive? -Negative? Waiting on Results? | YES (NO) | YES NO |
| 2. In the **last 72-hours** have you and/or anyone accompanying you today displaying any of the following **symptoms:** | | |
| Fever and cough with or without shortness of breath? | YES (NO) | YES NO |
| Loss of smell and taste? | YES (NO) | YES NO |
| Gastrointestinal symptoms such as diarrhea and nausea? | YES (NO) | YES NO |
| Extreme fatigue? | YES (NO) | YES NO |
| 3. Have you and/or anyone accompanying you today been in **close contact** with a person known to have COVID-19/Coronavirus in the past 14 days? | YES (NO) | YES NO |

If answered YES to **ANY** of these questions above, immediately hand the patient (and the visitor accompanying him/her) a mask to put on.

- Instruct patient (**AND** visitor(s)) to return to vehicle and contact the provider's office to notify for further guidance.
- Notify the provider team or service department (i.e., Radiology/Laboratory) of arrival.

Completed by: JD Date/Time: 10/12/20

**NOTE: Interpreter services must be offered by preferred languages other than English.**

Interpreter's Name or ID Number: ______________________

Revised 7/20/2020 bhay/infection control/coronavirus/screening questionnaire

07/31/2020 15:32 859-258-4039 LC-082-4908 PAGE 05/08

REECE, JAMIE #21591363

Lexington Clinic

20:

~42367339w13059 ClinDoc

## Screening Questionnaire

Patient Name: ______________________ Visitor #1 Name: ______________________

Pt DOB: ______________________

Please circle YES or NO to the following questions.

| | Patient | Visitor(s) |
|---|---|---|
| 1. Have you been tested for CoVid-19 in the past 14 days? If YES, were results +Positive? -Negative? Waiting on Results? | YES (NO) | YES NO |
| 2. In the last **72-hours** have you and/or anyone accompanying you today displaying any of the following **symptoms**: | | |
| Fever and cough with or without shortness of breath? | YES (NO) | YES NO |
| Loss of smell and taste? | YES (NO) | YES NO |
| Gastrointestinal symptoms such as diarrhea and nausea? | YES (NO) | YES NO |
| Extreme fatigue? | YES (NO) | YES NO |
| 3. Have you and/or anyone accompanying you today been in **close contact** with a person known to have COVID-19/Coronavirus in the past 14 days? | YES (NO) | YES NO |

If answered YES to **ANY** of these questions above, immediately hand the patient (and the visitor accompanying him/her) a mask to put on.

- Instruct patient [**AND** visitor(s)] to return to vehicle and contact the provider's office to notify for further guidance.
- Notify the provider team or service department (i.e., Radiology/Laboratory) of arrival.

Completed by: OLIVER M Date/Time: 7/31/20

**NOTE: Interpreter services must be offered by preferred languages other than English.**

Interpreter's Name or ID Number: ______________________

Revised 7/20/2020 bhay/infection control/coronavirus/screening questionnaire

## Imaging Results

## XR BIL HIPS, 2 VWS (#36717589, Final, 10/12/2020 2:57pm)

Lexington Clinic
1221 South Broadway
Lexington, KY 40504

Patient Name: JAMIE H REECE
Patient DOB:
Patient MRN: 3555141

Ordering Provider: SUSANNA MOBERLY

EXAM DATE: 10/12/2020

EXAM: XR BIL HIPS, 2 VWS

COMPARISON: None.

HISTORY: Bilateral hip pain.

FINDINGS:
There are minimal degenerative changes in both hips. There is minimal marginal spurring. The joint space appears normal. There are minimal degenerative changes in the SI joints. There is no acute fracture.

IMPRESSION:
1. There are minimal degenerative changes in the hips and pelvis.

Interpreted By: Timothy Averion-Mahloch, MD
Electronically Signed By: Timothy Averion-Mahloch, MD on 10/12/2020 3:43 PM

## XR LUMBAR AP/LAT (#36717572, Final, 10/12/2020 2:57pm)

Lexington Clinic
1221 South Broadway
Lexington, KY 40504

Patient Name: JAMIE H REECE
Patient DOB:
Patient MRN: 3555141

Ordering Provider: SUSANNA MOBERLY

EXAM DATE: 10/12/2020

EXAM: XR LUMBAR AP/LAT

CLINICAL INFORMATION: Back pain.

IMAGES PROVIDED: AP, lateral and coned down views of the lumbar spine.

COMPARISON: None.

FINDINGS: Curvature, alignment, vertebral body heights and disc spaces are normal. No radiographic evidence of injury is noted. Mild diffuse degenerative endplate spurring.

IMPRESSION: Mild degenerative disc disease of the lumbar spine

Interpreted By: John West, MD
Electronically Signed By: John West, MD on 10/12/2020 3:43 PM

## Lab Results

**REECE, JAMIE H (id #21591363, dob:**

# SURGICAL PATHOLOGY 10/28/2020 (#37118482, Final, 10/27/2020)

| | |
|---|---|
| Note to Patient | At the time of your recent colonoscopy, polyps were removed. The results are as follows:<br><br>Tubular adenoma (precancerous) polyp was identified and removed. No evidence of cancer was found.<br><br>The majority of colonic polyps are benign, but virtually all colon cancers begin as benign polyps. Therefore, removing the benign polyps can prevent the development of colon cancer. A colonoscopy may need to be repeated periodically to remove additional polyps that may form over time. Based on your results, I would advise that your next colonoscopy be performed:<br><br>In about THREE years or so, sooner if clinically indicated.<br><br>Please feel free to contact my office if you have any questions or concerns at this time. |

| | | | |
|---|---|---|---|
| Ordering Provider | AN-YU CHEN, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | ST-20-08098 | Specimen Source | |
| Specimen Coll. Date | 10/27/2020 00:00 | Result Status | Final |
| Specimen Rec. Date | 10/27/2020 10:52 | Report Status | |
| Specimen Reported Date | 10/28/2020 09:17 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| SURGICAL | SEE BELOW | | | | Final | |

```
                         Department of Pathology
                   Surgical Pathology Report

NAME:REECE, JAMIE                      PATH.:ST-20-08098


Copy to:



Diagnosis:
Sigmoid polyp: Fragments of tubular adenoma.


SOURCE OF SPECIMEN:  POLYP,  SIGMOID


CLINICAL INFORMATION:  SCREENING

Gross Description:
Received in formalin labeled with patient's name and designated as "sigmoid
polyp" are three fragments of pale tan tissue ranging in size from 0.1 to 0.5
cm.  Entirely submitted in one cassette.
JAB 10/27/2020 11:09 AM


Microscopic Description:
A microscopic examination has been performed.




                                                   <Sign Out Dr. Signature>
                                                    J.ELIZABETH LEHMANN, MD
Signed Out Date:  10/28/2020 09:17

                                                                Page 1 of 1
```

**REECE, JAMIE H (id #21591363, dob:**

## ESR, AUTOMATED 10/12/2020 (#36723039, Final, 10/12/2020 3:49pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | T8120742 | Specimen Source | |
| Specimen Coll. Date | 10/12/2020 15:49 | Result Status | Final |
| Specimen Rec. Date | 10/12/2020 16:03 | Report Status | |
| Specimen Reported Date | 10/12/2020 22:26 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ESR, AUTOMATED | 21 | 0-29 | MM/HR | Normal | Final | |

## AST 10/12/2020 (#36720712, Final, 10/12/2020 3:49pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | T8120742 | Specimen Source | |
| Specimen Coll. Date | 10/12/2020 15:49 | Result Status | Final |
| Specimen Rec. Date | 10/12/2020 16:04 | Report Status | |
| Specimen Reported Date | 10/12/2020 16:51 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| **AST** | **38** | **0-32** | **U/L** | **High** | **Final** | |

## CREATININE 10/12/2020 (#36720711, Final, 10/12/2020 3:49pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | T8120742 | Specimen Source | |
| Specimen Coll. Date | 10/12/2020 15:49 | Result Status | Final |
| Specimen Rec. Date | 10/12/2020 16:04 | Report Status | |
| Specimen Reported Date | 10/12/2020 16:51 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| CREATININE | 0.78 | 0.50-0.95 | mg/dL | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob:**

# ALT 10/12/2020 (#36720709, Final, 10/12/2020 3:49pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | T8120742 | Specimen Source | |
| Specimen Coll. Date | 10/12/2020 15:49 | Result Status | Final |
| Specimen Rec. Date | 10/12/2020 16:04 | Report Status | |
| Specimen Reported Date | 10/12/2020 16:51 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ALT | 18 | 0-33 | U/L | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob:**

## CBC 10/12/2020 (#36719592, Final, 10/12/2020 3:49pm)

| | |
|---|---|
| Note to Patient | your labs are normal/stable |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | T8120742 | Specimen Source | |
| Specimen Coll. Date | 10/12/2020 15:49 | Result Status | Final |
| Specimen Rec. Date | 10/12/2020 16:03 | Report Status | |
| Specimen Reported Date | 10/12/2020 16:21 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WHITE BLOOD CELLS | 5.9 | 3.8-10.8 | K/uL | Normal | Final | |
| RED BLOOD CELLS | 3.85 | 3.80-5.20 | M/uL | Normal | Final | |
| **HEMOGLOBIN** | **11.8** | **12.0-16.0** | **G/DL** | **Low** | **Final** | |
| HEMATOCRIT | 35.0 | 35.0-47.0 | % | Normal | Final | |
| MCV | 91 | 80-100 | fL | Normal | Final | |
| MCH | 31 | 26-35 | PG | Normal | Final | |
| MCHC | 34 | 32-36 | G/DL | Normal | Final | |
| RDW | 13.3 | 11.0-15.0 | % | Normal | Final | |
| MPV | 8.1 | 6.2-10.5 | fL | Normal | Final | |
| PLATELET COUNT | 234 | 130-400 | K/uL | Normal | Final | |
| NEUTROPHIL,ABSOLUTE | 2.6 | 1.6-8.4 | K/uL | Normal | Final | |
| LYMPHOCYTE,ABSOLUTE | 2.8 | 0.4-5.1 | K/uL | Normal | Final | |
| MONOCYTE,ABSOLUTE | 0.4 | 0.0-1.2 | K/uL | Normal | Final | |
| EOSINOPHIL,ABSOLUTE | 0.1 | 0.0-0.8 | K/uL | Normal | Final | |
| BASOPHIL,ABSOLUTE | 0.0 | 0.0-0.3 | K/uL | Normal | Final | |
| % NEUTROPHILS | 44.4 | 42.0-78.0 | % | Normal | Final | |
| **% LYMPHOCYTES** | **47.6** | **11.0-47.0** | **%** | **High** | **Final** | |
| % MONOCYTES | 7.0 | 0.0-11.0 | % | Normal | Final | |
| % EOSINOPHILS | 0.9 | 0.0-7.0 | % | Normal | Final | |
| % BASOPHILS | 0.1 | 0.0-3.0 | % | Normal | Final | |
| NUCLEATED RED CELLS | 0.1 | 0.0-0.9 | % | Normal | Final | |
| NUCLEATED RBCS, ABSOLUTE | 0.00 | NOT ESTAB. | K/uL | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob:**

# QTB GOLD 08/02/2020 (#34963283, Final, 07/31/2020 11:09am)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SYED HAIDER ABBAS, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | T5300246 | Specimen Source | |
| Specimen Coll. Date | 07/31/2020 11:09 | Result Status | Final |
| Specimen Rec. Date | 07/31/2020 11:15 | Report Status | |
| Specimen Reported Date | 08/02/2020 04:07 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| QTB GOLD | NEGATIVE | NEGATIVE | | Normal | Final | CB |
| | Negative test result. M. tuberculosis complex infection unlikely. | | | | | |
| NIL | 0.01 | | IU/mL | Normal | Final | CB |
| MITOGEN NIL | 7.32 | | IU/mL | Normal | Final | CB |
| TB1 NIL | 0.00 | | IU/mL | Normal | Final | CB |
| TB2 NIL | 0.00 | | IU/mL | Normal | Final | CB |

```
The Nil tube value reflects the background interferon
gamma immune response of the patient's blood sample.
This value has been subtracted from the patient's
displayed TB and Mitogen results.

Lower than expected results with the Mitogen tube
prevent false-negative Quantiferon readings by
detecting a patient with a potential immune
suppressive condition and/or suboptimal pre-analytical
specimen handling.

The TB1 Antigen tube is coated with the
M. tuberculosis-specific antigens designed to elicit
responses from TB antigen primed CD4+ helper
T-lymphocytes.

The TB2 Antigen tube is coated with the
M. tuberculosis-specific antigens designed to elicit
responses from TB antigen primed CD4+ helper and CD8+
cytotoxic T-lymphocytes.

For additional information, please refer to
https://education.questdiagnostics.com/faq/FAQ204
(This link is being provided for informational/
educational purposes only.)

TEST PERFORMED AT:
QUEST DIAGNOSTICS WOOD DALE
1355 MITTEL BOULEVARD WOOD DALE, IL 60191-1024
ANTHONY V. THOMAS, MD
```

**REECE, JAMIE H (id #21591363, dob:**

## ESR, AUTOMATED 07/24/2020 (#34797245, Final, 07/24/2020 1:01pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SYED HAIDER ABBAS, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | T5240251 | Specimen Source | |
| Specimen Coll. Date | 07/24/2020 13:01 | Result Status | Final |
| Specimen Rec. Date | 07/24/2020 13:11 | Report Status | |
| Specimen Reported Date | 07/24/2020 16:59 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ESR, AUTOMATED | 16 | 0-29 | MM/HR | Normal | Final | |

## RBC MORPHOLOGY 07/24/2020 (#34796517, Final, 07/24/2020 1:01pm)

| | | | |
|---|---|---|---|
| Ordering Provider | SYED HAIDER ABBAS, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | T5240251 | Specimen Source | |
| Specimen Coll. Date | 07/24/2020 13:01 | Result Status | Final |
| Specimen Rec. Date | 07/24/2020 13:11 | Report Status | |
| Specimen Reported Date | 07/24/2020 16:29 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| PLATELET MORPHOLOGY | NORMAL | | | Normal | Final | |
| **POLYCHROMASIA** | **SLIGHT** | | | **Abnormal** | **Final** | |

**REECE, JAMIE H (id #21591363, dob:**

# CBC 07/24/2020 (#34796516, Final, 07/24/2020 1:01pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SYED HAIDER ABBAS, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | T5240251 | Specimen Source | |
| Specimen Coll. Date | 07/24/2020 13:01 | Result Status | Final |
| Specimen Rec. Date | 07/24/2020 13:11 | Report Status | |
| Specimen Reported Date | 07/24/2020 16:29 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WHITE BLOOD CELLS | 5.6 | 3.8-10.8 | K/uL | Normal | Final | |
| RED BLOOD CELLS | 3.99 | 3.80-5.20 | M/uL | Normal | Final | |
| HEMOGLOBIN | 12.6 | 12.0-16.0 | G/DL | Normal | Final | |
| HEMATOCRIT | 36.5 | 35.0-47.0 | % | Normal | Final | |
| MCV | 91 | 80-100 | fL | Normal | Final | |
| MCH | 32 | 26-35 | PG | Normal | Final | |
| MCHC | 35 | 32-36 | G/DL | Normal | Final | |
| RDW | 13.0 | 11.0-15.0 | % | Normal | Final | |
| MPV | 7.8 | 6.2-10.5 | fL | Normal | Final | |
| PLATELET COUNT | 261 | 130-400 | K/uL | Normal | Final | |
| NEUTROPHIL,ABSOLUTE | 1.7 | 1.6-8.4 | K/uL | Normal | Final | |
| LYMPHOCYTE,ABSOLUTE | 3.3 | 0.4-5.1 | K/uL | Normal | Final | |
| MONOCYTE,ABSOLUTE | 0.4 | 0.0-1.2 | K/uL | Normal | Final | |
| EOSINOPHIL,ABSOLUTE | 0.1 | 0.0-0.8 | K/uL | Normal | Final | |
| BASOPHIL,ABSOLUTE | 0.0 | 0.0-0.3 | K/uL | Normal | Final | |
| | Smear reviewed to confirm cell morphology. | | | | | |
| **% NEUTROPHILS** | **30.8** | **42.0-78.0** | **%** | **Low** | **Final** | |
| **% LYMPHOCYTES** | **59.5** | **11.0-47.0** | **%** | **High** | **Final** | |
| % MONOCYTES | 7.3 | 0.0-11.0 | % | Normal | Final | |
| % EOSINOPHILS | 2.0 | 0.0-7.0 | % | Normal | Final | |
| % BASOPHILS | 0.4 | 0.0-3.0 | % | Normal | Final | |
| NUCLEATED RED CELLS | 0.0 | 0.0-0.9 | % | Normal | Final | |
| NUCLEATED RBCS, ABSOLUTE | 0.00 | NOT ESTAB. | K/uL | Normal | Final | |

End of Document – intentionally left blank

# ROI Plus

YOUR OFFICE HAS REQUESTED A PHI FOR THE PATIENT LISTED BELOW

## PHI REQUEST FULFILLMENT NOTIFICATION

REQ20201114072931928

| | | | |
|---|---|---|---|
| Request Date: | 11/14/2020 | Request ID: | REQ20201114072931928 |
| Requestor Name: | LINCOLN FINANCIAL GROUP | Patient Name: | REECE,JAMIE H |
| Requestor Acct: | R87716 | Patient DOB: | xx/xx/xxxx |
| Requestor PIN: | 7243 | Patient MRN: | xxxxxxx |
| | | Patient ID: | xxxxxxx |

**Requestor Contact:**
LINCOLN FINANCIAL GROUP
ERIKA CRUZ

,
(855) 508-4895 (p) (603) 334-3543 (f)

**Provider Contact:**
Lexington Clinic - 2805
Vital Chart Representative
2450 Palumbo Drive
Lexington, KY 40509
(859) 300-8110 (p) (859) 253-9448 (f)

Your office has requested PHI from the Provider listed above.
You must go to the website below to view the status and content of both pending and completed ROI requests.

WWW.ABTROIPLUS.COM

You must use the Requestor Acct # and Requestor Pin # values that appear in the top portion of this notice, along with the Patient Date of Birth, to view the status and content of both pending and completed ROI requests. Complete instructions are available on the website.

IMPORTANT NOTE:

***FORWARDING ROI REQUESTS OR PATIENT RECORDS BY MAIL OR FAX EXPOSES PATIENTS TO THE RISK OF IDENTITY THEFT AND EXPOSES PROVIDERS AND REQUESTORS TO LITIGATION FROM PATIENTS WHO SUFFER IDENTITY THEFT. TRANSMITTALS OF ROI REQUEST FORMS AND PATIENT RECORDS CONTAINING CERTAIN CRITICAL INFORMATION (Patient Name, Social Security Number, Date of Birth ) THAT ENABLES IDENTITY THEFT SHOULD BE CLOSELY SAFEGUARDED AND TRACKED TO PROTECT PATIENTS, REQUESTORS AND PROVIDERS FROM POTENTIAL LEGAL AND COMPLIANCE LIABILITIES.***

***IF REQUESTOR CHOOSES TO TAKE DELIVERY OF PATIENT RECORDS BY MAIL OR FAX, REQUESTOR HEREBY ACKNOWLEDGES, UPON RECEIPT OF THIS NOTICE, SOLE RESPONSIBILITY FOR ALL CONTINGENT LEGAL AND COMPLIANCE LIABILITIES THAT OCCUR AFTER RECEIPT OF TRANSMITTED PATIENT RECORDS.***

VitalChart
Health Information Management

# ELECTRONIC RECORD RETRIEVAL INSTRUCTIONS

## YOUR REQUEST IS COMPLETE.

**If your request is non-billable (such as Continuity of Care),** the records will be immediately available to you online using the instructions below.

**If your request is billable,** an invoice with payment instructions has also been faxed to you.

- If you wish to pay by credit card online, the records will be immediately available to you online using the instructions below. You may make payment during the retrieval process.
- If you wish to pay by check, the records will be available to you online *once payment has been received and posted.* A faxed "PAID" invoice will be faxed to you as confirmation of receipt. Then, you may use the instructions below.

## Please follow these simple instructions to retrieve your medical records:

1. Go to www.abtroiplus.com
2. Enter the Requestor Acct # and Requestor PIN #, which are located on the first page of this faxed notification. (These items also appear on the invoice, if you received one.)
3. Search for the requested records by:
   a. From the alphabetical list at the top of the screen, click on the first letter of the patient's last name; if looking for multiple records, click 'ALL.'
   b. In the search bar, type the Request ID number or the patient's last name.
4. Click on the View button under 'Options' and enter the patient's date of birth to open the requested records.

NOTE: If your request is billable, you cannot view the records until your payment is received. You may pay by credit card online as part of the record retrieval process. Paying by credit card online allows you immediate online access to the records.

VitalChart 11/4/2019

# VitalChart Invoice

Remit To:
VRC Companies, dba VitalChart
Attn: Dept # 5853
PO Box 11407
Birmingham, AL 35246-5853
(859) 300-8110 (p) (859) 253-9448 (f)
TaxID (82-0796154)

Credit Card Payments can be made at www.abtroiplus.com
(see logon instructions below)

| Invoice Number | Invoice Date |
|---|---|
| IN20201114072931928 | 11/16/2020 |

Provider Acct No.
P2805-1
Lexington Clinic - 2805

**Bill To**

LINCOLN FINANCIAL GROUP
ERIKA CRUZ

,
(855) 508-4895 (p) (603) 334-3543 (f)

| Requestor Acct No. | Request Date |
|---|---|
| R87716 | 11/14/2020 |

| Requestor PIN | Request ID |
|---|---|
| 7243 | req20201114072931928 |

Patient Name
REECE,JAMIE H

## All requested documents must be viewed at WWW.ABTROIPLUS.COM

You will need your Requestor Account Number and PIN for authorized access.

(Contact Vital Chart Representative at Imaging-Bhm@vitalscanllc.com or (859) 300-8110 for assistance.)

| Reference | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| ROI Charges | | Per Kentucky State Fees<br>Fees based on request reference for the following Rate Type:<br>Standard Attorneys/Insurance/Subpoenas request<br>Billing Rates: $1.00 per page | | |
| Pages | 45 | $1.00 per page | | $45.00 |
| Billing Reference | 1 | Billable | | |

Please remit to above address.

| | |
|---|---|
| Subtotal | $45.00 |
| Adjustment – | $0.00 |
| TOTAL | $45.00 |

| Phone # | Fax # | Email | Web Site |
|---|---|---|---|
| (859) 300-8110 | (859) 253-9448 | Imaging-Bhm@vitalscanllc.com | www.abtroiplus.com |

VitalChart
Health Information Management

# IMPORTANT NOTICE!

## Payment Terms & Conditions

Vital Chart is the Release of Information processing agent for this health care provider. Vital Chart diligently processes all of your requests for Patient records on a timely basis and, therefore, expects to be **paid upon receipt** of this invoice.

All credit card payments should be made through our Requestor web portal at www.ABTROIPLUS.com. Payment instructions can be found on the ROI Fulfillment Notification and the Vital Chart invoice. To access the Requestor portal, you will need the Requestor Account Number and PIN Number printed on the invoice. All invoices must be paid before the records can be released for you to access.

Non-payment **within 30 days** of the Invoice date will result in your account being placed on a "Credit Hold" to which all outstanding invoices must be paid before the hold can be removed.

Once a request has been received and processed we charge a $25 Cancellation Fee if the records are no longer required. To cancel a request please call the phone number listed on the Vital Chart invoice or send your request in writing to the email address also listed on the invoice.

NOTE: We do not fax or mail Patient records. Records should be accessed through a convenient and secure online, HIPAA compliant, Requestor portal www.ABTROIPLUS.com. Records are available online immediately upon the receipt of payment

VitalChart
ROI Customer Service

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

| | |
|---|---|
| Date: | November 11, 2020 |
| To: | RELEASE OF INFORMATION<br>LEXINGTON CLINIC |
| Attn: | Medical Records |
| Fax: | (859) 395-0909 |
| From: | Erika Cruz<br>LTD Technical Specialist I<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 334-3543 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 8356763<br>Claimant: Jamie Reece<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

November 11, 2020

Release of Information
Lexington Clinic

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece
Claimant D.O.B.:

Dear Release of Information:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Toyota Motor Engineering & Manufacturing North America, Inc. 's Group Disability Policy. We are writing in reference to Jamie Reece's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by November 25, 2020.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Erika Cruz
LTD Technical Specialist I
Phone No.: (855) 508-4895 Ext. 41622
Secure Fax No.: (603) 334-3543

Attachments: 8356763-REQUEST-PROVIDER-10.21.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

| | |
|---|---|
| Date: | October 21, 2020 |
| To: | RELEASE OF INFORMATION<br>LEXINGTON CLINIC |
| Attn: | Medical Records |
| Fax: | (859) 395-0909 |
| From: | Erika Cruz<br>LTD Technical Specialist I<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 334-3543 |
| Total Pages<br>(Including Cover): | 5 |
| RE:<br><br>Claim #: 8356763<br>Claimant: Jamie Reece<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

October 21, 2020

Release of Information
Lexington Clinic

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece
Claimant D.O.B.:

Dear Release of Information:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 20, 2020 through Present.

We ask that you provide this information by November 4, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-3543 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Erika Cruz
LTD Technical Specialist I
Phone No.: (855) 508-4895 Ext. 41622
Secure Fax No.: (603) 334-3543

Attachments: 8356763-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.05.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

# AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, ~~insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.~~

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) ________ Relationship ________

Signature of claimant or legal representative Jamie Reece

Date of Birth: ________ Claim Number: 8356763 Date: 15 May 2020

**A copy of this authorization will be considered as valid as the original**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, ~~insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.~~

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

- My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
- ~~Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.~~
- ~~Information concerning Social Security benefits, including any records pertaining to me and my dependents~~

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant (print) Jamie Reece

Name of legal representative, if applicable (print) ______ Relationship ______

Signature of claimant or legal representative Jamie Reece

Date of Birth: ______ Claim Number: 8356763 Date: 15 May 2020

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

| | |
|---|---|
| Date: | October 21, 2020 |
| To: | RELEASE OF INFORMATION<br>LEXINGTON CLINIC |
| Attn: | Medical Records |
| Fax: | (859) 395-0909 |
| From: | Erika Cruz<br>LTD Technical Specialist I<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 334-3543 |
| Total Pages<br>(Including Cover): | 5 |
| RE:<br><br>Claim #: 8356763<br>Claimant: Jamie Reece<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

October 21, 2020

Release of Information
Lexington Clinic

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece
Claimant D.O.B.:

Dear Release of Information:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 20, 2020 through Present.

We ask that you provide this information by November 4, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-3543 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Erika Cruz
LTD Technical Specialist I
Phone No.: (855) 508-4895 Ext. 41622
Secure Fax No.: (603) 334-3543

Attachments: 8356763-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.05.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

**AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, ~~insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.~~

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative Jamie Reece

Date of Birth: ______ Claim Number: 8356763 Date: 15 May 2020

**A copy of this authorization will be considered as valid as the original**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, ~~insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.~~

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

- My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
- ~~Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.~~
- ~~Information concerning Social Security benefits, including any records pertaining to me and my dependents~~

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant (print) Jamie Reece

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative Jamie Reece

Date of Birth: ______________ Claim Number: 8356763 Date: 15 May 2020

**A copy of this authorization will be considered as valid as the original.**

**From:** LincolnAbsenceNotification@lfg.com
**To:**
donna.sutherland@toyota.com;judy.lykins@toyota.com;debbie.thompson@toyota.com
**Subject:** LINCOLN FINANCIAL NOTIFICATION: Approval of Long Term Disability for Jamie Reece 277390 Claim 8356763

This is to notify you that there has been an approval of your Team Member's Long Term Disability claim.

**Long Term Disability Information:**

Last Day Worked: 4/14/2018

Date of Disability: 4/15/2018

Benefit Begin Date: 10/21/2018

Claim Status: Approved

If you have further questions, please call Lincoln Financial at (800) 291-0112 ext. 41622 or contact the assigned Case Manager at Erika.Cruz@lfg.com. Please be sure to reference claim number 8356763.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

# Facsimile Cover Sheet

**To:**

**Company:**

**Phone:**

**Fax:** (603) 334-3543

**From:** Katelynn Nolen

**Company:**

**Phone:** (859) 225-3731 * 108

**Fax:** 18592253731

**Date:** 10/20/2020

**Pages including this cover sheet:** 3

## Comments:

RE: Claimant: Jamie H. Reece
Claim No.: 8356763

MEHR, FAIRBANKS & PETERSON
TRIAL LAWYERS

201 West Short Street, Suite 800 • Lexington, Kentucky 40507 • 859-225-3731 • 859-225-3830 • www.mehrfairbanks.com

M. Austin Mehr amehr@austinmehr.com
Philip G. Fairbanks pgf@austinmehr.com
Erik D. Peterson edp@austiumehr.com
Bartley K. Hagerman bkh@austinmehr.com
Elizabeth A. Thornsbury elizabeth@austinmehr.com

October 20, 2020

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
Attn: Erika Cruz
P.O. Box 7209
London, KY 40742

***sent via facsimile: 603-334-3543***

**RE: Claimant: Jamie H. Reece**
**Claim No.: 8356763**

Dear Ms. Cruz:

Attached please find the completed questionnaire you requested from Dr. Katherine Roden. Should you need anything further, please contact me at the number listed above.

Sincerely,

*/s/ Bartley K. Hagerman*

Bartley K. Hagerman

BKH/kmn

Reliable Review Services
621 NW 53rd Street, STE 275
Boca Raton, FL 33487
Toll Free: 877-890-0123
Fax: 561-995-4189

RRS
Reliable Review Services

# Fax:

| | |
|---|---|
| **To:** Dr. Katherine Roden | **From:** Reliable RS |
| **Fax:** | **Date:** July 27, 2020 |
| **Re:** Jamie H Reece | **RRS ID:** 52361 |

As an Independent Peer Reviewer, Behzad Emad, M.D., on the case for your above named patient, I have contacted your office to discuss the case and was instructed to present my questions to you via fax.
**Please respond by 8/10/2020.**

Please clarify if the claimant is still in a right arm cast. NO
Please clarify the impairing diagnoses (if any) for which you are treating this claimant. CRPS M89.00
During your recent evaluation, did the claimant exhibit any functional deficits? If yes please specify.
Were there any recent diagnostic tests performed to assess the extent of the claimant's condition? NO
What were the findings?
What is the claimant's current treatment regimen and response to treatment? LYRICA 100mg TID
Did the claimant report any side effects from ongoing medications? If yes, please specify. NO
Is the claimant undergoing any form of therapy? What is the claimant's response to therapy? HOME STRETCHING
What is the claimant's prognosis? GOOD
What are the future treatment plans for the claimant? MEDICATION MANAGEMENT POSSIBLE REPEAT PT

Behzad Emad, MD
Board Certified
Physical Medicine & Rehabilitation
Pain Medicine
CA - A55727
July 27, 2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

| | |
|---|---|
| Date: | October 20, 2020 |
| To: | BARTLEY HAGERMAN<br>MEHR, FAIRBANKS & PETERSON<br>201 WEST SHORT STREET<br>SUITE 800<br>LEXINGTON KY 40507 |
| Attn: | Mr. Hagerman |
| Fax: | (859) 225-3830 |
| From: | Erika Cruz<br>LTD Technical Specialist I<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 334-3543 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 8356763<br>Claimant: Jamie Reece<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

October 20, 2020

Bartley K. Hagerman
Mehr, Fairbanks & Peterson
201 WEST SHORT STREET
SUITE 800
LEXINGTON, KY 40507

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece

Dear Bartley Hagerman:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Toyota Motor Engineering & Manufacturing North America, Inc.'s Group Disability Policy. We are writing in reference to Jamie Reece's claim for LTD benefits under the Policy.

Ms. Reece has been receiving disability benefits based on her inability to perform the duties of her own occupation as a(n) Team Member.

However, Toyota Motor Engineering & Manufacturing North America, Inc.' LTD Policy contains a change in the definition of disability, which states that after 24 months, disability will be evaluated based upon her inability to perform the material and substantial duties of her own or any other occupation for which Ms. Reece is or become reasonably fitted for by training, education or experience.

Therefore, to remain eligible for benefits beyond the change in the definition of disability, Ms. Reece must be disabled from any occupation. As her benefits began on October 21, 2018, the change in definition will occur on October 20, 2020. We are currently gathering information to assess her continued eligibility for benefits beyond this date.

As part of our continuing review, we are in need of a medical review following by a vocational review in order to evaluate her continued eligibility for benefits beyond the change in definition.

Ms. Reece will continue to receive benefits during this review; however, this payment or any future payments should not be interpreted as an admission of present or ongoing liability. We reserve our right to enforce andy and all provisions of the Policy at any time. We will notify your of our

decision upon completion of our review.

If you have any questions regarding this matter, please contact me.

Sincerely,

Erika Cruz
LTD Technical Specialist I
Phone No.: (855) 508-4895 Ext. 41622
Secure Fax No.: (603) 334-3543

# Facsimile Cover Sheet

**To:**
**Company:**
**Phone:**
**Fax:** (603) 334-3543

**From:** Katelynn Nolen
**Company:**
**Phone:** (859) 225-3731 * 108
**Fax:** 18592253731

**Date:** 09/30/2020
**Pages including this cover sheet:** 2

## Comments:

Jamie Reece
Claim No.: 8356763

MEHR, FAIRBANKS & PETERSON
TRIAL LAWYERS

201 West Short Street, Suite 800 • Lexington, Kentucky 40507 • 859-225-3731 • 859-225-3830 • www.mehrfairbanks.com

M. Austin Mehr amehr@austinmehr.com
Philip G. Fairbanks pgf@austinmehr.com
Erik D. Peterson edp@austiumehr.com
Bartley K. Hagerman bkh@austinmehr.com
Elizabeth A. Thornsbury elizabeth@austinmehr.com

September 30, 2020

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
Attn: Erika Cruz
P.O. Box 7209
London, KY 40742

***sent via facsimile: 603-334-3543***

**RE: Claimant: Jamie H. Reece**
**Claim No.: 8356763**

Dear Ms. Cruz:

We are in receipt of your letter dated September 10, 2020 with a questionnaire for Dr. Katherine Roden to complete for my client, Jamie Reece. We are aware that the current deadline to submit this paperwork back to you is tomorrow, October 1, 2020, but due to the current COVID-19 pandemic, we request a 30-day extension to submit these documents. This would move the due date to **November 2, 2020** and we would possibly have them to you even sooner than that. If we do not hear from you by October 1, 2020, by the end of standard business hours, we will proceed with the new due date of November 2, 2020.

If you have any questions, please contact my office at (859) 225-3731. If I am unavailable, you may discuss this with my paralegal, Katelynn. Thank you.

Sincerely,

*/s/ Bartley K. Hagerman*

Bartley K. Hagerman

BKH/kmn

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

| | |
|---|---|
| Date: | September 10, 2020 |
| To: | RELEASE OF INFORMATION<br>LEXINGTON CLINIC |
| Attn: | Dr. Katherine Roden |
| Fax: | (859) 395-0909 |
| From: | Erika Cruz<br>LTD Technical Specialist I<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 334-3543 |
| Total Pages<br>(Including Cover): | 6 |
| RE: | Claim #: 8356763<br>Claimant: Jamie Reece<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

September 10, 2020

Release of Information
Lexington Clinic

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece
Claimant D.O.B.:

Dear Release of Information:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Toyota Motor Engineering & Manufacturing North America, Inc. 's Group Disability Policy. We are writing in reference to Jamie Reece's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by September 24, 2020.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Erika Cruz
LTD Technical Specialist I
Phone No.: (855) 508-4895 Ext. 41622
Secure Fax No.: (603) 334-3543

Attachments: 8356763-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.05.2020
8356763-MEDICAL-CORRESPONDENCE-07.29.2020

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, ~~insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.~~

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative Jamie Reece

Date of Birth: ______ Claim Number: 8356763 Date: 15 May 2020

**A copy of this authorization will be considered as valid as the original**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, ~~insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.~~

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

- My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
- ~~Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.~~
- ~~Information concerning Social Security benefits, including any records pertaining to me and my dependents~~

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant (print) Jamie Reece

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative Jamie Reece

Date of Birth: ______________ Claim Number: 8356763 Date: 15 May 2020

**A copy of this authorization will be considered as valid as the original.**

Reliable Review Services
621 NW 53rd Street, STE 275
Boca Raton, FL 33487
Toll Free: 877-890-0123
**Fax: 561-995-4189**

Reliable Review Services

# Fax:

| | |
|---|---|
| **To**: Dr. Katherine Roden | **From:** Reliable RS |
| **Fax:** | **Date:** July 27, 2020 |
| **Re:** Jamie H Reece | **RRS ID:** 52361 |

As an Independent Peer Reviewer, Behzad Emad, M.D., on the case for your above named patient, I have contacted your office to discuss the case and was instructed to present my questions to you via fax.
**Please respond by 8/10/2020.**

Please clarify if the claimant is still in a right arm cast.
Please clarify the impairing diagnoses (if any) for which you are treating this claimant.
During your recent evaluation, did the claimant exhibit any functional deficits? If yes please specify.
Were there any recent diagnostic tests performed to assess the extent of the claimant's condition? What were the findings?
What is the claimant's current treatment regimen and response to treatment?
Did the claimant report any side effects from ongoing medications? If yes, please specify.
Is the claimant undergoing any form of therapy? What is the claimant's response to therapy?
What is the claimant's prognosis?
What are the future treatment plans for the claimant?

Behzad Emad, MD
Board Certified
Physical Medicine & Rehabilitation
Pain Medicine
CA - A55727
July 27, 2020

Claimant Name: Jamie H Reece RRS ID: 52361

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

| | |
|---|---|
| Date: | September 10, 2020 |
| To: | BARTLEY HAGERMAN<br>MEHR, FAIRBANKS & PETERSON<br>201 WEST SHORT STREET<br>SUITE 800<br>LEXINGTON KY 40507 |
| Attn: | Mr. Bartley K. Hagerman |
| Fax: | (859) 225-3830 |
| From: | Erika Cruz<br>LTD Technical Specialist I<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 334-3543 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 8356763<br>Claimant: Jamie Reece<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

September 10, 2020

Bartley K. Hagerman
Mehr, Fairbanks & Peterson
201 WEST SHORT STREET
SUITE 800
LEXINGTON, KY 40507

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece

Dear Bartley Hagerman:

We are writing with regard to Jamie Reece's claim for Long Term Disabiltiy (LTD) benefits under Toyota Motor Engineering & Manufacturing North America, Inc's Group Disability Income Policy.

We are currently reviewing Ms. Reece's eligibility for continued disability benefits and are in need of additional information.

Please find enclosed the questionnaire sent to Dr. Katherine Roden on July 27, 2020 and again on September 10, 2020. We ask for your cooperation in obtaining the requested information by October 1, 2020.

If you have any questions regarding this matter, please contact me.

Sincerely,

Erika Cruz
LTD Technical Specialist I
Phone No.: (855) 508-4895 Ext. 41622
Secure Fax No.: (603) 334-3543

Attachments: 8356763-MEDICAL-CORRESPONDENCE-07.29.2020

Reliable Review Services
621 NW 53rd Street, STE 275
Boca Raton, FL 33487
Toll Free: 877-890-0123
**Fax: 561-995-4189**

Reliable Review Services

# Fax:

| | |
|---|---|
| **To**: Dr. Katherine Roden | **From:** Reliable RS |
| **Fax:** | **Date:** July 27, 2020 |
| **Re:** Jamie H Reece | **RRS ID:** 52361 |

As an Independent Peer Reviewer, Behzad Emad, M.D., on the case for your above named patient, I have contacted your office to discuss the case and was instructed to present my questions to you via fax.
**Please respond by 8/10/2020.**

Please clarify if the claimant is still in a right arm cast.
Please clarify the impairing diagnoses (if any) for which you are treating this claimant.
During your recent evaluation, did the claimant exhibit any functional deficits? If yes please specify.
Were there any recent diagnostic tests performed to assess the extent of the claimant's condition? What were the findings?
What is the claimant's current treatment regimen and response to treatment?
Did the claimant report any side effects from ongoing medications? If yes, please specify.
Is the claimant undergoing any form of therapy? What is the claimant's response to therapy?
What is the claimant's prognosis?
What are the future treatment plans for the claimant?

Behzad Emad, MD
Board Certified
Physical Medicine & Rehabilitation
Pain Medicine
CA - A55727
July 27, 2020

Reliable Review Services

Claimant Name: Jamie H Reece RRS ID: 52361

COVENTBRIDGE GROUP
THINK TRUTH

**CONFIDENTIAL INVESTIGATIVE REPORT**
**August 7, 2020**

| | | |
|---|---|---|
| **Attn: Erika Cruz**<br>**Lincoln Financial Group: Group Protection**<br>**Group Benefits Disability Claims**<br>**100 Liberty Way, Dover, NH 03820** | **YOUR FILE NO.** | 8356763 |
| | **OTHER FILE NO.** | Moore, C |
| | **OUR FILE NO.** | 202007-4972.1 |
| | **INSURED/EMPLOYER** | Toyota Motor Engineering & MA |
| | **ASSIGNMENT OPEN** | 7/31/2020 |
| **TYPE OF CLAIM** | Disability | |
| **REPORTED INJURY** | Shoulder | |
| **DATE OF LOSS** | 4/15/2018 | |
| **INVESTIGATOR** | Katelyn Housewoth | |
| **DATES OF INVESTIGATION** | 8/7/2020 | |

| **SUBJECT** | |
|---|---|
| **NAME:** | **Jamie Reece** |
| **ADDRESS:** | 201 West Short Street Suite 800, Lexington, KY 40507 |
| **DOB:** | |

**PHOTO IDENTIFICATION**



Name: Jamie Reece
Claim Number: 8356763

## SUMMARY

According to databases, Jamie Reece's most recently reported address is
.

A search was completed using but not limited to database sources Google, Bing, Facebook, Pinterest, Instagram, LinkedIn, MySpace, Twitter, and YouTube.
**Matches were located on the following sites:**

**Facebook**
**Instagram**

Profiles were located through Facebook and Instagram for the subject. The subject has shared no employment information to these accounts. Photos of the subject were posted to Facebook on June 8, 2020, May 26, 2018, May 19, 2018 and December 22, 2017. No information related to the subject's injuries, activities, or limitations was found. The subject's Instagram profile is private.

A business search was conducted on the subject through the Kentucky Secretary of State portal. No records were found.

A professional license search was conducted on the subject through the Kentucky Department of professional licensing portal. No records were found.

The subject returns as the registered owner of a Silver 2007 Toyota Corolla, bearing KY plate number .

The claimant's current address is as of July 2020. The provided address of 201 West Short Street Suite 800, Lexington, KY 40507 is a legal office.

A call placed to the Fayette County Property Valuation Administrator at (859) 246-2722 returned no property records under the subject's name, Jamie Reece, or alias, Jamie Milby.

A search of national news article returned no results associated with the subject. Search criteria included variations of names, places of residence, telephone numbers and other information.

## ANALYSIS

**MAPPING**

- A search of Google Maps produced satellite image and map of the area surrounding the subject's residences of 201 West Short Street Suite 800, Lexington, KY 40507 and

**DIRECTORY ASSISTANCE**

- Directory assistance lists the provided phone number for the subject as a as a private number.

**SOCIAL NETWORKING**

- Positive matches were located on the subject through Facebook and Instagram. Identification was obtained; however, no information related to this loss and or the subject's routine activities was found.

## SOURCES

### Mapping

A search of Google Maps produced a satellite image and a map of the area surrounding the subject's listed address of .



Name: Jamie Reece
Claim Number: 8356763




A search of Google Maps produced a satellite image and a map of the area surrounding the subject's listed address of 201 West Short Street Suite 800, Lexington, KY 40507.



Name: Jamie Reece
Claim Number: 8356763




## <u>Directory Assistance</u>

An online directory assistance search revealed the subject's phone number of as a private number.

# Phone Number

Sorry, name & address results were not found in our free directory. Information may be **available at Intelius** (visit website) .

Owner Information

Name:
Private Number (click to find out more)

View Full Profile     SPONSORED AD




Phone Number Information

| | | | |
|---|---|---|---|
| Area Code (NPA): | 859 | Exchange (NXX): | 533 |
| Original Service Provider: | N/A | Zip Code Coverage: | N/A |
| Original Service Type: | | Carrier Type: | |
| Original Coverage Area: | | Switch CLLI Code: | N/A |

## Social Networking

### Facebook

A profile was located through Facebook for the subject. The subject has shared no employment information to this account. Photos of the subject were posted on June 8, 2020, May 26, 2018, May 19, 2018 and December 22, 2017. No information related to the subject's injuries, activities, or limitations was found.

URL: https://www.facebook.com/jhmilby?ref=br_rs







Jamie Hunter Reece
May 26, 2018 ·
With Brad Reece
32
Share


Jamie Hunter Reece
May 19, 2018 ·
With Brad Reece
Share


Jamie Hunter Reece
December 22, 2017 ·
58
3 Comments
Share
Michelle Hillstrand To happiness. Great picture.
2y
Aubrey Surgers Happy Holidays. Love u guys.
2y
Brad Reece Thank you cousin.
2y

Name: Jamie Reece
Claim Number: 8356763

**Instagram**

A profile was located through Instagram for the subject. This account is set to private.

URL: https://www.instagram.com/_jhmilby3/




**Twitter**

No profiles associated with the subject were located.

**LinkedIn**

No profiles associated with the subject were located.

**YouTube**

No profiles associated with the subject were located.

**Pinterest**

No profiles associated with the subject were located.

**Flickr**

No profiles associated with the subject were located.

**Tumblr**

No profiles associated with the subject were located.

**MySpace**

No profiles associated with the subject were located.

**Other Online Sources**

A business search was conducted on the subject through the Kentucky Secretary of State portal. No records were found.

URL: https://web.sos.ky.gov/ftshow/(S(zhiiiny5m5hzdjlzaumras4u))/rasearch.aspx




A professional license search was conducted on the subject through the Kentucky Department of professional licensing portal. No records were found.

URL: https://oop.ky.gov/



Name: Jamie Reece
Claim Number: 8356763



For Individual   For Business Entity/Firm

Boards (You Can select multiple Boards by selecting Checkbox Provided with each Board)

- Kentucky Applied Behavior Analyst Licensing Board
- Kentucky Board of Alcohol and Drug Counselors
- Kentucky Board of Auctioneers
- Kentucky Board of Chiropractic Examiners
- Kentucky Board of Durable Medical Equipment Suppliers
- Kentucky Board of Examiners of Psychology
- Kentucky Board of Home Inspectors
- Kentucky Board of Interpreters for the Deaf and Hard of Hearing
- Kentucky Board of Licensed Diabetes Educators
- Kentucky Board of Licensed Professional Counselors
- Kentucky Board of Licensure and Certification for Dietitians and Nutritionists
- Kentucky Board of Licensure for Long-Term Care Administrators
- Kentucky Board of Licensure for Marriage and Family Therapists
- Kentucky Board of Licensure for Massage Therapy
- Kentucky Board of Licensure for Occupational Therapy
- Kentucky Board of Licensure for Pastoral Counselors
- Kentucky Board of Licensure for Private Investigators
- Kentucky Board of Licensure for Professional Art Therapists
- Kentucky Board of Ophthalmic Dispensers
- Kentucky Board of Podiatry
- Kentucky Board of Prosthetics, Orthotics and Pedorthics
- Kentucky Board of Registration for Professional Geologists
- Kentucky Board of Specialists in Hearing Instruments
- Kentucky Board of Speech-Language Pathology and Audiology
- Kentucky Board of Veterinary Examiners
- Kentucky Directory of Registered Athlete Agents
- Kentucky Real Estate Commission
- Kentucky Registry for Secondary Metals Recyclers

No Matches Found.

Enter your search criteria

License's First Name : REECE
License's Last Name : JAMIE
License Number :
Status : All

Additional search criteria

By Branch By Home

City :
State : All
Zip Code :

Search   Clear

## Motor Vehicles

Silver 2007 Toyota Corolla - Sedan 4 Door
VIN: 2T1BR32EX7C846855
State of Origin: Kentucky
Record Type: Current
Name: Jamie H Reece
Address:
DL #:
Tag Number:
Plate Type Code: PRV
Plate Type Description: Private
License State: KY
Earliest Registration Date: 1/13/2020
Latest Registration Date: 1/13/2020
Expiration Date: 11/30/2020

## News Articles

A search of national news article returned no results associated with the subject.

## Emails

The following email accounts return as potentially associated with the subject.

This report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from publicly available sources. Information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report.

## Enclosures

1. None

**END OF REPORT**

# Database Services Referral Report

| | | | |
|---|---|---|---|
| Referred By: | Erika Cruz | Phone # and Ext: | (800) 320-7585 x41622 |

| | | | |
|---|---|---|---|
| Claim Number: | 8356763 | Claimant Address: | 201 WEST SHORT STREETSUITE 800 |
| Claimant Name | JAMIE REECE | | |
| Customer: | TOYOTA MOTOR ENGINEERING & MA | City: | LEXINGTON |
| SSN: | | State: | KY Zip: 405070000 |
| DOB: | | | |
| Job Desc: | TEAM MEMBER | | |
| Email: | | | |
| Date of disability: | 4/15/2018 | | |
| Phone: | Type Cell | | |
| Additional Phone: | Type | | |

Document Location

- [x] Document List
- [ ] Correspondence
- [ ] Paper File

**Search Criteria:**

- [ ] Accurint/Lexis Nexis
- [ ] SSN Searches
- [ ] Change of Address
- [ ] Medical Provider
- [ ] Occupation and Professional Licensing.
- [ ] Death Index by individual.
- [x] Social Media Searches (Facebook, Twitter, etc.)

Reliable Review Services
621 NW 53rd Street, STE 275
Boca Raton, FL 33487
Toll Free: 877-890-0123
**Fax: 561-995-4189**

Reliable Review Services

# Fax :

| | |
|---|---|
| **To**: Dr. Katherine Roden | **From:** Reliable RS |
| **Fax:** | **Date:** July 27, 2020 |
| **Re:** Jamie H Reece | **RRS ID:** 52361 |

As an Independent Peer Reviewer, Behzad Emad, M.D., on the case for your above named patient, I have contacted your office to discuss the case and was instructed to present my questions to you via fax. **Please respond by 8/10/2020.**

Please clarify if the claimant is still in a right arm cast.
Please clarify the impairing diagnoses (if any) for which you are treating this claimant.
During your recent evaluation, did the claimant exhibit any functional deficits? If yes please specify.
Were there any recent diagnostic tests performed to assess the extent of the claimant's condition? What were the findings?
What is the claimant's current treatment regimen and response to treatment?
Did the claimant report any side effects from ongoing medications? If yes, please specify.
Is the claimant undergoing any form of therapy? What is the claimant's response to therapy?
What is the claimant's prognosis?
What are the future treatment plans for the claimant?

Behzad Emad, MD
Board Certified
Physical Medicine & Rehabilitation
Pain Medicine
CA - A55727
July 27, 2020

Date: 7/27/2020
To: Erika Cruz
LINCOLN FINANCIAL GROUP
Re: RRS ID: 52361

Claimant: Jamie H Reece
Claim #: 8356763
Line of Business: Disability
Review Type: LTD
Review Level: Initial
Advisory Report

## Clinical History

This review is from a Physical Medicine & Rehabilitation/Pain Medicine perspective. The claimant is a 51 year old female who has a listed diagnosis of "cervicalgia." This review is to determine if the claimant was functionally impaired from 05/01/2020 to present. The claimant's date of disability was noted to be 04/15/2018.

All of the medical records were reviewed and taken into consideration for this review, but only those closest to the dates under review were noted below.

In 2019, the claimant was under the care of multiple treating providers due to complex regional pain syndrome (CRPS) type 1 of right upper limb, psoriatic arthritis, impingement syndrome of right shoulder, left hand swelling, irritable bowel syndrome, palpitations, allergic rhinitis, hypertrophy of lingual tonsils, chronic laryngitis, chronic sinusitis, and dysphagia. The claimant complained of chronic neck/right shoulder and arm pain with associated muscle spasm. Norco reportedly caused nausea/vomiting and Gabapentin reportedly caused cognitive/gastrointestinal issues. Medications were adjusted. The claimant was also on Humira for psoriatic arthritis.

On 09/05/2019, Dr. Syed Abbas (Rheumatology) noted the claimant complained of left hand pain and swelling over the last 2 weeks. A steroid injection into the left wrist was performed, but without significant benefit.

On 11/05/2019, Dr. Katherine Roden (Pain Management) noted the claimant complained of right shoulder and forearm pain traveling to the left arm and hand. The claimant experienced a fall from a windowsill and fractured her right wrist. Open reduction internal fixation was performed on an unspecified date. The claimant presented with a hard cast on the right wrist and forearm. The claimant reported inflammation of the left digits and hand. Lyrica was continued.

On 01/03/2020, the claimant was seen by Dr. Ray Van Metre (Otolaryngology) due to intermittent dysphagia. Examination noted nasal septum deviated to the left and a very large bisymmetrical lingual tonsils. The claimant was diagnosed with hypertrophy of lingual tonsil, feeling of lump in the throat, dysphagia, choking sensation, chronic laryngitis, cough, facial swelling, pain in the face, chronic sinusitis, nasal congestion, and allergic rhinitis. A flexible laryngoscopy was performed. The claimant was referred to the University of Kentucky.

On 01/15/2020, the claimant was seen by Dr. Collin St. Clair (Family Medicine) due to off and on headaches. The claimant also endorsed anxiety and some coldness in hands/feet. Physical examination was unremarkable. Imitrex was prescribed and Tylenol/Ibuprofen was continued.

On 03/06/2020, the claimant was seen by Dr. Katherine Roden for medication follow-up. The claimant noted increased pain in the right shoulder and neck, rated as 4/10, accompanied by muscle spasms. The claimant had been taking Lyrica and Tizanidine. The claimant had right wrist surgery in 10/2019. Examination noted tenderness over the cervical paraspinal, rhomboids/trapezius muscles and presence of a right arm cast. Medications were refilled. The claimant was referred for physical therapy.

On 03/30/2020, the claimant had a telehealth visit with Dr. Collin St. Clair. The claimant reported left upper back pain that started 2 days ago. The claimant's pain radiated to the left upper/posterior arm. The claimant felt a pulling sensation, but no acute injury. The claimant then started developing sensitivity in the area. Lyrica had helped. A limited examination noted unremarkable findings. The claimant was diagnosed with herpes zoster and vesicular eruption. Valtrex was prescribed.

On 05/15/2020, the claimant had a telehealth visit with Dr. Katherine Roden for follow-up of CRPS. The claimant had discomfort from the right upper arm into the forearm and myofascial component of her pain with tension through the right axial neck/shoulder. Lyrica and Tizanidine provided improvement. Physical therapy was postponed due to COVID-19. The claimant rated her pain as 5/10. The claimant also reported increased headaches. Limited examination noted tenderness over the neck/right shoulder and the presence of a right arm cast. Medications were refilled. The claimant was referred to neurology.

On 06/19/2020, the claimant was seen by Dr. Katherine Roden for follow-up of CRPS. The claimant noted ongoing pain in the right upper extremity with discomfort through the upper arm and into the forearm. The claimant had allodynia, temperature change and edema throughout the right upper extremity. The claimant started noticing nerve pain in the bilateral lower extremity approximately 3 weeks ago. The claimant rated her current pain as 5/10. The claimant had been taking Lyrica and Tizanidine. Examination noted tenderness over the cervical paraspinal, rhomboids, and trapezius muscles. The claimant was wearing a right arm cast. The claimant also had mild edema throughout the right upper arm to the forearm. Medications were continued.

An undated Restrictions Form by Dr. Katherine Roden noted limited lifting/pulling/pushing up to 20 lbs. by Dr. Katherine Roden noted the claimant could work at the light level. The claimant was noted to have been last seen in 06/2020.

## Provider Contact Log

| Date/time of call | Spoke to | Outcome/message |
|---|---|---|
| 7/20/2020 3:29 PM EDT | Farrah, staff | I attempted to contact Dr. Katherine Roden. I left a detailed message noting the reason for my call and requesting a return call. My contact number was provided and the best time to reach me was noted. A time frame for call back was provided. |
| 7/21/2020 3:24 PM EDT | Farrah, staff | I attempted to contact Dr. Katherine Roden. I left a detailed message noting the reason for my call and requesting a return call. My contact number was provided and the best time to reach me was noted. A time frame for call back was provided. |

## Questions and Reviewer's Response

### 1. Please identify the primary impairing diagnosis(es) with ICD 10 code(s).

The primary impairing diagnoses are complex regional pain syndrome (CRPS) type 1 of right upper limb [G90.511] and history of ORIF of a right wrist fracture [Z98.890].

The claimant has a history of neck and right upper extremity pain secondary to CRPS type 1. The claimant's symptoms were being managed by medications and therapy. The claimant then suffered a fall in 10/2019 and sustained a right wrist fracture. ORIF of the fracture was performed and the claimant was placed in a right arm cast. Subsequent visits noted continued neck and right upper extremity symptoms. The claimant had allodynia, temperature change, and edema throughout the right upper extremity. Recent examinations noted tenderness over the cervical paraspinal, rhomboids/trapezius muscles; and presence of right arm cast. The claimant also had mild edema throughout the right upper arm to the forearm. The claimant noted nerve pain in the bilateral lower extremity, but had no abnormal findings on examination.

Based on the provided documentation, the claimant has ongoing functional impairments in the right upper extremity, complicated by presence of right arm cast. Although clarification is needed if the claimant is indeed still requiring a right arm cast, as an ample amount of time has passed since her surgery.

### 2. If applicable, please identify clinically significant comorbid diagnosis(es) with ICD 10 code(s).

The clinically significant comorbid diagnoses includes psoriatic arthritis [L40.50]; hypertrophy of lingual tonsils [J35.1]; and dysphagia [R13.10]. This will be deferred as it is outside the area of my expertise.

**3. Taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 05/01/2020 to present, and comment on the expected duration. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.**

From 05/01/2020 though the present and up to 1 month from the date of this report, the following restrictions/limitations are supported:

No restrictions in sitting.
Standing up to 4 hours at a time and up to a total of 8 hours in an eight hour period of time.
Walking up to 4 hours at a time and up to a total of 8 hours in an eight hour period of time.
No carrying, lifting, pushing, and/or pulling any amount of weight using the right upper extremity.
No restrictions in carrying, lifting, pushing, and/or pulling any amount of weight using the left upper extremity.
No reaching overhead, above the shoulders, at waist/desk level and below the waist level using the right upper extremity.
No restrictions in reaching overhead, above the shoulders, at waist/desk level and below the waist level using the left upper extremity.
Frequent (activity or condition exists from 1/3 to 2/3 of the time) handling, fingering, feeling, grasping, pinching, gripping, and/or use of hand control using the right hand.
No restrictions for handling, fingering, grasping, pinching, gripping, and/or use of hand controls using the left hand.
No restrictions in twisting, crouching, bending/stooping, kneeling, squatting, stair climbing, and/or use of foot control.
Occasional (activity or condition exists up to 1/3 of the time) driving commercial vehicle.
No crawling, working at unprotected heights, climbing ladders, and/or operating heavy equipment/safety sensitive machinery.

In my opinion the claimant should be re-evaluated in 1 month from the date of this review with updated medical records/examinations/evaluations/diagnostic studies to determine if the restrictions/limitations still apply. The claimant is able to perform full-time duty (8 hours/day, 5 days/week) within the indicated restrictions/limitations.

**4. Treatment Opportunities: Is the treatment provided consistent with the standard of care for the apparent level of severity of the condition(s)? Is there any evidence that the claimant is not compliant with treatment that meets the standard of care?**

The treatments provided are consistent with the standard of care for the apparent level of severity of the claimant's conditions. The claimant has been compliant with treatments.

**5. Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g. workplace conflicts, child or elder care issues, or legal issues)?**

There were no non-medical circumstance identified in the medical records that would interfere with work-related activities noted.

## Assessment/Rationale

This review is from a Physical Medicine & Rehabilitation/Pain Medicine perspective. The claimant is a 51 year old female who has a listed diagnosis of "cervicalgia." This review is to determine if the claimant was functionally impaired from 05/01/2020 to present. The claimant's date of disability was noted to be 04/15/2018.

The primary impairing diagnoses are complex regional pain syndrome type 1 of right upper limb and history of ORIF of the right wrist fracture.

In my opinion the claimant is able to perform full-time duty (8 hours/day, 5 days/week) within the indicated restrictions/limitations noted above from 05/01/2020 to present. In my opinion the claimant should be re-evaluated in 1 month from the date of this review with updated medical records/examinations/evaluations/diagnostic studies to determine if the restrictions/limitations still apply.

***The opinion above is based on the information available for review and held to a reasonable degree of clinical accuracy. I attest that I have no relationship or association with the claimant who is the subject of this independent review. I also attest that I have no substantial personal or financial relationship with the treating provider(s) and/or treatment facility(ies), I have no financial interest in the insurer or claim administrator and my opinion(s) were not influenced by compensation received for my services.***

***I hereby submit this attestation that I have complied, to the highest degree possible, with the provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the standards decreed thereunder.***



Behzad Emad, MD
Board Certified
Physical Medicine & Rehabilitation
Pain Medicine
CA - A55727

## Documents Sent for Review

| Document Date | Document Type | Document Source |
|---|---|---|
| 06/07/2019 | Peer Review | Gary Nudell, MD |
| Undated | Peer Review | Client |
| 05/15/2020 | Authorization For The Release Of Protected Health Information | Claimant |
| 05/15/2020 | Authorization For The Release Of Information Including Protected Health Information | Claimant |
| Undated | Restriction Form | Katherine Roden, MD |
| 07/15/2020 | Correspondence | MEHR, Fairbanks And Peterson, Attorney AT Law |
| 01/03/2020, 01/15/2020, 03/06/2020, 03/30/2020, 05/15/2020, 06/19/2020 | Encounters And Procedures | Ray Metre, MD |
| 10/11/2019, 11/05/2019 | Office Visit | Katherine Roden, MD |
| 02/11/2019, 03/11/2019, 04/23/2019, 04/29/2019, 06/10/2019, 07/08/2019, 08/05/2019, 08/12/2019, 08/21/2019, 09/05/2019, 09/23/2019, 10/02/2019 | Office Visit | Syed Abbas, MD |
| 04/29/2019 | Esophago Gastro Duodenoscopy Report | Lexington Clinic Andover |
| 04/04/2019 | Plan Of Care | Michael Hopper, PT |
| 04/16/2019 | US Abdomen Complete | Shailendra Chopra, MD |
| 01/15/2020 | Lab Reports | Lexington Clinic Laboratory |
| 10/02/2019 | RBC Morphology | Syed Abbas, MD |
| 08/21/2019 | Lab Report | Lexington Clinic Laboratory |
| 02/11/2019, 04/09/2019, 04/11/2019, 04/12/2019, 04/29/2019, 06/14/2019, 08/12/2019, 08/14/2019, | Lab Results | Lexington Clinic Laboratory |

Reliable Review Services

| | | |
|---|---|---|
| 08/21/2019 | | |

# INVOICE

**Reliable Review Services**

**Invoice Number : 52361-1** **7/27/2020 11:24 AM CDT**

Claimant: Jamie H Reece
Client Claim#: 8356763
RRS Claim#: 52361-1

**Customer:** LINCOLN FINANCIAL GROUP
8801 Indian Hills Drive
Omaha, NE 68114

| Description of Services | Hours | Rate | Other Fees | Amount Due |
|---|---|---|---|---|
| PEER REVIEW | 1.75 | 210 | $0.00 | 367.50 |

**Total Due: $367.50**

**Reviewer Details**

**Reviewer**

Behzad Emad - Pain Medicine

**Please include the invoice number with your payment and mail to:**

Reliable RS
PO Box 492890,
Redding CA 96049

**Tax Id:** 26-1114252

*Prompt payment within 30 days is greatly appreciated!*
Reliable RS, PO Box 492890, Redding CA 96049

# Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 06/19/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 06/19/2020 10:45AM |
| | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |

**Insurance**

Med Primary: BCBS-OH (PPO)
Insurance # : TOAAN1313675
Policy/Group # : 003320100TEAP064
Employer Name : TOYOTA
Med Worker's Comp: MSMM
Referring Provider Name : DONEGAN, RYAN P
Employer Name : KELLY SERVICES
Case # : SA211932PVY
Case Injury Date : 01/30/2018
Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC
Insurance # :
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: EXPRESS SCRIPTS - Member is eligible. details

## Chief Complaint

This is a 51 year old female following up for medication management for CRPS. She reports some improvement from the lyrica 100mg TID and tizanidine 4mg TID PRN. She states last dose of lyrica was 6/19/2020. She reports that she has been scheduled for Neurology, but is going to reschedule due to the time not working for her. She states that she started noticing nerve pain in her BLE that started approximately 3 weeks ago.

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider (Worker's Comp):** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS MO 63134, Ph (888) 327-9791, Fax (800) 837-0959**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (844) 516-3319, Fax (800) 391-9707
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

06/19/2020 11:19 am

| | | |
|---|---|---|
| **Ht:** 5 ft 7 in | **Wt:** 188 lbs | **BMI:** 29.4 |
| **BP:** 134/78 sitting L arm | **Pain Scale:** 5 | |

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/20/20 | renewed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** | 10/02/19 | prescribed |

Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.
**Internal Note:** PA approved 6/9/19-78/20

| | | |
|---|---|---|
| **Imitrex 50 mg tablet**<br>TAKE 1 TAB AT ONSET OF MIGRAINE, MAY REPEAT AFTER 2 HOURS X 1 | 01/15/20 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 05/15/20 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **predniSONE 20 mg tablet**<br>2 po x 3 days, then 1 po x 3 days | 10/11/19 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 05/15/20 | prescribed |
| **traMADoL 50 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 30 days. | 10/07/19 | prescribed |
| **Valtrex 1 gram tablet**<br>Take 1 tablet(s) every 8 hours by oral route for 7 days. | 03/30/20 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker

Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 06/19/2020
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 03/30/2020)

## Past Medical History

Reviewed Past Medical History
Arthritis: **Y**
Headaches: **Y**

## HPI

51-year-old female presenting for follow-up with regards to CRPS. She notes ongoing symptoms in the right upper extremity with discomfort through the upper arm and into the forearm. Her current regimen consists of Lyrica 100 mg 3 times a day and tizanidine when necessary.

## ROS

Patient reports **arthralgias/joint pain and neck pain** but reports no muscle aches, no muscle weakness, and no swelling in the extremities. She reports **frequent or severe headaches** but reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, and no tremor. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 51-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD.

**Psychiatric:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected.

**Neck:** Neck: supple and trachea midline.

**Lungs:** Respiratory effort: no dyspnea.

dyspnea.

**Cardiovascular System:** Heart Auscultation: normal S1 and S2 and RRR.

**Abdomen:** Inspection and Palpation: soft, non-distended, and no tenderness.

**Musculoskeletal::** Joints, Bones, and Muscles: normal movement of all extremities and **tenderness** (**cervical paraspinal, rhomboids and trapezius muscles**); **right arm cast**.

**Motor Strength:** Motor Strength and Tone: normal and normal tone. C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

**Neurologic:** Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no rash or lesions.

**Spine - Special Tests:** Cervical Spine negative axial loading test and Spurling's test and (normal) cervical spine. Other Findings **Myofascial pain**. Lumbar / Lumbosacral Spine (normal) lumbar / lumbosacral spine.

## Assessment / Plan

51-year-old female presenting for follow-up with regards to CRPS. She continues to note ongoing allodynia, temperature change and edema throughout the right upper extremity. She has noticed more recently a deeper ache in through the upper arm. She notices a similar ache in the anterior thigh of her right leg. She denies radiating or radicular pain but describes the pain as more focal in the anterior aspect of the right thigh. She reports lifting herself from a chair recently with worsening myofascial pain throughout the shoulder capsule and right neck. She has a yoga ball at home and plans to resume home stretching. On exam, she has preserved motor strength throughout. She does however mild edema throughout the right upper arm to the forearm. I don't suspect that her pain in her leg is necessary radicular or coming from her back. Should pain progressing continue, we can consider lumbar MRI or even EMG/nerve conduction study. At this time, patient would like to proceed conservatively and I think this is reasonable. She will plan to resume home stretching exercises.

Her current regimen consists of Lyrica 100 mg 3 times a day and tizanidine when necessary. Should pain continue, we can consider dose escalation of Lyrica 200 mg twice a day. At this time, we will plan to continue her current regimen. Patient will follow-up in 4 months for further evaluation.

**. Complex regional pain syndrome**

M89.00: Algoneurodystrophy, unspecified site

- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS

**Patient Instructions**

WRAP-UP
Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- Continue current regimen

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

**Discussion Notes**

Discussion Notes

Spent 25 total minutes with the patient today. Greater than 50% of this time was spent counseling/coordination of care as documented in my assessment and plan above.

## Return to Office

- ANDREW SCHNEIDER, MD for CONSULT at NEUROLOGY CHI SJOP on 06/26/2020 at 08:30 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 11/13/2020 at 10:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 06/19/2020.

Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 06/19/2020 at 11:54am

**Encounter Date: 05/15/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 05/15/2020 10:45AM |
| | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

This is a 51 year old female following up for medication management for CRPS. She reports improvement from the lyrica 100mg TID. She also notes improvement from the tizanidine 4mg TID PRN. She reports increased headaches. Reports she had start back to PT and had to postpone due to COVID-19. States when she started back they did not offer massage therapy. States last dose of the tizanidine was 5/14/2020 and last dose of the lyrica 5/15/2020.

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider (Worker's Comp):** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS MO 63134, Ph (888) 327-9791, Fax (800) 837-0959**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (877) 222-7336, Fax (800) 391-9707
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

05/15/2020 10:15 am

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in | **Wt:** | 180 lbs | **BMI:** | 28.2 |
| **BP:** | Not Performed - Not indicated | **Pain Scale:** | 5 | | |

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/20/20 | renewed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit**<br>Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.<br>**Internal Note:** PA approved 6/9/19-78/20 | 10/02/19 | prescribed |
| **Imitrex 50 mg tablet**<br>TAKE 1 TAB AT ONSET OF MIGRAINE, MAY REPEAT AFTER 2 HOURS X 1 | 01/15/20 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 05/15/20 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **predniSONE 20 mg tablet**<br>2 po x 3 days, then 1 po x 3 days | 10/11/19 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 05/15/20 | prescribed |
| **traMADoL 50 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 30 days. | 10/07/19 | prescribed |
| **Valtrex 1 gram tablet**<br>Take 1 tablet(s) every 8 hours by oral route for 7 days. | 03/30/20 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

**REECE, JAMIE H (id #21591363, dob:**

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 05/15/2020
Chewing tobacco: none

## Surgical History

Reviewed Surgical History

- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 03/30/2020)

## Past Medical History

Reviewed Past Medical History
Arthritis: **Y**
Headaches: **Y**

## HPI

**Pain Management Interval History**
Reported by patient.
Notes:

None.

51-year-old female presenting for follow-up with regards to medication management the setting of CRPS. SHe notes worsening frontal headaches as of late. Her current medication regimen, she does no benefit with the use of Lyrica 100 mg 3 times a day and tizanidine PRN.

Visit today is being conducted via telehealth using both audio and video. Patient has expressed an understanding of the telehealth process and has consented.

## ROS

Patient reports **arthralgias/joint pain and neck pain** but reports no muscle aches, no muscle weakness, and no swelling in the extremities. She reports **frequent or severe headaches** but reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, and no tremor. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no

anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 51-year-old female.

**Constitutional:**General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD.

**Psychiatric:**Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:**Head: normocephalic and atraumatic.

**Eyes:**Lids and Conjunctivae: no discharge or pallor and non-injected.

**Lungs:**Respiratory effort: no dyspnea.

**Musculoskeletal::**Joints, Bones, and Muscles: normal movement of all extremities and**tenderness** (**neck and R shoulder**); **right arm cast**.

**Neurologic:**Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:**Inspection and palpation: no rash or lesions.

## Assessment / Plan

51-year-old female presenting for follow-up with regards to CRPS. She notes ongoing symptoms in the right upper extremity with discomfort through the upper arm and into the forearm. She also has a myofascial component of her pain with tension through the right axial neck and shoulder. She was previously referred to physical therapy and continues to do home stretching exercises with benefit. She was receiving massage therapy weekly with substantial improvement in pain. She has discontinued massage therapy secondary to financial constraint. We will plan to write a letter for therapeutic massage to her insurance to hopefully get approval.

Over the last month, patient has noted recurrence of her frontal headaches. She was previously managed by neurology and had used migraine prophylaxis in the past. She has not seen a neurologist in several years. Symptoms seem to have worsened with increases in social stressors. She is concerned about losing her job as her disability runs out in October. She continues to note ongoing headaches mainly in the frontal and temporal region bilaterally. She denies aura. We will plan to refer her to neurology today for further evaluation.

In terms of medication management, her current regimen consists of Lyrica 100 mg 3 times a day and tizanidine when necessary. She does note improvement symptoms with the use of the medicine. She denies any adverse side effects. She notes improved ability to perform her ADLs. We will plan to refill her medication for a 6 month supply. I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient has a signed pain management agreement per clinic policy. Urine drug screen is up to date and appropriate as per Kentucky medical board guidelines. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient. Patient will follow-up in 6 months for further evaluation.

. **Complex regional pain syndrome**

M89.00: Algoneurodystrophy, unspecified site

- Lyrica 100 mg capsule - Take 1 capsule(s) 3 times a day by oral route. Qty: 270 capsule(s) Refills: 1 Pharmacy: EXPRESS SCRIPTS HOME DELIVERY

. **Headache**

R51: Headache

- HEADACHE: CARE INSTRUCTIONS
- NEUROLOGY REFERRAL - Schedule Within: provider's discretion

. **Myofascial pain**

M79.10: Myalgia, unspecified site

- tizanidine 4 mg tablet - Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. Qty: 270 tablet(s) Refills: 2 Pharmacy: EXPRESS SCRIPTS HOME DELIVERY

**Patient Instructions**

WRAP-UP
Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- Referral to Neurology

- Letter for therapeutic massage

- Refill Lyrica

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

**Discussion Notes**

Spent 15 total minutes with the patient today. Greater than 50% of this time was spent counseling/coordination of care as documented in my assessment and plan above. We discussed appropriate use of controlled substances including side effects and interactions with other medications. We reviewed conservative measures including gentle stretching as well as yoga/Pilates. We also discussed use of adjuncts including OTC NSAIDS/Tylenol when appropriate as well as use of ice/heat, massage and TENS.

## Return to Office

- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 05/15/2020.
Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 05/15/2020 at 2:04pm

**Encounter Date: 03/30/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 03/30/2020 11:00AM |
| | | **Service Dept.** | FAMILY MEDICINE ANDOVER |
| **Provider** | COLLIN ST. CLAIR, DO | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Patient's Care Team

**REECE, JAMIE H (id #21591363, dob: ,**

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider (Worker's Comp):** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (877) 222-7336, Fax (800) 391-9707

## Vitals

None recorded.

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/20/20 | renewed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit**<br>Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.<br>**Internal Note:** PA approved 6/9/19-78/20 | 10/02/19 | prescribed |
| **Imitrex 50 mg tablet**<br>TAKE 1 TAB AT ONSET OF MIGRAINE, MAY REPEAT AFTER 2 HOURS X 1 | 01/15/20 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 03/06/20 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **predniSONE 20 mg tablet**<br>2 po x 3 days, then 1 po x 3 days | 10/11/19 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 03/06/20 | prescribed |
| **traMADoL 50 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 30 days. | 10/07/19 | prescribed |
| **Valtrex 1 gram tablet**<br>Take 1 tablet(s) every 8 hours by oral route for 7 days. | 03/30/20 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
**Family Medicine**
Tobacco cessation counseling provided date: (Notes: tdotson14 answered No to the Tobacco cessation counseling provided question on 04/09/2019.)
Alcohol intake: None
Marital status: Married
Occupation: Toyota/on medical leave
Illicit drugs: no
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 03/06/2020
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Tonsillectomy - 1973
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

## GYN History

Reviewed GYN History

## Obstetric History

Reviewed Obstetric History

## Past Medical History

Reviewed Past Medical History
Allergies/Hayfever: **Y**
Arthritis: **Y**
Chicken Pox: **Y**
Headaches: **Y**
Vision or Eye Problems: **Y** - **glasses**

HPI

Visit today is being conducted via telehealth using both audio and video. Patient has expressed an understanding of the telehealth process and has consented.

Jamie is a 51-year-old non-smoking female with history of psoriatic arthritis, IBS, chronic right shoulder pain, and hysterectomy now on HRT presenting for:

Left upper back pain- No rash at this time. 2 days ago, started having discomfort in left upper back radiating into left upper/posterior arm. Nothing on opposite side. Felt pulling sensation, but no acute injury, then starting developing sensitivity in the area. Husband has been monitoring area and no rash to this point. No previous shingles. Has CRPS affects right side, symptoms aren't similar to this. No F/C/N/V. No SOA. Rhinorrhea 5-7 days ago. Her discomfort improves with lyrica.

ROS

**ROS as noted in the HPI**

Physical Exam

Patient is a 51-year-old female.

**Constitutional:**General Appearance: healthy-appearing. Level of Distress: NAD.

**Psychiatric:**Mental Status: normal mood and affect.

**Head:**Head: normocephalic and atraumatic.

**Lungs:**Respiratory effort: no dyspnea.

**Skin:**Inspection and palpation: **No rash of exposed surfaces. No rash reported currently at left upper back, no visualized during visit.**.

Assessment / Plan

. **Herpes zoster** -

Concern for shingles- prodromal pain at this time with no rash. Symptoms improve with lyrica that she is already taking. Will start course of valtrex. Call if symptoms persist or worsen.

B02.9: Zoster without complications

. **Vesicular eruption** -

R23.8: Other skin changes

- Valtrex 1 gram tablet - Take 1 tablet(s) every 8 hours by oral route for 7 days. Qty: 21 tablet(s) Refills: 0 Pharmacy: WALMART PHARMACY 3894

Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 05/01/2020 at 10:00 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

Encounter Sign-Off

Encounter signed-off by COLLIN ST. CLAIR, DO, 03/30/2020.

Encounter performed and documented by COLLIN ST. CLAIR, DO
Encounter reviewed & signed by COLLIN ST. CLAIR, DO on 03/30/2020 at 11:19am

**Encounter Date: 03/06/2020**

Patient

**Name** REECE, JAMIE (51yo, F) ID# 21591363 **Appt. Date/Time** 03/06/2020 08:45AM

| | | | |
|---|---|---|---|
| Name | REECE, JAMIE (51yo, F) ID# 21591363 | Appt. Date/Time | 03/06/2020 08:45AM |
| | | Service Dept. | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |

**Insurance**
Med Primary: BCBS-OH (PPO)
Insurance # : TOAAN1313675
Policy/Group # : 003320100TEAP064
Employer Name : TOYOTA
Med Worker's Comp: MSMM
Referring Provider Name : DONEGAN, RYAN P
Employer Name : KELLY SERVICES
Case # : SA211932PVY
Case Injury Date : 01/30/2018
Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC
Insurance # :
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: EXPRESS SCRIPTS - Member is eligible. details

## Chief Complaint

medication follow up

Jamie Reece is a 51 y/o female following up on CRPS, shes taking Lyrica 100mg, her last dose was 3/6/20 @ 6am. Pt stated shes having increased pain in her RT shoulder and neck that started 3-4 weeks ago. Rates her pain today at a 4/10.

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (877) 222-7336, Fax (800) 391-9707

## Vitals

03/06/2020 09:06 am

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in | **Wt:** | 190 lbs | **BMI:** | 29.8 |
| **BP:** | 132/88 sitting | **Pain Scale:** | 4 | **Pain Scale Type:** | Numeric |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/20/20 | renewed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit**<br>Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.<br>**Internal Note:** PA approved 6/9/19-78/20 | 10/02/19 | prescribed |
| **Imitrex 50 mg tablet**<br>TAKE 1 TAB AT ONSET OF MIGRAINE, MAY REPEAT AFTER 2 HOURS X 1 | 01/15/20 | prescribed |
| **Lyrica 100 mg capsule** | 03/06/20 | prescribed |

Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** 11/17/17 entered

**predniSONE 20 mg tablet** 10/11/19 prescribed
2 po x 3 days, then 1 po x 3 days

**Probiotic** 11/17/17 entered

**tiZANidine 4 mg tablet** 03/06/20 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 03/06/2020
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 01/15/2020)

## Past Medical History

Reviewed Past Medical History
Arthritis: **Y**
Headaches: **Y**

## HPI

**Pain Management Interval History**
Reported by patient.
Notes:

None.

51-year-old female presenting for follow-up with regards to medication management the setting of CRPS. Her current regimen consists of Lyrica 100 mg 3 times a day. Today her principle concern is muscle spasms in the right shoulder and neck.

## ROS

Patient reports **arthralgias/joint pain and neck pain** but reports no muscle aches, no muscle weakness, and no swelling in the extremities. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 51-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD.

**Psychiatric:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected.

**Neck:** Neck: supple and trachea midline.

**Lungs:** Respiratory effort: no dyspnea.

**Cardiovascular System:** Heart Auscultation: RRR.

**Abdomen:** Bowel Sounds: normal. Inspection and Palpation: soft and non-

distended.

**Musculoskeletal::**Joints, Bones, and Muscles: normal movement of all extremities and**tenderness** (**cervical paraspinal, rhomboids and trapezius muscles**); **right arm cast**.

**Motor Strength:**Motor Strength and Tone: normal and normal tone. C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

**Neurologic:**Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:**Inspection and palpation: no rash or lesions.

**Spine - Special Tests:**Cervical Spine negative axial loading test and Spurling's test and (normal) cervical spine. Other Findings **Myofascial pain**. Lumbar / Lumbosacral Spine (normal) lumbar / lumbosacral spine.

## Assessment / Plan

51-year-old female presenting for follow-up with regards to medication management the setting of CRPS. Patient returns today reporting worsening muscle spasms throughout the right axial neck and shoulder as well as around the shoulder blade. She notes having healed well following her ORIF of her right wrist. She is completed physical therapy and has full use of her right lower extremity. Her principle pain complaint today is ongoing myofascial pain throughout her right neck and shoulder. She has attended weekly massage sessions with some benefit. She has tried a TENS unit without relief. She currently takes tizanidine 4 mg 3 times a day with some benefit. We discussed repeat referral to physical therapy to help address her myofascial pain. Specifically she would benefit from massage therapy, ultrasound and dry needling. We will plan to make that referral today.

In terms of her current medication regimen, she does no benefit with the use of Lyrica 100 mg 3 times a day. She denies any adverse side effects. She notes improved ability to perform her ADLs. We'll plan to refill her medication for a two-month supply. I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient has a signed pain management agreement per clinic policy. Urine drug screen is up to date and appropriate as per Kentucky medical board guidelines. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient. Patient will follow-up in 2 months for further evaluation.

**. Complex regional pain syndrome**

M89.00: Algoneurodystrophy, unspecified site

- Lyrica 100 mg capsule - Take 1 capsule(s) 3 times a day by oral route. Qty: 270 capsule(s) Refills: 0 Pharmacy: EXPRESS SCRIPTS HOME DELIVERY

**. Myofascial pain**

M79.10: Myalgia, unspecified site

- PHYSICAL THERAPY REFERRAL - Schedule Within: provider's discretion
- tizanidine 4 mg tablet - Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. Qty: 270 tablet(s) Refills: 2 Pharmacy: EXPRESS SCRIPTS HOME DELIVERY

**'atient Instructions**

WRAP-UP
Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- Referral to PT

- Refill Lyrica

- Refill Tizanidine

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

**Discussion Notes**

Spent 25 total minutes with the patient today. Greater than 50% of this time was spent counseling/coordination of care as documented in my assessment and plan above.

## Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 05/01/2020 at 10:00 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 03/06/2020.

Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 03/06/2020 at 9:38am

**Encounter Date: 01/15/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 01/15/2020 10:00AM |
| | | **Service Dept.** | FAMILY MEDICINE ANDOVER |
| **Provider** | COLLIN ST. CLAIR, DO | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # : 09221968<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

Headache

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (877) 222-7336, Fax (800) 391-9707

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 01/15/2020 10:09 am | **Wt:** | 185 lbs 01/15/2020 10:09 am | **BMI:** | 29 01/15/2020 10:09 am |
| **T:** | 98.4 F° oral 01/15/2020 10:12 am | **BP:** | 116/82 sitting L arm 01/15/2020 10:14 am | **Pulse:** | 87 bpm regular 01/15/2020 10:12 am |
| **RR:** | 14 01/15/2020 10:12 am | **O2Sat:** | 96% Room Air at Rest 01/15/2020 10:12 am | | |

**REECE, JAMIE H (id #21591363, dob:**

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

**esomeprazole magnesium 40 mg capsule,delayed release** 02/25/19 renewed
TAKE 1 CAPSULE DAILY

**Estrace 1 mg tablet** 08/21/19 entered

**Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** 10/02/19 prescribed
Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.
**Internal Note:** PA approved 6/9/19-78/20

**Imitrex 50 mg tablet** 01/15/20 prescribed
TAKE 1 TAB AT ONSET OF MIGRAINE, MAY REPEAT AFTER 2 HOURS X 1

**Lyrica 100 mg capsule** 11/05/19 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** 11/17/17 entered

**predniSONE 20 mg tablet** 10/11/19 prescribed
2 po x 3 days, then 1 po x 3 days

**Probiotic** 11/17/17 entered

**tiZANidine 4 mg tablet** 04/18/19 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems

- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

**REECE, JAMIE H (id #21591363, dob:**

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
**Family Medicine**
Tobacco cessation counseling provided date: (Notes: tdotson14 answered No to the Tobacco cessation counseling provided question on 04/09/2019.)
Alcohol intake: None
Marital status: Married
Occupation: Toyota/on medical leave
Illicit drugs: no
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 01/15/2020
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Tonsillectomy - 1973
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

## GYN History

Reviewed GYN History

## Obstetric History

Reviewed Obstetric History

## Past Medical History

Reviewed Past Medical History
Allergies/Hayfever: **Y**
Arthritis: **Y**
Chicken Pox: **Y**
Headaches: **Y**
Vision or Eye Problems: **Y** - **glasses**

## HPI

Jamie is a 50-year-old non-smoking female with history of psoriatic arthritis, IBS, chronic right shoulder pain, and hysterectomy now on HRT presenting for:

Headache-woke up Sunday morning with headache and has continued off and on since that time, varying in character. Originally felt like it was on top of her head and felt like she needed to hold her head for relief. At another point he felt like poking in her ears. Most recently, it has been an intermittent, left-sided pain behind and medial to left eye. She says it will fade out and then come back. She endorses some photophobia and phonophobia, but says this is common with most headaches for her. She does have a history of migraines in early adulthood which improved following hysterectomy. Varying in intensity. She drinks plenty of water. Denies any vision changes, eye discharge/drainage, rhinorrhea, nasal congestion, nausea, vomiting, fevers. No eyelid swelling. She has tried Tylenol and ibuprofen without success. No new medications. No specific triggers identified. Her symptoms are overall better than at the onset on Sunday, not hurting on top of her head as much as it was which was more uncomfortable. She does endorse a lot of anxiety at home, possibly worsened recently.

He does endorse some coldness in hands and feet but attributes this to her autoimmune condition. Denies any other extremity

numbness/tingling/weakness.

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 51-year-old
female.

GENERAL: No acute distress.
EYES: No erythema or discharge.
ENT: No pharyngeal erythema or exudate. No sinus tenderness to palpation. No nasal drainage.
LYMPH: No anterior or posterior cervical lymphadenopathy
HEAD: Normocephalic. Atraumatic.
CARDIOVASCULAR: Regular rate and rhythm. No murmurs appreciated.
RESPIRATORY: Lungs clear to auscultation bilaterally. No wheezing/rales/rhonchi. Normal work of breathing.
MUSCULOSKELETAL: Moving all extremities. Gait intact.
SKIN: Warm and dry. Normal color.
NEUROLOGICAL: Awake and alert. CN II-XII intact. PEERL. SILT all ext. Strength 5/5 and symmetric in all ext.
PSYCHOLOGICAL: Normal mood and affect.

## Assessment / Plan

. **Headache** -

Unclear etiology this time. Located around/behind left eye, symptoms not consistent with cluster headache or acute sinusitis. Also not classic for migraine. However, will prescribe trial of Imitrex. Continue to stay well-hydrated. Her current Tylenol/ibuprofen as needed, though discussed avoidance of overuse in order to avoid rebound headaches. Will refer to neuro if needed. No red flag symptoms at this time, but may need to pursue imaging. Will obtain labs as below.

Of note, pt mentioned during her appointment that she mentioned these headaches to ENT and they didn't seem to address it. Last appointment with ENT was on 1/3, so timeline is less clear as she said her current headache issues started on Sunday.

Per ENT note from 1/3, she has very large but symmetrical lingual tonsils bothering her for at least 3 months. Mentioned that largely will tonsils are also obstructing her breathing to some extent when she sleeps. If there is OSA induced from, this could be contributing to headaches.

R51: Headache

- Imitrex 50 mg tablet - TAKE 1 TAB AT ONSET OF MIGRAINE, MAY REPEAT AFTER 2 HOURS X 1 Qty: 6 tablet(s) Refills: 0 Pharmacy: WALMART PHARMACY 7259

. **Adult health examination** -

Z00.00: Encounter for general adult medical examination without abnormal findings

- CBC
- CMP
- THYROID STIMULATING HORMONE (TSH)

**atient Instructions**

**iscussion Notes**

RTC if symptoms persist.

### Return to Office

- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/12/2020 at 09:30 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 03/05/2020 at 09:15 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

**REECE, JAMIE H (id #21591363, dob:**

Encounter signed-off by COLLIN ST. CLAIR, DO, 01/15/2020.
Encounter performed and documented by COLLIN ST. CLAIR, DO
Encounter reviewed & signed by COLLIN ST. CLAIR, DO on 01/15/2020 at 6:07pm

**Encounter Date: 01/03/2020**

## Patient

**Name** REECE, JAMIE (51yo, F) ID# 21591363

**Appt. Date/Time** 01/03/2020 08:50AM

**Service Dept.** KY ENT FOUNTAIN CT

**Provider** RAY M VAN METRE, MD

**Insurance**
Med Primary: BCBS-OH (PPO)
Insurance # : TOAAN1313675
Policy/Group # : 003320100TEAP064
Employer Name : TOYOTA
Med Worker's Comp: MSMM
Referring Provider Name : DONEGAN, RYAN P
Employer Name : KELLY SERVICES
Case # : SA211932PVY
Case Injury Date : 01/30/2018
Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS. PLLC
Insurance # :
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: EXPRESS SCRIPTS - Member is eligible. details

## Chief Complaint

Followup: Intermittent dysphagia

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (877) 222-7336, Fax (800) 391-9707

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 01/03/2020 08:55 am | **Wt:** | 186 lbs 01/03/2020 08:57 am | **BMI:** | 29.1 01/03/2020 08:57 am |
| **T:** | 97 F° temporal artery 01/03/2020 08:56 am | **BP:** | 115/69 sitting R wrist 01/03/2020 08:56 am | **Pulse:** | 92 bpm 01/03/2020 08:56 am |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

**amitriptyline 10 mg tablet** 06/20/19 prescribed
Take 1 tablet(s) every day by oral route at bedtime.

**cefdinir 300 mg capsule** 10/11/19 prescribed
Take 1 capsule(s) every 12 hours by oral route for 7 days.

**Diflucan 150 mg tablet** 10/11/19 prescribed
Take 1 tablet(s) every day by oral route for 2 days.

**esomeprazole magnesium 40 mg capsule,delayed release** 02/25/19 renewed
TAKE 1 CAPSULE DAILY

**Estrace 1 mg tablet** 08/21/19 entered
Take 1 tablet(s) every day by oral route.

**Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** 10/02/19 prescribed
Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.
**Internal Note:** PA approved 6/9/19-78/20

**Lyrica 100 mg capsule** 11/05/19 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** 11/17/17 entered

**predniSONE 20 mg tablet** 10/11/19 prescribed
2 po x 3 days, then 1 po x 3 days

**Probiotic** 11/17/17 entered

**tiZANidine 4 mg tablet** 04/18/19 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Vaccines not reviewed (last reviewed 11/05/2019)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
**ENT**

Tobacco cessation counseling provided date: (Notes: tdotson14 answered No to the Tobacco cessation counseling provided question on 04/09/2019.)
Alcohol intake: Occasional
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 09/23/2019
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Tonsillectomy - 1973

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 08/21/2019)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**
Allergies/Hayfever: **Y**
Arthritis: **Y**
Headaches: **Y**
Migraines: **Y**

## HPI

Jamie returns today in follow up of globus sensation and dysphagia. She states that since her last visit, her throat is still bothersome for her. She reports that there is still a lump in her throat. Jamie says that the dysphagia is slightly improving but the lump is still the same. She denies any hoarseness. She denies any pain.

## ROS

Patient reports **difficulty swallowing**; **lump in throat**. She reports no fatigue. She reports no eye itching. She reports no hearing loss, no difficulty hearing, no ear pain, and no vertigo. She reports no nasal congestion and no blockage/obstruction. She reports no frequent headaches. She reports no chest pain. She reports no wheezing and no shortness of breath. She reports no painful swallowing and no heartburn. She reports no swollen glands. She reports no rash and no skin itching. She reports no endocrine symptoms. She reports no sneezing and no runny nose.

## Physical Exam

Patient is a 51-year-old female.

**Constitutional:** General Appearance: healthy-appearing; **patient is alert and oriented**.

**Head/Face:** Inspection: no masses or lesions.

**Eyes:** Pupils: PERRLA.

**Ears:** Right External auditory canal: normal appearance. Left External auditory canal: normal appearance. Right Tympanic membrane: landmarks clear. Left Tympanic membrane: landmarks clear.

**Nose:** Nasal Mucosa: normal and pink and moist. Septum: **deviated to the left**. Turbinates: normal size and confrontation.

**Oral Cavity/Mouth:** Oral Mucosa: normal and moist. Tonsils: tonsils absent. Posterior pharynx: normal. Hypopharynx: normal hypopharynx. Larynx: **very large but symmetric lingual tonsils; no evidence of malignancy**. Nasopharynx: normal.

**Neck:**Neck: symmetrical. Thyroid: symmetric.

**Respiratory:**Inspection/Auscultation: normal breath sounds.

**Cardiovascular System:**Auscultation: regular rate and rhythm.

**Lymph Nodes:**Cervical: no palpable lymph node enlargement.

**Neurological System:**Mood and affect: normal mood and affect.

Patient consented to photography of the affected area(s) today for the purpose of documentation and future comparison.

## Procedure Documentation

**Laryngoscopy Flex:**

Flexible Laryngoscopy

Topical anesthetic was applied. Laryngoscopy was carried out in the usual fashion through the right nares. Lingual tonsil hypertrophy noted. The vallecula, base of tongue, supraglottic and glottic structures are without lesions, masses or edema. TVCs adduct and abduct normally. The arytenoids and entire endolarnyx is not inflamed. Leukoplakia is not noted. On the pharyneal walls and in the pyriform sinuses, masses are not noted. There are no pooling of secretions appreciated. very large but symmetric lingual tonsils; no evidence of malignancy

## Assessment / Plan

. **Hypertrophy of lingual tonsil**
J35.3: Hypertrophy of tonsils with hypertrophy of adenoids

. **Feeling of lump in throat**
F45.8: Other somatoform disorders

. **Dysphagia**
R13.10: Dysphagia, unspecified

- LEARNING ABOUT SWALLOWING PROBLEMS

. **Choking sensation** -

R09.89: Other specified symptoms and signs involving the circulatory and respiratory systems

. **Chronic laryngitis**
J37.0: Chronic laryngitis

. **Cough**
R05: Cough

. **Facial swelling**
R22.0: Localized swelling, mass and lump, head

. **Pain in face**
R51: Headache

. **Chronic sinusitis**

J32.9: Chronic sinusitis, unspecified

**0. Nasal congestion**

R09.81: Nasal congestion

**1. Allergic rhinitis**

J30.9: Allergic rhinitis, unspecified

**atient Instructions**

1. Flexible laryngoscopy performed today; clinical photographs obtained - full risks, complications, and benefits of in-office procedure have been thoroughly discussed. Understanding was expressed, informed consent given, and we will proceed with the discussed in-office treatment plan.

2. Refer to the University of Kentucky

3. F/u PRN

**iscussion Notes**

troublesome situation with very large but symmetric lingual tonsils that have now been bothering her for at least three months; endoscopy today shows no change since visit in 10/19; does not appear to represent malignancy but she is on Humira and very worried about the possibility of cancer; the large lingual tonsils are also obstructing her breathing to some extent when she sleeps; tried some prednisone but that didn't help; I'm really out of ideas to improve her situation and would like to avoid an invasive biopsy; will get a second opinion from the head and neck Otolaryngology specialists at UK to see if they have any other ideas

## Return to Office

- to see RAY M VAN METRE, MD for RECHECK at KY ENT FOUNTAIN CT on or around 01/14/2020
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/12/2020 at 09:30 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 03/05/2020 at 09:15 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by RAY M VAN METRE, MD, 01/03/2020.

Encounter performed by RAY M VAN METRE, MD
Encounter scribed for RAY M VAN METRE, MD by Kelsey Garrett
Encounter signed by Kelsey Garrett as scribe at 01/03/2020 at 9:16am
Encounter reviewed & signed by RAY M VAN METRE, MD on 01/03/2020 at 9:29am

**REECE, JAMIE H (id #21591363, dob:**








5139

**REECE, JAMIE H (id #21591363, dob:**

**Encounter Date: 11/05/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 11/05/2019 10:15AM |
| | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |

**Insurance**
Med Primary: BCBS-OH (PPO)
Insurance # : TOAAN1313675
Policy/Group # : 003320100TEAP064
Employer Name : TOYOTA
Med Worker's Comp: MSMM
Referring Provider Name : DONEGAN, RYAN P
Employer Name : KELLY SERVICES
Case # : SA211932PVY
Case Injury Date : 01/30/2018
Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC
Insurance # :
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: EXPRESS SCRIPTS - Member is eligible. details

## Chief Complaint

shoulder pain

Jamie Reece 51 y/o female is following up to clinic regarding pain in right shoulder and forearm in the setting of CRPS. Pain is reported constant and states the pain is traveling to the left arm and hand. Patient states that she fell off her bed and broken her right wrist and tailbone and had to have surgery on her wrist. She reports inflammation of the left digitals and hand.

## Patient's Care Team

**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (877) 222-7336, Fax (800) 391-9707

## Vitals

11/05/2019 10:31 am

**Ht:** 5 ft 7 in

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) every day by oral route at bedtime. | 06/20/19 | prescribed |
| **cefdinir 300 mg capsule**<br>Take 1 capsule(s) every 12 hours by oral route for 7 days. | 10/11/19 | prescribed |
| **Diflucan 150 mg tablet**<br>Take 1 tablet(s) every day by oral route for 2 days. | 10/11/19 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |

Take 1 tablet(s) every day by oral route.

**Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** 10/02/19 prescribed
Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.
**Internal Note:** PA approved 6/9/19-78/20

**Lyrica 100 mg capsule** 11/05/19 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** 11/17/17 entered

**predniSONE 20 mg tablet** 10/11/19 prescribed
2 po x 3 days, then 1 po x 3 days

**Probiotic** 11/17/17 entered

**tiZANidine 4 mg tablet** 04/18/19 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 10/11/2019)

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes

Most Recent Tobacco Use Screening: 09/23/2019
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 08/21/2019)

## Past Medical History

Reviewed Past Medical History
Arthritis: **Y**
Headaches: **Y**

## HPI

51-year-old female presenting for follow-up with regards to medication management the setting of fibromyalgia. She does have a history of psoriatic arthritis managed by rheumatology, Dr. Abbas, on Humira. She had a recent fall with right wrist fracture now s/p surgery. She has a hard cast in place.

## ROS

Patient reports **muscle aches, muscle weakness, arthralgias/joint pain, and swelling in the extremities** but reports no back pain and no neck pain. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 51-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD.

**Psychiatric:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Pupils: PERRLA. EOM: EOMI.

**Neck:** Neck: supple and trachea midline.

**Lungs:** Respiratory effort: no dyspnea.

**Cardiovascular System:** Heart Auscultation: RRR.

**Abdomen:** Bowel Sounds: normal. Inspection and Palpation: soft and non-

distended.

**Musculoskeletal::**Joints, Bones, and Muscles: normal movement of all extremities and**tenderness** (**cervical paraspinals and trapezius muscles**); **right arm cast**. Extremities: **edema** (**right and left hand, left forearm**).

**Motor Strength:**Motor Strength and Tone: normal and normal tone. C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

**Neurologic:**Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:**Inspection and palpation: no rash or lesions.

**Spine - Special Tests:**Cervical Spine negative axial loading test and Spurling's test and (normal) cervical spine. Other Findings **Myofascial pain**.

## Assessment / Plan

51-year-old female presenting for follow-up with regards to medication management the setting of CRPS. Unfortunately, patient experienced a fall from a windowsill with subsequent fracture of her right wrist. She is status post open reduction internal fixation with hardware in place. She presents today with a hard cast on the right wrist and forearm. She reports a distressing time in and around her surgery with regards to pain management control. She does not generally respond well to opioid pain medicines secondary to inadequate analgesia and was concerned that she would not be appropriately controlled in terms of her pain regimen following surgery. Fortunately, patient underwent regional block with pain pump placed which did help control her symptoms. She does note some edema in the right hand as well as occasional symptoms on the left principally in the hand and forearm. She reports that these are sporadic in nature. Given her evolving situation, we will plan to leave her current medication regiment unchanged at this time. She does note improvement in symptoms with the use of Lyrica 100 mg 3 times a day. She denies any adverse side effects. She does note ability to perform her ADLs. We'll plan to refill her Lyrica for a 3 month supply. I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient has a signed pain management agreement per clinic policy. Urine drug screen is up to date and appropriate as per Kentucky medical board guidelines. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient. Patient will follow up in 4 months for further evaluation.

. **Complex regional pain syndrome**

M89.00: Algoneurodystrophy, unspecified site

- Lyrica 100 mg capsule - Take 1 capsule(s) 3 times a day by oral route. Qty: 90 capsule(s) Refills: 4 Pharmacy: WALMART PHARMACY 7259

**Patient Instructions**

WRAP-UP
Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- Refill Lyrica

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

## Return to Office

- COLLIN ST. CLAIR, DO for RECHECK at FAMILY MEDICINE ANDOVER on 11/21/2019 at 09:15 AM

**REECE, JAMIE H (id #21591363, dob:**

- to see RAY M VAN METRE, MD for RECHECK at KY ENT FOUNTAIN CT on or around 01/14/2020
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/12/2020 at 09:30 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 03/05/2020 at 09:15 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 11/05/2019.
Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 11/05/2019 at 11:15am

**Encounter Date: 10/11/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 10/11/2019 08:40AM |
| | | **Service Dept.** | KY ENT FOUNTAIN CT |
| **Provider** | RAY M VAN METRE, MD | | |

**Insurance**
Med Primary: BCBS-OH (PPO)
Insurance # : TOAAN1313675
Policy/Group # : 003320100TEAP064
Employer Name : TOYOTA
Med Worker's Comp: MSMM
Referring Provider Name : DONEGAN, RYAN P
Employer Name : KELLY SERVICES
Case # : SA211932PVY
Case Injury Date : 01/30/2018
Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC
Insurance # :
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: EXPRESS SCRIPTS - Member is eligible. details

## Chief Complaint

Dysphagia, Sinusitis/Allergy

## Patient's Care Team

**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (877) 222-7336, Fax (800) 391-9707

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 10/11/2019 08:38 am | **Wt:** | 177 lbs 4 oz 10/11/2019 08:42 am | **BMI:** | 27.8 10/11/2019 08:42 am |
| **T:** | 97.6 F° temporal artery 10/11/2019 08:40 am | **BP:** | 134/100 sitting L arm 10/11/2019 08:40 am | **Pulse:** | 80 bpm 10/11/2019 08:40 am |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

**amitriptyline 10 mg tablet** — 06/20/19 prescribed
Take 1 tablet(s) every day by oral route at bedtime.

**cefdinir 300 mg capsule** — 10/11/19 prescribed
Take 1 capsule(s) every 12 hours by oral route for 7 days.

**REECE, JAMIE H (id #21591363, dob:**

| | | |
|---|---|---|
| **Diflucan 150 mg tablet**<br>Take 1 tablet(s) every day by oral route for 2 days. | 10/11/19 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **Estrace 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 08/21/19 | entered |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit**<br>Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.<br>**Internal Note:** PA approved 6/9/19-78/20 | 10/02/19 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 08/06/19 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **predniSONE 20 mg tablet**<br>2 po x 3 days, then 1 po x 3 days | 10/11/19 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 04/18/19 | prescribed |
| **traMADol 50 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 30 days. | 10/07/19 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

Vaccines not reviewed (last reviewed 10/02/2019)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems

- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |

- Family history of cancer

## Social History

Reviewed Social History
**ENT**
Tobacco cessation counseling provided date: (Notes: tdotson14 answered No to the Tobacco cessation counseling provided question on 04/09/2019.)
Alcohol intake: Occasional
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 09/23/2019
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Tonsillectomy - 1973

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 08/21/2019)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**
Allergies/Hayfever: **Y**
Arthritis: **Y**
Headaches: **Y**
Migraines: **Y**

## HPI

Jamie is being seen in the office in consultation at the request of Dr. Ryan Donegan for an evaluation of globus sensation and facial swelling below left eye. She has been experiencing these symptoms for about 4-6 weeks. About 30 years ago, she had sinus surgery on the left side done by Dr. Wardrop. She does have concerns with choking after swallowing. She had a Barium Swallow study done which reportedly was clear. She notes no difficulty breathing on a daily basis. She is currently struggling with allergies that are causing nasal congestion, gum pain, cough and fever. She does not have a history of tobacco use.

## ROS

Patient reports **fever** but reports no fatigue. She reports **nasal congestion, nose/sinus problems, rhinorrhea, and sinus pressure** but reports no blockage/obstruction. She reports **difficulty swallowing**; **lump in throat; choking sensation**. She reports **frequent headaches**. She reports **shortness of breath** but reports no wheezing. She reports **runny nose** but reports no sneezing. She reports no eye itching. She reports no hearing loss, no difficulty hearing, no ear pain, and no vertigo. She reports no chest pain. She reports no painful swallowing and no heartburn. She reports no swollen glands. She reports no depression. She reports no muscle aches. She reports no rash and no skin itching. She reports no endocrine symptoms.
**Additionally reports:**

**severe facial pain**

## Physical Exam

Patient is a 51-year-old female.

**Constitutional:** General Appearance: healthy-appearing; **patient is alert and oriented**.

**Head/Face:** Inspection: no masses or lesions.

**Eyes:** Pupils: PERRLA.

**Ears:**Right External auditory canal: normal appearance. Left External auditory canal: normal appearance. Right Tympanic membrane: landmarks clear. Left Tympanic membrane: landmarks clear.

**Nose:**Nasal Mucosa: **irritated mucosa** and **purulent drainage**. Septum: not markedly deformed. Turbinates: normal size and confrontation.

**Oral Cavity/Mouth:**Oral Mucosa: normal and moist. Tonsils: tonsils absent. Posterior pharynx: normal. Hypopharynx: normal hypopharynx; **prominent lingual tonsils; symmetric**. Nasopharynx: normal.

**Neck:**Neck: symmetrical. Thyroid: symmetric.

**Respiratory:**Inspection/Auscultation: normal breath sounds.

**Cardiovascular System:**Auscultation: regular rate and rhythm.

**Lymph Nodes:**Cervical: no palpable lymph node enlargement.

**Neurological System:**Mood and affect: normal mood and affect.

Patient consented to photography of the affected area(s) today for the purpose of documentation and future comparison.

## Procedure Documentation

**Laryngoscopy Flex:**

Flexible Laryngoscopy

Topical anesthetic was applied. Laryngoscopy was carried out in the usual fashion through the left nares. The vallecula, base of tongue, supraglottic and glottic structures are without lesions, masses or edema. She has very prominent lingual tonsils. TVCs adduct and abduct normally. The arytenoids and entire endolarnyx is not inflamed. Leukoplakia is not noted. On the pharyneal walls and in the pyriform sinuses, masses are not noted. There are no pooling of secretions appreciated.

## Assessment / Plan

. **Feeling of lump in throat**
F45.8: Other somatoform disorders

- prednisone 20 mg tablet - 2 po x 3 days, then 1 po x 3 days Qty: 9 tablet(s) Refills: 0 Pharmacy: WALMART PHARMACY 7259

. **Choking sensation** -

R09.89: Other specified symptoms and signs involving the circulatory and respiratory systems

- cefdinir 300 mg capsule - Take 1 capsule(s) every 12 hours by oral route for 7 days. Qty: 14 capsule(s) Refills: 0 Pharmacy: WALMART PHARMACY 7259
- Diflucan 150 mg tablet - Take 1 tablet(s) every day by oral route for 2 days. Qty: 2 tablet(s) Refills: 1 Pharmacy: WALMART PHARMACY 7259

. **Chronic laryngitis**
J37.0: Chronic laryngitis

. **Cough**
R05: Cough

. **Hypertrophy of lingual tonsil**
J35.3: Hypertrophy of tonsils with hypertrophy of adenoids

**REECE, JAMIE H (id #21591363, dob:**

**. Facial swelling**
R22.0: Localized swelling, mass and lump, head

**. Pain in face**
R51: Headache

**. Chronic sinusitis**
J32.9: Chronic sinusitis, unspecified

**. Nasal congestion**
R09.81: Nasal congestion

**0. Allergic rhinitis**
J30.9: Allergic rhinitis, unspecified

**1. Dysphagia**
R13.10: Dysphagia, unspecified

- LEARNING ABOUT SWALLOWING PROBLEMS

**ᵓatient Instructions**

1. Laryngoscopy Flex scope performed- full risks, complications, and benefits of in-office procedure have been thoroughly discussed. Understanding was expressed, informed consent given, and we will proceed with the discussed in-office treatment plan.

2. Reviewed vocal hygiene precautions, including vocal rest, saltwater gargles, increased hydration, avoid medications with a drying effect (e.g. antihistamines, diuretics), and utilizing sialogogues

3. RX- Prednisone, Cefdinir and Diflucan

4. F/U January 2020

**Discussion Notes**

choking sensation along with feeling of lump in throat which appears to be due to enlarged symmetric lingual tonsils; assured her this does not appear to be any indication of cancer (she is on Humira so that has her worried); will try tapered prednisone to see if that helps the lingual tonsil size subside; also given cefdinir for acute sinusitis; follow up in Jan 2020 to check her progress or sooner if more trouble

## Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 10/24/2019 at 11:15 AM
- COLLIN ST. CLAIR, DO for RECHECK at FAMILY MEDICINE ANDOVER on 11/21/2019 at 09:15 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/12/2020 at 09:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by RAY M VAN METRE, MD, 10/11/2019.

Encounter performed by RAY M VAN METRE, MD
Encounter scribed for RAY M VAN METRE, MD by Jasmine Barrick
Encounter signed by Jasmine Barrick as scribe at 10/11/2019 at 9:09am
Encounter reviewed & signed by RAY M VAN METRE, MD on 10/11/2019 at 9:17am

**REECE, JAMIE H (id #21591363, dob:**



10/11/2019



10/11/2019



10/11/2019



10/11/2019





**REECE, JAMIE H (id #21591363, dob: (**

**Encounter Date: 10/02/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 10/02/2019 10:30AM |
| | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SYED HAIDER ABBAS, MD | | |

**Insurance**
Med Primary: BCBS-OH (PPO)
Insurance # : TOAAN1313675
Policy/Group # : 003320100TEAP064
PCP : FAMILY PRACTICE ASSOCIATES
Employer Name : TOYOTA
Med Worker's Comp: MSMM
Referring Provider Name : DONEGAN, RYAN P
Employer Name : KELLY SERVICES
Case # : SA211932PVY
Case Injury Date : 01/30/2018
Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC
Insurance # :
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: EXPRESS SCRIPTS - Member is eligible. details

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (844) 516-3319, Fax (800) 391-9707

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 10/02/2019 10:41 am | **Wt:** | 180 lbs 10/02/2019 10:41 am | **BMI:** | 28.2 10/02/2019 10:41 am |
| **BP:** | 106/70 sitting L arm 10/02/2019 10:43 am | **BP Cuff Size:** | adult 10/02/2019 10:43 am | **Pulse:** | 68 bpm regular 10/02/2019 10:43 am |
| **RR:** | 12 10/02/2019 10:43 am | | | | |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) every day by oral route at bedtime. | 06/20/19 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **Estrace 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 08/21/19 | entered |

**Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** 10/02/19 prescribed
Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.
**Internal Note:** PA approved 6/9/19-78/20

**Lyrica 100 mg capsule** 08/06/19 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** 11/17/17 entered

**Probiotic** 11/17/17 entered

**tiZANidine 4 mg tablet** 04/18/19 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 09/23/2019
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 08/21/2019)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**

## HPI

seen today as a follow-up on psoriatic arthritis. Currently she is on Humira injections every 2 weeks and denies any side effects.

however her biggest concern and pain remains in the right upper extremity and lately in the left upper extremity. She describes these pains as burning, tingling and at times sharp associated with swelling of the distal arm. She has a history of complex regional pain syndrome involving the right upper extremity and seems like she is having similar symptoms in left upper extremity.

## ROS

Patient reports **arthralgias/joint pain and swelling in joints**; **right and left upper extremity**. She reports **psoriasis (stable)** but reports no rashes, no ulcers, no loss of hair, and no tightening of the skin. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no pleuritic chest pain, no shortness of breath when walking, no shortness of breath when lying down, and no Raynaud's Phenomenon. She reports no cough, no wheezing, no shortness of breath, and no coughing up blood.
**ROS as noted in the HPI**

## Physical Exam

Patient is a 51-year-old
female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally and normal tandem gait test.

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Neck:** Neck: FROM, trachea midline, and no masses. Lymph Nodes: no cervical LAD, supraclavicular LAD, axillary LAD, or inguinal LAD. Thyroid: no enlargement, tenderness, or nodules.

**Lungs:** Respiration: no dyspnea and good air movement. Percussion: no dullness, flatness, or hyperresonance. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal and CTA except as noted.

**Cardiovascular System:** Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no JVD. Pulses including femoral / pedal: normal throughout.

**Musculoskeletal System:** Joints, Bones, and Muscles: **tenderness** (**right shoulder and left distal arm.**); **no synovitis or dactylitis noted. No induration noted.**. Extremities: **edema** (**distal right and left, cool to touch without any erythema**).

## Assessment / Plan

. **Psoriasis with arthropathy** -

51-year-old female with chronic well-controlled psoriatic arthritis.

currently on Humira injections at 40 mg every 2 weeks.

No side effects reported.

No interval infections reported.

most of her pain as detailed below secondary to complex regional pain syndrome.

I suggested her to maintain the current Humalog dose and repeat labs today.

L40.50: Arthropathic psoriasis, unspecified

- PSORIASIS: CARE INSTRUCTIONS
- Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit - Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days. Qty: 3 kit(s) of 2 Refills: 3 Pharmacy: ACCREDO Note to Pharmacy: fill when due

. **Complex regional pain syndrome** -

Please see my previous notes for details.

Briefly, has CRPS Type I, right arm after right shoulder and elbow injury due to repititive work at Toyota factory. Initially symptoms started some time early January 2018.

she is currently followed at the pain management clinic and is now on Lyrica at 100 mg 3 times a day.

lately, she has noticed similar symptoms involving her left upper extremity especially the distal forearm. Once again her pains are out of proportions to the physical findings and associated with varying degree of numbness tingling burning at times subjective feeling of swelling. All these findings are more characteristic of complex regional pain syndrome rather than psoriatic arthritis.

She will continue with the suggestions of the pain management clinic..

M89.00: Algoneurodystrophy, unspecified site

- LEARNING ABOUT HEALTHY WEIGHT
- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS

. **Long-term drug therapy** -

needs to have a CBC today.

Repeat TB test in summer.

last TB test wa sin 8/2019.

Z79.899: Other long term (current) drug therapy

- CBC

**REECE, JAMIE H (id #21591363, dob:**

Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 10/24/2019 at 11:15 AM
- COLLIN ST. CLAIR, DO for RECHECK at FAMILY MEDICINE ANDOVER on 11/21/2019 at 09:15 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/12/2020 at 09:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

Encounter Sign-Off

Encounter signed-off by SYED HAIDER ABBAS, MD, 10/02/2019.

Encounter performed and documented by SYED HAIDER ABBAS, MD
Encounter reviewed & signed by SYED HAIDER ABBAS, MD on 10/02/2019 at 12:24pm

**Encounter Date: 09/23/2019**

Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 09/23/2019 01:45PM |
| | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | ELLEN J FLINCHUM, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

Chief Complaint

Followup: Complex regional pain syndrome

Jamie Reece 51 y/o female is following up after the CRPS, in the setting of medication management patient regiment consist of pregabalin 100 mg TID, she reports alleviation with this medication management. She reports today swollen knots in her hands that ache really bad. Pain today is rated a 4 on pain scale.

Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (901) 385-3600, Fax (800) 391-9707

Vitals

09/23/2019 02:17 pm

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in | **Wt:** | 178 lbs | **BMI:** | 27.9 |
| **BP:** | 122/62 sitting | **Pain Scale:** | 4 | | |

Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

**REECE, JAMIE H (id #21591363, dob:**

## Medications

Reviewed Medications

**amitriptyline 10 mg tablet** 06/20/19 prescribed
Take 1 tablet(s) every day by oral route at bedtime.

**esomeprazole magnesium 40 mg capsule,delayed release** 02/25/19 renewed
TAKE 1 CAPSULE DAILY

**Estrace 1 mg tablet** 08/21/19 entered
Take 1 tablet(s) every day by oral route.

**Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** 08/12/19 prescribed
Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.
**Internal Note:** PA approved 6/9/19-78/20

**Lyrica 100 mg capsule** 08/06/19 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** 11/17/17 entered

**Probiotic** 11/17/17 entered

**tiZANidine 4 mg tablet** 04/18/19 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems

- Globus sensation - Onset: 07/13/2017
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker

Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 09/23/2019
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 08/21/2019)

## Past Medical History

Reviewed Past Medical History
Headaches: **Y**

## HPI

The pt complains of RUE CRPS and pain in left hand, occasionally in left forearm.The pt is not experiencing problems with bowel movements. The pt is not having any difficulty with urination. The pt is sleeping approximately 8 hours per night. The pt reports that she has not fallen since her last ov.. The pt ambulates without an AD. The pt is alone at today's visit. This is a patient of Dr. Roden's.
Etoh--Denied. Tobacco-Denied.

## ROS

Patient reports **muscle aches, muscle weakness, arthralgias/joint pain, back pain, and swelling in the extremities** but reports no neck pain. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 51-year-old
female.

**Constitutional:** General Appearance: **pleasant.**.

**Psychiatric:** Orientation: oriented to time, place, and person. Mood and Affect: normal mood and affect and active and alert.

**Gait and Station:** Appearance: **Steady, without an AD. The pt does swing her arms B.**.

**Motor Strength:** L1 Motor Strength on the Right: hip flexion iliopsoas 5/5. L1 Motor Strength on the Left: hip flexion iliopsoas 5/5. L2-L4 Motor Strength on the Right: knee extension quadriceps 5/5. L2-L4 Motor Strength on the Left: knee extension quadriceps 5/5; **MMT: BUE-Deltoids, Biceps, finger flexors-5/5.**
**AROM: BUE-shoulder abd, EF/EE, finger flexors-WFL B.**.

HEENT: Head-NCAT, Eyes-EOMI, oropharnyx clear

Skin: Visualized skin with no acute or worrisome lesions noted. Today, BUE-appear to be the same temperature, some slight color difference on the right hand compared to the left. The pt does tolerate palpation of the BUE.

Neurologic: CN III-XII grossly intact B, Sensation grossly intact to LT/PP BUE.

## Assessment / Plan

Plan:
I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient signed pain management agreement per clinic policy. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient.
Labs: The pt was not sent for urine drug testing today. The pt is prescribed chronic pain medication.
Physical Therapy/Activities/Exercise: The pt states she does do some exercising.
Medications: The pt has a dx of CRPS. It is in her RUE and she is concerned it is moving to her left. She did have an injection in her left hand by Dr. Abbas, but it has not helped as much as she hoped it would. She is doing the same things to help her left hand as she does to help with her RUE. She states it does seem to be slightly improved. We are going to go ahead and have her f/u with Dr. Roden before her last lyrica prescription runs out to see if her left hand is continuing to improve. The pt has been prescribed lyrica 100 mg, 3x/day. She also has been prescribed tizanidine, 3x/day. The lyrica was sent in on 8/5/19 with two refills. The tizanidine was prescribed on 4/18/19, 90 day supply, with 2 refills.
Preventative Care:Dr. Collin St. Clair for her rheumatologist. Dr. Abbas is her rheumatologist.
Return to Clinic in before 11/6/19 to f/u on the treatment plan with Dr. Roden.

. **Complex regional pain syndrome** -

in right shoulder and right forearm.

M89.00: Algoneurodystrophy, unspecified site

. **Pain of left hand**
M79.642: Pain in left hand

. **Pain in left arm**
M79.602: Pain in left arm

. **Pain in right arm**
M79.601: Pain in right arm

### Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 11/04/2019 at 09:45 AM
- COLLIN ST. CLAIR, DO for RECHECK at FAMILY MEDICINE ANDOVER on 11/21/2019 at 09:15 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/12/2020 at 09:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by ELLEN J FLINCHUM, MD, 09/23/2019.
Encounter performed and documented by ELLEN J FLINCHUM, MD
Encounter reviewed & signed by ELLEN J FLINCHUM, MD on 09/23/2019 at 6:22pm

**Encounter Date: 09/05/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 09/05/2019 09:30AM |
| | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SYED HAIDER ABBAS, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC | | |

**REECE, JAMIE H (id #21591**
Insurance #
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: EXPRESS SCRIPTS - Member is eligible. details

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (901) 385-3600, Fax (800) 391-9707

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 09/05/2019 10:04 am | **Wt:** | 180 lbs 09/05/2019 10:04 am | **BMI:** | 28.2 09/05/2019 10:04 am |
| **BP:** | 105/71 sitting L arm 09/05/2019 10:05 am | **BP Cuff Size:** | adult 09/05/2019 10:05 am | **Pulse:** | 65 bpm regular 09/05/2019 10:06 am |
| **RR:** | 18 09/05/2019 10:05 am | | | | |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) every day by oral route at bedtime. | 06/20/19 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **Estrace 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 08/21/19 | entered |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit**<br>Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.<br>**Internal Note:** PA approved 6/9/19-78/20 | 08/12/19 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 08/06/19 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 04/18/19 | prescribed |
| **ZyrTEC 10 mg capsule** | 11/17/17 | entered |

Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Globus sensation - Onset: 07/13/2017
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 08/05/2019
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 08/21/2019)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**

## HPI

she seen today as a work in for evaluation of pain and swelling involving the left hand going over the last 2 weeks. No trauma or injury reported. No rashes reported. Denies any insect bites. She does have history of complex regional pain syndrome involving the right upper extremity. She also has psoriatic arthritis and is currently doing on Humira injections. No side effects reported.

## ROS

Patient reports **arthralgias/joint pain and swelling in joints**; **left hand**. She reports no difficulty hearing and no ear pain. She

reports no frequent nosebleeds and no nose/sinus problems. She reports no sore throat, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no pleuritic chest pain, no shortness of breath when walking, no shortness of breath when lying down, and no Raynaud's Phenomenon. She reports no cough, no wheezing, no shortness of breath, and no coughing up blood. She reports no abdominal pain, no constipation, no dysphagia, no vomiting, normal appetite, no diarrhea, and not vomiting blood. She reports no rashes, no ulcers, no loss of hair, no tightening of the skin, and no psoriasis.
**ROS as noted in the HPI**

## Physical Exam

Patient is a 50-year-old
female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally and normal tandem gait test.

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Neck:** Neck: FROM, trachea midline, and no masses. Lymph Nodes: no cervical LAD, supraclavicular LAD, axillary LAD, or inguinal LAD. Thyroid: no enlargement, tenderness, or nodules.

**Lungs:** Respiration: no dyspnea and good air movement. Percussion: no dullness, flatness, or hyperresonance. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal and CTA except as noted.

**Cardiovascular System:** Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no JVD. Pulses including femoral / pedal: normal throughout.

**Musculoskeletal System:** Joints, Bones, and Muscles: **tenderness** (**left hand and wrist swelling especially the left ring middle and index finger.**). Extremities: no edema.

## Procedure Documentation

**Injection Joint/Bursa, Interm, w/o US:**

After discussion of the risks and benefits, the patient consented to proceed with a steroid injection into the left wrist. Confirmed that the patient does not have history of prior adverse reactions, active infections, or relevant allergies. There was no effusion, erythema, or warmth, and the skin was clear.

The skin was prepped in a sterile fashion. Topical anesthesia was achieved with ethyl chloride. The joint was injected with 1 cc of DepoMedrol, 40 mg/ml, and Lidocaine. The injection was completed without complication, and a bandage was applied. The patient tolerated the procedure well and was instructed to avoid strenuous activity for the next 24-48 hours and to use ice, NSAIDs, or Tylenol for pain as needed. The patient will call immediately with any signs of infection or allergic reaction. The patient will return as needed.

Medication NDC#:0703-0045-01
Medication Lot#:31326734c
Medication Exp:10/2020.

Lidocaine/Marcaine NDC#:0409-4276-17
Lidocaine/Marcaine Lot#:90-030-DK
Lidocaine/Marcaine Exp: 06//2020

## Assessment / Plan

. **Swelling of hand** - Left -

recent left hand and wrist swelling, with her history of psoriasis when can consider psoriatic arthritis as the possible etiology. However, the nature of the swelling is somewhat atypical especially as his more diffuse and raises concerns about possibility of complex regional pain. Interestingly, she has history of right upper extremity complex regional pain syndrome.

I would like to give her a therapeutic trial of corticosteroid injection in the left wrist to see if this alleviates her symptoms. I would still like her to continue with the current dose of Humira.

R22.32: Localized swelling, mass and lump, left upper limb

Return to Office

- THERESA A WILP, APRN for RECHECK at PAIN MEDICINE on 09/30/2019 at 09:15 AM
- COLLIN ST. CLAIR, DO for RECHECK at FAMILY MEDICINE ANDOVER on 11/21/2019 at 09:15 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/12/2020 at 09:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by SYED HAIDER ABBAS, MD, 09/05/2019.
Encounter performed and documented by SYED HAIDER ABBAS, MD
Encounter reviewed & signed by SYED HAIDER ABBAS, MD on 09/05/2019 at 10:28am

**Encounter Date: 08/21/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 08/21/2019 11:00AM |
| | | **Service Dept.** | FAMILY MEDICINE ANDOVER |
| **Provider** | COLLIN ST. CLAIR, DO | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

ESTABLISH CARE

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (901) 385-3600, Fax (800) 391-9707
COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 08/21/2019 11:05 am | **Wt:** | 179 lbs 08/21/2019 11:05 am | **BMI:** | 28 08/21/2019 11:05 am |
| **BP:** | 128/85 sitting R arm 08/21/2019 11:16 am | **Pulse:** | 91 bpm 08/21/2019 11:16 am | **RR:** | 16 08/21/2019 11:16 am |
| **O2Sat:** | 98% Room Air at Rest 08/21/2019 11:17 am | | | | |

## Allergies

**REECE, JAMIE H (id #21591363, dob:**

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) every day by oral route at bedtime. | 06/20/19 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **Estrace 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 08/21/19 | entered |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit**<br>Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days. | 08/12/19 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 08/06/19 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 04/18/19 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems

- Globus sensation - Onset: 07/13/2017
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

**REECE, JAMIE H (id #21591363, dob:**

## Social History

Reviewed Social History
**Family Medicine**
Non-smoker
Chewing tobacco: none
Tobacco-years of use: 0
Tobacco cessation counseling provided date: (Notes: tdotson14 answered No to the Tobacco cessation counseling provided question on 04/09/2019.)
Alcohol intake: Occasional
Marital status: Married
Occupation: Toyota/on medical leave
Illicit drugs: no
Tobacco Smoking Status: Never smoker
Smokeless Tobacco Status: Never used smokeless tobacco
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 08/05/2019

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

Reviewed GYN History

## Obstetric History

Reviewed Obstetric History

## Past Medical History

Reviewed Past Medical History
Allergies/Hayfever: **Y**
Chicken Pox: **Y**
Headaches: **Y**
Vision or Eye Problems: **Y** - **glasses**

## HPI

Jamie is a 50-year-old non-smoking female with history of psoriatic arthritis, IBS, chronic right shoulder pain, and hysterectomy now on HRT presenting to establish care. Patient previously following with family practice Associates.

Psoriatic arthritis-doing well on Humira. Follows with rheumatology.

IBS-follows with gastroenterology. Currently on amitriptyline, Nexium.

Complex regional pain syndrome-symptoms currently stable on Lyrica, tizanidine. Follows with pain management.

HRT-currently on estradiol 1 mg daily. Management by Dr. Green with women's care. Symptoms stable.

GAD- on problem list. Denies this being active problem. Denies excessive anxiety.

Allergies-on Zyrtec.

Heart palpitations-Occasional, chronic, previous work-up negative. Not problematic to patient.

## ROS

**Additionally reports:**

**Full ROS reviewed per document to be scanned into chart.**

## Physical Exam

Patient is a 50-year-old
female.

GENERAL: Well-developed. Well-nourished. No acute distress.
EYES: No erythema or discharge.
HEAD: Normocephalic. Atraumatic.
CARDIOVASCULAR: Regular rate and rhythm. No murmurs appreciated.
RESPIRATORY: Lungs clear to auscultation bilaterally. No wheezing/rales/rhonchi. Normal work of breathing.
MUSCULOSKELETAL: Moving all extremities. Gait intact.
GASTROINTESTINAL: Soft. Non-tender. Non-distended.
SKIN: Warm and dry. Normal color.
NEUROLOGICAL: Awake and alert.
PSYCHOLOGICAL: Normal judgment, insight, mood, and affect.

## Assessment / Plan

Jamie is a 50-year-old non-smoking female with history of psoriatic arthritis, IBS, chronic right shoulder pain, and hysterectomy now on HRT presenting to establish care. Patient previously following with family practice Associates.

# Health Maintenance

Colonoscopy: Discuss at follow-up

Pap: Hysterectomy

Mammogram: Normal 2019 per patient

Shingrix: Discuss at follow-up

Hepatitis A: Discuss at follow-up

HIV: Declined, negative during pregnancy

. **Psoriatic arthritis** -

--Symptoms stable. Continue Humira and management per rheumatology.

L40.50: Arthropathic psoriasis, unspecified

. **Irritable bowel syndrome with diarrhea** -

--Symptoms stable. Continue current amitriptyline, Nexium.

K58.0: Irritable bowel syndrome with diarrhea

. **Complex regional pain syndrome** -

--Stable. Continue current Lyrica, tizanidine, and management per pain clinic.

M89.00: Algoneurodystrophy, unspecified site

- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS

. **Palpitations** -

--Chronic, unchanged. Not concerning/problematic to pt. No concerning associated symptoms. Pt reports negative work-up previously. CTM.

R00.2: Palpitations
- PALPITATIONS: CARE INSTRUCTIONS

. **Hormone replacement therapy** -

--Discussed risks/benefits of ERT. Continue management per Dr. Green (OBGYN, Women's care).

Z79.890: Hormone replacement therapy
- HORMONE THERAPY (HT): CARE INSTRUCTIONS

. **Allergic rhinitis** -

--Continue zyrtec.

J30.9: Allergic rhinitis, unspecified
- ALLERGIES: CARE INSTRUCTIONS
- MANAGING YOUR ALLERGIES: CARE INSTRUCTIONS

. **Adult health examination** -

Z00.00: Encounter for general adult medical examination without abnormal findings
- LIPID PANEL
- GLYCOHEMOGLOBIN A1C

## Return to Office

- THERESA A WILP, APRN for RECHECK at PAIN MEDICINE on 09/30/2019 at 09:15 AM
- COLLIN ST. CLAIR, DO for RECHECK at FAMILY MEDICINE ANDOVER on 11/21/2019 at 09:15 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/12/2020 at 09:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by COLLIN ST. CLAIR, DO, 08/21/2019.

Encounter performed and documented by COLLIN ST. CLAIR, DO
Encounter reviewed & signed by COLLIN ST. CLAIR, DO on 08/21/2019 at 2:56pm

**Encounter Date: 08/12/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 08/12/2019 08:15AM |
| | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SYED HAIDER ABBAS, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

None recorded.

Patient's Care Team

Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (901) 385-3600, Fax (800) 391-9707
COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621

Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 08/12/2019 08:31 am | **Wt:** | 180 lbs 08/12/2019 08:31 am | **BMI:** | 28.2 08/12/2019 08:31 am |
| **BP:** | 112/82 sitting R arm 08/12/2019 08:33 am | **BP Cuff Size:** | adult 08/12/2019 08:33 am | **Pulse:** | 76 bpm regular 08/12/2019 08:32 am |
| **RR:** | 18 08/12/2019 08:32 am | | | | |

Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

Medications

Reviewed Medications

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) every day by oral route at bedtime. | 06/20/19 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit**<br>Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days. | 08/12/19 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 08/06/19 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 04/18/19 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

Vaccines

None recorded.

Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018

- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Abdominal pain - Onset: 04/23/2019
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 08/05/2019
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**

## HPI

she is seen today as a follow up on PsA and CRPS.

last visit was in 2/2019.

she was off the Humira, just went back on Humira at 40 mg q 2 weeks.

Remains with Dr Roden for the right arm CRPS.

On Lyrica 100 mg po q 8 hours.

further on anti-depressant.

unable to tolerate the right arm compression sleeve.

unable to tolerate the gabapentin due to GI up set.

otherwise, she remains fairly stable.

## ROS

Patient reports **swelling in the extremities (right arm. )**; **chronic pains in neck.** . She reports **psoriasis**. She reports **paresthesia (right arm.**
**chronic and stable)**. She reports **depression**; **sstable**. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no pleuritic chest pain, no shortness of breath when walking, no shortness of breath when lying down, and no Raynaud's Phenomenon. She reports no cough, no wheezing, no shortness of breath, and no coughing up blood.
**ROS as noted in the HPI**

## Physical Exam

Patient is a 50-year-old
female.

**Constitutional:** General Appearance: **overweight**. Level of Distress: NAD.

**Lungs:** Respiration: no dyspnea and good air movement. Percussion: no dullness, flatness, or hyperresonance. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal and CTA except as noted.

**Cardiovascular System:** Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no JVD. Pulses including femoral / pedal: normal throughout.

**Musculoskeletal System:** Joints, Bones, and Muscles: normal movement of all extremities; **stable.**
**without active synovitis or effusions noted. No dactylitis noted**. Extremities: **edema** (**minimal right arm, secondary to CRPS**).

**Neurological Exam:** Motor: **no acute process.**
.

## Assessment / Plan

. **Psoriasis with arthropathy** -

pleasant 50-year-old female with chronic well-controlled psoriatic arthritis.

Unfortunately, she and to come off the Humira due to some insurance and pharmacy issue. Most recently she went back on the Humira at 40 mg every 2 weeks. Both skin and joints are doing well now.

No side effects reported.

No interval infections reported.

I have suggested her to continue with the current dose of Humira. Follow up with the labs today.

she has had some elevations of liver enzymes with methotrexate used which we have stopped.

She can continue to follow her liver functions with the family doctor.

follow up with a TB test every 12 months and CBC every 3 months while taking Humira.

L40.50: Arthropathic psoriasis, unspecified

- PSORIASIS: CARE INSTRUCTIONS
- Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit - Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days. Qty: 3 kit(s) of 2 Refills: 3 Pharmacy: ACCREDO Note to Pharmacy: fill when due

. **Complex regional pain syndrome** -

Please see my previous notes for details.

Briefly, has CRPS Type I, right arm after right shoulder and elbow injury due to repititive work at Toyota factory. Initially symptoms started some time early January 2018.

she is currently followed at the pain management clinic and is now on Lyrica at 100 mg 3 times a day.

She will continue with the suggestions of the pain management clinic..

M89.00: Algoneurodystrophy, unspecified site

- LEARNING ABOUT HEALTHY WEIGHT
- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS

. **Long-term drug therapy** -

needs to have a CBC today.

Repeat TB test in summer.

Z79.899: Other long term (current) drug therapy

- CBC
- QTB GOLD

## Return to Office

- COLLIN ST. CLAIR, DO for NEW PATIENT at FAMILY MEDICINE ANDOVER on 08/21/2019 at 11:00 AM
- THERESA A WILP, APRN for RECHECK at PAIN MEDICINE on 09/30/2019 at 09:15 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/12/2020 at 09:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by SYED HAIDER ABBAS, MD, 08/12/2019.
Encounter performed and documented by SYED HAIDER ABBAS, MD
Encounter reviewed & signed by SYED HAIDER ABBAS, MD on 08/12/2019 at 9:01am

**Encounter Date: 08/05/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 08/05/2019 09:45AM |
| | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY | | |

Case Injury Date : 01/30/2018
Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC
Insurance # :
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: EXPRESS SCRIPTS - Member is eligible. details

## Chief Complaint

medication follow up, arm pain

Jamie Reece 50 y/o female is following up on complex regional sydrome, in the setting of medication management patient notes relief with the lyrica 100 mg TID. She does not some electrical shocks that radiates down the right arm at times. Pain today is rated as 3 today

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (901) 385-3600, Fax (800) 391-9707
COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 08/05/2019 10:13 am | **Wt:** | 171 lbs 08/05/2019 10:13 am | **BMI:** | 26.8 08/05/2019 10:13 am |
| **BP:** | 118/62 sitting 08/05/2019 10:14 am | **Pain Scale:** | 3 08/05/2019 10:15 am | | |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) every day by oral route at bedtime. | 06/20/19 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **Humira 40 mg/0.8 mL subcutaneous syringe kit**<br>Inject 40 mg every 2 weeks by subcutaneous route. | 07/17/19 | prescribed |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit**<br>Inject 0.4 mL every 2 weeks by subcutaneous route. | 07/24/19 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 08/05/19 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |

**Probiotic** 11/17/17 entered

**tiZANidine 4 mg tablet** 04/18/19 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Abdominal pain - Onset: 04/23/2019
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Most Recent Tobacco Use Screening: 08/05/2019

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Headaches: **Y**

## HPI

50-year-old female presenting for follow-up with regards to medication management in the setting of CRPS of the right upper extremity. At her last appointment, patient was dose escalated on her Lyrica to 100 mg 3 times a day.

## ROS

Patient reports **muscle aches, muscle weakness, arthralgias/joint pain, and back pain**but reports no swelling in the extremities and no neck pain. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise

intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:**General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD.

**Psychiatric:**Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:**Head: normocephalic and atraumatic.

**Eyes:**EOM: EOMI.

**Lungs:**Respiratory effort: no dyspnea.

**Cardiovascular System:**Heart Auscultation: RRR.

**Abdomen:**Bowel Sounds: normal. Inspection and Palpation: soft and non-distended.

**Musculoskeletal::**Joints, Bones, and Muscles: normal movement of all extremities and**tenderness** (**cervical paraspinals and trapezius muscles**).

**Motor Strength:**Motor Strength and Tone: normal and normal tone. C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

**Neurologic:**Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:**Inspection and palpation: no rash or lesions.

**Spine - Special Tests:**Cervical Spine negative axial loading test and Spurling's test and (normal) cervical spine. Other Findings **Myofascial pain**.

## Assessment / Plan

50-year-old female presenting for follow-up with regards to medication management in the setting of CRPS of the right upper extremity. At her last appointment, patient had her Lyrica dose adjusted to 100 mg 3 times a day. She returns today noting good improvement in symptoms with the use of the medication. She reports mild cognitive symptoms but notes that they have improved over the course of the month. She reports that they are not infringing on her ability to function nor do they affect her overall activities throughout the day. She is quite happy with her medication regimen at current. She does no benefit with the use of tizanidine for her muscle spasms into her neck and shoulders. She continues to do massage therapy with benefit. We'll plan to refill her medications for 2 month supply. I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient has a signed pain management agreement per clinic policy. Urine drug screen is up to date and appropriate as per Kentucky medical board guidelines. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient. Patient will follow-up in 2 months for further evaluation.

**. Complex regional pain syndrome**

M89.00: Algoneurodystrophy, unspecified site

- Lyrica 100 mg capsule - Take 1 capsule(s) 3 times a day by oral route. Qty: 90 capsule(s) Refills: 2 Pharmacy: WALMART PHARMACY 3894

**Patient Instructions**

WRAP-UP
Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- Refill Lyrica

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

**Discussion Notes**

Spent 25 total minutes with the patient today. Greater than 50% of this time was spent counseling/coordination of care as documented in my assessment and plan above.

## Return to Office

- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 08/12/2019 at 08:15 AM
- THERESA A WILP, APRN for RECHECK at PAIN MEDICINE on 09/30/2019 at 09:15 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 08/05/2019.
Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 08/05/2019 at 10:25am

**Encounter Date: 07/08/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 07/08/2019 09:30AM |
| | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

arm pain, medication follow up

Jamie Reece 50 y/o female is following up on medication management in the setting of CRPS. Regiment of Lyrica 75mg BID, she returns to clinic today noting minimal benefit with this regiment she states she is still having pain in the right arm. She denies any

returns to clinic today noting minimal benefit with this regiment she states she is still having pain in the right arm. She denies any adverse reactions with this medication just notes pain complaints

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

07/08/2019 10:01 am

| | | |
|---|---|---|
| **Ht:** 5 ft 7 in | **Wt:** 173 lbs | **BMI:** 27.1 |
| **BP:** 112/68 sitting | **Pain Scale:** 4 | |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) every day by oral route at bedtime. | 06/20/19 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 03/11/19 | prescribed |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route as needed. | 11/16/18 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 07/08/19 | prescribed |
| **Lyrica 50 mg capsule**<br>Take 1 capsule(s) twice a day by oral route. | 05/29/19 | prescribed |
| **Lyrica 75 mg capsule**<br>Take 1 capsule(s) twice a day by oral route. | 06/10/19 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 04/18/19 | prescribed |
| **traMADol 50 mg tablet** | 12/20/18 | prescribed |

Take 1 tablet(s) twice a day by oral route as needed.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Abdominal pain - Onset: 04/23/2019
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Headaches: **Y**

## HPI

50yo female presenting for follow-up with regards to medication management in the setting of CRPS of the right upper extremity. At her last appointment, patient had her medication escalated to Lyrica 75 mg twice a day. She notes minimal benefit in symptoms. She continues to note muscle discomfort through the right shoulder and shoulderblade as well as neuropathic pain and swelling through the forearm and wrist.

## ROS

Patient reports **muscle aches, muscle weakness, arthralgias/joint pain, and back pain**but reports no swelling in the extremities and no neck pain. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur,

and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD.

**Psychiatric:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: non-injected and no discharge. Pupils: PERRLA.

**Lungs:** Respiratory effort: no dyspnea.

**Cardiovascular System:** Heart Auscultation: RRR.

**Abdomen:** Bowel Sounds: normal. Inspection and Palpation: soft and non-distended.

**Musculoskeletal::** Joints, Bones, and Muscles: normal movement of all extremities and **tenderness** (**RIGHT lateral wrist and forearm**).

**Motor Strength:** Motor Strength and Tone: normal and normal tone. C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

**Neurologic:** Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no rash or lesions.

**Spine - Special Tests:** Cervical Spine (normal) cervical spine. Other Findings **Myofascial pain** (**RIGHT cervical paraspinals, trapezius and rhomboids**).

## Assessment / Plan

50-year-old female presenting for follow-up with regards to CRPS of the right upper extremity. Patient previously been on gabapentin with good improvement in symptoms but had to transition to Lyrica secondary to GI side effects. At her last appointment, Lyrica was dose escalated to 75 mg twice a day. She reports minimal improvement in symptoms with the use of Lyrica. She presently complains of right neck, shoulder and shoulder blade discomfort with associated muscle spasms. She also has neuropathic pain and swelling in her right forearm and wrist. She'll longer wears her compression sleeve secondary to skin irritation. We discussed dose escalation of Lyrica to 100 mg 3 times a day. Side effects reviewed with the patient today including sedation and weight gain. I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient has a signed pain management agreement per clinic policy. Urine drug screen is up to date and appropriate as per Kentucky medical board guidelines. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient. We also reiterated the importance of addressing her myofascial pain in her neck and shoulder. She continues to hold off on physical therapy she does do massage therapy and twice monthly which does offer benefit. Patient will follow up in 1 month for further evaluation.

. **Complex regional pain syndrome**
M89.00: Algoneurodystrophy, unspecified site

- Lyrica 100 mg capsule - Take 1 capsule(s) 3 times a day by oral route. Qty: 90 capsule(s) Refills: 0 Pharmacy: WALMART PHARMACY 3894

**Patient Instructions**

WRAP-UP
Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- INCREASE Lyrica

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

**Discussion Notes**

Spent 25 total minutes with the patient today. Greater than 50% of this time was spent counseling/coordination of care as documented in my assessment and plan above.

## Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 08/05/2019 at 09:45 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 08/12/2019 at 08:15 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 07/08/2019.
Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 07/08/2019 at 10:39am

**Encounter Date: 06/10/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 06/10/2019 09:45AM |
| | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

neck pain, shoulder pain, medication follow up

Jamie Reece 50 y/o female is following up neck and right shoulder pain in the setting of psoriatic arthritis, patient is under medication management which consist of tizanidine and lyrica 5o mg BID patient reports today she is able to tolerate the lyrica moreover than the gabapentin. Patient does however notes that she has been waking up with pain and doesn't think the dose is

strong enough. Pain today is rated as a 3 still being constant throughout the day

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

06/10/2019 10:07 am

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in | **Wt:** | 173 lbs | **BMI:** | 27.1 |
| **BP:** | 122/76 sitting | **Pain Scale:** | 3 | | |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) every day by oral route at bedtime. | 04/29/19 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 03/11/19 | prescribed |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route as needed. | 11/16/18 | prescribed |
| **Lyrica 50 mg capsule**<br>Take 1 capsule(s) twice a day by oral route. | 05/29/19 | prescribed |
| **Lyrica 75 mg capsule**<br>Take 1 capsule(s) twice a day by oral route. | 06/10/19 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 04/18/19 | prescribed |
| **traMADol 50 mg tablet**<br>Take 1 tablet(s) twice a day by oral route as needed. | 12/20/18 | prescribed |
| **ZyrTEC 10 mg capsule** | 11/17/17 | entered |

Take 1 capsule(s) every day by oral route.

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Abdominal pain - Onset: 04/23/2019
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Headaches: **Y**

## HPI

50-year-old female presenting for follow-up with regards to medication management in the setting of CRPS of the right shoulder. Patient began to note GI side effects last month which she attributed to Gabapentin. Patient was transitioned from Gabapentin to Lyrica.

## ROS

Patient reports **muscle aches, muscle weakness, arthralgias/joint pain, and neck pain**but reports no swelling in the extremities. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no

migraines, no headaches, and no tremor. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and normal body habitus. Level of Distress: NAD.

**Psychiatric:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Pupils: PERRLA. EOM: EOMI.

**Lungs:** Respiratory effort: no dyspnea.

**Cardiovascular:** Heart Auscultation: RRR.

**Abdomen:** Inspection and Palpation: soft, non-distended, and no tenderness.

**Musculoskeletal::** Motor Strength and Tone: normal tone and motor strength. Joints, Bones, and Muscles: **tenderness** (**R cervical paraspinals and trapezius**). Extremities: no cyanosis.

**Neurologic:** Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no rash, lesions, or ulcer.

**Cervical Spine:** Inspection: alignment normal. Soft Tissue Palpation on the Right: **tenderness of the paracervicals**, **the scalene muscle**, **the trapezius**, and **the rhomboid**.

**Motor Strength:** C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

## Assessment / Plan

50yo female presenting for follow-up with regards to medication management in the setting of CRPS of the right upper extremity. Patient continues to endorse a significant myofascial component to her pain specifically through the cervical paraspinal musculature and trapezius muscles on the right. She continues to do massage therapy which she does find beneficial. We discussed referral back to physical therapy for dry needling and myofascial release. She would like to further consider this option before committing to physical therapy referral. Current medication regiment consists of Lyrica 50 mg twice a day. She began experiencing GI side effects over the last month and attributed her symptoms to gabapentin use. As such she was transitioned to Lyrica and does feel that the medication adjustment was beneficial. She doesn't feel like it was as strong as her relief that she was getting from gabapentin. She denies any adverse side effects. We'll plan to dose escalate her Lyrica to 75 mg twice a day today. Side effects were reviewed with patient including sedation and weight gain. We will plan to repeat urine drug screen as per Kentucky medical board guidelines. I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient signed pain management agreement per clinic policy. Urine drug screen was ordered today as per Kentucky medical board guidelines. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient. Patient will follow-up in one month for further evaluation.

. **Complex regional pain syndrome**

M89.00: Algoneurodystrophy, unspecified site

- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS
- Lyrica 75 mg capsule - Take 1 capsule(s) twice a day by oral route. Qty: 60 capsule(s) Refills: 0 Pharmacy: WALMART PHARMACY 3894

**Long-term drug therapy**

Z79.899: Other long term (current) drug therapy

- HIGH RISK DRUG PANEL

Prescribed Relevant Medications: lyrica

Date of last dose: 06/10/2019

Time of last dose: 9am

**Patient Instructions**

WRAP-UP

Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- INCREASE Lyrica

- UDS

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

**Discussion Notes**

Spent 25 total minutes with the patient today. Greater than 50% of this time was spent counseling/coordination of care as documented in my assessment and plan above.

## Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 07/09/2019 at 09:30 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 08/12/2019 at 08:15 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 06/10/2019.

Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 06/10/2019 at 11:15am

**Encounter Date: 04/29/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 04/29/2019 10:00AM |
| | | **Service Dept.** | SURGERY SCHEDULE |
| **Provider** | AN-YU CHEN, MD | | |

**Insurance**
Med Primary: BCBS-OH (PPO)
Insurance # : TOAAN1313675
Policy/Group # : 003320100TEAP064
PCP : FAMILY PRACTICE ASSOCIATES
Employer Name : TOYOTA
Med Worker's Comp: MSMM
Referring Provider Name : DONEGAN, RYAN P
Employer Name : KELLY SERVICES
Case # : SA211932PVY
Case Injury Date : 01/30/2018
Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC
Insurance # :
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017

**REECE, JAMIE H (id #21591363, dob:**
Prescription: ESI1 - Member is eligible. details

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider (Primary Insurance):** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider (Worker's Comp):** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 04/23/2019)
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Medications not reviewed (last reviewed 04/23/2019)

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) every day by oral route at bedtime. | 04/29/19 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 03/11/19 | prescribed |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route as needed. | 11/16/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 04/18/19 | prescribed |
| **traMADol 50 mg tablet**<br>Take 1 tablet(s) twice a day by oral route as needed. | 12/20/18 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Abdominal pain - Onset: 04/23/2019
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 04/09/2019)

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Social History not reviewed (last reviewed 04/09/2019)
**Gastroenterology**
Tobacco cessation counseling provided?: N
Occupation: unemployed
Marital status: Married
Alcohol intake: Occasional
Illicit drugs: no
Drugs Abused: no
Smoking Status: Never smoker

## Surgical History

Surgical History not reviewed (last reviewed 04/09/2019)

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Past Medical History not reviewed (last reviewed 04/09/2019)
Acid Reflux (GERD): **Y**
Allergies/Hayfever: **Y**
Chicken Pox: **Y**
Headaches: **Y**

## Assessment / Plan

None recorded.

### Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 06/10/2019 at 09:45 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 08/12/2019 at 08:15 AM

## Encounter Sign-Off

Encounter signed-off by Melissa Blackwell, 04/30/2019.
Encounter performed and documented by AN-YU CHEN, MD
Encounter reviewed & signed by Melissa Blackwell on 04/30/2019 at 9:15am

**Encounter Date: 04/23/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 04/23/2019 02:30PM |

**REECE, JAMIE H (id #21591363, dob:**

**Service Dept.** GASTRO SB

**Provider** AN-YU CHEN, MD

**Insurance** Med Primary: BCBS-OH (PPO)
Insurance # : TOAAN1313675
Policy/Group # : 003320100TEAP064
PCP : FAMILY PRACTICE ASSOCIATES
Employer Name : TOYOTA
Med Worker's Comp: MSMM
Referring Provider Name : DONEGAN, RYAN P
Employer Name : KELLY SERVICES
Case # : SA211932PVY
Case Injury Date : 01/30/2018
Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC
Insurance # :
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: ESI1 - Member is eligible. details

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 04/23/2019 02:31 pm | **Wt:** | 173 lbs 04/23/2019 02:33 pm | **BMI:** | 27.1 04/23/2019 02:33 pm |
| **BP:** | 120/60 04/23/2019 02:35 pm | **Pulse:** | 72 bpm 04/23/2019 02:37 pm | **RR:** | 16 04/23/2019 02:35 pm |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 03/11/19 | prescribed |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route as needed. | 11/16/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |

Probiotic

| | | |
|---|---|---|
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 04/18/19 | prescribed |
| **traMADol 50 mg tablet**<br>Take 1 tablet(s) twice a day by oral route as needed. | 12/20/18 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Problems not reviewed (last reviewed 04/09/2019)

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Abdominal pain - Onset: 04/23/2019
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 04/09/2019)

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability<br>- Arthritis |

## Social History

Social History not reviewed (last reviewed 04/09/2019)
**Gastroenterology**
Tobacco cessation counseling provided?: N
Occupation: unemployed
Marital status: Married
Alcohol intake: Occasional
Illicit drugs: no
Drugs Abused: no
Smoking Status: Never smoker

## Surgical History

Surgical History not reviewed (last reviewed 04/09/2019)

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Past Medical History not reviewed (last reviewed 04/09/2019)
Acid Reflux (GERD): **Y**
Allergies/Hayfever: **Y**
Chicken Pox: **Y**
Headaches: **Y**

**REECE, JAMIE H (id #21591363,**

## HPI

This is a pleasant 50 yof here for follow up regarding abd pain
Current status:no better after recent work up by Amy Collins
Symptoms:generalized dull achy pain with burning sensation
Treatments:PPIs
Additional info:Concerned about gastric cancer, +family history. Also claims that she was on PPI at the time of the h.pylori testing

## ROS

**Additionally reports:**

**CONSTITUTIONAL: No fever, chills, or weight loss**

**ENT: No ear pain. No sore throat.**
**CARDIOVASCULAR: No chest pain, No edema.**
**PULMONARY: no shortness of breath, or cough.**
**GI: As detailed in the HPI.**
**GU: no dysuria,**
**NEURO: no headaches, visual changes, numbness, tingling, weakness**
**ENDOCRINE: no history of thyroid problems, no weight gain**
**ALLERGY/IMMUNE: No immune deficiency or hay fever.**
**SKIN: No itching or rashes**
**PSYCH: No depression or anxiety**

## Physical Exam

Patient is a 50-year-old female.

GENERAL: Pleasant 50 years-old in no acute distress
HEENT: EOMI, no scleral icterus. no obvious oral lesions, mucous membranes moist.
NECK: Unrestricted range of motion.
HRT: Regular rate and rhythm. No obvious murmurs noted.
PULMONARY: Normal respiratory effort. No evidence of shortness of breath.
ABDOMEN: Moderate central obesity. Bowel sounds within normal limits. Soft, nontender, nondistended. No hepatosplenomegaly. There is no guarding or rebound.
SKIN: No jaundice. No rashes. Warm and dry.
MUSCULOSKELETAL: Gait within normal limits.
NEURO: No obvious weakness or gross deficit noted. No evidence of confusion.
PSYCH: Alert and oriented. Mood and affect within normal limits. Does not appear depressed.

## Assessment / Plan

. **Abdominal pain** -

Suspect IBS. May benefit from amitriptyline but pt prefers to wait until after evaluation

R10.9: Unspecified abdominal pain

- ABDOMINAL PAIN: CARE INSTRUCTIONS

. **Family history of Stomach cancer** -

Will assess with EGD.

Z80.0: Family history of malignant neoplasm of digestive organs

**Discussion Notes**

I have discussed the situation, differential diagnosis, and recommendation with the patient. She express understanding and wishes to proceed as recommended.

## Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 06/10/2019 at 09:45 AM

- KATHERINE S RODEN, MD for RECHECK at FAM MEDICINE on 05/16/2019 at 09:15 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 08/12/2019 at 08:15 AM

## Encounter Sign-Off

Encounter signed-off by AN-YU CHEN, MD, 04/23/2019.

Encounter performed and documented by AN-YU CHEN, MD
Encounter reviewed & signed by AN-YU CHEN, MD on 04/23/2019 at 3:02pm

**Encounter Date: 04/09/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 04/09/2019 09:15AM |
| | | **Service Dept.** | GASTRO SB |
| **Provider** | AMY KATHRYN COLLINS, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 04/09/2019 09:33 am | **Wt:** | 176 lbs 3.2 oz 04/09/2019 09:34 am | **BMI:** | 27.6 04/09/2019 09:34 am |
| **BP:** | 120/60 04/09/2019 09:39 am | **Pulse:** | 68 bpm 04/09/2019 09:40 am | **RR:** | 8 04/09/2019 09:40 am |

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

**esomeprazole magnesium 40 mg capsule,delayed release** 02/25/19 renewed
TAKE 1 CAPSULE DAILY

| | | |
|---|---|---|
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 03/11/19 | prescribed |
| **Humira Pen 40 mg/0.8 mL subcutaneous kit**<br>Inject 0.8 mL every 2 weeks by sub-q route.<br>**Internal Note:** not taking since 12/2018 | 02/11/19 | entered |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route as needed. | 11/16/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed. | 02/11/19 | prescribed |
| **traMADol 50 mg tablet**<br>Take 1 tablet(s) twice a day by oral route as needed. | 12/20/18 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability<br>- Arthritis |

## Social History

Reviewed Social History
**Gastroenterology**
Tobacco cessation counseling provided?: N
Occupation: unemployed
Marital status: Married
Alcohol intake: Occasional
Illicit drugs: no
Drugs Abused: no
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**
Allergies/Hayfever: **Y**
Chicken Pox: **Y**
Headaches: **Y**

## HPI

Jamie Reece is a 50 yr old female patient of Dr. Chen who is here today for epigastric pain for last 3 weeks. She reports this as a constant, dull ache. She reports bloating, weight gain, some dysphagia of pills (denies this as a problem though) and reflux that is controlled with esomeprazole. She has diarrhea, constipation that alternate, but says this is her normal bowel pattern. She denies nausea, vomiting, coffee ground emesis, food triggers, rectal bleeding, melena, reflux, heartburn, regurgitation, or respiratory symptoms.

## ROS

Patient reports **difficulty swallowing/ food sticking (pills, not a problem she wants to address at this time)** but reports no pain when swallowing, no indigestion or heartburn, no nausea and/or vomiting, not vomiting blood, and normal appetite. She reports **abdominal pain (epigastric), diarrhea, constipation, and excess gas or bloating** but reports no fullness after eatting, no blood in stool, no blacky or tarry stools, no change in bowel/bladder habits, and no pain when defecating. She reports **Irritable Bowel Syndrome** but reports no ulcerative colitis, no Crohn's disease, no family history of colon polyps or cancer, and no Barrett's Esophagus. She reports feeling fine, no fever, no chills, no weight gain, and no significant weight loss. She reports no blurred vision and no double vision. She reports no feeling of foreign body in throat. She reports no chest pain and no cardiac disease. She reports no jaundice, no history of chronic liver disease, and no hepatitis or exposure to hepatitis. She reports no change in skin color and no rashes. She reports good coordination, no weakness, no seizures, no headaches, no stroke, and no dizziness. She reports no psychiatric or emotional problems. She reports no history of thyroid disease and no hormonal changes. She reports no difficulty urinating. She reports no cough, no shortness of breath, and no lung disease.

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD.

**Psychiatric:** Mental Status: active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**ENMT:** Lips, Teeth, and Gums: no mouth or lip ulcers or bleeding gums and normal dentition. Oropharynx: moist mucous membranes.

**Lungs:** Respiratory effort: no dyspnea. Auscultation: breath sounds normal.

**Cardiovascular:** Heart Auscultation: normal S1 and S2 and RRR and no murmurs.

**Abdomen:** Bowel Sounds: normal. Inspection and Palpation: no tenderness, guarding, masses, rebound tenderness, or CVA tenderness and soft and non-distended.

**Neurologic:** Gait and Station: normal gait.

**Skin:** Inspection and palpation: no rash, lesions, or jaundice and good turgor.

## Assessment / Plan

. **Epigastric pain**
R10.13: Epigastric pain

**Patient Instructions**

Recommend labs for fecal occult blood, CBC, CMP, amylase, lipase, abdominal US.

Recommend barium swallow to evaluate swallowing, patient declines at this time for this test.

Follow-up in 2 weeks, call for any questions or concerns. patient verbalized understanding.

### Return to Office

- AN-YU CHEN, MD for RECHECK at GASTRO SB on 05/07/2019 at 03:15 PM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 06/10/2019 at 09:45 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 08/12/2019 at 08:15 AM

### Encounter Sign-Off

Encounter signed-off by AMY KATHRYN COLLINS, APRN, 04/11/2019.
Encounter performed and documented by AMY KATHRYN COLLINS, APRN
Encounter reviewed & signed by AMY KATHRYN COLLINS, APRN on 04/11/2019 at 10:23am

**Encounter Date: 03/11/2019**

### Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 03/11/2019 09:30AM |
| | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

### Chief Complaint

neck pain, medication follow up

Jamie Reece 50 y/o female is following up on chronic neck,shoulder, and arm pain. Patient was taking gabapentin 800mg with some s/e resulting her to fall, so her dose was decreased to the 600mg tabs with a muscle relaxer. Patient states her pain is well controlled with this method with no s/e.

### Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

### Patient's Pharmacies

**COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621**
WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

### Vitals

| | | |
|---|---|---|
| **Ht:** 5 ft 7 in 03/11/2019 09:58 am | **Wt:** 174 lbs 03/11/2019 09:58 am | **BMI:** 27.3 03/11/2019 09:58 am |

**BP:** 118/68 sitting 03/11/2019 09:59 am **Pain Scale:** 4 03/11/2019 09:59 am

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **baclofen 10 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route. | 12/14/18 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **folic acid** | 02/11/19 | entered |
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 03/11/19 | prescribed |
| **gabapentin 800 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 02/11/19 | prescribed |
| **Humira Pen 40 mg/0.8 mL subcutaneous kit**<br>Inject 0.8 mL every 2 weeks by sub-q route.<br>**Internal Note:** not taking since 12/2018 | 02/11/19 | entered |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route as needed. | 11/16/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed. | 02/11/19 | prescribed |
| **traMADol 50 mg tablet**<br>Take 1 tablet(s) twice a day by oral route as needed. | 12/20/18 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018

- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Headaches: **Y**

## HPI

50-year-old female presenting for follow-up with regards to neck and shoulder pain. Patient is currently followed by rheumatology, Dr. Abbas, for psoriatic arthritis currently maintained on Humira. She has repetitive work-related injury for her job at Toyota resulting in significant shoulder and upper arm pain. she did not tolerate transition to gabapentin 800 mg 3 times a day and as such was transitioned back to gabapentin 600 mg 3 times a day. Muscle relaxant was changed at her last visit from baclofen to tizanidine due to inadequate analgesia. She was also provided with a prescription for a TENS unit which has helped with pain relief.

## ROS

Patient reports **muscle aches, muscle weakness, arthralgias/joint pain, and neck pain**but reports no swelling in the extremities. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:**General Appearance: healthy-appearing, well-nourished, and normal body habitus. Level of Distress: NAD.

**Psychiatric:**Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:**Head: normocephalic and atraumatic.

**Eyes:**Pupils: PERRLA. EOM: EOMI.

**Lungs:**Respiratory effort: no dyspnea.

**Cardiovascular:**Heart Auscultation: RRR.

**Abdomen:**Inspection and Palpation: soft, non-distended, and no tenderness.

**Musculoskeletal::**Motor Strength and Tone: normal tone and motor strength. Joints, Bones, and Muscles:**tenderness** (**R shoulder**). Extremities: no cyanosis.

**Neurologic:**Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:**Inspection and palpation: no rash, lesions, or ulcer.

**Cervical Spine:**Inspection: alignment normal. Soft Tissue Palpation on the Right:**tenderness of the paracervicals**, **the scalene muscle**, **the trapezius**, and **the rhomboid**.

**Motor Strength:**C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

## Assessment / Plan

50-year-old female presenting for follow-up with regards to medication management in the setting of CRPS of the right shoulder. She continues to notice significant muscular component through the right neck and shoulder. Her last appointment, gabapentin was increased to 800 mg 3 times a day. Patient reports significant cognitive changes with dose escalation and as such was titrated back down to gabapentin 600 mg 3 times a day. She does note improvement at this current medication dose. She denies any adverse side effects. Patient was also transitioned from baclofen to tizanidine to inadequate analgesia. Patient notes that changes with gabapentin she is yet to make that transition. She did obtain a TENS unit which she feels has helped some of her pain control. We discussed different options with regards to massage therapy including hot stone massage and avoiding deep tissue massage which has caused her discomfort in the past. Overall, patient reports that her pain is improved with her current treatment modalities. We will plan to refill gabapentin for 3 month supply. I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient has a signed pain management agreement per clinic policy. Urine drug screen is up to date and appropriate as per Kentucky medical board guidelines. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient. Patient will follow-up in 3 months for further evaluation.

. **Psoriatic arthritis**

L40.50: Arthropathic psoriasis, unspecified

- gabapentin 600 mg tablet - Take 1 tablet(s) 3 times a day by oral route. Qty: 90 tablet(s) Refills: 3 Pharmacy: COSTCO PHARMACY #1156

**'atient Instructions**

WRAP-UP

Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- Refill Gabapentin

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

**Discussion Notes**

Spent 25 total minutes with the patient today. Greater than 50% of this time was spent counseling/coordination of care as documented in my assessment and plan above.

## Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 06/10/2019 at 09:45 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 08/12/2019 at 08:15 AM

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 03/11/2019.

Encounter performed and documented by KATHERINE S RODEN, MD

Encounter reviewed & signed by KATHERINE S RODEN, MD on 03/11/2019 at 12:51pm

**Encounter Date: 02/11/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 02/11/2019 09:30AM |
| | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

neck pain

Mrs. Jamie H. Reece is a 50 y/o female following up for chronic neck and right arm pain. patient rates her pain a 4/10 on pain scale. She is taking Gabapentin 600 tid, Baclofen and has both Tramadol and Hydrocodone. She is currently in physical therapy.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621**
WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-

0526
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

02/11/2019 09:07 am

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in | **Wt:** | 177 lbs | **BMI:** | 27.7 |
| **BP:** | 108/76 | **Pain Scale:** | 4 | **Pain Scale Type:** | Numeric |

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **baclofen 10 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route. | 12/14/18 | prescribed |
| **folic acid** | 02/11/19 | entered |
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 12/14/18 | prescribed |
| **gabapentin 800 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 02/11/19 | prescribed |
| **Humira Pen 40 mg/0.8 mL subcutaneous kit**<br>Inject 0.8 mL every 2 weeks by sub-q route.<br>**Internal Note:** not taking since 12/2018 | 02/11/19 | entered |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route as needed. | 11/16/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed. | 02/11/19 | prescribed |
| **traMADol 50 mg tablet**<br>Take 1 tablet(s) twice a day by oral route as needed. | 12/20/18 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017

- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Headaches: **Y**

## HPI

50-year-old female returning for follow-up with regards to shoulder pain. she continues to follow with rheumatology, Dr. Abbas, for psoriatic arthritis currently managed on Humira. Improve, patient's symptoms are related to repetitive work injury from her job at Toyota. Her current medication regimen consists of gabapentin 600 mg 3 times a day and tramadol 50 mg twice a day. She has not noticed any significant improvement from Tramadol. The patient did not tolerate Norco secondary to nausea/vomiting. She has recently restarted physical therapy.

## ROS

Patient reports **arthralgias/joint pain and neck pain** but reports no muscle aches, no muscle weakness, no back pain, and no swelling in the extremities; **right arm pain**. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and normal body habitus. Level of Distress: NAD.

**Psychiatric:**Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:**Head: normocephalic and atraumatic.

**Eyes:**Pupils: PERRLA. EOM: EOMI.

**Lungs:**Respiratory effort: no dyspnea.

**Cardiovascular:**Heart Auscultation: RRR.

**Abdomen:**Inspection and Palpation: soft, non-distended, and no tenderness.

**Musculoskeletal::**Motor Strength and Tone: normal tone and motor strength. Joints, Bones, and Muscles:**tenderness** (**R shoulder**). Extremities: no cyanosis and **edema** (**mild, right arm**).

**Neurologic:**Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:**Inspection and palpation: no rash, lesions, or ulcer.

**Cervical Spine:**Inspection: alignment normal. Soft Tissue Palpation on the Right:**tenderness of the paracervicals**, **the scalene muscle**, **the trapezius**, and **the rhomboid**.

**Motor Strength:**C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

## Assessment / Plan

50-year-old female presenting for follow-up with regards to neck and shoulder pain. Patient is currently followed by rheumatology, Dr. Abbas, for psoriatic arthritis currently maintained on Humira. She has repetitive work-related injury for her job at Toyota resulting in significant shoulder and upper arm pain. She presents today with a compression sleeve to assist with edema. No temperature or color change noted. We have thoroughly reviewed the symptoms related to CRPS. Her current regimen consists of gabapentin 600 mg 3 times a day. At her last visit, we discussed initiating opioid therapy to help with severe exacerbations of pain. She has tried at this point nor occur as well as tramadol without significant improvement in symptoms. She returns today noting that gabapentin provides her with the best pain relief. She denies any adverse side effects that her current medication dose. We discussed us escalating gabapentin to 800 mg 3 times a day. Should this not significantly improved pain complaints, we discussed possible adjuvants at her next visit including Cymbalta or a TCA. Side effects were reviewed with her today regarding gabapentin including sedation and cognitive changes.

patient has started physical therapy with a new therapist and has noted Dobson Downs in terms of her ongoing neck pain. She is also started taking tissue massage therapy. Patient was advised to consider lidocaine patches following her massage sessions to help with swelling and discomfort. We also discussed initiation of a TENS unit to help with her exacerbations and neck pain. Prescription for TENS unit was provided today. She currently takes baclofen with some minor relief in her muscle spasms. She inquires about other muscle relaxants. We'll plan to discontinue baclofen today and initiate tizanidine. Side effects were reviewed with her including sedation.Patient will follow-up in one month for further evaluation.

. **Myofascial pain**

M79.10: Myalgia, unspecified site

- TENS UNIT - Use as directed. Qty: 1 Unit Refills: 0 Supplier: KENTUCKY ORTHO REHAB (KORT)
- tizanidine 4 mg tablet - Take 1 tablet(s) 3 times a day by oral route as needed. Qty: 90 tablet(s) Refills: 0 Pharmacy: WALMART PHARMACY 3894

. **Complex regional pain syndrome**

M89.00: Algoneurodystrophy, unspecified site

- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS
- gabapentin 800 mg tablet - Take 1 tablet(s) 3 times a day by oral route. Qty: 90 tablet(s) Refills: 0 Pharmacy: WALMART PHARMACY 3894

**Patient Instructions**

WRAP-UP

Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were

Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- TENS unit

- INCREASE Gabapentin 800mg TID

- DISCONTINUE Baclofen

- START Tizanidine

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

**Discussion Notes**

Spent 25 total minutes with the patient today. Greater than 50% of this time was spent counseling/coordination of care as documented in my assessment and plan above.

## Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 03/11/2019 at 09:30 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 08/12/2019 at 08:15 AM

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 02/11/2019.
Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 02/11/2019 at 9:43am

**Encounter Date: 02/11/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 02/11/2019 08:15AM |
| | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SYED HAIDER ABBAS, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

PSA; not taking Humira x 2mos

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

**REECE, JAMIE H (id #21591363, dob:**

## Patient's Pharmacies

**COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621**
WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 02/11/2019 08:20 am | **Wt:** | 175 lbs 02/11/2019 08:20 am | **BMI:** | 27.4 02/11/2019 08:20 am |
| **BP:** | 106/74 sitting L arm 02/11/2019 08:22 am | **BP Cuff Size:** | adult 02/11/2019 08:20 am | **Pulse:** | 80 bpm regular 02/11/2019 08:23 am |
| **RR:** | 18 02/11/2019 08:20 am | | | | |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **baclofen 10 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route. | 12/14/18 | prescribed |
| **folic acid** | 02/11/19 | entered |
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 12/14/18 | prescribed |
| **Humira Pen 40 mg/0.8 mL subcutaneous kit**<br>Inject 0.8 mL every 2 weeks by sub-q route.<br>**Internal Note:** not taking since 12/2018 | 02/11/19 | entered |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route as needed. | 11/16/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **traMADol 50 mg tablet**<br>Take 1 tablet(s) twice a day by oral route as needed. | 12/20/18 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017

- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**

## HPI

she is seen today as a follow up on PsA and CRPS.

She stopped the Humira in December, without our suggestions.

Felt can contribute to her numbness in the right arm, CRPS.

She is followed by Dr Roden in pain management.

She is using a compression sleeve in right arm, not sure if this is helping and thinks make her arm worse.

she is going to PT and also going to gym.

sshe remains quite frustrated with her right upper extremity complex regional pain syndrome symptoms and pains.

## ROS

Patient reports **swelling in the extremities (right arm. ); chronic pains in neck.** . She reports **psoriasis**. She reports **paresthesia (right arm. )**. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no pleuritic chest pain, no shortness of breath when walking, no shortness of breath when lying down, and no Raynaud's Phenomenon. She reports no cough, no wheezing, no shortness of breath, and no coughing up blood. She reports no depression, no sleep disturbances, no anxiety, and restful sleep.
**ROS as noted in the HPI**

## Physical Exam

Patient is a 50-year-old
female.

**Constitutional:** General Appearance: **overweight**. Level of Distress: NAD.

**Lungs:** Respiration: no dyspnea and good air movement. Percussion: no dullness, flatness, or hyperresonance. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal and CTA except as noted.

**Cardiovascular System:** Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no JVD. Pulses including femoral / pedal: normal throughout.

**Musculoskeletal System:** Joints, Bones, and Muscles: **no active synovitis or effusions noted. No dactylitis noted** Extremities: **edema** (**right arm, secondary to CRPS**).

**Neurological Exam:** Motor: **no acute process.**
.

## Assessment / Plan

. **Psoriasis with arthropathy** -

a very pleasant 50-year-old female with chronic well-controlled psoriatic arthritis. Unfortunately, she is off the Humira injections since December 2018.

so far, her arthritic symptoms have remained under well control even though she is off the Humira for the last 6 weeks. I think at this point she can resume the Humira at 40 mg every Q4 weeks in order to prevent recurrence of reactivation of the psoriatic arthritis.

certainly, if she does show any activity of the disease he can always increase the dose to every 2 weeks.

she has had some elevations of liver enzymes with methotrexate used which we have stopped several months ago.

She can continue to follow her liver functions with the family doctor.

follow up with a TB test every 12 months and CBC every 3 months while taking Humira.

L40.50: Arthropathic psoriasis, unspecified

- PSORIASIS: CARE INSTRUCTIONS

. **Complex regional pain syndrome** -

Please see my previous notes for details.

Briefly, has CRPS Type I, right arm after right shoulder and elbow injury due to repititive work at Toyota factory. Initially symptoms started some time early January 2018.

On account of constant pain with worsening at times, she is not able to go back to work. Further, she is concerned about the repetitive nature of her job and because of worsening of these pains while at work. She is continue to follow by physical therapy. She is also seen pain management on my suggestion and has initiated gabapentin.

her examination today, continues to show some dependent edema of her right upper extremity along with some mild erythema but without any warmth. More for typical motor and sensory features seen with complex regional pain syndrome. As mentioned

without any warmth. More for typical motor and sensory features seen with complex regional pain syndrome. As mentioned above no active features of psoriatic arthritis noted on examination.

The whole body bone scan reviewed 10/2018: elbows, and wrists bilaterally. This represents degenerative change. There is focally increased uptake projecting along the greater tuberosity of the right humeral head. The calvarium appears normal. There are mild degenerative changes in the shoulders and sternoclavicular joints. The ribs appear normal.

There are mild degenerative changes throughout the spine. There are mild degenerative changes in the hips, knees, and feet.

she will continue to follow with pain management clinic and will maintain her exercise and physical therapy as per their directions. No further suggestions at this point.

M89.00: Algoneurodystrophy, unspecified site

- LEARNING ABOUT HEALTHY WEIGHT
- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS

. **Long-term drug therapy** -

needs to have a CBC today.

Repeat TB test in summer.

Z79.899: Other long term (current) drug therapy

- CBC

Return to Office

- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 08/12/2019 at 08:15 AM

Encounter Sign-Off

Encounter signed-off by SYED HAIDER ABBAS, MD, 02/11/2019.

Encounter performed and documented by SYED HAIDER ABBAS, MD
Encounter reviewed & signed by SYED HAIDER ABBAS, MD on 02/11/2019 at 9:03am

## Clinical Documents

Lexington Clinic ANDOVER

179.0

# ADULT (13 AND OLDER) PATIE

• 11650100w13059 Single Page ClinDoc

Date 8 5 17

NAME Jamie Reece CONTACT NUMBER PRIMARY CARE PROVIDER FPA

MARITAL STATUS ☐ Single ☐ Married ☐ Separated ☐ Divorced ☐ Widowed

**CURRENT MEDICATIONS** (Include prescriptions, non-prescriptions, herbal medications and creams)

1. 5.
2. 6.
3. 7.
4. 8.

**DRUG OR SUBSTANCE ALLERGY** (Please describe reaction)

1. 5.
2. 6.

**PAST MEDICAL HISTORY** (Please check if any of the following apply)

| | | |
|---|---|---|
| ☐ Asthma | ☐ Diabetes | ☐ Other |
| ☐ Bipolar Disorder | ☐ Heart Disease | ☐ Other |
| ☐ Blood Clot | ☐ High Cholesterol | ☐ Other |
| ☐ Cancer Type | ☐ High Blood Pressure | ☐ Other |
| ☐ COPD/Lung Disease | ☐ Kidney Disease - Type | |
| ☐ Depression | ☐ Liver Disease - Type | |

**PAST SURGICAL HISTORY** (Please check if any of the following apply)

| | | |
|---|---|---|
| ☐ Appendectomy | ☐ Gallbladder Removal | ☐ Tubal Ligation |
| ☐ Carotid Surgery | ☐ Heart Surgery | ☐ Vasectomy |
| ☐ Cataract Removal | ☑ Hysterectomy | ☐ Other |
| ☐ Colectomy/Colon Removal | ☑ Tonsillectomy | ☐ Other |

**SOCIAL HISTORY** (Please fill out all that apply)

Do you smoke? ☑ Never ☐ Former Smoker - Number of Years ☐ Current - How many packs per day?

Do you drink alcohol? ☐ No ☐ Occasional - How often? Monthly ☐ Daily _ How much per day?

Do you have a history of substance/drug abuse? ☑ No ☐ Yes - Please describe

Occupation Toyota Team Member

**FEMALES ONLY** Last Menstrual Period Are you Pregnant? ☐ Yes ☐ No ☐ Unsure

Are you currently using birth control? ☐ No ☐ Yes - Method of Birth Control

**FAMILY HISTORY** (Please check if your mother, father, sisters or brothers have any of the following:)

| Diagnosis | Yes | No | Relationship to You, List All | Status |
|---|---|---|---|---|
| ASTHMA | | ✓ | | ☐ LIVING ☐ DECEASED |
| CANCER: (CIRCLE TYPE) PROSTATE COLON GYNECOLOGICAL BREAST OTHER ___ ) | ✓ | | Father | ☐ LIVING ☐ DECEASED |
| DIABETES | | ✓ | | ☐ LIVING ☐ DECEASED |
| HEART ATTACK/HEART TROUBLE | | | Mother has stents/Father | ☐ LIVING ☐ DECEASED |
| HIGH BLOOD PRESSURE | ✓ | | Father | ☐ LIVING ☐ DECEASED |
| HIGH CHOLESTEROL | ✓ | | Father | ☐ LIVING ☐ DECEASED |
| KIDNEY DISEASE TYPE: | | ✓ | | ☐ LIVING ☐ DECEASED |
| LUNG DISEASE TYPE: | | ✓ | | ☐ LIVING ☐ DECEASED |
| STROKE | | ✓ | | ☐ LIVING ☐ DECEASED |
| SUBSTANCE/DRUG ABUSE | | ✓ | | ☐ LIVING ☐ DECEASED |
| OTHER | | | | ☐ LIVING ☐ DECEASED |

**Lexington Clinic**
An-Yu Chen, M.D.

1225 S Broadway, Suite 200
Lexington, KY 40504
Ph :(859) 258-4950
Fax :(859) 258-4618

## ESOPHAGO GASTRO DUODENOSCOPY REPORT

| PATIENT NAME | SSN /ID | DOB | AGE | SEX | EXAM DATE | ATTENDING PHY | REFERRAL |
|---|---|---|---|---|---|---|---|
| JAMIE H REECE | 21591363 | | 50 | F | 04-29-2019 | An-Yu Chen, M.D. | Family Practice Assoc. |

**INDICATION** : Dysphagia
Abdominal pain
Family history of gastric cancer

**PHYSICAL EXAM** : **HEENT** : Normal **LYMPH NODES** : None Felt **LUNGS** : Grossly Clear **HEART** : Normal **ABDOMEN** : Soft and None tender **MENTAL STATUS** : Alert and Oriented

**H&P Comments** : PT ASSESSED & INTERVIEWED PRIOR TO THE PROCEDURE

**VITAL SIGNS** : **BP** : 141/78 **RESPIRATION** : 15 **PULSE** : 62

**CONSENT** : Informed consent was obtained from the patient after providing opportunity for questions.

**PREPARATION** : EKG pulse, blood pressure and oxygen saturation monitored

**INSTRUMENT** : Olympus GIF-Q180 Video Gastroscope

**ALLERGIES** : See List On RN Form.

**ASA CLASS** : Per Anesthesia
**ANESTHESIA** : As per nurses notes.

**PROCEDURE** : The Gastroscope was gently passed through the incisoral orifice into the oral cavity and under direct visualization the esophagus was intubated. The endoscope was passed down the esophagus, through the stomach and into the duodenum. Color, texture, mucosa and anatomy were carefully examined with the scope. Esophageal dilation was performed by passing a 56F sized rubber or plastic dilators across the esophageal stricture to open it. The patient tolerated the procedure well and there were no complications. After completion of the examination, patient was transferred to the recovery room. Preparation was excellent.

a.EGJunction



b.Body



c.Antrum



d.Duodenum 2nd and 3rd portion



## FINDINGS

**OROPHARYNX** - Normal
**ESOPHAGUS** - Maloney/Bougie dilation performed dilation of size 56fr. Treatment of dysphagia.
**EG JUNCTION** - Intact at 40 cms
**STOMACH** - **Cardia** : Normal
**Fundus** : Normal
**Body** : For histological analysis/H.pylori. Multiple biopsies taken.
**Antrum** : For histological analysis/H.pylori. Multiple biopsies taken.
**Pylorus** : Normal
**DUODENUM** - **Bulb** : Normal without evidence of ulcerations or bleeding
**2nd and 3rd Portion** : Normal

**IMPRESSION** - Symptomatic dysphagia treated with bougie dilation
Overall normal appearing EGD

**PLAN** - Wait for pathology report
Follow up with primary care physician





Copy right © 2004 MD-Reports. A product of Infinite Software Solutions, Inc. All rights reserved

**Lexington Clinic**
An-Yu Chen, M.D.

1225 S Broadway, Suite 200
Lexington, KY 40504
Ph :(859) 258-4950
Fax :(859) 258-4618

| PATIENT NAME | SSN / ID | DOB | AGE | SEX | EXAM DATE | ATTENDING PHY | REFERRAL |
|---|---|---|---|---|---|---|---|
| JAMIE H REECE | 21591363 | | 50 | F | 04-29-2019 | An-Yu Chen, M.D. | Family Practice Assoc. |



Symptomatic therapy as indicated
Follow up EGD in about 3 years for repeat dilation
as clinically indicated

Signature : ______________________
( An-Yu Chen, M.D. )

KORT
The Best In Rehab.
... AN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

REECE, JAMIE 21591363 PHYSIC

| | | | |
|---|---|---|---|
| Patient: | Jamie Reece | | |
| Acct #: | 036-430317901 | Visit Date | |
| DOB: | | FSC: | |
| Clinician: | Michael W. Hopper, PT | Payor: | |
| Prim Phy: | Ben Kibler | Pol/Claim: | * 51418983x13059 First Page ClinDoc |
| Phy Phone: | (859) 258-8575 | Insured: | |
| Phy Fax: | (859) 258-8562 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 1/31/2018 | Visits: | 13 |
| Surg. Date: | Not Specified | Cxl/Ns: | 4 |

# Plan of Care

**Diagnoses**

| | | |
|---|---|---|
| Right Shoulder | M75.41 | Impingement syndrome of right shoulder |
| | G90.511 | Complex regional pain syndrome I of right upper limb |
| | M25.511 | Pain in right shoulder |

## Subjective Examination

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

**Questionnaires: Disabilities of the Arm, Shoulder and Hand (DASH):**

- Date: 04/04/2019
- Test Name: QuickDASH
- Assessment Follow-up
- Disability/Symptom Score 43.00

## Assessment

The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program. Based on this patient's clinical presentation, it is my professional opinion that the patient's prognosis at time of discharge is good. The patient was educated regarding their discharge prognosis and related pathology. The patient demonstrates good understanding of their home program instructions.

**Recommendations:**

- Skilled Intervention: No further skilled intervention required at this time. Patient demonstrating ability to independently manage symptoms with home exercises. Upper extremity strength, ROM and sensitivity has returned to normal levels.

## Problems & Goals

***Problem #1*** **Chief Complaint: Pain: Severity.**

- At Worst 6/10
- Current 2/10

*Goal Abandoned Apr 04, 2019. 90 % of Goal Met*

**Symptomatic Improvements:**

- Decreasing Pain: to 0/10.

***Problem #2*** **ADL / Functional Status: Current Status: Work status: Unable to work secondary to dysfunction.**

*Goal Abandoned Apr 04, 2019. patient progressed to independent management*

**ADL Improvements In:**

- Patient will return to work at least light duty with no more than 2/10 pain.

***Problem #3*** **Questionnaires: Disabilities of the Arm, Shoulder and Hand (DASH).**

- Date: 04/04/2019
- Test Name: QuickDASH
- Assessment Follow-up
- Disability/Symptom Score 43.00

*Goal Abandoned Apr 04, 2019. 80 % of Goal Met*

**Questionnaire Improvements: Disabilities of the Arm, Shoulder and Hand: Questionnaire:**

- Disability/Symptom Score 25.00

***Problem #4*** **Palpation: mild ttp at the right proximal pectoralis minor insertion and long head of the biceps.**

*Goal Abandoned Apr 04, 2019. 95 % of Goal Met*

**Palpable Improvements:**

- Tenderness Decreasing to: 0=No tenderness noted.

***Problem #5*** **Range of Motion: Shoulder: Pre-Treatment.**

| | Left AROM | Right AROM |
|---|---|---|
| • Abduction | 178 | 175 |

Apr. 4. 2019 4:40PM No.

Patient: Jamie Reece
Acct #: 036-430317901
DOB:
Visit Date: Apr

REECE, JAMIE #21591363 PHY
* 51418983y13059 Last Page ClinC

| | | | |
|---|---|---|---|
| | • External Rotation - 90 deg | 90 | |
| | • Flexion(no extra pain) | 160 | |
| *Goal Achieved Apr 04, 2019.* | | | |
| | **Range of Motion Improvements to:** | | |
| | • Improved to WNL in all planes with no reports of pain. | | |
| ***Problem #6*** | **Functional Tests: Movement: Apley's Scratch Test.** | **Left** | **Right** |
| | • IR - Combined(right feels tight, not pain) | To T6 | To T8 |
| *Goal Achieved Apr 04, 2019.* | | | |
| | **Functional Improvements In:** | | |
| | • Functional IR to at least the level of T8 to be able to wash back and fasten bra with no pain. | | |
| ***Problem #7*** | **Muscle Testing: Upper Extremity MMT.** | **Left** | **Right** |
| | • Elbow Extension | 5/5 | 5/5 |
| | • Elbow Flexion | 5/5 | 5/5 |
| | • Scaption | 5/5 | 5/5 |
| | • Scapular Depression | +4/5 | +4/5 |
| | • Scapular Retraction | +4/5 | +4/5 |
| | • Shoulder Abduction: | 5/5 | 5/5 |
| | • Shoulder Extension | 5/5 | 5/5 |
| | • Shoulder External Rotation: | 5/5 | 5/5 |
| | • Shoulder Flexion: | 5/5 | 5/5 |
| *Goal Achieved Apr 04, 2019.* | | | |
| | **Musculoskeletal Improvements In: Upper Extremity Strength to:** | **Left** | **Right** |
| | • Gross Assessment | +4/5 | +4/5 |

**Plan**

Today's visit was designed to determine progress toward goals previously outlined. Based upon the clinical presentation and reasons outlined in the assessment, no further skilled care is necessary and the client is discharged. The patient is discharged due to meeting goals.

**Therapeutic Contents:**

• No further treatment required at this time.

[signature]

Michael W. Hopper, PT, PT(KY Lic: 006740)
Signed on Apr 04, 2019 09:31:40

**Please Sign and Return**

I have reviewed the Plan of Care established for skilled therapy services and certify that the services are required and that they will be provided while the patient is under my care.

**Comments/Revisions**

[signature]

**Ben Kibler** Date

**Patient: Jamie Reece**

**DOB:**
**Facility Fax: (859) 293-6730**



## Imaging Results

**REECE, JAMIE H (id #21591363, dob:**

# US ABDOMEN COMPLETE

(#24221245, Final, 04/16/2019 8:00am)
Lexington Clinic East
100 N Eagle Creek Dr.
Lexington, KY 40509

Patient Name: JAMIE H REECE
Patient DOB:
Patient MRN: 3555141

Ordering Provider: COLLINS AMY KATHRYN

EXAM DATE: 04/16/2019

EXAM: US ABDOMEN COMPLETE

CLINICAL INFORMATION: Epigastric pain.

TECHNIQUE: Multiple sonographic images of the abdomen were obtained.

COMPARISON: None.

FINDINGS:
LIVER: Normal in size and echogenicity. No obvious focal lesion.

BILIARY SYSTEM: Gallbladder is normal in size and wall thickness. No stones are seen. No intrahepatic biliary dilatation. CBD measurement = 3 mm. Normal in size.

PANCREAS: Well visualized. Normal in size and echogenicity. No obvious focal lesion.

RIGHT KIDNEY: Length = 10.2 cm. No hydronephrosis, mass or stone.

LEFT KIDNEY: Length = 10.6 cm. No hydronephrosis, mass or stone.

SPLEEN: Length = 8.2 cm. Normal in size echogenicity and echotexture. No obvious focal lesion.

AORTA: Normal in diameter and course without evidence of aneurysm.

IMPRESSION: Normal sonogram of the abdomen.

Interpreted By: Shailendra Chopra, MD
Electronically Signed By: Shailendra Chopra, MD on 4/16/2019 9:14 AM

## Lab Results

**REECE, JAMIE H (id #21591363, dob:**

## CMP 01/15/2020 (#30950451, Final, 01/15/2020 10:43am)

| | |
|---|---|
| Note to Patient | Your metabolic panel showed normal kidney function, liver function, and electrolytes. Thanks, Dr. St. Clair |

| | | | |
|---|---|---|---|
| Ordering Provider | COLLIN ST. CLAIR, DO | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S9150388 | Specimen Source | |
| Specimen Coll. Date | 01/15/2020 10:43 | Result Status | Final |
| Specimen Rec. Date | 01/15/2020 13:31 | Report Status | |
| Specimen Reported Date | 01/15/2020 14:33 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| **GLUCOSE** | **102** | **74-100** | **mg/dL** | **High** | **Final** | |
| BLOOD UREA NITROGEN | 13 | 6-20 | mg/dL | Normal | Final | |
| **CREATININE** | **0.96** | **0.50-0.95** | **mg/dL** | **High** | **Final** | |
| BUN/CREATININE RATIO | 14 | 10-20 | (calc) | Normal | Final | |
| SODIUM | 143 | 136-145 | mmol/L | Normal | Final | |
| POTASSIUM | 4.7 | 3.4-5.0 | mmol/L | Normal | Final | |
| CHLORIDE | 103 | 98-107 | mmol/L | Normal | Final | |
| CARBON DIOXIDE | 22 | 20-32 | mmol/L | Normal | Final | |
| ANION GAP | 18 | 7-25 | (calc) | Normal | Final | |
| CALCIUM | 9.9 | 8.6-10.2 | mg/dL | Normal | Final | |
| TOTAL PROTEIN | 8.0 | 6.4-8.3 | g/dL | Normal | Final | |
| ALBUMIN | 4.7 | 3.5-5.2 | g/dL | Normal | Final | |
| GLOBULIN | 3.3 | 1.5-4.5 | g/dL (calc) | Normal | Final | |
| ALBUMIN/GLOBULIN RATIO | 1.4 | 1.1-2.5 | (calc) | Normal | Final | |
| BILIRUBIN, TOTAL | 0.4 | 0.1-1.2 | mg/dL | Normal | Final | |
| ALKALINE PHOSPHATASE | 72 | 35-105 | U/L | Normal | Final | |
| AST | 24 | 0-32 | U/L | Normal | Final | |
| ALT | 11 | 0-33 | U/L | Normal | Final | |
| GFR AFRICAN AMERICAN | 79 | >= 60 | | Normal | Final | |
| GFR NON-AFRICAN AMERICAN | 68 | >= 60 | | Normal | Final | |

```
**NOTE**
NEW calculation for GFR is based on the National Kidney
Foundation CKD-EPI equation and allows for reporting GFR
values greater than 60 mL/min/1.73 m2.
This calculation has not been validated for patients less
than 18 yrs., pregnant women and Hispanics.

Chronic kidney disease is defined as kidney damage or
GFR less than 60 mL/min/1.73 m2 for 3 months or longer.
```

**REECE, JAMIE H (id #21591363, dob:**

## RBC MORPHOLOGY 01/15/2020 (#30949341, Final, 01/15/2020 10:43am)

| | | | |
|---|---|---|---|
| Ordering Provider | COLLIN ST. CLAIR, DO | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S9150388 | Specimen Source | |
| Specimen Coll. Date | 01/15/2020 10:43 | Result Status | Final |
| Specimen Rec. Date | 01/15/2020 12:55 | Report Status | |
| Specimen Reported Date | 01/15/2020 14:15 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| PLATELET MORPHOLOGY | NORMAL | | | Normal | Final | |
| **STOMATOCYTES** | **SLIGHT** | | | **Abnormal** | **Final** | |

**REECE, JAMIE H (id #21591363, dob:**

# CBC 01/15/2020 (#30949340, Final, 01/15/2020 10:43am)

| | |
|---|---|
| Note to Patient | CBC showed no concerning abnormalities. -Dr. St. Clair |

| | | | |
|---|---|---|---|
| Ordering Provider | COLLIN ST. CLAIR, DO | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S9150388 | Specimen Source | |
| Specimen Coll. Date | 01/15/2020 10:43 | Result Status | Final |
| Specimen Rec. Date | 01/15/2020 12:55 | Report Status | |
| Specimen Reported Date | 01/15/2020 14:15 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WHITE BLOOD CELLS | 4.8 | 3.8-10.8 | K/uL | Normal | Final | |
| RED BLOOD CELLS | 4.36 | 3.80-5.20 | M/uL | Normal | Final | |
| HEMOGLOBIN | 13.6 | 12.0-16.0 | G/DL | Normal | Final | |
| HEMATOCRIT | 40.0 | 35.0-47.0 | % | Normal | Final | |
| MCV | 92 | 80-100 | fL | Normal | Final | |
| MCH | 31 | 26-35 | PG | Normal | Final | |
| MCHC | 34 | 32-36 | G/DL | Normal | Final | |
| RDW | 13.3 | 11.0-15.0 | % | Normal | Final | |
| MPV | 8.0 | 6.2-10.5 | fL | Normal | Final | |
| PLATELET COUNT | 258 | 130-400 | K/uL | Normal | Final | |
| NEUTROPHIL,ABSOLUTE | 1.7 | 1.6-8.4 | K/uL | Normal | Final | |
| LYMPHOCYTE,ABSOLUTE | 2.7 | 0.4-5.1 | K/uL | Normal | Final | |
| MONOCYTE,ABSOLUTE | 0.3 | 0.0-1.2 | K/uL | Normal | Final | |
| EOSINOPHIL,ABSOLUTE | 0.1 | 0.0-0.8 | K/uL | Normal | Final | |
| BASOPHIL,ABSOLUTE | 0.0 | 0.0-0.3 | K/uL | Normal | Final | |
| | Smear reviewed to confirm cell morphology. | | | | | |
| **% NEUTROPHILS** | **36.5** | **42.0-78.0** | **%** | **Low** | **Final** | |
| **% LYMPHOCYTES** | **56.1** | **11.0-47.0** | **%** | **High** | **Final** | |
| % MONOCYTES | 5.7 | 0.0-11.0 | % | Normal | Final | |
| % EOSINOPHILS | 1.4 | 0.0-7.0 | % | Normal | Final | |
| % BASOPHILS | 0.3 | 0.0-3.0 | % | Normal | Final | |
| NUCLEATED RED CELLS | 0.1 | 0.0-0.9 | % | Normal | Final | |
| NUCLEATED RBCS, ABSOLUTE | 0.01 | NOT ESTAB. | K/uL | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob:**

# THYROID STIMULATING HORMONE (TSH) 01/15/2020 (#30948827, Final, 01/15/2020 10:43am)

| Note to Patient | Thyroid test was normal. -Dr. St. Clair |
|---|---|

| Ordering Provider | COLLIN ST. CLAIR, DO | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
|---|---|---|---|
| Specimen/Accession ID | S9150388 | Specimen Source | |
| Specimen Coll. Date | 01/15/2020 10:43 | Result Status | Final |
| Specimen Rec. Date | 01/15/2020 13:31 | Report Status | |
| Specimen Reported Date | 01/15/2020 14:08 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| TSH | 3.540 | 0.290-5.500 | uIU/mL | Normal | Final | |

# RBC MORPHOLOGY 10/02/2019 (#28361453, Final, 10/02/2019 11:23am)

| Ordering Provider | SYED HAIDER ABBAS, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
|---|---|---|---|
| Specimen/Accession ID | S6020397 | Specimen Source | |
| Specimen Coll. Date | 10/02/2019 11:23 | Result Status | Final |
| Specimen Rec. Date | 10/02/2019 11:56 | Report Status | |
| Specimen Reported Date | 10/02/2019 12:49 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| RBC MORPHOLOGY | NORMAL | | | Normal | Final | |
| PLATELET MORPHOLOGY | NORMAL | | | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob:**

## CBC 10/02/2019 (#28361452, Final, 10/02/2019 11:23am)

| Note to Patient | stable blood counts. |
|---|---|

| Ordering Provider | SYED HAIDER ABBAS, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
|---|---|---|---|
| Specimen/Accession ID | S6020397 | Specimen Source | |
| Specimen Coll. Date | 10/02/2019 11:23 | Result Status | Final |
| Specimen Rec. Date | 10/02/2019 11:56 | Report Status | |
| Specimen Reported Date | 10/02/2019 12:49 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WHITE BLOOD CELLS | 5.8 | 3.8-10.8 | K/uL | Normal | Final | |
| RED BLOOD CELLS | 4.42 | 3.80-5.20 | M/uL | Normal | Final | |
| HEMOGLOBIN | 13.4 | 12.0-16.0 | G/DL | Normal | Final | |
| HEMATOCRIT | 40.6 | 35.0-47.0 | % | Normal | Final | |
| MCV | 92 | 80-100 | fL | Normal | Final | |
| MCH | 30 | 26-35 | PG | Normal | Final | |
| MCHC | 33 | 32-36 | G/DL | Normal | Final | |
| RDW | 13.0 | 11.0-15.0 | % | Normal | Final | |
| MPV | 7.8 | 6.2-10.5 | fL | Normal | Final | |
| PLATELET COUNT | 262 | 130-400 | K/uL | Normal | Final | |
| NEUTROPHIL,ABSOLUTE | 2.2 | 1.6-8.4 | K/uL | Normal | Final | |
| LYMPHOCYTE,ABSOLUTE | 3.2 | 0.4-5.1 | K/uL | Normal | Final | |
| MONOCYTE,ABSOLUTE | 0.3 | 0.0-1.2 | K/uL | Normal | Final | |
| EOSINOPHIL,ABSOLUTE | 0.1 | 0.0-0.8 | K/uL | Normal | Final | |
| BASOPHIL,ABSOLUTE | 0.0 | 0.0-0.3 | K/uL | Normal | Final | |
| | Smear reviewed to confirm cell morphology. | | | | | |
| **% NEUTROPHILS** | **37.6** | **42.0-78.0** | **%** | **Low** | **Final** | |
| **% LYMPHOCYTES** | **55.2** | **11.0-47.0** | **%** | **High** | **Final** | |
| % MONOCYTES | 5.7 | 0.0-11.0 | % | Normal | Final | |
| % EOSINOPHILS | 1.3 | 0.0-7.0 | % | Normal | Final | |
| % BASOPHILS | 0.2 | 0.0-3.0 | % | Normal | Final | |
| NUCLEATED RED CELLS | 0.1 | 0.0-0.9 | % | Normal | Final | |
| NUCLEATED RBCS, ABSOLUTE | 0.01 | NOT ESTAB. | K/uL | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob:**

# LIPID PANEL 08/21/2019 (#27311343, Final, 08/21/2019 11:53am)

| | |
|---|---|
| Note to Patient | Jamie,<br><br>Your cholesterol panel showed that your LDL (bad cholesterol) was high. It is not quite high enough that we need to start a medication for it, but it is very important to continue working on diet, exercise, and maintaining a healthy weight. I suggest we repeat this lab at your next appointment.<br><br>Your hemoglobin A1C showed that your blood sugar average is great!<br><br>Thanks,<br>Dr. St. Clair |

| | | | |
|---|---|---|---|
| Ordering Provider | COLLIN ST. CLAIR, DO | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S4210556 | Specimen Source | |
| Specimen Coll. Date | 08/21/2019 11:53 | Result Status | Final |
| Specimen Rec. Date | 08/21/2019 19:16 | Report Status | |
| Specimen Reported Date | 08/21/2019 19:42 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| **HDL CHOLESTEROL** | **56** | **66-242** | **mg/dL** | **Low** | **Final** | |
| TRIGLYCERIDES | 117 | 0-149 | mg/dL | Normal | Final | |
| | TRIGLYCERIDE RANGES<br>NORMAL: < 150<br>BORDERLINE HIGH: 150 - 199<br>HIGH: 200 - 499<br>VERY HIGH: > OR = 500 | | | | | |
| **CHOLESTEROL** | **261** | **0-199** | **mg/dL** | **High** | **Final** | |
| | **CHOLESTEROL (TOTAL) RANGES<br>DESIRABLE: < 200<br>BORDERLINE: 200 - 239<br>HIGHER RISK: > 239** | | | | | |
| **LDL CHOLESTEROL** | **182** | **0-99** | **mg/dl (calc)** | **High** | **Final** | |
| | **LDL CHOLESTEROL RANGES<br>OPTIMAL: < 100<br>NEAR/ABOVE OPTIMAL: 100 - 129<br>BORDERLINE HIGH: 130 - 159<br>HIGH: 160 - 189<br>VERY HIGH: > OR = 190** | | | | | |

**REECE, JAMIE H (id #21591363, dob:**

# GLYCOHEMOGLOBIN A1C 08/21/2019 (#27311266, Final, 08/21/2019 11:53am)

| | |
|---|---|
| Note to Patient | Jamie,<br><br>Your cholesterol panel showed that your LDL (bad cholesterol) was high. It is not quite high enough that we need to start a medication for it, but it is very important to continue working on diet, exercise, and maintaining a healthy weight. I suggest we repeat this lab at your next appointment.<br><br>Your hemoglobin A1C showed that your blood sugar average is great!<br><br>Thanks,<br>Dr. St. Clair |

| | | | |
|---|---|---|---|
| Ordering Provider | COLLIN ST. CLAIR, DO | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S4210556 | Specimen Source | |
| Specimen Coll. Date | 08/21/2019 11:53 | Result Status | Final |
| Specimen Rec. Date | 08/21/2019 19:09 | Report Status | |
| Specimen Reported Date | 08/21/2019 19:25 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| GLYCO HGB A1C | 5.2 | 0.0-5.6 | % | Normal | Final | |
| ESTIMATED AVG. GLUCOSE | 103 | | mg/dl (calc) | Normal | Final | |
| | New guidelines by the American Diabetes Association state that a hemoglobin A1c level of 5.7-6.4% indicates an increased risk of diabetes. A result of 6.5% or higher is diagnostic of diabetes. | | | | | |

5215

**REECE, JAMIE H (id #21591363, dob:**

## QTB GOLD 08/14/2019 (#27130145, Final, 08/12/2019 9:05am)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SYED HAIDER ABBAS, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S4120223 | Specimen Source | |
| Specimen Coll. Date | 08/12/2019 09:05 | Result Status | Final |
| Specimen Rec. Date | 08/12/2019 09:12 | Report Status | |
| Specimen Reported Date | 08/14/2019 17:05 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| QTB GOLD | NEGATIVE | NEGATIVE | | Normal | Final | CB |
| | Negative test result. M. tuberculosis complex infection unlikely. | | | | | |
| NIL | 0.02 | | IU/mL | Normal | Final | CB |
| MITOGEN NIL | 9.26 | | IU/mL | Normal | Final | CB |
| TB1 NIL | 0.00 | | IU/mL | Normal | Final | CB |
| TB2 NIL | 0.00 | | IU/mL | Normal | Final | CB |
| | The Nil tube value reflects the background interferon gamma immune response of the patient's blood sample. This value has been subtracted from the patient's displayed TB and Mitogen results.<br><br>Lower than expected results with the Mitogen tube prevent false-negative Quantiferon readings by detecting a patient with a potential immune suppressive condition and/or suboptimal pre-analytical specimen handling.<br><br>The TB1 Antigen tube is coated with the M. tuberculosis-specific antigens designed to elicit responses from TB antigen primed CD4+ helper T-lymphocytes.<br><br>The TB2 Antigen tube is coated with the M. tuberculosis-specific antigens designed to elicit responses from TB antigen primed CD4+ helper and CD8+ cytotoxic T-lymphocytes.<br><br>For additional information, please refer to https://education.questdiagnostics.com/faq/FAQ204 (This link is being provided for informational/ educational purposes only.)<br><br>TEST PERFORMED AT:<br>QUEST DIAGNOSTICS WOOD DALE<br>1355 MITTEL BOULEVARD WOOD DALE, IL 60191-1024<br>ANTHONY V. THOMAS, MD | | | | | |

**REECE, JAMIE H (id #21591363, dob:**

# RBC MORPHOLOGY 08/12/2019 (#27036916, Final, 08/12/2019 9:05am)

| | | | |
|---|---|---|---|
| Ordering Provider | SYED HAIDER ABBAS, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S4120223 | Specimen Source | |
| Specimen Coll. Date | 08/12/2019 09:05 | Result Status | Final |
| Specimen Rec. Date | 08/12/2019 09:08 | Report Status | |
| Specimen Reported Date | 08/12/2019 10:32 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| PLATELET MORPHOLOGY | NORMAL | | | Normal | Final | |
| **POLYCHROMASIA** | **SLIGHT** | | | **Abnormal** | **Final** | |
| **STOMATOCYTES** | **SLIGHT** | | | **Abnormal** | **Final** | |

**REECE, JAMIE H (id #21591363, dob:**

## CBC 08/12/2019 (#27036914, Final, 08/12/2019 9:05am)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SYED HAIDER ABBAS, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S4120223 | Specimen Source | |
| Specimen Coll. Date | 08/12/2019 09:05 | Result Status | Final |
| Specimen Rec. Date | 08/12/2019 09:08 | Report Status | |
| Specimen Reported Date | 08/12/2019 10:32 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WHITE BLOOD CELLS | 4.9 | 3.8-10.8 | K/uL | Normal | Final | |
| RED BLOOD CELLS | 4.08 | 3.80-5.20 | M/uL | Normal | Final | |
| HEMOGLOBIN | 12.5 | 12.0-16.0 | G/DL | Normal | Final | |
| HEMATOCRIT | 37.2 | 35.0-47.0 | % | Normal | Final | |
| MCV | 91 | 80-100 | fL | Normal | Final | |
| MCH | 31 | 26-35 | PG | Normal | Final | |
| MCHC | 34 | 32-36 | G/DL | Normal | Final | |
| RDW | 13.1 | 11.0-15.0 | % | Normal | Final | |
| MPV | 7.4 | 6.2-10.5 | fL | Normal | Final | |
| PLATELET COUNT | 265 | 130-400 | K/uL | Normal | Final | |
| NEUTROPHIL,ABSOLUTE | 1.8 | 1.6-8.4 | K/uL | Normal | Final | |
| LYMPHOCYTE,ABSOLUTE | 2.6 | 0.4-5.1 | K/uL | Normal | Final | |
| MONOCYTE,ABSOLUTE | 0.3 | 0.0-1.2 | K/uL | Normal | Final | |
| EOSINOPHIL,ABSOLUTE | 0.1 | 0.0-0.8 | K/uL | Normal | Final | |
| BASOPHIL,ABSOLUTE | 0.0 | 0.0-0.3 | K/uL | Normal | Final | |
| | Smear reviewed to confirm cell morphology. | | | | | |
| **% NEUTROPHILS** | **37.3** | **42.0-78.0** | **%** | **Low** | **Final** | |
| **% LYMPHOCYTES** | **52.9** | **11.0-47.0** | **%** | **High** | **Final** | |
| % MONOCYTES | 6.8 | 0.0-11.0 | % | Normal | Final | |
| % EOSINOPHILS | 2.7 | 0.0-7.0 | % | Normal | Final | |
| % BASOPHILS | 0.3 | 0.0-3.0 | % | Normal | Final | |
| NUCLEATED RED CELLS | 0.1 | 0.0-0.9 | % | Normal | Final | |
| NUCLEATED RBCS, ABSOLUTE | 0.01 | NOT ESTAB. | K/uL | Normal | Final | |

## HIGH RISK DRUG PANEL 06/14/2019 (#25687853, Final, 06/10/2019 11:00am)

| | | | |
|---|---|---|---|
| Ordering Provider | KATHERINE S RODEN, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S2100367 | Specimen Source | |
| Specimen Coll. Date | 06/10/2019 11:00 | Result Status | Final |

**REECE, JAMIE H (id #21591363, dob:**

| | | | |
|---|---|---|---|
| Specimen Rec. Date | 06/10/2019 12:30 | Report Status | |
| Specimen Reported Date | 06/14/2019 06:21 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| CREATININE | 55.4 | > OR = 20.0 | mg/dL | Normal | Final | OW |
| SPECIFIC GRAVITY | 1.013 | > OR = 1.003 | | Normal | Final | OW |
| PH | 6.5 | 4.5-9.0 | | Normal | Final | OW |
| OXIDANT | NEGATIVE | <200 | mcg/mL | Normal | Final | OW |
| AMPHETAMINES | NEGATIVE | <500 | ng/mL | Normal | Final | OW |
| BARBITURATES | NEGATIVE | <300 | ng/mL | Normal | Final | OW |
| BENZODIAZEPINES | NEGATIVE | <100 | ng/mL | Normal | Final | OW |
| MARIJUANA METABOLITE | NEGATIVE | <20 | ng/mL | Normal | Final | OW |
| COCAINE METABOLITE | NEGATIVE | <150 | ng/mL | Normal | Final | OW |
| METHADONE METABOLITE | NEGATIVE | <100 | ng/mL | Normal | Final | OW |
| OPIATES | NEGATIVE | <100 | ng/mL | Normal | Final | OW |
| OXYCODONE | NEGATIVE | <100 | ng/mL | Normal | Final | OW |
| PHENCYCLIDINE | NEGATIVE | <25 | ng/mL | Normal | Final | OW |
| COMMENT | SEE BELOW | | | Normal | Final | KP |
| | See Note 2<br><br>Note 1<br><br>This test was developed and its analytical performance characteristics have been determined by Quest Diagnostics. It has not been cleared or approved by the FDA. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.<br><br>Note 2<br>This drug testing is for medical treatment only. Analysis was performed as non-forensic testing and these results should be used only by healthcare providers to render diagnosis or treatment, or to monitor progress of medical conditions.<br><br>For assistance with interpreting these drug results, please contact a Quest Diagnostics Toxicology Specialist: 1-877-40-RX TOX (1-877-407-9869), M-F, 8am-6pm EST.<br><br>TEST PERFORMED AT:<br>QUEST DIAGNOSTICS NORRISTOWN<br>400 EGYPT ROAD NORRISTOWN, PA 19403-3406<br>R.H. BARRY SAMPLE,PHD | | | | | |
| FENTANYL | NEGATIVE | <0.5 | ng/mL | Normal | Final | CB |
| | See Note 1 | | | | | |
| NORFENTANYL | NEGATIVE | <0.5 | ng/mL | Normal | Final | CB |
| | See Note 1 | | | | | |
| GABAPENTIN | NEGATIVE | <1000 | ng/mL | Normal | Final | KP |
| | See Note 1 | | | | | |
| **PREGABALIN, QT UR** | **18000** | **<1000** | **ng/mL** | **High** | **Final** | **KP** |
| | **See Note 1** | | | | | |
| DESMETHYLTRAMADOL | NEGATIVE | <100 | ng/mL | Normal | Final | KP |

| | | | | | | |
|---|---|---|---|---|---|---|
| | See Note 1 | | | | | |
| TRAMADOL | NEGATIVE | <100 | ng/mL | Normal | Final | KP |
| | See Note 1 | | | | | |
| TAPENTADOL | NEGATIVE | <50 | ng/mL | Normal | Final | KP |
| | See Note 1 | | | | | |
| NORTAPENTADOL | NEGATIVE | <50 | ng/mL | Normal | Final | KP |
| | See Note 1 | | | | | |
| HEROIN METABOLITE, QT UR | NEGATIVE | <10 | ng/mL | Normal | Final | CB |
| | See Note 1 | | | | | |
| ETHYL GLUCURONIDE | NEGATIVE | <500 | ng/mL | Normal | Final | CB |
| | See Note 1 | | | | | |
| ETHYL SULFATE | NEGATIVE | <100 | ng/mL | Normal | Final | CB |
| | See Note 1 | | | | | |
| BUPRENORPHINE | NEGATIVE | <2 | ng/mL | Normal | Final | CB |
| | See Note 1 | | | | | |
| NORBUPRENORPHINE | NEGATIVE | <2 | ng/mL | Normal | Final | CB |
| | See Note 1 | | | | | |

## SURGICAL PATHOLOGY 04/30/2019 (#24584119, Final, 04/29/2019)

| | |
|---|---|
| Note to Patient | Your biopsies shows chemical (medication related) gastritis. No evidence of cancer or infection was found. |

| | | | |
|---|---|---|---|
| Ordering Provider | AN-YU CHEN, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | ST-19-04094 | Specimen Source | |
| Specimen Coll. Date | 04/29/2019 00:00 | Result Status | Final |
| Specimen Rec. Date | 04/29/2019 15:21 | Report Status | |
| Specimen Reported Date | 04/30/2019 11:24 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| SURGICAL PATHOLOGY PROCEDURE | SEE BELOW | | | | Final | |

**REECE, JAMIE H (id #21591363, dob:**

Department of Pathology
Surgical Pathology Report

NAME:REECE, JAMIE PATH.:ST-19-04094

Copy to:

Diagnosis:
Gastric biopsy: Mild chronic gastritis with features suggestive of a chemical gastritis.
Helicobacter not identified on routine stain.
No evidence of intestinal metaplasia or malignancy.

SOURCE OF SPECIMEN: GASTRIC BIOPSY

CLINICAL INFORMATION: DYSPHAGIA / ABDOMINAL PAIN / REFLUX

Gross Description:
Received in formalin labeled with the patient's name and designated as "gastric biopsy" are two fragments of pale tan tissue measuring 0.3 cm and 1.0 cm. Entirely submitted in one cassette.
JAB 04/29/2019 03:48 PM

Microscopic Description:
A microscopic examination has been performed.

<Sign Out Dr. Signature>

VALERIE TAYLOR, MD
Signed Out Date: 04/30/2019 11:24

Page 1 of 1

## FECAL OCCULT BLOOD 04/11/2019 (#24115036, Final, 04/11/2019 8:41am)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | AMY KATHRYN COLLINS, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S0110136 | Specimen Source | |
| Specimen Coll. Date | 04/11/2019 08:41 | Result Status | Final |
| Specimen Rec. Date | 04/11/2019 08:41 | Report Status | |
| Specimen Reported Date | 04/11/2019 09:05 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| FECAL OCCULT BLOOD | NEGATIVE | NEGATIVE | | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob:**

## H. PYLORI AG, STOOL 04/12/2019 (#24173522, Final, 04/10/2019 1:23pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | AMY KATHRYN COLLINS, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S0100618 | Specimen Source | |
| Specimen Coll. Date | 04/10/2019 13:23 | Result Status | Final |
| Specimen Rec. Date | 04/10/2019 13:25 | Report Status | |
| Specimen Reported Date | 04/12/2019 19:20 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| H. PYLORI AG,STOOL | SEE BELOW | | | Normal | Final | CB |

```
  HELICOBACTER PYLORI AG, EIA, STOOL

  MICRO NUMBER:       90319864
  TEST STATUS:        FINAL
  SPECIMEN SOURCE:    STOOL
  SPECIMEN QUALITY:   ADEQUATE
  RESULT:             Not Detected

                      Antimicrobials, proton pump inhibitors, and
                      bismuth preparations inhibit H. pylori and
                      ingestion up to two weeks prior to testing may
                      cause false negative results. If clinically
                      indicated the test should be repeated on a new
                      specimen obtained two weeks after discontinuing
                      treatment.

TEST PERFORMED AT:
QUEST DIAGNOSTICS WOOD DALE
1355 MITTEL BOULEVARD WOOD DALE, IL 60191-1024
ANTHONY V. THOMAS, MD
```

## LIPASE 04/09/2019 (#24061493, Final, 04/09/2019 10:33am)

| | |
|---|---|
| Note to Patient | normal lipase |

| | | | |
|---|---|---|---|
| Ordering Provider | AMY KATHRYN COLLINS, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S0090399 | Specimen Source | |
| Specimen Coll. Date | 04/09/2019 10:33 | Result Status | Final |
| Specimen Rec. Date | 04/09/2019 12:39 | Report Status | |
| Specimen Reported Date | 04/09/2019 13:29 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| LIPASE | 37 | 13-60 | U/L | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob:**

## AMYLASE 04/09/2019 (#24060115, Final, 04/09/2019 10:33am)

| Note to Patient | normal amylase |
|---|---|

| Ordering Provider | AMY KATHRYN COLLINS, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
|---|---|---|---|
| Specimen/Accession ID | S0090399 | Specimen Source | |
| Specimen Coll. Date | 04/09/2019 10:33 | Result Status | Final |
| Specimen Rec. Date | 04/09/2019 12:39 | Report Status | |
| Specimen Reported Date | 04/09/2019 13:04 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| AMYLASE | 57 | 28-100 | U/L | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob:**

# CMP 04/09/2019 (#24060114, Final, 04/09/2019 10:33am)

| | |
|---|---|
| Note to Patient | normal |

| | | | |
|---|---|---|---|
| Ordering Provider | AMY KATHRYN COLLINS, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S0090399 | Specimen Source | |
| Specimen Coll. Date | 04/09/2019 10:33 | Result Status | Final |
| Specimen Rec. Date | 04/09/2019 12:39 | Report Status | |
| Specimen Reported Date | 04/09/2019 13:04 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| GLUCOSE | 91 | 74-100 | mg/dL | Normal | Final | |
| BLOOD UREA NITROGEN | 14 | 6-20 | mg/dL | Normal | Final | |
| CREATININE | 0.85 | 0.50-0.95 | mg/dL | Normal | Final | |
| BUN/CREATININE RATIO | 16 | 10-20 | (calc) | Normal | Final | |
| SODIUM | 140 | 136-145 | mmol/L | Normal | Final | |
| POTASSIUM | 4.3 | 3.4-5.0 | mmol/L | Normal | Final | |
| CHLORIDE | 100 | 98-107 | mmol/L | Normal | Final | |
| CARBON DIOXIDE | 25 | 20-32 | mmol/L | Normal | Final | |
| ANION GAP | 15 | 7-25 | (calc) | Normal | Final | |
| CALCIUM | 9.7 | 8.6-10.2 | mg/dL | Normal | Final | |
| TOTAL PROTEIN | 7.8 | 6.4-8.3 | g/dL | Normal | Final | |
| ALBUMIN | 4.4 | 3.5-5.2 | g/dL | Normal | Final | |
| GLOBULIN | 3.4 | 1.5-4.5 | g/dL (calc) | Normal | Final | |
| ALBUMIN/GLOBULIN RATIO | 1.3 | 1.1-2.5 | (calc) | Normal | Final | |
| BILIRUBIN, TOTAL | 0.4 | 0.1-1.2 | mg/dL | Normal | Final | |
| ALKALINE PHOSPHATASE | 81 | 35-105 | U/L | Normal | Final | |
| AST | 30 | 0-32 | U/L | Normal | Final | |
| ALT | 17 | 0-33 | U/L | Normal | Final | |
| GFR AFRICAN AMERICAN | 92 | >= 60 | | Normal | Final | |
| GFR NON-AFRICAN AMERICAN | 80 | >= 60 | | Normal | Final | |

```
**NOTE**
NEW calculation for GFR is based on the National Kidney
Foundation CKD-EPI equation and allows for reporting GFR
values greater than 60 mL/min/1.73 m2.
This calculation has not been validated for patients less
than 18 yrs., pregnant women and Hispanics.

Chronic kidney disease is defined as kidney damage or
GFR less than 60 mL/min/1.73 m2 for 3 months or longer.
```

**REECE, JAMIE H (id #21591363, dob:**

# CBC 04/09/2019 (#24054389, Final, 04/09/2019 10:33am)

| Note to Patient | normal CBC |
|---|---|

| Ordering Provider | AMY KATHRYN COLLINS, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
|---|---|---|---|
| Specimen/Accession ID | S0090399 | Specimen Source | |
| Specimen Coll. Date | 04/09/2019 10:33 | Result Status | Final |
| Specimen Rec. Date | 04/09/2019 10:57 | Report Status | |
| Specimen Reported Date | 04/09/2019 11:12 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WHITE BLOOD CELLS | 5.1 | 3.8-10.8 | K/uL | Normal | Final | |
| RED BLOOD CELLS | 4.40 | 3.80-5.20 | M/uL | Normal | Final | |
| HEMOGLOBIN | 13.5 | 12.0-16.0 | G/DL | Normal | Final | |
| HEMATOCRIT | 39.3 | 35.0-47.0 | % | Normal | Final | |
| MCV | 89 | 80-100 | fL | Normal | Final | |
| MCH | 31 | 26-35 | PG | Normal | Final | |
| MCHC | 34 | 32-36 | G/DL | Normal | Final | |
| RDW | 13.1 | 11.0-15.0 | % | Normal | Final | |
| MPV | 7.8 | 6.2-10.5 | fL | Normal | Final | |
| PLATELET COUNT | 284 | 130-400 | K/uL | Normal | Final | |
| NEUTROPHIL,ABSOLUTE | 2.1 | 1.6-8.4 | K/uL | Normal | Final | |
| LYMPHOCYTE,ABSOLUTE | 2.4 | 0.4-5.1 | K/uL | Normal | Final | |
| MONOCYTE,ABSOLUTE | 0.4 | 0.0-1.2 | K/uL | Normal | Final | |
| EOSINOPHIL,ABSOLUTE | 0.1 | 0.0-0.8 | K/uL | Normal | Final | |
| BASOPHIL,ABSOLUTE | 0.0 | 0.0-0.3 | K/uL | Normal | Final | |
| % NEUTROPHILS | 42.1 | 42.0-78.0 | % | Normal | Final | |
| **% LYMPHOCYTES** | **47.5** | **11.0-47.0** | **%** | **High** | **Final** | |
| % MONOCYTES | 7.9 | 0.0-11.0 | % | Normal | Final | |
| % EOSINOPHILS | 2.3 | 0.0-7.0 | % | Normal | Final | |
| % BASOPHILS | 0.2 | 0.0-3.0 | % | Normal | Final | |
| NUCLEATED RED CELLS | 0.0 | 0.0-0.9 | % | Normal | Final | |
| NUCLEATED RBCS, ABSOLUTE | 0.00 | NOT ESTAB. | K/uL | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob:**

## CBC 02/11/2019 (#22634449, Final, 02/11/2019 9:51am)

| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |
|---|---|

| Ordering Provider | SYED HAIDER ABBAS, MD | Performing Lab | LEXINGTON CLINIC LAB RATORY<br>1221 S BROADWA<br>LEXINGTON KY 40504-2701 |
|---|---|---|---|
| Specimen/Accession ID | R8110190 | Specimen Source | |
| Specimen Coll. Date | 02/11/2019 09:51 | Result Status | Final |
| Specimen Rec. Date | 02/11/2019 10:03 | Report Status | |
| Specimen Reported Date | 02/11/2019 10:26 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WHITE BLOOD CELLS | 5.5 | 3.8-10.8 | K/uL | Normal | Final | |
| RED BLOOD CELLS | 4.39 | 3.80-5.20 | M/uL | Normal | Final | |
| HEMOGLOBIN | 13.6 | 12.0-16.0 | G/DL | Normal | Final | |
| HEMATOCRIT | 39.7 | 35.0-47.0 | % | Normal | Final | |
| MCV | 91 | 80-100 | fL | Normal | Final | |
| MCH | 31 | 26-35 | PG | Normal | Final | |
| MCHC | 34 | 32-36 | G/DL | Normal | Final | |
| RDW | 12.7 | 11.0-15.0 | % | Normal | Final | |
| MPV | 7.8 | 6.2-10.5 | fL | Normal | Final | |
| PLATELET COUNT | 264 | 130-400 | K/uL | Normal | Final | |
| NEUTROPHIL,ABSOLUTE | 2.6 | 1.6-8.4 | K/uL | Normal | Final | |
| LYMPHOCYTE,ABSOLUTE | 2.3 | 0.4-5.1 | K/uL | Normal | Final | |
| MONOCYTE,ABSOLUTE | 0.5 | 0.0-1.2 | K/uL | Normal | Final | |
| EOSINOPHIL,ABSOLUTE | 0.1 | 0.0-0.8 | K/uL | Normal | Final | |
| BASOPHIL,ABSOLUTE | 0.0 | 0.0-0.3 | K/uL | Normal | Final | |
| % NEUTROPHILS | 47.1 | 42.0-78.0 | % | Normal | Final | |
| % LYMPHOCYTES | 41.2 | 11.0-47.0 | % | Normal | Final | |
| % MONOCYTES | 8.8 | 0.0-11.0 | % | Normal | Final | |
| % EOSINOPHILS | 2.6 | 0.0-7.0 | % | Normal | Final | |
| % BASOPHILS | 0.3 | 0.0-3.0 | % | Normal | Final | |
| NUCLEATED RED CELLS | 0.1 | 0.0-0.9 | % | Normal | Final | |
| NUCLEATED RBCS, ABSOLUTE | 0.01 | NOT ESTAB. | K/uL | Normal | Final | |

MEHR, FAIRBANKS & PETERSON
TRIAL LAWYERS

201 West Short Street, Suite 800 • Lexington, Kentucky 40507 • (859) 225-3731 • Fax (859) 225-3830 • www.mehrfairbanks.com

M. Austin Mehr — amehr@austinmehr.com
Philip G. Fairbanks — pgf@austinmehr.com
Erik D. Peterson — edp@austinmehr.com
Bartley K. Hagerman — bkh@austinmehr.com
Elizabeth A. Thornsbury — elizabeth@austinmehr.com

July 15, 2020

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
Attn: Erika Cruz
P.O. Box 7209
London, KY 40742

**RE: Claimant: Jamie H. Reece**
**Claim No.: 8356763**

Dear Ms. Cruz:

Per your request, please find enclosed the updated medical records from Lexington Clinic. A copy was also sent via facsimile. Please promptly advise if you need any further information. We look forward to the continued payment of my client's monthly LTD benefits, uninterrupted.

Sincerely,

Bartley K. Hagerman/kmn

Bartley K. Hagerman

BKH/kmn

Enclosures

DVD RW Drive (D:) Reece 7-15-2020

Files Currently on the Disc (1)

Pages from 5001-5226 Lexington Clinic....

# Facsimile Cover Sheet

**To:**

**Company:**

**Phone:**

**Fax:** (603) 334-3543

**From:** Katelynn Nolen

**Company:**

**Phone:** (859) 225-3731 * 108

**Fax:** 18592253731

**Date:** 07/15/2020

**Pages including this cover sheet:** 115

## Comments:

Claimant: Jamie H. Reece
Claim No.: 8356763

MEHR, FAIRBANKS & PETERSON
TRIAL LAWYERS

201 West Short Street, Suite 800 • Lexington, Kentucky 40507 • 859-225-3731 • 859-225-3830 • www.mehrfairbanks.com

M. Austin Mehr amehr@austinmehr.com
Philip G. Fairbanks pgf@austinmehr.com
Erik D. Peterson edp@austiumehr.com
Bartley K. Hagerman bkh@austinmehr.com
Elizabeth A. Thornsbury elizabeth@austinmehr.com

July 15, 2020

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
Attn: Erika Cruz
P.O. Box 7209
London, KY 40742

***sent via facsimile: 603-334-3543***

**RE: Claimant: Jamie H. Reece**
**Claim No.: 8356763**

Dear Ms. Cruz:

Per your request, please find enclosed the updated medical records from Lexington Clinic. Please promptly advise if you need any further information. We look forward to the continued payment of my client's monthly LTD benefits, uninterrupted.

Sincerely,

*/s/ Bartley K. Hagerman*

Bartley K. Hagerman

BKH/kmn

Enclosure

## Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 06/19/2020**

### Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 06/19/2020 10:45AM |
| | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |

**Insurance**

Med Primary: BCBS-OH (PPO)
- Insurance # : TOAAN1313675
- Policy/Group # : 003320100TEAP064
- Employer Name : TOYOTA

Med Worker's Comp: MSMM
- Referring Provider Name : DONEGAN, RYAN P
- Employer Name : KELLY SERVICES
- Case # : SA211932PVY
- Case Injury Date : 01/30/2018

Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC
- Insurance # :
- Employer Name : KELLY SERVICES
- Case Injury Date : 09/12/2017

Prescription: EXPRESS SCRIPTS - Member is eligible. details

### Chief Complaint

This is a 51 year old female following up for medication management for CRPS. She reports some improvement from the lyrica 100mg TID and tizanidine 4mg TID PRN. She states last dose of lyrica was 6/19/2020. She reports that she has been scheduled for Neurology, but is going to reschedule due to the time not working for her. She states that she started noticing nerve pain in her BLE that started approximately 3 weeks ago.

### Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider (Worker's Comp):** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

### Patient's Pharmacies

**EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS MO 63134, Ph (888) 327-9791, Fax (800) 837-0959**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (844) 516-3319, Fax (800) 391-9707
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

### Vitals

06/19/2020 11:19 am

**Ht:** 5 ft 7 in **Wt:** 188 lbs **BMI:** 29.4

**BP:** 134/78 sitting L arm **Pain Scale:** 5

### Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/20/20 | renewed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** | 10/02/19 | prescribed |

Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.
**Internal Note:** PA approved 6/9/19-78/20

| | | |
|---|---|---|
| **Imitrex 50 mg tablet**<br>TAKE 1 TAB AT ONSET OF MIGRAINE, MAY REPEAT AFTER 2 HOURS X 1 | 01/15/20 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 05/15/20 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **predniSONE 20 mg tablet**<br>2 po x 3 days, then 1 po x 3 days | 10/11/19 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 05/15/20 | prescribed |
| **traMADoL 50 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 30 days. | 10/07/19 | prescribed |
| **Valtrex 1 gram tablet**<br>Take 1 tablet(s) every 8 hours by oral route for 7 days. | 03/30/20 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems

- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker

Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 06/19/2020
Chewing tobacco: none

## Surgical History

Reviewed Surgical History

- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 03/30/2020)

## Past Medical History

Reviewed Past Medical History
Arthritis: **Y**
Headaches: **Y**

## HPI

51-year-old female presenting for follow-up with regards to CRPS. She notes ongoing symptoms in the right upper extremity with discomfort through the upper arm and into the forearm. Her current regimen consists of Lyrica 100 mg 3 times a day and tizanidine when necessary.

## ROS

Patient reports **arthralgias/joint pain and neck pain** but reports no muscle aches, no muscle weakness, and no swelling in the extremities. She reports **frequent** or **severe headaches** but reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, and no tremor. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 51-year-old female.

**Constitutional:**General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD.

**Psychiatric:**Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:**Head: normocephalic and atraumatic.

**Eyes:**Lids and Conjunctivae: no discharge or pallor and non-injected.

**Neck:**Neck: supple and trachea midline.

**Lungs:**Respiratory effort: no

dyspnea.

**Cardiovascular System:**Heart Auscultation: normal S1 and S2 and RRR.

**Abdomen:**Inspection and Palpation: soft, non-distended, and no tenderness.

**Musculoskeletal::**Joints, Bones, and Muscles: normal movement of all extremities and**tenderness (cervical paraspinal, rhomboids and trapezius muscles); right arm cast**.

**Motor Strength:**Motor Strength and Tone: normal and normal tone. C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

**Neurologic:**Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:**Inspection and palpation: no rash or lesions.

**Spine - Special Tests:**Cervical Spine negative axial loading test and Spurling's test and (normal) cervical spine. Other Findings **Myofascial pain**. Lumbar / Lumbosacral Spine (normal) lumbar / lumbosacral spine.

## Assessment / Plan

51-year-old female presenting for follow-up with regards to CRPS. She continues to note ongoing allodynia, temperature change and edema throughout the right upper extremity. She has noticed more recently a deeper ache in through the upper arm. She notices a similar ache in the anterior thigh of her right leg. She denies radiating or radicular pain but describes the pain as more focal in the anterior aspect of the right thigh. She reports lifting herself from a chair recently with worsening myofascial pain throughout the shoulder capsule and right neck. She has a yoga ball at home and plans to resume home stretching. On exam, she has preserved motor strength throughout. She does however mild edema throughout the right upper arm to the forearm. I don't suspect that her pain in her leg is necessary radicular or coming from her back. Should pain progressing continue, we can consider lumbar MRI or even EMG/nerve conduction study. At this time, patient would like to proceed conservatively and I think this is reasonable. She will plan to resume home stretching exercises.

Her current regimen consists of Lyrica 100 mg 3 times a day and tizanidine when necessary. Should pain continue, we can consider dose escalation of Lyrica 200 mg twice a day. At this time, we will plan to continue her current regimen. Patient will follow-up in 4 months for further evaluation.

. **Complex regional pain syndrome**
M89.00: Algoneurodystrophy, unspecified site
- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS

**'atient Instructions**

WRAP-UP
Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- Continue current regimen

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

Discussion Notes

Spent 25 total minutes with the patient today. Greater than 50% of this time was spent counseling/coordination of care as documented in my assessment and plan above.

Return to Office

- ANDREW SCHNEIDER, MD for CONSULT at NEUROLOGY CHI SJOP on 06/26/2020 at 08:30 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 11/13/2020 at 10:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 06/19/2020.
Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 06/19/2020 at 11:54am

**Encounter Date: 05/15/2020**

Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 05/15/2020 10:45AM |
| **DOB** | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

Chief Complaint

This is a 51 year old female following up for medication management for CRPS. She reports improvement from the lyrica 100mg TID. She also notes improvement from the tizanidine 4mg TID PRN. She reports increased headaches. Reports she had start back to PT and had to postpone due to COVID-19. States when she started back they did not offer massage therapy. States last dose of the tizanidine was 5/14/2020 and last dose of the lyrica 5/15/2020.

Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider (Worker's Comp):** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

Patient's Pharmacies

**EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS MO 63134, Ph (888) 327-9791, Fax (800) 837-0959**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (877) 222-7336, Fax (800) 391-9707
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

Vitals

05/15/2020 10:15 am

**Ht:** 5 ft 7 in **Wt:** 180 lbs **BMI:** 28.2

**BP:** Not Performed - Not indicated **Pain Scale:** 5

Allergies

Reviewed Allergies

**REECE, JAMIE H (id #21591363, dob:**

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/20/20 | renewed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit**<br>Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.<br>**Internal Note:** PA approved 6/9/19-78/20 | 10/02/19 | prescribed |
| **Imitrex 50 mg tablet**<br>TAKE 1 TAB AT ONSET OF MIGRAINE, MAY REPEAT AFTER 2 HOURS X 1 | 01/15/20 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 05/15/20 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **predniSONE 20 mg tablet**<br>2 po x 3 days, then 1 po x 3 days | 10/11/19 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 05/15/20 | prescribed |
| **traMADoL 50 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 30 days. | 10/07/19 | prescribed |
| **Valtrex 1 gram tablet**<br>Take 1 tablet(s) every 8 hours by oral route for 7 days. | 03/30/20 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems

- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

**REECE, JAMIE H (id #21591363, dob: )**

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 05/15/2020
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 03/30/2020)

## Past Medical History

Reviewed Past Medical History
Arthritis: **Y**
Headaches: **Y**

## HPI

**Pain Management Interval History**
Reported by patient.
Notes:

None.
51-year-old female presenting for follow-up with regards to medication management the setting of CRPS. SHe notes worsening frontal headaches as of late. Her current medication regimen, she does no benefit with the use of Lyrica 100 mg 3 times a day and tizanidine PRN.

Visit today is being conducted via telehealth using both audio and video. Patient has expressed an understanding of the telehealth process and has consented.

## ROS

Patient reports **arthralgias/joint pain and neck pain** but reports no muscle aches, no muscle weakness, and no swelling in the extremities. She reports **frequent or severe headaches** but reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, and no tremor. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no

anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 51-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD.

**Psychiatric:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected.

**Lungs:** Respiratory effort: no dyspnea.

**Musculoskeletal::** Joints, Bones, and Muscles: normal movement of all extremities and **tenderness (neck and R shoulder); right arm cast.**

**Neurologic:** Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no rash or lesions.

## Assessment / Plan

51-year-old female presenting for follow-up with regards to CRPS. She notes ongoing symptoms in the right upper extremity with discomfort through the upper arm and into the forearm. She also has a myofascial component of her pain with tension through the right axial neck and shoulder. She was previously referred to physical therapy and continues to do home stretching exercises with benefit. She was receiving massage therapy weekly with substantial improvement in pain. She has discontinued massage therapy secondary to financial constraint. We will plan to write a letter for therapeutic massage to her insurance to hopefully get approval.

Over the last month, patient has noted recurrence of her frontal headaches. She was previously managed by neurology and had used migraine prophylaxis in the past. She has not seen a neurologist in several years. Symptoms seem to have worsened with increases in social stressors. She is concerned about losing her job as her disability runs out in October. She continues to note ongoing headaches mainly in the frontal and temporal region bilaterally. She denies aura. We will plan to refer her to neurology today for further evaluation.

In terms of medication management, her current regimen consists of Lyrica 100 mg 3 times a day and tizanidine when necessary. She does note improvement symptoms with the use of the medicine. She denies any adverse side effects. She notes improved ability to perform her ADLs. We will plan to refill her medication for a 6 month supply. I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient has a signed pain management agreement per clinic policy. Urine drug screen is up to date and appropriate as per Kentucky medical board guidelines. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient. Patient will follow-up in 6 months for further evaluation.

. **Complex regional pain syndrome**

M89.00: Algoneurodystrophy, unspecified site

- Lyrica 100 mg capsule - Take 1 capsule(s) 3 times a day by oral route. Qty: 270 capsule(s) Refills: 1 Pharmacy: EXPRESS SCRIPTS HOME DELIVERY

. **Headache**

R51: Headache

- HEADACHE: CARE INSTRUCTIONS
- NEUROLOGY REFERRAL - Schedule Within: provider's discretion

. **Myofascial pain**

M79.10: Myalgia, unspecified site

- tizanidine 4 mg tablet - Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. Qty: 270 tablet(s) Refills: 2 Pharmacy: EXPRESS SCRIPTS HOME DELIVERY

**Patient Instructions**

WRAP-UP
Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- Referral to Neurology

- Letter for therapeutic massage

- Refill Lyrica

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

**Discussion Notes**

Spent 15 total minutes with the patient today. Greater than 50% of this time was spent counseling/coordination of care as documented in my assessment and plan above. We discussed appropriate use of controlled substances including side effects and interactions with other medications. We reviewed conservative measures including gentle stretching as well as yoga/Pilates. We also discussed use of adjuncts including OTC NSAIDS/Tylenol when appropriate as well as use of ice/heat, massage and TENS.

## Return to Office

- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 05/15/2020.
Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 05/15/2020 at 2:04pm

**Encounter Date: 03/30/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 03/30/2020 11:00AM |
| **DOB** | | **Service Dept.** | FAMILY MEDICINE ANDOVER |
| **Provider** | COLLIN ST. CLAIR, DO | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Patient's Care Team

**REECE, JAMIE H (id #21591363, dob: )**

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider (Worker's Comp):** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (877) 222-7336, Fax (800) 391-9707

## Vitals

None recorded.

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Daria;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

**esomeprazole magnesium 40 mg capsule,delayed release** — 02/20/20 renewed
TAKE 1 CAPSULE DAILY

**Estrace 1 mg tablet** — 08/21/19 entered

**Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** — 10/02/19 prescribed
Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.
**Internal Note:** PA approved 6/9/19-78/20

**Imitrex 50 mg tablet** — 01/15/20 prescribed
TAKE 1 TAB AT ONSET OF MIGRAINE, MAY REPEAT AFTER 2 HOURS X 1

**Lyrica 100 mg capsule** — 03/06/20 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** — 11/17/17 entered

**predniSONE 20 mg tablet** — 10/11/19 prescribed
2 po x 3 days, then 1 po x 3 days

**Probiotic** — 11/17/17 entered

**tiZANidine 4 mg tablet** — 03/06/20 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** — 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**Valtrex 1 gram tablet** — 03/30/20 prescribed
Take 1 tablet(s) every 8 hours by oral route for 7 days.

**ZyrTEC 10 mg capsule** — 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
**Family Medicine**
Tobacco cessation counseling provided date: (Notes: tdotson14 answered No to the Tobacco cessation counseling provided question on 04/09/2019.)
Alcohol intake: None
Marital status: Married
Occupation: Toyota/on medical leave
Illicit drugs: no
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 03/06/2020
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Tonsillectomy - 1973
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

## GYN History

Reviewed GYN History

## Obstetric History

Reviewed Obstetric History

## Past Medical History

Reviewed Past Medical History
Allergies/Hayfever: **Y**
Arthritis: **Y**
Chicken Pox: **Y**
Headaches: **Y**
Vision or Eye Problems: **Y** - **glasses**

## HPI

Visit today is being conducted via telehealth using both audio and video. Patient has expressed an understanding of the telehealth process and has consented.

Jamie is a 51-year-old non-smoking female with history of psoriatic arthritis, IBS, chronic right shoulder pain, and hysterectomy now on HRT presenting for:

Left upper back pain- No rash at this time. 2 days ago, started having discomfort in left upper back radiating into left upper/posterior arm. Nothing on opposite side. Felt pulling sensation, but no acute injury, then starting developing sensitivity in the area. Husband has been monitoring area and no rash to this point. No previous shingles. Has CRPS affects right side, symptoms aren't similar to this. No F/C/N/V. No SOA. Rhinorrhea 5-7 days ago. Her discomfort improves with lyrica.

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 51-year-old female.

**Constitutional:** General Appearance: healthy-appearing. Level of Distress: NAD.

**Psychiatric:** Mental Status: normal mood and affect.

**Head:** Head: normocephalic and atraumatic.

**Lungs:** Respiratory effort: no dyspnea.

**Skin:** Inspection and palpation: **No rash of exposed surfaces. No rash reported currently at left upper back, no visualized during visit.**.

## Assessment / Plan

. **Herpes zoster** -

Concern for shingles- prodromal pain at this time with no rash. Symptoms improve with lyrica that she is already taking. Will start course of valtrex. Call if symptoms persist or worsen.

B02.9: Zoster without complications

. **Vesicular eruption** -

R23.8: Other skin changes

- Valtrex 1 gram tablet - Take 1 tablet(s) every 8 hours by oral route for 7 days. Qty: 21 tablet(s) Refills: 0 Pharmacy: WALMART PHARMACY 3894

### Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 05/01/2020 at 10:00 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by COLLIN ST. CLAIR, DO, 03/30/2020.
Encounter performed and documented by COLLIN ST. CLAIR, DO
Encounter reviewed & signed by COLLIN ST. CLAIR, DO on 03/30/2020 at 11:19am

**Encounter Date: 03/06/2020**

## Patient

**Name** REECE, JAMIE (51yo, F) ID# 21591363 **Appt. Date/Time** 03/06/2020 08:45AM

**REECE, JAMIE H (id #21591363, dob: )**

| | | | |
|---|---|---|---|
| **DOB** | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

medication follow up

Jamie Reece is a 51 y/o female following up on CRPS, shes taking Lyrica 100mg, her last dose was 3/6/20 @ 6am. Pt stated shes having increased pain in her RT shoulder and neck that started 3-4 weeks ago. Rates her pain today at a 4/10.

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (877) 222-7336, Fax (800) 391-9707

## Vitals

03/06/2020 09:06 am

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in | **Wt:** | 190 lbs | **BMI:** | 29.8 |
| **BP:** | 132/88 sitting | **Pain Scale:** | 4 | **Pain Scale Type:** | Numeric |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/20/20 | renewed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit**<br>Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.<br>**Internal Note:** PA approved 6/9/19-78/20 | 10/02/19 | prescribed |
| **Imitrex 50 mg tablet**<br>TAKE 1 TAB AT ONSET OF MIGRAINE, MAY REPEAT AFTER 2 HOURS X 1 | 01/15/20 | prescribed |
| **Lyrica 100 mg capsule** | 03/06/20 | prescribed |

**REECE, JAMIE H (id #21591363, dob: )**

Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** 11/17/17 entered

**predniSONE 20 mg tablet** 10/11/19 prescribed
2 po x 3 days, then 1 po x 3 days

**Probiotic** 11/17/17 entered

**tiZANidine 4 mg tablet** 03/06/20 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems

- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 03/06/2020
Chewing tobacco: none

## Surgical History

Reviewed Surgical History

- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Total Hysterectomy - 01/01/2005

**REECE, JAMIE H (id #21591363, dob: )**

right wrist break surgery 10/2019

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 01/15/2020)

## Past Medical History

Reviewed Past Medical History
Arthritis: **Y**
Headaches: **Y**

## HPI

**Pain Management Interval History**
Reported by patient.
Notes:

None.

51-year-old female presenting for follow-up with regards to medication management the setting of CRPS. Her current regimen consists of Lyrica 100 mg 3 times a day. Today her principle concern is muscle spasms in the right shoulder and neck.

## ROS

Patient reports **arthralgias/joint pain and neck pain** but reports no muscle aches, no muscle weakness, and no swelling in the extremities. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 51-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD.

**Psychiatric:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected.

**Neck:** Neck: supple and trachea midline.

**Lungs:** Respiratory effort: no dyspnea.

**Cardiovascular System:** Heart Auscultation: RRR.

**Abdomen:** Bowel Sounds: normal. Inspection and Palpation: soft and non-

distended.

**Musculoskeletal:**:Joints, Bones, and Muscles: normal movement of all extremities and**tenderness (cervical paraspinal, rhomboids and trapezius muscles)**; **right arm cast**.

**Motor Strength:**Motor Strength and Tone: normal and normal tone. C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

**Neurologic:**Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:**Inspection and palpation: no rash or lesions.

**Spine - Special Tests:**Cervical Spine negative axial loading test and Spurling's test and (normal) cervical spine. Other Findings **Myofascial pain**. Lumbar / Lumbosacral Spine (normal) lumbar / lumbosacral spine.

## Assessment / Plan

51-year-old female presenting for follow-up with regards to medication management the setting of CRPS. Patient returns today reporting worsening muscle spasms throughout the right axial neck and shoulder as well as around the shoulder blade. She notes having healed well following her ORIF of her right wrist. She is completed physical therapy and has full use of her right lower extremity. Her principle pain complaint today is ongoing myofascial pain throughout her right neck and shoulder. She has attended weekly massage sessions with some benefit. She has tried a TENS unit without relief. She currently takes tizanidine 4 mg 3 times a day with some benefit. We discussed repeat referral to physical therapy to help address her myofascial pain. Specifically she would benefit from massage therapy, ultrasound and dry needling. We will plan to make that referral today.

In terms of her current medication regimen, she does no benefit with the use of Lyrica 100 mg 3 times a day. She denies any adverse side effects. She notes improved ability to perform her ADLs. We'll plan to refill her medication for a two-month supply. I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient has a signed pain management agreement per clinic policy. Urine drug screen is up to date and appropriate as per Kentucky medical board guidelines. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient. Patient will follow-up in 2 months for further evaluation.

. **Complex regional pain syndrome**

M89.00: Algoneurodystrophy, unspecified site

- Lyrica 100 mg capsule - Take 1 capsule(s) 3 times a day by oral route. Qty: 270 capsule(s) Refills: 0 Pharmacy: EXPRESS SCRIPTS HOME DELIVERY

. **Myofascial pain**

M79.10: Myalgia, unspecified site

- PHYSICAL THERAPY REFERRAL - Schedule Within: provider's discretion
- tizanidine 4 mg tablet - Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. Qty: 270 tablet(s) Refills: 2 Pharmacy: EXPRESS SCRIPTS HOME DELIVERY

**'atient Instructions**

WRAP-UP

Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- Referral to PT

- Refill Lyrica

- Refill Tizanidine

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

**Discussion Notes**

Spent 25 total minutes with the patient today. Greater than 50% of this time was spent counseling/coordination of care as documented in my assessment and plan above.

## Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 05/01/2020 at 10:00 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 03/06/2020.
Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 03/06/2020 at 9:38am

**Encounter Date: 01/15/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 01/15/2020 10:00AM |
| **DOB** | | **Service Dept.** | FAMILY MEDICINE ANDOVER |
| **Provider** | COLLIN ST. CLAIR, DO | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

Headache

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (877) 222-7336, Fax (800) 391-9707

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 01/15/2020 10:09 am | **Wt:** | 185 lbs 01/15/2020 10:09 am | **BMI:** | 29 01/15/2020 10:09 am |
| **T:** | 98.4 F° oral 01/15/2020 10:12 am | **BP:** | 116/82 sitting L arm 01/15/2020 10:14 am | **Pulse:** | 87 bpm regular 01/15/2020 10:12 am |
| **RR:** | 14 01/15/2020 10:12 am | **O2Sat:** | 96% Room Air at Rest 01/15/2020 10:12 am | | |

**REECE, JAMIE H (id #21591363, dob: )**

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit**<br>Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.<br>**Internal Note:** PA approved 6/9/19-78/20 | 10/02/19 | prescribed |
| **Imitrex 50 mg tablet**<br>TAKE 1 TAB AT ONSET OF MIGRAINE, MAY REPEAT AFTER 2 HOURS X 1 | 01/15/20 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 11/05/19 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **predniSONE 20 mg tablet**<br>2 po x 3 days, then 1 po x 3 days | 10/11/19 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 04/18/19 | prescribed |
| **traMADoL 50 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 30 days. | 10/07/19 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems

- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

# Facsimile Cover Sheet

**To:**

**Company:**

**Phone:**

**Fax:** (603) 334-3543

**From:** Katelynn Nolen

**Company:**

**Phone:** (859) 225-3731 * 108

**Fax:** 18592253731

**Date:** 07/15/2020

**Pages including this cover sheet:** 115

## Comments:

Claimant: Jamie H. Reece
Claim No.: 8356763

MEHR, FAIRBANKS & PETERSON
TRIAL LAWYERS

201 West Short Street, Suite 800 • Lexington, Kentucky 40507 • 859-225-3731 • 859-225-3830 • www.mehrfairbanks.com

M. Austin Mehr amehr@austinmehr.com
Philip G. Fairbanks pgf@austinmehr.com
Erik D. Peterson edp@austiumehr.com
Bartley K. Hagerman bkh@austinmehr.com
Elizabeth A. Thornsbury elizabeth@austinmehr.com

July 15, 2020

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
Attn: Erika Cruz
P.O. Box 7209
London, KY 40742

***sent via facsimile: 603-334-3543***

**RE: Claimant: Jamie H. Reece**
**Claim No.: 8356763**

Dear Ms. Cruz:

Per your request, please find enclosed the updated medical records from Lexington Clinic. Please promptly advise if you need any further information. We look forward to the continued payment of my client's monthly LTD benefits, uninterrupted.

Sincerely,

*/s/ Bartley K. Hagerman*

Bartley K. Hagerman

BKH/kmn

Enclosure

**REECE, JAMIE H (id #21591363, dob:**

## Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 06/19/2020**

### Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 06/19/2020 10:45AM |
| **DOB** | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |

**Insurance**

Med Primary: BCBS-OH (PPO)
Insurance # : TOAAN1313675
Policy/Group # : 003320100TEAP064
Employer Name : TOYOTA
Med Worker's Comp: MSMM
Referring Provider Name : DONEGAN, RYAN P
Employer Name : KELLY SERVICES
Case # : SA211932PVY
Case Injury Date : 01/30/2018
Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC
Insurance # :
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: EXPRESS SCRIPTS - Member is eligible. details

### Chief Complaint

This is a 51 year old female following up for medication management for CRPS. She reports some improvement from the lyrica 100mg TID and tizanidine 4mg TID PRN. She states last dose of lyrica was 6/19/2020. She reports that she has been scheduled for Neurology, but is going to reschedule due to the time not working for her. She states that she started noticing nerve pain in her BLE that started approximately 3 weeks ago.

### Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider (Worker's Comp):** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

### Patient's Pharmacies

**EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS MO 63134, Ph (888) 327-9791, Fax (800) 837-0959**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (844) 516-3319, Fax (800) 391-9707
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

### Vitals

06/19/2020 11:19 am

**Ht:** 5 ft 7 in **Wt:** 188 lbs **BMI:** 29.4

**BP:** 134/78 sitting L arm **Pain Scale:** 5

### Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/20/20 | renewed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** | 10/02/19 | prescribed |

**REECE, JAMIE H (id #21591363, dob:**

Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.
**Internal Note:** PA approved 6/9/19-78/20

**Imitrex 50 mg tablet** — 01/15/20 prescribed
TAKE 1 TAB AT ONSET OF MIGRAINE, MAY REPEAT AFTER 2 HOURS X 1

**Lyrica 100 mg capsule** — 05/15/20 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** — 11/17/17 entered

**predniSONE 20 mg tablet** — 10/11/19 prescribed
2 po x 3 days, then 1 po x 3 days

**Probiotic** — 11/17/17 entered

**tiZANidine 4 mg tablet** — 05/15/20 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** — 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**Valtrex 1 gram tablet** — 03/30/20 prescribed
Take 1 tablet(s) every 8 hours by oral route for 7 days.

**ZyrTEC 10 mg capsule** — 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems

- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker

Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 06/19/2020
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 03/30/2020)

## Past Medical History

Reviewed Past Medical History
Arthritis: **Y**
Headaches: **Y**

## HPI

51-year-old female presenting for follow-up with regards to CRPS. She notes ongoing symptoms in the right upper extremity with discomfort through the upper arm and into the forearm. Her current regimen consists of Lyrica 100 mg 3 times a day and tizanidine when necessary.

## ROS

Patient reports **arthralgias/joint pain and neck pain** but reports no muscle aches, no muscle weakness, and no swelling in the extremities. She reports **frequent** or **severe headaches** but reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, and no tremor. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 51-year-old female.

**Constitutional:**General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD.

**Psychiatric:**Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:**Head: normocephalic and atraumatic.

**Eyes:**Lids and Conjunctivae: no discharge or pallor and non-injected.

**Neck:**Neck: supple and trachea midline.

**Lungs:**Respiratory effort: no

dyspnea.

**Cardiovascular System:**Heart Auscultation: normal S1 and S2 and RRR.

**Abdomen:**Inspection and Palpation: soft, non-distended, and no tenderness.

**Musculoskeletal::**Joints, Bones, and Muscles: normal movement of all extremities and**tenderness** (**cervical paraspinal, rhomboids and trapezius muscles**); **right arm cast**.

**Motor Strength:**Motor Strength and Tone: normal and normal tone. C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

**Neurologic:**Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:**Inspection and palpation: no rash or lesions.

**Spine - Special Tests:**Cervical Spine negative axial loading test and Spurling's test and (normal) cervical spine. Other Findings **Myofascial pain**. Lumbar / Lumbosacral Spine (normal) lumbar / lumbosacral spine.

## Assessment / Plan

51-year-old female presenting for follow-up with regards to CRPS. She continues to note ongoing allodynia, temperature change and edema throughout the right upper extremity. She has noticed more recently a deeper ache in through the upper arm. She notices a similar ache in the anterior thigh of her right leg. She denies radiating or radicular pain but describes the pain as more focal in the anterior aspect of the right thigh. She reports lifting herself from a chair recently with worsening myofascial pain throughout the shoulder capsule and right neck. She has a yoga ball at home and plans to resume home stretching. On exam, she has preserved motor strength throughout. She does however mild edema throughout the right upper arm to the forearm. I don't suspect that her pain in her leg is necessary radicular or coming from her back. Should pain progressing continue, we can consider lumbar MRI or even EMG/nerve conduction study. At this time, patient would like to proceed conservatively and I think this is reasonable. She will plan to resume home stretching exercises.

Her current regimen consists of Lyrica 100 mg 3 times a day and tizanidine when necessary. Should pain continue, we can consider dose escalation of Lyrica 200 mg twice a day. At this time, we will plan to continue her current regimen. Patient will follow-up in 4 months for further evaluation.

. **Complex regional pain syndrome**

M89.00: Algoneurodystrophy, unspecified site

- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS

**Patient Instructions**

WRAP-UP

Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- Continue current regimen

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

**Discussion Notes**

Spent 25 total minutes with the patient today. Greater than 50% of this time was spent counseling/coordination of care as documented in my assessment and plan above.

## Return to Office

- ANDREW SCHNEIDER, MD for CONSULT at NEUROLOGY CHI SJOP on 06/26/2020 at 08:30 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 11/13/2020 at 10:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 06/19/2020.
Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 06/19/2020 at 11:54am

**Encounter Date: 05/15/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 05/15/2020 10:45AM |
| **DOB** | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

This is a 51 year old female following up for medication management for CRPS. She reports improvement from the lyrica 100mg TID. She also notes improvement from the tizanidine 4mg TID PRN. She reports increased headaches. Reports she had start back to PT and had to postpone due to COVID-19. States when she started back they did not offer massage therapy. States last dose of the tizanidine was 5/14/2020 and last dose of the lyrica 5/15/2020.

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider (Worker's Comp):** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS MO 63134, Ph (888) 327-9791, Fax (800) 837-0959**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (877) 222-7336, Fax (800) 391-9707
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

05/15/2020 10:15 am

| | | |
|---|---|---|
| **Ht:** 5 ft 7 in | **Wt:** 180 lbs | **BMI:** 28.2 |
| **BP:** Not Performed - Not indicated | **Pain Scale:** 5 | |

## Allergies

Reviewed Allergies

**REECE, JAMIE H (id #21591363, dob: )**

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

**esomeprazole magnesium 40 mg capsule,delayed release** 02/20/20 renewed
TAKE 1 CAPSULE DAILY

**Estrace 1 mg tablet** 08/21/19 entered

**Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** 10/02/19 prescribed
Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.
**Internal Note:** PA approved 6/9/19-78/20

**Imitrex 50 mg tablet** 01/15/20 prescribed
TAKE 1 TAB AT ONSET OF MIGRAINE, MAY REPEAT AFTER 2 HOURS X 1

**Lyrica 100 mg capsule** 05/15/20 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** 11/17/17 entered

**predniSONE 20 mg tablet** 10/11/19 prescribed
2 po x 3 days, then 1 po x 3 days

**Probiotic** 11/17/17 entered

**tiZANidine 4 mg tablet** 05/15/20 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**Valtrex 1 gram tablet** 03/30/20 prescribed
Take 1 tablet(s) every 8 hours by oral route for 7 days.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems

- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

**REECE, JAMIE H (id #21591363, dob: )**

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 05/15/2020
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 03/30/2020)

## Past Medical History

Reviewed Past Medical History
Arthritis: **Y**
Headaches: **Y**

## HPI

**Pain Management Interval History**
Reported by patient.
Notes:

None.
51-year-old female presenting for follow-up with regards to medication management the setting of CRPS. SHe notes worsening frontal headaches as of late. Her current medication regimen, she does no benefit with the use of Lyrica 100 mg 3 times a day and tizanidine PRN.

Visit today is being conducted via telehealth using both audio and video. Patient has expressed an understanding of the telehealth process and has consented.

## ROS

Patient reports **arthralgias/joint pain and neck pain** but reports no muscle aches, no muscle weakness, and no swelling in the extremities. She reports **frequent or severe headaches** but reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, and no tremor. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no

anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 51-year-old female.

**Constitutional:**General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD.

**Psychiatric:**Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:**Head: normocephalic and atraumatic.

**Eyes:**Lids and Conjunctivae: no discharge or pallor and non-injected.

**Lungs:**Respiratory effort: no dyspnea.

**Musculoskeletal::**Joints, Bones, and Muscles: normal movement of all extremities and**tenderness (neck and R shoulder)**; **right arm cast**.

**Neurologic:**Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:**Inspection and palpation: no rash or lesions.

## Assessment / Plan

51-year-old female presenting for follow-up with regards to CRPC. She notes ongoing symptoms in the right upper extremity with discomfort through the upper arm and into the forearm. She also has a myofascial component of her pain with tension through the right axial neck and shoulder. She was previously referred to physical therapy and continues to do home stretching exercises with benefit. She was receiving massage therapy weekly with substantial improvement in pain. She has discontinued massage therapy secondary to financial constraint. We will plan to write a letter for therapeutic massage to her insurance to hopefully get approval.

Over the last month, patient has noted recurrence of her frontal headaches. She was previously managed by neurology and had used migraine prophylaxis in the past. She has not seen a neurologist in several years. Symptoms seem to have worsened with increases in social stressors. She is concerned about losing her job as her disability runs out in October. She continues to note ongoing headaches mainly in the frontal and temporal region bilaterally. She denies aura. We will plan to refer her to neurology today for further evaluation.

In terms of medication management, her current regimen consists of Lyrica 100 mg 3 times a day and tizanidine when necessary. She does note improvement symptoms with the use of the medicine. She denies any adverse side effects. She notes improved ability to perform her ADLs. We will plan to refill her medication for a 6 month supply. I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient has a signed pain management agreement per clinic policy. Urine drug screen is up to date and appropriate as per Kentucky medical board guidelines. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient. Patient will follow-up in 6 months for further evaluation.

. **Complex regional pain syndrome**

M89.00: Algoneurodystrophy, unspecified site

- Lyrica 100 mg capsule - Take 1 capsule(s) 3 times a day by oral route. Qty: 270 capsule(s) Refills: 1 Pharmacy: EXPRESS SCRIPTS HOME DELIVERY

. **Headache**

R51: Headache

- HEADACHE: CARE INSTRUCTIONS
- NEUROLOGY REFERRAL - Schedule Within: provider's discretion

. **Myofascial pain**

M79.10: Myalgia, unspecified site

- tizanidine 4 mg tablet - Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. Qty: 270 tablet(s) Refills: 2 Pharmacy: EXPRESS SCRIPTS HOME DELIVERY

**'atient Instructions**

WRAP-UP

Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- Referral to Neurology

- Letter for therapeutic massage

- Refill Lyrica

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

**)iscussion Notes**

Spent 15 total minutes with the patient today. Greater than 50% of this time was spent counseling/coordination of care as documented in my assessment and plan above. We discussed appropriate use of controlled substances including side effects and interactions with other medications. We reviewed conservative measures including gentle stretching as well as yoga/Pilates. We also discussed use of adjuncts including OTC NSAIDS/Tylenol when appropriate as well as use of ice/heat, massage and TENS.

## Return to Office

- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 05/15/2020.
Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 05/15/2020 at 2:04pm

**Encounter Date: 03/30/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 03/30/2020 11:00AM |
| **DOB** | | **Service Dept.** | FAMILY MEDICINE ANDOVER |
| **Provider** | COLLIN ST. CLAIR, DO | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # : 09221968<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Patient's Care Team

**REECE, JAMIE H (id #21591363, dob: )**

**Primary Care Provider:** COLLIN ST CLAIR DO. 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-0401, Fax (859) 258-6438 NPI: 1891157806
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider (Worker's Comp):** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (877) 222-7336, Fax (800) 391-9707

## Vitals

None recorded.

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Daria;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/20/20 | renewed |
| ~~**Estrace 1 mg tablet**~~ | ~~08/21/19~~ | ~~entered~~ |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit**<br>Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.<br>**Internal Note:** PA approved 6/9/19-78/20 | 10/02/19 | prescribed |
| **Imitrex 50 mg tablet**<br>TAKE 1 TAB AT ONSET OF MIGRAINE, MAY REPEAT AFTER 2 HOURS X 1 | 01/15/20 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 03/06/20 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **predniSONE 20 mg tablet**<br>2 po x 3 days, then 1 po x 3 days | 10/11/19 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 03/06/20 | prescribed |
| **traMADoL 50 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 30 days. | 10/07/19 | prescribed |
| **Valtrex 1 gram tablet**<br>Take 1 tablet(s) every 8 hours by oral route for 7 days. | 03/30/20 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|

**REECE, JAMIE H (id #21591363, dob:**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | | |
| Influenza | | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
**Family Medicine**
Tobacco cessation counseling provided date: (Notes: tdotson14 answered No to the Tobacco cessation counseling provided question on 04/09/2019.)
Alcohol intake: None
Marital status: Married
Occupation: Toyota/on medical leave
Illicit drugs: no
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 03/06/2020
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Tonsillectomy - 1973
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

## GYN History

Reviewed GYN History

## Obstetric History

Reviewed Obstetric History

## Past Medical History

Reviewed Past Medical History
Allergies/Hayfever: **Y**
Arthritis: **Y**
Chicken Pox: **Y**
Headaches: **Y**
Vision or Eye Problems: **Y - glasses**

HPI

Visit today is being conducted via telehealth using both audio and video. Patient has expressed an understanding of the telehealth process and has consented.

Jamie is a 51-year-old non-smoking female with history of psoriatic arthritis, IBS, chronic right shoulder pain, and hysterectomy now on HRT presenting for:

Left upper back pain- No rash at this time. 2 days ago, started having discomfort in left upper back radiating into left upper/posterior arm. Nothing on opposite side. Felt pulling sensation, but no acute injury, then starting developing sensitivity in the area. Husband has been monitoring area and no rash to this point. No previous shingles. Has CRPS affects right side, symptoms aren't similar to this. No F/C/N/V. No SOA. Rhinorrhea 5-7 days ago. Her discomfort improves with lyrica.

ROS

**ROS as noted in the HPI**

Physical Exam

Patient is a 51-year-old female.

**Constitutional:**General Appearance: healthy-appearing. Level of Distress: NAD.

**Psychiatric:**Mental Status: normal mood and affect.

**Head:**Head: normocephalic and atraumatic.

**Lungs:**Respiratory effort: no dyspnea.

**Skin:**Inspection and palpation: **No rash of exposed surfaces. No rash reported currently at left upper back, no visualized during visit.**.

Assessment / Plan

. **Herpes zoster** -

Concern for shingles prodromal pain at this time with no rash. Symptoms improve with lyrica that she is already taking. Will start course of valtrex. Call if symptoms persist or worsen.

B02.9: Zoster without complications

. **Vesicular eruption** -

R23.8: Other skin changes

- Valtrex 1 gram tablet - Take 1 tablet(s) every 8 hours by oral route for 7 days. Qty: 21 tablet(s) Refills: 0 Pharmacy: WALMART PHARMACY 3894

Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 05/01/2020 at 10:00 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

Encounter Sign-Off

Encounter signed-off by COLLIN ST. CLAIR, DO, 03/30/2020.
Encounter performed and documented by COLLIN ST. CLAIR, DO
Encounter reviewed & signed by COLLIN ST. CLAIR, DO on 03/30/2020 at 11:19am

**Encounter Date: 03/06/2020**

Patient

**Name** REECE, JAMIE (51yo, F) ID# 21591363 **Appt. Date/Time** 03/06/2020 08:45AM

**REECE, JAMIE H (id #21591363, dob: )**

| | | | |
|---|---|---|---|
| **DOB** | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

medication follow up

Jamie Reece is a 51 y/o female following up on CRPS, shes taking Lyrica 100mg, her last dose was 3/6/20 @ 6am. Pt stated shes having increased pain in her RT shoulder and neck that started 3-4 weeks ago. Rates her pain today at a 4/10.

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7250 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (877) 222-7336, Fax (800) 391-9707

## Vitals

03/06/2020 09:06 am

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in | **Wt:** | 190 lbs | **BMI:** | 29.8 |
| **BP:** | 132/88 sitting | **Pain Scale:** | 4 | **Pain Scale Type:** | Numeric |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/20/20 | renewed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit**<br>Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.<br>**Internal Note:** PA approved 6/9/19-78/20 | 10/02/19 | prescribed |
| **Imitrex 50 mg tablet**<br>TAKE 1 TAB AT ONSET OF MIGRAINE, MAY REPEAT AFTER 2 HOURS X 1 | 01/15/20 | prescribed |
| **Lyrica 100 mg capsule** | 03/06/20 | prescribed |

**REECE, JAMIE H (id #21591363, dob: )**

Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** 11/17/17 entered

**predniSONE 20 mg tablet** 10/11/19 prescribed
2 po x 3 days, then 1 po x 3 days

**Probiotic** 11/17/17 entered

**tiZANidine 4 mg tablet** 03/06/20 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 03/06/2020
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 01/15/2020)

## Past Medical History

Reviewed Past Medical History
Arthritis: **Y**
Headaches: **Y**

## HPI

**Pain Management Interval History**
Reported by patient.
Notes:

None.

51-year-old female presenting for follow-up with regards to medication management the setting of CRPS. Her current regimen consists of Lyrica 100 mg 3 times a day. Today her principle concern is muscle spasms in the right shoulder and neck.

## ROS

Patient reports **arthralgias/joint pain and neck pain** but reports no muscle aches, no muscle weakness, and no swelling in the extremities. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 51-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD.

**Psychiatric:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected.

**Neck:** Neck: supple and trachea midline.

**Lungs:** Respiratory effort: no dyspnea.

**Cardiovascular System:** Heart Auscultation: RRR.

**Abdomen:** Bowel Sounds: normal. Inspection and Palpation: soft and non-

distended.

**Musculoskeletal:**:Joints, Bones, and Muscles: normal movement of all extremities and**tenderness** (**cervical paraspinal, rhomboids and trapezius muscles**); **right arm cast**.

**Motor Strength:**Motor Strength and Tone: normal and normal tone. C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

**Neurologic:**Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:**Inspection and palpation: no rash or lesions.

**Spine - Special Tests:**Cervical Spine negative axial loading test and Spurling's test and (normal) cervical spine. Other Findings **Myofascial pain**. Lumbar / Lumbosacral Spine (normal) lumbar / lumbosacral spine.

## Assessment / Plan

51-year-old female presenting for follow-up with regards to medication management the setting of CRPS. Patient returns today reporting worsening muscle spasms throughout the right axial neck and shoulder as well as around the shoulder blade. She notes having healed well following her ORIF of her right wrist. She is completed physical therapy and has full use of her right lower extremity. Her principle pain complaint today is ongoing myofascial pain throughout her right neck and shoulder. She has attended weekly massage sessions with some benefit. She has tried a TENS unit without relief. She currently takes tizanidine 4 mg 3 times a day with some benefit. We discussed repeat referral to physical therapy to help address her myofascial pain. Specifically she would benefit from massage therapy, ultrasound and dry needling. We will plan to make that referral today.

In terms of her current medication regimen, she does no benefit with the use of Lyrica 100 mg 3 times a day. She denies any adverse side effects. She notes improved ability to perform her ADLs. We'll plan to refill her medication for a two-month supply. I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient has a signed pain management agreement per clinic policy. Urine drug screen is up to date and appropriate as per Kentucky medical board guidelines. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient. Patient will follow-up in 2 months for further evaluation.

. **Complex regional pain syndrome**

M89.00: Algoneurodystrophy, unspecified site

- Lyrica 100 mg capsule - Take 1 capsule(s) 3 times a day by oral route. Qty: 270 capsule(s) Refills: 0 Pharmacy: EXPRESS SCRIPTS HOME DELIVERY

. **Myofascial pain**

M79.10: Myalgia, unspecified site

- PHYSICAL THERAPY REFERRAL - Schedule Within: provider's discretion
- tizanidine 4 mg tablet - Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. Qty: 270 tablet(s) Refills: 2 Pharmacy: EXPRESS SCRIPTS HOME DELIVERY

**'atient Instructions**

WRAP-UP

Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- Referral to PT

- Refill Lyrica

- Refill Tizanidine

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

**REECE, JAMIE H (id #21591363, dob:**

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

**)iscussion Notes**

Spent 25 total minutes with the patient today. Greater than 50% of this time was spent counseling/coordination of care as documented in my assessment and plan above.

## Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 05/01/2020 at 10:00 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 03/06/2020.
Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 03/06/2020 at 9:38am

**Encounter Date: 01/15/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 01/15/2020 10:00AM |
| **DOB** | | **Service Dept.** | FAMILY MEDICINE ANDOVER |
| **Provider** | COLLIN ST. CLAIR, DO | | |

**Insurance**
Med Primary: BCBS-OH (PPO)
Insurance # : TOAAN1313675
Policy/Group # : 003320100TEAP064
Employer Name : TOYOTA
Med Worker's Comp: MSMM
Referring Provider Name : DONEGAN, RYAN P
Employer Name : KELLY SERVICES
Case # : SA211932PVY
Case Injury Date : 01/30/2018
Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC
Insurance # :
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: EXPRESS SCRIPTS - Member is eligible. details

## Chief Complaint

Headache

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (877) 222-7336, Fax (800) 391-9707

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 01/15/2020 10:09 am | **Wt:** | 185 lbs 01/15/2020 10:09 am | **BMI:** | 29 01/15/2020 10:09 am |
| **T:** | 98.4 F° oral 01/15/2020 10:12 am | **BP:** | 116/82 sitting L arm 01/15/2020 10:14 am | **Pulse:** | 87 bpm regular 01/15/2020 10:12 am |
| **RR:** | 14 01/15/2020 10:12 am | **O2Sat:** | 96% Room Air at Rest 01/15/2020 10:12 am | | |

NEW LEXINGTON CLINIC PSC • , LEXINGTON KY 40504-2701

**REECE, JAMIE H (id #21591363, dob:**

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit**<br>Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.<br>**Internal Note:** PA approved 6/9/19-78/20 | 10/02/19 | prescribed |
| **Imitrex 50 mg tablet**<br>TAKE 1 TAB AT ONSET OF MIGRAINE, MAY REPEAT AFTER 2 HOURS X 1 | 01/15/20 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 11/05/19 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **predniSONE 20 mg tablet**<br>2 po x 3 days, then 1 po x 3 days | 10/11/19 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 04/18/19 | prescribed |
| **traMADoL 50 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 30 days. | 10/07/19 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems

- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

5131

**REECE, JAMIE H (id #21591363, dob: )**

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
**Family Medicine**
Tobacco cessation counseling provided date: (Notes: tdotson14 answered No to the Tobacco cessation counseling provided question on 04/09/2019.)
Alcohol intake: None
Marital status: Married
Occupation: Toyota/on medical leave
Illicit drugs: no
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 01/15/2020
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Tonsillectomy - 1973
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

## GYN History

Reviewed GYN History

## Obstetric History

Reviewed Obstetric History

## Past Medical History

Reviewed Past Medical History
Allergies/Hayfever: **Y**
Arthritis: **Y**
Chicken Pox: **Y**
Headaches: **Y**
Vision or Eye Problems: **Y** - **glasses**

## HPI

Jamie is a 50-year-old non-smoking female with history of psoriatic arthritis, IBS, chronic right shoulder pain, and hysterectomy now on HRT presenting for:

Headache-woke up Sunday morning with headache and has continued off and on since that time, varying in character. Originally felt like it was on top of her head and felt like she needed to hold her head for relief. At another point he felt like poking in her ears. Most recently, it has been an intermittent, left-sided pain behind and medial to left eye. She says it will fade out and then come back. She endorses some photophobia and phonophobia, but says this is common with most headaches for her. She does have a history of migraines in early adulthood which improved following hysterectomy. Varying in intensity. She drinks plenty of water. Denies any vision changes, eye discharge/drainage, rhinorrhea, nasal congestion, nausea, vomiting, fevers. No eyelid swelling. She has tried Tylenol and ibuprofen without success. No new medications. No specific triggers identified. Her symptoms are overall better than at the onset on Sunday, not hurting on top of her head as much as it was which was more uncomfortable. She does endorse a lot of anxiety at home, possibly worsened recently.

He does endorse some coldness in hands and feet but attributes this to her autoimmune condition. Denies any other extremity

**REECE, JAMIE H (id #21591363, dob: )**

numbness/tingling/weakness.

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 51-year-old female.

GENERAL: No acute distress.
EYES: No erythema or discharge.
ENT: No pharyngeal erythema or exudate. No sinus tenderness to palpation. No nasal drainage.
LYMPH: No anterior or posterior cervical lymphadenopathy
HEAD: Normocephalic. Atraumatic.
CARDIOVASCULAR: Regular rate and rhythm. No murmurs appreciated.
RESPIRATORY: Lungs clear to auscultation bilaterally. No wheezing/rales/rhonchi. Normal work of breathing.
MUSCULOSKELETAL: Moving all extremities. Gait intact.
SKIN: Warm and dry. Normal color.
NEUROLOGICAL: Awake and alert. CN II-XII intact. PEERL. SILT all ext. Strength 5/5 and symmetric in all ext.
PSYCHOLOGICAL: Normal mood and affect.

## Assessment / Plan

**. Headache -**

Unclear etiology this time. Located around/behind left eye, symptoms not consistent with cluster headache or acute sinusitis. Also not classic for migraine. However, will prescribe trial of Imitrex. Continue to stay well-hydrated. Her current Tylenol/ibuprofen as needed, though discussed avoidance of overuse in order to avoid rebound headaches. Will refer to neuro if needed. No red flag symptoms at this time, but may need to pursue imaging. Will obtain labs as below.

Of note, pt mentioned during her appointment that she mentioned these headaches to ENT and they didn't seem to address it. Last appointment with ENT was on 1/3, so timeline is less clear as she said her current headache issues started on Sunday.

Per ENT note from 1/3, she has very large but symmetrical lingual tonsils bothering her for at least 3 months. Mentioned that largely will tonsils are also obstructing her breathing to some extent when she sleeps. If there is OSA induced from, this could be contributing to headaches.

R51: Headache

- Imitrex 50 mg tablet - TAKE 1 TAB AT ONSET OF MIGRAINE, MAY REPEAT AFTER 2 HOURS X 1 Qty: 6 tablet(s) Refills: 0 Pharmacy: WALMART PHARMACY 7259

**. Adult health examination -**

Z00.00: Encounter for general adult medical examination without abnormal findings

- CBC
- CMP
- THYROID STIMULATING HORMONE (TSH)

**'atient Instructions**

**)iscussion Notes**

RTC if symptoms persist.

### Return to Office

- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/12/2020 at 09:30 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 03/05/2020 at 09:15 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

**REECE, JAMIE H (id #21591363, dob: )**
Encounter signed-off by COLLIN ST. CLAIR, DO, 01/15/2020.
Encounter performed and documented by COLLIN ST. CLAIR, DO
Encounter reviewed & signed by COLLIN ST. CLAIR, DO on 01/15/2020 at 6:07pm

**Encounter Date: 01/03/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 01/03/2020 08:50AM |
| **DOB** | | **Service Dept.** | KY ENT FOUNTAIN CT |
| **Provider** | RAY M VAN METRE, MD | | |

**Insurance**
Med Primary: BCBS-OH (PPO)
Insurance # : TOAAN1313675
Policy/Group # : 003320100TEAP064
Employer Name : TOYOTA
Med Worker's Comp: MSMM
Referring Provider Name : DONEGAN, RYAN P
Employer Name : KELLY SERVICES
Case # : SA211932PVY
Case Injury Date : 01/30/2018
Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC
Insurance #
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: EXPRESS SCRIPTS - Member is eligible. details

## Chief Complaint

Followup: Intermittent dysphagia

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (877) 222-7336, Fax (800) 391-9707

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 01/03/2020 08:55 am | **Wt:** | 186 lbs 01/03/2020 08:57 am | **BMI:** | 29.1 01/03/2020 08:57 am |
| **T:** | 97 F° temporal artery 01/03/2020 08:56 am | **BP:** | 115/69 sitting R wrist 01/03/2020 08:56 am | **Pulse:** | 92 bpm 01/03/2020 08:56 am |

## Allergies

Reviewed Allergies

**LORTAB:** Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

**amitriptyline 10 mg tablet** 06/20/19 prescribed
Take 1 tablet(s) every day by oral route at bedtime.

**cefdinir 300 mg capsule** 10/11/19 prescribed
Take 1 capsule(s) every 12 hours by oral route for 7 days.

**Diflucan 150 mg tablet** 10/11/19 prescribed
Take 1 tablet(s) every day by oral route for 2 days.

[illegible]

**esomeprazole magnesium 40 mg capsule,delayed release** 02/25/19 renewed
TAKE 1 CAPSULE DAILY

**Estrace 1 mg tablet** 08/21/19 entered
Take 1 tablet(s) every day by oral route.

**Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** 10/02/19 prescribed
Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.
**Internal Note:** PA approved 6/9/19-78/20

**Lyrica 100 mg capsule** 11/05/19 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** 11/17/17 entered

**predniSONE 20 mg tablet** 10/11/19 prescribed
2 po x 3 days, then 1 po x 3 days

**Probiotic** 11/17/17 entered

**tiZANidine 4 mg tablet** 04/18/19 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Vaccines not reviewed (last reviewed 11/05/2019)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
**ENT**

Tobacco cessation counseling provided date: (Notes: tdotson14 answered No to the Tobacco cessation counseling provided question on 04/09/2019.)
Alcohol intake: Occasional
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 09/23/2019
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Tonsillectomy - 1973

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 08/21/2019)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**
Allergies/Hayfever: **Y**
Arthritis: **Y**
Headaches: **Y**
Migraines: **Y**

## HPI

Jamie returns today in follow up of globus sensation and dysphagia. She states that since her last visit, her throat is still bothersome for her. She reports that there is still a lump in her throat. Jamie says that the dysphagia is slightly improving but the lump is still the same. She denies any hoarseness. She denies any pain.

## ROS

Patient reports **difficulty swallowing; lump in throat**. She reports no fatigue. She reports no eye itching. She reports no hearing loss, no difficulty hearing, no ear pain, and no vertigo. She reports no nasal congestion and no blockage/obstruction. She reports no frequent headaches. She reports no chest pain. She reports no wheezing and no shortness of breath. She reports no painful swallowing and no heartburn. She reports no swollen glands. She reports no rash and no skin itching. She reports no endocrine symptoms. She reports no sneezing and no runny nose.

## Physical Exam

Patient is a 51-year-old female.

**Constitutional:**General Appearance: healthy-appearing; **patient is alert and oriented**.

**Head/Face:**Inspection: no masses or lesions.

**Eyes:**Pupils: PERRLA.

**Ears:**Right External auditory canal: normal appearance. Left External auditory canal: normal appearance. Right Tympanic membrane: landmarks clear. Left Tympanic membrane: landmarks clear.

**Nose:**Nasal Mucosa: normal and pink and moist. Septum: **deviated to the left**. Turbinates: normal size and confrontation.

**Oral Cavity/Mouth:**Oral Mucosa: normal and moist. Tonsils: tonsils absent. Posterior pharynx: normal. Hypopharynx: normal hypopharynx. Larynx: **very large but symmetric lingual tonsils; no evidence of malignancy**. Nasopharynx: normal.

**Neck:**Neck: symmetrical. Thyroid: symmetric.

**Respiratory:**Inspection/Auscultation: normal breath sounds.

**Cardiovascular System:**Auscultation: regular rate and rhythm.

**Lymph Nodes:**Cervical: no palpable lymph node enlargement.

**Neurological System:**Mood and affect: normal mood and affect.

Patient consented to photography of the affected area(s) today for the purpose of documentation and future comparison.

## Procedure Documentation

**Laryngoscopy Flex:**

Flexible Laryngoscopy

Topical anesthetic was applied. Laryngoscopy was carried out in the usual fashion through the right nares. Lingual tonsil hypertrophy noted. The vallecula, base of tongue, supraglottic and glottic structures are without lesions, masses or edema. TVCs adduct and abduct normally. The arytenoids and entire endolarnyx is not inflamed. Leukoplakia is not noted. On the pharyneal walls and in the pyriform sinuses, masses are not noted. There are no pooling of secretions appreciated. very large but symmetric lingual tonsils; no evidence of malignancy

## Assessment / Plan

. **Hypertrophy of lingual tonsil**
J35.3: Hypertrophy of tonsils with hypertrophy of adenoids

. **Feeling of lump in throat**
F45.8: Other somatoform disorders

. **Dysphagia**
R13.10: Dysphagia, unspecified
- LEARNING ABOUT SWALLOWING PROBLEMS

. **Choking sensation** -

R09.89: Other specified symptoms and signs involving the circulatory and respiratory systems

. **Chronic laryngitis**
J37.0: Chronic laryngitis

. **Cough**
R05: Cough

. **Facial swelling**
R22.0: Localized swelling, mass and lump, head

. **Pain in face**
R51: Headache

. **Chronic sinusitis**

J32.9: Chronic sinusitis, unspecified

**0. Nasal congestion**

R09.81: Nasal congestion

**1. Allergic rhinitis**

J30.9: Allergic rhinitis, unspecified

**'atient Instructions**

1. Flexible laryngoscopy performed today; clinical photographs obtained - full risks, complications, and benefits of in-office procedure have been thoroughly discussed. Understanding was expressed, informed consent given, and we will proceed with the discussed in-office treatment plan.

2. Refer to the University of Kentucky

3. F/u PRN

**)iscussion Notes**

troublesome situation with very large but symmetric lingual tonsils that have now been bothering her for at least three months; endoscopy today shows no change since visit in 10/19; does not appear to represent malignancy but she is on Humira and very worried about the possibility of cancer; the large lingual tonsils are also obstructing her breathing to some extent when she sleeps; tried some prednisone but that didn't help; I'm really out of ideas to improve her situation and would like to avoid an invasive biopsy; will get a second opinion from the head and neck Otolaryngology specialists at UK to see if they have any other ideas

## Return to Office

- to see RAY M VAN METRE, MD for RECHECK at KY ENT FOUNTAIN CT on or around 01/14/2020
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/12/2020 at 09:30 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 03/05/2020 at 09:15 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by RAY M VAN METRE, MD, 01/03/2020.

Encounter performed by RAY M VAN METRE, MD
Encounter scribed for RAY M VAN METRE, MD by Kelsey Garrett
Encounter signed by Kelsey Garrett as scribe at 01/03/2020 at 9:16am
Encounter reviewed & signed by RAY M VAN METRE, MD on 01/03/2020 at 9:29am

NEW LEXINGTON CLINIC PSC • , LEXINGTON KY 40504-2701

**REECE, JAMIE H (id #21591363, dob: )**



**REECE, JAMIE H (id #21591363, dob: )**

**Encounter Date: 11/05/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 11/05/2019 10:15AM |
| **DOB** | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |

**Insurance**
Med Primary: BCBS-OH (PPO)
Insurance # : TOAAN1313675
Policy/Group # : 003320100TEAP064
Employer Name : TOYOTA
Med Worker's Comp: MSMM
Referring Provider Name : DONEGAN, RYAN P
Employer Name : KELLY SERVICES
Case # : SA211932PVY
Case Injury Date : 01/30/2018
Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC
Insurance # :
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: EXPRESS SCRIPTS - Member is eligible. details

## Chief Complaint

shoulder pain

Jamie Reece 51 y/o female is following up to clinic regarding pain in right shoulder and forearm in the setting of CRPS. Pain is reported constant and states the pain is traveling to the left arm and hand. Patient states that she fell off her bed and broken her right wrist and tailbone and had to have surgery on her wrist. She reports inflammation of the left digitals and hand.

## Patient's Care Team

**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (877) 222-7336, Fax (800) 391-9707

## Vitals

11/05/2019 10:31 am

**Ht:** 5 ft 7 in

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) every day by oral route at bedtime. | 06/20/19 | prescribed |
| **cefdinir 300 mg capsule**<br>Take 1 capsule(s) every 12 hours by oral route for 7 days. | 10/11/19 | prescribed |
| **Diflucan 150 mg tablet**<br>Take 1 tablet(s) every day by oral route for 2 days. | 10/11/19 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 03/25/19 | renewed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |

5140

Take 1 tablet(s) every day by oral route.

**Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** 10/02/19 prescribed
Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.
**Internal Note:** PA approved 6/9/19-78/20

**Lyrica 100 mg capsule** 11/05/19 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** 11/17/17 entered

**predniSONE 20 mg tablet** 10/11/19 prescribed
2 po x 3 days, then 1 po x 3 days

**Probiotic** 11/17/17 entered

**tiZANidine 4 mg tablet** 04/18/19 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems

- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 10/11/2019)

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes

Most Recent Tobacco Use Screening: 09/23/2019
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 08/21/2019)

## Past Medical History

Reviewed Past Medical History
Arthritis: **Y**
Headaches: **Y**

## HPI

51-year-old female presenting for follow-up with regards to medication management the setting of fibromyalgia. She does have a history of psoriatic arthritis managed by rheumatology, Dr. Abbas, on Humira. She had a recent fall with right wrist fracture now s/p surgery. She has a hard cast in place.

## ROS

Patient reports **muscle aches, muscle weakness, arthralgias/joint pain, and swelling in the extremities**but reports no back pain and no neck pain. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 51-year-old
female.

**Constitutional:**General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD.

**Psychiatric:**Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:**Head: normocephalic and atraumatic.

**Eyes:**Pupils: PERRLA. EOM: EOMI.

**Neck:**Neck: supple and trachea midline.

**Lungs:**Respiratory effort: no dyspnea.

**Cardiovascular System:**Heart Auscultation: RRR.

**Abdomen:**Bowel Sounds: normal. Inspection and Palpation: soft and non-

**REECE, JAMIE H (id #21591363, dob: )**

distended.

**Musculoskeletal::**Joints, Bones, and Muscles: normal movement of all extremities and**tenderness** (**cervical paraspinals and trapezius muscles**); **right arm cast**. Extremities: **edema** (**right and left hand, left forearm**).

**Motor Strength:**Motor Strength and Tone: normal and normal tone. C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

**Neurologic:**Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:**Inspection and palpation: no rash or lesions.

**Spine - Special Tests:**Cervical Spine negative axial loading test and Spurling's test and (normal) cervical spine. Other Findings **Myofascial pain**.

## Assessment / Plan

51-year-old female presenting for follow-up with regards to medication management the setting of CRPS. Unfortunately, patient experienced a fall from a windowsill with subsequent fracture of her right wrist. She is status post open reduction internal fixation with hardware in place. She presents today with a hard cast on the right wrist and forearm. She reports a distressing time in and around her surgery with regards to pain management control. She does not generally respond well to opioid pain medicines secondary to inadequate analgesia and was concerned that she would not be appropriately controlled in terms of her pain regimen following surgery. Fortunately, patient underwent regional block with pain pump placed which did help control her symptoms. She does note some edema in the right hand as well as occasional symptoms on the left principally in the hand and forearm. She reports that these are sporadic in nature. Given her evolving situation, we will plan to leave her current medication regiment unchanged at this time. She does note improvement in symptoms with the use of Lyrica 100 mg 3 times a day. She denies any adverse side effects. She does note ability to perform her ADLs. We'll plan to refill her Lyrica for a 3 month supply. I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient has a signed pain management agreement per clinic policy. Urine drug screen is up to date and appropriate as per Kentucky medical board guidelines. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient. Patient will follow up in 4 months for further evaluation.

**. Complex regional pain syndrome**

M89.00: Algoneurodystrophy, unspecified site

- Lyrica 100 mg capsule - Take 1 capsule(s) 3 times a day by oral route. Qty: 90 capsule(s) Refills: 4 Pharmacy: WALMART PHARMACY 7259

**'atient Instructions**

WRAP-UP

Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- Refill Lyrica

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

## Return to Office

- COLLIN ST. CLAIR, DO for RECHECK at FAMILY MEDICINE ANDOVER on 11/21/2019 at 09:15 AM

5143

**REECE, JAMIE H (id #21591363, dob: )**

- to see RAY M VAN METRE, MD for RECHECK at KY ENT FOUNTAIN CT on or around 01/14/2020
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/12/2020 at 09:30 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 03/05/2020 at 09:15 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 11/05/2019.
Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 11/05/2019 at 11:15am

**Encounter Date: 10/11/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 10/11/2019 08:40AM |
| **DOB** | | **Service Dept.** | KY ENT FOUNTAIN CT |
| **Provider** | RAY M VAN METRE, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance #<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

Dysphagia, Sinusitis/Allergy

## Patient's Care Team

**Insurance Adjuster:** PATTY YEAST: Ph (502) 060-4990, Fax (502) 060-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (877) 222-7336, Fax (800) 391-9707

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 10/11/2019 08:38 am | **Wt:** | 177 lbs 4 oz 10/11/2019 08:42 am | **BMI:** | 27.8 10/11/2019 08:42 am |
| **T:** | 97.6 F° temporal artery 10/11/2019 08:40 am | **BP:** | 134/100 sitting L arm 10/11/2019 08:40 am | **Pulse:** | 80 bpm 10/11/2019 08:40 am |

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

**amitriptyline 10 mg tablet** 06/20/19 prescribed
Take 1 tablet(s) every day by oral route at bedtime.

**cefdinir 300 mg capsule** 10/11/19 prescribed
Take 1 capsule(s) every 12 hours by oral route for 7 days.

**REECE, JAMIE H (id #21591363, dob: )**

**Diflucan 150 mg tablet** — 10/11/19 prescribed
Take 1 tablet(s) every day by oral route for 2 days.

**esomeprazole magnesium 40 mg capsule,delayed release** — 02/25/19 renewed
TAKE 1 CAPSULE DAILY

**Estrace 1 mg tablet** — 08/21/19 entered
Take 1 tablet(s) every day by oral route.

**Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** — 10/02/19 prescribed
Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.
**Internal Note:** PA approved 6/9/19-78/20

**Lyrica 100 mg capsule** — 08/06/19 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** — 11/17/17 entered

**predniSONE 20 mg tablet** — 10/11/19 prescribed
2 po x 3 days, then 1 po x 3 days

**Probiotic** — 11/17/17 entered

**tiZANidine 4 mg tablet** — 04/18/19 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADol 50 mg tablet** — 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**ZyrTEC 10 mg capsule** — 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Vaccines not reviewed (last reviewed 10/02/2019)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |

- Family history of cancer

## Social History

Reviewed Social History
**ENT**
Tobacco cessation counseling provided date: (Notes: tdotson14 answered No to the Tobacco cessation counseling provided question on 04/09/2019.)
Alcohol intake: Occasional
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 09/23/2019
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Tonsillectomy - 1973

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 08/21/2019)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**
Allergies/Hayfever: **Y**
Arthritis: **Y**
Headaches: **Y**
Migraines: **Y**

## HPI

Jamie is being seen in the office in consultation at the request of Dr. Ryan Donegan for an evaluation of globus sensation and facial swelling below left eye. She has been experiencing these symptoms for about 4-6 weeks. About 30 years ago, she had sinus surgery on the left side done by Dr. Wardrop. She does have concerns with choking after swallowing. She had a Barium Swallow study done which reportedly was clear. She notes no difficulty breathing on a daily basis. She is currently struggling with allergies that are causing nasal congestion, gum pain, cough and fever. She does not have a history of tobacco use.

## ROS

Patient reports **fever** but reports no fatigue. She reports**nasal congestion, nose/sinus problems, rhinorrhea, and sinus pressure** but reports no blockage/obstruction. She reports**difficulty swallowing; lump in throat; choking sensation**. She reports **frequent headaches**. She reports **shortness of breath** but reports no wheezing. She reports**runny nose** but reports no sneezing. She reports no eye itching. She reports no hearing loss, no difficulty hearing, no ear pain, and no vertigo. She reports no chest pain. She reports no painful swallowing and no heartburn. She reports no swollen glands. She reports no depression. She reports no muscle aches. She reports no rash and no skin itching. She reports no endocrine symptoms.
**Additionally reports:**

**severe facial pain**

## Physical Exam

Patient is a 51-year-old female.

**Constitutional:**General Appearance: healthy-appearing; **patient is alert and oriented**.

**Head/Face:**Inspection: no masses or lesions.

**Eyes:**Pupils: PERRLA.

**REECE, JAMIE H (id #21591363, dob: )**

**Ears:**Right External auditory canal: normal appearance. Left External auditory canal: normal appearance. Right Tympanic membrane: landmarks clear. Left Tympanic membrane: landmarks clear.

**Nose:**Nasal Mucosa: **irritated mucosa** and **purulent drainage**. Septum: not markedly deformed. Turbinates: normal size and confrontation.

**Oral Cavity/Mouth:**Oral Mucosa: normal and moist. Tonsils: tonsils absent. Posterior pharynx: normal. Hypopharynx: normal hypopharynx; **prominent lingual tonsils: symmetric**. Nasopharynx: normal.

**Neck:**Neck: symmetrical. Thyroid: symmetric.

**Respiratory:**Inspection/Auscultation: normal breath sounds.

**Cardiovascular System:**Auscultation: regular rate and rhythm.

**Lymph Nodes:**Cervical: no palpable lymph node enlargement.

**Neurological System:**Mood and affect: normal mood and affect.

Patient consented to photography of the affected area(s) today for the purpose of documentation and future comparison.

## Procedure Documentation

**Laryngoscopy Flex:**

Flexible Laryngoscopy

Topical anesthetic was applied. Laryngoscopy was carried out in the usual fashion through the left nares. The vallecula, base of tongue, supraglottic and glottic structures are without lesions, masses or edema. She has very prominent lingual tonsils. TVCs adduct and abduct normally. The arytenoids and entire endolarnyx is not inflamed. Leukoplakia is not noted. On the pharyneal walls and in the pyriform sinuses, masses are not noted. There are no pooling of secretions appreciated.

## Assessment / Plan

. **Feeling of lump in throat**
F45.8: Other somatoform disorders

- prednisone 20 mg tablet - 2 po x 3 days, then 1 po x 3 days Qty: 9 tablet(s) Refills: 0 Pharmacy: WALMART PHARMACY 7259

. **Choking sensation** -

R09.89: Other specified symptoms and signs involving the circulatory and respiratory systems

- cefdinir 300 mg capsule - Take 1 capsule(s) every 12 hours by oral route for 7 days. Qty: 14 capsule(s) Refills: 0 Pharmacy: WALMART PHARMACY 7259
- Diflucan 150 mg tablet - Take 1 tablet(s) every day by oral route for 2 days. Qty: 2 tablet(s) Refills: 1 Pharmacy: WALMART PHARMACY 7259

. **Chronic laryngitis**
J37.0: Chronic laryngitis

. **Cough**
R05: Cough

. **Hypertrophy of lingual tonsil**
J35.3: Hypertrophy of tonsils with hypertrophy of adenoids

**REECE, JAMIE H (id #21591363, dob: )**

**. Facial swelling**
R22.0: Localized swelling, mass and lump, head

**. Pain in face**
R51: Headache

**. Chronic sinusitis**
J32.9: Chronic sinusitis, unspecified

**. Nasal congestion**
R09.81: Nasal congestion

**0. Allergic rhinitis**
J30.9: Allergic rhinitis, unspecified

**1. Dysphagia**
R13.10: Dysphagia, unspecified

- LEARNING ABOUT SWALLOWING PROBLEMS

**'atient Instructions**

1. Laryngoscopy Flex scope performed- full risks, complications, and benefits of in-office procedure have been thoroughly discussed. Understanding was expressed, informed consent given, and we will proceed with the discussed in-office treatment plan.

2. Reviewed vocal hygiene precautions, including vocal rest, saltwater gargles, increased hydration, avoid medications with a drying effect (e.g. antihistamines, diuretics), and utilizing sialogogues

3. RX- Prednisone, Cefdinir and Diflucan

4. F/U January 2020

**)iscussion Notes**

choking sensation along with feeling of lump in throat which appears to be due to enlarged symmetric lingual tonsils; assured her this does not appear to be any indication of cancer (she is on Humira so that has her worried); will try tapered prednisone to see if that helps the lingual tonsil size subside; also given cefdinir for acute sinusitis; follow up in Jan 2020 to check her progress or sooner if more trouble

Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 10/24/2019 at 11:15 AM
- COLLIN ST. CLAIR, DO for RECHECK at FAMILY MEDICINE ANDOVER on 11/21/2019 at 09:15 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/12/2020 at 09:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

Encounter Sign-Off

Encounter signed-off by RAY M VAN METRE, MD, 10/11/2019.
Encounter performed by RAY M VAN METRE, MD
Encounter scribed for RAY M VAN METRE, MD by Jasmine Barrick
Encounter signed by Jasmine Barrick as scribe at 10/11/2019 at 9:09am
Encounter reviewed & signed by RAY M VAN METRE, MD on 10/11/2019 at 9:17am

NEW LEXINGTON CLINIC PSC • , LEXINGTON KY 40504-2701

**REECE, JAMIE H (id #21591363, dob: )**













**REECE, JAMIE H (id #21591363, dob: )**

**Encounter Date: 10/02/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 10/02/2019 10:30AM |
| **DOB** | 09/22/1968 | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SYED HAIDER ABBAS, MD | | |

**Insurance**
Med Primary: BCBS-OH (PPO)
Insurance # : TOAAN1313675
Policy/Group # : 003320100TEAP064
PCP : FAMILY PRACTICE ASSOCIATES
Employer Name : TOYOTA
Med Worker's Comp: MSMM
Referring Provider Name : DONEGAN, RYAN P
Employer Name : KELLY SERVICES
Case # : SA211932PVY
Case Injury Date : 01/30/2018
Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC
Insurance # : 09221968
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: EXPRESS SCRIPTS - Member is eligible. details

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (844) 516-3319, Fax (800) 391-9707

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 10/02/2019 10:41 am | **Wt:** | 180 lbs 10/02/2019 10:41 am | **BMI:** | 28.2 10/02/2019 10:41 am |
| **BP:** | 106/70 sitting L arm 10/02/2019 10:43 am | **BP Cuff Size:** | adult 10/02/2019 10:43 am | **Pulse:** | 68 bpm regular 10/02/2019 10:43 am |
| **RR:** | 12 10/02/2019 10:43 am | | | | |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

**amitriptyline 10 mg tablet** 06/20/19 prescribed
Take 1 tablet(s) every day by oral route at bedtime.

**esomeprazole magnesium 40 mg capsule,delayed release** 02/25/19 renewed
TAKE 1 CAPSULE DAILY

**Estrace 1 mg tablet** 08/21/19 entered
Take 1 tablet(s) every day by oral route.

**REECE, JAMIE H (id #21591363, dob: )**

**Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** 10/02/19 prescribed
Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.
**Internal Note:** PA approved 6/9/19-78/20

**Lyrica 100 mg capsule** 08/06/19 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** 11/17/17 entered

**Probiotic** 11/17/17 entered

**tiZANidine 4 mg tablet** 04/18/19 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 09/23/2019
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 08/21/2019)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**

## HPI

seen today as a follow-up on psoriatic arthritis. Currently she is on Humira injections every 2 weeks and denies any side effects.

however her biggest concern and pain remains in the right upper extremity and lately in the left upper extremity. She describes these pains as burning, tingling and at times sharp associated with swelling of the distal arm. She has a history of complex regional pain syndrome involving the right upper extremity and seems like she is having similar symptoms in left upper extremity.

## ROS

Patient reports **arthralgias/joint pain and swelling in joints**; **right and left upper extremity**. She reports **psoriasis (stable)** but reports no rashes, no ulcers, no loss of hair, and no tightening of the skin. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no pleuritic chest pain, no shortness of breath when walking, no shortness of breath when lying down, and no Raynaud's Phenomenon. She reports no cough, no wheezing, no shortness of breath, and no coughing up blood.
**ROS as noted in the HPI**

## Physical Exam

Patient is a 51-year-old
female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally and normal tandem gait test.

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Neck:** Neck: FROM, trachea midline, and no masses. Lymph Nodes: no cervical LAD, supraclavicular LAD, axillary LAD, or inguinal LAD. Thyroid: no enlargement, tenderness, or nodules.

**Lungs:** Respiration: no dyspnea and good air movement. Percussion: no dullness, flatness, or hyperresonance. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal and CTA except as noted.

**Cardiovascular System:** Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no JVD. Pulses including femoral / pedal: normal throughout.

**Musculoskeletal System:** Joints, Bones, and Muscles: **tenderness (right shoulder and left distal arm.)**; **no synovitis or dactylitis noted. No induration noted.**. Extremities: **edema (distal right and left, cool to touch without any erythema)**.

## Assessment / Plan

. **Psoriasis with arthropathy** -

51-year-old female with chronic well-controlled psoriatic arthritis.

currently on Humira injections at 40 mg every 2 weeks.

No side effects reported.

No interval infections reported.

most of her pain as detailed below secondary to complex regional pain syndrome.

I suggested her to maintain the current Humalog dose and repeat labs today.

L40.50: Arthropathic psoriasis, unspecified

- PSORIASIS: CARE INSTRUCTIONS
- Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit - Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days. Qty: 3 kit(s) of 2 Refills: 3 Pharmacy: ACCREDO Note to Pharmacy: fill when due

. **Complex regional pain syndrome** -

Please see my previous notes for details.

Briefly, has CRPS Type I, right arm after right shoulder and elbow injury due to repititive work at Toyota factory. Initially symptoms started some time early January 2018.

she is currently followed at the pain management clinic and is now on Lyrica at 100 mg 3 times a day.

lately, she has noticed similar symptoms involving her left upper extremity especially the distal forearm. Once again her pains are out of proportions to the physical findings and associated with varying degree of numbness tingling burning at times subjective feeling of swelling. All these findings are more characteristic of complex regional pain syndrome rather than psoriatic arthritis.

She will continue with the suggestions of the pain management clinic..

M89.00: Algoneurodystrophy, unspecified site

- LEARNING ABOUT HEALTHY WEIGHT
- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS

. **Long-term drug therapy** -

needs to have a CBC today.

Repeat TB test in summer.

last TB test wa sin 8/2019.

Z79.899: Other long term (current) drug therapy

- CBC

**REECE, JAMIE H (id #21591363, dob: )**

Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 10/24/2019 at 11:15 AM
- COLLIN ST. CLAIR, DO for RECHECK at FAMILY MEDICINE ANDOVER on 11/21/2019 at 09:15 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/12/2020 at 09:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by SYED HAIDER ABBAS, MD, 10/02/2019.
Encounter performed and documented by SYED HAIDER ABBAS, MD
Encounter reviewed & signed by SYED HAIDER ABBAS, MD on 10/02/2019 at 12:24pm

**Encounter Date: 09/23/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 09/23/2019 01:45PM |
| **DOB** | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | ELLEN J FLINCHUM, MD | | |

**Insurance**
Med Primary: BCBS-OH (PPO)
Insurance # : TOAAN1313675
Policy/Group # : 003320100TEAP064
PCP : FAMILY PRACTICE ASSOCIATES
Employer Name : TOYOTA
Med Worker's Comp: MSMM
Referring Provider Name : DONEGAN, RYAN P
Employer Name : KELLY SERVICES
Case # : SA211932PVY
Case Injury Date : 01/30/2018
Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC
Insurance #
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: EXPRESS SCRIPTS - Member is eligible. details

## Chief Complaint

Followup: Complex regional pain syndrome

Jamie Reece 51 y/o female is following up after the CRPS, in the setting of medication management patient regiment consist of pregabalin 100 mg TID, she reports alleviation with this medication management. She reports today swollen knots in her hands that ache really bad. Pain today is rated a 4 on pain scale.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (901) 385-3600, Fax (800) 391-9707

## Vitals

09/23/2019 02:17 pm

**Ht:** 5 ft 7 in **Wt:** 178 lbs **BMI:** 27.9

**BP:** 122/62 sitting **Pain Scale:** 4

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

**REECE, JAMIE H (id #21591363, dob: )**

## Medications

Reviewed Medications

**amitriptyline 10 mg tablet** 06/20/19 prescribed
Take 1 tablet(s) every day by oral route at bedtime.

**esomeprazole magnesium 40 mg capsule,delayed release** 02/25/19 renewed
TAKE 1 CAPSULE DAILY

**Estrace 1 mg tablet** 08/21/19 entered
Take 1 tablet(s) every day by oral route.

**Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** 08/12/19 prescribed
Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.
**Internal Note:** PA approved 6/9/19-78/20

**Lyrica 100 mg capsule** 08/06/19 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** 11/17/17 entered

**Probiotic** 11/17/17 entered

**tiZANidine 4 mg tablet** 04/18/19 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems

- Globus sensation - Onset: 07/13/2017
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker

Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 09/23/2019
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 08/21/2019)

## Past Medical History

Reviewed Past Medical History
Headaches: **Y**

## HPI

The pt complains of RUE CRPS and pain in left hand, occasionally in left forearm.The pt is not experiencing problems with bowel movements. The pt is not having any difficulty with urination. The pt is sleeping approximately 8 hours per night. The pt reports that she has not fallen since her last ov.. The pt ambulates without an AD. The pt is alone at today's visit. This is a patient of Dr. Roden's.
Etoh--Denied. Tobacco-Denied.

## ROS

Patient reports **muscle aches, muscle weakness, arthralgias/joint pain, back pain, and swelling in the extremities**but reports no neck pain. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 51-year-old
female.

**Constitutional:**General Appearance: **pleasant.**.

**Psychiatric:**Orientation: oriented to time, place, and person. Mood and Affect: normal mood and affect and active and alert.

**Gait and Station:**Appearance: **Steady, without an AD. The pt does swing her arms B.**.

**Motor Strength:**L1 Motor Strength on the Right: hip flexion iliopsoas 5/5. L1 Motor Strength on the Left: hip flexion iliopsoas 5/5. L2-L4 Motor Strength on the Right: knee extension quadriceps 5/5. L2-L4 Motor Strength on the Left: knee extension quadriceps 5/5; **MMT: BUE-Deltoids, Biceps, finger flexors-5/5.**
**AROM: BUE-shoulder abd, EF/EE, finger flexors-WFL B.**.

HEENT: Head-NCAT, Eyes-EOMI, oropharnyx clear

Skin: Visualized skin with no acute or worrisome lesions noted. Today, BUE-appear to be the same temperature, some slight color difference on the right hand compared to the left. The pt does tolerate palpation of the BUE.

**REECE, JAMIE H (id #21591363, dob: )**

Neurologic: CN III-XII grossly intact B, Sensation grossly intact to LT/PP BUE.

## Assessment / Plan

Plan:
I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient signed pain management agreement per clinic policy. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient.
Labs: The pt was not sent for urine drug testing today. The pt is prescribed chronic pain medication.
Physical Therapy/Activities/Exercise: The pt states she does do some exercising.
Medications: The pt has a dx of CRPS. It is in her RUE and she is concerned it is moving to her left. She did have an injection in her left hand by Dr. Abbas, but it has not helped as much as she hoped it would. She is doing the same things to help her left hand as she does to help with her RUE. She states it does seem to be slightly improved. We are going to go ahead and have her f/u with Dr. Roden before her last lyrica prescription runs out to see if her left hand is continuing to improve. The pt has been prescribed lyrica 100 mg, 3x/day. She also has been prescribed tizanidine, 3x/day. The lyrica was sent in on 8/5/19 with two refills. The tizanidine was prescribed on 4/18/19, 90 day supply, with 2 refills.
Preventative Care:Dr. Collin St. Clair for her rheumatologist. Dr. Abbas is her rheumatologist.
Return to Clinic in before 11/6/19 to f/u on the treatment plan with Dr. Roden.

. **Complex regional pain syndrome** -

in right shoulder and right forearm.

M89.00: Algoneurodystrophy, unspecified site

. **Pain of left hand**
M79.642: Pain in left hand

. **Pain in left arm**
M79.602: Pain in left arm

. **Pain in right arm**
M79.601: Pain in right arm

### Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 11/04/2019 at 09:45 AM
- COLLIN ST. CLAIR, DO for RECHECK at FAMILY MEDICINE ANDOVER on 11/21/2019 at 09:15 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/12/2020 at 09:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by ELLEN J FLINCHUM, MD, 09/23/2019.
Encounter performed and documented by ELLEN J FLINCHUM, MD
Encounter reviewed & signed by ELLEN J FLINCHUM, MD on 09/23/2019 at 6:22pm

**Encounter Date: 09/05/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 09/05/2019 09:30AM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SYED HAIDER ABBAS, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC | | |

5157

NEW LEXINGTON CLINIC PSC • , LEXINGTON KY 40504-2701

**REECE, JAMIE H (id #21591363, dob:**
Insurance # :
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: EXPRESS SCRIPTS - Member is eligible. details

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (901) 385-3600, Fax (800) 391-9707

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 09/05/2019 10:04 am | **Wt:** | 180 lbs 09/05/2019 10:04 am | **BMI:** | 28.2 09/05/2019 10:04 am |
| **BP:** | 105/71 sitting L arm 09/05/2019 10:05 am | **BP Cuff Size:** | adult 09/05/2019 10:05 am | **Pulse:** | 65 bpm regular 09/05/2019 10:06 am |
| **RR:** | 18 09/05/2019 10:05 am | | | | |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) every day by oral route at bedtime. | 06/20/19 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **Estrace 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 08/21/19 | entered |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit**<br>Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.<br>**Internal Note:** PA approved 6/9/19-78/20 | 08/12/19 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 08/06/19 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 04/18/19 | prescribed |
| **ZyrTEC 10 mg capsule** | 11/17/17 | entered |

Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Globus sensation - Onset: 07/13/2017
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 00/05/2019
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 08/21/2019)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**

## HPI

she seen today as a work in for evaluation of pain and swelling involving the left hand going over the last 2 weeks. No trauma or injury reported. No rashes reported. Denies any insect bites. She does have history of complex regional pain syndrome involving the right upper extremity. She also has psoriatic arthritis and is currently doing on Humira injections. No side effects reported.

## ROS

Patient reports **arthralgias/joint pain and swelling in joints; left hand**. She reports no difficulty hearing and no ear pain. She

reports no frequent nosebleeds and no nose/sinus problems. She reports no sore throat, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no pleuritic chest pain, no shortness of breath when walking, no shortness of breath when lying down, and no Raynaud's Phenomenon. She reports no cough, no wheezing, no shortness of breath, and no coughing up blood. She reports no abdominal pain, no constipation, no dysphagia, no vomiting, normal appetite, no diarrhea, and not vomiting blood. She reports no rashes, no ulcers, no loss of hair, no tightening of the skin, and no psoriasis.
**ROS as noted in the HPI**

## Physical Exam

Patient is a 50-year-old
female.

**Constitutional:**General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally and normal tandem gait test.

**Mental Status:**Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Neck:**Neck: FROM, trachea midline, and no masses. Lymph Nodes: no cervical LAD, supraclavicular LAD, axillary LAD, or inguinal LAD. Thyroid: no enlargement, tenderness, or nodules.

**Lungs:**Respiration: no dyspnea and good air movement. Percussion: no dullness, flatness, or hyperresonance. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal and CTA except as noted.

**Cardiovascular System:**Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no JVD. Pulses including femoral / pedal: normal throughout.

**Musculoskeletal System:**Joints, Bones, and Muscles: **tenderness (left hand and wrist swelling especially the left ring middle and index finger.**). Extremities: no edema.

## Procedure Documentation

**Injection Joint/Bursa, Interm, w/o US:**

After discussion of the risks and benefits, the patient consented to proceed with a steroid injection into the left wrist. Confirmed that the patient does not have history of prior adverse reactions, active infections, or relevant allergies. There was no effusion, erythema, or warmth, and the skin was clear.

The skin was prepped in a sterile fashion. Topical anesthesia was achieved with ethyl chloride. The joint was injected with 1 cc of DepoMedrol, 40 mg/ml, and Lidocaine. The injection was completed without complication, and a bandage was applied. The patient tolerated the procedure well and was instructed to avoid strenuous activity for the next 24-48 hours and to use ice, NSAIDs, or Tylenol for pain as needed. The patient will call immediately with any signs of infection or allergic reaction. The patient will return as needed.

Medication NDC#:0703-0045-01
Medication Lot#:31326734c
Medication Exp:10/2020.

Lidocaine/Marcaine NDC#:0409-4276-17
Lidocaine/Marcaine Lot#:90-030-DK
Lidocaine/Marcaine Exp: 06//2020

## Assessment / Plan

. **Swelling of hand** - Left -

recent left hand and wrist swelling, with her history of psoriasis when can consider psoriatic arthritis as the possible etiology. However, the nature of the swelling is somewhat atypical especially as his more diffuse and raises concerns about possibility of complex regional pain. Interestingly, she has history of right upper extremity complex regional pain syndrome.

I would like to give her a therapeutic trial of corticosteroid injection in the left wrist to see if this alleviates her symptoms. I would still like her to continue with the current dose of Humira.

R22.32: Localized swelling, mass and lump, left upper limb

Return to Office

- THERESA A WILP, APRN for RECHECK at PAIN MEDICINE on 09/30/2019 at 09:15 AM
- COLLIN ST. CLAIR, DO for RECHECK at FAMILY MEDICINE ANDOVER on 11/21/2019 at 09:15 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/12/2020 at 09:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

Encounter Sign-Off

Encounter signed-off by SYED HAIDER ABBAS, MD, 09/05/2019.
Encounter performed and documented by SYED HAIDER ABBAS, MD
Encounter reviewed & signed by SYED HAIDER ABBAS, MD on 09/05/2019 at 10:28am

**Encounter Date: 08/21/2019**

Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 08/21/2019 11:00AM |
| **DOB** | | **Service Dept.** | FAMILY MEDICINE ANDOVER |
| **Provider** | COLLIN ST. CLAIR, DO | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313075<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

Chief Complaint

ESTABLISH CARE

Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3400 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1006, Ph (859) 263-5140, Fax (859) 263-5141

Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (901) 385-3600, Fax (800) 391-9707
COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621

Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 08/21/2019 11:05 am | **Wt:** | 179 lbs 08/21/2019 11:05 am | **BMI:** | 28 08/21/2019 11:05 am |
| **BP:** | 128/85 sitting R arm 08/21/2019 11:16 am | **Pulse:** | 91 bpm 08/21/2019 11:16 am | **RR:** | 16 08/21/2019 11:16 am |
| **O2Sat:** | 98% Room Air at Rest 08/21/2019 11:17 am | | | | |

Allergies

**REECE, JAMIE H (id #21591363, dob: )**

Reviewed Allergies

**LORTAB:** Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:40:15 PM;

## Medications

Reviewed Medications

**amitriptyline 10 mg tablet** — 06/20/19 prescribed
Take 1 tablet(s) every day by oral route at bedtime.

**esomeprazole magnesium 40 mg capsule,delayed release** — 02/25/19 renewed
TAKE 1 CAPSULE DAILY

**Estrace 1 mg tablet** — 08/21/19 entered
Take 1 tablet(s) every day by oral route.

**Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** — 08/12/19 prescribed
Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.

**Lyrica 100 mg capsule** — 08/06/19 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** — 11/17/17 entered

**Probiotic** — 11/17/17 entered

**tiZANidine 4 mg tablet** — 04/18/19 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**ZyrTEC 10 mg capsule** — 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems

- Globus sensation - Onset: 07/13/2017
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

**REECE, JAMIE H (id #21591363, dob: )**

## Social History

Reviewed Social History
**Family Medicine**
Non-smoker
Chewing tobacco: none
Tobacco-years of use: 0
Tobacco cessation counseling provided date: (Notes: tdotson14 answered No to the Tobacco cessation counseling provided question on 04/09/2019.)
Alcohol intake: Occasional
Marital status: Married
Occupation: Toyota/on medical leave
Illicit drugs: no
Tobacco Smoking Status: Never smoker
Smokeless Tobacco Status: Never used smokeless tobacco
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 08/05/2019

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

Reviewed GYN History

## Obstetric History

Reviewed Obstetric History

## Past Medical History

Reviewed Past Medical History
Allergies/Hayfever: **Y**
Chicken Pox: **Y**
Headaches: **Y**
Vision or Eye Problems: **Y** - **glasses**

## HPI

Jamie is a 50-year-old non-smoking female with history of psoriatic arthritis, IBS, chronic right shoulder pain, and hysterectomy now on HRT presenting to establish care. Patient previously following with family practice Associates.

Psoriatic arthritis-doing well on Humira. Follows with rheumatology.

IBS-follows with gastroenterology. Currently on amitriptyline, Nexium.

Complex regional pain syndrome-symptoms currently stable on Lyrica, tizanidine. Follows with pain management.

HRT-currently on estradiol 1 mg daily. Management by Dr. Green with women's care. Symptoms stable.

GAD- on problem list. Denies this being active problem. Denies excessive anxiety.

Allergies-on Zyrtec.

Heart palpitations-Occasional, chronic, previous work-up negative. Not problematic to patient.

## ROS

**Additionally reports:**

**Full ROS reviewed per document to be scanned into chart.**

## Physical Exam

Patient is a 50-year-old
female.

GENERAL: Well-developed. Well-nourished. No acute distress.
EYES: No erythema or discharge.
HEAD: Normocephalic. Atraumatic.
CARDIOVASCULAR: Regular rate and rhythm. No murmurs appreciated.
RESPIRATORY: Lungs clear to auscultation bilaterally. No wheezing/rales/rhonchi. Normal work of breathing.
MUSCULOSKELETAL: Moving all extremities. Gait intact.
GASTROINTESTINAL: Soft. Non-tender. Non-distended.
SKIN: Warm and dry. Normal color.
NEUROLOGICAL: Awake and alert.
PSYCHOLOGICAL: Normal judgment, insight, mood, and affect.

## Assessment / Plan

Jamie is a 50-year-old non-smoking female with history of psoriatic arthritis, IBS, chronic right shoulder pain, and hysterectomy now on HRT presenting to establish care. Patient previously following with family practice Associates.

# Health Maintenance

Colonoscopy: Discuss at follow-up

Pap: Hysterectomy

Mammogram: Normal 2019 per patient

Shingrix: Discuss at follow-up

Hepatitis A: Discuss at follow-up

HIV: Declined, negative during pregnancy

. **Psoriatic arthritis** -

--Symptoms stable. Continue Humira and management per rheumatology.

L40.50: Arthropathic psoriasis, unspecified

. **Irritable bowel syndrome with diarrhea** -

--Symptoms stable. Continue current amitriptyline, Nexium.

K58.0: Irritable bowel syndrome with diarrhea

. **Complex regional pain syndrome** -

--Stable. Continue current Lyrica, tizanidine, and management per pain clinic.

M89.00: Algoneurodystrophy, unspecified site

- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS

. **Palpitations** -

--Chronic, unchanged. Not concerning/problematic to pt. No concerning associated symptoms. Pt reports negative work-up previously. CTM.

R00.2: Palpitations
- PALPITATIONS: CARE INSTRUCTIONS

. **Hormone replacement therapy** -

--Discussed risks/benefits of ERT. Continue management per Dr. Green (OBGYN, Women's care).

Z79.890: Hormone replacement therapy
- HORMONE THERAPY (HT): CARE INSTRUCTIONS

. **Allergic rhinitis** -

--Continue zyrtec.

J30.9: Allergic rhinitis, unspecified
- ALLERGIES: CARE INSTRUCTIONS
- MANAGING YOUR ALLERGIES: CARE INSTRUCTIONS

. **Adult health examination** -

Z00.00: Encounter for general adult medical examination without abnormal findings
- LIPID PANEL
- GLYCOHEMOGLOBIN A1C

Return to Office
- THERESA A WILP, APRN for RECHECK at PAIN MEDICINE on 09/30/2019 at 09:15 AM
- COLLIN ST. CLAIR, DO for RECHECK at FAMILY MEDICINE ANDOVER on 11/21/2019 at 09:15 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/12/2020 at 09:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by COLLIN ST. CLAIR, DO, 08/21/2019.
Encounter performed and documented by COLLIN ST. CLAIR, DO
Encounter reviewed & signed by COLLIN ST. CLAIR, DO on 08/21/2019 at 2:56pm

**Encounter Date: 08/12/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 08/12/2019 08:15AM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SYED HAIDER ABBAS, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

None recorded.

Patient's Care Team

Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (901) 385-3600, Fax (800) 391-9707
COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621

Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 08/12/2019 08:31 am | **Wt:** | 180 lbs 08/12/2019 08:31 am | **BMI:** | 28.2 08/12/2019 08:31 am |
| **BP:** | 112/82 sitting R arm 08/12/2019 08:33 am | **BP Cuff Size:** | adult 08/12/2019 08:33 am | **Pulse:** | 76 bpm regular 08/12/2019 08:32 am |
| **RR:** | 18 08/12/2019 08:32 am | | | | |

Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

Medications

Reviewed Medications

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) every day by oral route at bedtime. | 06/20/19 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit**<br>Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days. | 08/12/19 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 08/06/19 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 04/18/19 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

Vaccines

None recorded.

Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018

- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Abdominal pain - Onset: 04/23/2019
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 08/05/2019
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**

## HPI

she is seen today as a follow up on PsA and CRPS.

last visit was in 2/2019.

she was off the Humira, just went back on Humira at 40 mg q 2 weeks.

Remains with Dr Roden for the right arm CRPS.

On Lyrica 100 mg po q 8 hours.

further on anti-depressant.

unable to tolerate the right arm compression sleeve.

unable to tolerate the gabapentin due to GI up set.

otherwise, she remains fairly stable.

## ROS

Patient reports **swelling in the extremities (right arm. ) chronic pains in neck.** . She reports **psoriasis**. She reports **paresthesia (right arm.
chronic and stable)**. She reports **depression**; **sstable**. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no pleuritic chest pain, no shortness of breath when walking, no shortness of breath when lying down, and no Raynaud's Phenomenon. She reports no cough, no wheezing, no shortness of breath, and no coughing up blood.
**ROS as noted in the HPI**

## Physical Exam

Patient is a 50-year-old
female.

**Constitutional:**General Appearance: **overweight**. Level of Distress: NAD.

**Lungs:**Respiration: no dyspnea and good air movement. Percussion: no dullness, flatness, or hyperresonance. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal and CTA except as noted.

**Cardiovascular System:**Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no JVD. Pulses including femoral / pedal: normal throughout.

**Musculoskeletal System:**Joints, Bones, and Muscles: normal movement of all extremities;**stable.
without active synovitis or effusions noted. No dactylitis noted**. Extremities: **edema (minimal right arm, secondary to CRPS)**.

**Neurological Exam:**Motor: **no acute process.**
.

## Assessment / Plan

. **Psoriasis with arthropathy** -

pleasant 50-year-old female with chronic well-controlled psoriatic arthritis.

Unfortunately, she and to come off the Humira due to some insurance and pharmacy issue. Most recently she went back on the Humira at 40 mg every 2 weeks. Both skin and joints are doing well now.

No side effects reported.

No interval infections reported.

I have suggested her to continue with the current dose of Humira. Follow up with the labs today.

she has had some elevations of liver enzymes with methotrexate used which we have stopped.

She can continue to follow her liver functions with the family doctor.

follow up with a TB test every 12 months and CBC every 3 months while taking Humira.

L40.50: Arthropathic psoriasis, unspecified

- PSORIASIS: CARE INSTRUCTIONS
- Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit - Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days. Qty: 3 kit(s) of 2 Refills: 3 Pharmacy: ACCREDO Note to Pharmacy: fill when due

. **Complex regional pain syndrome** -

Please see my previous notes for details.

Briefly, has CRPS Type I, right arm after right shoulder and elbow injury due to repititive work at Toyota factory. Initially symptoms started some time early January 2018.

she is currently followed at the pain management clinic and is now on Lyrica at 100 mg 3 times a day.

She will continue with the suggestions of the pain management clinic..

M89.00: Algoneurodystrophy, unspecified site
- LEARNING ABOUT HEALTHY WEIGHT
- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS

. **Long-term drug therapy** -

needs to have a CBC today.

Repeat TB test in summer.

Z79.899: Other long term (current) drug therapy
- CBC
- QTB GOLD

Return to Office
- COLLIN ST. CLAIR, DO for NEW PATIENT at FAMILY MEDICINE ANDOVER on 08/21/2019 at 11:00 AM
- THERESA A WILP, APRN for RECHECK at PAIN MEDICINE on 09/30/2019 at 09:15 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/12/2020 at 09:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

Encounter Sign-Off
Encounter signed-off by SYED HAIDER ABBAS, MD, 08/12/2019.
Encounter performed and documented by SYED HAIDER ABBAS, MD
Encounter reviewed & signed by SYED HAIDER ABBAS, MD on 08/12/2019 at 9:01am

**Encounter Date: 08/05/2019**

Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 08/05/2019 09:45AM |
| **DOB** | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY | | |

Case Injury Date : 01/30/2018
Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC
Insurance #
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: EXPRESS SCRIPTS - Member is eligible. details

## Chief Complaint

medication follow up, arm pain

Jamie Reece 50 y/o female is following up on complex regional sydrome, in the setting of medication management patient notes relief with the lyrica 100 mg TID. She does not some electrical shocks that radiates down the right arm at times. Pain today is rated as 3 today

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, **Ph** (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, **Ph** (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, **Ph** (901) 385-3600, Fax (800) 391-9707
COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, **Ph** (859) 245-3630, Fax (859) 245-3621
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, **Ph** (502) 570-4608, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 08/05/2019 10:13 am | **Wt:** | 171 lbs 08/05/2019 10:13 am | **BMI:** | 26.8 08/05/2019 10:13 am |
| **BP:** | 118/62 sitting 08/05/2019 10:14 am | **Pain Scale:** | 3 08/05/2019 10:15 am | | |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) every day by oral route at bedtime. | 06/20/19 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **Humira 40 mg/0.8 mL subcutaneous syringe kit**<br>Inject 40 mg every 2 weeks by subcutaneous route. | 07/17/19 | prescribed |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit**<br>Inject 0.4 mL every 2 weeks by subcutaneous route. | 07/24/19 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 08/05/19 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |

**REECE, JAMIE H (id #21591363, dob:**

| | | |
|---|---|---|
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 04/18/19 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Abdominal pain - Onset: 04/23/2019
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Most Recent Tobacco Use Screening: 08/05/2019

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Headaches: **Y**

## HPI

50-year-old female presenting for follow-up with regards to medication management in the setting of CRPS of the right upper extremity. At her last appointment, patient was dose escalated on her Lyrica to 100 mg 3 times a day.

## ROS

Patient reports **muscle aches, muscle weakness, arthralgias/joint pain, and back pain** but reports no swelling in the extremities and no neck pain. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise

intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:**General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD.

**Psychiatric:**Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:**Head: normocephalic and atraumatic.

**Eyes:**EOM: EOMI.

**Lungs:**Respiratory effort: no dyspnea.

**Cardiovascular System:**Heart Auscultation: RRR.

**Abdomen:**Bowel Sounds: normal. Inspection and Palpation: soft and non-distended.

**Musculoskeletal::**Joints, Bones, and Muscles: normal movement of all extremities and**tenderness** (**cervical paraspinals and trapezius muscles**).

**Motor Strength:**Motor Strength and Tone: normal and normal tone. C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

**Neurologic:**Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:**Inspection and palpation: no rash or lesions.

**Spine - Special Tests:**Cervical Spine negative axial loading test and Spurling's test and (normal) cervical spine. Other Findings **Myofascial pain**.

## Assessment / Plan

50-year-old female presenting for follow-up with regards to medication management in the setting of CRPS of the right upper extremity. At her last appointment, patient had her Lyrica dose adjusted to 100 mg 3 times a day. She returns today noting good improvement in symptoms with the use of the medication. She reports mild cognitive symptoms but notes that they have improved over the course of the month. She reports that they are not infringing on her ability to function nor do they affect her overall activities throughout the day. She is quite happy with her medication regimen at current. She does no benefit with the use of tizanidine for her muscle spasms into her neck and shoulders. She continues to do massage therapy with benefit. We'll plan to refill her medications for 2 month supply. I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient has a signed pain management agreement per clinic policy. Urine drug screen is up to date and appropriate as per Kentucky medical board guidelines. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient. Patient will follow-up in 2 months for further evaluation.

. **Complex regional pain syndrome**

**REECE, JAMIE H (id #21591363, dob:**

M89.00: Algoneurodystrophy, unspecified site

- Lyrica 100 mg capsule - Take 1 capsule(s) 3 times a day by oral route. Qty: 90 capsule(s) Refills: 2 Pharmacy: WALMART PHARMACY 3894

**Patient Instructions**

WRAP-UP

Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- Refill Lyrica

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

**Discussion Notes**

Spent 25 total minutes with the patient today. Greater than 50% of this time was spent counseling/coordination of care as documented in my assessment and plan above.

## Return to Office

- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 08/12/2019 at 08:15 AM
- THERESA A WILP, APRN for RECHECK at PAIN MEDICINE on 09/30/2019 at 09:15 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 08/05/2019.
Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 08/05/2019 at 10:25am

**Encounter Date: 07/08/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 07/08/2019 09:30AM |
| **DOB** | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

arm pain, medication follow up

Jamie Reece 50 y/o female is following up on medication management in the setting of CRPS. Regiment of Lyrica 75mg BID, she returns to clinic today noting minimal benefit with this regiment she states she is still having pain in the right arm. She denies any

adverse reactions with this medication just notes pain complaints

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

07/08/2019 10:01 am

**Ht:** 5 ft 7 in **Wt:** 173 lbs **BMI:** 27.1

**BP:** 112/68 sitting **Pain Scale:** 4

## Allergies

Reviewed Allergies

**LORTAB:** Itching - Reaction: ITCHING, Comment: Created By: Myers Darla,Created Date: 12/27/2000 2:40:15 PM,

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) every day by oral route at bedtime. | 06/20/19 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 03/11/19 | prescribed |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route as needed. | 11/16/18 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 07/08/19 | prescribed |
| **Lyrica 50 mg capsule**<br>Take 1 capsule(s) twice a day by oral route. | 05/29/19 | prescribed |
| **Lyrica 75 mg capsule**<br>Take 1 capsule(s) twice a day by oral route. | 06/10/19 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 04/18/19 | prescribed |
| **traMADol 50 mg tablet** | 12/20/18 | prescribed |

5174

# Facsimile Cover Sheet

**To:**
**Company:**
**Phone:**
**Fax:** (603) 334-3543

**From:** Katelynn Nolen
**Company:**
**Phone:** (859) 225-3731 * 108
**Fax:** 18592253731

**Date:** 07/15/2020
**Pages including this cover sheet:** 115

## Comments:

Claimant: Jamie H. Reece
Claim No.: 8356763

MEHR, FAIRBANKS & PETERSON
TRIAL LAWYERS

201 West Short Street, Suite 800 • Lexington, Kentucky 40507 • 859-225-3731 • 859-225-3830 • www.mehrfairbanks.com

M. Austin Mehr amehr@austinmehr.com
Philip G. Fairbanks pgf@austinmehr.com
Erik D. Peterson edp@austiumehr.com
Bartley K. Hagerman bkh@austinmehr.com
Elizabeth A. Thornsbury elizabeth@austinmehr.com

July 15, 2020

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
Attn: Erika Cruz
P.O. Box 7209
London, KY 40742

***sent via facsimile: 603-334-3543***

**RE: Claimant: Jamie H. Reece**
**Claim No.: 8356763**

Dear Ms. Cruz:

Per your request, please find enclosed the updated medical records from Lexington Clinic. Please promptly advise if you need any further information. We look forward to the continued payment of my client's monthly LTD benefits, uninterrupted.

Sincerely,

*/s/ Bartley K. Hagerman*

Bartley K. Hagerman

BKH/kmn

Enclosure

NEW LEXINGTON CLINIC PSC • , LEXINGTON KY 40504-2701

**REECE, JAMIE H (id #21591363, dob:**

# Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 06/19/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE. JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 06/19/2020 10:45AM |
| **DOB** | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |

**Insurance**
Med Primary: BCBS-OH (PPO)
Insurance # : TOAAN1313675
Policy/Group # : 003320100TEAP064
Employer Name : TOYOTA
Med Worker's Comp: MSMM
Referring Provider Name : DONEGAN, RYAN P
Employer Name : KELLY SERVICES
Case # : SA211932PVY
Case Injury Date : 01/30/2018
Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC
Insurance # :
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: EXPRESS SCRIPTS - Member is eligible. details

## Chief Complaint

This is a 51 year old female following up for medication management for CRPS. She reports some improvement from the lyrica 100mg TID and tizanidine 4mg TID PRN. She states last dose of lyrica was 6/19/2020. She reports that she has been scheduled for Neurology, but is going to reschedule due to the time not working for her. She states that she started noticing nerve pain in her BLE that started approximately 3 weeks ago.

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider (Worker's Comp):** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS MO 63134, Ph (888) 327-9791, Fax (800) 837-0959**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (844) 516-3319, Fax (800) 391-9707
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

06/19/2020 11:19 am

**Ht:** 5 ft 7 in **Wt:** 188 lbs **BMI:** 29.4

**BP:** 134/78 sitting L arm **Pain Scale:** 5

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/20/20 | renewed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** | 10/02/19 | prescribed |

**REECE, JAMIE H (id #21591363, dob:**

Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.
**Internal Note:** PA approved 6/9/19-78/20

| | | |
|---|---|---|
| **Imitrex 50 mg tablet**<br>TAKE 1 TAB AT ONSET OF MIGRAINE, MAY REPEAT AFTER 2 HOURS X 1 | 01/15/20 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 05/15/20 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **predniSONE 20 mg tablet**<br>2 po x 3 days, then 1 po x 3 days | 10/11/19 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 05/15/20 | prescribed |
| **traMADoL 50 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 30 days. | 10/07/19 | prescribed |
| **Valtrex 1 gram tablet**<br>Take 1 tablet(s) every 8 hours by oral route for 7 days. | 03/30/20 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems

- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker

Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 06/19/2020
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 03/30/2020)

## Past Medical History

Reviewed Past Medical History
Arthritis: **Y**
Headaches: **Y**

## HPI

51-year-old female presenting for follow-up with regards to CRPS. She notes ongoing symptoms in the right upper extremity with discomfort through the upper arm and into the forearm. Her current regimen consists of Lyrica 100 mg 3 times a day and tizanidine when necessary.

## ROS

Patient reports **arthralgias/joint pain and neck pain** but reports no muscle aches, no muscle weakness, and no swelling in the extremities. She reports **frequent or severe headaches** but reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, and no tremor. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 51-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD.

**Psychiatric:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected.

**Neck:** Neck: supple and trachea midline.

**Lungs:** Respiratory effort: no

dyspnea.

**Cardiovascular System:**Heart Auscultation: normal S1 and S2 and RRR.

**Abdomen:**Inspection and Palpation: soft, non-distended, and no tenderness.

**Musculoskeletal::**Joints, Bones, and Muscles: normal movement of all extremities and**tenderness (cervical paraspinal, rhomboids and trapezius muscles); right arm cast**.

**Motor Strength:**Motor Strength and Tone: normal and normal tone. C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

**Neurologic:**Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:**Inspection and palpation: no rash or lesions.

**Spine - Special Tests:**Cervical Spine negative axial loading test and Spurling's test and (normal) cervical spine. Other Findings **Myofascial pain**. Lumbar / Lumbosacral Spine (normal) lumbar / lumbosacral spine.

## Assessment / Plan

51-year-old female presenting for follow-up with regards to CRPS. She continues to note ongoing allodynia, temperature change and edema throughout the right upper extremity. She has noticed more recently a deeper ache in through the upper arm. She notices a similar ache in the anterior thigh of her right leg. She denies radiating or radicular pain but describes the pain as more focal in the anterior aspect of the right thigh. She reports lifting herself from a chair recently with worsening myofascial pain throughout the shoulder capsule and right neck. She has a yoga ball at home and plans to resume home stretching. On exam, she has preserved motor strength throughout. She does however mild edema throughout the right upper arm to the forearm. I don't suspect that her pain in her leg is necessary radicular or coming from her back. Should pain progressing continue, we can consider lumbar MRI or even EMG/nerve conduction study. At this time, patient would like to proceed conservatively and I think this is reasonable. She will plan to resume home stretching exercises.

Her current regimen consists of Lyrica 100 mg 3 times a day and tizanidine when necessary. Should pain continue, we can consider dose escalation of Lyrica 200 mg twice a day. At this time, we will plan to continue her current regimen. Patient will follow-up in 4 months for further evaluation.

. **Complex regional pain syndrome**

M89.00: Algoneurodystrophy, unspecified site

- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS

**'atient Instructions**

WRAP-UP
Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- Continue current regimen

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

**Discussion Notes**

Discussion Notes

Spent 25 total minutes with the patient today. Greater than 50% of this time was spent counseling/coordination of care as documented in my assessment and plan above.

Return to Office

- ANDREW SCHNEIDER, MD for CONSULT at NEUROLOGY CHI SJOP on 06/26/2020 at 08:30 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 11/13/2020 at 10:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 06/19/2020.
Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 06/19/2020 at 11:54am

**Encounter Date: 05/15/2020**

Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 05/15/2020 10:45AM |
| **DOB** | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

Chief Complaint

This is a 51 year old female following up for medication management for CRPS. She reports improvement from the lyrica 100mg TID. She also notes improvement from the tizanidine 4mg TID PRN. She reports increased headaches. Reports she had start back to PT and had to postpone due to COVID-19. States when she started back they did not offer massage therapy. States last dose of the tizanidine was 5/14/2020 and last dose of the lyrica 5/15/2020.

Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider (Worker's Comp):** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

Patient's Pharmacies

**EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS MO 63134, Ph (888) 327-9791, Fax (800) 837-0959**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (877) 222-7336, Fax (800) 391-9707
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

Vitals

05/15/2020 10:15 am

| | | |
|---|---|---|
| **Ht:** 5 ft 7 in | **Wt:** 180 lbs | **BMI:** 28.2 |
| **BP:** Not Performed - Not indicated | **Pain Scale:** 5 | |

Allergies

Reviewed Allergies

**REECE, JAMIE H (id #21591363, dob:**

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

**esomeprazole magnesium 40 mg capsule,delayed release** — 02/20/20 renewed
TAKE 1 CAPSULE DAILY

**Estrace 1 mg tablet** — 08/21/19 entered

**Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** — 10/02/19 prescribed
Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.
**Internal Note:** PA approved 6/9/19-78/20

**Imitrex 50 mg tablet** — 01/15/20 prescribed
TAKE 1 TAB AT ONSET OF MIGRAINE, MAY REPEAT AFTER 2 HOURS X 1

**Lyrica 100 mg capsule** — 05/15/20 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** — 11/17/17 entered

**predniSONE 20 mg tablet** — 10/11/19 prescribed
2 po x 3 days, then 1 po x 3 days

**Probiotic** — 11/17/17 entered

**tiZANidine 4 mg tablet** — 05/15/20 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** — 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**Valtrex 1 gram tablet** — 03/30/20 prescribed
Take 1 tablet(s) every 8 hours by oral route for 7 days.

**ZyrTEC 10 mg capsule** — 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems

- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

**REECE, JAMIE H (id #21591363, dob:**

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 05/15/2020
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 03/30/2020)

## Past Medical History

Reviewed Past Medical History
Arthritis: **Y**
Headaches: **Y**

## HPI

**Pain Management Interval History**
Reported by patient.
Notes:

None.
51-year-old female presenting for follow-up with regards to medication management the setting of CRPS. SHe notes worsening frontal headaches as of late. Her current medication regimen, she does no benefit with the use of Lyrica 100 mg 3 times a day and tizanidine PRN.

Visit today is being conducted via telehealth using both audio and video. Patient has expressed an understanding of the telehealth process and has consented.

## ROS

Patient reports **arthralgias/joint pain and neck pain** but reports no muscle aches, no muscle weakness, and no swelling in the extremities. She reports **frequent or severe headaches** but reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, and no tremor. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no

anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 51-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD.

**Psychiatric:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected.

**Lungs:** Respiratory effort: no dyspnea.

**Musculoskeletal::** Joints, Bones, and Muscles: normal movement of all extremities and **tenderness (neck and R shoulder)**; **right arm cast**.

**Neurologic:** Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no rash or lesions.

## Assessment / Plan

51-year-old female presenting for follow-up with regards to CRPS. She notes ongoing symptoms in the right upper extremity with discomfort through the upper arm and into the forearm. She also has a myofascial component of her pain with tension through the right axial neck and shoulder. She was previously referred to physical therapy and continues to do home stretching exercises with benefit. She was receiving massage therapy weekly with substantial improvement in pain. She has discontinued massage therapy secondary to financial constraint. We will plan to write a letter for therapeutic massage to her insurance to hopefully get approval.

Over the last month, patient has noted recurrence of her frontal headaches. She was previously managed by neurology and had used migraine prophylaxis in the past. She has not seen a neurologist in several years. Symptoms seem to have worsened with increases in social stressors. She is concerned about losing her job as her disability runs out in October. She continues to note ongoing headaches mainly in the frontal and temporal region bilaterally. She denies aura. We will plan to refer her to neurology today for further evaluation.

In terms of medication management, her current regimen consists of Lyrica 100 mg 3 times a day and tizanidine when necessary. She does note improvement symptoms with the use of the medicine. She denies any adverse side effects. She notes improved ability to perform her ADLs. We will plan to refill her medication for a 6 month supply. I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient has a signed pain management agreement per clinic policy. Urine drug screen is up to date and appropriate as per Kentucky medical board guidelines. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient. Patient will follow-up in 6 months for further evaluation.

. **Complex regional pain syndrome**

M89.00: Algoneurodystrophy, unspecified site

- Lyrica 100 mg capsule - Take 1 capsule(s) 3 times a day by oral route. Qty: 270 capsule(s) Refills: 1 Pharmacy: EXPRESS SCRIPTS HOME DELIVERY

. **Headache**

R51: Headache

- HEADACHE: CARE INSTRUCTIONS
- NEUROLOGY REFERRAL - Schedule Within: provider's discretion

. **Myofascial pain**

M79.10: Myalgia, unspecified site

- tizanidine 4 mg tablet - Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. Qty: 270 tablet(s) Refills: 2 Pharmacy: EXPRESS SCRIPTS HOME DELIVERY

5121

**REECE, JAMIE H (id #21591363, dob:**

**'atient Instructions**

WRAP-UP

Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- Referral to Neurology

- Letter for therapeutic massage

- Refill Lyrica

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

**)iscussion Notes**

Spent 15 total minutes with the patient today. Greater than 50% of this time was spent counseling/coordination of care as documented in my assessment and plan above. We discussed appropriate use of controlled substances including side effects and interactions with other medications. We reviewed conservative measures including gentle stretching as well as yoga/Pilates. We also discussed use of adjuncts including OTC NSAIDS/Tylenol when appropriate as well as use of ice/heat, massage and TENS.

## Return to Office

- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 05/15/2020.
Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 05/15/2020 at 2:04pm

**Encounter Date: 03/30/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 03/30/2020 11:00AM |
| **DOB** | | **Service Dept.** | FAMILY MEDICINE ANDOVER |
| **Provider** | COLLIN ST. CLAIR, DO | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Patient's Care Team

**REECE, JAMIE H (id #21591363, dob:**

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider (Worker's Comp):** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (877) 222-7336, Fax (800) 391-9707

## Vitals

None recorded.

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

**esomeprazole magnesium 40 mg capsule,delayed release** 02/20/20 renewed
TAKE 1 CAPSULE DAILY

**Estrace 1 mg tablet** 08/21/19 entered

**Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** 10/02/19 prescribed
Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.
**Internal Note:** PA approved 6/9/19-78/20

**Imitrex 50 mg tablet** 01/15/20 prescribed
TAKE 1 TAB AT ONSET OF MIGRAINE, MAY REPEAT AFTER 2 HOURS X 1

**Lyrica 100 mg capsule** 03/06/20 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** 11/17/17 entered

**predniSONE 20 mg tablet** 10/11/19 prescribed
2 po x 3 days, then 1 po x 3 days

**Probiotic** 11/17/17 entered

**tiZANidine 4 mg tablet** 03/06/20 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**Valtrex 1 gram tablet** 03/30/20 prescribed
Take 1 tablet(s) every 8 hours by oral route for 7 days.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|

**REECE, JAMIE H (id #21591363, dob:**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
**Family Medicine**
Tobacco cessation counseling provided date: (Notes: tdotson14 answered No to the Tobacco cessation counseling provided question on 04/09/2019.)
Alcohol intake: None
Marital status: Married
Occupation: Toyota/on medical leave
Illicit drugs: no
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 03/06/2020
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Tonsillectomy - 1973
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

## GYN History

Reviewed GYN History

## Obstetric History

Reviewed Obstetric History

## Past Medical History

Reviewed Past Medical History
Allergies/Hayfever: **Y**
Arthritis: **Y**
Chicken Pox: **Y**
Headaches: **Y**
Vision or Eye Problems: **Y** - **glasses**

**REECE, JAMIE H (id #21591363, dob:**

## HPI

Visit today is being conducted via telehealth using both audio and video. Patient has expressed an understanding of the telehealth process and has consented.

Jamie is a 51-year-old non-smoking female with history of psoriatic arthritis, IBS, chronic right shoulder pain, and hysterectomy now on HRT presenting for:

Left upper back pain- No rash at this time. 2 days ago, started having discomfort in left upper back radiating into left upper/posterior arm. Nothing on opposite side. Felt pulling sensation, but no acute injury, then starting developing sensitivity in the area. Husband has been monitoring area and no rash to this point. No previous shingles. Has CRPS affects right side, symptoms aren't similar to this. No F/C/N/V. No SOA. Rhinorrhea 5-7 days ago. Her discomfort improves with lyrica.

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 51-year-old female.

**Constitutional:**General Appearance: healthy-appearing. Level of Distress: NAD.

**Psychiatric:**Mental Status: normal mood and affect.

**Head:**Head: normocephalic and atraumatic.

**Lungs:**Respiratory effort: no dyspnea.

**Skin:**Inspection and palpation: **No rash of exposed surfaces. No rash reported currently at left upper back, no visualized during visit.**.

## Assessment / Plan

. **Herpes zoster** -

Concern for shingles- prodromal pain at this time with no rash. Symptoms improve with lyrica that she is already taking. Will start course of valtrex. Call if symptoms persist or worsen.

B02.9: Zoster without complications

. **Vesicular eruption** -

R23.8: Other skin changes

- Valtrex 1 gram tablet - Take 1 tablet(s) every 8 hours by oral route for 7 days. Qty: 21 tablet(s) Refills: 0 Pharmacy: WALMART PHARMACY 3894

### Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 05/01/2020 at 10:00 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by COLLIN ST. CLAIR, DO, 03/30/2020.

Encounter performed and documented by COLLIN ST. CLAIR, DO

Encounter reviewed & signed by COLLIN ST. CLAIR, DO on 03/30/2020 at 11:19am

**Encounter Date: 03/06/2020**

## Patient

**Name** REECE, JAMIE (51yo, F) ID# 21591363 **Appt. Date/Time** 03/06/2020 08:45AM

NEW LEXINGTON CLINIC PSC • , LEXINGTON KY 40504-2701

**REECE, JAMIE H (id #21591363, dob**

| | | | |
|---|---|---|---|
| **DOB** | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |

**Insurance**
Med Primary: BCBS-OH (PPO)
Insurance # : TOAAN1313675
Policy/Group # : 003320100TEAP064
Employer Name : TOYOTA
Med Worker's Comp: MSMM
Referring Provider Name : DONEGAN, RYAN P
Employer Name : KELLY SERVICES
Case # : SA211932PVY
Case Injury Date : 01/30/2018
Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC
Insurance #
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: EXPRESS SCRIPTS - Member is eligible. details

## Chief Complaint

medication follow up

Jamie Reece is a 51 y/o female following up on CRPS, shes taking Lyrica 100mg, her last dose was 3/6/20 @ 6am. Pt stated shes having increased pain in her RT shoulder and neck that started 3-4 weeks ago. Rates her pain today at a 4/10.

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (877) 222-7336, Fax (800) 391-9707

## Vitals

03/06/2020 09:06 am

| | | |
|---|---|---|
| **Ht:** 5 ft 7 in | **Wt:** 190 lbs | **BMI:** 29.8 |
| **BP:** 132/88 sitting | **Pain Scale:** 4 | **Pain Scale Type:** Numeric |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/20/20 | renewed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit**<br>Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.<br>**Internal Note:** PA approved 6/9/19-78/20 | 10/02/19 | prescribed |
| **Imitrex 50 mg tablet**<br>TAKE 1 TAB AT ONSET OF MIGRAINE, MAY REPEAT AFTER 2 HOURS X 1 | 01/15/20 | prescribed |
| **Lyrica 100 mg capsule** | 03/06/20 | prescribed |

**REECE, JAMIE H (id #21591363, dob:**

Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** 11/17/17 entered

**predniSONE 20 mg tablet** 10/11/19 prescribed
2 po x 3 days, then 1 po x 3 days

**Probiotic** 11/17/17 entered

**tiZANidine 4 mg tablet** 03/06/20 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems

- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 03/06/2020
Chewing tobacco: none

## Surgical History

Reviewed Surgical History

- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 01/15/2020)

## Past Medical History

Reviewed Past Medical History
Arthritis: **Y**
Headaches: **Y**

## HPI

**Pain Management Interval History**
Reported by patient.
Notes:

None.
51-year-old female presenting for follow-up with regards to medication management the setting of CRPS. Her current regimen consists of Lyrica 100 mg 3 times a day. Today her principle concern is muscle spasms in the right shoulder and neck.

## ROS

Patient reports **arthralgias/joint pain and neck pain** but reports no muscle aches, no muscle weakness, and no swelling in the extremities. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 51-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD.

**Psychiatric:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected.

**Neck:** Neck: supple and trachea midline.

**Lungs:** Respiratory effort: no dyspnea.

**Cardiovascular System:** Heart Auscultation: RRR.

**Abdomen:** Bowel Sounds: normal. Inspection and Palpation: soft and non-

distended.

**Musculoskeletal:**:Joints, Bones, and Muscles: normal movement of all extremities and**tenderness** (**cervical paraspinal, rhomboids and trapezius muscles**); **right arm cast**.

**Motor Strength:**Motor Strength and Tone: normal and normal tone. C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

**Neurologic:**Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:**Inspection and palpation: no rash or lesions.

**Spine - Special Tests:**Cervical Spine negative axial loading test and Spurling's test and (normal) cervical spine. Other Findings **Myofascial pain**. Lumbar / Lumbosacral Spine (normal) lumbar / lumbosacral spine.

## Assessment / Plan

51-year-old female presenting for follow-up with regards to medication management the setting of CRPS. Patient returns today reporting worsening muscle spasms throughout the right axial neck and shoulder as well as around the shoulder blade. She notes having healed well following her ORIF of her right wrist. She is completed physical therapy and has full use of her right lower extremity. Her principle pain complaint today is ongoing myofascial pain throughout her right neck and shoulder. She has attended weekly massage sessions with some benefit. She has tried a TENS unit without relief. She currently takes tizanidine 4 mg 3 times a day with some benefit. We discussed repeat referral to physical therapy to help address her myofascial pain. Specifically she would benefit from massage therapy, ultrasound and dry needling. We will plan to make that referral today.

In terms of her current medication regimen, she does no benefit with the use of Lyrica 100 mg 3 times a day. She denies any adverse side effects. She notes improved ability to perform her ADLs. We'll plan to refill her medication for a two-month supply. I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient has a signed pain management agreement per clinic policy. Urine drug screen is up to date and appropriate as per Kentucky medical board guidelines. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient. Patient will follow-up in 2 months for further evaluation.

. **Complex regional pain syndrome**

M89.00: Algoneurodystrophy, unspecified site

- Lyrica 100 mg capsule - Take 1 capsule(s) 3 times a day by oral route. Qty: 270 capsule(s) Refills: 0 Pharmacy: EXPRESS SCRIPTS HOME DELIVERY

. **Myofascial pain**

M79.10: Myalgia, unspecified site

- PHYSICAL THERAPY REFERRAL - Schedule Within: provider's discretion
- tizanidine 4 mg tablet - Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. Qty: 270 tablet(s) Refills: 2 Pharmacy: EXPRESS SCRIPTS HOME DELIVERY

**'atient Instructions**

WRAP-UP

Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- Referral to PT

- Refill Lyrica

- Refill Tizanidine

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

**Discussion Notes**

Spent 25 total minutes with the patient today. Greater than 50% of this time was spent counseling/coordination of care as documented in my assessment and plan above.

## Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 05/01/2020 at 10:00 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 03/06/2020.
Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 03/06/2020 at 9:38am

**Encounter Date: 01/15/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 01/15/2020 10:00AM |
| **DOB** | | **Service Dept.** | FAMILY MEDICINE ANDOVER |
| **Provider** | COLLIN ST. CLAIR, DO | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

Headache

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (877) 222-7336, Fax (800) 391-9707

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 01/15/2020 10:09 am | **Wt:** | 185 lbs 01/15/2020 10:09 am | **BMI:** | 29 01/15/2020 10:09 am |
| **T:** | 98.4 F° oral 01/15/2020 10:12 am | **BP:** | 116/82 sitting L arm 01/15/2020 10:14 am | **Pulse:** | 87 bpm regular 01/15/2020 10:12 am |
| **RR:** | 14 01/15/2020 10:12 am | **O2Sat:** | 96% Room Air at Rest 01/15/2020 10:12 am | | |

**REECE, JAMIE H (id #21591363, dob:**

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit**<br>Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.<br>**Internal Note:** PA approved 6/9/19-78/20 | 10/02/19 | prescribed |
| **Imitrex 50 mg tablet**<br>TAKE 1 TAB AT ONSET OF MIGRAINE, MAY REPEAT AFTER 2 HOURS X 1 | 01/15/20 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 11/05/19 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **predniSONE 20 mg tablet**<br>2 po x 3 days, then 1 po x 3 days | 10/11/19 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 04/18/19 | prescribed |
| **traMADoL 50 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 30 days. | 10/07/19 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems

- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

**REECE, JAMIE H (id #21591363, dob:**

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
**Family Medicine**
Tobacco cessation counseling provided date: (Notes: tdotson14 answered No to the Tobacco cessation counseling provided question on 04/09/2019.)
Alcohol intake: None
Marital status: Married
Occupation: Toyota/on medical leave
Illicit drugs: no
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 01/15/2020
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Tonsillectomy - 1973
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

## GYN History

Reviewed GYN History

## Obstetric History

Reviewed Obstetric History

## Past Medical History

Reviewed Past Medical History
Allergies/Hayfever: **Y**
Arthritis: **Y**
Chicken Pox: **Y**
Headaches: **Y**
Vision or Eye Problems: **Y** - **glasses**

## HPI

Jamie is a 50-year-old non-smoking female with history of psoriatic arthritis, IBS, chronic right shoulder pain, and hysterectomy now on HRT presenting for:

Headache-woke up Sunday morning with headache and has continued off and on since that time, varying in character. Originally felt like it was on top of her head and felt like she needed to hold her head for relief. At another point he felt like poking in her ears. Most recently, it has been an intermittent, left-sided pain behind and medial to left eye. She says it will fade out and then come back. She endorses some photophobia and phonophobia, but says this is common with most headaches for her. She does have a history of migraines in early adulthood which improved following hysterectomy. Varying in intensity. She drinks plenty of water. Denies any vision changes, eye discharge/drainage, rhinorrhea, nasal congestion, nausea, vomiting, fevers. No eyelid swelling. She has tried Tylenol and ibuprofen without success. No new medications. No specific triggers identified. Her symptoms are overall better than at the onset on Sunday, not hurting on top of her head as much as it was which was more uncomfortable. She does endorse a lot of anxiety at home, possibly worsened recently.

He does endorse some coldness in hands and feet but attributes this to her autoimmune condition. Denies any other extremity

**REECE, JAMIE H (id #21591363, dob:**

numbness/tingling/weakness.

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 51-year-old
female.

GENERAL: No acute distress.
EYES: No erythema or discharge.
ENT: No pharyngeal erythema or exudate. No sinus tenderness to palpation. No nasal drainage.
LYMPH: No anterior or posterior cervical lymphadenopathy
HEAD: Normocephalic. Atraumatic.
CARDIOVASCULAR: Regular rate and rhythm. No murmurs appreciated.
RESPIRATORY: Lungs clear to auscultation bilaterally. No wheezing/rales/rhonchi. Normal work of breathing.
MUSCULOSKELETAL: Moving all extremities. Gait intact.
SKIN: Warm and dry. Normal color.
NEUROLOGICAL: Awake and alert. CN II-XII intact. PEERL. SILT all ext. Strength 5/5 and symmetric in all ext.
PSYCHOLOGICAL: Normal mood and affect.

## Assessment / Plan

. **Headache** -

Unclear etiology this time. Located around/behind left eye, symptoms not consistent with cluster headache or acute sinusitis. Also not classic for migraine. However, will prescribe trial of Imitrex. Continue to stay well-hydrated. Her current Tylenol/ibuprofen as needed, though discussed avoidance of overuse in order to avoid rebound headaches. Will refer to neuro if needed. No red flag symptoms at this time, but may need to pursue imaging. Will obtain labs as below.

Of note, pt mentioned during her appointment that she mentioned these headaches to ENT and they didn't seem to address it. Last appointment with ENT was on 1/3, so timeline is less clear as she said her current headache issues started on Sunday.

Per ENT note from 1/3, she has very large but symmetrical lingual tonsils bothering her for at least 3 months. Mentioned that largely will tonsils are also obstructing her breathing to some extent when she sleeps. If there is OSA induced from, this could be contributing to headaches.

R51: Headache

- Imitrex 50 mg tablet - TAKE 1 TAB AT ONSET OF MIGRAINE, MAY REPEAT AFTER 2 HOURS X 1 Qty: 6 tablet(s) Refills: 0 Pharmacy: WALMART PHARMACY 7259

. **Adult health examination** -

Z00.00: Encounter for general adult medical examination without abnormal findings

- CBC
- CMP
- THYROID STIMULATING HORMONE (TSH)

**'atient Instructions**

**)iscussion Notes**

RTC if symptoms persist.

## Return to Office

- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/12/2020 at 09:30 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 03/05/2020 at 09:15 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

5133

**REECE, JAMIE H (id #21591363, dob:**
Encounter signed-off by COLLIN ST. CLAIR, DO, 01/15/2020.
Encounter performed and documented by COLLIN ST. CLAIR, DO
Encounter reviewed & signed by COLLIN ST. CLAIR, DO on 01/15/2020 at 6:07pm

**Encounter Date: 01/03/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 01/03/2020 08:50AM |
| **DOB** | | **Service Dept.** | KY ENT FOUNTAIN CT |
| **Provider** | RAY M VAN METRE, MD | | |

**Insurance**
Med Primary: BCBS-OH (PPO)
Insurance # : TOAAN1313675
Policy/Group # : 003320100TEAP064
Employer Name : TOYOTA
Med Worker's Comp: MSMM
Referring Provider Name : DONEGAN, RYAN P
Employer Name : KELLY SERVICES
Case # : SA211932PVY
Case Injury Date : 01/30/2018
Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC
Insurance # :
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: EXPRESS SCRIPTS - Member is eligible. details

## Chief Complaint

Followup: Intermittent dysphagia

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (877) 222-7336, Fax (800) 391-9707

## Vitals

| | | |
|---|---|---|
| **Ht:** 5 ft 7 in 01/03/2020 08:55 am | **Wt:** 186 lbs 01/03/2020 08:57 am | **BMI:** 29.1 01/03/2020 08:57 am |
| **T:** 97 F° temporal artery 01/03/2020 08:56 am | **BP:** 115/69 sitting R wrist 01/03/2020 08:56 am | **Pulse:** 92 bpm 01/03/2020 08:56 am |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

**amitriptyline 10 mg tablet** — 06/20/19 prescribed
Take 1 tablet(s) every day by oral route at bedtime.

**cefdinir 300 mg capsule** — 10/11/19 prescribed
Take **1** capsule(s) every 12 hours by oral route for **7** days.

**Diflucan 150 mg tablet** — 10/11/19 prescribed
Take 1 tablet(s) every day by oral route for 2 days.

5134

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **Estrace 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 08/21/19 | entered |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit**<br>Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.<br>**Internal Note:** PA approved 6/9/19-78/20 | 10/02/19 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 11/05/19 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **predniSONE 20 mg tablet**<br>2 po x 3 days, then 1 po x 3 days | 10/11/19 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 04/18/19 | prescribed |
| **traMADoL 50 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 30 days. | 10/07/19 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

Vaccines not reviewed (last reviewed 11/05/2019)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems

- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History

**ENT**

**REECE, JAMIE H (id #21591363, dob:**

Tobacco cessation counseling provided date: (Notes: tdotson14 answered No to the Tobacco cessation counseling provided question on 04/09/2019.)
Alcohol intake: Occasional
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 09/23/2019
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Tonsillectomy - 1973

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 08/21/2019)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**
Allergies/Hayfever: **Y**
Arthritis: **Y**
Headaches: **Y**
Migraines: **Y**

## HPI

Jamie returns today in follow up of globus sensation and dysphagia. She states that since her last visit, her throat is still bothersome for her. She reports that there is still a lump in her throat. Jamie says that the dysphagia is slightly improving but the lump is still the same. She denies any hoarseness. She denies any pain.

## ROS

Patient reports **difficulty swallowing**; **lump in throat**. She reports no fatigue. She reports no eye itching. She reports no hearing loss, no difficulty hearing, no ear pain, and no vertigo. She reports no nasal congestion and no blockage/obstruction. She reports no frequent headaches. She reports no chest pain. She reports no wheezing and no shortness of breath. She reports no painful swallowing and no heartburn. She reports no swollen glands. She reports no rash and no skin itching. She reports no endocrine symptoms. She reports no sneezing and no runny nose.

## Physical Exam

Patient is a 51-year-old female.

**Constitutional:** General Appearance: healthy-appearing; **patient is alert and oriented**.

**Head/Face:** Inspection: no masses or lesions.

**Eyes:** Pupils: PERRLA.

**Ears:** Right External auditory canal: normal appearance. Left External auditory canal: normal appearance. Right Tympanic membrane: landmarks clear. Left Tympanic membrane: landmarks clear.

**Nose:** Nasal Mucosa: normal and pink and moist. Septum: **deviated to the left**. Turbinates: normal size and confrontation.

**Oral Cavity/Mouth:** Oral Mucosa: normal and moist. Tonsils: tonsils absent. Posterior pharynx: normal. Hypopharynx: normal hypopharynx. Larynx: **very large but symmetric lingual tonsils; no evidence of malignancy**. Nasopharynx: normal.

**Neck:**Neck: symmetrical. Thyroid: symmetric.

**Respiratory:**Inspection/Auscultation: normal breath sounds.

**Cardiovascular System:**Auscultation: regular rate and rhythm.

**Lymph Nodes:**Cervical: no palpable lymph node enlargement.

**Neurological System:**Mood and affect: normal mood and affect.

Patient consented to photography of the affected area(s) today for the purpose of documentation and future comparison.

## Procedure Documentation

**Laryngoscopy Flex:**

Flexible Laryngoscopy

Topical anesthetic was applied. Laryngoscopy was carried out in the usual fashion through the right nares. Lingual tonsil hypertrophy noted. The vallecula, base of tongue, supraglottic and glottic structures are without lesions, masses or edema. TVCs adduct and abduct normally. The arytenoids and entire endolarnyx is not inflamed. Leukoplakia is not noted. On the pharyneal walls and in the pyriform sinuses, masses are not noted. There are no pooling of secretions appreciated. very large but symmetric lingual tonsils; no evidence of malignancy

## Assessment / Plan

. **Hypertrophy of lingual tonsil**
J35.3: Hypertrophy of tonsils with hypertrophy of adenoids

. **Feeling of lump in throat**
F45.8: Other somatoform disorders

. **Dysphagia**
R13.10: Dysphagia, unspecified
- LEARNING ABOUT SWALLOWING PROBLEMS

. **Choking sensation** -

R09.89: Other specified symptoms and signs involving the circulatory and respiratory systems

. **Chronic laryngitis**
J37.0: Chronic laryngitis

. **Cough**
R05: Cough

. **Facial swelling**
R22.0: Localized swelling, mass and lump, head

. **Pain in face**
R51: Headache

. **Chronic sinusitis**

J32.9: Chronic sinusitis,
unspecified

**0. Nasal congestion**

R09.81: Nasal congestion

**1. Allergic rhinitis**

J30.9: Allergic rhinitis,
unspecified

**'atient Instructions**

1. Flexible laryngoscopy performed today; clinical photographs obtained - full risks, complications, and benefits of in-office procedure have been thoroughly discussed. Understanding was expressed, informed consent given, and we will proceed with the discussed in-office treatment plan.

2. Refer to the University of Kentucky

3. F/u PRN

**)iscussion Notes**

troublesome situation with very large but symmetric lingual tonsils that have now been bothering her for at least three months; endoscopy today shows no change since visit in 10/19; does not appear to represent malignancy but she is on Humira and very worried about the possibility of cancer; the large lingual tonsils are also obstructing her breathing to some extent when she sleeps; tried some prednisone but that didn't help; I'm really out of ideas to improve her situation and would like to avoid an invasive biopsy; will get a second opinion from the head and neck Otolaryngology specialists at UK to see if they have any other ideas

## Return to Office

- to see RAY M VAN METRE, MD for RECHECK at KY ENT FOUNTAIN CT on or around 01/14/2020
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/12/2020 at 09:30 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 03/05/2020 at 09:15 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by RAY M VAN METRE, MD, 01/03/2020.
Encounter performed by RAY M VAN METRE, MD
Encounter scribed for RAY M VAN METRE, MD by Kelsey Garrett
Encounter signed by Kelsey Garrett as scribe at 01/03/2020 at 9:16am
Encounter reviewed & signed by RAY M VAN METRE, MD on 01/03/2020 at 9:29am

NEW LEXINGTON CLINIC PSC • , LEXINGTON KY 40504-2701

**REECE, JAMIE H (id #21591363, dob:**



**REECE, JAMIE H (id #21591363, dob:**

**Encounter Date: 11/05/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 11/05/2019 10:15AM |
| **DOB** | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |

**Insurance**
Med Primary: BCBS-OH (PPO)
Insurance # : TOAAN1313675
Policy/Group # : 003320100TEAP064
Employer Name : TOYOTA
Med Worker's Comp: MSMM
Referring Provider Name : DONEGAN, RYAN P
Employer Name : KELLY SERVICES
Case # : SA211932PVY
Case Injury Date : 01/30/2018
Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC
Insurance # :
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: EXPRESS SCRIPTS - Member is eligible. details

## Chief Complaint

shoulder pain

Jamie Reece 51 y/o female is following up to clinic regarding pain in right shoulder and forearm in the setting of CRPS. Pain is reported constant and states the pain is traveling to the left arm and hand. Patient states that she fell off her bed and broken her right wrist and tailbone and had to have surgery on her wrist. She reports inflammation of the left digitals and hand.

## Patient's Care Team

**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (877) 222-7336, Fax (800) 391-9707

## Vitals

11/05/2019 10:31 am

**Ht:** 5 ft 7 in

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) every day by oral route at bedtime. | 06/20/19 | prescribed |
| **cefdinir 300 mg capsule**<br>Take 1 capsule(s) every 12 hours by oral route for 7 days. | 10/11/19 | prescribed |
| **Diflucan 150 mg tablet**<br>Take 1 tablet(s) every day by oral route for 2 days. | 10/11/19 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |

5140

Take 1 tablet(s) every day by oral route.

**Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** 10/02/19 prescribed
Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.
**Internal Note:** PA approved 6/9/19-78/20

**Lyrica 100 mg capsule** 11/05/19 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** 11/17/17 entered

**predniSONE 20 mg tablet** 10/11/19 prescribed
2 po x 3 days, then 1 po x 3 days

**Probiotic** 11/17/17 entered

**tiZANidine 4 mg tablet** 04/18/19 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems

- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 10/11/2019)

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes

**REECE, JAMIE H (id #21591363, dob:**

Most Recent Tobacco Use Screening: 09/23/2019
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 08/21/2019)

## Past Medical History

Reviewed Past Medical History
Arthritis: **Y**
Headaches: **Y**

## HPI

51-year-old female presenting for follow-up with regards to medication management the setting of fibromyalgia. She does have a history of psoriatic arthritis managed by rheumatology, Dr. Abbas, on Humira. She had a recent fall with right wrist fracture now s/p surgery. She has a hard cast in place.

## ROS

Patient reports **muscle aches, muscle weakness, arthralgias/joint pain, and swelling in the extremities**but reports no back pain and no neck pain. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 51-year-old female.

**Constitutional:**General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD.

**Psychiatric:**Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:**Head: normocephalic and atraumatic.

**Eyes:**Pupils: PERRLA. EOM: EOMI.

**Neck:**Neck: supple and trachea midline.

**Lungs:**Respiratory effort: no dyspnea.

**Cardiovascular System:**Heart Auscultation: RRR.

**Abdomen:**Bowel Sounds: normal. Inspection and Palpation: soft and non-

distended.

**Musculoskeletal::**Joints, Bones, and Muscles: normal movement of all extremities and**tenderness** (**cervical paraspinals and trapezius muscles**); **right arm cast**. Extremities: **edema** (**right and left hand, left forearm**).

**Motor Strength:**Motor Strength and Tone: normal and normal tone. C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

**Neurologic:**Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:**Inspection and palpation: no rash or lesions.

**Spine - Special Tests:**Cervical Spine negative axial loading test and Spurling's test and (normal) cervical spine. Other Findings **Myofascial pain**.

## Assessment / Plan

51-year-old female presenting for follow-up with regards to medication management the setting of CRPS. Unfortunately, patient experienced a fall from a windowsill with subsequent fracture of her right wrist. She is status post open reduction internal fixation with hardware in place. She presents today with a hard cast on the right wrist and forearm. She reports a distressing time in and around her surgery with regards to pain management control. She does not generally respond well to opioid pain medicines secondary to inadequate analgesia and was concerned that she would not be appropriately controlled in terms of her pain regimen following surgery. Fortunately, patient underwent regional block with pain pump placed which did help control her symptoms. She does note some edema in the right hand as well as occasional symptoms on the left principally in the hand and forearm. She reports that these are sporadic in nature. Given her evolving situation, we will plan to leave her current medication regiment unchanged at this time. She does note improvement in symptoms with the use of Lyrica 100 mg 3 times a day. She denies any adverse side effects. She does note ability to perform her ADLs. We'll plan to refill her Lyrica for a 3 month supply. I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient has a signed pain management agreement per clinic policy. Urine drug screen is up to date and appropriate as per Kentucky medical board guidelines. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient. Patient will follow up in 4 months for further evaluation.

. **Complex regional pain syndrome**

M89.00: Algoneurodystrophy, unspecified site

- Lyrica 100 mg capsule - Take 1 capsule(s) 3 times a day by oral route. Qty: 90 capsule(s) Refills: 4 Pharmacy: WALMART PHARMACY 7259

**'atient Instructions**

WRAP-UP

Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- Refill Lyrica

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

## Return to Office

- COLLIN ST. CLAIR, DO for RECHECK at FAMILY MEDICINE ANDOVER on 11/21/2019 at 09:15 AM

**REECE, JAMIE H (id #21591363, dob:**

- to see RAY M VAN METRE, MD for RECHECK at KY ENT FOUNTAIN CT on or around 01/14/2020
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/12/2020 at 09:30 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 03/05/2020 at 09:15 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 11/05/2019.
Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 11/05/2019 at 11:15am

**Encounter Date: 10/11/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 10/11/2019 08:40AM |
| **DOB** | | **Service Dept.** | KY ENT FOUNTAIN CT |
| **Provider** | RAY M VAN METRE, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

Dysphagia, Sinusitis/Allergy

## Patient's Care Team

**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (877) 222-7336, Fax (800) 391-9707

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 10/11/2019 08:38 am | **Wt:** | 177 lbs 4 oz 10/11/2019 08:42 am | **BMI:** | 27.8 10/11/2019 08:42 am |
| **T:** | 97.6 F° temporal artery 10/11/2019 08:40 am | **BP:** | 134/100 sitting L arm 10/11/2019 08:40 am | **Pulse:** | 80 bpm 10/11/2019 08:40 am |

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

**amitriptyline 10 mg tablet** 06/20/19 prescribed
Take 1 tablet(s) every day by oral route at bedtime.

**cefdinir 300 mg capsule** 10/11/19 prescribed
Take 1 capsule(s) every 12 hours by oral route for 7 days.

**REECE, JAMIE H (id #21591363, dob:**

**Diflucan 150 mg tablet** 10/11/19 prescribed
Take 1 tablet(s) every day by oral route for 2 days.

**esomeprazole magnesium 40 mg capsule,delayed release** 02/25/19 renewed
TAKE 1 CAPSULE DAILY

**Estrace 1 mg tablet** 08/21/19 entered
Take 1 tablet(s) every day by oral route.

**Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** 10/02/19 prescribed
Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.
**Internal Note:** PA approved 6/9/19-78/20

**Lyrica 100 mg capsule** 08/06/19 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** 11/17/17 entered

**predniSONE 20 mg tablet** 10/11/19 prescribed
2 po x 3 days, then 1 po x 3 days

**Probiotic** 11/17/17 entered

**tiZANidine 4 mg tablet** 04/18/19 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADol 50 mg tablet** 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Vaccines not reviewed (last reviewed 10/02/2019)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |

- Family history of cancer

## Social History

Reviewed Social History
**ENT**
Tobacco cessation counseling provided date: (Notes: tdotson14 answered No to the Tobacco cessation counseling provided question on 04/09/2019.)
Alcohol intake: Occasional
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 09/23/2019
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Tonsillectomy - 1973

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 08/21/2019)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**
Allergies/Hayfever: **Y**
Arthritis: **Y**
Headaches: **Y**
Migraines: **Y**

## HPI

Jamie is being seen in the office in consultation at the request of Dr. Ryan Donegan for an evaluation of globus sensation and facial swelling below left eye. She has been experiencing these symptoms for about 4-6 weeks. About 30 years ago, she had sinus surgery on the left side done by Dr. Wardrop. She does have concerns with choking after swallowing. She had a Barium Swallow study done which reportedly was clear. She notes no difficulty breathing on a daily basis. She is currently struggling with allergies that are causing nasal congestion, gum pain, cough and fever. She does not have a history of tobacco use.

## ROS

Patient reports **fever** but reports no fatigue. She reports**nasal congestion, nose/sinus problems, rhinorrhea, and sinus pressure** but reports no blockage/obstruction. She reports**difficulty swallowing**; **lump in throat; choking sensation**. She reports **frequent headaches**. She reports **shortness of breath** but reports no wheezing. She reports**runny nose** but reports no sneezing. She reports no eye itching. She reports no hearing loss, no difficulty hearing, no ear pain, and no vertigo. She reports no chest pain. She reports no painful swallowing and no heartburn. She reports no swollen glands. She reports no depression. She reports no muscle aches. She reports no rash and no skin itching. She reports no endocrine symptoms.
**Additionally reports:**

**severe facial pain**

## Physical Exam

Patient is a 51-year-old female.

**Constitutional:**General Appearance: healthy-appearing; **patient is alert and oriented**.

**Head/Face:**Inspection: no masses or lesions.

**Eyes:**Pupils: PERRLA.

## REECE, JAMIE H (id #21591363, dob:

**Ears:**Right External auditory canal: normal appearance. Left External auditory canal: normal appearance. Right Tympanic membrane: landmarks clear. Left Tympanic membrane: landmarks clear.

**Nose:**Nasal Mucosa: **irritated mucosa** and **purulent drainage**. Septum: not markedly deformed. Turbinates: normal size and confrontation.

**Oral Cavity/Mouth:**Oral Mucosa: normal and moist. Tonsils: tonsils absent. Posterior pharynx: normal. Hypopharynx: normal hypopharynx; **prominent lingual tonsils; symmetric**. Nasopharynx: normal.

**Neck:**Neck: symmetrical. Thyroid: symmetric.

**Respiratory:**Inspection/Auscultation: normal breath sounds.

**Cardiovascular System:**Auscultation: regular rate and rhythm.

**Lymph Nodes:**Cervical: no palpable lymph node enlargement.

**Neurological System:**Mood and affect: normal mood and affect.

Patient consented to photography of the affected area(s) today for the purpose of documentation and future comparison.

### Procedure Documentation

**Laryngoscopy Flex:**

Flexible Laryngoscopy

Topical anesthetic was applied. Laryngoscopy was carried out in the usual fashion through the left nares. The vallecula, base of tongue, supraglottic and glottic structures are without lesions, masses or edema. She has very prominent lingual tonsils. TVCs adduct and abduct normally. The arytenoids and entire endolarnyx is not inflamed. Leukoplakia is not noted. On the pharyneal walls and in the pyriform sinuses, masses are not noted. There are no pooling of secretions appreciated.

### Assessment / Plan

. **Feeling of lump in throat**
F45.8: Other somatoform disorders
- prednisone 20 mg tablet - 2 po x 3 days, then 1 po x 3 days Qty: 9 tablet(s) Refills: 0 Pharmacy: WALMART PHARMACY 7259

. **Choking sensation** -

R09.89: Other specified symptoms and signs involving the circulatory and respiratory systems
- cefdinir 300 mg capsule - Take 1 capsule(s) every 12 hours by oral route for 7 days. Qty: 14 capsule(s) Refills: 0 Pharmacy: WALMART PHARMACY 7259
- Diflucan 150 mg tablet - Take 1 tablet(s) every day by oral route for 2 days. Qty: 2 tablet(s) Refills: 1 Pharmacy: WALMART PHARMACY 7259

. **Chronic laryngitis**
J37.0: Chronic laryngitis

. **Cough**
R05: Cough

. **Hypertrophy of lingual tonsil**
J35.3: Hypertrophy of tonsils with hypertrophy of adenoids

**REECE, JAMIE H (id #21591363, dob:**

. **Facial swelling**
R22.0: Localized swelling, mass and lump, head

. **Pain in face**
R51: Headache

. **Chronic sinusitis**
J32.9: Chronic sinusitis, unspecified

. **Nasal congestion**
R09.81: Nasal congestion

0. **Allergic rhinitis**
J30.9: Allergic rhinitis, unspecified

1. **Dysphagia**
R13.10: Dysphagia, unspecified
- LEARNING ABOUT SWALLOWING PROBLEMS

**'atient Instructions**

1. Laryngoscopy Flex scope performed- full risks, complications, and benefits of in-office procedure have been thoroughly discussed. Understanding was expressed, informed consent given, and we will proceed with the discussed in-office treatment plan.

2. Reviewed vocal hygiene precautions, including vocal rest, saltwater gargles, increased hydration, avoid medications with a drying effect (e.g. antihistamines, diuretics), and utilizing sialogogues

3. RX- Prednisone, Cefdinir and Diflucan

4. F/U January 2020

**)iscussion Notes**

choking sensation along with feeling of lump in throat which appears to be due to enlarged symmetric lingual tonsils; assured her this does not appear to be any indication of cancer (she is on Humira so that has her worried); will try tapered prednisone to see if that helps the lingual tonsil size subside; also given cefdinir for acute sinusitis; follow up in Jan 2020 to check her progress or sooner if more trouble

## Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 10/24/2019 at 11:15 AM
- COLLIN ST. CLAIR, DO for RECHECK at FAMILY MEDICINE ANDOVER on 11/21/2019 at 09:15 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/12/2020 at 09:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by RAY M VAN METRE, MD, 10/11/2019.
Encounter performed by RAY M VAN METRE, MD
Encounter scribed for RAY M VAN METRE, MD by Jasmine Barrick
Encounter signed by Jasmine Barrick as scribe at 10/11/2019 at 9:09am
Encounter reviewed & signed by RAY M VAN METRE, MD on 10/11/2019 at 9:17am

NEW LEXINGTON CLINIC PSC • , LEXINGTON KY 40504-2701

**REECE, JAMIE H (id #21591363, dob:**



10/11/2019



10/11/2019



10/11/2019



10/11/2019





**REECE, JAMIE H (id #21591363, dob:**

**Encounter Date: 10/02/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 10/02/2019 10:30AM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SYED HAIDER ABBAS, MD | | |

**Insurance**
Med Primary: BCBS-OH (PPO)
Insurance # : TOAAN1313675
Policy/Group # : 003320100TEAP064
PCP : FAMILY PRACTICE ASSOCIATES
Employer Name : TOYOTA
Med Worker's Comp: MSMM
Referring Provider Name : DONEGAN, RYAN P
Employer Name : KELLY SERVICES
Case # : SA211932PVY
Case Injury Date : 01/30/2018
Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC
Insurance # :
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: EXPRESS SCRIPTS - Member is eligible. details

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (844) 516-3319, Fax (800) 391-9707

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 10/02/2019 10:41 am | **Wt:** | 180 lbs 10/02/2019 10:41 am | **BMI:** | 28.2 10/02/2019 10:41 am |
| **BP:** | 106/70 sitting L arm 10/02/2019 10:43 am | **BP Cuff Size:** | adult 10/02/2019 10:43 am | **Pulse:** | 68 bpm regular 10/02/2019 10:43 am |
| **RR:** | 12 10/02/2019 10:43 am | | | | |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

**amitriptyline 10 mg tablet** 06/20/19 prescribed
Take 1 tablet(s) every day by oral route at bedtime.

**esomeprazole magnesium 40 mg capsule,delayed release** 02/25/19 renewed
TAKE 1 CAPSULE DAILY

**Estrace 1 mg tablet** 08/21/19 entered
Take 1 tablet(s) every day by oral route.

**REECE, JAMIE H (id #21591363, dob:**

**Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** 10/02/19 prescribed
Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.
**Internal Note:** PA approved 6/9/19-78/20

**Lyrica 100 mg capsule** 08/06/19 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** 11/17/17 entered

**Probiotic** 11/17/17 entered

**tiZANidine 4 mg tablet** 04/18/19 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 09/23/2019
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 08/21/2019)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**

## HPI

seen today as a follow-up on psoriatic arthritis. Currently she is on Humira injections every 2 weeks and denies any side effects.

however her biggest concern and pain remains in the right upper extremity and lately in the left upper extremity. She describes these pains as burning, tingling and at times sharp associated with swelling of the distal arm. She has a history of complex regional pain syndrome involving the right upper extremity and seems like she is having similar symptoms in left upper extremity.

## ROS

Patient reports **arthralgias/joint pain and swelling in joints; right and left upper extremity**. She reports **psoriasis (stable)** but reports no rashes, no ulcers, no loss of hair, and no tightening of the skin. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no pleuritic chest pain, no shortness of breath when walking, no shortness of breath when lying down, and no Raynaud's Phenomenon. She reports no cough, no wheezing, no shortness of breath, and no coughing up blood.
**ROS as noted in the HPI**

## Physical Exam

Patient is a 51-year-old
female.

**Constitutional:**General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally and normal tandem gait test.

**Mental Status:**Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Neck:**Neck: FROM, trachea midline, and no masses. Lymph Nodes: no cervical LAD, supraclavicular LAD, axillary LAD, or inguinal LAD. Thyroid: no enlargement, tenderness, or nodules.

**Lungs:**Respiration: no dyspnea and good air movement. Percussion: no dullness, flatness, or hyperresonance. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal and CTA except as noted.

**Cardiovascular System:**Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no JVD. Pulses including femoral / pedal: normal throughout.

**Musculoskeletal System:**Joints, Bones, and Muscles: **tenderness (right shoulder and left distal arm.); no synovitis or dactylitis noted. No induration noted.**. Extremities: **edema (distal right and left, cool to touch without any erythema)**.

## Assessment / Plan

. **Psoriasis with arthropathy** -

51-year-old female with chronic well-controlled psoriatic arthritis.

currently on Humira injections at 40 mg every 2 weeks.

No side effects reported.

No interval infections reported.

5152

most of her pain as detailed below secondary to complex regional pain syndrome.

I suggested her to maintain the current Humalog dose and repeat labs today.

L40.50: Arthropathic psoriasis, unspecified

- PSORIASIS: CARE INSTRUCTIONS
- Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit - Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days. Qty: 3 kit(s) of 2 Refills: 3 Pharmacy: ACCREDO Note to Pharmacy: fill when due

. **Complex regional pain syndrome** -

Please see my previous notes for details.

Briefly, has CRPS Type I, right arm after right shoulder and elbow injury due to repititive work at Toyota factory. Initially symptoms started some time early January 2018.

she is currently followed at the pain management clinic and is now on Lyrica at 100 mg 3 times a day.

lately, she has noticed similar symptoms involving her left upper extremity especially the distal forearm. Once again her pains are out of proportions to the physical findings and associated with varying degree of numbness tingling burning at times subjective feeling of swelling. All these findings are more characteristic of complex regional pain syndrome rather than psoriatic arthritis.

She will continue with the suggestions of the pain management clinic..

M89.00: Algoneurodystrophy, unspecified site

- LEARNING ABOUT HEALTHY WEIGHT
- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS

. **Long-term drug therapy** -

needs to have a CBC today.

Repeat TB test in summer.

last TB test wa sin 8/2019.

Z79.899: Other long term (current) drug therapy

- CBC

### Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 10/24/2019 at 11:15 AM
- COLLIN ST. CLAIR, DO for RECHECK at FAMILY MEDICINE ANDOVER on 11/21/2019 at 09:15 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/12/2020 at 09:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

### Encounter Sign-Off

Encounter signed-off by SYED HAIDER ABBAS, MD, 10/02/2019.
Encounter performed and documented by SYED HAIDER ABBAS, MD
Encounter reviewed & signed by SYED HAIDER ABBAS, MD on 10/02/2019 at 12:24pm

**Encounter Date: 09/23/2019**

### Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 09/23/2019 01:45PM |
| **DOB** | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | ELLEN J FLINCHUM, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

### Chief Complaint

Followup: Complex regional pain syndrome

Jamie Reece 51 y/o female is following up after the CRPS, in the setting of medication management patient regiment consist of pregabalin 100 mg TID, she reports alleviation with this medication management. She reports today swollen knots in her hands that ache really bad. Pain today is rated a 4 on pain scale.

### Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

### Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (901) 385-3600, Fax (800) 391-9707

### Vitals

09/23/2019 02:17 pm

**Ht:** 5 ft 7 in **Wt:** 178 lbs **BMI:** 27.9

**BP:** 122/62 sitting **Pain Scale:** 4

### Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

**REECE, JAMIE H (id #21591363, dob:**

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) every day by oral route at bedtime. | 06/20/19 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **Estrace 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 08/21/19 | entered |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit**<br>Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.<br>**Internal Note:** PA approved 6/9/19-78/20 | 08/12/19 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 08/06/19 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 04/18/19 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems

- Globus sensation - Onset: 07/13/2017
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History

Tobacco Smoking Status: Never smoker

Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 09/23/2019
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 08/21/2019)

## Past Medical History

Reviewed Past Medical History
Headaches: **Y**

## HPI

The pt complains of RUE CRPS and pain in left hand, occasionally in left forearm.The pt is not experiencing problems with bowel movements. The pt is not having any difficulty with urination. The pt is sleeping approximately 8 hours per night. The pt reports that she has not fallen since her last ov.. The pt ambulates without an AD. The pt is alone at today's visit. This is a patient of Dr. Roden's.
Etoh--Denied. Tobacco-Denied.

## ROS

Patient reports **muscle aches, muscle weakness, arthralgias/joint pain, back pain, and swelling in the extremities**but reports no neck pain. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 51-year-old
female.

**Constitutional:**General Appearance: **pleasant.**.

**Psychiatric:**Orientation: oriented to time, place, and person. Mood and Affect: normal mood and affect and active and alert.

**Gait and Station:**Appearance: **Steady, without an AD. The pt does swing her arms B.**.

**Motor Strength:**L1 Motor Strength on the Right: hip flexion iliopsoas 5/5. L1 Motor Strength on the Left: hip flexion iliopsoas 5/5. L2-L4 Motor Strength on the Right: knee extension quadriceps 5/5. L2-L4 Motor Strength on the Left: knee extension quadriceps 5/5; **MMT: BUE-Deltoids, Biceps, finger flexors-5/5.**
**AROM: BUE-shoulder abd, EF/EE, finger flexors-WFL B.**.

HEENT: Head-NCAT, Eyes-EOMI, oropharnyx clear

Skin: Visualized skin with no acute or worrisome lesions noted. Today, BUE-appear to be the same temperature, some slight color difference on the right hand compared to the left. The pt does tolerate palpation of the BUE.

Neurologic: CN III-XII grossly intact B, Sensation grossly intact to LT/PP BUE.

## Assessment / Plan

Plan:
I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient signed pain management agreement per clinic policy. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient.
Labs: The pt was not sent for urine drug testing today. The pt is prescribed chronic pain medication.
Physical Therapy/Activities/Exercise: The pt states she does do some exercising.
Medications: The pt has a dx of CRPS. It is in her RUE and she is concerned it is moving to her left. She did have an injection in her left hand by Dr. Abbas, but it has not helped as much as she hoped it would. She is doing the same things to help her left hand as she does to help with her RUE. She states it does seem to be slightly improved. We are going to go ahead and have her f/u with Dr. Roden before her last lyrica prescription runs out to see if her left hand is continuing to improve. The pt has been prescribed lyrica 100 mg, 3x/day. She also has been prescribed tizanidine, 3x/day. The lyrica was sent in on 8/5/19 with two refills. The tizanidine was prescribed on 4/18/19, 90 day supply, with 2 refills.
Preventative Care:Dr. Collin St. Clair for her rheumatologist. Dr. Abbas is her rheumatologist
Return to Clinic in before 11/6/19 to f/u on the treatment plan with Dr. Roden.

. **Complex regional pain syndrome** -

in right shoulder and right forearm.

M89.00: Algoneurodystrophy, unspecified site

. **Pain of left hand**
M79.642: Pain in left hand

. **Pain in left arm**
M79.602: Pain in left arm

. **Pain in right arm**
M79.601: Pain in right arm

## Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 11/04/2019 at 09:45 AM
- COLLIN ST. CLAIR. DO for RECHECK at FAMILY MEDICINE ANDOVER on 11/21/2019 at 09:15 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/12/2020 at 09:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by ELLEN J FLINCHUM, MD, 09/23/2019.
Encounter performed and documented by ELLEN J FLINCHUM, MD
Encounter reviewed & signed by ELLEN J FLINCHUM, MD on 09/23/2019 at 6:22pm

**Encounter Date: 09/05/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 09/05/2019 09:30AM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SYED HAIDER ABBAS, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC | | |

NEW LEXINGTON CLINIC PSC • , LEXINGTON KY 40504-2701

**REECE, JAMIE H (id #21591363, dob:**
Insurance # :
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: EXPRESS SCRIPTS - Member is eligible. details

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (901) 385-3600, Fax (800) 391-9707

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 09/05/2019 10:04 am | **Wt:** | 180 lbs 09/05/2019 10:04 am | **BMI:** | 28.2 09/05/2019 10:04 am |
| **BP:** | 105/71 sitting L arm 09/05/2019 10:05 am | **BP Cuff Size:** | adult 09/05/2019 10:05 am | **Pulse:** | 65 bpm regular 09/05/2019 10:06 am |
| **RR:** | 18 09/05/2019 10:05 am | | | | |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) every day by oral route at bedtime. | 06/20/19 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **Estrace 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 08/21/19 | entered |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit**<br>Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.<br>**Internal Note:** PA approved 6/9/19-78/20 | 08/12/19 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 08/06/19 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 04/18/19 | prescribed |
| **ZyrTEC 10 mg capsule** | 11/17/17 | entered |

Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Globus sensation - Onset: 07/13/2017
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 08/05/2019
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 08/21/2019)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**

## HPI

she seen today as a work in for evaluation of pain and swelling involving the left hand going over the last 2 weeks. No trauma or injury reported. No rashes reported. Denies any insect bites. She does have history of complex regional pain syndrome involving the right upper extremity. She also has psoriatic arthritis and is currently doing on Humira injections. No side effects reported.

## ROS

Patient reports **arthralgias/joint pain and swelling in joints; left hand**. She reports no difficulty hearing and no ear pain. She

reports no frequent nosebleeds and no nose/sinus problems. She reports no sore throat, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no pleuritic chest pain, no shortness of breath when walking, no shortness of breath when lying down, and no Raynaud's Phenomenon. She reports no cough, no wheezing, no shortness of breath, and no coughing up blood. She reports no abdominal pain, no constipation, no dysphagia, no vomiting, normal appetite, no diarrhea, and not vomiting blood. She reports no rashes, no ulcers, no loss of hair, no tightening of the skin, and no psoriasis.
**ROS as noted in the HPI**

## Physical Exam

Patient is a 50-year-old
female.

**Constitutional:**General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally and normal tandem gait test.

**Mental Status:**Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Neck:**Neck: FROM, trachea midline, and no masses. Lymph Nodes: no cervical LAD, supraclavicular LAD, axillary LAD, or inguinal LAD. Thyroid: no enlargement, tenderness, or nodules.

**Lungs:**Respiration: no dyspnea and good air movement. Percussion: no dullness, flatness, or hyperresonance. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal and CTA except as noted.

**Cardiovascular System:**Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no JVD. Pulses including femoral / pedal: normal throughout.

**Musculoskeletal System:**Joints, Bones, and Muscles: **tenderness (left hand and wrist swelling especially the left ring middle and index finger.**). Extremities: no edema.

## Procedure Documentation

**Injection Joint/Bursa, Interm, w/o US:**

After discussion of the risks and benefits, the patient consented to proceed with a steroid injection into the left wrist. Confirmed that the patient does not have history of prior adverse reactions, active infections, or relevant allergies. There was no effusion, erythema, or warmth, and the skin was clear.

The skin was prepped in a sterile fashion. Topical anesthesia was achieved with ethyl chloride. The joint was injected with 1 cc of DepoMedrol, 40 mg/ml, and Lidocaine. The injection was completed without complication, and a bandage was applied. The patient tolerated the procedure well and was instructed to avoid strenuous activity for the next 24-48 hours and to use ice, NSAIDs, or Tylenol for pain as needed. The patient will call immediately with any signs of infection or allergic reaction. The patient will return as needed.

Medication NDC#:0703-0045-01
Medication Lot#:31326734c
Medication Exp:10/2020.

Lidocaine/Marcaine NDC#:0409-4276-17
Lidocaine/Marcaine Lot#:90-030-DK
Lidocaine/Marcaine Exp: 06//2020

## Assessment / Plan

. **Swelling of hand** - Left -

recent left hand and wrist swelling, with her history of psoriasis when can consider psoriatic arthritis as the possible etiology. However, the nature of the swelling is somewhat atypical especially as his more diffuse and raises concerns about possibility of complex regional pain. Interestingly, she has history of right upper extremity complex regional pain syndrome.

I would like to give her a therapeutic trial of corticosteroid injection in the left wrist to see if this alleviates her symptoms. I would still like her to continue with the current dose of Humira.

R22.32: Localized swelling, mass and lump, left upper limb

Return to Office

- THERESA A WILP, APRN for RECHECK at PAIN MEDICINE on 09/30/2019 at 09:15 AM
- COLLIN ST. CLAIR, DO for RECHECK at FAMILY MEDICINE ANDOVER on 11/21/2019 at 09:15 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/12/2020 at 09:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by SYED HAIDER ABBAS, MD, 09/05/2019.
Encounter performed and documented by SYED HAIDER ABBAS, MD
Encounter reviewed & signed by SYED HAIDER ABBAS, MD on 09/05/2019 at 10:28am

**Encounter Date: 08/21/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 08/21/2019 11:00AM |
| **DOB** | | **Service Dept.** | FAMILY MEDICINE ANDOVER |
| **Provider** | COLLIN ST. CLAIR, DO | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance #<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

ESTABLISH CARE

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (901) 385-3600, Fax (800) 391-9707
COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 08/21/2019 11:05 am | **Wt:** | 179 lbs 08/21/2019 11:05 am | **BMI:** | 28 08/21/2019 11:05 am |
| **BP:** | 128/85 sitting R arm 08/21/2019 11:16 am | **Pulse:** | 91 bpm 08/21/2019 11:16 am | **RR:** | 16 08/21/2019 11:16 am |
| **O2Sat:** | 98% Room Air at Rest 08/21/2019 11:17 am | | | | |

## Allergies

**REECE, JAMIE H (id #21591363, dob:**

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

**amitriptyline 10 mg tablet** 06/20/19 prescribed
Take 1 tablet(s) every day by oral route at bedtime.

**esomeprazole magnesium 40 mg capsule,delayed release** 02/25/19 renewed
TAKE 1 CAPSULE DAILY

**Estrace 1 mg tablet** 08/21/19 entered
Take 1 tablet(s) every day by oral route.

**Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** 08/12/19 prescribed
Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.

**Lyrica 100 mg capsule** 08/06/19 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** 11/17/17 entered

**Probiotic** 11/17/17 entered

**tiZANidine 4 mg tablet** 04/18/19 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems

- Globus sensation - Onset: 07/13/2017
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

**REECE, JAMIE H (id #21591363, dob:**

## Social History

Reviewed Social History
**Family Medicine**
Non-smoker
Chewing tobacco: none
Tobacco-years of use: 0
Tobacco cessation counseling provided date: (Notes: tdotson14 answered No to the Tobacco cessation counseling provided question on 04/09/2019.)
Alcohol intake: Occasional
Marital status: Married
Occupation: Toyota/on medical leave
Illicit drugs: no
Tobacco Smoking Status: Never smoker
Smokeless Tobacco Status: Never used smokeless tobacco
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 08/05/2019

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

Reviewed GYN History

## Obstetric History

Reviewed Obstetric History

## Past Medical History

Reviewed Past Medical History
Allergies/Hayfever: **Y**
Chicken Pox: **Y**
Headaches: **Y**
Vision or Eye Problems: **Y - glasses**

## HPI

Jamie is a 50-year-old non-smoking female with history of psoriatic arthritis, IBS, chronic right shoulder pain, and hysterectomy now on HRT presenting to establish care. Patient previously following with family practice Associates.

Psoriatic arthritis-doing well on Humira. Follows with rheumatology.

IBS-follows with gastroenterology. Currently on amitriptyline, Nexium.

Complex regional pain syndrome-symptoms currently stable on Lyrica, tizanidine. Follows with pain management.

HRT-currently on estradiol 1 mg daily. Management by Dr. Green with women's care. Symptoms stable.

GAD- on problem list. Denies this being active problem. Denies excessive anxiety.

Allergies-on Zyrtec.

Heart palpitations-Occasional, chronic, previous work-up negative. Not problematic to patient.

## ROS

**REECE, JAMIE H (id #21591363, dob:**

**Additionally reports:**

**Full ROS reviewed per document to be scanned into chart.**

## Physical Exam

Patient is a 50-year-old
female.

GENERAL: Well-developed. Well-nourished. No acute distress.
EYES: No erythema or discharge.
HEAD: Normocephalic. Atraumatic.
CARDIOVASCULAR: Regular rate and rhythm. No murmurs appreciated.
RESPIRATORY: Lungs clear to auscultation bilaterally. No wheezing/rales/rhonchi. Normal work of breathing.
MUSCULOSKELETAL: Moving all extremities. Gait intact.
GASTROINTESTINAL: Soft. Non-tender. Non-distended.
SKIN: Warm and dry. Normal color.
NEUROLOGICAL: Awake and alert.
PSYCHOLOGICAL: Normal judgment, insight, mood, and affect.

## Assessment / Plan

Jamie is a 50-year-old non-smoking female with history of psoriatic arthritis, IBS, chronic right shoulder pain, and hysterectomy now on HRT presenting to establish care. Patient previously following with family practice Associates.

# Health Maintenance

Colonoscopy: Discuss at follow-up

Pap: Hysterectomy

Mammogram: Normal 2019 per patient

Shingrix: Discuss at follow-up

Hepatitis A: Discuss at follow-up

HIV: Declined, negative during pregnancy

. **Psoriatic arthritis** -

--Symptoms stable. Continue Humira and management per rheumatology.

L40.50: Arthropathic psoriasis, unspecified

. **Irritable bowel syndrome with diarrhea** -

--Symptoms stable. Continue current amitriptyline, Nexium.

K58.0: Irritable bowel syndrome with diarrhea

. **Complex regional pain syndrome** -

--Stable. Continue current Lyrica, tizanidine, and management per pain clinic.

M89.00: Algoneurodystrophy, unspecified site
- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS

. **Palpitations** -

--Chronic, unchanged. Not concerning/problematic to pt. No concerning associated symptoms. Pt reports negative work-up previously. CTM.

R00.2: Palpitations
- PALPITATIONS: CARE INSTRUCTIONS

. **Hormone replacement therapy** -

--Discussed risks/benefits of ERT. Continue management per Dr. Green (OBGYN, Women's care).

Z79.890: Hormone replacement therapy
- HORMONE THERAPY (HT): CARE INSTRUCTIONS

. **Allergic rhinitis** -

--Continue zyrtec.

J30.9: Allergic rhinitis, unspecified
- ALLERGIES: CARE INSTRUCTIONS
- MANAGING YOUR ALLERGIES: CARE INSTRUCTIONS

. **Adult health examination** -

Z00.00: Encounter for general adult medical examination without abnormal findings
- LIPID PANEL
- GLYCOHEMOGLOBIN A1C

Return to Office
- THERESA A WILP, APRN for RECHECK at PAIN MEDICINE on 09/30/2019 at 09:15 AM
- COLLIN ST. CLAIR, DO for RECHECK at FAMILY MEDICINE ANDOVER on 11/21/2019 at 09:15 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/12/2020 at 09:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by COLLIN ST. CLAIR, DO, 08/21/2019.
Encounter performed and documented by COLLIN ST. CLAIR, DO
Encounter reviewed & signed by COLLIN ST. CLAIR, DO on 08/21/2019 at 2:56pm

**Encounter Date: 08/12/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 08/12/2019 08:15AM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SYED HAIDER ABBAS, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

None recorded.

Patient's Care Team

Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (901) 385-3600, Fax (800) 391-9707
COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621

Vitals

**Ht:** 5 ft 7 in 08/12/2019 08:31 am
**Wt:** 180 lbs 08/12/2019 08:31 am
**BMI:** 28.2 08/12/2019 08:31 am
**BP:** 112/82 sitting R arm 08/12/2019 08:33 am
**BP Cuff Size:** adult 08/12/2019 08:33 am
**Pulse:** 76 bpm regular 08/12/2019 08:32 am
**RR:** 18 08/12/2019 08:32 am

Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

Medications

Reviewed Medications

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) every day by oral route at bedtime. | 06/20/19 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit**<br>Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days. | 08/12/19 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 08/06/19 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 04/18/19 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

Vaccines

None recorded.

Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018

- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Abdominal pain - Onset: 04/23/2019
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 08/05/2019
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**

## HPI

she is seen today as a follow up on PsA and CRPS.

last visit was in 2/2019.

she was off the Humira, just went back on Humira at 40 mg q 2 weeks.

Remains with Dr Roden for the right arm CRPS.

On Lyrica 100 mg po q 8 hours.

further on anti-depressant.

unable to tolerate the right arm compression sleeve.

unable to tolerate the gabapentin due to GI up set.

**REECE, JAMIE H (id #21591363, dob:**

otherwise, she remains fairly stable.

## ROS

Patient reports **swelling in the extremities (right arm. ) chronic pains in neck.** . She reports **psoriasis**. She reports **paresthesia (right arm.**
**chronic and stable)**. She reports **depression**; **sstable**. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no pleuritic chest pain, no shortness of breath when walking, no shortness of breath when lying down, and no Raynaud's Phenomenon. She reports no cough, no wheezing, no shortness of breath, and no coughing up blood.
**ROS as noted in the HPI**

## Physical Exam

Patient is a 50-year-old
female.

**Constitutional:**General Appearance: **overweight**. Level of Distress: NAD.

**Lungs:**Respiration: no dyspnea and good air movement. Percussion: no dullness, flatness, or hyperresonance. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal and CTA except as noted.

**Cardiovascular System:**Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no JVD. Pulses including femoral / pedal: normal throughout.

**Musculoskeletal System:**Joints, Bones, and Muscles: normal movement of all extremities;**stable.**
**without active synovitis or effusions noted. No dactylitis noted**. Extremities: **edema (minimal right arm, secondary to CRPS)**.

**Neurological Exam:**Motor: **no acute process.**
.

## Assessment / Plan

. **Psoriasis with arthropathy** -

pleasant 50-year-old female with chronic well-controlled psoriatic arthritis.

Unfortunately, she and to come off the Humira due to some insurance and pharmacy issue. Most recently she went back on the Humira at 40 mg every 2 weeks. Both skin and joints are doing well now.

No side effects reported.

No interval infections reported.

I have suggested her to continue with the current dose of Humira. Follow up with the labs today.

she has had some elevations of liver enzymes with methotrexate used which we have stopped.

She can continue to follow her liver functions with the family doctor.

follow up with a TB test every 12 months and CBC every 3 months while taking Humira.

L40.50: Arthropathic psoriasis, unspecified

- PSORIASIS: CARE INSTRUCTIONS
- Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit - Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days. Qty: 3 kit(s) of 2 Refills: 3 Pharmacy: ACCREDO Note to Pharmacy: fill when due

. **Complex regional pain syndrome** -

Please see my previous notes for details.

Briefly, has CRPS Type I, right arm after right shoulder and elbow injury due to repititive work at Toyota factory. Initially symptoms started some time early January 2018.

she is currently followed at the pain management clinic and is now on Lyrica at 100 mg 3 times a day.

She will continue with the suggestions of the pain management clinic..

M89.00: Algoneurodystrophy, unspecified site
- LEARNING ABOUT HEALTHY WEIGHT
- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS

. **Long-term drug therapy** -

needs to have a CBC today.

Repeat TB test in summer.

Z79.899: Other long term (current) drug therapy
- CBC
- QTB GOLD

Return to Office
- COLLIN ST. CLAIR, DO for NEW PATIENT at FAMILY MEDICINE ANDOVER on 08/21/2019 at 11:00 AM
- THERESA A WILP, APRN for RECHECK at PAIN MEDICINE on 09/30/2019 at 09:15 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/12/2020 at 09:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

Encounter Sign-Off
Encounter signed-off by SYED HAIDER ABBAS, MD, 08/12/2019.
Encounter performed and documented by SYED HAIDER ABBAS, MD
Encounter reviewed & signed by SYED HAIDER ABBAS, MD on 08/12/2019 at 9:01am

**Encounter Date: 08/05/2019**

Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 08/05/2019 09:45AM |
| **DOB** | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY | | |

Case Injury Date : 01/30/2016
Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC
Insurance # :
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: EXPRESS SCRIPTS - Member is eligible. details

## Chief Complaint

medication follow up, arm pain

Jamie Reece 50 y/o female is following up on complex regional sydrome, in the setting of medication management patient notes relief with the lyrica 100 mg TID. She does not some electrical shocks that radiates down the right arm at times. Pain today is rated as 3 today

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, **Ph** (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, **Ph** (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, **Ph** (901) 385-3600, Fax (800) 391-9707
COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, **Ph** (859) 245-3630, Fax (859) 245-3621
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, **Ph** (502) 570-4608, Fax (502) 570-4610

## Vitals

**Ht:** 5 ft 7 in 08/05/2019 10:13 am
**Wt:** 171 lbs 08/05/2019 10:13 am
**BMI:** 26.8 08/05/2019 10:13 am
**BP:** 118/62 sitting 08/05/2019 10:14 am
**Pain Scale:** 3 08/05/2019 10:15 am

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) every day by oral route at bedtime. | 06/20/19 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **Humira 40 mg/0.8 mL subcutaneous syringe kit**<br>Inject 40 mg every 2 weeks by subcutaneous route. | 07/17/19 | prescribed |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit**<br>Inject 0.4 mL every 2 weeks by subcutaneous route. | 07/24/19 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 08/05/19 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |

**REECE, JAMIE H (id #21591363, dob:**

| | | |
|---|---|---|
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 04/18/19 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Abdominal pain - Onset: 04/23/2019
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Most Recent Tobacco Use Screening: 08/05/2019

## Surgical History

Reviewed Surgical History

- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Headaches: **Y**

## HPI

50-year-old female presenting for follow-up with regards to medication management in the setting of CRPS of the right upper extremity. At her last appointment, patient was dose escalated on her Lyrica to 100 mg 3 times a day.

## ROS

Patient reports **muscle aches, muscle weakness, arthralgias/joint pain, and back pain**but reports no swelling in the extremities and no neck pain. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise

intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:**General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD.

**Psychiatric:**Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:**Head: normocephalic and atraumatic.

**Eyes:**EOM: EOMI.

**Lungs:**Respiratory effort: no dyspnea.

**Cardiovascular System:**Heart Auscultation: RRR.

**Abdomen:**Bowel Sounds: normal. Inspection and Palpation: soft and non-distended.

**Musculoskeletal:**:Joints, Bones, and Muscles: normal movement of all extremities and**tenderness** (**cervical paraspinals and trapezius muscles**).

**Motor Strength:**Motor Strength and Tone: normal and normal tone. C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

**Neurologic:**Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:**Inspection and palpation: no rash or lesions.

**Spine - Special Tests:**Cervical Spine negative axial loading test and Spurling's test and (normal) cervical spine. Other Findings **Myofascial pain**.

## Assessment / Plan

50-year-old female presenting for follow-up with regards to medication management in the setting of CRPS of the right upper extremity. At her last appointment, patient had her Lyrica dose adjusted to 100 mg 3 times a day. She returns today noting good improvement in symptoms with the use of the medication. She reports mild cognitive symptoms but notes that they have improved over the course of the month. She reports that they are not infringing on her ability to function nor do they affect her overall activities throughout the day. She is quite happy with her medication regimen at current. She does no benefit with the use of tizanidine for her muscle spasms into her neck and shoulders. She continues to do massage therapy with benefit. We'll plan to refill her medications for 2 month supply. I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient has a signed pain management agreement per clinic policy. Urine drug screen is up to date and appropriate as per Kentucky medical board guidelines. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient. Patient will follow-up in 2 months for further evaluation.

. **Complex regional pain syndrome**

M89.00: Algoneurodystrophy, unspecified site

- Lyrica 100 mg capsule - Take 1 capsule(s) 3 times a day by oral route. Qty: 90 capsule(s) Refills: 2 Pharmacy: WALMART PHARMACY 3894

**'atient Instructions**

WRAP-UP

Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- Refill Lyrica

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

**)iscussion Notes**

Spent 25 total minutes with the patient today. Greater than 50% of this time was spent counseling/coordination of care as documented in my assessment and plan above.

## Return to Office

- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 08/12/2019 at 08:15 AM
- THERESA A WILP, APRN for RECHECK at PAIN MEDICINE on 09/30/2019 at 09:15 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 08/05/2019.
Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 08/05/2019 at 10:25am

**Encounter Date: 07/08/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 07/08/2019 09:30AM |
| **DOB** | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

arm pain, medication follow up

Jamie Reece 50 y/o female is following up on medication management in the setting of CRPS. Regiment of Lyrica 75mg BID, she returns to clinic today noting minimal benefit with this regiment she states she is still having pain in the right arm. She denies any

adverse reactions with this medication just notes pain complaints

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

07/08/2019 10:01 am

**Ht:** 5 ft 7 in **Wt:** 173 lbs **BMI:** 27.1

**BP:** 112/68 sitting **Pain Scale:** 4

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) every day by oral route at bedtime. | 06/20/19 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 03/11/19 | prescribed |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route as needed. | 11/16/18 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 07/08/19 | prescribed |
| **Lyrica 50 mg capsule**<br>Take 1 capsule(s) twice a day by oral route. | 05/29/19 | prescribed |
| **Lyrica 75 mg capsule**<br>Take 1 capsule(s) twice a day by oral route. | 06/10/19 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 04/18/19 | prescribed |
| **traMADol 50 mg tablet** | 12/20/18 | prescribed |

**REECE, JAMIE H (id #21591363, dob:**

Take 1 tablet(s) twice a day by oral route as needed.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Abdominal pain - Onset: 04/23/2019
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Headaches: **Y**

## HPI

50yo female presenting for follow-up with regards to medication management in the setting of CRPS of the right upper extremity. At her last appointment, patient had her medication escalated to Lyrica 75 mg twice a day. She notes minimal benefit in symptoms. She continues to note muscle discomfort through the right shoulder and shoulderblade as well as neuropathic pain and swelling through the forearm and wrist.

## ROS

Patient reports **muscle aches, muscle weakness, arthralgias/joint pain, and back pain**but reports no swelling in the extremities and no neck pain. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur,

and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:**General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD.

**Psychiatric:**Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:**Head: normocephalic and atraumatic.

**Eyes:**Lids and Conjunctivae: non-injected and no discharge. Pupils: PERRLA.

**Lungs:**Respiratory effort: no dyspnea.

**Cardiovascular System:**Heart Auscultation: RRR.

**Abdomen:**Bowel Sounds: normal. Inspection and Palpation: soft and non-distended.

**Musculoskeletal:**:Joints, Bones, and Muscles: normal movement of all extremities and**tenderness** (**RIGHT lateral wrist and forearm**).

**Motor Strength:**Motor Strength and Tone: normal and normal tone. C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

**Neurologic:**Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:**Inspection and palpation: no rash or lesions.

**Spine - Special Tests:**Cervical Spine (normal) cervical spine. Other Findings **Myofascial pain** (**RIGHT cervical paraspinals, trapezius and rhomboids**).

## Assessment / Plan

50-year-old female presenting for follow-up with regards to CRPS of the right upper extremity. Patient previously been on gabapentin with good improvement in symptoms but had to transition to Lyrica secondary to GI side effects. At her last appointment, Lyrica was dose escalated to 75 mg twice a day. She reports minimal improvement in symptoms with the use of Lyrica. She presently complains of right neck, shoulder and shoulder blade discomfort with associated muscle spasms. She also has neuropathic pain and swelling in her right forearm and wrist. She'll longer wears her compression sleeve secondary to skin irritation. We discussed dose escalation of Lyrica to 100 mg 3 times a day. Side effects reviewed with the patient today including sedation and weight gain. I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient has a signed pain management agreement per clinic policy. Urine drug screen is up to date and appropriate as per Kentucky medical board guidelines. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient. We also reiterated the importance of addressing her myofascial pain in her neck and shoulder. She continues to hold off on physical therapy she does do massage therapy and twice monthly which does offer benefit. Patient will follow up in 1 month for further evaluation.

. **Complex regional pain syndrome**
M89.00: Algoneurodystrophy, unspecified site

**REECE, JAMIE H (id #21591363, dob:**

- Lyrica 100 mg capsule - Take 1 capsule(s) 3 times a day by oral route. Qty: 90 capsule(s) Refills: 0 Pharmacy: WALMART PHARMACY 3894

**Patient Instructions**

WRAP-UP
Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- INCREASE Lyrica

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

**Discussion Notes**

Spent 25 total minutes with the patient today. Greater than 50% of this time was spent counseling/coordination of care as documented in my assessment and plan above.

## Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 08/05/2019 at 09:45 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 08/12/2019 at 08:15 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 07/08/2019.
Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 07/08/2019 at 10:39am

**Encounter Date: 06/10/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 06/10/2019 09:45AM |
| **DOB** | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

neck pain, shoulder pain, medication follow up

Jamie Reece 50 y/o female is following up neck and right shoulder pain in the setting of psoriatic arthritis, patient is under medication management which consist of tizanidine and lyrica 5o mg BID patient reports today she is able to tolerate the lyrica moreover than the gabapentin. Patient does however notes that she has been waking up with pain and doesn't think the dose is

**REECE, JAMIE H (id #21591363, dob:**

strong enough. Pain today is rated as a 3 still being constant throughout the day

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

06/10/2019 10:07 am

**Ht:** 5 ft 7 in **Wt:** 173 lbs **BMI:** 27.1

**BP:** 122/76 sitting **Pain Scale:** 3

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) every day by oral route at bedtime. | 04/29/19 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 03/11/19 | prescribed |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route as needed. | 11/16/18 | prescribed |
| **Lyrica 50 mg capsule**<br>Take 1 capsule(s) twice a day by oral route. | 05/29/19 | prescribed |
| **Lyrica 75 mg capsule**<br>Take 1 capsule(s) twice a day by oral route. | 06/10/19 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 04/18/19 | prescribed |
| **traMADol 50 mg tablet**<br>Take 1 tablet(s) twice a day by oral route as needed. | 12/20/18 | prescribed |
| **ZyrTEC 10 mg capsule** | 11/17/17 | entered |

Take 1 capsule(s) every day by oral route.

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Abdominal pain - Onset: 04/23/2019
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Headaches: **Y**

## HPI

50-year-old female presenting for follow-up with regards to medication management in the setting of CRPS of the right shoulder. Patient began to note GI side effects last month which she attributed to Gabapentin. Patient was transitioned from Gabapentin to Lyrica.

## ROS

Patient reports **muscle aches, muscle weakness, arthralgias/joint pain, and neck pain**but reports no swelling in the extremities. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no

migraines, no headaches, and no tremor. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:**General Appearance: healthy-appearing, well-nourished, and normal body habitus. Level of Distress: NAD.

**Psychiatric:**Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:**Head: normocephalic and atraumatic.

**Eyes:**Pupils: PERRLA. EOM: EOMI.

**Lungs:**Respiratory effort: no dyspnea.

**Cardiovascular:**Heart Auscultation: RRR.

**Abdomen:**Inspection and Palpation: soft, non-distended, and no tenderness.

**Musculoskeletal::**Motor Strength and Tone: normal tone and motor strength. Joints, Bones, and Muscles:**tenderness** (**R cervical paraspinals and trapezius**). Extremities: no cyanosis.

**Neurologic:**Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:**Inspection and palpation: no rash, lesions, or ulcer.

**Cervical Spine:**Inspection: alignment normal. Soft Tissue Palpation on the Right:**tenderness of the paracervicals**, **the scalene muscle**, **the trapezius**, and **the rhomboid**.

**Motor Strength:**C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

## Assessment / Plan

50yo female presenting for follow-up with regards to medication management in the setting of CRPS of the right upper extremity. Patient continues to endorse a significant myofascial component to her pain specifically through the cervical paraspinal musculature and trapezius muscles on the right. She continues to do massage therapy which she does find beneficial. We discussed referral back to physical therapy for dry needling and myofascial release. She would like to further consider this option before committing to physical therapy referral. Current medication regiment consists of Lyrica 50 mg twice a day. She began experiencing GI side effects over the last month and attributed her symptoms to gabapentin use. As such she was transitioned to Lyrica and does feel that the medication adjustment was beneficial. She doesn't feel like it was as strong as her relief that she was getting from gabapentin. She denies any adverse side effects. We'll plan to dose escalate her Lyrica to 75 mg twice a day today. Side effects were reviewed with patient including sedation and weight gain. We will plan to repeat urine drug screen as per Kentucky medical board guidelines. I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient signed pain management agreement per clinic policy. Urine drug screen was ordered today as per Kentucky medical board guidelines. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient. Patient will follow-up in one month for further evaluation.

**. Complex regional pain syndrome**

M89.00: Algoneurodystrophy, unspecified site

- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS
- Lyrica 75 mg capsule - Take 1 capsule(s) twice a day by oral route. Qty: 60 capsule(s) Refills: 0 Pharmacy: WALMART PHARMACY 3894

**Long-term drug therapy**

Z79.899: Other long term (current) drug therapy

- HIGH RISK DRUG PANEL

| | |
|---|---|
| Prescribed Relevant Medications: lyrica | Date of last dose: 06/10/2019 |

Time of last dose: 9am

**Patient Instructions**

WRAP-UP
Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- INCREASE Lyrica

- UDS

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

**Discussion Notes**

Spent 25 total minutes with the patient today. Greater than 50% of this time was spent counseling/coordination of care as documented in my assessment and plan above.

Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 07/09/2019 at 09:30 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 08/12/2019 at 08:15 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 06/10/2019.
Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 06/10/2019 at 11:15am

**Encounter Date: 04/29/2019**

Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 04/29/2019 10:00AM |
| **DOB** | | **Service Dept.** | SURGERY SCHEDULE |
| **Provider** | AN-YU CHEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017 | | |

**REECE, JAMIE H (id #21591363, dob:**

Prescription: ESI1 - Member is eligible. details

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider (Primary Insurance):** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider (Worker's Comp):** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 04/23/2019)

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Medications not reviewed (last reviewed 04/23/2019)

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) every day by oral route at bedtime. | 04/29/19 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 03/11/19 | prescribed |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route as needed. | 11/16/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 04/18/19 | prescribed |
| **traMADol 50 mg tablet**<br>Take 1 tablet(s) twice a day by oral route as needed. | 12/20/18 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

**REECE, JAMIE H (id #21591363, dob:**

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Abdominal pain - Onset: 04/23/2019
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 04/09/2019)

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Social History not reviewed (last reviewed 04/09/2019)
**Gastroenterology**
Tobacco cessation counseling provided?: N
Occupation: unemployed
Marital status: Married
Alcohol intake: Occasional
Illicit drugs: no
Drugs Abused: no
Smoking Status: Never smoker

## Surgical History

Surgical History not reviewed (last reviewed 04/09/2019)

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Past Medical History not reviewed (last reviewed 04/09/2019)
Acid Reflux (GERD): **Y**
Allergies/Hayfever: **Y**
Chicken Pox: **Y**
Headaches: **Y**

## Assessment / Plan

None recorded.

### Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 06/10/2019 at 09:45 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 08/12/2019 at 08:15 AM

## Encounter Sign-Off

Encounter signed-off by Melissa Blackwell, 04/30/2019.
Encounter performed and documented by AN-YU CHEN, MD
Encounter reviewed & signed by Melissa Blackwell on 04/30/2019 at 9:15am

**Encounter Date: 04/23/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 04/23/2019 02:30PM |

5183

**REECE, JAMIE H (id #21591363, dob:**

**DOB** **Service Dept.** GASTRO SB

**Provider** AN-YU CHEN, MD

**Insurance** Med Primary: BCBS-OH (PPO)
Insurance # : TOAAN1313675
Policy/Group # : 003320100TEAP064
PCP : FAMILY PRACTICE ASSOCIATES
Employer Name : TOYOTA
Med Worker's Comp: MSMM
Referring Provider Name : DONEGAN, RYAN P
Employer Name : KELLY SERVICES
Case # : SA211932PVY
Case Injury Date : 01/30/2018
Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC
Insurance # :
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: ESI1 - Member is eligible. details

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 04/23/2019 02:31 pm | **Wt:** | 173 lbs 04/23/2019 02:33 pm | **BMI:** | 27.1 04/23/2019 02:33 pm |
| **BP:** | 120/60 04/23/2019 02:35 pm | **Pulse:** | 72 bpm 04/23/2019 02:37 pm | **RR:** | 16 04/23/2019 02:35 pm |

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 03/11/19 | prescribed |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route as needed. | 11/16/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |

5184

Probiotic 11/17/17 entered

**tiZANidine 4 mg tablet** 04/18/19 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADol 50 mg tablet** 12/20/18 prescribed
Take 1 tablet(s) twice a day by oral route as needed.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

None recorded.

## Problems

Problems not reviewed (last reviewed 04/09/2019)

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Abdominal pain - Onset: 04/23/2019
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 04/09/2019)

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Social History not reviewed (last reviewed 04/09/2019)
**Gastroenterology**
Tobacco cessation counseling provided?: N
Occupation: unemployed
Marital status: Married
Alcohol intake: Occasional
Illicit drugs: no
Drugs Abused: no
Smoking Status: Never smoker

## Surgical History

Surgical History not reviewed (last reviewed 04/09/2019)

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Past Medical History not reviewed (last reviewed 04/09/2019)
Acid Reflux (GERD): **Y**
Allergies/Hayfever: **Y**
Chicken Pox: **Y**
Headaches: **Y**

**REECE, JAMIE H (id #21591363, dob:**

## HPI

This is a pleasant 50 yof here for follow up regarding abd pain
Current status:no better after recent work up by Amy Collins
Symptoms:generalized dull achy pain with burning sensation
Treatments:PPIs
Additional info:Concerned about gastric cancer, +family history. Also claims that she was on PPI at the time of the h.pylori testing

## ROS

**Additionally reports:**

**CONSTITUTIONAL: No fever, chills, or weight loss**

**ENT: No ear pain. No sore throat.**
**CARDIOVASCULAR: No chest pain, No edema.**
**PULMONARY: no shortness of breath, or cough.**
**GI: As detailed in the HPI.**
**GU: no dysuria,**
**NEURO: no headaches, visual changes, numbness, tingling, weakness**
**ENDOCRINE: no history of thyroid problems, no weight gain**
**ALLERGY/IMMUNE: No immune deficiency or hay fever.**
**SKIN: No itching or rashes**
**PSYCH: No depression or anxiety**

## Physical Exam

Patient is a 50-year-old female.

GENERAL: Pleasant 50 years-old in no acute distress
HEENT: EOMI, no scleral icterus. no obvious oral lesions, mucous membranes moist.
NECK: Unrestricted range of motion.
HRT: Regular rate and rhythm. No obvious murmurs noted.
PULMONARY: Normal respiratory effort. No evidence of shortness of breath.
ABDOMEN: Moderate central obesity. Bowel sounds within normal limits. Soft, nontender, nondistended. No hepatosplenomegaly. There is no guarding or rebound.
SKIN: No jaundice. No rashes. Warm and dry.
MUSCULOSKELETAL: Gait within normal limits.
NEURO: No obvious weakness or gross deficit noted. No evidence of confusion.
PSYCH: Alert and oriented. Mood and affect within normal limits. Does not appear depressed.

## Assessment / Plan

. **Abdominal pain** -

Suspect IBS. May benefit from amitriptyline but pt prefers to wait until after evaluation

R10.9: Unspecified abdominal pain

- ABDOMINAL PAIN: CARE INSTRUCTIONS

. **Family history of Stomach cancer** -

Will assess with EGD.

Z80.0: Family history of malignant neoplasm of digestive organs

**)iscussion Notes**

I have discussed the situation, differential diagnosis, and recommendation with the patient. She express understanding and wishes to proceed as recommended.

## Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 06/10/2019 at 09:45 AM

- KATHERINE [illegible] RODEN, MD for RECHECK at [illegible] on 06/10/2019 at 09:45 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 08/12/2019 at 08:15 AM

## Encounter Sign-Off

Encounter signed-off by AN-YU CHEN, MD, 04/23/2019.
Encounter performed and documented by AN-YU CHEN, MD
Encounter reviewed & signed by AN-YU CHEN, MD on 04/23/2019 at 3:02pm

**Encounter Date: 04/09/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE. JAMIE (50vo. F) ID# 21591363 | **Appt. Date/Time** | 04/09/2019 09:15AM |
| **DOB** | | **Service Dept.** | GASTRO SB |
| **Provider** | AMY KATHRYN COLLINS, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 04/09/2019 09:33 am | **Wt:** | 176 lbs 3.2 oz 04/09/2019 09:34 am | **BMI:** | 27.6 04/09/2019 09:34 am |
| **BP:** | 120/60 04/09/2019 09:39 am | **Pulse:** | 68 bpm 04/09/2019 09:40 am | **RR:** | 8 04/09/2019 09:40 am |

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

**esomeprazole magnesium 40 mg capsule,delayed release** 02/25/19 renewed
TAKE 1 CAPSULE DAILY

**REECE, JAMIE H (id #21591363, dob:**

| | | |
|---|---|---|
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 03/11/19 | prescribed |
| **Humira Pen 40 mg/0.8 mL subcutaneous kit**<br>Inject 0.8 mL every 2 weeks by sub-q route.<br>**Internal Note:** not taking since 12/2018 | 02/11/19 | entered |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route as needed. | 11/16/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed. | 02/11/19 | prescribed |
| **traMADol 50 mg tablet**<br>Take 1 tablet(s) twice a day by oral route as needed. | 12/20/18 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
**Gastroenterology**
Tobacco cessation counseling provided?: N
Occupation: unemployed
Marital status: Married
Alcohol intake: Occasional
Illicit drugs: no
Drugs Abused: no
Smoking Status: Never smoker

## Surgical History

**REECE, JAMIE H (id #21591363, dob:**

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**
Allergies/Hayfever: **Y**
Chicken Pox: **Y**
Headaches: **Y**

## HPI

Jamie Reece is a 50 yr old female patient of Dr. Chen who is here today for epigastric pain for last 3 weeks. She reports this as a constant, dull ache. She reports bloating, weight gain, some dysphagia of pills (denies this as a problem though) and reflux that is controlled with esomeprazole. She has diarrhea, constipation that alternate, but says this is her normal bowel pattern. She denies nausea, vomiting, coffee ground emesis, food triggers, rectal bleeding, melena, reflux, heartburn, regurgitation, or respiratory symptoms.

## ROS

Patient reports **difficulty swallowing/ food sticking (pills, not a problem she wants to address at this time)** but reports no pain when swallowing, no indigestion or heartburn, no nausea and/or vomiting, not vomiting blood, and normal appetite. She reports **abdominal pain (epigastric), diarrhea, constipation, and excess gas or bloating** but reports no fullness after eatting, no blood in stool, no blacky or tarry stools, no change in bowel/bladder habits, and no pain when defecating. She reports **Irritable Bowel Syndrome** but reports no ulcerative colitis, no Crohn's disease, no family history of colon polyps or cancer, and no Barrett's Esophagus. She reports feeling fine, no fever, no chills, no weight gain, and no significant weight loss. She reports no blurred vision and no double vision. She reports no feeling of foreign body in throat. She reports no chest pain and no cardiac disease. She reports no jaundice, no history of chronic liver disease, and no hepatitis or exposure to hepatitis. She reports no change in skin color and no rashes. She reports good coordination, no weakness, no seizures, no headaches, no stroke, and no dizziness. She reports no psychiatric or emotional problems. She reports no history of thyroid disease and no hormonal changes. She reports no difficulty urinating. She reports no cough, no shortness of breath, and no lung disease.

## Physical Exam

Patient is a 50-year-old
female.

**Constitutional:**General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD.

**Psychiatric:**Mental Status: active and alert. Orientation: to time, place, and person.

**Head:**Head: normocephalic and atraumatic.

**ENMT:**Lips, Teeth, and Gums: no mouth or lip ulcers or bleeding gums and normal dentition. Oropharynx: moist mucous membranes.

**Lungs:**Respiratory effort: no dyspnea. Auscultation: breath sounds normal.

**Cardiovascular:**Heart Auscultation: normal S1 and S2 and RRR and no murmurs.

**Abdomen:**Bowel Sounds: normal. Inspection and Palpation: no tenderness, guarding, masses, rebound tenderness, or CVA tenderness and soft and non-distended.

**Neurologic:**Gait and Station: normal gait.

**Skin:**Inspection and palpation: no rash, lesions, or jaundice and good turgor.

## Assessment / Plan

**. Epigastric pain**
R10.13: Epigastric pain

**'atient Instructions**

Recommend labs for fecal occult blood, CBC, CMP, amylase, lipase, abdominal US.

Recommend barium swallow to evaluate swallowing, patient declines at this time for this test.

Follow-up in 2 weeks, call for any questions or concerns. patient verbalized understanding.

Return to Office

- AN-YU CHEN, MD for RECHECK at GASTRO SB on 05/07/2019 at 03:15 PM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 06/10/2019 at 09:45 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 08/12/2019 at 08:15 AM

## Encounter Sign-Off

Encounter signed-off by AMY KATHRYN COLLINS, APRN, 04/11/2019.
Encounter performed and documented by AMY KATHRYN COLLINS, APRN
Encounter reviewed & signed by AMY KATHRYN COLLINS, APRN on 04/11/2019 at 10:23am

**Encounter Date: 03/11/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 03/11/2019 09:30AM |
| **DOB** | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

neck pain, medication follow up

Jamie Reece 50 y/o female is following up on chronic neck,shoulder, and arm pain. Patient was taking gabapentin 800mg with some s/e resulting her to fall, so her dose was decreased to the 600mg tabs with a muscle relaxer. Patient states her pain is well controlled with this method with no s/e.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621**
WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

**Ht:** 5 ft 7 in 03/11/2019 09:58 am **Wt:** 174 lbs 03/11/2019 09:58 am **BMI:** 27.3 03/11/2019 09:58 am

**REECE, JAMIE H (id #21591363, dob:**

**BP:** 118/68 sitting 03/11/2019 09:59 am **Pain Scale:** 4 03/11/2019 09:59 am

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **baclofen 10 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route. | 12/14/18 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **folic acid** | 02/11/19 | entered |
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 03/11/19 | prescribed |
| **gabapentin 800 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 02/11/19 | prescribed |
| **Humira Pen 40 mg/0.8 mL subcutaneous kit**<br>Inject 0.8 mL every 2 weeks by sub-q route.<br>**Internal Note:** not taking since 12/2018 | 02/11/19 | entered |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route as needed. | 11/16/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed. | 02/11/19 | prescribed |
| **traMADol 50 mg tablet**<br>Take 1 tablet(s) twice a day by oral route as needed. | 12/20/18 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018

- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Headaches: **Y**

## HPI

50-year-old female presenting for follow-up with regards to neck and shoulder pain. Patient is currently followed by rheumatology, Dr. Abbas, for psoriatic arthritis currently maintained on Humira. She has repetitive work-related injury for her job at Toyota resulting in significant shoulder and upper arm pain. she did not tolerate transition to gabapentin 800 mg 3 times a day and as such was transitioned back to gabapentin 600 mg 3 times a day. Muscle relaxant was changed at her last visit from baclofen to tizanidine due to inadequate analgesia. She was also provided with a prescription for a TENS unit which has helped with pain relief.

## ROS

Patient reports **muscle aches, muscle weakness, arthralgias/joint pain, and neck pain**but reports no swelling in the extremities. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:**General Appearance: healthy-appearing, well-nourished, and normal body habitus. Level of Distress: NAD.

**Psychiatric:**Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:**Head: normocephalic and atraumatic.

**Eyes:**Pupils: PERRLA. EOM: EOMI.

**Lungs:**Respiratory effort: no dyspnea.

**Cardiovascular:**Heart Auscultation: RRR.

**Abdomen:**Inspection and Palpation: soft, non-distended, and no tenderness.

**Musculoskeletal::**Motor Strength and Tone: normal tone and motor strength. Joints, Bones, and Muscles:**tenderness** (**R shoulder**). Extremities: no cyanosis.

**Neurologic:**Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:**Inspection and palpation: no rash, lesions, or ulcer.

**Cervical Spine:**Inspection: alignment normal. Soft Tissue Palpation on the Right:**tenderness of the paracervicals, the scalene muscle**, **the trapezius**, and **the rhomboid**.

**Motor Strength:**C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

## Assessment / Plan

50-year-old female presenting for follow-up with regards to medication management in the setting of CRPS of the right shoulder. She continues to notice significant muscular component through the right neck and shoulder. Her last appointment, gabapentin was increased to 800 mg 3 times a day. Patient reports significant cognitive changes with dose escalation and as such was titrated back down to gabapentin 600 mg 3 times a day. She does note improvement at this current medication dose. She denies any adverse side effects. Patient was also transitioned from baclofen to tizanidine to inadequate analgesia. Patient notes that changes with gabapentin she is yet to make that transition. She did obtain a TENS unit which she feels has helped some of her pain control. We discussed different options with regards to massage therapy including hot stone massage and avoiding deep tissue massage which has caused her discomfort in the past. Overall, patient reports that her pain is improved with her current treatment modalities. We will plan to refill gabapentin for 3 month supply. I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient has a signed pain management agreement per clinic policy. Urine drug screen is up to date and appropriate as per Kentucky medical board guidelines. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient. Patient will follow-up in 3 months for further evaluation.

**. Psoriatic arthritis**

L40.50: Arthropathic psoriasis, unspecified

- gabapentin 600 mg tablet - Take 1 tablet(s) 3 times a day by oral route. Qty: 90 tablet(s) Refills: 3 Pharmacy: COSTCO PHARMACY #1156

**'atient Instructions**

WRAP-UP

Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- Refill Gabapentin

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

**Discussion Notes**

Spent 25 total minutes with the patient today. Greater than 50% of this time was spent counseling/coordination of care as documented in my assessment and plan above.

## Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 06/10/2019 at 09:45 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 08/12/2019 at 08:15 AM

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 03/11/2019.
Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 03/11/2019 at 12:51pm

**Encounter Date: 02/11/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 02/11/2019 09:30AM |
| **DOB** | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

neck pain

Mrs. Jamie H. Reece is a 50 y/o female following up for chronic neck and right arm pain. patient rates her pain a 4/10 on pain scale. She is taking Gabapentin 600 tid, Baclofen and has both Tramadol and Hydrocodone. She is currently in physical therapy.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621**
WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-

**REECE, JAMIE H (id #21591363, dob:**
0526
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

02/11/2019 09:07 am

**Ht:** 5 ft 7 in **Wt:** 177 lbs **BMI:** 27.7

**BP:** 108/76 **Pain Scale:** 4 **Pain Scale Type:** Numeric

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

**baclofen 10 mg tablet** 12/14/18 prescribed
Take 1 tablet(s) every 8 hours by oral route.

**folic acid** 02/11/19 entered

**gabapentin 600 mg tablet** 12/14/18 prescribed
Take 1 tablet(s) 3 times a day by oral route.

**gabapentin 800 mg tablet** 02/11/19 prescribed
Take 1 tablet(s) 3 times a day by oral route.

**Humira Pen 40 mg/0.8 mL subcutaneous kit** 02/11/19 entered
Inject 0.8 mL every 2 weeks by sub-q route.
**Internal Note:** not taking since 12/2018

**HYDROcodone 10 mg-acetaminophen 325 mg tablet** 11/16/18 prescribed
Take 1 tablet(s) every 8 hours by oral route as needed.

**Multi Vitamin** 11/17/17 entered

**NexIUM** 07/13/18 entered

**Probiotic** 11/17/17 entered

**tiZANidine 4 mg tablet** 02/11/19 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed.

**traMADol 50 mg tablet** 12/20/18 prescribed
Take 1 tablet(s) twice a day by oral route as needed.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017

- Psoriatic arthritis - Onset: 12/06/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Headaches: **Y**

## HPI

50-year-old female returning for follow-up with regards to shoulder pain. she continues to follow with rheumatology, Dr. Abbas, for psoriatic arthritis currently managed on Humira. Improve, patient's symptoms are related to repetitive work injury from her job at Toyota. Her current medication regimen consists of gabapentin 600 mg 3 times a day and tramadol 50 mg twice a day. She has not noticed any significant improvement from Tramadol. The patient did not tolerate Norco secondary to nausea/vomiting. She has recently restarted physical therapy.

## ROS

Patient reports **arthralgias/joint pain and neck pain** but reports no muscle aches, no muscle weakness, no back pain, and no swelling in the extremities; **right arm pain**. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and normal body habitus. Level of Distress: NAD.

**Psychiatric:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and

**Psychiatric:**Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:**Head: normocephalic and atraumatic.

**Eyes:**Pupils: PERRLA. EOM: EOMI.

**Lungs:**Respiratory effort: no dyspnea.

**Cardiovascular:**Heart Auscultation: RRR.

**Abdomen:**Inspection and Palpation: soft, non-distended, and no tenderness.

**Musculoskeletal::**Motor Strength and Tone: normal tone and motor strength. Joints, Bones, and Muscles:**tenderness** (**R shoulder**). Extremities: no cyanosis and **edema** (**mild, right arm**).

**Neurologic:**Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:**Inspection and palpation: no rash, lesions, or ulcer.

**Cervical Spine:**Inspection: alignment normal. Soft Tissue Palpation on the Right:**tenderness of the paracervicals, the scalene muscle, the trapezius**, and **the rhomboid**.

**Motor Strength:**C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

## Assessment / Plan

50-year-old female presenting for follow-up with regards to neck and shoulder pain. Patient is currently followed by rheumatology, Dr. Abbas, for psoriatic arthritis currently maintained on Humira. She has repetitive work-related injury for her job at Toyota resulting in significant shoulder and upper arm pain. She presents today with a compression sleeve to assist with edema. No temperature or color change noted. We have thoroughly reviewed the symptoms related to CRPS. Her current regimen consists of gabapentin 600 mg 3 times a day. At her last visit, we discussed initiating opioid therapy to help with severe exacerbations of pain. She has tried at this point nor occur as well as tramadol without significant improvement in symptoms. She returns today noting that gabapentin provides her with the best pain relief. She denies any adverse side effects that her current medication dose. We discussed us escalating gabapentin to 800 mg 3 times a day. Should this not significantly improved pain complaints, we discussed possible adjuvants at her next visit including Cymbalta or a TCA. Side effects were reviewed with her today regarding gabapentin including sedation and cognitive changes.

patient has started physical therapy with a new therapist and has noted Dobson Downs in terms of her ongoing neck pain. She is also started taking tissue massage therapy. Patient was advised to consider lidocaine patches following her massage sessions to help with swelling and discomfort. We also discussed initiation of a TENS unit to help with her exacerbations and neck pain. Prescription for TENS unit was provided today. She currently takes baclofen with some minor relief in her muscle spasms. She inquires about other muscle relaxants. We'll plan to discontinue baclofen today and initiate tizanidine. Side effects were reviewed with her including sedation.Patient will follow-up in one month for further evaluation.

. **Myofascial pain**

M79.10: Myalgia, unspecified site

- TENS UNIT - Use as directed. Qty: 1 Unit Refills: 0 Supplier: KENTUCKY ORTHO REHAB (KORT)
- tizanidine 4 mg tablet - Take 1 tablet(s) 3 times a day by oral route as needed. Qty: 90 tablet(s) Refills: 0 Pharmacy: WALMART PHARMACY 3894

. **Complex regional pain syndrome**

M89.00: Algoneurodystrophy, unspecified site

- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS
- gabapentin 800 mg tablet - Take 1 tablet(s) 3 times a day by oral route. Qty: 90 tablet(s) Refills: 0 Pharmacy: WALMART PHARMACY 3894

**'atient Instructions**

WRAP-UP

Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- TENS unit

- INCREASE Gabapentin 800mg TID

- DISCONTINUE Baclofen

- START Tizanidine

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

**Discussion Notes**

Spent 25 total minutes with the patient today. Greater than 50% of this time was spent counseling/coordination of care as documented in my assessment and plan above.

Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 03/11/2019 at 09:30 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 08/12/2019 at 08:15 AM

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 02/11/2019.
Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 02/11/2019 at 9:43am

**Encounter Date: 02/11/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 02/11/2019 08:15AM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SYED HAIDER ABBAS, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

PSA; not taking Humira x 2mos

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

**REECE, JAMIE H (id #21591363, dob:**

## Patient's Pharmacies

**COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621**
WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

**Ht:** 5 ft 7 in 02/11/2019 08:20 am
**Wt:** 175 lbs 02/11/2019 08:20 am
**BMI:** 27.4 02/11/2019 08:20 am
**BP:** 106/74 sitting L arm 02/11/2019 08:22 am
**BP Cuff Size:** adult 02/11/2019 08:20 am
**Pulse:** 80 bpm regular 02/11/2019 08:23 am
**RR:** 18 02/11/2019 08:20 am

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **baclofen 10 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route. | 12/14/18 | prescribed |
| **folic acid** | 02/11/19 | entered |
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 12/14/18 | prescribed |
| **Humira Pen 40 mg/0.8 mL subcutaneous kit**<br>Inject 0.8 mL every 2 weeks by sub-q route.<br>**Internal Note:** not taking since 12/2018 | 02/11/19 | entered |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route as needed. | 11/16/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **traMADol 50 mg tablet**<br>Take 1 tablet(s) twice a day by oral route as needed. | 12/20/18 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017

**REECE, JAMIE H (id #21591363, dob:**

- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**

## HPI

she is seen today as a follow up on PsA and CRPS.

She stopped the Humira in December, without our suggestions.

Felt can contribute to her numbness in the right arm, CRPS.

She is followed by Dr Roden in pain management.

She is using a compression sleeve in right arm, not sure if this is helping and thinks make her arm worse.

she is going to PT and also going to gym.

sshe remains quite frustrated with her right upper extremity complex regional pain syndrome symptoms and pains.

## ROS

Patient reports **swelling in the extremities (right arm. ); chronic pains in neck.** . She reports **psoriasis**. She reports **paresthesia (right arm. )**. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no pleuritic chest pain, no shortness of breath when walking, no shortness of breath when lying down, and no Raynaud's Phenomenon. She reports no cough, no wheezing, no shortness of breath, and no coughing up blood. She reports no depression, no sleep disturbances, no anxiety, and restful sleep.
**ROS as noted in the HPI**

## Physical Exam

**REECE, JAMIE H (id #21591363, dob:**

Patient is a 50-year-old
female.

**Constitutional:**General Appearance: **overweight**. Level of Distress: NAD.

**Lungs:**Respiration: no dyspnea and good air movement. Percussion: no dullness, flatness, or hyperresonance. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal and CTA except as noted.

**Cardiovascular System:**Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no JVD. Pulses including femoral / pedal: normal throughout.

**Musculoskeletal System:**Joints, Bones, and Muscles: **no active synovitis or effusions noted. No dactylitis noted** Extremities: **edema (right arm, secondary to CRPS)**.

**Neurological Exam:**Motor: **no acute process.**

.

## Assessment / Plan

. **Psoriasis with arthropathy** -

a very pleasant 50-year-old female with chronic well-controlled psoriatic arthritis. Unfortunately, she is off the Humira injections since December 2018.

so far, her arthritic symptoms have remained under well control even though she is off the Humira for the last 6 weeks. I think at this point she can resume the Humira at 40 mg every Q4 weeks in order to prevent recurrence of reactivation of the psoriatic arthritis.

certainly, if she does show any activity of the disease he can always increase the dose to every 2 weeks.

she has had some elevations of liver enzymes with methotrexate used which we have stopped several months ago.

She can continue to follow her liver functions with the family doctor.

follow up with a TB test every 12 months and CBC every 3 months while taking Humira.

L40.50: Arthropathic psoriasis, unspecified

- PSORIASIS: CARE INSTRUCTIONS

. **Complex regional pain syndrome** -

Please see my previous notes for details.

Briefly, has CRPS Type I, right arm after right shoulder and elbow injury due to repititive work at Toyota factory. Initially symptoms started some time early January 2018.

On account of constant pain with worsening at times, she is not able to go back to work. Further, she is concerned about the repetitive nature of her job and because of worsening of these pains while at work. She is continue to follow by physical therapy. She is also seen pain management on my suggestion and has initiated gabapentin.

her examination today, continues to show some dependent edema of her right upper extremity along with some mild erythema but without any warmth. More for typical motor and sensory features seen with complex regional pain syndrome. As mentioned

above no active features of psoriatic arthritis noted on examination.

The whole body bone scan reviewed 10/2018: elbows, and wrists bilaterally. This represents degenerative change. There is focally increased uptake projecting along the greater tuberosity of the right humeral head. The calvarium appears normal. There are mild degenerative changes in the shoulders and sternoclavicular joints. The ribs appear normal.

There are mild degenerative changes throughout the spine. There are mild degenerative changes in the hips, knees, and feet.

she will continue to follow with pain management clinic and will maintain her exercise and physical therapy as per their directions. No further suggestions at this point.

M89.00: Algoneurodystrophy, unspecified site

- LEARNING ABOUT HEALTHY WEIGHT
- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS

. **Long-term drug therapy** -

needs to have a CBC today.

Repeat TB test in summer.

Z79.899: Other long term (current) drug therapy

- CBC

Return to Office

- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 08/12/2019 at 08:15 AM

Encounter Sign-Off

Encounter signed-off by SYED HAIDER ABBAS, MD, 02/11/2019.
Encounter performed and documented by SYED HAIDER ABBAS, MD
Encounter reviewed & signed by SYED HAIDER ABBAS, MD on 02/11/2019 at 9:03am

## Clinical Documents

NEW LEXINGTON CLINIC PSC • , LEXINGTON KY 40504-2701

**REECE, JAMIE H (id #21591363, dob:**

2019-08-22 10:55 LC-108-6436 8592586439 >> athena P 1/1

Lexington Clinic ANDOVER

179.0

# ADULT (13 AND OLDER) PATIE

11650100w13059 Single Page ClinDoc

Date 8-21-17

NAME Jamie Reece CONTACT NUMBER CARE PROVIDER [illegible] PA

MARITAL STATUS ☐ Single ☐ Married ☐ Separated ☐ Divorced ☐ Widowed

**CURRENT MEDICATIONS** (Include prescriptions, non-prescriptions, herbal medications and creams)

1. 5.
2. 6.
3. 7.
4. 8.

**DRUG OR SUBSTANCE ALLERGY** (Please describe reaction)

1. 5.
2. 6.

**PAST MEDICAL HISTORY** (Please check if any of the following apply)

☐ Asthma ☐ Diabetes ☐ Other
☐ Bipolar Disorder ☐ Heart Disease ☐ Other
☐ Blood Clot ☐ High Cholesterol ☐ Other
☐ Cancer Type ☐ High Blood Pressure ☐ Other
☐ COPD/Lung Disease ☐ Kidney Disease - Type
☐ Depression ☐ Liver Disease - Type

**PAST SURGICAL HISTORY** (Please check if any of the following apply)

☐ Appendectomy ☐ Gallbladder Removal ☐ Tubal Ligation
☐ Carotid Surgery ☐ Heart Surgery ☐ Vasectomy
☐ Cataract Removal ☑ Hysterectomy ☐ Other
☐ Colectomy/Colon Removal ☑ Tonsillectomy ☐ Other

**SOCIAL HISTORY** (Please fill out all that apply)

Do you smoke? ☐ Never ☐ Former Smoker - Number of Years ☐ Current - How many packs per day?

Do you drink alcohol? ☐ No ☐ Occasional - How often? 1/month ☐ Daily _ How much per day?

Do you have a history of substance/drug abuse? ☑ No ☐ Yes - Please describe

Occupation [illegible]

**FEMALES ONLY** Last Menstrual Period Are you Pregnant? ☐ Yes ☐ No ☐ Unsure

Are you currently using birth control? ☐ No ☐ Yes - Method of Birth Control

**FAMILY HISTORY** (Please check if your mother, father, sisters or brothers have any of the following:)

| Diagnosis | Yes | No | Relationship to You, List All | Status |
|---|---|---|---|---|
| ASTHMA | | ✓ | | ☐ LIVING ☐ DECEASED |
| CANCER: (CIRCLE TYPE) PROSTATE COLON GYNECOLOGICAL BREAST OTHER ) | ✓ | | Father | ☐ LIVING ☐ DECEASED |
| DIABETES | | ✓ | | ☐ LIVING ☐ DECEASED |
| HEART ATTACK/HEART TROUBLE | | | Mother has stents/Father | ☐ LIVING ☐ DECEASED |
| HIGH BLOOD PRESSURE | ✓ | ⊗ | Father | ☐ LIVING ☐ DECEASED |
| HIGH CHOLESTEROL | ✓ | ⊗ | Father | ☐ LIVING ☐ DECEASED |
| KIDNEY DISEASE TYPE: | | ✓ | | ☐ LIVING ☐ DECEASED |
| LUNG DISEASE TYPE: | | ✓ | | ☐ LIVING ☐ DECEASED |
| STROKE | | ✓ | | ☐ LIVING ☐ DECEASED |
| SUBSTANCE/DRUG ABUSE | | ✓ | | ☐ LIVING ☐ DECEASED |
| OTHER | | | | ☐ LIVING ☐ DECEASED |

3099 Helmsdale Place | Lexington, KY 40509 | Phone: (859) 258-6401 | Fax: (859) 258-6438

5203

**REECE, JAMIE H (id #21591363, dob:**

Lexington Clinic
An-Yu Chen, M.D.

1225 S Broadway, Suite 200
Lexington, KY 40504
Ph :(859) 258-4950
Fax :(859) 258-4618

## ESOPHAGO GASTRO DUODENOSCOPY REPORT

| PATIENT NAME | SSN / ID | DOB | AGE | SEX | EXAM DATE | ATTENDING PHY | REFERRAL |
|---|---|---|---|---|---|---|---|
| JAMIE H REECE | 21591363 | | 50 | F | 04-29-2019 | An-Yu Chen, M.D. | Family Practice Assoc. |

**INDICATION** : Dysphagia
Abdominal pain
Family history of gastric cancer

**PHYSICAL EXAM** : **HEENT** : Normal **LYMPH NODES** : None Felt **LUNGS** : Grossly Clear **HEART** : Normal **ABDOMEN** : Soft and Non-tender **MENTAL STATUS** : Alert and Oriented

**H&P Comments** : PT ASSESSED & INTERVIEWED PRIOR TO THE PROCEDURE

**VITAL SIGNS** : **BP** : 141/78 **RESPIRATION** : 15 **PULSE** : 62

**CONSENT** : Informed consent was obtained from the patient after providing opportunity for questions.

**PREPARATION** : EKG pulse, blood pressure and oxygen saturation monitored

**INSTRUMENT** : Olympus GIF-Q180 Video Gastroscope

**ALLERGIES** : See List On RN Form.

**ASA CLASS** : Per Anesthesia
**ANESTHESIA** : As per nurses notes.

**PROCEDURE** : The Gastroscope was gently passed through the incisoral orifice into the oral cavity and under direct visualization the esophagus was intubated. The endoscope was passed down the esophagus, through the stomach and into the duodenum. Color, texture, mucosa and anatomy were carefully examined with the scope. Esophageal dilation was performed by passing a 56F sized rubber or plastic dilators across the esophageal stricture to open it. The patient tolerated the procedure well and there were no complications. After completion of the examination, patient was transferred to the recovery room. Preparation was excellent.









## FINDINGS

**OROPHARYNX** - Normal
**ESOPHAGUS** - Maloney/Bougie dilation performed dilation of size 56fr. Treatment of dysphagia.
**EG JUNCTION** - Intact at 40 cms
**STOMACH** - **Cardia** : Normal
**Fundus** : Normal
**Body** : For histological analysis/H.pylori. Multiple biopsies taken.
**Antrum** : For histological analysis/H.pylori. Multiple biopsies taken.
**Pylorus** : Normal
**DUODENUM** - **Bulb** : Normal without evidence of ulcerations or bleeding
**2nd and 3rd Portion** : Normal

**IMPRESSION** - Symptomatic dysphagia treated with bougie dilation
Overall normal appearing EGD

**PLAN** - Wait for pathology report
Follow up with primary care physician



MD-Reports
Reporting Solutions for all MD Specialties
Produced by : Infinite Software Solutions Inc., Ph : (718)982 1315 Email : info@md-reports.com Websites : www.infinitesoftsol.com & www.md-reports.com
Copy right © 2004 MD-Reports, A product of Infinite Software Solutions, Inc. All rights reserved.

**REECE, JAMIE H (id #21591363, dob:**

Lexington Clinic
An-Yu Chen, M.D.

1225 S Broadway, Suite 200
Lexington, KY 40504
Ph :(859) 258-4950
Fax :(859) 258-4618

| PATIENT NAME | SSN / ID | DOB | AGE | SEX | EXAM DATE | ATTENDING PHY | REFERRAL |
|---|---|---|---|---|---|---|---|
| JAMIE H REECE | 21591363 | | 50 | F | 04-29-2019 | An-Yu Chen, M.D. | Family Practice Assoc. |



Symptomatic therapy as indicated
Follow up EGD in about 3 years for repeat dilation as clinically indicated

Signature
( An-Yu Chen, M.D. )

KORT The Best In Rehab.
BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

| | | | |
|---|---|---|---|
| Patient: | Jamie Reece | Visit Date: | |
| Acct #: | 036-430317901 | FSC: | |
| DOB: | | Payor: | |
| Clinician: | Michael W. Hopper, PT | Pol/Claim: | * 51410983x13059 First Page ClinDoc |
| Prim Phy: | Ben Kibler | Insured: | |
| Phy Phone: | (859) 258-8575 | Employer: | Toyota |
| Phy Fax: | (859) 258-8562 | Case Mgr: | Not Specified |
| Sec Phy: | Not Specified | Visits: | 13 |
| Inj. Date: | 1/31/2018 | Cx/Ns: | 4 |
| Surg. Date: | Not Specified | | |

# Plan of Care

**Diagnoses**

| | | |
|---|---|---|
| Right Shoulder | M75.41 | Impingement syndrome of right shoulder |
| | G90.511 | Complex regional pain syndrome I of right upper limb |
| | M25.511 | Pain in right shoulder |

## Subjective Examination

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

**Questionnaires: Disabilities of the Arm, Shoulder and Hand (DASH):**
- Date: 04/04/2019
- Test Name: QuickDASH
- Assessment Follow-up
- Disability/Symptom Score 43.00

## Assessment

The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program. Based on this patient's clinical presentation, it is my professional opinion that the patient's prognosis at time of discharge is good. The patient was educated regarding their discharge prognosis and related pathology. The patient demonstrates good understanding of their home program instructions.

**Recommendations:**
- Skilled Intervention: No further skilled intervention required at this time. Patient demonstrating ability to independently manage symptoms with home exercises. Upper extremity strength, ROM and sensitivity has returned to normal levels.

## Problems & Goals

***Problem #1*** **Chief Complaint: Pain: Severity.**
- At Worst 6/10
- Current 2/10

*Goal Abandoned Apr 04, 2019. 90 % of Goal Met*

**Symptomatic Improvements:**
- Decreasing Pain: to 0/10.

***Problem #2*** **ADL / Functional Status: Current Status: Work status: Unable to work secondary to dysfunction.**

*Goal Abandoned Apr 04, 2019. patient progressed to independent management*

**ADL Improvements In:**
- Patient will return to work at least light duty with no more than 2/10 pain.

***Problem #3*** **Questionnaires: Disabilities of the Arm, Shoulder and Hand (DASH).**
- Date: 04/04/2019
- Test Name: QuickDASH
- Assessment Follow-up
- Disability/Symptom Score 43.00

*Goal Abandoned Apr 04, 2019. 80 % of Goal Met*

**Questionnaire Improvements: Disabilities of the Arm, Shoulder and Hand: Questionnaire:**
- Disability/Symptom Score 25.00

***Problem #4*** **Palpation: mild ttp at the right proximal pectoralis minor insertion and long head of the biceps.**

*Goal Abandoned Apr 04, 2019. 95 % of Goal Met*

**Palpable Improvements:**
- Tenderness Decreasing to: 0=No tenderness noted.

***Problem #5*** **Range of Motion: Shoulder: Pre-Treatment.**

| | Left AROM | Right AROM |
|---|---|---|
| • Abduction | 178 | 175 |

NEW LEXINGTON CLINIC PSC • , LEXINGTON KY 40504-2701

**REECE, JAMIE H (id #21591363, dob:**

2019-04-18 14:20 LC-011-8583 8592588562 >> athena P 2/2

Apr. 4. 2019 4:40PM No.

Patient: Jamie Reece
Acct #: 036-430317901
DOB:
Visit Date: Apr

REECE, JAMIE #21591353 PHY

* 51418983y13059 Last Page ClinC

| | | Left | Right |
|---|---|---|---|
| | • External Rotation - 90 deg | 90 | |
| | • Flexion(no extra pain) | 160 | |

*Goal Achieved Apr 04, 2019.*
**Range of Motion Improvements to:**
• Improved to WNL in all planes with no reports of pain.

| | | Left | Right |
|---|---|---|---|
| ***Problem #6*** | **Functional Tests: Movement: Apley's Scratch Test.** | **Left** | **Right** |
| | • IR - Combined(right feels tight, not pain) | To T6 | To T8 |

*Goal Achieved Apr 04, 2019.*
**Functional Improvements In:**
• Functional IR to at least the level of T8 to be able to wash back and fasten bra with no pain.

| | | Left | Right |
|---|---|---|---|
| ***Problem #7*** | **Muscle Testing: Upper Extremity MMT.** | **Left** | **Right** |
| | • Elbow Extension | 5/5 | 5/5 |
| | • Elbow Flexion | 5/5 | 5/5 |
| | • Scaption | 5/5 | 5/5 |
| | • Scapular Depression | +4/5 | +4/5 |
| | • Scapular Retraction | +4/5 | +4/5 |
| | • Shoulder Abduction: | 5/5 | 5/5 |
| | • Shoulder Extension | 5/5 | 5/5 |
| | • Shoulder External Rotation: | 5/5 | 5/5 |
| | • Shoulder Flexion: | 5/5 | 5/5 |

*Goal Achieved Apr 04, 2019.*

| | Left | Right |
|---|---|---|
| **Musculoskeletal Improvements In: Upper Extremity Strength to:** | **Left** | **Right** |
| • Gross Assessment | +4/5 | +4/5 |

**Plan**

Today's visit was designed to determine progress toward goals previously outlined. Based upon the clinical presentation and reasons outlined in the assessment, no further skilled care is necessary and the client is discharged. The patient is discharged due to meeting goals.
**Therapeutic Contents:**
• No further treatment required at this time.

[signature] PT DPT

Michael W. Hopper, PT, PT(KY Lic: 006740)
Signed on Apr 04, 2019 09:31:40

**Please Sign and Return**

I have reviewed the Plan of Care established for skilled therapy services and certify that the services are required and that they will be provided while the patient is under my care.

**Comments/Revisions**
[signature]
**Ben Kibler** **Date**

**Patient: Jamie Reece** **DOB:**
**Facility Fax: (859) 293-6730**



## Imaging Results

**REECE, JAMIE H (id #21591363, dob:**

## US ABDOMEN COMPLETE

**(#24221245, Final, 04/16/2019 8:00am)**

Lexington Clinic East
100 N Eagle Creek Dr.
Lexington, KY 40509

Patient Name: JAMIE H REECE
Patient DOB:
Patient MRN: 3555141

Ordering Provider: COLLINS AMY KATHRYN

EXAM DATE: 04/16/2019

EXAM: US ABDOMEN COMPLETE

CLINICAL INFORMATION: Epigastric pain.

TECHNIQUE: Multiple sonographic images of the abdomen were obtained.

COMPARISON: None.

FINDINGS:
LIVER: Normal in size and echogenicity. No obvious focal lesion.

BILIARY SYSTEM: Gallbladder is normal in size and wall thickness. No stones are seen. No intrahepatic biliary dilatation. CBD measurement =
3 mm. Normal in size.

PANCREAS: Well visualized. Normal in size and echogenicity. No obvious
focal lesion.

RIGHT KIDNEY: Length = 10.2 cm. No hydronephrosis, mass or stone.

LEFT KIDNEY: Length = 10.6 cm. No hydronephrosis, mass or stone.

SPLEEN: Length = 8.2 cm. Normal in size echogenicity and echotexture.
No obvious focal lesion.

AORTA: Normal in diameter and course without evidence of aneurysm.

IMPRESSION: Normal sonogram of the abdomen.

Interpreted By: Shailendra Chopra, MD
Electronically Signed By: Shailendra Chopra, MD on 4/16/2019 9:14 AM

## Lab Results

NEW LEXINGTON CLINIC PSC • , LEXINGTON KY 40504-2701

**REECE, JAMIE H (id #21591363, dob: )**

## CMP 01/15/2020 (#30950451, Final, 01/15/2020 10:43am)

| | |
|---|---|
| Note to Patient | Your metabolic panel showed normal kidney function, liver function, and electrolytes. Thanks, Dr. St. Clair |

| | | | |
|---|---|---|---|
| Ordering Provider | COLLIN ST. CLAIR, DO | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S9150388 | Specimen Source | |
| Specimen Coll. Date | 01/15/2020 10:43 | Result Status | Final |
| Specimen Rec. Date | 01/15/2020 13:31 | Report Status | |
| Specimen Reported Date | 01/15/2020 14:33 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| **GLUCOSE** | **102** | **74-100** | **mg/dL** | **High** | **Final** | |
| BLOOD UREA NITROGEN | 13 | 6-20 | mg/dL | Normal | Final | |
| **CREATININE** | **0.96** | **0.50-0.95** | **mg/dL** | **High** | **Final** | |
| BUN/CREATININE RATIO | 14 | 10-20 | (calc) | Normal | Final | |
| SODIUM | 143 | 136-145 | mmol/L | Normal | Final | |
| POTASSIUM | 4.7 | 3.4-5.0 | mmol/L | Normal | Final | |
| CHLORIDE | 103 | 98-107 | mmol/L | Normal | Final | |
| CARBON DIOXIDE | 22 | 20-32 | mmol/L | Normal | Final | |
| ANION GAP | 18 | 7-25 | (calc) | Normal | Final | |
| CALCIUM | 9.9 | 8.6-10.2 | mg/dL | Normal | Final | |
| TOTAL PROTEIN | 8.0 | 6.4-8.3 | g/dL | Normal | Final | |
| ALBUMIN | 4.7 | 3.5-5.2 | g/dL | Normal | Final | |
| GLOBULIN | 3.3 | 1.5-4.5 | g/dL (calc) | Normal | Final | |
| ALBUMIN/GLOBULIN RATIO | 1.4 | 1.1-2.5 | (calc) | Normal | Final | |
| BILIRUBIN, TOTAL | 0.4 | 0.1-1.2 | mg/dL | Normal | Final | |
| ALKALINE PHOSPHATASE | 72 | 35-105 | U/L | Normal | Final | |
| AST | 24 | 0-32 | U/L | Normal | Final | |
| ALT | 11 | 0-33 | U/L | Normal | Final | |
| GFR AFRICAN AMERICAN | 79 | >= 60 | | Normal | Final | |
| GFR NON-AFRICAN AMERICAN | 68 | >= 60 | | Normal | Final | |
| | **NOTE**<br>NEW calculation for GFR is based on the National Kidney Foundation CKD-EPI equation and allows for reporting GFR values greater than 60 mL/min/1.73 m2.<br>This calculation has not been validated for patients less than 18 yrs., pregnant women and Hispanics.<br><br>Chronic kidney disease is defined as kidney damage or GFR less than 60 mL/min/1.73 m2 for 3 months or longer. | | | | | |

NEW LEXINGTON CLINIC PSC • , LEXINGTON KY 40504-2701

**REECE, JAMIE H (id #21591363, dob:**

## RBC MORPHOLOGY 01/15/2020 (#30949341, Final, 01/15/2020 10:43am)

| | | | |
|---|---|---|---|
| Ordering Provider | COLLIN ST. CLAIR, DO | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S9150388 | Specimen Source | |
| Specimen Coll. Date | 01/15/2020 10:43 | Result Status | Final |
| Specimen Rec. Date | 01/15/2020 12:55 | Report Status | |
| Specimen Reported Date | 01/15/2020 14:15 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| PLATELET MORPHOLOGY | NORMAL | | | Normal | Final | |
| **STOMATOCYTES** | **SLIGHT** | | | **Abnormal** | **Final** | |

5210

NEW LEXINGTON CLINIC PSC • , LEXINGTON KY 40504-2701

**REECE, JAMIE H (id #21591363, dob:**

## CBC 01/15/2020 (#30949340, Final, 01/15/2020 10:43am)

| | |
|---|---|
| Note to Patient | CBC showed no concerning abnormalities. -Dr. St. Clair |

| | | | |
|---|---|---|---|
| Ordering Provider | COLLIN ST. CLAIR, DO | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S9150388 | Specimen Source | |
| Specimen Coll. Date | 01/15/2020 10:43 | Result Status | Final |
| Specimen Rec. Date | 01/15/2020 12:55 | Report Status | |
| Specimen Reported Date | 01/15/2020 14:15 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WHITE BLOOD CELLS | 4.8 | 3.8-10.8 | K/uL | Normal | Final | |
| RED BLOOD CELLS | 4.36 | 3.80-5.20 | M/uL | Normal | Final | |
| HEMOGLOBIN | 13.6 | 12.0-16.0 | G/DL | Normal | Final | |
| HEMATOCRIT | 40.0 | 35.0-47.0 | % | Normal | Final | |
| MCV | 92 | 80-100 | fL | Normal | Final | |
| MCH | 31 | 26-35 | PG | Normal | Final | |
| MCHC | 34 | 32-36 | G/DL | Normal | Final | |
| RDW | 13.3 | 11.0-15.0 | % | Normal | Final | |
| MPV | 8.0 | 6.2-10.5 | fL | Normal | Final | |
| PLATELET COUNT | 258 | 130-400 | K/uL | Normal | Final | |
| NEUTROPHIL,ABSOLUTE | 1.7 | 1.6-8.4 | K/uL | Normal | Final | |
| LYMPHOCYTE,ABSOLUTE | 2.7 | 0.4-5.1 | K/uL | Normal | Final | |
| MONOCYTE,ABSOLUTE | 0.3 | 0.0-1.2 | K/uL | Normal | Final | |
| EOSINOPHIL,ABSOLUTE | 0.1 | 0.0-0.8 | K/uL | Normal | Final | |
| BASOPHIL,ABSOLUTE | 0.0 | 0.0-0.3 | K/uL | Normal | Final | |
| | Smear reviewed to confirm cell morphology. | | | | | |
| **% NEUTROPHILS** | **36.5** | **42.0-78.0** | **%** | **Low** | **Final** | |
| **% LYMPHOCYTES** | **56.1** | **11.0-47.0** | **%** | **High** | **Final** | |
| % MONOCYTES | 5.7 | 0.0-11.0 | % | Normal | Final | |
| % EOSINOPHILS | 1.4 | 0.0-7.0 | % | Normal | Final | |
| % BASOPHILS | 0.3 | 0.0-3.0 | % | Normal | Final | |
| NUCLEATED RED CELLS | 0.1 | 0.0-0.9 | % | Normal | Final | |
| NUCLEATED RBCS, ABSOLUTE | 0.01 | NOT ESTAB. | K/uL | Normal | Final | |

NEW LEXINGTON CLINIC PSC • , LEXINGTON KY 40504-2701

**REECE, JAMIE H (id #21591363, dob:**

## THYROID STIMULATING HORMONE (TSH) 01/15/2020 (#30948827, Final, 01/15/2020 10:43am)

| | |
|---|---|
| Note to Patient | Thyroid test was normal. -Dr. St. Clair |

| | | | |
|---|---|---|---|
| Ordering Provider | COLLIN ST. CLAIR, DO | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S9150388 | Specimen Source | |
| Specimen Coll. Date | 01/15/2020 10:43 | Result Status | Final |
| Specimen Rec. Date | 01/15/2020 13:31 | Report Status | |
| Specimen Reported Date | 01/15/2020 14:08 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| TSH | 3.540 | 0.290-5.500 | uIU/mL | Normal | Final | |

## RBC MORPHOLOGY 10/02/2019 (#28361453, Final, 10/02/2019 11:23am)

| | | | |
|---|---|---|---|
| Ordering Provider | SYED HAIDER ABBAS, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S6020397 | Specimen Source | |
| Specimen Coll. Date | 10/02/2019 11:23 | Result Status | Final |
| Specimen Rec. Date | 10/02/2019 11:56 | Report Status | |
| Specimen Reported Date | 10/02/2019 12:49 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| RBC MORPHOLOGY | NORMAL | | | Normal | Final | |
| PLATELET MORPHOLOGY | NORMAL | | | Normal | Final | |

NEW LEXINGTON CLINIC PSC • , LEXINGTON KY 40504-2701

**REECE, JAMIE H (id #21591363, dob:**

# CBC 10/02/2019 (#28361452, Final, 10/02/2019 11:23am)

| | |
|---|---|
| Note to Patient | stable blood counts. |

| | | | |
|---|---|---|---|
| Ordering Provider | SYED HAIDER ABBAS, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S6020397 | Specimen Source | |
| Specimen Coll. Date | 10/02/2019 11:23 | Result Status | Final |
| Specimen Rec. Date | 10/02/2019 11:56 | Report Status | |
| Specimen Reported Date | 10/02/2019 12:49 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WHITE BLOOD CELLS | 5.8 | 3.8-10.8 | K/uL | Normal | Final | |
| RED BLOOD CELLS | 4.42 | 3.80-5.20 | M/uL | Normal | Final | |
| HEMOGLOBIN | 13.4 | 12.0-16.0 | G/DL | Normal | Final | |
| HEMATOCRIT | 40.6 | 35.0-47.0 | % | Normal | Final | |
| MCV | 92 | 80-100 | fL | Normal | Final | |
| MCH | 30 | 26-35 | PG | Normal | Final | |
| MCHC | 33 | 32-36 | G/DL | Normal | Final | |
| RDW | 13.0 | 11.0-15.0 | % | Normal | Final | |
| MPV | 7.8 | 6.2-10.5 | fL | Normal | Final | |
| PLATELET COUNT | 262 | 130-400 | K/uL | Normal | Final | |
| NEUTROPHIL,ABSOLUTE | 2.2 | 1.6-8.4 | K/uL | Normal | Final | |
| LYMPHOCYTE,ABSOLUTE | 3.2 | 0.4-5.1 | K/uL | Normal | Final | |
| MONOCYTE,ABSOLUTE | 0.3 | 0.0-1.2 | K/uL | Normal | Final | |
| EOSINOPHIL,ABSOLUTE | 0.1 | 0.0-0.8 | K/uL | Normal | Final | |
| BASOPHIL,ABSOLUTE | 0.0 | 0.0-0.3 | K/uL | Normal | Final | |
| | Smear reviewed to confirm cell morphology. | | | | | |
| **% NEUTROPHILS** | **37.6** | **42.0-78.0** | **%** | **Low** | **Final** | |
| **% LYMPHOCYTES** | **55.2** | **11.0-47.0** | **%** | **High** | **Final** | |
| % MONOCYTES | 5.7 | 0.0-11.0 | % | Normal | Final | |
| % EOSINOPHILS | 1.3 | 0.0-7.0 | % | Normal | Final | |
| % BASOPHILS | 0.2 | 0.0-3.0 | % | Normal | Final | |
| NUCLEATED RED CELLS | 0.1 | 0.0-0.9 | % | Normal | Final | |
| NUCLEATED RBCS, ABSOLUTE | 0.01 | NOT ESTAB. | K/uL | Normal | Final | |

NEW LEXINGTON CLINIC PSC • , LEXINGTON KY 40504-2701

**REECE, JAMIE H (id #21591363, dob:**

# LIPID PANEL 08/21/2019 (#27311343, Final, 08/21/2019 11:53am)

| | |
|---|---|
| Note to Patient | Jamie,<br><br>Your cholesterol panel showed that your LDL (bad cholesterol) was high. It is not quite high enough that we need to start a medication for it, but it is very important to continue working on diet, exercise, and maintaining a healthy weight. I suggest we repeat this lab at your next appointment.<br><br>Your hemoglobin A1C showed that your blood sugar average is great!<br><br>Thanks,<br>Dr. St. Clair |

| | | | |
|---|---|---|---|
| Ordering Provider | COLLIN ST. CLAIR, DO | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S4210556 | Specimen Source | |
| Specimen Coll. Date | 08/21/2019 11:53 | Result Status | Final |
| Specimen Rec. Date | 08/21/2019 19:16 | Report Status | |
| Specimen Reported Date | 08/21/2019 19:42 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| **HDL CHOLESTEROL** | **56** | **66-242** | **mg/dL** | **Low** | **Final** | |
| TRIGLYCERIDES | 117 | 0-149 | mg/dL | Normal | Final | |
| | TRIGLYCERIDE RANGES<br>NORMAL: < 150<br>BORDERLINE HIGH: 150 - 199<br>HIGH: 200 - 499<br>VERY HIGH: > OR = 500 | | | | | |
| **CHOLESTEROL** | **261** | **0-199** | **mg/dL** | **High** | **Final** | |
| | **CHOLESTEROL (TOTAL) RANGES**<br>**DESIRABLE: < 200**<br>**BORDERLINE: 200 - 239**<br>**HIGHER RISK: > 239** | | | | | |
| **LDL CHOLESTEROL** | **182** | **0-99** | **mg/dl (calc)** | **High** | **Final** | |
| | **LDL CHOLESTEROL RANGES**<br>**OPTIMAL: < 100**<br>**NEAR/ABOVE OPTIMAL: 100 - 129**<br>**BORDERLINE HIGH: 130 - 159**<br>**HIGH: 160 - 189**<br>**VERY HIGH: > OR = 190** | | | | | |

5214

NEW LEXINGTON CLINIC PSC • , LEXINGTON KY 40504-2701

**REECE, JAMIE H (id #21591363, dob:**

# GLYCOHEMOGLOBIN A1C 08/21/2019 (#27311266, Final, 08/21/2019 11:53am)

| | |
|---|---|
| Note to Patient | Jamie,<br>Your cholesterol panel showed that your LDL (bad cholesterol) was high. It is not quite high enough that we need to start a medication for it, but it is very important to continue working on diet, exercise, and maintaining a healthy weight. I suggest we repeat this lab at your next appointment.<br>Your hemoglobin A1C showed that your blood sugar average is great!<br>Thanks,<br>Dr. St. Clair |

| | | | |
|---|---|---|---|
| Ordering Provider | COLLIN ST. CLAIR, DO | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S4210556 | Specimen Source | |
| Specimen Coll. Date | 08/21/2019 11:53 | Result Status | Final |
| Specimen Rec. Date | 08/21/2019 19:09 | Report Status | |
| Specimen Reported Date | 08/21/2019 19:25 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| GLYCO HGB A1C | 5.2 | 0.0-5.6 | % | Normal | Final | |
| ESTIMATED AVG. GLUCOSE | 103 | | mg/dl (calc) | Normal | Final | |
| | New guidelines by the American Diabetes Association state that a hemoglobin A1c level of 5.7-6.4% indicates an increased risk of diabetes. A result of 6.5% or higher is diagnostic of diabetes. | | | | | |

NEW LEXINGTON CLINIC PSC • , LEXINGTON KY 40504-2701

**REECE, JAMIE H (id #21591363, dob:**

# QTB GOLD 08/14/2019 (#27130145, Final, 08/12/2019 9:05am)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SYED HAIDER ABBAS, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S4120223 | Specimen Source | |
| Specimen Coll. Date | 08/12/2019 09:05 | Result Status | Final |
| Specimen Rec. Date | 08/12/2019 09:12 | Report Status | |
| Specimen Reported Date | 08/14/2019 17:05 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| QTB GOLD | NEGATIVE | NEGATIVE | | Normal | Final | CB |
| | Negative test result. M. tuberculosis complex infection unlikely. | | | | | |
| NIL | 0.02 | | IU/mL | Normal | Final | CB |
| MITOGEN NIL | 9.26 | | IU/mL | Normal | Final | CB |
| TB1 NIL | 0.00 | | IU/mL | Normal | Final | CB |
| TB2 NIL | 0.00 | | IU/mL | Normal | Final | CB |

The Nil tube value reflects the background interferon gamma immune response of the patient's blood sample. This value has been subtracted from the patient's displayed TB and Mitogen results.

Lower than expected results with the Mitogen tube prevent false-negative Quantiferon readings by detecting a patient with a potential immune suppressive condition and/or suboptimal pre-analytical specimen handling.

The TB1 Antigen tube is coated with the M. tuberculosis-specific antigens designed to elicit responses from TB antigen primed CD4+ helper T-lymphocytes.

The TB2 Antigen tube is coated with the M. tuberculosis-specific antigens designed to elicit responses from TB antigen primed CD4+ helper and CD8+ cytotoxic T-lymphocytes.

For additional information, please refer to https://education.questdiagnostics.com/faq/FAQ204 (This link is being provided for informational/ educational purposes only.)

TEST PERFORMED AT:
QUEST DIAGNOSTICS WOOD DALE
1355 MITTEL BOULEVARD WOOD DALE, IL 60191-1024
ANTHONY V. THOMAS, MD

NEW LEXINGTON CLINIC PSC • , LEXINGTON KY 40504-2701

**REECE, JAMIE H (id #21591363, dob:**

## RBC MORPHOLOGY 08/12/2019 (#27036916, Final, 08/12/2019 9:05am)

| | | | |
|---|---|---|---|
| Ordering Provider | SYED HAIDER ABBAS, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S4120223 | Specimen Source | |
| Specimen Coll. Date | 08/12/2019 09:05 | Result Status | Final |
| Specimen Rec. Date | 08/12/2019 09:08 | Report Status | |
| Specimen Reported Date | 08/12/2019 10:32 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| PLATELET MORPHOLOGY | NORMAL | | | Normal | Final | |
| **POLYCHROMASIA** | **SLIGHT** | | | **Abnormal** | **Final** | |
| **STOMATOCYTES** | **SLIGHT** | | | **Abnormal** | **Final** | |

NEW LEXINGTON CLINIC PSC • , LEXINGTON KY 40504-2701

**REECE, JAMIE H (id #21591363, dob:**

## CBC 08/12/2019 (#27036914, Final, 08/12/2019 9:05am)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SYED HAIDER ABBAS, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S4120223 | Specimen Source | |
| Specimen Coll. Date | 08/12/2019 09:05 | Result Status | Final |
| Specimen Rec. Date | 08/12/2019 09:08 | Report Status | |
| Specimen Reported Date | 08/12/2019 10:32 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WHITE BLOOD CELLS | 4.9 | 3.8-10.8 | K/uL | Normal | Final | |
| RED BLOOD CELLS | 4.08 | 3.80-5.20 | M/uL | Normal | Final | |
| HEMOGLOBIN | 12.5 | 12.0-16.0 | G/DL | Normal | Final | |
| HEMATOCRIT | 37.2 | 35.0-47.0 | % | Normal | Final | |
| MCV | 91 | 80-100 | fL | Normal | Final | |
| MCH | 31 | 26-35 | PG | Normal | Final | |
| MCHC | 34 | 32-36 | G/DL | Normal | Final | |
| RDW | 13.1 | 11.0-15.0 | % | Normal | Final | |
| MPV | 7.4 | 6.2-10.5 | fL | Normal | Final | |
| PLATELET COUNT | 265 | 130-400 | K/uL | Normal | Final | |
| NEUTROPHIL,ABSOLUTE | 1.8 | 1.6-8.4 | K/uL | Normal | Final | |
| LYMPHOCYTE,ABSOLUTE | 2.6 | 0.4-5.1 | K/uL | Normal | Final | |
| MONOCYTE,ABSOLUTE | 0.3 | 0.0-1.2 | K/uL | Normal | Final | |
| EOSINOPHIL,ABSOLUTE | 0.1 | 0.0-0.8 | K/uL | Normal | Final | |
| BASOPHIL,ABSOLUTE | 0.0 | 0.0-0.3 | K/uL | Normal | Final | |
| | Smear reviewed to confirm cell morphology. | | | | | |
| **% NEUTROPHILS** | **37.3** | **42.0-78.0** | **%** | **Low** | **Final** | |
| **% LYMPHOCYTES** | **52.9** | **11.0-47.0** | **%** | **High** | **Final** | |
| % MONOCYTES | 6.8 | 0.0-11.0 | % | Normal | Final | |
| % EOSINOPHILS | 2.7 | 0.0-7.0 | % | Normal | Final | |
| % BASOPHILS | 0.3 | 0.0-3.0 | % | Normal | Final | |
| NUCLEATED RED CELLS | 0.1 | 0.0-0.9 | % | Normal | Final | |
| NUCLEATED RBCS, ABSOLUTE | 0.01 | NOT ESTAB. | K/uL | Normal | Final | |

## HIGH RISK DRUG PANEL 06/14/2019 (#25687853, Final, 06/10/2019 11:00am)

| | | | |
|---|---|---|---|
| Ordering Provider | KATHERINE S RODEN, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S2100367 | Specimen Source | |
| Specimen Coll. Date | 06/10/2019 11:00 | Result Status | Final |

NEW LEXINGTON CLINIC PSC • , LEXINGTON KY 40504-2701

**REECE, JAMIE H (id #21591363, dob:**

| | | | |
|---|---|---|---|
| Specimen Rec. Date | 06/10/2019 12:30 | Report Status | |
| Specimen Reported Date | 06/14/2019 06:21 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| CREATININE | 55.4 | > OR = 20.0 | mg/dL | Normal | Final | OW |
| SPECIFIC GRAVITY | 1.013 | > OR = 1.003 | | Normal | Final | OW |
| PH | 6.5 | 4.5-9.0 | | Normal | Final | OW |
| OXIDANT | NEGATIVE | <200 | mcg/mL | Normal | Final | OW |
| AMPHETAMINES | NEGATIVE | <500 | ng/mL | Normal | Final | OW |
| BARBITURATES | NEGATIVE | <300 | ng/mL | Normal | Final | OW |
| BENZODIAZEPINES | NEGATIVE | <100 | ng/mL | Normal | Final | OW |
| MARIJUANA METABOLITE | NEGATIVE | <20 | ng/mL | Normal | Final | OW |
| COCAINE METABOLITE | NEGATIVE | <150 | ng/mL | Normal | Final | OW |
| METHADONE METABOLITE | NEGATIVE | <100 | ng/mL | Normal | Final | OW |
| OPIATES | NEGATIVE | <100 | ng/mL | Normal | Final | OW |
| OXYCODONE | NEGATIVE | <100 | ng/mL | Normal | Final | OW |
| PHENCYCLIDINE | NEGATIVE | <25 | ng/mL | Normal | Final | OW |
| COMMENT | SEE BELOW | | | Normal | Final | KP |
| | See Note 2<br><br>Note 1<br><br>This test was developed and its analytical performance characteristics have been determined by Quest Diagnostics. It has not been cleared or approved by the FDA. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.<br><br>Note 2<br>This drug testing is for medical treatment only. Analysis was performed as non-forensic testing and these results should be used only by healthcare providers to render diagnosis or treatment, or to monitor progress of medical conditions.<br><br>For assistance with interpreting these drug results, please contact a Quest Diagnostics Toxicology Specialist: 1-877-40-RX TOX (1-877-407-9869), M-F, 8am-6pm EST.<br><br>TEST PERFORMED AT:<br>QUEST DIAGNOSTICS NORRISTOWN<br>400 EGYPT ROAD NORRISTOWN, PA 19403-3406<br>R.H. BARRY SAMPLE,PHD | | | | | |
| FENTANYL | NEGATIVE | <0.5 | ng/mL | Normal | Final | CB |
| | See Note 1 | | | | | |
| NORFENTANYL | NEGATIVE | <0.5 | ng/mL | Normal | Final | CB |
| | See Note 1 | | | | | |
| GABAPENTIN | NEGATIVE | <1000 | ng/mL | Normal | Final | KP |
| | See Note 1 | | | | | |
| **PREGABALIN, QT UR** | **18000** | **<1000** | **ng/mL** | **High** | **Final** | **KP** |
| | **See Note 1** | | | | | |
| DESMETHYLTRAMADOL | NEGATIVE | <100 | ng/mL | Normal | Final | KP |

5219

**REECE, JAMIE H (id #21591363, dob:**

| | | | | | | |
|---|---|---|---|---|---|---|
| | See Note 1 | | | | | |
| TRAMADOL | NEGATIVE | <100 | ng/mL | Normal | Final | KP |
| | See Note 1 | | | | | |
| TAPENTADOL | NEGATIVE | <50 | ng/mL | Normal | Final | KP |
| | See Note 1 | | | | | |
| NORTAPENTADOL | NEGATIVE | <50 | ng/mL | Normal | Final | KP |
| | See Note 1 | | | | | |
| HEROIN METABOLITE, QT UR | NEGATIVE | <10 | ng/mL | Normal | Final | CB |
| | See Note 1 | | | | | |
| ETHYL GLUCURONIDE | NEGATIVE | <500 | ng/mL | Normal | Final | CB |
| | See Note 1 | | | | | |
| ETHYL SULFATE | NEGATIVE | <100 | ng/mL | Normal | Final | CB |
| | See Note 1 | | | | | |
| BUPRENORPHINE | NEGATIVE | <2 | ng/mL | Normal | Final | CB |
| | See Note 1 | | | | | |
| NORBUPRENORPHINE | NEGATIVE | <2 | ng/mL | Normal | Final | CB |
| | See Note 1 | | | | | |

## SURGICAL PATHOLOGY 04/30/2019 (#24584119, Final, 04/29/2019)

| | |
|---|---|
| Note to Patient | Your biopsies shows chemical (medication related) gastritis. No evidence of cancer or infection was found. |

| | | | |
|---|---|---|---|
| Ordering Provider | AN-YU CHEN, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | ST-19-04094 | Specimen Source | |
| Specimen Coll. Date | 04/29/2019 00:00 | Result Status | Final |
| Specimen Rec. Date | 04/29/2019 15:21 | Report Status | |
| Specimen Reported Date | 04/30/2019 11:24 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| SURGICAL PATHOLOGY PROCEDURE | SEE BELOW | | | | Final | |

NEW LEXINGTON CLINIC PSC • , LEXINGTON KY 40504-2701

**REECE, JAMIE H (id #21591363, dob:**

Department of Pathology
Surgical Pathology Report

NAME:REECE, JAMIE PATH.:ST-19-04094

Copy to:

Diagnosis:
Gastric biopsy: Mild chronic gastritis with features suggestive of a chemical gastritis.
Helicobacter not identified on routine stain.
No evidence of intestinal metaplasia or malignancy.

SOURCE OF SPECIMEN: GASTRIC BIOPSY

CLINICAL INFORMATION: DYSPHAGIA / ABDOMINAL PAIN / REFLUX

Gross Description:
Received in formalin labeled with the patient's name and designated as "gastric biopsy" are two fragments of pale tan tissue measuring 0.3 cm and 1.0 cm. Entirely submitted in one cassette.
JAB 04/29/2019 03:48 PM

Microscopic Description:
A microscopic examination has been performed.

<Sign Out Dr. Signature>

VALERIE TAYLOR, MD
Signed Out Date: 04/30/2019 11:24

Page 1 of 1

## FECAL OCCULT BLOOD 04/11/2019 (#24115036, Final, 04/11/2019 8:41am)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | AMY KATHRYN COLLINS, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S0110136 | Specimen Source | |
| Specimen Coll. Date | 04/11/2019 08:41 | Result Status | Final |
| Specimen Rec. Date | 04/11/2019 08:41 | Report Status | |
| Specimen Reported Date | 04/11/2019 09:05 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| FECAL OCCULT BLOOD | NEGATIVE | NEGATIVE | | Normal | Final | |

NEW LEXINGTON CLINIC PSC • , LEXINGTON KY 40504-2701

**REECE, JAMIE H (id #21591363, dob:**

## H. PYLORI AG, STOOL 04/12/2019 (#24173522, Final, 04/10/2019 1:23pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | AMY KATHRYN COLLINS, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S0100618 | Specimen Source | |
| Specimen Coll. Date | 04/10/2019 13:23 | Result Status | Final |
| Specimen Rec. Date | 04/10/2019 13:25 | Report Status | |
| Specimen Reported Date | 04/12/2019 19:20 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| H. PYLORI AG,STOOL | SEE BELOW | | | Normal | Final | CB |

```
  HELICOBACTER PYLORI AG, EIA, STOOL

  MICRO NUMBER:       90319864
  TEST STATUS:        FINAL
  SPECIMEN SOURCE:    STOOL
  SPECIMEN QUALITY:   ADEQUATE
  RESULT:             Not Detected

                      Antimicrobials, proton pump inhibitors, and
                      bismuth preparations inhibit H. pylori and
                      ingestion up to two weeks prior to testing may
                      cause false negative results. If clinically
                      indicated the test should be repeated on a new
                      specimen obtained two weeks after discontinuing
                      treatment.

TEST PERFORMED AT:
QUEST DIAGNOSTICS WOOD DALE
1355 MITTEL BOULEVARD WOOD DALE, IL 60191-1024
ANTHONY V. THOMAS, MD
```

## LIPASE 04/09/2019 (#24061493, Final, 04/09/2019 10:33am)

| | |
|---|---|
| Note to Patient | normal lipase |

| | | | |
|---|---|---|---|
| Ordering Provider | AMY KATHRYN COLLINS, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S0090399 | Specimen Source | |
| Specimen Coll. Date | 04/09/2019 10:33 | Result Status | Final |
| Specimen Rec. Date | 04/09/2019 12:39 | Report Status | |
| Specimen Reported Date | 04/09/2019 13:29 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| LIPASE | 37 | 13-60 | U/L | Normal | Final | |

NEW LEXINGTON CLINIC PSC • , LEXINGTON KY 40504-2701

**REECE, JAMIE H (id #21591363, dob:**

## AMYLASE 04/09/2019 (#24060115, Final, 04/09/2019 10:33am)

| | |
|---|---|
| Note to Patient | normal amylase |

| | | | |
|---|---|---|---|
| Ordering Provider | AMY KATHRYN COLLINS, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S0090399 | Specimen Source | |
| Specimen Coll. Date | 04/09/2019 10:33 | Result Status | Final |
| Specimen Rec. Date | 04/09/2019 12:39 | Report Status | |
| Specimen Reported Date | 04/09/2019 13:04 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| AMYLASE | 57 | 28-100 | U/L | Normal | Final | |

NEW LEXINGTON CLINIC PSC • , LEXINGTON KY 40504-2701

**REECE, JAMIE H (id #21591363, dob:**

## CMP 04/09/2019 (#24060114, Final, 04/09/2019 10:33am)

| | |
|---|---|
| Note to Patient | normal |

| | | | |
|---|---|---|---|
| Ordering Provider | AMY KATHRYN COLLINS, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S0090399 | Specimen Source | |
| Specimen Coll. Date | 04/09/2019 10:33 | Result Status | Final |
| Specimen Rec. Date | 04/09/2019 12:39 | Report Status | |
| Specimen Reported Date | 04/09/2019 13:04 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| GLUCOSE | 91 | 74-100 | mg/dL | Normal | Final | |
| BLOOD UREA NITROGEN | 14 | 6-20 | mg/dL | Normal | Final | |
| CREATININE | 0.85 | 0.50-0.95 | mg/dL | Normal | Final | |
| BUN/CREATININE RATIO | 16 | 10-20 | (calc) | Normal | Final | |
| SODIUM | 140 | 136-145 | mmol/L | Normal | Final | |
| POTASSIUM | 4.3 | 3.4-5.0 | mmol/L | Normal | Final | |
| CHLORIDE | 100 | 98-107 | mmol/L | Normal | Final | |
| CARBON DIOXIDE | 25 | 20-32 | mmol/L | Normal | Final | |
| ANION GAP | 15 | 7-25 | (calc) | Normal | Final | |
| CALCIUM | 9.7 | 8.6-10.2 | mg/dL | Normal | Final | |
| TOTAL PROTEIN | 7.8 | 6.4-8.3 | g/dL | Normal | Final | |
| ALBUMIN | 4.4 | 3.5-5.2 | g/dL | Normal | Final | |
| GLOBULIN | 3.4 | 1.5-4.5 | g/dL (calc) | Normal | Final | |
| ALBUMIN/GLOBULIN RATIO | 1.3 | 1.1-2.5 | (calc) | Normal | Final | |
| BILIRUBIN, TOTAL | 0.4 | 0.1-1.2 | mg/dL | Normal | Final | |
| ALKALINE PHOSPHATASE | 81 | 35-105 | U/L | Normal | Final | |
| AST | 30 | 0-32 | U/L | Normal | Final | |
| ALT | 17 | 0-33 | U/L | Normal | Final | |
| GFR AFRICAN AMERICAN | 92 | >= 60 | | Normal | Final | |
| GFR NON-AFRICAN AMERICAN | 80 | >= 60 | | Normal | Final | |
| | **NOTE**<br>NEW calculation for GFR is based on the National Kidney Foundation CKD-EPI equation and allows for reporting GFR values greater than 60 mL/min/1.73 m2.<br>This calculation has not been validated for patients less than 18 yrs., pregnant women and Hispanics.<br><br>Chronic kidney disease is defined as kidney damage or GFR less than 60 mL/min/1.73 m2 for 3 months or longer. | | | | | |

5224

NEW LEXINGTON CLINIC PSC • , LEXINGTON KY 40504-2701

**REECE, JAMIE H (id #21591363, dob:**

## CBC 04/09/2019 (#24054389, Final, 04/09/2019 10:33am)

| | |
|---|---|
| Note to Patient | normal CBC |

| | | | |
|---|---|---|---|
| Ordering Provider | AMY KATHRYN COLLINS, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S0090399 | Specimen Source | |
| Specimen Coll. Date | 04/09/2019 10:33 | Result Status | Final |
| Specimen Rec. Date | 04/09/2019 10:57 | Report Status | |
| Specimen Reported Date | 04/09/2019 11:12 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WHITE BLOOD CELLS | 5.1 | 3.8-10.8 | K/uL | Normal | Final | |
| RED BLOOD CELLS | 4.40 | 3.80-5.20 | M/uL | Normal | Final | |
| HEMOGLOBIN | 13.5 | 12.0-16.0 | G/DL | Normal | Final | |
| HEMATOCRIT | 39.3 | 35.0-47.0 | % | Normal | Final | |
| MCV | 89 | 80-100 | fL | Normal | Final | |
| MCH | 31 | 26-35 | PG | Normal | Final | |
| MCHC | 34 | 32-36 | G/DL | Normal | Final | |
| RDW | 13.1 | 11.0-15.0 | % | Normal | Final | |
| MPV | 7.8 | 6.2-10.5 | fL | Normal | Final | |
| PLATELET COUNT | 284 | 130-400 | K/uL | Normal | Final | |
| NEUTROPHIL,ABSOLUTE | 2.1 | 1.6-8.4 | K/uL | Normal | Final | |
| LYMPHOCYTE,ABSOLUTE | 2.4 | 0.4-5.1 | K/uL | Normal | Final | |
| MONOCYTE,ABSOLUTE | 0.4 | 0.0-1.2 | K/uL | Normal | Final | |
| EOSINOPHIL,ABSOLUTE | 0.1 | 0.0-0.8 | K/uL | Normal | Final | |
| BASOPHIL,ABSOLUTE | 0.0 | 0.0-0.3 | K/uL | Normal | Final | |
| % NEUTROPHILS | 42.1 | 42.0-78.0 | % | Normal | Final | |
| **% LYMPHOCYTES** | **47.5** | **11.0-47.0** | **%** | **High** | **Final** | |
| % MONOCYTES | 7.9 | 0.0-11.0 | % | Normal | Final | |
| % EOSINOPHILS | 2.3 | 0.0-7.0 | % | Normal | Final | |
| % BASOPHILS | 0.2 | 0.0-3.0 | % | Normal | Final | |
| NUCLEATED RED CELLS | 0.0 | 0.0-0.9 | % | Normal | Final | |
| NUCLEATED RBCS, ABSOLUTE | 0.00 | NOT ESTAB. | K/uL | Normal | Final | |

NEW LEXINGTON CLINIC PSC • , LEXINGTON KY 40504-2701

**REECE, JAMIE H (id #21591363, dob:**

## CBC 02/11/2019 (#22634449, Final, 02/11/2019 9:51am)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SYED HAIDER ABBAS, MD | Performing Lab | LEXINGTON CLINIC LAB RATORY<br>1221 S BROADWA<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | R8110190 | Specimen Source | |
| Specimen Coll. Date | 02/11/2019 09:51 | Result Status | Final |
| Specimen Rec. Date | 02/11/2019 10:03 | Report Status | |
| Specimen Reported Date | 02/11/2019 10:26 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WHITE BLOOD CELLS | 5.5 | 3.8-10.8 | K/uL | Normal | Final | |
| RED BLOOD CELLS | 4.39 | 3.80-5.20 | M/uL | Normal | Final | |
| HEMOGLOBIN | 13.6 | 12.0-16.0 | G/DL | Normal | Final | |
| HEMATOCRIT | 39.7 | 35.0-47.0 | % | Normal | Final | |
| MCV | 91 | 80-100 | fL | Normal | Final | |
| MCH | 31 | 26-35 | PG | Normal | Final | |
| MCHC | 34 | 32-36 | G/DL | Normal | Final | |
| RDW | 12.7 | 11.0-15.0 | % | Normal | Final | |
| MPV | 7.8 | 6.2-10.5 | fL | Normal | Final | |
| PLATELET COUNT | 264 | 130-400 | K/uL | Normal | Final | |
| NEUTROPHIL,ABSOLUTE | 2.6 | 1.6-8.4 | K/uL | Normal | Final | |
| LYMPHOCYTE,ABSOLUTE | 2.3 | 0.4-5.1 | K/uL | Normal | Final | |
| MONOCYTE,ABSOLUTE | 0.5 | 0.0-1.2 | K/uL | Normal | Final | |
| EOSINOPHIL,ABSOLUTE | 0.1 | 0.0-0.8 | K/uL | Normal | Final | |
| BASOPHIL,ABSOLUTE | 0.0 | 0.0-0.3 | K/uL | Normal | Final | |
| % NEUTROPHILS | 47.1 | 42.0-78.0 | % | Normal | Final | |
| % LYMPHOCYTES | 41.2 | 11.0-47.0 | % | Normal | Final | |
| % MONOCYTES | 8.8 | 0.0-11.0 | % | Normal | Final | |
| % EOSINOPHILS | 2.6 | 0.0-7.0 | % | Normal | Final | |
| % BASOPHILS | 0.3 | 0.0-3.0 | % | Normal | Final | |
| NUCLEATED RED CELLS | 0.1 | 0.0-0.9 | % | Normal | Final | |
| NUCLEATED RBCS, ABSOLUTE | 0.01 | NOT ESTAB. | K/uL | Normal | Final | |

215913 63

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

RECEIVED
JUN 11 2020

| | |
|---|---|
| Date: | June 10, 2020 |
| To: | LEXINGTON CLINIC |
| Attn: | Medical Records |
| Fax: | (859) 258-4489 |
| From: | Erika Cruz<br>LTD Technical Specialist I<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 334-3543 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 8356763<br>Claimant: Jamie Reece<br>Toyota Motor Engineering & Manufacturing North America, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

21591363

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

June 10, 2020

Lexington Clinic

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2019 through Present
- Completion of the Enclosed Forms:

X Restrictions Form by Dr. Roden and Dr. Abbas
__ Other

We ask that you provide this information by June 24, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-3543 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical

information to us and is valid for two years from the date of Ms. Reece's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Erika Cruz
LTD Technical Specialist I
Phone No.: (855) 508-4895 Ext. 41622
Secure Fax No.: (603) 334-3543

Attachments: Restrictions Form
8356763-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.05.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

# Restrictions Form

Return To: Erika Cruz

| Jamie Reece | | 8356763 |
|---|---|---|
| Employee /Claimant Name | Date of Birth | Claim Number |

To be completed by physician:

1. DATE FIRST TREATED — ______
   DATE LAST TREATED — ______
   NEXT OFFICE VISIT — ______

   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- ☐ **SEDENTARY** Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.
   1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY)*.
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

4. RESTRICTIONS IMPOSED FROM ______ TO ______.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE? ______

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ______ TO ______.

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

Lincoln Financial Group

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 305-4595
Secure Fax No.: (603) 334-3543

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, ~~insurance companies, Plan Sponsor/Administrator, governmental agency, MIB Inc., and any insurance support organizations.~~

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative Jamie Reece

Date of Birth: ______________ Claim Number: 8358768 Date: 15 May 2020

A copy of this authorization will be considered as valid as the original

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 308-4495
Secure Fax No.: (603) 334-3543

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, ~~insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, government agency, MIB Inc., and any insurance support organizations.~~

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

- My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
- ~~Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.~~
- ~~Information concerning Social Security benefits, including any records pertaining to me and my dependents.~~

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant (print) Jamie Reece

Name of legal representative, if applicable (print) ______________________ Relationship ______________

Signature of claimant or legal representative Jamie Reece

Date of Birth: ______________ Claim Number: 8356768 Date: 15 May 2020

A copy of this authorization will be considered as valid as the original.

**REECE, JAMIE H (id #21591363, dob: [redacted]**

## Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 05/15/2020**

### Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 05/15/2020 10:45AM |
| | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

### Chief Complaint

This is a 51 year old female following up for medication management for CRPS. She reports improvement from the lyrica 100mg TID. She also notes improvement from the tizanidine 4mg TID PRN. She reports increased headaches. Reports she had start back to PT and had to postpone due to COVID-19. States when she started back they did not offer massage therapy. States last dose of the tizanidine was 5/14/2020 and last dose of the lyrica 5/15/2020.

### Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider (Worker's Comp):** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

### Patient's Pharmacies

**EXPRESS SCRIPTS HOME DELIVERY (MAIL-ORDER, ERX): 4600 NORTH HANLEY ROAD, ST. LOUIS MO 63134, Ph (888) 327-9791, Fax (800) 837-0959**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (877) 222-7336, Fax (800) 391-9707
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

### Vitals

05/15/2020 10:15 am

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in | **Wt:** | 180 lbs | **BMI:** | 28.2 |
| **BP:** | Not Performed - Not indicated | **Pain Scale:** | 5 | | |

### Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/20/20 | renewed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |

**Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** 10/02/19 prescribed
Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.
**Internal Note:** PA approved 6/9/19-78/20

**Imitrex 50 mg tablet** 01/15/20 prescribed
TAKE 1 TAB AT ONSET OF MIGRAINE, MAY REPEAT AFTER 2 HOURS X 1

**Lyrica 100 mg capsule** 05/15/20 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** 11/17/17 entered

**predniSONE 20 mg tablet** 10/11/19 prescribed
2 po x 3 days, then 1 po x 3 days

**Probiotic** 11/17/17 entered

**tiZANidine 4 mg tablet** 05/15/20 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**Valtrex 1 gram tablet** 03/30/20 prescribed
Take 1 tablet(s) every 8 hours by oral route for 7 days.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker

Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 05/15/2020
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 03/30/2020)

## Past Medical History

Reviewed Past Medical History
Arthritis: **Y**
Headaches: **Y**

## HPI

**Pain Management Interval History**
Reported by patient.
Notes:

None.
51-year-old female presenting for follow-up with regards to medication management the setting of CRPS. SHe notes worsening frontal headaches as of late. Her current medication regimen, she does no benefit with the use of Lyrica 100 mg 3 times a day and tizanidine PRN.

Visit today is being conducted via telehealth using both audio and video. Patient has expressed an understanding of the telehealth process and has consented.

## ROS

Patient reports **arthralgias/joint pain and neck pain** but reports no muscle aches, no muscle weakness, and no swelling in the extremities. She reports **frequent or severe headaches** but reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, and no tremor. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 51-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD.

**Psychiatric:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:**Head: normocephalic and atraumatic.

**Eyes:**Lids and Conjunctivae: no discharge or pallor and non-injected.

**Lungs:**Respiratory effort: no dyspnea.

**Musculoskeletal::**Joints, Bones, and Muscles: normal movement of all extremities and**tenderness** (**neck and R shoulder**); **right arm cast**.

**Neurologic:**Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:**Inspection and palpation: no rash or lesions.

## Assessment / Plan

51-year-old female presenting for follow-up with regards to CRPS. She notes ongoing symptoms in the right upper extremity with discomfort through the upper arm and into the forearm. She also has a myofascial component of her pain with tension through the right axial neck and shoulder. She was previously referred to physical therapy and continues to do home stretching exercises with benefit. She was receiving massage therapy weekly with substantial improvement in pain. She has discontinued massage therapy secondary to financial constraint. We will plan to write a letter for therapeutic massage to her insurance to hopefully get approval.

Over the last month, patient has noted recurrence of her frontal headaches. She was previously managed by neurology and had used migraine prophylaxis in the past. She has not seen a neurologist in several years. Symptoms seem to have worsened with increases in social stressors. She is concerned about losing her job as her disability runs out in October. She continues to note ongoing headaches mainly in the frontal and temporal region bilaterally. She denies aura. We will plan to refer her to neurology today for further evaluation.

In terms of medication management, her current regimen consists of Lyrica 100 mg 3 times a day and tizanidine when necessary. She does note improvement symptoms with the use of the medicine. She denies any adverse side effects. She notes improved ability to perform her ADLs. We will plan to refill her medication for a 6 month supply. I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient has a signed pain management agreement per clinic policy. Urine drug screen is up to date and appropriate as per Kentucky medical board guidelines. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient. Patient will follow-up in 6 months for further evaluation.

**. Complex regional pain syndrome**

M89.00: Algoneurodystrophy, unspecified site

- Lyrica 100 mg capsule - Take 1 capsule(s) 3 times a day by oral route. Qty: 270 capsule(s) Refills: 1 Pharmacy: EXPRESS SCRIPTS HOME DELIVERY

**. Headache**

R51: Headache

- HEADACHE: CARE INSTRUCTIONS
- NEUROLOGY REFERRAL - Schedule Within: provider's discretion

**. Myofascial pain**

M79.10: Myalgia, unspecified site

- tizanidine 4 mg tablet - Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. Qty: 270 tablet(s) Refills: 2 Pharmacy: EXPRESS SCRIPTS HOME DELIVERY

**atient Instructions**

WRAP-UP
Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- Referral to Neurology

- Letter for therapeutic massage

- Refill Lyrica

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

**Discussion Notes**

Spent 15 total minutes with the patient today. Greater than 50% of this time was spent counseling/coordination of care as documented in my assessment and plan above. We discussed appropriate use of controlled substances including side effects and interactions with other medications. We reviewed conservative measures including gentle stretching as well as yoga/Pilates. We also discussed use of adjuncts including OTC NSAIDS/Tylenol when appropriate as well as use of ice/heat, massage and TENS.

## Return to Office

- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 05/15/2020.

Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 05/15/2020 at 2:04pm

**Encounter Date: 03/30/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 03/30/2020 11:00AM |
| | | **Service Dept.** | FAMILY MEDICINE ANDOVER |
| **Provider** | COLLIN ST. CLAIR, DO | | |

**Insurance**

Med Primary: BCBS-OH (PPO)
Insurance # : TOAAN1313675
Policy/Group # : 003320100TEAP064
Employer Name : TOYOTA
Med Worker's Comp: MSMM
Referring Provider Name : DONEGAN, RYAN P
Employer Name : KELLY SERVICES
Case # : SA211932PVY
Case Injury Date : 01/30/2018
Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC
Insurance # :
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: EXPRESS SCRIPTS - Member is eligible. details

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Insurance Adjuster (Worker's Comp):** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider (Worker's Comp):** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (877) 222-7336, Fax (800) 391-9707

**REECE, JAMIE H (id #21591363, dob:**

## Vitals

None recorded.

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/20/20 | renewed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit**<br>Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.<br>**Internal Note:** PA approved 6/9/19-78/20 | 10/02/19 | prescribed |
| **Imitrex 50 mg tablet**<br>TAKE 1 TAB AT ONSET OF MIGRAINE, MAY REPEAT AFTER 2 HOURS X 1 | 01/15/20 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 03/06/20 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **predniSONE 20 mg tablet**<br>2 po x 3 days, then 1 po x 3 days | 10/11/19 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 03/06/20 | prescribed |
| **traMADoL 50 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 30 days. | 10/07/19 | prescribed |
| **Valtrex 1 gram tablet**<br>Take 1 tablet(s) every 8 hours by oral route for 7 days. | 03/30/20 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems

- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017

- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
**Family Medicine**
Tobacco cessation counseling provided date: (Notes: tdotson14 answered No to the Tobacco cessation counseling provided question on 04/09/2019.)
Alcohol intake: None
Marital status: Married
Occupation: Toyota/on medical leave
Illicit drugs: no
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 03/06/2020
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Tonsillectomy - 1973
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

## GYN History

Reviewed GYN History

## Obstetric History

Reviewed Obstetric History

## Past Medical History

Reviewed Past Medical History
Allergies/Hayfever: **Y**
Arthritis: **Y**
Chicken Pox: **Y**
Headaches: **Y**
Vision or Eye Problems: **Y** - **glasses**

## HPI

Visit today is being conducted via telehealth using both audio and video. Patient has expressed an understanding of the telehealth process and has consented.

Jamie is a 51-year-old non-smoking female with history of psoriatic arthritis, IBS, chronic right shoulder pain, and hysterectomy now on HRT presenting for:

Left upper back pain- No rash at this time. 2 days ago, started having discomfort in left upper back radiating into left upper/posterior arm. Nothing on opposite side. Felt pulling sensation, but no acute injury, then starting developing sensitivity in the area. Husband

has been monitoring area and no rash to this point. No previous shingles. Has CRPS affects right side, symptoms aren't similar to this. No F/C/N/V. No SOA. Rhinorrhea 5-7 days ago. Her discomfort improves with lyrica.

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 51-year-old female.

**Constitutional:** General Appearance: healthy-appearing. Level of Distress: NAD.

**Psychiatric:** Mental Status: normal mood and affect.

**Head:** Head: normocephalic and atraumatic.

**Lungs:** Respiratory effort: no dyspnea.

**Skin:** Inspection and palpation: **No rash of exposed surfaces. No rash reported currently at left upper back, no visualized during visit.**.

## Assessment / Plan

. **Herpes zoster** -

Concern for shingles- prodromal pain at this time with no rash. Symptoms improve with lyrica that she is already taking. Will start course of valtrex. Call if symptoms persist or worsen.

B02.9: Zoster without complications

. **Vesicular eruption** -

R23.8: Other skin changes

- Valtrex 1 gram tablet - Take 1 tablet(s) every 8 hours by oral route for 7 days. Qty: 21 tablet(s) Refills: 0 Pharmacy: WALMART PHARMACY 3894

### Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 05/01/2020 at 10:00 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by COLLIN ST. CLAIR, DO, 03/30/2020.

Encounter performed and documented by COLLIN ST. CLAIR, DO
Encounter reviewed & signed by COLLIN ST. CLAIR, DO on 03/30/2020 at 11:19am

**Encounter Date: 03/06/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 03/06/2020 08:45AM |
| | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Iniurv Date : 01/30/2018 | | |

**REECE, JAMIE H (id #21591363, dob:**

Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC
Insurance # :
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: EXPRESS SCRIPTS - Member is eligible. details

## Chief Complaint

medication follow up

Jamie Reece is a 51 y/o female following up on CRPS, shes taking Lyrica 100mg, her last dose was 3/6/20 @ 6am. Pt stated shes having increased pain in her RT shoulder and neck that started 3-4 weeks ago. Rates her pain today at a 4/10.

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (877) 222-7336, Fax (800) 391-9707

## Vitals

03/06/2020 09:06 am

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in | **Wt:** | 190 lbs | **BMI:** | 29.8 |
| **BP:** | 132/88 sitting | **Pain Scale:** | 4 | **Pain Scale Type:** | Numeric |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/20/20 | renewed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit**<br>Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.<br>**Internal Note:** PA approved 6/9/19-78/20 | 10/02/19 | prescribed |
| **Imitrex 50 mg tablet**<br>TAKE 1 TAB AT ONSET OF MIGRAINE, MAY REPEAT AFTER 2 HOURS X 1 | 01/15/20 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 03/06/20 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **predniSONE 20 mg tablet**<br>2 po x 3 days, then 1 po x 3 days | 10/11/19 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet** | 03/06/20 | prescribed |

Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 03/06/2020
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 01/15/2020)

## Past Medical History

Reviewed Past Medical History
Arthritis: **Y**
Headaches: **Y**

## HPI

**Pain Management Interval History**
Reported by patient.
Notes:

None.

51-year-old female presenting for follow-up with regards to medication management the setting of CRPS. Her current regimen consists of Lyrica 100 mg 3 times a day. Today her principle concern is muscle spasms in the right shoulder and neck.

## ROS

Patient reports **arthralgias/joint pain and neck pain** but reports no muscle aches, no muscle weakness, and no swelling in the extremities. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 51-year-old female.

**Constitutional:**General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD.

**Psychiatric:**Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:**Head: normocephalic and atraumatic.

**Eyes:**Lids and Conjunctivae: no discharge or pallor and non-injected.

**Neck:**Neck: supple and trachea midline.

**Lungs:**Respiratory effort: no dyspnea.

**Cardiovascular System:**Heart Auscultation: RRR.

**Abdomen:**Bowel Sounds: normal. Inspection and Palpation: soft and non-distended.

**Musculoskeletal::**Joints, Bones, and Muscles: normal movement of all extremities and**tenderness** (**cervical paraspinal, rhomboids and trapezius muscles**); **right arm cast**.

**Motor Strength:**Motor Strength and Tone: normal and normal tone. C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

**Neurologic:**Cranial Nerves: grossly intact. Sensation: grossly intact

intact.

**Skin:**Inspection and palpation: no rash or lesions.

**Spine - Special Tests:**Cervical Spine negative axial loading test and Spurling's test and (normal) cervical spine. Other Findings **Myofascial pain**. Lumbar / Lumbosacral Spine (normal) lumbar / lumbosacral spine.

## Assessment / Plan

51-year-old female presenting for follow-up with regards to medication management the setting of CRPS. Patient returns today reporting worsening muscle spasms throughout the right axial neck and shoulder as well as around the shoulder blade. She notes having healed well following her ORIF of her right wrist. She is completed physical therapy and has full use of her right lower extremity. Her principle pain complaint today is ongoing myofascial pain throughout her right neck and shoulder. She has attended weekly massage sessions with some benefit. She has tried a TENS unit without relief. She currently takes tizanidine 4 mg 3 times a day with some benefit. We discussed repeat referral to physical therapy to help address her myofascial pain. Specifically she would benefit from massage therapy, ultrasound and dry needling. We will plan to make that referral today.

In terms of her current medication regimen, she does no benefit with the use of Lyrica 100 mg 3 times a day. She denies any adverse side effects. She notes improved ability to perform her ADLs. We'll plan to refill her medication for a two-month supply. I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient has a signed pain management agreement per clinic policy. Urine drug screen is up to date and appropriate as per Kentucky medical board guidelines. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient. Patient will follow-up in 2 months for further evaluation.

**. Complex regional pain syndrome**

M89.00: Algoneurodystrophy, unspecified site

- Lyrica 100 mg capsule - Take 1 capsule(s) 3 times a day by oral route. Qty: 270 capsule(s) Refills: 0 Pharmacy: EXPRESS SCRIPTS HOME DELIVERY

**. Myofascial pain**

M79.10: Myalgia, unspecified site

- PHYSICAL THERAPY REFERRAL - Schedule Within: provider's discretion
- tizanidine 4 mg tablet - Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. Qty: 270 tablet(s) Refills: 2 Pharmacy: EXPRESS SCRIPTS HOME DELIVERY

**Patient Instructions**

WRAP-UP
Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- Referral to PT

- Refill Lyrica

- Refill Tizanidine

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

**Discussion Notes**

Spent 25 total minutes with the patient today. Greater than 50% of this time was spent counseling/coordination of care as documented in my assessment and plan above.

## Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 05/01/2020 at 10:00 AM

- KATHERINE S RODEN, MD for RECHECK at : FM MEDICINE on 03/04/2020 at 10:00 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 03/06/2020.
Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 03/06/2020 at 9:38am

**Encounter Date: 01/15/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 01/15/2020 10:00AM |
| | | **Service Dept.** | FAMILY MEDICINE ANDOVER |
| **Provider** | COLLIN ST. CLAIR, DO | | |

**Insurance**
Med Primary: BCBS-OH (PPO)
Insurance # : TOAAN1313675
Policy/Group # : 003320100TEAP064
Employer Name : TOYOTA
Med Worker's Comp: MSMM
Referring Provider Name : DONEGAN, RYAN P
Employer Name : KELLY SERVICES
Case # : SA211932PVY
Case Injury Date : 01/30/2018
Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC
Insurance # :
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: EXPRESS SCRIPTS - Member is eligible. details

## Chief Complaint

Headache

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (877) 222-7336, Fax (800) 391-9707

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 01/15/2020 10:09 am | **Wt:** | 185 lbs 01/15/2020 10:09 am | **BMI:** | 29 01/15/2020 10:09 am |
| **T:** | 98.4 F° oral 01/15/2020 10:12 am | **BP:** | 116/82 sitting L arm 01/15/2020 10:14 am | **Pulse:** | 87 bpm regular 01/15/2020 10:12 am |
| **RR:** | 14 01/15/2020 10:12 am | **O2Sat:** | 96% Room Air at Rest 01/15/2020 10:12 am | | |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

**esomeprazole magnesium 40 mg capsule,delayed release** 02/25/19 renewed
TAKE 1 CAPSULE DAILY

**Estrace 1 mg tablet** 08/21/19 entered

**Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** 10/02/19 prescribed
Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.
**Internal Note:** PA approved 6/9/19-78/20

**Imitrex 50 mg tablet** 01/15/20 prescribed
TAKE 1 TAB AT ONSET OF MIGRAINE, MAY REPEAT AFTER 2 HOURS X 1

**Lyrica 100 mg capsule** 11/05/19 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** 11/17/17 entered

**predniSONE 20 mg tablet** 10/11/19 prescribed
2 po x 3 days, then 1 po x 3 days

**Probiotic** 11/17/17 entered

**tiZANidine 4 mg tablet** 04/18/19 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems

- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
**Family Medicine**

Tobacco cessation counseling provided date: (Notes: tdotson14 answered No to the Tobacco cessation counseling provided question on 04/09/2019.)
Alcohol intake: None
Marital status: Married
Occupation: Toyota/on medical leave
Illicit drugs: no
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 01/15/2020
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Tonsillectomy - 1973
- Total Hysterectomy - 01/01/2005

right wrist break surgery 10/2019

## GYN History

Reviewed GYN History

## Obstetric History

Reviewed Obstetric History

## Past Medical History

Reviewed Past Medical History
Allergies/Hayfever: **Y**
Arthritis: **Y**
Chicken Pox: **Y**
Headaches: **Y**
Vision or Eye Problems: **Y** - **glasses**

## HPI

Jamie is a 50-year-old non-smoking female with history of psoriatic arthritis, IBS, chronic right shoulder pain, and hysterectomy now on HRT presenting for:

Headache-woke up Sunday morning with headache and has continued off and on since that time, varying in character. Originally felt like it was on top of her head and felt like she needed to hold her head for relief. At another point he felt like poking in her ears. Most recently, it has been an intermittent, left-sided pain behind and medial to left eye. She says it will fade out and then come back. She endorses some photophobia and phonophobia, but says this is common with most headaches for her. She does have a history of migraines in early adulthood which improved following hysterectomy. Varying in intensity. She drinks plenty of water. Denies any vision changes, eye discharge/drainage, rhinorrhea, nasal congestion, nausea, vomiting, fevers. No eyelid swelling. She has tried Tylenol and ibuprofen without success. No new medications. No specific triggers identified. Her symptoms are overall better than at the onset on Sunday, not hurting on top of her head as much as it was which was more uncomfortable. She does endorse a lot of anxiety at home, possibly worsened recently.

He does endorse some coldness in hands and feet but attributes this to her autoimmune condition. Denies any other extremity numbness/tingling/weakness.

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 51-year-old
female.

GENERAL: No acute distress.

EYES: No erythema or discharge.
ENT: No pharyngeal erythema or exudate. No sinus tenderness to palpation. No nasal drainage.
LYMPH: No anterior or posterior cervical lymphadenopathy
HEAD: Normocephalic. Atraumatic.
CARDIOVASCULAR: Regular rate and rhythm. No murmurs appreciated.
RESPIRATORY: Lungs clear to auscultation bilaterally. No wheezing/rales/rhonchi. Normal work of breathing.
MUSCULOSKELETAL: Moving all extremities. Gait intact.
SKIN: Warm and dry. Normal color.
NEUROLOGICAL: Awake and alert. CN II-XII intact. PEERL. SILT all ext. Strength 5/5 and symmetric in all ext.
PSYCHOLOGICAL: Normal mood and affect.

## Assessment / Plan

**. Headache** -

Unclear etiology this time. Located around/behind left eye, symptoms not consistent with cluster headache or acute sinusitis. Also not classic for migraine. However, will prescribe trial of Imitrex. Continue to stay well-hydrated. Her current Tylenol/ibuprofen as needed, though discussed avoidance of overuse in order to avoid rebound headaches. Will refer to neuro if needed. No red flag symptoms at this time, but may need to pursue imaging. Will obtain labs as below.

Of note, pt mentioned during her appointment that she mentioned these headaches to ENT and they didn't seem to address it. Last appointment with ENT was on 1/3, so timeline is less clear as she said her current headache issues started on Sunday.

Per ENT note from 1/3, she has very large but symmetrical lingual tonsils bothering her for at least 3 months. Mentioned that largely will tonsils are also obstructing her breathing to some extent when she sleeps. If there is OSA induced from, this could be contributing to headaches.

R51: Headache

- Imitrex 50 mg tablet - TAKE 1 TAB AT ONSET OF MIGRAINE, MAY REPEAT AFTER 2 HOURS X 1 Qty: 6 tablet(s) Refills: 0 Pharmacy: WALMART PHARMACY 7259

**. Adult health examination** -

Z00.00: Encounter for general adult medical examination without abnormal findings

- CBC
- CMP
- THYROID STIMULATING HORMONE (TSH)

**'atient Instructions**

**)iscussion Notes**

RTC if symptoms persist.

### Return to Office

- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/12/2020 at 09:30 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 03/05/2020 at 09:15 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by COLLIN ST. CLAIR, DO, 01/15/2020.

Encounter performed and documented by COLLIN ST. CLAIR, DO
Encounter reviewed & signed by COLLIN ST. CLAIR, DO on 01/15/2020 at 6:07pm

**Encounter Date: 01/03/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 01/03/2020 08:50AM |
| | | **Service Dept.** | KY ENT FOUNTAIN CT |
| **Provider** | RAY M VAN METRE, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675 | | |

**REECE, JAMIE H (id #21591363, dob:**

Policy/Group # : 003320100TEAP064
Employer Name : TOYOTA
Med Worker's Comp: MSMM
Referring Provider Name : DONEGAN, RYAN P
Employer Name : KELLY SERVICES
Case # : SA211932PVY
Case Injury Date : 01/30/2018
Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC
Insurance # :
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: EXPRESS SCRIPTS - Member is eligible. details

## Chief Complaint

Followup: Intermittent dysphagia

## Patient's Care Team

**Primary Care Provider:** COLLIN ST CLAIR DO: 3099 HELMSDALE PL, LEXINGTON, KY 40509, Ph (859) 258-6401, Fax (859) 258-6438 NPI: 1891157806
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (877) 222-7336, Fax (800) 391-9707

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 01/03/2020 08:55 am | **Wt:** | 186 lbs 01/03/2020 08:57 am | **BMI:** | 29.1 01/03/2020 08:57 am |
| **T:** | 97 F° temporal artery 01/03/2020 08:56 am | **BP:** | 115/69 sitting R wrist 01/03/2020 08:56 am | **Pulse:** | 92 bpm 01/03/2020 08:56 am |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

**amitriptyline 10 mg tablet** — 06/20/19 prescribed
Take 1 tablet(s) every day by oral route at bedtime.

**cefdinir 300 mg capsule** — 10/11/19 prescribed
Take 1 capsule(s) every 12 hours by oral route for 7 days.

**Diflucan 150 mg tablet** — 10/11/19 prescribed
Take 1 tablet(s) every day by oral route for 2 days.

**esomeprazole magnesium 40 mg capsule,delayed release** — 02/25/19 renewed
TAKE 1 CAPSULE DAILY

**Estrace 1 mg tablet** — 08/21/19 entered
Take 1 tablet(s) every day by oral route.

**Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** — 10/02/19 prescribed
Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.
**Internal Note:** PA approved 6/9/19-78/20

**Lyrica 100 mg capsule** — 11/05/19 prescribed

**Lyrica 100 mg capsule**
Take 1 capsule(s) 3 times a day by oral route.

| | | |
|---|---|---|
| **Multi Vitamin** | 11/17/17 | entered |
| **predniSONE 20 mg tablet**<br>2 po x 3 days, then 1 po x 3 days | 10/11/19 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 04/18/19 | prescribed |
| **traMADoL 50 mg tablet**<br>Take 1 tablet(s) every day by oral route as needed for 30 days. | 10/07/19 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

Vaccines not reviewed (last reviewed 11/05/2019)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
**ENT**
Tobacco cessation counseling provided date: (Notes: tdotson14 answered No to the Tobacco cessation counseling provided question on 04/09/2019.)
Alcohol intake: Occasional
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 09/23/2019
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Procedure on wrist
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Tonsillectomy - 1973

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 08/21/2019)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**
Allergies/Hayfever: **Y**
Arthritis: **Y**
Headaches: **Y**
Migraines: **Y**

## HPI

Jamie returns today in follow up of globus sensation and dysphagia. She states that since her last visit, her throat is still bothersome for her. She reports that there is still a lump in her throat. Jamie says that the dysphagia is slightly improving but the lump is still the same. She denies any hoarseness. She denies any pain.

## ROS

Patient reports **difficulty swallowing**; **lump in throat**. She reports no fatigue. She reports no eye itching. She reports no hearing loss, no difficulty hearing, no ear pain, and no vertigo. She reports no nasal congestion and no blockage/obstruction. She reports no frequent headaches. She reports no chest pain. She reports no wheezing and no shortness of breath. She reports no painful swallowing and no heartburn. She reports no swollen glands. She reports no rash and no skin itching. She reports no endocrine symptoms. She reports no sneezing and no runny nose.

## Physical Exam

Patient is a 51-year-old female.

**Constitutional:** General Appearance: healthy-appearing; **patient is alert and oriented**.

**Head/Face:** Inspection: no masses or lesions.

**Eyes:** Pupils: PERRLA.

**Ears:** Right External auditory canal: normal appearance. Left External auditory canal: normal appearance. Right Tympanic membrane: landmarks clear. Left Tympanic membrane: landmarks clear.

**Nose:** Nasal Mucosa: normal and pink and moist. Septum: **deviated to the left**. Turbinates: normal size and confrontation.

**Oral Cavity/Mouth:** Oral Mucosa: normal and moist. Tonsils: tonsils absent. Posterior pharynx: normal. Hypopharynx: normal hypopharynx. Larynx: **very large but symmetric lingual tonsils; no evidence of malignancy**. Nasopharynx: normal.

**Neck:** Neck: symmetrical. Thyroid: symmetric.

**Respiratory:** Inspection/Auscultation: normal breath sounds.

**Cardiovascular System:** Auscultation: regular rate and rhythm.

**Lymph Nodes:** Cervical: no palpable lymph node enlargement.

**Neurological System:** Mood and affect: normal mood and affect.

Patient consented to photography of the affected area(s) today for the purpose of documentation and future comparison.

## Procedure Documentation

**Laryngoscopy Flex:**

Flexible Laryngoscopy

Topical anesthetic was applied. Laryngoscopy was carried out in the usual fashion through the right nares. Lingual tonsil hypertrophy noted. The vallecula, base of tongue, supraglottic and glottic structures are without lesions, masses or edema. TVCs adduct and abduct normally. The arytenoids and entire endolarnyx is not inflamed. Leukoplakia is not noted. On the pharyneal walls and in the pyriform sinuses, masses are not noted. There are no pooling of secretions appreciated. very large but symmetric lingual tonsils; no evidence of malignancy

## Assessment / Plan

. **Hypertrophy of lingual tonsil**
J35.3: Hypertrophy of tonsils with hypertrophy of adenoids

. **Feeling of lump in throat**
F45.8: Other somatoform disorders

. **Dysphagia**
R13.10: Dysphagia, unspecified

- LEARNING ABOUT SWALLOWING PROBLEMS

. **Choking sensation** -

R09.89: Other specified symptoms and signs involving the circulatory and respiratory systems

. **Chronic laryngitis**
J37.0: Chronic laryngitis

. **Cough**
R05: Cough

. **Facial swelling**
R22.0: Localized swelling, mass and lump, head

. **Pain in face**
R51: Headache

. **Chronic sinusitis**
J32.9: Chronic sinusitis, unspecified

0. **Nasal congestion**
R09.81: Nasal congestion

1. **Allergic rhinitis**
J30.9: Allergic rhinitis, unspecified

**atient Instructions**

**Patient Instructions**

1. Flexible laryngoscopy performed today; clinical photographs obtained - full risks, complications, and benefits of in-office procedure have been thoroughly discussed. Understanding was expressed, informed consent given, and we will proceed with the discussed in-office treatment plan.

2. Refer to the University of Kentucky

3. F/u PRN

**Discussion Notes**

troublesome situation with very large but symmetric lingual tonsils that have now been bothering her for at least three months; endoscopy today shows no change since visit in 10/19; does not appear to represent malignancy but she is on Humira and very worried about the possibility of cancer; the large lingual tonsils are also obstructing her breathing to some extent when she sleeps; tried some prednisone but that didn't help; I'm really out of ideas to improve her situation and would like to avoid an invasive biopsy; will get a second opinion from the head and neck Otolaryngology specialists at UK to see if they have any other ideas

## Return to Office

- to see RAY M VAN METRE, MD for RECHECK at KY ENT FOUNTAIN CT on or around 01/14/2020
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/12/2020 at 09:30 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 03/05/2020 at 09:15 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by RAY M VAN METRE, MD, 01/03/2020.

Encounter performed by RAY M VAN METRE, MD
Encounter scribed for RAY M VAN METRE, MD by Kelsey Garrett
Encounter signed by Kelsey Garrett as scribe at 01/03/2020 at 9:16am
Encounter reviewed & signed by RAY M VAN METRE, MD on 01/03/2020 at 9:29am

**REECE, JAMIE H (id #21591363, dob:**








**REECE, JAMIE H (id #21591363, dob:**

**Encounter Date: 11/05/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 11/05/2019 10:15AM |
| | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |

**Insurance**
Med Primary: BCBS-OH (PPO)
Insurance # : TOAAN1313675
Policy/Group # : 003320100TEAP064
Employer Name : TOYOTA
Med Worker's Comp: MSMM
Referring Provider Name : DONEGAN, RYAN P
Employer Name : KELLY SERVICES
Case # : SA211932PVY
Case Injury Date : 01/30/2018
Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC
Insurance # :
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: EXPRESS SCRIPTS - Member is eligible. details

## Chief Complaint

shoulder pain

Jamie Reece 51 y/o female is following up to clinic regarding pain in right shoulder and forearm in the setting of CRPS. Pain is reported constant and states the pain is traveling to the left arm and hand. Patient states that she fell off her bed and broken her right wrist and tailbone and had to have surgery on her wrist. She reports inflammation of the left digitals and hand.

## Patient's Care Team

**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (877) 222-7336, Fax (800) 391-9707

## Vitals

11/05/2019 10:31 am

**Ht:** 5 ft 7 in

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) every day by oral route at bedtime. | 06/20/19 | prescribed |
| **cefdinir 300 mg capsule**<br>Take 1 capsule(s) every 12 hours by oral route for 7 days. | 10/11/19 | prescribed |
| **Diflucan 150 mg tablet**<br>Take 1 tablet(s) every day by oral route for 2 days. | 10/11/19 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **Estrace 1 mg tablet** | 08/21/19 | entered |

Take 1 tablet(s) every day by oral route.

**Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** 10/02/19 prescribed
Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.
**Internal Note:** PA approved 6/9/19-78/20

**Lyrica 100 mg capsule** 11/05/19 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** 11/17/17 entered

**predniSONE 20 mg tablet** 10/11/19 prescribed
2 po x 3 days, then 1 po x 3 days

**Probiotic** 11/17/17 entered

**tiZANidine 4 mg tablet** 04/18/19 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADoL 50 mg tablet** 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems

- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 10/11/2019)

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes

Most Recent Tobacco Use Screening: 09/23/2019
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 08/21/2019)

## Past Medical History

Reviewed Past Medical History
Arthritis: **Y**
Headaches: **Y**

## HPI

51-year-old female presenting for follow-up with regards to medication management the setting of fibromyalgia. She does have a history of psoriatic arthritis managed by rheumatology, Dr. Abbas, on Humira. She had a recent fall with right wrist fracture now s/p surgery. She has a hard cast in place.

## ROS

Patient reports **muscle aches, muscle weakness, arthralgias/joint pain, and swelling in the extremities** but reports no back pain and no neck pain. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 51-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD.

**Psychiatric:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Pupils: PERRLA. EOM: EOMI.

**Neck:** Neck: supple and trachea midline.

**Lungs:** Respiratory effort: no dyspnea.

**Cardiovascular System:** Heart Auscultation: RRR.

**Abdomen:** Bowel Sounds: normal. Inspection and Palpation: soft and non-

distended.

**Musculoskeletal::**Joints, Bones, and Muscles: normal movement of all extremities and**tenderness** (**cervical paraspinals and trapezius muscles**); **right arm cast**. Extremities: **edema** (**right and left hand, left forearm**).

**Motor Strength:**Motor Strength and Tone: normal and normal tone. C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

**Neurologic:**Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:**Inspection and palpation: no rash or lesions.

**Spine - Special Tests:**Cervical Spine negative axial loading test and Spurling's test and (normal) cervical spine. Other Findings **Myofascial pain**.

## Assessment / Plan

51-year-old female presenting for follow-up with regards to medication management the setting of CRPS. Unfortunately, patient experienced a fall from a windowsill with subsequent fracture of her right wrist. She is status post open reduction internal fixation with hardware in place. She presents today with a hard cast on the right wrist and forearm. She reports a distressing time in and around her surgery with regards to pain management control. She does not generally respond well to opioid pain medicines secondary to inadequate analgesia and was concerned that she would not be appropriately controlled in terms of her pain regimen following surgery. Fortunately, patient underwent regional block with pain pump placed which did help control her symptoms. She does note some edema in the right hand as well as occasional symptoms on the left principally in the hand and forearm. She reports that these are sporadic in nature. Given her evolving situation, we will plan to leave her current medication regiment unchanged at this time. She does note improvement in symptoms with the use of Lyrica 100 mg 3 times a day. She denies any adverse side effects. She does note ability to perform her ADLs. We'll plan to refill her Lyrica for a 3 month supply. I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient has a signed pain management agreement per clinic policy. Urine drug screen is up to date and appropriate as per Kentucky medical board guidelines. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient. Patient will follow up in 4 months for further evaluation.

**. Complex regional pain syndrome**

M89.00: Algoneurodystrophy, unspecified site

- Lyrica 100 mg capsule - Take 1 capsule(s) 3 times a day by oral route. Qty: 90 capsule(s) Refills: 4 Pharmacy: WALMART PHARMACY 7259

**atient Instructions**

WRAP-UP
Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- Refill Lyrica

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

## Return to Office

- COLLIN ST. CLAIR, DO for RECHECK at FAMILY MEDICINE ANDOVER on 11/21/2019 at 09:15 AM

- to see RAY M VAN METRE, MD for RECHECK at KY ENT FOUNTAIN CT on or around 01/14/2020
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/12/2020 at 09:30 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 03/05/2020 at 09:15 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 11/05/2019.

Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 11/05/2019 at 11:15am

**Encounter Date: 10/11/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 10/11/2019 08:40AM |
| | | **Service Dept.** | KY ENT FOUNTAIN CT |
| **Provider** | RAY M VAN METRE, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

Dysphagia, Sinusitis/Allergy

## Patient's Care Team

**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (877) 222-7336, Fax (800) 391-9707

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 10/11/2019 08:38 am | **Wt:** | 177 lbs 4 oz 10/11/2019 08:42 am | **BMI:** | 27.8 10/11/2019 08:42 am |
| **T:** | 97.6 F° temporal artery 10/11/2019 08:40 am | **BP:** | 134/100 sitting L arm 10/11/2019 08:40 am | **Pulse:** | 80 bpm 10/11/2019 08:40 am |

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

**amitriptyline 10 mg tablet** 06/20/19 prescribed
Take 1 tablet(s) every day by oral route at bedtime.

**cefdinir 300 mg capsule** 10/11/19 prescribed
Take 1 capsule(s) every 12 hours by oral route for 7 days.

**Diflucan 150 mg tablet** 10/11/19 prescribed
Take 1 tablet(s) every day by oral route for 2 days.

**esomeprazole magnesium 40 mg capsule,delayed release** 02/25/19 renewed
TAKE 1 CAPSULE DAILY

**Estrace 1 mg tablet** 08/21/19 entered
Take 1 tablet(s) every day by oral route.

**Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** 10/02/19 prescribed
Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.
**Internal Note:** PA approved 6/9/19-78/20

**Lyrica 100 mg capsule** 08/06/19 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** 11/17/17 entered

**predniSONE 20 mg tablet** 10/11/19 prescribed
2 po x 3 days, then 1 po x 3 days

**Probiotic** 11/17/17 entered

**tiZANidine 4 mg tablet** 04/18/19 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**traMADol 50 mg tablet** 10/07/19 prescribed
Take 1 tablet(s) every day by oral route as needed for 30 days.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Vaccines not reviewed (last reviewed 10/02/2019)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |

- Family history of cancer

## Social History

Reviewed Social History
**ENT**
Tobacco cessation counseling provided date: (Notes: tdotson14 answered No to the Tobacco cessation counseling provided question on 04/09/2019.)
Alcohol intake: Occasional
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 09/23/2019
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Ears/Nose/Throat Surgery - Left sided sinus surgery Dr. Wardrop 1980s
- Tonsillectomy - 1973

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 08/21/2019)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**
Allergies/Hayfever: **Y**
Arthritis: **Y**
Headaches: **Y**
Migraines: **Y**

## HPI

Jamie is being seen in the office in consultation at the request of Dr. Ryan Donegan for an evaluation of globus sensation and facial swelling below left eye. She has been experiencing these symptoms for about 4-6 weeks. About 30 years ago, she had sinus surgery on the left side done by Dr. Wardrop. She does have concerns with choking after swallowing. She had a Barium Swallow study done which reportedly was clear. She notes no difficulty breathing on a daily basis. She is currently struggling with allergies that are causing nasal congestion, gum pain, cough and fever. She does not have a history of tobacco use.

## ROS

Patient reports **fever** but reports no fatigue. She reports **nasal congestion, nose/sinus problems, rhinorrhea, and sinus pressure** but reports no blockage/obstruction. She reports **difficulty swallowing**; **lump in throat; choking sensation**. She reports **frequent headaches**. She reports **shortness of breath** but reports no wheezing. She reports **runny nose** but reports no sneezing. She reports no eye itching. She reports no hearing loss, no difficulty hearing, no ear pain, and no vertigo. She reports no chest pain. She reports no painful swallowing and no heartburn. She reports no swollen glands. She reports no depression. She reports no muscle aches. She reports no rash and no skin itching. She reports no endocrine symptoms.
**Additionally reports:**

**severe facial pain**

## Physical Exam

Patient is a 51-year-old female.

**Constitutional:** General Appearance: healthy-appearing; **patient is alert and oriented**.

**Head/Face:** Inspection: no masses or lesions.

**Eyes:** Pupils: PERRLA.

**Ears:**Right External auditory canal: normal appearance. Left External auditory canal: normal appearance. Right Tympanic membrane: landmarks clear. Left Tympanic membrane: landmarks clear.

**Nose:**Nasal Mucosa: **irritated mucosa** and **purulent drainage**. Septum: not markedly deformed. Turbinates: normal size and confrontation.

**Oral Cavity/Mouth:**Oral Mucosa: normal and moist. Tonsils: tonsils absent. Posterior pharynx: normal. Hypopharynx: normal hypopharynx; **prominent lingual tonsils; symmetric**. Nasopharynx: normal.

**Neck:**Neck: symmetrical. Thyroid: symmetric.

**Respiratory:**Inspection/Auscultation: normal breath sounds.

**Cardiovascular System:**Auscultation: regular rate and rhythm.

**Lymph Nodes:**Cervical: no palpable lymph node enlargement.

**Neurological System:**Mood and affect: normal mood and affect.

Patient consented to photography of the affected area(s) today for the purpose of documentation and future comparison.

## Procedure Documentation

**Laryngoscopy Flex:**

Flexible Laryngoscopy

Topical anesthetic was applied. Laryngoscopy was carried out in the usual fashion through the left nares. The vallecula, base of tongue, supraglottic and glottic structures are without lesions, masses or edema. She has very prominent lingual tonsils. TVCs adduct and abduct normally. The arytenoids and entire endolarnyx is not inflamed. Leukoplakia is not noted. On the pharyneal walls and in the pyriform sinuses, masses are not noted. There are no pooling of secretions appreciated.

## Assessment / Plan

. **Feeling of lump in throat**
F45.8: Other somatoform disorders

- prednisone 20 mg tablet - 2 po x 3 days, then 1 po x 3 days Qty: 9 tablet(s) Refills: 0 Pharmacy: WALMART PHARMACY 7259

. **Choking sensation** -

R09.89: Other specified symptoms and signs involving the circulatory and respiratory systems

- cefdinir 300 mg capsule - Take 1 capsule(s) every 12 hours by oral route for 7 days. Qty: 14 capsule(s) Refills: 0 Pharmacy: WALMART PHARMACY 7259
- Diflucan 150 mg tablet - Take 1 tablet(s) every day by oral route for 2 days. Qty: 2 tablet(s) Refills: 1 Pharmacy: WALMART PHARMACY 7259

. **Chronic laryngitis**
J37.0: Chronic laryngitis

. **Cough**
R05: Cough

. **Hypertrophy of lingual tonsil**
J35.3: Hypertrophy of tonsils with hypertrophy of adenoids

**REECE, JAMIE H (id #21591363, dob:**

**. Facial swelling**
R22.0: Localized swelling, mass and lump, head

**. Pain in face**
R51: Headache

**. Chronic sinusitis**
J32.9: Chronic sinusitis, unspecified

**. Nasal congestion**
R09.81: Nasal congestion

**0. Allergic rhinitis**
J30.9: Allergic rhinitis, unspecified

**1. Dysphagia**
R13.10: Dysphagia, unspecified

- LEARNING ABOUT SWALLOWING PROBLEMS

**'atient Instructions**

1. Laryngoscopy Flex scope performed- full risks, complications, and benefits of in-office procedure have been thoroughly discussed. Understanding was expressed, informed consent given, and we will proceed with the discussed in-office treatment plan.

2. Reviewed vocal hygiene precautions, including vocal rest, saltwater gargles, increased hydration, avoid medications with a drying effect (e.g. antihistamines, diuretics), and utilizing sialogogues

3. RX- Prednisone, Cefdinir and Diflucan

4. F/U January 2020

**)iscussion Notes**

choking sensation along with feeling of lump in throat which appears to be due to enlarged symmetric lingual tonsils; assured her this does not appear to be any indication of cancer (she is on Humira so that has her worried); will try tapered prednisone to see if that helps the lingual tonsil size subside; also given cefdinir for acute sinusitis; follow up in Jan 2020 to check her progress or sooner if more trouble

## Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 10/24/2019 at 11:15 AM
- COLLIN ST. CLAIR, DO for RECHECK at FAMILY MEDICINE ANDOVER on 11/21/2019 at 09:15 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/12/2020 at 09:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by RAY M VAN METRE, MD, 10/11/2019.

Encounter performed by RAY M VAN METRE, MD
Encounter scribed for RAY M VAN METRE, MD by Jasmine Barrick
Encounter signed by Jasmine Barrick as scribe at 10/11/2019 at 9:09am
Encounter reviewed & signed by RAY M VAN METRE, MD on 10/11/2019 at 9:17am

**REECE, JAMIE H (id #21591363, dob:**


10/11/2019


10/11/2019


10/11/2019


10/11/2019





**REECE, JAMIE H (id #21591363, dob:**

**Encounter Date: 10/02/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 10/02/2019 10:30AM |
| | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SYED HAIDER ABBAS, MD | | |

**Insurance**
Med Primary: BCBS-OH (PPO)
Insurance # : TOAAN1313675
Policy/Group # : 003320100TEAP064
PCP : FAMILY PRACTICE ASSOCIATES
Employer Name : TOYOTA
Med Worker's Comp: MSMM
Referring Provider Name : DONEGAN, RYAN P
Employer Name : KELLY SERVICES
Case # : SA211932PVY
Case Injury Date : 01/30/2018
Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC
Insurance # :
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: EXPRESS SCRIPTS - Member is eligible. details

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (844) 516-3319, Fax (800) 391-9707

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 10/02/2019 10:41 am | **Wt:** | 180 lbs 10/02/2019 10:41 am | **BMI:** | 28.2 10/02/2019 10:41 am |
| **BP:** | 106/70 sitting L arm 10/02/2019 10:43 am | **BP Cuff Size:** | adult 10/02/2019 10:43 am | **Pulse:** | 68 bpm regular 10/02/2019 10:43 am |
| **RR:** | 12 10/02/2019 10:43 am | | | | |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

**amitriptyline 10 mg tablet** — 06/20/19 prescribed
Take 1 tablet(s) every day by oral route at bedtime.

**esomeprazole magnesium 40 mg capsule,delayed release** — 02/25/19 renewed
TAKE 1 CAPSULE DAILY

**Estrace 1 mg tablet** — 08/21/19 entered
Take 1 tablet(s) every day by oral route.

**Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** 10/02/19 prescribed
Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.
**Internal Note:** PA approved 6/9/19-78/20

**Lyrica 100 mg capsule** 08/06/19 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** 11/17/17 entered

**Probiotic** 11/17/17 entered

**tiZANidine 4 mg tablet** 04/18/19 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Globus sensation - Onset: 07/13/2017
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 09/23/2019
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 08/21/2019)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**

## HPI

seen today as a follow-up on psoriatic arthritis. Currently she is on Humira injections every 2 weeks and denies any side effects.

however her biggest concern and pain remains in the right upper extremity and lately in the left upper extremity. She describes these pains as burning, tingling and at times sharp associated with swelling of the distal arm. She has a history of complex regional pain syndrome involving the right upper extremity and seems like she is having similar symptoms in left upper extremity.

## ROS

Patient reports **arthralgias/joint pain and swelling in joints**; **right and left upper extremity**. She reports **psoriasis (stable)** but reports no rashes, no ulcers, no loss of hair, and no tightening of the skin. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no pleuritic chest pain, no shortness of breath when walking, no shortness of breath when lying down, and no Raynaud's Phenomenon. She reports no cough, no wheezing, no shortness of breath, and no coughing up blood.
**ROS as noted in the HPI**

## Physical Exam

Patient is a 51-year-old
female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally and normal tandem gait test.

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Neck:** Neck: FROM, trachea midline, and no masses. Lymph Nodes: no cervical LAD, supraclavicular LAD, axillary LAD, or inguinal LAD. Thyroid: no enlargement, tenderness, or nodules.

**Lungs:** Respiration: no dyspnea and good air movement. Percussion: no dullness, flatness, or hyperresonance. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal and CTA except as noted.

**Cardiovascular System:** Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no JVD. Pulses including femoral / pedal: normal throughout.

**Musculoskeletal System:** Joints, Bones, and Muscles: **tenderness** (**right shoulder and left distal arm.**); **no synovitis or dactylitis noted. No induration noted.**. Extremities: **edema** (**distal right and left, cool to touch without any erythema**).

## Assessment / Plan

. **Psoriasis with arthropathy** -

51-year-old female with chronic well-controlled psoriatic arthritis.

currently on Humira injections at 40 mg every 2 weeks.

No side effects reported.

No interval infections reported.

most of her pain as detailed below secondary to complex regional pain syndrome.

I suggested her to maintain the current Humalog dose and repeat labs today.

L40.50: Arthropathic psoriasis, unspecified

- PSORIASIS: CARE INSTRUCTIONS
- Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit - Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days. Qty: 3 kit(s) of 2 Refills: 3 Pharmacy: ACCREDO Note to Pharmacy: fill when due

. **Complex regional pain syndrome** -

Please see my previous notes for details.

Briefly, has CRPS Type I, right arm after right shoulder and elbow injury due to repititive work at Toyota factory. Initially symptoms started some time early January 2018.

she is currently followed at the pain management clinic and is now on Lyrica at 100 mg 3 times a day.

lately, she has noticed similar symptoms involving her left upper extremity especially the distal forearm. Once again her pains are out of proportions to the physical findings and associated with varying degree of numbness tingling burning at times subjective feeling of swelling. All these findings are more characteristic of complex regional pain syndrome rather than psoriatic arthritis.

She will continue with the suggestions of the pain management clinic..

M89.00: Algoneurodystrophy, unspecified site

- LEARNING ABOUT HEALTHY WEIGHT
- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS

. **Long-term drug therapy** -

needs to have a CBC today.

Repeat TB test in summer.

last TB test wa sin 8/2019.

Z79.899: Other long term (current) drug therapy

- CBC

**REECE, JAMIE H (id #21591363, dob:**

Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 10/24/2019 at 11:15 AM
- COLLIN ST. CLAIR, DO for RECHECK at FAMILY MEDICINE ANDOVER on 11/21/2019 at 09:15 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/12/2020 at 09:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

Encounter Sign-Off

Encounter signed-off by SYED HAIDER ABBAS, MD, 10/02/2019.
Encounter performed and documented by SYED HAIDER ABBAS, MD
Encounter reviewed & signed by SYED HAIDER ABBAS, MD on 10/02/2019 at 12:24pm

**Encounter Date: 09/23/2019**

Patient

| | | | |
|---|---|---|---|
| **Name** | REECE. JAMIE (51yo, F) ID# 21591363 | **Appt. Date/Time** | 09/23/2019 01:45PM |
| | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | ELLEN J FLINCHUM, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance #<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

Chief Complaint

Followup: Complex regional pain syndrome

Jamie Reece 51 y/o female is following up after the CRPS, in the setting of medication management patient regiment consist of pregabalin 100 mg TID, she reports alleviation with this medication management. She reports today swollen knots in her hands that ache really bad. Pain today is rated a 4 on pain scale.

Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (901) 385-3600, Fax (800) 391-9707

Vitals

09/23/2019 02:17 pm

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in | **Wt:** | 178 lbs | **BMI:** | 27.9 |
| **BP:** | 122/62 sitting | **Pain Scale:** | 4 | | |

Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

**REECE, JAMIE H (id #21591363, dob:**

## Medications

Reviewed Medications

**amitriptyline 10 mg tablet** 06/20/19 prescribed
Take 1 tablet(s) every day by oral route at bedtime.

**esomeprazole magnesium 40 mg capsule,delayed release** 02/25/19 renewed
TAKE 1 CAPSULE DAILY

**Estrace 1 mg tablet** 08/21/19 entered
Take 1 tablet(s) every day by oral route.

**Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** 08/12/19 prescribed
Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.
**Internal Note:** PA approved 6/9/19-78/20

**Lyrica 100 mg capsule** 08/06/19 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** 11/17/17 entered

**Probiotic** 11/17/17 entered

**tiZANidine 4 mg tablet** 04/18/19 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems

- Globus sensation - Onset: 07/13/2017
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker

Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 09/23/2019
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 08/21/2019)

## Past Medical History

Reviewed Past Medical History
Headaches: **Y**

## HPI

The pt complains of RUE CRPS and pain in left hand, occasionally in left forearm.The pt is not experiencing problems with bowel movements. The pt is not having any difficulty with urination. The pt is sleeping approximately 8 hours per night. The pt reports that she has not fallen since her last ov.. The pt ambulates without an AD. The pt is alone at today's visit. This is a patient of Dr. Roden's.
Etoh--Denied. Tobacco-Denied.

## ROS

Patient reports **muscle aches, muscle weakness, arthralgias/joint pain, back pain, and swelling in the extremities** but reports no neck pain. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 51-year-old
female.

**Constitutional:** General Appearance: **pleasant.**.

**Psychiatric:** Orientation: oriented to time, place, and person. Mood and Affect: normal mood and affect and active and alert.

**Gait and Station:** Appearance: **Steady, without an AD. The pt does swing her arms B.**.

**Motor Strength:** L1 Motor Strength on the Right: hip flexion iliopsoas 5/5. L1 Motor Strength on the Left: hip flexion iliopsoas 5/5. L2-L4 Motor Strength on the Right: knee extension quadriceps 5/5. L2-L4 Motor Strength on the Left: knee extension quadriceps 5/5; **MMT: BUE-Deltoids, Biceps, finger flexors-5/5.**
**AROM: BUE-shoulder abd, EF/EE, finger flexors-WFL B.**.

HEENT: Head-NCAT, Eyes-EOMI, oropharynx clear

Skin: Visualized skin with no acute or worrisome lesions noted. Today, BUE-appear to be the same temperature, some slight color difference on the right hand compared to the left. The pt does tolerate palpation of the BUE.

Neurologic: CN III-XII grossly intact B, Sensation grossly intact to LT/PP BUE.

## Assessment / Plan

Plan:
I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient signed pain management agreement per clinic policy. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient.
Labs: The pt was not sent for urine drug testing today. The pt is prescribed chronic pain medication.
Physical Therapy/Activities/Exercise: The pt states she does do some exercising.
Medications: The pt has a dx of CRPS. It is in her RUE and she is concerned it is moving to her left. She did have an injection in her left hand by Dr. Abbas, but it has not helped as much as she hoped it would. She is doing the same things to help her left hand as she does to help with her RUE. She states it does seem to be slightly improved. We are going to go ahead and have her f/u with Dr. Roden before her last lyrica prescription runs out to see if her left hand is continuing to improve. The pt has been prescribed lyrica 100 mg, 3x/day. She also has been prescribed tizanidine, 3x/day. The lyrica was sent in on 8/5/19 with two refills. The tizanidine was prescribed on 4/18/19, 90 day supply, with 2 refills.
Preventative Care:Dr. Collin St. Clair for her rheumatologist. Dr. Abbas is her rheumatologist.
Return to Clinic in before 11/6/19 to f/u on the treatment plan with Dr. Roden.

. **Complex regional pain syndrome** -

in right shoulder and right forearm.

M89.00: Algoneurodystrophy, unspecified site

. **Pain of left hand**
M79.642: Pain in left hand

. **Pain in left arm**
M79.602: Pain in left arm

. **Pain in right arm**
M79.601: Pain in right arm

## Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 11/04/2019 at 09:45 AM
- COLLIN ST. CLAIR, DO for RECHECK at FAMILY MEDICINE ANDOVER on 11/21/2019 at 09:15 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/12/2020 at 09:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by ELLEN J FLINCHUM, MD, 09/23/2019.
Encounter performed and documented by ELLEN J FLINCHUM, MD
Encounter reviewed & signed by ELLEN J FLINCHUM, MD on 09/23/2019 at 6:22pm

**Encounter Date: 09/05/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 09/05/2019 09:30AM |
| | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SYED HAIDER ABBAS, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC | | |

**REECE, JAMIE H (id #21591363, dob:**
Insurance # :
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: EXPRESS SCRIPTS - Member is eligible. details

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (901) 385-3600, Fax (800) 391-9707

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 09/05/2019 10:04 am | **Wt:** | 180 lbs 09/05/2019 10:04 am | **BMI:** | 28.2 09/05/2019 10:04 am |
| **BP:** | 105/71 sitting L arm 09/05/2019 10:05 am | **BP Cuff Size:** | adult 09/05/2019 10:05 am | **Pulse:** | 65 bpm regular 09/05/2019 10:06 am |
| **RR:** | 18 09/05/2019 10:05 am | | | | |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) every day by oral route at bedtime. | 06/20/19 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **Estrace 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 08/21/19 | entered |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit**<br>Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.<br>**Internal Note:** PA approved 6/9/19-78/20 | 08/12/19 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 08/06/19 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 04/18/19 | prescribed |
| **ZyrTEC 10 mg capsule** | 11/17/17 | entered |

Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Globus sensation - Onset: 07/13/2017
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 08/05/2019
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 08/21/2019)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**

## HPI

she seen today as a work in for evaluation of pain and swelling involving the left hand going over the last 2 weeks. No trauma or injury reported. No rashes reported. Denies any insect bites. She does have history of complex regional pain syndrome involving the right upper extremity. She also has psoriatic arthritis and is currently doing on Humira injections. No side effects reported.

## ROS

Patient reports **arthralgias/joint pain and swelling in joints**; **left hand**. She reports no difficulty hearing and no ear pain. She

reports no frequent nosebleeds and no nose/sinus problems. She reports no sore throat, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no pleuritic chest pain, no shortness of breath when walking, no shortness of breath when lying down, and no Raynaud's Phenomenon. She reports no cough, no wheezing, no shortness of breath, and no coughing up blood. She reports no abdominal pain, no constipation, no dysphagia, no vomiting, normal appetite, no diarrhea, and not vomiting blood. She reports no rashes, no ulcers, no loss of hair, no tightening of the skin, and no psoriasis.
**ROS as noted in the HPI**

## Physical Exam

Patient is a 50-year-old
female.

**Constitutional:**General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally and normal tandem gait test.

**Mental Status:**Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Neck:**Neck: FROM, trachea midline, and no masses. Lymph Nodes: no cervical LAD, supraclavicular LAD, axillary LAD, or inguinal LAD. Thyroid: no enlargement, tenderness, or nodules.

**Lungs:**Respiration: no dyspnea and good air movement. Percussion: no dullness, flatness, or hyperresonance. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal and CTA except as noted.

**Cardiovascular System:**Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no JVD. Pulses including femoral / pedal: normal throughout.

**Musculoskeletal System:**Joints, Bones, and Muscles: **tenderness** (**left hand and wrist swelling especially the left ring middle and index finger.**). Extremities: no edema.

## Procedure Documentation

**Injection Joint/Bursa, Interm, w/o US:**

After discussion of the risks and benefits, the patient consented to proceed with a steroid injection into the left wrist. Confirmed that the patient does not have history of prior adverse reactions, active infections, or relevant allergies. There was no effusion, erythema, or warmth, and the skin was clear.

The skin was prepped in a sterile fashion. Topical anesthesia was achieved with ethyl chloride. The joint was injected with 1 cc of DepoMedrol, 40 mg/ml, and Lidocaine. The injection was completed without complication, and a bandage was applied. The patient tolerated the procedure well and was instructed to avoid strenuous activity for the next 24-48 hours and to use ice, NSAIDs, or Tylenol for pain as needed. The patient will call immediately with any signs of infection or allergic reaction. The patient will return as needed.

Medication NDC#:0703-0045-01
Medication Lot#:31326734c
Medication Exp:10/2020.

Lidocaine/Marcaine NDC#:0409-4276-17
Lidocaine/Marcaine Lot#:90-030-DK
Lidocaine/Marcaine Exp: 06//2020

## Assessment / Plan

. **Swelling of hand** - Left -

recent left hand and wrist swelling, with her history of psoriasis when can consider psoriatic arthritis as the possible etiology. However, the nature of the swelling is somewhat atypical especially as his more diffuse and raises concerns about possibility of complex regional pain. Interestingly, she has history of right upper extremity complex regional pain syndrome.

I would like to give her a therapeutic trial of corticosteroid injection in the left wrist to see if this alleviates her symptoms. I would still like her to continue with the current dose of Humira.

R22.32: Localized swelling, mass and lump, left upper limb

### Return to Office

- THERESA A WILP, APRN for RECHECK at PAIN MEDICINE on 09/30/2019 at 09:15 AM
- COLLIN ST. CLAIR, DO for RECHECK at FAMILY MEDICINE ANDOVER on 11/21/2019 at 09:15 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/12/2020 at 09:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by SYED HAIDER ABBAS, MD, 09/05/2019.

Encounter performed and documented by SYED HAIDER ABBAS, MD
Encounter reviewed & signed by SYED HAIDER ABBAS, MD on 09/05/2019 at 10:28am

**Encounter Date: 08/21/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 08/21/2019 11:00AM |
| | | **Service Dept.** | FAMILY MEDICINE ANDOVER |
| **Provider** | COLLIN ST. CLAIR, DO | | |

**Insurance**
Med Primary: BCBS-OH (PPO)
Insurance # : TOAAN1313675
Policy/Group # : 003320100TEAP064
PCP : FAMILY PRACTICE ASSOCIATES
Employer Name : TOYOTA
Med Worker's Comp: MSMM
Referring Provider Name : DONEGAN, RYAN P
Employer Name : KELLY SERVICES
Case # : SA211932PVY
Case Injury Date : 01/30/2018
Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC
Insurance # :
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: EXPRESS SCRIPTS - Member is eligible. details

## Chief Complaint

ESTABLISH CARE

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (901) 385-3600, Fax (800) 391-9707
COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 08/21/2019 11:05 am | **Wt:** | 179 lbs 08/21/2019 11:05 am | **BMI:** | 28 08/21/2019 11:05 am |
| **BP:** | 128/85 sitting R arm 08/21/2019 11:16 am | **Pulse:** | 91 bpm 08/21/2019 11:16 am | **RR:** | 16 08/21/2019 11:16 am |
| **O2Sat:** | 98% Room Air at Rest 08/21/2019 11:17 am | | | | |

## Allergies

**REECE, JAMIE H (id #21591363, dob:**

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

**amitriptyline 10 mg tablet** 06/20/19 prescribed
Take 1 tablet(s) every day by oral route at bedtime.

**esomeprazole magnesium 40 mg capsule,delayed release** 02/25/19 renewed
TAKE 1 CAPSULE DAILY

**Estrace 1 mg tablet** 08/21/19 entered
Take 1 tablet(s) every day by oral route.

**Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** 08/12/19 prescribed
Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days.

**Lyrica 100 mg capsule** 08/06/19 prescribed
Take 1 capsule(s) 3 times a day by oral route.

**Multi Vitamin** 11/17/17 entered

**Probiotic** 11/17/17 entered

**tiZANidine 4 mg tablet** 04/18/19 prescribed
Take 1 tablet(s) 3 times a day by oral route as needed for 90 days.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hepatitis A | | | | | | | | | | | |
| Hep A, adult | 04/01/19 | | | | | | | | | | |
| Hep A, adult | 10/01/18 | | | | | | | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/01/18 | | | | | | | | | | |

## Problems

Reviewed Problems
- Globus sensation - Onset: 07/13/2017
- Complex regional pain syndrome - Onset: 08/21/2019
- Allergic rhinitis - Onset: 08/21/2019
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Palpitations - Onset: 08/21/2019
- Intermittent dysphagia - Onset: 06/19/2018
- Hormone replacement therapy - Onset: 08/21/2019
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Arthritis |
| Father | - Hypertensive disorder |
| | - Hypercholesterolemia |
| | - Family history of cancer |

**REECE, JAMIE H (id #21591363, dob:**

## Social History

Reviewed Social History
**Family Medicine**
Non-smoker
Chewing tobacco: none
Tobacco-years of use: 0
Tobacco cessation counseling provided date: (Notes: tdotson14 answered No to the Tobacco cessation counseling provided question on 04/09/2019.)
Alcohol intake: Occasional
Marital status: Married
Occupation: Toyota/on medical leave
Illicit drugs: no
Tobacco Smoking Status: Never smoker
Smokeless Tobacco Status: Never used smokeless tobacco
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 08/05/2019

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

Reviewed GYN History

## Obstetric History

Reviewed Obstetric History

## Past Medical History

Reviewed Past Medical History
Allergies/Hayfever: **Y**
Chicken Pox: **Y**
Headaches: **Y**
Vision or Eye Problems: **Y** - **glasses**

## HPI

Jamie is a 50-year-old non-smoking female with history of psoriatic arthritis, IBS, chronic right shoulder pain, and hysterectomy now on HRT presenting to establish care. Patient previously following with family practice Associates.

Psoriatic arthritis-doing well on Humira. Follows with rheumatology.

IBS-follows with gastroenterology. Currently on amitriptyline, Nexium.

Complex regional pain syndrome-symptoms currently stable on Lyrica, tizanidine. Follows with pain management.

HRT-currently on estradiol 1 mg daily. Management by Dr. Green with women's care. Symptoms stable.

GAD- on problem list. Denies this being active problem. Denies excessive anxiety.

Allergies-on Zyrtec.

Heart palpitations-Occasional, chronic, previous work-up negative. Not problematic to patient.

## ROS

**Additionally reports:**

**Full ROS reviewed per document to be scanned into chart.**

## Physical Exam

Patient is a 50-year-old
female.

GENERAL: Well-developed. Well-nourished. No acute distress.
EYES: No erythema or discharge.
HEAD: Normocephalic. Atraumatic.
CARDIOVASCULAR: Regular rate and rhythm. No murmurs appreciated.
RESPIRATORY: Lungs clear to auscultation bilaterally. No wheezing/rales/rhonchi. Normal work of breathing.
MUSCULOSKELETAL: Moving all extremities. Gait intact.
GASTROINTESTINAL: Soft. Non-tender. Non-distended.
SKIN: Warm and dry. Normal color.
NEUROLOGICAL: Awake and alert.
PSYCHOLOGICAL: Normal judgment, insight, mood, and affect.

## Assessment / Plan

Jamie is a 50-year-old non-smoking female with history of psoriatic arthritis, IBS, chronic right shoulder pain, and hysterectomy now on HRT presenting to establish care. Patient previously following with family practice Associates.

# Health Maintenance

Colonoscopy: Discuss at follow-up

Pap: Hysterectomy

Mammogram: Normal 2019 per patient

Shingrix: Discuss at follow-up

Hepatitis A: Discuss at follow-up

HIV: Declined, negative during pregnancy

. **Psoriatic arthritis** -

--Symptoms stable. Continue Humira and management per rheumatology.

L40.50: Arthropathic psoriasis, unspecified

. **Irritable bowel syndrome with diarrhea** -

--Symptoms stable. Continue current amitriptyline, Nexium.

K58.0: Irritable bowel syndrome with diarrhea

. **Complex regional pain syndrome** -

--Stable. Continue current Lyrica, tizanidine, and management per pain clinic.

M89.00: Algoneurodystrophy, unspecified site

- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS

. **Palpitations** -

--Chronic, unchanged. Not concerning/problematic to pt. No concerning associated symptoms. Pt reports negative work-up previously. CTM.

R00.2: Palpitations

- PALPITATIONS: CARE INSTRUCTIONS

. **Hormone replacement therapy** -

--Discussed risks/benefits of ERT. Continue management per Dr. Green (OBGYN, Women's care).

Z79.890: Hormone replacement therapy

- HORMONE THERAPY (HT): CARE INSTRUCTIONS

. **Allergic rhinitis** -

--Continue zyrtec.

J30.9: Allergic rhinitis, unspecified

- ALLERGIES: CARE INSTRUCTIONS
- MANAGING YOUR ALLERGIES: CARE INSTRUCTIONS

. **Adult health examination** -

Z00.00: Encounter for general adult medical examination without abnormal findings

- LIPID PANEL
- GLYCOHEMOGLOBIN A1C

## Return to Office

- THERESA A WILP, APRN for RECHECK at PAIN MEDICINE on 09/30/2019 at 09:15 AM
- COLLIN ST. CLAIR, DO for RECHECK at FAMILY MEDICINE ANDOVER on 11/21/2019 at 09:15 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/12/2020 at 09:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by COLLIN ST. CLAIR, DO, 08/21/2019.

Encounter performed and documented by COLLIN ST. CLAIR, DO
Encounter reviewed & signed by COLLIN ST. CLAIR, DO on 08/21/2019 at 2:56pm

**Encounter Date: 08/12/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 08/12/2019 08:15AM |
| | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SYED HAIDER ABBAS, MD | | |

**Insurance**

Med Primary: BCBS-OH (PPO)
Insurance # : TOAAN1313675
Policy/Group # : 003320100TEAP064
PCP : FAMILY PRACTICE ASSOCIATES
Employer Name : TOYOTA
Med Worker's Comp: MSMM
Referring Provider Name : DONEGAN, RYAN P
Employer Name : KELLY SERVICES
Case # : SA211932PVY
Case Injury Date : 01/30/2018
Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC
Insurance # :
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: EXPRESS SCRIPTS - Member is eligible. details

## Chief Complaint

None recorded.

Patient's Care Team

Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (901) 385-3600, Fax (800) 391-9707
COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621

Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 08/12/2019 08:31 am | **Wt:** | 180 lbs 08/12/2019 08:31 am | **BMI:** | 28.2 08/12/2019 08:31 am |
| **BP:** | 112/82 sitting R arm 08/12/2019 08:33 am | **BP Cuff Size:** | adult 08/12/2019 08:33 am | **Pulse:** | 76 bpm regular 08/12/2019 08:32 am |
| **RR:** | 18 08/12/2019 08:32 am | | | | |

Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

Medications

Reviewed Medications

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) every day by oral route at bedtime. | 06/20/19 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit**<br>Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days. | 08/12/19 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 08/06/19 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 04/18/19 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

Vaccines

None recorded.

Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Abdominal pain - Onset: 04/23/2019
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
Tobacco-years of use: 0
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 08/05/2019
Chewing tobacco: none

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**

## HPI

she is seen today as a follow up on PsA and CRPS.

last visit was in 2/2019.

she was off the Humira, just went back on Humira at 40 mg q 2 weeks.

Remains with Dr Roden for the right arm CRPS.

On Lyrica 100 mg po q 8 hours.

further on anti-depressant.

unable to tolerate the right arm compression sleeve.

unable to tolerate the gabapentin due to GI up set.

otherwise, she remains fairly stable.

## ROS

Patient reports **swelling in the extremities (right arm. )**; **chronic pains in neck.** . She reports **psoriasis**. She reports **paresthesia (right arm.**
**chronic and stable)**. She reports **depression**; **sstable**. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no pleuritic chest pain, no shortness of breath when walking, no shortness of breath when lying down, and no Raynaud's Phenomenon. She reports no cough, no wheezing, no shortness of breath, and no coughing up blood.
**ROS as noted in the HPI**

## Physical Exam

Patient is a 50-year-old
female.

**Constitutional:** General Appearance: **overweight**. Level of Distress: NAD.

**Lungs:** Respiration: no dyspnea and good air movement. Percussion: no dullness, flatness, or hyperresonance. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal and CTA except as noted.

**Cardiovascular System:** Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no JVD. Pulses including femoral / pedal: normal throughout.

**Musculoskeletal System:** Joints, Bones, and Muscles: normal movement of all extremities; **stable.**
**without active synovitis or effusions noted. No dactylitis noted**. Extremities: **edema** (**minimal right arm, secondary to CRPS**).

**Neurological Exam:** Motor: **no acute process.**
.

## Assessment / Plan

. **Psoriasis with arthropathy** -

pleasant 50-year-old female with chronic well-controlled psoriatic arthritis.

Unfortunately, she and to come off the Humira due to some insurance and pharmacy issue. Most recently she went back on the Humira at 40 mg every 2 weeks. Both skin and joints are doing well now.

No side effects reported.

No interval infections reported.

I have suggested her to continue with the current dose of Humira. Follow up with the labs today.

she has had some elevations of liver enzymes with methotrexate used which we have stopped.

She can continue to follow her liver functions with the family doctor.

follow up with a TB test every 12 months and CBC every 3 months while taking Humira.

L40.50: Arthropathic psoriasis, unspecified

- PSORIASIS: CARE INSTRUCTIONS
- Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit - Inject 0.4 mL every 2 weeks by subcutaneous route for 90 days. Qty: 3 kit(s) of 2 Refills: 3 Pharmacy: ACCREDO Note to Pharmacy: fill when due

. **Complex regional pain syndrome** -

Please see my previous notes for details.

Briefly, has CRPS Type I, right arm after right shoulder and elbow injury due to repititive work at Toyota factory. Initially symptoms started some time early January 2018.

she is currently followed at the pain management clinic and is now on Lyrica at 100 mg 3 times a day.

She will continue with the suggestions of the pain management clinic..

M89.00: Algoneurodystrophy, unspecified site

- LEARNING ABOUT HEALTHY WEIGHT
- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS

. **Long-term drug therapy** -

needs to have a CBC today.

Repeat TB test in summer.

Z79.899: Other long term (current) drug therapy

- CBC
- QTB GOLD

Return to Office

- COLLIN ST. CLAIR, DO for NEW PATIENT at FAMILY MEDICINE ANDOVER on 08/21/2019 at 11:00 AM
- THERESA A WILP, APRN for RECHECK at PAIN MEDICINE on 09/30/2019 at 09:15 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/12/2020 at 09:30 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

Encounter Sign-Off

Encounter signed-off by SYED HAIDER ABBAS, MD, 08/12/2019.
Encounter performed and documented by SYED HAIDER ABBAS, MD
Encounter reviewed & signed by SYED HAIDER ABBAS, MD on 08/12/2019 at 9:01am

**Encounter Date: 08/05/2019**

Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 08/05/2019 09:45AM |
| | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY | | |

Case Injury Date : 01/30/2018
Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC
Insurance # :
Employer Name : KELLY SERVICES
Case Injury Date : 09/12/2017
Prescription: EXPRESS SCRIPTS - Member is eligible. details

## Chief Complaint

medication follow up, arm pain

Jamie Reece 50 y/o female is following up on complex regional sydrome, in the setting of medication management patient notes relief with the lyrica 100 mg TID. She does not some electrical shocks that radiates down the right arm at times. Pain today is rated as 3 today

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
ACCREDO (MAIL-ORDER, ERX): 1640 CENTURY CENTER PARKWAY, MEMPHIS TN 38134, Ph (901) 385-3600, Fax (800) 391-9707
COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 08/05/2019 10:13 am | **Wt:** | 171 lbs 08/05/2019 10:13 am | **BMI:** | 26.8 08/05/2019 10:13 am |
| **BP:** | 118/62 sitting 08/05/2019 10:14 am | **Pain Scale:** | 3 08/05/2019 10:15 am | | |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) every day by oral route at bedtime. | 06/20/19 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **Humira 40 mg/0.8 mL subcutaneous syringe kit**<br>Inject 40 mg every 2 weeks by subcutaneous route. | 07/17/19 | prescribed |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit**<br>Inject 0.4 mL every 2 weeks by subcutaneous route. | 07/24/19 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 08/05/19 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |

| | | |
|---|---|---|
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 04/18/19 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Abdominal pain - Onset: 04/23/2019
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Most Recent Tobacco Use Screening: 08/05/2019

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Headaches: **Y**

## HPI

50-year-old female presenting for follow-up with regards to medication management in the setting of CRPS of the right upper extremity. At her last appointment, patient was dose escalated on her Lyrica to 100 mg 3 times a day.

## ROS

Patient reports **muscle aches, muscle weakness, arthralgias/joint pain, and back pain**but reports no swelling in the extremities and no neck pain. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise

intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:**General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD.

**Psychiatric:**Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:**Head: normocephalic and atraumatic.

**Eyes:**EOM: EOMI.

**Lungs:**Respiratory effort: no dyspnea.

**Cardiovascular System:**Heart Auscultation: RRR.

**Abdomen:**Bowel Sounds: normal. Inspection and Palpation: soft and non-distended.

**Musculoskeletal::**Joints, Bones, and Muscles: normal movement of all extremities and**tenderness** (**cervical paraspinals and trapezius muscles**).

**Motor Strength:**Motor Strength and Tone: normal and normal tone. C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

**Neurologic:**Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:**Inspection and palpation: no rash or lesions.

**Spine - Special Tests:**Cervical Spine negative axial loading test and Spurling's test and (normal) cervical spine. Other Findings **Myofascial pain**.

## Assessment / Plan

50-year-old female presenting for follow-up with regards to medication management in the setting of CRPS of the right upper extremity. At her last appointment, patient had her Lyrica dose adjusted to 100 mg 3 times a day. She returns today noting good improvement in symptoms with the use of the medication. She reports mild cognitive symptoms but notes that they have improved over the course of the month. She reports that they are not infringing on her ability to function nor do they affect her overall activities throughout the day. She is quite happy with her medication regimen at current. She does no benefit with the use of tizanidine for her muscle spasms into her neck and shoulders. She continues to do massage therapy with benefit. We'll plan to refill her medications for 2 month supply. I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient has a signed pain management agreement per clinic policy. Urine drug screen is up to date and appropriate as per Kentucky medical board guidelines. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient. Patient will follow-up in 2 months for further evaluation.

. **Complex regional pain syndrome**

M89.00: Algoneurodystrophy, unspecified site

- Lyrica 100 mg capsule - Take 1 capsule(s) 3 times a day by oral route. Qty: 90 capsule(s) Refills: 2 Pharmacy: WALMART PHARMACY 3894

**Patient Instructions**

WRAP-UP
Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- Refill Lyrica

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

**Discussion Notes**

Spent 25 total minutes with the patient today. Greater than 50% of this time was spent counseling/coordination of care as documented in my assessment and plan above.

## Return to Office

- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 08/12/2019 at 08:15 AM
- THERESA A WILP, APRN for RECHECK at PAIN MEDICINE on 09/30/2019 at 09:15 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 08/05/2019.
Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 08/05/2019 at 10:25am

**Encounter Date: 07/08/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 07/08/2019 09:30AM |
| | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

arm pain, medication follow up

Jamie Reece 50 y/o female is following up on medication management in the setting of CRPS. Regiment of Lyrica 75mg BID, she returns to clinic today noting minimal benefit with this regiment she states she is still having pain in the right arm. She denies any

adverse reactions with this medication just notes pain complaints

Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

Vitals

07/08/2019 10:01 am

**Ht:** 5 ft 7 in **Wt:** 173 lbs **BMI:** 27.1

**BP:** 112/68 sitting **Pain Scale:** 4

Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

Medications

Reviewed Medications

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) every day by oral route at bedtime. | 06/20/19 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 03/11/19 | prescribed |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route as needed. | 11/16/18 | prescribed |
| **Lyrica 100 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 07/08/19 | prescribed |
| **Lyrica 50 mg capsule**<br>Take 1 capsule(s) twice a day by oral route. | 05/29/19 | prescribed |
| **Lyrica 75 mg capsule**<br>Take 1 capsule(s) twice a day by oral route. | 06/10/19 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 04/18/19 | prescribed |
| **traMADol 50 mg tablet** | 12/20/18 | prescribed |

Take 1 tablet(s) twice a day by oral route as needed.

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

Vaccines

None recorded.

Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Abdominal pain - Onset: 04/23/2019
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

Social History

Reviewed Social History
Smoking Status: Never smoker

Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

GYN History

(not configured)

Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

Past Medical History

Reviewed Past Medical History
Headaches: **Y**

HPI

50yo female presenting for follow-up with regards to medication management in the setting of CRPS of the right upper extremity. At her last appointment, patient had her medication escalated to Lyrica 75 mg twice a day. She notes minimal benefit in symptoms. She continues to note muscle discomfort through the right shoulder and shoulderblade as well as neuropathic pain and swelling through the forearm and wrist.

ROS

Patient reports **muscle aches, muscle weakness, arthralgias/joint pain, and back pain**but reports no swelling in the extremities and no neck pain. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur,

and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD.

**Psychiatric:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: non-injected and no discharge. Pupils: PERRLA.

**Lungs:** Respiratory effort: no dyspnea.

**Cardiovascular System:** Heart Auscultation: RRR.

**Abdomen:** Bowel Sounds: normal. Inspection and Palpation: soft and non-distended.

**Musculoskeletal::** Joints, Bones, and Muscles: normal movement of all extremities and **tenderness** (**RIGHT lateral wrist and forearm**).

**Motor Strength:** Motor Strength and Tone: normal and normal tone. C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

**Neurologic:** Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no rash or lesions.

**Spine - Special Tests:** Cervical Spine (normal) cervical spine. Other Findings **Myofascial pain** (**RIGHT cervical paraspinals, trapezius and rhomboids**).

## Assessment / Plan

50-year-old female presenting for follow-up with regards to CRPS of the right upper extremity. Patient previously been on gabapentin with good improvement in symptoms but had to transition to Lyrica secondary to GI side effects. At her last appointment, Lyrica was dose escalated to 75 mg twice a day. She reports minimal improvement in symptoms with the use of Lyrica. She presently complains of right neck, shoulder and shoulder blade discomfort with associated muscle spasms. She also has neuropathic pain and swelling in her right forearm and wrist. She'll longer wears her compression sleeve secondary to skin irritation. We discussed dose escalation of Lyrica to 100 mg 3 times a day. Side effects reviewed with the patient today including sedation and weight gain. I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient has a signed pain management agreement per clinic policy. Urine drug screen is up to date and appropriate as per Kentucky medical board guidelines. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient. We also reiterated the importance of addressing her myofascial pain in her neck and shoulder. She continues to hold off on physical therapy she does do massage therapy and twice monthly which does offer benefit. Patient will follow up in 1 month for further evaluation.

. **Complex regional pain syndrome**
M89.00: Algoneurodystrophy, unspecified site

- Lyrica 100 mg capsule - Take 1 capsule(s) 3 times a day by oral route. Qty: 90 capsule(s) Refills: 0 Pharmacy: WALMART PHARMACY 3894

**Patient Instructions**

WRAP-UP
Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- INCREASE Lyrica

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

**Discussion Notes**

Spent 25 total minutes with the patient today. Greater than 50% of this time was spent counseling/coordination of care as documented in my assessment and plan above.

## Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 08/05/2019 at 09:45 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 08/12/2019 at 08:15 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 07/08/2019.
Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 07/08/2019 at 10:39am

**Encounter Date: 06/10/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 06/10/2019 09:45AM |
| | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Med Legal: MEHR FAIRBANKS AND PETERSON TRIAL LAWYERS, PLLC<br>Insurance # :<br>Employer Name : KELLY SERVICES<br>Case Injury Date : 09/12/2017<br>Prescription: EXPRESS SCRIPTS - Member is eligible. details | | |

## Chief Complaint

neck pain, shoulder pain, medication follow up

Jamie Reece 50 y/o female is following up neck and right shoulder pain in the setting of psoriatic arthritis, patient is under medication management which consist of tizanidine and lyrica 5o mg BID patient reports today she is able to tolerate the lyrica moreover than the gabapentin. Patient does however notes that she has been waking up with pain and doesn't think the dose is

strong enough. Pain today is rated as a 3 still being constant throughout the day

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

06/10/2019 10:07 am

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in | **Wt:** | 173 lbs | **BMI:** | 27.1 |
| **BP:** | 122/76 sitting | **Pain Scale:** | 3 | | |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **amitriptyline 10 mg tablet**<br>Take 1 tablet(s) every day by oral route at bedtime. | 04/29/19 | prescribed |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>TAKE 1 CAPSULE DAILY | 02/25/19 | renewed |
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 03/11/19 | prescribed |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route as needed. | 11/16/18 | prescribed |
| **Lyrica 50 mg capsule**<br>Take 1 capsule(s) twice a day by oral route. | 05/29/19 | prescribed |
| **Lyrica 75 mg capsule**<br>Take 1 capsule(s) twice a day by oral route. | 06/10/19 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed for 90 days. | 04/18/19 | prescribed |
| **traMADol 50 mg tablet**<br>Take 1 tablet(s) twice a day by oral route as needed. | 12/20/18 | prescribed |
| **ZyrTEC 10 mg capsule** | 11/17/17 | entered |

Take 1 capsule(s) every day by oral route.

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Abdominal pain - Onset: 04/23/2019
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Headaches: **Y**

## HPI

50-year-old female presenting for follow-up with regards to medication management in the setting of CRPS of the right shoulder. Patient began to note GI side effects last month which she attributed to Gabapentin. Patient was transitioned from Gabapentin to Lyrica.

## ROS

Patient reports **muscle aches, muscle weakness, arthralgias/joint pain, and neck pain**but reports no swelling in the extremities. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no

migraines, no headaches, and no tremor. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and normal body habitus. Level of Distress: NAD.

**Psychiatric:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Pupils: PERRLA. EOM: EOMI.

**Lungs:** Respiratory effort: no dyspnea.

**Cardiovascular:** Heart Auscultation: RRR.

**Abdomen:** Inspection and Palpation: soft, non-distended, and no tenderness.

**Musculoskeletal::** Motor Strength and Tone: normal tone and motor strength. Joints, Bones, and Muscles: **tenderness** (**R cervical paraspinals and trapezius**). Extremities: no cyanosis.

**Neurologic:** Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no rash, lesions, or ulcer.

**Cervical Spine:** Inspection: alignment normal. Soft Tissue Palpation on the Right: **tenderness of the paracervicals**, **the scalene muscle**, **the trapezius**, and **the rhomboid**.

**Motor Strength:** C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

## Assessment / Plan

50yo female presenting for follow-up with regards to medication management in the setting of CRPS of the right upper extremity. Patient continues to endorse a significant myofascial component to her pain specifically through the cervical paraspinal musculature and trapezius muscles on the right. She continues to do massage therapy which she does find beneficial. We discussed referral back to physical therapy for dry needling and myofascial release. She would like to further consider this option before committing to physical therapy referral. Current medication regiment consists of Lyrica 50 mg twice a day. She began experiencing GI side effects over the last month and attributed her symptoms to gabapentin use. As such she was transitioned to Lyrica and does feel that the medication adjustment was beneficial. She doesn't feel like it was as strong as her relief that she was getting from gabapentin. She denies any adverse side effects. We'll plan to dose escalate her Lyrica to 75 mg twice a day today. Side effects were reviewed with patient including sedation and weight gain. We will plan to repeat urine drug screen as per Kentucky medical board guidelines. I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient signed pain management agreement per clinic policy. Urine drug screen was ordered today as per Kentucky medical board guidelines. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient. Patient will follow-up in one month for further evaluation.

. **Complex regional pain syndrome**

M89.00: Algoneurodystrophy, unspecified site

- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS
- Lyrica 75 mg capsule - Take 1 capsule(s) twice a day by oral route. Qty: 60 capsule(s) Refills: 0 Pharmacy: WALMART PHARMACY 3894

**Long-term drug therapy**

- Long term drug therapy
  Z79.899: Other long term (current) drug therapy
- HIGH RISK DRUG PANEL
  Prescribed Relevant Medications: lyrica
  Date of last dose: 06/10/2019
  Time of last dose: 9am

**Patient Instructions**

WRAP-UP
Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- INCREASE Lyrica

- UDS

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

**Discussion Notes**

Spent 25 total minutes with the patient today. Greater than 50% of this time was spent counseling/coordination of care as documented in my assessment and plan above.

### Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 07/09/2019 at 09:30 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 08/12/2019 at 08:15 AM
- to see AN-YU CHEN, MD for ESC-LC 30 at SURGERY SCHEDULE on or around 04/29/2022

### Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 06/10/2019.

Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 06/10/2019 at 11:15am

## Lab Results

**REECE, JAMIE H (id #21591363, dob:**

# CMP 01/15/2020 (#30950451, Final, 01/15/2020 10:43am)

| | |
|---|---|
| Note to Patient | Your metabolic panel showed normal kidney function, liver function, and electrolytes. Thanks, Dr. St. Clair |

| | | | |
|---|---|---|---|
| Ordering Provider | COLLIN ST. CLAIR, DO | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S9150388 | Specimen Source | |
| Specimen Coll. Date | 01/15/2020 10:43 | Result Status | Final |
| Specimen Rec. Date | 01/15/2020 13:31 | Report Status | |
| Specimen Reported Date | 01/15/2020 14:33 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| **GLUCOSE** | **102** | **74-100** | **mg/dL** | **High** | **Final** | |
| BLOOD UREA NITROGEN | 13 | 6-20 | mg/dL | Normal | Final | |
| **CREATININE** | **0.96** | **0.50-0.95** | **mg/dL** | **High** | **Final** | |
| BUN/CREATININE RATIO | 14 | 10-20 | (calc) | Normal | Final | |
| SODIUM | 143 | 136-145 | mmol/L | Normal | Final | |
| POTASSIUM | 4.7 | 3.4-5.0 | mmol/L | Normal | Final | |
| CHLORIDE | 103 | 98-107 | mmol/L | Normal | Final | |
| CARBON DIOXIDE | 22 | 20-32 | mmol/L | Normal | Final | |
| ANION GAP | 18 | 7-25 | (calc) | Normal | Final | |
| CALCIUM | 9.9 | 8.6-10.2 | mg/dL | Normal | Final | |
| TOTAL PROTEIN | 8.0 | 6.4-8.3 | g/dL | Normal | Final | |
| ALBUMIN | 4.7 | 3.5-5.2 | g/dL | Normal | Final | |
| GLOBULIN | 3.3 | 1.5-4.5 | g/dL (calc) | Normal | Final | |
| ALBUMIN/GLOBULIN RATIO | 1.4 | 1.1-2.5 | (calc) | Normal | Final | |
| BILIRUBIN, TOTAL | 0.4 | 0.1-1.2 | mg/dL | Normal | Final | |
| ALKALINE PHOSPHATASE | 72 | 35-105 | U/L | Normal | Final | |
| AST | 24 | 0-32 | U/L | Normal | Final | |
| ALT | 11 | 0-33 | U/L | Normal | Final | |
| GFR AFRICAN AMERICAN | 79 | >= 60 | | Normal | Final | |
| GFR NON-AFRICAN AMERICAN | 68 | >= 60 | | Normal | Final | |

```
**NOTE**
NEW calculation for GFR is based on the National Kidney
Foundation CKD-EPI equation and allows for reporting GFR
values greater than 60 mL/min/1.73 m2.
This calculation has not been validated for patients less
than 18 yrs., pregnant women and Hispanics.

Chronic kidney disease is defined as kidney damage or
GFR less than 60 mL/min/1.73 m2 for 3 months or longer.
```

**REECE, JAMIE H (id #21591363, dob:**

## RBC MORPHOLOGY 01/15/2020 (#30949341, Final, 01/15/2020 10:43am)

| | | | |
|---|---|---|---|
| Ordering Provider | COLLIN ST. CLAIR, DO | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S9150388 | Specimen Source | |
| Specimen Coll. Date | 01/15/2020 10:43 | Result Status | Final |
| Specimen Rec. Date | 01/15/2020 12:55 | Report Status | |
| Specimen Reported Date | 01/15/2020 14:15 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| PLATELET MORPHOLOGY | NORMAL | | | Normal | Final | |
| **STOMATOCYTES** | **SLIGHT** | | | **Abnormal** | **Final** | |

**REECE, JAMIE H (id #21591363, dob:**

## CBC 01/15/2020 (#30949340, Final, 01/15/2020 10:43am)

| | |
|---|---|
| Note to Patient | CBC showed no concerning abnormalities. -Dr. St. Clair |

| | | | |
|---|---|---|---|
| Ordering Provider | COLLIN ST. CLAIR, DO | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S9150388 | Specimen Source | |
| Specimen Coll. Date | 01/15/2020 10:43 | Result Status | Final |
| Specimen Rec. Date | 01/15/2020 12:55 | Report Status | |
| Specimen Reported Date | 01/15/2020 14:15 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WHITE BLOOD CELLS | 4.8 | 3.8-10.8 | K/uL | Normal | Final | |
| RED BLOOD CELLS | 4.36 | 3.80-5.20 | M/uL | Normal | Final | |
| HEMOGLOBIN | 13.6 | 12.0-16.0 | G/DL | Normal | Final | |
| HEMATOCRIT | 40.0 | 35.0-47.0 | % | Normal | Final | |
| MCV | 92 | 80-100 | fL | Normal | Final | |
| MCH | 31 | 26-35 | PG | Normal | Final | |
| MCHC | 34 | 32-36 | G/DL | Normal | Final | |
| RDW | 13.3 | 11.0-15.0 | % | Normal | Final | |
| MPV | 8.0 | 6.2-10.5 | fL | Normal | Final | |
| PLATELET COUNT | 258 | 130-400 | K/uL | Normal | Final | |
| NEUTROPHIL,ABSOLUTE | 1.7 | 1.6-8.4 | K/uL | Normal | Final | |
| LYMPHOCYTE,ABSOLUTE | 2.7 | 0.4-5.1 | K/uL | Normal | Final | |
| MONOCYTE,ABSOLUTE | 0.3 | 0.0-1.2 | K/uL | Normal | Final | |
| EOSINOPHIL,ABSOLUTE | 0.1 | 0.0-0.8 | K/uL | Normal | Final | |
| BASOPHIL,ABSOLUTE | 0.0 | 0.0-0.3 | K/uL | Normal | Final | |
| | Smear reviewed to confirm cell morphology. | | | | | |
| **% NEUTROPHILS** | **36.5** | **42.0-78.0** | **%** | **Low** | **Final** | |
| **% LYMPHOCYTES** | **56.1** | **11.0-47.0** | **%** | **High** | **Final** | |
| % MONOCYTES | 5.7 | 0.0-11.0 | % | Normal | Final | |
| % EOSINOPHILS | 1.4 | 0.0-7.0 | % | Normal | Final | |
| % BASOPHILS | 0.3 | 0.0-3.0 | % | Normal | Final | |
| NUCLEATED RED CELLS | 0.1 | 0.0-0.9 | % | Normal | Final | |
| NUCLEATED RBCS, ABSOLUTE | 0.01 | NOT ESTAB. | K/uL | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob:**

## THYROID STIMULATING HORMONE (TSH) 01/15/2020 (#30948827, Final, 01/15/2020 10:43am)

| Note to Patient | Thyroid test was normal. -Dr. St. Clair |
|---|---|

| Ordering Provider | COLLIN ST. CLAIR, DO | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
|---|---|---|---|
| Specimen/Accession ID | S9150388 | Specimen Source | |
| Specimen Coll. Date | 01/15/2020 10:43 | Result Status | Final |
| Specimen Rec. Date | 01/15/2020 13:31 | Report Status | |
| Specimen Reported Date | 01/15/2020 14:08 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| TSH | 3.540 | 0.290-5.500 | uIU/mL | Normal | Final | |

## RBC MORPHOLOGY 10/02/2019 (#28361453, Final, 10/02/2019 11:23am)

| Ordering Provider | SYED HAIDER ABBAS, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
|---|---|---|---|
| Specimen/Accession ID | S6020397 | Specimen Source | |
| Specimen Coll. Date | 10/02/2019 11:23 | Result Status | Final |
| Specimen Rec. Date | 10/02/2019 11:56 | Report Status | |
| Specimen Reported Date | 10/02/2019 12:49 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| RBC MORPHOLOGY | NORMAL | | | Normal | Final | |
| PLATELET MORPHOLOGY | NORMAL | | | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob:**

## CBC 10/02/2019 (#28361452, Final, 10/02/2019 11:23am)

| | |
|---|---|
| Note to Patient | stable blood counts. |

| | | | |
|---|---|---|---|
| Ordering Provider | SYED HAIDER ABBAS, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S6020397 | Specimen Source | |
| Specimen Coll. Date | 10/02/2019 11:23 | Result Status | Final |
| Specimen Rec. Date | 10/02/2019 11:56 | Report Status | |
| Specimen Reported Date | 10/02/2019 12:49 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WHITE BLOOD CELLS | 5.8 | 3.8-10.8 | K/uL | Normal | Final | |
| RED BLOOD CELLS | 4.42 | 3.80-5.20 | M/uL | Normal | Final | |
| HEMOGLOBIN | 13.4 | 12.0-16.0 | G/DL | Normal | Final | |
| HEMATOCRIT | 40.6 | 35.0-47.0 | % | Normal | Final | |
| MCV | 92 | 80-100 | fL | Normal | Final | |
| MCH | 30 | 26-35 | PG | Normal | Final | |
| MCHC | 33 | 32-36 | G/DL | Normal | Final | |
| RDW | 13.0 | 11.0-15.0 | % | Normal | Final | |
| MPV | 7.8 | 6.2-10.5 | fL | Normal | Final | |
| PLATELET COUNT | 262 | 130-400 | K/uL | Normal | Final | |
| NEUTROPHIL,ABSOLUTE | 2.2 | 1.6-8.4 | K/uL | Normal | Final | |
| LYMPHOCYTE,ABSOLUTE | 3.2 | 0.4-5.1 | K/uL | Normal | Final | |
| MONOCYTE,ABSOLUTE | 0.3 | 0.0-1.2 | K/uL | Normal | Final | |
| EOSINOPHIL,ABSOLUTE | 0.1 | 0.0-0.8 | K/uL | Normal | Final | |
| BASOPHIL,ABSOLUTE | 0.0 | 0.0-0.3 | K/uL | Normal | Final | |
| | Smear reviewed to confirm cell morphology. | | | | | |
| **% NEUTROPHILS** | **37.6** | **42.0-78.0** | **%** | **Low** | **Final** | |
| **% LYMPHOCYTES** | **55.2** | **11.0-47.0** | **%** | **High** | **Final** | |
| % MONOCYTES | 5.7 | 0.0-11.0 | % | Normal | Final | |
| % EOSINOPHILS | 1.3 | 0.0-7.0 | % | Normal | Final | |
| % BASOPHILS | 0.2 | 0.0-3.0 | % | Normal | Final | |
| NUCLEATED RED CELLS | 0.1 | 0.0-0.9 | % | Normal | Final | |
| NUCLEATED RBCS, ABSOLUTE | 0.01 | NOT ESTAB. | K/uL | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob:**

# LIPID PANEL 08/21/2019 (#27311343, Final, 08/21/2019 11:53am)

| | |
|---|---|
| Note to Patient | Jamie,<br><br>Your cholesterol panel showed that your LDL (bad cholesterol) was high. It is not quite high enough that we need to start a medication for it, but it is very important to continue working on diet, exercise, and maintaining a healthy weight. I suggest we repeat this lab at your next appointment.<br><br>Your hemoglobin A1C showed that your blood sugar average is great!<br><br>Thanks,<br>Dr. St. Clair |

| | | | |
|---|---|---|---|
| Ordering Provider | COLLIN ST. CLAIR, DO | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S4210556 | Specimen Source | |
| Specimen Coll. Date | 08/21/2019 11:53 | Result Status | Final |
| Specimen Rec. Date | 08/21/2019 19:16 | Report Status | |
| Specimen Reported Date | 08/21/2019 19:42 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| **HDL CHOLESTEROL** | **56** | **66-242** | **mg/dL** | **Low** | **Final** | |
| TRIGLYCERIDES | 117 | 0-149 | mg/dL | Normal | Final | |
| | TRIGLYCERIDE RANGES<br>NORMAL: < 150<br>BORDERLINE HIGH: 150 - 199<br>HIGH: 200 - 499<br>VERY HIGH: > OR = 500 | | | | | |
| **CHOLESTEROL** | **261** | **0-199** | **mg/dL** | **High** | **Final** | |
| | **CHOLESTEROL (TOTAL) RANGES<br>DESIRABLE: < 200<br>BORDERLINE: 200 - 239<br>HIGHER RISK: > 239** | | | | | |
| **LDL CHOLESTEROL** | **182** | **0-99** | **mg/dl (calc)** | **High** | **Final** | |
| | **LDL CHOLESTEROL RANGES<br>OPTIMAL: < 100<br>NEAR/ABOVE OPTIMAL: 100 - 129<br>BORDERLINE HIGH: 130 - 159<br>HIGH: 160 - 189<br>VERY HIGH: > OR = 190** | | | | | |

**REECE, JAMIE H (id #21591363, dob:**

# GLYCOHEMOGLOBIN A1C 08/21/2019 (#27311266, Final, 08/21/2019 11:53am)

| | |
|---|---|
| Note to Patient | Jamie,<br><br>Your cholesterol panel showed that your LDL (bad cholesterol) was high. It is not quite high enough that we need to start a medication for it, but it is very important to continue working on diet, exercise, and maintaining a healthy weight. I suggest we repeat this lab at your next appointment.<br><br>Your hemoglobin A1C showed that your blood sugar average is great!<br><br>Thanks,<br>Dr. St. Clair |

| | | | |
|---|---|---|---|
| Ordering Provider | COLLIN ST. CLAIR, DO | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S4210556 | Specimen Source | |
| Specimen Coll. Date | 08/21/2019 11:53 | Result Status | Final |
| Specimen Rec. Date | 08/21/2019 19:09 | Report Status | |
| Specimen Reported Date | 08/21/2019 19:25 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| GLYCO HGB A1C | 5.2 | 0.0-5.6 | % | Normal | Final | |
| ESTIMATED AVG. GLUCOSE | 103 | | mg/dl (calc) | Normal | Final | |
| | New guidelines by the American Diabetes Association state that a hemoglobin A1c level of 5.7-6.4% indicates an increased risk of diabetes. A result of 6.5% or higher is diagnostic of diabetes. | | | | | |

**REECE, JAMIE H (id #21591363, dob:**

# QTB GOLD 08/14/2019 (#27130145, Final, 08/12/2019 9:05am)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SYED HAIDER ABBAS, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S4120223 | Specimen Source | |
| Specimen Coll. Date | 08/12/2019 09:05 | Result Status | Final |
| Specimen Rec. Date | 08/12/2019 09:12 | Report Status | |
| Specimen Reported Date | 08/14/2019 17:05 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| QTB GOLD | NEGATIVE | NEGATIVE | | Normal | Final | CB |
| | Negative test result. M. tuberculosis complex infection unlikely. | | | | | |
| NIL | 0.02 | | IU/mL | Normal | Final | CB |
| MITOGEN NIL | 9.26 | | IU/mL | Normal | Final | CB |
| TB1 NIL | 0.00 | | IU/mL | Normal | Final | CB |
| TB2 NIL | 0.00 | | IU/mL | Normal | Final | CB |

```
The Nil tube value reflects the background interferon
gamma immune response of the patient's blood sample.
This value has been subtracted from the patient's
displayed TB and Mitogen results.

Lower than expected results with the Mitogen tube
prevent false-negative Quantiferon readings by
detecting a patient with a potential immune
suppressive condition and/or suboptimal pre-analytical
specimen handling.

The TB1 Antigen tube is coated with the
M. tuberculosis-specific antigens designed to elicit
responses from TB antigen primed CD4+ helper
T-lymphocytes.

The TB2 Antigen tube is coated with the
M. tuberculosis-specific antigens designed to elicit
responses from TB antigen primed CD4+ helper and CD8+
cytotoxic T-lymphocytes.

For additional information, please refer to
https://education.questdiagnostics.com/faq/FAQ204
(This link is being provided for informational/
educational purposes only.)

TEST PERFORMED AT:
QUEST DIAGNOSTICS WOOD DALE
1355 MITTEL BOULEVARD WOOD DALE, IL 60191-1024
ANTHONY V. THOMAS, MD
```

**REECE, JAMIE H (id #21591363, dob:**

# RBC MORPHOLOGY 08/12/2019 (#27036916, Final, 08/12/2019 9:05am)

| | | | |
|---|---|---|---|
| Ordering Provider | SYED HAIDER ABBAS, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S4120223 | Specimen Source | |
| Specimen Coll. Date | 08/12/2019 09:05 | Result Status | Final |
| Specimen Rec. Date | 08/12/2019 09:08 | Report Status | |
| Specimen Reported Date | 08/12/2019 10:32 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| PLATELET MORPHOLOGY | NORMAL | | | Normal | Final | |
| **POLYCHROMASIA** | **SLIGHT** | | | **Abnormal** | **Final** | |
| **STOMATOCYTES** | **SLIGHT** | | | **Abnormal** | **Final** | |

**REECE, JAMIE H (id #21591363, dob**

## CBC 08/12/2019 (#27036914, Final, 08/12/2019 9:05am)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SYED HAIDER ABBAS, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S4120223 | Specimen Source | |
| Specimen Coll. Date | 08/12/2019 09:05 | Result Status | Final |
| Specimen Rec. Date | 08/12/2019 09:08 | Report Status | |
| Specimen Reported Date | 08/12/2019 10:32 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WHITE BLOOD CELLS | 4.9 | 3.8-10.8 | K/uL | Normal | Final | |
| RED BLOOD CELLS | 4.08 | 3.80-5.20 | M/uL | Normal | Final | |
| HEMOGLOBIN | 12.5 | 12.0-16.0 | G/DL | Normal | Final | |
| HEMATOCRIT | 37.2 | 35.0-47.0 | % | Normal | Final | |
| MCV | 91 | 80-100 | fL | Normal | Final | |
| MCH | 31 | 26-35 | PG | Normal | Final | |
| MCHC | 34 | 32-36 | G/DL | Normal | Final | |
| RDW | 13.1 | 11.0-15.0 | % | Normal | Final | |
| MPV | 7.4 | 6.2-10.5 | fL | Normal | Final | |
| PLATELET COUNT | 265 | 130-400 | K/uL | Normal | Final | |
| NEUTROPHIL,ABSOLUTE | 1.8 | 1.6-8.4 | K/uL | Normal | Final | |
| LYMPHOCYTE,ABSOLUTE | 2.6 | 0.4-5.1 | K/uL | Normal | Final | |
| MONOCYTE,ABSOLUTE | 0.3 | 0.0-1.2 | K/uL | Normal | Final | |
| EOSINOPHIL,ABSOLUTE | 0.1 | 0.0-0.8 | K/uL | Normal | Final | |
| BASOPHIL,ABSOLUTE | 0.0 | 0.0-0.3 | K/uL | Normal | Final | |
| | Smear reviewed to confirm cell morphology. | | | | | |
| **% NEUTROPHILS** | **37.3** | **42.0-78.0** | **%** | **Low** | **Final** | |
| **% LYMPHOCYTES** | **52.9** | **11.0-47.0** | **%** | **High** | **Final** | |
| % MONOCYTES | 6.8 | 0.0-11.0 | % | Normal | Final | |
| % EOSINOPHILS | 2.7 | 0.0-7.0 | % | Normal | Final | |
| % BASOPHILS | 0.3 | 0.0-3.0 | % | Normal | Final | |
| NUCLEATED RED CELLS | 0.1 | 0.0-0.9 | % | Normal | Final | |
| NUCLEATED RBCS, ABSOLUTE | 0.01 | NOT ESTAB. | K/uL | Normal | Final | |

## HIGH RISK DRUG PANEL 06/14/2019 (#25687853, Final, 06/10/2019 11:00am)

| | | | |
|---|---|---|---|
| Ordering Provider | KATHERINE S RODEN, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | S2100367 | Specimen Source | |
| Specimen Coll. Date | 06/10/2019 11:00 | Result Status | Final |
| Specimen Rec. Date | 06/10/2019 12:30 | Report Status | |

**REECE, JAMIE H (id #21591363, dob:**

| Specimen Reported Date | 06/14/2019 06:21 |
|---|---|

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| CREATININE | 55.4 | > OR = 20.0 | mg/dL | Normal | Final | OW |
| SPECIFIC GRAVITY | 1.013 | > OR = 1.003 | | Normal | Final | OW |
| PH | 6.5 | 4.5-9.0 | | Normal | Final | OW |
| OXIDANT | NEGATIVE | <200 | mcg/mL | Normal | Final | OW |
| AMPHETAMINES | NEGATIVE | <500 | ng/mL | Normal | Final | OW |
| BARBITURATES | NEGATIVE | <300 | ng/mL | Normal | Final | OW |
| BENZODIAZEPINES | NEGATIVE | <100 | ng/mL | Normal | Final | OW |
| MARIJUANA METABOLITE | NEGATIVE | <20 | ng/mL | Normal | Final | OW |
| COCAINE METABOLITE | NEGATIVE | <150 | ng/mL | Normal | Final | OW |
| METHADONE METABOLITE | NEGATIVE | <100 | ng/mL | Normal | Final | OW |
| OPIATES | NEGATIVE | <100 | ng/mL | Normal | Final | OW |
| OXYCODONE | NEGATIVE | <100 | ng/mL | Normal | Final | OW |
| PHENCYCLIDINE | NEGATIVE | <25 | ng/mL | Normal | Final | OW |
| COMMENT | SEE BELOW | | | Normal | Final | KP |
| | See Note 2<br><br>Note 1<br><br>This test was developed and its analytical performance characteristics have been determined by Quest Diagnostics. It has not been cleared or approved by the FDA. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.<br><br>Note 2<br>This drug testing is for medical treatment only. Analysis was performed as non-forensic testing and these results should be used only by healthcare providers to render diagnosis or treatment, or to monitor progress of medical conditions.<br><br>For assistance with interpreting these drug results, please contact a Quest Diagnostics Toxicology Specialist: 1-877-40-RX TOX (1-877-407-9869), M-F, 8am-6pm EST.<br><br>TEST PERFORMED AT:<br>QUEST DIAGNOSTICS NORRISTOWN<br>400 EGYPT ROAD NORRISTOWN, PA 19403-3406<br>R.H. BARRY SAMPLE,PHD | | | | | |
| FENTANYL | NEGATIVE | <0.5 | ng/mL | Normal | Final | CB |
| | See Note 1 | | | | | |
| NORFENTANYL | NEGATIVE | <0.5 | ng/mL | Normal | Final | CB |
| | See Note 1 | | | | | |
| GABAPENTIN | NEGATIVE | <1000 | ng/mL | Normal | Final | KP |
| | See Note 1 | | | | | |
| **PREGABALIN, QT UR** | **18000** | **<1000** | **ng/mL** | **High** | **Final** | **KP** |
| | **See Note 1** | | | | | |
| DESMETHYLTRAMADOL | NEGATIVE | <100 | ng/mL | Normal | Final | KP |
| | See Note 1 | | | | | |

**REECE, JAMIE H (id #21591363, dob:**

| | | | | | | |
|---|---|---|---|---|---|---|
| TRAMADOL | NEGATIVE | <100 | ng/mL | Normal | Final | KP |
| | See Note 1 | | | | | |
| TAPENTADOL | NEGATIVE | <50 | ng/mL | Normal | Final | KP |
| | See Note 1 | | | | | |
| NORTAPENTADOL | NEGATIVE | <50 | ng/mL | Normal | Final | KP |
| | See Note 1 | | | | | |
| HEROIN METABOLITE, QT UR | NEGATIVE | <10 | ng/mL | Normal | Final | CB |
| | See Note 1 | | | | | |
| ETHYL GLUCURONIDE | NEGATIVE | <500 | ng/mL | Normal | Final | CB |
| | See Note 1 | | | | | |
| ETHYL SULFATE | NEGATIVE | <100 | ng/mL | Normal | Final | CB |
| | See Note 1 | | | | | |
| BUPRENORPHINE | NEGATIVE | <2 | ng/mL | Normal | Final | CB |
| | See Note 1 | | | | | |
| NORBUPRENORPHINE | NEGATIVE | <2 | ng/mL | Normal | Final | CB |
| | See Note 1 | | | | | |

End of Document – intentionally left blank

Lincoln Financial Group

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 208-4635
Secure Fax No.: (603) 334-3341

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

Person(s) or group(s) of persons authorized to use or disclose the information: Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, ~~insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.~~

Person(s) or group(s) of persons authorized to collect or otherwise receive the information: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

Description of the information that may be used or disclosed: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* ~~Job duties, earnings, personnel records and other work-related information and credit reports, bank records, and federal and state tax returns.~~
* ~~Information concerning Social Security benefits, including any records pertaining to me and my dependents.~~

The information will be used or disclosed only for the following purpose(s): For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant (print) Jamie Reece

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative [signature]

Date of Birth: ____________ Claim Number: 8326768 Date: 15 May 2020

A copy of this authorization will be considered as valid as the original.

Jun. 12. 2020 12:49PM No. 3994 P. 7/8
06/11/20 17:35:32 Lincoln Financial -> RDI Lincoln Financial Gr Page 006
06/07/20 15:22:24 Lincoln Financial -> Lincoln Financial Gr Page 008

Lincoln Financial Group

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 308-4695
Secure Fax No.: (888) 334-3549

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

Person(s) or group(s) of persons authorized to use or disclose the information: Any physician, medical practitioner, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/Administrator, governmental agency, MIB Inc., and any insurance support organizations.

Person(s) or group(s) of persons authorized to collect or otherwise receive the information: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

Description of the information that may be used or disclosed: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

The information will be used or disclosed only for the following purpose(s): For purposes of investigating, evaluating and processing any claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant (print) Jamie Reece

Name of legal representative, if applicable (print) ________________ Relationship ________

Signature of Claimant or legal representative [signature]

Date of Birth: ________ Claim Number: 8158763 Date: 15 May 2020

**A copy of this authorization will be considered as valid as the original**

Admin - Medical Records Request for REECE, JAMIE H 09/22/1988 (C,Y,O F) E#21591363

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

# Restrictions Form

Return To: Erika Cruz

Jamie Reece
Employee /Claimant Name

Date of Birth

8356763
Claim Number

To be completed by physician:

1. DATE FIRST TREATED — 10/2018
   DATE LAST TREATED — 6/2020
   NEXT OFFICE VISIT — 1/12020

   CRPS - M89.00

   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- ☐ **SEDENTARY** Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☒ **LIGHT** Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour<br>Up to 2 ½ Hours / Day | Up to 40 Minutes / Hour<br>Up to 5 ½ Hours / Day | Over 40 Minutes / Hour<br>Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) AND frequency (SEE KEY). 2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

   LIMIT LIFTING/PULLING/PUSHING UP TO 20 lbs

4. RESTRICTIONS IMPOSED FROM 2018 TO CURRENT.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?

   MEDICATION - LYRICA, TIZANIDINE
   physical Therapy

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

   physical exam, clinical presentation

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ________ TO ________.

| | | |
|---|---|---|
| KATHERINE REECE | MD ANESTHESIOLOGY PAIN MANAGEMENT | |
| Provider's Name (Please Print) | Degree AND Area of Specialty | Social Security or Tax ID Number |
| | | |
| Street Address | Telephone Number | Fax Number |
| | [signature] | |
| City, State & Zip Code | Signature | Date |

# Facsimile Cover Sheet

**To:** Liberty Life Assurance Co. of Boston

**Company:**

**Phone:**

**Fax:** (603) 334-3543

**From:** Katelynn Nolen

**Company:**

**Phone:** (859) 225-3731 * 108

**Fax:** 18592253731

**Date:** 06/26/2020

**Pages including this cover sheet:** 3

## Comments:

Attn: Erika Cruz
Re: Claim No. 8356763

MEHR, FAIRBANKS & PETERSON
TRIAL LAWYERS

201 West Short Street, Suite 800 • Lexington, Kentucky 40507 • 859-225-3731 • 859-225-3830 • www.mehrfairbanks.com

M. Austin Mehr amehr@austinmehr.com
Philip G. Fairbanks pgf@austinmehr.com
Erik D. Peterson edp@austinmehr.com
Bartley K. Hagerman bkh@austinmehr.com
Elizabeth A. Thornsbury elizabeth@austinmehr.com

June 26, 2020

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
Attn: Erika Cruz
P.O. Box 7209
London, KY 40742

***sent via facsimile: 603-334-3543***

**RE: Claimant: Jamie H. Reece**
**Claim No.: 8356763**

Dear Ms. Cruz:

Per your request, please find attached the receipt/proof of application for Social Security disability benefits with the SSA, application date 6/25/20. This proves she has applied for SSDI, and therefore, we expect you will **not** deduct an estimated SSDI offset.

Should you require further information, please contact me.

Sincerely,

*/s/ Bartley K. Hagerman*

Bartley K. Hagerman

BKH/kmn

Enclosure

# Background Information for Jamie Reece

Your information was received on June 25, 2020 at 4:19:32 PM.

Background Information: Identification

## Applicant Identification

Name: **Jamie Reece**

Social Security Number:

Date of Birth:

Gender: **Female**

Blind or low vision: **No**

Disabled: **Yes**

Start Date of Disability: **April 1, 2018**

Denied Benefits in Last 60 days: **No**

Diagnosed with condition that is expected to end in death: **No**

## Preparer's Contact Information

Name: **Theresa Gilbert**

Relationship to Applicant: **Attorney Representative**

Organization Name: **Gilbert Law Group PLLC**

Address: **535 W Second St, Suite 202, Lexington, Kentucky, 40508**

Phone: **(859) 252-0824**

## Applicant's Contact Information

**Contact Information**

Mailing Address: **1108 Deer Haven Ln, Lexington, Kentucky, 40509**

Reside at this address: **Yes**

Phone: **(859) 533-6163 Home**

Best time to call: **Anytime between 9 a.m. and 5 p.m.**

**Ability to Communicate in English**

Speak English: **Yes**

Read English: **Yes**

Write English: **Yes**

**Language Preferences**

Preferred language for speaking: **English**

# ROI Plus

YOUR OFFICE HAS REQUESTED A PHI FOR THE PATIENT LISTED BELOW

## PHI REQUEST FULFILLMENT NOTIFICATION

REQ202006110955066685

| | | | |
|---|---|---|---|
| Request Date: | 6/11/2020 | Request ID: | REQ202006110955066685 |
| Requestor Name: | LINCOLN FINANCIAL GROUP | Patient Name: | REECE,JAMIE H |
| Requestor Acct: | R87716 | Patient DOB: | xx/xx/xxxx |
| Requestor PIN: | 7243 | Patient MRN: | xxxxxxx |
| | | Patient ID: | xxxxxxx |

Requestor Contact:
LINCOLN FINANCIAL GROUP
ERIKA CRUZ

,
(855) 508-4895 (p) (603) 334-3543 (f)

Provider Contact:
Lexington Clinic - 2805
Vital Chart Representative
2450 Palumbo Drive
Lexington, KY 40509
(859) 300-8110 (p) (859) 253-9448 (f)

Your office has requested PHI from the Provider listed above.
You must go to the website below to view the status and content of both pending and completed ROI requests.

WWW.ABTROIPLUS.COM

You must use the Requestor Acct # and Requestor Pin # values that appear in the top portion of this notice, along with the Patient Date of Birth, to view the status and content of both pending and completed ROI requests. Complete instructions are available on the website.

IMPORTANT NOTE:

***FORWARDING ROI REQUESTS OR PATIENT RECORDS BY MAIL OR FAX EXPOSES PATIENTS TO THE RISK OF IDENTITY THEFT AND EXPOSES PROVIDERS AND REQUESTORS TO LITIGATION FROM PATIENTS WHO SUFFER IDENTITY THEFT. TRANSMITTALS OF ROI REQUEST FORMS AND PATIENT RECORDS CONTAINING CERTAIN CRITICAL INFORMATION (Patient Name, Social Security Number, Date of Birth ) THAT ENABLES IDENTITY THEFT SHOULD BE CLOSELY SAFEGUARDED AND TRACKED TO PROTECT PATIENTS, REQUESTORS AND PROVIDERS FROM POTENTIAL LEGAL AND COMPLIANCE LIABILITIES.***

***IF REQUESTOR CHOOSES TO TAKE DELIVERY OF PATIENT RECORDS BY MAIL OR FAX, REQUESTOR HEREBY ACKNOWLEDGES, UPON RECEIPT OF THIS NOTICE, SOLE RESPONSIBILITY FOR ALL CONTINGENT LEGAL AND COMPLIANCE LIABILITIES THAT OCCUR AFTER RECEIPT OF TRANSMITTED PATIENT RECORDS.***

VitalChart
Health Information Management

# ELECTRONIC RECORD RETRIEVAL INSTRUCTIONS

## YOUR REQUEST IS COMPLETE.

**If your request is non-billable (such as Continuity of Care),** the records will be immediately available to you online using the instructions below.

**If your request is billable,** an invoice with payment instructions has also been faxed to you.

- If you wish to pay by credit card online, the records will be immediately available to you online using the instructions below. You may make payment during the retrieval process.
- If you wish to pay by check, the records will be available to you online *once payment has been received and posted.* A faxed "PAID" invoice will be faxed to you as confirmation of receipt. Then, you may use the instructions below.

## Please follow these simple instructions to retrieve your medical records:

1. Go to www.abtroiplus.com
2. Enter the Requestor Acct # and Requestor PIN #, which are located on the first page of this faxed notification. (These items also appear on the invoice, if you received one.)
3. Search for the requested records by:
   a. From the alphabetical list at the top of the screen, click on the first letter of the patient's last name; if looking for multiple records, click 'ALL.'
   b. In the search bar, type the Request ID number or the patient's last name.
4. Click on the View button under 'Options' and enter the patient's date of birth to open the requested records.

NOTE: If your request is billable, you cannot view the records until your payment is received. You may pay by credit card online as part of the record retrieval process. Paying by credit card online allows you immediate online access to the records.

VitalChart 11/4/2019

# VitalChart Invoice

Remit To:
VRC Companies, dba VitalChart
Attn: Dept # 5853
PO Box 11407
Birmingham, AL 35246-5853
(859) 300-8110 (p) (859) 253-9448 (f)
TaxID (82-0796154)
Credit Card Payments can be made at www.abtroiplus.com
(see logon instructions below)

| Invoice Number | Invoice Date |
|---|---|
| IN20200611095506685 | 6/12/2020 |

Provider Acct No.
P2805-1
Lexington Clinic - 2805

**Bill To**

LINCOLN FINANCIAL GROUP
ERIKA CRUZ

,
(855) 508-4895 (p) (603) 334-3543 (f)

| Requestor Acct No. | Request Date |
|---|---|
| R87716 | 6/11/2020 |

| Requestor PIN | Request ID |
|---|---|
| 7243 | req20200611095506685 |

Patient Name
REECE,JAMIE H

## All requested documents must be viewed at WWW.ABTROIPLUS.COM

You will need your Requestor Account Number and PIN for authorized access.

(Contact Vital Chart Representative at Imaging-Bhm@vitalscanllc.com or (859) 300-8110 for assistance.)

| Reference | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| ROI Charges | | Per Kentucky State Fees<br>Fees based on request reference for the following Rate Type:<br>Standard Attorneys/Insurance/Subpoenas request<br>Billing Rates: $1.00 per page | | |
| Pages | 76 | $1.00 per page | | $76.00 |
| Billing Reference | 1 | Billable | | |
| Please remit to above address. | | | | |

| | |
|---|---|
| Subtotal | $76.00 |
| Adjustment | – $0.00 |
| TOTAL | $76.00 |

| Phone # | Fax # | Email | Web Site |
|---|---|---|---|
| (859) 300-8110 | (859) 253-9448 | Imaging-Bhm@vitalscanllc.com | www.abtroiplus.com |

VitalChart
Health Information Management

# IMPORTANT NOTICE!

## Payment Terms & Conditions

Vital Chart is the Release of Information processing agent for this health care provider. Vital Chart diligently processes all of your requests for Patient records on a timely basis and, therefore, expects to be **paid upon receipt** of this invoice.

All credit card payments should be made through our Requestor web portal at www.ABTROIPLUS.com. Payment instructions can be found on the ROI Fulfillment Notification and the Vital Chart invoice. To access the Requestor portal, you will need the Requestor Account Number and PIN Number printed on the invoice. All invoices must be paid before the records can be released for you to access.

Non-payment **within 30 days** of the Invoice date will result in your account being placed on a "Credit Hold" to which all outstanding invoices must be paid before the hold can be removed.

Once a request has been received and processed we charge a $25 Cancellation Fee if the records are no longer required. To cancel a request please call the phone number listed on the Vital Chart invoice or send your request in writing to the email address also listed on the invoice.

NOTE: We do not fax or mail Patient records. Records should be accessed through a convenient and secure online, HIPAA compliant, Requestor portal www.ABTROIPLUS.com. Records are available online immediately upon the receipt of payment

VitalChart
ROI Customer Service

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

| | |
|---|---|
| Date: | June 10, 2020 |
| To: | LEXINGTON CLINIC |
| Attn: | Medical Records |
| Fax: | (859) 258-4489 |
| From: | Erika Cruz<br>LTD Technical Specialist I<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 334-3543 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 8356763<br>Claimant: Jamie Reece<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

June 10, 2020

Lexington Clinic

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2019 through Present

- Completion of the Enclosed Forms:

  _X_ Restrictions Form by Dr. Roden and Dr. Abbas
  ___ Other

We ask that you provide this information by June 24, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-3543 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical

information to us and is valid for two years from the date of Ms. Reece's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Erika Cruz
LTD Technical Specialist I
Phone No.: (855) 508-4895 Ext. 41622
Secure Fax No.: (603) 334-3543

Attachments: Restrictions Form
8356763-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.05.2020

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

# Restrictions Form

**Return To:** Erika Cruz

| Jamie Reece | | 8356763 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________
   **DATE LAST TREATED** — ____________
   **NEXT OFFICE VISIT** — ____________

   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ **.**

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ **.**

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

**AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, ~~insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.~~

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative Jamie Reece

Date of Birth: ______ Claim Number: 8356763 Date: 15 May 2020

**A copy of this authorization will be considered as valid as the original**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, ~~insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.~~

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

- My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
- ~~Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.~~
- ~~Information concerning Social Security benefits, including any records pertaining to me and my dependents~~

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant (print) Jamie Reece

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative Jamie Reece

Date of Birth: ____________ Claim Number: 8356763 Date: 15 May 2020

**A copy of this authorization will be considered as valid as the original.**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

| | |
|---|---|
| Date: | June 10, 2020 |
| To: | BARTLEY HAGERMAN<br>MEHR, FAIRBANKS & PETERSON<br>201 WEST SHORT STREET<br>SUITE 800<br>LEXINGTON KY 40507 |
| Attn: | Mr. Hagerman |
| Fax: | (859) 225-3830 |
| From: | Erika Cruz<br>LTD Technical Specialist I<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 334-3543 |
| Total Pages (Including Cover): | 10 |
| RE: | Claim #: 8356763<br>Claimant: Jamie Reece<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

June 10, 2020

Bartley K. Hagerman
Mehr, Fairbanks & Peterson
201 WEST SHORT STREET
SUITE 800
LEXINGTON, KY 40507

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece

Dear Bartley Hagerman:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Toyota Motor Engineering & Manufacturing North America, Inc.'s Group Disability Policy. We are writing in reference to Jamie Reece's claim for LTD benefits under the Policy.

We are currently reviewing Ms. Reece's eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

On June 10, 2020, we requested medical records from the treating providers indicated on the Claimant Information form dated May 15, 2020. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of Ms. Reece's eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from June 1, 2019 through Present from Lexington Clinic (see enclosed request)

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to Ms. Reece's disability within the timeframe stated above.

Toyota Motor Engineering & Manufacturing North America, Inc.'s LTD Policy requires that, in

order to receive ongoing benefits, Ms. Reece provide proof of disability within a required timeframe. Her cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by July 24, 2020, 45 days from the date of this request, Ms. Reece's benefits will be suspended. If we do not receive all of this requested information by August 23, 2020, 30 days from the date of suspension, her claim will be closed.

We ask that Ms. Reece provide us with this information no later than July 24, 2020 as required under the terms of the Policy.

If Ms. Reece has any questions regarding this matter, please contact me.

Sincerely,

Erika Cruz
LTD Technical Specialist I
Phone No.: (855) 508-4895 Ext. 41622
Secure Fax No.: (603) 334-3543

Attachments: 8356763-REQUEST-PROVIDER-06.10.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

| | |
|---|---|
| Date: | June 10, 2020 |
| To: | LEXINGTON CLINIC |
| Attn: | Medical Records |
| Fax: | (859) 258-4489 |
| From: | Erika Cruz<br>LTD Technical Specialist I<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 334-3543 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 8356763<br>Claimant: Jamie Reece<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

June 10, 2020

Lexington Clinic

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2019 through Present

- Completion of the Enclosed Forms:

  X Restrictions Form by Dr. Roden and Dr. Abbas
  __ Other

We ask that you provide this information by June 24, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-3543 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical

information to us and is valid for two years from the date of Ms. Reece's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Erika Cruz
LTD Technical Specialist I
Phone No.: (855) 508-4895 Ext. 41622
Secure Fax No.: (603) 334-3543

Attachments: Restrictions Form
8356763-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.05.2020

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

# Restrictions Form

**Return To:** Erika Cruz

| Jamie Reece | | 8356763 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ____________________
   **DATE LAST TREATED** — ____________ ____________________
   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**
2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   **2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** __________ **TO** __________ .

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

**AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, ~~insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.~~

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) ______________________ Relationship ______________

Signature of claimant or legal representative Jamie Reece

Date of Birth: ______________ Claim Number: 8356763 Date: 15 May 2020

**A copy of this authorization will be considered as valid as the original**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, ~~insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.~~

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

- My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
- ~~Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.~~
- ~~Information concerning Social Security benefits, including any records pertaining to me and my dependents~~

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant (print) Jamie Reece

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative Jamie Reece

Date of Birth: ____________ Claim Number: 8356763 Date: 15 May 2020

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

| | |
|---|---|
| Date: | June 10, 2020 |
| To: | BARTLEY HAGERMAN<br>MEHR, FAIRBANKS & PETERSON<br>201 WEST SHORT STREET<br>SUITE 800<br>LEXINGTON KY 40507 |
| Attn: | Mr. Bartley Hagerman |
| Fax: | (859) 225-3830 |
| From: | Erika Cruz<br>LTD Technical Specialist I<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 334-3543 |
| Total Pages<br>(Including Cover): | 4 |
| RE: | Claim #: 8356763<br>Claimant: Jamie Reece<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

June 10, 2020

Bartley K. Hagerman
Mehr, Fairbanks & Peterson
201 WEST SHORT STREET
SUITE 800
LEXINGTON, KY 40507

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece

Dear Bartley Hagerman:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Toyota Motor Engineering & Manufacturing North America, Inc.'s Group Disability Policy. We are writing in reference to Jamie Reece's claim for LTD benefits under the Policy.

In addition to Ms. Reece's Long Term Disability (LTD) benefit, she may qualify for additional benefits from the Social Security Administration.

There are a number of advantages for Ms. Reece if Ms. Reece is approved for Social Security Disability benefits. These advantages are outlined in the attachment, and include:

- Increased Social Security Retirement benefits
- Cost of Living Adjustment (COLA) increases
- Expedited Medicare coverage
- Dependent and Spousal benefits
- Return to Work incentives

The purpose of this letter is to help Ms. Reece apply for those benefits.

We realize that applying for Social Security Disability benefits can be intimidating. To help Ms. Reece through the process, we are providing information on using the services of Integrated Benefits, Inc, a Social Security claimant representative. Integrated Benefits, Inc specializes in preparing Social Security Disability claims and, when necessary, representing claimants. They have a 90% success rate in obtaining awards. Their professional and experienced staff will act on her behalf and will keep her contact with the Social Security Administration to a minimum. If Ms.

Reece is using the services of this representative, their fee will be paid directly by the Social Security Administration and the cost of this fee will be deducted from any disability overpayment created due to the receipt of retroactive Social Security Benefits. This will be explained to her in greater detail upon accepting representation by Integrated Benefits, Inc.

However, if Ms. Reece is choosing to apply for Social Security benefits without utilizing our Social Security Claimant representative services, Ms. Reece must initiate the process by either calling SSA toll free at 1-800-772-1213 (for TTY call 1-800-325-0778), applying directly online at www.socialsecurity.gov/disabilityssi/apply.html, or by visiting her local Social Security office.

If Ms. Reece has any other family member (dependents) that may be eligible for benefits, please make sure Social Security is informed so application and payment for dependent benefits is not delayed.

Ms. Reece is required to apply for Social Security benefits under the terms of Toyota Motor Engineering & Manufacturing North America, Inc.'s LTD Policy and it is important that Ms. Reece begin this process immediately. Therefore, please initiate Ms. Reece's application within 45 days from the date of this letter, July 24, 2020, and complete and return the enclosed forms. A return envelope has been provided for her convenience.

Per the terms of the disability Policy, failure to provide proof of filing within the stated timeframe will result in a reduction to her benefit from Lincoln Life Assurance Company of Boston equal to an estimated amount of Social Security benefits. Therefore, if she does not file within the 45-day time frame, her benefit will be reduced by an estimated amount as deemed eligible by the Social Security Administration. If proof of filing is subsequently received, this reduction will be refunded to Ms. Reece.

If Ms. Reece is approved for Social Security Disability benefits, the disability benefits received by Ms. Reece from Lincoln Life Assurance Company of Boston will be reduced by the amount Ms. Reece and any dependents receive from Social Security. In other words, Ms. Reece will continue to receive the same amount of monthly benefits, but the money will come from two sources. If Ms. Reece is entitled to retroactive benefits, Ms. Reece may receive a significant payment from Social Security. This money is essentially money that Lincoln Life Assurance Company of Boston advanced to Ms. Reece while Ms. Reece was waiting for Social Security's decision, and she must repay it immediately upon our request.

If Ms. Reece has any questions regarding this letter or the Social Security process, please contact us at the number below.

Sincerely,

Erika Cruz
LTD Technical Specialist I
Phone No.: (855) 508-4895 Ext. 41622
Secure Fax No.: (603) 334-3543

Attachments: Advantages of Social Security Disability Benefits Form

# <u>Advantages of Social Security Disability Benefits</u>

- **Increased Disability Benefits**
  - **Though you and your dependents' initial Social Security benefit would be offset from your Long Term Disability payment, your future Social Security cost of living (COLA) increases would not. Therefore you would maximize your combined benefits because they would increase each year.**
- **Increased Retirement Benefits**
  - **For any period within a year that you are not paying into Social Security (FICA) out of your earnings, zeros are being factored into your earnings record. If found eligible for SSDI for any period of time when there were zeros, they will be excluded from the calculation of future benefits. As a result, the amount of your eventual Social Security Retirement Benefit could be *<u>substantially higher</u>*.**
- **Cost of Living Adjustment (COLA) Raises**
  - **SSA will provide you and any eligible dependents an increase annually. These increases will not affect your Long Term Disability benefits.**
- **Tax Free Income**
  - **The majority of Social Security beneficiaries who receive Social Security Disability income are either entirely or partially tax free based on certain criteria set by SSA.**
- **Medicare Coverage**
  - **After you have received Social Security Disability benefits for 24 months, regardless of your age, you also become eligible for Medicare benefits. This includes Part A Hospital benefits, and Part B Medical benefits, which added to any other health insurance coverage you might have, will increase your overall health insurance protection.**
  - **Once you establish Medicare Eligibility your premiums for any other health insurance you might have could decrease. With Medicare coverage available to help pay medical expenses, such premiums may be adjusted downwards.**
  - **Medicare Part A is at no cost while Medicare Part B has an associated premium. You can access http://www.socialsecurity.gov/medicare/ for more information and costs associated with the program.**
- **COBRA Extension**
  - **If you receive Social Security Disability benefits the length of your COBRA benefits may be extended an additional 11 months.**
- **Return To Work Incentives**
  - **Social Security will provide you opportunities to Return To Work while still paying you disability benefits.**

Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

Return To: Erika Cruz

EMPLOYEE/CLAIMANT NAME: Jamie Reece
CLAIM NO: 8356763
EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North America, Inc.
DATE OF BIRTH: ____________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 06/01/2019 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Dr Roden
Specialty: Pain Management
Address: 1221 South Broadway Lex Ky 40504
Telephone No.: (859) 258 4000 Fax No.: ( )

Name: Dr Abbas
Specialty: Rheumatology
Address: 1221 S. Broadway Lex. KY 40504
Telephone No.: (859) 258 4000 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

Name: Accredo Specialty Pharm.
Specialty:
Address:
Telephone No.: (800) 803 2523 Fax No.: ( )

**PHARMACY(S):**

Name: Walmart Pharmacies
Specialty:
Address: 2950 Grey Lag Way Lex. Ky 40509
Telephone No.: (859) 263 0526 Fax No.: ( )

Name: Walmart
Specialty: 1001 Cherry Blossom Way
Address: Georgetown KY 40324
Telephone No.: (502) 570 4608 Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: Jamie Reece DATE: 15 May 2020

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

Return to: Erika Cruz

**EMPLOYEE/CLAIMANT NAME:** Jamie Reece **CLAIM #:** 8356763
**EMPLOYER:** Toyota Motor Engineering & Manufacturing North America, Inc. **DATE OF BIRTH:**

| | | |
|---|---|---|
| Full Name (Last, First, Middle Int.) Reece Jamie H. | Social Security # | Email Address |
| Street Address | City | State / Zip Code |
| Telephone Number (include area code) cell | Cell Phone Number (include area code) | Marital Status Married |
| Spouse's Full Name and Date of Birth Christopher B. Reece | Number of Children | Dates of Birth of Children |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Christopher Reece Relationship to you? husband Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? NO

Do you hold a professional license? If yes, for what purpose? NO

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.
Yes, Theresa Gilbert 859-252-0824

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.
Yes, Workers comp due to permanent injury.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

EMPLOYEE'S PRINTED NAME: Jamie Reece

DATE: 15 May 2020 EMPLOYEE'S SIGNATURE: Jamie Reece

DP 409

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

Return To: Erika Cruz

*page 1 of 3*

EMPLOYEE/CLAIMANT NAME: Jamie Reece

CLAIM NO: 8356763 DATE OF BIRTH: ________

EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North America, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:

sit 2-3 stand 2-3 walk 60min

How many hours a day do you:

sit 2-3 hrs stand 2-3 hrs walk 60 min

Do you take a nap during the day?

Yes ______ No sometimes

If Yes, for how long? 1 hr. At what time of the day? Varies

How many hours a day do you spend in bed? 1 hr

Do you require any assistive devices such as a:

cane ______ walker ______ crutches ______ wheelchair ______ other ______

How long are you able to sit in a car? ______

Do you hold a valid driver's license?

Yes ✓ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car? ______

Please provide a copy of your driver's license when returning this form.

How do you maintain contact with people or activities that matter most to you?

over the phone, family visits

Do you have children?

Yes ✓ No ______ If Yes, what are their dates of birth 11/18/96 8/14/2000 6/17/2003

Do you need help caring for your children?

Yes ______ No ✓

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ______ No ✓ If Yes, please explain ______

How many times a day do you leave the house during the week? 0-2

On the weekends? 0

How often do you run errands? 1 x week

Please describe what errands you most commonly run: grocery pick up.

take daughter to work

Lincoln Financial Group®



How often do you get outdoors? 1 daily

Are you left or right hand dominant? Left ____ Right ✓

Are you able to work in your garden? Yes ____ No ✓

Are you able to work on your house? Yes ____ No ✓

Are you able to wash your car? Yes ____ No ✓

How much time is spent daily on your home computer?
✓ None ____ 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ 3+ hours

How much time is spent weekly on your home computer?
✓ None ____ 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ 3+ hours

What activities do you perform on your home computer. Please check all that apply: N/A
____ Pay bills ____ Read news/articles ____ Use search engines ____ Send emails
____ Visit chat rooms ____ Photos Other: ____

What computer software applications do you utilize. Please check all that apply:
____ Word processing (Word) ____ Spreadsheets (Excel) ____ Database (Access) ____ Graphics
____ Photo software (Photoshop) ____ Programming Other: ____

Do you have a working home copy machine/fax machine? ____ Yes ✓ No

If yes, please explain purpose and usage: ____

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | pick-up online order | |
| Carrying groceries into the house | | help from family for heavy items |
| Cooking meals | me | |
| Cleaning after meals | me | some help |
| Cleaning bathrooms | me | Some help |
| Vacuuming | me | Some help |
| Doing the laundry | me | Some help |
| Opening and responding to mail | husband | |
| Managing your finances | husband | |
| Balancing your checkbook | husband | |
| Bathing yourself | me | |
| Styling your own hair | me | |
| Getting dressed | me | |
| Going up and down stairs | me | |

Have you been confined to a hospital within the last 12 months? Yes ____ No ✓

If Yes, please provide reason and hospital contact Information: N/A

Lincoln Financial Group®

ACTIVITIES QUESTIONNAIRE
page 3 of 3

How often do you travel or take vacation? once every few years

Where do you go? How do you get there (transportation method)? car as passenger

Are you able to pursue your hobbies? Yes ____ No ✓

If Yes, please describe ____

Do you participate in an exercise program? Yes ____ No ✓

If Yes, please describe ____

Do you do any Volunteer work? Yes ____ No ✓

If Yes:

how many hours per day? ____

how many hours per week? ____

for whom? ____

Are you working for wages? Yes ____ No ✓

If Yes, please provide employer's name ____

**Describe in your own words, what prevents you from engaging in any gainful employment.**

____

**Please describe your daily routine: (If more space is needed, please use the back of this form)**

I am home daily. I do take our daughter to work and pick up as she doesnt have her license. I do light pick up of our home and prepare simple evening meals. I try to walk somedays for exercise when Im feeling well.

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

- husband. C. Brad Reece

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: Jamie Reece Date: 15 May 2020

Signature: Jamie Reece

MEHR, FAIRBANKS & PETERSON
TRIAL LAWYERS

201 West Short Street, Suite 800 • Lexington, Kentucky 40507 • (859) 225-3731 • Fax (859) 225-3830 • www.mehrfairbanks.com

M. Austin Mehr — amehr@austinmehr.com
Philip G. Fairbanks — pgf@austinmehr.com
Erik D. Peterson — edp@austinmehr.com
Bartley K. Hagerman — bkh@austinmehr.com
Elizabeth A. Thornsbury — elizabeth@austinmehr.com

June 2, 2020

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
Attn: Erika Cruz
P.O. Box 7209
London, KY 40742

**RE: Claimant: Jamie H. Reece**
**Claim No.: 8356763**

Dear Ms. Cruz:

Please find enclosed the following forms you requested:

- Family Information Questionnaire
- Training Education Experience
- Authorizations (2)
- Claimant Information Form
- Claimant Supplementary Statement
- Untitled Claimant Form

Please note that, upon my advice, certain language was struck from the authorizations as it is not reasonably needed for you to administer this ongoing claim for LTD benefits. Should you disagree, or require specific information that I may assist you in obtaining, please contact me at once. My client intends to comply with all policy provisions and all reasonable requests for information.

Thank you for your attention to this matter, and we look forward to the continued payment of my client's LTD benefits, uninterrupted.

Sincerely,

Bartley K. Hagerman/dd

Bartley K. Hagerman

BKH/dd
Enclosures

# FAMILY INFORMATION QUESTIONNAIRE

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

Return to: Erika Cruz

~~EMPLOYEE/CLAIMANT NAME:~~ Jamie Reece

CLAIM NO: 8356763

EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North America, Inc.

DATE OF BIRTH: ____________

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single____ Married ✓ Divorced ____

If married, please indicate your spouse's name and date of birth. Name: ____________ DOB: ________

Do you have children or dependents*? Yes ✓ No ____

If yes, please provide additional details below, using additional space as needed.

* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| Eliza Milby | 6-17-03 | Custodial | Yes | May 21 |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ________ (No:) ________

If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Lincoln Life Assurance Company of Boston.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: Jamie Reece

Date: 15 May 2020

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

EMPLOYEE/CLAIMANT NAME: Jamie Reece

CLAIM NO: 8356763

EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North America, Inc.

DATE OF BIRTH: ______

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: 12 Check if earned: ☐ GED ☑ HS Diploma

Vocational Training: ______ Certificate Program completed: ______

Associates Degree: ______ College: number of years: ______

Bachelor's Degree: BA /BS Major: ______ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ______

Professional Training, License, Certificates(s): ______

Are you currently attending any classes: ☐ Y ☑ N If yes, provide name of school: ______

List any other Training or Classes Attended or Plan to Attend: ______

Primary language spoken: ______ Other language(s) spoken fluently: ______

Additional Skills, Hobbies & Volunteer Work ______

Did you serve in the Armed Forces? ☐ Y ☑ N From: ______ To: ______

Branch of Service: ______ Specialty: ______

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: Tots Landing Department: ______ From: 3/11 To: 2/15
   Job Title(s): Lead Teacher 1yr old class
   Supervisory Experience ☐ Y ☑ N
   Tasks/Duties/Physical Requirements (please be specific): caring for children throughout the center

2. Company: Toyota Department: ______ From: 2/15 To: current
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______

3. Company: ______ Department: ______ From: ______ To: ______
Job Title(s): ______
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______

4. Company: ______ Department: ______ From: ______ To: ______
Job Title(s): ______
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______

5. Company: ______ Department: ______ From: ______ To: ______
Job Title(s): ______
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______

**Computer Utilization:**

Computer Training/Courses, Certifications: ______

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☑ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☑ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ______ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☑ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☑ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☑ No If yes, WPM (words per minute) ______
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: jhmilby3@gmail Work: ______

SIGNATURE: Jamie Reece PHONE N ______

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

**AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, ~~insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.~~

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative Jamie Reece

Date of Birth: ____________ Claim Number: 8356763 Date: 15 May 2020

**A copy of this authorization will be considered as valid as the original**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4695
Secure Fax No.: (603) 334-3543

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, ~~insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.~~

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

- My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
- ~~Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.~~
- ~~Information concerning Social Security benefits, including any records pertaining to me and my dependents~~

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant (print) Jamie Reece

Name of legal representative, if applicable (print) ______________________ Relationship ______________

Signature of claimant or legal representative Jamie Reece

Date of Birth: ____________ Claim Number: 8356763 Date: 15 May 2020

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

May 7, 2020

Family Practice Associates of Lexington
1775 ALYSHEBA WAY #201
LEXINGTON, KY 40509

NO RECORDS AVAILABLE FOR D.O.S.

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece
Claimant D.O.B.:

Dear Family Practice Associates of Lexington:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2019 through present

We ask that you provide this information by May 21, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-3543 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Caitlin Alexander
LTD Technical Specialist I
On Behalf Of: Erika Cruz
Phone No.: (855) 508-4895 Ext. 41622
Secure Fax No.: (603) 334-3543

Attachments: 8356763-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.17.2018

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie H. Reece

Name of legal representative, if applicable (print) Theresa Gilbert Relationship Attorney

Signature of claimant or legal representative Jamie H. Reece

Date of Birth: ______ Claim Number: 8356163 Date: 10/9/19

**A copy of this authorization will be considered as valid as the original**

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration.** The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) Theresa Gilbert Relationship attorney

Signature of claimant or legal representative Jamie Reece

Date of Birth: ______ Claim Number: 8356763 Date: 10/7/18

**A copy of this authorization will be considered as valid as the original.**

Medi-Copy Services, Inc.
8 City Blvd
Suite 400
Nashville TN 37209
medicopy.net

# FAX

| | | | |
|---|---|---|---|
| **To:** | +1 (603) 334-3543 | **From:** | Carly Fabian |
| **Company:** | | **Fax:** | +1 (833) 875-5831 |
| **Fax:** | +1 (603) 334-3543 | **Phone:** | 6157802741 |
| **Subject:** | | **Date:** | 05/19/2020 |
| **Ref:** | | **Time:** | 10:54:24 AM CST |
| **Pages:** | 6 | | |

**Remarks:**

This facsimile, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender and destroy all copies of the original message.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

May 7, 2020

Dr. Nicole A. Everman, MD
Kentuckyone Health
3470 BLAZER PKWY SUITE 150
LEXINGTON, KY 40509

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece
Claimant D.O.B.:

Dear Dr. Nicole Everman:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2019 through present

We ask that you provide this information by May 21, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-3543 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Caitlin Alexander
LTD Technical Specialist I
On Behalf Of: Erika Cruz
Phone No.: (855) 508-4895 Ext. 41622
Secure Fax No.: (603) 334-3543

Attachments: 8356763-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.17.2018

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie H. Reece

Name of legal representative, if applicable (print) Theresa Gilbert Relationship Attorney

Signature of claimant or legal representative Jamie H. Reece

Date of Birth: ______ Claim Number: 8356763 Date: 10/8/18

**A copy of this authorization will be considered as valid as the original**



PAGE 4/6 * RCVD AT 5/19/2020 11:55:00 AM [Eastern Daylight Time] * SVR:VA1PWFAX201/0 * DNIS:6033343543 * CSID:8338755831 * ANI:16193427715 * DURATION (mm-ss):02-06

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

Lincoln Financial Group®

| | |
|---|---|
| Date: | May 7, 2020 |
| To: | DR NICOLE EVERMAN MD<br>KENTUCKYONE HEALTH<br>3470 BLAZER PKWY SUITE 150<br>LEXINGTON KY 40509 |
| Attn: | Medical Records |
| Fax: | (859) 263-8808 |
| From: | Caitlin Alexander<br>LTD Technical Specialist I<br>On Behalf Of: Erika Cruz<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 334-3543 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 8356763<br>Claimant: Jamie Reece<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

# We are in receipt of your request for records. However, we are unable to process this request at this time due to the following reason(s):

**Patient Information**

Patient Name: JAMIE REECE

DOB (mm/dd/yyyy): ______________

☐ Missing Information - The request is missing patient information, facility/provider information, etc. Please fax a new/revised request with additional information to 877-770-6276 to ensure prompt service of your request.

-or-

☑ Missing/Invalid Authorization - The required authorization to release medical records is missing from this request, or the authorization included with the request is invalid. Please fax a new/revised request, with a valid authorization attached, to 877-770-6276 to ensure prompt service of your request.

-or-

☐ Needs Patient Identifiers - The request/authorization is missing one or both of the two required patient identifiers for processing (i.e. Name, DOB, SSN, etc.). Please fax a new/revised request/authorization with at least two patient identifiers to 877-770-6276 to ensure prompt service of your request.

-or-

☐ Not Serviced - The facility/provider listed is not serviced by MediCopy Services, Inc. Please contact the facility/provider directly for additional assistance.

-or-

☐ Requires Facility Approval – The request for records must be sent directly to the facility/provider for approval before MediCopy can begin processing. Please fax the request directly to 877-770-6276 .

-or-

☑ Other - AUTHORIZATION ATTACHED IS FOR LIBERTY MUTUAL. THE REQUEST IS FROM LINCOLN FINACIAL GROUP. RESUBMIT PROPER AUTHORIZATION FOR PROCESSING VIA FAX TO 877-770-6276 THANK YOU

MediCopy Services, Inc. *simple. secure. solutions.*
8 City Blvd Suite 400 Nashville, TN 37209
866.587.MCSI I www.MediCopy.net

# ROI Plus

YOUR OFFICE HAS REQUESTED A PHI FOR THE PATIENT LISTED BELOW

## PHI REQUEST FULFILLMENT NOTIFICATION

REQ20200507123916287

| | | | |
|---|---|---|---|
| Request Date: | 5/7/2020 | Request ID: | REQ20200507123916287 |
| Requestor Name: | LINCOLN FINANCIAL GROUP | Patient Name: | REECE,JAMIE H |
| Requestor Acct: | R87716 | Patient DOB: | xx/xx/xxxx |
| Requestor PIN: | 7243 | Patient MRN: | xxxxxxx |
| | | Patient ID: | xxxxxxx |

**Requestor Contact:**
LINCOLN FINANCIAL GROUP
MEDICAL RECORDS

,
(800) 423-2765 (p) (603) 334-3543 (f)

**Provider Contact:**
Lexington Clinic - 2805
Vital Chart Representative
2450 Palumbo Drive
Lexington, KY 40509
(859) 300-8110 (p) (859) 253-9448 (f)

Your office has requested PHI from the Provider listed above.
You must go to the website below to view the status and content of both pending and completed ROI requests.

WWW.ABTROIPLUS.COM

You must use the Requestor Acct # and Requestor Pin # values that appear in the top portion of this notice, along with the Patient Date of Birth, to view the status and content of both pending and completed ROI requests. Complete instructions are available on the website.

IMPORTANT NOTE:

***FORWARDING ROI REQUESTS OR PATIENT RECORDS BY MAIL OR FAX EXPOSES PATIENTS TO THE RISK OF IDENTITY THEFT AND EXPOSES PROVIDERS AND REQUESTORS TO LITIGATION FROM PATIENTS WHO SUFFER IDENTITY THEFT. TRANSMITTALS OF ROI REQUEST FORMS AND PATIENT RECORDS CONTAINING CERTAIN CRITICAL INFORMATION (Patient Name, Social Security Number, Date of Birth ) THAT ENABLES IDENTITY THEFT SHOULD BE CLOSELY SAFEGUARDED AND TRACKED TO PROTECT PATIENTS, REQUESTORS AND PROVIDERS FROM POTENTIAL LEGAL AND COMPLIANCE LIABILITIES.***

***IF REQUESTOR CHOOSES TO TAKE DELIVERY OF PATIENT RECORDS BY MAIL OR FAX, REQUESTOR HEREBY ACKNOWLEDGES, UPON RECEIPT OF THIS NOTICE, SOLE RESPONSIBILITY FOR ALL CONTINGENT LEGAL AND COMPLIANCE LIABILITIES THAT OCCUR AFTER RECEIPT OF TRANSMITTED PATIENT RECORDS.***

**Lincoln/Reece 2529**

# ROI Plus

## REQUEST REJECTION NOTICE

This is to acknowledge receipt of your recent inquiry requesting information for the patient identified below. The information you requested is not available because of the reasons listed:

### Request and Patient Info:

| | | | |
|---|---|---|---|
| Request Date: | 5/7/2020 | Request ID: | REQ20200507123916287 |
| Requestor Name: | LINCOLN FINANCIAL GROUP | Patient Name: | REECE,JAMIE H |
| Requestor Acct: | R87716 | Patient DOB: | xx/xx/xxxx |
| Requestor PIN: | 7243 | Patient MRN: | xxxxxxx |
| | | Patient ID: | xxxxxxx |

### Request Rejection Reasons:

- [ ] Patient Record Not Found
- [ ] Incomplete Patient Record
- [ ] Patient is currently hospitalized
- [ ] Patient Treatment can not be found at this facility
- [ ] Verfied - Patient Treatment can not be found at this facility
- [ ] ROI Request is older than 90 Days
- [ ] Date or Signature appears to be invalid
- [ ] Workman's Comp missing form 43
- [ ] Workman's Comp needs patient authorization
- [ ] Vacated 3rd Party Directive Federal Court Ruling - see specifics below
- [x] Other - additional information specified below:

NO RECORDS FOR D.O.S

Please resolve the issues related to the rejection and then resubmit your request to the following provider:

Lexington Clinic - 2805
Vital Chart Representative
2450 Palumbo Drive
Lexington, KY 40509

(859) 300-8110 (p) (859) 253-9448 (f)

**Lincoln/Reece 2530**

# ELECTRONIC RECORD RETRIEVAL INSTRUCTIONS

## YOUR REQUEST IS COMPLETE.

**If your request is non-billable (such as Continuity of Care),** the records will be immediately available to you online using the instructions below.

**If your request is billable,** an invoice with payment instructions has also been faxed to you.

- If you wish to pay by credit card online, the records will be immediately available to you online using the instructions below. You may make payment during the retrieval process.
- If you wish to pay by check, the records will be available to you online *once payment has been received and posted*. A faxed "PAID" invoice will be faxed to you as confirmation of receipt. Then, you may use the instructions below.

## Please follow these simple instructions to retrieve your medical records:

1. Go to www.abtroiplus.com
2. Enter the Requestor Acct # and Requestor PIN #, which are located on the first page of this faxed notification. (These items also appear on the invoice, if you received one.)
3. Search for the requested records by:
    a. From the alphabetical list at the top of the screen, click on the first letter of the patient's last name; if looking for multiple records, click 'ALL.'
    b. In the search bar, type the Request ID number or the patient's last name.
4. Click on the View button under 'Options' and enter the patient's date of birth to open the requested records.

NOTE: If your request is billable, you cannot view the records until your payment is received. You may pay by credit card online as part of the record retrieval process. Paying by credit card online allows you immediate online access to the records.

VitalChart 11/4/2019

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

May 7, 2020

Dr. Ryan Donegan, MD
Bluegrass Orthopaedics
3480 YORKSHIRE MEDICAL PARK
LEXINGTON, KY 40509

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece
Claimant D.O.B.:

Dear Dr. Ryan Donegan:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2019 through present

We ask that you provide this information by May 21, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-3543 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Caitlin Alexander
LTD Technical Specialist I
On Behalf Of: Erika Cruz
Phone No.: (855) 508-4895 Ext. 41622
Secure Fax No.: (603) 334-3543

Attachments: 8356763-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.17.2018

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie H. Reece

Name of legal representative, if applicable (print) Theresa Gilbert Relationship Attorney

Signature of claimant or legal representative Jamie H. Reece

Date of Birth: ___ Claim Number: 8356763 Date: 10/8/19

**A copy of this authorization will be considered as valid as the original**

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) Theresa Gilbert Relationship attorney

Signature of claimant or legal representative Jamie Reece

Date of Birth: _____ Claim Number: 8356763 Date: 10/7/18

**A copy of this authorization will be considered as valid as the original.**

## Notice of No Records

We have received your request for records. A thorough search has been made for the records you have requested. Unfortunately, we were unable to locate records at this time. Please review the following information regarding this discrepancy. If you have any questions, or feel that you are receiving this notice in error, please contact us at MediCopy at 866.587.6274.

**Patient Information:**

Patient Name: JAMIE REECE

DOB (mm/dd/yyyy):

**Records/Information Requested From:**

Facility/Dr. Name: BLUEGRASS ORTHOPEDICS

**Reason That Records/Information Could Not Be Provided**

- ☐ No Records for Dates Requested. Last Seen on _______________
- ☐ No Records Matching Information Requested
- ☐ No Patient Match Found in Database
- ☐ Patient Not Seen by Provider/Facility/Location Requested
- ☑ Other PATIENT NOT SEEN BY PROVIDER DURING DATES REQUESTED

MediCopy Services, Inc. *simple. secure. solutions.*

8 City Blvd Suite 400 Nashville, TN 37209

866.587.MCSI I www.MediCopy.net

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

RCVD 5/15/20

May 8, 2020

Dr. Patrick K. Leung, MD
1401 HARRODSBURG ROAD, C-225
LEXINGTON, KY 40504

Patient has not been seen since 12/10/2018

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece
Claimant D.O.B.:

Dear Dr. Patrick Leung:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2019 through present

We ask that you provide this information by May 21, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-3543 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

If you have any questions regarding this matter, please contact me.

Lincoln Financial Group
*LINCOLN LIFE ASSURANCE COMPANY OF BOSTON*
*GROUP BENEFITS DISABILITY CLAIMS*
*P.O. BOX 7209*
*LONDON, KY 40742-7209*

002491 LFPL2LD1 000000

DR PATRICK LEUNG MD
1401 HARRODSBURG ROAD, C-225
LEXINGTON KY 40504

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie H. Reece

Name of legal representative, if applicable (print) Theresa Gilbert Relationship Attorney

Signature of claimant or legal representative Jamie H. Reece

Date of Birth: ______ Claim Number: 8356763 Date: 10/8/18

**A copy of this authorization will be considered as valid as the original**

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

- My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
- Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
- Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) Theresa Gilbert Relationship attorney

Signature of claimant or legal representative Jamie Reece

Date of Birth: ______ Claim Number: 8356763 Date: 10/7/18

**A copy of this authorization will be considered as valid as the original.**



PAGE 4/4 * RCVD AT 5/15/2020 2:46:14 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/3 * DNIS:6033343543 * CSID:8594223994 * ANI:8594223994 * DURATION (mm-ss):01-58

| | | |
|---|---|---|
| | **Mehr Fairbanks & Peterson Trial Lawyers**<br>**201 West Short Street**<br>**Suite 800**<br>**Lexington, KY 40507**<br>**Tel: 859-225-3731 Fax: 855-940-4045** | **Fax** |

**To:** 16033343543 **From:** Suzy Hall

**Fax:** 1-603-334-3543 **Date:** May 08, 2020 03:07 PM

**Subject: Jamie Reece**

---

**RE: Claimant: Jamie H. Reece**
**Claim No.: 8356763**

Sincerely,

Susan Hall | Paralegal
201 West Short Street, Suite 800
Lexington, KY 40507
Phone: (859) 225-3731
Fax: (859) 225-3830
shall@austinmehr.com
www.mehrfairbanks.com

This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information contained in this communication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in future then please respond to the sender to this effect.

Confidentiality Warning: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information which is privileged, confidential, proprietary or exempt from disclosure under applicable law. If you are not the intended recipient or the person responsible for delivering the message to the intended recipient, you are strictly prohibited from disclosing, distributing, copying or in any way using this message. If you have received this communication in error, please notify the sender, and destroy and delete any copies you may have received.

MEHR, FAIRBANKS & PETERSON
TRIAL LAWYERS

201 West Short Street, Suite 800 • Lexington, Kentucky 40507 • 859-225-3731 • 859-225-3830 • www.mehrfairbanks.com

M. Austin Mehr — amehr@austinmehr.com
Philip G. Fairbanks — pgf@austinmehr.com
Erik D. Peterson — edp@austinmehr.com
Bartley K. Hagerman — bkh@austinmehr.com
Elizabeth A. Thornsbury — elizabeth@austinmehr.com

May 8, 2020

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
Attn: Erika Cruz
P.O. Box 7209
London, KY 40742

***sent via facsimile: 603-334-3543***

**RE: Claimant: Jamie H. Reece**
**Claim No.: 8356763**

Dear Madam or Sir:

I have received your letter of May 7, 2020, which contains two different due dates to return information to you: June 6 and June 21, 2020. June 6 would leave us with less than one month, which is unreasonable, so we will assume that you intended June 21, 2020 to be the correct due date, and will proceed in reliance upon this assumption unless you advise otherwise within the next five (5) days.

Sincerely,

/s/ Bartley K. Hagerman

Bartley K. Hagerman

BKH/slh

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

| | |
|---|---|
| Date: | May 7, 2020 |
| To: | FAMILY PRACTICE ASSOCIATES OF LEXINGTON<br>1775 ALYSHEBA WAY #201<br>LEXINGTON KY 40509 |
| Attn: | Medical Records |
| Fax: | (859) 278-6867 |
| From: | Caitlin Alexander<br>LTD Technical Specialist I<br>On Behalf Of: Erika Cruz<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 334-3543 |
| Total Pages<br>(Including Cover): | 5 |
| RE:<br><br>Claim #: 8356763<br>Claimant: Jamie Reece<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. | |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

May 7, 2020

Family Practice Associates of Lexington
1775 ALYSHEBA WAY #201
LEXINGTON, KY 40509

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece
Claimant D.O.B.:

Dear Family Practice Associates of Lexington:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2019 through present

We ask that you provide this information by May 21, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-3543 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Caitlin Alexander
LTD Technical Specialist I
On Behalf Of: Erika Cruz
Phone No.: (855) 508-4895 Ext. 41622
Secure Fax No.: (603) 334-3543

Attachments: 8356763-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.17.2018

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie H. Reece

Name of legal representative, if applicable (print) Theresa Gilbert Relationship Attorney

Signature of claimant or legal representative Jamie H. Reece

Date of Birth: _____ Claim Number: 8356763 Date: 10/8/19

**A copy of this authorization will be considered as valid as the original**

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) Theresa Gilbert Relationship attorney

Signature of claimant or legal representative Jamie Reece

Date of Birth: _ ___ Claim Number: 8356763 Date: 10/7/18

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

| | |
|---|---|
| Date: | May 7, 2020 |
| To: | DR NICOLE EVERMAN MD<br>KENTUCKYONE HEALTH<br>3470 BLAZER PKWY SUITE 150<br>LEXINGTON KY 40509 |
| Attn: | Medical Records |
| Fax: | (859) 263-8808 |
| From: | Caitlin Alexander<br>LTD Technical Specialist I<br>On Behalf Of: Erika Cruz<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 334-3543 |
| Total Pages<br>(Including Cover): | 5 |
| RE:<br><br>Claim #: 8356763<br>Claimant: Jamie Reece<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. | |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

May 7, 2020

Dr. Nicole A. Everman, MD
Kentuckyone Health
3470 BLAZER PKWY SUITE 150
LEXINGTON, KY 40509

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece
Claimant D.O.B.:

Dear Dr. Nicole Everman:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2019 through present

We ask that you provide this information by May 21, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-3543 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Caitlin Alexander
LTD Technical Specialist I
On Behalf Of: Erika Cruz
Phone No.: (855) 508-4895 Ext. 41622
Secure Fax No.: (603) 334-3543

Attachments: 8356763-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.17.2018

5M290180131

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie H. Reece

Name of legal representative, if applicable (print) Theresa Gilbert Relationship Attorney

Signature of claimant or legal representative Jamie H. Reece

Date of Birth: _____ Claim Number: 8356763 Date: 10/8/18

**A copy of this authorization will be considered as valid as the original**

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) Theresa Gilbert Relationship attorney

Signature of claimant or legal representative Jamie Reece

Date of Birth: _ ____ Claim Number: 8356763 Date: 10/7/18

**A copy of this authorization will be considered as valid as the original.**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

DR ABBAS HAIDER
1221 S. BROADWAY
LEXINGTON KY 40504

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

May 8, 2020

Dr. Abbas Haider
1221 S. BROADWAY
LEXINGTON, KY 40504

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece
Claimant D.O.B.:

Dear Dr. Abbas Haider:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2019 through present

We ask that you provide this information by May 21, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-3543 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Caitlin Alexander
LTD Technical Specialist I
On Behalf Of: Erika Cruz
Phone No.: (855) 508-4895 Ext. 41622
Secure Fax No.: (603) 334-3543

Attachments: 8356763-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.17.2018

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie H. Reece

Name of legal representative, if applicable (print) Theresa Gilbert Relationship Attorney

Signature of claimant or legal representative Jamie H. Reece

Date of Birth: _ ____ Claim Number: 8356763 Date: 10/8/19

**A copy of this authorization will be considered as valid as the original**

5M290180131

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) Theresa Gilbert Relationship attorney

Signature of claimant or legal representative Jamie Reece

Date of Birth: ____ Claim Number: 8356763 Date: 10/7/18

**A copy of this authorization will be considered as valid as the original.**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

| | |
|---|---|
| Date: | May 7, 2020 |
| To: | DR INDHIRA BISONO- JIMENEZ<br>KENTUCKY ONE HEALTH RHEUMATOLOGY ASSOCIA<br>211 FOUTAIN COURT<br>SUITE 220<br>LEXINGTON KY 40509 |
| Attn: | Medical Records |
| Fax: | (859) 629-7266 |
| From: | Caitlin Alexander<br>LTD Technical Specialist I<br>On Behalf Of: Erika Cruz<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 334-3543 |
| Total Pages<br>(Including Cover): | 5 |
| RE:<br><br>Claim #: 8356763<br>Claimant: Jamie Reece<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. | |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

May 7, 2020

Dr. Indhira Bisono- Jimenez
Kentucky One Health Rheumatology Associates
211 FOUTAIN COURT
SUITE 220
LEXINGTON, KY 40509

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece
Claimant D.O.B.:

Dear Dr. Indhira Bisono- Jimenez:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2019 through present

We ask that you provide this information by May 21, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-3543 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Caitlin Alexander
LTD Technical Specialist I
On Behalf Of: Erika Cruz
Phone No.: (855) 508-4895 Ext. 41622
Secure Fax No.: (603) 334-3543

Attachments: 8356763-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.17.2018

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie H. Reece

Name of legal representative, if applicable (print) Theresa Gilbert Relationship Attorney

Signature of claimant or legal representative Jamie H. Reece

Date of Birth: _ ____ Claim Number: 8356763 Date: 10/8/19

**A copy of this authorization will be considered as valid as the original**

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) Theresa Gilbert Relationship attorney

Signature of claimant or legal representative Jamie Reece

Date of Birth: _ ____ Claim Number: 8356763 Date: 10/7/18

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

| | |
|---|---|
| Date: | May 7, 2020 |
| To: | DR MATTHEW TUTT MD<br>LEXINGTON CLINIC<br>1221 SOUTH BROADWAY<br>LEXINGTON KY 40504 |
| Attn: | Medical Records |
| Fax: | (859) 258-6512 |
| From: | Caitlin Alexander<br>LTD Technical Specialist I<br>On Behalf Of: Erika Cruz<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 334-3543 |
| Total Pages<br>(Including Cover): | 5 |
| RE:<br><br>Claim #: 8356763<br>Claimant: Jamie Reece<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. | |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

May 7, 2020

Dr. Matthew P. Tutt, MD
Lexington Clinic
1221 SOUTH BROADWAY
LEXINGTON, KY 40504

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece
Claimant D.O.B.:

Dear Dr. Matthew Tutt:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2019 through present

We ask that you provide this information by May 21, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-3543 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Caitlin Alexander
LTD Technical Specialist I
On Behalf Of: Erika Cruz
Phone No.: (855) 508-4895 Ext. 41622
Secure Fax No.: (603) 334-3543

Attachments: 8356763-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.17.2018

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie H. Reece

Name of legal representative, if applicable (print) Theresa Gilbert Relationship Attorney

Signature of claimant or legal representative Jamie H. Reece

Date of Birth: _____ Claim Number: 8356763 Date: 10/8/19

**A copy of this authorization will be considered as valid as the original**

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) Theresa Gilbert Relationship attorney

Signature of claimant or legal representative Jamie Reece

Date of Birth: _ ____ Claim Number: 8356763 Date: 10/7/18

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

| | |
|---|---|
| Date: | May 7, 2020 |
| To: | DR RYAN DONEGAN MD<br>BLUEGRASS ORTHOPAEDICS<br>3480 YORKSHIRE MEDICAL PARK<br>LEXINGTON KY 40509 |
| Attn: | Medical Records |
| Fax: | (859) 422-4558 |
| From: | Caitlin Alexander<br>LTD Technical Specialist I<br>On Behalf Of: Erika Cruz<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 334-3543 |
| Total Pages<br>(Including Cover): | 5 |
| RE: | Claim #: 8356763<br>Claimant: Jamie Reece<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

May 7, 2020

Dr. Ryan Donegan, MD
Bluegrass Orthopaedics
3480 YORKSHIRE MEDICAL PARK
LEXINGTON, KY 40509

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece
Claimant D.O.B.:

Dear Dr. Ryan Donegan:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2019 through present

We ask that you provide this information by May 21, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-3543 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Caitlin Alexander
LTD Technical Specialist I
On Behalf Of: Erika Cruz
Phone No.: (855) 508-4895 Ext. 41622
Secure Fax No.: (603) 334-3543

Attachments: 8356763-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.17.2018

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie H. Reece

Name of legal representative, if applicable (print) Theresa Gilbert Relationship Attorney

Signature of claimant or legal representative Jamie H. Reece

Date of Birth: _ _____ Claim Number: 8356763 Date: 10/8/19

**A copy of this authorization will be considered as valid as the original**

5M290180131

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) Theresa Gilbert Relationship attorney

Signature of claimant or legal representative Jamie Reece

Date of Birth: ______ Claim Number: 8356763 Date: 10/7/18

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

| | |
|---|---|
| Date: | May 7, 2020 |
| To: | SUSANNA MOBERLY SN, APRN, FNP-BC<br>RHEUMATOLOGY-LEXINGTON CLINIC<br>1221 S. BROADWAY LCSB-5<br>LEXINGTON KY 40504 |
| Attn: | Medical Records |
| Fax: | (859) 258-4261 |
| From: | Caitlin Alexander<br>LTD Technical Specialist I<br>On Behalf Of: Erika Cruz<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 334-3543 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 8356763<br>Claimant: Jamie Reece<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

May 7, 2020

Susanna Moberly, Sn, Aprn, Fnp-Bc
Rheumatology-Lexington Clinic
1221 S. BROADWAY LCSB-5
LEXINGTON, KY 40504

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece
Claimant D.O.B.:

Dear Susanna Moberly:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2019 through present

We ask that you provide this information by May 21, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-3543 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Caitlin Alexander
LTD Technical Specialist I
On Behalf Of: Erika Cruz
Phone No.: (855) 508-4895 Ext. 41622
Secure Fax No.: (603) 334-3543

Attachments: 8356763-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.17.2018

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

**AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie H. Reece

Name of legal representative, if applicable (print) Theresa Gilbert Relationship Attorney

Signature of claimant or legal representative Jamie H. Reece

Date of Birth: _ _____ Claim Number: 8356763 Date: 10/8/19

**A copy of this authorization will be considered as valid as the original**

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece
Name of legal representative, if applicable (print) Theresa Gilbert Relationship attorney

Signature of claimant or legal representative Jamie Reece
Date of Birth: _ ____ Claim Number: 8356763 Date: 10/7/18

**A copy of this authorization will be considered as valid as the original.**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

DR WILLIAM KIBLER MD
1221 S BROADWAY
LEXINGTON KY 40504

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

May 8, 2020

Dr. William Kibler, MD
1221 S BROADWAY
LEXINGTON, KY 40504

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece
Claimant D.O.B.:

Dear Dr. William Kibler:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2019 through present

We ask that you provide this information by May 21, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-3543 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Caitlin Alexander
LTD Technical Specialist I
On Behalf Of: Erika Cruz
Phone No.: (855) 508-4895 Ext. 41622
Secure Fax No.: (603) 334-3543

Attachments: 8356763-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.17.2018

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie H. Reece

Name of legal representative, if applicable (print) Theresa Gilbert Relationship Attorney

Signature of claimant or legal representative Jamie H. Reece

Date of Birth: ____ Claim Number: 8356763 Date: 10/8/19

**A copy of this authorization will be considered as valid as the original**

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) Theresa Gilbert Relationship attorney

Signature of claimant or legal representative Jamie Reece

Date of Birth: ____ Claim Number: 8356763 Date: 10/7/18

**A copy of this authorization will be considered as valid as the original.**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

DR PATRICK LEUNG MD
1401 HARRODSBURG ROAD, C-225
LEXINGTON KY 40504

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

May 8, 2020

Dr. Patrick K. Leung, MD
1401 HARRODSBURG ROAD, C-225
LEXINGTON, KY 40504

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece
Claimant D.O.B.:

Dear Dr. Patrick Leung:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2019 through present

We ask that you provide this information by May 21, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-3543 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Caitlin Alexander
LTD Technical Specialist I
On Behalf Of: Erika Cruz
Phone No.: (855) 508-4895 Ext. 41622
Secure Fax No.: (603) 334-3543

Attachments: 8356763-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.17.2018

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie H. Reece

Name of legal representative, if applicable (print) Theresa Gilbert Relationship Attorney

Signature of claimant or legal representative Jamie H. Reece

Date of Birth: _ ____ Claim Number: 8356763 Date: 10/8/18

**A copy of this authorization will be considered as valid as the original**

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) Theresa Gilbert Relationship attorney

Signature of claimant or legal representative Jamie Reece

Date of Birth: _ ____ Claim Number: 8356763 Date: 10/7/18

**A copy of this authorization will be considered as valid as the original.**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

| | |
|---|---|
| Date: | May 7, 2020 |
| To: | BARTLEY HAGERMAN<br>MEHR, FAIRBANKS & PETERSON<br>201 WEST SHORT STREET<br>SUITE 800<br>LEXINGTON KY 40507 |
| Attn: | |
| Fax: | (859) 225-3830 |
| From: | Caitlin Alexander<br>LTD Technical Specialist I<br>On Behalf Of: Erika Cruz<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 334-3543 |
| Total Pages (Including Cover): | 13 |
| RE: | Claim #: 8356763<br>Claimant: Jamie Reece<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

May 7, 2020

Bartley K. Hagerman
Mehr, Fairbanks & Peterson
201 WEST SHORT STREET
SUITE 800
LEXINGTON, KY 40507

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece

Dear Bartley Hagerman:

We are writing with regard to Jamie Reece's claim for Long Term Disability (LTD) benefits under Toyota Motor Engineering & Manufacturing North America, Inc.'s Group Disability Income Policy.

We are currently reviewing Ms. Reece's eligibility for continued disability benefits, and are in need of additional information.

Ms. Reece is currently receiving benefits based on her inability to perform the material and substantial duties of her own occupation.

To remain eligible for benefits beyond the 24th month, Ms. Reece must be disabled from any occupation. As her benefits began on October 21, 2018, the change in definition will occur on October 21, 2020. We are currently gathering information to assess her continued eligibility for benefits beyond this date.

As part of our investigation, we will be contacting Ms. Reece's treating physician(s). If she has changed physicians or been treated by other physicians in the last 12 months, please provide us with the full names and mailing addresses of these physicians.

Please complete the following forms and return them in the envelope provided by June 6, 2020:

X Family Information Questionnaire
X Training Education Experience
X LTD Forms - Standard

__ Other

Toyota Motor Engineering & Manufacturing North America, Inc.'s LTD Policy requires that, in order to receive ongoing benefits, Ms. Reece provide proof of disability within a required timeframe. Her cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate Ms. Reece's eligibility for benefits without it. We ask that Ms. Reece provide us with this information no later than June 21, 2020 as required under the terms of the Policy.

Please be advised that we are unable to evaluate eligibility for continued benefits without this information. In the absence of this information, Ms. Reece's claim may be suspended.

If Ms. Reece has any questions regarding this matter, please contact me.

Sincerely,

Caitlin Alexander
LTD Technical Specialist I
On Behalf Of: Erika Cruz
Phone No.: (855) 508-4895 Ext. 41622
Secure Fax No.: (603) 334-3543

Attachments: Family Information Questionnaire
Training Education Experience
LTD Forms - Standard

# FAMILY INFORMATION QUESTIONNAIRE

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

**Return to:** Erika Cruz

EMPLOYEE/CLAIMANT NAME: Jamie Reece

CLAIM NO: 8356763

EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North America, Inc.

DATE OF BIRTH: ____________________

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single _____ Married _____ Divorced _____

If married, please indicate your spouse's name and date of birth. Name: ____________________ DOB: _________

Do you have children or dependents*? Yes _____ No _____

If yes, please provide additional details below, using additional space as needed.

* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| **Name** | **DOB** | **If Divorced or Separated, Indicate Custodial or Non-Custodial** | **High School Student? Yes or No** | **Anticipated/Actual Last Month/Year of High School** |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: __________ No: __________

If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Lincoln Life Assurance Company of Boston.

| **Name** | **DOB** | **Awarded as: Dependent, Spouse or Disabled** | **Current Monthly Benefit Amount** | **Date of Entitlement to Benefits** | **Benefit Termination Date (if applicable)** |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ________________________________________ Date: ____________________

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

EMPLOYEE/CLAIMANT NAME: Jamie Reece

CLAIM NO: 8356763

EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North America, Inc.

DATE OF BIRTH: ____________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: ____________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ____________ Certificate Program completed: ____________

Associates Degree: ____________ College: number of years: ____________

Bachelor's Degree: BA /BS Major: ____________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ____________

Professional Training, License, Certificates(s): ____________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ____________

List any other Training or Classes Attended or Plan to Attend: ____________

Primary language spoken: ____________ Other language(s) spoken fluently: ____________

Additional Skills, Hobbies & Volunteer Work ____________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ____________ To: ____________

Branch of Service: ____________ Specialty: ____________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ____________

2. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

3. Company: ____________________ Department: ____________________ From: ________ To: ______
   Job Title(s): ____________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________________________
   ____________________________________________________________

4. Company: ____________________ Department: ____________________ From: ________ To: ______
   Job Title(s): ____________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________________________
   ____________________________________________________________

5. Company: ____________________ Department: ____________________ From: ________ To: ______
   Job Title(s): ____________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________________________
   ____________________________________________________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ______________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ____________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ______________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ____________________ Work: ____________________

**SIGNATURE:** ____________________ **PHONE NO: (     )** ____________________

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________________

Name of legal representative, if applicable (print) ___________________________________ Relationship ____________________

Signature of claimant or legal representative _________________________________________

Date of Birth: ____________________ Claim Number: 8356763 Date: ______________________________

**A copy of this authorization will be considered as valid as the original.**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

# AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ____________________

Name of legal representative, if applicable (print) ____________________ Relationship ____________

Signature of claimant or legal representative ____________________

Date of Birth: ____________ Claim Number: 8356763 Date: ____________________

**A copy of this authorization will be considered as valid as the original**

**Lincoln/Reece 2595**

# CLAIMANT INFORMATION FORM

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

**Return To:** Erika Cruz

EMPLOYEE/CLAIMANT NAME: Jamie Reece

CLAIM NO: 8356763

EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North America, Inc. DATE OF BIRTH: ____________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 06/01/2019 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

**MEDICAL INSURANCE CARRIER(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

**PHARMACY(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ____________ **DATE:** ____________

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

Lincoln Financial Group®

**Return to:** Erika Cruz

**EMPLOYEE/CLAIMANT NAME:** Jamie Reece **CLAIM #:** 8356763
**EMPLOYER:** Toyota Motor Engineering & Manufacturing North America, Inc. **DATE OF BIRTH:** ________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Workers' Compensation | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | ______ | ______ | ______ | ______ |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ____________________

**DATE:** ____________ **EMPLOYEE'S SIGNATURE:** ____________________

DP 409

# ACTIVITIES QUESTIONNAIRE

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-3543

**Return To:** Erika Cruz ______



EMPLOYEE/CLAIMANT NAME: Jamie Reece ______

CLAIM NO: 8356763 ______ DATE OF BIRTH: ______

EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North America, Inc. ______

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:

sit ______ stand ______ walk ______

How many hours a day do you:

sit ______ stand ______ walk ______

Do you take a nap during the day?

Yes______ No ______

If Yes, for how long? ______ At what time of the day?______

How many hours a day do you spend in bed?______

Do you require any assistive devices such as a:

cane ______ walker______ crutches ______ wheelchair ______ other______

How long are you able to sit in a car?______

Do you hold a valid driver's license?

Yes______ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car?______

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

______

Do you have children?

Yes______ No ______ If Yes, what are their dates of birth ______

______

Do you need help caring for your children?

Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes______ No ______ If Yes, please explain ______

How many times a day do you leave the house during the week? ______

On the weekends?______

How often do you run errands? ______

Please describe what errands you most commonly run: ______

______

How often do you get outdoors? ______________________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?

_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?

_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ______________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ______________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ______________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ______________________________

How often do you travel or take vacation? ______________________________

Where do you go? How do you get there (transportation method)? ______________________________

______________________________

Are you able to pursue your hobbies? Yes _______ No _______

If Yes, please describe ______________________________

Do you participate in an exercise program? Yes _______ No _______

If Yes, please describe ______________________________

Do you do any Volunteer work? Yes _______ No _______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ______________________________

Are you working for wages? Yes _______ No _______

If Yes, please provide employer's name ______________________________

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

______________________________
______________________________
______________________________
______________________________
______________________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______________________________
______________________________
______________________________
______________________________
______________________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

---

Name: ______________________ Date: ______________________

Signature: ______________________

# INVOICE

**Reliable Review Services**

**Invoice Number : 38748-1** **6/7/2019 10:54 AM CDT**

Claimant: Jamie H Reece
Client Claim#: 8356763
RRS Claim#: 38748-1

**Customer:** LINCOLN FINANCIAL GROUP
8801 Indian Hills Drive
Omaha, NE 68114

| Description of Services | Hours | Rate | Other Fees | Amount Due |
|---|---|---|---|---|
| PEER REVIEW | 13.75 | 210 | | 2887.50 |

**Total Due: $2887.50**

**Reviewer Details**

**Reviewer**

**Please include the invoice number with your payment and mail to:**

Reliable RS
PO Box 492890,
Redding CA 96049

**Tax Id:** 26-1114252

MEHR, FAIRBANKS & PETERSON
TRIAL LAWYERS
201 West Short Street, Suite 800, Lexington, KY 40507 • Phone: (859) 225-3731 • Fax: (859) 225-3830

FAX TRANSMISSION COVER SHEET

---

Date: June 25, 2019

To: Lincoln Financial Group—Liberty Life Assurance Co. of Boston Group Benefits Disability Claims

Attn: **Tracey Sprous**

Fax: **603-559-0310**

**RE:** **Jamie Reece**
**8356763**

Sender: Katelynn Nolen, Paralegal

YOU SHOULD RECEIVE 2 PAGE(S), INCLUDING THIS COVER SHEET. IF YOU DO NOT RECEIVE ALL THE PAGES, **PLEASE CALL 859-225-3731**

---

The information contained in this fax is confidential and intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient (or the employee or agent responsible to deliver it to the intended recipient), you are hereby notified that any distribution or copying of this communication is prohibited. If you have received this communication in error, please notify us by collect telephone and return the original message to us at the above address at our expense.

MEHR, FAIRBANKS & PETERSON
TRIAL LAWYERS

201 West Short Street, Suite 800 • Lexington, Kentucky 40507 • (859) 225-3731 • Fax (859) 225-3830 • www.mehrfairbanks.com

M. Austin Mehr amehr@austinmehr.com
Philip G. Fairbanks pgf@austinmehr.com
Erik D. Peterson edp@austinmehr.com
Bartley K. Hagerman bkh@austinmehr.com
Elizabeth A. Thornsbury elizabeth@austinmehr.com

June 25, 2019

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
Attn: Tracey Sprous
P.O. Box 7209
London, KY 40742

***sent via facsimile: 603-559-0310***

**RE: Claimant: Jamie H. Reece**
**Claim No.: 8356763**

Dear Ms. Sprous:

Thank you for your letter dated June 24, 2019. I am writing to instruct you that all benefit payments, both past due, and as well as future payments, for the above referenced claim number should be sent to our office at the address listed below and that all checks should be made payable to **Jamie Reece**. Our address is as follows:

**Mehr, Fairbanks and Peterson Trial Lawyers**
**201 West Short Street, Suite 800**
**Lexington, Kentucky 40507**

If you have any questions, please do not hesitate to call. Thank you.

Sincerely,

Bartley K. Hagerman/kmn

Bartley K. Hagerman

BKH/kmn

**From:** TEMALeaves@lfg.com
**To:**
donna.sutherland@toyota.com;judy.lykins@toyota.com;beth.renfro@toyota.com;Shawn.dempsey@toyota.com
**Subject:** LINCOLN FINANCIAL NOTIFICATION: Approval of Long Term Disability for Jamie Reece 277390 Claim 8356763

This is to notify you that there has been an approval of your Team Member's Long Term Disability claim.

**Long Term Disability Information:**

Last Day Worked: 4/14/2018

Date of Disability: 4/15/2018

Benefit Begin Date: 10/21/2018

Claim Status: Approved

If you have further questions, please call Lincoln Financial at (800) 291-0112 ext. 41452 or contact the assigned Case Manager at Tracey.Sprous@lfg.com. Please be sure to reference claim number 8356763.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

| | |
|---|---|
| Date: June 24, 2019 | |
| To: | BARTLEY HAGERMAN<br>MEHR, FAIRBANKS & PETERSON<br>201 WEST SHORT STREET<br>SUITE 800<br>LEXINGTON KY 40507 |
| Attn: | |
| Fax: | (859) 225-3830 |
| From: | Tracey Sprous<br>Senior Claims Examiner<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 559-0310 |
| Total Pages<br>(Including Cover): | 12 |
| RE:<br><br>Claim #: 8356763<br>Claimant: Jamie Reece<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

June 24, 2019

Bartley K. Hagerman
Mehr, Fairbanks & Peterson
201 WEST SHORT STREET
SUITE 800
LEXINGTON, KY 40507

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece

Dear Bartley Hagerman:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Toyota Motor Engineering & Manufacturing North America, Inc.'s Group Disability Policy. We are writing in reference to Jamie Reece's claim for LTD benefits under the Policy.

We have completed a thorough review of the information submitted and have approved Ms. Reece's claim for benefits.

The Policy states that to be eligible for benefits Ms. Reece must meet the definition of disability as defined in the LTD Policy:

*"**Disability**" or "**Disabled**" means:*

1. *For persons other than pilots, co-pilots, and crewmembers of an aircraft:*

   i. *that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

   ii. *thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

2. *With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*

***"Disability"** or **"Disabled"** means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*

Based on the medical and vocational information contained in our claim file, we have determined that Ms. Reece is unable to perform the duties of her occupation.

We have determined that her date of disability is April 15, 2018 and her benefits begin on October 21, 2018. Benefit payment will be sent under separate cover.

The Policy provides benefits at 60% of her pre-disability earnings less benefits from other income. These include, but are not limited to benefits under the United States Social Security Act, the Public Employees' Retirement Fund and Workers' Compensation benefits.

She will continue to receive benefits provided all contractual provisions continue to be met or until Ms. Reece returns to work or other income benefits are awarded as defined by the Policy.

Ms. Reece may have her benefit checks automatically deposited into her checking or savings account by completing the enclosed Direct Deposit Form and returning it to our office. Please be advised that LTD benefit payments are processed on a monthly basis and 30 days in arrears.

While Ms. Reece is eligible to receive Long Term Disability benefits, we will not require payment of any LTD premiums normally due.

In addition to Ms. Reece's LTD benefits she may also qualify for disability benefits from the Social Security Administration. The Policy requires that she apply for Social Security benefits should her disability be expected to extend for twelve months. The enclosed Social Security fact sheet explains the advantages of obtaining an award. To apply, contact Ms. Reece's local Social Security office or call 1-800-772-1213. Once Ms. Reece has applied, please let us know and provide a copy of her proof of application.

Federal and state tax withholding requirements are based upon the disability Policy established by Ms. Reece's employer. In this case, both federal and state income tax withholding is voluntary. To elect federal income tax withholding from her benefits, please return a completed Form W-4S. Ms. Reece cannot elect less than $88.00 per month to be deducted for federal taxes. To elect state income tax withholding, provide us with the applicable state tax withholding form, which can be obtained from her local federal building or online at www.irs.gov.

We ask that she complete the forms indicated below and return them to our office by July 24, 2019.

X Direct Deposit Application
X SS Reimbursement Agreement
X FAQ - The Advocator Group
X Advantages of Social Security Disability Benefits Form
X Survivor / Estate Information Form

X W-4S 2019
X Other

We will continue to review Ms. Reece's claim and request medical documentation to evaluate her continued eligibility for benefits. Please note that approval at this time does not guarantee payments through the maximum benefit duration. It is imperative that she assist with the management of her claim going forward by providing prompt responses to our requests for information. Please notify our office immediately if her condition changes or her physicians alter her treatment plan.

If Ms. Reece's benefit is overpaid Liberty Life Assurance Company of Boston has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if Ms. Reece begins receiving other income for this same time period as outlined in her LTD Policy.

If Ms. Reece has any questions regarding this matter, please contact me.

Sincerely,

Tracey Sprous
Senior Claims Examiner
Phone No.: (855) 508-4895 Ext. 41452
Secure Fax No.: (603) 559-0310

Attachments: Direct Deposit Application
SS Reimbursement Agreement
FAQ - The Advocator Group
Advantages of Social Security Disability Benefits Form
Survivor / Estate Information Form
W-4S 2019

# DIRECT DEPOSIT APPLICATION

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

**Return To:** Tracey Sprous

EMPLOYEE/CLAIMANT NAME: Jamie Reece

CLAIM NO: 8356763

EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North America, Inc.

DATE OF BIRTH: ____________

**CHECK ONE:** ☐ **New** ☐ **Change**

**YOUR TELEPHONE NUMBER:** ( ) ____________

**ADDRESS:** ____________ **CITY:** ____________ **STATE:** ______ **ZIP:** ______

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY LIFE ASSURANCE COMPANY OF BOSTON to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☐ **Checking** ☐ **Savings**

**BANK NAME:** ____________

**9 DIGIT ABA ROUTING NUMBER:** ____________

**BANK ADDRESS:** ____________

**YOUR ACCOUNT NUMBER:** ____________

**CITY:** ____________ **STATE:** ______ **ZIP:** ______

**BANK PHONE:** ( ) ____________

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY LIFE ASSURANCE COMPANY OF BOSTON or BANK. Any such notification to LIBERTY LIFE ASSURANCE COMPANY OF BOSTON shall be effective only with respect to entries initiated by LIBERTY LIFE ASSURANCE COMPANY OF BOSTON after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ____________ Date: ____________

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

Liberty Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Lincoln Financial Group's bank will transfer your benefit payment directly into your bank account.
Lincoln Financial Group recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
To ensure accuracy, Direct Deposit will actually begin within 10 business days following successful notification to, and verification from your bank. Generally, this means you will receive several benefit checks by mail after you send in your direct deposit application.

C**an I sign up for Direct Deposit and forward my benefit payment to a foreign bank account**?
No, at this time Liberty Life Assurance Company of Boston will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

**LINCOLN FINANCIAL GROUP**
**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**

# SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

**Claimant:** Jamie Reece ______ **Date of Birth:** ______

**Employer:** Toyota Motor Engineering & Manufacturing North America, **Policy/Plan Sponsor No.** 06 - 066619

**A)** **If disability benefits are approved I request that Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company (Liberty Life) pay me my benefit with <u>no reduction</u> for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:**

1) **I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.**
2) **I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.**
3) **I agree to notify Liberty Life immediately if awarded Social Security Benefits.**
4) **I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.**
5) **If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.**
6) **I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.**

**B)** **Social Security benefits <u>will be estimated</u> if:**

1) **I do not sign and return this form to Liberty Life within 45 days of receipt.**
2) **I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.**

**If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.**

**(Insured/Employee signature)** ______

**(Address)** ______

**(Date)** ______

***Please retain a copy for your records or one can be provided upon request.***

**Social Security Disability Insurance**
Frequently Asked Questions

1. **What is Social Security Disability Insurance?**
   Social Security Disability Insurance (SSDI) is a federal program that provides disabled workers with benefits while they are unable to work because of medical impairments.

2. **Why should I file for Social Security Disability Insurance?**
   There are many benefits of receiving an SSDI award, including increased Social Security Retirement benefits, annual Cost of Living Adjustment (COLA) raises, and earlier access to Medicare coverage. In addition, you may be eligible to receive additional Dependent and/or Spousal benefits.

3. **How can The Advocator Group assist me?**
   The Advocator Group is a nationwide Social Security Disability Advocacy organization that has assisted over 60,000 claimants in receiving SSDI benefits. Lincoln Financial Group has partnered with The Advocator Group to provide claimants with the assistance of an experienced team of advocates throughout the SSDI application process.

4. **How much will it cost to have The Advocator Group help me?**
   There is no out of pocket expense to you for utilizing The Advocator Group's services. If your SSDI claim is awarded, the Social Security Administration will pay The Advocator Group a fee based on your past-due benefits amount, and Lincoln Financial Group will cover this fee on your behalf.

5. **I am receiving long-term disability (LTD) insurance benefits. Will I automatically qualify for SSDI benefits?**
   No, receipt of private LTD benefits does not automatically mean you are disabled under Social Security's rules. Likewise, if at some point your LTD benefits end, the fact that you no longer receive LTD benefits does not mean that you won't qualify for SSDI benefits.

6. **I am currently working part time. Should I still apply for benefits?**
   If you are currently working and earning more than $1,090 per month (in 2015), you generally will not be eligible for SSDI benefits and should not file an application at this time. If you are currently working and earning less than $1,090 per month, you may be eligible for benefits.

7. **How long will it take for SSA to process my application?**
   The process of applying for SSDI benefits can be quite long. If your claim is denied, there are several levels of appeal within the SSDI application process, including Reconsideration, a Hearing before an Administrative Law Judge, and in some cases, review by the Appeals Council. Depending on the level at which your claim is finally decided, the process can take anywhere from six months to more than three years.

8. **What if my SSDI claim is denied?**
   If you are denied, you have the right to appeal the decision. The Advocator Group will assist you throughout this process by ensuring that all paperwork and appeals are filed in a timely fashion to comply with the Social Security Administration's strict deadlines.

9. **If I am awarded SSDI, how will my benefits be calculated, i.e., How much will I get?**
   The average monthly SSDI benefit was about $1,146 in 2014. The amount of your monthly benefit is based on your lifetime average earnings covered by Social Security and is reduced if you receive other government benefits, such as worker's compensation or public disability benefits.

10. **How can I contact The Advocator Group?**

    **Call Toll-Free:** (877) 261-1947
    **Facsimile:** (877) 899-1329

    **Mailing Address:**
    The Advocator Group
    101 Edgewater Drive, Suite 260
    Wakefield, MA 01880

    **Hours of Operation:**
    Monday through Friday
    8:00 a.m. to 6:00 p.m. (E.S.T)

# Advantages of Social Security Disability Benefits

- **Increased Disability Benefits**
  - **Though you and your dependents' initial Social Security benefit would be offset from your Long Term Disability payment, your future Social Security cost of living (COLA) increases would not. Therefore you would maximize your combined benefits because they would increase each year.**
- **Increased Retirement Benefits**
  - **For any period within a year that you are not paying into Social Security (FICA) out of your earnings, zeros are being factored into your earnings record. If found eligible for SSDI for any period of time when there were zeros, they will be excluded from the calculation of future benefits. As a result, the amount of your eventual Social Security Retirement Benefit could be *substantially higher*.**
- **Cost of Living Adjustment (COLA) Raises**
  - **SSA will provide you and any eligible dependents an increase annually. These increases will not affect your Long Term Disability benefits.**
- **Tax Free Income**
  - **The majority of Social Security beneficiaries who receive Social Security Disability income are either entirely or partially tax free based on certain criteria set by SSA.**
- **Medicare Coverage**
  - **After you have received Social Security Disability benefits for 24 months, regardless of your age, you also become eligible for Medicare benefits. This includes Part A Hospital benefits, and Part B Medical benefits, which added to any other health insurance coverage you might have, will increase your overall health insurance protection.**
  - **Once you establish Medicare Eligibility your premiums for any other health insurance you might have could decrease. With Medicare coverage available to help pay medical expenses, such premiums may be adjusted downwards.**
  - **Medicare Part A is at no cost while Medicare Part B has an associated premium. You can access http://www.socialsecurity.gov/medicare/ for more information and costs associated with the program.**
- **COBRA Extension**
  - **If you receive Social Security Disability benefits the length of your COBRA benefits may be extended an additional 11 months.**
- **Return To Work Incentives**
  - **Social Security will provide you opportunities to Return To Work while still paying you disability benefits.**

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

## TO BE COMPLETED BY EMPLOYEE:

**YOUR SPOUSE:** **YOUR DOMESTIC PARTNER:**

| | |
|---|---|
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| | |
| | |
| | |
| **Telephone Number:** | **Telephone Number:** |

**CHILDREN: List ALL children. Use reverse side if necessary.**

| | |
|---|---|
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |
| | |
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |
| | |
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |

**GUARDIANSHIP: For all children under age 18 listed above:**

| |
|---|
| **Name:** |
| **Address:** |
| |
| |
| |
| **Telephone Number:** |

**DO YOU HAVE A WILL? YES ____ NO ____** **DO YOU HAVE A TRUST? YES____ NO____**

**ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:**

| |
|---|
| **Name of Executor or Administrator:** |
| **Address:** |
| |
| |
| |
| **Telephone Number:** |

**The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, of deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photocopy of this form will be as valid as the original.**

**DATE:____________________** **EMPLOYEE'S PRINTED NAME:________________________________________**

**EMPLOYEE'S SIGNATURE:________________________________________**

**Lincoln/Reece 2614**

Form **W-4S**

Department of the Treasury
Internal Revenue Service

# Request for Federal Income Tax Withholding From Sick Pay

▶ **Give this form to the third-party payer of your sick pay.**
▶ **Go to *www.irs.gov/FormW4S* for the latest information.**

OMB No. 1545-0074

**2019**

| Type or print your first name and middle initial | Last name | Your social security number |
|---|---|---|
| | | |

Home address (number and street or rural route)

City or town, state, and ZIP code

Claim or identification number (if any) . . . . . . . . . . . . . . . . . . . . . . . . . . . .

I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) . . . . . . . . . . . . . . . . . . . $

Employee's signature ▶ Date ▶

..................................................Separate here and give the top part of this form to the payer. Keep the lower part for your records. ..................................................

**Worksheet** (Keep for your records. Do not send to the Internal Revenue Service.)

| | | | |
|---|---|---|---|
| **1** | Enter amount of adjusted gross income that you expect in 2019 . . . . . . . . . . . . . . | **1** | |
| **2** | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. See Pub. 505 for details. If you don't plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional standard deductions for age and blindness.) **Note:** There is no deduction for personal exemptions for 2019 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | |
| **3** | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | |
| **4** | Tax. Figure your tax on line 3 by using the **2019** Tax Rate Schedule X, Y-1, Y-2, or Z on page 2. **Do not** use any tax tables, worksheets, or schedules in the 2018 Form 1040 instructions . . . . . . . . | **4** | |
| **5** | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) . | **5** | |
| **6** | Subtract line 5 from line 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | |
| **7** | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2019 or paid or to be paid with 2019 estimated tax payments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7** | |
| **8** | Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8** | |
| **9** | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | |
| **10** | Divide line 8 by line 9. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above | **10** | |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You aren't required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Don't use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note:** If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:

- Under a plan to which your employer is a party, and
- In place of wages for any period when you're temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:

- Must be in whole dollars (for example, $35, not $34.50).
- Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.
- Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution:** You may be subject to a penalty if your tax payments during the year aren't at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S **is not** valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you'll receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the Internal Revenue Service.

*(continued on back)*

**Changing your withholding.** Form W-4S remains in effect until you change or revoke it. You may do this by giving a new Form W-4S or a written notice to the payer of your sick pay. To revoke your previous Form W-4S, complete a new Form W-4S and write “Revoked” in the money amount box, sign it, and give it to the payer.

## Specific Instructions for Worksheet

You may use the worksheet on page 1 to estimate the amount of federal income tax that you want withheld from each sick pay payment. Use your tax return for last year and the worksheet as a basis for estimating your tax, tax credits, and withholding for this year.

You may not want to use Form W-4S if you already have your total tax covered by estimated tax payments or other withholding.

If you expect to file a joint return, be sure to include the income, deductions, credits, and payments of both yourself and your spouse in figuring the amount you want withheld.

**Caution:** If any of the amounts on the worksheet change after you give Form W-4S to the payer, you should use a new Form W-4S to request a change in the amount withheld.

### Line 2—Deductions

**Itemized deductions.** Itemized deductions include qualifying home mortgage interest, charitable contributions, state and local taxes (up to $10,000), and medical expenses in excess of 10% of your adjusted gross income. See Pub. 505 for details.

**Standard deduction.** For 2019, the standard deduction amounts are:

| Filing Status | Standard Deduction |
|---|---|
| Married filing jointly or qualifying widow(er) | $24,400* |
| Head of household | $18,350* |
| Single or Married filing separately | $12,200* |

* If you’re age 65 or older or blind, add to the standard deduction amount the additional amount that applies to you as shown in the next paragraph. If you can be claimed as a dependent on another person’s return, see *Limited standard deduction for dependents,* later.

***Additional standard deduction for the elderly or blind.*** An additional standard deduction of $1,300 is allowed for a married individual (filing jointly or separately) or qualifying widow(er) who is 65 or older or blind, $2,600 if 65 or older **and** blind. If both spouses are 65 or older or blind, an additional $2,600 is allowed on a joint return ($2,600 on a separate return if your spouse is your dependent). If both spouses are 65 or older **and** blind, an additional $5,200 is allowed on a joint return ($5,200 on a separate return if your spouse is your dependent). An additional $1,650 is allowed for an unmarried individual (single or head of household) who is 65 or older or blind, $3,300 if 65 or older **and** blind. See Pub. 505, Worksheet 2-4.

***Limited standard deduction for dependents.*** If you are a dependent of another person, your standard deduction is the greater of (a) $1,100 or (b) your earned income plus $350 (up to the regular standard deduction for your filing status). If you’re 65 or older or blind, see Pub. 505 for additional amounts that you may claim.

***Certain individuals not eligible for standard deduction.*** For the following individuals, the standard deduction is zero.

- A married individual filing a separate return if either spouse itemizes deductions.
- A nonresident alien individual.
- An individual filing a return for a period of less than 12 months because of a change in his or her annual accounting period.

### Line 5—Credits

Include on this line any tax credits that you’re entitled to claim, such as the child tax and higher education credits, credit for child and dependent care expenses, earned income credit, or credit for the elderly or the disabled. See Pub. 505, Table 1-2, for credits.

### Line 7—Tax Withholding and Estimated Tax

Enter the federal income tax that you expect will be withheld this year on income other than sick pay and any payments made or to be made with 2019 estimated tax payments. Include any federal income tax already withheld or to be withheld from wages and pensions.

## 2019 Tax Rate Schedules

### Schedule X—Single

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,700 | **$0 + 10%** | **$0** |
| 9,700 | 39,475 | **970.00 + 12%** | **9,700** |
| 39,475 | 84,200 | **4,543.00 + 22%** | **39,475** |
| 84,200 | 160,725 | **14,382.50 + 24%** | **84,200** |
| 160,725 | 204,100 | **32,748.50 + 32%** | **160,725** |
| 204,100 | 510,300 | **46,628.50 + 35%** | **204,100** |
| 510,300 | and greater | **153,798.50 + 37%** | **510,300** |

### Schedule Z—Head of household

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $13,850 | **$0 + 10%** | **$0** |
| 13,850 | 52,850 | **1,385 + 12%** | **13,850** |
| 52,850 | 84,200 | **6,065 + 22%** | **52,850** |
| 84,200 | 160,700 | **12,962 + 24%** | **84,200** |
| 160,700 | 204,100 | **31,322 + 32%** | **160,700** |
| 204,100 | 510,300 | **45,210 + 35%** | **204,100** |
| 510,300 | and greater | **152,320 + 37%** | **510,300** |

### Schedule Y-1—Married filing jointly or Qualifying widow(er)

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $19,400 | **$0 + 10%** | **$0** |
| 19,400 | 78,950 | **1,940 + 12%** | **19,400** |
| 78,950 | 168,400 | **9,086 + 22%** | **78,950** |
| 168,400 | 321,450 | **28,765 + 24%** | **168,400** |
| 321,450 | 408,200 | **65,497 + 32%** | **321,450** |
| 408,200 | 612,350 | **93,257 + 35%** | **408,200** |
| 612,350 | and greater | **164,709.50 + 37%** | **612,350** |

### Schedule Y-2—Married filing separately

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,700 | **$0 + 10%** | **$0** |
| 9,700 | 39,475 | **970.00 + 12%** | **9,700** |
| 39,475 | 84,200 | **4,543.00 + 22%** | **39,475** |
| 84,200 | 160,725 | **14,382.50 + 24%** | **84,200** |
| 160,725 | 204,100 | **32,748.50 + 32%** | **160,725** |
| 204,100 | 306,175 | **46,628.50 + 35%** | **204,100** |
| 306,175 | and greater | **82,354.75 + 37%** | **306,175** |

**Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

Reliable Review Services

| | |
|---|---|
| Date: | 6/07/2019 |
| To: | Lisa MacAllister |
| | LINCOLN FINANCIAL GROUP |
| Re: | RRS ID: 38748 |

| | |
|---|---|
| Claimant: | Jamie H Reece |
| Claim #: | 8356763 |
| Line of Business: | Disability |
| Review Type: | LTD |
| Review Level: | Initial |

Advisory Report

## Clinical History

This review is from an Internal Medicine perspective. The claimant is a 50 year old female who has a listed diagnosis of "cervicalgia." This review is to determine if the claimant was functionally impaired from October 21, 2018 to present. The claimant's date of disability was noted to be April 15, 2018.

All of the medical records were reviewed and taken into consideration for this review, but only those closest to the dates under review from an Internal Medicine perspective were noted below.

Medical evaluation by D. Adams, APRN on September 14, 2017 noted complaints of acute bilateral low back pain with left-sided sciatic symptoms. The claimant reportedly went to an urgent care facility the day before and was prescribed Naprosyn/muscle relaxer. Medical follow-up with K. Hart, RN on September 18, 2017 after pulling out her back. The claimant was prescribed muscle relaxers/NSAIDs and the claimant was given an injection.. Physical therapy was ordered and the claimant noted her back was overall doing better. Lumbar spine x-ray on September 13, 2017 noted minimal degenerative changes.

The physical therapy note on September 18, 2017 noted complaints of lower back pain with plan for therapy to address this condition. The physical therapy note on September 20, 2017 noted the claimant no showed for her appointment. The physical therapy record on September 27, 2017 documented the claimant was sick and no showed for her appointment. The physical therapy discharge summary on December 08, 2017 following treatment for low back pain noted the claimant choose to discontinue therapy and was discharged secondary to noncompliance.

Rheumatology evaluation by Susanna Moberly, APRN on November 17, 2017 for a new patient visit with joint stiffness and pain, with history of psoriasis, with pain on the right side more than left and currently on no medications for psoriasis. The plan was for a trial of prednisone and check lab panel. Lab testing ultimately did not reveal any significant findings, specifically with negative testing for evidence of connective tissue disease. Rheumatology evaluation on December 30, 2017 noted a Prednisone trial

improved outcome with plan to initiate Methotrexate and Folic Acid for psoriatic arthritis.

Medical evaluation by D. Schlider, PA-C on February 01, 2018 was for right shoulder wrist and neck pain which the claimant noted started worsening on January 30, 2018 while at work. The recommendation was for physical therapy to reduce the inflammation and help strength training.

Follow-up with D. Schlider, PA-C on February 22, 2018 noted ongoing shoulder pain and neck pain. A prescription for a Medrol Dosepak and Methocarbamol was noted. Diagnoses of neck and right shoulder pain from a medial epicondylitis wrist pain, and ulnar neuritis was noted.

Follow-up with D. Schlider, PA-C on March 15, 2018 noted the claimant reported no improvement with her right shoulder/upper extremity pain despite going to physical therapy. The claimant noted some numbness in her right hand with plan to continue physical therapy. An MRI and EMG was ordered.

MRI of the right shoulder on March 20, 2018 noted mild fraying along the articular surface of the supraspinatus and infraspinatus with no full thickness rotator cuff tear and mild acromioclavicular (AC) joint osteoarthritic changes.

Rheumatology evaluation by S. Moberly, APRN on March 26, 2018 noted the claimant had not started Humira yet and was still on Methotrexate. The claimant had complaints of multiple recurrent joint pains including right hip pain and stiffness.

Medical evaluation with Dr. R. Donegan (Orthopedics) on April 11, 2018 was for follow-up after a cervical spine MRI. The claimant had complaints of joint pain localized to the shoulder. The claimant reported Neurontin had been helping with pain. The claimant noted pain in the anterior chest wall and clavicle. The claimant noted numbness had improved. The assessment noted the claimant's pain was likely multifactorial. No surgical intervention was recommended for the shoulder or neck.

Follow-up with D. Schlider, PA-C on April 12, 2018 noted ongoing neck and shoulder pain with no other plan changes documented.

Dermatology follow-up on April 17, 2018 noted the claimant was feeling improved with Methotrexate and Folic Acid.

Follow-up with Dr. R. Donegan on April 29, 2018 was for evaluation of neck and arm pain. The claimant complained of anterior shoulder pain and right sided neck pain radiating to her hands/wrists which Neurontin had been helpful. Examination documented some passive pain with motion of the shoulder and mild weakness. A form was filled out for work recommending no use of right upper extremity.

Follow-up on May 14, 2018 with Dr. M. Tutt (specialty unknown) noted no significant findings on cervical MRI or electromyography (EMG) with no neurosurgical options with subtle degree of spinal cord changes with plan for neurology evaluation. The claimant's pain did not correlate with any specific neurologic dermatome. Dr. M. Tutt noted diagnosis of cervicalgia with no indication for any surgical intervention.

Independent Medical Examination on May 31, 2018 by Dr. D. Jenkinson (Orthopedics) noted the claimant reported injury to her neck right shoulder and right upper extremity which began around January 30, 2000. The claimant was unable to describe any specific activity which started the symptoms. The claimant complained of pain in the neck and shoulder with radiation to the right arm. Dr. D. Jenkinson noted subjective symptoms with no objective abnormality on her examination and no evidence of significant work related injury.

Neurology evaluation June 08, 2018 with MRI of the cervical spine documented subtle signal increase in signal in the cervical cord with plan for further work-up of multiple sclerosis (MS).

Rheumatology follow-up with Dr. I. Bisono-Jimenez on June 11, 2018 noted a history of psoriasis of the skin and worsening joint pain with diagnosis of probable seronegative spondyloarthropathy. No significant abnormality was noted on physical examination. Plan was to start Indomethacin and order lab testing.

Orthopedic follow-up on June 18, 2018 noted reevaluation of shoulder pain without obvious source. The claimant was given a referral to another physician and no formal diagnosis was provided.

Neurology evaluation on June 28, 2018 noted overall there was no concern for multiple sclerosis.

Orthopedic evaluation on July 13, 2018 by Dr. W. Kibler noted continued complaints of right shoulder pain. The claimant reported an inability to continue doing work because of pain and limitations of motion. The plan was for physical therapy to relieve some of the overhead and scapular retraction symptoms.

Rheumatology follow-up on August 01, 2018 was for costochondral pain. The plan was for an MRI of the chest which did not lead to abnormalities.

Medical evaluation by Dr. W. Kibler (Orthopedics) on September 10, 2018 noted ongoing right shoulder pain. Dr. W. Kibler noted the claimant was not ready to return to her work activities and the plan was to continue physical therapy.

Rheumatology evaluation by Dr. S. Abbas on October 10, 2018 noted the claimant was seen as a new patient. The claimant had a history of psoriatic arthritis and was looking for a second opinion. The claimant was being followed by orthopedics for right shoulder injury due to repetitive motion involving the right arm with positive tingling/swelling in the arm. The assessment included chronic psoriatic arthritis with disease under excellent control without active disease activity with plan to continue current treatment with Methotrexate and Humira. Right upper extremity injury with symptoms suggestive of complex regional pain syndrome (CRPS) was noted with recommendation for pain management evaluation and to continue physical therapy. Low-dose Gabapentin was started. Dr. S. Abbas noted the claimant likely could not perform repetitive work in a factory with her arm.

Medical evaluation with Dr. P. Leung (Neurology) on December 10, 2018 noted diagnoses of right

shoulder impingement syndrome and CRPS. The claimant was currently following with orthopedics, physical therapy, rheumatology, and pain management who was prescribing Gabapentin and Norco. The claimant had not been able to return to work. Physical examination documented trace swelling in the right forearm with plan for a Medrol Dosepak.

## Questions and Reviewer's Response

**1. Please identify the primary impairing diagnosis(es) with ICD 10 code(s).**

1. Right shoulder pain/impingement (M75.41).
2. CRPS (G90.5).
3. Psoriatic arthritis (L40.52).

**2. If applicable, please identify clinically significant comorbid diagnosis(es) with ICD 10 code(s).**

Low back pain (M54.5).

This condition was treated and addressed during the pre-existing condition timeframe.

**3. Pre-Existing Condition Review**

**Please explain how any condition diagnosed, evaluated, or treated during the period of September 12, 2017 through December 11, 2017 was related to impairment(s) associated with the current absence from work and to what degree (such as "caused" or "contributed to" or another degree of relatedness).**

Based upon review of the available documentation, the medical records do not specifically report any evaluations or diagnoses during the period of time September 12, 2017 through December 11, 2017 which would be related to the documented impairment associated with current absence from work. The claimant was treated for acute lower back pain, received Naprosyn, muscle relaxers, and Methylprednisolone during this timeframe for lower back pain and received physical therapy.

Based upon review of the available records, the claimant experienced some type of shoulder and neck injury in January 2018. The specifics opined were unclear from the available medical records, and there does not appear to be findings of an injury that occurred.

The claimant has subsequently been evaluated by multiple providers including rheumatology, orthopedics, neurology, neurosurgery, and physical therapy for pain management. The claimant underwent MRI of the right shoulder which did not reveal any significant abnormality, MRI of the cervical spine ultimately did not document any significant abnormality.

The medical reports from the claimant's treating provider was unable to provide a specific diagnosis for the claimant's ongoing complaints of pain as well as complaints of numbness and tingling in the right arm. Ultimately all the diagnosis were somewhat unclear, the claimant was being treated for possible CRPS of the right upper extremity with some level of impingement of the right shoulder.

While the claimant has a diagnosis of psoriasis and probable seronegative arthropathy, the rheumatology medical records documented this condition was under good control with use of Methotrexate and Humira.

There was no indication the medical records that the diagnosis of psoriatic arthropathy has any relation to the shoulder and right upper extremity symptoms that began in January 2018. In addition, there was no indication in the medical records that the psoriatic arthropathy would require any specific restrictions/limitations based on normal joint examination and no evidence of any swelling.

**4. For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported restrictions and limitations from October 21, 2018 [DOD] forward in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, walk, lift/carry, type, etc.). If different restrictions are supported for different periods, please provide dates and details. Be sure to address endurance restrictions/limitations, if any, impacting sustained capacity for full-time and/or part-time work and provide your medical rationale.**

Based upon review of the available documentation, the claimant has ongoing complaints of shoulder pain with right upper extremity numbness and tingling. While the specific etiology has not been completely defined in the medical records, the degree of symptoms described in the medical records, the nature of the treatment including use of Neurontin and narcotics for pain management, and the ongoing requirement for physical therapy per orthopedic recommendations, would ultimately support the following restrictions/limitations in relation to these complaints from October 21, 2018 to present:

Avoidance of overhead lifting.
Lifting/pushing/pulling up to 10 pounds of weight with the right upper extremity to waist level only (no restrictions with the left upper extremity).
No restrictions in relation to standing, ambulating, and/or sitting.
No restrictions with fine motor/gross hand movements activity of the upper extremities.
No restrictions in relation to bending, kneeling, and/or squatting.

The claimant would be able to perform full-time work activity with these restrictions/limitations from October 21, 2018 to present.

In my opinion updated medical records would be needed to support impairment and/or the need for restrictions/limitations as of June 15, 2019 and ongoing as the last medical record was dated December 10, 2018.

The claimant would not have any further impairment in relation to the diagnosis of psoriatic arthropathy which has been described by the treating rheumatologist as well controlled on current treatment.

**5. Please advise whether the claimant received treatment (i.e., consultation, care, or services provided by or under the direction of a physician including diagnostic measures and prescribed drugs or medicines) during the period of September 17, 2017-December 11, 2017 for any condition(s) that caused, contributed to, or resulted in one or more of the conditions impairing him/her as of October 21, 2018 [DOD].**

Wal-Mart Pharmacy records noted:

11/28/2017: Loratadine-D (sinus symptoms).
11/29/2017: Estradiol (estrogen steroid hormone).
10/05/2017: Esomepra Mag. (proton pump inhibitor).
11/17/2017: Prednisone (glucocorticoid medication mostly used to suppress the immune system and decrease inflammation)
12/06/2017: Fluzone Quad Syrup (Influenza Vaccine).

The physical therapy note September 18, 2017 noted complaints of lower back pain with plan for therapy to address this condition. The physical therapy note on September 20, 2017 noted the claimant no showed for her appointment. The physical therapy record on September 27, 2017 documented the claimant was sick and no showed for her appointment. The physical therapy discharge summary on December 08, 2017 following treatment for low back pain noted the claimant choose to discontinue therapy and was discharged secondary to noncompliance.

It does not appear the claimant received any treatment during the time frame in question for any condition (right shoulder pain/impingement) that contributed to impairment following October 21, 2018.

The claimant did receive treatment for low back pain. Medical evaluation by D. Adams, APRN on September 14, 2017 noted complaints of acute bilateral low back pain with left-sided sciatic symptoms. The claimant reportedly went to an urgent care facility the day before and was prescribed Naprosyn and a muscle relaxer. Medical follow-up with K. Hart, RN on September 18, 2017 after pulling out her back, was prescribed muscle relaxers and NSAIDs and given an injection, physical therapy was ordered with

the claimant stating her back was overall doing better. Lumbar spine x-ray on September 13, 2017 noted minimal degenerative changes.

Rheumatology evaluation by Susanna Moberly, APRN on November 17, 2017 was for a new patient visit for complaints of joint stiffness and pain. The claimant was noted to have a history of psoriasis. The claimant had pain on the right side more than left and currently was on no medications for psoriasis. Methotrexate Sodium and Prednisone was ordered.

The claimant did not start receive any type of treatment for the right upper extremity until January 2018, and again this condition per record review has no relation to the diagnosis of psoriatic arthropathy. The claimant was treated for lower back pain beginning September 13, 2017, but this condition was not related to the right shoulder pain/impingement impairment beyond October 21, 2018.

## Assessment/Rationale

This review is from an Internal Medicine perspective. The claimant is a 50 year old female who has a listed diagnosis of "cervicalgia." This review is to determine if the claimant was functionally impaired from October 21, 2018 to present. The claimant's date of disability was noted to be April 15, 2018.

The claimant was evaluated for right shoulder and upper extremity pain beginning in January 2018, initially thought to be related to some work related injury. While the ultimate diagnosis for the ongoing shoulder and arm pain is somewhat unclear, the claimant does continue to receive physical therapy and pain management secondary to possible impingement syndrome and subsequent CRPS of the right upper extremity.

There was no indication that this condition had any relation to a diagnosis of psoriatic arthropathy. The nature of ongoing treatment and ongoing pain of the shoulder/upper extremity would support the restrictions and limitations described above.

The ultimate duration of such impairment is unclear at this time; if the claimant ultimately has improvement with ongoing physical therapy, it is possible that the documented restrictions/limitations could be adjusted; further assessment over the next 6 months would be indicated.

***The opinion above is based on the information available for review and held to a reasonable degree of clinical accuracy. I attest that I have no relationship or association with the claimant who is the subject of this independent review. I also attest that I have no substantial personal or financial relationship with the treating provider(s) and/or treatment facility(ies), I have no financial interest in the insurer or claim administrator and my opinion(s) were not influenced by compensation received for my services.***

***I hereby submit this attestation that I have complied, to the highest degree possible, with the provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the standards decreed thereunder.***

Gary Nudell, M.D.
Board Certified
Internal Medicine
CA - A64512

## Documents Sent for Review

| Document Date | Document Type | Document Source |
|---|---|---|
| 05/24/2019 | Independent Evaluation Peer Review Referral | Lincoln Financial Group |
| 06/27/2018, 07/17/2018, 07/18/2018, 08/28/2018, 09/11/2018, 09/13/2018, 09/18/2018, 10/11/2018 | Letters to Claimant | Liberty Mutual |
| 06/18/2018, 06/19/2018, 06/27/2018, 06/28/2018, 08/24/2018, 08/28/2018, 09/13/2018, 10/01/2018, 05/16/2019 | E-Mails | |
| 06/25/2018, 10/07/2018, 10/08/2018 | Liberty Mutual Authorization to Obtain and Release Information | Claimant |
| not dated | Job Description | Premise Health |
| 06/27/2018, 08/28/2018 | Letters to N. Everman, MD | Liberty Mutual |
| 06/08/2018, 06/28/2018 | Office Visit Notes | M. Collett, APRN |
| 06/08/2018 | Office Visit Notes | N. Everman, MD |
| 04/04/2018, 04/11/2018, 05/29/2018, 06/18/2018 | Follow-Up Evaluation | R. Donegan, MD |
| 04/11/2018, 05/29/2018, 06/18/2018 | Work Status | R. Donegan, MD |
| 05/31/2018 | Independent Medical Examination | D. Jenkinson, MD |
| 108 | | |
| 05/14/2018 | Referral Order | M. Tutt, MD |
| 05/14/2018 | Office Visit Notes/Letter | M. Tutt, MD |
| 03/22/2018, 07/03/2018, | Office Visit Notes | P. Leung, MD |

RRS
Reliable Review Services

| | | |
|---|---|---|
| 12/10/2018 | | |
| 04/16/2018 | Letter | Mitsui Sumitomo Insurance Company |
| 11/17/2017, 12/20/2017, 01/26/2018, 03/26/2018 | Office Visit Notes | S. Moberly, APRN |
| 11/17/2017, 01/26/2018, 03/26/2018 | Lab Results | Quest Diagnostics Lab |
| 02/01/2018 | SOAP Notes/Progress Notes | K. Ford, RN |
| 04/10/2018 | MRI Cervical Spine without Contrast | J. Kostelic |
| 03/23/2017, 03/23/2018 | Progress Notes | N. Pack, PA |
| 03/20/2018 | MR Arthrogram Right Shoulder | J. Harris, MD |
| 03/20/2018 | MRI Right Shoulder | J. Harris, MD |
| 02/01/2018, 02/22/2018, 03/15/2018, 03/29/2018, 04/12/2018 | Progress Notes | D. Schlider, PA-C |
| 02/27/2018 | X-Ray Right Shoulder | C. Kenney, 111, MD |
| 02/27/2018 | X-Ray Cervical Spine | C. Kenney, 111, MD |
| 09/14/2017 | History & Physical Reports | D. Adams, APRN |
| 03/06/2017, 09/11/2017 | History & Physical Reports | L. Clickner, APRN |
| 05/03/2017 | History & Physical Reports | L. Denison, APRN |
| 03/06/2017 | Lab Results | no provider |
| not dated | Authorization To Release Health Information | not signed |
| 09/18/2017, 09/20/2017, 09/27/2017, 12/08/2017, 02/01/2019, 02/05/2019, 02/08/2019, 02/13/2019 | Plan of Care/Initial Evaluation/Cancel/No Show/Discharge Summary/Re-Evaluation | M. Hopper, PT |
| 08/10/2017 | Progress Notes | S. Howard, APRN |
| 03/15/2017, 03/20/2017, 03/22/2017, 04/13/2017, 04/17/2017, 04/24/2017, 05/01/2017, 09/05/2017, 11/20/2018, 11/23/2018, 11/27/2018, 11/29/2018, 12/18/2018, 12/26/2018, 01/07/2019 | Plan of Care/initial Evaluations/Daily Notes/Cancel/NO Show Notes/Re-Evaluation/Discharge Summary | M. Neal, PT |
| 09/13/2017 | X-Ray Lumbar Spine | K. Jenkins, MD |
| 02/01/2018 | Referral Order | D. Schlider, PA-C |
| 06/27/2018, 08/24/2018 | Letters to M. Tutt, MD | Liberty Mutual |
| 07/03/2018, 07/25/2018, 09/06/2018, 09/20/2018, 10/29/2018, 11/08/2018 | Invoices | Medi Copy |
| 06/27/2018, 08/28/2018 | Letters to R. Donegan, MD | Liberty Mutual |
| 07/03/2018 | Letter | P. Leung, MD |
| 07/13/2018, 08/28/2018 | Letters to W. Kibler, MD | Liberty Mutual |
| 07/13/2018, 09/07/2018, | Office Visit Notes/Message | W. Kibler, MD |

RRS
Reliable Review Services

| | | |
|---|---|---|
| 11/15/2018 | | |
| 02/07/2019, 02/08/2019, 04/21/2019, 05/21/2019 | Letters to B. Hagerman | Lincoln Financial Group |
| 12/13/2018, 02/07/2019, 02/08/2019, 04/12/2019 | Letters | Mehr, Fairbanks & Peterson Trail Lawyers |
| 11/26/2018, 02/04/2019 | Mehr, Fairbanks & Peterson Trail Lawyers Authorization to Release Information | Claimant |
| 04/17/2019 | Appeal Referral | Lincoln Financial Group |
| 10/29/2018 | Letters to Claimant | Lincoln Financial Group |
| 10/08/2018 | Liberty Mutual Activities Questionnaire | Claimant |
| 10/07/2018 | Liberty Mutual Agreement Concerning Benefits | Claimant |
| 10/07/2018 | Liberty Mutual Claimant Information | Claimant |
| 10/07/2018 | Liberty Mutual Claimant Supplementary Statement | Claimant |
| 10/08/2018 | Liberty Mutual Family Information Questionnaire | Claimant |
| not dated | Liberty Mutual Training-Education-Experience Form | Claimant |
| 10/08/2018 | Liberty Mutual Worker's Compensation Information Form | Claimant |
| 10/01/2018 | Invoice | Hub Enterprises, Inc. |
| 09/11/2018 | Invoice | Family Practice Associates |
| 08/28/2018, 09/13/2018 | Letters to S. Moberly, APRN | Liberty Mutual |
| 08/28/2018 | Letter to Dr. I. Bisono-Jimenez | Liberty Mutual |
| 10/01/2018, 10/18/2018, 10/22/2018, 11/06/2018 | Invoices | Ciox |
| no date | Referral | W. Kibler, MD |
| 10/17/2018, 10/20/2018 | Letters to M. Tutt, MD | Lincoln Financial Group |
| 10/17/2018 | Letter to Dr. I. Bisono-Jimenez | Lincoln Financial Group |
| 10/12/2018 | Letter to Dr. A. Haider | Liberty Mutual |
| 03/24/2017 | Progress Notes | M. Reyes, MD |
| 08/01/2017 | Progress Notes | J. Mosley, RN |
| 09/18/2017 | Progress Notes | K. Hart, RN |
| 02/13/2018, 02/15/2018, 02/20/2018, 02/22/2018, 02/26/2018, 03/05/2018, 03/06/2018, 03/13/2018, 03/14/2018, 03/22/2018 | Quick Notes-Follow-Up Visits/Evaluation | T. Brockman, PTMS |
| 02/27/2018 | Quick Notes | S. Wright, RT |
| 03/27/2017, 03/30/2017, | Follow-Up Soap Notes | M. Keerch, RN |

| | | |
|---|---|---|
| 04/04/2017 | | |
| 03/23/2017 | X-Ray Right Foot | C. Kenney, 111, MD |
| 03/06/2019 | Independent Medical Examination | A. McEldowney, MD |
| 12/01/2016 to 03/12/2019 | Prescription Record | Walmart Pharmacy |
| 06/12/2018 | History & Physical Report | M. Henkel, MD |
| 08/20/2018 | History & Physical Report | K. Applegate, MD |
| 08/20/2018 | Lab Results | Family Practice Associates |
| 06/11/2018, 06/14/2018, 08/01/2018, 09/17/2018 | Office Visit Notes | I. Bisono-Jimenez, MD |
| 08/21/2018 | MRI Chest with/without Contrast | C. Kenney, MD |
| 10/10/2018, 11/12/2018, 02/11/2019, 03/06/2019 | Office Visit Notes/Letters | S. Abbas, MD |
| 01/01/1999 to 02/18/2019 | Prescription Record | Costco Pharmacy |
| 07/13/2017, 08/07/2017, 04/17/2018, 06/19/2018 | Office Visit Notes | A. Chen, MD |
| 08/07/2017 | Surgical Pathology Results | D. Hunt, MD |
| 09/10/2017 | Office Visit Notes | E. Chiswell, APRN |
| 04/20/2018 | Esophagus | S. Chopra, MD |
| 06/10/2018 | Office Visit Notes | C. Hammond, APRN |
| 07/25/2018, 08/01/2018, 08/08/2018, 08/15/2018, 08/24/2018, 09/07/2018, 09/21/2018, 10/05/2018, 10/26/2018, 11/06/2018 | Office Visit Notes | D. Rouse, PT |
| 10/15/2018, 11/12/2018, 12/14/2018, 02/11/2019 | Office Visit Notes | K. Roden, MD |
| 03/07/2019, 03/29/2019 | Letters | W. Kibler, MD |
| 06/08/2018, 06/11/2018, 08/01/2018 | Lab Results | Lab Corp |
| 08/28/2018 | Letter to Family Practice Associates | Liberty Mutual |
| 06/11/2018 | X-Ray Ribs, Chest | C. Butler, MD |
| 06/11/2018 | Lab Results | Immco Diagnostic |
| 10/15/2018 | Lexington Clinic Authorization for the Release of Medical Records | Claimant |
| 10/10/2018 | Lab Results | Lexington Clinic |
| 10/20/2018 | Letter to M. Tutt, MD | Lincoln Financial Group |
| 10/17/2018 | Letter to Dr. I. Bisono-Jimenez | Lincoln Financial Group |
| 08/30/2018, 10/01/2018 | Reports | Hub Enterprises |
| 08/28/2018 | Letter to P. Leung, MD | Liberty Mutual |
| 08/28/2018 | Letter to M. Tutt, MD | Liberty Mutual |
| 08/28/2018 | Letter to Dr. I. Bisono-Jimenez | Liberty Mutual |

| | | |
|---|---|---|
| 08/28/2018 | Letter to Ihs | Liberty Mutual |

# INVOICE

**Reliable Review Services**

**Invoice Number : 38748-1** **6/7/2019 10:54 AM CDT**

Claimant: Jamie H Reece
Client Claim#: 8356763
RRS Claim#: 38748-1

**Customer:** LINCOLN FINANCIAL GROUP
8801 Indian Hills Drive
Omaha, NE 68114

| Description of Services | Hours | Rate | Other Fees | Amount Due |
|---|---|---|---|---|
| PEER REVIEW | 13.75 | 210 | | 2887.50 |

**Total Due: $2887.50**

**Reviewer Details**

**Reviewer**

**Please include the invoice number with your payment and mail to:**

Reliable RS
PO Box 492890,
Redding CA 96049

**Tax Id:** 26-1114252

Date: 6/07/2019

To: Lisa MacAllister

LINCOLN FINANCIAL GROUP

Re: RRS ID: 38748

---

Claimant: Jamie H Reece

Claim #: 8356763

Line of Business: Disability

Review Type: LTD

Review Level: Initial

Advisory Report

## Clinical History

This review is from an Internal Medicine perspective. The claimant is a 50 year old female who has a listed diagnosis of "cervicalgia." This review is to determine if the claimant was functionally impaired from October 21, 2018 to present. The claimant's date of disability was noted to be April 15, 2018.

All of the medical records were reviewed and taken into consideration for this review, but only those closest to the dates under review from an Internal Medicine perspective were noted below.

Medical evaluation by D. Adams, APRN on September 14, 2017 noted complaints of acute bilateral low back pain with left-sided sciatic symptoms. The claimant reportedly went to an urgent care facility the day before and was prescribed Naprosyn/muscle relaxer. Medical follow-up with K. Hart, RN on September 18, 2017 after pulling out her back. The claimant was prescribed muscle relaxers/NSAIDs and the claimant was given an injection.. Physical therapy was ordered and the claimant noted her back was overall doing better. Lumbar spine x-ray on September 13, 2017 noted minimal degenerative changes.

The physical therapy note on September 18, 2017 noted complaints of lower back pain with plan for therapy to address this condition. The physical therapy note on September 20, 2017 noted the claimant no showed for her appointment. The physical therapy record on September 27, 2017 documented the claimant was sick and no showed for her appointment. The physical therapy discharge summary on December 08, 2017 following treatment for low back pain noted the claimant choose to discontinue therapy and was discharged secondary to noncompliance.

Rheumatology evaluation by Susanna Moberly, APRN on November 17, 2017 for a new patient visit with joint stiffness and pain, with history of psoriasis, with pain on the right side more than left and currently on no medications for psoriasis. The plan was for a trial of prednisone and check lab panel. Lab testing ultimately did not reveal any significant findings, specifically with negative testing for evidence of connective tissue disease. Rheumatology evaluation on December 30, 2017 noted a Prednisone trial

improved outcome with plan to initiate Methotrexate and Folic Acid for psoriatic arthritis.

Medical evaluation by D. Schlider, PA-C on February 01, 2018 was for right shoulder wrist and neck pain which the claimant noted started worsening on January 30, 2018 while at work. The recommendation was for physical therapy to reduce the inflammation and help strength training.

Follow-up with D. Schlider, PA-C on February 22, 2018 noted ongoing shoulder pain and neck pain. A prescription for a Medrol Dosepak and Methocarbamol was noted. Diagnoses of neck and right shoulder pain from a medial epicondylitis wrist pain, and ulnar neuritis was noted.

Follow-up with D. Schlider, PA-C on March 15, 2018 noted the claimant reported no improvement with her right shoulder/upper extremity pain despite going to physical therapy. The claimant noted some numbness in her right hand with plan to continue physical therapy. An MRI and EMG was ordered.

MRI of the right shoulder on March 20, 2018 noted mild fraying along the articular surface of the supraspinatus and infraspinatus with no full thickness rotator cuff tear and mild acromioclavicular (AC) joint osteoarthritic changes.

Rheumatology evaluation by S. Moberly, APRN on March 26, 2018 noted the claimant had not started Humira yet and was still on Methotrexate. The claimant had complaints of multiple recurrent joint pains including right hip pain and stiffness.

Medical evaluation with Dr. R. Donegan (Orthopedics) on April 11, 2018 was for follow-up after a cervical spine MRI. The claimant had complaints of joint pain localized to the shoulder. The claimant reported Neurontin had been helping with pain. The claimant noted pain in the anterior chest wall and clavicle. The claimant noted numbness had improved. The assessment noted the claimant's pain was likely multifactorial. No surgical intervention was recommended for the shoulder or neck.

Follow-up with D. Schlider, PA-C on April 12, 2018 noted ongoing neck and shoulder pain with no other plan changes documented.

Dermatology follow-up on April 17, 2018 noted the claimant was feeling improved with Methotrexate and Folic Acid.

Follow-up with Dr. R. Donegan on April 29, 2018 was for evaluation of neck and arm pain. The claimant complained of anterior shoulder pain and right sided neck pain radiating to her hands/wrists which Neurontin had been helpful. Examination documented some passive pain with motion of the shoulder and mild weakness. A form was filled out for work recommending no use of right upper extremity.

Follow-up on May 14, 2018 with Dr. M. Tutt (specialty unknown) noted no significant findings on cervical MRI or electromyography (EMG) with no neurosurgical options with subtle degree of spinal cord changes with plan for neurology evaluation. The claimant's pain did not correlate with any specific neurologic dermatome. Dr. M. Tutt noted diagnosis of cervicalgia with no indication for any surgical intervention.

Independent Medical Examination on May 31, 2018 by Dr. D. Jenkinson (Orthopedics) noted the claimant reported injury to her neck right shoulder and right upper extremity which began around January 30, 2000. The claimant was unable to describe any specific activity which started the symptoms. The claimant complained of pain in the neck and shoulder with radiation to the right arm. Dr. D. Jenkinson noted subjective symptoms with no objective abnormality on her examination and no evidence of significant work related injury.

Neurology evaluation June 08, 2018 with MRI of the cervical spine documented subtle signal increase in signal in the cervical cord with plan for further work-up of multiple sclerosis (MS).

Rheumatology follow-up with Dr. I. Bisono-Jimenez on June 11, 2018 noted a history of psoriasis of the skin and worsening joint pain with diagnosis of probable seronegative spondyloarthropathy. No significant abnormality was noted on physical examination. Plan was to start Indomethacin and order lab testing.

Orthopedic follow-up on June 18, 2018 noted reevaluation of shoulder pain without obvious source. The claimant was given a referral to another physician and no formal diagnosis was provided.

Neurology evaluation on June 28, 2018 noted overall there was no concern for multiple sclerosis.

Orthopedic evaluation on July 13, 2018 by Dr. W. Kibler noted continued complaints of right shoulder pain. The claimant reported an inability to continue doing work because of pain and limitations of motion. The plan was for physical therapy to relieve some of the overhead and scapular retraction symptoms.

Rheumatology follow-up on August 01, 2018 was for costochondral pain. The plan was for an MRI of the chest which did not lead to abnormalities.

Medical evaluation by Dr. W. Kibler (Orthopedics) on September 10, 2018 noted ongoing right shoulder pain. Dr. W. Kibler noted the claimant was not ready to return to her work activities and the plan was to continue physical therapy.

Rheumatology evaluation by Dr. S. Abbas on October 10, 2018 noted the claimant was seen as a new patient. The claimant had a history of psoriatic arthritis and was looking for a second opinion. The claimant was being followed by orthopedics for right shoulder injury due to repetitive motion involving the right arm with positive tingling/swelling in the arm. The assessment included chronic psoriatic arthritis with disease under excellent control without active disease activity with plan to continue current treatment with Methotrexate and Humira. Right upper extremity injury with symptoms suggestive of complex regional pain syndrome (CRPS) was noted with recommendation for pain management evaluation and to continue physical therapy. Low-dose Gabapentin was started. Dr. S. Abbas noted the claimant likely could not perform repetitive work in a factory with her arm.

Medical evaluation with Dr. P. Leung (Neurology) on December 10, 2018 noted diagnoses of right

shoulder impingement syndrome and CRPS. The claimant was currently following with orthopedics, physical therapy, rheumatology, and pain management who was prescribing Gabapentin and Norco. The claimant had not been able to return to work. Physical examination documented trace swelling in the right forearm with plan for a Medrol Dosepak.

## Questions and Reviewer's Response

### 1. Please identify the primary impairing diagnosis(es) with ICD 10 code(s).

1. Right shoulder pain/impingement (M75.41).
2. CRPS (G90.5).
3. Psoriatic arthritis (L40.52).

### 2. If applicable, please identify clinically significant comorbid diagnosis(es) with ICD 10 code(s).

Low back pain (M54.5).

This condition was treated and addressed during the pre-existing condition timeframe.

### 3. Pre-Existing Condition Review

**Please explain how any condition diagnosed, evaluated, or treated during the period of September 12, 2017 through December 11, 2017 was related to impairment(s) associated with the current absence from work and to what degree (such as “caused” or “contributed to” or another degree of relatedness).**

Based upon review of the available documentation, the medical records do not specifically report any evaluations or diagnoses during the period of time September 12, 2017 through December 11, 2017 which would be related to the documented impairment associated with current absence from work. The claimant was treated for acute lower back pain, received Naprosyn, muscle relaxers, and Methylprednisolone during this timeframe for lower back pain and received physical therapy.

Based upon review of the available records, the claimant experienced some type of shoulder and neck injury in January 2018. The specifics opined were unclear from the available medical records, and there does not appear to be findings of an injury that occurred.

The claimant has subsequently been evaluated by multiple providers including rheumatology, orthopedics, neurology, neurosurgery, and physical therapy for pain management. The claimant underwent MRI of the right shoulder which did not reveal any significant abnormality, MRI of the cervical spine ultimately did not document any significant abnormality.

The medical reports from the claimant's treating provider was unable to provide a specific diagnosis for the claimant's ongoing complaints of pain as well as complaints of numbness and tingling in the right arm. Ultimately all the diagnosis were somewhat unclear, the claimant was being treated for possible CRPS of the right upper extremity with some level of impingement of the right shoulder.

While the claimant has a diagnosis of psoriasis and probable seronegative arthropathy, the rheumatology medical records documented this condition was under good control with use of Methotrexate and Humira.

There was no indication the medical records that the diagnosis of psoriatic arthropathy has any relation to the shoulder and right upper extremity symptoms that began in January 2018. In addition, there was no indication in the medical records that the psoriatic arthropathy would require any specific restrictions/limitations based on normal joint examination and no evidence of any swelling.

**4. For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported restrictions and limitations from October 21, 2018 [DOD] forward in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, walk, lift/carry, type, etc.). If different restrictions are supported for different periods, please provide dates and details. Be sure to address endurance restrictions/limitations, if any, impacting sustained capacity for full-time and/or part-time work and provide your medical rationale.**

Based upon review of the available documentation, the claimant has ongoing complaints of shoulder pain with right upper extremity numbness and tingling. While the specific etiology has not been completely defined in the medical records, the degree of symptoms described in the medical records, the nature of the treatment including use of Neurontin and narcotics for pain management, and the ongoing requirement for physical therapy per orthopedic recommendations, would ultimately support the following restrictions/limitations in relation to these complaints from October 21, 2018 to present:

Avoidance of overhead lifting.
Lifting/pushing/pulling up to 10 pounds of weight with the right upper extremity to waist level only (no restrictions with the left upper extremity).
No restrictions in relation to standing, ambulating, and/or sitting.
No restrictions with fine motor/gross hand movements activity of the upper extremities.
No restrictions in relation to bending, kneeling, and/or squatting.

The claimant would be able to perform full-time work activity with these restrictions/limitations from October 21, 2018 to present.

In my opinion updated medical records would be needed to support impairment and/or the need for restrictions/limitations as of June 15, 2019 and ongoing as the last medical record was dated December 10, 2018.

The claimant would not have any further impairment in relation to the diagnosis of psoriatic arthropathy which has been described by the treating rheumatologist as well controlled on current treatment.

**5. Please advise whether the claimant received treatment (i.e., consultation, care, or services provided by or under the direction of a physician including diagnostic measures and prescribed drugs or medicines) during the period of September 17, 2017-December 11, 2017 for any condition(s) that caused, contributed to, or resulted in one or more of the conditions impairing him/her as of October 21, 2018 [DOD].**

Wal-Mart Pharmacy records noted:

11/28/2017: Loratadine-D (sinus symptoms).
11/29/2017: Estradiol (estrogen steroid hormone).
10/05/2017: Esomepra Mag. (proton pump inhibitor).
11/17/2017: Prednisone (glucocorticoid medication mostly used to suppress the immune system and decrease inflammation)
12/06/2017: Fluzone Quad Syrup (Influenza Vaccine).

The physical therapy note September 18, 2017 noted complaints of lower back pain with plan for therapy to address this condition. The physical therapy note on September 20, 2017 noted the claimant no showed for her appointment. The physical therapy record on September 27, 2017 documented the claimant was sick and no showed for her appointment. The physical therapy discharge summary on December 08, 2017 following treatment for low back pain noted the claimant choose to discontinue therapy and was discharged secondary to noncompliance.

It does not appear the claimant received any treatment during the time frame in question for any condition (right shoulder pain/impingement) that contributed to impairment following October 21, 2018.

The claimant did receive treatment for low back pain. Medical evaluation by D. Adams, APRN on September 14, 2017 noted complaints of acute bilateral low back pain with left-sided sciatic symptoms. The claimant reportedly went to an urgent care facility the day before and was prescribed Naprosyn and a muscle relaxer. Medical follow-up with K. Hart, RN on September 18, 2017 after pulling out her back, was prescribed muscle relaxers and NSAIDs and given an injection, physical therapy was ordered with

the claimant stating her back was overall doing better. Lumbar spine x-ray on September 13, 2017 noted minimal degenerative changes.

Rheumatology evaluation by Susanna Moberly, APRN on November 17, 2017 was for a new patient visit for complaints of joint stiffness and pain. The claimant was noted to have a history of psoriasis. The claimant had pain on the right side more than left and currently was on no medications for psoriasis. Methotrexate Sodium and Prednisone was ordered.

The claimant did not start receive any type of treatment for the right upper extremity until January 2018, and again this condition per record review has no relation to the diagnosis of psoriatic arthropathy. The claimant was treated for lower back pain beginning September 13, 2017, but this condition was not related to the right shoulder pain/impingement impairment beyond October 21, 2018.

## Assessment/Rationale

This review is from an Internal Medicine perspective. The claimant is a 50 year old female who has a listed diagnosis of "cervicalgia." This review is to determine if the claimant was functionally impaired from October 21, 2018 to present. The claimant's date of disability was noted to be April 15, 2018.

The claimant was evaluated for right shoulder and upper extremity pain beginning in January 2018, initially thought to be related to some work related injury. While the ultimate diagnosis for the ongoing shoulder and arm pain is somewhat unclear, the claimant does continue to receive physical therapy and pain management secondary to possible impingement syndrome and subsequent CRPS of the right upper extremity.

There was no indication that this condition had any relation to a diagnosis of psoriatic arthropathy. The nature of ongoing treatment and ongoing pain of the shoulder/upper extremity would support the restrictions and limitations described above.

The ultimate duration of such impairment is unclear at this time; if the claimant ultimately has improvement with ongoing physical therapy, it is possible that the documented restrictions/limitations could be adjusted; further assessment over the next 6 months would be indicated.

***The opinion above is based on the information available for review and held to a reasonable degree of clinical accuracy. I attest that I have no relationship or association with the claimant who is the subject of this independent review. I also attest that I have no substantial personal or financial relationship with the treating provider(s) and/or treatment facility(ies), I have no financial interest in the insurer or claim administrator and my opinion(s) were not influenced by compensation received for my services.***

*I hereby submit this attestation that I have complied, to the highest degree possible, with the provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the standards decreed thereunder.*

Gary Nudell, M.D.

Gary Nudell, M.D.
Board Certified
Internal Medicine
CA - A64512

## Documents Sent for Review

| Document Date | Document Type | Document Source |
|---|---|---|
| 05/24/2019 | Independent Evaluation Peer Review Referral | Lincoln Financial Group |
| 06/27/2018, 07/17/2018, 07/18/2018, 08/28/2018, 09/11/2018, 09/13/2018, 09/18/2018, 10/11/2018 | Letters to Claimant | Liberty Mutual |
| 06/18/2018, 06/19/2018, 06/27/2018, 06/28/2018, 08/24/2018, 08/28/2018, 09/13/2018, 10/01/2018, 05/16/2019 | E-Mails | |
| 06/25/2018, 10/07/2018, 10/08/2018 | Liberty Mutual Authorization to Obtain and Release Information | Claimant |
| not dated | Job Description | Premise Health |
| 06/27/2018, 08/28/2018 | Letters to N. Everman, MD | Liberty Mutual |
| 06/08/2018, 06/28/2018 | Office Visit Notes | M. Collett, APRN |
| 06/08/2018 | Office Visit Notes | N. Everman, MD |
| 04/04/2018, 04/11/2018, 05/29/2018, 06/18/2018 | Follow-Up Evaluation | R. Donegan, MD |
| 04/11/2018, 05/29/2018, 06/18/2018 | Work Status | R. Donegan, MD |
| 05/31/2018 | Independent Medical Examination | D. Jenkinson, MD |
| 108 | | |
| 05/14/2018 | Referral Order | M. Tutt, MD |
| 05/14/2018 | Office Visit Notes/Letter | M. Tutt, MD |
| 03/22/2018, 07/03/2018, | Office Visit Notes | P. Leung, MD |

| | | |
|---|---|---|
| 12/10/2018 | | |
| 04/16/2018 | Letter | Mitsui Sumitomo Insurance Company |
| 11/17/2017, 12/20/2017, 01/26/2018, 03/26/2018 | Office Visit Notes | S. Moberly, APRN |
| 11/17/2017, 01/26/2018, 03/26/2018 | Lab Results | Quest Diagnostics Lab |
| 02/01/2018 | SOAP Notes/Progress Notes | K. Ford, RN |
| 04/10/2018 | MRI Cervical Spine without Contrast | J. Kostelic |
| 03/23/2017, 03/23/2018 | Progress Notes | N. Pack, PA |
| 03/20/2018 | MR Arthrogram Right Shoulder | J. Harris, MD |
| 03/20/2018 | MRI Right Shoulder | J. Harris, MD |
| 02/01/2018, 02/22/2018, 03/15/2018, 03/29/2018, 04/12/2018 | Progress Notes | D. Schlider, PA-C |
| 02/27/2018 | X-Ray Right Shoulder | C. Kenney, 111, MD |
| 02/27/2018 | X-Ray Cervical Spine | C. Kenney, 111, MD |
| 09/14/2017 | History & Physical Reports | D. Adams, APRN |
| 03/06/2017, 09/11/2017 | History & Physical Reports | L. Clickner, APRN |
| 05/03/2017 | History & Physical Reports | L. Denison, APRN |
| 03/06/2017 | Lab Results | no provider |
| not dated | Authorization To Release Health Information | not signed |
| 09/18/2017, 09/20/2017, 09/27/2017, 12/08/2017, 02/01/2019, 02/05/2019, 02/08/2019, 02/13/2019 | Plan of Care/Initial Evaluation/Cancel/No Show/Discharge Summary/Re-Evaluation | M. Hopper, PT |
| 08/10/2017 | Progress Notes | S. Howard, APRN |
| 03/15/2017, 03/20/2017, 03/22/2017, 04/13/2017, 04/17/2017, 04/24/2017, 05/01/2017, 09/05/2017, 11/20/2018, 11/23/2018, 11/27/2018, 11/29/2018, 12/18/2018, 12/26/2018, 01/07/2019 | Plan of Care/initial Evaluations/Daily Notes/Cancel/NO Show Notes/Re-Evaluation/Discharge Summary | M. Neal, PT |
| 09/13/2017 | X-Ray Lumbar Spine | K. Jenkins, MD |
| 02/01/2018 | Referral Order | D. Schlider, PA-C |
| 06/27/2018, 08/24/2018 | Letters to M. Tutt, MD | Liberty Mutual |
| 07/03/2018, 07/25/2018, 09/06/2018, 09/20/2018, 10/29/2018, 11/08/2018 | Invoices | Medi Copy |
| 06/27/2018, 08/28/2018 | Letters to R. Donegan, MD | Liberty Mutual |
| 07/03/2018 | Letter | P. Leung, MD |
| 07/13/2018, 08/28/2018 | Letters to W. Kibler, MD | Liberty Mutual |
| 07/13/2018, 09/07/2018, | Office Visit Notes/Message | W. Kibler, MD |

| | | |
|---|---|---|
| 11/15/2018 | | |
| 02/07/2019, 02/08/2019, 04/21/2019, 05/21/2019 | Letters to B. Hagerman | Lincoln Financial Group |
| 12/13/2018, 02/07/2019, 02/08/2019, 04/12/2019 | Letters | Mehr, Fairbanks & Peterson Trail Lawyers |
| 11/26/2018, 02/04/2019 | Mehr, Fairbanks & Peterson Trail Lawyers Authorization to Release Information | Claimant |
| 04/17/2019 | Appeal Referral | Lincoln Financial Group |
| 10/29/2018 | Letters to Claimant | Lincoln Financial Group |
| 10/08/2018 | Liberty Mutual Activities Questionnaire | Claimant |
| 10/07/2018 | Liberty Mutual Agreement Concerning Benefits | Claimant |
| 10/07/2018 | Liberty Mutual Claimant Information | Claimant |
| 10/07/2018 | Liberty Mutual Claimant Supplementary Statement | Claimant |
| 10/08/2018 | Liberty Mutual Family Information Questionnaire | Claimant |
| not dated | Liberty Mutual Training-Education-Experience Form | Claimant |
| 10/08/2018 | Liberty Mutual Worker's Compensation Information Form | Claimant |
| 10/01/2018 | Invoice | Hub Enterprises, Inc. |
| 09/11/2018 | Invoice | Family Practice Associates |
| 08/28/2018, 09/13/2018 | Letters to S. Moberly, APRN | Liberty Mutual |
| 08/28/2018 | Letter to Dr. I. Bisono-Jimenez | Liberty Mutual |
| 10/01/2018, 10/18/2018, 10/22/2018, 11/06/2018 | Invoices | Ciox |
| no date | Referral | W. Kibler, MD |
| 10/17/2018, 10/20/2018 | Letters to M. Tutt, MD | Lincoln Financial Group |
| 10/17/2018 | Letter to Dr. I. Bisono-Jimenez | Lincoln Financial Group |
| 10/12/2018 | Letter to Dr. A. Haider | Liberty Mutual |
| 03/24/2017 | Progress Notes | M. Reyes, MD |
| 08/01/2017 | Progress Notes | J. Mosley, RN |
| 09/18/2017 | Progress Notes | K. Hart, RN |
| 02/13/2018, 02/15/2018, 02/20/2018, 02/22/2018, 02/26/2018, 03/05/2018, 03/06/2018, 03/13/2018, 03/14/2018, 03/22/2018 | Quick Notes-Follow-Up Visits/Evaluation | T. Brockman, PTMS |
| 02/27/2018 | Quick Notes | S. Wright, RT |
| 03/27/2017, 03/30/2017, | Follow-Up Soap Notes | M. Keerch, RN |

| | | |
|---|---|---|
| 04/04/2017 | | |
| 03/23/2017 | X-Ray Right Foot | C. Kenney, 111, MD |
| 03/06/2019 | Independent Medical Examination | A. McEldowney, MD |
| 12/01/2016 to 03/12/2019 | Prescription Record | Walmart Pharmacy |
| 06/12/2018 | History & Physical Report | M. Henkel, MD |
| 08/20/2018 | History & Physical Report | K. Applegate, MD |
| 08/20/2018 | Lab Results | Family Practice Associates |
| 06/11/2018, 06/14/2018, 08/01/2018, 09/17/2018 | Office Visit Notes | I. Bisono-Jimenez, MD |
| 08/21/2018 | MRI Chest with/without Contrast | C. Kenney, MD |
| 10/10/2018, 11/12/2018, 02/11/2019, 03/06/2019 | Office Visit Notes/Letters | S. Abbas, MD |
| 01/01/1999 to 02/18/2019 | Prescription Record | Costco Pharmacy |
| 07/13/2017, 08/07/2017, 04/17/2018, 06/19/2018 | Office Visit Notes | A. Chen, MD |
| 08/07/2017 | Surgical Pathology Results | D. Hunt, MD |
| 09/10/2017 | Office Visit Notes | E. Chiswell, APRN |
| 04/20/2018 | Esophagus | S. Chopra, MD |
| 06/10/2018 | Office Visit Notes | C. Hammond, APRN |
| 07/25/2018, 08/01/2018, 08/08/2018, 08/15/2018, 08/24/2018, 09/07/2018, 09/21/2018, 10/05/2018, 10/26/2018, 11/06/2018 | Office Visit Notes | D. Rouse, PT |
| 10/15/2018, 11/12/2018, 12/14/2018, 02/11/2019 | Office Visit Notes | K. Roden, MD |
| 03/07/2019, 03/29/2019 | Letters | W. Kibler, MD |
| 06/08/2018, 06/11/2018, 08/01/2018 | Lab Results | Lab Corp |
| 08/28/2018 | Letter to Family Practice Associates | Liberty Mutual |
| 06/11/2018 | X-Ray Ribs, Chest | C. Butler, MD |
| 06/11/2018 | Lab Results | Immco Diagnostic |
| 10/15/2018 | Lexington Clinic Authorization for the Release of Medical Records | Claimant |
| 10/10/2018 | Lab Results | Lexington Clinic |
| 10/20/2018 | Letter to M. Tutt, MD | Lincoln Financial Group |
| 10/17/2018 | Letter to Dr. I. Bisono-Jimenez | Lincoln Financial Group |
| 08/30/2018, 10/01/2018 | Reports | Hub Enterprises |
| 08/28/2018 | Letter to P. Leung, MD | Liberty Mutual |
| 08/28/2018 | Letter to M. Tutt, MD | Liberty Mutual |
| 08/28/2018 | Letter to Dr. I. Bisono-Jimenez | Liberty Mutual |

| | | |
|---|---|---|
| 08/28/2018 | Letter to Ihs | Liberty Mutual |

# INVOICE

**Reliable Review Services**

**Invoice Number : 38748-1** **6/7/2019 10:54 AM CDT**

Claimant: Jamie H Reece
Client Claim#: 8356763
RRS Claim#: 38748-1

**Customer:** LINCOLN FINANCIAL GROUP
8801 Indian Hills Drive
Omaha, NE 68114

| Description of Services | Hours | Rate | Other Fees | Amount Due |
|---|---|---|---|---|
| PEER REVIEW | 13.75 | 210 | | 2887.50 |

**Total Due: $2887.50**

**Reviewer Details**

**Reviewer**

**Please include the invoice number with your payment and mail to:**

Reliable RS
PO Box 492890,
Redding CA 96049

**Tax Id:** 26-1114252

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5707

| | |
|---|---|
| Date: | May 21, 2019 |
| To: | BARTLEY HAGERMAN<br>MEHR, FAIRBANKS & PETERSON<br>201 WEST SHORT STREET<br>SUITE 800<br>LEXINGTON KY 40507 |
| Attn: | |
| Fax: | (859) 225-3830 |
| From: | Lisa MacAllister<br>Appeal Review Consultant<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5707 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 8356763<br>Claimant: Jamie Reece<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5707

May 21, 2019

Bartley K. Hagerman
Mehr, Fairbanks & Peterson
201 WEST SHORT STREET
SUITE 800
LEXINGTON, KY 40507

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece

Dear Bartley Hagerman:

We are writing at this time to advise you of the status of your appeal request for Mr. Reece's disability benefits. We are in the process of reviewing the appeal. To assist us in evaluating his eligibility for benefits we have referred his file for further medical review and assessment.

The purpose of this letter is to inform you that we require additional time to render a determination on the appeal. Under the Employee Retirement Income Security Act of 1974 (ERISA), an appeal determination should be rendered within 45 days of receipt of the appeal, unless there are special circumstances which require a delay in making an appeal determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision.

At this time, we need an additional medical review which is necessary to render a full and fair determination on his appeal for benefits under the Policy. Currently, we are awaiting further medical review.

We will make every effort to render a determination as soon as possible, but no later than July 15, 2019.

If you have any questions regarding this matter, please contact me.

Sincerely,

Lisa MacAllister
Appeal Review Consultant

Phone No.: (888) 437-7611 Ext. 16400
Secure Fax No.: (603) 334-5707

**n0235808**

---

**From:** Sprous, Tracey
**Sent:** Thursday, May 16, 2019 10:41:24 AM
**To:** Beth Renfro (TMMK)
**Subject:** RE: Jamie Reece 77390
**Attachments:** image001.png; image002.png; image003.png; image004.png; image005.png; image006.png

Hi Beth,

Ms. Reece filed an appeal and was referred on 4/16/19. Currently, the claim is under appeal review. If you have any additional questions, please let me know.

Thank you,


**Tracey Sprous**

Senior Claims Examiner

Lincoln Financial Group

P.O. Box 7209, 03A

London, KY 40742-7209

800.320.7585 Office

X41452 Extension

603.559.0310 Fax


[LincolnFinancial.com](LincolnFinancial.com)

**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company**

**From:** Beth Renfro (TMMK) [mailto:beth.renfro@toyota.com]
**Sent:** Thursday, May 16, 2019 5:24 AM
**To:** tracey.sprous@libertymutual.com
**Subject:** Jamie Reece 77390

Has Mrs. Reece exhausted her LTD appeal>

Thanks


Beth Renfro

Specialist, Integrated Medical Services

Clinics, Pharmacy ,Wellness Initiatives; STD and LTD

502-868-4988 Desk

859-473-3414 Cell

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8396

| | |
|---|---|
| Date: | April 21, 2019 |
| To: | BARTLEY HAGERMAN<br>MEHR, FAIRBANKS & PETERSON<br>201 WEST SHORT STREET<br>SUITE 800<br>LEXINGTON KY 40507 |
| Attn: | |
| Fax: | (859) 225-3830 |
| From: | Sherry Preston<br>Appeal Examiner II<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-8396 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 8356763<br>Claimant: Jamie Reece<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8396

April 21, 2019

Bartley K. Hagerman
Mehr, Fairbanks & Peterson
201 WEST SHORT STREET
SUITE 800
LEXINGTON, KY 40507

RE: Long Term Disability (LTD) Benefits
Toyota Motor Engineering & Manufacturing
Claim #: 8356763
Claimant: Jamie Reece

Dear Attorney Hagerman:

We have received a request for an Appeal of the determination made on Jamie Reece's Long Term Disability (LTD) claim, which was denied due to a pre-existing condition with a closure date of April 15, 2019. A denial letter was sent to Ms. Reece dated April 12, 2019.

Ms. Reece's claim will be reviewed within our Appeal Review Unit (ARU), including an explanation of expected turnaround time for final decision.

In accordance with the Employee Retirement Income Security Act of 1974 (ERISA), under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received.

If there are special circumstances requiring a delay in Lincoln Financial Group' response, you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Sherry Preston
Appeal Examiner II
Phone No.: (888) 437-7611 Ext. 16105
Secure Fax No.: (603) 334-8396

CC: Donna Sutherland

Judy Lykins
Beth Renfro

| | |
|---|---|
| **From:** | LibertyMutualNotifications@LibertyMutual.com |
| **Sent:** | Sunday, April 21, 2019 9:53:21 PM |
| **To:** | JUDY.LYKINS@TOYOTA.COM; |
| **CC:** | |
| **BCC:** | |
| **Subject:** | [Send Secure]Toyota Motor Engineering & Manufacturing North America, Inc. Claim No. 8356763 Jamie Reece |
| **Attachments:** | cc_22b863d0f03eaa1871a172ec40bc7b35fc4036a435b448b0_6475724_6684028.pdf; |

---

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8396

April 21, 2019

Bartley K. Hagerman
Mehr, Fairbanks & Peterson
201 WEST SHORT STREET
SUITE 800
LEXINGTON, KY 40507

RE: Long Term Disability (LTD) Benefits
Toyota Motor Engineering & Manufacturing
Claim #: 8356763
Claimant: Jamie Reece

Dear Attorney Hagerman:

We have received a request for an Appeal of the determination made on Jamie Reece's Long Term Disability (LTD) claim, which was denied due to a pre-existing condition with a closure date of April 15, 2019. A denial letter was sent to Ms. Reece dated April 12, 2019.

Ms. Reece's claim will be reviewed within our Appeal Review Unit (ARU), including an explanation of expected turnaround time for final decision.

In accordance with the Employee Retirement Income Security Act of 1974 (ERISA), under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received.

If there are special circumstances requiring a delay in Lincoln Financial Group' response, you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Sherry Preston
Appeal Examiner II
Phone No.: (888) 437-7611 Ext. 16105
Secure Fax No.: (603) 334-8396

CC: Donna Sutherland

Judy Lykins
Beth Renfro

**From:** LibertyMutualNotifications@LibertyMutual.com
**Sent:** Sunday, April 21, 2019 9:53:26 PM
**To:** donna.sutherland@toyota.com;
**CC:**
**BCC:**
**Subject:** Toyota Motor Engineering & Manufacturing North America, Inc. Claim No. 8356763 Jamie Reece
**Attachments:** cc_22b863d0f03eaa1871a172ec40bc7b35fc4036a435b448b0_6475724_6684027.pdf;

---

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8396

April 21, 2019

Bartley K. Hagerman
Mehr, Fairbanks & Peterson
201 WEST SHORT STREET
SUITE 800
LEXINGTON, KY 40507

RE: Long Term Disability (LTD) Benefits
Toyota Motor Engineering & Manufacturing
Claim #: 8356763
Claimant: Jamie Reece

Dear Attorney Hagerman:

We have received a request for an Appeal of the determination made on Jamie Reece's Long Term Disability (LTD) claim, which was denied due to a pre-existing condition with a closure date of April 15, 2019. A denial letter was sent to Ms. Reece dated April 12, 2019.

Ms. Reece's claim will be reviewed within our Appeal Review Unit (ARU), including an explanation of expected turnaround time for final decision.

In accordance with the Employee Retirement Income Security Act of 1974 (ERISA), under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received.

If there are special circumstances requiring a delay in Lincoln Financial Group' response, you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Sherry Preston
Appeal Examiner II
Phone No.: (888) 437-7611 Ext. 16105
Secure Fax No.: (603) 334-8396

CC: Donna Sutherland

Judy Lykins
Beth Renfro

**From:** LibertyMutualNotifications@LibertyMutual.com
**Sent:** Sunday, April 21, 2019 9:53:31 PM
**To:** beth.renfro@toyota.com;
**CC:**
**BCC:**
**Subject:** Toyota Motor Engineering & Manufacturing North America, Inc. Claim No. 8356763 Jamie Reece
**Attachments:** cc_22b863d0f03eaa1871a172ec40bc7b35fc4036a435b448b0_6475724_6684029.pdf;

---

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8396

April 21, 2019

Bartley K. Hagerman
Mehr, Fairbanks & Peterson
201 WEST SHORT STREET
SUITE 800
LEXINGTON, KY 40507

RE: Long Term Disability (LTD) Benefits
Toyota Motor Engineering & Manufacturing
Claim #: 8356763
Claimant: Jamie Reece

Dear Attorney Hagerman:

We have received a request for an Appeal of the determination made on Jamie Reece's Long Term Disability (LTD) claim, which was denied due to a pre-existing condition with a closure date of April 15, 2019. A denial letter was sent to Ms. Reece dated April 12, 2019.

Ms. Reece's claim will be reviewed within our Appeal Review Unit (ARU), including an explanation of expected turnaround time for final decision.

In accordance with the Employee Retirement Income Security Act of 1974 (ERISA), under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received.

If there are special circumstances requiring a delay in Lincoln Financial Group' response, you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Sherry Preston
Appeal Examiner II
Phone No.: (888) 437-7611 Ext. 16105
Secure Fax No.: (603) 334-8396

CC: Donna Sutherland

Judy Lykins
Beth Renfro

# Lincoln Financial Group Appeal Referral

**Appeal Referral From:** **PHOENIX**

| | | | | | |
|---|---|---|---|---|---|
| Office: | 913 | Manager: | SANTIBANEZ, ELENA | Case Mgr: | SPROUS, TRACEY |

| | | | |
|---|---|---|---|
| Claimant Name: | JAMIE H REECE | Claim #: | 8356763 |
| Occupation (Job Title): | TEAM MEMBER | Date Sent: | 4/17/2019 |
| Diagnosis: | M54.2 Cervicalgia, M25.511 Pain in right shoulder | | |
| Date of Disability: | 4/15/2018 | Date Benefits Began: | 10/21/2018 |
| Maximum Duration: | 9/21/2033 | Paid Through: | 1/1/1900 |
| Date of Denial or (DB451): | 10/11/2018 | Date Appeal Received: | 4/16/2019 |

**This is the date that the full appeal was received by the Field Claim Office*

| | | | |
|---|---|---|---|
| Policyholder/Self-Insured Plan Holder: | TOYOTA MOTOR ENGINEERING & MAN | | |
| Product: | LTD | Funding: | CON |
| Is Claimant Eligible for LTD? | Y | | |
| Erisa or Non-Erisa? | ERISA Plan | | |

Document Locations

- [x] Paperless
- [ ] Bilingual - translation complete
- [ ] Paper File
- [ ] Surveillance disk(s)

**Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

ER Contact Addresses (including email address):

Phone No. FAX No.

Account Specific or Unique Contract Issues / Additional Info:

APPEAL

**Patrick K Leung, M.D., PSC**
**Neurodiagnostic Laboratory**
1401 Harrodsburg Road, C-225
Lexington, KY 40504
Phone: (859) 373-0700
Fax: (859) 422-3994

**Test Date:** 3/22/2018

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | Jamie Reece | **DOB:** | | **Physician:** | Patrick Leung, M.D. |
| **Sex:** | Female | **Height:** | 5' 7" | **Ref Phys:** | Debra Schilder, P.A. |
| **ID#:** | 18-0259 | **Weight:** | 160 lbs. | **Technician:** | Robert Allen, R. NCST, BS |

**History:**
This is a 49 year old female who has pain in her right arm and hand. She has numbness, weakness and tingling in her right hand.

DOI: 1/30/18 Claim #: SA211932 PVY Employee #:77390

## Nerve Conduction Studies

**Anti Sensory Summary Table**

| Site | NR | Onset (ms) | Peak (ms) | Norm Peak (ms) | O-P Amp (µV) | Norm O-P Amp | Site1 | Site2 | Delta-P (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Right Radial Anti Sensory (Base 1st Digit)** | | | | | | | | | | | | |
| Wrist | | 1.4 | 2.0 | <2.9 | 39.8 | >20 | Wrist | Base 1st Digit | 2.0 | 10.0 | 50 | |
| Site 2 | | 1.4 | 2.0 | | 42.2 | | | | | | | |

**Ortho Sensory Summary Table**

| Site | NR | Onset (ms) | Peak (ms) | Norm Peak (ms) | O-P Amp (µV) | Norm O-P Amp | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Right Median Ortho Sensory (Wrist)** | | | | | | | | | | | | |
| Palm | | 1.4 | 1.8 | <2.3 | 116.8 | >50 | Palm | Wrist | 1.4 | 8.0 | 57 | |
| Site 2 | | 1.4 | 1.8 | | 114.3 | | | | | | | |
| **Right Ulnar Ortho Sensory (Wrist)** | | | | | | | | | | | | |
| Palm | | 1.2 | 1.7 | <2.3 | 48.9 | >15 | Palm | Wrist | 1.2 | 8.0 | 67 | |
| Site 2 | | 1.2 | 1.7 | | 47.9 | | | | | | | |

**Motor Summary Table**

| Site | NR | Onset (ms) | Norm Onset (ms) | O-P Amp (mV) | Norm O-P Amp | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Right Median Motor (Abd Poll Brev)** | | | | | | | | | | | |
| Wrist | | 3.6 | <4.5 | 10.1 | >4 | Wrist | Abd Poll Brev | 3.6 | 7.0 | 19 | |
| Elbow | | 7.3 | | 9.8 | | Elbow | Wrist | 3.7 | 22.5 | 61 | >48 |
| **Right Ulnar Motor (Abd Dig Minimi)** | | | | | | | | | | | |
| Wrist | | 2.4 | <3.6 | 8.5 | >6 | Wrist | Abd Dig Minimi | 2.4 | 6.5 | 27 | |
| B Elbow | | 5.7 | | 8.2 | | B Elbow | Wrist | 3.3 | 21.5 | 65 | >51 |
| A Elbow | | 7.2 | | 8.2 | | A Elbow | B Elbow | 1.5 | 10.0 | 67 | >51 |

Patient: Reccc, Jamie Test Date: 3/22/2018 Page 2

## F Wave Studies

| NR | F-Lat (ms) | Lat Norm (ms) | L-R F-Lat (ms) | L-R Lat Norm |
|---|---|---|---|---|
| **Right Median (Mrkrs) (Abd Poll Brev)** | | | | |
| | 25.85 | <33 | | <2.2 |
| **Right Ulnar (Mrkrs) (Abd Dig Min)** | | | | |
| | 24.97 | <36 | | <2.5 |

## EMG

| Side | Muscle | Nerve | Root | Ins Act | Fibs | Psw | Fasic | Amp | Dur | Poly | Recrt | Int Pat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Right | 1stDorInt | Ulnar | C8-T1 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Abd Poll Brev | Median | C8-T1 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | PronatorTeres | Median | C6-7 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Biceps | Musculocut | C5-6 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Triceps | Radial | C6-7-8 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Deltoid | Axillary | C5-6 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Supraspinatus | SupraScap | C5-6 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Cervical Parasp Up | Rami | C1-3 | Nml | Nml | Nml | 0 | | | | | |
| Right | Cervical Parasp Mid | Rami | C4-6 | Nml | Nml | Nml | 0 | | | | | |

**Impression:**

**Normal right arm.**

**No evidence of carpal tunnel syndrome, other focal nerve entrapment or cervical radiculopathy.**

Patrick Leung, M.D.

**Patrick K Leung, M.D., PSC**
**Neurodiagnostic Laboratory**
1401 Harrodsburg Road, C-225
Lexington, KY 40504
Phone: (859) 373-0700
Fax: (859) 422-3994

**Test Date:** 3/22/2018

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | Jamie Reece | **DOB:** | | **Physician:** | Patrick Leung, M.D. |
| **Sex:** | Female | **Height:** | 5' 7" | **Ref Phys:** | Debra Schilder, P.A. |
| **ID#:** | 18-0259 | **Weight:** | 160 lbs. | **Technician:** | Robert Allen, R. NCST, BS |

**History:** This is a 49 year old female who has pain in her right arm and hand. She has numbness, weakness and tingling in her right hand.

DOI: 1/30/18 Claim #: SA211932 PVY Employee #:77390

## Nerve Conduction Studies

**Anti Sensory Summary Table**

| Site | NR | Onset (ms) | Peak (ms) | Norm Peak (ms) | O-P Amp (µV) | Norm O-P Amp | Site1 | Site2 | Delta-P (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Right Radial Anti Sensory (Base 1st Digit)** | | | | | | | | | | | | |
| Wrist | | 1.4 | 2.0 | <2.9 | 39.8 | >20 | Wrist | Base 1st Digit | 2.0 | 10.0 | 50 | |
| Site 2 | | 1.4 | 2.0 | | 42.2 | | | | | | | |

**Ortho Sensory Summary Table**

| Site | NR | Onset (ms) | Peak (ms) | Norm Peak (ms) | O-P Amp (µV) | Norm O-P Amp | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Right Median Ortho Sensory (Wrist)** | | | | | | | | | | | | |
| Palm | | 1.4 | 1.8 | <2.3 | 116.8 | >50 | Palm | Wrist | 1.4 | 8.0 | 57 | |
| Site 2 | | 1.4 | 1.8 | | 114.3 | | | | | | | |
| **Right Ulnar Ortho Sensory (Wrist)** | | | | | | | | | | | | |
| Palm | | 1.2 | 1.7 | <2.3 | 48.9 | >15 | Palm | Wrist | 1.2 | 8.0 | 67 | |
| Site 2 | | 1.2 | 1.7 | | 47.9 | | | | | | | |

**Motor Summary Table**

| Site | NR | Onset (ms) | Norm Onset (ms) | O-P Amp (mV) | Norm O-P Amp | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Right Median Motor (Abd Poll Brev)** | | | | | | | | | | | |
| Wrist | | 3.6 | <4.5 | 10.1 | >4 | Wrist | Abd Poll Brev | 3.6 | 7.0 | 19 | |
| Elbow | | 7.3 | | 9.8 | | Elbow | Wrist | 3.7 | 22.5 | 61 | >48 |
| **Right Ulnar Motor (Abd Dig Minimi)** | | | | | | | | | | | |
| Wrist | | 2.4 | <3.6 | 8.5 | >6 | Wrist | Abd Dig Minimi | 2.4 | 6.5 | 27 | |
| B Elbow | | 5.7 | | 8.2 | | B Elbow | Wrist | 3.3 | 21.5 | 65 | >51 |
| A Elbow | | 7.2 | | 8.2 | | A Elbow | B Elbow | 1.5 | 10.0 | 67 | >51 |

Patient: Reece, Jamie Test Date: 3/22/2018 **Page 2**

## F Wave Studies

| NR | F-Lat (ms) | Lat Norm (ms) | L-R F-Lat (ms) | L-R Lat Norm |
|---|---|---|---|---|
| **Right Median (Mrkrs) (Abd Poll Brev)** | | | | |
| | 25.85 | <33 | | <2.2 |
| **Right Ulnar (Mrkrs) (Abd Dig Min)** | | | | |
| | 24.97 | <36 | | <2.5 |

**Waveforms:**



# Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 12/10/2018**

Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 1791 | **Appt. Date/Time** | 12/10/2018 01:30PM |
| **DOB** | | **Service Dept.** | Main Office |
| **Provider** | PATRICK K. LEUNG, MD | | |
| **Insurance** | Med Primary: BCBS-KY (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : HAYSLIP, DIANA C<br>Med Worker's Comp: MSMM<br>Employer Name : TOYOTA<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

Right shoulder impingement

## Patient's Care Team

**Primary Care Provider (Primary Insurance):** HAYSLIP, DIANA C: 1775 ALYSHEBA WAY, SUITE 201, LEXINGTON, KY 40509-2381, Ph 859-278-5007, Fax 859-278-6867
**Insurance Adjuster (Worker's Comp):** PATTY YEAST

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 12/10/2018 01:31 pm | **Wt:** | 157 lbs 12/10/2018 02:10 pm | **BMI:** | 24.6 12/10/2018 02:10 pm |
| **BP:** | 121/76 12/10/2018 02:10 pm | **Pulse:** | 80 bpm 12/10/2018 02:10 pm | **RR:** | 17 12/10/2018 02:10 pm |

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **baclofen 10 mg tablet** | 11/12/18 | filled |
| **diazePAM 5 mg tablet** | 08/16/18 | filled |
| **esomeprazole magnesium 40 mg capsule,delayed release** | 11/28/18 | filled |
| **Estrace 0.01% (0.1 mg/gram) vaginal cream** | 09/11/18 | filled |
| **estradiol 1 mg tablet** | 11/15/18 | filled |
| **fluconazole 150 mg tablet** | 08/20/18 | filled |
| **folic acid 1 mg tablet** | 07/30/18 | filled |
| **gabapentin 600 mg tablet** | 11/12/18 | filled |
| **Humira Pen 40 mg/0.8 mL subcutaneous kit** | 10/29/18 | filled |

**HYDROcodone 10 mg-acetaminophen 325 mg tablet** 11/16/18 filled

**indomethacin 50 mg capsule** 06/13/18 filled

**LORazepam 0.5 mg tablet** 11/15/18 filled

**Medrol (Pak) 4 mg tablets in a dose pack** 12/10/18 prescribed
Take 1 dose pk(s) by oral route.

**metHOTREXate sodium 2.5 mg tablet** 08/20/18 filled

**terconazole 0.4 % vaginal cream** 08/20/18 filled

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Hoffman syndrome - Onset: 07/03/2018

## Family History

Reviewed Family History
Mother - Heart disease

## Social History

Reviewed Social History
Smoking Status: Never smoker
Live alone or with others?: with others
Alcohol intake: None

## Surgical History

Reviewed Surgical History
Hysterectomy

## Past Medical History

Reviewed Past Medical History
Arthritis: **Y**
Migraines: **Y**

## HPI

Ms. Reece is a 50-year-old white female team member at Toyota. She had a work-related injury in January. She has a right shoulder impingement syndrome. She was being treated by Dr. Kibler with physical therapy. She was recently diagnosed with CRPS by Dr. Abbas, , her rheumatologist. He has been treating her for psoriatic arthritis with Humira. She has noticed swelling in her right forearm with pain and numbness and thickness in the right shoulder. She is being treated by Dr. Rhoden at the pain clinic with gabapentin and Norco. She is getting physical therapy at KORT. She has not been able to return to work.

## ROS

Patient reports **chest pain** but reports no rapid or irregular heartbeat (palpitations) and no pounding heartbeat. She reports **heartburn** but reports no difficulty swallowing (dysphagia), no constipation, no diarrhea, no nausea, no stomach pain, and no vomiting. She reports **limb pain and neck pain** but reports no joints-swollen, no muscle cramps, no muscle soreness, no muscle stiffness, and no twitching. She reports **alternately too hot and too cold** but reports no excessive thirst. She reports no eye pain, no dry eyes, no blurred vision, no seeing double (diplopia), no vision loss, and no pain in the eyes: burning. She reports no ringing in the ears (tinnitus), no ear pain, no difficulty hearing, no dryness of mouth, and no sore throat. She reports no sore throat, no bleeding gums, no mouth ulcers, no oral abnormalities, no teeth problems, no ringing in the ears, and no sinusitis. She reports no cough, no coughing up blood (hemoptysis), no cough phlegm, no wheezing, and no shortness of breath (dyspnea). She reports no blood in urine (hematuria), bladder symptoms, and no incontinence. She reports no excessive sweating, no dry skin, no itching, no peeling of the skin, and no rash. She reports no dizziness, no numbness, no memory loss, no headaches, no imbalance or falling, no jerking, no lightheadedness, no shaking, no slurred speech, no numbness, no tingling, and no weakness. She reports no angry, no depression, no high irritability, no loss of interest in activities, no loss of interest in friends and family (social withdrawal), no nervous, no change in personality, no sadness, no suicidal thoughts, and no withdrawl. She reports no easy bleeding tendency, no easy bruising tendency, and no swollen glands. She reports no fatigue, no fever, no loss of appetite, no night sweats, no shaking chills, no poor sleep, no daytime sleepiness, no snoring, and no weight loss.
**ROS as noted in the HPI**

**REECE, JAMIE (id #1791, dob:**

## Physical Exam

Patient is a 50-year-old female.

She is alert and pleasant. She has limited range of motion of her right shoulder. There is trace swelling in the right forearm. Her reflexes are symmetrical. There is no atrophy, cyanosis or skin changes.

## Assessment / Plan

**1. Impingement syndrome of right shoulder region -**

The patient is a 49-year-old white female who has right shoulder impingement syndrome. I cannot exclude early CRPS

M75.41: Impingement syndrome of right shoulder

- Medrol (Pak) 4 mg tablets in a dose pack - Take 1 dose pk(s) by oral route. Qty: 1 dose pk(s) Refills: 0
  Pharmacy: WALMART PHARMACY 3894

**Patient Instructions**

Finding has been discussed with the patient in detail.

Continue physical therapy and pain management.

Medrol Dosepak.

Forearm sleeve for swelling.

Elevate right forearm as much as possible.

## Return to Office

None recorded.

## Encounter Sign-Off

Encounter signed-off by Patrick K. Leung, MD, 12/10/2018.

Encounter performed and documented by Patrick K. Leung, MD
Encounter reviewed & signed by Patrick K. Leung, MD on 12/10/2018 at 2:17pm

**Encounter Date: 07/03/2018**

Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 1791 | **Appt. Date/Time** | 07/03/2018 08:00AM |
| **DOB** | | **Service Dept.** | Main Office |
| **Provider** | PATRICK K. LEUNG, MD | | |
| **Insurance** | Med Primary: BCBS-KY (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : HAYSLIP, DIANA C<br>Med Worker's Comp: MSMM<br>Employer Name : TOYOTA<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

Possible multiple sclerosis

## Patient's Care Team

**Primary Care Provider (Primary Insurance):** HAYSLIP, DIANA C: 1775 ALYSHEBA WAY, SUITE 201, LEXINGTON, KY 40509-2381, Ph 859-278-5007, Fax 859-278-6867
**Insurance Adjuster (Worker's Comp):** PATTY YEAST

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**

## Vitals

07/03/2018 08:28 am

**REECE, JAMIE (id #1791, dob:**

| | | |
|---|---|---|
| **Ht:** 5 ft 7 in | **Wt:** 160 lbs | **BMI:** 25.1 |
| **BP:** 110/78 | **Pulse:** 76 bpm | **RR:** 16 |

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release** | 05/11/18 | filled |
| **folic acid 1 mg tablet** | 03/26/18 | filled |
| **indomethacin 50 mg capsule** | 06/13/18 | filled |
| **LORazepam 0.5 mg tablet** | 06/22/18 | filled |
| **metHOTREXate sodium 2.5 mg tablet** | 05/24/18 | filled |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Hoffman syndrome - Onset: 07/03/2018

## Family History

Reviewed Family History
Mother - Heart disease

## Social History

Reviewed Social History
Smoking Status: Never smoker
Live alone or with others?: with others
Alcohol intake: None

## Surgical History

Reviewed Surgical History
- Hysterectomy

## Past Medical History

Reviewed Past Medical History
Arthritis: **Y**
Migraines: **Y**

## HPI

Mrs. Reece is a 49-year-old married white female Toyota team member. She developed right shoulder pain. She was seen by Dr. Donegan. Pain radiates to her right arm. EMG/NCV of the right arm is normal. She had an MRI scan of the right shoulder that was unremarkable. She subsequently had MRI scan of the cervical spine which showed questionable lesion in the spinal cord. She was referred to Dr. Matthew Tutt. She was found to be hyperreflexic. Multiple sclerosis was suspected as a possible explanation. She subsequently had MRI scan of the brain and the thoracic spine that is unremarkable on my review. She is here today for neurologic evaluation.

Her current complaint remains the same. She has right shoulder pain with movement. Pain is localized between her shoulder and collarbone. She has no other symptoms to suggest multiple sclerosis. There is no hemiparesis, hemisensory loss, visual disturbance, ataxia, bladder or bowel dysfunction.

## ROS

Patient reports **chest pain** but reports no rapid or irregular heartbeat (palpitations) and no pounding heartbeat. She reports **heartburn** but reports no difficulty swallowing (dysphagia), no constipation, no diarrhea, no nausea,

**REECE, JAMIE (id #1791, dob:**

no stomach pain, and no vomiting. She reports **limb pain and neck pain** but reports no joints-swollen, no muscle cramps, no muscle soreness, no muscle stiffness, and no twitching. She reports **alternately too hot and too cold** but reports no excessive thirst. She reports no eye pain, no dry eyes, no blurred vision, no seeing double (diplopia), no vision loss, and no pain in the eyes: burning. She reports no ringing in the ears (tinnitus), no ear pain, no difficulty hearing, no dryness of mouth, and no sore throat. She reports no sore throat, no bleeding gums, no mouth ulcers, no oral abnormalities, no teeth problems, no ringing in the ears, and no sinusitis. She reports no cough, no coughing up blood (hemoptysis), no cough phlegm, no wheezing, and no shortness of breath (dyspnea). She reports no blood in urine (hematuria), bladder symptoms, and no incontinence. She reports no excessive sweating, no dry skin, no itching, no peeling of the skin, and no rash. She reports no dizziness, no numbness, no memory loss, no headaches, no imbalance or falling, no jerking, no lightheadedness, no shaking, no slurred speech, no numbness, no tingling, and no weakness. She reports no angry, no depression, no high irritability, no loss of interest in activities, no loss of interest in friends and family (social withdrawal), no nervous, no change in personality, no sadness, no suicidal thoughts, and no withdrawl. She reports no easy bleeding tendency, no easy bruising tendency, and no swollen glands. She reports no fatigue, no fever, no loss of appetite, no night sweats, no shaking chills, no poor sleep, no daytime sleepiness, no snoring, and no weight loss.
**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

She is pain with rotation, abduction and extension of her right shoulder.The patient is alert and pleasant. Head is atraumatic. Neck is supple without carotid bruit. Heart has regular rate and rhythm without murmur. Dorsalis pedis pulses are palpable. Neurologically, the patient is oriented ×3 with intact short and long-term memory, fund of knowledge, language function, judgment, insight and attention span. There is no evidence of aphasia or dysarthria. Cranial nerves II through XII are unremarkable. Funduscopic examination is benign. Pupils are equal, round and reactive to light. Motor examination reveals normal strength, bulk and tone. Reflexes are symmetrical. Toes are downgoing. Finger to nose, heel-to-shin are well done. Patient can do heel, toe and tandem walk without problem. Romberg is negative. Gait and station is intact. Sensory examination is intact to all primary modalities.

## Assessment / Plan

**1. Impingement syndrome of right shoulder region -**

The patient is a 49-year-old white female who has right shoulder impingement syndrome. I found no evidence to suggest multiple sclerosis.

M75.41: Impingement syndrome of right shoulder

**Patient Instructions**

Finding has been discussed with the patient in detail.

There is no evidence of multiple sclerosis.

She has appointment with Dr. Kibler for second opinion of her right shoulder.

Return as needed.

## Return to Office

None recorded.

## Encounter Sign-Off

Encounter signed-off by Patrick K. Leung, MD, 07/03/2018.

Encounter performed and documented by Patrick K. Leung, MD
Encounter reviewed & signed by Patrick K. Leung, MD on 07/03/2018 at 8:34am

**Encounter Date: 03/22/2018**

Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 1791 | **Appt. Date/Time** | 03/22/2018 03:00PM |
| **DOB** | | **Service Dept.** | Main Office |
| **Provider** | PATRICK K. LEUNG, MD | | |
| **Insurance** | Med Worker's Comp: MSI RISK MANAGEMENT<br>Employer Name : TOYOTA<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

**REECE, JAMIE (id #1791, dob:**

Chief Complaint

None recorded.

Patient's Care Team

**Insurance Adjuster (Worker's Comp):** PATTY YEAST

Vitals

None recorded.

Allergies

None recorded.

Medications

Reviewed Medications

| | | |
|---|---|---|
| **cyclobenzaprine 10 mg tablet** | 09/10/17 | filled |
| **diclofenac sodium 75 mg tablet,delayed release** | 09/11/17 | filled |
| **esomeprazole magnesium 40 mg capsule,delayed release** | 02/05/18 | filled |
| **estradiol 1 mg tablet** | 11/29/17 | filled |
| **fluconazole 150 mg tablet** | 01/09/18 | filled |
| **fluticasone 50 mcg/actuation nasal spray,suspension** | 08/11/17 | filled |
| **Fluzone Quad 2017-18(PF) 60 mcg(15 mcgx4)/0.5 mL intramuscular syringe** | 12/06/17 | filled |
| **folic acid 1 mg tablet** | 03/19/18 | filled |
| **ketoprofen 75 mg capsule** | 03/07/17 | filled |
| **Loratadine-D 10 mg-240 mg tablet,extended release 24 hr** | 11/28/17 | filled |
| **metHOTREXate sodium 2.5 mg tablet** | 01/26/18 | filled |
| **methylPREDNISolone 4 mg tablets in a dose pack** | 09/11/17 | filled |
| **naproxen 500 mg tablet,delayed release** | 09/10/17 | filled |
| **ondansetron HCl 4 mg tablet** | 05/04/17 | filled |
| **predniSONE 5 mg tablet** | 01/26/18 | filled |
| **Suprep Bowel Prep Kit 17.5 gram-3.13 gram-1.6 gram oral solution** | 07/14/17 | filled |
| **terconazole 0.4 % vaginal cream** | 01/09/18 | filled |
| **topiramate 50 mg tablet** | 05/04/17 | filled |

Vaccines

None recorded.

Problems

Reviewed Problems

Procedure Documentation

**REECE, JAMIE (id #1791, dob:**

**NCV/EMG:**
Results

## Assessment / Plan

**1. Paresthesia**
R20.2: Paresthesia of skin
- NECK PAIN: CARE INSTRUCTIONS

## Return to Office
None recorded.

## Encounter Sign-Off
Encounter signed-off by Robby Allen, 03/22/2018.

Encounter performed and documented by Patrick K. Leung, MD
Encounter reviewed & signed by Robby Allen on 03/22/2018 at 3:26pm

## Imaging Results

**Neurology Clinic of London - Lexington**
**3470 Blazer Parkway Suite 150,**
**Lexington, KY 40509**
**Phone: (859) 263-8807 Fax: (859) 263-8808**

*MRN:* **1668060** *Encounter Date:* **06/08/2018 9:15AM**

*DOB:*

*Address:* *Work:*
**Jamie Reece**

**PCP:** Adams, Doris W

### History Reported By
The history today is reported by the patient and Husband.

### Chief Complaint
Mrs. Reece was referred by Dr Tutt, neurosurgeon for consult regarding cervical radiculopathy, multiple sclerosis evaluation.
She reports neck, shoulder, right side arm, hip, foot pain, left eye and ear pain, blurry vision, episodes of stabbing pain in chest, dizziness/vertigo, difficulty swallowing.

### History of Present Illness
**HPI Free Text - v1.0:** Ms. Reece is here today for consultation regarding possible MS.

Ms. Reece got hurt at work and had an MRI of her shoulder and neck. She went to see Dr. Tutt, and it was reported to her that there was an abnormality in the cord at the cervical spine level concerning for possible MS.

For the past 3-4 months, she has experienced a squeezing sensation to her chest. She has had a couple episodes of this that lasted about 1 hour. These episodes were painful. Other times have lasted just seconds. Episodes occur about once weekly.

Does have blurry vision. No diplopia or sudden loss of vision. Has recently gotten new glasses.
Has had a bilateral upper extremity tremor years ago, but this went away.
Denies difficulty ambulating. Denies unsteadiness/balance issues.
Denies any weakness in her extremities.
Her feet "go to sleep" easily. Sometimes her right arm tingles. Sometimes if she sits for a while, half of her "private parts" will go numb.
Has urinary urgency. Feels like she does empty her bladder completely.

### Allergies
- Lortab TABS
  Recorded By: Baker, Carrie; 6/8/2018 9:16:53 AM

### Current Meds
1. Calcium TABS
2. CVS Probiotic Maximum Strength Oral Capsule
3. Esomeprazole Magnesium 40 MG Oral Capsule Delayed Release; TAKE 1 CAPSULE ONCE DAILY
4. Estradiol 1 MG Oral Tablet; TAKE 1 TABLET DAILY
5. Folic Acid 1 MG Oral Tablet; TAKE 1 TABLET DAILY
6. Ketoprofen 75 MG Oral Capsule
7. LORazepam 0.5 MG Oral Tablet; TAKE 1 TABLET TWICE DAILY
8. Methotrexate 2.5 MG Oral Tablet; 4 tablets twice weekly
9. Motrin 600 MG TABS

10. Multi Complete CAPS
11. PredniSONE 5 MG Oral Tablet
12. ZyrTEC Allergy CAPS

**Past Medical History**

History of Anxiety (300.00) (F41.9)
History of psoriatic arthritis (V13.4) (Z87.2)

**Surgical History**

History of Hysterectomy
History of Oral surgery
History of Tonsillectomy

**Family History**

- Family history of arthritis (V17.7) (Z82.61)
- Family history of coronary artery disease (V17.3) (Z82.49)
- Family history of hypothyroidism (V18.19) (Z83.49)
- FH: stomach cancer (V16.0) (Z80.0)

**Review of Systems**

A complete review of systems revealed no pertinent patient complaints except as noted below and in the history of present illness.
**CONSTITUTIONAL:** fatigue.
**EYES:** eye pain, watery eyes and blurred vision.
**ENT:** earache, vertigo, dizziness and dysphagia.
**CARDIOVASCULAR:** chest discomfort.
**RESPIRATORY:** normal.
**GASTROINTESTINAL:** Heartburn.
**GENITOURINARY:** urinary frequency.
**MUSCULOSKELETAL:** arthralgia.
**INTEGUMENTARY:** itching and Psoriatic arthritis.
**NEUROLOGICAL:** headache, dizziness, lightheaded, tremor, sleep disturbances, memory loss and numbness.
**PSYCHIATRIC:** normal.
**ENDOCRINE:** heat intolerance and polyuria.
**HEMATOLOGIC/LYMPHATIC:** normal.
**ALLERGIC/IMMUNOLOGIC:** normal.

**Vitals**

**Vital Signs**

| | Recorded: 08Jun2018 10:05AM |
|---|---|
| Height | 5 ft 7 in |
| Weight | 173 lb |
| BMI Calculated | <u>27.1</u> |
| BSA Calculated | 1.9 |
| Heart Rate | 77 |
| Systolic | 116 |
| Diastolic | 68 |
| O2 Saturation | 99 |

**Neurology Exam**

**Constitutional:** Jamie Reece is a Caucasian female who appears well developed, well nourished and in no acute distress.
**Mental Status:** patient is alert. patient is appropriately oriented. language is fluent and logical. Speech is normal. Recent and remote memories are preserved. Good attention span and good concentration. Appropriate fund of knowledge.
**Cranial Nerves:** disk margins are sharp and fundi are normal. visual fields are full to confrontation. pupils are equal and symmetrically reactive. extraocular movements are full. Facial sensation is normal. Facial strength is symmetric and normal. Hearing acuity is normal. Normal movement of soft palate. Shoulder shrug is strong and symmetric. Tongue protrudes midline.
**Motor:** pronator drift is absent. motor strength is full in all four limbs. Muscle bulk and tone are normal.
**Sensory:** Sensory modalities are normal.
**Reflexes:** Reflexes are normal and symmetric. Plantars are flexor.
**Coordination:** Coordination is normal.
**Gait and Station:** Gait is steady and normal.
**Eyes:** Conjunctivae and eyelids reveals no swelling, erythema or discharge.
**Pulmonary:** Respiratory effort was normal with no increased work of breathing and no respiratory distress. Lungs were clear to auscultation bilaterally.
**Cardiovascular:** On auscultation the heart rate and rhythm is normal and there are no murmurs. Auscultation of the neck is without bruit. Arterial pulses are normal on peripheral vascular exam.

## Results/Data

4/10/18 MRI C-SPINE - Possible subtle increased signal within the cervical cord at C8 level. (Images viewed from disc with Dr. Everman).

## Assessment

1. CNS demyelination (341.9) (G37.9)
2. Blurred vision (368.8) (H53.8)
3. Fatigue (780.79) (R53.83)
4. Numbness (782.0) (R20.0)

## Plan

### Blurred vision, CNS demyelination, Fatigue, Numbness

1. Start: LORazepam 0.5 MG Oral Tablet (Ativan); Take 1 tablet PO 30 minutes prior to MRI, may repeat after 30 minutes X1 if needed
2. Creatinine, Serum; Status:Active; Requested for:08Jun2018;
3. Follow-up visit in 2 weeks Outpatient Follow-up WITH MRI RESULTS. SCHEDULE ON A DAY DR. EVERMAN IS HERE. Status: Complete Done: 08Jun2018
4. MRI Brain WO W; Status:Need Information - Required information; Requested for:08Jun2018;
5. MRI Spine Thoracic WO W; Status:Need Information - Required information; Requested for:08Jun2018;
6. Vitamin B12 and Folate; Status:Active; Requested for:08Jun2018;
7. Vitamin B6, Plasma; Status:Active; Requested for:08Jun2018;
8. Vitamin D, 1,25 + 25-Hydroxy; Status:Active; Requested for:08Jun2018;

## Discussion/Summary

Needs further work-up for MS. MRI brain, lab work - will go over results at follow-up.
Seen and evaluated by Dr. Everman at today's visit as well.

## Attending Note

*Attending Note:[1] I interviewed and examined the patient[1] and the staff discussed the patient on the day of the visit[1]. Level of Participation:[1] I was present in clinic and examined the patient[1]. Patient's History:[1] Ms. reece has a possible T2 hyperintnese lesion in her Cervical spine. She describes a HUG sensation around chest and waist. Otherwise exam unremarkable. Will send for MRI brain and MRI thoracic spine to look for other demyelinating lesions. Will also send for lab work since low vitamin levels can cause T2 hyperintense lesions in spine. Will see back after studies.[1].*

*[1] Amended By: Everman, Nicole; Jun 11 2018 7:59 AM EST*

**'End of Encounter Meds'**

**Signatures**
Electronically signed by : Carrie Baker, CMA; Jun 8 2018 10:07AM EST (Co-author)
Electronically signed by : Megan Collett, APRN; Jun 8 2018 12:49PM EST (Co-author)
Electronically signed by : Nicole Everman, M.D.; Jun 11 2018 7:59AM EST (Author)

# Bath Family Health Services

**44 Water Street, PO Box 1209**
**Owingsville,KY 403601209**
**(606) 674-9776**

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

## Results

**Lab Accession #** LC_1594882281020182018
**Ordering Provider:** Collett, Megan
**Performing Location:** LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300
MD: 6370 Wilcox Road
Dublin, OH 430161269

**Collected:** 06/08/2018 11:05:00AM
**Resulted:** 06/09/2018 6:32:00AM
**Verified By:** Collett, Megan
**Auto Verify:** N

**Creatinine, Serum**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Creatinine | 0.78 | mg/dL | | 0.57-1.00 |
| eGFR If NonAfricn Am | 90 | mL/min/1.73 | | >59 |
| eGFR If Africn Am | 103 | mL/min/1.73 | | >59 |

# Bath Family Health Services

**44 Water Street, PO Box 1209**
**Owingsville,KY 403601209**
**(606) 674-9776**

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

## Results

**Lab Accession #** LC_1594882281020182018
**Ordering Provider:** Collett, Megan
**Performing Location:** LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300
MD: 6370 Wilcox Road
Dublin, OH 430161269

**Collected:** 06/08/2018 11:05:00AM
**Resulted:** 06/09/2018 9:01:00AM
**Verified By:** Collett, Megan
**Auto Verify:** N

**Vitamin B12 and Folate**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Vitamin B12 | 618 | pg/mL | | 232-1245 |
| Folate (Folic Acid), Serum | >20.0 | ng/mL | | >3.0 |

A serum folate concentration of less than 3.1 ng/mL is considered to represent clinical deficiency.

# Bath Family Health Services

**44 Water Street, PO Box 1209**
**Owingsville,KY 403601209**
**(606) 674-9776**

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

## Results

**Lab Accession #** LC_1594882281020182018
**Ordering Provider:** Collett, Megan
**Performing Location:** LabCorp Burlington
1447 York Court

**Collected:** 06/08/2018 11:05:00AM
**Resulted:** 06/11/2018 10:48:00PM
**Verified By:** Collett, Megan
**Auto Verify:** N

**Vitamin B6, Plasma**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Vitamin B6 | 23.2 | ug/L | | 2.0-32.8 |

This test was developed and its performance characteristics determined by LabCorp. It has not been cleared or approved by the Food and Drug Administration.

# Bath Family Health Services

**44 Water Street, PO Box 1209**
**Owingsville,KY 403601209**
**(606) 674-9776**


**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

## Results

**Lab Accession #** LC_1594882281020182018
**Ordering Provider:** Collett, Megan
**Performing Location:** LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300
MD: 6370 Wilcox Road
Dublin, OH 430161269

**Collected:** 06/08/2018 11:05:00AM
**Resulted:** 06/12/2018 2:10:00PM
**Verified By:** Collett, Megan
**Auto Verify:** N

**Vitamin D, 1,25 + 25-Hydroxy**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Calcitriol(1,25 di-OH Vit D) | 29.7 | pg/mL | | 19.9-79.3 |
| (Performing Location: LabCorp Burlington 1447 York Court) | | | | |
| Vitamin D, 25-Hydroxy | 39.0 | ng/mL | | 30.0-100.0 |

Vitamin D deficiency has been defined by the Institute of Medicine and an Endocrine Society practice guideline as a level of serum 25-OH vitamin D less than 20 ng/mL (1,2). The Endocrine Society went on to further define vitamin D insufficiency as a level between 21 and 29 ng/mL (2).


1. IOM (Institute of Medicine). 2010. Dietary reference intakes for calcium and D. Washington DC: The National Academies Press.
2. Holick MF, Binkley NC, Bischoff-Ferrari HA, et al. Evaluation, treatment, and prevention of vitamin D deficiency: an Endocrine Society clinical practice guideline. JCEM. 2011 Jul; 96(7):1911-30.

**Neurology Clinic of London - Lexington**
**3470 Blazer Parkway Suite 150,**
**Lexington, KY 40509**
**Phone: (859) 263-8807 Fax: (859) 263-8808**

*MRN:* **1668060** *Encounter Date:* **06/28/2018 11:00AM**

*DOB:*

*Address:*
**Jamie Reece**

*Work:*

**PCP:** Adams, Doris W

## History Reported By
The history today is reported by the patient.

## Chief Complaint
Established patient here today 3 week follow-up for CNS demyelination, numbness, blurry vision.
She reports no new complaints or concerns, here today to discuss MRI brain and thoracic spine results.

## History of Present Illness
**HPI Free Text - v1.0**: Last clinic visit 6/8/18.

Ms. Reece was referred by Dr. Tutt due to MRI abnormality on cervical spine MRI concerning for possible MS. MRI of the brain was ordered which does not show any findings consistent with MS.

For the past 3-4 months, she has experienced a squeezing sensation to her chest. She has had a couple episodes of this that lasted about 1 hour. These episodes were painful. Other times have lasted just seconds. Episodes occur about once weekly. MRI of the thoracic spine was ordered and it was normal.

MRI findings of brain and thoracic spine discussed with her today. At this point, there is no concern for MS.

## Active Problems
1. Blurred vision (368.8) (H53.8)
2. Chest pain, midsternal (786.51) (R07.89)
3. CNS demyelination (341.9) (G37.9)
4. Costochondral pain (786.52) (R07.1)
5. Costochondritis (733.6) (M94.0)
6. Encounter for medication monitoring (V58.83) (Z51.81)
7. Fatigue (780.79) (R53.83)
8. History of psoriasis (V13.3) (Z87.2)
9. Joint pain (719.40) (M25.50)
10. Numbness (782.0) (R20.0)
11. Pruritus (698.9) (L29.9)
12. Psoriatic arthritis (696.0) (L40.50)

## Allergies
- Lortab TABS
  Recorded By: Baker, Carrie; 6/8/2018 9:16:53 AM

## Current Meds
1. Calcium TABS
2. CVS Probiotic Maximum Strength Oral Capsule

3. Cyclobenzaprine HCl - 10 MG Oral Tablet
4. Esomeprazole Magnesium 40 MG Oral Capsule Delayed Release; TAKE 1 CAPSULE ONCE DAILY
5. Estrace 0.1 MG/GM Vaginal Cream
6. Fluconazole 150 MG Oral Tablet
7. Folic Acid 1 MG Oral Tablet; TAKE 1 TABLET DAILY
8. Gabapentin 300 MG Oral Capsule
9. Havrix 1440 EL U/ML SUSP
10. Indomethacin 50 MG Oral Capsule; TAKE 1 CAPSULE 3 TIMES DAILY WITH FOOD
11. LORazepam 0.5 MG Oral Tablet; TAKE 1 TABLET TWICE DAILY
12. Methotrexate 2.5 MG Oral Tablet; TAKE 8 TABLET Weekly
13. Multi Complete CAPS
14. Terconazole 0.4 % Vaginal Cream
15. ZyrTEC Allergy CAPS

**Past Medical History**
1. History of Anxiety (300.00) (F41.9)
2. History of cataract (V12.49) (Z86.69)
3. History of IBS (V12.79) (Z87.19)
4. History of miscarriage (V13.29) (Z87.59)

**Surgical History**
History of Hysterectomy
History of Oral surgery
History of Tonsillectomy

**Family History**
**Mother**
Family history of arthritis (V17.7) (Z82.61)
Family history of cardiac disorder (V17.49) (Z82.49)
Family history of coronary artery disease (V17.3) (Z82.49)
Family history of hypothyroidism (V18.19) (Z83.49)
**Family History**
FH: stomach cancer (V16.0) (Z80.0)

**Social History**
Does not use illicit drugs (V49.89) (Z78.9)
Employed
Married
Never smoker
Social alcohol use (Z78.9)

**Review of Systems**
A complete review of systems revealed no pertinent patient complaints except as noted below and in the history of present illness.
**CONSTITUTIONAL:** fatigue.
**EYES:** eye pain, change in vision and blurred vision.
**ENT:** vertigo, dizziness and dysphagia.
**CARDIOVASCULAR:** normal.
**RESPIRATORY:** normal.
**GASTROINTESTINAL:** Heartburn.
**GENITOURINARY:** urinary frequency.
**MUSCULOSKELETAL:** arthralgia.
**INTEGUMENTARY:** Psoriatic arthritis.
**NEUROLOGICAL:** headache, dizziness, lightheaded, tremor, sleep disturbances, memory loss and numbness.

**PSYCHIATRIC:** normal.
**ENDOCRINE:** heat intolerance and polyuria.
**HEMATOLOGIC/LYMPHATIC:** normal.
**ALLERGIC/IMMUNOLOGIC:** normal.

**Vitals**
**Vital Signs**

| | Recorded: 28Jun2018 11:29AM |
|---|---|
| Height | 5 ft 7 in |
| Weight | 173 lb |
| BMI Calculated | 27.1 |
| BSA Calculated | 1.9 |
| Heart Rate | 79 |
| Systolic | 118 |
| Diastolic | 72 |
| O2 Saturation | 98 |

**Neurology Exam**

**Constitutional:** Jamie Reece is a Caucasian female who appears well developed, well nourished and in no acute distress.
**Mental Status:** patient is alert. patient is appropriately oriented. language is fluent and logical. Speech is normal. Recent and remote memories are preserved. Good attention span and good concentration. Appropriate fund of knowledge.
**Cranial Nerves:** disk margins are sharp and fundi are normal. visual fields are full to confrontation. pupils are equal and symmetrically reactive. extraocular movements are full. Facial sensation is normal. Facial strength is symmetric and normal. Hearing acuity is normal. Normal movement of soft palate. Shoulder shrug is strong and symmetric. Tongue protrudes midline.
**Motor:** pronator drift is absent. motor strength is full in all four limbs. Muscle bulk and tone are normal.
**Sensory:** Sensory modalities are normal.
**Reflexes:** Reflexes are normal and symmetric. Plantars are flexor.
**Coordination:** Coordination is normal.
**Gait and Station:** Gait is steady and normal.
**Eyes:** Conjunctivae and eyelids reveals no swelling, erythema or discharge.
**Pulmonary:** Respiratory effort was normal with no increased work of breathing and no respiratory distress. Lungs were clear to auscultation bilaterally.
**Cardiovascular:** On auscultation the heart rate and rhythm is normal and there are no murmurs. Auscultation of the neck is without bruit. Arterial pulses are normal on peripheral vascular exam.

**Results/Data**
4/10/18 MRI C-SPINE - Possible subtle increased signal within the cervical cord at C8 level.
6/20/18 MRI BRAIN W WO - A few scattered, non-specific white matter changes. Images viewed from disc with Dr. Everman.
6/20/18 MRI THORACIC SPINE W WO - No cord signal abnormality. Images viewed from disc with Dr. Everman.

**Assessment**
1. CNS demyelination (341.9) (G37.9)
2. Numbness (782.0) (R20.0)
3. Blurred vision (368.8) (H53.8)

**Plan**

**Blurred vision, CNS demyelination, Numbness**

1. MRI Brain WO; Status:Need Information - Required information; Requested for:28Dec2018; Perform:See Facility Below; Order Comments:TO BE DONE IN DECEMBER 2018; Due:04Jan2019; Marked Important;Ordered; For:Blurred vision, CNS demyelination, Numbness; Ordered By:Collett, Megan;
2. Follow-up visit in 6 months Outpatient Follow-up WITH MRI BRAIN AND CERVICAL SPINE RESULTS. SCHEDULE ON A DAY DR. EVERMAN IS HERE. Status: Complete Done: 28Jun2018 Ordered;For: Blurred vision, CNS demyelination, Numbness; Ordered By: Collett, Megan Performed: Due: 12Jul2018 Marked Important; Last Updated By: Cassidy, Jodi; 6/28/2018 12:09:48 PM
3. MRI Spine Cervical WO; Status:Need Information - Required information; Requested for:28Dec2018; Perform:See Facility Below; Order Comments:TO BE DONE IN DECEMBER 2018; Due:04Jan2019; Marked Important;Ordered; For:Blurred vision, CNS demyelination, Numbness; Ordered By:Collett, Megan;

**Discussion/Summary**

Will re-evaluate MRI brain and cervical spine in 6 months. At this time concern for MS is very low.
F/U 6 months.

**'End of Encounter Meds'**

**Signatures**

Electronically signed by : Carrie Baker, CMA; Jun 28 2018 11:32AM EST (Co-author)
Electronically signed by : Megan Collett, APRN; Jun 29 2018 1:12PM EST (Author)

Last amended by Sherry Lynn on 10/15/2018 at 4:10pm

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 10/15/2018 09:00AM |
| **DOB** | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. | | |

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

**Ht:** 5 ft 7 in 10/15/2018 10:01 am
**Wt:** 181 lbs 10/15/2018 10:02 am
**BMI:** 28.3 10/15/2018 10:02 am
**BP:** 120/85 sitting L arm 10/15/2018 10:02 am
**Pain Scale:** 8 10/15/2018 10:02 am

## Allergies

Reviewed Allergies
**LORTAB:** Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

**baclofen 10 mg tablet** — 10/15/18 prescribed
Take 1 tablet(s) every 8 hours by oral route.

**folic acid** — 07/13/18 entered

**gabapentin 100 mg capsule** — 10/10/18 prescribed
1 po qhs can titrate to 3 po qhs based on tolerance

**gabapentin 300 mg capsule** — 10/15/18 prescribed
WEEK1: Take 1 tablet QHS. WEEK2: Take 1 tablet BID. WEEK3: Take 1 tablet TID

**Humira Pen 40 mg/0.8 mL subcutaneous kit** — 10/10/18 entered
Inject 0.8 mL every 2 weeks by subcutaneous route.

**REECE, JAMIE H (id #21591363, dob:**

| | | |
|---|---|---|
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability<br>- Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Headaches: **Y**

## Screening

| Name | Score | Notes |
|---|---|---|
| PHQ-2/PHQ-9 | 5 (out of 27 for the PHQ-9) | |
| Opioid Risk | 0 | |
| STOP-Bang | 0 | |

## HPI

**Pain Management Initial**
Reported by patient.

Location: right
Quality: aching; dull
Timing: chronic
Alleviating Factors: rest
Aggravating Factors: ROM
Associated Symptoms: no weakness; no numbness; no tingling
Previous Surgery: none
Prior Imaging: MRI
Previous Injections: none
Previous PT: helped a little

50-year-old female presenting for evaluation of right shoulder pain. Patient currently works for Toyota doing repetitive machine work in a factory. Patient reports a work related injury in January 2018. At that time, patient noted pain in the right shoulder with radiating pain down the arm into the fingers. She notes significant pain due to spasms. Cervical MRI showed mild disc bulge at C4C5. She has been seen and evaluated by Neurosurgery and Orthopedics with recommendations for conservative management. She was referred to physical therapy and has noticed some improvement in ROM symptoms. She has been seen and evaluated by rheumatology, Dr. Abbas and was diagnosed with CRPS. She does have a history of psoriatic arthritis managed on Humira. She has been started on Gabapentin 100mg QHS.

## ROS

Patient reports **back pain** but reports no muscle aches, no muscle weakness, no arthralgias/joint pain, no swelling in the extremities, and no neck pain. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and normal body habitus. Level of Distress: NAD.

**Psychiatric:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Pupils: PERRLA. EOM: EOMI.

**Lungs:** Respiratory effort: no dyspnea.

**Cardiovascular:** Heart Auscultation: RRR.

**Abdomen:** Inspection and Palpation: soft, non-distended, and no tenderness.

**Skin:** Inspection and palpation: no rash, lesions, or ulcer.

**Cervical Spine:** Inspection: alignment normal. Soft Tissue Palpation on the Right:**tenderness of the paracervicals, the scalene muscle**, **the trapezius**, and **the rhomboid**.

**Motor Strength:** C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

## Assessment / Plan

50-year-old female presenting for evaluation of shoulder pain. Patient has repetitive work-related injury from her job working at

the Toyota factory. Her job responsibilities include repetitive pushing and pulling maneuvers as well as overhead lifting. She notes pain beginning in her right shoulder in January 2018. She reports worsening pain over the last several months with muscle tension and spasms throughout her right shoulder and neck. She also reports radiating pain from her right shoulder down into her elbow and forearm. She denies allodynia but does note occasional swelling as well as temperature and color change. She has been seen and evaluated by neurosurgery, Dr. Tutt, who found no concern for underlying cervical pathology. Patient was subsequently referred to neurology for evaluation of MS given cord signal abnormality at C6. She was found to not have MS. Patient has been seen and evaluated by orthopedic surgery, Dr. Kibler, with the diagnosis of shoulder impingement syndrome. She has been referred to physical therapy with some improvement in range of motion symptoms. She is followed by rheumatology, Dr. Abbas, and has been diagnosed with psoriatic arthritis. She has been started on Humira but reports hesitancy moving forward with treatment in the setting of side effects. Patient was encouraged to further discuss her concerns with her rheumatologist to decide on treatment options. On exam today, patient demonstrates tenderness to palpation throughout the cervical paraspinals, trapezius and rhomboid muscles on the right. She has full motor strength throughout the bilateral upper extremities.

Overall, her current pain complaints are likely multifactorial. Patient does demonstrate significant myofascial pain in and around the shoulder joint specifically in the trapezius and rhomboid muscles. Her description of radiating pain down to her arm, elbow and forearm are suggestive of nerve related injury although symptoms do not appear to be in any dermatomal fashion. EMG studies have been negative. Her cervical MRI was also normal. It is difficult to make the diagnosis of CRPS given that she did not complain of any allodynia on presentation today. Further, her diagnosis is likely affected by underlying psoriatic arthritis which may complicate her clinical presentation. Moving forward, I think continued physical therapy would be beneficial to help maintain mobility and range of motion in the shoulder joint. She also demonstrates significant myofascial pain which can be addressed through myofascial release, dry needling and TENS unit use. We discussed initiation of a muscle relaxant today to help with pain related to muscle spasms. We will plan to start baclofen 10 mg 3 times a day when necessary. Side effects reviewed with the patient today including sedation. We also discussed increasing her gabapentin to help better address her neuropathic symptoms. We'll plan to start gabapentin 300 mg 3 times a day with plan to titrate to effect. Side effects reviewed with patient including sedation and cognitive changes. Patient will follow-up in one month for further evaluation.

**1. Neuropathic pain**
M79.2: Neuralgia and neuritis, unspecified
- gabapentin 300 mg capsule - WEEK1: Take 1 tablet QHS. WEEK2: Take 1 tablet BID. WEEK3: Take 1 tablet TID
  Qty: 90 capsule(s) Refills: 0 Pharmacy: WALMART PHARMACY 3894

**2. Myofascial pain**
M79.10: Myalgia, unspecified site
- baclofen 10 mg tablet - Take 1 tablet(s) every 8 hours by oral route.
  Qty: 90 tablet(s) Refills: 0 Pharmacy: WALMART PHARMACY 3894

**3. Chronic pain syndrome**
G89.4: Chronic pain syndrome
- PSYCHOLOGY REFERRAL - Schedule Within: provider's discretion

**4. Long-term drug therapy**
Z79.899: Other long term (current) drug therapy
- HIGH RISK DRUG PANEL

**Patient Instructions**

WRAP-UP
Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- START Gabapentin 300mg TID

- START Baclofen 10mg TID PRN

- Referral to psychology

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at:

https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

Return to Office

- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 10/26/2018 at 11:00 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 11/12/2018 at 08:45 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 11/12/2018 at 08:45 AM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 11/15/2018 at 09:00 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

Amendment Sign-Off

Encounter signed-off by Sherry Lynn, 10/15/2018.

Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 10/15/2018 at 1:07pm
Amendment closed by Sherry Lynn on 10/15/2018 at 4:10pm

Screening: PHQ-2/PHQ-9 Opioid Risk STOP-Bang

**REECE, JAMIE H (id #21591363, dob:**

RECEIVED
FEB 15 2019
MFTL

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 11/12/2018 10:15AM |
| **DOB** | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. | | |

## Chief Complaint

arm pain

Jamie Reece is following up right arm pain. she states that her arm is going numb and swelling. Physical therapist noticed some color changes in the patients hands, from red to while with mild pulses.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

11/12/2018 09:38 am

**Ht:** 5 ft 7 in  **Wt:** 179 lbs  **BMI:** 28

**BP:** 117/78 sitting R arm  **Pain Scale:** 4

## Allergies

Reviewed Allergies
**LORTAB:** Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **baclofen 10 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route. | 11/12/18 | prescribed |
| **folic acid** | 07/13/18 | entered |
| **gabapentin 100 mg capsule**<br>1 po qhs can titrate to 3 po qhs based on tolerance | 10/10/18 | prescribed |
| **gabapentin 300 mg capsule**<br>WEEK1: Take 1 tablet QHS. WEEK2: Take 1 tablet BID. WEEK3: Take 1 tablet TID | 10/15/18 | prescribed |
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 11/12/18 | prescribed |

| | | |
|---|---|---|
| **Humira Pen 40 mg/0.8 mL subcutaneous kit**<br>Inject 0.8 mL every 2 weeks by subcutaneous route. | 10/10/18 | entered |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability<br>- Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Headaches: **Y**

## HPI

50yo female presenting for followup of shoulder pain. At her last appointment, patient was started on Gabapentin 300mg TID and Baclofen 10mg TID PRN. Patient reports some improvement in pain with the initiation of Gabapentin. She feels as though physical therapy has hit a plateau. Patient was also referred to clinical psychology to assist with CBT and coping skills.

## ROS

Patient reports **muscle aches** but reports no muscle weakness, no arthralgias/joint pain, no back pain, no swelling in the extremities, and no neck pain; **arm and hand pain**. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and normal body habitus. Level of Distress: NAD.

**Psychiatric:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Pupils: PERRLA. EOM: EOMI.

**Lungs:** Respiratory effort: no dyspnea.

**Cardiovascular:** Heart Auscultation: RRR.

**Abdomen:** Inspection and Palpation: soft, non-distended, and no tenderness.

**Skin:** Inspection and palpation: no rash, lesions, or ulcer.

**Cervical Spine:** Inspection: alignment normal. Soft Tissue Palpation on the Right:**tenderness of the paracervicals**, **the scalene muscle**, **the trapezius**, and **the rhomboid.**

**Motor Strength:** C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

## Assessment / Plan

50-year-old female presenting for follow-up with regards to right shoulder pain. At her last appointment, patient was started on gabapentin 300 mg 3 times a day and baclofen 10 mg 3 times a day when necessary. She returns today noting good improvement in her neuropathic pain with initiation of gabapentin. She does endorse some mild confusion when taking gabapentin with baclofen. We discussed not combining the 2 medications secondary to the shared side effect of sedation. We discussed initiation of a compounded cream with muscle relaxant built in to help throughout the day in conjunction with gabapentin so as to not combine sedating side effects. We also discussed his escalating gabapentin to 600 mg 3 times a day to help address her neuropathic pain. Side effects were reviewed with the patient today including sedation and cognitive changes. She reports experiencing a plateau with regards to progress with physical therapy. She notes any repetitive motion tends to worsen pain through her shoulder and upper neck. Patient has several trigger points noted on exam. she continues to report an endorse swelling, temperature and color changes as well as allodynia consistent with CRPS. She also reports significant social stressors including the recent denial of her long-term disability and the potential of being fired from Toyota. Patient was referred to clinical psychology for help with coping skills and cognitive behavioral therapy. She seems perturbed that the evaluation was in such great depth requiring her to answer numerous questions for evaluation. We reviewed the importance of treating the entirety of her symptoms both mental and physical. Patient voiced understanding. Plan to have the patient follow-up in 1 month for further evaluation.

**1. Myofascial pain**

M79.10: Myalgia, unspecified site

- baclofen 10 mg tablet - Take 1 tablet(s) every 8 hours by oral route. Qty: 90 tablet(s) Refills: 2 Pharmacy: WALMART PHARMACY 3894

**2. Psoriatic arthritis**

L40.50: Arthropathic psoriasis, unspecified

- gabapentin 600 mg tablet - Take 1 tablet(s) 3 times a day by oral route. Qty: 90 tablet(s) Refills: 0 Pharmacy:

**REECE, JAMIE H (id #21591363, dob:**

WALMART PHARMACY 3894

**Patient Instructions**

WRAP-UP
Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- START Compounded Cream

- INCREASE Gabapentin 600mg TID

- Refill Baclofen 10mg TID

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

## Return to Office

- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 11/15/2018 at 09:00 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 12/14/2018 at 08:15 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/11/2019 at 08:15 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 11/12/2018.

Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 11/12/2018 at 12:45pm

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 12/14/2018 08:15AM |
| **DOB** | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. | | |

## Chief Complaint

medication follow up

Jamie Reece 50 y/o female is following up on cervical neck and right shoulder pain. Patient states she had an episode where her right shoulder was in extreme pain a day ago, and she couldn't stand it. Patient states she is seeing a neurologist that proposed compression sleeve, and she is having physical therapy sessions that is doing dry needling. Patient appears to have edema in the right arm at todays visit. Patient states she stopped taking the humira pen and noticed the hand numbness stopped after she discontinued this medication for insurance purposes. Pill count on Hydrocodone was preformed and was appropiate upon refill date 11/16/18 quantity of 90 86 left.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621**
WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 12/14/2018 08:39 am | **Wt:** | 178 lbs 12/14/2018 08:40 am | **BMI:** | 27.9 12/14/2018 08:40 am |
| **BP:** | 110/60 sitting L arm 12/14/2018 08:40 am | **Pain Scale:** | 3 12/14/2018 08:40 am | | |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

**baclofen 10 mg tablet** — 12/14/18 prescribed
Take 1 tablet(s) every 8 hours by oral route.

**gabapentin 100 mg capsule** — 10/10/18 prescribed
1 po qhs can titrate to 3 po qhs based on tolerance

**gabapentin 300 mg capsule** — 10/15/18 prescribed
WEEK1: Take 1 tablet QHS. WEEK2: Take 1 tablet BID. WEEK3: Take 1 tablet TID

| | | |
|---|---|---|
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 12/14/18 | prescribed |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route as needed. | 11/16/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Headaches: Y

## HPI

50-year-old female presenting for follow-up with regards to right shoulder pain. Her current medication regimen consists of

gabapentin 600 mg 3 times a day, baclofen 10 mg 3 times a day when necessary and Lortab 10/325 mg 3 times a day when necessary. She reports limited use of Lortab and denies any significant improvement with use. She is continuing with physical therapy and started dry needling which has helped. She has been seen and evaluated by neurology with recommendation for use of a compression sleeve. She continues to follow up with rheumatology, Dr. Abbas, and has discontinued use of Humira due to numbness in her hand. She was referred to clinical psychology for cognitive behavioral therapy but she is not interested in attending sessions.

## ROS

Patient reports **muscle aches, arthralgias/joint pain, swelling in the extremities, and neck pain**but reports no muscle weakness and no back pain; **right arm pain**. She reports**weakness and numbness** but reports no loss of consciousness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and normal body habitus. Level of Distress: NAD.

**Psychiatric:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Pupils: PERRLA. EOM: EOMI.

**Lungs:** Respiratory effort: no dyspnea.

**Cardiovascular:** Heart Auscultation: RRR.

**Abdomen:** Inspection and Palpation: soft, non-distended, and no tenderness.

**Skin:** Inspection and palpation: no rash, lesions, or ulcer.

**Cervical Spine:** Inspection: alignment normal. Soft Tissue Palpation on the Right:**tenderness of the paracervicals, the scalene muscle, the trapezius**, and **the rhomboid.**

**Motor Strength:** C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

## Assessment / Plan

50-year-old female with a history of psoriatic arthritis presenting for follow-up with regards to right shoulder pain. pain is related to repetitive injury to her work at Toyota. She continues to use for her psoriatic arthritis through rheumatology, Dr. Abbas. She reports having recently discontinued Humira use due to numbness in her right hand. She continues to report good improvement in symptoms with the use of gabapentin 600 mg 3 times a day and baclofen 10 mg 3 times a day when necessary. She has noted reduction in the sedating symptoms she previously experienced. she was also started on Lortab 10/325 3 times a day when necessary. She notes sparingly using the medication and still has an entire bottle full on her follow-up today. She has started with a new physical therapist and is currently undergoing dry needling which she feels has helped her symptoms. Overall she is happy with her pain improvement. She was previously referred to clinical psychology for cognitive behavioral therapy but does not wish to establish care. We reviewed the benefit of cognitive behavioral therapy and coping skills. Patient voiced understanding but is still not interested in attending sessions. I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient has a signed pain management agreement per clinic policy. Urine drug screen is up to date and appropriate as per Kentucky medical board guidelines. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient. She will plan to follow-up in 2 months for further evaluation.

**REECE, JAMIE H (id #21591363, dob:**

**1. Psoriatic arthritis**

L40.50: Arthropathic psoriasis, unspecified

- gabapentin 600 mg tablet - Take 1 tablet(s) 3 times a day by oral route. Qty: 90 tablet(s) Refills: 3 Pharmacy: COSTCO PHARMACY #1156

**2. Myofascial pain**

M79.10: Myalgia, unspecified site

- baclofen 10 mg tablet - Take 1 tablet(s) every 8 hours by oral route. Qty: 90 tablet(s) Refills: 2 Pharmacy: COSTCO PHARMACY #1156

**Discussion Notes**

WRAP-UP
Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- Refill Gabapentin and Baclofen

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

## Return to Office

- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/11/2019 at 08:15 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 02/14/2019 at 08:30 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by KATHERINE S RODEN, MD, 12/14/2018.

Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 12/14/2018 at 12:11pm

**REECE, JAMIE H (id #21591363, dob:**

Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 02/11/2019 09:30AM |
| **DOB** | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 00332010OTEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. | | |

## Chief Complaint

neck pain

Mrs. Jamie H. Reece is a 50 y/o female following up for chronic neck and right arm pain. patient rates her pain a 4/10 on pain scale. She is taking Gabapentin 600 tid, Baclofen and has both Tramadol and Hydrocodone. She is currently in physical therapy.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621**
WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

02/11/2019 09:07 am

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in | **Wt:** | 177 lbs | **BMI:** | 27.7 |
| **BP:** | 108/76 | **Pain Scale:** | 4 | **Pain Scale Type:** | Numeric |

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **baclofen 10 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route. | 12/14/18 | prescribed |
| **folic acid** | 02/11/19 | entered |
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 12/14/18 | prescribed |
| **gabapentin 800 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 02/11/19 | prescribed |

| | | |
|---|---|---|
| **Humira Pen 40 mg/0.8 mL subcutaneous kit**<br>Inject 0.8 mL every 2 weeks by sub-q route.<br>**Internal Note:** not taking since 12/2018 | 02/11/19 | entered |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route as needed. | 11/16/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **tiZANidine 4 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route as needed. | 02/11/19 | prescribed |
| **traMADol 50 mg tablet**<br>Take 1 tablet(s) twice a day by oral route as needed. | 12/20/18 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability<br>- Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

**REECE, JAMIE H (id #21591363, dob:**

Reviewed Past Medical History
Headaches: Y

## HPI

50-year-old female returning for follow-up with regards to shoulder pain. she continues to follow with rheumatology, Dr. Abbas, for psoriatic arthritis currently managed on Humira. Improve, patient's symptoms are related to repetitive work injury from her job at Toyota. Her current medication regimen consists of gabapentin 600 mg 3 times a day and tramadol 50 mg twice a day. She has not noticed any significant improvement from Tramadol. The patient did not tolerate Norco secondary to nausea/vomiting. She has recently restarted physical therapy.

## ROS

Patient reports **arthralgias/joint pain and neck pain** but reports no muscle aches, no muscle weakness, no back pain, and no swelling in the extremities; **right arm pain.** She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and normal body habitus. Level of Distress: NAD.

**Psychiatric:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Pupils: PERRLA. EOM: EOMI.

**Lungs:** Respiratory effort: no dyspnea.

**Cardiovascular:** Heart Auscultation: RRR.

**Abdomen:** Inspection and Palpation: soft, non-distended, and no tenderness.

**Musculoskeletal::** Motor Strength and Tone: normal tone and motor strength. Joints, Bones, and Muscles:**tenderness (R shoulder)**. Extremities: no cyanosis and **edema (mild, right arm)**.

**Neurologic:** Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no rash, lesions, or ulcer.

**Cervical Spine:** Inspection: alignment normal. Soft Tissue Palpation on the Right:**tenderness of the paracervicals**, **the scalene muscle**, **the trapezius**, and **the rhomboid**.

**Motor Strength:** C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

## Assessment / Plan

50-year-old female presenting for follow-up with regards to neck and shoulder pain. Patient is currently followed by rheumatology, Dr. Abbas, for psoriatic arthritis currently maintained on Humira. She has repetitive work-related injury for her job at Toyota resulting in significant shoulder and upper arm pain. She presents today with a compression sleeve to assist with edema. No temperature or color change noted. We have thoroughly reviewed the symptoms related to CRPS. Her current regimen consists of gabapentin 600 mg 3 times a day. At her last visit, we discussed initiating opioid therapy to help with severe exacerbations of pain. She has tried at this point nor occur as well as tramadol without significant improvement in

symptoms. She returns today noting that gabapentin provides her with the best pain relief. She denies any adverse side effects that her current medication dose. We discussed us escalating gabapentin to 800 mg 3 times a day. Should this not significantly improved pain complaints, we discussed possible adjuvants at her next visit including Cymbalta or a TCA. Side effects were reviewed with her today regarding gabapentin including sedation and cognitive changes.

patient has started physical therapy with a new therapist and has noted Dobson Downs in terms of her ongoing neck pain. She is also started taking tissue massage therapy. Patient was advised to consider lidocaine patches following her massage sessions to help with swelling and discomfort. We also discussed initiation of a TENS unit to help with her exacerbations and neck pain. Prescription for TENS unit was provided today. She currently takes baclofen with some minor relief in her muscle spasms. She inquires about other muscle relaxants. We'll plan to discontinue baclofen today and initiate tizanidine. Side effects were reviewed with her including sedation.Patient will follow-up in one month for further evaluation.

**1. Myofascial pain**

M79.10: Myalgia, unspecified site

- TENS UNIT - Use as directed. Qty: 1 Unit Refills: 0 Supplier: KENTUCKY ORTHO REHAB (KORT)
- tizanidine 4 mg tablet - Take 1 tablet(s) 3 times a day by oral route as needed. Qty: 90 tablet(s) Refills: 0 Pharmacy: WALMART PHARMACY 3894

**2. Complex regional pain syndrome**

M89.00: Algoneurodystrophy, unspecified site

- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS
- gabapentin 800 mg tablet - Take 1 tablet(s) 3 times a day by oral route. Qty: 90 tablet(s) Refills: 0 Pharmacy: WALMART PHARMACY 3894

**Patient Instructions**

WRAP-UP
Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- TENS unit

- INCREASE Gabapentin 800mg TID

- DISCONTINUE Baclofen

- START Tizanidine

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

**Discussion Notes**

Spent 25 total minutes with the patient today. Greater than 50% of this time was spent counseling/coordination of care as documented in my assessment and plan above.

Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 03/11/2019 at 09:30 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 08/12/2019 at 08:15 AM

**REECE, JAMIE H (id #21591363, dob:**

Encounter Sign-Off
Encounter signed-off by KATHERINE S RODEN, MD, 02/11/2019.

Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 02/11/2019 at 9:43am

Lexington Clinic

March 7, 2019

RE: Jamie Reece
DOB:
MRN: 21591363

Ms. Jamie Reece

Dear Ms. Reece:

In response to your patient portal message, I think some of the problems you are having with the general tendinitis and soreness of the arm could be related to a repetitive motion problem due to the work situation. I think the relationship of the symptoms to the repetitive use are fairly well documented in many other cases in that it creates an overload situation, which then creates tissue breakdown and injury. This can lead with chronic pain into the complex regional pain syndrome as well. I am not familiar with any relationship of any type of psoriatic arthritis to the complex regional pain syndrome, but you should ask your rheumatologist about this.

Yours sincerely,

W. Ben Kibler MD.

WBK/83047

[redacted]

**Lexington Clinic**

LEXINGTON CLINIC RHEUMATOLOGY

110 VILLAGE PARKWAY
NICHOLASVILLE, KY 40356-2327
(859) 887-2484 Fax (859) 258-4039

03/06/2019

Jamie Reece

To Whom It May Concern:

Patient is followed at our rheumatology clinic for psoriatic arthritis. Her last visit with us was on 2/11/2019. Please see the details of my evaluation, assessment and plans from my note dated 2/11/2019.

Her other medical issue is complex regional pain syndrome type I involving right arm. She is currently followed by our pain management clinic for the management of this condition.

If you have any questions regarding these conditions, please contact the office.

Sincerely,

M ABBAS

Electronically Signed by: SYED HAIDER ABBAS, MD
LEXINGTON CLINIC RHEUMATOLOGY

**REECE, JAMIE H (id #21591363, dob:**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 02/11/2019 08:15AM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SYED HAIDER ABBAS, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. | | |

## Chief Complaint

PSA; not taking Humira x 2mos

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621**
WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 02/11/2019 08:20 am | **Wt:** | 175 lbs 02/11/2019 08:20 am | **BMI:** | 27.4 02/11/2019 08:20 am |
| **BP:** | 106/74 sitting L arm 02/11/2019 08:22 am | **BP Cuff Size:** | adult 02/11/2019 08:20 am | **Pulse:** | 80 bpm regular 02/11/2019 08:23 am |
| **RR:** | 18 02/11/2019 08:20 am | | | | |

## Allergies

Reviewed Allergies
**LORTAB:** Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **baclofen 10 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route. | 12/14/18 | prescribed |
| **folic acid** | 02/11/19 | entered |
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 12/14/18 | prescribed |
| **Humira Pen 40 mg/0.8 mL subcutaneous kit**<br>Inject 0.8 mL every 2 weeks by sub-q route.<br>**Internal Note:** not taking since 12/2018 | 02/11/19 | entered |

| | | |
|---|---|---|
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route as needed. | 11/16/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **traMADol 50 mg tablet**<br>Take 1 tablet(s) twice a day by oral route as needed. | 12/20/18 | prescribed |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History
Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): Y

## HPI

she is seen today as a follow up on PsA and CRPS.

follow up with a TB test every 12 months and CBC every 3 months while taking Humira.

L40.50: Arthropathic psoriasis, unspecified

- PSORIASIS: CARE INSTRUCTIONS

**2. Complex regional pain syndrome -**

Please see my previous notes for details.

Briefly, has CRPS Type I, right arm after right shoulder and elbow injury due to repititive work at Toyota factory. Initially symptoms started some time early January 2018.

On account of constant pain with worsening at times, she is not able to go back to work. Further, she is concerned about the repetitive nature of her job and because of worsening of these pains while at work. She is continue to follow by physical therapy. She is also seen pain management on my suggestion and has initiated gabapentin.

her examination today, continues to show some dependent edema of her right upper extremity along with some mild erythema but without any warmth. More for typical motor and sensory features seen with complex regional pain syndrome. As mentioned above no active features of psoriatic arthritis noted on examination.

The whole body bone scan reviewed 10/2018: elbows, and wrists bilaterally. This represents degenerative change. There is focally increased uptake projecting along the greater
tuberosity of the right humeral head. The calvarium appears normal. There are mild degenerative changes in the shoulders and sternoclavicular joints. The ribs appear normal.

There are mild degenerative changes throughout the spine. There are mild degenerative changes in the hips, knees, and feet.

she will continue to follow with pain management clinic and will maintain her exercise and physical therapy as per their directions. No further suggestions at this point.

M89.00: Algoneurodystrophy, unspecified site

- LEARNING ABOUT HEALTHY WEIGHT
- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS

**3. Long-term drug therapy -**

needs to have a CBC today.

Repeat TB test in summer.

Z79.899: Other long term (current) drug therapy

- CBC

Return to Office

- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 08/12/2019 at 08:15 AM

Encounter Sign-Off

Encounter signed-off by SYED HAIDER ABBAS, MD, 02/11/2019.

Encounter performed and documented by SYED HAIDER ABBAS, MD

Encounter reviewed & signed by SYED HAIDER ABBAS, MD on 02/11/2019 at 9:03am

RECEIVED
APR 08 2019
MFTL

Lexington Clinic

March 29, 2019

Bartley K. Hagerman
Attorney at Law
201 West Short Street
Suite 800
Lexington, Kentucky 40507

RE: Jamie Reece
DOB:
MRN: 21591363

Dear Mr. Hagerman:

In response to your letter on Jamie Reece, at the last visit I saw her from a total musculoskeletal standpoint. I did put her on restrictions of no more than 5 to 10 pounds of lifting. No repetitive pushing or pulling and no overhead lifting. This would probably restrict her from her own occupation. At this point in time, most of the problems are not necessarily related to an orthopedic problem, but more a pain management problem with her complex regional pain syndrome and her psoriatic arthritis. A more complete understanding of her limitations could be done by getting a functional capacity evaluation, but based on the orthopedic evaluation those would be her limitations and I feel they would probably be permanent.

Sincerely,

W. Ben Kibler

W. Ben Kibler MD.

WBK/83063

1221 South Broadway | Lexington, Kentucky 40504 | phone: 859.258.4000 | toll free: 800.565.6841 | LexingtonClinic.com

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

KORT The Best In Rehab.

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Mar 15, 2017** |
| DOB: | | FSC: | BCBS |
| Clinician: | Mark A. Neal, PT | Payor: | ANTHEM KY |
| Prim Phy: | Lindsey Clickner APRN | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 278-5007 | Insured: | Not Specified |
| Phy Fax: | (859) 278-6867 | Employer: | Not Specified |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 2/15/2017 | Visits: | 1 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Initial Evaluation

**Diagnoses**

| | | |
|---|---|---|
| Right Hip/Pelvis | M25.551 | Pain in right hip |
| | M70.61 | Trochanteric bursitis, right hip |

## Subjective Examination

The medical history questionnaire has been completed and signed by the patient, reviewed by the evaluating therapist, and is on file. The patient has read and signed the Patient Rights and Consent for Treatment forms, have been reviewed by the evaluating therapist, and are on file.

**ADL / Functional Status:**

- Premorbid Status:
  - Basic care: Independent Without Difficulty. Work status: Independent Without Difficulty. Recreation/Athletics: Independent Without Difficulty.
- Current Status:
  - Basic care: Independent With Difficulty. Work status: Independent With Difficulty. Recreation/Athletics: Independent With Difficulty.

**Chief Complaint: Pain:**

- Severity: Current : 4/10. Severity at Worst: 8/10.

**Functional Comorbidity Index:**

- Arthritis (RA, OA).

**History:**

- Medical: Reviewed With: Patient.

**Mechanism of Injury:**

- Patient says she began having right hip pain about a month ago. She cannot relate it to an injury. She has pain in her right groin and into her thigh and buttock. She has had no imaging studies, but has been given oral steroids that have decreased her pain. She has most difficulty with prolonged sitting and stairs and walking.

**Questionnaires: Lower Extremity Functional Scale (LEFS):**

| | |
|---|---|
| • Date: | 03/15/2017 |
| • Assessment | Admit |
| • Total Score. | 76.00 |
| • Percent of Maximal Function | 95.00% |

**Rehabilitation Expectations/Goals:**

- Return to ADL Performance: Unrestricted/Symptom Free. Return to Work Activities: Unrestricted/Symptom Free. Return to Recreational Activities: Unrestricted/Symptom Free.

## Objective Examination

| **Clearing Examination: Spine: Lumbar:** | **Left** | **Right** |
|---|---|---|
| • Posterior Quadrant | Negative | Negative |
| • Slump | Negative | Negative |
| • Straight Leg Raise | Negative | Negative |
| **Joint Integrity/Mobility:** | **Left** | **Right** |
| • Anterior Glide | Normal | Hypomobile/Painful |
| • Long Axis Traction | Normal | Hypomobile |
| **Muscle Testing: Lower Extremity MMT:** | **Left** | **Right** |
| • Hip Abduction | -4/5 | +3/5 |
| • Hip Extension | +3/5 | +3/5 |
| • Hip Flexion | 4/5 | 4/5 |
| • Hip External Rotation | +3/5 | +3/5 |
| • Hip Internal Rotation | -4/5 | -4/5 |
| • Knee Extension | 5/5 | 5/5 |
| • Knee Flexion | 5/5 | 5/5 |

**Palpation:**

- ttp at the right greater trochanter and right iliopsoas.

| Range of Motion: Hip/Pelvis: Pre-Treatment: | Left AROM | Right AROM |
|---|---|---|
| • Flexion | 120 | 125 |
| • External Rotation | 50 | 55 |
| • Internal Rotation | 42 | 20 |

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Evaluation, Low Complexity | 97161 | 1 | n/a |
| • Manual Therapy Techniques | 97140 | 1 | 15 |
| • Neuromuscular Reeducation | 97112 | 1 | 10 |
| • Self Care/Home Management Training | 97535 | 1 | 10 |
| • Therapeutic Procedure | 97110 | 1 | 10 |

**Exercise Activities: Flexibility:**
- Psoas Musculature — Time Elapsed: 5 Minutes, Technique: Active Assistive, Body Position: Half Kneeling, Charge As: Therapeutic Exercise

**Exercise Activities: Stabilization Training: Supine Position:**
- Bridging — Time Elapsed: 5 Minutes, Charge As: Neuromuscular Reeducation

**Exercise Activities: Tubing/Bands:**
- Hip External Rotation — Time Elapsed: 5 Minutes, Tubing/Band Color: green, Charge As: Neuromuscular Reeducation

**Manual Interventions: Joint Segments: Hip/Pelvis:**
- Hip Joint — Time Elapsed: 15 Minutes, Grade: III/IV, Pressure: Oscillatory, Technique 1: Long Axis Traction, Technique 2: Ant Capsule Stretch, Charge As: Manual Therapy Techniques

**Pt./Family Education:**
- Pathology/Involved Anatomy — Time Elapsed: 10 Minutes, Additional Detail: pathomechanics/rationale for treatment/involved anatomy, Charge As: Self Care / Home Mgt Training
- Written Home Exercise Program — Time Elapsed: 5 Minutes, Activity: Provided & Reviewed, Description: Diagnosis Specific, Charge As: Therapeutic Exercise

## Assessment

The patient requires skilled physical therapy to address the problems identified, and to achieve the individualized patient goals as outlined in the problems and goals section of this evaluation. Overall rehabilitation potential is good. The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

**Recommendations: Skilled Intervention: Required To:**
- Decrease Pain. Improve Function. Improve Motor Control. Increase Range of Motion. Increase Strength. Return to Premorbid State.

## Problems & Goals

***Problem #1*** **Chief Complaint: Pain: Severity at Worst: 8/10.**

*STG Achieve by Mar 29, 2017.*

**Symptomatic Improvements:**
- Decreasing Pain: to 5/10.

*LTG Achieve by Apr 12, 2017.*

**Symptomatic Improvements:**
- Decreasing Pain: to 0/10.

***Problem #2*** **ADL / Functional Status: Current Status: Basic care: Independent With Difficulty.**

*LTG Achieve by Apr 12, 2017.*

**ADL Improvements In:**
- Patient will perform all daily activities with no pain and no restrictions.

***Problem #3*** **Palpation: ttp at the right greater trochanter and right iliopsoas.**

*STG Achieve by Mar 29, 2017.*

**Palpable Improvements:**
- Tenderness Decreasing to: 1=Complaint of pain.

*LTG Achieve by Apr 12, 2017.*

**Palpable Improvements:**

- Tenderness Decreasing to: 0=No tenderness noted.

***Problem #4*** **Range of Motion: Hip/Pelvis: Pre-Treatment.**

*LTG Achieve by Apr 12, 2017.*

| **Range of Motion Improvements to: Hip/Pelvis:** | **Left AROM** | **Left PROM** | **Right AROM** | **Right PROM** |
|---|---|---|---|---|
| • Gross Assessment | WNL | WNL | WNL | WNL |

***Problem #5*** **Muscle Testing: Lower Extremity MMT.**

*LTG Achieve by Apr 12, 2017.*

| **Musculoskeletal Improvements In: Lower Extremity Strength to:** | **Left** | **Right** |
|---|---|---|
| • Gross Assessment | +4/5 | +4/5 |

## Plan

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**

- Active Assistive Range of Motion Activities. Active Range of Motion Activities. Client Education. Gait Training. Group Therapy. Home Exercise Program. Joint Mobilization Techniques. Joint Protection. Manual Range of Motion Activities. Manual Therapy Techniques. Neural Mobilization Techniques. Neuromuscular Re-education. Passive Range of Motion Activities. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Activities. Therapeutic Exercise. Trigger Point Dry Needle.
- Modalities:
  - Cryotherapy. Interferential Stimulation. Moist Hot Pack. Ultrasound.

Mark A. Neal, PT, PT(KY Lic: 005703)
Signed on Mar 15, 2017 22:46:20

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

KORT
The Best In Rehab.

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Mar 15, 2017** |
| DOB: | | FSC: | BCBS |
| Clinician: | Mark A. Neal, PT | Payor: | ANTHEM KY |
| Prim Phy: | Lindsey Clickner APRN | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 278-5007 | Insured: | Not Specified |
| Phy Fax: | (859) 278-6867 | Employer: | Not Specified |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 2/15/2017 | Visits: | 1 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Plan of Care

**Diagnoses**

| | | |
|---|---|---|
| Right Hip/Pelvis | M25.551 | Pain in right hip |
| | M70.61 | Trochanteric bursitis, right hip |

## Subjective Examination

The medical history questionnaire has been completed and signed by the patient, reviewed by the evaluating therapist, and is on file.

**ADL / Functional Status:**

- Premorbid Status:
  - Basic care: Independent Without Difficulty. Work status: Independent Without Difficulty. Recreation/Athletics: Independent Without Difficulty.
- Current Status:
  - Work status: Independent With Difficulty. Recreation/Athletics: Independent With Difficulty.

**Chief Complaint:**

- Pain: Severity: Current : 4/10.

**Functional Comorbidity Index:**

- Arthritis (RA, OA).

**Rehabilitation Expectations/Goals:**

- Return to ADL Performance: Unrestricted/Symptom Free. Return to Work Activities: Unrestricted/Symptom Free. Return to Recreational Activities: Unrestricted/Symptom Free.

**ADL / Functional Status:**

- Current Status: Basic care: Independent With Difficulty.

**Chief Complaint:**

- Pain: Severity at Worst: 8/10.

**Mechanism of Injury:**

- Patient says she began having right hip pain about a month ago. She cannot relate it to an injury. She has pain in her right groin and into her thigh and buttock. She has had no imaging studies, but has been given oral steroids that have decreased her pain. She has most difficulty with prolonged sitting and stairs and walking.

**Questionnaires: Lower Extremity Functional Scale (LEFS):**

| | |
|---|---|
| • Date: | 03/15/2017 |
| • Assessment | Admit |
| • Total Score. | 76.00 |
| • Percent of Maximal Function | 95.00% |

## Assessment

The patient requires skilled physical therapy to address the problems identified, and to achieve the individualized patient goals as outlined in the problems and goals section of this evaluation. Overall rehabilitation potential is good. The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

**Recommendations: Skilled Intervention: Required To:**

- Decrease Pain. Improve Function. Improve Motor Control. Increase Range of Motion. Increase Strength. Return to Premorbid State.

## Problems & Goals

***Problem #1*** **Chief Complaint: Pain: Severity at Worst: 8/10.**

*STG Achieve by Mar 29, 2017.*

**Symptomatic Improvements:**

- Decreasing Pain: to 5/10.

*LTG Achieve by Apr 12, 2017.*

**Symptomatic Improvements:**

- Decreasing Pain: to 0/10.

***Problem #2*** **ADL / Functional Status: Current Status: Basic care: Independent With Difficulty.**

*LTG Achieve by Apr 12, 2017.*

**ADL Improvements In:**

- Patient will perform all daily activities with no pain and no restrictions.

***Problem #3*** **Palpation: ttp at the right greater trochanter and right iliopsoas.**

*STG Achieve by Mar 29, 2017.*

**Palpable Improvements:**

- Tenderness Decreasing to: 1=Complaint of pain.

*LTG Achieve by Apr 12, 2017.*

**Palpable Improvements:**

- Tenderness Decreasing to: 0=No tenderness noted.

| ***Problem #4*** **Range of Motion: Hip/Pelvis: Pre-Treatment.** | **Left AROM** | **Right AROM** |
|---|---|---|
| • External Rotation | 50 | 55 |
| • Flexion | 120 | 125 |
| • Internal Rotation | 42 | 20 |

*LTG Achieve by Apr 12, 2017.*

| **Range of Motion Improvements to: Hip/Pelvis:** | **Left AROM** | **Left PROM** | **Right AROM** | **Right PROM** |
|---|---|---|---|---|
| • Gross Assessment | WNL | WNL | WNL | WNL |

| ***Problem #5*** **Muscle Testing: Lower Extremity MMT.** | **Left** | **Right** |
|---|---|---|
| • Hip Abduction | -4/5 | +3/5 |
| • Hip Extension | +3/5 | +3/5 |
| • Hip External Rotation | +3/5 | +3/5 |
| • Hip Flexion | 4/5 | 4/5 |
| • Hip Internal Rotation | -4/5 | -4/5 |
| • Knee Extension | 5/5 | 5/5 |
| • Knee Flexion | 5/5 | 5/5 |

*LTG Achieve by Apr 12, 2017.*

| **Musculoskeletal Improvements In: Lower Extremity Strength to:** | **Left** | **Right** |
|---|---|---|
| • Gross Assessment | +4/5 | +4/5 |

## Plan

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**

- Active Assistive Range of Motion Activities. Active Range of Motion Activities. Client Education. Gait Training. Group Therapy. Home Exercise Program. Joint Mobilization Techniques. Joint Protection. Manual Range of Motion Activities. Manual Therapy Techniques. Neural Mobilization Techniques. Neuromuscular Re-education. Passive Range of Motion Activities. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Activities. Therapeutic Exercise. Trigger Point Dry Needle.
- Modalities:
  - Cryotherapy. Interferential Stimulation. Moist Hot Pack. Ultrasound.

Mark A. Neal, PT, PT(KY Lic: 005703)
Signed on Mar 15, 2017 22:46:20

**Please Sign and Return**

I have reviewed the Plan of Care established for skilled therapy services and certify that the services are required and that they will be provided while the patient is under my care.

**Comments/Revisions**

**Lindsey Clickner APRN** **Date**

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

KORT The Best In Rehab.

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Mar 22, 2017** |
| DOB: | | FSC: | BCBS |
| Clinician: | Mark A. Neal, PT | Payor: | ANTHEM KY |
| Prim Phy: | Lindsey Clickner APRN | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 278-5007 | Insured: | Jamie Reece |
| Phy Fax: | (859) 278-6867 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | No Orthonet |
| Inj. Date: | 3/1/2017 | Visits: | 2 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Right Hip/Pelvis | M25.551 | Pain in right hip |
| | M70.61 | Trochanteric bursitis, right hip |

## Subjective Examination

**ADL / Functional Status:**
- Current Status: Basic care: Independent With Difficulty.

**Chief Complaint:**
- Pain: Severity at Worst: 8/10.

**Daily Comments:**
- Patient says her hip is feeling better.

**Mechanism of Injury:**
- Patient says she began having right hip pain about a month ago. She cannot relate it to an injury. She has pain in her right groin and into her thigh and buttock. She has had no imaging studies, but has been given oral steroids that have decreased her pain. She has most difficulty with prolonged sitting and stairs and walking.

**Questionnaires: Lower Extremity Functional Scale (LEFS):**

| | |
|---|---|
| • Date: | 03/15/2017 |
| • Assessment | Admit |
| • Total Score. | 76.00 |
| • Percent of Maximal Function | 95.00% |

## Objective Examination

| **Joint Integrity/Mobility:** | **Left** | **Right** |
|---|---|---|
| • Anterior Glide | Normal | Hypomobile/Painful |
| • Long Axis Traction | Normal | Hypomobile |
| **Muscle Testing: Lower Extremity MMT:** | **Left** | **Right** |
| • Hip Abduction | -4/5 | +3/5 |
| • Hip Extension | +3/5 | +3/5 |
| • Hip Flexion | 4/5 | 4/5 |
| • Hip External Rotation | +3/5 | +3/5 |
| • Hip Internal Rotation | -4/5 | -4/5 |
| • Knee Extension | 5/5 | 5/5 |
| • Knee Flexion | 5/5 | 5/5 |

**Palpation:**
- ttp at the right greater trochanter and right iliopsoas.

| **Range of Motion: Hip/Pelvis: Pre-Treatment:** | **Left AROM** | **Right AROM** |
|---|---|---|
| • Flexion | 120 | 125 |
| • External Rotation | 50 | 55 |
| • Internal Rotation | 42 | 20 |

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 2 | 28 |
| • Neuromuscular Reeducation | 97112 | 2 | 16 |
| • Therapeutic Activities | 97530 | 1 | 10 |
| • Therapeutic Procedure | 97110 | 1 | 11 |

**Exercise Activities: Flexibility:**

| | |
|---|---|
| • Psoas Musculature(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Supine Position:**
- Bridging — Time Elapsed: 5 Minutes, Charge As: Neuromuscular Reeducation

**Exercise Activities: Tubing/Bands:**
- Hip External Rotation — Time Elapsed: 6 Minutes, Tubing/Band Color: blue, Charge As: Therapeutic Exercise

**Exercise Activities: Isotonics:**
- Squats. (Body Weight) — Time Elapsed: 5 Minutes, Additional Detail: Total gym level 10, Charge As: Therapeutic Exercise

**Exercise Activities: Dynamic Training: Balance/Proprioception:**
- Resisted Walking, Side Step — Time Elapsed: 5 Minutes, Tubing/Band Color: blue, Charge As: Neuromuscular Reeducation
- Balance/Proprioception 1 — Time Elapsed: 6 Minutes, Description: lunges on Bosu ball, Charge As: Neuromuscular Reeducation

**Exercise Activities: Aerobic Conditioning:**
- Elliptical Trainer — Time Elapsed: 10 Minutes, Charge As: Therapeutic Activities

**Manual Interventions: Joint Segments: Hip/Pelvis:**
- Hip Joint — Time Elapsed: 20 Minutes, Grade: III/IV, Pressure: Oscillatory, Technique 1: Long Axis Traction, Technique 2: Ant Capsule Stretch, Technique 3: PROM in all planes, Charge As: Manual Therapy Techniques
- L 05-S 01 — Time Elapsed: 8 Minutes, Body Position: Supine, Pressure: Oscillatory, Technique 1: Gap/Distraction, Technique 2: Posteroanterior, Charge As: Manual Therapy Techniques

## Assessment

The patient tolerated today's treatment intervention without complaints of pain or difficulty.

## Plan

**Recommendations:**
- Continue with current program.



Mark A. Neal, PT, PT(KY Lic: 005703)
Signed on Mar 23, 2017 05:51:05

KORT
The Best In Rehab.

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Mar 20, 2017** |
| DOB: | | FSC: | BCBS |
| Clinician: | Mark A. Neal, PT | Payor: | ANTHEM KY |
| Prim Phy: | Lindsey Clickner APRN | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 278-5007 | Insured: | Jamie Reece |
| Phy Fax: | (859) 278-6867 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | No Orthonet |
| Inj. Date: | 3/1/2017 | Visits: | 1 |
| Surg. Date: | Not Specified | Cxl/Ns: | 1 |

# Cancel/No Show *Patient did not show up for appointment*

**Diagnoses**

| | | |
|---|---|---|
| Right Hip/Pelvis | M25.551 | Pain in right hip |
| | M70.61 | Trochanteric bursitis, right hip |

## General Information

**Cancel Reasoning:**

- Rescheduled to 03/22/17 06:00PM with Mark Neal, PT

Mark A. Neal, PT, PT(KY Lic: 005703)
Signed on Apr 03, 2017 18:48:30

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

The Best In Rehab.

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Apr 13, 2017** |
| DOB: | | FSC: | BCBS |
| Clinician: | Mark A. Neal, PT | Payor: | ANTHEM KY |
| Prim Phy: | Lindsey Clickner APRN | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 278-5007 | Insured: | Jamie Reece |
| Phy Fax: | (859) 278-6867 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | No Orthonet |
| Inj. Date: | 3/1/2017 | Visits: | 2 |
| Surg. Date: | Not Specified | Cxl/Ns: | 2 |

# Cancel/No Show *Patient cancelled appointment*

**Diagnoses**

| | | |
|---|---|---|
| Right Hip/Pelvis | M25.551 | Pain in right hip |
| | M70.61 | Trochanteric bursitis, right hip |

## General Information

**Cancel Reasoning:**
- Family Illness

Mark A. Neal, PT, PT(KY Lic: 005703)
Signed on Apr 13, 2017 13:04:23

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

The Best In Rehab.

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Apr 17, 2017** |
| DOB: | | FSC: | BCBS |
| Clinician: | Mark A. Neal, PT | Payor: | ANTHEM KY |
| Prim Phy: | Lindsey Clickner APRN | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 278-5007 | Insured: | Jamie Reece |
| Phy Fax: | (859) 278-6867 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | No Orthonet |
| Inj. Date: | 3/1/2017 | Visits: | 3 |
| Surg. Date: | Not Specified | Cxl/Ns: | 2 |

# Re-Evaluation

**Diagnoses**

| | | |
|---|---|---|
| Right Hip/Pelvis | M25.551 | Pain in right hip |
| | M70.61 | Trochanteric bursitis, right hip |

## Subjective Examination

**ADL / Functional Status:**
- Current Status: Basic care: Independent With Difficulty.

**Chief Complaint:**
- Pain: Severity at Worst: 3/10.

**Daily Comments:**
- Patient says some days she is fine and others she has pain in her hip.

**Mechanism of Injury:**
- Patient says she began having right hip pain about a month ago. She cannot relate it to an injury. She has pain in her right groin and into her thigh and buttock. She has had no imaging studies, but has been given oral steroids that have decreased her pain. She has most difficulty with prolonged sitting and stairs and walking.

**Questionnaires: Lower Extremity Functional Scale (LEFS):**

| | |
|---|---|
| • Date: | 03/15/2017 |
| • Assessment | Admit |
| • Total Score. | 76.00 |
| • Percent of Maximal Function | 95.00% |

## Objective Examination

| **Joint Integrity/Mobility:** | **Left** | **Right** |
|---|---|---|
| • Anterior Glide | Normal | Hypomobile/Painful |
| • Long Axis Traction | Normal | Hypomobile |

| | Mar 15, 2017 | | Apr 17, 2017 | |
|---|---|---|---|---|
| **Muscle Testing: Lower Extremity MMT:** | **Left** | **Right** | **Left** | **Right** |
| • Hip Abduction | -4/5 | +3/5 | 4/5 | -4/5 |
| • Hip Extension | +3/5 | +3/5 | 4/5 | 4/5 |
| • Hip Flexion | 4/5 | 4/5 | 4/5 | 4/5 |
| • Hip External Rotation | +3/5 | +3/5 | -4/5 | -4/5 |
| • Hip Internal Rotation | -4/5 | -4/5 | 4/5 | 4/5 |
| • Knee Extension | 5/5 | 5/5 | 5/5 | 5/5 |
| • Knee Flexion | 5/5 | 5/5 | 5/5 | 5/5 |

**Palpation:**
- ttp at the right greater trochanter and right iliopsoas.

| | Mar 15, 2017 | | Apr 17, 2017 | |
|---|---|---|---|---|
| **Range of Motion: Hip/Pelvis: Pre-Treatment:** | **L. Act.** | **R. Act.** | **L. Act.** | **R. Act.** |
| • Flexion | 120 | 125 | 120 | 125 |
| • External Rotation | 50 | 55 | 50 | 55 |
| • Internal Rotation | 42 | 20 | 42 | 35 |

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 2 | 28 |
| • Neuromuscular Reeducation | 97112 | 2 | 16 |
| • Reevaluation | 97164 | 1 | n/a |
| • Therapeutic Activities | 97530 | 1 | 15 |

- Therapeutic Procedure 97110 1 5

**Exercise Activities: Flexibility:**

| | |
|---|---|
| • Psoas Musculature(This visit) | Did Not Perform: This visit |

**Exercise Activities: Stabilization Training: Supine Position:**

| | |
|---|---|
| • Bridging | Time Elapsed: 5 Minutes, Charge As: Neuromuscular Reeducation |

**Exercise Activities: Tubing/Bands:**
**Exercise Activities: Isotonics:**

| | |
|---|---|
| • Squats. (Body Weight) | Time Elapsed: 5 Minutes, Additional Detail: single leg TRX squats, Charge As: Therapeutic Exercise |

**Exercise Activities: Dynamic Training: Balance/Proprioception:**

| | |
|---|---|
| • Resisted Walking, Side Step | Time Elapsed: 5 Minutes, Tubing/Band Color: blue, Charge As: Neuromuscular Reeducation |
| • Balance/Proprioception 1 | Time Elapsed: 6 Minutes, Description: lunges on Bosu ball, Charge As: Neuromuscular Reeducation |

**Exercise Activities: Aerobic Conditioning:**

| | |
|---|---|
| • Elliptical Trainer | Time Elapsed: 10 Minutes, Charge As: Therapeutic Activities |

**Functional/ADL Activities: Functional Task Training:**

| | |
|---|---|
| • Pulling/Pushing | Time Elapsed: 5 Minutes, Weight - Pounds: 100 Pounds, Charge As: Therapeutic Activities |

**Manual Interventions: Joint Segments: Hip/Pelvis:**

| | |
|---|---|
| • Hip Joint | Time Elapsed: 20 Minutes, Grade: III/IV, Pressure: Oscillatory, Technique 1: Long Axis Traction, Technique 2: Ant Capsule Stretch, Technique 3: PROM in all planes, Charge As: Manual Therapy Techniques |
| • L 05-S 01 | Time Elapsed: 8 Minutes, Body Position: Supine, Pressure: Oscillatory, Technique 1: Gap/Distraction, Technique 2: Posteroanterior, Charge As: Manual Therapy Techniques |

## Assessment

The patient requires skilled physical therapy to address the problems identified, and to achieve the individualized patient goals as outlined in the problems and goals section of this evaluation. Overall rehabilitation potential is good. The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

**Assessment of Improvement:**

- Patient hasn't been seen in 4 weeks. She has made minimal improvements in strength, but larger improvements in hip AROM. She continues to have intermittent pain, but at times severe at work. Recommend continued PT at 2x/week for 4 weeks.

**Recommendations: Skilled Intervention: Required To:**

- Decrease Pain. Improve Balance. Improve Function. Improve Motor Control. Increase Range of Motion. Increase Strength. Return to Premorbid State.

## Problems & Goals

***Problem #1*** **Chief Complaint: Pain: Severity at Worst: 3/10.**

*LTG Achieve by May 15, 2017. Progress: Good progress.*

**Symptomatic Improvements:**

- Decreasing Pain: to 0/10.

*Goal Achieved Apr 17, 2017.*

**Symptomatic Improvements:**

- Decreasing Pain: to 5/10.

***Problem #2*** **ADL / Functional Status: Current Status: Basic care: Independent With Difficulty.**

*LTG Achieve by May 15, 2017. Progress: Good progress.*

**ADL Improvements In:**

- Patient will perform all daily activities with no pain and no restrictions.

***Problem #3*** **Palpation: ttp at the right greater trochanter and right iliopsoas.**

*LTG Achieve by May 15, 2017. Progress: Good progress.*

**Palpable Improvements:**

- Tenderness Decreasing to: 0=No tenderness noted.

*Goal Achieved Apr 17, 2017.*

**Palpable Improvements:**

- Tenderness Decreasing to: 1=Complaint of pain.

***Problem #4* Range of Motion: Hip/Pelvis: Pre-Treatment.**

*LTG Achieve by May 15, 2017. Progress: Good progress.*

| Range of Motion Improvements to: Hip/Pelvis: | Left AROM | Left PROM | Right AROM | Right PROM |
|---|---|---|---|---|
| • Gross Assessment | WNL | WNL | WNL | WNL |

***Problem #5* Muscle Testing: Lower Extremity MMT.**

*LTG Achieve by May 15, 2017. Progress: Good progress.*

| Musculoskeletal Improvements In: Lower Extremity Strength to: | Left | Right |
|---|---|---|
| • Gross Assessment | +4/5 | +4/5 |

## Plan

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**

- Active Assistive Range of Motion Activities. Active Range of Motion Activities. Client Education. Gait Training. Group Therapy. Home Exercise Program. Joint Mobilization Techniques. Joint Protection. Manual Range of Motion Activities. Manual Therapy Techniques. Neural Mobilization Techniques. Neuromuscular Re-education. Passive Range of Motion Activities. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Activities. Trigger Point Dry Needle. Therapeutic Exercise.
- Modalities:
  - Cryotherapy. Interferential Stimulation. Moist Hot Pack. Ultrasound.

Mark A. Neal, PT, PT(KY Lic: 005703)
Signed on Apr 17, 2017 21:04:57

KORT
The Best In Rehab.

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Apr 17, 2017** |
| DOB: | | FSC: | BCBS |
| Clinician: | Mark A. Neal, PT | Payor: | ANTHEM KY |
| Prim Phy: | Lindsey Clickner APRN | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 278-5007 | Insured: | Jamie Reece |
| Phy Fax: | (859) 278-6867 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | No Orthonet |
| Inj. Date: | 3/1/2017 | Visits: | 3 |
| Surg. Date: | Not Specified | Cxl/Ns: | 2 |

# Plan of Care

**Diagnoses**

| | | |
|---|---|---|
| Right Hip/Pelvis | M25.551 | Pain in right hip |
| | M70.61 | Trochanteric bursitis, right hip |

## Subjective Examination

**ADL / Functional Status:**
- Current Status: Basic care: Independent With Difficulty.

**Questionnaires: Lower Extremity Functional Scale (LEFS):**

| | |
|---|---|
| • Date: | 03/15/2017 |
| • Assessment | Admit |
| • Total Score. | 76.00 |
| • Percent of Maximal Function | 95.00% |

## Assessment

The patient requires skilled physical therapy to address the problems identified, and to achieve the individualized patient goals as outlined in the problems and goals section of this evaluation. Overall rehabilitation potential is good. The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

**Assessment of Improvement:**
- Patient hasn't been seen in 4 weeks. She has made minimal improvements in strength, but larger improvements in hip AROM. She continues to have intermittent pain, but at times severe at work. Recommend continued PT at 2x/week for 4 weeks.

**Recommendations: Skilled Intervention: Required To:**
- Decrease Pain. Improve Balance. Improve Function. Improve Motor Control. Increase Range of Motion. Increase Strength. Return to Premorbid State.

## Problems & Goals

***Problem #1*** **Chief Complaint: Pain: Severity at Worst: 3/10.**

*LTG Achieve by May 15, 2017. Progress: Good progress.*

**Symptomatic Improvements:**
- Decreasing Pain: to 0/10.

*Goal Achieved Apr 17, 2017.*

**Symptomatic Improvements:**
- Decreasing Pain: to 5/10.

***Problem #2*** **ADL / Functional Status: Current Status: Basic care: Independent With Difficulty.**

*LTG Achieve by May 15, 2017. Progress: Good progress.*

**ADL Improvements In:**
- Patient will perform all daily activities with no pain and no restrictions.

***Problem #3*** **Palpation: ttp at the right greater trochanter and right iliopsoas.**

*LTG Achieve by May 15, 2017. Progress: Good progress.*

**Palpable Improvements:**
- Tenderness Decreasing to: 0=No tenderness noted.

*Goal Achieved Apr 17, 2017.*

**Palpable Improvements:**
- Tenderness Decreasing to: 1=Complaint of pain.

| ***Problem #4*** **Range of Motion: Hip/Pelvis: Pre-Treatment.** | **Left AROM** | **Right AROM** |
|---|---|---|
| • External Rotation | 50 | 55 |
| • Flexion | 120 | 125 |
| • Internal Rotation | 42 | 35 |

*LTG Achieve by May 15, 2017. Progress: Good progress.*

| **Range of Motion Improvements to: Hip/Pelvis:** | **Left AROM** | **Left PROM** | **Right AROM** | **Right PROM** |
|---|---|---|---|---|
| • Gross Assessment | WNL | WNL | WNL | WNL |

| ***Problem #5* Muscle Testing: Lower Extremity MMT.** | **Left** | **Right** |
|---|---|---|
| • Hip Abduction | 4/5 | -4/5 |
| • Hip Extension | 4/5 | 4/5 |
| • Hip External Rotation | -4/5 | -4/5 |
| • Hip Flexion | 4/5 | 4/5 |
| • Hip Internal Rotation | 4/5 | 4/5 |
| • Knee Extension | 5/5 | 5/5 |
| • Knee Flexion | 5/5 | 5/5 |
| *LTG Achieve by May 15, 2017. Progress: Good progress.* | | |
| **Musculoskeletal Improvements In: Lower Extremity Strength to:** | **Left** | **Right** |
| • Gross Assessment | +4/5 | +4/5 |

## Plan

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**

- Active Assistive Range of Motion Activities. Active Range of Motion Activities. Client Education. Gait Training. Group Therapy. Home Exercise Program. Joint Mobilization Techniques. Joint Protection. Manual Range of Motion Activities. Manual Therapy Techniques. Neural Mobilization Techniques. Neuromuscular Re-education. Passive Range of Motion Activities. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Activities. Trigger Point Dry Needle. Therapeutic Exercise.
- Modalities:
  - Cryotherapy. Interferential Stimulation. Moist Hot Pack. Ultrasound.

Mark A. Neal, PT, PT(KY Lic: 005703)
Signed on Apr 17, 2017 21:04:57

**Please Sign and Return**

I have reviewed the Plan of Care established for skilled therapy services and certify that the services are required and that they will be provided while the patient is under my care.

**Comments/Revisions**

**Lindsey Clickner APRN** **Date**



4015
Lincoln/Reece 2723

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

KORT The Best In Rehab.

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Apr 24, 2017** |
| DOB: | | FSC: | BCBS |
| Clinician: | Mark A. Neal, PT | Payor: | ANTHEM KY |
| Prim Phy: | Lindsey Clickner APRN | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 278-5007 | Insured: | Jamie Reece |
| Phy Fax: | (859) 278-6867 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | No Orthonet |
| Inj. Date: | 3/1/2017 | Visits: | 4 |
| Surg. Date: | Not Specified | Cxl/Ns: | 2 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Right Hip/Pelvis | M25.551 | Pain in right hip |
| | M70.61 | Trochanteric bursitis, right hip |

## Subjective Examination

**ADL / Functional Status:**

- Current Status: Basic care: Independent With Difficulty.

**Chief Complaint:**

- Pain: Severity at Worst: 3/10.

**Daily Comments:**

- Patient says that she has good days and bad days with her hip.

**Mechanism of Injury:**

- Patient says she began having right hip pain about a month ago. She cannot relate it to an injury. She has pain in her right groin and into her thigh and buttock. She has had no imaging studies, but has been given oral steroids that have decreased her pain. She has most difficulty with prolonged sitting and stairs and walking.

**Questionnaires: Lower Extremity Functional Scale (LEFS):**

| | |
|---|---|
| • Date: | 03/15/2017 |
| • Assessment | Admit |
| • Total Score. | 76.00 |
| • Percent of Maximal Function | 95.00% |

## Objective Examination

| **Joint Integrity/Mobility:** | **Left** | **Right** |
|---|---|---|
| • Anterior Glide | Normal | Hypomobile/Painful |
| • Long Axis Traction | Normal | Hypomobile |
| **Muscle Testing: Lower Extremity MMT:** | **Left** | **Right** |
| • Hip Abduction | 4/5 | -4/5 |
| • Hip Extension | 4/5 | 4/5 |
| • Hip Flexion | 4/5 | 4/5 |
| • Hip External Rotation | -4/5 | -4/5 |
| • Hip Internal Rotation | 4/5 | 4/5 |
| • Knee Extension | 5/5 | 5/5 |
| • Knee Flexion | 5/5 | 5/5 |

**Palpation:**

- ttp at the right greater trochanter and right iliopsoas.

| **Range of Motion: Hip/Pelvis: Pre-Treatment:** | **Left AROM** | **Right AROM** |
|---|---|---|
| • Flexion | 120 | 125 |
| • External Rotation | 50 | 55 |
| • Internal Rotation | 42 | 35 |

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 2 | 28 |
| • Neuromuscular Reeducation | 97112 | 2 | 16 |
| • Therapeutic Activities | 97530 | 1 | 10 |
| • Therapeutic Procedure | 97110 | 1 | 5 |

**Exercise Activities: Flexibility:**

- Psoas Musculature(This visit) Did Not Perform: This visit

**Exercise Activities: Stabilization Training: Supine Position:**
- Bridging — Time Elapsed: 5 Minutes, Charge As: Neuromuscular Reeducation

**Exercise Activities: Tubing/Bands:**

**Exercise Activities: Isotonics:**
- Squats. (Body Weight) — Time Elapsed: 5 Minutes, Additional Detail: single leg TRX squats, Charge As: Therapeutic Exercise

**Exercise Activities: Dynamic Training: Balance/Proprioception:**
- Resisted Walking, Side Step — Time Elapsed: 5 Minutes, Tubing/Band Color: blue, Charge As: Neuromuscular Reeducation
- Balance/Proprioception 1 — Time Elapsed: 6 Minutes, Description: lunges on Bosu ball, Charge As: Neuromuscular Reeducation

**Exercise Activities: Aerobic Conditioning:**
- Elliptical Trainer — Time Elapsed: 10 Minutes, Charge As: Therapeutic Activities

**Functional/ADL Activities: Functional Task Training:**
- Pulling/Pushing(This visit) — Did Not Perform: This visit

**Manual Interventions: Joint Segments: Hip/Pelvis:**
- Hip Joint — Time Elapsed: 20 Minutes, Grade: III/IV, Pressure: Oscillatory, Technique 1: Long Axis Traction, Technique 2: Ant Capsule Stretch, Technique 3: PROM in all planes, Charge As: Manual Therapy Techniques
- L 05-S 01 — Time Elapsed: 8 Minutes, Body Position: Supine, Pressure: Oscillatory, Technique 1: Gap/Distraction, Technique 2: Posteroanterior, Charge As: Manual Therapy Techniques

## Assessment

The patient tolerated today's treatment intervention without complaints of pain or difficulty.

## Plan

**Recommendations:**
- Continue with current program.

Mark A. Neal, PT, PT(KY Lic: 005703)
Signed on Apr 24, 2017 21:32:36



4017
Lincoln/Reece 2725

KORT
The Best In Rehab.

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **May 01, 2017** |
| DOB: | | FSC: | BCBS |
| Clinician: | Mark A. Neal, PT | Payor: | ANTHEM KY |
| Prim Phy: | Lindsey Clickner APRN | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 278-5007 | Insured: | Jamie Reece |
| Phy Fax: | (859) 278-6867 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | No Orthonet |
| Inj. Date: | 3/1/2017 | Visits: | 4 |
| Surg. Date: | Not Specified | Cxl/Ns: | 3 |

# Cancel/No Show *Patient cancelled appointment*

**Diagnoses**

| | | |
|---|---|---|
| Right Hip/Pelvis | M25.551 | Pain in right hip |
| | M70.61 | Trochanteric bursitis, right hip |

## General Information

**Cancel Reasoning:**

- pt cx due to HA X 1 week

Mark A. Neal, PT, PT(KY Lic: 005703)
Signed on May 01, 2017 12:10:52

KORT
The Best In Rehab.

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Note Date:** | **Sep 05, 2017** |
| DOB: | | FSC: | BCBS |
| Clinician: | Mark A. Neal, PT | Payor: | ANTHEM KY |
| Prim Phy: | Lindsey Clickner APRN | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 278-5007 | Insured: | Jamie Reece |
| Phy Fax: | (859) 278-6867 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | No Orthonet |
| Inj. Date: | 3/1/2017 | Visits: | 4 |
| Surg. Date: | Not Specified | Cxl/Ns: | 3 |

# Discharge Summary

**Diagnoses**

| | | |
|---|---|---|
| Right Hip/Pelvis | M25.551 | Pain in right hip |
| | M70.61 | Trochanteric bursitis, right hip |

## Subjective Examination

**ADL / Functional Status:**
- Current Status: Basic care: Independent With Difficulty.

**Chief Complaint:**
- Pain: Severity at Worst: 3/10.

**Mechanism of Injury:**
- Patient says she began having right hip pain about a month ago. She cannot relate it to an injury. She has pain in her right groin and into her thigh and buttock. She has had no imaging studies, but has been given oral steroids that have decreased her pain. She has most difficulty with prolonged sitting and stairs and walking.

**Questionnaires: Lower Extremity Functional Scale (LEFS):**

| | |
|---|---|
| • Date: | 03/15/2017 |
| • Assessment | Admit |
| • Total Score. | 76.00 |
| • Percent of Maximal Function | 95.00% |

## Objective Examination

| **Joint Integrity/Mobility:** | **Left** | **Right** |
|---|---|---|
| • Anterior Glide | Normal | Hypomobile/Painful |
| • Long Axis Traction | Normal | Hypomobile |

| | Mar 15, 2017 | | Apr 24, 2017 | |
|---|---|---|---|---|
| **Muscle Testing: Lower Extremity MMT:** | **Left** | **Right** | **Left** | **Right** |
| • Hip Abduction | -4/5 | +3/5 | 4/5 | -4/5 |
| • Hip Extension | +3/5 | +3/5 | 4/5 | 4/5 |
| • Hip Flexion | 4/5 | 4/5 | 4/5 | 4/5 |
| • Hip External Rotation | +3/5 | +3/5 | -4/5 | -4/5 |
| • Hip Internal Rotation | -4/5 | -4/5 | 4/5 | 4/5 |
| • Knee Extension | 5/5 | 5/5 | 5/5 | 5/5 |
| • Knee Flexion | 5/5 | 5/5 | 5/5 | 5/5 |

**Palpation:**
- ttp at the right greater trochanter and right iliopsoas.

| | Mar 15, 2017 | | Apr 24, 2017 | |
|---|---|---|---|---|
| **Range of Motion: Hip/Pelvis: Pre-Treatment:** | **L. Act.** | **R. Act.** | **L. Act.** | **R. Act.** |
| • Flexion | 120 | 125 | 120 | 125 |
| • External Rotation | 50 | 55 | 50 | 55 |
| • Internal Rotation | 42 | 20 | 42 | 35 |

## Assessment

Based on this patient's clinical presentation, it is my professional opinion that the patient's prognosis at time of discharge is fair. The patient was educated regarding their discharge prognosis and related pathology. The patient demonstrates fair understanding of their home program instructions.

**Discharge Components:**
- non-compliance.

## Problems & Goals

***Problem #1*** **Chief Complaint: Pain: Severity at Worst: 3/10.**

*Goal Abandoned Sep 05, 2017. non-compliance.*

**Symptomatic Improvements:**
- Decreasing Pain: to 0/10.

***Problem #2*** **ADL / Functional Status: Current Status: Basic care: Independent With Difficulty.**
*Goal Abandoned Sep 05, 2017. non-compliance.*
**ADL Improvements In:**
- Patient will perform all daily activities with no pain and no restrictions.

***Problem #3*** **Palpation: ttp at the right greater trochanter and right iliopsoas.**
*Goal Abandoned Sep 05, 2017. non-compliance.*
**Palpable Improvements:**
- Tenderness Decreasing to: 0=No tenderness noted.

***Problem #4*** **Range of Motion: Hip/Pelvis: Pre-Treatment.**
*Goal Abandoned Sep 05, 2017. non-compliance.*

| **Range of Motion Improvements to: Hip/Pelvis:** | **Left AROM** | **Left PROM** | **Right AROM** | **Right PROM** |
|---|---|---|---|---|
| • Gross Assessment | WNL | WNL | WNL | WNL |

***Problem #5*** **Muscle Testing: Lower Extremity MMT.**
*Goal Abandoned Sep 05, 2017. non-compliance.*

| **Musculoskeletal Improvements In: Lower Extremity Strength to:** | **Left** | **Right** |
|---|---|---|
| • Gross Assessment | +4/5 | +4/5 |

## Plan

The patient is discharged due to non-compliance.

Mark A. Neal, PT, PT(KY Lic: 005703)
Signed on Sep 05, 2017 07:50:48

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

KORT The Best In Rehab.

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Sep 18, 2017** |
| DOB: | | FSC: | BCBS |
| Clinician: | Michael W. Hopper, PT | Payor: | ANTHEM KY |
| Prim Phy: | Doris W. Adams APRN | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 278-5007 | Insured: | Not Specified |
| Phy Fax: | (859) 278-6867 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 9/9/2017 | Visits: | 1 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Initial Evaluation

**Diagnosis**

Spine M54.5 Low back pain

## Subjective Examination

The medical history questionnaire has been completed and signed by the patient, reviewed by the evaluating therapist, and is on file.

**ADL / Functional Status:**
- Premorbid Status: ADL/ IADL: Independent Without Difficulty. Current Status: Patient reporting she has been off of work at Toyota since injury. Job requires lots of sit to stand, twisting, squatting, reaching, and leaning. Reporting she has been avoiding a lot of activity to keep pain down. Increased pain in buttock with prolonged sitting.

**Chief Complaint: Pain:**
- Severity at Worst: 8/10. Severity at Best: 2/10.

**Functional Comorbidity Index: Body Measurements:**
- Height (in) 67 Inches
- Weight (lbs) 145 Pounds

**Mechanism of Injury:**
- Patient reporting that she was unloading her car 9/9/17 and bent over to set down something light when her back gave out and locked up. She had immediate severe lumbar pain and radiating pain down the left lower extremity to the shin. Visited UTC the next day and was prescribed muscle relaxors. Visited PCP shortly after where she received lumbar injection and steroid dose pack. Reporting that steroid pack significantly helped radicular symptoms. At start of treatment, patient reporting no symptoms past her left buttock.

**Questionnaires: M-O: Oswestry Disability Index (ODI): Scoring:**
- Date 09/18/2017
- Assessment Initial
- Percentage 22.00%

**Rehabilitation Expectations/Goals:**
- Return to Age Appropriate Activities: Unrestricted/Symptom Free.

## Objective Examination

**Joint Integrity/Mobility:**
- CPA of L5 producing local 3/10 discomfort without radiation of symptoms. No discomfort with any other lumbar segment.

| **Muscle Testing: Lower Extremity MMT:** | **Left** | **Right** |
|---|---|---|
| • Hip Abduction | +4/5 | +4/5 |
| • Hip Extension(left with left PSIS discomfort) | +4/5 | +4/5 |
| • Hip Flexion | 5/5 | 5/5 |
| • Knee Extension | 5/5 | 5/5 |
| • Knee Flexion | 5/5 | 5/5 |
| • Ankle Dorsiflexion | 5/5 | 5/5 |
| • Ankle Plantarflexion | +4/5 | +4/5 |

**Palpation:**
- Moderate TTP of left PSIS

**Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):**
- Active Extension.(lower lumbar soreness) 30 Degrees
- Active Flexion 90 Degrees
- Active Side Bend Left 30 Degrees
- Active Side Bend Right 30 Degrees

**Reflex/Sensory Integrity:**
- Intact and Equal Bilaterally.

| **Special Tests: Spine: Lumbar:** | **Left** | **Right** |
|---|---|---|
| • Posterior Quadrant | Negative | Negative |
| **Special Tests: Spine: Neural/Vascular: Neural:** | **Left** | **Right** |
| • Femoral Nerve Tension | Negative | Negative |

| | | |
|---|---|---|
| • Sciatic Nerve Tension | Negative 65 deg | Negative 65 deg |

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Evaluation, Low Complexity | 97161 | 1 | n/a |
| • Therapeutic Procedure | 97110 | 1 | 10 |

**Exercise Activities: Stabilization Training: Supine Position:**
**Exercise Activities: Aerobic Conditioning:**
**Exercise Activities: Machines/Wts.(L. Quarter):**
**Exercise Activities: Tubing/Bands(U. Quarter):**
**Pt./Family Education:**

- Pathology/Involved Anatomy — Time Elapsed: 5 Minutes, Additional Detail: Educated patient on anatomy involved, treatment rationale, prognosis, Charge As: Therapeutic Exercise
- Written Home Exercise Program — Time Elapsed: 5 Minutes, Activity: Provided & Reviewed, Additional Detail: bridge, Description: Diagnosis Specific, Charge As: Therapeutic Exercise

## Assessment

The patient requires skilled physical therapy to address the problems identified, and to achieve the individualized patient goals as outlined in the problems and goals section of this evaluation. Overall rehabilitation potential is good. The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

**Recommendations: Skilled Intervention: Required To:**

- Decrease Pain. Improve Function. Improve Motor Control. Increase Strength. Increase Range of Motion.

## Problems & Goals

***Problem #1*** **Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees).**
*LTG Achieve by Oct 16, 2017.*
**Lumbar extension will not increase discomfort.**

***Problem #2*** **Chief Complaint: Pain: Severity at Worst: 8/10.**
*LTG Achieve by Oct 16, 2017.*
**GROC +5**

***Problem #3*** **ADL / Functional Status: Current Status: Patient reporting she has been off of work at Toyota since injury. Job requires lots of sit to stand, twisting, squatting, reaching, and leaning. Reporting she has been avoiding a lot of activity to keep pain down. Increased pain in buttock with prolonged sitting.**
*LTG Achieve by Oct 16, 2017.*
**Independence in HEP.**

## Plan

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**

- Client Education. Gait Training. Home Exercise Program. Manual Therapy Techniques. Modalities: As Needed. Neuromuscular Re-education. Self Care/Home Management. Therapeutic Activities. Therapeutic Exercise.

Michael W. Hopper, PT, PT(KY Lic: 006740)
Signed on Sep 18, 2017 21:11:34

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

KORT The Best In Rehab.

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Sep 18, 2017** |
| DOB: | | FSC: | BCBS |
| Clinician: | Michael W. Hopper, PT | Payor: | ANTHEM KY |
| Prim Phy: | Doris W. Adams APRN | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 278-5007 | Insured: | Not Specified |
| Phy Fax: | (859) 278-6867 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 9/9/2017 | Visits: | 1 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Plan of Care

**Diagnosis**

Spine M54.5 Low back pain

## Subjective Examination

The medical history questionnaire has been completed and signed by the patient, reviewed by the evaluating therapist, and is on file.

**ADL / Functional Status:**
- Premorbid Status: ADL/ IADL: Independent Without Difficulty.

**Chief Complaint:**
- Pain: Severity at Best: 2/10.

**Functional Comorbidity Index: Body Measurements:**
- Height (in) 67 Inches
- Weight (lbs) 145 Pounds

**Rehabilitation Expectations/Goals:**
- Return to Age Appropriate Activities: Unrestricted/Symptom Free.

**ADL / Functional Status:**
- Current Status: Patient reporting she has been off of work at Toyota since injury. Job requires lots of sit to stand, twisting, squatting, reaching, and leaning. Reporting she has been avoiding a lot of activity to keep pain down. Increased pain in buttock with prolonged sitting.

**Chief Complaint:**
- Pain: Severity at Worst: 8/10.

**Mechanism of Injury:**
- Patient reporting that she was unloading her car 9/9/17 and bent over to set down something light when her back gave out and locked up. She had immediate severe lumbar pain and radiating pain down the left lower extremity to the shin. Visited UTC the next day and was prescribed muscle relaxors. Visited PCP shortly after where she received lumbar injection and steroid dose pack. Reporting that steroid pack significantly helped radicular symptoms. At start of treatment, patient reporting no symptoms past her left buttock.

**Questionnaires: M-O: Oswestry Disability Index (ODI): Scoring:**
- Date 09/18/2017
- Assessment Initial
- Percentage 22.00%

## Assessment

The patient requires skilled physical therapy to address the problems identified, and to achieve the individualized patient goals as outlined in the problems and goals section of this evaluation. Overall rehabilitation potential is good. The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

**Recommendations: Skilled Intervention: Required To:**
- Decrease Pain. Improve Function. Improve Motor Control. Increase Strength. Increase Range of Motion.

## Problems & Goals

***Problem #1*** **Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees).**
- Active Extension.(lower lumbar soreness) 30 Degrees
- Active Flexion 90 Degrees
- Active Side Bend Left 30 Degrees
- Active Side Bend Right 30 Degrees

*LTG Achieve by Oct 16, 2017.*

**Lumbar extension will not increase discomfort.**

***Problem #2*** **Chief Complaint: Pain: Severity at Worst: 8/10.**

*LTG Achieve by Oct 16, 2017.*

**GROC +5**

***Problem #3*** **ADL / Functional Status: Current Status: Patient reporting she has been off of work at Toyota since injury. Job**

**requires lots of sit to stand, twisting, squatting, reaching, and leaning. Reporting she has been avoiding a lot of activity to keep pain down. Increased pain in buttock with prolonged sitting.**

*LTG Achieve by Oct 16, 2017.*

**Independence in HEP.**

## Plan

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**

- Client Education. Gait Training. Home Exercise Program. Manual Therapy Techniques. Modalities: As Needed. Neuromuscular Re-education. Self Care/Home Management. Therapeutic Activities. Therapeutic Exercise.

Michael W. Hopper, PT, PT(KY Lic: 006740)
Signed on Sep 18, 2017 21:11:34

**Please Sign and Return**

I have reviewed the Plan of Care established for skilled therapy services and certify that the services are required and that they will be provided while the patient is under my care.

**Comments/Revisions**

**Doris W. Adams APRN** **Date**

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Sep 20, 2017** |
| DOB: | | FSC: | BCBS |
| Clinician: | Michael W. Hopper, PT | Payor: | ANTHEM KY |
| Prim Phy: | Doris W. Adams APRN | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 278-5007 | Insured: | Not Specified |
| Phy Fax: | (859) 278-6867 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 9/9/2017 | Visits: | 1 |
| Surg. Date: | Not Specified | Cxl/Ns: | 1 |

# Cancel/No Show *Patient did not show up for appointment*

**Diagnosis**

| | | |
|---|---|---|
| Spine | M54.5 | Low back pain |

## General Information

**Cancel Reasoning:**
- No Show

Michael W. Hopper, PT, PT(KY Lic: 006740)
Signed on Sep 20, 2017 21:19:55

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

KORT
The Best In Rehab.

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Sep 27, 2017** |
| DOB: | | FSC: | BCBS |
| Clinician: | Michael W. Hopper, PT | Payor: | ANTHEM KY |
| Prim Phy: | Doris W. Adams APRN | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 278-5007 | Insured: | Not Specified |
| Phy Fax: | (859) 278-6867 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 9/9/2017 | Visits: | 1 |
| Surg. Date: | Not Specified | Cxl/Ns: | 2 |

# Cancel/No Show *Patient cancelled appointment*

**Diagnosis**

| | | |
|---|---|---|
| Spine | M54.5 | Low back pain |

## General Information

**Cancel Reasoning:**

- pt is sick

Michael W. Hopper, PT, PT(KY Lic: 006740)
Signed on Sep 27, 2017 21:05:21

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

KORT The Best In Rehab.

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Note Date:** | **Dec 08, 2017** |
| DOB: | | FSC: | BCBS |
| Clinician: | Michael W. Hopper, PT | Payor: | ANTHEM KY |
| Prim Phy: | Doris W. Adams APRN | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 278-5007 | Insured: | Not Specified |
| Phy Fax: | (859) 278-6867 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 9/9/2017 | Visits: | 1 |
| Surg. Date: | Not Specified | Cxl/Ns: | 2 |

# Discharge Summary

**Diagnosis**

Spine M54.5 Low back pain

## Subjective Examination

**ADL / Functional Status:**

- Current Status: Patient reporting she has been off of work at Toyota since injury. Job requires lots of sit to stand, twisting, squatting, reaching, and leaning. Reporting she has been avoiding a lot of activity to keep pain down. Increased pain in buttock with prolonged sitting.

**Chief Complaint:**

- Pain: Severity at Worst: 8/10.

**Mechanism of Injury:**

- Patient reporting that she was unloading her car 9/9/17 and bent over to set down something light when her back gave out and locked up. She had immediate severe lumbar pain and radiating pain down the left lower extremity to the shin. Visited UTC the next day and was prescribed muscle relaxors. Visited PCP shortly after where she received lumbar injection and steroid dose pack. Reporting that steroid pack significantly helped radicular symptoms. At start of treatment, patient reporting no symptoms past her left buttock.

**Questionnaires: M-O: Oswestry Disability Index (ODI): Scoring:**

- Date 09/18/2017
- Assessment Initial
- Percentage 22.00%

## Objective Examination

**Reflex/Sensory Integrity:**

- Intact and Equal Bilaterally.

| **Special Tests: Spine: Lumbar:** | **Left** | **Right** |
|---|---|---|
| • Posterior Quadrant | Negative | Negative |

**Joint Integrity/Mobility:**

- CPA of L5 producing local 3/10 discomfort without radiation of symptoms. No discomfort with any other lumbar segment.

| | **Sep 18, 2017** | |
|---|---|---|
| **Muscle Testing: Lower Extremity MMT:** | **Left** | **Right** |
| • Hip Abduction | +4/5 | +4/5 |
| • Hip Extension(left with left PSIS discomfort) | +4/5 | +4/5 |
| • Hip Flexion | 5/5 | 5/5 |
| • Knee Extension | 5/5 | 5/5 |
| • Knee Flexion | 5/5 | 5/5 |
| • Ankle Dorsiflexion | 5/5 | 5/5 |
| • Ankle Plantarflexion | +4/5 | +4/5 |

**Palpation:**

- Moderate TTP of left PSIS

| **Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees):** | **Sep 18, 2017** |
|---|---|
| • Active Extension.(lower lumbar soreness) | 30 Degrees |
| • Active Flexion | 90 Degrees |
| • Active Side Bend Left | 30 Degrees |
| • Active Side Bend Right | 30 Degrees |

| **Special Tests: Spine: Neural/Vascular: Neural:** | **Left** | **Right** |
|---|---|---|
| • Femoral Nerve Tension | Negative | Negative |
| • Sciatic Nerve Tension | Negative 65 deg | Negative 65 deg |

## Assessment

Unable to assess patient's current understanding of prognosis due to not completing plan of care. Unable to assess patient's current understanding of home exercises program due to not completing plan of care.

## Problems & Goals

***Problem #1*** **Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees).**

*Goal Abandoned Oct 02, 2017. . unable to assess secondary to non-compliance*

**Lumbar extension will not increase discomfort.**

***Problem #2*** **Chief Complaint: Pain: Severity at Worst: 8/10.**

*Goal Abandoned Oct 02, 2017. . unable to assess secondary to non-compliance*

**GROC +5**

***Problem #3*** **ADL / Functional Status: Current Status: Patient reporting she has been off of work at Toyota since injury. Job requires lots of sit to stand, twisting, squatting, reaching, and leaning. Reporting she has been avoiding a lot of activity to keep pain down. Increased pain in buttock with prolonged sitting.**

*Goal Abandoned Oct 02, 2017. . unable to assess secondary to non-compliance*

**Independence in HEP.**

## Plan

The patient is choosing to discontinue therapy at this time. The patient is discharged due to non-compliance.

Michael W. Hopper, PT, PT(KY Lic: 006740)
Signed on Dec 08, 2017 11:12:12

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Nov 20, 2018** |
| DOB: | | FSC: | BCBS |
| Clinician: | Mark A. Neal, PT | Payor: | ANTHEM KY |
| Prim Phy: | Ben Kibler | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 258-8575 | Insured: | Not Specified |
| Phy Fax: | (859) 258-8562 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 1/31/2018 | Visits: | 1 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Initial Evaluation

**Diagnoses**

| | | |
|---|---|---|
| Right Shoulder | M75.41 | Impingement syndrome of right shoulder |
| | G90.511 | Complex regional pain syndrome I of right upper limb |
| | M25.511 | Pain in right shoulder |

## Subjective Examination

The medical history questionnaire has been completed and signed by the patient, reviewed by the evaluating therapist, and is on file. The patient has read and signed the Patient Rights and Consent for Treatment forms, have been reviewed by the evaluating therapist, and are on file.

**ADL / Functional Status:**
- Premorbid Status:
  - Basic care: Independent Without Difficulty. Work status: Independent Without Difficulty. Recreation/Athletics: Independent Without Difficulty.
- Current Status:
  - Basic care: Independent With Difficulty. (Difficulty putting on a bra). Work status: Unable to work secondary to dysfunction.
- Current Status: Recreation/Athletics:
  - Moderate assistance required. Unable to perform.

**Chief Complaint: Pain: Severity:**
- Current 5
- At Worst 10

**Denies:**
- Fevers. Infections- Recent. Weight Gain- Unusual. Weight Loss- Unusual.

**Functional Comorbidity Index:**
- Arthritis (RA, OA). Degenerative Disc Disease. complex regional pain syndrome in her right upper extremity.

**History:**
- Medical: Reviewed With: Patient.

**Mechanism of Injury:**
- Patient says that she began having right shoulder pain in January of 2018 while working as a production team member at Toyota. The pain was bad enough to be pulled off line on 1/31/18. She did rehab while on light duty at the medical clinic on site, but did not have any improvement. She tried to go back to work in some capacity, but could not perform her job duties due to complaints of pain. She has seen two different orthopaedic surgeons who have performed diagnostic imaging that did not reveal any structural abnormalities. A cortisone injection was performed in the right shoulder, but had no effect. She has also had imaging and nerve conduction study of her neck that only revealed minor disc bulging, but nothing that warranted surgery. Additionally, she has seen a pain management physician who has prescribed medication that helps her pain some. She has been off work completely since April 2018 and is no longer being paid short term disability by her company. She has recently had a 4 month treatment at another outpatient physical therapy clinic that has not helped her pain. Over the past 2 months, she has developed symptoms that resulted in a diagnosis of complex regional pain syndrome in her right arm. She has color changes in her arm and hand, hot and cold bouts, burning/numbness, and swelling in the forearm wrist and hand that occur without provocation. At this point she is uncertain of her ability to return to work. She says any time she uses her right arm, she gets pain that can last 3-4 days that wakes her up at night.

**Questionnaires: Disabilities of the Arm, Shoulder and Hand (DASH):**
- Date: 11/21/2018
- Test Name: QuickDASH
- Assessment Admit
- Disability/Symptom Score 75.00

**Rehabilitation Expectations/Goals:**
- Return to ADL Performance: Unrestricted/Symptom Free. Return to Work Activities: Unrestricted/Symptom Free. Return to Recreational Activities: Unrestricted/Symptom Free.

## Objective Examination

| Clearing Examination: Spine: Cervical: | Left | Right |
|---|---|---|
| • Foraminal Compression | Negative | Negative |

| | | |
|---|---|---|
| • Spurling's Test | Negative | Negative |
| • Upper Limb Tension Test(ULTT1) | Negative | Negative |
| **Clearing Examination: Spine: Range of Motion: Cervical:** | | |
| • Active Extension | 46 Degrees | |
| • Active Flexion | 52 Degrees | |
| • Active Rotation Left | 80 Degrees | |
| • Active Rotation Right | 82 Degrees | |
| • Active Side Bend Left | 40 Degrees | |
| • Active Side Bend Right | 32 Degrees | |
| **Flexibility:** | **Left** | **Right** |
| • Pectoralis Minor | Slight Restriction | Severe Restriction |
| **Functional Tests: Movement: Apley's Scratch Test:** | **Left** | **Right** |
| • IR - Combined(pain in right, anterior shoulder) | To T6 | To Sacrum |
| **Joint Integrity/Mobility: Shoulder:** | **Left** | **Right** |
| • Inferior Humeral Glide | Normal | Hypomobile |
| • Posterior Humeral Glide | Normal | Hypomobile/Painful |
| **Muscle Testing: Upper Extremity MMT:** | **Left** | **Right** |
| • Scapular Depression | 3/5 | 3/5 |
| • Scapular Retraction | 3/5 | 3/5 |
| • Scaption | 4/5 | +4/5 |
| • Shoulder Abduction | 4/5 | 4/5 |
| • Shoulder Extension | 4/5 | 4/5 |
| • Shoulder Flexion | 4/5 | 4/5 |
| • Shoulder External Rotation | 4/5 | +4/5 |
| • Elbow Extension | 4/5 | 4/5 |
| • Elbow Flexion | +4/5 | +4/5 |

**Palpation:**
- ttp at the right proximal pectoralis minor insertion and long head of the biceps.

**Posture:**
- Moderate forward head position and rounded shoulders (right > left). Right arm held in protected position across abdomen in IR and 90 degrees elbow flexion.

| **Range of Motion: Shoulder: Pre-Treatment:** | **Left AROM** | **Right AROM** |
|---|---|---|
| • Flexion(pain in the anterior, right shoulder) | 160 | 160 |
| • Abduction | 178 | 174 |
| • External Rotation - 90 deg | 86 | 72 |

| | | |
|---|---|---|
| **Reflex/Sensory Integrity: Deep Tendon Reflexes:** | **Left** | **Right** |
| • C5-6 Biceps Brachii | 2+ - Normal | 2+ - Normal |
| • C6 Brachioradialis | 2+ - Normal | 2+ - Normal |
| • C7-8 Triceps Brachii | 2+ - Normal | 2+ - Normal |
| **Reflex/Sensory Integrity: Dermatomal Sensation: Light Touch:** | **Left** | **Right** |
| • C 05 | Normal | Normal |
| • C 06 | Normal | Diminished |
| • C 07 | Normal | Diminished |
| • C 08 | Normal | Diminished |
| **Special Tests: Shoulder: Musculoskeletal: Muscle/Tendon:** | **Left** | **Right** |
| • Drop Arm-Rotator Cuff | Negative | Negative |
| • Empty Can | Negative | Negative |
| • Hawkins-Kennedy Impingement | Negative | Aggravates Symptoms |

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Evaluation, High Complexity | 97163 | 1 | n/a |
| • Manual Therapy Techniques | 97140 | 1 | 15 |
| • Therapeutic Procedure | 97110 | 2 | 25 |

**Manual Interventions: Joint Segments: Shoulder:**

- Glenohumeral Joint — Time Elapsed: 15 Minutes, Grade: II/III, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Charge As: Manual Therapy Techniques

**Pt./Family Education:**

- Pathology/Involved Anatomy — Time Elapsed: 20 Minutes, Additional Detail: pathomechanics/rationale for treatment/involved anatomy, Charge As: Therapeutic Exercise
- Written Home Exercise Program — Time Elapsed: 5 Minutes, Activity: Provided & Reviewed, Description: Diagnosis Specific, Charge As: Therapeutic Exercise

## Assessment

The patient requires skilled physical therapy to address the problems identified, and to achieve the individualized patient goals as outlined in the problems and goals section of this evaluation. Overall rehabilitation potential is fair. The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a fair understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

**Presentation:**

- Patient presents with a secondary right shoulder impingement due to disuse and prolonged protective position of the right shoulder. She has significant right forward shoulder position and tightness in the pectoralis minor with subsequent weakness of the scapular stabilizers. Additionally, she presents with signs and symptoms of complex regional pain syndrome of her right UE (CRPS) that started 2 months ago according to the patient.

**Recommendations: Skilled Intervention: Required To:**

- Decrease Pain. Improve Function. Improve Motor Control. Increase Range of Motion. Increase Strength. Return to Premorbid State. Return To Work.

## Problems & Goals

***Problem #1*** **Chief Complaint: Pain: Severity.**

*STG Achieve by Dec 04, 2018.*

**Symptomatic Improvements:**

- Decreasing Pain: to 5/10.

*LTG Achieve by Dec 18, 2018.*

**Symptomatic Improvements:**

- Decreasing Pain: to 0/10.

***Problem #2*** **ADL / Functional Status: Current Status: Work status: Unable to work secondary to dysfunction.**

*LTG Achieve by Dec 18, 2018.*

**ADL Improvements In:**

- Patient will return to work at least light duty with no more than 2/10 pain.

***Problem #3*** **Questionnaires: Disabilities of the Arm, Shoulder and Hand (DASH).**

*STG Achieve by Dec 04, 2018.*

**Questionnaire Improvements: Disabilities of the Arm, Shoulder and Hand: Questionnaire:**

- Disability/Symptom Score 50.00

*LTG Achieve by Dec 18, 2018.*

**Questionnaire Improvements: Disabilities of the Arm, Shoulder and Hand: Questionnaire:**

- Disability/Symptom Score 25.00

***Problem #4*** **Palpation: ttp at the right proximal pectoralis minor insertion and long head of the biceps.**

*LTG Achieve by Dec 18, 2018.*

**Palpable Improvements:**

- Tenderness Decreasing to: 0=No tenderness noted.

***Problem #5*** **Range of Motion: Shoulder: Pre-Treatment.**

*LTG Achieve by Dec 18, 2018.*

**Range of Motion Improvements to:**

- Improved to WNL in all planes with no reports of pain.

***Problem #6*** **Functional Tests: Movement: Apley's Scratch Test.**

*LTG Achieve by Dec 18, 2018.*

**Functional Improvements In:**

- Functional IR to at least the level of T8 to be able to wash back and fasten bra with no pain.

***Problem #7*** **Muscle Testing: Upper Extremity MMT.**

*LTG Achieve by Dec 18, 2018.*

| Musculoskeletal Improvements In: Upper Extremity Strength to: | Left | Right |
|---|---|---|
| • Gross Assessment | +4/5 | +4/5 |

## Plan

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**

- Active Assistive Range of Motion Activities. Active Range of Motion Activities. Client Education. Group Therapy. Home Exercise Program. Joint Mobilization Techniques. Joint Protection. Manual Range of Motion Activities. Manual Therapy Techniques. Neural Mobilization Techniques. Neuromuscular Re-education. Passive Range of Motion Activities. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Activities. Therapeutic Exercise. Trigger Point Dry Needle.
- Modalities:
    - Cryotherapy. Interferential Stimulation. Moist Hot Pack. Ultrasound.

Mark A. Neal, PT, PT(KY Lic: 005703)
Signed on Nov 21, 2018 08:01:01

KORT
The Best In Rehab.

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Nov 20, 2018** |
| DOB: | | FSC: | BCBS |
| Clinician: | Mark A. Neal, PT | Payor: | ANTHEM KY |
| Prim Phy: | Ben Kibler | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 258-8575 | Insured: | Not Specified |
| Phy Fax: | (859) 258-8562 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 1/31/2018 | Visits: | 1 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Plan of Care

**Diagnoses**

| | | |
|---|---|---|
| Right Shoulder | M75.41 | Impingement syndrome of right shoulder |
| | G90.511 | Complex regional pain syndrome I of right upper limb |
| | M25.511 | Pain in right shoulder |

## Subjective Examination

The medical history questionnaire has been completed and signed by the patient, reviewed by the evaluating therapist, and is on file.

**ADL / Functional Status:**
- Premorbid Status:
  - Basic care: Independent Without Difficulty. Work status: Independent Without Difficulty. Recreation/Athletics: Independent Without Difficulty.
- Current Status: Basic care: Independent With Difficulty. (Difficulty putting on a bra).
- Current Status: Recreation/Athletics:
  - Moderate assistance required. Unable to perform.

**Functional Comorbidity Index:**
- Arthritis (RA, OA). Degenerative Disc Disease. complex regional pain syndrome in her right upper extremity.

**Rehabilitation Expectations/Goals:**
- Return to ADL Performance: Unrestricted/Symptom Free. Return to Work Activities: Unrestricted/Symptom Free. Return to Recreational Activities: Unrestricted/Symptom Free.

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

**Chief Complaint: Pain: Severity:**
- At Worst 10
- Current 5

**Mechanism of Injury:**
- Patient says that she began having right shoulder pain in January of 2018 while working as a production team member at Toyota. The pain was bad enough to be pulled off line on 1/31/18. She did rehab while on light duty at the medical clinic on site, but did not have any improvement. She tried to go back to work in some capacity, but could not perform her job duties due to complaints of pain. She has seen two different orthopaedic surgeons who have performed diagnostic imaging that did not reveal any structural abnormalities. A cortisone injection was performed in the right shoulder, but had no effect. She has also had imaging and nerve conduction study of her neck that only revealed minor disc bulging, but nothing that warranted surgery. Additionally, she has seen a pain management physician who has prescribed medication that helps her pain some. She has been off work completely since April 2018 and is no longer being paid short term disability by her company. She has recently had a 4 month treatment at another outpatient physical therapy clinic that has not helped her pain. Over the past 2 months, she has developed symptoms that resulted in a diagnosis of complex regional pain syndrome in her right arm. She has color changes in her arm and hand, hot and cold bouts, burning/numbness, and swelling in the forearm wrist and hand that occur without provocation. At this point she is uncertain of her ability to return to work. She says any time she uses her right arm, she gets pain that can last 3-4 days that wakes her up at night.

**Questionnaires: Disabilities of the Arm, Shoulder and Hand (DASH):**
- Date: 11/21/2018
- Test Name: QuickDASH
- Assessment Admit
- Disability/Symptom Score 75.00

## Assessment

The patient requires skilled physical therapy to address the problems identified, and to achieve the individualized patient goals as outlined in the problems and goals section of this evaluation. Overall rehabilitation potential is fair. The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a fair understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

**Presentation:**
- Patient presents with a secondary right shoulder impingement due to disuse and prolonged protective position of the right shoulder. She has significant right forward shoulder position and tightness in the pectoralis minor with subsequent weakness of the scapular stabilizers.

Additionally, she presents with signs and symptoms of complex regional pain syndrome of her right UE (CRPS) that started 2 months ago according to the patient.

**Recommendations: Skilled Intervention: Required To:**

- Decrease Pain. Improve Function. Improve Motor Control. Increase Range of Motion. Increase Strength. Return to Premorbid State. Return To Work.

## Problems & Goals

***Problem #1*** **Chief Complaint: Pain: Severity.**

- At Worst 10
- Current 5

*STG Achieve by Dec 04, 2018.*

**Symptomatic Improvements:**

- Decreasing Pain: to 5/10.

*LTG Achieve by Dec 18, 2018.*

**Symptomatic Improvements:**

- Decreasing Pain: to 0/10.

***Problem #2*** **ADL / Functional Status: Current Status: Work status: Unable to work secondary to dysfunction.**

*LTG Achieve by Dec 18, 2018.*

**ADL Improvements In:**

- Patient will return to work at least light duty with no more than 2/10 pain.

***Problem #3*** **Questionnaires: Disabilities of the Arm, Shoulder and Hand (DASH).**

- Date: 11/21/2018
- Test Name: QuickDASH
- Assessment Admit
- Disability/Symptom Score 75.00

*STG Achieve by Dec 04, 2018.*

**Questionnaire Improvements: Disabilities of the Arm, Shoulder and Hand: Questionnaire:**

- Disability/Symptom Score 50.00

*LTG Achieve by Dec 18, 2018.*

**Questionnaire Improvements: Disabilities of the Arm, Shoulder and Hand: Questionnaire:**

- Disability/Symptom Score 25.00

***Problem #4*** **Palpation: ttp at the right proximal pectoralis minor insertion and long head of the biceps.**

*LTG Achieve by Dec 18, 2018.*

**Palpable Improvements:**

- Tenderness Decreasing to: 0=No tenderness noted.

***Problem #5*** **Range of Motion: Shoulder: Pre-Treatment.**

| | Left AROM | Right AROM |
|---|---|---|
| Abduction | 178 | 174 |
| External Rotation - 90 deg | 86 | 72 |
| Flexion(pain in the anterior, right shoulder) | 160 | 160 |

*LTG Achieve by Dec 18, 2018.*

**Range of Motion Improvements to:**

- Improved to WNL in all planes with no reports of pain.

***Problem #6*** **Functional Tests: Movement: Apley's Scratch Test.**

| | Left | Right |
|---|---|---|
| IR - Combined(pain in right, anterior shoulder) | To T6 | To Sacrum |

*LTG Achieve by Dec 18, 2018.*

**Functional Improvements In:**

- Functional IR to at least the level of T8 to be able to wash back and fasten bra with no pain.

***Problem #7*** **Muscle Testing: Upper Extremity MMT.**

| | Left | Right |
|---|---|---|
| Elbow Extension | 4/5 | 4/5 |
| Elbow Flexion | +4/5 | +4/5 |
| Scaption | 4/5 | +4/5 |
| Scapular Depression | 3/5 | 3/5 |
| Scapular Retraction | 3/5 | 3/5 |
| Shoulder Abduction | 4/5 | 4/5 |
| Shoulder Extension | 4/5 | 4/5 |
| Shoulder External Rotation | 4/5 | +4/5 |

| | Left | Right |
|---|---|---|
| • Shoulder Flexion | 4/5 | 4/5 |
| *LTG Achieve by Dec 18, 2018.* | | |
| **Musculoskeletal Improvements In: Upper Extremity Strength to:** | **Left** | **Right** |
| • Gross Assessment | +4/5 | +4/5 |

## Plan

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**

- Active Assistive Range of Motion Activities. Active Range of Motion Activities. Client Education. Group Therapy. Home Exercise Program. Joint Mobilization Techniques. Joint Protection. Manual Range of Motion Activities. Manual Therapy Techniques. Neural Mobilization Techniques. Neuromuscular Re-education. Passive Range of Motion Activities. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Activities. Therapeutic Exercise. Trigger Point Dry Needle.
- Modalities:
  - Cryotherapy. Interferential Stimulation. Moist Hot Pack. Ultrasound.

Mark A. Neal, PT, PT(KY Lic: 005703)
Signed on Nov 21, 2018 08:01:01

**Please Sign and Return**

I have reviewed the Plan of Care established for skilled therapy services and certify that the services are required and that they will be provided while the patient is under my care.

**Comments/Revisions**

**Ben Kibler** **Date**

**Patient: Jamie Reece** **DOB:**

KORT
The Best In Rehab.

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Nov 23, 2018** |
| DOB: | | FSC: | BCBS |
| Clinician: | Mark A. Neal, PT | Payor: | ANTHEM KY |
| Prim Phy: | Ben Kibler | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 258-8575 | Insured: | Not Specified |
| Phy Fax: | (859) 258-8562 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 1/31/2018 | Visits: | 1 |
| Surg. Date: | Not Specified | Cxl/Ns: | 1 |

# Cancel/No Show *Patient cancelled appointment*

**Diagnoses**

| | | |
|---|---|---|
| Right Shoulder | M75.41 | Impingement syndrome of right shoulder |
| | G90.511 | Complex regional pain syndrome I of right upper limb |
| | M25.511 | Pain in right shoulder |

## General Information

**Cancel Reasoning:**

- Personal Conflict

Mark A. Neal, PT, PT(KY Lic: 005703)
Signed on Nov 23, 2018 07:50:41

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Nov 27, 2018** |
| DOB: | | FSC: | BCBS |
| Clinician: | Mark A. Neal, PT | Payor: | ANTHEM KY |
| Prim Phy: | Ben Kibler | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 258-8575 | Insured: | Not Specified |
| Phy Fax: | (859) 258-8562 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 1/31/2018 | Visits: | 2 |
| Surg. Date: | Not Specified | Cxl/Ns: | 1 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Right Shoulder | M75.41 | Impingement syndrome of right shoulder |
| | G90.511 | Complex regional pain syndrome I of right upper limb |
| | M25.511 | Pain in right shoulder |

## Subjective Examination

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

**Chief Complaint: Pain: Severity:**

| | |
|---|---|
| • Current | 5 |
| • At Worst | 10 |

**Daily Comments:**
- Patient says her shoulder is tight today.

**Mechanism of Injury:**
- Patient says that she began having right shoulder pain in January of 2018 while working as a production team member at Toyota. The pain was bad enough to be pulled off line on 1/31/18. She did rehab while on light duty at the medical clinic on site, but did not have any improvement. She tried to go back to work in some capacity, but could not perform her job duties due to complaints of pain. She has seen two different orthopaedic surgeons who have performed diagnostic imaging that did not reveal any structural abnormalities. A cortisone injection was performed in the right shoulder, but had no effect. She has also had imaging and nerve conduction study of her neck that only revealed minor disc bulging, but nothing that warranted surgery. Additionally, she has seen a pain management physician who has prescribed medication that helps her pain some. She has been off work completely since April 2018 and is no longer being paid short term disability by her company. She has recently had a 4 month treatment at another outpatient physical therapy clinic that has not helped her pain. Over the past 2 months, she has developed symptoms that resulted in a diagnosis of complex regional pain syndrome in her right arm. She has color changes in her arm and hand, hot and cold bouts, burning/numbness, and swelling in the forearm wrist and hand that occur without provocation. At this point she is uncertain of her ability to return to work. She says any time she uses her right arm, she gets pain that can last 3-4 days that wakes her up at night.

**Questionnaires: Disabilities of the Arm, Shoulder and Hand (DASH):**

| | |
|---|---|
| • Date: | 11/21/2018 |
| • Test Name: | QuickDASH |
| • Assessment | Admit |
| • Disability/Symptom Score | 75.00 |

## Objective Examination

| **Clearing Examination: Spine: Cervical:** | **Left** | **Right** |
|---|---|---|
| • Foraminal Compression | Negative | Negative |
| • Spurling's Test | Negative | Negative |
| • Upper Limb Tension Test(ULTT1) | Negative | Negative |

**Clearing Examination: Spine: Range of Motion: Cervical:**

| | |
|---|---|
| • Active Extension | 46 Degrees |
| • Active Flexion | 52 Degrees |
| • Active Rotation Left | 80 Degrees |
| • Active Rotation Right | 82 Degrees |
| • Active Side Bend Left | 40 Degrees |
| • Active Side Bend Right | 32 Degrees |

| **Flexibility:** | **Left** | **Right** |
|---|---|---|
| • Pectoralis Minor | Slight Restriction | Severe Restriction |

| **Functional Tests: Movement: Apley's Scratch Test:** | **Left** | **Right** |
|---|---|---|
| • IR - Combined(pain in right, anterior shoulder) | To T6 | To Sacrum |

| **Joint Integrity/Mobility: Shoulder:** | **Left** | **Right** |
|---|---|---|
| • Inferior Humeral Glide | Normal | Hypomobile |

| | Left | Right |
|---|---|---|
| • Posterior Humeral Glide | Normal | Hypomobile/Painful |
| **Muscle Testing: Upper Extremity MMT:** | **Left** | **Right** |
| • Scapular Depression | 3/5 | 3/5 |
| • Scapular Retraction | 3/5 | 3/5 |
| • Scaption | 4/5 | +4/5 |
| • Shoulder Abduction | 4/5 | 4/5 |
| • Shoulder Extension | 4/5 | 4/5 |
| • Shoulder Flexion | 4/5 | 4/5 |
| • Shoulder External Rotation | 4/5 | +4/5 |
| • Elbow Extension | 4/5 | 4/5 |
| • Elbow Flexion | +4/5 | +4/5 |

**Palpation:**
- ttp at the right proximal pectoralis minor insertion and long head of the biceps.

**Posture:**
- Moderate forward head position and rounded shoulders (right > left). Right arm held in protected position across abdomen in IR and 90 degrees elbow flexion.

| **Range of Motion: Shoulder: Pre-Treatment:** | **Left AROM** | **Right AROM** |
|---|---|---|
| • Flexion(pain in the anterior, right shoulder) | 160 | 160 |
| • Abduction | 178 | 174 |
| • External Rotation - 90 deg | 86 | 72 |

| **Reflex/Sensory Integrity: Dermatomal Sensation: Light Touch:** | **Left** | **Right** |
|---|---|---|
| • C 05 | Normal | Normal |
| • C 06 | Normal | Diminished |
| • C 07 | Normal | Diminished |
| • C 08 | Normal | Diminished |

| **Special Tests: Shoulder: Musculoskeletal: Muscle/Tendon:** | **Left** | **Right** |
|---|---|---|
| • Drop Arm-Rotator Cuff | Negative | Negative |
| • Empty Can | Negative | Negative |
| • Hawkins-Kennedy Impingement | Negative | Aggravates Symptoms |

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Electrical Stimulation (unattended) | 97014 | 1 | n/a |
| • Manual Therapy Techniques | 97140 | 2 | 29 |
| • Neuromuscular Reeducation | 97112 | 2 | 16 |
| • Therapeutic Activities | 97530 | 1 | 10 |
| • Therapeutic Procedure | 97110 | 1 | 5 |

**Exercise Activities: Aerobic Conditioning:**
- Upper Body Ergometer — Time Elapsed: 10 Minutes, Direction: backward, Speed (rpm): 90, Charge As: Therapeutic Activities

**Exercise Activities: Flexibility:**
- Pectoralis Major Muscle — Time Elapsed: 5 Minutes, Side: Bilateral, Technique: Positions I/II, Body Position: Standing, Charge As: Therapeutic Exercise

**Exercise Activities: Tubing/Bands:**
- Extension, Shoulder — Time Elapsed: 5 Minutes, Tubing/Band Color: blue, Resistance: Concentric/Eccentric, Additional Detail: low row, Charge As: Neuromuscular Reeducation
- Scapular Retraction — Time Elapsed: 6 Minutes, Tubing/Band Color: none, Resistance: none, Additional Detail: prone PEER, Charge As: Neuromuscular Reeducation
- Seated Row — Time Elapsed: 5 Minutes, Tubing/Band Color: 5 kg, Resistance: Concentric/Eccentric, Charge As: Neuromuscular Reeducation

**Manual Interventions: Joint Segments: Shoulder:**
- Glenohumeral Joint — Time Elapsed: 15 Minutes, Grade: II/III, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Charge As: Manual Therapy Techniques

**Manual Interventions: Neural Glides:**
- Median Nerve

Time Elapsed: 4 Minutes, Technique: Mobilize & Elongate, Charge As: Manual Therapy Techniques

**Manual Interventions: Soft Tissue:**
- Pectoralis Minor

Time Elapsed: 10 Minutes, Tx Depth: Moderate, Technique: Dry Needling, Additional Detail: pec minor, biceps, wrist extensors, brachioradialis, Charge As: Manual Therapy Techniques

**Modalities:**
- Electric Stim,  Unattended

Time Elapsed: 15 Minutes, Location: dry needling locations, Performed With: dry needling, Mode: Continuous, Type: Functional Stim, Clinical Use: Post Activity, Charge As: E-Stim, Unattended

## Assessment

The patient tolerated today's treatment intervention without complaints of pain or difficulty.

## Plan

**Recommendations:**
- Continue with current program.

Mark A. Neal, PT, PT(KY Lic: 005703)
Signed on Nov 28, 2018 07:14:45

KORT
The Best In Rehab.

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Nov 29, 2018** |
| DOB: | | FSC: | BCBS |
| Clinician: | Mark A. Neal, PT | Payor: | ANTHEM KY |
| Prim Phy: | Ben Kibler | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 258-8575 | Insured: | Not Specified |
| Phy Fax: | (859) 258-8562 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 1/31/2018 | Visits: | 3 |
| Surg. Date: | Not Specified | Cxl/Ns: | 1 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Right Shoulder | M75.41 | Impingement syndrome of right shoulder |
| | G90.511 | Complex regional pain syndrome I of right upper limb |
| | M25.511 | Pain in right shoulder |

## Subjective Examination

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

**Chief Complaint: Pain: Severity:**

| | |
|---|---|
| • Current | 5 |
| • At Worst | 10 |

**Daily Comments:**

- Patient says she is a little sore today.

**Mechanism of Injury:**

- Patient says that she began having right shoulder pain in January of 2018 while working as a production team member at Toyota. The pain was bad enough to be pulled off line on 1/31/18. She did rehab while on light duty at the medical clinic on site, but did not have any improvement. She tried to go back to work in some capacity, but could not perform her job duties due to complaints of pain. She has seen two different orthopaedic surgeons who have performed diagnostic imaging that did not reveal any structural abnormalities. A cortisone injection was performed in the right shoulder, but had no effect. She has also had imaging and nerve conduction study of her neck that only revealed minor disc bulging, but nothing that warranted surgery. Additionally, she has seen a pain management physician who has prescribed medication that helps her pain some. She has been off work completely since April 2018 and is no longer being paid short term disability by her company. She has recently had a 4 month treatment at another outpatient physical therapy clinic that has not helped her pain. Over the past 2 months, she has developed symptoms that resulted in a diagnosis of complex regional pain syndrome in her right arm. She has color changes in her arm and hand, hot and cold bouts, burning/numbness, and swelling in the forearm wrist and hand that occur without provocation. At this point she is uncertain of her ability to return to work. She says any time she uses her right arm, she gets pain that can last 3-4 days that wakes her up at night.

**Questionnaires: Disabilities of the Arm, Shoulder and Hand (DASH):**

| | |
|---|---|
| • Date: | 11/21/2018 |
| • Test Name: | QuickDASH |
| • Assessment | Admit |
| • Disability/Symptom Score | 75.00 |

## Objective Examination

| **Clearing Examination: Spine: Cervical:** | **Left** | **Right** |
|---|---|---|
| • Foraminal Compression | Negative | Negative |
| • Spurling's Test | Negative | Negative |
| • Upper Limb Tension Test(ULTT1) | Negative | Negative |

**Clearing Examination: Spine: Range of Motion: Cervical:**

| | |
|---|---|
| • Active Extension | 46 Degrees |
| • Active Flexion | 52 Degrees |
| • Active Rotation Left | 80 Degrees |
| • Active Rotation Right | 82 Degrees |
| • Active Side Bend Left | 40 Degrees |
| • Active Side Bend Right | 32 Degrees |

| **Flexibility:** | **Left** | **Right** |
|---|---|---|
| • Pectoralis Minor | Slight Restriction | Severe Restriction |
| **Functional Tests: Movement: Apley's Scratch Test:** | **Left** | **Right** |
| • IR - Combined(pain in right, anterior shoulder) | To T6 | To Sacrum |
| **Joint Integrity/Mobility: Shoulder:** | **Left** | **Right** |
| • Inferior Humeral Glide | Normal | Hypomobile |

| | Left | Right |
|---|---|---|
| • Posterior Humeral Glide | Normal | Hypomobile/Painful |
| **Muscle Testing: Upper Extremity MMT:** | **Left** | **Right** |
| • Scapular Depression | 3/5 | 3/5 |
| • Scapular Retraction | 3/5 | 3/5 |
| • Scaption | 4/5 | +4/5 |
| • Shoulder Abduction | 4/5 | 4/5 |
| • Shoulder Extension | 4/5 | 4/5 |
| • Shoulder Flexion | 4/5 | 4/5 |
| • Shoulder External Rotation | 4/5 | +4/5 |
| • Elbow Extension | 4/5 | 4/5 |
| • Elbow Flexion | +4/5 | +4/5 |

**Palpation:**
- ttp at the right proximal pectoralis minor insertion and long head of the biceps.

**Posture:**
- Moderate forward head position and rounded shoulders (right > left). Right arm held in protected position across abdomen in IR and 90 degrees elbow flexion.

| **Range of Motion: Shoulder: Pre-Treatment:** | **Left AROM** | **Right AROM** |
|---|---|---|
| • Flexion(pain in the anterior, right shoulder) | 160 | 160 |
| • Abduction | 178 | 174 |
| • External Rotation - 90 deg | 86 | 72 |

| **Reflex/Sensory Integrity: Dermatomal Sensation: Light Touch:** | **Left** | **Right** |
|---|---|---|
| • C 05 | Normal | Normal |
| • C 06 | Normal | Diminished |
| • C 07 | Normal | Diminished |
| • C 08 | Normal | Diminished |

| **Special Tests: Shoulder: Musculoskeletal: Muscle/Tendon:** | **Left** | **Right** |
|---|---|---|
| • Drop Arm-Rotator Cuff | Negative | Negative |
| • Empty Can | Negative | Negative |
| • Hawkins-Kennedy Impingement | Negative | Aggravates Symptoms |

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 3 | 35 |
| • Neuromuscular Reeducation | 97112 | 2 | 16 |
| • Therapeutic Activities | 97530 | 1 | 10 |
| • Therapeutic Procedure | 97110 | 1 | 5 |

**Exercise Activities: Aerobic Conditioning:**
- Upper Body Ergometer — Time Elapsed: 10 Minutes, Direction: backward, Speed (rpm): 90, Charge As: Therapeutic Activities

**Exercise Activities: Flexibility:**
- Pectoralis Major Muscle — Time Elapsed: 5 Minutes, Side: Bilateral, Technique: Positions I/II, Body Position: Standing, Charge As: Therapeutic Exercise

**Exercise Activities: Tubing/Bands:**
- Extension, Shoulder — Time Elapsed: 5 Minutes, Tubing/Band Color: blue, Resistance: Concentric/Eccentric, Additional Detail: low row, Charge As: Neuromuscular Reeducation
- Scapular Retraction — Time Elapsed: 6 Minutes, Tubing/Band Color: none, Resistance: none, Additional Detail: prone PEER, Charge As: Neuromuscular Reeducation
- Seated Row — Time Elapsed: 5 Minutes, Tubing/Band Color: 5 kg, Resistance: Concentric/Eccentric, Charge As: Neuromuscular Reeducation

**Manual Interventions: Joint Segments: Shoulder:**
- Glenohumeral Joint — Time Elapsed: 15 Minutes, Grade: II/III, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Charge As: Manual Therapy Techniques

• Scapulothoracic Joint — Time Elapsed: 8 Minutes, Grade: II/III, Pressure: Oscillatory, Technique 1: Lateral Glide, Technique 2: Inferior Glide, Charge As: Manual Therapy Techniques

**Manual Interventions: Neural Glides:**
• Median Nerve — Time Elapsed: 4 Minutes, Technique: Mobilize & Elongate, Charge As: Manual Therapy Techniques

**Manual Interventions: Soft Tissue:**
• Pectoralis Minor(This visit) — Did Not Perform: This visit

**Manual Interventions: Joint Segments: Vertebral:**
• Cervical Spine — Time Elapsed: 8 Minutes, Body Position: Supine, Pressure: Oscillatory, Technique 1: Gap/Distraction, Technique 2: Posteroanterior, Technique 3: UPA's left/right, Charge As: Manual Therapy Techniques

**Modalities:**
• Electric Stim, Unattended(This visit) — Did Not Perform: This visit

## Assessment

The patient tolerated today's treatment intervention without complaints of pain or difficulty.

## Plan

**Recommendations:**
• Continue with current program.

Mark A. Neal, PT, PT(KY Lic: 005703)
Signed on Nov 29, 2018 20:16:58

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Dec 18, 2018** |
| DOB: | | FSC: | BCBS |
| Clinician: | Mark A. Neal, PT | Payor: | ANTHEM KY |
| Prim Phy: | Ben Kibler | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 258-8575 | Insured: | Not Specified |
| Phy Fax: | (859) 258-8562 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 1/31/2018 | Visits: | 4 |
| Surg. Date: | Not Specified | Cxl/Ns: | 1 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Right Shoulder | M75.41 | Impingement syndrome of right shoulder |
| | G90.511 | Complex regional pain syndrome I of right upper limb |
| | M25.511 | Pain in right shoulder |

## Subjective Examination

**ADL / Functional Status:**
- Current Status: Work status: Unable to work secondary to dysfunction.

**Chief Complaint: Pain: Severity:**

| | |
|---|---|
| • Current | 5/10 |
| • At Worst | 10/10 |

**Daily Comments:**
- Patient says that she has been back at the gym more and is having less n/t since she stopped taking Humira.

**Mechanism of Injury:**
- Patient says that she began having right shoulder pain in January of 2018 while working as a production team member at Toyota. The pain was bad enough to be pulled off line on 1/31/18. She did rehab while on light duty at the medical clinic on site, but did not have any improvement. She tried to go back to work in some capacity, but could not perform her job duties due to complaints of pain. She has seen two different orthopaedic surgeons who have performed diagnostic imaging that did not reveal any structural abnormalities. A cortisone injection was performed in the right shoulder, but had no effect. She has also had imaging and nerve conduction study of her neck that only revealed minor disc bulging, but nothing that warranted surgery. Additionally, she has seen a pain management physician who has prescribed medication that helps her pain some. She has been off work completely since April 2018 and is no longer being paid short term disability by her company. She has recently had a 4 month treatment at another outpatient physical therapy clinic that has not helped her pain. Over the past 2 months, she has developed symptoms that resulted in a diagnosis of complex regional pain syndrome in her right arm. She has color changes in her arm and hand, hot and cold bouts, burning/numbness, and swelling in the forearm wrist and hand that occur without provocation. At this point she is uncertain of her ability to return to work. She says any time she uses her right arm, she gets pain that can last 3-4 days that wakes her up at night.

**Questionnaires: Disabilities of the Arm, Shoulder and Hand (DASH):**

| | |
|---|---|
| • Date: | 11/21/2018 |
| • Test Name: | QuickDASH |
| • Assessment | Admit |
| • Disability/Symptom Score | 75.00 |

## Objective Examination

| **Clearing Examination: Spine: Cervical:** | **Left** | **Right** |
|---|---|---|
| • Foraminal Compression | Negative | Negative |
| • Spurling's Test | Negative | Negative |
| • Upper Limb Tension Test(ULTT1) | Negative | Negative |

**Clearing Examination: Spine: Range of Motion: Cervical:**

| | |
|---|---|
| • Active Extension | 46 Degrees |
| • Active Flexion | 52 Degrees |
| • Active Rotation Left | 80 Degrees |
| • Active Rotation Right | 82 Degrees |
| • Active Side Bend Left | 40 Degrees |
| • Active Side Bend Right | 32 Degrees |

| **Flexibility:** | **Left** | **Right** |
|---|---|---|
| • Pectoralis Minor | Slight Restriction | Severe Restriction |
| **Functional Tests: Movement: Apley's Scratch Test:** | **Left** | **Right** |
| • IR - Combined(pain in right, anterior shoulder) | To T6 | To Sacrum |
| **Joint Integrity/Mobility: Shoulder:** | **Left** | **Right** |
| • Inferior Humeral Glide | Normal | Hypomobile |

| | Left | Right |
|---|---|---|
| • Posterior Humeral Glide | Normal | Hypomobile/Painful |
| **Muscle Testing: Upper Extremity MMT:** | **Left** | **Right** |
| • Scapular Depression | 3/5 | 3/5 |
| • Scapular Retraction | 3/5 | 3/5 |
| • Scaption | 4/5 | +4/5 |
| • Shoulder Abduction: | 4/5 | 4/5 |
| • Shoulder Extension | 4/5 | 4/5 |
| • Shoulder Flexion: | 4/5 | 4/5 |
| • Shoulder External Rotation: | 4/5 | +4/5 |
| • Elbow Extension | 4/5 | 4/5 |
| • Elbow Flexion | +4/5 | +4/5 |

**Palpation:**
- ttp at the right proximal pectoralis minor insertion and long head of the biceps.

**Posture:**
- Moderate forward head position and rounded shoulders (right > left). Right arm held in protected position across abdomen in IR and 90 degrees elbow flexion.

| **Range of Motion: Shoulder: Pre-Treatment:** | **Left AROM** | **Right AROM** |
|---|---|---|
| • Flexion(pain in the anterior, right shoulder) | 160 | 160 |
| • Abduction | 178 | 174 |
| • External Rotation - 90 deg | 86 | 72 |

| **Reflex/Sensory Integrity: Dermatomal Sensation: Light Touch:** | **Left** | **Right** |
|---|---|---|
| • C 05 | Normal | Normal |
| • C 06 | Normal | Diminished |
| • C 07 | Normal | Diminished |
| • C 08 | Normal | Diminished |

| **Special Tests: Shoulder: Musculoskeletal: Muscle/Tendon:** | **Left** | **Right** |
|---|---|---|
| • Drop Arm-Rotator Cuff | Negative | Negative |
| • Empty Can | Negative | Negative |
| • Hawkins-Kennedy Impingement | Negative | Aggravates Symptoms |

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 3 | 35 |
| • Therapeutic Procedure | 97110 | 2 | 20 |

**Exercise Activities: Aerobic Conditioning:**
- Upper Body Ergometer(This visit) — Did Not Perform: This visit

**Exercise Activities: Flexibility:**
- Pectoralis Major Muscle — Time Elapsed: 5 Minutes, Side: Bilateral, Technique: Positions I/II, Body Position: Standing, Charge As: Therapeutic Exercise

**Exercise Activities: Tubing/Bands:**
- Extension, Shoulder(This visit) — Did Not Perform: This visit
- Scapular Retraction(This visit) — Did Not Perform: This visit
- Seated Row(This visit) — Did Not Perform: This visit

**Manual Interventions: Joint Segments: Shoulder:**
- Glenohumeral Joint — Time Elapsed: 15 Minutes, Grade: II/III, Pressure: Oscillatory, Technique 1: Posterior/Inferior, Charge As: Manual Therapy Techniques
- Scapulothoracic Joint — Time Elapsed: 8 Minutes, Grade: II/III, Pressure: Oscillatory, Technique 1: Lateral Glide, Technique 2: Inferior Glide, Charge As: Manual Therapy Techniques

**Manual Interventions: Neural Glides:**
- Median Nerve — Time Elapsed: 4 Minutes, Technique: Mobilize & Elongate, Charge As: Manual Therapy Techniques

**Manual Interventions: Soft Tissue:**
- Pectoralis Minor(This visit) — Did Not Perform: This visit

**Manual Interventions: Joint Segments: Vertebral:**

- Cervical Spine

Time Elapsed: 8 Minutes, Body Position: Supine, Pressure: Oscillatory, Technique 1: Gap/Distraction, Technique 2: Posteroanterior, Technique 3: UPA's left/right, Charge As: Manual Therapy Techniques

**Modalities:**
- Electric Stim, Unattended(This visit)

Did Not Perform: This visit

**Pt./Family Education:**
- Patient Education 1

Time Elapsed: 15 Minutes, Description: pain science education/HEP discussion and demonstration/assessment of tests and measures., Charge As: Therapeutic Exercise

## Assessment
The patient tolerated today's treatment intervention without complaints of pain or difficulty.

## Plan
**Recommendations:**
- Continue with current program.

Mark A. Neal, PT, PT(KY Lic: 005703)
Signed on Dec 18, 2018 11:06:08

KORT
The Best In Rehab.

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Dec 26, 2018** |
| DOB: | | FSC: | BCBS |
| Clinician: | Mark A. Neal, PT | Payor: | ANTHEM KY |
| Prim Phy: | Ben Kibler | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 258-8575 | Insured: | Not Specified |
| Phy Fax: | (859) 258-8562 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 1/31/2018 | Visits: | 4 |
| Surg. Date: | Not Specified | Cxl/Ns: | 2 |

# Cancel/No Show *Patient did not show up for appointment*

**Diagnoses**

| | | |
|---|---|---|
| Right Shoulder | M75.41 | Impingement syndrome of right shoulder |
| | G90.511 | Complex regional pain syndrome I of right upper limb |
| | M25.511 | Pain in right shoulder |

## General Information

**Cancel Reasoning:**

- No Show

Mark A. Neal, PT, PT(KY Lic: 005703)
Signed on Dec 26, 2018 10:51:10

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

KORT The Best In Rehab.

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Note Date:** | **Jan 07, 2019** |
| DOB: | | FSC: | BCBS |
| Clinician: | Mark A. Neal, PT | Payor: | ANTHEM KY |
| Prim Phy: | Ben Kibler | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 258-8575 | Insured: | Not Specified |
| Phy Fax: | (859) 258-8562 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 1/31/2018 | Visits: | 4 |
| Surg. Date: | Not Specified | Cxl/Ns: | 2 |

# Discharge Summary

**Diagnoses**

| | | |
|---|---|---|
| Right Shoulder | M75.41 | Impingement syndrome of right shoulder |
| | G90.511 | Complex regional pain syndrome I of right upper limb |
| | M25.511 | Pain in right shoulder |

## Subjective Examination

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

| **Chief Complaint: Pain: Severity:** | **Initial Nov 20, 2018** | **Current Nov 20, 2018** | **Change** |
|---|---|---|---|
| • Current | 5/10 | 5/10 | - |
| • At Worst | 10/10 | 10/10 | - |

**Mechanism of Injury:**

- Patient says that she began having right shoulder pain in January of 2018 while working as a production team member at Toyota. The pain was bad enough to be pulled off line on 1/31/18. She did rehab while on light duty at the medical clinic on site, but did not have any improvement. She tried to go back to work in some capacity, but could not perform her job duties due to complaints of pain. She has seen two different orthopaedic surgeons who have performed diagnostic imaging that did not reveal any structural abnormalities. A cortisone injection was performed in the right shoulder, but had no effect. She has also had imaging and nerve conduction study of her neck that only revealed minor disc bulging, but nothing that warranted surgery. Additionally, she has seen a pain management physician who has prescribed medication that helps her pain some. She has been off work completely since April 2018 and is no longer being paid short term disability by her company. She has recently had a 4 month treatment at another outpatient physical therapy clinic that has not helped her pain. Over the past 2 months, she has developed symptoms that resulted in a diagnosis of complex regional pain syndrome in her right arm. She has color changes in her arm and hand, hot and cold bouts, burning/numbness, and swelling in the forearm wrist and hand that occur without provocation. At this point she is uncertain of her ability to return to work. She says any time she uses her right arm, she gets pain that can last 3-4 days that wakes her up at night.

| **Questionnaires: Disabilities of the Arm, Shoulder and Hand (DASH):** | **Initial Nov 20, 2018** | **Current Nov 20, 2018** | **Change** |
|---|---|---|---|
| • Date: | 11/21/2018 | 11/21/2018 | N/A |
| • Test Name: | QuickDASH | QuickDASH | N/A |
| • Assessment | Admit | Admit | N/A |
| • Disability/Symptom Score | 75.00 | 75.00 | - |

## Objective Examination

| **Clearing Examination: Spine: Cervical:** | **Initial Nov 20, 2018** Left | Right | **Current Nov 20, 2018** Left | Right | **Change** Left | Right |
|---|---|---|---|---|---|---|
| • Foraminal Compression | Negative | Negative | Negative | Negative | N/A | N/A |
| • Spurling's Test | Negative | Negative | Negative | Negative | N/A | N/A |
| • Upper Limb Tension Test(ULTT1) | Negative | Negative | Negative | Negative | N/A | N/A |

| **Clearing Examination: Spine: Range of Motion: Cervical:** | **Initial Nov 20, 2018** | **Current Nov 20, 2018** | **Change** |
|---|---|---|---|
| • Active Extension | 46 Degrees | 46 Degrees | - |
| • Active Flexion | 52 Degrees | 52 Degrees | - |
| • Active Rotation Left | 80 Degrees | 80 Degrees | - |
| • Active Rotation Right | 82 Degrees | 82 Degrees | - |
| • Active Side Bend Left | 40 Degrees | 40 Degrees | - |
| • Active Side Bend Right | 32 Degrees | 32 Degrees | - |

| **Flexibility:** | **Initial Nov 20, 2018** Left | Right | **Current Nov 20, 2018** Left | Right | **Change** Left | Right |
|---|---|---|---|---|---|---|
| • Pectoralis Minor | Slight Restriction | Severe Restriction | Slight Restriction | Severe Restriction | N/A | N/A |

| **Functional Tests: Movement: Apley's Scratch Test:** | **Initial Nov 20, 2018** Left | Right | **Current Nov 20, 2018** Left | Right | **Change** Left | Right |
|---|---|---|---|---|---|---|
| • IR - Combined(pain in right, anterior shoulder) | To T6 | To Sacrum | To T6 | To Sacrum | N/A | N/A |

| Joint Integrity/Mobility: Shoulder: | Initial Nov 20, 2018 | | Current Nov 20, 2018 | | Change | |
|---|---|---|---|---|---|---|
| | Left | Right | Left | Right | Left | Right |
| • Inferior Humeral Glide | Normal | Hypomobile | Normal | Hypomobile | N/A | N/A |
| • Posterior Humeral Glide | Normal | Hypomobile/Painful | Normal | Hypomobile/Painful | N/A | N/A |

| Muscle Testing: Upper Extremity MMT: | Initial Nov 20, 2018 | | Current Nov 20, 2018 | | Change | |
|---|---|---|---|---|---|---|
| | Left | Right | Left | Right | Left | Right |
| • Scapular Depression | 3/5 | 3/5 | 3/5 | 3/5 | - | - |
| • Scapular Retraction | 3/5 | 3/5 | 3/5 | 3/5 | - | - |
| • Scaption | 4/5 | +4/5 | 4/5 | +4/5 | - | - |
| • Shoulder Abduction: | 4/5 | 4/5 | 4/5 | 4/5 | - | - |
| • Shoulder Extension | 4/5 | 4/5 | 4/5 | 4/5 | - | - |
| • Shoulder Flexion: | 4/5 | 4/5 | 4/5 | 4/5 | - | - |
| • Shoulder External Rotation: | 4/5 | +4/5 | 4/5 | +4/5 | - | - |
| • Elbow Extension | 4/5 | 4/5 | 4/5 | 4/5 | - | - |
| • Elbow Flexion | +4/5 | +4/5 | +4/5 | +4/5 | - | - |

**Palpation:**

- ttp at the right proximal pectoralis minor insertion and long head of the biceps.

**Posture:**

- Moderate forward head position and rounded shoulders (right > left). Right arm held in protected position across abdomen in IR and 90 degrees elbow flexion.

| Range of Motion: Shoulder: Pre-Treatment: | Initial Nov 20, 2018 | | Current Nov 20, 2018 | | Change | | | |
|---|---|---|---|---|---|---|---|---|
| | L. Act. | R. Act. | L. Act. | R. Act. | L. Act. | Pas. | R. Act. | Pas. |
| • Flexion(pain in the anterior, right shoulder) | 160 | 160 | 160 | 160 | - | N/A | - | N/A |
| • Abduction | 178 | 174 | 178 | 174 | - | N/A | - | N/A |
| • External Rotation - 90 deg | 86 | 72 | 86 | 72 | - | N/A | - | N/A |

| Reflex/Sensory Integrity: Dermatomal Sensation: Light Touch: | Initial Nov 20, 2018 | | Current Nov 20, 2018 | | Change | |
|---|---|---|---|---|---|---|
| | Left | Right | Left | Right | Left | Right |
| • C 05 | Normal | Normal | Normal | Normal | N/A | N/A |
| • C 06 | Normal | Diminished | Normal | Diminished | N/A | N/A |
| • C 07 | Normal | Diminished | Normal | Diminished | N/A | N/A |
| • C 08 | Normal | Diminished | Normal | Diminished | N/A | N/A |

| Special Tests: Shoulder: Musculoskeletal: Muscle/Tendon: | Initial Nov 20, 2018 | | Current Nov 20, 2018 | | Change | |
|---|---|---|---|---|---|---|
| | Left | Right | Left | Right | Left | Right |
| • Drop Arm-Rotator Cuff | Negative | Negative | Negative | Negative | N/A | N/A |
| • Empty Can | Negative | Negative | Negative | Negative | N/A | N/A |
| • Hawkins-Kennedy Impingement | Negative | Aggravates Symptoms | Negative | Aggravates Symptoms | N/A | N/A |

## Assessment

At this time skilled rehabilitative services at this site are no longer required due to the patient's request for discharge. Based on this patient's clinical presentation, it is my professional opinion that the patient's prognosis at time of discharge is fair. The patient was educated regarding their discharge prognosis and related pathology. The patient demonstrates good understanding of their home program instructions.

## Problems & Goals

***Problem #1*** **Chief Complaint: Pain: Severity.**

*Goal Abandoned Jan 07, 2019. Patient self-discharge.*

**Symptomatic Improvements:**

- Decreasing Pain: to 5/10.
- Decreasing Pain: to 0/10.

***Problem #2*** **ADL / Functional Status: Current Status: Work status: Unable to work secondary to dysfunction.**

*Goal Abandoned Jan 07, 2019. Patient self-discharge.*

**ADL Improvements In:**

- Patient will return to work at least light duty with no more than 2/10 pain.

***Problem #3*** **Questionnaires: Disabilities of the Arm, Shoulder and Hand (DASH).**

*Goal Abandoned Jan 07, 2019. Patient self-discharge.*

**Questionnaire Improvements: Disabilities of the Arm, Shoulder and Hand: Questionnaire:**
- Disability/Symptom Score 50.00

**Questionnaire Improvements: Disabilities of the Arm, Shoulder and Hand: Questionnaire:**
- Disability/Symptom Score 25.00

***Problem #4*** **Palpation: ttp at the right proximal pectoralis minor insertion and long head of the biceps.**

*Goal Abandoned Jan 07, 2019. Patient self-discharge.*

**Palpable Improvements:**
- Tenderness Decreasing to: 0=No tenderness noted.

***Problem #5*** **Range of Motion: Shoulder: Pre-Treatment.**

*Goal Abandoned Jan 07, 2019. Patient self-discharge.*

**Range of Motion Improvements to:**
- Improved to WNL in all planes with no reports of pain.

***Problem #6*** **Functional Tests: Movement: Apley's Scratch Test.**

*Goal Abandoned Jan 07, 2019. Patient self-discharge.*

**Functional Improvements In:**
- Functional IR to at least the level of T8 to be able to wash back and fasten bra with no pain.

***Problem #7*** **Muscle Testing: Upper Extremity MMT.**

*Goal Abandoned Jan 07, 2019. Patient self-discharge.*

| **Musculoskeletal Improvements In: Upper Extremity Strength to:** | **Left** | **Right** |
|---|---|---|
| • Gross Assessment | +4/5 | +4/5 |

## Plan

The patient is choosing to discontinue therapy at this time.

Mark A. Neal, PT, PT(KY Lic: 005703)
Signed on Jan 07, 2019 10:20:28

KORT
The Best In Rehab.

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Feb 01, 2019** |
| DOB: | | FSC: | BCBS |
| Clinician: | Michael W. Hopper, PT | Payor: | ANTHEM KY |
| Prim Phy: | Ben Kibler | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 258-8575 | Insured: | Not Specified |
| Phy Fax: | (859) 258-8562 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 1/31/2018 | Visits: | 5 |
| Surg. Date: | Not Specified | Cxl/Ns: | 2 |

# Re-Evaluation

**Diagnoses**

| | | |
|---|---|---|
| Right Shoulder | M75.41 | Impingement syndrome of right shoulder |
| | G90.511 | Complex regional pain syndrome I of right upper limb |
| | M25.511 | Pain in right shoulder |

## Subjective Examination

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

| **Chief Complaint: Pain: Severity:** | **Initial Nov 20, 2018** | **Current Nov 20, 2018** | **Change** |
|---|---|---|---|
| • Current | 5/10 | 5/10 | - |
| • At Worst | 10/10 | 10/10 | - |

**Mechanism of Injury:**

- Patient says that she began having right shoulder pain in January of 2018 while working as a production team member at Toyota. The pain was bad enough to be pulled off line on 1/31/18. She did rehab while on light duty at the medical clinic on site, but did not have any improvement. She tried to go back to work in some capacity, but could not perform her job duties due to complaints of pain. She has seen two different orthopaedic surgeons who have performed diagnostic imaging that did not reveal any structural abnormalities. A cortisone injection was performed in the right shoulder, but had no effect. She has also had imaging and nerve conduction study of her neck that only revealed minor disc bulging, but nothing that warranted surgery. Additionally, she has seen a pain management physician who has prescribed medication that helps her pain some. She has been off work completely since April 2018 and is no longer being paid short term disability by her company. She has recently had a 4 month treatment at another outpatient physical therapy clinic that has not helped her pain. Over the past 2 months, she has developed symptoms that resulted in a diagnosis of complex regional pain syndrome in her right arm. She has color changes in her arm and hand, hot and cold bouts, burning/numbness, and swelling in the forearm wrist and hand that occur without provocation. At this point she is uncertain of her ability to return to work. She says any time she uses her right arm, she gets pain that can last 3-4 days that wakes her up at night.

| **Questionnaires: Disabilities of the Arm, Shoulder and Hand (DASH):** | **Initial Nov 20, 2018** | **Current Feb 01, 2019** | **Change** |
|---|---|---|---|
| • Date: | 11/21/2018 | 02/01/2019 | N/A |
| • Test Name: | QuickDASH | a QuickDASH | N/A |
| • Assessment | Admit | Follow-up | N/A |
| • Disability/Symptom Score | 75.00 | 56.82 | 18.18 |

a Measured On Nov 20, 2018

## Objective Examination

| **Clearing Examination: Spine: Cervical:** | **Initial Nov 20, 2018** Left | Right | **Current Nov 20, 2018** Left | Right | **Change** Left | Right |
|---|---|---|---|---|---|---|
| • Foraminal Compression | Negative | Negative | Negative | Negative | N/A | N/A |
| • Spurling's Test | Negative | Negative | Negative | Negative | N/A | N/A |
| • Upper Limb Tension Test(ULTT1) | Negative | Negative | Negative | Negative | N/A | N/A |

| **Clearing Examination: Spine: Range of Motion: Cervical:** | **Initial Nov 20, 2018** | **Current Feb 01, 2019** | **Change** |
|---|---|---|---|
| • Active Extension | 46 Degrees | 56 Degrees | 10 Degrees |
| • Active Flexion | 52 Degrees | a 52 Degrees | - |
| • Active Rotation Left | 80 Degrees | a 80 Degrees | - |
| • Active Rotation Right | 82 Degrees | a 82 Degrees | - |
| • Active Side Bend Left | 40 Degrees | a 40 Degrees | - |
| • Active Side Bend Right | 32 Degrees | a 32 Degrees | - |

a Measured On Nov 20, 2018

| **Flexibility:** | **Initial Nov 20, 2018** Left | Right | **Current Feb 01, 2019** Left | Right | **Change** Left | Right |
|---|---|---|---|---|---|---|
| • Pectoralis Minor | Slight Restriction | Severe Restriction | a Slight Restriction | Moderate Restriction | N/A | N/A |

a Measured On Nov 20, 2018

**Functional Tests: Movement: Apley's Scratch Test:**

| | Initial Nov 20, 2018 Left | Initial Nov 20, 2018 Right | Current Feb 01, 2019 Left | Current Feb 01, 2019 Right | Change Left | Change Right |
|---|---|---|---|---|---|---|
| • IR - Combined(pain in right, anterior shoulder) | To T6 | To Sacrum | ª To T6 | To T10 | N/A | N/A |

a Measured On Nov 20, 2018

**Joint Integrity/Mobility: Shoulder:**

| | Initial Nov 20, 2018 Left | Initial Nov 20, 2018 Right | Current Feb 01, 2019 Left | Current Feb 01, 2019 Right | Change Left | Change Right |
|---|---|---|---|---|---|---|
| • Inferior Humeral Glide | Normal | Hypomobile | ª Normal | Normal | N/A | N/A |
| • Posterior Humeral Glide | Normal | Hypomobile/Painful | ª Normal | ª Hypomobile/Painful | N/A | N/A |

a Measured On Nov 20, 2018

**Muscle Testing: Upper Extremity MMT:**

| | Initial Nov 20, 2018 Left | Initial Nov 20, 2018 Right | Current Feb 01, 2019 Left | Current Feb 01, 2019 Right | Change Left | Change Right |
|---|---|---|---|---|---|---|
| • Scapular Depression | 3/5 | 3/5 | -4/5 | +3/5 | Inc'd | Inc'd |
| • Scapular Retraction | 3/5 | 3/5 | -4/5 | +3/5 | Inc'd | Inc'd |
| • Scaption | 4/5 | +4/5 | +4/5 | 4/5 | Inc'd | Dec'd |
| • Shoulder Abduction: | 4/5 | 4/5 | ª 4/5 | ª 4/5 | - | - |
| • Shoulder Extension | 4/5 | 4/5 | ª 4/5 | ª 4/5 | - | - |
| • Shoulder Flexion: | 4/5 | 4/5 | ª 4/5 | ª 4/5 | - | - |
| • Shoulder External Rotation: | 4/5 | +4/5 | ª 4/5 | ª +4/5 | - | - |
| • Elbow Extension | 4/5 | 4/5 | ª 4/5 | ª 4/5 | - | - |
| • Elbow Flexion | +4/5 | +4/5 | ª +4/5 | ª +4/5 | - | - |

a Measured On Nov 20, 2018

**Palpation:**
- mild ttp at the right proximal pectoralis minor insertion and long head of the biceps.

**Posture:**
- Moderate forward head position and rounded shoulders (right > left). Right arm held in protected position across abdomen in IR and 90 degrees elbow flexion.

**Range of Motion: Shoulder:**
**Pre-Treatment:**

| | Initial Nov 20, 2018 L. Act. | Initial Nov 20, 2018 R. Act. | Current Feb 01, 2019 L. Act. | Current Feb 01, 2019 R. Act. | Change L. Act. | Change Pas. | Change R. Act. | Change Pas. |
|---|---|---|---|---|---|---|---|---|
| • Flexion(right upper trap and deltoid pain) | 160 | 160 | ª 160 ª | ª 160 ª | - | N/A | - | N/A |
| • Abduction | 178 | 174 | ª 178 ª | ª 174 ª | - | N/A | - | N/A |
| • External Rotation - 90 deg | 86 | 72 | 90 ª | 76 ª | 4 | N/A | 4 | N/A |

a Measured On Nov 20, 2018

**Reflex/Sensory Integrity: Dermatomal Sensation:**
**Light Touch:**

| | Initial Nov 20, 2018 Left | Initial Nov 20, 2018 Right | Current Nov 20, 2018 Left | Current Nov 20, 2018 Right | Change Left | Change Right |
|---|---|---|---|---|---|---|
| • C 05 | Normal | Normal | Normal | Normal | N/A | N/A |
| • C 06 | Normal | Diminished | Normal | Diminished | N/A | N/A |
| • C 07 | Normal | Diminished | Normal | Diminished | N/A | N/A |
| • C 08 | Normal | Diminished | Normal | Diminished | N/A | N/A |

**Special Tests: Shoulder: Musculoskeletal:**
**Muscle/Tendon:**

| | Initial Nov 20, 2018 Left | Initial Nov 20, 2018 Right | Current Nov 20, 2018 Left | Current Nov 20, 2018 Right | Change Left | Change Right |
|---|---|---|---|---|---|---|
| • Drop Arm-Rotator Cuff | Negative | Negative | Negative | Negative | N/A | N/A |
| • Empty Can | Negative | Negative | Negative | Negative | N/A | N/A |
| • Hawkins-Kennedy Impingement | Negative | Aggravates Symptoms | Negative | Aggravates Symptoms | N/A | N/A |

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 1 | 12 |
| • Reevaluation | 97164 | 1 | n/a |
| • Therapeutic Procedure | 97110 | 2 | 20 |

**Exercise Activities: Aerobic Conditioning:**
- Upper Body Ergometer(This visit) Did Not Perform: This visit

**Exercise Activities: Flexibility:**
- Pectoralis Major Muscle — Time Elapsed: 5 Minutes, Side: Bilateral, Technique: Positions I/II, Body Position: Standing, Charge As: Therapeutic Exercise

**Exercise Activities: Tubing/Bands:**
- Extension, Shoulder(This visit) — Did Not Perform: This visit
- Scapular Retraction(This visit) — Did Not Perform: This visit
- Seated Row(This visit) — Did Not Perform: This visit

**Manual Interventions: Joint Segments: Shoulder:**
- Glenohumeral Joint(This visit) — Did Not Perform: This visit
- Scapulothoracic Joint(This visit) — Did Not Perform: This visit

**Manual Interventions: Neural Glides:**
- Median Nerve — Time Elapsed: 4 Minutes, Technique: Mobilize & Elongate, Charge As: Manual Therapy Techniques

**Manual Interventions: Soft Tissue:**
- Pectoralis Minor(This visit) — Did Not Perform: This visit

**Manual Interventions: Joint Segments: Vertebral:**
- Cervical Spine — Time Elapsed: 8 Minutes, Body Position: Supine, Pressure: Oscillatory, Technique 1: Gap/Distraction, Technique 2: Posteroanterior, Technique 3: UPA's left/right, Charge As: Manual Therapy Techniques

**Modalities:**
- Electric Stim, Unattended(This visit) — Did Not Perform: This visit

**Pt./Family Education:**
- Patient Education 1 — Time Elapsed: 15 Minutes, Description: pain science education/HEP discussion and demonstration/assessment of tests and measures., Charge As: Therapeutic Exercise

## Assessment

The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

**Recommendations: Skilled Intervention: Required To:**
- Decrease Pain. Improve Function. Improve Motor Control. Increase Range of Motion. Increase Strength. Return To Work.

## Problems & Goals

***Problem #1*** **Chief Complaint: Pain: Severity.**

*LTG Achieve by Mar 01, 2019. Progress: Some progress.*

**Symptomatic Improvements:**
- Decreasing Pain: to 0/10.

*Goal Achieved Feb 01, 2019.*

**Symptomatic Improvements:**
- Decreasing Pain: to 5/10.

***Problem #2*** **ADL / Functional Status: Current Status: Work status: Unable to work secondary to dysfunction.**

*LTG Achieve by Mar 01, 2019.*

**ADL Improvements In:**
- Patient will return to work at least light duty with no more than 2/10 pain.

***Problem #3*** **Questionnaires: Disabilities of the Arm, Shoulder and Hand (DASH).**

*STG Achieve by Feb 15, 2019. Progress: Excellent progress.*

**Questionnaire Improvements: Disabilities of the Arm, Shoulder and Hand: Questionnaire:**
- Disability/Symptom Score 50.00

*LTG Achieve by Mar 01, 2019.*

**Questionnaire Improvements: Disabilities of the Arm, Shoulder and Hand: Questionnaire:**
- Disability/Symptom Score 25.00

***Problem #4*** **Palpation: mild ttp at the right proximal pectoralis minor insertion and long head of the biceps.**

*LTG Achieve by Mar 01, 2019.*

**Palpable Improvements:**
- Tenderness Decreasing to: 0=No tenderness noted.

***Problem #5*** **Range of Motion: Shoulder: Pre-Treatment.**

*LTG Achieve by Mar 01, 2019. Progress: Some progress.*

**Range of Motion Improvements to:**

- Improved to WNL in all planes with no reports of pain.

***Problem #6*** **Functional Tests: Movement: Apley's Scratch Test.**

*LTG Achieve by Feb 22, 2019. Progress: Excellent progress.*

**Functional Improvements In:**

- Functional IR to at least the level of T8 to be able to wash back and fasten bra with no pain.

***Problem #7*** **Muscle Testing: Upper Extremity MMT.**

*LTG Achieve by Mar 01, 2019.*

| Musculoskeletal Improvements In: Upper Extremity Strength to: | Left | Right |
|---|---|---|
| • Gross Assessment | +4/5 | +4/5 |

## Plan

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**

- Client Education. Home Exercise Program. Manual Therapy Techniques. Modalities: As Needed. Neuromuscular Re-education. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Therapeutic Activities. Therapeutic Exercise. Trigger Point Dry Needle.

[signature]

Michael W. Hopper, PT, PT(KY Lic: 006740)
Signed on Feb 01, 2019 11:42:14

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

KORT The Best In Rehab.

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Feb 01, 2019** |
| DOB: | | FSC: | BCBS |
| Clinician: | Michael W. Hopper, PT | Payor: | ANTHEM KY |
| Prim Phy: | Ben Kibler | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 258-8575 | Insured: | Not Specified |
| Phy Fax: | (859) 258-8562 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 1/31/2018 | Visits: | 5 |
| Surg. Date: | Not Specified | Cxl/Ns: | 2 |

# Plan of Care

**Diagnoses**

| | | |
|---|---|---|
| Right Shoulder | M75.41 | Impingement syndrome of right shoulder |
| | G90.511 | Complex regional pain syndrome I of right upper limb |
| | M25.511 | Pain in right shoulder |

## Subjective Examination

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

**Questionnaires: Disabilities of the Arm, Shoulder and Hand (DASH):**

- Date: 02/01/2019
- Test Name: QuickDASH
- Assessment Follow-up
- Disability/Symptom Score 56.82

## Assessment

The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

**Recommendations: Skilled Intervention: Required To:**

- Decrease Pain. Improve Function. Improve Motor Control. Increase Range of Motion. Increase Strength. Return To Work.

## Problems & Goals

***Problem #1*** **Chief Complaint: Pain: Severity.**

- At Worst 10/10
- Current 5/10

*LTG Achieve by Mar 01, 2019. Progress: Some progress.*

**Symptomatic Improvements:**

- Decreasing Pain: to 0/10.

*Goal Achieved Feb 01, 2019.*

**Symptomatic Improvements:**

- Decreasing Pain: to 5/10.

***Problem #2*** **ADL / Functional Status: Current Status: Work status: Unable to work secondary to dysfunction.**

*LTG Achieve by Mar 01, 2019.*

**ADL Improvements In:**

- Patient will return to work at least light duty with no more than 2/10 pain.

***Problem #3*** **Questionnaires: Disabilities of the Arm, Shoulder and Hand (DASH).**

- Date: 02/01/2019
- Test Name: QuickDASH
- Assessment Follow-up
- Disability/Symptom Score 56.82

*STG Achieve by Feb 15, 2019. Progress: Excellent progress.*

**Questionnaire Improvements: Disabilities of the Arm, Shoulder and Hand: Questionnaire:**

- Disability/Symptom Score 50.00

*LTG Achieve by Mar 01, 2019.*

**Questionnaire Improvements: Disabilities of the Arm, Shoulder and Hand: Questionnaire:**

- Disability/Symptom Score 25.00

***Problem #4*** **Palpation: mild ttp at the right proximal pectoralis minor insertion and long head of the biceps.**

*LTG Achieve by Mar 01, 2019.*

**Palpable Improvements:**

- Tenderness Decreasing to: 0=No tenderness noted.

***Problem #5***

| **Range of Motion: Shoulder: Pre-Treatment.** | **Left AROM** | **Right AROM** |
|---|---|---|
| • Abduction | 178 | 174 |
| • External Rotation - 90 deg | 90 | 76 |
| • Flexion(right upper trap and deltoid pain) | 160 | 160 |

*LTG Achieve by Mar 01, 2019. Progress: Some progress.*

**Range of Motion Improvements to:**

- Improved to WNL in all planes with no reports of pain.

| ***Problem #6*** **Functional Tests: Movement: Apley's Scratch Test.** | **Left** | **Right** |
|---|---|---|
| • IR - Combined(pain in right, anterior shoulder) | To T6 | To T10 |

*LTG Achieve by Feb 22, 2019. Progress: Excellent progress.*

**Functional Improvements In:**

- Functional IR to at least the level of T8 to be able to wash back and fasten bra with no pain.

| ***Problem #7*** **Muscle Testing: Upper Extremity MMT.** | **Left** | **Right** |
|---|---|---|
| • Elbow Extension | 4/5 | 4/5 |
| • Elbow Flexion | +4/5 | +4/5 |
| • Scaption | +4/5 | 4/5 |
| • Scapular Depression | -4/5 | +3/5 |
| • Scapular Retraction | -4/5 | +3/5 |
| • Shoulder Abduction: | 4/5 | 4/5 |
| • Shoulder Extension | 4/5 | 4/5 |
| • Shoulder External Rotation: | 4/5 | +4/5 |
| • Shoulder Flexion: | 4/5 | 4/5 |

*LTG Achieve by Mar 01, 2019.*

| **Musculoskeletal Improvements In: Upper Extremity Strength to:** | **Left** | **Right** |
|---|---|---|
| • Gross Assessment | +4/5 | +4/5 |

## Plan

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**

- Client Education. Home Exercise Program. Manual Therapy Techniques. Modalities: As Needed. Neuromuscular Re-education. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Therapeutic Activities. Therapeutic Exercise. Trigger Point Dry Needle.

M.W. Hopper, PT DPT

Michael W. Hopper, PT, PT(KY Lic: 006740)
Signed on Feb 01, 2019 11:42:14

**Please Sign and Return**

I have reviewed the Plan of Care established for skilled therapy services and certify that the services are required and that they will be provided while the patient is under my care.

**Comments/Revisions**

**Ben Kibler** **Date**

**Patient: Jamie Reece** **DOB:**
**Facility Fax: (859) 293-6730**

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

KORT
The Best In Rehab.

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Feb 05, 2019** |
| DOB: | | FSC: | BCBS |
| Clinician: | Michael W. Hopper, PT | Payor: | ANTHEM KY |
| Prim Phy: | Ben Kibler | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 258-8575 | Insured: | Not Specified |
| Phy Fax: | (859) 258-8562 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 1/31/2018 | Visits: | 6 |
| Surg. Date: | Not Specified | Cxl/Ns: | 2 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Right Shoulder | M75.41 | Impingement syndrome of right shoulder |
| | G90.511 | Complex regional pain syndrome I of right upper limb |
| | M25.511 | Pain in right shoulder |

## Subjective Examination

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

**Chief Complaint: Pain: Severity:**

- Current 5/10
- At Worst 10/10

**Mechanism of Injury:**

- Patient says that she began having right shoulder pain in January of 2018 while working as a production team member at Toyota. The pain was bad enough to be pulled off line on 1/31/18. She did rehab while on light duty at the medical clinic on site, but did not have any improvement. She tried to go back to work in some capacity, but could not perform her job duties due to complaints of pain. She has seen two different orthopaedic surgeons who have performed diagnostic imaging that did not reveal any structural abnormalities. A cortisone injection was performed in the right shoulder, but had no effect. She has also had imaging and nerve conduction study of her neck that only revealed minor disc bulging, but nothing that warranted surgery. Additionally, she has seen a pain management physician who has prescribed medication that helps her pain some. She has been off work completely since April 2018 and is no longer being paid short term disability by her company. She has recently had a 4 month treatment at another outpatient physical therapy clinic that has not helped her pain. Over the past 2 months, she has developed symptoms that resulted in a diagnosis of complex regional pain syndrome in her right arm. She has color changes in her arm and hand, hot and cold bouts, burning/numbness, and swelling in the forearm wrist and hand that occur without provocation. At this point she is uncertain of her ability to return to work. She says any time she uses her right arm, she gets pain that can last 3-4 days that wakes her up at night.

**Questionnaires: Disabilities of the Arm, Shoulder and Hand (DASH):**

- Date: 02/01/2019
- Test Name: QuickDASH
- Assessment Follow-up
- Disability/Symptom Score 56.82

## Objective Examination

| **Clearing Examination: Spine: Cervical:** | **Left** | **Right** |
|---|---|---|
| • Foraminal Compression | Negative | Negative |
| • Spurling's Test | Negative | Negative |
| • Upper Limb Tension Test(ULTT1) | Negative | Negative |

**Clearing Examination: Spine: Range of Motion: Cervical:**

- Active Extension 56 Degrees
- Active Flexion 52 Degrees
- Active Rotation Left 80 Degrees
- Active Rotation Right 82 Degrees
- Active Side Bend Left 40 Degrees
- Active Side Bend Right 32 Degrees

| **Flexibility:** | **Left** | **Right** |
|---|---|---|
| • Pectoralis Minor | Slight Restriction | Moderate Restriction |

| **Functional Tests: Movement: Apley's Scratch Test:** | **Left** | **Right** |
|---|---|---|
| • IR - Combined(pain in right, anterior shoulder) | To T6 | To T10 |

| **Joint Integrity/Mobility: Shoulder:** | **Left** | **Right** |
|---|---|---|
| • Inferior Humeral Glide | Normal | Normal |
| • Posterior Humeral Glide | Normal | Hypomobile/Painful |

| **Muscle Testing: Upper Extremity MMT:** | **Left** | **Right** |
|---|---|---|

| | | |
|---|---|---|
| • Scapular Depression | -4/5 | +3/5 |
| • Scapular Retraction | -4/5 | +3/5 |
| • Scaption | +4/5 | 4/5 |
| • Shoulder Abduction: | 4/5 | 4/5 |
| • Shoulder Extension | 4/5 | 4/5 |
| • Shoulder Flexion: | 4/5 | 4/5 |
| • Shoulder External Rotation: | 4/5 | +4/5 |
| • Elbow Extension | 4/5 | 4/5 |
| • Elbow Flexion | +4/5 | +4/5 |

**Palpation:**
- mild ttp at the right proximal pectoralis minor insertion and long head of the biceps.

**Posture:**
- Moderate forward head position and rounded shoulders (right > left). Right arm held in protected position across abdomen in IR and 90 degrees elbow flexion.

| **Range of Motion: Shoulder: Pre-Treatment:** | **Left AROM** | **Right AROM** |
|---|---|---|
| • Flexion(right upper trap and deltoid pain) | 160 | 160 |
| • Abduction | 178 | 174 |
| • External Rotation - 90 deg | 90 | 76 |

| **Reflex/Sensory Integrity: Dermatomal Sensation: Light Touch:** | **Left** | **Right** |
|---|---|---|
| • C 05 | Normal | Normal |
| • C 06 | Normal | Diminished |
| • C 07 | Normal | Diminished |
| • C 08 | Normal | Diminished |

| **Special Tests: Shoulder: Musculoskeletal: Muscle/Tendon:** | **Left** | **Right** |
|---|---|---|
| • Drop Arm-Rotator Cuff | Negative | Negative |
| • Empty Can | Negative | Negative |
| • Hawkins-Kennedy Impingement | Negative | Aggravates Symptoms |

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 2 | 23 |
| • Neuromuscular Reeducation | 97112 | 1 | 5 |
| • Therapeutic Procedure | 97110 | 1 | 10 |

**Exercise Activities: Aerobic Conditioning:**
- Upper Body Ergometer(This visit) — Did Not Perform: This visit

**Exercise Activities: Flexibility:**
- Pectoralis Major Muscle — Time Elapsed: 5 Minutes, Side: Bilateral, Technique: Positions I/II, Body Position: Standing, Charge As: Therapeutic Exercise

**Exercise Activities: Tubing/Bands:**
- Extension, Shoulder(This visit) — Did Not Perform: This visit
- Scapular Retraction(This visit) — Did Not Perform: This visit
- Seated Row — Time Elapsed: 5 Minutes, Tubing/Band Color: 5 kg, Resistance: Concentric/Eccentric, Charge As: Neuromuscular Reeducation

**Manual Interventions: Joint Segments: Shoulder:**
- Glenohumeral Joint(This visit) — Did Not Perform: This visit
- Scapulothoracic Joint(This visit) — Did Not Perform: This visit

**Manual Interventions: Neural Glides:**
- Median Nerve — Time Elapsed: 8 Minutes, Technique: Mobilize & Elongate, Additional Detail: median and ulnar, Charge As: Manual Therapy Techniques

**Manual Interventions: Soft Tissue:**
- Pectoralis Minor(This visit) — Did Not Perform: This visit

**Manual Interventions: Joint Segments: Vertebral:**
- Cervical Spine — Time Elapsed: 10 Minutes, Body Position: Supine, Pressure: Oscillatory, Technique 1: Gap/Distraction, Technique 2: Posteroanterior, Technique 3: UPA's left/right, Charge As: Manual Therapy Techniques

- Thoracic Spine

Time Elapsed: 5 Minutes, Body Position: seated, Pressure: Oscillatory, Technique 1: right 1st rib mobs, Charge As: Manual Therapy Techniques

**Modalities:**
- Electric Stim, Unattended(This visit)

Did Not Perform: This visit

**Pt./Family Education:**
- Patient Education 1

Time Elapsed: 5 Minutes, Description: pain science education/HEP discussion and demonstration/assessment of tests and measures., Charge As: Therapeutic Exercise

## Assessment
**Tolerance:**
- Patient tolerating interventions well today. Reporting minimal discomfort with manual interventions.

## Plan
**Daily Plan:**
- Continue w/ Current Rehabilitation Program.

Michael W. Hopper, PT, PT(KY Lic: 006740)
Signed on Feb 05, 2019 13:15:03

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

KORT The Best In Rehab.

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Feb 08, 2019** |
| DOB: | | FSC: | BCBS |
| Clinician: | Michael W. Hopper, PT | Payor: | ANTHEM KY |
| Prim Phy: | Ben Kibler | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 258-8575 | Insured: | Not Specified |
| Phy Fax: | (859) 258-8562 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 1/31/2018 | Visits: | 6 |
| Surg. Date: | Not Specified | Cxl/Ns: | 3 |

# Cancel/No Show *Patient cancelled appointment*

**Diagnoses**

| | | |
|---|---|---|
| Right Shoulder | M75.41 | Impingement syndrome of right shoulder |
| | G90.511 | Complex regional pain syndrome I of right upper limb |
| | M25.511 | Pain in right shoulder |

## General Information

**Cancel Reasoning:**

- Personal Conflict

Michael Hopper, PT DPT

Michael W. Hopper, PT, PT(KY Lic: 006740)
Signed on Feb 08, 2019 11:56:51

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

The Best In Rehab.

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Feb 13, 2019** |
| DOB: | | FSC: | BCBS |
| Clinician: | Michael W. Hopper, PT | Payor: | ANTHEM KY |
| Prim Phy: | Ben Kibler | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 258-8575 | Insured: | Not Specified |
| Phy Fax: | (859) 258-8562 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 1/31/2018 | Visits: | 7 |
| Surg. Date: | Not Specified | Cxl/Ns: | 3 |

# Daily Note

**Diagnoses**

| | | |
|---|---|---|
| Right Shoulder | M75.41 | Impingement syndrome of right shoulder |
| | G90.511 | Complex regional pain syndrome I of right upper limb |
| | M25.511 | Pain in right shoulder |

## Subjective Examination

**ADL / Functional Status:**

- Current Status: Work status: Unable to work secondary to dysfunction.

**Chief Complaint: Pain: Severity:**

| | |
|---|---|
| • Current | 5/10 |
| • At Worst | 10/10 |

**Mechanism of Injury:**

- Patient says that she began having right shoulder pain in January of 2018 while working as a production team member at Toyota. The pain was bad enough to be pulled off line on 1/31/18. She did rehab while on light duty at the medical clinic on site, but did not have any improvement. She tried to go back to work in some capacity, but could not perform her job duties due to complaints of pain. She has seen two different orthopaedic surgeons who have performed diagnostic imaging that did not reveal any structural abnormalities. A cortisone injection was performed in the right shoulder, but had no effect. She has also had imaging and nerve conduction study of her neck that only revealed minor disc bulging, but nothing that warranted surgery. Additionally, she has seen a pain management physician who has prescribed medication that helps her pain some. She has been off work completely since April 2018 and is no longer being paid short term disability by her company. She has recently had a 4 month treatment at another outpatient physical therapy clinic that has not helped her pain. Over the past 2 months, she has developed symptoms that resulted in a diagnosis of complex regional pain syndrome in her right arm. She has color changes in her arm and hand, hot and cold bouts, burning/numbness, and swelling in the forearm wrist and hand that occur without provocation. At this point she is uncertain of her ability to return to work. She says any time she uses her right arm, she gets pain that can last 3-4 days that wakes her up at night.

**Questionnaires: Disabilities of the Arm, Shoulder and Hand (DASH):**

| | |
|---|---|
| • Date: | 02/01/2019 |
| • Test Name: | QuickDASH |
| • Assessment | Follow-up |
| • Disability/Symptom Score | 56.82 |

## Objective Examination

| **Clearing Examination: Spine: Cervical:** | **Left** | **Right** |
|---|---|---|
| • Foraminal Compression | Negative | Negative |
| • Spurling's Test | Negative | Negative |
| • Upper Limb Tension Test(ULTT1) | Negative | Negative |

**Clearing Examination: Spine: Range of Motion: Cervical:**

| | |
|---|---|
| • Active Extension | 56 Degrees |
| • Active Flexion | 52 Degrees |
| • Active Rotation Left | 80 Degrees |
| • Active Rotation Right | 82 Degrees |
| • Active Side Bend Left | 40 Degrees |
| • Active Side Bend Right | 32 Degrees |

| **Flexibility:** | **Left** | **Right** |
|---|---|---|
| • Pectoralis Minor | Slight Restriction | Moderate Restriction |

| **Functional Tests: Movement: Apley's Scratch Test:** | **Left** | **Right** |
|---|---|---|
| • IR - Combined(pain in right, anterior shoulder) | To T6 | To T10 |

| **Joint Integrity/Mobility: Shoulder:** | **Left** | **Right** |
|---|---|---|
| • Inferior Humeral Glide | Normal | Normal |
| • Posterior Humeral Glide | Normal | Hypomobile/Painful |

| **Muscle Testing: Upper Extremity MMT:** | **Left** | **Right** |
|---|---|---|

| | | |
|---|---|---|
| • Scapular Depression | -4/5 | +3/5 |
| • Scapular Retraction | -4/5 | +3/5 |
| • Scaption | +4/5 | 4/5 |
| • Shoulder Abduction: | 4/5 | 4/5 |
| • Shoulder Extension | 4/5 | 4/5 |
| • Shoulder Flexion: | 4/5 | 4/5 |
| • Shoulder External Rotation: | 4/5 | +4/5 |
| • Elbow Extension | 4/5 | 4/5 |
| • Elbow Flexion | +4/5 | +4/5 |

**Palpation:**
- mild ttp at the right proximal pectoralis minor insertion and long head of the biceps.

**Posture:**
- Moderate forward head position and rounded shoulders (right > left). Right arm held in protected position across abdomen in IR and 90 degrees elbow flexion.

| **Range of Motion: Shoulder: Pre-Treatment:** | **Left AROM** | **Right AROM** |
|---|---|---|
| • Flexion(right upper trap and deltoid pain) | 160 | 160 |
| • Abduction | 178 | 174 |
| • External Rotation - 90 deg | 90 | 76 |

| **Reflex/Sensory Integrity: Dermatomal Sensation: Light Touch:** | **Left** | **Right** |
|---|---|---|
| • C 05 | Normal | Normal |
| • C 06 | Normal | Diminished |
| • C 07 | Normal | Diminished |
| • C 08 | Normal | Diminished |

| **Special Tests: Shoulder: Musculoskeletal: Muscle/Tendon:** | **Left** | **Right** |
|---|---|---|
| • Drop Arm-Rotator Cuff | Negative | Negative |
| • Empty Can | Negative | Negative |
| • Hawkins-Kennedy Impingement | Negative | Aggravates Symptoms |

## Treatments

**Documented Procedural Code Summary:**

| Description | Code | Units | Minutes |
|---|---|---|---|
| • Manual Therapy Techniques | 97140 | 2 | 23 |
| • Self Care/Home Management Training | 97535 | 1 | 15 |
| • Therapeutic Procedure | 97110 | 1 | 5 |

**Exercise Activities: Aerobic Conditioning:**
- Upper Body Ergometer(This visit) — Did Not Perform: This visit

**Exercise Activities: Flexibility:**
- Pectoralis Major Muscle — Time Elapsed: 5 Minutes, Side: Bilateral, Technique: Positions I/II, Body Position: Standing, Charge As: Therapeutic Exercise

**Exercise Activities: Tubing/Bands:**
- Extension, Shoulder(This visit) — Did Not Perform: This visit
- Scapular Retraction(This visit) — Did Not Perform: This visit
- Seated Row(This visit) — Did Not Perform: This visit

**Manual Interventions: Joint Segments: Shoulder:**
- Glenohumeral Joint(This visit) — Did Not Perform: This visit
- Scapulothoracic Joint(This visit) — Did Not Perform: This visit

**Manual Interventions: Neural Glides:**
- Median Nerve — Time Elapsed: 8 Minutes, Technique: Mobilize & Elongate, Additional Detail: median and ulnar, Charge As: Manual Therapy Techniques

**Manual Interventions: Soft Tissue:**
- Pectoralis Minor(This visit) — Did Not Perform: This visit

**Manual Interventions: Joint Segments: Vertebral:**
- Cervical Spine — Time Elapsed: 10 Minutes, Body Position: Supine, Pressure: Oscillatory, Technique 1: Gap/Distraction, Technique 2: Posteroanterior, Technique 3: UPA's left/right, Charge As: Manual Therapy Techniques

• Thoracic Spine — Time Elapsed: 5 Minutes, Body Position: seated, Pressure: Oscillatory, Technique 1: right 1st rib mobs, Charge As: Manual Therapy Techniques

**Modalities:**
• Electric Stim, Unattended(This visit) — Did Not Perform: This visit

**Pt./Family Education:**
• Patient Education 1 — Time Elapsed: 15 Minutes, Description: Use of home TENS unit, Charge As: Self Care / Home Mgt Training

## Assessment

**Tolerance:**
• Patient with r/x for TENS unit today; time spent today on education for proper use and how to work the device.

## Plan

**Daily Plan:**
• Continue w/ Current Rehabilitation Program.

Michael W. Hopper, PT, PT(KY Lic: 006740)
Signed on Feb 13, 2019 11:19:39

**REECE, JAMIE H (id #21591363, dob:**

**Encounter Date: 07/13/2017**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (48yo, F) ID# 21591363 | **Appt. Date/Time** | 07/13/2017 11:15AM |
| **DOB** | | **Service Dept.** | GASTRO SB |
| **Provider** | AN-YU CHEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867

## Patient's Pharmacies

**TOYOTA FAMILY PHARMACY (TMMK): 1001 CHERRY BLOSSOM WAY, GEORGETOWN KY 40324, Ph (502) 570-4610, Fax (502) 570-4610**

## Vitals

07/13/2017 11:52 am

| | | |
|---|---|---|
| **Ht:** 5 ft 7 in | **Wt:** 156 lbs | **BMI:** 24.4 |
| **BP:** 120/64 | **Pulse:** 60 bpm | **RR:** 16 |

## Allergies

Reviewed Allergies

**LORTAB:** Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

**Effexor XR 150 mg capsule,extended release** — 12/06/16 entered
Daily
**Internal Note:** Duration: 30 days;Frequency: daily;Medication Description: venlafaxine; Dosage:2; Route:oral; refills:12; Quantity:30 capsule, extended release

**Enjuvia 0.45 mg tablet** — 12/02/16 entered
Daily
**Internal Note:** Frequency: daily;Medication Description: conjugated estrogens; Dosage:1; Route:oral; refills:0

**loratadine 10 mg tablet** — 12/04/16 entered
Daily
**Internal Note:** Frequency: daily;Medication Description: loratadine; Dosage:1; Route:oral; refills:5; Quantity:30 tablet

**Motrin 600 mg tablet** — 05/20/08 filled
Two times a day
**Internal Note:** Frequency: bid;Alt Frequency: prn;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008

**Protonix 40 mg tablet,delayed release** — 11/17/09 filled
Daily
**Internal Note:** Frequency: daily;Medication Description: pantoprazole; Dosage:1; Route:oral; refills:5; Quantity:30 enteric coated tablet, start 11/17/2009

## Vaccines

None recorded.

## Problems

**REECE, JAMIE H (id #21591363, dob: )**

Reviewed Problems
- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## GYN History

(not configured)

## HPI

This is a pleasant 48 here for complaints of rectal bleeding
Location: Analrectal region.
Timing: After BM's, no acute pain
Quality: Bright red in color, on paper and in stool
Severity: Mild. No fainting or weakness.
Onset/ Duration: On going for many months
Associated symptoms: Seems to occur more often after taking NSAID's
Treatments: None so far. Never had colonoscopy
Aggrevating Factors:
*Family Hx: GF has stomach cancer*
Additional info: Has rectocele. Also complaining of a fullness sensation in the back of her throat as before, but not as bad.

## ROS

**Additionally reports: CONSTITUTIONAL: No fever, chills, or weight loss**

**ENT: No ear pain. No sore throat.**

**CARDIOVASCULAR: No chest pain, No edema.**

**PULMONARY: no shortness of breath, or cough.**

**GI: As detailed in the HPI.**

**GU: no dysuria,**

**NEURO: no headaches, visual changes, numbness, tingling, weakness**

**ENDOCRINE: no history of thyroid problems, no weight gain**

**ALLERGY/IMMUNE: No immune deficiency or hay fever.**

**SKIN: No itching or rashes**

**PSYCH: No depression or anxiety**

## Physical Exam

Patient is a 48-year-old female.

GENERAL: Pleasant 48 years-old in no acute distress

HEENT: EOMI. no scleral icterus. no obvious oral lesions. mucous membranes moist.

NECK: Unrestricted range of motion.

PULMONARY: Normal respiratory effort. No evidence of shortness of breath.

ABDOMEN: Moderate central obesity. Bowel sounds within normal limits. Soft, nontender, nondistended. No hepatosplenomegaly. There is no guarding or rebound.

SKIN: No jaundice. No rashes. Warm and dry.

MUSCULOSKELETAL: Gait within normal limits.

NEURO: No obvious weakness or gross deficit noted. No evidence of confusion.

PSYCH: Alert and oriented. Mood and affect within normal limits. Does not appear depressed.

## Assessment / Plan

1. **Painless rectal bleeding** - May be secondary to NSAIDs. At age for colon screening. Will schedule colonoscopy evaluation.

**REECE, JAMIE H (id #21591363, dob:**

K62.5: Hemorrhage of anus and rectum

**2. Family history of Stomach cancer** - Will assess with EGD
Z80.0: Family history of malignant neoplasm of digestive organs

**3. Globus sensation** - Evaluated in the past. Responded with PPI therapy. Advised to continue.
F45.8: Other somatoform disorders

**Patient Instructions**
Importance of a good colon prep was discussed.

**Discussion Notes**
I have discussed the situation, differential diagnosis, and recommendation with the patient. She express understanding and wishes to proceed as recommended.

## Return to Office

- AN-YU CHEN, MD for ENDOSCOPY AND SURGERY CTR LC at SURGERY SCHEDULE on 08/07/2017 at 02:30 PM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by AN-YU CHEN, MD, 07/13/2017.

Encounter performed and documented by AN-YU CHEN, MD
Encounter reviewed & signed by AN-YU CHEN, MD on 07/13/2017 at 12:10pm

## Imaging Results

NEW LEXINGTON CLINIC PSC • , LEXINGTON KY 40504-2701

**REECE, JAMIE H (id #21591363, dob:**

# ELECTROCARDIOGRAM

(#16469889, 06/10/2018 12:00am)

Reece, Jamie
ID: 2
DOB:
45 yo F

10-Jun-2018 15:55:43

Vent rate: 94 BPM
PR int: 141 ms
QRS dur: 83 ms
QT/QTc: 320/372 ms
P-R-T axes: 50 61 39

SINUS RHYTHM
NORMAL ECG
INTERPRETATION BASED ON A DEFAULT AGE OF 40 YEARS

UNCONFIRMED REPORT

CH 6/10




No Site Name Site * 0 Cart * 0 Version 2.0L08 Sequence *02342 25mm/s 10mm/mV 0.03-40 Hz

**Lexington Clinic**
An-Yu Chen, M.D.

1225 S Broadway, Suite 200
Lexington, KY 40504
Ph (859) 258-4950
Fax (859) 268-4618

## ESOPHAGO GASTRO DUODENOSCOPY REPORT

| PATIENT NAME | SSN / ID | DOB | AGE | SEX | EXAM DATE | ATTENDING PHY | REFERRAL |
|---|---|---|---|---|---|---|---|
| JAMIE H REECE | 21591363 | | 48 | F | 08-07-2017 | An-Yu Chen, M.D. | Family Practice Assot. |

**INDICATION** : Family hx of gastric cancer

**PHYSICAL EXAM** : **HEENT** : Normal **LYMPH NODES** : None Felt **LUNGS** : Grossly Clear **HEART** : Normal **ABDOMEN** : Soft and None tender **MENTAL STATUS** : Alert and Oriented

**H&P Comments** : PT ASSESSED & INTERVIEWED PRIOR TO THE PROCEDURE

**VITAL SIGNS** : **BP** : 96/65 **RESPIRATION** : 15 **PULSE** : 100

**CONSENT** : Informed consent was obtained from the patient after providing opportunity for questions.

**PREPARATION** : EKG pulse, blood pressure and oxygen saturation monitored

**INSTRUMENT** : Olympus GIF-Q180 Video Gastroscope

**ALLERGIES** : See List On RN Form.

**ASA CLASS** : Per Anesthesia
**ANESTHESIA** : As per nurses notes.

**PROCEDURE** : The Gastroscope was gently passed through the incisoral orifice into the oral cavity and under direct visualization the esophagus was intubated. The endoscope was passed down the esophagus, through the stomach and into the duodenum. Color, texture, mucosa and anatomy of Esophagus, Stomach and Duodenum were carefully examined with the scope. The patient tolerated the procedure well and there were no complications. After completion of the examination, patient was transferred to the recovery room. Preparation was excellent.

a.EGJunction



b.Body



## FINDINGS

**OROPHARYNX** : Normal
**ESOPHAGUS** : Normal without ulceration or bleeding
**EG JUNCTION** : Intact at 40 cms
**STOMACH** - **Cardia** : Normal
**Fundus** : Normal
**Body** : For histological analysis/H.pylori. Multiple biopsies taken.
**Antrum** : For histological analysis/H.pylori. Multiple biopsies taken.
**Pylorus** : Normal
**DUODENUM** - **Bulb** : Normal without evidence of ulcerations or bleeding
**2nd and 3rd Portion** : Normal

c.Antrum



**IMPRESSION** : Overall Normal EGD

**PLAN** : Wait for pathology report
Follow up with primary care physician

d.Duodenum 2nd and 3rd portion





Signature
(An-Yu Chen, M.D.)


Produced by : Infinite Software Solutions Inc., Ph : ... Email : ... Website : ...
Copyright © 2004 MD-Reports. A product of Infinite Software Solutions, Inc. All rights reserved.

**REECE, JAMIE H (id #21591363, dob:**

**Lexington Clinic**
An-Yu Chen, M.D.

1228 S Broadway, Suite 200
Lexington, KY 40504
Ph :(859) 258-4950
Fax :(859) 258-4618

## COLONOSCOPY REPORT

| PATIENT NAME | SSN / ID | DOB | AGE | SEX | EXAM DATE | ATTENDING PHY | REFERRAL |
|---|---|---|---|---|---|---|---|
| JAMIE H REECE | 21591363 | / | 48 | F | 08-07-2017 | An-Yu Chen, M.D. | Family Practice Assoc. |

**INDICATION** : Rectal bleeding

**CONSENT** : Informed consent was obtained from the patient after providing opportunity for questions.

**PREPARATION** : EKG pulse, blood pressure and oxygen saturation monitored

**INSTRUMENT** : Video Olympus CF Q180AL Colonoscope

**ANESTHESIA** : Anesthesia as per nurses notes

**PROCEDURE** : After placing the patient in the left lateral decubitus position, the colonoscope was gently inserted into the rectum and under direct visualization advanced to the ileum which was identified by transillumination in the right lower quadrant. Identification of the Ileocecal valve, appendiceal orifice, cecal strap. Color, texture, mucosa and anatomy of the colon were carefully examined with the scope. The patient tolerated the procedure well and there were no complications. After completion of the examination, patient was transferred to the recovery room. Preparation was excellent.

a.Cecum



b.Polyp of Descending colon



c.Polyp of Sigmoid colon



d.Retroflexed View



**FINDINGS**

| | | |
|---|---|---|
| **ANAL CANAL** | - | Normal |
| **RECTUM** | - | Normal |
| **SIGMOID COLON** | - | Mid: Polyp of 1 cm. size<br>Mid. PedunculatedAdenomatous polyp of size 1cm. Polypectomy done using hot snare |
| **DESCENDING COLON** | - | Mid. Small Polyp less than 1 cm. size<br>Mid: PedunculatedAdenomatous polyp of size 0.5cm. Polypectomy done using hot snare. |
| **SPLENIC FLEXURE** | - | Normal |
| **TRANSVERSE COLON** | - | Normal without polyps or inflammatory changes |
| **HEPATIC FLEXURE** | - | Normal |
| **ASCENDING COLON** | - | Normal without polyps or inflammatory changes |
| **CECUM** | - | Normal<br>Ileocecal valve - Normal |
| **ILEUM** | | Not Seen |

**IMPRESSION** - Polyp of Colon [Sigmoid]
Polyp of Colon [Descending]

**PLAN** - Wait for pathology report
Follow up colonoscopy in 3 years or sooner if clinically indicated
Follow up with primary care physician



Signature ............................................
( An-Yu Chen, M.D. )


Produced by : Infinite Software Solutions Inc. ... Websites : www.mdreports.com
Copyright ©2004 MD-Reports. A product of Infinite Software Solutions, Inc. All rights reserved.

**REECE, JAMIE H (id #21591363, dob:**

## SURGICAL PATHOLOGY 08/09/2017 (#8669818, Final, 08/07/2017)

| | |
|---|---|
| Note to Patient | At the time of your recent colonoscopy, polyps were removed. The results are as follows:<br><br>Tubular adenoma (precancerous) polyp was identified and removed. No evidence of cancer was found.<br><br>The majority of colonic polyps are benign, but virtually all colon cancers begin as benign polyps. Therefore, removing the benign polyps can prevent the development of colon cancer. A colonoscopy may need to be repeated periodically to remove additional polyps that may form over time. Based on your results, I would advise that your next colonoscopy be performed:<br><br>In about three years or so, sooner if clinically indicated.<br><br>Your gastric biopsies are perfectly normal.<br><br>Please feel free to contact my office if you have any questions or concerns at this time. |

| | | | |
|---|---|---|---|
| Ordering Provider | AN-YU CHEN, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | ST-17-07144 | Specimen Source | |
| Specimen Coll. Date | 08/07/2017 00:00 | Result Status | Final |
| Specimen Rec. Date | 08/08/2017 10:59 | Report Status | |
| Specimen Reported Date | 08/09/2017 18:56 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| SURGICAL PATHOLOGY PROCEDURE | SEE BELOW | | | | Final | |

```
                    Department of Pathology
               Final Surgical Pathology Report

NAME:REECE, JAMIE                      PATH.:ST-17-07144

Copy to:


Diagnosis:
A) Gastric biopsy:
-Within the normal limits.  No significant active inflammation.
-Alcian Yellow stain is negative for Helicobacter.

B) Descending polyp:
-Tubular adenoma.

C) Sigmoid polyp:
-Tubular adenoma, pedunculated.
-Polyp stalk margin is negative.


SOURCE OF SPECIMEN:  GASTRIC BIOPSY
POLYP,   DESCENDING
POLYP,   SIGMOID

CLINICAL INFORMATION:  SCREENING / RECTAL BLEEDING
R/O ADENOMA

Gross Description:
A) Received in formalin labeled with the patient's name and designated
as "gastric biopsy" are multiple pieces of tan soft tissue ranging in
size from 0.2 cm to 0.4 cm.  Entirely submitted in one cassette.

B) Received in formalin labeled with the patient's name and designated
as "descending polyp" is a single fragment of pale tan tissue measuring
0.4 cm.  Entirely submitted in one cassette.

C) Received in formalin labeled with the patient's name and designated
"sigmoid polyp" is a single 1.1 x 0.7 x 0.5 cm tan-brown, polypoid
tissue.  The base is inked blue.  The specimen is sectioned and
entirely submitted one cassette
CMJ 08/08/2017 11:52 AM
```

**REECE, JAMIE H (id #21591363, dob:**

Microscopic Description:
A microscopic examination was performed.

<Sign Out Dr. Signature>
DAVID HUNT, MD

Signed Out Date: 08/09/2017 18:56
NOTE: This report was prepared using voice-recognition software and may contain unintended word substitutions, additions or deletions.

**REECE, JAMIE H (id #21591363, dob:**

- cyclobenzaprine 10 mg tablet - Take 1 tablet(s) 3 times a day by oral route. Qty: 45 tablet(s) Refills: 0 Pharmacy: WAL-MART PHARMACY 3894
- EC-Naprosyn 500 mg tablet,delayed release - Take 1 tablet(s) twice a day by oral route. Qty: 30 tablet(s) Refills: 0 Pharmacy: WAL-MART PHARMACY 3894

## Return to Office

- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by ERIN CHISWELL, APRN, 09/10/2017.

Encounter performed and documented by ERIN CHISWELL, APRN
Encounter reviewed & signed by ERIN CHISWELL, APRN on 09/10/2017 at 3:50pm

**Encounter Date: 08/07/2017**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (48yo, F) ID# 21591363 | **Appt. Date/Time** | 08/07/2017 02:30PM |
| **DOB** | | **Service Dept.** | SURGERY SCHEDULE |
| **Provider** | AN-YU CHEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider (Primary Insurance):** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867

## Patient's Pharmacies

**TOYOTA FAMILY PHARMACY (TMMK): 1001 CHERRY BLOSSOM WAY, GEORGETOWN KY 40324, Ph (502) 570-4610, Fax (502) 570-4610**

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 07/13/2017)

**LORTAB:** Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

**Effexor XR 150 mg capsule,extended release** — 12/06/16 entered
Daily
**Internal Note:** Duration: 30 days;Frequency: daily;Medication Description: venlafaxine; Dosage:2; Route:oral; refills:12; Quantity:30 capsule, extended release

**Enjuvia 0.45 mg tablet** — 12/02/16 entered
Daily
**Internal Note:** Frequency: daily;Medication Description: conjugated estrogens; Dosage:1; Route:oral; refills:0

**loratadine 10 mg tablet** — 12/04/16 entered
Daily
**Internal Note:** Frequency: daily;Medication Description: loratadine; Dosage:1; Route:oral; refills:5; Quantity:30 tablet

**Motrin 600 mg tablet** — 05/20/08 filled
Two times a day
**Internal Note:** Frequency: bid;Alt Frequency: prn;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008

**REECE, JAMIE H (id #21591363, dob:**

| | | |
|---|---|---|
| **Protonix 40 mg tablet,delayed release**<br>Daily<br>**Internal Note:** Frequency: daily;Medication Description: pantoprazole; Dosage:1; Route:oral; refills:5; Quantity:30 enteric coated tablet, start 11/17/2009 | 11/17/09 | filled |
| **Suprep Bowel Prep Kit 17.5 gram-3.13 gram-1.6 gram oral solution**<br>AS DIRECTED | 07/13/17 | prescribed |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## GYN History

(not configured)

## Assessment / Plan

None recorded.

Return to Office

- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by Melissa Blackwell, 08/07/2017.

Encounter performed and documented by AN-YU CHEN, MD
Encounter reviewed & signed by Melissa Blackwell on 08/07/2017 at 6:31pm

**REECE, JAMIE H (id #21591363, dob:**

## Assessment / Plan

**1. Multiple joint pain** - chronic and recurring joint pain and tenderness with flares more on the right side than on the left
hx of psoriasis for years
currently doesn't take any medications for this
no regular use of nsaids

M25.50: Pain in unspecified joint

- EATING HEALTHY FOODS: CARE INSTRUCTIONS
- ESR, AUTOMATED
- C-REACTIVE PROTEIN
- ANTI-CCP
- RHEUMATOID FACTOR
- ANTINUCLEAR AB (ANA)
- prednisone 5 mg tablet - take one po tid x 1 week; one po bid x 1 week then one po daily until gone Qty: 42 tablet(s) Refills: 0 Pharmacy: TOYOTA FAMILY PHARMACY (TMMK)

**2. Psoriasis with arthropathy** - Mild, sparse psoriatic lesions

L40.50: Arthropathic psoriasis, unspecified

- PSORIASIS: CARE INSTRUCTIONS

Return to Office

- SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on 12/22/2017 at 01:30 PM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by SUSANNA MOBERLY, APRN, 11/22/2017.

Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 11/22/2017 at 1:26pm

**Encounter Date: 09/10/2017**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (48yo, F) ID# 21591363 | **Appt. Date/Time** | 09/10/2017 02:00PM |
| **DOB** | | **Service Dept.** | WALK-IN ANDOVER |
| **Provider** | ERIN CHISWELL, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

back pain

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867

## Patient's Pharmacies

**WAL-MART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
TOYOTA FAMILY PHARMACY (TMMK): 1001 CHERRY BLOSSOM WAY, GEORGETOWN KY 40324, Ph (502) 570-4610, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 09/10/2017 02:02 pm | **Wt:** | 160 lbs 4 oz 09/10/2017 02:02 pm | **BMI:** | 25.1 09/10/2017 02:02 pm |
| **T:** | 98.3 F° 09/10/2017 02:03 pm | **BP:** | 120/76 09/10/2017 02:04 pm | **Pulse:** | 78 bpm 09/10/2017 02:03 pm |
| **RR:** | 14 09/10/2017 02:03 pm | **O2Sat:** | 97% 09/10/2017 02:03 pm | | |

## Allergies

Reviewed Allergies

**LORTAB:** Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

**REECE, JAMIE H (id #21591363, dob:**

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **cyclobenzaprine 10 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 09/10/17 | prescribed |
| **EC-Naprosyn 500 mg tablet,delayed release**<br>Take 1 tablet(s) twice a day by oral route. | 09/10/17 | prescribed |
| **Effexor XR 150 mg capsule,extended release**<br>Daily<br>**Internal Note:** Duration: 30 days;Frequency: daily;Medication Description: venlafaxine; Dosage:2; Route:oral; refills:12; Quantity:30 capsule, extended release | 12/06/16 | entered |
| **Enjuvia 0.45 mg tablet**<br>Daily<br>**Internal Note:** Frequency: daily;Medication Description: conjugated estrogens; Dosage:1; Route:oral; refills:0 | 12/02/16 | entered |
| **ketoprofen 75 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **loratadine 10 mg tablet**<br>Daily<br>**Internal Note:** Frequency: daily;Medication Description: loratadine; Dosage:1; Route:oral; refills:5; Quantity:30 tablet | 12/04/16 | entered |
| **Motrin 600 mg tablet**<br>Two times a day<br>**Internal Note:** Frequency: bid;Alt Frequency: prn;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008 | 05/20/08 | filled |
| **NexIUM 40 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **Protonix 40 mg tablet,delayed release**<br>Daily<br>**Internal Note:** Frequency: daily;Medication Description: pantoprazole; Dosage:1; Route:oral; refills:5; Quantity:30 enteric coated tablet, start 11/17/2009 | 11/17/09 | filled |
| **Suprep Bowel Prep Kit 17.5 gram-3.13 gram-1.6 gram oral solution**<br>AS DIRECTED | 07/13/17 | prescribed |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |

## Social History

Reviewed Social History
**Family Medicine**
Alcohol intake: None
Smoking Status: Never smoker

**REECE, JAMIE H (id #21591363, dob:**

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

Reviewed GYN History

## Obstetric History

Reviewed Obstetric History

## Past Medical History

Reviewed Past Medical History
Allergies/Hayfever: **Y**
Chicken Pox: **Y**
Headaches: **Y**
Vision or Eye Problems: **Y - glasses**

## HPI

Mid/low back pain (worse to L side) started yesterday after heavy lifting / unloading of heavy cases of water & bending over- putting them down. At the end when she was bending over to put something down she had trouble standing back up. Just a little radiation to her L posterior upper leg- maybe- once today. But mostly the pain has not radiated, it has just been like a very tight grip in her low back.
Ibuprofen- a little relief (minimal she says) last night, last dose just pta, 600mg. Has applied some ice & heat.

Works at Toyota & she is doing a task that requires her to sit low on ground in chair, twist, get up/down a lotn. Doesn't think she'll be able to sit in that low chair tomorrow.

H/o occ low back pain in past.

Has rx for ketoprofen, not currently taking, only takes occ pm. H/o some bleeding on NSAIDs - GI dr gave her rx for ketoprofen for nsaid but she doesn't feel it helps all that much for pain. Takes occ advil otc & no recent issues w/ bleeding.

## ROS

**Additionally reports: gen- no fever**
**skin- neg**
**resp- neg**
**abd- neg**
**musc- as above**
**neuro- as above, o/w neg**
**no paraesthesia, no b/b incontin, no difficulty ambulating**

## Physical Exam

Patient is a 48-year-old female.

gen: appearance: sitting in chair, appearing uncomfortable, gets up from chair for exam fairly slowly initially but as she moves more she gets faster; movement / gait steady- doesn't require assistance to get up / move / walk around
skin: WNL/ no rash
Eyes: Pupils equal, round, reactive to light; EOMI
Resp: WNL
Card: WNL
Musc:
No TS TTP. Minimal low LS TTP. Large palpable tender spasm to L lower TS paravertebral musc. Tightness & tenderness to B LS paravertebral muscles- L worse than R
- SLR B, good strength in legs B, able to dorsi & plantar flex both feet
Neuro: A&0 x3, CN 2-12 intact, DTR intact, Strength intact, Gait: WNL, Parasthesia neg
Psych: Mood WNL

## Procedure Documentation

**Evening/Weekend/Holiday Services:**
Service(s) provided in the office during regularly scheduled evening, weekend, or holiday office hours.

## Assessment / Plan

1. **Low back pain** - DC ibuprofen & switch to EC Naprosyn - take 1st dose tonight - do not take before due for next ibuprofen dose. (Ibu not helping as much as she'd like & she's had some issues w/ GI bldg on NSAIDS- but is allowed to take per GI/per pt- so we'll switch to EC Naprosyn for hopefully better pain control & less GI impact.)

Naprosyn EC, flexeril, rest, heat. Work note given for off x 2 days, then rtn to work w/ some restrictions until further eval by PCP &/or Toyota. Rtn pm.
M54.5: Low back pain

**REECE, JAMIE H (id #21591363, dob:**

## ANA, REFLEX 11/25/2017 (#11672547, Final, 11/17/2017 2:15pm)

| Note to Patient | Your autoimmune screening test is negative |
|---|---|

| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
|---|---|---|---|
| Specimen/Accession ID | Q3170710 | Specimen Source | |
| Specimen Coll. Date | 11/17/2017 14:15 | Result Status | Final |
| Specimen Rec. Date | 11/17/2017 14:52 | Report Status | |
| Specimen Reported Date | 11/25/2017 14:55 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ANA SCREEN, IFA | NEGATIVE | NEGATIVE | | Normal | Final | CB |
| | ANA IFA is a first line screen for detecting the presence of up to approximately 150 autoantibodies in various autoimmune diseases. A negative ANA IFA result suggests ANA-associated autoimmune diseases are not present at this time.<br><br>Visit Physician FAQs for interpretation of all antibodies in the Cascade, prevalence, and association with diseases at http://education.QuestDiagnostics.com/faq/FAQ177<br><br>TEST PERFORMED AT:<br>QUEST DIAGNOSTICS WOOD DALE<br>1355 MITTEL BOULEVARD WOOD DALE, IL 60191-1024<br>ANTHONY V. THOMAS, MD | | | | | |

## ANTI-CCP 11/19/2017 (#11544741, Final, 11/17/2017 2:15pm)

| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |
|---|---|

| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
|---|---|---|---|
| Specimen/Accession ID | Q3170710 | Specimen Source | |
| Specimen Coll. Date | 11/17/2017 14:15 | Result Status | Final |
| Specimen Rec. Date | 11/17/2017 14:52 | Report Status | |
| Specimen Reported Date | 11/19/2017 16:46 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ANTI-CCP | <16 | | UNITS | Normal | Final | CB |
| | Reference Range<br>Negative: <20<br>Weak Positive: 20-39<br>Moderate Positive: 40-59<br>Strong Positive: >59<br><br>TEST PERFORMED AT:<br>QUEST DIAGNOSTICS WOOD DALE<br>1355 MITTEL BOULEVARD WOOD DALE, IL 60191-1024<br>ANTHONY V. THOMAS, MD | | | | | |

**REECE, JAMIE H (id #21591363, dob:**

## ESR, AUTOMATED 11/17/2017 (#11535359, Final, 11/17/2017 2:15pm)

| | | | |
|---|---|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. | | |
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q3170710 | Specimen Source | |
| Specimen Coll. Date | 11/17/2017 14:15 | Result Status | Final |
| Specimen Rec. Date | 11/17/2017 14:19 | Report Status | |
| Specimen Reported Date | 11/17/2017 15:38 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ESR, AUTOMATED | 12 | 0-19 | MM/HR | Normal | Final | |

## RHEUMATOID FACTOR 11/17/2017 (#11532162, Final, 11/17/2017 2:15pm)

| | | | |
|---|---|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. | | |
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q3170710 | Specimen Source | |
| Specimen Coll. Date | 11/17/2017 14:15 | Result Status | Final |
| Specimen Rec. Date | 11/17/2017 14:19 | Report Status | |
| Specimen Reported Date | 11/17/2017 14:47 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| RF SCREEN, QUANT | <10.0 | 0.0-13.9 | IU/mL | Normal | Final | |

## C-REACTIVE PROTEIN 11/17/2017 (#11532160, Final, 11/17/2017 2:15pm)

| | | | |
|---|---|---|---|
| Note to Patient | I do not have all of your labs returned as of yet but your labs are normal and negative for rheumatoid or inflammatory arthritis | | |
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q3170710 | Specimen Source | |
| Specimen Coll. Date | 11/17/2017 14:15 | Result Status | Final |
| Specimen Rec. Date | 11/17/2017 14:19 | Report Status | |
| Specimen Reported Date | 11/17/2017 14:47 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| C REACTIVE PROTEIN | 0.04 | 0.00-0.50 | mg/dL | Normal | Final | |
| | CONCENTRATIONS OF < 1 MG/DL EXCLUDE MANY ACUTE INFLAMMATORY DISEASES, BUT DO NOT SPECIFICALLY EXCLUDE INFLAMMATORY PROCESSES.<br><br>ELEVATED CONCENTRATIONS OF < 5 MG/DL IN ACUTE DISEASE OCCUR IN THE PRESENCE OF SLIGHT TO MODERATE INFLAMMATORY PROCESSES. VALUES > 5 MG/DL INDICATE HIGH AND EXTENSIVE INFLAMMATORY ACTIVITY. | | | | | |

**REECE, JAMIE H (id #21591363, dob:**

HPI

multiple recurring joint pain and tenderness; with hx of psoriasis; right hip pains, stiffness; tenderness; works full time at toyota and is concerned about worsening joint pains; denies cp, soa, rash or fevers and all others are negative

ROS

**ROS as noted in the HPI**

Physical Exam

Patient is a 49-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally and normal tandem gait test.

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Sclerae: non-icteric.

**ENMT:** Ears: no lesions on external ear or hearing loss. Nose: no lesions on external nose and nares patent. Oral Cavity: no mouth or lip ulcers. Oropharynx: moist mucous membranes. Face: no malar erythema.

**Musculoskeletal System:** Joints, Bones, and Muscles: no contractures, malalignment, or bony abnormalities and normal movement of all extremities and **tenderness.** Extremities: no cyanosis, edema, varicosities, or palpable cord. Knees: no ligamentous instability on examination.

**Neurological Exam:** Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no ulcer, induration, nodules, jaundice, or abnormal nevi;**rash** and **lesion**; and good turgor; **Mild psoriatic lesions.** Nails: normal.

Assessment / Plan

**1. Psoriatic arthritis** - prednisone trial improved outcome; no itching, no rash, joint pains improved overall
will initiate methotrexate and folic acid
labs are good
will f/u in 1 month

L40.50: Arthropathic psoriasis, unspecified

- methotrexate sodium 2.5 mg tablet - take 4 po once weekly x 2 weeks; then increase to 6 po once weekly until follow up Qty: 24 tablet(s) Refills: 2 Pharmacy: WAL-MART PHARMACY 3894
- folic acid 1 mg tablet - Take 1 tablet(s) every day by oral route. Qty: 30 tablet(s) Refills: 3 Pharmacy: WAL-MART PHARMACY 3894
- prednisone 5 mg tablet - take one po daily as needed Qty: 30 tablet(s) Refills: 2 Pharmacy: WAL-MART PHARMACY 3894

Return to Office

- SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on 01/18/2018 at 02:30 PM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

Encounter Sign-Off

Encounter signed-off by SUSANNA MOBERLY, APRN, 12/30/2017.

Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 12/30/2017 at 11:11pm

**Encounter Date: 11/17/2017**

Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 11/17/2017 01:00PM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Prescription: ESI1 - Member is eligible. details | | |

Chief Complaint

**REECE, JAMIE H (id #21591363, dob:**

new patient

new, joint stiffness and pain

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867

## Patient's Pharmacies

**WAL-MART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**

TOYOTA FAMILY PHARMACY (TMMK): 1001 CHERRY BLOSSOM WAY, GEORGETOWN KY 40324, Ph (502) 570-4610, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 11/17/2017 01:22 pm | **Wt:** | 159 lbs 11/17/2017 01:22 pm | **BMI:** | 24.9 11/17/2017 01:22 pm |
| **BP:** | 109/61 sitting R arm 11/17/2017 01:29 pm | **BP Cuff Size:** | adult 11/17/2017 01:29 pm | **Pulse:** | 57 bpm regular 11/17/2017 01:29 pm |
| **RR:** | 16 11/17/2017 01:29 pm | | | | |

## Allergies

Reviewed Allergies

**LORTAB:** Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **calcium** | 11/17/17 | entered |
| **estradiol 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 11/17/17 | entered |
| **ketoprofen 75 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **Motrin 600 mg tablet**<br>Two times a day<br>**Internal Note:** Frequency: bid;Alt Frequency: prn;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008 | 05/20/08 | filled |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM 40 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **predniSONE 5 mg tablet**<br>take one po tid x 1 week; one po bid x 1 week then one po daily until gone | 11/17/17 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Globus sensation - Onset: 07/13/2017

**REECE, JAMIE H (id #21591363, dob:**

- Painless rectal bleeding - Onset: 07/13/2017
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 09/10/2017)

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/10/2017)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): Y

## HPI

multiple recurring joint pain and tenderness; with hx of psoriasis; right hip pains, stiffness; tenderness; works full time at toyota and is concerned about worsening joint pains; denies cp, soa, rash or fevers and all others are negative

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally and normal tandem gait test.

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Sclerae: non-icteric.

**ENMT:** Ears: no lesions on external ear or hearing loss. Nose: no lesions on external nose and nares patent. Oral Cavity: no mouth or lip ulcers. Oropharynx: moist mucous membranes. Face: no malar erythema.

**Neck:** Neck: supple, FROM, trachea midline, and no masses. Lymph Nodes: no cervical LAD or supraclavicular LAD. Thyroid: no enlargement, tenderness, or nodules.

**Lungs:** Respiration: no dyspnea. Percussion: no dullness, flatness, or hyperresonance. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal and CTA except as noted.

**Cardiovascular System:** Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no JVD. Pulses including femoral / pedal: normal throughout.

**Musculoskeletal System:** Joints, Bones, and Muscles: no contractures, malalignment, or bony abnormalities and normal movement of all extremities and **tenderness**. Extremities: no cyanosis, edema, varicosities, or palpable cord. Cervical Spine: normal extension and flexion. Lumbar Spine: normal extension, negative straight-leg raising test, and no paravertebral tenderness. Hips: normal internal rotation and external rotation; no tenderness of the SI joints, pain over the greater trochanteric bursa, or trigger point pain; and negative Patrick's test. Knees: no ligamentous instability on examination.

**Neurological Exam:** Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no ulcer, induration, nodules, jaundice, or abnormal nevi;**rash** and **lesion**; and good turgor; **Mild psoriatic lesions.** Nails: normal.

**Back:** Thoracolumbar Appearance: normal curvature.

**REECE, JAMIE H (id #21591363, dob:**

- folic acid 1 mg tablet - Take 1 tablet(s) every day by oral route. Qty: 30 tablet(s) Refills: 3 Pharmacy: WALMART PHARMACY 3894
- prednisone 5 mg tablet - take one po daily as needed Qty: 30 tablet(s) Refills: 2 Pharmacy: WALMART PHARMACY 3894

**2. Long term methotrexate user**
Z79.899: Other long term (current) drug therapy
- CBC
- ESR, AUTOMATED
- ALT
- AST
- CREATININE

**3. Long-term drug therapy**
Z79.899: Other long term (current) drug therapy
- QUANTIFERON TB GOLD

Return to Office
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by SUSANNA MOBERLY, APRN, 01/26/2018.

Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 01/26/2018 at 1:21pm

**Encounter Date: 12/20/2017**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 12/20/2017 02:00PM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

Followup: Psoriatic arthritis

Pt is here today for fup labs done at last visit.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867

## Patient's Pharmacies

**WAL-MART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WAL-MART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4609, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 12/20/2017 01:09 pm | **Wt:** | 163 lbs 12/20/2017 01:09 pm | **BMI:** | 25.5 12/20/2017 01:09 pm |
| **BP:** | 113/83 sitting R arm 12/20/2017 01:10 pm | **BP Cuff Size:** | adult 12/20/2017 01:10 pm | **Pulse:** | 71 bpm 12/20/2017 01:10 pm |

## Allergies

Reviewed Allergies
**LORTAB:** Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

**calcium** 11/17/17 entered

**REECE, JAMIE H (id #21591363, dob:**

| | | |
|---|---|---|
| **estradiol 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 11/17/17 | entered |
| **folic acid 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 12/20/17 | prescribed |
| **ketoprofen 75 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po once weekly x 2 weeks; then increase to 6 po once weekly until follow up | 12/20/17 | prescribed |
| **Motrin 600 mg tablet**<br>Two times a day<br>**Internal Note:** Frequency: bid;Alt Frequency: prn;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008 | 05/20/08 | filled |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM 40 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **predniSONE 5 mg tablet**<br>take one po daily as needed | 12/20/17 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/10/2017)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): Y

**REECE, JAMIE H (id #21591363, dob:**

# QUANTIFERON TB GOLD 01/29/2018 (#13217013, Final, 01/26/2018 2:07pm)

| | | | |
|---|---|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. | | |
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q5260529 | Specimen Source | |
| Specimen Coll. Date | 01/26/2018 14:07 | Result Status | Final |
| Specimen Rec. Date | 01/26/2018 15:12 | Report Status | |
| Specimen Reported Date | 01/28/2018 17:30 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| QT. TB GOLD (INCUBATED) | NEGATIVE | NEGATIVE | | Normal | Final | CB |
| | Negative test result. M. tuberculosis complex infection unlikely. | | | | | |
| NIL | 0.02 | | IU/mL | Normal | Final | CB |
| MITOGEN NIL | >10.00 | | IU/mL | Normal | Final | CB |
| TB NIL | 0.00 | | IU/mL | Normal | Final | CB |

The Nil tube value is used to determine if the patient has a preexisting immune response which could cause a false-positive reading on the test. In order for a test to be valid, the Nil tube must have a value of less than or equal to 8.0 IU/mL.

The mitogen control tube is used to assure the patient has a healthy immune status and also serves as a control for correct blood handling and incubation. It is used to detect false-negative readings. The mitogen tube must have a gamma interferon value of greater than or equal to 0.5 IU/mL higher than the value of the Nil tube.

The TB antigen tube is coated with the M. tuberculosis specific antigens. For a test to be considered positive, the TB antigen tube value minus the Nil tube value must be greater than or equal to 0.35 IU/mL.

For additional information, please refer to http://education.questdiagnostics.com/faq/QFT (This link is being provided for informational/ educational purposes only.)

TEST PERFORMED AT:
QUEST DIAGNOSTICS WOOD DALE
1355 MITTEL BOULEVARD WOOD DALE, IL 60191-1024
ANTHONY V. THOMAS, MD

**REECE, JAMIE H (id #21591363, dob:**

## ESR, AUTOMATED 01/26/2018 (#13172514, Final, 01/26/2018 2:07pm)

| | | | |
|---|---|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. | | |
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q5260529 | Specimen Source | |
| Specimen Coll. Date | 01/26/2018 14:07 | Result Status | Final |
| Specimen Rec. Date | 01/26/2018 15:14 | Report Status | |
| Specimen Reported Date | 01/26/2018 16:19 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ESR, AUTOMATED | 11 | 0-19 | MM/HR | Normal | Final | |

## AST 01/26/2018 (#13171396, Final, 01/26/2018 2:07pm)

| | | | |
|---|---|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. | | |
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q5260529 | Specimen Source | |
| Specimen Coll. Date | 01/26/2018 14:07 | Result Status | Final |
| Specimen Rec. Date | 01/26/2018 15:13 | Report Status | |
| Specimen Reported Date | 01/26/2018 15:52 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| AST | 20 | 0-32 | U/L | Normal | Final | |

## CREATININE 01/26/2018 (#13171395, Final, 01/26/2018 2:07pm)

| | | | |
|---|---|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. | | |
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q5260529 | Specimen Source | |
| Specimen Coll. Date | 01/26/2018 14:07 | Result Status | Final |
| Specimen Rec. Date | 01/26/2018 15:13 | Report Status | |
| Specimen Reported Date | 01/26/2018 15:52 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| CREATININE | 0.73 | 0.50-0.95 | mg/dL | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob:**

## ALT 01/26/2018 (#13171394, Final, 01/26/2018 2:07pm)

| | | | |
|---|---|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. | | |
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q5260529 | Specimen Source | |
| Specimen Coll. Date | 01/26/2018 14:07 | Result Status | Final |
| Specimen Rec. Date | 01/26/2018 15:13 | Report Status | |
| Specimen Reported Date | 01/26/2018 15:52 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ALT | 12 | 0-33 | U/L | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob:**

## CBC 01/26/2018 (#13171328, Final, 01/26/2018 2:07pm)

| Note to Patient | your labs are normal. |
|---|---|

| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
|---|---|---|---|
| Specimen/Accession ID | Q5260529 | Specimen Source | |
| Specimen Coll. Date | 01/26/2018 14:07 | Result Status | Final |
| Specimen Rec. Date | 01/26/2018 15:14 | Report Status | |
| Specimen Reported Date | 01/26/2018 15:50 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WHITE BLOOD CELLS | 4.2 | 3.8-10.8 | K/uL | Normal | Final | |
| RED BLOOD CELLS | 4.07 | 3.80-5.20 | M/uL | Normal | Final | |
| HEMOGLOBIN | 12.6 | 12.0-16.0 | G/DL | Normal | Final | |
| HEMATOCRIT | 37.1 | 35.0-47.0 | % | Normal | Final | |
| MCV | 91 | 80-100 | fL | Normal | Final | |
| MCH | 31 | 26-35 | PG | Normal | Final | |
| MCHC | 34 | 32-36 | G/DL | Normal | Final | |
| RDW | 13.6 | 11.0-15.0 | % | Normal | Final | |
| MPV | 7.7 | 6.2-10.5 | fL | Normal | Final | |
| PLATELET COUNT | 282 | 130-400 | K/uL | Normal | Final | |
| NEUTROPHIL ABSOLUTE | 1.6 | 1.6-8.4 | K/uL | Normal | Final | |
| LYMPHOCYTE ABSOLUTE | 2.0 | 0.4-5.1 | K/uL | Normal | Final | |
| MONOCYTE ABSOLUTE | 0.3 | 0.0-1.2 | K/uL | Normal | Final | |
| EOSINOPHIL ABSOLUTE | 0.1 | 0.0-0.8 | K/uL | Normal | Final | |
| BASOPHIL ABSOLUTE | 0.0 | 0.0-0.3 | K/uL | Normal | Final | |
| **% NEUTROPHILS** | **38.5** | **42.0-78.0** | **%** | **Low** | **Final** | |
| **% LYMPHOCYTES** | **48.6** | **11.0-47.0** | **%** | **High** | **Final** | |
| % MONOCYTES | 8.0 | 0.0-11.0 | % | Normal | Final | |
| % EOSINOPHILS | 3.5 | 0.0-7.0 | % | Normal | Final | |
| % BASOPHILS | 0.4 | 0.0-3.0 | % | Normal | Final | |
| NUCLEATED RED CELLS | 0.1 | 0.0-0.9 | % | Normal | Final | |
| NUCLEATED RBCS, ABSOLUTE | 0.00 | NOT ESTAB. | K/uL | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob:**

**Musculoskeletal System:** Joints, Bones, and Muscles: no contractures, malalignment, or bony abnormalities and normal movement of all extremities and **tenderness.** Extremities: no cyanosis, edema, varicosities, or palpable cord. Knees: no ligamentous instability on examination.

**Neurological Exam:** Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no ulcer, induration, nodules, jaundice, or abnormal nevi,**rash and lesion**; and good turgor; **Mild psoriatic lesions.** Nails: normal.

## Assessment / Plan

**1. Psoriatic arthritis -**

prednisone trial improved outcome; no itching, no rash, joint pains improved overall

will initiate methotrexate and folic acid
labs are good
requested and received humira, but she did not start on the meds
feeling improved with mtx and folic acid

L40.50: Arthropathic psoriasis, unspecified

- methotrexate sodium 2.5 mg tablet - take 4 po twice weekly Qty: 32 tablet(s) Refills: 2 Pharmacy: WALMART PHARMACY 3894
- folic acid 1 mg tablet - Take 1 tablet(s) every day by oral route. Qty: 30 tablet(s) Refills: 3 Pharmacy: WALMART PHARMACY 3894

**2. Long term methotrexate user**

Z79.899: Other long term (current) drug therapy

- CBC
- ESR, AUTOMATED
- ALT
- AST
- CREATININE

## Return to Office

- AN-YU CHEN, MD for RECHECK at GASTRO SB on 04/17/2018 at 02:15 PM
- to see SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on or around 06/26/2018
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by SUSANNA MOBERLY, APRN, 03/26/2018.

Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 03/26/2018 at 2:35pm

**Encounter Date: 01/26/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 01/26/2018 01:00PM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

Followup: Psoriatic arthritis

1 month reck, doing about the same, has not noticed any improvement

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**

**REECE, JAMIE H (id #21591363, dob:**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 01/26/2018 01:14 pm | **Wt:** | 169 lbs 01/26/2018 01:14 pm | **BMI:** | 26.5 01/26/2018 01:14 pm |
| **BP:** | 105/62 sitting R arm 01/26/2018 01:16 pm | **BP Cuff Size:** | adult 01/26/2018 01:16 pm | **Pulse:** | 61 bpm regular 01/26/2018 01:16 pm |
| **RR:** | 16 01/26/2018 01:16 pm | | | | |

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **calcium** | 11/17/17 | entered |
| **Diflucan 150 mg tablet**<br>Take 1 tablet(s) every day by oral route for 3 days. | 01/09/18 | prescribed |
| **estradiol 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 11/17/17 | entered |
| **folic acid 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 01/26/18 | prescribed |
| **ketoprofen 75 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly | 01/26/18 | prescribed |
| **Motrin 600 mg tablet**<br>Two times a day<br>**Internal Note:** Frequency: bid;Alt Frequency: prn;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008 | 05/20/08 | filled |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM 40 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **predniSONE 5 mg tablet**<br>take one po daily as needed | 01/26/18 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Globus sensation - Onset: 07/13/2017

**REECE, JAMIE H (id #21591363, dob:**

- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/10/2017)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): Y

## HPI

multiple recurring joint pain and tenderness; with hx of psoriasis; right hip pains, stiffness; tenderness; works full time at toyota and is concerned about worsening joint pains; denies cp, soa, rash or fevers and all others are negative

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally and normal tandem gait test.

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Sclerae: non-icteric.

**ENMT:** Ears: no lesions on external ear or hearing loss. Nose: no lesions on external nose and nares patent. Oral Cavity: no mouth or lip ulcers. Oropharynx: moist mucous membranes. Face: no malar erythema.

**Musculoskeletal System:** Joints, Bones, and Muscles: no contractures, malalignment, or bony abnormalities and normal movement of all extremities and **tenderness**. Extremities: no cyanosis, edema, varicosities, or palpable cord. Knees: no ligamentous instability on examination.

**Neurological Exam:** Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no ulcer, induration, nodules, jaundice, or abnormal nevi;**rash** and **lesion**; and good turgor; **Mild psoriatic lesions**. Nails: normal.

## Assessment / Plan

**1. Psoriatic arthritis** - prednisone trial improved outcome; no itching, no rash, joint pains improved overall
will initiate methotrexate and folic acid
labs are good
will f/u in 1 month

L40.50: Arthropathic psoriasis, unspecified

- methotrexate sodium 2.5 mg tablet - take 4 po twice weekly Qty: 32 tablet(s) Refills: 2 Pharmacy: WALMART PHARMACY 3894

Attn: DR. Tutt
Fax: 859 258 65
RE: Jamie Reece
Neurosurgery eval 5/14

**Patrick K Leung, M.D., PSC**
**Neurodiagnostic Laboratory**
1401 Harrodsburg Road, C-225
Lexington, KY 40504
Phone: (859) 373-0700
Fax: (859) 422-3994

**Test Date:** 3/22/2018

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | Jamie Reece | **DOB:** | | **Physician:** | Patrick Leung, M.D. |
| **Sex:** | Female | **Height:** | 5' 7" | **Ref Phys:** | Debra Schilder, P.A. |
| **ID#:** | 18-0259 | **Weight:** | 160 lbs. | **Technician:** | Robert Allen, R. NCST, BS |

**History:**
This is a 40 year old female who has pain in her right arm and hand. She has numbness, weakness and tingling in her right hand.

DOI: 1/30/18 Claim #: SA211932 PVY Employee #:77390

**Nerve Conduction Studies**
**Anti Sensory Summary Table**

| Site | NR | Onset (ms) | Peak (ms) | Norm Peak (ms) | O-P Amp (µV) | Norm O-P Amp | Site1 | Site2 | Delta-P (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Right Radial Anti Sensory (Base 1st Digit)** | | | | | | | | | | | | |
| Wrist | | 1.4 | 2.0 | <2.9 | 39.8 | >20 | Wrist | Base 1st Digit | 2.0 | 10.0 | 50 | |
| Site 2 | | 1.4 | 2.0 | | 42.2 | | | | | | | |

**Ortho Sensory Summary Table**

| Site | NR | Onset (ms) | Peak (ms) | Norm Peak (ms) | O-P Amp (µV) | Norm O-P Amp | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Right Median Ortho Sensory (Wrist)** | | | | | | | | | | | | |
| Palm | | 1.4 | 1.8 | <2.3 | 116.8 | >50 | Palm | Wrist | 1.4 | 8.0 | 57 | |
| Site 2 | | 1.4 | 1.8 | | 114.3 | | | | | | | |
| **Right Ulnar Ortho Sensory (Wrist)** | | | | | | | | | | | | |
| Palm | | 1.2 | 1.7 | <2.3 | 48.9 | >15 | Palm | Wrist | 1.2 | 8.0 | 67 | |
| Site 2 | | 1.2 | 1.7 | | 47.9 | | | | | | | |

**Motor Summary Table**

| Site | NR | Onset (ms) | Norm Onset (ms) | O-P Amp (mV) | Norm O-P Amp | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Right Median Motor (Abd Poll Brev)** | | | | | | | | | | | |
| Wrist | | 3.6 | <4.5 | 10.1 | >4 | Wrist | Abd Poll Brev | 3.6 | 7.0 | 19 | |
| Elbow | | 7.3 | | 9.8 | | Elbow | Wrist | 3.7 | 22.5 | 61 | >48 |
| **Right Ulnar Motor (Abd Dig Minimi)** | | | | | | | | | | | |
| Wrist | | 2.4 | <3.6 | 8.5 | >6 | Wrist | Abd Dig Minimi | 2.4 | 6.5 | 27 | |
| B Elbow | | 5.7 | | 8.2 | | B Elbow | Wrist | 3.3 | 21.5 | 65 | >51 |
| A Elbow | | 7.2 | | 8.2 | | A Elbow | B Elbow | 1.5 | 10.0 | 67 | >51 |

From: Jenna @ MSMM (WC)
ph 502-570-6628

Patient: Reece, Jamie Test Date: 3/22/2018 Page 2

**F Wave Studies**

| NR | F-Lat (ms) | Lat Norm (ms) | L-R F-Lat (ms) | L-R Lat Norm |
|---|---|---|---|---|
| Right Median (Mrkrs) (Abd Poll Brev) | | | | |
| | 25.85 | <33 | | <2.2 |
| Right Ulnar (Mrkrs) (Abd Dig Min) | | | | |
| | 24.97 | <36 | | <2.5 |

**EMG**

| Side | Muscle | Nerve | Root | Ins Act | Fibs | Psw | Fasic | Amp | Dur | Poly | Recrt | Int Pat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Right | 1stDorInt | Ulnar | C8-T1 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Abd Poll Brev | Median | C8-T1 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | PronatorTeres | Median | C6-7 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Biceps | Musculocut | C5-6 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Triceps | Radial | C6-7-8 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Deltoid | Axillary | C5-6 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Supraspinatus | SupraScap | C5-6 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Cervical Parasp Up | Rami | C1-3 | Nml | Nml | Nml | 0 | | | | | |
| Right | Cervical Parasp Mid | Rami | C4-6 | Nml | Nml | Nml | 0 | | | | | |

**Impression:**

Normal right arm.

No evidence of carpal tunnel syndrome, other focal nerve entrapment or cervical radiculopathy.

Patrick Leung, M.D.

## Lab Results

**REECE, JAMIE H (id #21591363, dob:**

## ESR, AUTOMATED 03/26/2018 (#14619782, Final, 03/26/2018 2:47pm)

| | | | |
|---|---|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. | | |
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q7260755 | Specimen Source | |
| Specimen Coll. Date | 03/26/2018 14:47 | Result Status | Final |
| Specimen Rec. Date | 03/26/2018 14:52 | Report Status | |
| Specimen Reported Date | 03/26/2018 15:49 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ESR, AUTOMATED | 10 | 0-19 | MM/HR | Normal | Final | |

## ALT 03/26/2018 (#14618351, Final, 03/26/2018 2:47pm)

| | | | |
|---|---|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. | | |
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q7260755 | Specimen Source | |
| Specimen Coll. Date | 03/26/2018 14:47 | Result Status | Final |
| Specimen Rec. Date | 03/26/2018 14:52 | Report Status | |
| Specimen Reported Date | 03/26/2018 15:26 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ALT | 11 | 0-33 | U/L | Normal | Final | |

## AST 03/26/2018 (#14618349, Final, 03/26/2018 2:47pm)

| | | | |
|---|---|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. | | |
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q7260755 | Specimen Source | |
| Specimen Coll. Date | 03/26/2018 14:47 | Result Status | Final |
| Specimen Rec. Date | 03/26/2018 14:52 | Report Status | |
| Specimen Reported Date | 03/26/2018 15:26 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| AST | 19 | 0-32 | U/L | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob:**

## CREATININE 03/26/2018 (#14618347, Final, 03/26/2018 2:47pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q7260755 | Specimen Source | |
| Specimen Coll. Date | 03/26/2018 14:47 | Result Status | Final |
| Specimen Rec. Date | 03/26/2018 14:52 | Report Status | |
| Specimen Reported Date | 03/26/2018 15:26 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| CREATININE | 0.72 | 0.50-0.95 | mg/dL | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob:**

## CBC 03/26/2018 (#14617913, Final, 03/26/2018 2:47pm)

| Note to Patient | your labs are normal |
|---|---|

| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
|---|---|---|---|
| Specimen/Accession ID | Q7260755 | Specimen Source | |
| Specimen Coll. Date | 03/26/2018 14:47 | Result Status | Final |
| Specimen Rec. Date | 03/26/2018 14:52 | Report Status | |
| Specimen Reported Date | 03/26/2018 15:21 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WHITE BLOOD CELLS | 4.8 | 3.8-10.8 | K/uL | Normal | Final | |
| RED BLOOD CELLS | 3.99 | 3.80-5.20 | M/uL | Normal | Final | |
| HEMOGLOBIN | 12.5 | 12.0-16.0 | G/DL | Normal | Final | |
| HEMATOCRIT | 35.9 | 35.0-47.0 | % | Normal | Final | |
| MCV | 82 | 80-100 | fL | Normal | Final | |
| MCH | 31 | 26-35 | PG | Normal | Final | |
| MCHC | 34 | 32-36 | G/DL | Normal | Final | |
| RDW | 13.5 | 11.0-15.0 | % | Normal | Final | |
| MPV | 7.7 | 6.2-10.5 | fL | Normal | Final | |
| PLATELET COUNT | 291 | 130-400 | K/uL | Normal | Final | |
| NEUTROPHIL ABSOLUTE | 2.2 | 1.6-8.4 | K/uL | Normal | Final | |
| LYMPHOCYTE ABSOLUTE | 2.1 | 0.4-5.1 | K/uL | Normal | Final | |
| MONOCYTE ABSOLUTE | 0.4 | 0.0-1.2 | K/uL | Normal | Final | |
| EOSINOPHIL ABSOLUTE | 0.1 | 0.0-0.8 | K/uL | Normal | Final | |
| BASOPHIL ABSOLUTE | 0.0 | 0.0-0.3 | K/uL | Normal | Final | |
| % NEUTROPHILS | 46.8 | 42.0-78.0 | % | Normal | Final | |
| % LYMPHOCYTES | 42.9 | 11.0-47.0 | % | Normal | Final | |
| % MONOCYTES | 7.4 | 0.0-11.0 | % | Normal | Final | |
| % EOSINOPHILS | 2.6 | 0.0-7.0 | % | Normal | Final | |
| % BASOPHILS | 0.3 | 0.0-3.0 | % | Normal | Final | |
| NUCLEATED RED CELLS | 0.0 | 0.0-0.9 | % | Normal | Final | |
| NUCLEATED RBCS, ABSOLUTE | 0.00 | NOT ESTAB. | K/uL | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob:**

**GI: As detailed in the HPI.**
**GU: no dysuria,**
**NEURO: no headaches, visual changes, numbness, tingling, weakness**
**ENDOCRINE: no history of thyroid problems, no weight gain**
**ALLERGY/IMMUNE: No immune deficiency or hay fever.**
**SKIN: No itching or rashes**
**PSYCH: No depression or anxiety**

## Physical Exam

Patient is a 49-year-old female.

GENERAL: Pleasant 49 years-old in no acute distress
HEENT: EOMI, no scleral icterus, no obvious oral lesions, mucous membranes moist.
NECK: Unrestricted range of motion. No masses felt.
HRT: Regular rate and rhythm. No obvious murmurs noted.
PULMONARY: Normal respiratory effort. No evidence of shortness of breath.
ABDOMEN: Moderate central obesity. Bowel sounds within normal limits. Soft, nontender, nondistended. No hepatosplenomegaly. There is no guarding or rebound.
SKIN: No jaundice. No rashes. Warm and dry.
MUSCULOSKELETAL: Gait within normal limits.
NEURO: No obvious weakness or gross deficit noted. No evidence of confusion.
PSYCH: Alert and oriented. Mood and affect within normal limits. Does not appear depressed.

## Assessment / Plan

**1. Chokes when swallowing -**

Will check bariums swallow study first. Suspect that this may have a component of social stresses. May benefit from antianxiety agents but will defer until after imaging studies are done.

R09.89: Other specified symptoms and signs involving the circulatory and respiratory systems

**2. Generalized anxiety disorder -**

Will consider therapy on return.

F41.1: Generalized anxiety disorder

**Discussion Notes**

I have discussed the situation, differential diagnosis, and recommendation with the patient. She express understanding and wishes to proceed as recommended. Spent 25 total minutes with the patient today in counseling regarding information documented in my assessment and plan above. The time represents more than 50% of the encounter.

## Return to Office

- MATTHEW TUTT, MD for NEUROSURGERY CONSULT at NEUROSURGERY KOHOP on 05/14/2018 at 10:00 AM
- AN-YU CHEN, MD for RECHECK at GASTRO SB on 05/18/2018 at 01:30 PM
- SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on 06/25/2018 at 01:15 PM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by AN-YU CHEN, MD, 04/17/2018.

Encounter performed and documented by AN-YU CHEN, MD
Encounter reviewed & signed by AN-YU CHEN, MD on 04/17/2018 at 4:31pm

**Encounter Date: 03/26/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 03/26/2018 01:30PM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Prescription: ESI1 - Member is eligible. details | | |

**REECE, JAMIE H (id #21591363, dob:**

## Chief Complaint

Followup: Psoriatic arthritis

routine pt has not started the humira yet has concerns; pt is still on MTX 4 pills twice weekly

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 03/26/2018 01:49 pm | **Wt:** | 168 lbs 03/26/2018 01:49 pm | **BMI:** | 26.3 03/26/2018 01:49 pm |
| **BP:** | 86/58 sitting L arm 03/26/2018 01:50 pm | **BP Cuff Size:** | adult 03/26/2018 01:49 pm | **Pulse:** | 62 bpm regular 03/26/2018 01:50 pm |
| **RR:** | 18 03/26/2018 01:49 pm | | | | |

## Allergies

Reviewed Allergies
**LORTAB:** Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **calcium** | 11/17/17 | entered |
| **Diflucan 150 mg tablet**<br>Take 1 tablet(s) every day by oral route for 3 days. | 01/09/18 | prescribed |
| **estradiol 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 11/17/17 | entered |
| **folic acid 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 03/26/18 | prescribed |
| **Humira 40 mg/0.8 mL subcutaneous syringe kit**<br>Inject 0.8 mL every 2 weeks by subcutaneous route.<br>**Internal Note:** approved 12/31/17-4/30/18 | 01/30/18 | prescribed |
| **ketoprofen 75 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly | 03/26/18 | prescribed |
| **Motrin 600 mg tablet**<br>Two times a day<br>**Internal Note:** Frequency: bid;Alt Frequency: prn;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008 | 05/20/08 | filled |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM 40 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |

**REECE, JAMIE H (id #21591363, dob:**

| | | |
|---|---|---|
| **predniSONE 5 mg tablet**<br>take one po daily as needed | 01/26/18 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability<br>- Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/10/2017)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): Y

## HPI

received humira and didn't start taking it due to the s/e list sent with it; has a new injury from work and may have to have surgery on her shoulder due to fraying; she reports multiple recurring joint pain and tenderness; with hx of psoriasis; right hip pains, stiffness; tenderness; works full time at toyota and is concerned about worsening joint pains; denies cp, soa, rash or fevers and all others are negative

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally and normal tandem gait test.

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Sclerae: non-icteric.

**ENMT:** Ears: no lesions on external ear or hearing loss. Nose: no lesions on external nose and nares patent. Oral Cavity: no mouth or lip ulcers. Oropharynx: moist mucous membranes. Face: no malar erythema.

Aic
American Imaging Consultants, PLLC
Your Strategic Partner for Teleradiology Solutions

Dale R. Absher, M.D.
J. Alan Harper, M.D.
Charles M. Kenney III, M.D.
Jon K. Kostelic, M.D.
A. David Westmoreland IV, D.O.

Final Report

| | |
|---|---|
| NAME: | REECH, JAMIE |
| D.O.B. / SEX: | / Female |
| MRN / ACC#: | 198482 / 1609591 |
| ORDERING PHYSICIAN: | RYAN DONEGAN MD, |
| EXAM REQUESTED: | 72141 - MRI CERVICAL SPINE W/O CONTRAST |
| FACILITY: | Bluegrass Orthopaedics |
| DATE: | 4/10/2018 |
| RADIOLOGIST NAME: | Kostelic, Jon |

**CLINICAL HISTORY:**
right upper ext pain.

**FINDINGS:**
Multiplanar MR imaging of the cervical spine was performed without contrast. On the sagittal T2-weighted images, there is mild decreased signal throughout the cervical disks. There is no evidence of fracture. The vertebral alignment is normal. There is apparent subtle increased signal within the cervical cord at the C6 level of uncertain significance. This is not well seen on axial images. No significant canal stenosis is identified. The cervicomedullary junction is normal.

C2-3: There is no significant canal stenosis or neural foraminal narrowing.

C3-4: There is no significant canal stenosis or neural foraminal narrowing.

C4-5: There is a mild diffuse disc bulge. There is mild bilateral neuroforaminal narrowing.

C5-6: There is no significant canal stenosis or neural foraminal narrowing.

C6-7: There is no significant canal stenosis or neural foraminal narrowing.

C7-T1: There is no significant canal stenosis or neural foraminal narrowing.

**IMPRESSION:**
1. Mild diffuse disc bulge and mild bilateral neuroforaminal narrowing at C4-5.
2. Possible subtle increased signal within the cervical cord at the C6 level. This is of uncertain significance. Clinical correlation is recommended.

Authenticated by Kostelic, Jon on 4/10/2018 3:19:56 PM, Eastern Time

**REECE, JAMIE H (id #21591363, dob:**

**Encounter Date: 04/17/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 04/17/2018 02:15PM |
| **DOB** | | **Service Dept.** | GASTRO SB |
| **Provider** | AN-YU CHEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**

## Vitals

04/17/2018 02:43 pm

| | | |
|---|---|---|
| **Ht:** 5 ft 7 in | **Wt:** 170 lbs | **BMI:** 26.6 |
| **BP:** 116/70 sitting | **Pulse:** 72 bpm | **RR:** 16 |

## Allergies

Reviewed Allergies

**LORTAB:** Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **calcium** | 11/17/17 | entered |
| **estradiol 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 11/17/17 | entered |
| **folic acid 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 03/26/18 | prescribed |
| **ketoprofen 75 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Motrin 600 mg tablet**<br>Two times a day<br>**Internal Note:** Frequency: bid;Alt Frequency: prn;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008 | 05/20/08 | filled |
| **Multi Vitamin** | 11/17/17 | entered |

**REECE, JAMIE H (id #21591363, dob:**

| | | |
|---|---|---|
| **NexIUM 40 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **predniSONE 5 mg tablet**<br>take one po daily as needed | 01/26/18 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Chokes when swallowing - Onset: 04/17/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/10/2017)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): Y
Allergies/Hayfever: Y
Chicken Pox: Y
Headaches: Y

## HPI

This is a pleasant49 yof with mom here for follow up regarding choking episodes

Current status: fluids going down the wrong way
Symptoms: getting choked, cough, several times per week. No problems with solids. Previous problem with globus sensations.
Treatments:seems to be better when taking smaller sips
Additional info:Under lots of stress at work and also has c-spine issues. Most recent EGD unremarkable.

## ROS

**Additionally reports:**

**CONSTITUTIONAL: No fever, chills, or weight loss**

**ENT: No ear pain. No sore throat.**
**CARDIOVASCULAR: No chest pain, No edema.**
**PULMONARY: no shortness of breath, have cough when she gets choked up**

## RF ESOPHAGUS

**(#15253249, Final, 04/20/2018 12:00pm)**

Lexington Clinic
1221 South Broadway
Lexington, KY 40504

Patient Name: JAMIE H REECE
Patient DOB:
Patient MRN: 3555141

Ordering Provider: AN-YU CHEN

EXAM DATE: 04/20/2018

EXAM: RF ESOPHAGUS

CLINICAL INFORMATION: Dysphagia. Choking on swallowing fluids.

TECHNIQUE: Multiple double contrast images of various parts of the esophagus, were obtained using high-density barium suspension. This was followed by AP and lateral rapid sequence (3/sec) images of the pharynx and upper esophagus during swallowing. The study was completed by multiple prone images of the esophagus during swallowing and assessment for reflux.

FINDINGS:

CERVICAL ESOPHAGUS: Rapid sequence views of the upper esophagus show normal pharyngeal anatomy. No aspiration is seen.

THORACO ABDOMINAL ESOPHAGUS: Esophagus is normal in outline, mucosal pattern and caliber. No stricture is noted. The 13 mm tablet passed through the esophagus and GE junction without hesitation.

ESOPHAGEAL MOTILITY: Esophageal motility is normal with a normal peristaltic stripping wave and secondary peristaltic waves. No tertiary waves are noted.

ASSESSMENT FOR REFLUX: Moderate gastroesophageal reflux was noted.

IMPRESSION: Moderate gastroesophageal reflux. No other abnormality is seen..

Interpreted By: Shailendra Chopra, MD
Electronically Signed By: Shailendra Chopra, MD on 4/20/2018 2:46 PM

Lexington Clinic

# Department of Neurosurgery
## Spine Evaluation

**Please fill in the following so we can understand your problem and treatment course to date.**

**Name** Jamie Reece **Date** 5/13/18

**How long have you experienced symptoms?** end of January

**If known, what caused symptoms?** became apparant at work.

**This relates to...** ☑ worker's compensation ☐ motor vehicle accident ☐ pending legal action

**Rate your usual pain level (circle):** [No Pain] 1 2 3 4 5 6 7 8 9 10 [Worst Imaginable]

**Describe your pain (circle):** burning sharp electric shooting stabbing deep ache tightness spasms
Can be all

**Pain is (circle)...** constant comes and goes getting better getting worse

**What activities makes it better?** no activity

**What activities makes it worse?** no use

**(Circle) If you have...** numbness tingling weakness bladder incontinence bowel incontinence

**What treatments have you undergone (check)?** *Use space provided to briefly describe effects of treatment.*

☑ **Physical therapy:** Name Toyota visits or weeks? 2 a week 8-10 wks
☐ **Chiropractor:** Name visits or weeks?
☐ **Traction:** neck or low back?
☐ **Massage:**
☐ **Ultrasound:**
☑ **TENS units:** @ PT
☑ **Steroid pack:** 1HS Toyota
☑ **Non-steroidal anti-inflammatories, NSAIDS** (ie: Advil, Alleve) how long? 8-10 wks

☐ **Narcotic pain medications** (ie: Norco, Percocet, Oxycontin) how long?

☑ **Neuromodulating drugs** (ie: Lyrica, Neurontin) how long? Month
Dr. Donegan PA
☐ **Injections:** # times How long did they relieve the pain?

☐ **Spine surgery:** procedure(s), surgeon(s)?

***See illustration on back.***

Revised 2/28/2014

REECE, JAMIE 21591363
1819398y13039 Last Page Ehealth

**Please use this diagram to illustrate your pain, numbness or associated symptoms**




Revised 2/28/2019

REECE, JAMIE 11591363

# Lexington Clinic

**Department Information**

Name Jamie Reece DOB: Today's Date 5/14/18

Street Address

City State Zip

Home phone ( ) - Cell ( Email

Occupation Toyota Team Member ☐Retired ☐Disabled

Primary Care Family Pract Ass. Referred by Dr. Donegan - PA

Age 49 Weight 160 lbs Height 5 ft 7 in ☑Right Handed ☐Left Handed

Briefly explain you MAIN SYMPTOM OR PROBLEM: pain in upper right qudrant head/neck/arm/shoulder/hand/also chest

CURRENT MEDICATIONS: prescription and over the counter – list dose and frequency ☐check if list attached

| | |
|---|---|
| 1) nexium - 40mg | 9) |
| 2) ativan - .5 X 2 day | 10) |
| 3) methotrexate | 11) |
| 4) folic acid | 12) |
| 5) | 13) |
| 6) | 14) |
| 7) | 15) |
| 8) | 16) |

ALLERGIES/DRUG REACTIONS: ☐check if list attached

SIGNIFICANT MEDICAL PROBLEMS: circle all that apply or write in specifics

| | |
|---|---|
| High Blood Pressure | Osteoporosis / Osteopenia |
| Heart Attack – date: | Sleep Apnea |
| Cancer – specify: | Fibromyalgia |
| Stroke – date: | Mental Illness – specify: |
| Diabetes Type I / II (circle) | Asthma / Emphysema / COPD / Black Lung (circle) |
| High / Low Thyroid (circle) | Liver Disease – specify: |
| Bleeding Disorder | Kidney Disease / Renal Failure / Dialysis (circle) |
| Gout / Arthritis (circle) Psoriatic Arthritis | AIDs / Immune Disorder (circle) |
| High Cholesterol | Epilepsy – seizure frequency: |
| Deep Vein Thrombosis / Pulmonary Embolism (circle) | Genetic Disorder |
| Other: | |

Revised 2/20/2018

OPERATIONS: list all operations or medical procedures ☐check if list attached

| Procedure | Hospital | Date |
|---|---|---|
| Hysterectomy - Complete 2005 | Dr James | |
| Tonsillectomy 1972 | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

REVIEW OF SYSTEMS: circle any you currently experiencing *considered negative if not marked

| | | | | |
|---|---|---|---|---|
| Headaches | Difficulty with taste/smell | Chest Pain | Nausea | Heartburn |
| Arm or leg weakness | Blurred vision | Irregular heartbeat | Vomiting | Abdominal pain |
| Numbness/tingling | Double vision | Shortness of breath | Fever/chills/night sweats | Constipation |
| Dizziness | Facial pain | Wheezing | Chronic cough | Diarrhea |
| Difficulty walking | Swallowing difficulty | Eye or mouth dryness | Bloody cough | Bowel incontinence |
| Speech difficulty | Hearing difficulty | Stiff or swollen joints | Unintended weight loss | Black or bloody stools |
| Impaired thinking | Ringing in ear | Arm or leg swelling | Weight gain | Increased urination |
| Memory problems | Poor coordination | Chronic fatigue | Loss of appetite | Urinary incontinence |
| Black outs or fainting | Tremors or shaking | Problems sleeping | Increased appetite | Bloody urine |
| Depression | Decreased attention | Sexual dysfunction | Menstrual difficulty | Urinary tract infection |
| Recent infection or illness: | | | | |

SOCIAL HISTORY: please current and past use

| | Never | Quit | Currently use | Amount | # of years total |
|---|---|---|---|---|---|
| Tobacco | ☒ | ☐ | ☐ | packs/day | |
| Alcohol | ☐ | ☐ | ☒ | 1 month drinks/day or week | |
| Recreational drugs | ☒ | ☐ | ☐ | | |
| Comments: | | | | | |

FAMILY HISTORY: circle if common in your family

| | |
|---|---|
| Cancer / Leukemia | Stroke |
| Diabetes | Brain aneurysms |
| High Blood Pressure | Epilepsy |
| Heart Attacks | Back Problems |
| Other: | |

PATIENT SIGNATURE: x Jamie Reece DATE: 5/13/18

PHYSICIAN SIGNATURE: [signature]

Revised 7/2[illegible]/2016

**REECE, JAMIE H (id #21591363, dob:**

Encounter performed and documented by CAROLINE HAMMOND, APRN
Encounter reviewed & signed by CAROLINE HAMMOND, APRN on 06/16/2018 at 10:18am
Encounter signed by BAXTER W NAPIER, MD on 06/16/2018 at 10:58am

**Encounter Date: 05/14/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 05/14/2018 10:00AM |
| **DOB** | | **Service Dept.** | NEUROSURGERY KOHOP |
| **Provider** | MATTHEW TUTT, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

cervical pain

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**

## Vitals

05/14/2018 10:10 am

**Ht:** 5 ft 7 in **Wt:** 171 lbs **BMI:** 26.8

**BP:** 120/80

## Allergies

Reviewed Allergies

LORTAB: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **Ativan 0.5 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 30 days. | 05/10/18 | prescribed |
| **calcium** | 11/17/17 | entered |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>take one capsule daily | 05/11/18 | prescribed |
| **estradiol 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 11/17/17 | entered |
| **folic acid 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 03/26/18 | prescribed |
| **ketoprofen 75 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |

**REECE, JAMIE H (id #21591363, dob:**

**metHOTREXate sodium 2.5 mg tablet** 03/30/18 prescribed
take 4 po twice weekly/please d/c previous rx

**Motrin 600 mg tablet** 05/20/08 filled
Two times a day
**Internal Note:** Frequency: bid;Alt Frequency: prn;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008

**Multi Vitamin** 11/17/17 entered

**predniSONE 5 mg tablet** 01/26/18 prescribed
take one po daily as needed

**Probiotic** 11/17/17 entered

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Chokes when swallowing - Onset: 04/17/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

GYN History not reviewed (last reviewed 09/10/2017)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/10/2017)

## Past Medical History

Past Medical History not reviewed (last reviewed 04/17/2018)

## HPI

Mrs. Reece is a 49-year-old female who works at Toyota presenting with right-sided neck pain, jaw pain, collarbone pain and radiating pain into her arm in a non-dermatomal distribution. Her pain started at the end of January after changing jobs at Toyota. She denies any specific injury. Her pain has multiple characteristics, is fairly constant, but the arm pain comes and goes. She is seen some relief of her pain with inactivity. She describes right arm numbness and tingling. No weakness. No loss of bowel or bladder control. No difficulty with balance. No visual complaints.
She did physical therapy for 8-10 weeks, 2 times a week at Toyota. She has trialed a TENS unit as well as steroid pack. She has been taking over-the-counter anti-inflammatories for the past 8-10 weeks. She trialed Neurontin, prescribed by Dr. Donegan, with some relief.

## ROS

**Additionally reports:**

**REECE, JAMIE H (id #21591363, dob:**

**As noted per patient intake sheet and in the HPI. All other systems reviewed and negative.**

## Physical Exam

Patient is a 49-year-old female.

General: NAD, alert &oriented x3
HEENT: normal
PERRL, EOM intact
face symmetric
Motor: grossly intact all extremities
Sensation: intact to light tough bilaterally UE and LE
Reflexes:

Positive Hoffman's bilaterally

2+ upper extremities bilaterally
3+ lower extremities bilaterally
Chest: Clear with no wheezes.
Heart: regular rate and rhythm with no rubs gallops or murmur
Abdomen: soft and nontender GU and rectal: deferred
Extremities: no cyanosis clubbing or edema
Skin: unremarkable

## Assessment / Plan

Mrs. Reece is a 49-year-old female with no significant findings on her cervical MRI. We reviewed her MRI together in my office. She has no significant central stenosis or nerve root compression. She also has an EMG and nerve conduction study performed by Dr. Leung which shows no evidence of cervical radiculopathy or focal nerve compression. There are no neurosurgical options here. However, on examination she does appear to be a bit hyper-reflexive, with a positive Hoffmann's reflex bilaterally. Although it may be artifact, her MRI report does describe some subtle signal change in the spinal cord. I would like her to be evaluated by neurology to rule out an neurologic disorder, such as multiple sclerosis. She may need an MRI of the brain performed.

I had a lengthy conversation with her with regards to my opinion. There are clearly no further considerations with regards to her cervical spine. I explained that her distribution of pain does not correlate with any specific neurologic dermatome. I feel strongly that we must look elsewhere for the cause of her symptoms. She and her husband voiced good understanding of this, but she did seem quite disappointed that I could not give her a clear answer today. I think neurology is appropriate at this point.

Her follow-up with me will be as needed, but I would appreciate receiving the opinion of the neurologist.

**1. Neck pain -**

Minutes spent reviewing images, discussing the diagnosis and coordinating care: 45 min

M54.2: Cervicalgia

## Return to Office

- AN-YU CHEN, MD for RECHECK at GASTRO SB on 06/19/2018 at 02:30 PM
- SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on 06/25/2018 at 01:15 PM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by MATTHEW TUTT, MD, 05/14/2018.

Encounter performed and documented by MATTHEW TUTT, MD
Encounter reviewed & signed by MATTHEW TUTT, MD on 05/14/2018 at 10:48am

**REECE, JAMIE H (id #21591363, dob:**

**ENT: No ear pain. No sore throat.**
**CARDIOVASCULAR: No chest pain, No edema.**
**PULMONARY: no shortness of breath, or cough.**
**GI: As detailed in the HPI.**
**GU: no dysuria,**
**NEURO: no headaches, visual changes, numbness, some tingling, weakness of right arm**
**ENDOCRINE: no history of thyroid problems, no weight gain**
**ALLERGY/IMMUNE: No immune deficiency or hay fever.**
**SKIN: No itching or rashes**
**PSYCH: No depression or anxiety**

## Physical Exam

Patient is a 49-year-old female.

GENERAL: Pleasant 49 years-old in no acute distress
HEENT: EOMI, no scleral icterus. no obvious oral lesions, mucous membranes moist.
NECK: Unrestricted range of motion.
ABDOMEN: Moderate central obesity. Bowel sounds within normal limits. Soft, nontender, nondistended. No hepatosplenomegaly. There is no guarding or rebound.
SKIN: No jaundice. No rashes. Warm and dry.
MUSCULOSKELETAL: Gait within normal limits. Some tingling of right arm with motion
NEURO: No obvious weakness or gross deficit noted. No evidence of confusion.
PSYCH: Alert and oriented. Mood and affect within normal limits. Does not appear depressed.

## Assessment / Plan

**1. Intermittent dysphagia -**

Improved with Ativan, will continue for now. Will reassess after work up is completed regarding her MS diagnosis.

R13.19: Other dysphagia

**Discussion Notes**

Spent 30 total minutes with the patient today in counseling regarding information documented in my assessment and plan above. The time represents more than 50% of the encounter.

## Return to Office

- AN-YU CHEN, MD for RECHECK at GASTRO SB on 09/04/2018 at 01:00 PM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by AN-YU CHEN, MD, 06/19/2018.

Encounter performed and documented by AN-YU CHEN, MD
Encounter reviewed & signed by AN-YU CHEN, MD on 06/19/2018 at 2:53pm

**Encounter Date: 06/10/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 06/10/2018 02:30PM |
| **DOB** | | **Service Dept.** | WALK-IN ANDOVER |
| **Provider** | CAROLINE HAMMOND, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

None recorded.

**REECE, JAMIE H (id #21591363, dob: _ _ ,**

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

**Ht:** 5 ft 7 in 06/10/2018 02:36 pm
**T:** 98.4 F° oral 06/10/2018 02:36 pm
**BP:** 128/78 sitting R arm 06/10/2018 02:37 pm
**Pulse:** 110 bpm regular 06/10/2018 02:36 pm
**O2Sat:** 98% Room Air at Rest 06/10/2018 02:36 pm

## Allergies

Reviewed Allergies
**LORTAB:** Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **Ativan 0.5 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 30 days. | 05/10/18 | prescribed |
| **calcium** | 11/17/17 | entered |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>take one capsule daily | 05/11/18 | prescribed |
| **folic acid 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 03/26/18 | prescribed |
| **ketoprofen 75 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **predniSONE 5 mg tablet**<br>take one po daily as needed | 01/26/18 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017

**REECE, JAMIE H (id #21591363, dob:**

- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Chokes when swallowing - Onset: 04/17/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
**Family Medicine**
Alcohol Intake: None
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

Reviewed GYN History

## Obstetric History

Reviewed Obstetric History

## Past Medical History

Reviewed Past Medical History
Allergies/Hayfever: Y
Chicken Pox: Y
Headaches: Y
Vision or Eye Problems: Y - **glasses**

## HPI

Jamie H Reece is a 49 year old female that presents to the walk in clinic

## Procedure Documentation

**EKG:**
12 lead electrocardiogram testing performed. See scanned copy for results.
**Evening/Weekend/Holiday Services:**
Service(s) provided in the office during regularly scheduled evening, weekend, or holiday office hours.

## Assessment / Plan

1. **Atypical chest pain**
R07.89: Other chest pain

**Patient Instructions**

Discussed with patient the importance of thoroughly investigating these symptoms and what our limitations are in the urgent treatment environment on a weekend afternoon. I expressed my concerns about waiting for labwork to come back on monday morning and how I felt this to be a more urgent situation. An EKG was done in office and no clear abnormality was found. Vital signs stable. Pain still persists. Recommend patient to allow me to call EMS or for her husband to transport her to the ER. She wanted to go by personal vehicle. We discussed the risks involved. She verbalized understanding.

Return to Office
- AN-YU CHEN, MD for RECHECK at GASTRO SB on 06/19/2018 at 02:30 PM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by CAROLINE HAMMOND, APRN, 06/16/2018.

## Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 06/19/2018**

### Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 06/19/2018 02:30PM |
| **DOB** | | **Service Dept.** | GASTRO SB |
| **Provider** | AN-YU CHEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

### Chief Complaint

None recorded.

### Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

### Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

### Vitals

06/19/2018 02:37 pm

| | | |
|---|---|---|
| **Ht:** 5 ft 7 in | **Wt:** 172 lbs | **BMI:** 26.9 |
| **BP:** 122/68 sitting | **Pulse:** 88 bpm | **RR:** 16 |

### Allergies

Reviewed Allergies

LORTAB: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **Ativan 0.5 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 30 days. | 05/10/18 | prescribed |
| **calcium** | 11/17/17 | entered |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>take one capsule daily | 05/11/18 | prescribed |
| **folic acid 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 03/26/18 | prescribed |
| **indomethacin 50 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 06/19/18 | entered |
| **ketoprofen 75 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |

**REECE, JAMIE H (id #21591363, dob:**

| | | |
|---|---|---|
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **predniSONE 5 mg tablet**<br>take one po daily as needed | 01/26/18 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
**Acid Reflux (GERD): Y**
**Allergies/Hayfever: Y**
**Chicken Pox: Y**
**Headaches: Y**

## HPI

This is a pleasant 49 yof here for follow up regarding dysphagia symptoms

Current status:much improved
Symptoms:rare choking episodes
Treatments:started ativan
Additional info:recent UGI was negative. Lots of stress with shoulder symptoms and work at Toyota

## ROS

**Additionally reports:**

**CONSTITUTIONAL: No fever. chills. or weight loss**

## Return to Office

- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 08/01/2018 at 01:00 PM
- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 08/08/2018 at 01:00 PM
- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 08/15/2018 at 01:00 PM
- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 08/22/2018 at 01:00 PM
- AN-YU CHEN, MD for RECHECK at GASTRO SB on 09/04/2018 at 01:00 PM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 09/07/2018 at 09:30 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by DANIEL M ROUSE, PT, DPT, 07/25/2018.

Encounter performed and documented by DANIEL M ROUSE, PT, DPT
Encounter reviewed & signed by DANIEL M ROUSE, PT, DPT on 07/25/2018 at 12:50pm
Encounter signed by W BEN KIBLER, MD on 07/26/2018 at 5:24pm

**Encounter Date: 07/13/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 07/13/2018 08:45AM |
| **DOB** | | **Service Dept.** | ORTHOPEDICS PICADOME |
| **Provider** | W BEN KIBLER, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

np rt shoulder, will bring MRI discPatient comes for evaluation of problems with the right shoulder. She came for evaluation and second opinion of problems with the right shoulder. She has a job that involves a lot of repetitive pushing and pulling and overhead lifting. She developed soreness and tenderness since January. She was put on restrictions, was told that she had some tendinitis and she was put on some open chain activation exercises. This did not seem to relieve the symptoms. She eventually sought other opinions. She has had multiple workups including an EMG for any type of nerve impingement, a workup for cervical issues and a workup for possible multiple sclerosis. These have all been negative. She was told that she had mainly a muscle problem, but she has not been on a specific therapy program for scapular retraction or stabilization. She has soreness, tenderness over the anterior aspect of the shoulder in the infraclavicular area and along the anterior aspect of the shoulder with some pain which goes down into her elbow. She has been unable to continue doing work because of the pain and limitations. She has mild soreness at nighttime. However, she can sleep during the night. Because of continued symptoms she came for further evaluation.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

07/13/2018 09:39 am

**Ht:** 5 ft 7 in **Wt:** 170 lbs **BMI:** 26.6

**BP:** 118/72

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

**REECE, JAMIE H (id #21591363, dob:**

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **folic acid** | 07/13/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability<br>- Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Allergies/Hayfever: Y

## HPI

Her history is as outlined. There is no history of acute trauma other than the chronic repetitive use.

## ROS

**Additionally reports: She has no diabetes. She has no collagen vascular disease. She has a Sjogren's type psoriatic arthritis that she is taking medicine for and that seems to keep this in fairly good control.**

## Physical Exam

Patient is a 49-year-old female.

Physical exam from a kinetic chain standpoint, shows she has bilateral weakness of the hips with 1 leg stability. She has weakness of low row that is improved by hip active assistance. She has painful arc in forward flexion that is relieved by scapular assistance. She has weakness with external rotation and forward flexion that is relieved by scapular retraction. She has pain to palpation of the coracoid base muscles of the pectoralis minor and the short head of the biceps that creates an anterior tilt of the scapula. She gets pain down her arm from the trigger point, referred pain from her pectoralis minor. She has tightness of her scalenes as well. She has no instability, her neurologic exam is normal leg work exam is negative.

## Assessment / Plan

She will be put on a therapy program to see if we cannot relieve some of the overhead and scapular retraction symptoms. She will continue working on strengthening to the level of tolerance. She will return to see me in another 2 months. We can talk about seeing if we can get her back into some type of work activities at that time.

1. **Scapulalgia**
   M89.8X1: Other specified disorders of bone, shoulder

2. **Impingement syndrome of shoulder region** - Right
   M75.41: Impingement syndrome of right shoulder
   - ROTATOR CUFF INJURY: CARE INSTRUCTIONS
   - ROTATOR CUFF: EXERCISES

**Discussion Notes**

She has a mild amount of the collagen vascular disease that is probably adding to the problem. However, I think the major problem is the kinetic chain and scapular problems with some mild chronic pain syndrome as well. We discussed all these findings and the relationship to the clinical findings with her.

## Return to Office

- DANIEL M ROUSE, PT, DPT for NEW PATIENT at PHYSICAL THERAPY PICADOME on 07/25/2018 at 09:30 AM
- AN-YU CHEN, MD for RECHECK at GASTRO SB on 09/04/2018 at 01:00 PM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 09/07/2018 at 09:30 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by W BEN KIBLER, MD, 07/16/2018.

Encounter performed and documented by W BEN KIBLER, MD
Encounter reviewed & signed by W BEN KIBLER, MD on 07/16/2018 at 4:58pm

Thoracic spine rotational PA glides T2-5; observed cavitation approximately T4-T5

Cervical PA glides C2-Cy grades 1-2

B upper trapezius, levator scapulae manual stretches x2 :30

R pec minor stretch in supine x5 :10

**PT Therapeutic Exercise:** 10 minutes

The patient performed therapeutic exercise per exercise log.

Supine pec stretch x10

**PT Ultrasound:** 10 minutes

Application of continuous ultrasound at 2.0 w/cm2 at 3 Mhz for 8-22min. (10 min.) R upper trapezius; R lower cervical paraspinals

## Assessment / Plan

Pt continues to display multiple areas with mild tenderness to touch surrounding R scapula today. She tolerated initial follow up visit well with manual therapy to promote upper trapezius and pec minor flexibility. Applied continuous ultrasound to R upper trapezius and R cervical paraspinals to address muscle guarding. She reviewed and performed initial HEP; required verbal cues to perform isometric low rows with correct technique. Instructed pt to continue with current HEP and she will return for follow up visit in 1 week.

1. **Scapulalgia**
   M89.8X1: Other specified disorders of bone, shoulder
2. **Shoulder girdle weakness**
   M99.07: Segmental and somatic dysfunction of upper extremity
3. **Incoordination**
   R27.9: Unspecified lack of coordination
4. **Shoulder pain**
   M25.511: Pain in right shoulder

## Return to Office

- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 08/08/2018 at 01:00 PM
- AN-YU CHEN, MD for RECHECK at GASTRO SB on 08/14/2018 at 01:45 PM
- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 08/15/2018 at 01:00 PM
- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 08/22/2018 at 01:00 PM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 09/07/2018 at 09:30 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by DANIEL M ROUSE, PT, DPT, 08/01/2018.

Encounter performed and documented by DANIEL M ROUSE, PT, DPT
Encounter reviewed & signed by DANIEL M ROUSE, PT, DPT on 08/01/2018 at 3:15pm

**Encounter Date: 07/25/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 07/25/2018 09:30AM |
| **DOB** | | **Service Dept.** | PHYSICAL THERAPY PICADOME |
| **Provider** | DANIEL M ROUSE, PT, DPT | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

**REECE, JAMIE H (id #21591363, dob:**

Shoulder

## Physical Therapy Episodes

Episode: R Scapula

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 07/13/2018)

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Medications not reviewed (last reviewed 07/13/2018)

| | | |
|---|---|---|
| **folic acid** | 07/13/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 07/13/2018)

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Social History not reviewed (last reviewed 07/13/2018)
Smoking Status: Never smoker

## Surgical History

Surgical History not reviewed (last reviewed 07/13/2018)

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Past Medical History not reviewed (last reviewed 07/13/2018)
Allergies/Hayfever: **Y**
Headaches: **Y**

## HPI

**LexClin Evaluation Subjective**
Reported by patient.

Referring Provider: Kibler, MD
Chief Complaint: Pain; R clavicle, R shoulder and R scapula
Mechanism: Repetitive Stress
Onset: 7 Months
Chronicity: Chronic
Subjective Report: Jamie presents to clinic with complaints of R clavicle, R upper trapezius with radiating symptoms to R hand. She also describe pain in suboccipital region. She works second shift inspection requires her to use R hand dominant and performed repetitive movements wiping cars. She started to notice symptoms in R shoulder in January 2018 and radiating pain occurred to R wrist and fingers. She underwent PT at Toyota x2 week for 8 weeks with worsening of symptoms. She eventually had a EMG which was negative. She also had an MRI of her cervical spine with increased signal density at C6. Starting in January she was on sit down restriction until April when she was placed off work. She reports since being off work since April her symptoms have continued to fluctuate and worsen. She visited Dr. Kibler 7/13/18 and was instructed to return to skilled PT for scapular stabilization. She has discontinued exercising and reports gaining 25lbs since being off work. She reports history of psoriatic arthritis and anxiety.
Description of Pain/Symptoms: R anterior shoulder joint line and infraclavicular region origin dull aching; radiates down R UE to elbow and hand
Severity: current 2-3/10; best 2-3/10; worst 8/10
Frequency: Constant
Aggravating Factors: driving, reaching overhead for household objects, folding laundry, static positions
Alleviating Factors: rest, activity avoidance, activity modification, discontinued use of ibuprofen
Sleeping (ability to sleep without pain) Severe problem: pain disrupts sleep > 5 times per night
Prior Studies: MRI; see report
Prior Treatments: physical therapy; medication
Occupation and Limitations: Toyota-second shift inspection for Lexus
Recreational Activities and Limitations: discontinued exercise due to fear of worsening symptoms in R shoulder
ADL Limitations: driving, reaching overhead for household objects, dressing, bathing folding laundry, static positions

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

**Posture:** Patient stands with **Increased C-T Junction Kyphosis** and **Thoracic Kyphosis** and **Decreased Cervical Lordosis** and **Scapular Anterior Tilting.**

**Scapular Motion:** RIGHT **Excessive Lateral Slide** and **Upward Rotation** and **Vertebral Border Winging** and **Anterior Tilting; type 2 scapular dyskinesis.**

**Cervical Screen:** Active Range of Motion: Left Rotation: 70 deg and Side Bending: 45 deg, Right Rotation: 70 deg and Side Bending: 45 deg, and Forward Flexion: 50 deg and Extension: 45 deg. Special Tests: Compression Test -.

**Shoulder Range of Motion:** ACTIVE RIGHT Internal Rotation: T8 and Rotation at 90deg Abd: 40 deg painful, External Rotation: 65 deg and Rotation at 90deg Abd: 80 deg painful, and Flexion: 170 deg and Abduction: 170 deg. ACTIVE LEFT Internal Rotation: T7 and Rotation at 90deg Abd: 60 deg, External Rotation: 78 deg and Rotation at 90deg Abd: 90 deg, and Flexion: 170 deg and Abduction: 170 deg.

**Manual Muscle Testing:** RIGHT SHOULDER **Flexion 4+/5, Abduction 4+/5, Internal Rotation 4+/5**, and **External Rotation 4+/5**. LEFT SHOULDER Flexion 5/5, Abduction 5/5, Internal Rotation 5/5, and External Rotation 5/5. RIGHT ELBOW Extension 5/5,

Pronation 5/5, Supination 5/5, and **Flexion 4+/5**. LEFT ELBOW Flexion 5/5, Extension 5/5, Pronation 5/5, and Supination 5/5. RIGHT WRIST Flexion 5/5 and Extension 5/5. LEFT WRIST Flexion 5/5 and Extension 5/5.

**Scapular Manual Muscle Testing:** Right: **SA: 4/5**
**Lat: 4/5**
**Rhomboids: 4-/5**
**MT: 4-/5**
**LT: 4-/5**. Left: **SA: 4-/5**
**Lat: 4-/5**
**Rhomboids: 4-/5**
**MT: 4-/5**
**LT: 3/5.**

**Palpation Exam:** Shoulder: **mild TTP R coracoid process, R long head of biceps, R posterior joint line**

**Shoulder Special Testing:** Right: DLS -:, Speed's test -:, O'Brien's test +:, Full Can test -:, Empty Can test -:, Belly Press test -:, Drop Arm -:, Hawkin's Kennydy test -:, and Scapular Assist test +:.

Hip MMT: R hip AB 4-/5 Ext

L hip AB 4/5

Flexibility:

R pec minor mod, R scalenes mod, R upper trap mod

## Exercise Flowsheet

None recorded.

## Procedure Documentation

**PT Evaluation - Moderate Complexity:**
Physical Therapy Evaluation of moderate complexity performed.
**PT Therapeutic Exercise:** 15 minutes

The patient performed therapeutic exercise per handout:

supine chin tuck, corner stretch, isometric low row and scaption table slides

## Assessment / Plan

Referring Physician: Kibler, MD

Assessment:
Pt is a 49 yo female presenting with R anterior shoulder and infraclavicular pain. Initial evaluation revealed signs and symptoms consistent with R type 2 scapular dyskinesis. She demonstrates postural dysfunction, decreased scapular strength, poor kinethestic awareness of R scapula and multiple areas of tightness surrounding R scapula. She also complains of intermittent radiating pain RUE, but unable to reproduce symptoms in clinic clearing cervical spine, cervical compression and R shoulder AROM. She would benefit from skilled PT intervention to address functional deficits and decrease R scapular pain.

STG: In 6 weeks, patient will:

1) Display independence with HEP and verbalize compliance as written

2) Display Right Shoulder ROM: ER at 90 deg AB 90 deg; IR at 90 deg AB 50 deg

3) Display Right Shoulder MMT: Flex 5/5, Abd 5/5, IR 5/5, ER 5/5, SA 4/5, Lat 4/5, rhomboids 4/5, MT 4/5 LT 4-/5

4) Display appropriate scapular kinematics to 90deg elevation

5) Display appropriate GH jt mobility within available ROM

LTG: In 12 weeks, Patient will:

1) Discharge independent with HEP and Self-Management skills

2) Display R shoulder and scapular MMT: SA 4+/5, Lat 4+/5, rhomboids 4+/5, MT 4+/5 LT 4/5

3) Return to Recreational Activities with modifications

4) Return to Activities of Daily Living with modifications

5) Display improved flexibility of R upper trapezius, R scalenes and R pec minor to minimal tightness

6) Display appropriate ST and GH kinematics with active and resisted elevation within available ROM

Plan of Treatment

Rehab Potential: Fair with compliance to HEP
Complicating Factors
Body Structure and Function: Weakness (3/5), MINIMAL Range of Motion Limitation,
Activity Limitations: SIGNIFICANT impact on ADLs, SIGNIFICANT Functional Limitations
Participation Restrictions: avoided exercise due to fear of worsening R scapular symptoms
Personal: 49 yo female, overweight, psoriatic arthritis, anxiety
Environmental: 3 children, currently off work but continues to be required to perform housework

Treatment Plan:
Episode of care to include: Initial Evaluation, Manual Techniques, Therapeutic Exercise, Home Exercise Program, Modalities (as indicated) such as iontophoresis, Mechanical Traction, Neuromuscular Re-education, Postural Correction/Body Mechanic Education

Goals, POT and Rehabilitation potential were discussed and agreed upon with the:
Patient

Frequency of Treatment: 1x/wk for 12 weeks
Frequency and duration of care to depend on pt's response to skilled PT intervention.

I certify the need for the above PT outpatient services for this patient who is under my care. The plan for these services has been reviewed.

Physician Signature: ______________________________ Date: __________

**1. Shoulder pain**
M25.511: Pain in right shoulder

**2. Scapulalgia**
M89.8X1: Other specified disorders of bone, shoulder

**3. Shoulder girdle weakness**
M99.07: Segmental and somatic dysfunction of upper extremity

**4. Incoordination**
R27.9: Unspecified lack of coordination

**REECE, JAMIE H (id #21591363, dob:**

The patient received manual therapy consisting of:

Thoracic PA glides T2-T8 grades 1-2

Thoracic spine rotational PA glides T2-5; observed cavitation approximately T4-T5

Cervical PA glides C2-C7 grades 1-2

B upper trapezius, levator scapulae manual stretches x2 :30

R pec minor stretch in supine x5 :10; pre and post ultrasound

**PT Therapeutic Exercise:** 8 minutes

The patient performed therapeutic exercise per exercise log.

**PT Ultrasound:** 10 minutes

Application of continuous ultrasound at 2.0 w/cm2 at 3 Mhz for 8-22min. (10 min.) R pec minor insertion at coracoid

## Assessment / Plan

Pt appears to be making slow progress with R scapular dyskinesis. She subjectively reports decrease in RUE radicular symptoms and pain today was primarily R coracoid process. Today's session focused on mobilization of cervical and thoracic spine as well as pec minor flexibility. Applied continuous ultrasound to R pec minor insertion, performed manually stretching pre and post. Updated HEP to progress postural correction and scapular stabilization exercises. Briefly discussed core stability training in the gym and plan to emphasize HEP next visit.

1. **Scapulalgia**
   M89.8X1: Other specified disorders of bone, shoulder

2. **Shoulder girdle weakness**
   M99.07: Segmental and somatic dysfunction of upper extremity

3. **Incoordination**
   R27.9: Unspecified lack of coordination

4. **Shoulder pain**
   M25.511: Pain in right shoulder

## Return to Office

- AN-YU CHEN, MD for RECHECK at GASTRO SB on 08/14/2018 at 01:45 PM
- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 08/15/2018 at 01:00 PM
- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 08/22/2018 at 01:00 PM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 09/07/2018 at 09:30 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by DANIEL M ROUSE, PT, DPT, 08/08/2018.

Encounter performed and documented by DANIEL M ROUSE, PT, DPT
Encounter reviewed & signed by DANIEL M ROUSE, PT, DPT on 08/08/2018 at 2:18pm

**Encounter Date: 08/01/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 08/01/2018 01:00PM |
| **DOB** | | **Service Dept.** | PHYSICAL THERAPY PICADOME |
| **Provider** | DANIEL M ROUSE, PT, DPT | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

**REECE, JAMIE H (id #21591363, dob:**

## Chief Complaint

Followup: Shoulder pain
Followup: Incoordination
Followup: Scapulalgia
Followup: Shoulder girdle weakness

## Physical Therapy Episodes

Episode: R Scapula

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 07/13/2018)
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Medications not reviewed (last reviewed 07/13/2018)

| | | |
|---|---|---|
| **folic acid** | 07/13/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 07/13/2018)

**REECE, JAMIE H (id #21591363, dob:**

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability<br>- Arthritis |

## Social History

Social History not reviewed (last reviewed 07/13/2018)
Smoking Status: Never smoker

## Surgical History

Surgical History not reviewed (last reviewed 07/13/2018)

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Past Medical History not reviewed (last reviewed 07/13/2018)
Allergies/Hayfever: **Y**
Headaches: **Y**

## HPI

Symptoms: Better
Response to last session: "I felt okay after last visit"
Subjective: Jamie reports she has noticed minor improvements in R clavicular pain since last visit, but R shoulder anterior joint line has been bothering. She mainly reports tightness in R upper trap and R pec minor today.

Numeric Pain Scale:

Pre: R shoulder anterior joint line 1/10

Post: R shoulder anterior joint line 1/10

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

R SH AROM: FF 170 deg AB 170 deg pain lateral deltoid end range ER 80 deg

Mild TTP R suboccipitals, R cervical paraspinals, R upper trapezius, R pec minor insertion at coracoid process

Thoracic Spine Mobility: T2-T4 severe hypomobility T5-T8 mod hypomobility

## Exercise Flowsheet

| Exercise | 07/25/2018 | 08/01/2018 |
|---|---|---|
| Chin tuck | | x10 |
| Low row | | x10 seated isometric |
| Seated Table Slide | | x10 |

## Procedure Documentation

**PT Manual Therapy:** 20 minutes

The patient received manual therapy consisting of:

Thoracic PA glides T2-T8 grades 1-2

| | | | |
|---|---|---|---|
| Seated Table Slide | x10 | hold | x10 oblique with RTB; x10 forward; x10 3lb oblique |
| Pec stretch | | x2 :30 | x2 :30 |

## Procedure Documentation

**PT Manual Therapy:** 10 minutes

The patient received manual therapy consisting of:

Thoracic PA glides T2-T8 grades 1-2

Thoracic spine rotational PA glides T2-5; observed cavitation approximately T5-T6

Cervical PA glides C2-C7 grades 1-2

B upper trapezius x2 :30

**PT Therapeutic Exercise:** 20 minutes

The patient performed therapeutic exercise per exercise log.

## Assessment / Plan

Pt displays improved kinesthetic awareness of R scapula with performing scapular stabilization exercises in clinic today. However, she subjectively reports increase in R clavicular pain since last visit. Updated HEP to reflect progression for scapular stabilization and she will return for follow up visit in 1 week.

1. **Shoulder pain**
   M25.511: Pain in right shoulder
2. **Incoordination**
   R27.9: Unspecified lack of coordination
3. **Scapulalgia**
   M89.8X1: Other specified disorders of bone, shoulder
4. **Shoulder girdle weakness**
   M99.07: Segmental and somatic dysfunction of upper extremity

## Return to Office

- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 08/22/2018 at 01:00 PM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 09/07/2018 at 09:30 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by DANIEL M ROUSE, PT, DPT, 08/15/2018.

Encounter performed and documented by DANIEL M ROUSE, PT, DPT
Encounter reviewed & signed by DANIEL M ROUSE, PT, DPT on 08/15/2018 at 3:13pm

**Encounter Date: 08/08/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 08/08/2018 01:00PM |
| **DOB** | | **Service Dept.** | PHYSICAL THERAPY PICADOME |
| **Provider** | DANIEL M ROUSE, PT, DPT | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018 | | |

**REECE, JAMIE H (id #21591363, dob:**

Prescription: ESI1 - Member is eligible. details

## Chief Complaint

Followup: Shoulder pain
Followup: Incoordination
Followup: Scapulalgia
Followup: Shoulder girdle weakness

## Physical Therapy Episodes

Episode: R Scapula

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 07/13/2018)
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Medications not reviewed (last reviewed 07/13/2018)

| | | |
|---|---|---|
| **folic acid** | 07/13/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

**REECE, JAMIE H (id #21591363, dob:**

Family History not reviewed (last reviewed 07/13/2018)

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability<br>- Arthritis |

## Social History

Social History not reviewed (last reviewed 07/13/2018)
Smoking Status: Never smoker

## Surgical History

Surgical History not reviewed (last reviewed 07/13/2018)

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Past Medical History not reviewed (last reviewed 07/13/2018)
Allergies/Hayfever: **Y**
Headaches: **Y**

## HPI

Symptoms: Better

Response to last session: no significant change

Subjective: She reports decrease intensity of pain in R clavicle and decreased in R shoulder anterior joint line. She notices improved R scapular motion with decreased stiffness since last visit. Also a decrease in radiating pain down RUE. She received a therapeutic massage the following day and reports the massage therapist her shoulder was very stiff.

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

R SH AROM: FF 170 deg AB 170 deg pain lateral deltoid end range ER 80 deg

Mild TTP R suboccipitals, R cervical paraspinals, R upper trapezius, R pec minor insertion at coracoid process

Thoracic Spine Mobility: T2-T8 mod hypomobility

Discussed core stability exercises to perform at gym-standing hip AB/Ext, resisted side stepping

Updated HEP

## Exercise Flowsheet

| Exercise | 07/25/2018 | 08/01/2018 | 08/08/2018 |
|---|---|---|---|
| Chin tuck | | x10 | x10 standing @ wall |
| Low row | | x10 seated isometric | x10 seated isometric |
| Seated Table Slide | | x10 | hold |
| Pec stretch | | | x2 :30 |

## Procedure Documentation

**PT Manual Therapy:** 20 minutes

**REECE, JAMIE H (id #21591363, dob:**

Pt appears to be making progress with R scapular pain and dysfunction. She demonstrates improved scapulothoracic mechanics with initial R shoulder flexion and abduction, but continues to display anterior tilt at end range elevation. She demonstrates ability to perform HEP, but recently unable to perform HEP as instructed due to illness. She performed TE progressions in clinic and updated HEP to reflect progressions. Her suboccipital pain appears to be resolved and R clavicular pain is decreasing, but she subjectively reports pain primarily R anterior GH joint line and referred pain to R deltoid. She displays minimal to no change in R shoulder and scapular strength. She has achieved short term goal 1 and no other goals at this time.

STG: In 6 weeks, patient will:

1) Display independence with HEP and verbalize compliance as written MET

2) Display Right Shoulder ROM: ER at 90 deg AB 90 deg; IR at 90 deg AB 50 deg NOT MET

3) Display Right Shoulder MMT: Flex 5/5, Abd 5/5, IR 5/5, ER 5/5, SA 4/5, Lat 4/5, rhomboids 4/5, MT 4/5 LT 4-/5 NOT MET

4) Display appropriate scapular kinematics to 90deg elevation MET

5) Display appropriate GH jt mobility within available ROM MET

LTG: In 12 weeks, Patient will:

1) Discharge independent with HEP and Self-Management skills NOT MET

2) Display R shoulder and scapular MMT: SA 4+/5, Lat 4+/5, rhomboids 4+/5, MT 4+/5 LT 4/5 NOT MET

3) Return to Recreational Activities with modifications NOT MET

4) Return to Activities of Daily Living with modifications NOT MET

5) Display improved flexibility of R upper trapezius, R scalenes and R pec minor to minimal tightness NOT MET

6) Display appropriate ST and GH kinematics with active and resisted elevation within available ROM NOT MET

1. **Shoulder pain**
   M25.511: Pain in right shoulder

2. **Incoordination**
   R27.9: Unspecified lack of coordination

3. **Scapulalgia**
   M89.8X1: Other specified disorders of bone, shoulder

4. **Shoulder girdle weakness**
   M99.07: Segmental and somatic dysfunction of upper extremity

## Return to Office

- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 09/07/2018 at 10:30 AM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 09/07/2018 at 09:30 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by DANIEL M ROUSE, PT, DPT, 08/24/2018.

Encounter performed and documented by DANIEL M ROUSE, PT, DPT
Encounter reviewed & signed by DANIEL M ROUSE, PT, DPT on 08/24/2018 at 12:03pm

**Encounter Date: 08/15/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 08/15/2018 01:00PM |
| **DOB** | | **Service Dept.** | PHYSICAL THERAPY PICADOME |
| **Provider** | DANIEL M ROUSE, PT, DPT | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM | | |

**REECE, JAMIE H (id #21591363, dob:**

Referring Provider Name : DONEGAN, RYAN P
Employer Name : KELLY SERVICES
Case # : SA211932PVY
Case Injury Date : 01/30/2018
Prescription: ESI1 - Member is eligible. details

## Chief Complaint

Followup: Shoulder pain
Followup: Incoordination
Followup: Scapulalgia
Followup: Shoulder girdle weakness

## Physical Therapy Episodes

Episode: R Scapula

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 08/14/2018)
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Medications not reviewed (last reviewed 08/14/2018)

| | | |
|---|---|---|
| **folic acid** | 07/13/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018

**REECE, JAMIE H (id #21591363, dob:**

- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 08/14/2018)

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Social History not reviewed (last reviewed 08/14/2018)
Smoking Status: Never smoker

## Surgical History

Surgical History not reviewed (last reviewed 08/14/2018)

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Past Medical History not reviewed (last reviewed 08/14/2018)
Allergies/Hayfever: **Y**
Headaches: **Y**

## HPI

Symptoms: Worse

Response to last session: reports increase in R clavicle, R upper arm and R forearm later in the day and continued to be worse since last visit

Subjective: She reports prior to last visit she had been doing well. She reports her R distal lateral forearm has been bothering her more. She thinks she might be having a flare up of psoriatic arthritis due to increase pain in her R foot and hip pain. She continues to be compliant with HEP and has noticed improvements in cervical pain since last visit.

Numeric Pain Scale:

Pre R anterior shoulder 3/10

Post R anterior shoulder 2/10

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

R SH AROM: FF 170 deg AB 170 deg pain lateral deltoid end range ER 85 deg

Mild TTP R suboccipitals, R cervical paraspinals, R upper trapezius, R pec minor insertion at coracoid process

Thoracic Spine Mobility: T2-T8 mod hypomobility

Updated HEP

## Exercise Flowsheet

| Exercise | 07/25/2018 | 08/01/2018 | 08/08/2018 | 08/15/2018 |
|---|---|---|---|---|
| Chin tuck | | x10 | x10 standing @ wall | x10 standing @ wall |
| Low row | | x10 seated isometric | x10 seated isometric | x10 seated isometric |

## Assessment / Plan

I do think she is ready to return to her work activities, but I think a significant portion of this is due to the collagen vascular disease component of this, and this probably needs to be considered in any return-to-work-type situation. I had long discussion with her about this and told her that, at this point in time, we would need to have input from Rheumatology about her capability of return to work and whether or not this is even a feasible goal. She probably needs to talk with IHS to see if there is any modified duty that she could do. She will return to see me in another 2 months.

**1. Shoulder pain** - Right
M25.511: Pain in right shoulder
- SHOULDER PAIN: CARE INSTRUCTIONS

**Discussion Notes**

She has made progress in terms of her musculoskeletal component. She needs to work on some specific strengthening exercises now to improve the scapular retraction and overhead positioning.

## Return to Office

- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 09/21/2018 at 10:00 AM
- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 09/28/2018 at 11:00 AM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 11/08/2018 at 08:45 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by W BEN KIBLER, MD, 09/10/2018.

Encounter performed and documented by W BEN KIBLER, MD
Encounter reviewed & signed by W BEN KIBLER, MD on 09/10/2018 at 7:50am

**Encounter Date: 08/24/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 08/24/2018 10:00AM |
| **DOB** | | **Service Dept.** | PHYSICAL THERAPY PICADOME |
| **Provider** | DANIEL M ROUSE, PT, DPT | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

Followup: Shoulder pain
Followup: Incoordination
Followup: Scapulalgia
Followup: Shoulder girdle weakness

## Physical Therapy Episodes

Episode: R Scapula

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph

**REECE, JAMIE H (id #21591363, dob:**
(502) 570-4608, Fax (502) 570-4610

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 08/14/2018)
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Medications not reviewed (last reviewed 08/14/2018)

| | | |
|---|---|---|
| **folic acid** | 07/13/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 08/14/2018)

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Social History not reviewed (last reviewed 08/14/2018)
Smoking Status: Never smoker

## Surgical History

Surgical History not reviewed (last reviewed 08/14/2018)

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

**REECE, JAMIE H (id #21591363, dob:**

Past Medical History not reviewed (last reviewed 08/14/2018)
Allergies/Hayfever: **Y**
Headaches: **Y**

## HPI

Pt reports since last visit she received her second humira injection. She noticed sinus symptoms and has had a cold as well as fever since then. She went to the doctor earlier this week and she's feeling better today, but still fatigued and winded. She was placed on antibiotics. She denies fever today. She has not been able to perform HEP as much as she would have liked. She noticed increase in R shoulder anterior joint line and R deltoid. She states her R clavicle feels better. She has placed ice on R shoulder with temporary relief.

Overall, she reports improvements in R shoulder symptoms since onset of skilled PT. She reports decrease in frequency and intensity of R clavicle. She continues to have difficulty with reaching overhead such as grabbing object from cabinet, dressing and reaching in refrigerator.

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

R SH AROM: FF 170 deg AB 170 deg ER 85 deg IR T8

ER at 90 deg AB not assessed; IR at 90 deg AB not assessed

improvements in R scapular dyskinesis, but continues to display anterior tilt end range elevation

Mild TTP R upper trapezius, R pec minor insertion at coracoid process

Thoracic Spine Mobility: T2-T8 mod hypomobility; mild TTP T2-4

Thoracic spine rotational PA glides T2-5; observed cavitation approximately T4-T5

MMT: R SH Flex 4+/5, Abd 4+/5, IR 5/5, ER 4+/5, SA 4-/5, Lat 4-/5, rhomboids 4-/5, MT 4-/5 LT 3/5

Updated HEP to include seated thoracic extension, pec stretch

## Exercise Flowsheet

| Exercise | 08/01/2018 | 08/08/2018 | 08/15/2018 | 08/24/2018 |
|---|---|---|---|---|
| Seated Thoracic Extension | | | | x10 :05 |
| Chin tuck | x10 | x10 standing @ wall | x10 standing @ wall | seated thoracic extension x10 |
| Low row | x10 seated isometric | x10 seated isometric | x10 seated isometric | x12 seated isometric |
| Seated Table Slide | x10 | hold | x10 oblique with RTB; x10 forward; x10 3lb oblique | elevated x10 oblique with YTB; x10 forward; x10 3lb oblique |
| Pec stretch | | x2 :30 | x2 :30 | x2 :30 AB/supinated |

## Procedure Documentation

**PT Therapeutic Exercise:** 40 minutes

The patient performed therapeutic exercise per exercise log.

## Assessment / Plan

**REECE, JAMIE H (id #21591363, dob:**

**4. Shoulder girdle weakness**

M99.07: Segmental and somatic dysfunction of upper extremity

## Return to Office

- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 09/28/2018 at 11:00 AM
- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 10/05/2018 at 11:00 AM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 11/08/2018 at 08:45 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by DANIEL M ROUSE, PT, DPT, 09/21/2018.

Encounter performed and documented by DANIEL M ROUSE, PT, DPT
Encounter reviewed & signed by DANIEL M ROUSE, PT, DPT on 09/21/2018 at 10:52am

**Encounter Date: 09/07/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 09/07/2018 10:30AM |
| **DOB** | | **Service Dept.** | PHYSICAL THERAPY PICADOME |
| **Provider** | DANIEL M ROUSE, PT, DPT | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

Followup: Shoulder pain
Followup: Incoordination
Followup: Scapulalgia
Followup: Shoulder girdle weakness

## Physical Therapy Episodes

Episode: R Scapula

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 08/14/2018)

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Medications not reviewed (last reviewed 08/14/2018)

| | | |
|---|---|---|
| **folic acid** | 07/13/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |

**REECE, JAMIE H (id #21591363, dob:**

| | | |
|---|---|---|
| **Multi Vitamin** | **11/17/17** | entered |
| **NexIUM** | **07/13/18** | entered |
| **Probiotic** | **11/17/17** | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | **11/17/17** | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 08/14/2018)

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Social History not reviewed (last reviewed 08/14/2018)
Smoking Status: Never smoker

## Surgical History

Surgical History not reviewed (last reviewed 08/14/2018)

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Past Medical History not reviewed (last reviewed 08/14/2018)
Allergies/Hayfever: Y
Headaches: Y

## HPI

Pt returned to Dr. Kibler this morning and was instructed to continue with skilled PT for 2 more months. She reports her R scapular pain might be complicated by autoimmune and she is fearful humira injections are complicating her R shoulder. She reports R scapular has fluctuated and she has noticed a significant decrease in ability to sleep. Dr. Kibler recommended contacting rheumatologist to possibly change medication. She reports receiving a favorable report from Dr. Kibler with improvements of R scapula. Today she reports increase in R SCM pain; denies pain in R clavicle or scapula.

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

Applied MHP to R upper trap start of session

R SH AROM: FF 170 deg AB 170 deg ER 90 deg IR T8

ER at 90 deg AB not assessed; IR at 90 deg AB not assessed

anterior tilt end range elevation; prominent inferior angle returning to neutral

Mod TTP R upper trapezius, R pec minor insertion at coracoid process

Next visit plan to start on UE ergometer

## Exercise Flowsheet

| Exercise | 08/08/2018 | 08/15/2018 | 08/24/2018 | 09/07/2018 |
|---|---|---|---|---|
| Seated Thoracic Extension | | | x10 :05 | hold |
| Chin tuck | x10 standing @ wall | x10 standing @ wall | seated thoracic extension x10 | hold |
| Low row | x10 seated isometric | x10 seated isometric | x12 seated isometric | x8 purple |
| Seated Table Slide | hold | x10 oblique with RTB; x10 forward; x10 3lb oblique | elevated x10 oblique with YTB; x10 forward; x10 3lb oblique | hold |
| Pec stretch | x2 :30 | x2 :30 | x2 :30 AB/supinated | x2 :30 AB/supinated |
| chest row | | | | x8 red |
| Lateral Fencer | | | | x8 red |
| low clean | | | | x10 seated GSB 3# |
| Lawnmower Pull | | | | x10 3# |

## Procedure Documentation

**PT Therapeutic Exercise:** 40 minutes

The patient performed therapeutic exercise per exercise log.

## Assessment / Plan

Pt displays new onset of R SCM tenderness to touch today, but responded well to moist heat pack prior to TE. She progressed to performing resistance and light weight training for scapular stabilization and co-contraction. Her scapular dyskinesis appears to be slowly improving and updated HEP to reflect progressions. She will return for follow up visit in 2 weeks.

1. **Shoulder pain**
   M25.511: Pain in right shoulder
2. **Incoordination**
   R27.9: Unspecified lack of coordination
3. **Scapulalgia**
   M89.8X1: Other specified disorders of bone, shoulder
4. **Shoulder girdle weakness**
   M99.07: Segmental and somatic dysfunction of upper extremity

## Return to Office

- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 09/21/2018 at 10:00 AM
- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 09/28/2018 at 11:00 AM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 11/08/2018 at 08:45 AM

**REECE, JAMIE H (id #21591363, dob:**

- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by DANIEL M ROUSE, PT, DPT, 09/07/2018.

Encounter performed and documented by DANIEL M ROUSE, PT, DPT
Encounter reviewed & signed by DANIEL M ROUSE, PT, DPT on 09/07/2018 at 11:50am

**Encounter Date: 09/07/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 09/07/2018 09:30AM |
| **DOB** | | **Service Dept.** | ORTHOPEDICS PICADOME |
| **Provider** | W BEN KIBLER, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

reck 2mo rt elbow
reck rt elbowPatient returns for followup of her left shoulder problem.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

| | | |
|---|---|---|
| **Ht:** 5 ft 7 in 09/07/2018 10:13 am | **Wt:** 177 lbs 09/07/2018 10:13 am | **BMI:** 27.7 09/07/2018 10:13 am |
| **BP:** 110/68 09/07/2018 10:14 am | | |

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **folic acid** | 07/13/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |

**REECE, JAMIE H (id #21591363, dob:**

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Allergies/Hayfever: **Y**

## HPI

She has made some improvements. She has less soreness in her arm with less radiating pain and less clavicle pain. She still has some stiffness when she first gets up in the morning and still has episodic days where she has more pain and tenderness. There is no relationship to specific activities or therapy or medication. She evidently took some medication that seemed to make her stomach upset. She has better scapular position, and so, she is making some progress, but she cannot do the overhead activities or repetitive pushing activities.

## ROS

**Additionally reports: She continues to have the psoriatic arthritis problem. She tried some medication which gave her some fever and other problems, so she is switching to other types of medicine. I think this is, at this point in time, relatively poorly controlled and is probably contributing to some of the problems with the shoulder and the impingement.**

## Physical Exam

Patient is a 49-year-old female.

Physical exam shows she has no abnormalities of posture. She actually has better scapular retraction position with stronger low row testing. She still has a little bit of upper trapezius tightness that is relieved by scapular retraction and scapular assistance. She has mildly positive impingement with forward flexion that is relieved by scapular assistance. She has no pectoralis minor pain. She has no neurologic deficit.

**2. Incoordination**
R27.9: Unspecified lack of coordination

**3. Scapulalgia**
M89.8X1: Other specified disorders of bone, shoulder

**4. Shoulder girdle weakness**
M99.07: Segmental and somatic dysfunction of upper extremity

## Return to Office

- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 10/10/2018 at 08:00 AM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 11/15/2018 at 09:00 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by DANIEL M ROUSE, PT, DPT, 10/05/2018.

Encounter performed and documented by DANIEL M ROUSE, PT, DPT
Encounter reviewed & signed by DANIEL M ROUSE, PT, DPT on 10/05/2018 at 11:58am

**Encounter Date: 09/21/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 09/21/2018 10:00AM |
| **DOB** | | **Service Dept.** | PHYSICAL THERAPY PICADOME |
| **Provider** | DANIEL M ROUSE, PT, DPT | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

Followup: Shoulder pain
Followup: Incoordination
Followup: Scapulalgia
Followup: Shoulder girdle weakness

## Physical Therapy Episodes

Episode: R Scapula

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 09/07/2018)

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Medications not reviewed (last reviewed 09/07/2018)

**REECE, JAMIE H (id #21591363, dob:**

| | | |
|---|---|---|
| **folic acid** | 07/13/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 09/07/2018)

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability<br>- Arthritis |

## Social History

Social History not reviewed (last reviewed 09/07/2018)
Smoking Status: Never smoker

## Surgical History

Surgical History not reviewed (last reviewed 09/07/2018)

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Past Medical History not reviewed (last reviewed 09/07/2018)
Allergies/Hayfever: **Y**
Headaches: **Y**

## HPI

Pt contacted therapist earlier this week 9/17/18 due to increase in swelling in R wrist and R elbow with attempting to progress HEP. Instructed her to discontinue HEP and to contact rheumatologist. She visited rheumatologist 9/17/18 and discussed adverse reaction to humira such as difficulty sleeping, upper respiratory infection and multiple joint pain.

She reports today she has R shoulder anterior joint line pain, R upper trapezius pain and return to radiating pain down to R lateral

wrist. Also complains of numbness R thumb. She has attempted to use heat for pain management.

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

R SH AROM: FF 170 deg AB 170 deg ER 90 deg IR T8

ER at 90 deg AB not assessed; IR at 90 deg AB not assessed

scapular elevation end range elevation; prominent inferior angle returning to neutral

No change in symptoms with R shoulder movements

Mod TTP R upper trapezius, R pec minor insertion at coracoid process

## Exercise Flowsheet

| Exercise | 08/15/2018 | 08/24/2018 | 09/07/2018 | 09/21/2018 |
|---|---|---|---|---|
| Seated Thoracic Extension | | x10 :05 | hold | hold |
| Chin tuck | x10 standing @ wall | seated thoracic extension x10 | hold | hold |
| Low row | x10 seated isometric | x12 seated isometric | x8 purple | x10 isometric |
| Seated Table Slide | x10 oblique with RTB; x10 forward; x10 3lb oblique | elevated x10 oblique with YTB; x10 forward; x10 3lb oblique | hold | table slides forward/oblique x10 |
| Pec stretch | x2 :30 | x2 :30 AB/supinated | x2 :30 AB/supinated | supine hands clasped x10B |
| chest row | | | x8 red | hold |
| Lateral Fencer | | | x8 red | hold |
| low clean | | | x10 seated GSB 3# | hold |
| Lawnmower Pull | | | x10 3# | hold |

## Procedure Documentation

**PT Therapeutic Exercise:** 30 minutes

The patient performed therapeutic exercise per exercise log.

## Assessment / Plan

Pt displays no change in R shoulder AROM and improvements in scapular kinematics. However, she appears to be in the midst of an arthritic flare up with new onset of R wrist, R elbow and radiating RUE pain since last visit. Therefore, today's session she performed modifications of TE to avoid loading RUE joints, but to emphasize scapular control with ROM. She returned to rheumatologist since last visit and plans to get a second opinion. She will return for follow up visit in 2 weeks.

1. **Shoulder pain**
   M25.511: Pain in right shoulder
2. **Incoordination**
   R27.9: Unspecified lack of coordination
3. **Scapulalgia**
   M89.8X1: Other specified disorders of bone, shoulder

Add low dose Gabapentin 100 mg po qhs with titration of dose to her tolerance and benefits.

This is a clinical diagnosis without any definitive test, a 3 phase bone scan can be useful in early phase of the disease process and so is MRI which can show some patch or local osteopenia or bone loss.

I have suggested her to go ahead and do a 3 phase right arm bone scan.

in terms of work, I doubt if she can perform repititive work especially ina factory.

she needs to discuss this with her employer about changing her work description to more of a desk work.

long term pain management and plans would be as per Dr Flinchum in pain management.

M89.00: Algoneurodystrophy, unspecified site

- PAIN MANAGEMENT REFERRAL - Schedule Within: provider's discretion
  Appointment Date: 10/15/2018 Appointment Time: 9:00
- gabapentin 100 mg capsule - 1 po qhs can titrate to 3 po qhs based on tolerance Qty: 90 capsule(s) Refills: 1
  Pharmacy: WALMART PHARMACY 3894 Note to Pharmacy: seen today, for CRPS type I
- NM BONE IMAGING, 3 PHASE - Note to Imaging Facility: limited to the right arm, CRPS- type i ( RSD)

**Discussion Notes**

cc note:

PCP, FP associates.

Dr B Kibler.

## Return to Office

- KATHERINE S RODEN, MD for CONSULT at PAIN MEDICINE on 10/15/2018 at 09:00 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 11/12/2018 at 08:45 AM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 11/15/2018 at 09:00 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by SYED HAIDER ABBAS, MD, 10/10/2018.

Encounter performed and documented by SYED HAIDER ABBAS, MD
Encounter reviewed & signed by SYED HAIDER ABBAS, MD on 10/10/2018 at 1:03pm

**Encounter Date: 10/05/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 10/05/2018 11:00AM |
| **DOB** | | **Service Dept.** | PHYSICAL THERAPY PICADOME |
| **Provider** | DANIEL M ROUSE, PT, DPT | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

Followup: Shoulder pain
Followup: Incoordination
Followup: Scapulalgia
Followup: Shoulder girdle weakness

**REECE, JAMIE H (id #21591363, dob:**

## Physical Therapy Episodes

Episode: R Scapula

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 09/07/2018)
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Medications not reviewed (last reviewed 09/07/2018)

| | | |
|---|---|---|
| **folic acid** | 07/13/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 09/07/2018)

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

**REECE, JAMIE H (id #21591363, dob:**

## Social History

Social History not reviewed (last reviewed 09/07/2018)
Smoking Status: Never

## Surgical History

Surgical History not reviewed (last reviewed 09/07/2018)

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Past Medical History not reviewed (last reviewed 09/07/2018)
Allergies/Hayfever: **Y**
Headaches: **Y**

## HPI

Pt reports minimal to no change in RUE symptoms since last visit. She continues to have swelling in R distal forearm and elbow. Her primary complaint has been R lateral wrist and R thumb. She denies numbness in R wrist and thumb, but occasional painful tingling. She has noticed return of symptoms in R clavicle, R GH joint.

Numeric Pain Scale:

Pre R clavicle 4/10 R wrist thumb 4/10

Post R clavicle 4/10 R wrist thumb 4/10

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 50-year-old female.

R SH AROM: FF 170 deg AB 170 deg ER 85 deg IR T8

ER at 90 deg AB not assessed

IR at 90 deg AB not assessed

anterior tilt and scapular end range

ER at 90 deg AB not assessed; IR at 90 deg AB not assessed

Observation: R scapula at rest elevated and anteriorly tilted

anterior tilt end range elevation

Mild TTP R upper trapezius, R pec minor insertion at coracoid process

Thoracic Spine Mobility: T2-T8 mod hypomobility; mild TTP T2, T5

MMT: R SH Flex 4+/5, Abd 4+/5, IR 5/5, ER 4/5, SA 4-/5, Lat 4-/5, rhomboids 4-/5, MT 4-/5 LT 3/5

Applied hot pack to R upper trap/R shoulder for 10 minutes prior to TE

## Exercise Flowsheet

| Exercise | 08/24/2018 | 09/07/2018 | 09/21/2018 | 10/05/2018 |
|---|---|---|---|---|
| Seated Thoracic Extension | x10 :05 | hold | hold | hold |

| | | | | |
|---|---|---|---|---|
| Chin tuck | seated thoracic extension x10 | hold | hold | hold |
| Low row | x12 seated isometric | x8 purple | x10 isometric | x10 isometric |
| Seated Table Slide | elevated x10 oblique with YTB; x10 forward; x10 3lb oblique | hold | table slides forward/oblique x10 | table slides forward/oblique x10 |
| Pec stretch | x2 :30 AB/supinated | x2 :30 AB/supinated | supine hands clasped x10B | supine hands clasped FF x10B |
| chest row | | x8 red | hold | shoulder slides x10 FF/SC |
| Lateral Fencer | | x8 red | hold | hold |
| low clean | | x10 seated GSB 3# | hold | hold |
| Lawnmower Pull | | x10 3# | hold | hold |

## Procedure Documentation

**PT Therapeutic Exercise:** 30 minutes

The patient performed therapeutic exercise per exercise log.

## Assessment / Plan

Pt displays no change in R shoulder AROM, R shoulder strength and R scapular kinematics since last assessed. However, she appears to have sustained and remain in an arthritic flare up with referred into R forearm, wrist and hand. Modified her HEP last session to avoid further stressing her RUE and she subjectively reports minimal to no change in symptoms. She is scheduled to see Dr. Abbas with rheumatology next week and plan to await further instruction from MD. She has achieved short term goals 1 4 5 and no other goals at this time.

STG: In 6 weeks, patient will:

1) Display independence with HEP and verbalize compliance as written MET

2) Display Right Shoulder ROM: ER at 90 deg AB 90 deg; IR at 90 deg AB 50 deg NOT MET

3) Display Right Shoulder MMT: Flex 5/5, Abd 5/5, IR 5/5, ER 5/5, SA 4/5, Lat 4/5, rhomboids 4/5, MT 4/5 LT 4-/5 NOT MET

4) Display appropriate scapular kinematics to 90deg elevation MET

5) Display appropriate GH jt mobility within available ROM MET

LTG: In 12 weeks, Patient will:

1) Discharge independent with HEP and Self-Management skills NOT MET

2) Display R shoulder and scapular MMT: SA 4+/5, Lat 4+/5, rhomboids 4+/5, MT 4+/5 LT 4/5 NOT MET

3) Return to Recreational Activities with modifications NOT MET

4) Return to Activities of Daily Living with modifications NOT MET

5) Display improved flexibility of R upper trapezius, R scalenes and R pec minor to minimal tightness NOT MET

6) Display appropriate ST and GH kinematics with active and resisted elevation within available ROM NOT MET

**1. Shoulder pain**
M25.511: Pain in right shoulder

**2. Myofascial pain**
M79.10: Myalgia, unspecified site
- baclofen 10 mg tablet - Take 1 tablet(s) every 8 hours by oral route.
Qty: 90 tablet(s) Refills: 0 Pharmacy: WALMART PHARMACY 3894

**3. Chronic pain syndrome**
G89.4: Chronic pain syndrome
- PSYCHOLOGY REFERRAL - Schedule Within: provider's discretion

**4. Long-term drug therapy**
Z79.899: Other long term (current) drug therapy
- HIGH RISK DRUG PANEL

**Patient Instructions**

WRAP-UP
Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- START Gabapentin 300mg TID

- START Baclofen 10mg TID PRN

- Referral to psychology

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

## Return to Office

- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 10/26/2018 at 11:00 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 11/12/2018 at 08:45 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 11/12/2018 at 08:45 AM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 11/15/2018 at 09:00 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Amendment Sign-Off

Encounter signed-off by Sherry Lynn, 10/15/2018.

Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 10/15/2018 at 1:07pm
Amendment closed by Sherry Lynn on 10/15/2018 at 4:10pm

**Encounter Date: 10/10/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 10/10/2018 08:00AM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SYED HAIDER ABBAS, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM | | |

**REECE, JAMIE H (id #21591363, dob:**

Referring Provider Name : DONEGAN, RYAN P
Employer Name : KELLY SERVICES
Case # : SA211932PVY
Case Injury Date : 01/30/2018
Prescription: ESI1 - Member is eligible. details

## Chief Complaint

Pt is here today for fup psoriatic arthritis.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 10/10/2018 07:59 am | **Wt:** | 179 lbs 10/10/2018 07:59 am | **BMI:** | 28 10/10/2018 07:59 am |
| **BP:** | 105/80 sitting L arm 10/10/2018 08:01 am | **BP Cuff Size:** | adult 10/10/2018 08:01 am | **Pulse:** | 105 bpm 10/10/2018 08:01 am |

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **folic acid** | 07/13/18 | entered |
| **gabapentin 100 mg capsule**<br>1 po qhs can titrate to 3 po qhs based on tolerance | 10/10/18 | prescribed |
| **Humira Pen 40 mg/0.8 mL subcutaneous kit**<br>Inject 0.8 mL every 2 weeks by subcutaneous route. | 10/10/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018

**REECE, JAMIE H (id #21591363, dob:**

- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**

## HPI

seen today for the first time, she was followed by susanna moberly and later was followed at rheumatology clinic with KY one at SJE.

Though was not satisfied by the care at KY one rheumatology.

So decided to get an opinion from me.

She in the interval used Humira, but got sick after second dose with feeling sick.

Though since that time, has gone back on Humira and done 2 shots thus far. No side effects since going back on Humira.

she is followed by orthopedics for right shoulder injury and pains, due to repititive motions involving the right arm.

has some swelling in the arm, significant pains at times , with color changes to red and blue.

positive tingling and sweating in the arm.

works in Toyota.

Besides Humira she is on MTX at 8 pills weekly.

## ROS

Patient reports **muscle aches, arthralgias/joint pain, back pain, and swelling in the extremities (upper extremity.)** She reports **paresthesia (right arm.)**. She reports **fatigue**. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no irritation, and no vision change. She reports no pleuritic chest pain, no shortness of breath when walking, no shortness of breath when lying down, and no Raynaud's Phenomenon. She reports no cough, no wheezing, no shortness of breath, and no coughing up blood. She reports no rashes, no ulcers, no loss of hair, no tightening of the skin, and no psoriasis. She reports no depression, no sleep disturbances, no anxiety, and restful sleep.
**ROS as noted in the HPI**

## Physical Exam

Patient is a 50-year-old female.

**REECE, JAMIE H (id #21591363, dob:**

**Constitutional:** General Appearance: **overweight.**

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Lungs:** Respiration: no dyspnea and good air movement. Percussion: no dullness, flatness, or hyperresonance. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal and CTA except as noted.

**Cardiovascular System:** Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no JVD. Pulses including femoral / pedal: normal throughout.

**Musculoskeletal System:** Joints, Bones, and Muscles: **limited ROM (right arm, with painful limited GH mobility.); no synovitis**

**no effusions.** . Extremities: **edema (modest edema through out the arm.).**

**Skin:** Inspection and palpation: **modest erythema and coolness to touch right arm..**

## Assessment / Plan

**1. Psoriasis with arthropathy** -

she has chronic psoriatic arthritis, but clinically, her disease looks under excellent control and w/o any disease activity.

No synovitis noted.

No dactylitis or enthesitis noted.

The pains in her right arm are secondary to CRPS type I as stated below.

Her last ESR/CRP are normal.

I would suggest to reduce the MTX dose to 4 pills once weekly, or 10 mg q weekly from 20 mg q weekly.

maintain folic acid 1 mg po qd and maintain Humira 40 mg q 2 weeks.

obtain labs to fu on psoriatic arthritis.

L40.50: Arthropathic psoriasis, unspecified
- ESR, AUTOMATED
- AST
- ALT
- CBC
- C-REACTIVE PROTEIN

**2. Pain in upper limb** - Right -

she has right upper extremity pains.

symptoms going on since January 2018.

Symptoms are suggestive of CRPS- type I.

would arrange for pain clinic evaluation.

maintain the PT.

M79.601: Pain in right arm

**3. Complex regional pain syndrome** -

she has classic symptoms of pains, allodynia, motor component with limited ROM upper arm, sensory component with paresthesia, vasomotor changes with change in skin color from pale, red to blue at times.

Further has edema, with sweating at times.

All these clinical features along with h/o right shoulder and elbow injury due to repititive work at Toyota factor are very typical for the CRPS-type I.

I have discussed this concern with the patient.

Suggested pain management evaluation as this is a long term condition and requires multi disciplinary approach.

Must maintain PT.

| Lawnmower Pull | x10 3# | hold | hold |
|---|---|---|---|

## Procedure Documentation

**PT Therapeutic Exercise:** 30 minutes

The patient performed therapeutic exercise per handout:

Standing table scrub RUE 1'

Standing weight shift BUE 1' side to side

Isometric low row x10

## Assessment / Plan

Pt displays no change in R shoulder AROM since last visit. Observed no deficits in R shoulder AROM or scapular deficits with achieving end range flexion. However, she continues to exhibit hypersensitivity to touch grossly RUE, increased swelling R styloid process compared to L and erythremia R posterior hand compared to L. She appears to have multiple myofascial trigger points R levator scapulae, rhomboids and upper trapezius. Decided to hold on continuous ultrasound, myofascial release or TENS unit due to pt not receiving relief previously. She performed TE in clinic for weight shift, RUE desensitization and scapular stabilization. She continues to display forward head posture with rounded shoulders which are likely to contribute to her R cervical pain. Plan for pt to perform updated HEP for approximately 2 weeks prior to returning to clinic.

1. **Shoulder pain**
   M25.511: Pain in right shoulder

2. **Incoordination**
   R27.9: Unspecified lack of coordination

3. **Scapulalgia**
   M89.8X1: Other specified disorders of bone, shoulder

4. **Shoulder girdle weakness**
   M99.07: Segmental and somatic dysfunction of upper extremity

## Return to Office

- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 11/08/2018 at 12:00 PM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 11/12/2018 at 08:45 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 11/12/2018 at 10:15 AM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 11/15/2018 at 09:00 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by DANIEL M ROUSE, PT, DPT, 10/26/2018.

Encounter performed and documented by DANIEL M ROUSE, PT, DPT
Encounter reviewed & signed by DANIEL M ROUSE, PT, DPT on 10/26/2018 at 1:50pm

**Encounter Date: 10/15/2018 (Last amended by Sherry Lynn on 10/15/2018 at 4:10pm)**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 10/15/2018 09:00AM |
| **DOB** | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

**REECE, JAMIE H (id #21591363, dob:**

None recorded.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 10/15/2018 10:01 am | **Wt:** | 181 lbs 10/15/2018 10:02 am | **BMI:** | 28.3 10/15/2018 10:02 am |
| **BP:** | 120/85 sitting L arm 10/15/2018 10:02 am | **Pain Scale:** | 8 10/15/2018 10:02 am | | |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **baclofen 10 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route. | 10/15/18 | prescribed |
| **folic acid** | 07/13/18 | entered |
| **gabapentin 100 mg capsule**<br>1 po qhs can titrate to 3 po qhs based on tolerance | 10/10/18 | prescribed |
| **gabapentin 300 mg capsule**<br>WEEK1: Take 1 tablet QHS. WEEK2: Take 1 tablet BID. WEEK3: Take 1 tablet TID | 10/15/18 | prescribed |
| **Humira Pen 40 mg/0.8 mL subcutaneous kit**<br>Inject 0.8 mL every 2 weeks by subcutaneous route. | 10/10/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018

**REECE, JAMIE H (id #21591363, dob:**

- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Headaches: Y

## Screening

| Name | Score | Notes |
|---|---|---|
| PHQ-2/PHQ-9 | 5 (out of 27 for the PHQ-9) | |
| Opioid Risk | 0 | |
| STOP-Bang | 0 | |

## HPI

**Pain Management Initial**
Reported by patient.

Location: right
Quality: aching; dull
Timing: chronic
Alleviating Factors: rest
Aggravating Factors: ROM
Associated Symptoms: no weakness; no numbness; no tingling
Previous Surgery: none
Prior Imaging: MRI
Previous Injections: none
Previous PT: helped a little

50-year-old female presenting for evaluation of right shoulder pain. Patient currently works for Toyota doing repetitive machine work in a factory. Patient reports a work related injury in January 2018. At that time, patient noted pain in the right shoulder with radiating pain down the arm into the fingers. She notes significant pain due to spasms. Cervical MRI showed mild disc bulge at C4C5. She has been seen and evaluated by Neurosurgery and Orthopedics with recommendations for conservative management. She was referred to physical therapy and has noticed some improvement in ROM symptoms. She has been seen and evaluated by rheumatology, Dr. Abbas and was diagnosed with CRPS. She does have a history of psoriatic arthritis managed on Humira. She has been started on Gabapentin 100mg QHS.

## ROS

Patient reports **back pain** but reports no muscle aches, no muscle weakness, no arthralgias/joint pain, no swelling in the extremities, and no neck pain. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise

intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and normal body habitus. Level of Distress: NAD.

**Psychiatric:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Pupils: PERRLA. EOM: EOMI.

**Lungs:** Respiratory effort: no dyspnea.

**Cardiovascular:** Heart Auscultation: RRR.

**Abdomen:** Inspection and Palpation: soft, non-distended, and no tenderness.

**Skin:** Inspection and palpation: no rash, lesions, or ulcer.

**Cervical Spine:** Inspection: alignment normal. Soft Tissue Palpation on the Right:**tenderness of the paracervicals**, **the scalene muscle**, **the trapezius**, and **the rhomboid**.

**Motor Strength:** C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

## Assessment / Plan

50-year-old female presenting for evaluation of shoulder pain. Patient has repetitive work-related injury from her job working at the Toyota factory. Her job responsibilities include repetitive pushing and pulling maneuvers as well as overhead lifting. She notes pain beginning in her right shoulder in January 2018. She reports worsening pain over the last several months with muscle tension and spasms throughout her right shoulder and neck. She also reports radiating pain from her right shoulder down into her elbow and forearm. She denies allodynia but does note occasional swelling as well as temperature and color change. She has been seen and evaluated by neurosurgery, Dr. Tutt, who found no concern for underlying cervical pathology. Patient was subsequently referred to neurology for evaluation of MS given cord signal abnormality at C6. She was found to not have MS. Patient has been seen and evaluated by orthopedic surgery, Dr. Kibler, with the diagnosis of shoulder impingement syndrome. She has been referred to physical therapy with some improvement in range of motion symptoms. She is followed by rheumatology, Dr. Abbas, and has been diagnosed with psoriatic arthritis. She has been started on Humira but reports hesitancy moving forward with treatment in the setting of side effects. Patient was encouraged to further discuss her concerns with her rheumatologist to decide on treatment options. On exam today, patient demonstrates tenderness to palpation throughout the cervical paraspinals, trapezius and rhomboid muscles on the right. She has full motor strength throughout the bilateral upper extremities.

Overall, her current pain complaints are likely multifactorial. Patient does demonstrate significant myofascial pain in and around the shoulder joint specifically in the trapezius and rhomboid muscles. Her description of radiating pain down to her arm, elbow and forearm are suggestive of nerve related injury although symptoms do not appear to be in any dermatomal fashion. EMG studies have been negative. Her cervical MRI was also normal. It is difficult to make the diagnosis of CRPS given that she did not complain of any allodynia on presentation today. Further, her diagnosis is likely affected by underlying psoriatic arthritis which may complicate her clinical presentation. Moving forward, I think continued physical therapy would be beneficial to help maintain mobility and range of motion in the shoulder joint. She also demonstrates significant myofascial pain which can be addressed through myofascial release, dry needling and TENS unit use. We discussed initiation of a muscle relaxant today to help with pain related to muscle spasms. We will plan to start baclofen 10 mg 3 times a day when necessary. Side effects reviewed with the patient today including sedation. We also discussed increasing her gabapentin to help better address her neuropathic symptoms. We'll plan to start gabapentin 300 mg 3 times a day with plan to titrate to effect. Side effects reviewed with patient including sedation and cognitive changes. Patient will follow-up in one month for further evaluation.

1. **Neuropathic pain**
   M79.2: Neuralgia and neuritis, unspecified
   - gabapentin 300 mg capsule - WEEK1: Take 1 tablet QHS. WEEK2: Take 1 tablet BID. WEEK3: Take 1 tablet TID
   Qty: 90 capsule(s)   Refills: 0   Pharmacy: WALMART PHARMACY 3894

**REECE, JAMIE H (id #21591363, dob:**

Return to Office

- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 11/12/2018 at 08:45 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 11/12/2018 at 10:15 AM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 11/15/2018 at 09:00 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by DANIEL M ROUSE, PT, DPT, 11/06/2018.

Encounter performed and documented by DANIEL M ROUSE, PT, DPT
Encounter reviewed & signed by DANIEL M ROUSE, PT, DPT on 11/06/2018 at 1:04pm

**Encounter Date: 10/26/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 10/26/2018 11:00AM |
| **DOB** | | **Service Dept.** | PHYSICAL THERAPY PICADOME |
| **Provider** | DANIEL M ROUSE, PT, DPT | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

Followup: Shoulder pain
Followup: Incoordination
Followup: Scapulalgia
Followup: Shoulder girdle weakness

## Physical Therapy Episodes

Episode: R Scapula

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 10/15/2018)

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Medications not reviewed (last reviewed 10/15/2018)

| | | |
|---|---|---|
| **baclofen 10 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route. | 10/15/18 | prescribed |
| **folic acid** | 07/13/18 | entered |
| **gabapentin 100 mg capsule**<br>1 po qhs can titrate to 3 po qhs based on tolerance | 10/10/18 | prescribed |

| | | |
|---|---|---|
| **gabapentin 300 mg capsule**<br>WEEK1: Take 1 tablet QHS. WEEK2: Take 1 tablet BID. WEEK3: Take 1 tablet TID | 10/15/18 | prescribed |
| **Humira Pen 40 mg/0.8 mL subcutaneous kit**<br>Inject 0.8 mL every 2 weeks by subcutaneous route. | 10/10/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 10/15/2018)

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Social History not reviewed (last reviewed 10/15/2018)
Smoking Status: Never smoker

## Surgical History

Surgical History not reviewed (last reviewed 10/15/2018)

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Past Medical History not reviewed (last reviewed 10/15/2018)
Allergies/Hayfever: **Y**
Headaches: **Y**

## HPI

Pt returns to clinic approximately 2.5 weeks after last visit with therapist. She has visited Rheumatologist and Pain Management MD since last visit. She was instructed to increase gabapentin by pain management MD and use baclofen for muscle spasms. She states

no change in R elbow and wrist pain, temperature and color change of RUE, swelling in RUE and return of R cervical spine pain. She has contacted therapist on phone since last visit and therapist instructed her to hold on exercises for 1 week. She reports no change in symptoms with rest.

She reports a few days ago she had pain in L index finger and L shoulder, but resolved within 3 days. Denies symptoms in LUE today.

Numeric Pain Scale:

Pre R lower cervical, R clavicle and gross entire RUE 4/10

Post R lower cervical, R clavicle and gross entire RUE 4/10

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 50-year-old female.

R SH AROM: FF 170 deg AB 170 deg R anterior pain at end range ER 85 deg IR T8

Girth Measurements:

R styloid process 16.5

R lateral epicondyle 26 cm

R axilla 42.5 cm

L styloid process 15 cm

L lateral epicondyle 27 cm

L axilla 43 cm

Observation: erythremia and swelling observed R posterior hand along metacarpals and R posterior forearm

Palpation: moderate tenderness to touch R suboccipitals, R cervical paraspinals, R upper trapezius and R rhomboids, R coracoid process

## Exercise Flowsheet

| Exercise | 09/07/2018 | 09/21/2018 | 10/05/2018 | 10/26/2018 |
|---|---|---|---|---|
| Seated Thoracic Extension | hold | hold | hold | |
| Chin tuck | hold | hold | hold | |
| Low row | x8 purple | x10 isometric | x10 isometric | |
| Seated Table Slide | hold | table slides forward/oblique x10 | table slides forward/oblique x10 | |
| Pec stretch | x2 :30 AB/supinated | supine hands clasped x10B | supine hands clasped FF x10B | |
| chest row | x8 red | hold | shoulder slides x10 FF/SC | |
| Lateral Fencer | x8 red | hold | hold | |
| low clean | x10 seated GSB 3# | hold | hold | |

effects. We also discussed his escalating gabapentin to 600 mg 3 times a day to help address her neuropathic pain. Side effects were reviewed with the patient today including sedation and cognitive changes. She reports experiencing a plateau with regards to progress with physical therapy. She notes any repetitive motion tends to worsen pain through her shoulder and upper neck. Patient has several trigger points noted on exam. she continues to report an endorse swelling, temperature and color changes as well as allodynia consistent with CRPS. She also reports significant social stressors including the recent denial of her long-term disability and the potential of being fired from Toyota. Patient was referred to clinical psychology for help with coping skills and cognitive behavioral therapy. She seems perturbed that the evaluation was in such great depth requiring her to answer numerous questions for evaluation. We reviewed the importance of treating the entirety of her symptoms both mental and physical. Patient voiced understanding. Plan to have the patient follow-up in 1 month for further evaluation.

**1. Myofascial pain**
M79.10: Myalgia, unspecified site
- baclofen 10 mg tablet - Take 1 tablet(s) every 8 hours by oral route. Qty: 90 tablet(s) Refills: 2 Pharmacy: WALMART PHARMACY 3894

**2. Psoriatic arthritis**
L40.50: Arthropathic psoriasis, unspecified
- gabapentin 600 mg tablet - Take 1 tablet(s) 3 times a day by oral route. Qty: 90 tablet(s) Refills: 0 Pharmacy: WALMART PHARMACY 3894

**Patient Instructions**

WRAP-UP
Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- START Compounded Cream

- INCREASE Gabapentin 600mg TID

- Refill Baclofen 10mg TID

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

## Return to Office
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 11/15/2018 at 09:00 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 12/14/2018 at 08:15 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/11/2019 at 08:15 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off
Encounter signed-off by KATHERINE S RODEN, MD, 11/12/2018.

Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 11/12/2018 at 12:45pm

**Encounter Date: 11/06/2018**
## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 11/06/2018 09:00AM |
| **DOB** | | **Service Dept.** | PHYSICAL THERAPY PICADOME |
| **Provider** | DANIEL M ROUSE, PT, DPT | | |
| **Insurance** | Med Primary: BCBS-OH (PPO) | | |

**REECE, JAMIE H (id #21591363, dob:**
Insurance # : TOAAN1313675
Policy/Group # : 003320100TEAP064
PCP : FAMILY PRACTICE ASSOCIATES
Employer Name : TOYOTA
Med Worker's Comp: MSMM
Referring Provider Name : DONEGAN, RYAN P
Employer Name : KELLY SERVICES
Case # : SA211932PVY
Case Injury Date : 01/30/2018
Prescription: ESI1 - Member is eligible. details

## Chief Complaint

Followup: Shoulder pain
Followup: Incoordination
Followup: Scapulalgia
Followup: Shoulder girdle weakness

## Physical Therapy Episodes

Episode: R Scapula

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 10/15/2018)
**LORTAB:** Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Medications not reviewed (last reviewed 10/15/2018)

| | | |
|---|---|---|
| **baclofen 10 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route. | 10/15/18 | prescribed |
| **folic acid** | 07/13/18 | entered |
| **gabapentin 100 mg capsule**<br>1 po qhs can titrate to 3 po qhs based on tolerance | 10/10/18 | prescribed |
| **gabapentin 300 mg capsule**<br>WEEK1: Take 1 tablet QHS. WEEK2: Take 1 tablet BID. WEEK3: Take 1 tablet TID | 10/15/18 | prescribed |
| **Humira Pen 40 mg/0.8 mL subcutaneous kit**<br>Inject 0.8 mL every 2 weeks by subcutaneous route. | 10/10/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 10/15/2018)

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Social History not reviewed (last reviewed 10/15/2018)
Smoking Status: Never smoker

## Surgical History

Surgical History not reviewed (last reviewed 10/15/2018)

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Past Medical History not reviewed (last reviewed 10/15/2018)
Allergies/Hayfever: **Y**
Headaches: **Y**

## HPI

Pt reports minimal to no change in R shoulder and R arm pain since last visit. She attempted to perform desensitization, weightbearing and gentle AAROM exercises for approximately 1 week. She started to develop R AC joint and R scapular pain; stopped performing HEP. She states "I have been on a emotional roller coaster with all of this". She reports no change in R forearm swelling since lsat visit and continues to have pain throughout. Today she reports pain in R anterior shoulder radiating into R hand. She recalls any sort of repetitive movement in R shoulder results in increase in R arm pain. She has avoided cleaning-specifically vacuuming, cleaning and performing yardwork. She notes significant difficulty with putting her bra on. Finally, she reports numbness grossly in R hand.

Numeric Pain Scale:

Pre R lower cervical, R clavicle and gross entire R arm and hand 4/10

Post R lower cervical, R clavicle and gross entire R arm and hand 4/10

## ROS

**ROS as noted in the HPI**

**REECE, JAMIE H (id #21591363, dob:**

## Physical Exam

Patient is a 50-year-old female.

R SH AROM: FF 170 deg AB 170 deg R anterior pain at end range ER 85 deg IR T8

Spurling's: negative central/bilaterally

Cervical Quadrant: negative bilaterally

Palpation: moderate tenderness to touch R suboccipitals, R cervical paraspinals, R upper trapezius and R rhomboids, R coracoid process

Updated HEP

Next visit plan to administer Quick DASH and pain fear avoidance

## Exercise Flowsheet

| Exercise | 09/07/2018 | 09/21/2018 | 10/05/2018 | 11/08/2018 |
|---|---|---|---|---|
| Seated Thoracic Extension | hold | hold | hold | |
| Chin tuck | hold | hold | hold | x10 supine |
| Low row | x8 purple | x10 isometric | x10 isometric | x10 isometric |
| Seated Table Slide | hold | table slides forward/oblique x10 | table slides forward/oblique x10 | x10 FF/oblique R |
| Pec stretch | x2 :30 AB/supinated | supine hands clasped x10B | supine hands clasped FF x10B | supine x10 :05 |
| chest row | x8 red | hold | shoulder slides x10 FF/SC | Levator scap stretch x5 :10 |
| Lateral Fencer | x8 red | hold | hold | |
| low clean | x10 seated GSB 3# | hold | hold | |
| Lawnmower Pull | x10 3# | hold | hold | |

## Procedure Documentation

**PT Therapeutic Exercise:** 30 minutes

The patient performed therapeutic exercise per exercise log.

## Assessment / Plan

Pt continues to display no deficits in R shoulder AROM or scapular kinematics since last visit. She continues to complain of R suboccipital, R scapular, R glenohumeral, R elbow and R hand pain without change since last visit. Also complained of numbness in entire R hand. No change in R hand numbness with Spurlings or cervical quadrant test. She performed HEP in clinic for gentle scapular stabilization, deep cervical neck flexor strengthening and pec minor stretching. She is scheduled to return to Dr. Kibler, Dr. Abbas and Dr. Roden next week. Plan to await further instructions from MD.

1. **Shoulder pain**
   M25.511: Pain in right shoulder
2. **Incoordination**
   R27.9: Unspecified lack of coordination
3. **Scapulalgia**
   M89.8X1: Other specified disorders of bone, shoulder
4. **Shoulder girdle weakness**
   M99.07: Segmental and somatic dysfunction of upper extremity

**REECE, JAMIE H (id #21591363, dob:**

There are mild degenerative changes throughout the spine. There are mild degenerative changes in the hips, knees, and feet.

Have explained her condition in detail.unfortunately, there is no "perfect pill" for this condition which remains chronic with a multidisciplinary approach. She will require to maintain long-term pain management along with physical therapy beside other nonpharmacologic treatment modalities as deemed necessary by her pain management team. I doubt if she will be able to perform any type of activities that requires repetitive use of her right arm such as factory work.

No medications were changed to prescribed on this visit and she will follow up with the pain management as well as physical therapy as planned.

M89.00: Algoneurodystrophy, unspecified site
- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS

## Return to Office

- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 11/15/2018 at 09:00 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/11/2019 at 08:15 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by SYED HAIDER ABBAS, MD, 11/12/2018.

Encounter performed and documented by SYED HAIDER ABBAS, MD
Encounter reviewed & signed by SYED HAIDER ABBAS, MD on 11/12/2018 at 9:28am

**Encounter Date: 11/12/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 11/12/2018 10:15AM |
| **DOB** | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

arm pain

Jamie Reece is following up right arm pain. she states that her arm is going numb and swelling. Physical therapist noticed some color changes in the patients hands, from red to while with mild pulses.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

11/12/2018 09:38 am

| | | |
|---|---|---|
| **Ht:** 5 ft 7 in | **Wt:** 179 lbs | **BMI:** 28 |

**REECE, JAMIE H (Id #21591363, dob:**

**BP:** 117/78 sitting R arm **Pain Scale:** 4

## Allergies

Reviewed Allergies

**LORTAB:** Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **baclofen 10 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route. | 11/12/18 | prescribed |
| **folic acid** | 07/13/18 | entered |
| **gabapentin 100 mg capsule**<br>1 po qhs can titrate to 3 po qhs based on tolerance | 10/10/18 | prescribed |
| **gabapentin 300 mg capsule**<br>WEEK1: Take 1 tablet QHS. WEEK2: Take 1 tablet BID. WEEK3: Take 1 tablet TID | 10/15/18 | prescribed |
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 11/12/18 | prescribed |
| **Humira Pen 40 mg/0.8 mL subcutaneous kit**<br>Inject 0.8 mL every 2 weeks by subcutaneous route. | 10/10/18 | entered |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability<br>- Arthritis |

## Social History

Reviewed Social History

**REECE, JAMIE H (id #21591363, dob:**
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Headaches: **Y**

## HPI

50yo female presenting for followup of shoulder pain. At her last appointment, patient was started on Gabapentin 300mg TID and Baclofen 10mg TID PRN. Patient reports some improvement in pain with the initiation of Gabapentin. She feels as though physical therapy has hit a plateau. Patient was also referred to clinical psychology to assist with CBT and coping skills.

## ROS

Patient reports **muscle aches** but reports no muscle weakness, no arthralgias/joint pain, no back pain, no swelling in the extremities, and no neck pain; **arm and hand pain.** She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and normal body habitus. Level of Distress: NAD.

**Psychiatric:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Pupils: PERRLA. EOM: EOMI.

**Lungs:** Respiratory effort: no dyspnea.

**Cardiovascular:** Heart Auscultation: RRR.

**Abdomen:** Inspection and Palpation: soft, non-distended, and no tenderness.

**Skin:** Inspection and palpation: no rash, lesions, or ulcer.

**Cervical Spine:** Inspection: alignment normal. Soft Tissue Palpation on the Right:**tenderness of the paracervicals, the scalene muscle, the trapezius,** and **the rhomboid.**

**Motor Strength:** C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

## Assessment / Plan

50-year-old female presenting for follow-up with regards to right shoulder pain. At her last appointment, patient was started on gabapentin 300 mg 3 times a day and baclofen 10 mg 3 times a day when necessary. She returns today noting good improvement in her neuropathic pain with initiation of gabapentin. She does endorse some mild confusion when taking gabapentin with baclofen. We discussed not combining the 2 medications secondary to the shared side effect of sedation. We discussed initiation of a compounded cream with muscle relaxant built in to help throughout the day in conjunction with gabapentin so as to not combine sedating side

# Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 11/15/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 11/15/2018 09:00AM |
| **DOB** | | **Service Dept.** | ORTHOPEDICS PICADOME |
| **Provider** | W BEN KIBLER, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

reck rt shoulderThe patient returns for followup of her right shoulder problems.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621**
WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

**Ht:** 5 ft 7 in 11/15/2018 09:00 am
**Wt:** 175 lbs 11/15/2018 09:00 am
**BMI:** 27.4 11/15/2018 09:00 am
**BP:** 122/78 11/15/2018 09:01 am

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

**baclofen 10 mg tablet** — 11/12/18 prescribed
Take 1 tablet(s) every 8 hours by oral route.

**folic acid** — 07/13/18 entered

**gabapentin 100 mg capsule** — 10/10/18 prescribed
1 po qhs can titrate to 3 po qhs based on tolerance

**gabapentin 300 mg capsule** — 10/15/18 prescribed
WEEK1: Take 1 tablet QHS. WEEK2: Take 1 tablet BID. WEEK3: Take 1 tablet TID

**gabapentin 600 mg tablet** — 11/12/18 prescribed
Take 1 tablet(s) 3 times a day by oral route.

**REECE, JAMIE H (id #21591363, dob:**

| | | |
|---|---|---|
| **Humira Pen 40 mg/0.8 mL subcutaneous kit**<br>Inject 0.8 mL every 2 weeks by subcutaneous route. | 10/10/18 | entered |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route as needed. | 11/16/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability<br>- Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Allergies/Hayfever: **Y**

## HPI

Since last being seen she has continued to have some soreness and tenderness in the shoulder with limitation of activity. She has been recently diagnosed with an additional diagnosis of complex regional pain syndrome due to some problems with the hand and the arm with redness and whiteness and she has been continuing to do therapy with little improvement. She has been diagnosed as having trigger points and she feels that these are areas of problems as well. She has been unable to return to normal work activities and has been told that this is not a worker's comp case and felt that the arthritis is giving her the trouble.

**REECE, JAMIE H (id #21591363, dob:**

## ROS

**Additionally reports: No change. She continues to be treated for the psoriatic psoriasis and also now has been given diagnosis of CRPS. She is seeing pain management.**

## Physical Exam

Patient is a 50-year-old female.

Exam shows she has no abnormalities of posture. She does have a rounded posture with protraction of the scapula. She does have trigger points to palpation along the intraclavicular area and the medial scapular border and in the infraspinatus area she also has mild pain along the lateral acromion. She has no loss of range of motion and internal external rotation she does have some weakness to forward flexion at 90 degrees. She has no neurologic deficit. She has no instability.

## Assessment / Plan

We gave her some restrictions about returning to work with no overhead lifting, no lifting more than 5 to 10 pounds, no repetitive pushing or pulling. She will see if she can return to work in these situations. She will continue to seek consultation from rheumatology and pain management. She will return to see me on an as-needed basis.

**1. Impingement syndrome of shoulder region**

M75.41: Impingement syndrome of right shoulder

- ROTATOR CUFF INJURY: CARE INSTRUCTIONS
- ROTATOR CUFF: EXERCISES

**Discussion Notes**

At this point in time I do not think there is a whole lot of further input for orthopedics. She may benefit from an injection from the subacromial space. However, at this point in time she is not having any symptoms to warrant this. We did discuss dry needling and other physical therapy modalities to try to improve the pain situation and the trigger points.

## Return to Office

- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 12/14/2018 at 08:15 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/11/2019 at 08:15 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by W BEN KIBLER, MD, 11/16/2018.

Encounter performed and documented by W BEN KIBLER, MD
Encounter reviewed & signed by W BEN KIBLER, MD on 11/16/2018 at 12:49pm

**Encounter Date: 11/12/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 11/12/2018 08:45AM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SYED HAIDER ABBAS, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

Pt is here today for fup PSA

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140,

**REECE, JAMIE H (id #21591363, dob:**
Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 11/12/2018 08:54 am | **Wt:** | 179 lbs 11/12/2018 08:54 am | **BMI:** | 28 11/12/2018 08:54 am |
| **BP:** | 107/79 sitting L arm 11/12/2018 08:56 am | **BP Cuff Size:** | adult 11/12/2018 08:56 am | **Pulse:** | 76 bpm 11/12/2018 08:56 am |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **baclofen 10 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route. | 10/15/18 | prescribed |
| **folic acid** | 07/13/18 | entered |
| **gabapentin 100 mg capsule**<br>1 po qhs can titrate to 3 po qhs based on tolerance | 10/10/18 | prescribed |
| **gabapentin 300 mg capsule**<br>WEEK1: Take 1 tablet QHS. WEEK2: Take 1 tablet BID. WEEK3: Take 1 tablet TID | 10/15/18 | prescribed |
| **Humira Pen 40 mg/0.8 mL subcutaneous kit**<br>Inject 0.8 mL every 2 weeks by subcutaneous route. | 10/10/18 | entered |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

**REECE, JAMIE H (id #21591363, dob:**

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**

## HPI

seen as a fu on the PsA.

she has come off the MTX since last month oct 2018.

remains on Humira at 40 mg q 2 weekly.

so far no complications.

In terms of diet, she is trying to stay off the sweets, though lately stressed eating.

she is staying off work due to the shoulder pains, doing PT.

Goes through intense pains, swelling, along with color changes from pale to rd to purple. plus stinging sensation.

issues.

she has worked in Toyota, and any times she has tried to do a repititive work, makes her right arm hurts worse.

## ROS

Patient reports **arthralgias/joint pain and swelling in the extremities, right shoulder issues, with CRPS.** . She reports **paresthesia (right arm)**. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no pleuritic chest pain, no shortness of breath when walking, no shortness of breath when lying down, and no Raynaud's Phenomenon. She reports no cough, no wheezing, no shortness of breath, and no coughing up blood. She reports no rashes, no ulcers, no loss of hair, no tightening of the skin, and no psoriasis.
**ROS as noted in the HPI**

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:** General Appearance: **overweight**.

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Lungs:** Respiration: no dyspnea and good air movement. Percussion: no dullness, flatness, or hyperresonance. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal and CTA except as noted.

**Cardiovascular System:** Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no JVD. Pulses including femoral / pedal: normal throughout.

**Musculoskeletal System:** Extremities: **edema (right arm, edema.)**.

**Neurological Exam:** Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact. Reflexes: hoffman's reflex absent and DTRs 2+ bilaterally throughout. Coordination and Cerebellum: finger-to-nose intact.

## Assessment / Plan

**1. Psoriasis with arthropathy -**

she has chronic psoriatic arthritis, but clinically, her disease looks under excellent control and w/o any disease activity.

No synovitis noted.

No dactylitis or enthesitis noted.

The pains in her right arm is secondary to CRPS type I as stated below.

Her last ESR/CRP are normal.

I am glad that she has come off the MTX due to liver enzymes elevation.

We can maintain the Humira 40 mg q 2 weeks.

obtain labs to fu on psoriatic arthritis.

L40.50: Arthropathic psoriasis, unspecified
- PSORIASIS: CARE INSTRUCTIONS

**2. Complex regional pain syndrome -**

Has ongoing symptoms of pains, allodynia, motor component with limited ROM upper arm, sensory component with paresthesia, vasomotor changes with change in skin color from pale, red to blue at times.

Further has edema, with sweating at times.

All these clinical features along with h/o right shoulder and elbow injury due to repititive work at Toyota factor are very typical for the CRPS-type I.

the symptoms remain her major concern. On account of constant pain with worsening at times, she is not able to go back to work. Further, she is concerned about the repetitive nature of her job and because of worsening of these pains while at work. She is continue to follow by physical therapy. She is also seen pain management on my suggestion and has initiated gabapentin. However, despite all these modalities, she has remained symptomatic with pain.

This remains a clinical diagnosis without any definitive test, we reviewed the bone scan as detailed below.

The whole body bone scan reviewed 10/2018:
elbows, and wrists bilaterally. This represents degenerative change.
There is focally increased uptake projecting along the greater
tuberosity of the right humeral head.

The calvarium appears normal. There are mild degenerative changes in the shoulders and sternoclavicular joints. The ribs appear normal.

## Transmission Report

| | | | | |
|---|---|---|---|---|
| Date/Time | 11-26-2018 | 10:14:10 a.m. | Transmit Header Text | |
| Local ID 1 | 8592880361 | | Local Name 1 | Western Federal Credit Union |

lisa.harrison@toyota.com

This document : Failed
(reduced sample and details below)
Document size : 8.5"x11"

Home **Message** Sign Out

RE: Medical question

Jamie Reece Dr Kibler Toyota ineeda clarifica... Yesterday

BEN KIBLER MD (24 minutes ago)

The restrictions are permanent. Prognosis is for limited change is symptoms or function

Viewing Jamie Reece

Privacy Practice Website Privacy Terms and Conditions Full Site
powered by athenahealth

Total Pages Scanned : 58 Total Pages Confirmed : 0

| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 323 | 15028684998 | 10:12:27 a.m. 11-26-2018 | 00:00:00 | 0/58 | 1 | -- | HS | FA |

Abbreviations:

HS: Host send
HR: Host receive
WS: Waiting send
PL: Polled local
PR: Polled remote
MS: Mailbox save
MP: Mailbox print
RP: Report
FF: Fax Forward
CP: Completed
FA: Fail
TU: Terminated by user
TS: Terminated by system
G3: Group 3
EC: Error Correct

Home

## Message

Sign Out

### RE: Medical question

**Jamie Reece** Dr Kibler Toyota ineeda clarifica... Yesterday

**BEN KIBLER MD** (24 minutes ago)

The restrictions are permanent. Prognosis is for limited change is symptoms or function

Viewing Jamie Reece

Privacy Practice Website Privacy Terms and Conditions Full Site
powered by athenahealth

## Encounters and Procedures

Clinical Encounter Summaries
**Encounter Date: 12/14/2018**

### Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 12/14/2018 08:15AM |
| **DOB** | | **Service Dept.** | PAIN MEDICINE |
| **Provider** | KATHERINE S RODEN, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

### Chief Complaint

medication follow up

Jamie Reece 50 y/o female is following up on cervical neck and right shoulder pain. Patient states she had an episode where her right shoulder was in extreme pain a day ago, and she couldn't stand it. Patient states she is seeing a neurologist that proposed compression sleeve, and she is having physical therapy sessions that is doing dry needling. Patient appears to have edema in the right arm at todays visit. Patient states she stopped taking the humira pen and noticed the hand numbness stopped after she discontinued this medication for insurance purposes. Pill count on Hydrocodone was preformed and was appropiate upon refill date 11/16/18 quantity of 90 86 left.

### Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

### Patient's Pharmacies

**COSTCO PHARMACY #1156 (ERX): 1500 FITZGERALD CT, LEXINGTON KY 40509, Ph (859) 245-3630, Fax (859) 245-3621**
WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

### Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 12/14/2018 08:39 am | **Wt:** | 178 lbs 12/14/2018 08:40 am | **BMI:** | 27.9 12/14/2018 08:40 am |
| **BP:** | 110/60 sitting L arm 12/14/2018 08:40 am | **Pain Scale:** | 3 12/14/2018 08:40 am | | |

### Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

### Medications

Reviewed Medications

**baclofen 10 mg tablet** 12/14/18 prescribed
Take 1 tablet(s) every 8 hours by oral route.

**gabapentin 100 mg capsule** 10/10/18 prescribed
1 po qhs can titrate to 3 po qhs based on tolerance

**gabapentin 300 mg capsule** 10/15/18 prescribed
WEEK1: Take 1 tablet QHS. WEEK2: Take 1 tablet BID. WEEK3: Take 1 tablet TID

**REECE, JAMIE H (id #21591363, dob:**

| | | |
|---|---|---|
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 12/14/18 | prescribed |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route as needed. | 11/16/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability<br>- Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History
- Total Hysterectomy - 01/01/2005

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Headaches: Y

## HPI

50-year-old female presenting for follow-up with regards to right shoulder pain. Her current medication regimen consists of gabapentin 600 mg 3 times a day, baclofen 10 mg 3 times a day when necessary and Lortab 10/325 mg 3 times a day when necessary. She reports limited use of Lortab and denies any significant improvement with use. She is continuing with physical therapy and started dry needling which has helped. She has been seen and evaluated by neurology with recommendation for use of a compression sleeve. She continues to follow up with rheumatology, Dr. Abbas, and has discontinued use of Humira due to numbness in her hand. She was referred to clinical psychology for cognitive behavioral therapy but she is not interested in attending

sessions.

## ROS

Patient reports **muscle aches, arthralgias/joint pain, swelling in the extremities, and neck pain**but reports no muscle weakness and no back pain; **right arm pain**. She reports**weakness and numbness** but reports no loss of consciousness, no seizures, no dizziness, no migraines, no headaches, and no tremor. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no vision change, and no irritation. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds, no nose problems, and no sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, no coughing up blood, and no sleep apnea. She reports normal appetite, no abdominal pain, no nausea, no vomiting, not vomiting blood, no constipation, no diarrhea, no bright red blood per rectum, no dyspepsia, and no GERD. She reports no incontinence, no difficulty urinating, no hematuria, no increased frequency, no urinary urgency, no nocturia, normal urinary flowing, and no dysuria. She reports no abnormal mole, no jaundice, no rashes, and no laceration. She reports no depression, no sleep disturbances, feeling safe in a relationship, no alcohol abuse, no anxiety, no hallucinations, and no suicidal thoughts. She reports no fatigue. She reports no swollen glands, no bruising, and no excessive bleeding. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing.

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and normal body habitus. Level of Distress: NAD.

**Psychiatric:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Pupils: PERRLA. EOM: EOMI.

**Lungs:** Respiratory effort: no dyspnea.

**Cardiovascular:** Heart Auscultation: RRR.

**Abdomen:** Inspection and Palpation: soft, non-distended, and no tenderness.

**Skin:** Inspection and palpation: no rash, lesions, or ulcer.

**Cervical Spine:** Inspection: alignment normal. Soft Tissue Palpation on the Right:**tenderness of the paracervicals, the scalene muscle, the trapezius, and the rhomboid.**

**Motor Strength:** C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5. C6 on the Right: flexion biceps 5/5. C6 on the Left: flexion biceps 5/5. C7 on the Right: extension triceps 5/5. C7 on the Left: extension triceps 5/5. C8 on the Right: flexion fingers 5/5. C8 on the Left: flexion fingers 5/5. T1 on the Right: abduction fingers 5/5. T1 on the Left: abduction fingers 5/5.

## Assessment / Plan

50-year-old female with a history of psoriatic arthritis presenting for follow-up with regards to right shoulder pain. pain is related to repetitive injury to her work at Toyota. She continues to use for her psoriatic arthritis through rheumatology, Dr. Abbas. She reports having recently discontinued Humira use due to numbness in her right hand. She continues to report good improvement in symptoms with the use of gabapentin 600 mg 3 times a day and baclofen 10 mg 3 times a day when necessary. She has noted reduction in the sedating symptoms she previously experienced. she was also started on Lortab 10/325 3 times a day when necessary. She notes sparingly using the medication and still has an entire bottle full on her follow-up today. She has started with a new physical therapist and is currently undergoing dry needling which she feels has helped her symptoms. Overall she is happy with her pain improvement. She was previously referred to clinical psychology for cognitive behavioral therapy but does not wish to establish care. We reviewed the benefit of cognitive behavioral therapy and coping skills. Patient voiced understanding but is still not interested in attending sessions. I have personally reviewed this patient's KASPER report as per Kentucky medical board guidelines and it was found to be appropriate. Patient has a signed pain management agreement per clinic policy. Urine drug screen is up to date and appropriate as per Kentucky medical board guidelines. The medication is or continues to be in the best interest of patient centered care. Schedule II, III or IV medications were provided for symptom or disease control. Risks and benefits of such medications were discussed with the patient. She will plan to follow-up in 2 months for further evaluation.

**1. Psoriatic arthritis**
L40.50: Arthropathic psoriasis, unspecified
- gabapentin 600 mg tablet - Take 1 tablet(s) 3 times a day by oral route. Qty: 90 tablet(s) Refills: 3 Pharmacy: COSTCO PHARMACY #1156

**2. Myofascial pain**
M79.10: Myalgia, unspecified site
- baclofen 10 mg tablet - Take 1 tablet(s) every 8 hours by oral route. Qty: 90 tablet(s) Refills: 2 Pharmacy: COSTCO

**REECE, JAMIE H (id #21591363, dob:**
PHARMACY #1156

**Discussion Notes**

WRAP-UP
Thank you for visiting Lexington Clinic Pain Management at South Broadway today. At today's visit the following were addressed:

- Refill Gabapentin and Baclofen

Thank you for visiting the Lexington Clinic Pain Management.

-Because of the high volume of calls we receive and the high demand for our clinical services, please allow for 24 hours for us to respond to patient calls. We are generally unable to discuss patient care advice over the telephone. If you are experiencing a medication side effect or complication, you can call and let us know, but we will typically not make a medication substitution or change over the telephone.

-Acute exacerbations of pain and flare ups are quite common in chronic pain states and need to be dealt with as part of the long term management plan. Please make an appointment with us if you wish to discuss a matter in any detail. Should you still need to call, please do so at (859) 258-6101.

For additional information and services provided by our clinic you may visit our Pain Management Clinic website at: https://www.lexingtonclinic.com/

Thank you for choosing Lexington Clinic Pain Management. It was a pleasure to see you in clinic today. Please contact us with any questions or concerns at (859) 258-6101.

Return to Office

- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 02/11/2019 at 08:15 AM
- KATHERINE S RODEN, MD for RECHECK at PAIN MEDICINE on 02/14/2019 at 08:30 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

Encounter Sign-Off
Encounter signed-off by KATHERINE S RODEN, MD, 12/14/2018.

Encounter performed and documented by KATHERINE S RODEN, MD
Encounter reviewed & signed by KATHERINE S RODEN, MD on 12/14/2018 at 12:11pm

# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Jamie Reece | **Visit Date:** | February 1, 2018 |
| **Patient ID:** | 95270 | **Provider:** | Debra Schilder, PA-C |
| **Sex:** | Female | **Location:** | 2000 Clinic |
| **Birthdate:** | | **Location Address:** | 1001 Cherry Blossom Way<br>Georgetown, KY 403249999 |
| | | **Location Phone:** | (502) 868-4961 |

## Chief Complaint

- right shoulder
- Right wrist
- neck

1ST OCC NOTE
TM NAME Jamie Reece
ID # 77390
COST CENTER LT230 Lexus Paint Finish
SHIFT 2
GL NAME AND EXTENSION Brad McKinney
INCIDENT #
BODY PART Right Shoulder/ neck / Right wrist /right hand / RUE
DATE OF INJURY 1/30/2018
DATE REPORTED 1/31/2018
# DAY(S) REPORTING DELAYED 1
DATE MARKED HYP 1/31/2018
DATE ESI STARTED 2/1/2018
DAY(S) ESI DELAYED 2
LSM EVAL?/DATE 2/1/2018
EI/MMD CANDIDATE No- TM feels unsafe going back on her processes. Suggestion made for no line paced work until ATC spot in I.H.S 2000 at 9:00PM
EI/MMD UTILIZED No
MOI TM states all of her jobs she is on has a shoulder component such as repetitive buffing, wiping, and doing frame tape. TM states she has at risk shoulder postures on all these processes. The jobs the TM performs are as follows; cavity wax, frame tape, 2nd inspection.
PPE All Appropriate
ROOT CAUSE Required Posture
COUNTERMEASURES TM states she has been taking OTC NSAID's.
ESI/LSM TREATMENT TM is sent to I.H.S 2000 self referral due to feeling unsafe doing her processes.
OUTSIDE TREATMENT None
NOTES TM presents to LSM with right shoulder pain. TM states all of her jobs she is on has a shoulder component such as repetitive buffing, wiping, and doing frame tape. TM states she has at risk shoulder postures on all these processes. The jobs the TM performs are as follows; cavity wax, frame tape, and 2nd inspection. TM states recently she fell on stairs at work but caught herself. TM does not believe this incident is related to her discomfort, TM states she has not had discomfort from this incident. TM reports his symptoms as; ache, with referred discomfort into neck. TM states the discomfort is waking her up in the middle of the night. TM rates discomfort 6/10 at rest and 7-8/10 at worst. TM denies any history of surgery, injury, or discomfort in right shoulder. TM denies any bruising, swelling, or redness at site of discomfort. TM has LROM with external rotation of shoulder. FROM of neck. MMT 4/5 with flexion, internal rotation, and external rotation of shoulder. Positive test per AT include; +Hawkin's Kennedy +Empty Can and +O'Brien's. TM has 2+radial pulses, and brisk cap refill. Hands are warm to the touch. TM is sent to I.H.S 2000 self referral due to feeling unsafe on processes.

Completed by Kristin Ford RN
Date 2/1/2018

GLR 9.15.2014
Updated AG, Rn 2/1/18

[Digital Signature Validated]

Triage notes: TM states that her shoulder and wrist are bothering her. States that the pain started in her shoulder an her wrist both started hurting at the same time. States that all of her jobs require use of her shoulder and of her wrist. States she has to apply tape with her right hand /wrist repetitively and has to buff which irritates her shoulder and her wrist. States all of her processes bother her. States that the gun on cavity wax is always trying to "roll over" and she has to fight it with her wrist and that also causes shoulder discomfort. TM states that this is a result of all of her processes. TM admits that the on the night of 1/30/18 to the end of that shift (on 1/31/18) she started having pain in her shoulder that radiated to the neck and clavicle area. States she also started having wrist pain affecting her radial wrist and hand. States that she also has pain that radiates to her 3rd-5th digits. TM admits n/t to right hand. Rates pain 7-8/10 at worst; 6/10 at best. TM has been taking ibuprofen. Has also applied ice and has been modified off of her processes today. Denies previous injury / surgery to RUE/shoulder/hand/wrist or neck. AG, RN

## History Of Present Illness

See CC. TM states about 2-3 days ago, she started having pain in the right lateral side of the neck, into the right shoulder/upper trapezius, and it has progressed to the medial elbow, and wrist. Getting intermit. n/t into the 4th and 5th fingers and occ. to the 3rd finger. Denies any swelling, redness, or warmth to her joints. TM states she feels like it is due to a lot of her processes that require her to raise her arm at shoulder level or higher repetitively and torqueing her wrist a lot as well. Does a lot of wiping, buffing, and taping. TM denies any direct trauma. TM denies any prior injuries or surgeries to this shoulder/arm. TM has recently been diagnoses with psoriatic arthritis and has been placed on Methotrexate. Sees a rheumatologist. However, feels like the neck and right arm issues is work related and not with her arthritis.

## Past Medical History

Reviewed None Changed

## Past Surgical History

Reviewed None Changed

## Medication List

Reviewed None Changed

## Allergy List

Reviewed None Changed

## Social History

Reviewed None Changed

## Additional Info (PFSH)

Reviewed. AG, RN

## Review of Systems

**Constitutional**
- **Denies** : no complaints

**Cardiovascular**
- **Denies** : chest pain

**Respiratory**
- **Denies** : shortness of breath

**Neurologic**
- **Admits** : tingling or numbness- see HPI

**Musculoskeletal**
- **Admits** : neck pain, shoulder pain, elbow pain, wrist pain--see HPI

## Vitals

BMI

[Digital Signature Validated]

| Date | Time | BP | Position | Site | L\R | Cuff Size | HR | RR | TEMP(°F) | WT | HT | kg/m2 | BSA m2 | O2 Sat | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/01/2018 | 08:54 PM | 101/70 | Sitting | | | | 63 - R | 14 | | 169lbs 0oz | 5' 7" | 26.47 | 1.9 | | |

## Physical Examination

**Constitutional**
- **Appearance** : well-nourished, well developed, alert, in no acute distress

**Neck**
- **Inspection/Palpation** : normal appearance, no masses. Tender over the right paraspinals and into the right upper trapezius and above the right clavicle.
- **Range of Motion** : cervical range of motion within normal limits

**Respiratory**
- **Auscultation of Lungs** : normal breath sounds

**Cardiovascular**
- **Heart** :
  - **Auscultation of Heart** : regular rate, normal rhythm, no murmurs present
- **Peripheral Vascular System** :
  - **Extremities** : no cyanosis, clubbing or edema; less than 2 second refill noted

**Musculoskeletal**
- **Right Upper Extremity** :
  - **Inspection/Palpation** : shoulder: tender over the anterior shoulder slightly. Elbow: tender over the medial epicondyle. Wrist: no real tenderness. Fingers: no tenderness. Normal skin color and temp. down arm. n/v intact.
  - **Joint Stability** : shoulder, elbow and wrist joint stability normal with neg. empty can and full can test. Neg. Hawkin's test. Neg. Neer's test.
  - **Range of Motion** : shoulder: full ROM with pain reaching across the body and with lateral abduction at about 100 degrees. Able to internally and externally rotate shoulder without pain. Elbow: full ROM with some soreness with flexion. Wrist: full ROM with mild pain with ulnar deviation. Tightness sensation with Finkelstein's test.
- **Left Upper Extremity** :
  - **Inspection/Palpation** : no tenderness to palpation
  - **Joint Stability** : shoulder, elbow and wrist joint stability normal
  - **Range of Motion** : range of motion normal, no joint crepitus present, no pain with joint motion

**Neurologic**
- **Mental Status Examination** :
  - **Orientation** : grossly oriented to person, place and time
- **Motor Examination** :
  - **RUE Strength** : strength normal
  - **RUE Motor Function** : tone normal, muscle bulk normal, no abnormal movements noted
  - **LUE Strength** : strength normal
  - **LUE Motor Function** : tone normal, muscle bulk normal, no abnormal movements noted
- **Reflexes** :
  - **RUE** : biceps reflex 2, triceps reflex 2, brachioradialis reflex 2
  - **LUE** : biceps reflex 2, triceps reflex 2, brachioradialis reflex 2
- **Sensation** :
  - **Light Touch** : sensation intact to light touch in extremities

## Assessment

- Neck and right shoulder pain/upper trapezius 723.1/M54.2
- Medial epicondylitis of right elbow 726.31/M77.01
- Wrist pain, acute, right 719.43/M25.531
- Ulnar neuritis, right 723.4/G56.21

## Plan

**Orders**
- ALT: OCC - First report of injury (OC1RPINJ) - - 02/01/2018
- ALT: Provider - Occupational Visit (OCCPROV) - - 02/01/2018

**Instructions**
- 1. RTW with restrictions, due to multiple body parts with pain and need for PT for reducing inflammation and to help

[Digital Signature Validated]

strengthen TM.

- 2. Refer to PT to help with pain, since I am concerned about treating her with any NSAIDs with her Methotrexate and reflux issues. Also, multiple body parts that have pain.
- 3. Follow up in about 3-4 weeks to give PT a chance or sooner if needed.

**Referrals**

- ID: 13836 Date: 02/01/2018 Type: Outbound
  Referral To: TMEC Facility
  Reason: please eval. and treat

**Electronically Signed by:** Debra Schilder, PA-C -Author on February 1, 2018 11:14:04 PM
**Electronically Co-signed by:** Maria Reyes, MD -Reviewer on February 2, 2018 05:00:36 PM

[Digital Signature Validated]

# Quick Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Jamie Reece | **Visit Date:** | February 13, 2018 |
| **Patient ID:** | 95270 | **Provider:** | Todd Brockman, PTMS,DPT |
| **Sex:** | Female | **Location:** | TMEC |
| **Birthdate:** | | **Location Address:** | 1001 Cherry Blossom Way<br>Georgetown, KY 403249999 |
| | | **Location Phone:** | 502-868-2944 |

## History Of Present Illness

**Physical Therapy - Cervical /Thoracic (Evaluation/RE-Evaluation/Follow-Up)**

Referring Provider: Internal Provider
Jamie Reece presents to Physical Therapy 02/13/2018 for Evaluation Visit:

- Type of Evaluation Visit:
Initial visit

- Occupation:......................... factory, lexus paint finish
- Personal or Workers Comp:.. Workers Comp.
- Work Status:....................... Full Time , restricted duty , feels better since starting restricted duty
- Prior Level of Function:.... Independent and unrestricted ADLs
- Contributing PMHx or PSHx:.......... see below
- Chief Complaint:................. neck pain, R shld pain, R elbow/wrist pain
- Onset of Symptoms:.......... 1/30/18
- History of Current Complaint/Mechanism of Injury:.......... overuse

==========================================

- Functions/Factors that increase symptoms:....... work
- Functions/Factors that decrease symptoms:.... rest

- Diagnostic Tests:.............. No diagnostic tests performed.

Screening for Red Flags: Patient denies : History of Trauma, Fever, History of Cancer, Unexplained Weight Loss, Bowel/Bladder Dysfunction, Saddle Anesthesia, History of Recent Infection, Severe, Unremitting Night Pain, and Signs and Symptoms of Vertebrobasilar Insufficiency
*

=============================================================

49 y.o. female
3 yrs at TOYOTA

pain:
neck 6-8/10
R shld 0-6/10
R elbow: 0-3/10
R Wrist: 0-5/10 (medial aspect)

[Digital Signature Validated]

MEDS:
Hormone replacement therapy
methotrexate
nexium
zyrtec
vitamins

PMHX:
hysterectomy 2006 (total)
psoriatic arthritis 2018
GERD
seasonal allergies
L ankle pain/injury 2015
R foot injury (per patient injured "my arch" while in PT in the past at off-site location)

---

FH, scap protracted posture

AROM Cspine
flexion wnl
ext 25% decr
SB R wnl
SB L 25% decr with increased R UT "tightness"
ROT R wnl
ROT L 25% decr with increased R UT "tightness"

AROM UEs wnl/wfl
grip (lbs):
R 75
L 60
R handedness

hypomobility Tspine unilateral PA glides

ttp R lateral wrist, R cervical parasp, R Mid trap/rhomboids, R UT/levator scap

derm: intact bilat C3-T1 derm fine touch
DTR 2+ bilat C5/6, 1 bilat C7

negative:
R phalen's
R tinel's at cubital and carpal tunnels

+ R shld KH test

[Digital Signature Validated]

*

*

**FUNCTIONAL OUTCOME MEASURE**
Neck Disability Index score (Minimum Clinically Important Change = 10 percentage points) = PERCENTAGE SCORE+%, which equals NECK DISABILITY INDEX RAW SCORE
*

===============================================================

**3. PT-TESTS: CERVICAL/THORACIC**

**Special Tests:**
Special Tests done: SPECIAL TESTS

*

===============================================================

**Physical Therapy Treatment**
Physical Therapy treatment(s) done for Jamie Reece :
**MODALITIES:**
Ice Cspine/R shld x15min, supine, normal tissue response

**MANUAL THERAPY**
No manual therapy done

[Digital Signature Validated]

**THERAPEUTIC PROCEDURES**
Therapeutic Exercise
- THERAPEUTIC EXERCISE: see scanned doc Duration 10 minutes.

*
==========================================================

**ASSESSMENT/GOALS**

**ASSESSMENT**
*
Jamie Reece has been found to have impaired: Range of Motion and Posture, which are consistent with the PT Practice Pattern of: Impaired Joint Mobility, Motor Function, Muscle Performance, and Range of Motion Associated With Connective Tissue Dysfunction
The impairments listed above have led to a decline in the patient's ADL/functional performance. DX: CERVICOTHORACIC MYOFASCIAL STRAINS/PAIN, R SHLD RTC TENDONITIS, RESOLVING R MEDIAL EPICONDYLITIS?, RESOLVING DEQUERVEIN'S R?, LIKELY ULNAR N. NEURITIS
As a result, the patient would benefit from skilled Physical Therapy services and has fair rehab potential.
**GOALS:**

*
==========================================================

## Assessment

- Cervical myofascial strain, initial encounter 847.0/S16.1XXA
- Rotator cuff tendonitis, right 726.10/M75.81
- Elbow joint pain 719.42/M25.529
- Wrist pain 719.43/M25.539

tolerated all Rx well

prob list
1. neck/upper back pain, R shld pain, R UE n/t, R elbow/wrist pain
2. decr arom cspine
3. decr strength? Further test later
4. fxl decline

[Digital Signature Validated]

stg 1-2wk
1, indep with HEP/self care
2. able to progress TE without difficulty

ltgs 4-6wks
1. 75%+ decr overall pain
2. arom to wnl/wfl throughout
3. able to tolerate testing and reveal 5/5 strength throughout
4. RTW full duty without problems

## Plan

**Orders**

- Physical Therapy evaluation: moderate complexity (97162) - - 02/13/2018
- Therapeutic procedure, 1 or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility (97110) - - 02/13/2018
- Application of a modality to 1 or more areas; hot or cold packs (97010) - - 02/13/2018
- ALT: Ancillary Visit - Health Center Patient (99199LX) - - 02/13/2018

**Instructions**

- PLAN: Patient to attend Physical Therapy _2_ time(s)/week, for _4-6___ weeks.
- Physical Therapy treatment will include one or more of the following:
- Cryotherapy.
- Moist Heat Packs.
- Electrical Stimulation.
- Therapeutic Exercise.
- Neuromuscular Re-Education.
- Other Manual Therapy Techniques
- Patient Education/Home Exercise Program.
- Self-care/home management training.

**Electronically Signed by:** Todd Brockman, PTMS,DPT -Author on February 20, 2018 07:23:53 PM

[Digital Signature Validated]

# Quick Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Jamie Reece | **Visit Date:** | March 22, 2018 |
| **Patient ID:** | 95270 | **Provider:** | Todd Brockman, PTMS,DPT |
| **Sex:** | Female | **Location:** | TMEC |
| **Birthdate:** | | **Location Address:** | 1001 Cherry Blossom Way<br>Georgetown, KY 403249999 |
| | | **Location Phone:** | 502-868-2944 |

## History Of Present Illness

**Physical Therapy Follow-up Visit:**

**SUBJECTIVE:**

Jamie Reece presents today, 3/22/18 for Physical Therapy follow-up for CERVICOTHORACIC MYOFASCIAL STRAINS/PAIN, R SHLD RTC TENDONITIS, RESOLVING R MEDIAL EPICONDYLITIS?, DEQUERVEINS R, LIKELY ULNAR N. NEURITIS R
This is visit number 10 for this episode of care.
Jamie Reece reports: no problems with home or clinic PT. Increased R UE, neck, R shld pain following arthrogram test.
EMG/NCV test earlier today : negative.

**OBJECTIVE FINDINGS:**

ttp R cervical parasp, R mid trap/rhomboids, R UT/levator scap, R lateral wrist

**TREATMENT:**

Physical Therapy treatment(s) done for Jamie Reece :
Therapeutic Modalities: IFC Estim UT/levator scap/mid trap/rhohmoids with ice Cspine, R shld x15min, normal tissue response (supine)

*

Manual Therapy: 10min, seated, STM UT/levator scap/mid trap/rhomboids,//PA glides Tspine gr I-III, normal tissue response --deferred today

*

Therapeutic Procedures: see below

[Digital Signature Validated]

*

arthrogram/MRI R shld 3/20/18:
successful MRI
mild fraying supraspinatus/infraspinatus
mild AC OA noted

Patient reports IHS 2000 already called and explained MRI results, but wanted me to review some more and answer some questions so I did that

As of 3/5/18:
Grip (lbs)
R 76
L 70

AROM Cspine wnl/wfl except 25% decr ext with increased "base of neck" pain
AROM UEs wnl/wfl

no ttp UEs except R lateral wrist
+ finkelstein's test R, neg on L
neg tinel's at cubital/carpal tunnels R

Rx today:

TE LOG:
UBE retro 5min, L1 with postural cues
AROM Cspine flexion x30
AROM Cspine rotations x30
shld circles x30
UBE retro 5min, L7 with postural cues--patient wanted to skip this until MRI is done, so skipped

NMR:
chin tucks 5sec holds x3min
isometric scap retractions 10sec holds x3min

Total TE +NMR: 25min

## Assessment

- Cervical myofascial strain, initial encounter 847.0/S16.1XXA
- Rotator cuff tendonitis, right 726.10/M75.81
- Elbow joint pain 719.42/M25.529
- Wrist pain 719.43/M25.539

tolerated all Rx well

prob list

[Digital Signature Validated]

1. neck/upper back pain, R shld pain, R UE n/t, R elbow/wrist pain
2. decr arom cspine
3. decr strength? Further test later
4. fxl decline

Goals as of 3/5/18:
stg 1-2wk
1, indep with HEP/self care: MET
2. able to progress TE without difficulty: MET

ltgs 4-6wks
1. 75%+ decr overall pain: UNMET, PROGRESSING
2. arom to wnl/wfl throughout: UNMET, PROGRESSING
3. able to tolerate testing and reveal 5/5 strength throughout: DEFERRED EXCEPT GRIP WNL R AND L
4. RTW full duty without problems: UNMET, UNCHANGED

## Plan

**Orders**

- 2 - Therapeutic procedure, 1 or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility (97110) - - 03/22/2018
- Application of a modality to 1 or more areas; electrical stimulation (unattended) (97014) - - 03/22/2018
- Application of a modality to 1 or more areas; hot or cold packs (97010) - - 03/22/2018
- ALT: Ancillary Visit - Health Center Patient (99199LX, 99199LX, 99199LX, 99199LX, 99199LX, 99199LX, 99199LX, 99199LX, 99199LX, 99199LX) - - 03/22/2018

**Instructions**

- PLAN: Patient to attend Physical Therapy _2_ time(s)/week, for _4-6___ weeks.
- Physical Therapy treatment will include one or more of the following:
- Cryotherapy.
- Moist Heat Packs.
- Electrical Stimulation.
- Therapeutic Exercise.
- Neuromuscular Re-Education.
- Other Manual Therapy Techniques
- Patient Education/Home Exercise Program.
- Self-care/home management training.

**Electronically Signed by:** Todd Brockman, PTMS,DPT -Author on March 22, 2018 08:07:22 PM

[Digital Signature Validated]

Central Kentucky Radiology, PLLC
www.ckr.net

Final Report

| | |
|---|---|
| NAME: | REECE, JAMIE H |
| D.O.B. / SEX: | / Female |
| MRN / ACC#: | 77390 / KY180227053557762 |
| ORDERING PHYSICIAN: | Debra Schilder, PA-C, |
| EXAM REQUESTED: | 73030--SHOULDER MIN 2 VWS RIGHT SHOULDER |
| FACILITY: | Toyota Georgetown |
| DATE: | 2/27/2018 |
| RADIOLOGIST NAME: | Kenney III, MD, Charles M. |

**CLINICAL HISTORY:**
RIGHT SHOULDER- 3 VIEWS

HISTORY: NECK PAIN, RIGHT SHOULDER PAIN

OCCUPATIONAL XRAYS

**FINDINGS:**

RIGHT SHOULDER
Three views demonstrate no acute fracture or dislocation. There is minimal a.c. and glenohumeral joint degenerative change. The visualized bony structures are well aligned. No soft tissue abnormality is seen.

IMPRESSION:
No acute process.

Authenticated by Kenney III, MD, Charles M. on 2/28/2018 8:03:50 AM, Eastern Time

LEXINGTON DIAGNOSTIC CENTER & OPEN MRI

1725 Harrodsburg Road, Suite 100
Lexington, KY 40504
T: 859 278-7226 F: 859 276-1540
www.LexingtonDiagnostic.com

| | | | |
|---|---|---|---|
| **Exam Date:** | March 20, 2018 13:39 | **Referred by:** | SCHILDER, PA-C, DEBRA |
| **Patient Information:** | REECE, JAMIE | | FAX (502) 868-4998 |
| **Patient ID:** | 638975 | | GEORGETOWN, KY 40324 |
| **Accession Number:** | EABF | | (502) 868-4981 |
| **Date of Birth:** | | | |

Page 1 of 1

**EXAMINATION:** MRI of the right shoulder post intra-articular joint injection.

**SEDATION:** None.

**HISTORY:** On-the-job injury. Right shoulder and arm pain with limited range-of-motion.

**COMPARISON:** Comparison is made with prior x-rays from 2/27/2018.

**PROCEDURE:** MRI of the right shoulder post intra-articular joint injection using the 3T magnet. Axial, coronal, and sagittal T1 weighted with fat saturation, coronal and sagittal T2 weighted with fat saturation, and sagittal T1 weighted scans were performed.

**FINDINGS:** There is minimal tearing seen along the articular surface of the supraspinatus and infraspinatus. No full-thickness rotator cuff fraying is evident. There is intra-articular contrast present. There are mild acromioclavicular joint osteoarthritic changes. A discreet labral tear is not visualized. The long head of the biceps tendon remains within the bicipital groove and attaches normally to the superior labrum. The visualized shoulder musculature images normally. There are subchondral cystic changes seen along the humeral head at the posterior superior border.

**IMPRESSION:**

1. There is mild fraying along the articular surface of the supraspinatus and infraspinatus. No full-thickness rotator tearing is evident.

2. Mild acromioclavicular joint osteoarthritic changes.

DICOM format images are available to non-affiliated external healthcare facilities or entities for follow-up and comparison on InteleConnect with an InteleConnect sign-on and password. For access, please contact our office. The patient was also given a CD containing the DICOM format images at no additional charge.

Electronically signed by: JASON S. HARRIS, M.D. (Mar 20, 2018 18:22:10)

**Reporting Radiologist:** HARRIS, M.D., JASON S.
Jason S. Harris, M.D.
Medical Director

| | |
|---|---|
| **Date Dictated:** | March 20, 2018 16:54 |
| **Date Transcribed:** | March 20, 2018 17:34 |
| **Transcriptionist:** | H, Pam |

Attn: DR. Tutt
Fax: 859 258 651
RE: Jamie Reece
Neurosurgery eval 5/14

**Patrick K Leung, M.D., PSC**
**Neurodiagnostic Laboratory**
1401 Harrodsburg Road, C-225
Lexington, KY 40504
Phone: (859) 373-0700
Fax: (859) 422-3994

**Test Date:** 3/22/2018

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | Jamie Reece | **DOB:** | | **Physician:** | Patrick Leung, M.D. |
| **Sex:** | Female | **Height:** | 5' 7" | **Ref Phys:** | Debra Schilder, P.A. |
| **ID#:** | 18-0259 | **Weight:** | 160 lbs. | **Technician:** | Robert Allen, R. NCST, BS |

**History:**
This is a 49 year old female who has pain in her right arm and hand. She has numbness, weakness and tingling in her right hand.

DOI: 1/30/18 Claim #: SA211932 PVY Employee #:77390

## Nerve Conduction Studies

**Anti Sensory Summary Table**

| Site | NR | Onset (ms) | Peak (ms) | Norm Peak (ms) | O-P Amp (µV) | Norm O-P Amp | Site1 | Site2 | Delta-P (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Right Radial Anti Sensory (Base 1st Digit)** | | | | | | | | | | | | |
| Wrist | | 1.4 | 2.0 | <2.9 | 39.8 | >20 | Wrist | Base 1st Digit | 2.0 | 10.0 | 50 | |
| Site 2 | | 1.4 | 2.0 | | 42.2 | | | | | | | |

**Ortho Sensory Summary Table**

| Site | NR | Onset (ms) | Peak (ms) | Norm Peak (ms) | O-P Amp (µV) | Norm O-P Amp | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Right Median Ortho Sensory (Wrist)** | | | | | | | | | | | | |
| Palm | | 1.4 | 1.8 | <2.3 | 116.8 | >50 | Palm | Wrist | 1.4 | 8.0 | 57 | |
| Site 2 | | 1.4 | 1.8 | | 114.3 | | | | | | | |
| **Right Ulnar Ortho Sensory (Wrist)** | | | | | | | | | | | | |
| Palm | | 1.2 | 1.7 | <2.3 | 48.9 | >15 | Palm | Wrist | 1.2 | 8.0 | 67 | |
| Site 2 | | 1.2 | 1.7 | | 47.9 | | | | | | | |

**Motor Summary Table**

| Site | NR | Onset (ms) | Norm Onset (ms) | O-P Amp (mV) | Norm O-P Amp | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Right Median Motor (Abd Poll Brev)** | | | | | | | | | | | |
| Wrist | | 3.6 | <4.5 | 10.1 | >4 | Wrist | Abd Poll Brev | 3.6 | 7.0 | 19 | |
| Elbow | | 7.3 | | 9.8 | | Elbow | Wrist | 3.7 | 22.5 | 61 | >48 |
| **Right Ulnar Motor (Abd Dig Minimi)** | | | | | | | | | | | |
| Wrist | | 2.4 | <3.6 | 8.5 | >6 | Wrist | Abd Dig Minimi | 2.4 | 6.5 | 27 | |
| B Elbow | | 5.7 | | 8.2 | | B Elbow | Wrist | 3.3 | 21.5 | 65 | >51 |
| A Elbow | | 7.2 | | 8.2 | | A Elbow | B Elbow | 1.5 | 10.0 | 67 | >51 |

From: Jenna @ MSMM (WC)
ph 502-570-6628

**F Wave Studies**

| NR | F-Lat (ms) | Lat Norm (ms) | L-R F-Lat (ms) | L-R Lat Norm |
|---|---|---|---|---|
| Right Median (Mrkrs) (Abd Poll Brev) | | | | |
| | 25.85 | <33 | | <2.2 |
| Right Ulnar (Mrkrs) (Abd Dig Min) | | | | |
| | 24.97 | <36 | | <2.5 |

**EMG**

| Side | Muscle | Nerve | Root | Ins Act | Fibs | Psw | Fasic | Amp | Dur | Poly | Recrt | Int Pat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Right | 1stDorInt | Ulnar | C8-T1 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Abd Poll Brev | Median | C8-T1 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | PronatorTeres | Median | C6-7 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Biceps | Musculocut | C5-6 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Triceps | Radial | C6-7-8 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Deltoid | Axillary | C5-6 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Supraspinatus | SupraScap | C5-6 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Cervical Parasp Up | Rami | C1-3 | Nml | Nml | Nml | 0 | | | | | |
| Right | Cervical Parasp Mid | Rami | C4-6 | Nml | Nml | Nml | 0 | | | | | |

**Impression:**

**Normal right arm.**

**No evidence of carpal tunnel syndrome, other focal nerve entrapment or cervical radiculopathy.**

Patrick Leung, M.D.

# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Jamie Reece | **Visit Date:** | March 29, 2018 |
| **Patient ID:** | 95270 | **Provider:** | Debra Schilder, PA-C |
| **Sex:** | Female | **Location:** | 2000 Clinic |
| **Birthdate:** | | **Location Address:** | 1001 Cherry Blossom Way<br>Georgetown, KY 403249999 |
| | | **Location Phone:** | (502) 868-4961 |

## Chief Complaint

- right shoulder
- Right wrist
- neck

ID # 77390

LT230 Lexus Paint Finish
2nd shift
full time
GL: Brad McKinney

case#548495
BODY PART Right Shoulder/ neck / Right wrist /right hand / RUE
DOI: 1/30/2018

f/u occ. Right neck/right shoulder/RUE. Restricted. TM states she has had some improvement. TM states her arm is hurting less than it was before. TM says she still has trouble sleeping at night. TM states her PT is on hold per her physical therapist. TM states he told her it wasn't helping so he put it on hold. TM denies any new complaints. TLM RN

## History Of Present Illness

See CC. TM states that her right shoulder is still hurting a lot, but better, than on Friday. TM states she can not take it any more. She is tired of being in pain and PT is not helping. Actually, felt like PT was making it worse. Most of her pain is in the anterior shoulder. Still getting intermit. n/t down the arm, despite normal NCV/EMG. TM states her arm hurts, if it hangs down to her side. Tends to keep it close to her body. Being on restricted duty/sedentary has helped.

## Additional Info (PFSH)

Reviewed TLM RN

## Review of Systems

**Constitutional**
- **Denies** : no complaints

**Neurologic**
- **Admits** : tingling or numbness down the right arm, but little better with less activity.

**Musculoskeletal**
- **Admits** : shoulder pain- see HPI

## Vitals

| Date | Time | BP | Position | Site | L\R | Cuff Size | HR | RR | TEMP(°F) | WT | HT | BMI kg/$m^2$ | BSA $m^2$ | O2 Sat | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

[Digital Signature Validated]

# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Jamie Reece | **Visit Date:** | March 29, 2018 |
| **Patient ID:** | 95270 | **Provider:** | Debra Schlider, PA-C |
| **Sex:** | Female | **Location:** | 2000 Clinic |
| **Birthdate:** | | **Location Address:** | 1001 Cherry Blossom Way<br>Georgetown, KY 403249999 |
| | | **Location Phone:** | (502) 868-4961 |

## Chief Complaint

- right shoulder
- Right wrist
- neck

ID # 77390

LT230 Lexus Paint Finish
2nd shift
full time
GL: Brad McKinney

case#548495
BODY PART Right Shoulder/ neck / Right wrist /right hand / RUE
DOI: 1/30/2018

f/u occ. Right neck/right shoulder/RUE. Restricted. TM states she has had some improvement. TM states her arm is hurting less than it was before. TM says she still has trouble sleeping at night. TM states her PT is on hold per her physical therapist. TM states he told her it wasn't helping so he put it on hold. TM denies any new complaints. TLM RN

## History Of Present Illness

See CC. TM states that her right shoulder is still hurting a lot, but better, than on Friday. TM states she can not take it any more. She is tired of being in pain and PT is not helping. Actually, felt like PT was making it worse. Most of her pain is in the anterior shoulder. Still getting intermit. n/t down the arm, despite normal NCV/EMG. TM states her arm hurts, if it hangs down to her side. Tends to keep it close to her body. Being on restricted duty/sedentary has helped.

## Additional Info (PFSH)

Reviewed TLM RN

## Review of Systems

**Constitutional**
- **Denies** : no complaints

**Neurologic**
- **Admits** : tingling or numbness down the right arm, but little better with less activity.

**Musculoskeletal**
- **Admits** : shoulder pain- see HPI

## Vitals

| Date | Time | BP | Position | Site | L\R | Cuff Size | HR | RR | TEMP(°F) | WT | HT | BMI kg/m² | BSA m² | O2 Sat | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

[Digital Signature Validated]

03/29/2018 10:01 PM 110/74 Sitting 74 - R 16 98.2 99 %

## Physical Examination

**Constitutional**
- **Appearance** : well-nourished, well developed, alert, in no acute distress

**Neck**
- **Inspection/Palpation** : normal appearance, no masses. Tender over the right lateral side/levator scapula of her neck and above the right clavicle and below the right clavicle without swelling, warmth, or erythema. Tender into the pectoralis muscle near the anterior shoulder.
- **Range of Motion** : cervical range of motion within normal limits, but pain with extension of neck > flexion. Pain with Spurling's test down the right arm

**Musculoskeletal**
- **Right Upper Extremity :**
  - **Inspection/Palpation** : shoulder: tender over the anterior shoulder and some over the teres minor. Elbow: tender over the medial epicondyle. Wrist: no real tenderness. Fingers: no tenderness. Normal skin color and temp. down arm. n/v intact. No swelling or erythema of joints.
  - **Joint Stability** : shoulder: Pain with empty can and full can test today. Neg. Hawkin's test. Neg. Neer's test. Elbow/wrist joints are stable.
  - **Range of Motion** : shoulder: full ROM with pain reaching across the body and with lateral abduction at about 100 degrees. Able to internally and externally rotate shoulder without pain. Pain reaching behind the body at about L1. Elbow: full ROM with some soreness with flexion. Wrist: full ROM. Neg. Finkelstein's test today.
- **Left Upper Extremity** :
  - **Inspection/Palpation** : no tenderness to palpation
  - **Joint Stability** : shoulder, elbow and wrist joint stability normal
  - **Range of Motion** : range of motion normal, no joint crepitus present, no pain with joint motion

**Neurologic**
- **Mental Status Examination :**
  - **Orientation** : grossly oriented to person, place and time
- **Motor Examination :**
  - **RUE Strength** : strength normal
  - **RUE Motor Function** : tone normal, muscle bulk normal, no abnormal movements noted
  - **LUE Strength** : strength normal
  - **LUE Motor Function** : tone normal, muscle bulk normal, no abnormal movements noted
- **Sensation :**
  - **Light Touch** : sensation intact to light touch in extremities with numbness into fingers with Tinel's test and reverse Phalen's test and mild discomfort with Phalen's test on right side.

## Assessment

- Neck and right shoulder pain/upper trapezius 723.1/M54.2
  -MRI- mild fraying of the supraspinatus and infraspinatus and some mild AC joint OA
- Medial epicondylitis of right elbow 726.31/M77.01
- Wrist pain, acute, right 719.43/M25.531
- Acute Right Neuritis of upper extremity 354.8/M79.2
  -Neg. NCV/EMG

## Plan

**Orders**
- ALT: OCC - Follow-up (OCINJFU) - - 03/29/2018
- ALT: Provider - Occupational Visit (OCCPROV) - - 03/29/2018

**Medications**
- cyclobenzaprine 10 mg oral tablet
  SIG: take 1 tablet by oral route once a day (at bedtime) as needed for 15 days
  DISP: (15) tablets with 0 refills
  **Prescribed on 03/29/2018**

- methocarbamol 750 mg oral tablet
  SIG: take 1 tablet by oral route QHS PRN

[Digital Signature Validated]

03/29/2018 10:01 PM 110/74 Sitting 74 - R 16 98.2 99 %

## Physical Examination

**Constitutional**

- **Appearance** : well-nourished, well developed, alert, in no acute distress

**Neck**

- **Inspection/Palpation** : normal appearance, no masses. Tender over the right lateral side/levator scapula of her neck and above the right clavicle and below the right clavicle without swelling, warmth, or erythema. Tender into the pectoralis muscle near the anterior shoulder.
- **Range of Motion** : cervical range of motion within normal limits, but pain with extension of neck > flexion. Pain with Spurling's test down the right arm

**Musculoskeletal**

- **Right Upper Extremity** :
  - **Inspection/Palpation** : shoulder: tender over the anterior shoulder and some over the teres minor. Elbow: tender over the medial epicondyle. Wrist: no real tenderness. Fingers: no tenderness. Normal skin color and temp. down arm. n/v intact. No swelling or erythema of joints.
  - **Joint Stability** : shoulder: Pain with empty can and full can test today. Neg. Hawkin's test. Neg. Neer's test. Elbow/wrist joints are stable.
  - **Range of Motion** : shoulder: full ROM with pain reaching across the body and with lateral abduction at about 100 degrees. Able to internally and externally rotate shoulder without pain. Pain reaching behind the body at about L1. Elbow: full ROM with some soreness with flexion. Wrist: full ROM. Neg. Finkelstein's test today.
- **Left Upper Extremity** :
  - **Inspection/Palpation** : no tenderness to palpation
  - **Joint Stability** : shoulder, elbow and wrist joint stability normal
  - **Range of Motion** : range of motion normal, no joint crepitus present, no pain with joint motion

**Neurologic**

- **Mental Status Examination** :
  - **Orientation** : grossly oriented to person, place and time
- **Motor Examination** :
  - **RUE Strength** : strength normal
  - **RUE Motor Function** : tone normal, muscle bulk normal, no abnormal movements noted
  - **LUE Strength** : strength normal
  - **LUE Motor Function** : tone normal, muscle bulk normal, no abnormal movements noted
- **Sensation** :
  - **Light Touch** : sensation intact to light touch in extremities with numbness into fingers with Tinel's test and reverse Phalen's test and mild discomfort with Phalen's test on right side.

## Assessment

- Neck and right shoulder pain/upper trapezius 723.1/M54.2
  -MRI- mild fraying of the supraspinatus and infraspinatus and some mild AC joint OA
- Medial epicondylitis of right elbow 726.31/M77.01
- Wrist pain, acute, right 719.43/M25.531
- Acute Right Neuritis of upper extremity 354.8/M79.2
  -Neg. NCV/EMG

## Plan

**Orders**

- ALT: OCC - Follow-up (OCINJFU) - - 03/29/2018
- ALT: Provider - Occupational Visit (OCCPROV) - - 03/29/2018

**Medications**

- cyclobenzaprine 10 mg oral tablet
  SIG: take 1 tablet by oral route once a day (at bedtime) as needed for 15 days
  DISP: (15) tablets with 0 refills
  **Prescribed on 03/29/2018**

- methocarbamol 750 mg oral tablet
  SIG: take 1 tablet by oral route QHS PRN

DISP: (15) tablets with 0 refills
**Discontinued on 03/29/2018**

**Instructions**

- 1. RTW with same work restrictions
- 2. Refer to Dr. Donegan
- 3. Hold PT
- 4. Stop methocarbamol, since it is not helping. Try cyclobenzaprine at bedtime to help her rest.
- 5. Follow up after seen by specialist or sooner if needed.

**Referrals**

- ID: 14260 Date: 03/29/2018 Type: Outbound
  Referral To: Orthopedic Specialist Specialty: Orthopedic Surgery
  Reason: please eval. and treat

**Electronically Signed by:** Debra Schilder, PA-C -Author on March 29, 2018 10:55:42 PM

[Digital Signature Validated]

DISP: (15) tablets with 0 refills
**Discontinued on 03/29/2018**

**Instructions**

- 1. RTW with same work restrictions
- 2. Refer to Dr. Donegan
- 3. Hold PT
- 4. Stop methocarbamol, since it is not helping. Try cyclobenzaprine at bedtime to help her rest.
- 5. Follow up after seen by specialist or sooner if needed.

**Referrals**

- ID: 14260 Date: 03/29/2018 Type: Outbound
  Referral To: Orthopedic Specialist Specialty: Orthopedic Surgery
  Reason: please eval. and treat

**Electronically Signed by:** Debra Schilder, PA-C -Author on March 29, 2018 10:55:42 PM

[Digital Signature Validated]

**Patient:** 198482 - Jamie Reece
**DOB:**

**Date:** 04/04/2018 14:45
**Provider:** Donegan, Ryan Patrick MD
**Encounter:** WC NEW PATIENT

## ACTIVE PROBLEMS
- Bone Pain in the Heel Left
- Joint Pain, Localized in the Shoulder

## CHIEF COMPLAINT
The Chief Complaint is: Rt shoulder pain.

## REFERRED HERE
Referred by Toyota.

## HISTORY OF PRESENT ILLNESS
Jamie Reece is a 49 year old female.
• Symptoms burning
pinching
numbness
stiffness.
• Medication list reviewed.
• Sharp pain Symptoms • Pain is throbbing • Pain is dull, aching
Please rate pain on scale of 1 - 10: 4
Medications used for this condition: OTC, NSAID's
No Previous Treatment

Patient complains of right shoulder and right-sided neck pain since January. There was no traumatic event. She likely feels that this is related to repetitive use at work. She states that repetitive head movement and shoulder motion makes her symptoms worse. PT for the shoulder only exacerbates her symptoms. She does have numbness in her hand and fingers. Pain radiates up the side of her neck into her jaw area on occassion and there is pain that radiates into the chest and posterior shoulder as well. Ibuprofen and muscle relaxants have not helped.

## CURRENT MEDICATION
- Cyclobenzaprine HCl 10MG Oral Tablet 15 days, 0 refills
- Folic Acid 1MG Oral Tablet 90 days, 0 refills
- GoodSense Esomeprazole 20MG Oral Capsule Delayed Release 90 days, 0 refills
- Methotrexate 2.5MG Oral Tablet 29 days, 0 refills
- ZyrTEC Allergy 10 MG Tablet once a day 0 days, 0 refills

## PAST MEDICAL/SURGICAL HISTORY
**Reported:**
Medical: Arthritic joint problems.
Past medical history non-contributory

anemia.
**Surgical:**
- Hysterectomy

## PREVIOUS THERAPY
- History of orthopedic options: physical therapy

## SOCIAL HISTORY
Diet: No recent change in diet.
Behavioral: No caffeine use, no tobacco use, not a current smoker, and smoking status: Never smoker.
Alcohol: Alcohol use.
Drug Use: Not using drugs.
Habits: Exercising regularly.

## ALLERGIES
- anti-inflammatories

## FAMILY HISTORY
Osteoporosis
**Maternal:**
Heart disease
Osteoporosis

## REVIEW OF SYSTEMS
**Systemic:** Not feeling tired (fatigue), no recent weight loss, and no recent weight gain. No edema.
**Head:** No headache and no sinus pain.
**Eyes:** No vision problems. Vision problems. No glaucomatous visual field defect.
**Otolaryngeal:** No hearing loss and no tinnitus. No nasal symptoms.
**Cardiovascular:** No chest pain or discomfort and no palpitations.
**Pulmonary:** No daytime asthma symptoms, no cough, and no chronic cough. No wheezing.
**Gastrointestinal:** No heartburn and no abdominal pain.
**Endocrine:** No hot flashes and no muscle weakness.
**Hematologic:** No easy bleeding and no tendency for easy bruising.
**Musculoskeletal:** No lower back pain. No soft tissue swelling and no localized joint pain.
**Neurological:** No dizziness, no convulsions, and no numbness.
**Psychological:** No anxiety, no emotional lability, no depression, and no insomnia. Not crying for no reason.
**Skin:** Dry skin psoriasis. No rash and no ulcers.
**Allergic and Immunologic:** No complaint of seasonal allergic reaction.

**Patient:** 198482 - Jamie Reece
**DOB:**

**Date:** 04/04/2018 14:45
**Provider:** Donegan, Ryan Patrick MD
**Encounter:** WC NEW PATIENT

## PHYSICAL FINDINGS

- Vitals taken 04/04/2018 03:01 pm
  kns

| | |
|---|---|
| BP-Sitting | 120/73 mmHg |
| Pulse Rate-Sitting | 77 bpm |
| Height | 67 in |
| Weight | 160 lbs |
| Body Mass Index | 25.1 kg/m2 |
| Body Surface Area | 1.84 m2 |

Patient is awake and alert. Well groomed and nourished. No acute distress. Normal gait and station

No skin changes to the right arm or neck.

No bunion deformities or joint effusions in the arm or shoulder

There is cervical pain and spasm on palpation today and over the trapezius. Pain with cervical flexion and lateral flexion to the left. Distraction test is negative. Hoffmans negative. negative TOS signs and peripheral compression signs. Her hand did become painful and tingling throughout the cervical exam.
shoulder shows full motion without pain. No strength defcit or pain with supra, subcap or infra testing. Labral sheer test is negative. No biceps pain. No AC joint pain. NO instability.

Normal sensation. no atrophy. +2 radial pulse.

## TESTS

MR arthrogram of the right shoulder shows cuff tendinopathy and fraying but no tears.

Cervical x-ray shows kyphosis and mild degenerative changes in multiple levels.

## ASSESSMENT

Cervical radiculopathy

## PREVIOUS TESTS

**Imaging:**
**X-Ray:**
An X-ray was performed.
**MRI Scan:**
An MRI was performed.

**Patient:** 198482 - Jamie Reece
**DOB:**

**Date:** 04/04/2018 14:45
**Provider:** Donegan, Ryan Patrick MD
**Encounter:** WC NEW PATIENT

## THERAPY

• Clinical summary provided to patient.

## PLAN

- **Other**
  Radiology/MRI: MRI Cervical Spine
  Instructions: c-spine
  Neurontin 300 MG capsule, 1 every bedtime, 14 days, 0 refills

She has a benign shoulder exam. There is no pain or strength deficit noted on exam. I cannot reproduce her symptoms with shoulder exam. I think this is a more proximal issue. I recommended MRI of the cervical spine. We'll see her back after the test. I've advised her to hold off on therapy for her shoulder due to the exacerbating her symptoms. We gave her Neurontin for nighttime discomfort. This may need to be titrated. She understands the risks and benefits of the medication.

## NOTES

***This dictation was done with voice recognition software and may contain errors and omissions.***

Electronically signed by Cheslee Bloyd, PA-C

**Ryan Patrick Donegan MD**
**Electronically signed by: Ryan Donegan Date: 04/04/2018 16:07**

American Imaging Consultants, PLLC
*Your Strategic Partner for Teleradiology Solutions*

Dale R. Absher, M.D.
J. Alex Harper, M.D.
Charles M. Kenney III, M.D.
Jon K. Kostelic, M.D.
A. David Westerfield IV, M.D.

Final Report

| | |
|---|---|
| NAME: | REECE, JAMIE |
| D.O.B. / SEX: | / Female |
| MRN / ACC#: | 198482 / 1609591 |
| ORDERING PHYSICIAN: | RYAN DONEGAN MD, |
| EXAM REQUESTED: | 72141--MRI CERVICAL SPINE W/O CONTRAST |
| FACILITY: | Bluegrass Orthopaedics |
| DATE: | 4/10/2018 |
| RADIOLOGIST NAME: | Kostelic, Jon |

**CLINICAL HISTORY:**

right upper ext pain.

**FINDINGS:**

Multiplanar MR imaging of the cervical spine was performed without contrast. On the sagittal T2-weighted images, there is mild decreased signal throughout the cervical disks. There is no evidence of fracture. The vertebral alignment is normal. There is apparent subtle increased signal within the cervical cord at the C6 level of uncertain significance. This is not well seen on axial images. No significant canal stenosis is identified. The cervicomedullary junction is normal.

C2-3: There is no significant canal stenosis or neural foraminal narrowing.

C3-4: There is no significant canal stenosis or neural foraminal narrowing.

C4-5: There is a mild diffuse disc bulge. There is mild bilateral neuroforaminal narrowing.

C5-6: There is no significant canal stenosis or neural foraminal narrowing.

C6-7: There is no significant canal stenosis or neural foraminal narrowing.

C7-T1: There is no significant canal stenosis or neural foraminal narrowing.

IMPRESSION:
1. Mild diffuse disc bulge and mild bilateral neuroforaminal narrowing at C4-5.
2. Possible subtle increased signal within the cervical cord at the C6 level. This is of uncertain significance. Clinical correlation is recommended.

Authenticated by Kostelic, Jon on 4/10/2018 3:19:56 PM, Eastern Time

**Patient:** 198482 - Jamie Reece
**DOB:**

**Date:** 04/11/2018 15:00
**Provider:** Donegan, Ryan Patrick MD
**Encounter:** WC FOLLOW UP/EST

## ACTIVE PROBLEMS
- Bone Pain in the Heel Left
- Joint Pain, Localized in the Shoulder

## CHIEF COMPLAINT
The Chief Complaint is: F/u after RMI c-spine.

## REFERRED HERE
Referred by Toyota.

## HISTORY OF PRESENT ILLNESS
Jamie Reece is a 49 year old female.
- Medication list reviewed.

Patient's in today for follow-up on her C-spine MRI. She states the Neurontin has helped her pain. The pain over the anterior chest wall and around the clavicle and some of the numbness has been improved. She still has some mild anterior shoulder pain.

## CURRENT MEDICATION
- Cyclobenzaprine HCl 10MG Oral Tablet 15 days, 0 refills
- Folic Acid 1MG Oral Tablet 90 days, 0 refills
- GoodSense Esomeprazole 20MG Oral Capsule Delayed Release 90 days, 0 refills
- Methotrexate 2.5MG Oral Tablet 29 days, 0 refills
- Neurontin 300MG Oral Capsule 1 every bedtime, 14 days, 0 refills
- ZyrTEC Allergy 10 MG Tablet once a day 0 days, 0 refills

## PAST MEDICAL/SURGICAL HISTORY
**Reported:**
Medical: Arthritic joint problems.
Past medical history non-contributory
anemia.
**Surgical:**
- Hysterectomy

## PREVIOUS THERAPY
- History of orthopedic options: physical therapy

## SOCIAL HISTORY

**Patient:** **198482 - Jamie Reece**
**DOB:**

**Date:** **04/11/2018 15:00**
**Provider:** **Donegan, Ryan Patrick MD**
**Encounter:** **WC FOLLOW UP/EST**

Diet: No recent change in diet.
Behavioral: No caffeine use, no tobacco use, not a current smoker, and smoking status: Never smoker.
Alcohol: Alcohol use.
Drug Use: Not using drugs.
Habits: Exercising regularly.

## ALLERGIES

- anti-inflammatories

## FAMILY HISTORY

Osteoporosis
**Maternal:**
Heart disease
Osteoporosis

## REVIEW OF SYSTEMS

**Systemic:** Not feeling tired (fatigue), no recent weight loss, and no recent weight gain. No edema.
**Head:** No headache and no sinus pain.
**Eyes:** No vision problems. Vision problems. No glaucomatous visual field defect.
**Otolaryngeal:** No hearing loss and no tinnitus. No nasal symptoms.
**Cardiovascular:** No chest pain or discomfort and no palpitations.
**Pulmonary:** No daytime asthma symptoms, no cough, and no chronic cough. No wheezing.
**Gastrointestinal:** No heartburn and no abdominal pain.
**Endocrine:** No hot flashes and no muscle weakness.
**Hematologic:** No easy bleeding and no tendency for easy bruising.
**Musculoskeletal:** No lower back pain. No soft tissue swelling and no localized joint pain.
**Neurological:** No dizziness, no convulsions, and no numbness.
**Psychological:** No anxiety, no emotional lability, no depression, and no insomnia. Not crying for no reason.
**Skin:** Dry skin psoriasis. No rash and no ulcers.
**Allergic and Immunologic:** No complaint of seasonal allergic reaction.

## PHYSICAL FINDINGS

- Vitals taken 04/11/2018 02:42 pm

kns

| | |
|---|---|
| BP-Sitting | 115/71 mmHg |
| Pulse Rate-Sitting | 76 bpm |
| Height | 67 in |
| Weight | 160 lbs |
| Body Mass Index | 25.1 kg/m2 |

**Patient:** **198482 - Jamie Reece**
**DOB:**

**Date:** **04/11/2018 15:00**
**Provider:** **Donegan, Ryan Patrick MD**
**Encounter:** **WC FOLLOW UP/EST**

| | |
|---|---|
| Body Surface Area | 1.84 m2 |

She is awake and alert. Well groomed and nourished. No acute distress. Normal gait and station. Appropriate mood and affect. No atrophy of the arm. No skin changes. No swelling or joint effusions.

## TESTS

MRI of the C-spine was reviewed with Dr. Donegan. There is mild diffuse disc bulge at C4-5. There appears to be some increased signal in the cord around C5 and C6. The radiologist didn't comment on this but again no known significance of this signal.

## ASSESSMENT

Mild cuff tendinopathy
Cervical radiculopathy

## PREVIOUS TESTS

**Imaging:**
**X-Ray:**
An X-ray was performed.
**MRI Scan:**
An MRI was performed.

## THERAPY

• Clinical summary provided to patient.

## PLAN

- **Other**
  Neurontin 300 MG capsule, 1 every bedtime, 14 days, 0 refills

It is likely that she has multifactorial causes to her shoulder pain. She does have some very minor changes in the cuff that are nonsurgical. We again reviewed her MRI of the shoulder today and found no surgical indication there. The numbness and the pain radiating all the way down her arm is not cuff based and is likely radicular. Before we proceed with any further intervention in her shoulder will have a neck specialist evaluate her an MRI. No further questions. Dr. Donigan did refill her Neurontin.

## NOTES

***This dictation was done with voice recognition software and may contain errors and omissions.***

Electronically signed by Cheslee Bloyd, PA-C

**Patient:** 198482 - Jamie Reece
**DOB:**

**Date:** 04/11/2018 15:00
**Provider:** Donegan, Ryan Patrick MD
**Encounter:** WC FOLLOW UP/EST

**Ryan Patrick Donegan MD**
**Electronically signed by: Ryan Donegan Date: 04/11/2018 17:11**

BGO
BLUEGRASS
ORTHOPAEDICS

Re: Jamie Reece
DOB:
04/11/2018

☐ **Return to full duty** ☒ **Return to work with restrictions** ☐ **Off Work**

**Effective date: 4/11/2018** **Ending date : Pending Referral**

☐ **OTHER**

**FUNCTIONAL ABILITY**

☐ **Heavy Work**. Lifting 100lbs maximum with occasional lifting and/or carrying objects weighing up to 100lbs
☐ **Medium Work**. Lifting 50lbs maximum with occasional lifting and/or carrying objects weighing up to 50lbs
☐ **Light Work**. Lifting 20lbs maximum with occasional lifting and/or carrying objects weighing up to 20lbs
☐ **Seated Work Only:** Lifting 10lbs max. Occasionally carrying such articles as dockets, ledgers, and small tools. Jobs are sedentary if walking/standing is are required **ONLY OCCASIONALLY.**
☐ **Lumbar/Spine Restrictions**. Minimize repetitive bending and twisting through spine. Alternate between sitting, standing and walking with frequent changes in posture. Avoid impact loading and vibration to spine.
☐ **Limitation of work hours/day:** ☐ 4 hours ☐ 8 hours

**Restrictions/Limitation**

| | | | | |
|---|---|---|---|---|
| Sit | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Stand | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Walk | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Bend | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Squat | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Climb | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Stairs | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Twist | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |

☐ Lifting ______ to ______ lbs. ☐ Max: lbs. ☐ RUE ☐ LUE
☐ BUE
☒ No use of upper extremity ☒ Right ☐ Left
☐ Required to wear: ☐ Splint ☐ Cast ☐ Brace ☐ Left ☐ Right
☐ Avoid : ☐ Pushing/Pulling ☐ Flexion/Extension of wrist/elbow
☐ Pinching/Gripping ☐ Pronation/supination (palm down/palm up)
☐ Avoid overhead work (keep hands below heart level)

**If the employer is unable to accommodate the restrictions, the employee is off work until the next M.D. appointment.**

**Follow up appt:**

Sincerely,
Ryan P. Donegan MD

Electronically signed by: Ryan P. Donegan MDApr 11, 2018 3:13 pm

**Patient:** 198482 - Jamie Reece
**DOB:**

**Date:** 05/29/2018 08:45
**Provider:** Donegan, Ryan Patrick MD
**Encounter:** WC FOLLOW UP/EST

## ACTIVE PROBLEMS

- Bone Pain in the Heel Left
- Joint Pain, Localized in the Shoulder

## CHIEF COMPLAINT

The Chief Complaint is: C spine pain.

## REFERRED HERE

Referred by Toyota.

## HISTORY OF PRESENT ILLNESS

Jamie Reece is a 49 year old female.
- Medication list reviewed.

Patient is in today for evaluation of her arm and neck again. She did see Dr. Tutt at the Lexington clinic. There was no surgical issues for her cervical spine however he was concerned about other neurologic issues such as multiple sclerosis. She still having anterior shoulder pain. She also has pain in the right side of her neck that radiates down to her hand and wrist area. Neurontin has helped this.

## CURRENT MEDICATION

- Cyclobenzaprine HCl 10MG Oral Tablet 15 days, 0 refills
- Folic Acid 1MG Oral Tablet 90 days, 0 refills
- GoodSense Esomeprazole 20MG Oral Capsule Delayed Release 90 days, 0 refills
- Methotrexate 2.5MG Oral Tablet 29 days, 0 refills
- ZyrTEC Allergy 10 MG Tablet once a day 0 days, 0 refills

## PAST MEDICAL/SURGICAL HISTORY

**Reported:**
Medical: Arthritic joint problems.
Past medical history non-contributory
anemia.
**Surgical:**
- Hysterectomy

## PREVIOUS THERAPY

- History of orthopedic options: physical therapy

**Patient:** **198482 - Jamie Reece**
**DOB:**

**Date:** **05/29/2018 08:45**
**Provider:** **Donegan, Ryan Patrick MD**
**Encounter:** **WC FOLLOW UP/EST**

## SOCIAL HISTORY
Diet: No recent change in diet.
Behavioral: No caffeine use, no tobacco use, not a current smoker, and smoking status: Never smoker.
Alcohol: Alcohol use.
Drug Use: Not using drugs.
Habits: Exercising regularly.

## ALLERGIES
- anti-inflammatories

## FAMILY HISTORY
Osteoporosis
**Maternal:**
Heart disease
Osteoporosis

## REVIEW OF SYSTEMS
**Systemic:** Not feeling tired (fatigue), no recent weight loss, and no recent weight gain. No edema.
**Head:** No headache and no sinus pain.
**Eyes:** No vision problems. Vision problems. No glaucomatous visual field defect.
**Otolaryngeal:** No hearing loss and no tinnitus. No nasal symptoms.
**Cardiovascular:** No chest pain or discomfort and no palpitations.
**Pulmonary:** No daytime asthma symptoms, no cough, and no chronic cough. No wheezing.
**Gastrointestinal:** No heartburn and no abdominal pain.
**Endocrine:** No hot flashes and no muscle weakness.
**Hematologic:** No easy bleeding and no tendency for easy bruising.
**Musculoskeletal:** No lower back pain. No soft tissue swelling. Pain localized to one or more joints.
**Neurological:** No dizziness, no convulsions, and no numbness.
**Psychological:** No anxiety, no emotional lability, no depression, and no insomnia. Not crying for no reason.
**Skin:** Dry skin psoriasis. No rash and no ulcers.
**Allergic and Immunologic:** No complaint of seasonal allergic reaction.

## PHYSICAL FINDINGS
- Vitals taken 05/29/2018 08:39 am
  kns

| | |
|---|---|
| Height | 67 in |
| Weight | 160 lbs |
| Body Mass Index | 25.1 kg/m2 |

**Patient:** **198482 - Jamie Reece**
**DOB:**

**Date:** **05/29/2018 08:45**
**Provider:** **Donegan, Ryan Patrick MD**
**Encounter:** **WC FOLLOW UP/EST**

Body Surface Area 1.84 m2

General Exam: Patient is alert and afebrile. No acute distress, well groomed and well nourished.

The right upper extremity was examined:

Lymph exam: There is no lymphedema in the extremity. No palpable abnormal nodes.

Dermatological exam: There are no suspicious skin lesions. No masses. No lacerations or abrasions are seen.

Neuro exam: The patient has sensation to light touch. There are no tremors or nerve palsies. Shows normal coordination and balance

Vascular exam: +2 radial pulses. Normal skin temperature and turgor. No varicosities.

Musculoskeletal exam: Patient shows normal gait and station. There are no bony deformities. No Muscle deformities are seen.
She again shows some pain with passive motion of the shoulder but motion is completed. She does show pain with biceps testing. There is mild weakness in the cuff very mild pain with super cement is testing. There's mild pain with labral sheer test and is well

## ASSESSMENT
Right shoulder pain with tendinopathy of the cuff and biceps pain
Cervical pain
Possible neurologic disorder

## THERAPY
- Clinical summary provided to patient.

## PLAN
- **Other**
  Neurontin 300 MG capsule, 1 every bedtime, 14 days, 0 refills

She does have some mild anterior shoulder pain which could be biceps related. Overall her MRI was negative for any full-thickness tears or real surgical pathology. Try an intra-articular injection office and see if this alleviates any of her shoulder pain. I told her it is unlikely to do anything for her neck or the radiating arm pain. She does have a neurology appointment in the next few weeks. See her in 2 weeks in our office.

The risk and benefits of the injection were outlined to the patient. They understand these and wished to proceed. The anterior portion of the shoulder over the glenohumeral joint was prepped with alcohol and Betadine. Using a 27-gauge needle and 5 cc syringe I pierced the skin breaching the anterior joint capsule. I then aspirated to

confirm no presence of a vascular bed I then injected a solution of 40 mg Kenalog / 2 cc of lidocaine/2 cc of Marcaine into the joint. The patient tolerated this procedure well.

## NOTES

***This dictation was done with voice recognition software and may contain errors and omissions.***

Electronically signed by Cheslee Bloyd, PA-C

**Ryan Patrick Donegan MD**
**Electronically signed by: Ryan Donegan** **Date: 06/07/2018 18:06**

BLUEGRASS ORTHOPAEDICS

Re: Jamie Reece
DOB:
05/29/2018

☐ **Return to full duty** ☒ **Return to work with restrictions** ☐ **Off Work**

**Effective date: 5/29/2018** **Ending date : follow up**

☐ **OTHER**

**FUNCTIONAL ABILITY**

☐ **Heavy Work**. Lifting 100lbs maximum with occasional lifting and/or carrying objects weighing up to 100lbs
☐ **Medium Work**. Lifting 50lbs maximum with occasional lifting and/or carrying objects weighing up to 50lbs
☐ **Light Work**. Lifting 20lbs maximum with occasional lifting and/or carrying objects weighing up to 20lbs
☐ **Seated Work Only:** Lifting 10lbs max. Occasionally carrying such articles as dockets, ledgers, and small tools. Jobs are sedentary if walking/standing is are required **ONLY OCCASIONALLY.**
☐ **Lumbar/Spine Restrictions.** Minimize repetitive bending and twisting through spine. Alternate between sitting, standing and walking with frequent changes in posture. Avoid impact loading and vibration to spine.
☐ **Limitation of work hours/day:** ☐ 4 hours ☐ 8 hours

**Restrictions/Limitation**

| | | | | |
|---|---|---|---|---|
| Sit | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Stand | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Walk | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Bend | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Squat | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Climb | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Stairs | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Twist | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |

☐ Lifting ______ to ______ lbs. ☐ Max: lbs. ☐ RUE ☐ LUE
☐ BUE
☒ No use of upper extremity ☒ Right ☐ Left
☐ Required to wear: ☐ Splint ☐ Cast ☐ Brace ☐ Left ☐ Right
☐ Avoid : ☐ Pushing/Pulling ☐ Flexion/Extension of wrist/elbow
☐ Pinching/Gripping ☐ Pronation/supination (palm down/palm up)
☐ Avoid overhead work (keep hands below heart level)

**If the employer is unable to accommodate the restrictions, the employee is off work until the next M.D. appointment.**

**Follow up appt:**

Sincerely,
Ryan P. Donegan MD

Electronically signed by: Ryan P. Donegan MDMay 29, 2018 9:05 am

**Patient:** **198482 - Jamie Reece**
**DOB:**

**Date:** **06/18/2018 08:30**
**Provider:** **Donegan, Ryan Patrick MD**
**Encounter:** **WC FOLLOW UP/EST**

## ACTIVE PROBLEMS

- Bone Pain in the Heel Left
- Joint Pain, Localized in the Shoulder

## CHIEF COMPLAINT

The Chief Complaint is: C spine pain.

## REFERRED HERE

Referred by Toyota.

## HISTORY OF PRESENT ILLNESS

Jamie Reece is a 49 year old female.
- Medication list reviewed.

## CURRENT MEDICATION

- Cyclobenzaprine HCl 10MG Oral Tablet 15 days, 0 refills
- Folic Acid 1MG Oral Tablet 90 days, 0 refills
- GoodSense Esomeprazole 20MG Oral Capsule Delayed Release 90 days, 0 refills
- Methotrexate 2.5MG Oral Tablet 29 days, 0 refills
- ZyrTEC Allergy 10 MG Tablet once a day 0 days, 0 refills

## PAST MEDICAL/SURGICAL HISTORY

**Reported:**
Medical: Arthritic joint problems.
Past medical history non-contributory
anemia.
**Surgical:**
- Hysterectomy

## PREVIOUS THERAPY

- History of orthopedic options: physical therapy

## SOCIAL HISTORY

Diet: No recent change in diet.
Behavioral: No caffeine use, no tobacco use, not a current smoker, and smoking status: Never smoker.
Alcohol: Alcohol use.
Drug Use: Not using drugs.

**Patient:** **198482 - Jamie Reece**
**DOB:**

**Date:** **06/18/2018 08:30**
**Provider:** **Donegan, Ryan Patrick MD**
**Encounter:** **WC FOLLOW UP/EST**

Habits: Exercising regularly.

## ALLERGIES

- anti-inflammatories

## FAMILY HISTORY

Osteoporosis

**Maternal:**

Heart disease
Osteoporosis

## REVIEW OF SYSTEMS

**Systemic:** Not feeling tired (fatigue), no recent weight loss, and no recent weight gain. No edema.
**Head:** No headache and no sinus pain.
**Eyes:** No vision problems. Vision problems. No glaucomatous visual field defect.
**Otolaryngeal:** No hearing loss and no tinnitus. No nasal symptoms.
**Cardiovascular:** No chest pain or discomfort and no palpitations.
**Pulmonary:** No daytime asthma symptoms, no cough, and no chronic cough. No wheezing.
**Gastrointestinal:** No heartburn and no abdominal pain.
**Endocrine:** No hot flashes and no muscle weakness.
**Hematologic:** No easy bleeding and no tendency for easy bruising.
**Musculoskeletal:** No lower back pain. No soft tissue swelling. Pain localized to one or more joints.
**Neurological:** No dizziness, no convulsions, and no numbness.
**Psychological:** No anxiety, no emotional lability, no depression, and no insomnia. Not crying for no reason.
**Skin:** Dry skin psoriasis. No rash and no ulcers.
**Allergic and Immunologic:** No complaint of seasonal allergic reaction.

## PHYSICAL FINDINGS

- Vitals taken 06/18/2018 08:27 am

sg

| | |
|---|---|
| BP-Sitting | 117/87 mmHg |
| Pulse Rate-Sitting | 74 bpm |
| Height | 67 in |
| Weight | 170 lbs |
| Body Mass Index | 26.6 kg/m2 |
| Body Surface Area | 1.89 m2 |

## PLAN

- **Other**
  Referral/Orthopedic: Consult with Orthopedic
  Instructions: 2nd opinion w Dr. trevor Wilkes or Dr. Sajadi

**Ryan Patrick Donegan MD**
**Electronically signed by: Ryan Donegan** **Date: 06/22/2018 09:43**

BLUEGRASS ORTHOPAEDICS

Re: Jamie Reece
DOB:
06/18/2018

☐ **Return to full duty** ☒ **Return to work with restrictions** ☐ **Off Work**

**Effective date: 6/18/2018** **Ending date : pending 2nd opinion**

☒ **OTHER**

**FUNCTIONAL ABILITY**

☐ **Heavy Work.** Lifting 100lbs maximum with occasional lifting and/or carrying objects weighing up to 100lbs
☐ **Medium Work.** Lifting 50lbs maximum with occasional lifting and/or carrying objects weighing up to 50lbs
☐ **Light Work.** Lifting 20lbs maximum with occasional lifting and/or carrying objects weighing up to 20lbs
☐ **Seated Work Only:** Lifting 10lbs max. Occasionally carrying such articles as dockets, ledgers, and small tools. Jobs are sedentary if walking/standing is are required **ONLY OCCASIONALLY.**
☐ **Lumbar/Spine Restrictions.** Minimize repetitive bending and twisting through spine. Alternate between sitting, standing and walking with frequent changes in posture. Avoid impact loading and vibration to spine.
☐ **Limitation of work hours/day:** ☐ 4 hours ☐ 8 hours

**Restrictions/Limitation**

| | | | | |
|---|---|---|---|---|
| Sit | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Stand | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Walk | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Bend | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Squat | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Climb | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Stairs | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Twist | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |

☐ Lifting ______ to ______ lbs. ☐ Max: lbs. ☐ RUE ☐ LUE
☐ BUE
☒ No use of upper extremity ☒ Right ☐ Left
☐ Required to wear: ☐ Splint ☐ Cast ☐ Brace ☐ Left ☐ Right
☐ Avoid : ☐ Pushing/Pulling ☐ Flexion/Extension of wrist/elbow
☐ Pinching/Gripping ☐ Pronation/supination (palm down/palm up)
☐ Avoid overhead work (keep hands below heart level)

**If the employer is unable to accommodate the restrictions, the employee is off work until the next M.D. appointment.**

**Follow up appt:**

Sincerely,
Ryan P. Donegan MD

Electronically signed by: Ryan P. Donegan MDJun 18, 2018 8:43 am

*Bluegrass Orthopaedics*
**859-263-5140**
Toll Free 888-422-3170
Harry Lockstadt, M.D. Gregory D'Angelo, M.D. Veronica A. Vasicek, M.D. Norman Ellingsen, M.D.
J. Martin Favetto, M.D. John E. Balthrop, M.D. William L. O'Neill, M.D. Jason S. Harrod, DPM Dirk Franzen, M.D.
Wallace L. Huff, Jr., M.D. Ryan Donegan, M.D.

**PATIENT ID: 198482**
**PATIENT NAME: REECE, JAMIE**
**DATE OF BIRTH:**
**EXAM DATE: 06/18/2018**

**FOLLOWUP EVALUATION**

**SUBJECTIVE:** Ms. Reece is here for re-evaluation of her shoulder. She still continues to have pain in her shoulder. It is primarily anterior. Worse with any reaching, pushing and pulling. She says the pain is actually that comes on is in a more of a delayed onset. She has pain that radiates all the way down the arm. She has had an EMG test. She has had an evaluation with Dr. Tutt, a neurosurgeon. The neurosurgeon, based on her report, was convinced this is something in her shoulder.

**PHYSICAL EXAMINATION:** Her exam today shows that she has pain around the shoulder. She has some focal tenderness anteriorly. She has some tenderness over the cervical spine, area of the C6-C7 centrally. Tenderness over her trapezius. Inspection of the scapula shows symmetric scapular mobility. She has elevation, which is about 150-160 degrees and symmetric. She has pain when she comes into a position of reposition of the shoulder. She has mild tenderness in the deltopectoral interval and in the peri coracoid area. AC signs are negative. Biceps signs are equivocal. Her cuff strength is 5/5 to supra, infra and subscap testing.

**IMAGING:** Her MRI I reviewed. This was a right shoulder MRI 3 Tesla with contrast, so a very high quality study. I see no obvious labral or biceps pathology. Biceps appears to be centered and in the groove. Her subscapularis appears to be intact. There is no evidence of muscle atrophy. Her rotator cuff shows tendinopathy without any full thickness or partial thickness tearing. Bony structures appear intact. MRI of her neck was reviewed. This shows mild disc bulge at C4-5 with mild bilateral neural foraminal narrowing and subtle increased signal within the cervical cord at C6. Again, she has had a neurosurgical evaluation.

**ASSESSMENT:** Shoulder pain without an obvious source.

**PLAN:** We will plan on a referral to either Dr. Sajadi or Dr. Wilkes. I do not have anything further to add. She has had injections. These have not provided her relief. I do not have a formal diagnosis for this issue.

Electronically authenticated by

RD/Ryan Donegan, M.D./lj
2794628

Store: Costco Pharmacy #01156
1500 Fitzgerald Ct
Lexington, KY 40509
Phone: 8592453630

# Patient Tax / Insurance

**1999-01-01 to 2019-02-18**

Date: 02/18/2019
Time: 3:27 pm

DEA: Patient: REECE, JAMIE Address: DOB: Sex: F

| Store# | Rx# | Ref# | Disp Date | Qty Disp | Drug / NDC | Prescriber | Patient Paid/CPN | TP Plan | Ins Paid |
|---|---|---|---|---|---|---|---|---|---|
| 1156 | 6056224 | 0 | 01/10/2019 | 0.5 | FLUCELVAX QUAD 0.5 ML INJ SE 70461-0318-03 DAW:0 | MANN, WINNIE LOU DS:1 | $0.00 | Medco Commercial | $19.99 |
| 1156 | 6056225 | 0 | 01/10/2019 | 1 | HAVRIX 1,440 ELU/ML INJ GLAX 58160-0826-52 DAW:0 | MANN, WINNIE LOU DS:1 | $0.00 | Medco Commercial | $66.53 |
| 1156 | 4004527 | 0 | 12/20/2018 | 60 | TRAMADOL HCL 50 MG TAB SUNP 57664-0377-08 DAW:0 | RODEN, KATHERINE SEBASTIAN DS:30 | $1.30 | Medco Commercial | $1.38 |
| 1156 | 4004511 | 0 | 12/14/2018 | 90 | GABAPENTIN 600 MG TAB AURO 65862-0523-01 DAW:0 | RODEN, KATHERINE SEBASTIAN DS:30 | $6.13 | Medco Commercial | $0.00 |
| 1156 | 6055172 | 0 | 12/14/2018 | 90 | BACLOFEN 10 MG TAB NORT 16714-0071-04 DAW:0 | RODEN, KATHERINE SEBASTIAN DS:30 | $5.50 | Medco Commercial | $0.00 |
| 1156 | 2004783 | 0 | 11/16/2018 | 90 | HYDROCO/APAP 10-325 TAB AURO 13107-0021-01 DAW:0 | RODEN, KATHERINE SEBASTIAN DS:30 | $10.00 | Medco Commercial | $0.00 |

**Total Prescriptions for Patient: 6** **$22.93** **$87.90**

I/WE THE UNDERSIGNED PHARMACIST(S) HAVE REVIEWED THE ABOVE PRESCRIPTION LOG AND HAVE FOUND THE INFORMATION TO BE COMPLETE AND ALL ENTRIES BEARING MY/OUR INITIALS CORRECT AND ACCURATE

______________________________, RPh

RECEIVED
FEB 22 2019
MFTL

**Encounter #1**

**History & Physical Report**
**3/6/2017: Office Visit - WELL WOMAN EXAM (NO GYNECOLOGICAL EXAM) (Z00.00), SCREENING FOR DEPRESSION (Z13.89), PAIN, JOINT, HIP, RIGHT (M25.551), BREAST CANCER SCREENING (Z12.39), BMI 22.0-22.9, ADULT (Lindsey H. Clickner, APRN)**
Jamie Reece
3/6/2017 6:00 PM
Location: Hamburg
Patient #: 7061990
DOB:
Married / Language: English / Race: White
Female

History of Present Illness (Lindsey H. Clickner APRN; 3/6/2017 8:10 PM)
The patient is a 48 year old female who presents with a complaint of Establish Physician - Female. The patient feels well with minor complaints, has good energy level and is sleeping well. Pap smear: Date: (Has had TAH/BSO). Nutrition: balanced diet. Patient exercises a weekly. Patient sleeps 7 hours per night. Note for "Establish Physician - Female": 3/6/2017 Patient in to establish care with new PCP.

Additional reasons for visit:

Leg pain is described as the following:
The onset of the leg pain has been sudden following an incident not at work and has been occurring in a persistent pattern for 1 month. The course has been constant. The leg pain is described as a mild to moderate dull aching. The leg pain involves the right leg. The leg pain is described as being located in the hip. There has been associated decreased range of motion, limping and tingling, while there has been no catching, locking, numbness or swelling in the leg. The pain is aggravated by lifting and sitting. The pain is relieved by heat and ice.
Pt would like to have full PE today; she is not able to come back to the doctor due to her work schedule.
HPI and PFSH reviewed , Lindsey H. Clickner, APRN

Problem List/Past Medical (Ivy N Griffin; 3/6/2017 6:15 PM)
GERD (GASTROESOPHAGEAL REFLUX DISEASE) (K21.9)

Allergies (Phreesia Administrator; 3/6/2017 6:00 PM)
No Known Drug Allergies 03/06/2017

Family History (Phreesia Administrator; 3/6/2017 6:00 PM)
Arthritis Mother, Maternal Grandmother. Phreesia 03/06/2017
Coronary Artery Disease Mother, Maternal Grandmother. Phreesia 03/06/2017
Hypothyroidism Mother, Sister, Maternal Grandmother. Phreesia 03/06/2017

Social History (Phreesia Administrator; 3/6/2017 6:00 PM)
Tobacco Use Former smoker. Phreesia 03/06/2017
Alcohol use Moderate alcohol use. Phreesia 03/06/2017
No drug use Phreesia 03/06/2017
Marital status Married. Phreesia 03/06/2017
Highest Education Level Attained Some college. Phreesia 03/06/2017
Exercise 5 x week. Phreesia 03/06/2017

Medication History (Ivy N Griffin; 3/6/2017 6:14 PM)
Estradiol (1MG Tablet, 1 Oral daily) Active.
NexIUM (40MG Capsule DR, 1 Oral daily) Active.
Multivitamin Adult (Oral daily) Active.
Medications Reconciled

Past Surgical History (Phreesia Administrator; 3/6/2017 6:00 PM)
Hysterectomy with Bilateral Oophorectomy Phreesia 03/06/2017
Tonsillectomy Phreesia 03/06/2017
Wisdom Teeth Extraction Phreesia 03/06/2017
Other Surgery Phreesia 03/06/2017

Health Maintenance History (Ivy N Griffin; 3/6/2017 6:16 PM)
Pap smear Not indicated per the USPSTF. TAH/BSO 3/6/2017
Depression Screen Annual (G0444) 03/06/2017 Repeat in 1 year..
Screening Annual Mammography (77067) Ordered. 3/6/2017
Boostrix - TDAP (90715) Unknown
Flu Vaccine (90656) 2016 Repeat in 1 year..

Review of Systems (Lindsey H. Clickner APRN; 3/6/2017 8:10 PM)
**General** Present- Fatigue. Not Present- Appetite Loss, Chills, Dietary Changes, Feeling well, Fever, Good general health lately, Night Sweats, Persistent Infections, Recent Exposure, Recent Travel, Weight Gain and Weight Loss.
**Skin** Present- Psoriasis (controlled with probiotics per pt) and Varicose veins. Not Present- acne, Bruising, Change in Wart/Mole, Eczema, Itching, Nail Changes, Rash and Rosacea.
**HEENT** Not Present- Deafness, Decreased Hearing, Ear Pain, Eye Pain, Glaucoma, Headache, Hearing Loss, Nose Bleed, Ringing in the Ears, Seasonal Allergies, Sinus problems, Sleep Apnea, Visual Disturbances and Wears glasses/contact lenses.
**Neck** Not Present- Swollen Glands.
**Respiratory** Not Present- Asthma, Chronic Obstructive Pulmonary Disease (COPD), Cough, Emphysema, Hemoptysis, Short of breath and Wheezing.
**Breast** Not Present- Breast Pain and Nipple Discharge.
**Cardiovascular** Not Present- Atrial Fibrillation, Chest Pain, Congestive Heart Failure (CHF), Coronary Artery Disease, Edema, Fainting / Blacking Out, Heart Stent, High Cholesterol, Hypertension, Murmur, Palpitations, Peripheral Vascular Disease, Shortness of Breath and Swelling of Extremities.
**Gastrointestinal** Present- Dysphagia (followed by GI doctor; Dr Chen. Esophageal stretching.). Not Present- Abdominal Pain, Barrett's Esophagus, Black, Tarry Stool, Change in Bowel Habits, Constipation, Diarrhea, Difficulty Swallowing, Gastro-Esophageal Reflux, Hemorrhoids, Irritable Bowel, Jaundice, Loss of apetite, Nausea, Rectal Bleeding and Vomiting.
**Female Genitourinary** Not Present- Blood in Urine, Change In Bladder Habits, Chronic Kidney Disease, Flank Pain, Frequency, Menstrual Irregularities, Nocturia, Painful Urination, Urinary Complaints, Vaginal Discharge and Vaginal itching/burning.
**Musculoskeletal** Present- Hip Pain, Joint Pain and Muscle Pain. Not Present- Arthritis, Back Pain, Difficulty walking, Fibromyalgia, Gout, Joint Stiffness, Known Accident or Injury, Leg Cramps, Osteoporosis/Osteopenia and Swelling of Extremities.
**Neurological** Not Present- Decreased Memory, Difficulty Speaking, Dizziness, Headaches, History of TIA/Stroke/CVA, Incontinence Stool, Incontinence Urine, Migraine Headache, Numbness & Tingling, Radiculopathy, Seizures, Stroke, Tremor, Trouble walking, Vertigo, Weakness and Weakness In Extremities.
**Psychiatric** Not Present- Anxiety, Attention Deficite, Bipolar Disorder, Depression, Impaired Cognitive Function, Inability to Concentrate, Insomnia, Memory loss, Obsessive Compulsive Disorder (OCD), Panic Attacks and Post-Traumatic Stress Disorder.
**Endocrine** Not Present- Cold Intolerance, Diabetes, Dry skin, Excessive Thirst, Excessive Urination, Glandular or hormone problem, Hair Loss, Hot flashes, Libido Change, Menopause, Poly-Cystic Ovarian Syndrome (PCOS) and Thyroid Problems.
**Hematology** Not Present- Anemia, Blood Clots, Easy Bleeding, Easy Bruising, Past transfusion, Slow to heal after cuts, Vein Problems and Vitamin Deficiency.

Vitals (Ivy N. Griffin; 3/6/2017 6:18 PM)
3/6/2017 6:10 PM
**Weight:** 146.44 lb **Height:** 67 in
**Body Surface Area:** 1.77 m² **Body Mass Index:** 22.94 kg/m²
**Temp.:** 98.5° F (Tympanic) **Pulse:** 80 (Regular) P.OX: 99% (Room air)
**BP:** 110/60 (Sitting, Left Arm, Standard)

Physical Exam (Lindsey H. Clickner APRN; 3/6/2017 8:13 PM)
**Integumentary**
**General Characteristics**
**Overall examination of the patient's skin reveals -** no rashes, no suspicious lesions and no evidence of photo damage.

**ENMT**
**Global Assessment**
**Examination of related systems reveals -** alert and oriented X3, well developed, well nourished and in no acute distress, normal voice with no communication aids required, normocephalic, atraumatic, trachea is midline, with no palpable neck masses, no palpable thyroid masses or prominent nodules, no thyromegaly, respiratory effort is quiet, even and easy with no use of accessory muscles, on auscultation of the lungs, normal breath sounds with no rales and rhonchi and normal ocular motility and primary gaze.

**Chest and Lung Exam**
**Auscultation**
**Breath sounds -** Clear to ascultation bilaterally and Normal.

**Cardiovascular**
**Examination of related systems reveals** - well-developed, well-nourished and in no acute distress; alert and oriented x 3.
**Auscultation**
**Rate -** normal (60 - 100). **Heart Sounds -** Normal heart sounds, S1 WNL and S2 WNL.

**Abdomen**
**Inspection**
**Inspection of the abdomen reveals -** No Visible peristalsis, No Abnormal pulsations and No Hernias.
**Palpation/Percussion**
**Palpation and Percussion of the abdomen reveal -** Soft, Non Tender, No Rebound tenderness, No Rigidity (guarding), No Abnormal dullness to percussion, No Abnormal tympany to percussion, No hepatosplenomegaly and No Palpable abdominal masses.

**Peripheral Vascular**
**Lower Extremity**
**Inspection - Bilateral -** Inspection Normal. **Palpation - Dorsalis pedis pulse - Bilateral -** Normal. **Edema - Bilateral -** No edema.

**Neurologic**
**Sensory - Bilateral** - Normal, LLE Touch Intact and RLE Touch Intact.
**General Assessment of Reflexes**
**Right Knee -** 2+. **Left Knee -** 2+.

**Neuropsychiatric**
**Examination of related systems reveals** - The patient is well-nourished and well-groomed and normal gait and station.
**Mental status exam performed with findings of** - Oriented X3 with appropriate mood and affect.

**Musculoskeletal**
**Global Assessment**
**Examination of related systems reveals -** neurovascularly intact globally with normal deep tendon reflexes and normal coordination.

**Lower Extremity**
**Hip - Examination of the right hip reveals -** no swelling, edema or erythema of surrounding tissue, normal strength and tone, no instability, subluxation or laxity, no known fractures or dislocations and normal sensation and coordination. **Examination of the left hip reveals -** no tenderness to palpation, no pain, no swelling, edema or erythema of surrounding tissue, normal strength and tone, normal range of motion, no crepitus, no instability, subluxation or laxity, no known fractures or dislocations and normal sensation and coordination. **Inspection and Palpation - Tenderness -** 1+, generalized (Right Hip), about the groin, (R), over the gluteal area, (R) and over the lateral thigh, (R).
**Assessment of pain reveals the following findings: - The pain is characterized as -** moderate, constant and deep. **Location - Right -** groin along medial thigh to above the knee.
**Assessment of pain reveals the following findings: - Causative Factors include -** ascending stairs and descending stairs.

**<u>Lymphatic</u>**
**General Lymphatics**
**Description -** Normal .

Assessment & Plan (Lindsey H. Clickner APRN; 3/6/2017 8:15 PM)
WELL WOMAN EXAM (NO GYNECOLOGICAL EXAM) (Z00.00)
Story: pt is not fasting for labs
<u>Current Plans</u>

- COLLECTION OF VENOUS BLOOD BY VENIPUNCTURE (36415)
- CBC: CBC, PLATELETS & AUTO DIFF (85025)
- BMP: BASIC METABOLIC PANEL (80048)
- HGBA1C: HEMOGLOBIN (GLYCOSYLATED) A1C (83036)
- HEPATIC FUNCTION PANEL (80076)
- FT4: THYROXINE, FREE (84439)
- TSH: THYROID STIMULATING HORMONE (84443)
- PROVIDER NOTE: Age appropriate risk factors discussed with patient. Follow up in 1 year for annual physical.: discussed with patient and provided information.

SCREENING FOR DEPRESSION (Z13.89)
<u>Current Plans</u>

- ANNUAL DEPRESSION SCREENING (G0444) (SCORE =2; ; 0-9: No Diagnosis of Depression; 10-14: Major Depressive, Mild F32.0; 15-19: Major Depressive, Mod F32.1; > 20: Major depressive, severe w/o psychotic features F32.2, w/ psychotic features F32.3)
- MEDICAL SERVICE(S) PROVIDED IN THE OFFICE AFTER 5PM OR ON WEEKEND (99050)

PAIN, JOINT, HIP, RIGHT (M25.551)
<u>Current Plans</u>

- Discussed risk, benefit and indications for medication (s).
- Follow up if no improvement or if symptoms worsen
- Referred to RAR KORT Physical Therapy (Physical Medicine and Rehabilitation).
  Routine. Provide referring physician with visit summaries. Assume management for problem and return to primary caregiver at conclusion of care.
- Steroid side effects discussed
- Started MethylPREDNISolone 4MG, 1 (one) Tablet ask directed, #21, 6 days starting 03/06/2017, No Refill.
  Local Order: six tablets the first day, five tablets the second day, four tablets the third day,three tablets the fourth day, two tablets the fifth day, one tablet the sixth day
- Started Ketoprofen 75MG, 1 (one) Capsule every eight hours as needed for pain, #30, 30 days starting 03/06/2017, Ref. x2.

BREAST CANCER SCREENING (Z12.39)
<u>Current Plans</u>

- SCREENING ANNUAL MAMMOGRAPHY (77067)

BMI 22.0-22.9, ADULT (Z68.22)



Signed by Lindsey H Clickner, APRN (3/6/2017 8:17 PM)

## Laboratories

**CBC: CBC, PLATELETS & AUTO DIFF (85025)** Final, Reviewed (Collected: 03/06/2017)
Diagnosis: WELL WOMAN EXAM (NO GYNECOLOGICAL EXAM) (Z00.00)
Annotation: I have reviewed your lab results and the interpretation are as follows:
CBC is normal. This test is a measure of blood levels including white blood cells, red blood cells (anemia) and platelets.
Glucose, kidney function, liver function and electrolytes are all within normal limits. Great news!
Thyroid test was in normal limits. Good news!

Hemoglobin A1C is within normal range. This is a screening test for diabetes.
please call my patient care team at 859-278-5007 if you have any further questions or concerns. Thanks!
Lindsey H. Clickner, APRN

| | | | |
|---|---|---|---|
| WBC | **6.6** x10^3/uL | (Normal Range: 4.1-10.9 x10^3/uL) Result Annotation: | Result Note: |
| RBC | **3.95 (abn) x10^6/uL** | (Normal Range: 4.20-6.30 x10^6/uL) Result Annotation: | Result Note: |
| HGB | **12.8** g/dL | (Normal Range: 12.0-18.0 g/dL) Result Annotation: | Result Note: |
| HCT | **37.2** % | (Normal Range: 37.0-51.0 %) Result Annotation: | Result Note: |
| MCV | **94.2** fL | (Normal Range: 80.0-97.0 fL) Result Annotation: | Result Note: |
| MCH | **32.4 (abn) pg** | (Normal Range: 26.0-32.0 pg) Result Annotation: | Result Note: |
| MCHC | **34.4** g/dL | (Normal Range: 31.0-36.0 g/dL) Result Annotation: | Result Note: |
| RDW-SD | **45.2** fL | (Normal Range: 37.0-54.0 fL) Result Annotation: | Result Note: |
| RDW-CV | **12.1** % | (Normal Range: 11.0-16.0 %) Result Annotation: | Result Note: |
| PLT | **231** x10^3/uL | (Normal Range: 140-440 x10^3/uL) Result Annotation: | Result Note: |
| MPV | **9.8** fL | (Normal Range: 0.0-100.0 fL) Result Annotation: | Result Note: |
| NEUT # | **3.4** x10^3/uL | (Normal Range: 2.0-7.8 x10^3/uL) Result Annotation: | Result Note: |
| LYMPH# | **2.8** x10^3/uL | (Normal Range: 0.6-4.1 x10^3/uL) Result Annotation: | Result Note: |
| MXD# | **0.4** x10^3/uL | (Normal Range: 0.0-1.8 x10^3/uL) Result Annotation: | Result Note: |
| NEUT % | **50.9** % | (Normal Range: 37.0-92.0 %) Result Annotation: | Result Note: |
| LYMPH % | **42.3** % | (Normal Range: 10.0-58.5 %) Result Annotation: | Result Note: |
| MXD% | **6.8** % | (Normal Range: 0.1-24.0 %) Result Annotation: | Result Note: |

**BMP: BASIC METABOLIC PANEL (80048)** Final, Reviewed (Collected: 03/06/2017)
Diagnosis: WELL WOMAN EXAM (NO GYNECOLOGICAL EXAM) (Z00.00)
Note: Non-fasting

| | | | |
|---|---|---|---|
| SODIUM | **141** mmol/L | (Normal Range: 132-145 mmol/L) Result Annotation: | Result Note: |
| POTASSIUM | **3.90** mmol/L | (Normal Range: 3.30-5.40 mmol/L) Result Annotation: | Result Note: |
| CHLORIDE | **104.0** mmol/L | (Normal Range: 97.0-110.0 mmol/L) Result Annotation: | Result Note: |
| CARBON DIOXIDE | **30.0** mmol/L | (Normal Range: 21.0-31.0 mmol/L) Result Annotation: | Result Note: |
| ANION GAP | **10.9** | Result Annotation: | Result Note: |
| GLUCOSE | **85** mg/dL | (Normal Range: 66-99 mg/dL) Result Annotation: | Result Note: |
| BUN | **15** mg/dL | (Normal Range: 7-20 mg/dL) Result Annotation: | Result Note: |
| CREATININE | **0.67** mg/dL | (Normal Range: 0.60-1.30 mg/dL) Result Annotation: | Result Note: |
| CALCIUM | **9.5** mg/dL | (Normal Range: 8.7-10.6 mg/dL) Result Annotation: | Result Note: |
| OSMOLALITY | **371.3** CALC | CALC) Result Annotation: | Result Note: |
| GFR NON-AFRICAN AMERICAN | **>60** ml/min/1.73m^2 | (Normal Range: >=60 ml/min/1.73m^2) Result Annotation: | Result Note: |
| GFR AFRICAN AMERICAN | **>60** ml/min/1.73m^2 | (Normal Range: >=60 ml/min/1.73m^2) Result Annotation: | Result Note: |

**HGBA1C: HEMOGLOBIN (GLYCOSYLATED) A1C (83036)** Final, Reviewed (Collected: 03/06/2017)
Diagnosis: WELL WOMAN EXAM (NO GYNECOLOGICAL EXAM) (Z00.00)

HBA1C **5.7** % (Normal Range: 4.5-5.7 %) Result Note:
Result Annotation:

ESTIMATED AVERAGE GLUCOSE **117** Result Note:
Result Annotation:

**HEPATIC FUNCTION PANEL (80076)** Final, Reviewed (Collected: 03/06/2017)
Diagnosis: WELL WOMAN EXAM (NO GYNECOLOGICAL EXAM) (Z00.00)

TOTAL PROTEIN **7.2** g/dL (Normal Range: 6.4-8.3 g/dL) Result Note:
Result Annotation:

ALBUMIN **4.5** g/dL (Normal Range: 3.5-5.0 g/dL) Result Note:
Result Annotation:

GLOBULIN **2.7** g/dL g/dL) Result Note:
Result Annotation:

A/G RATIO **1.7** CALC CALC) Result Note:
Result Annotation:

ALK. PHOSPHATASE **43** IU/L (Normal Range: 27-133 IU/L) Result Note:
Result Annotation:

ALT (SGPT) **12** IU/L (Normal Range: 5-60 IU/L) Result Note:
Result Annotation:

AST (SGOT) **16** IU/L (Normal Range: 10-42 IU/L) Result Note:
Result Annotation:

TOTAL BILIRUBIN **0.2** mg/dL (Normal Range: 0.0-1.5 mg/dL) Result Note:
Result Annotation:

DIRECT BILIRUBN **0.0** mg/dL (Normal Range: 0.0-0.2 mg/dL) Result Note:
Result Annotation:

INDIRECT BILIRUBIN **0.2** mg/dL mg/dL) Result Note:
Result Annotation:

**FT4: THYROXINE, FREE (84439)** Final, Reviewed (Collected: 03/06/2017)
Diagnosis: WELL WOMAN EXAM (NO GYNECOLOGICAL EXAM) (Z00.00)

FT4 (FREE THYROXINE) **1.08** ng/dL (Normal Range: 0.71-1.85 ng/dL) Result Note:
Result Annotation:

**TSH: THYROID STIMULATING HORMONE (84443)** Final, Reviewed (Collected: 03/06/2017)
Diagnosis: WELL WOMAN EXAM (NO GYNECOLOGICAL EXAM) (Z00.00)

TSH **3.28** uIU/mL (Normal Range: 0.38-4.31 uIU/mL) Result Note:
Result Annotation:

## Procedures

**ANNUAL DEPRESSION SCREENING (G0444)** Performed: 03/06/2017 (Final, Reviewed)

**COLLECTION OF VENOUS BLOOD BY VENIPUNCTURE (36415)** Performed: 03/06/2017 (Final, Reviewed)

**SCREENING ANNUAL MAMMOGRAPHY (77067)** Performed: 03/06/2017 (Final, Reviewed)

- Comments: 3/6/2017 Order printed & given to patient. IG
  4/10/2017 Reminder letter & mammo order mailed to patient. IG
  5/8/2017 No report available, reminder letter sent to patient with order to schedule mammogram.
  Ok to close per provider. IG

**MEDICAL SERVICE(S) PROVIDED IN THE OFFICE AFTER 5PM OR ON WEEKEND (99050)** Performed: 03/06/2017 (Final, Reviewed)

**Encounter #2**

**History & Physical Report**
**5/3/2017: Office Visit - SEASONAL ALLERGIES, MIGRANE,COMMON, BMI 24.0-24.9, ADULT (Lori Denison, APRN)**
Jamie Reece
5/3/2017 1:41 PM
Location: Hamburg
Patient #: 7061990
DOB:
Married / Language: English / Race: White
Female

History of Present Illness (Lori Denison APRN; 5/3/2017 8:55 PM)
The patient is a 48 year old female who presents for migraine headache. Symptoms include headache and nausea. The headache is located in the left occipital area, left hemicranium, right occipital area and right hemicranium. The patient describes the pain as throbbing, dull and achy. Onset was gradual year(s) ago. The patient describes this as moderate in severity and unchanged. Migraine triggers include stress, menses onset and weather changes. Symptoms are exacerbated by light. Note for "Migraine headache": Pt would like to discuss her options for medications.

Migraine frequency went down after hysterectomy(~2006). Has been taking estrogen for 3 years. Had flu like sx with -tripan use. Never took anything prophylactic for migraines. Migraines frequency has increased since October 2016.

Works at Toyota and is working in a new area since December with lots of lights. Does not currently have a headache. Last migraine lasted 8 days and went away yesterday. Usually takes Excedrin Migraine, Ketoprofen, and Tylenol for migraines but they do not give much relief.

Additional reasons for visit:

Allergic rhinitis is described as the following:
Symptoms include sneezing, nasal congestion, postnasal drip, eye redness and tearing, but do not include sore throat or cough. Onset was year(s) ago. The episodes occur daily. This is described as moderate in severity. Note for "Allergic rhinitis": HPI and PFSH reviewed. Lori Denison, APRN

Problem List/Past Medical (Jessica L Foster; 5/3/2017 1:42 PM)
BREAST CANCER SCREENING (Z12.39)
GERD (GASTROESOPHAGEAL REFLUX DISEASE) (K21.9)

Allergies (Jessica L Foster; 5/3/2017 1:42 PM)
No Known Drug Allergies 03/06/2017

Family History (Jessica L Foster; 5/3/2017 1:42 PM)
Hypothyroidism Mother, Sister, Maternal Grandmother. Phreesia 03/06/2017
Arthritis Mother, Maternal Grandmother. Phreesia 03/06/2017
Coronary Artery Disease Mother, Maternal Grandmother. Phreesia 03/06/2017

Social History (Jessica L Foster; 5/3/2017 1:42 PM)
Tobacco Use Former smoker. Phreesia 03/06/2017
Alcohol use Moderate alcohol use. Phreesia 03/06/2017
Exercise 5 x week. Phreesia 03/06/2017
Highest Education Level Attained Some college. Phreesia 03/06/2017
No drug use Phreesia 03/06/2017
Marital status Married. Phreesia 03/06/2017

Medication History (Jessica L Foster; 5/3/2017 5:51 PM)
Ketoprofen (75MG Capsule, 1 (one) Capsule Oral every eight hours as needed for pain, Taken starting 03/06/2017) Active.
Estradiol (1MG Tablet, 1 Oral daily) Active.
NexIUM (40MG Capsule DR, 1 Oral daily) Active.
Multivitamin Adult (Oral daily) Active.
Medications Reconciled

Past Surgical History (Jessica L Foster; 5/3/2017 1:42 PM)
Other Surgery Phreesia 03/06/2017
Wisdom Teeth Extraction Phreesia 03/06/2017
Tonsillectomy Phreesia 03/06/2017
Hysterectomy with Bilateral Oophorectomy Phreesia 03/06/2017

Health Maintenance History (Jessica L Foster; 5/3/2017 1:42 PM)
Screening Annual Mammography (77067) Ordered. 3/6/2017
Boostrix - TDAP (90715) Unknown
Pap smear Not indicated per the USPSTF. TAH/BSO 3/6/2017
Flu Vaccine (90656) 2016 Repeat in 1 year..
Depression Screen Annual (G0444) 03/06/2017 Repeat in 1 year..

Review of Systems (Lori Denison APRN; 5/3/2017 8:55 PM)
**General** Present- Feeling well and Good general health lately. Not Present- Fever and Medication Changes.
**Skin** Not Present- Rash.
**HEENT** Present- Seasonal Allergies. Not Present- Head Injury, Sinus Pain and Spinning Sensation.
**Neck** Not Present- Neck Stiffness and Swollen Glands.
**Respiratory** Not Present- Short of breath.
**Cardiovascular** Not Present- Chest Pain, Fainting / Blacking Out, Hypertension and Palpitations.
**Gastrointestinal** Not Present- Nausea and Vomiting.
**Neurological** Present- Migraine Headache. Not Present- Auras, Dizziness, Numbness, Numbness & Tingling, Seizures, Spinning Sensation, Visual Changes and Weakness.
**Psychiatric** Not Present- Anxiety, Depression and Memory loss.

Vitals (Jessica L. Foster; 5/3/2017 5:52 PM)
5/3/2017 1:42 PM
**Weight:** 154.38 lb **Height:** 67 in
**Body Surface Area:** 1.81 m² **Body Mass Index:** 24.18 kg/m²
**Temp.:** 97.8° F (Temporal) **Pulse:** 81 (Regular) P.OX: 100% (Room air)
**BP:** 110/64 (Sitting, Left Arm, Standard)

Physical Exam (Lori Denison APRN; 5/3/2017 8:53 PM)
**General**
**Mental Status** - Alert.
**General Appearance** - Well Developed, Well Nourished, Well groomed, Not in acute distress.
**Orientation** - Oriented X4.
**Hydration** - Well hydrated.
**Voice** - Normal.

**Integumentary**
**General Characteristics**
**Overall examination of the patient's skin reveals -** no rashes, no pallor and without cyanosis. **Color -** normal coloration of skin. **Skin Moisture -** normal skin moisture. **Temperature -** normal warmth is noted. **Texture -** normal skin texture. **Thickness -** normal skin thickness. **Mobility & Turgor -** normal mobility and turgor. **Hair Distribution and Texture -** normal distribution of scalp and body hair, with normal hair texture.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment -** atraumatic.
**Neck**
**Global Assessment -** full range of motion.
**Trachea** - midline.

**Chest and Lung Exam**
**Chest and lung exam reveals** - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

**Cardiovascular**
**Cardiovascular examination reveals** - normal heart sounds, regular rate and rhythm with no murmurs.
**Inspection**
**Carotid artery - Left -** Inspection Normal. **Right -** Inspection Normal. **Jugular vein - Bilateral -** Inspection Normal.
**Auscultation**
**Rate -** normal (60 - 100). **Rhythm -** Regular. **Heart Sounds -** S1 WNL and S2 WNL.

**Peripheral Vascular**
**Upper Extremity**
**Inspection - Bilateral -** Normal - No Clubbing, No Cyanosis, No Edema, Pulses Intact.
**Lower Extremity**
**Inspection - Bilateral -** Inspection Normal.

**Neurologic**
**Neurologic evaluation reveals** - normal attention span and ability to concentrate.

**Neuropsychiatric**
**The patient's mood and affect are described as** - normal.
**Judgment and Insight** - insight is appropriate concerning matters relevant to self and the patient displays appropriate judgment regarding every day activities.
**The patient displays or has experienced abnormal or psychotic thoughts including** - The patient neither reports nor displays abnormal or psycotic thoughts.
**Thought Processes/Cognitive Function** - appropriate fund of knowledge and aware of current events.

**Musculoskeletal**
**Global Assessment**
**Gait and Station -** normal gait and station and normal posture.

**Lymphatic**
**General Lymphatics**
**Description -** Normal .

Assessment & Plan (Lori Denison APRN; 5/3/2017 8:56 PM)
SEASONAL ALLERGIES (J30.2)
Current Plans

- Started Loratadine-D 24HR 10-240MG, 1 (one) Tablet every day, #90, 90 days starting 05/03/2017, Ref. x1.
- Follow up if no improvement or if symptoms worsen
- FOLLOW-UP AS NEEDED
- Pt Education - Patient Education given: Seasonal allergies: discussed with patient and provided information.
- Supportive care: OTC NSAID's, Antitussives, antihistamines, mucolytics, et.al.
- The etiology of the condition and treatment options were explained and the need for compliance and follow-up emphasized.
- Discussed risk, benefit and indications for medication (s).

MIGRANE,COMMON (G43.019)
Current Plans

- Started Topiramate 50MG, 1 (one) Tablet as directed, #120, 30 days starting 05/03/2017, No Refill.
  Local Order: week 1-1/2 tab twice daily week 2-1 tab twice daily week 3-1.5 tab in the AM & 1 tab in the PM week 4- 2 tab in the AM & 2 tab in the PM
- Started Zofran 4MG, 1 (one) Tablet every 8 hours as needed for nausea, #15, 15 days starting 05/03/2017, Ref. x1.
- Follow up if no improvement or if symptoms worsen
- -FU- Follow up if symptoms have not completely resolved in 72 hours. If so, follow up as needed.
- Pt Education - Patient Ed: Migraine Headache: Brief Version *: migraine headache: discussed with patient and provided information.
- Keep headache log.
- Call the office if you have a severe headache that will not go away.
- MEDICAL SERVICE(S) PROVIDED IN THE OFFICE AFTER 5PM OR ON WEEKEND (99050)

BMI 24.0-24.9, ADULT (Z68.24)

Lori G. Denison, APRN

Signed by Lori Denison, APRN (5/3/2017 8:57 PM)

## Procedures

**MEDICAL SERVICE(S) PROVIDED IN THE OFFICE AFTER 5PM OR ON WEEKEND (99050)** Performed: 05/03/2017 (Final, Reviewed)

**Encounter #3**

**History & Physical Report**
**9/11/2017: Office Visit - ACUTE BILATERAL LOW BACK PAIN WITH LEFT-SIDED SCIATICA (M54.42), BMI 24.0-24.9, ADULT (Lindsey H. Clickner, APRN)**
Jamie Reece
9/11/2017 11:35 AM
Location: Hamburg
Patient #: 7061990
DOB:
Married / Language: English / Race: White
Female

History of Present Illness (Lindsey H. Clickner APRN; 9/11/2017 7:59 PM)
The patient is a 48 year old female who presents with a complaint of Back pain. The onset of the back pain has been sudden and has been occurring in a persistent pattern for 2 days. The course has been increasing. The back pain is described as being located in the lower back. The back pain does not radiate. The symptoms have no relieving factors. The pain has been associated with back stiffness and flank pain (left), while there has been no fever, hip pain, leg weakness, paresthesias in leg or trauma. Note for "Back pain": 9/11/2017 Patient states she was unloading her car on Saturday, bent over & was stuck. Could stand back up straight. Was seen at UTC yesterday. Rx'd Naproxen & muscle relaxer, doesn't really help. Has been using ice & heat. Pt works at Toyota.

HPI and PFSH reviewed , Lindsey H. Clickner, APRN

Problem List/Past Medical (Ivy N. Griffin; 9/11/2017 11:37 AM)
GERD (GASTROESOPHAGEAL REFLUX DISEASE) (K21.9)
MIGRANE,COMMON (G43.019)
SEASONAL ALLERGIES (J30.2)

Allergies (Ivy N. Griffin; 9/11/2017 11:35 AM)
No Known Drug Allergies

Family History (Ivy N. Griffin; 9/11/2017 11:35 AM)
Hypothyroidism   Mother, Sister, Maternal Grandmother. Phreesia 03/06/2017
Arthritis   Mother, Maternal Grandmother. Phreesia 03/06/2017
Coronary Artery Disease   Mother, Maternal Grandmother. Phreesia 03/06/2017

Social History (Ivy N. Griffin; 9/11/2017 11:36 AM)
Tobacco Use   Former smoker. Phreesia 03/06/2017
Alcohol use   Moderate alcohol use. Phreesia 03/06/2017
Exercise   5 x week. Phreesia 03/06/2017
Highest Education Level Attained   Some college. Phreesia 03/06/2017
No drug use   Phreesia 03/06/2017
Marital status   Married. Phreesia 03/06/2017

Medication History (Ivy N. Griffin; 9/11/2017 6:45 PM)
Ketoprofen  (75MG Capsule, 1 (one) Capsule Oral every eight hours as needed for pain, Taken starting 03/06/2017) Active.
Zofran  (4MG Tablet, 1 (one) Tablet Oral every 8 hours as needed for nausea, Taken starting 05/03/2017) Active.
Loratadine-D 24HR  (10-240MG Tablet ER 24HR, 1 (one) Tablet Oral every day, Taken starting 05/03/2017) Active.
Estradiol  (1MG Tablet, 1 Oral daily) Active.
NexIUM  (40MG Capsule DR, 1 Oral daily) Active.
Multivitamin Adult  (Oral daily) Active.
Naproxen DR  (500MG Tablet DR, Oral) Active.
Cyclobenzaprine HCl  (10MG Tablet, Oral) Active.
Medications Reconciled

Past Surgical History (Ivy N. Griffin; 9/11/2017 11:36 AM)
Other Surgery   Phreesia 03/06/2017
Wisdom Teeth Extraction   Phreesia 03/06/2017
Tonsillectomy   Phreesia 03/06/2017
Hysterectomy with Bilateral Oophorectomy   Phreesia 03/06/2017

Health Maintenance History (Ivy N. Griffin; 9/11/2017 11:36 AM)
Pap smear   Not indicated per the USPSTF. TAH/BSO 9/11/2017
Flu Vaccine (90656)  [2016]: Repeat in 1 year..
Depression Screen Annual (G0444)  [03/06/2017]: Repeat in 1 year..
Screening Annual Mammography (77067)   Ordered. 9/11/2017
Boostrix - TDAP (90715)   Unknown

Review of Systems (Lindsey H. Clickner APRN; 9/11/2017 8:01 PM)
**General** Not Present- Fever.
**Cardiovascular** Not Present- Edema.
**Gastrointestinal** Not Present- Diarrhea, Nausea and Vomiting.
**Musculoskeletal** Present- Back Pain, Decreased Range of Motion, Difficulty walking (d/t pain), Known Accident or Injury (unloading a car on Saturday) and Muscle Pain. Not Present- Joint Pain, Muscle Weakness, Neck Pain and Swelling of Extremities.
**Neurological** Present- Radiculopathy and Trouble walking. Not Present- Incontinence Urine, Numbness, Pain Relief when Leaning Forward, Paresthesias, Saddle Anesthesia and Tingling.

Vitals (Ivy N. Griffin; 9/11/2017 6:46 PM)
9/11/2017 11:35 AM
**Weight:** 159.13 lb   **Height:** 67 in
**Body Surface Area:** 1.83 m²   **Body Mass Index: 24.92 kg/m²**

**Temp.:** 97.3° F (Tympanic) **Pulse:** 90 (Regular) P.OX: 98% (Room air)
**BP:** 110/70 (Sitting, Left Arm, Standard)

Physical Exam (Lindsey H. Clickner APRN; 9/11/2017 8:03 PM)
**General**
**General Appearance** - Cooperative, Well Developed, Well Nourished, Not in acute distress.
**Build & Nutrition** - Well developed.
**Hydration** - Well hydrated.

**Integumentary**
**General Characteristics**
**Color -** normal coloration of skin (on areas examined). **Skin Moisture -** normal skin moisture.

**Head and Neck**
**Face**
**Global Assessment -** atraumatic, no pallor observed.
**Neck**
**Global Assessment -** supple, no abnormal movements, non-tender.

**Eye**
**Iris - Bilateral** - Normal.
**Sclera/Conjunctiva - Bilateral** - Normal.

**Chest and Lung Exam**
**Auscultation**
**Breath sounds -** Clear to ascultation bilaterally and Normal.
**Inspection**
**Shape -** Normal. **Movements -** Symmetrical.
**Palpation**
**Palpation of the chest reveals -** Non-tender.

**Cardiovascular**
**Auscultation**
**Rhythm -** Regular. **Heart Sounds -** Normal heart sounds, S1 WNL and S2 WNL.

**Peripheral Vascular**
**Upper Extremity**
**Palpation - Temperature - Left -** Normal. **Right -** Normal. **Edema - Left -** No edema. **Right -** No edema.
**Lower Extremity**
**Inspection - Left -** Inspection Normal. **Right -** Inspection Normal. **Palpation - Temperature - Left -** Normal. **Right -** Normal. **Dorsalis pedis pulse - Left -** Normal. **Right -** Normal. **Edema - Left -** No edema. **Right -** No edema.

**Neurologic**
**Mental Status**
**Affect -** normal. **Speech -** Normal. **Thought content/perception -** Normal.
**Sensory - Left** - LLE Touch Intact and LLE Temperature Intact.
**Sensory - Right** - RLE Touch Intact, RLE Temperature Intact and RUE Temperature Intact.
**Motor**
**Bulk and Contour -** Normal. **Tone - Spastic -** Back extensors.
**General Assessment of Reflexes**
**Right Knee -** 2+. **Left Knee -** 2+.
**Coordination** - Normal.
**Gait** - Abnormal Favoring Complaint as Expected.

**Neuropsychiatric**
**The patient's mood and affect are described as** - normal.
**Associations** - intact.
**Judgment and Insight** - insight is appropriate concerning matters relevant to self.

**Musculoskeletal**
**Head**
**Facial - Examination of the face reveals -** atraumatic, symmetric.
**Spine/Ribs/Pelvis**
**Cervical Spine - Examination of the cervical spine reveals -** no tenderness to palpation, no pain, no swelling, edema or erythema, normal cervical spine movements, normal strength and tone, no laxity or crepitus, no palpable step off, no known fractures or deformities, normal posture and normal sensation. **Thoracic (Dorsal) Spine - Examination of the thoracic spine reveals -** no tenderness over thoracic vertebrae, no pain, no swelling, edema or erythema of surrounding tissue, no paraspinous muscle spasm, normal sensation, normal strength and tone, no laxity or crepitus, normal thoracic spine movements, no known fractures or deformities, normal posture and gait and normal coordination and reflexes.
**Lumbosacral Spine - Examination of the lumbosacral spine reveals -** no swelling, edema or erythema of surrounding tissue, normal sensation, no known fractures or deformities and normal coordination and reflexes. **Inspection and Palpation - Tenderness -** moderate, L SI Joint and L Lumbosacral Muscle. **Muscle tone -** spasticity (Left lumbar paraspinal muscles with increased tone.). **Assessment of pain reveals the following findings - The pain is characterized as -** moderate. **Location -** pain refers to buttocks on affected side, pain refers laterally to left lower back and pain refers to posterior leg on affected side. **Causative Factors include -** Note: Movement.
**Lower Extremity**
**Hip - Examination of the right hip reveals -** normal strength and tone and normal sensation and coordination. **Examination of the left hip reveals -** normal strength and tone, no instability, subluxation or laxity, no known fractures or dislocations and normal sensation and coordination.
**Knee/Patella - Examination of right knee reveals -** normal deep tendon reflexes and normal coordination, normal strength and tone, normal range of motion, normal sensation, no instability, subluxation or laxity, no crepitus and no known fractures or deformities. **Examination of the left knee reveals -** normal strength and tone, normal deep tendon reflexes and normal coordination, normal range of motion, normal sensation, no instability, subluxation or laxity, no crepitus and no known fractures or deformities.
**Special Tests**
**Back Pain -** Left straight leg raise posative (abnormal), Right straight leg raise negative (normal).

**Lymphatic**
**no other lymphadenopathy** - no other lymphadenopathy.

Assessment & Plan (Lindsey H. Clickner APRN; 9/11/2017 8:04 PM)
ACUTE BILATERAL LOW BACK PAIN WITH LEFT-SIDED SCIATICA (M54.42)
Current Plans

- SPINE LUMBAR AP & LATERAL X-RAY (72100)
- Started Diclofenac Sodium 75MG, 1 (one) Tablet DR two times daily, #60, 30 days starting 09/11/2017, Ref. x2.
- Steroid side effects discussed
- Restarted MethylPREDNISolone 4MG, 1 (one) Tablet ask directed, #21, 6 days starting 09/11/2017, No Refill.
  Local Order: six tablets the first day, five tablets the second day, four tablets the third day,three tablets the fourth day, two tablets the fifth day, one tablet the sixth day
- TORADOL 60MG (KETOROLAC) (J1885)
- Admin of Therapeutic Injection (96372)
- Discussed risk, benefit and indications for medication (s).
- Follow up in 7-10 if symptoms not resolved or prn
- Medical decision-making upon review of pending ancillary tests. Pt to call office if has not heard results in 1 week.

BMI 24.0-24.9, ADULT (Z68.24)
Current Plans

- MEDICAL SERVICE(S) PROVIDED IN THE OFFICE AFTER 5PM OR ON WEEKEND (99050)

Medical Decision Making (Lindsey H. Clickner APRN; 9/11/2017 8:05 PM)
**Amount/complexity of data to be reviewed:**
- Order and/or review of radiology test(s)

Lindsey Clickner APRN

Signed by Lindsey H Clickner, APRN (9/11/2017 8:05 PM)

## Procedures

**MEDICAL SERVICE(S) PROVIDED IN THE OFFICE AFTER 5PM OR ON WEEKEND (99050)** Performed: 09/11/2017 (Final, Reviewed)

**SPINE LUMBAR AP & LATERAL X-RAY (72100)** Performed: 09/11/2017 (Final, Reviewed)
- Comments: 9/11/2017 Order printed & given to patient. IG

**TORADOL 60MG (KETOROLAC) (J1885)** Performed: 09/11/2017 (Final, Reviewed)

**Admin of Therapeutic Injection (96372)** Performed: 09/11/2017 (Final, Reviewed)

**Encounter #4**

**History & Physical Report**
**9/14/2017: Office Visit - ACUTE BILATERAL LOW BACK PAIN WITH LEFT-SIDED SCIATICA (M54.42), BMI 25.0-25.9,ADULT (Doris W. Adams, APRN)**
Jamie Reece
9/14/2017 8:34 AM
Location: Hamburg
Patient #: 7061990
DOB:
Married / Language: English / Race: White
Female

History of Present Illness (Doris W. Adams APRN; 9/14/2017 12:07 PM)
The patient is a 48 year old female who presents for a Recheck of Back pain. The onset of the back pain has been sudden and has been occurring in a persistent pattern for 2 days. The course has been increasing. The back pain is described as being located in the lower back. The back pain does not radiate. The symptoms have no relieving factors. The pain has been associated with back stiffness and flank pain (left), while there has been no fever, hip pain, leg weakness, paresthesias in leg or trauma. Note for "Back pain": 9/11/2017 Patient states she was unloading her car on Saturday, bent over & was stuck. Could stand back up straight. Was seen at UTC yesterday. Rx'd Naproxen & muscle relaxer, doesn't really help. Has been using ice & heat.

9/14/2017 pt. states that she is able to stand up straight now, but she is having trouble rising from a sitting position.

HPI and PFSH reviewed. Whitney Adams, APRN

Problem List/Past Medical (Penni M. Foreman; 9/14/2017 11:53 AM)
GERD (GASTROESOPHAGEAL REFLUX DISEASE) (K21.9)
MIGRANE,COMMON (G43.019)
SEASONAL ALLERGIES (J30.2)

Allergies (Penni M. Foreman; 9/14/2017 11:53 AM)
No Known Drug Allergies

Family History (Penni M. Foreman; 9/14/2017 11:53 AM)
Hypothyroidism   Mother, Sister, Maternal Grandmother. Phreesia 03/06/2017
Arthritis   Mother, Maternal Grandmother. Phreesia 03/06/2017
Coronary Artery Disease   Mother, Maternal Grandmother. Phreesia 03/06/2017

Social History (Penni M. Foreman; 9/14/2017 11:53 AM)
Tobacco Use   Former smoker. Phreesia 03/06/2017
Alcohol use   Moderate alcohol use. Phreesia 03/06/2017
Exercise   5 x week. Phreesia 03/06/2017
Highest Education Level Attained   Some college. Phreesia 03/06/2017
No drug use   Phreesia 03/06/2017
Marital status   Married. Phreesia 03/06/2017

Medication History (Penni M. Foreman; 9/14/2017 11:51 AM)
MethylPREDNISolone  (4MG Tab Ther Pack, 1 (one) Tablet Oral ask directed, Taken starting 09/11/2017) Active. (six tablets the first day, five tablets the second day, four tablets the third day,three tablets the fourth day, two tablets the fifth day, one tablet the sixth day)
Diclofenac Sodium  (75MG Tablet DR, 1 (one) Tablet DR Oral two times daily, Taken starting 09/11/2017) Active.
Zofran  (4MG Tablet, 1 (one) Tablet Oral every 8 hours as needed for nausea, Taken starting 05/03/2017) Active.
Loratadine-D 24HR  (10-240MG Tablet ER 24HR, 1 (one) Tablet Oral every day, Taken starting 05/03/2017) Active.
Cyclobenzaprine HCl  (10MG Tablet, Oral) Active.
Estradiol  (1MG Tablet, 1 Oral daily) Active.
NexIUM  (40MG Capsule DR, 1 Oral daily) Active.
Multivitamin Adult  (Oral daily) Active.
Medications Reconciled

Past Surgical History (Penni M. Foreman; 9/14/2017 11:53 AM)
Other Surgery   Phreesia 03/06/2017
Wisdom Teeth Extraction   Phreesia 03/06/2017
Tonsillectomy   Phreesia 03/06/2017
Hysterectomy with Bilateral Oophorectomy   Phreesia 03/06/2017

Health Maintenance History (Penni M. Foreman; 9/14/2017 11:53 AM)
Flu Vaccine (90656)  [2016]: Repeat in 1 year.. 9/14/2017 pt. wants to wait until later in the year
Pap smear   Not indicated per the USPSTF. TAH/BSO 9/11/2017
Depression Screen Annual (G0444)  [03/06/2017]: Repeat in 1 year..
Screening Annual Mammography (77067)   Ordered. 9/11/2017
Boostrix - TDAP (90715)   Unknown

Review of Systems (Doris W. Adams APRN; 9/14/2017 12:21 PM)
**General** Not Present- Fever.
**Cardiovascular** Not Present- Edema.
**Gastrointestinal** Not Present- Diarrhea, Nausea and Vomiting.
**Musculoskeletal** Present- Back Pain (improving since starting steroids and diclofenac. Can now stand up, but still has pain when getting up from seated position. Concerned about starting back to work next week.), Decreased Range of Motion, Difficulty walking (d/t pain), Known Accident or Injury (unloading a car on Saturday) and Muscle Pain. Not Present- Joint Pain, Muscle Weakness, Neck Pain and Swelling of Extremities.
**Neurological** Not Present- Incontinence Urine, Numbness, Pain Relief when Leaning Forward, Paresthesias, Radiculopathy, Saddle Anesthesia, Tingling and Trouble walking.

Vitals (Penni M. Foreman; 9/14/2017 11:49 AM)
9/14/2017 8:34 AM
**Weight:** 163 lb **Height:** 67 in
**Body Surface Area:** 1.85 m² **Body Mass Index: 25.53 kg/m²**
**Temp.:** 98.3° F (Temporal) **Pulse: 103 (Regular)** P.OX: 97% (Room air)
**BP:** 114/72 (Sitting, Left Arm, Standard)

Physical Exam (Doris W. Adams APRN; 9/14/2017 12:22 PM)
**General**
**General Appearance** - Cooperative, Well Developed, Well Nourished, Not in acute distress.
**Build & Nutrition** - Well developed.
**Gait** - Slow and cautious.
**Hydration** - Well hydrated.

**Integumentary**
**General Characteristics**
**Color -** normal coloration of skin (on areas examined). **Skin Moisture -** normal skin moisture.

**Head and Neck**
**Face**
**Global Assessment -** atraumatic, no pallor observed.
**Neck**
**Global Assessment -** supple, no abnormal movements, non-tender.

**Eye**
**Iris - Bilateral** - Normal.
**Sclera/Conjunctiva - Bilateral** - Normal.

**Chest and Lung Exam**
**Auscultation**
**Breath sounds -** Clear to ascultation bilaterally and Normal.
**Inspection**
**Shape -** Normal. **Movements -** Symmetrical.
**Palpation**
**Palpation of the chest reveals -** Non-tender.

**Cardiovascular**
**Auscultation**
**Rhythm -** Regular. **Heart Sounds -** Normal heart sounds, S1 WNL and S2 WNL.

**Peripheral Vascular**
**Upper Extremity**
**Palpation - Temperature - Left -** Normal. **Right -** Normal. **Edema - Left -** No edema. **Right -** No edema.
**Lower Extremity**
**Inspection - Left -** Inspection Normal. **Right -** Inspection Normal. **Palpation - Temperature - Left -** Normal. **Right -** Normal. **Dorsalis pedis pulse - Left -** Normal. **Right -** Normal. **Edema - Left -** No edema. **Right -** No edema.

**Neurologic**
**Mental Status**
**Affect -** normal. **Speech -** Normal. **Thought content/perception -** Normal.
**Sensory - Left** - LLE Touch Intact and LLE Temperature Intact.
**Sensory - Right** - RLE Touch Intact, RLE Temperature Intact and RUE Temperature Intact.
**Motor**
**Bulk and Contour -** Normal. **Tone - Spastic -** Back extensors.
**General Assessment of Reflexes**
**Right Knee -** 2+. **Left Knee -** 2+.
**Coordination** - Normal.
**Gait** - Abnormal Favoring Complaint as Expected.

**Neuropsychiatric**
**The patient's mood and affect are described as** - normal.
**Associations** - intact.
**Judgment and Insight** - insight is appropriate concerning matters relevant to self.

**Musculoskeletal**
**Head**
**Facial - Examination of the face reveals -** atraumatic, symmetric.
**Spine/Ribs/Pelvis**
**Cervical Spine - Examination of the cervical spine reveals -** no tenderness to palpation, no pain, no swelling, edema or erythema, normal cervical spine movements, normal strength and tone, no laxity or crepitus, no palpable step off, no known fractures or deformities, normal posture and normal sensation. **Thoracic (Dorsal) Spine - Examination of the thoracic spine reveals -** no tenderness over thoracic vertebrae, no pain, no swelling, edema or erythema of surrounding tissue, no paraspinous muscle spasm, normal sensation, normal strength and tone, no laxity or crepitus, normal thoracic spine movements, no known fractures or deformities, normal posture and gait and normal coordination and reflexes. **Lumbosacral Spine - Examination of the lumbosacral spine reveals -** no swelling, edema or erythema of surrounding tissue, normal sensation, no known fractures or deformities and normal coordination and reflexes. **Inspection and Palpation - Tenderness -** moderate, L SI Joint and L Lumbosacral Muscle. **Muscle tone -** spasticity (Left lumbar paraspinal muscles with increased tone.). **Assessment of pain reveals the following findings - The pain is characterized as -** moderate. **Location -** pain refers to buttocks on affected side, pain refers laterally to left lower back and pain refers to posterior leg on affected side. **Causative Factors include -** Note: Movement.
**Lower Extremity**
**Hip - Examination of the right hip reveals -** normal strength and tone and normal sensation and coordination. **Examination of the left hip reveals -** normal strength and tone, no instability, subluxation or laxity, no known fractures or dislocations and normal sensation and coordination.
**Knee/Patella - Examination of right knee reveals -** normal deep tendon reflexes and normal coordination, normal strength and tone, normal

range of motion, normal sensation, no instability, subluxation or laxity, no crepitus and no known fractures or deformities. **Examination of the left knee reveals -** normal strength and tone, normal deep tendon reflexes and normal coordination, normal range of motion, normal sensation, no instability, subluxation or laxity, no crepitus and no known fractures or deformities.

**Lymphatic**
**no other lymphadenopathy** - no other lymphadenopathy.

Assessment & Plan (Doris W. Adams APRN; 9/14/2017 12:23 PM)
ACUTE BILATERAL LOW BACK PAIN WITH LEFT-SIDED SCIATICA (M54.42)
Current Plans

- You have been evaluated and instructed to continue the previously Prescribed medication(s).
- Referred to RAR KORT Physical Therapy (Physical Medicine and Rehabilitation).
  Routine.
- The patient was educated and reassured on the signs, symptoms and pathophysiology of this condition. They will return to clinic for re-evaluation and discussion if either the symptoms change and/or increase or they have additional concerns or questions.
- PROVIDER NOTE: See how pain improves over next few days-will reassess return to work date based on symptoms over next few days. Referral to PT sent.
- Follow up in 7-10 if symptoms not resolved or prn

BMI 25.0-25.9,ADULT (Z68.25)



Signed by Doris W Adams, APRN (9/14/2017 12:23 PM)

Reece, Jamie Patient #:7061990 DOB:

## XR SPINE LUMBAR AP AND LATERAL

Jamie Reece

Final, Reviewed
Diagnosis:
Ordered by Lindsey H. Clickner, APRN on 9/13/2017 (Routine)
Performed on 9/13/2017 2:27 PM
Reviewed by Lindsey H. Clickner, APRN on 9/14/2017

Comments: LBP, left buttocks pain x 3 days, non trauma

(Reason for Exam:->acute bilateral low back pain with left-sided sciatica
Patient Pregnant->No
EXAMINATION: XR SPINE, LUMBAR, AP AND LATERAL-09/12/2017:

INDICATION: Acute bilateral low back pain with left-sided sciatica; M54.42-Lumbago with sciatica, left side.

COMPARISON: NONE.

FINDINGS: AP, lateral, and spot views of the lumbar spine reveal no evidence of acute fracture or malalignment. The vertebral body height and disc spaces are preserved. Facets are well aligned. Pedicles are intact. Minimal degenerative changes seen within the sacroiliac joints, left greater than right.

Minimal degenerative changes seen in the lumbar spine with no evidence of acute fracture or dislocation. Degenerative changes seen within the left sacroiliac joint.

D: 09/13/2017
E: 09/13/2017

This report was finalized on 9/13/2017 2:27 PM by Dr. Katherine Jenkins, MD.

LBP, left buttocks pain x 3 days, non trauma
)

Addendum

*Lindsey Clickner 09/14/2017 10:17 AM*
no acute abnormalities of lumbar spine and disc spaces are preserved. Minimal degenerative changes (arthritis) noted in left sacroiliac joint (top of left hip). OK for PT referral if pain persists.

**Encounter #5**

**History & Physical Report**
**6/12/2018: Office Visit - SITUATIONAL ANXIETY (F41.8), PA (PSORIATIC ARTHRITIS) (L40.50), BMI 26.0-26.9,ADULT (Mary H. Henkel, MD)**
Jamie Reece
6/12/2018 9:10 AM
Location: The Springs
Patient #: 7061990
DOB:
Married / Language: English / Race: White
Female

History of Present Illness (Mary H. Henkel MD; 6/12/2018 9:48 AM)
The patient is a 49 year old female who presents with a complaint of Anxiety. The onset of the anxiety has been acute and has been occurring in an intermittent pattern for years. The course has been recurrent. The anxiety is characterized as apprehension, expectant dread, nervousness and extreme fear. The phobia is defined as claustrophobia. Precipitating factors include specific forthcoming events. Note for "Anxiety": 6/12/2018 Patient states she is having an MRI of Head and Chest soon, she is requesting prescription to keep her calm because she does not like to be enclosed and she was told the imaging would take about an hour and a half. Patient is nervous that she is going to get called to come and she isn't going to be able to do the test because of claustrophobia. ROS and PFSH reviewed , /Mary Henkel, M.D.

Problem List/Past Medical (Makenzie L. Hunt; 6/12/2018 9:20 AM)
GERD (GASTROESOPHAGEAL REFLUX DISEASE) (K21.9)
MIGRANE,COMMON (G43.019)
SEASONAL ALLERGIES (J30.2)
PA (PSORIATIC ARTHRITIS) (L40.50)

Allergies (Makenzie L. Hunt; 6/12/2018 9:17 AM)
No Known Drug Allergies

Family History (Makenzie L. Hunt; 6/12/2018 9:20 AM)
Hypothyroidism   Mother, Sister, Maternal Grandmother. Phreesia 03/06/2017
Arthritis   Mother, Maternal Grandmother. Phreesia 03/06/2017
Coronary Artery Disease   Mother, Maternal Grandmother. Phreesia 03/06/2017

Social History (Makenzie L. Hunt; 6/12/2018 9:20 AM)
Tobacco Use   Former smoker. Phreesia 03/06/2017
Alcohol use   Moderate alcohol use. Phreesia 03/06/2017
Exercise   5 x week. Phreesia 03/06/2017
Highest Education Level Attained   Some college. Phreesia 03/06/2017
No drug use   Phreesia 03/06/2017
Marital status   Married. Phreesia 03/06/2017

Medication History (Makenzie L. Hunt; 6/12/2018 10:29 AM)
LORazepam  (0.5MG Tablet, 1 Oral Two times daily) Active.
Zofran  (4MG Tablet, 1 (one) Tablet Oral every 8 hours as needed for nausea, Taken starting 05/03/2017) Active.
Loratadine-D 24HR  (10-240MG Tablet ER 24HR, 1 (one) Tablet Oral every day, Taken starting 05/03/2017) Active.
NexIUM  (40MG Capsule DR, 1 Oral daily) Active.
Multivitamin Adult  (Oral daily) Active.
Cyclobenzaprine HCl  (10MG Tablet, Oral) Active.
Folic Acid  (1 Oral Daily) Specific strength unknown - Active.
Methotrexate Sodium  (2.5MG Tablet, 8 Oral Weekly) Active.
Gabapentin  (300MG Capsule, Oral) Active.
Medications Reconciled

Past Surgical History (Makenzie L. Hunt; 6/12/2018 9:20 AM)
Other Surgery   Phreesia 03/06/2017
Wisdom Teeth Extraction   Phreesia 03/06/2017
Tonsillectomy   Phreesia 03/06/2017
Hysterectomy with Bilateral Oophorectomy   Phreesia 03/06/2017

Health Maintenance History (Makenzie L. Hunt; 6/12/2018 9:35 AM)
Flu Vaccine (90656)  [2016]: Repeat in 1 year.. 9/14/2017 pt. wants to wait until later in the year
Screening Annual Mammography (77067)  [06/2017]: Normal, Repeat in 1 year..
HEP A VAC, ADULT (90632)  [05/02/2018]: Given at Pharmacy , Repeat in 6 months. Reported by WM/Sams
Pap smear   Not indicated per the USPSTF. TAH/BSO
9/11/2017
Depression Screen Annual (G0444)  [03/06/2017]: Repeat in 1 year..
Boostrix - TDAP (90715)   Unknown
Last Kasper Obtained (G9003)  [06/12/2018]: Repeat in 1 year..
Controlled Substance Agreement on File  [06/12/2018]:
Last Drug Screen Obtained (G0434)

Review of Systems (Mary H. Henkel MD; 6/12/2018 7:52 PM)
**General** Not Present- Medication Changes.
**Psychiatric** Present- Anxiety.

Vitals (Makenzie L. Hunt; 6/12/2018 9:15 AM)
6/12/2018 9:14 AM
**Weight:** 171.38 lb   **Height:** 67 in
**Body Surface Area:** 1.89 m²   **Body Mass Index: 26.84 kg/m²**
**Temp.:** 97.5° F (Temporal)   **Pulse:** 75 (Regular)   P.OX: 98% (Room air)

**BP:** 112/70 (Sitting, Left Arm, Standard)

Physical Exam (Mary H. Henkel MD; 6/12/2018 7:52 PM)
**General**
**Mental Status** - Alert.
**General Appearance** - Cooperative, Not in acute distress.

**Cardiovascular**
**Auscultation**
**Heart Sounds -** Normal heart sounds.

**Neuropsychiatric**
**The patient's mood and affect are described as** - anxious.

Assessment & Plan (Mary H. Henkel MD; 6/12/2018 7:53 PM)
SITUATIONAL ANXIETY (F41.8)
Current Plans

- Started ALPRAZolam 1MG, 1 (one) Tablet 30 min. prior to anxiety provoking event, #10, 06/12/2018, No Refill.
- Discussed risk, benifit and indications for medication (s).: discussed with patient and provided information.

PA (PSORIATIC ARTHRITIS) (L40.50)
Current Plans

- This chronic condition affected the medical decision making process.

BMI 26.0-26.9,ADULT (Z68.26)
Current Plans

- BMI IS DOCUMENTED ABOVE NORMAL PARAMETERS AND A FOLLOW-UP PLAN IS DOCUMENTED (G8417)
- Pt Education - Healthy Diet: Brief Version *: health maintenance: discussed with patient and provided information.

Signed by Mary H Henkel, MD (6/12/2018 7:53 PM)

## Procedures

**BMI IS DOCUMENTED ABOVE NORMAL PARAMETERS AND A FOLLOW-UP PLAN IS DOCUMENTED (G8417)** Performed: 06/12/2018 (Final, Reviewed)

**Encounter #6**

**History & Physical Report**
**8/20/2018: Office Visit - ACUTE PHARYNGITIS, UNSPECIFIED ETIOLOGY (J02.9), PA (PSORIATIC ARTHRITIS) (L40.50), SINUSITIS, BACTERIAL (J32.9), BRONCHITIS (J40), VAGINITIS AND VULVOVAGINITIS (N76.0), BMI 26.0-26.9,ADULT (Keith T. Applegate, MD)**
Jamie Reece
8/20/2018 1:23 PM
Location: Hamburg
Patient #: 7061990
DOB:
Married / Language: English / Race: White
Female

History of Present Illness (Keith T. Applegate MD; 8/20/2018 6:21 PM)
The patient is a 49 year old female who presents with a complaint of Cold Symptoms. The onset of the cold symptoms has been sudden and has been occurring in a persistent pattern for 3 days. The course has been constant. The symptoms have been associated with sore throat, fever, chills, Body aches, stuffy/runny nose and dry cough, while the symptoms have not been associated with headache, hoarseness, cough all the time, shortness of breath or ear fullness. Note for "Cold Symptoms": PT IS SP HUMIRA INJECTION 8-16-18 AND TAKES MTX.

Problem List/Past Medical (LaShondia R. Dixon; 8/20/2018 4:54 PM)
Medical History Reviewed - No Changes [08/20/2018]:
GERD (GASTROESOPHAGEAL REFLUX DISEASE) (K21.9)
MIGRANE,COMMON (G43.019)
SEASONAL ALLERGIES (J30.2)
PA (PSORIATIC ARTHRITIS) (L40.50)
Problems Reconciled

Allergies (LaShondia R. Dixon; 8/20/2018 4:54 PM)
No Known Drug Allergies
Allergies Reconciled

Family History (LaShondia R. Dixon; 8/20/2018 4:33 PM)
Hypothyroidism Mother, Sister, Maternal Grandmother. Phreesia 03/06/2017
Arthritis Mother, Maternal Grandmother. Phreesia 03/06/2017
Coronary Artery Disease Mother, Maternal Grandmother. Phreesia 03/06/2017

Social History (LaShondia R. Dixon; 8/20/2018 4:33 PM)
Tobacco Use Never smoker. Phreesia 08/20/2018
Alcohol use Moderate alcohol use. Phreesia 03/06/2017
Exercise 5 x week. Phreesia 03/06/2017
Highest Education Level Attained Some college. Phreesia 03/06/2017
No drug use Phreesia 03/06/2017
Marital status Married. Phreesia 03/06/2017

Medication History (Keith T. Applegate, MD; 8/20/2018 5:13 PM)
Zofran (4MG Tablet, 1 (one) Tablet Oral every 8 hours as needed for nausea, Taken starting 05/03/2017) Active.
Loratadine-D 24HR (10-240MG Tablet ER 24HR, 1 (one) Tablet Oral every day, Taken starting 05/03/2017) Active.
ALPRAZolam (1MG Tablet, 1 (one) Tablet Oral 30 min. prior to anxiety provoking event, Taken starting 06/12/2018) Active.
NexIUM (40MG Capsule DR, 1 Oral daily) Active.
Multivitamin Adult (Oral daily) Active.
Cyclobenzaprine HCl (10MG Tablet, 1 Oral) Discontinued.
LORazepam (0.5MG Tablet, 1 Oral Two times daily) Active.
Folic Acid (1 Oral Daily) Specific strength unknown - Active.
Methotrexate Sodium (2.5MG Tablet, 8 Oral Weekly) Active.
Gabapentin (300MG Capsule, Oral prn) Discontinued.
Humira Pen (40MG/0.8ML Pen-inj Kit, 2 Subcutaneous monthly) Active.
Medications Reconciled

Past Surgical History (LaShondia R. Dixon; 8/20/2018 4:33 PM)
Other Surgery Phreesia 03/06/2017
Wisdom Teeth Extraction Phreesia 03/06/2017
Tonsillectomy Phreesia 03/06/2017
Hysterectomy with Bilateral Oophorectomy Phreesia 03/06/2017

Health Maintenance History (LaShondia R. Dixon; 8/20/2018 4:33 PM)
Flu Vaccine (90656) [2016]: Repeat in 1 year.. 9/14/2017 pt. wants to wait until later in the year
Screening Annual Mammography (77067) [06/2017]: Normal, Repeat in 1 year..
HEP A VAC, ADULT (90632) [05/02/2018]: Given at Pharmacy , Repeat in 6 months. Reported by WM/Sams
Pap smear Not indicated per the USPSTF. TAH/BSO
9/11/2017
Depression Screen Annual (G0444) [03/06/2017]: Repeat in 1 year..
Boostrix - TDAP (90715) Unknown
Last Kasper Obtained (G9003) [06/12/2018]: Repeat in 1 year..
Controlled Substance Agreement on File [06/12/2018]:
Last Drug Screen Obtained (G0434)

Review of Systems (Keith T. Applegate MD; 8/20/2018 5:16 PM)
**General** Present- Chills, Feeling well, Fever and Good general health lately. Not Present- Fatigue.
**Skin** Not Present- Bruising, New Lesions and Rash.
**HEENT** Present- Nasal Congestion, Sinus problems and Sore Throat. Not Present- Blurred Vision, Double Vision, Earache, Headache, Hearing Loss, Seasonal Allergies, Sinus Pain and Visual Disturbances.
**Neck** Not Present- Neck Mass, Neck Pain and Swollen Glands.
**Respiratory** Present- Cough. Not Present- Dyspnea, Short of breath, Sputum Production and Wheezing.
**Cardiovascular** Not Present- Chest Pain, Edema, Irregular Heart Beat and Palpitations.
**Gastrointestinal** Not Present- Constipation, Diarrhea, Nausea and Vomiting.
**Musculoskeletal** Present- Arthritis and Myalgia. Not Present- Joint Pain, Joint Stiffness, Muscle Pain and Muscle Weakness.
**Neurological** Not Present- Dizziness, Focal Neurological Symptoms and Headaches.
**Psychiatric** Not Present- Anxiety and Depression.
**Endocrine** Not Present- Excessive Thirst and Excessive Urination.
**Hematology** Not Present- Easy Bruising and Nose Bleed.
**All other systems negative**

Vitals (Keith T. Applegate MD; 8/20/2018 5:14 PM)
8/20/2018 4:32 PM
**Weight:** 175.13 lb **Height:** 67 in
**Body Surface Area:** 1.91 m² **Body Mass Index: 27.43 kg/m²**
**Temp.:** 97.2° F (Temporal) **Pulse:** 99 (Regular) P.OX: 98% (Room air)
**BP:** 102/66 (Sitting, Left Arm, Standard)

Physical Exam (Keith T. Applegate MD; 8/20/2018 5:18 PM)
**General**
**General Appearance** - Well Developed and Well Nourished, Not in acute distress, Not Sickly.
**Voice** - Normal.

**Integumentary**
**General Characteristics**
**Color -** normal coloration of skin.

**Head and Neck**
**Face**
**Global Assessment -** atraumatic, no pallor observed.
**Neck**
**Global Assessment -** supple, no decreased range of motion.
**Trachea** - midline.
**Thyroid**
**Gland Characteristics -** no palpable nodules, no palpable enlargement, non-tender.

**Eye**
**Iris - Left** - Normal.
**Iris - Right** - Normal.
**Sclera/Conjunctiva - Left** - sclera are not injected, No Discharge.
**Sclera/Conjunctiva - Right** - sclera are not injected, No Discharge.
**Pupil - Left** - Normal.
**Pupil - Right** - Normal.

**ENMT**
**Ears**
**Pinna - Left -** no drainage observed. **Right -** no drainage observed. **External Auditory Canal - Left -** no cerumen impaction noted. **Right -** no cerumen impaction noted. **Otoscopic Exam - Middle Ear - Left -** no effusion noted. **Right -** no effusion noted. **Tympanic Membrane - Left -** no bulging noted. **Right -** no bulging noted.
**Nose and Sinuses**
**Inspection of the nares - Left -** no mucus present . **Right -** no mucus present . **Nasal Mucosa - Left -** no bleeding noted, no congestion observed. **Right -** no bleeding noted, no congestion observed. **Right -** no tenderness observed. **Right -** no tenderness observed. **Turbinates - Middle - Left -** not enlarged, no hypertrophy, no inflammation noted. **Right -** not enlarged, no hypertrophy, no inflammation noted. **Frontal Sinuses - Left -** no tenderness observed. **Maxillary Sinuses - Left -** no tenderness observed.
**Mouth and Throat**
**Oral Cavity/Oropharynx - Oral Mucosa -** moist. **Oropharynx -** posterior oropharyngeal walls are edematous and Red 2/4, no evidence of airway distress observed, No Lymphoid hyperplasia (cobblestoning).

**Chest and Lung Exam**
**Auscultation**
**Breath sounds -** Clear to ascultation bilaterally and Normal.
**Chest and lung exam reveals** - quiet, even and easy respiratory effort with no use of accessory muscles.

**Cardiovascular**
**Auscultation**
**Rhythm -** Regular. **Heart Sounds -** Normal heart sounds, S1 WNL and S2 WNL.

**Neuropsychiatric**
**The patient's mood and affect are described as** - normal.
**Judgment and Insight** - insight is appropriate concerning matters relevant to self.

**Musculoskeletal**
**Global Assessment**
**Examination of related systems reveals -** no generalized swelling or edema of extremities.
**Head**
**Skull - Examination of the skull reveals -** no tenderness to palpation, no pain, no deformities, malformations, or known fractures, negative Battle's sign and no swelling, edema or erythema of surrounding tissue.

**Upper Extremity**
**General -** Bilateral UEs with grossly intact and symmetric strength, motor and tone..
**Lower Extremity**
**General -** Bilateral LEs with grossly intact and symmetric strength, motor and tone..

**Lymphatic**
**Head & Neck**

**Anterior Cervical Nodes: Bilateral - Tenderness -** Mildly tender.
**Posterior Cervical Nodes: Left - Tenderness -** Non Tender. **Right - Tenderness -** Non Tender.
**Axillary**

**Supraclavicular Nodes: Bilateral - Size -** Note: normal nodes.

Assessment & Plan (Keith T. Applegate MD; 8/20/2018 6:22 PM)
ACUTE PHARYNGITIS, UNSPECIFIED ETIOLOGY (J02.9)
Current Plans

- Pt Education - PATIENT ED:Sore Throat *: acute pharyngitis
- The patient was educated and reassured on the signs, symptoms and pathophysiology of this condition. They will return to clinic for re-evaluation and discussion if either the symptoms change and/or increase or they have additional concerns or questions.
- SALT WATER GARGLE FOUR TIMES DAILY/ PHARYNGITIS VERBAL INSTRUCTIONS GIVEN: discussed with patient and provided information.
- Tylenol and/or Advil for fever/symptom control
- Follow up as needed unless not resolved in 7-10 days, then return to clinic for re-evaluation.
- Follow up if no improvement or if symptoms worsen
- STREP, GROUP A, NAA (87651)
- Pt Education - Sore Throat: discussed with patient and provided information.

PA (PSORIATIC ARTHRITIS) (L40.50)
Current Plans

- Pt Education - Managing Psoriasis: discussed with patient and provided information.
- This chronic condition affected the medical decision making process.

SINUSITIS, BACTERIAL (J32.9)
Current Plans

- Pt Education - PATIENT ED:Sinusitis *: sinus infection
- The patient was educated and reassured on the signs, symptoms and pathophysiology of this condition. They will return to clinic for re-evaluation and discussion if either the symptoms change and/or increase or they have additional concerns or questions.
- Tylenol and/or Advil for fever/symptom control
- Follow up as needed unless not resolved in 7-10 days, then return to clinic for re-evaluation.
- Follow up if no improvement or if symptoms worsen
- Started Doxycycline Hyclate 100MG, 1 (one) Tablet two times daily, #20, 10 days starting 08/20/2018, No Refill.
  Local Order: WITH FOOD

BRONCHITIS (J40)
Current Plans

- PULSE OX (94760)
- Pt Education - PATIENT ED:Acute Bronchitis: Brief Version *: acute bronchitis
- The patient was educated and reassured on the signs, symptoms and pathophysiology of this condition. They will return to clinic for re-evaluation and discussion if either the symptoms change and/or increase or they have additional concerns or questions.
- Tylenol and/or Advil for fever/symptom control
- Follow up if no improvement or if symptoms worsen
- Current Kasper on File
- Started Delsym 30MG/5ML, 5 Milliliter two times daily, as needed, 120 Milliliter, 10 days starting 08/20/2018, Ref. x1.
  Local Order: COUGH

VAGINITIS AND VULVOVAGINITIS (N76.0)
Current Plans

- Pt Education - Pt Ed:Vaginitis *: vaginal infection
- Started Fluconazole 150MG, 1 (one) Tablet once, #1, 7 days starting 08/20/2018, Ref. x1.
  Local Order: NOW, MAY REPEAT IN ONE WEEK IF SYMPTOMS PERSIST
- Started Terazol 7 0.4%, 1 (one) Applicator(s) INTRAVAGINALLY QHS, 45 Gram, 7 days starting 08/20/2018, Ref. x1.

BMI 26.0-26.9,ADULT (Z68.26)
Current Plans

- BMI IS DOCUMENTED ABOVE NORMAL PARAMETERS AND A FOLLOW-UP PLAN IS DOCUMENTED (G8417)
- Pt Education - Healthy Diet: Brief Version *: health maintenance



Signed by Keith T Applegate, MD (8/20/2018 6:22 PM)

## Laboratories

**STREP, GROUP A, NAA (87651)** Final, Reviewed (Collected: 08/20/2018)
Diagnosis: ACUTE PHARYNGITIS, UNSPECIFIED ETIOLOGY (J02.9)
Note: Testing performed at Family Practice Associates of Lexington Hamburg Location-1775 Alysheba Way Suite 201 Lexington, KY 40509
CLIA ID: 18D0949691

STREP, GROUP A, NAA **Negative** (Normal Range: Negative) Result Note:
Result Annotation:

## Procedures

**BMI IS DOCUMENTED ABOVE NORMAL PARAMETERS AND A FOLLOW-UP PLAN IS DOCUMENTED (G8417)** Performed: 08/20/2018 (Final, Reviewed)

**PULSE OX (94760)** Performed: 08/20/2018 (Final, Reviewed)

## Scanned Documents

| # | Date | Title | Approved By | Comments |
|---|---|---|---|---|
| 1 | 12/10/2018 | NEUROLOGY | Clickner, Lindsey H APRN | No |
| 2 | 10/10/2018 | RHEUMATOLOGY | Clickner, Lindsey H APRN | No |
| 3 | 08/21/2018 | MRI CHEST | Adams, Doris W APRN | No |
| 4 | 08/01/2018 | RHEUMATOLOGY | Clickner, Lindsey H APRN | No |
| 5 | 07/16/2018 | ORTHOPAEDICS | Clickner, Lindsey H APRN | No |
| 6 | 07/03/2018 | NEUROLOGY | Clickner, Lindsey H APRN | Yes |
| 7 | 06/14/2018 | RHEUMATOLOGY | Clickner, Lindsey H APRN | No |
| 8 | 06/11/2018 | RHEUMATOLOGY | Adams, Doris W APRN | No |
| 9 | 06/08/2018 | NEUROLOGY | Adams, Doris W APRN | No |
| 10 | 06/08/2018 | NEUROLOGY | Clickner, Lindsey H APRN | Yes |
| 11 | 05/14/2018 | NEUROLOGY | Clickner, Lindsey H APRN | Yes |
| 12 | 02/14/2018 | ARTHRITIS CLINIC ARCHIVES | Clickner, Lindsey H APRN | No |
| 13 | 09/18/2017 | KORT | Adams, Doris W APRN | No |
| 14 | 08/10/2017 | KIOSK MED | Clickner, Lindsey H APRN | No |
| 15 | 04/18/2017 | KORT POC | Ballard, Amber K APRN | No |
| 16 | 03/15/2017 | KORT POC | Ballard, Amber K APRN | No |

KORT
The Best In Rehab.

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Mar 15, 2017** |
| DOB: | | FSC: | BCBS |
| Clinician: | Mark A. Neal, PT | Payor: | ANTHEM KY |
| Prim Phy: | Lindsey Cickner APRN | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 278-5007 | Insured: | Not Specified |
| Phy Fax: | (859) 278-6867 | Employer: | Not Specified |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 2/15/2017 | Visits: | 1 |
| Surg. Date: | Not Specified | Cxl/Ns: | 0 |

# Plan of Care

**Diagnoses**

| | | |
|---|---|---|
| Right Hip/Pelvis | M25.551 | Pain in right hip |
| | M70.61 | Trochanteric bursitis, right hip |

## Subjective Examination

The medical history questionnaire has been completed and signed by the patient, reviewed by the evaluating therapist, and is on file.

**ADL / Functional Status:**

- Premorbid Status:
  - Basic care: Independent Without Difficulty. Work status: Independent Without Difficulty. Recreation/Athletics: Independent Without Difficulty.
- Current Status:
  - Work status: Independent With Difficulty. Recreation/Athletics: Independent With Difficulty.

**Chief Complaint:**

- Pain: Severity: Current : 4/10.

**Functional Comorbidity Index:**

- Arthritis (RA, OA).

**Rehabilitation Expectations/Goals:**

- Return to ADL Performance: Unrestricted/Symptom Free. Return to Work Activities: Unrestricted/Symptom Free. Return to Recreational Activities: Unrestricted/Symptom Free.

**ADL / Functional Status:**

- Current Status: Basic care: Independent With Difficulty.

**Chief Complaint:**

- Pain: Severity at Worst: 8/10.

**Mechanism of Injury:**

- Patient says she began having right hip pain about a month ago. She cannot relate it to an injury. She has pain in her right groin and into her thigh and buttock. She has had no imaging studies, but has been given oral steroids that have decreased her pain. She has most difficulty with prolonged sitting and stairs and walking.

**Questionnaires: Lower Extremity Functional Scale (LEFS):**

| | |
|---|---|
| • Date | 03/15/2017 |
| • Assessment | Admit |
| • Total Score | 76.00 |
| • Percent of Maximal Function | 95.00% |

## Assessment

The patient requires skilled physical therapy to address the problems identified, and to achieve the individualized patient goals as outlined in the problems and goals section of this evaluation. Overall rehabilitation potential is good. The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

**Recommendations: Skilled Intervention: Required To:**

- Decrease Pain. Improve Function. Improve Motor Control. Increase Range of Motion. Increase Strength. Return to Premorbid State.

## Problems & Goals

***Problem #1*Chief Complaint: Pain: Severity at Worst: 8/10.**

*STG Achieve by Mar 29, 2017.*

**Symptomatic Improvements:**

- Decreasing Pain: to 5/10.

*LTG Achieve by Apr 12, 2017.*

**Symptomatic Improvements:**

- Decreasing Pain: to 0/10.

***Problem #2*ADL / Functional Status: Current Status: Basic care: Independent With Difficulty.**



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

*LTG Achieve by Apr 12, 2017.*

**ADL Improvements In:**

- Patient will perform all daily activities with no pain and no restrictions.

***Problem #3*Palpation: ttp at the right greater trochanter and right iliopsoas.**

*STG Achieve by Mar 29, 2017.*

**Palpable Improvements:**

- Tenderness Decreasing to: 1=Complaint of pain.

*LTG Achieve by Apr 12, 2017.*

**Palpable Improvements:**

- Tenderness Decreasing to: 0=No tenderness noted.

| ***Problem #4*Range of Motion: Hip/Pelvis: Pre-Treatment.** | **Left AROM** | **Right AROM** |
|---|---|---|
| • External Rotation | 50 | 55 |
| • Flexion | 120 | 125 |
| • Internal Rotation | 42 | 20 |

*LTG Achieve by Apr 12, 2017.*

| **Range of Motion Improvements to: Hip/Pelvis:** | **Left AROM** | **Left PROM** | **Right AROM** | **Right PROM** |
|---|---|---|---|---|
| • Gross Assessment | WNL | WNL | WNL | WNL |

| ***Problem #5*Muscle Testing: Lower Extremity MMT.** | **Left** | **Right** |
|---|---|---|
| • Hip Abduction | 4/5 | +3/5 |
| • Hip Extension | +3/5 | +3/5 |
| • Hip External Rotation | +3/5 | +3/5 |
| • Hip Flexion | 4/5 | 4/5 |
| • Hip Internal Rotation | 4/5 | 4/5 |
| • Knee Extension | 5/5 | 5/5 |
| • Knee Flexion | 5/5 | 5/5 |

*LTG Achieve by Apr 12, 2017.*

| **Musculoskeletal Improvements In: Lower Extremity Strength to:** | **Left** | **Right** |
|---|---|---|
| • Gross Assessment | +4/5 | +4/5 |

## Plan

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**

- Active Assistive Range of Motion Activities. Active Range of Motion Activities. Client Education. Gait Training. Group Therapy. Home Exercise Program. Joint Mobilization Techniques. Joint Protection. Manual Range of Motion Activities. Manual Therapy Techniques. Neural Mobilization Techniques. Neuromuscular Re-education. Passive Range of Motion Activities. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Activities. Therapeutic Exercise. Trigger Point Dry Needle.
- Modalities:
  - Cryotherapy. Interferential Stimulation. Moist Hot Pack. Ultrasound.



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

Patient: **Jamie Reece**
Acct #: **036-430317901** Visit Date: **Mar 15, 2017**
DOB:

Mark A. Neal, PT, PT(KY Lic: 005703)
Signed on Mar 15, 2017 22:46:20

**Please Sign and Return**

I have reviewed the Plan of Care established for skilled therapy services and certify that the services are required and that they will be provided while the patient is under my care.

**Comments/Revisions**

**Lindsey Clickner APRN** **Date**



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

KORT
The Best In Rehab.
KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Apr 17, 2017** |
| DOB: | | FSC: | BCBS |
| Clinician: | Mark A. Neal, PT | Payor: | ANTHEM KY |
| Prim Phy: | Lindsey Cickner APRN | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 278-5007 | Insured: | Jamie Reece |
| Phy Fax: | (859) 278-6867 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | No Orthonet |
| Inj. Date: | 3/1/2017 | Visits: | 3 |
| Surg. Date: | Not Specified | Cxl/Ns: | 2 |

# Plan of Care

**Diagnoses**

| | | |
|---|---|---|
| Right Hip/Pelvis | M25.551 | Pain in right hip |
| | M70.61 | Trochanteric bursitis, right hip |

## Subjective Examination

**ADL / Functional Status:**

- Current Status: Basic care: Independent With Difficulty.

**Questionnaires: Lower Extremity Functional Scale (LEFS):**

| | |
|---|---|
| • Date: | 03/15/2017 |
| • Assessment | Admit |
| • Total Score | 76.00 |
| • Percent of Maximal Function | 95.00% |

## Assessment

The patient requires skilled physical therapy to address the problems identified, and to achieve the individualized patient goals as outlined in the problems and goals section of this evaluation. Overall rehabilitation potential is good. The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

**Assessment of Improvement:**

- Patient hasn't been seen in 4 weeks. She has made minimal improvements in strength, but larger improvements in hip AROM. She continues to have intermittent pain, but at times severe at work. Recommend continued PT at 2x/week for 4 weeks.

**Recommendations: Skilled Intervention: Required To:**

- Decrease Pain. Improve Balance. Improve Function. Improve Motor Control. Increase Range of Motion. Increase Strength. Return to Premorbid State.

## Problems & Goals

***Problem #1*Chief Complaint: Pain: Severity at Worst: 3/10.**

*LTG Achieve by May 15, 2017. Progress: Good progress.*

**Symptomatic Improvements:**

- Decreasing Pain: to 0/10.

*Goal Achieved Apr 17, 2017.*

**Symptomatic Improvements:**

- Decreasing Pain: to 5/10.

***Problem #2*ADL / Functional Status: Current Status: Basic care: Independent With Difficulty.**

*LTG Achieve by May 15, 2017. Progress: Good progress.*

**ADL Improvements In:**

- Patient will perform all daily activities with no pain and no restrictions.

***Problem #3*Palpation: ttp at the right greater trochanter and right iliopsoas.**

*LTG Achieve by May 15, 2017. Progress: Good progress.*

**Palpable Improvements:**

- Tenderness Decreasing to: 0=No tenderness noted.

*Goal Achieved Apr 17, 2017.*

**Palpable Improvements:**

- Tenderness Decreasing to: 1=Complaint of pain.

| ***Problem #4*Range of Motion: Hip/Pelvis: Pre-Treatment.** | **Left AROM** | **Right AROM** |
|---|---|---|
| • External Rotation | 50 | 55 |
| • Flexion | 120 | 125 |
| • Internal Rotation | 42 | 35 |

*LTG Achieve by May 15, 2017. Progress: Good progress.*

**Patient:** Jamie Reece
**Acct #:** 036-430317901 **Visit Date:** Apr 17, 2017
**DOB:**

| Range of Motion Improvements to: Hip/Pelvis: | Left AROM | Left PROM | Right AROM | Right PROM |
|---|---|---|---|---|
| • Gross Assessment | WNL | WNL | WNL | WNL |

| ***Problem #5*** **Muscle Testing: Lower Extremity MMT.** | **Left** | **Right** |
|---|---|---|
| • Hip Abduction | 4/5 | 4/5 |
| • Hip Extension | 4/5 | 4/5 |
| • Hip External Rotation | 4/5 | 4/5 |
| • Hip Flexion | 4/5 | 4/5 |
| • Hip Internal Rotation | 4/5 | 4/5 |
| • Knee Extension | 5/5 | 5/5 |
| • Knee Flexion | 5/5 | 5/5 |

*LTG Achieve by May 15, 2017. Progress: Good progress.*

| **Musculoskeletal Improvements In: Lower Extremity Strength to:** | **Left** | **Right** |
|---|---|---|
| • Gross Assessment | +4/5 | +4/5 |

## Plan

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**

- Active Assistive Range of Motion Activities. Active Range of Motion Activities. Client Education. Gait Training. Group Therapy. Home Exercise Program. Joint Mobilization Techniques. Joint Protection. Manual Range of Motion Activities. Manual Therapy Techniques. Neural Mobilization Techniques. Neuromuscular Re-education. Passive Range of Motion Activities. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Activities. Trigger Point Dry Needle. Therapeutic Exercise.
- Modalities:
  - Cryotherapy. Interferential Stimulation. Moist Hot Pack. Ultrasound.

Mark A. Neal, PT, PT(KY Lic: 005703)
Signed on Apr 17, 2017 21:04:57

**Please Sign and Return**

I have reviewed the Plan of Care established for skilled therapy services and certify that the services are required and that they will be provided while the patient is under my care.

**Comments/Revisions**

**Lindsey Clickner APRN** **Date**

**Progress Notes**

**Patient:** REECE, JAMIE
**Account Number:** 4197223
**DOB:** **Age:** 48 Y **Sex:** Female
**Phone:**
**Address:**
**Pcp:** Of Lexington Family Practice Associates

**Provider:** Samantha Howard, APRN
**Date:** 08/10/2017

## Subjective:

**Chief Complaints:**
1. ear pain (R).

**HPI:**
Ears:
48 year old female presents with c/o pain for began this am.
c/o right ear pain that began this AM. Noticed when she went to clean ears out after shower this AM that is was painful to put q-tip in and has had shooting pains off and on throughout the day. Associated symptoms: right side of throat sore, right lymph nodes tender to touch. Denies fever, rhinorrhea, nasal congestion. Alleviated by: has not tried anything OTC. Worsened by: touch. Discomfort 5/10 with pain, resting 1/10.

**ROS:**
CONSTITUTIONAL:
no chills. no fever.
EYES:
no watery. no itchy. no redness. no drainage.
EARS:
no ringing. no hearing loss. no previous ear infections. ear pain yes. no sensation of fullness.
NOSE:
no rhinorrhea. no congestion. no drainage.
MOUTH AND THROAT:
sore throat yes. scratchy throat yes.
NECK:
no pain. no stiffness. swollen glands yes. no decreased range of motion.
RESPIRATORY:
no cough.

**Medical History:** Healthy.

**Surgical History:** hysterectomy 2006, tonsilectomy .

**Hospitalization/Major Diagnostic Procedure:** see above .

**Family History:** Father: deceasedMother: aliveNon-Contributory

**Social History:** Tobacco Use (Smart Form) Are you a: **never smoker**. Occupation: toyota.

**Medications:** Taking Hormone Medications compounded as directed , Discontinued acyclovir 800 mg tablet 1 tab(s) orally 5 times a day. Medication List reviewed and reconciled with the patient

**Allergies:** N.K.D.A.

## Objective:

**Vitals:** Temp 97.7, Pulse 76, RR 16, BP 95/70, Pain (at time of visit) hpi, LNMP hyst. Ht 67, Wt 155, BMI 24.27.

This fax was received by GFI FaxMaker fax server For more information, visit: http://www.gfi.com

**Examination:**

Focused Exam:

GENERAL: no acute distress, well nourished and hydrated, appearance congruent with stated age, appears well. EYES: conjunctiva pink w/o inflammation or pallor, sclera white, no discharge. EARS: bilateral, external canal w/o redness, swelling, discharge, TM intact, pearly gray, landmarks visualized, TM bulging, fluid visualized behind TM. NOSE external nose free of swelling, trauma, and deviation, no discharge, no septal deviation or perforation, mucosa dull red, smooth, moist, & free of inflammation, no frontal or maxillary tenderness. MOUTH AND THROAT: lips pink, moist, oral mucosa pink, moist, w/o lesions or discolorations, uvula midline, pharynx pink, moist, w/o infection. NECK: no lymphadenopathy, full range of motion. RESPIRATORY: breath sounds clear throughout, respiration even and unlabored. CARDIO: S1 & S2 single sounds, no murmurs, gallops, rubs, or clicks, RRR.

## Assessment:

**Assessment:**

1. Bilateral acute serous otitis media, recurrence not specified - H65.03 (Primary)

## Plan:

**1. Bilateral acute serous otitis media, recurrence not specified**

Start fluticasone nasal spray, 50 mcg/inh, 1 spray(s), intranasally, once a day, 30 day(s), 1 : Start cetirizine tablet, 10 mg, 1 tab(s), orally, once a day, 30 day(s), 30 Tablet .

Notes: Eustachian Tube Dysfunction results in negative pressure in the middle ear cleft. Symptoms are often mild and do not persist beyond a few days. Swallow, yawn, or chewing can equalize the pressure in the middle ear, and is appropriate especially on aircrafts. Hearing impairment caused by patulous Eustachian tubes may improve with supine position or leaning the head forward. Intranasal corticosteroids are given intranasally to minimize edema and inflammation at the Eustachian tube orifice. The treatment may be given at any time after clinical presentation. The risks or significant complications associated with intranasal corticosteroid use are nose bleeds. Primary Treatment Options: fluticasone propionate nasal : (50 micrograms/spray) 100 micrograms (2 sprays) in each nostril once daily. After you have used nasal saline to clear you nasal passaged, blow your nose a couple of times, then use the flonase spray in your nose: 2 sprays each nostril once a day. Fluticasone is a steroid. It prevents the release of substances in the body that cause inflammation. It is used to treat nasal symptoms such as congestion, sneezing, and runny nose caused by seasonal or year-round allergies. Fluticasone may also be used for other purposes. The usual dose of fluticasone nasal is 1 to 2 sprays into each nostril once per day. Before using the spray for the first time, you must prime the spray pump. Shake the medicine well and spray 6 test sprays into the air and away from your face. Prime the spray pump any time you have not used your nasal spray. Spray until a fine mist appears. Shake the medicine bottle well just before each use. It may take up to several days of using this medicine before your symptoms improve. Spray up into the nostril, but away from your nasal septum (middle), may irritate your septum. For best results, keep using the medication as directed. Talk with your doctor if your symptoms do not improve after a week of treatment. Fluticasone nasal can lower the blood cells that help your body fight infections. Avoid being near people who are sick or have infections. Call your doctor for preventive treatment if you are exposed to chicken pox or measles. While using fluticasone nasal, tell your doctor if you have severe or ongoing nose bleed, vision problems, sores in the nose that won't heal, or if you have fever, chills, body aches, or flu symptoms.

**Follow Up:** No follow-up is indicated unless symptoms worsen after 3-5 days, new symptoms develop, or symptoms do not improve or resolve after 10-14 days

**Provider:** Samantha Howard, APRN
**Patient:** REECE, JAMIE **DOB:** **Date:** 08/10/2017

**Electronically signed by SH33009 Samantha Howard on 08/10/2017 at 02:50 PM CDT**
**Sign off status: Pending**

This fax was received by GFI FaxMaker fax server For more information, visit: http://www.gfi.com

KORT
The Best In Rehab.
KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

| | | | |
|---|---|---|---|
| **Patient:** | **Jamie Reece** | | |
| **Acct #:** | **036-430317901** | **Visit Date:** | **Sep 18, 2017** |
| DOB: | | FSC: | BCBS |
| Clinician: | Michael W. Hopper, PT | Payor: | ANTHEM KY |
| Prim Phy: | Doris W. Adams APRN | Po/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 278-5007 | Insured: | Not Specified |
| Phy Fax: | (859) 278-6867 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 9/9/2017 | Visits: | 1 |
| Surg. Date: | Not Specified | Cd/Ns: | 0 |

# Plan of Care

**Diagnosis**

Spine M54.5 Low back pain

## Subjective Examination

The medical history questionnaire has been completed and signed by the patient, reviewed by the evaluating therapist, and is on file.

**ADL / Functional Status:**
- Premorbid Status: ADL/ IADL: Independent Without Difficulty.

**Chief Complaint:**
- Pain: Severity at Best: 2/10.

**Functional Comorbidity Index: Body Measurements:**
- Height (in) 67 Inches
- Weight (lbs) 145 Pounds

**Rehabilitation Expectations/Goals:**
- Return to Age Appropriate Activities: Unrestricted/Symptom Free.

**ADL / Functional Status:**
- Current Status: Patient reporting she has been off of work at Toyota since injury. Job requires lots of sit to stand, twisting, squatting, reaching, and leaning. Reporting she has been avoiding a lot of activity to keep pain down. Increased pain in buttock with prolonged sitting.

**Chief Complaint:**
- Pain: Severity at Worst: 8/10.

**Mechanism of Injury:**
- Patient reporting that she was unloading her car 9/9/17 and bent over to set down something light when her back gave out and locked up. She had immediate severe lumbar pain and radiating pain down the left lower extremity to the shin. Visited UTC the next day and was prescribed muscle relaxors. Visited PCP shortly after where she received lumbar injection and steroid dose pack. Reporting that steroid pack significantly helped radicular symptoms. At start of treatment, patient reporting no symptoms past her left buttock.

**Questionnaires: M-O: Oswestry Disability Index (ODI): Scoring:**
- Date 09/18/2017
- Assessment Initial
- Percentage 22.00%

## Assessment

The patient requires skilled physical therapy to address the problems identified, and to achieve the individualized patient goals as outlined in the problems and goals section of this evaluation. Overall rehabilitation potential is good. The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

**Recommendations: Skilled Intervention: Required To:**
- Decrease Pain. Improve Function. Improve Motor Control. Increase Strength. Increase Range of Motion.

## Problems & Goals

***Problem #1*Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees).**
- Active Extension (lower lumbar soreness) 30 Degrees
- Active Flexion 90 Degrees
- Active Side Bend Left 30 Degrees
- Active Side Bend Right 30 Degrees

*LTG Achieve by Oct 16, 2017.*
**Lumbar extension will not increase discomfort.**

***Problem #2*Chief Complaint: Pain: Severity at Worst: 8/10.**

*LTG Achieve by Oct 16, 2017.*
**GROC +5**

***Problem #3*ADL / Functional Status: Current Status: Patient reporting she has been off of work at Toyota since injury. Job**

**requires lots of sit to stand, twisting, squatting, reaching, and leaning. Reporting she has been avoiding a lot of activity to keep pain down. Increased pain in buttock with prolonged sitting.**

*LTG Achieve by Oct 16, 2017.*

**Independence in HEP.**

## Plan

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**

- Client Education. Gait Training. Home Exercise Program. Manual Therapy Techniques. Modalities: As Needed. Neuromuscular Re-education. Self Care/Home Management. Therapeutic Activities. Therapeutic Exercise.

Michael W. Hopper, PT, PT(KY Lic: 006740)
Signed on Sep 18, 2017 21:11:34

**Please Sign and Return**

I have reviewed the Plan of Care established for skilled therapy services and certify that the services are required and that they will be provided while the patient is under my care.

**Comments/Revisions**

**Doris W. Adams APRN** **Date**

Feb. 13. 2018 4:02PM Fax 258 No. 6814 P. 1

Hamburg
1775 Alysheba Way Suite 201
Lexington, KY 40509-2381
Phone: (859) 278-5007
Fax: (859) 278-6867

Patient Name: Jamie Reece
Street Address:
City/State/ZIP:
DOB: Phone #:

I hereby authorize (Physician, Clinic, Hospital or Other Health Care Provider) to Release Medical Records:

From(Name of party releasing records): Lex clinic Rheumatology
Street Address:
City, State, ZIP

To(Name of party requesting records):
Street Address: FPA
City, State, Zip Fax (859)278-6867

Family Practice Associates of Lexington
1775 Alysheba Way, Suite 201
Lexington, KY 40509-2379

**Please fill in complete mailing address - ALL records will be mailed**

**The information to be released includes:**

✓ Entire medical record
___ Billing Information DATE ____
___ History&Physical DATE ____
___ Progress Notes DATE ____
___ Laboratory Reports DATE ____
___ Other DATE ____

If the record includes information related to alcohol or drug abuse, mental health diagnosis/treatment, AIDS or other communicable diseases, please check the ones that are applicable.

___ Alcohol/Drug abuse
___ Mental Health diagnosis/treatment
___ AIDS/other communicable diseases

*Please note that once your Private Health Information is disclosed, it may be redisclosed by the authorized recipient.*

I understand that the purpose of this disclosure is for use in:
___ Specialty Appointment
___ Insurance Claim Processing
___ Legal Claim Processing
___ Change in Primary Doctor
Reason: ___ Insurance ___ Closer to Home ___ Dissatisfied ___ Other
___ Other (specify) ____

I ___ am or ___ am not transferring my care to another physician/provider other than FPA.

***(If I am transferring care, I understand that FPA will no longer be my primary care office.)***

Patient/Legal Guardian continuation of care Date ____

**This authorization form will be in effect for a period of one year from the date of the signature; however, the patient and/or legal guardian may revoke this authorization in writing at any time as per the Notice of Privacy Practices. **Release of present and future billing and lab info will be in effect until revoked.****

Treatment, payment, enrollment or eligibility for benefits may not be conditioned on obtaining the authorization if such conditioning is prohibited by the Privacy Rule.

___ If checked, this will be considered the one free copy that you are entitled to according to Kentucky statute. Please retain this copy for your files and advise us of a photocopy. In the future, there will be a charge of one dollar per page plus handling charges for additional copies.

DO NOT WRITE BELOW THIS LINE

**FPA EMPLOYEE SIGNATURE** ____

**COMMENTS** ____

___ Released to pt in office/ Initials/Date ____

Tuesday, February 13, 2018 Page 1 / 1

FAX 2-14-18
MAIL OUT ____
UPS ____

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

**REECE, JAMIE H (id #21591363, dob: )**

## Encounters and Procedures

Clinical Encounter Summaries
**Encounter Date: 01/26/2018**

Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 01/26/2018 01:00PM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP084<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Prescription: ESI1 - Member is eligible. details | | |

### Chief Complaint

Followup: Psoriatic arthritis

1 month reck, doing about the same, has not noticed any improvement

### Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867

### Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0626**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

### Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 01/26/2018 01:14 pm | **Wt:** | 169 lbs 01/26/2018 01:14 pm | **BMI:** | 26.5 01/26/2018 01:14 pm |
| **BP:** | 106/62 sitting R arm 01/26/2018 01:16 pm | **BP Cuff Size:** | adult 01/26/2018 01:16 pm | **Pulse:** | 61 bpm regular 01/26/2018 01:16 pm |
| **RR:** | 16 01/26/2018 01:16 pm | | | | |

### Allergies

**Reviewed Allergies**
**LORTAB:** Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **calcium** | 11/17/17 | entered |
| **Diflucan 150 mg tablet**<br>Take 1 tablet(s) every day by oral route for 3 days. | 01/09/18 | prescribed |
| **estradiol 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 11/17/17 | entered |
| **folic acid 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 01/26/18 | prescribed |
| **ketoprofen 75 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly | 01/26/18 | prescribed |

**REECE, JAMIE H (id #21591363, dob:**

| | | |
|---|---|---|
| **Motrin 800 mg tablet**<br>Two times a day<br>**Internal Note:** Frequency: bid;Alt Frequency: prn;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008 | 05/20/08 | filled |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM 40 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 09/08/17 | prescribed |
| **predniSONE 5 mg tablet**<br>take one po daily as needed | 01/26/18 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- **Globus sensation - Onset: 07/13/2017**
- **Painless rectal bleeding - Onset: 07/13/2017**
- **Psoriatic arthritis - Onset: 12/30/2017**
- **Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active**
- **Family history of Stomach cancer - Onset: 07/13/2017**

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability<br>- Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/10/2017)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): Y

## HPI

multiple recurring joint pain and tenderness; with hx of psoriasis; right hip pains, stiffness; tenderness; works full time at toyota and is concerned about worsening joint pains; denies cp, soa, rash or fevers and all others are negative

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally and normal tandem gait test.

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

**REECE, JAMIE H (id #21591363, dob:**

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Sclerae: non-icteric.

**ENMT:** Ears: no lesions on external ear or hearing loss. Nose: no lesions on external nose and nares patent. Oral Cavity: no mouth or lip ulcers. Oropharynx: moist mucous membranes. Face: no malar erythema.

**Musculoskeletal System:** Joints, Bones, and Muscles: no contractures, malalignment, or bony abnormalities and normal movement of all extremities and tenderness. Extremities: no cyanosis, edema, varicosities, or palpable cord. Knees: no ligamentous instability on examination.

**Neurological Exam:** Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no ulcer, induration, nodules, jaundice, or abnormal nevi;rash and lesion; and good turgor; **Mild psoriatic lesions**. Nails: normal.

## Assessment / Plan

**1. Psoriatic arthritis** - prednisone trial improved outcome; no itching, no rash, joint pains improved overall
will initiate methotrexate and folic acid
labs are good
will f/u in 1 month

L40.50: Arthropathic psoriasis, unspecified

- methotrexate sodium 2.5 mg tablet - take 4 po twice weekly Qty: 32 tablet(s) Refills: 2 Pharmacy: WALMART PHARMACY 3894
- folic acid 1 mg tablet - Take 1 tablet(s) every day by oral route. Qty: 30 tablet(s) Refills: 3 Pharmacy: WALMART PHARMACY 3894
- prednisone 5 mg tablet - take one po daily as needed Qty: 30 tablet(s) Refills: 2 Pharmacy: WALMART PHARMACY 3894

**2. Long term methotrexate user**

Z79.899: Other long term (current) drug therapy

- CBC
- ESR, AUTOMATED
- ALT
- AST
- CREATININE

**3. Long-term drug therapy**

Z79.899: Other long term (current) drug therapy

- QUANTIFERON TB GOLD

## Return to Office

- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by SUSANNA MOBERLY, APRN, 01/26/2018.

Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 01/26/2018 at 1:21pm

**Encounter Date: 12/20/2017**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 12/20/2017 02:00PM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

Followup: Psoriatic arthritis

Pt is here today for fup labs done at last visit.

**REECE, JAMIE H (Id #21591363, dob:**

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867

## Patient's Pharmacies

**WAL-MART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**

WAL-MART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4609, Fax (502) 570-4810

## Vitals

| | | |
|---|---|---|
| **Ht:** 5 ft 7 in 12/20/2017 01:09 pm | **Wt:** 163 lbs 12/20/2017 01:09 pm | **BMI:** 25.5 12/20/2017 01:09 pm |
| **BP:** 113/83 sitting R arm 12/20/2017 01:10 pm | **BP Cuff Size:** adult 12/20/2017 01:10 pm | **Pulse:** 71 bpm 12/20/2017 01:10 pm |

## Allergies

Reviewed Allergies

**LORTAB:** Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **calcium** | 11/17/17 | entered |
| **estradiol 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 11/17/17 | entered |
| **folic acid 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 12/20/17 | prescribed |
| **ketoprofen 75 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po once weekly x 2 weeks; then increase to 6 po once weekly until follow up | 12/20/17 | prescribed |
| **Motrin 800 mg tablet**<br>Two times a day<br>**Internal Note:** Frequency: bid;Alt Frequency: prn;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet. start 05/20/2008 | 05/20/08 | filled |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM 40 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **predniSONE 5 mg tablet**<br>take one po daily as needed | 12/20/17 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

**REECE, JAMIE H (Id #21591363, dob: )**

- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

Father - No current problems or disability

Mother - No current problems or disability
- Arthritis

## Social History

Reviewed Social History

Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/10/2017)

## Past Medical History

Reviewed Past Medical History

Acid Reflux (GERD): Y

## HPI

multiple recurring joint pain and tenderness; with hx of psoriasis; right hip pains, stiffness; tenderness; works full time at toyota and is concerned about worsening joint pains; denies cp, soa, rash or fevers and all others are negative

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally and normal tandem gait test.

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Sclerae: non-icteric.

**ENMT:** Ears: no lesions on external ear or hearing loss. Nose: no lesions on external nose and nares patent. Oral Cavity: no mouth or lip ulcers. Oropharynx: moist mucous membranes. Face: no malar erythema.

**Musculoskeletal System:** Joints, Bones, and Muscles: no contractures, malalignment, or bony abnormalities and normal movement of all extremities and tenderness. Extremities: no cyanosis, edema, varicosities, or palpable cord. Knees: no ligamentous instability on examination.

**Neurological Exam:** Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no ulcer, induration, nodules, jaundice, or abnormal nevi;rash and lesion; and good turgor; Mild psoriatic lesions. Nails: normal.

## Assessment / Plan

**1. Psoriatic arthritis** - prednisone trial improved outcome; no itching, no rash, joint pains improved overall
will initiate methotrexate and folic acid
labs are good
will f/u in 1 month

L40.50: Arthropathic psoriasis, unspecified

- methotrexate sodium 2.5 mg tablet - take 4 po once weekly x 2 weeks; then increase to 6 po once weekly until follow up

Qty: 24 tablet(s) Refills: 2 Pharmacy: WAL-MART PHARMACY 3894

- folic acid 1 mg tablet - Take 1 tablet(s) every day by oral route. Qty: 30 tablet(s) Refills: 3 Pharmacy: WAL-MART PHARMACY 3894
- prednisone 5 mg tablet - take one po daily as needed Qty: 30 tablet(s) Refills: 2 Pharmacy: WAL-MART PHARMACY 3894

Return to Office

- SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on 01/18/2018 at 02:30 PM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2018

Encounter Sign-Off

Encounter signed-off by SUSANNA MOBERLY, APRN, 12/30/2017.

Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 12/30/2017 at 11:11pm

**Encounter Date: 11/17/2017**

Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 11/17/2017 01:00PM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Prescription: ESI1 - Member is eligible. details | | |

Chief Complaint

new patient

new, joint stiffness and pain

Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867

Patient's Pharmacies

**WAL-MART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**

TOYOTA FAMILY PHARMACY (TMMK): 1001 CHERRY BLOSSOM WAY, GEORGETOWN KY 40324, Ph (502) 570-4610, Fax (502) 570-4610

Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 11/17/2017 01:22 pm | **Wt:** | 159 lbs 11/17/2017 01:22 pm | **BMI:** | 24.9 11/17/2017 01:22 pm |
| **BP:** | 109/61 sitting R arm 11/17/2017 01:29 pm | **BP Cuff Size:** | adult 11/17/2017 01:29 pm | **Pulse:** | 57 bpm regular 11/17/2017 01:29 pm |
| **RR:** | 16 11/17/2017 01:29 pm | | | | |

Allergies

Reviewed Allergies

LORTAB: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

Medications

Reviewed Medications

| | | |
|---|---|---|
| **calcium** | 11/17/17 | entered |
| **estradiol 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 11/17/17 | entered |
| **ketoprofen 75 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |

**REECE, JAMIE H (id #21591363, dob:**

| | | |
|---|---|---|
| **Motrin 800 mg tablet**<br>Two times a day<br>**Internal Note:** Frequency: bid;Alt Frequency: prn;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008 | 05/20/08 | filled |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM 40 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **predniSONE 5 mg tablet**<br>take one po tid x 1 week; one po bid x 1 week then one po daily until gone | 11/17/17 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 09/10/2017)

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |

## Social History

Reviewed Social History
**Smoking Status:** Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/10/2017)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): Y

## HPI

multiple recurring joint pain and tenderness; with hx of psoriasis; right hip pains, stiffness; tenderness; works full time at toyota and is concerned about worsening joint pains; denies cp, soa, rash or fevers and all others are negative

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally and normal tandem gait test.

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**REECE, JAMIE H (Id #21591363, dob:**

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Sclerae: non-icteric.

**ENMT:** Ears: no lesions on external ear or hearing loss. Nose: no lesions on external nose and nares patent. Oral Cavity: no mouth or lip ulcers. Oropharynx: moist mucous membranes. Face: no malar erythema.

**Neck:** Neck: supple, FROM, trachea midline, and no masses. Lymph Nodes: no cervical LAD or supraclavicular LAD. Thyroid: no enlargement, tenderness, or nodules.

**Lungs:** Respiration: no dyspnea. Percussion: no dullness, flatness, or hyperresonance. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal and CTA except as noted.

**Cardiovascular System:** Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no JVD. Pulses including femoral / pedal: normal throughout.

**Musculoskeletal System:** Joints, Bones, and Muscles: no contractures, malalignment, or bony abnormalities and normal movement of all extremities and **tenderness.** Extremities: no cyanosis, edema, varicosities, or palpable cord. Cervical Spine: normal extension and flexion. Lumbar Spine: normal extension, negative straight-leg raising test, and no paravertebral tenderness. Hips: normal internal rotation and external rotation; no tenderness of the SI joints, pain over the greater trochanteric bursa, or trigger point pain; and negative Patrick's test. Knees: no ligamentous instability on examination.

**Neurological Exam:** Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no ulcer, induration, nodules, jaundice, or abnormal nevi, **rash and lesion;** and good turgor. **Mild psoriatic lesions.** Nails: normal.

**Back:** Thoracolumbar Appearance: normal curvature.

## Assessment / Plan

**1. Multiple joint pain** - chronic and recurring joint pain and tenderness with flares more on the right side than on the left
hx of psoriasis for years
currently doesn't take any medications for this
no regular use of nsaids

M25.50: Pain in unspecified joint

- EATING HEALTHY FOODS: CARE INSTRUCTIONS
- ESR, AUTOMATED
- C-REACTIVE PROTEIN
- ANTI-CCP
- RHEUMATOID FACTOR
- ANTINUCLEAR AB (ANA)
- prednisone 5 mg tablet - take one po tid x 1 week; one po bid x 1 week then one po daily until gone Qty: 42 tablet(s)

Refills: 0 Pharmacy: TOYOTA FAMILY PHARMACY (TMMK)

**2. Psoriasis with arthropathy** - Mild, sparse psoriatic lesions

L40.50: Arthropathic psoriasis, unspecified

- PSORIASIS: CARE INSTRUCTIONS

## Return to Office

- SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on 12/22/2017 at 01:30 PM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2018

## Encounter Sign-Off

Encounter signed-off by SUSANNA MOBERLY, APRN, 11/22/2017.

Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 11/22/2017 at 1:28pm

## Lab Results

NEW LEXINGTON CLINIC PSC • , LEXINGTON KY 40504-2701

**REECE, JAMIE H (id #21591363, dob:**

## QUANTIFERON TB GOLD 01/29/2018 (#13217013, Final, 01/26/2018 2:07pm)

| | | | |
|---|---|---|---|
| [illegible] | [illegible] | | |
| [illegible] | [illegible], APRN | [illegible] | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| [illegible] | [illegible] | [illegible] | |
| [illegible] | 01/26/2018 14:07 | [illegible] | Final |
| [illegible] | 01/26/2018 15:12 | [illegible] | |
| [illegible] | 01/26/2018 17:30 | | |

| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|---|---|
| QFT TB GOLD [illegible] | NEGATIVE | NEGATIVE | | [illegible] | Final | [illegible] |
| | [illegible] | | | | | |
| [illegible] | [illegible] | | [illegible] | [illegible] | Final | [illegible] |
| [illegible] | [illegible] | | [illegible] | [illegible] | Final | [illegible] |
| TB [illegible] | [illegible] | | [illegible] | [illegible] | Final | [illegible] |
| | [illegible] | | | | | |

**REECE, JAMIE H (id #21591363, dob:**

## ESR, AUTOMATED 01/26/2018 (#13172514, Final, 01/26/2018 2:07pm)

| | | | |
|---|---|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. | | |
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q5260529 | Specimen Source | |
| Specimen Coll. Date | 01/26/2018 14:07 | Result Status | Final |
| Specimen Rec. Date | 01/28/2018 15:14 | Report Status | |
| Specimen Reported Date | 01/26/2018 16:19 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ESR, AUTOMATED | 11 | 0-10 | MM/HR | Normal | Final | |

## AST 01/26/2018 (#13171396, Final, 01/26/2018 2:07pm)

| | | | |
|---|---|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. | | |
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q5260529 | Specimen Source | |
| Specimen Coll. Date | 01/26/2018 14:07 | Result Status | Final |
| Specimen Rec. Date | 01/28/2018 15:13 | Report Status | |
| Specimen Reported Date | 01/26/2018 15:52 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| AST | 20 | 0-32 | U/L | Normal | Final | |

## CREATININE 01/26/2018 (#13171396, Final, 01/26/2018 2:07pm)

| | | | |
|---|---|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. | | |
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q5260529 | Specimen Source | |
| Specimen Coll. Date | 01/28/2018 14:07 | Result Status | Final |
| Specimen Rec. Date | 01/26/2018 15:13 | Report Status | |
| Specimen Reported Date | 01/26/2018 15:52 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| CREATININE | 0.73 | 0.50-0.95 | mg/dL | Normal | Final | |

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

NEW LEXINGTON CLINIC PSC • ; LEXINGTON KY 40504-2701

**REECE, JAMIE H (id #21591363, dob: )**

## ALT 01/26/2018 (#13171384, Final, 01/26/2018 2:07pm)

| | |
|---|---|
| Note to Patient: | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider: | SUSANNA MOBERLY, APRN | Performing Lab: | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID: | Q5280529 | Specimen Source: | |
| Specimen Coll. Date: | 01/28/2018 14:07 | Result Status: | Final |
| Specimen Rec. Date: | 01/26/2018 15:13 | Report Status: | |
| Specimen Reported Date: | 01/26/2018 15:52 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ALT | 12 | 0-33 | U/L | Normal | Final | |

NEW LEXINGTON CLINIC PSC + , LEXINGTON KY 40504-2701

**REECE, JAMIE H (id #21591363, dob:**

## CBC 01/26/2018 (#13171328, Final, 01/26/2018 2:07pm)

| | |
|---|---|
| [illegible] | [illegible] |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performed By | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| [illegible] | [illegible] | [illegible] | |
| Specimen Coll. Date | 01/26/2018 14:07 | Result Status | Final |
| Specimen Rec. Date | 01/26/2018 15:14 | [illegible] | |
| [illegible] | 01/26/2018 15:50 | | |

| Name | Value | Ref Range | Units | Flag | Status | Lab |
|---|---|---|---|---|---|---|
| WHITE BLOOD CELLS | [illegible] | [illegible] | [illegible] | Normal | Final | |
| RED BLOOD CELLS | 4.07 | [illegible] | [illegible] | Normal | Final | |
| HEMOGLOBIN | [illegible] | [illegible] | [illegible] | Normal | Final | |
| HEMATOCRIT | 37.1 | [illegible] | % | Normal | Final | |
| MCV | 91 | [illegible] | [illegible] | Normal | Final | |
| MCH | [illegible] | [illegible] | [illegible] | Normal | Final | |
| MCHC | [illegible] | [illegible] | [illegible] | Normal | Final | |
| RDW | [illegible] | [illegible] | % | Normal | Final | |
| MPV | 7.7 | [illegible] | [illegible] | Normal | Final | |
| PLATELET COUNT | [illegible] | [illegible] | [illegible] | Normal | Final | |
| NEUTROPHIL ABSOLUTE | [illegible] | [illegible] | [illegible] | Normal | Final | |
| LYMPHOCYTE ABSOLUTE | [illegible] | [illegible] | [illegible] | Normal | Final | |
| MONOCYTE ABSOLUTE | [illegible] | [illegible] | [illegible] | Normal | Final | |
| EOSINOPHIL ABSOLUTE | [illegible] | [illegible] | [illegible] | Normal | Final | |
| BASOPHIL ABSOLUTE | [illegible] | [illegible] | [illegible] | Normal | Final | |
| % NEUTROPHILS | [illegible] | [illegible] | % | Low | Final | |
| % LYMPHOCYTES | [illegible] | [illegible] | % | High | Final | |
| % MONOCYTES | [illegible] | [illegible] | % | Normal | Final | |
| % EOSINOPHILS | [illegible] | [illegible] | % | Normal | Final | |
| % BASOPHILS | [illegible] | [illegible] | % | Normal | Final | |
| NUCLEATED RED CELLS | [illegible] | [illegible] | % | Normal | Final | |
| NUCLEATED RBCS, ABSOLUTE | [illegible] | NOT ESTAB. | [illegible] | Normal | Final | |

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

NEW LEXINGTON CLINIC PSC - , LEXINGTON KY 40504-2701

**REECE, JAMIE H (id #21591363, dob:**

## QUEST ANA, REFLEX 11/25/2017 (#11672547, Final, 11/17/2017 2:15pm)

| | | | |
|---|---|---|---|
| [illegible] | [illegible] | | |
| [illegible] | SUSANNA MOBERLY, APRN | [illegible] | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| [illegible] | [illegible] | [illegible] | |
| [illegible] | 11/17/2017 14:15 | [illegible] | Final |
| [illegible] | 11/17/2017 14:52 | [illegible] | |
| [illegible] | 11/25/2017 14:55 | | |

| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|---|---|
| [illegible] | NEGATIVE | NEGATIVE | | [illegible] | Final | [illegible] |
| | [illegible] | | | | | |

## ANTI-CCP 11/19/2017 (#11544741, Final, 11/17/2017 2:15pm)

| | | | |
|---|---|---|---|
| [illegible] | [illegible] | | |
| [illegible] | SUSANNA MOBERLY, APRN | [illegible] | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| [illegible] | [illegible] | [illegible] | |
| [illegible] | 11/17/2017 14:15 | [illegible] | Final |
| [illegible] | 11/17/2017 14:52 | [illegible] | |
| [illegible] | 11/19/2017 15:45 | | |

| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|---|---|
| ANTI-CCP | [illegible] | | UNITS | [illegible] | Final | [illegible] |
| | [illegible] | | | | | |

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

NEW LEXINGTON CLINIC PSC . , LEXINGTON KY 40504-2701

**REECE, JAMIE H (id #21591363, dob:**

## ESR, AUTOMATED 11/17/2017 (#11535359, Final, 11/17/2017 2:15pm)

| | | | |
|---|---|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. | | |
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q3170710 | Specimen Source | |
| Specimen Coll. Date | 11/17/2017 14:16 | Result Status | Final |
| Specimen Rec. Date | 11/17/2017 14:19 | Report Status | |
| Specimen Reported Date | 11/17/2017 15:38 | | |

| Report | Result | Ref. Range | Units | Flag | Status | Edit |
|---|---|---|---|---|---|---|
| ESR, AUTOMATED | 12 | 0-19 | MM/HR | Normal | Final | |

## RHEUMATOID FACTOR 11/17/2017 (#11532162, Final, 11/17/2017 2:15pm)

| | | | |
|---|---|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. | | |
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q3170710 | Specimen Source | |
| Specimen Coll. Date | 11/17/2017 14:16 | Result Status | Final |
| Specimen Rec. Date | 11/17/2017 14:19 | Report Status | |
| Specimen Reported Date | 11/17/2017 14:47 | | |

| Report | Result | Ref. Range | Units | Flag | Status | Edit |
|---|---|---|---|---|---|---|
| RF SCREEN, QUANT | <10.0 | 0.0-13.9 | IU/mL | Normal | Final | |

## C-REACTIVE PROTEIN 11/17/2017 (#11532160, Final, 11/17/2017 2:15pm)

| | | | |
|---|---|---|---|
| Note to Patient | [illegible] | | |
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY [illegible] |
| Specimen/Accession ID | Q3170710 | Specimen Source | |
| Specimen Coll. Date | 11/17/2017 14:15 | Result Status | Final |
| Specimen Rec. Date | 11/17/2017 14:18 | Report Status | |
| Specimen Reported Date | 11/17/2017 14:47 | | |

| Report | Result | Ref. Range | Units | Flag | Status | Edit |
|---|---|---|---|---|---|---|
| C-REACTIVE PROTEIN | [illegible] | [illegible] | [illegible] | Normal | Final | |
| | [illegible] | | | | | |

This fax was received by GFI FaxMaker fax server. For more information visit: http://www.gfi.com

**Lexington Clinic**

KENTUCKY ONE HEALTH - NEUROSURGERY

1401 HARRODSBURG RD SUITE A540
LEXINGTON, KY 40504-1720
(859) 258-6760 Fax (859) 258-6512

Date: 05/14/2018

RE: Jamie Reece, DOB: PT ID #21591363

Dear Family Practice Associates,

I would like to thank you for referring Jamie Reece to our practice for consultation and evaluation. I have enclosed a copy of the office evaluation for your records.

Sincerely,

Matt Tutt MD

Electronically Signed by: MATTHEW TUTT, MD

## Encounter Reason/Date

cervical pain
05/14/2018 - 10:00AM - NEUROSURGERY KOHOP

## History of Present Illness

Mrs. Reece is a 49-year-old female who works at Toyota presenting with right-sided neck pain, jaw pain, collarbone pain and radiating pain into her arm in a non-dermatomal distribution. Her pain started at the end of January after changing jobs at Toyota. She denies any specific injury. Her pain has multiple characteristics, is fairly constant, but the arm pain comes and goes. She is seen some relief of her pain with inactivity. She describes right arm numbness and tingling. No weakness. No loss of bowel or bladder control. No difficulty with balance. No visual complaints.
She did physical therapy for 8-10 weeks, 2 times a week at Toyota. She has trialed a TENS unit as well as steroid pack. She has been taking over-the-counter anti-inflammatories for the past 8-10 weeks. She trialed Neurontin, prescribed by Dr. Donegan, with some relief.

## Review of Systems

**Additionally reports:**

**As noted per patient intake sheet and in the HPI. All other systems reviewed and negative.**

## Physical Exam

Patient is a 49-year-old female.



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

General: NAD, alert &oriented x3
HEENT: normal
PERRL, EOM intact
face symmetric
Motor: grossly intact all extremities
Sensation: intact to light tough bilaterally UE and LE
Reflexes:

Positive Hoffman's bilaterally

2+ upper extremities bilaterally
3+ lower extremities bilaterally
Chest: Clear with no wheezes.
Heart: regular rate and rhythm with no rubs gallops or murmur
Abdomen: soft and nontender GU and rectal: deferred
Extremities: no cyanosis clubbing or edema
Skin: unremarkable

## Procedure Documentation

None recorded

## Assessment/Plan

Mrs. Reece is a 49-year-old female with no significant findings on her cervical MRI. We reviewed her MRI together in my office. She has no significant central stenosis or nerve root compression. She also has an EMG and nerve conduction study performed by Dr. Leung which shows no evidence of cervical radiculopathy or focal nerve compression. There are no neurosurgical options here. However, on examination she does appear to be a bit hyper-reflexive, with a positive Hoffmann's reflex bilaterally. Although it may be artifact, her MRI report does describe some subtle signal change in the spinal cord. I would like her to be evaluated by neurology to rule out an neurologic disorder, such as multiple sclerosis. She may need an MRI of the brain performed.

I had a lengthy conversation with her with regards to my opinion. There are clearly no further considerations with regards to her cervical spine. I explained that her distribution of pain does not correlate with any specific neurologic dermatome. I feel strongly that we must look elsewhere for the cause of her symptoms. She and her husband voiced good understanding of this, but she did seem quite disappointed that I could not give her a clear answer today. I think neurology is appropriate at this point.

Her follow-up with me will be as needed, but I would appreciate receiving the opinion of the neurologist.

**1. Neck pain** -

Minutes spent reviewing images, discussing the diagnosis and coordinating care: 45 min

M54.2: Cervicalgia

### Return to Office

- AN-YU CHEN, MD for RECHECK at GASTRO SB on 06/19/2018 at 02:30 PM
- SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on 06/25/2018 at 01:15 PM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019



This fax was received by GFI FaxMaker fax server For more information, visit: http://www.gfi.com

Neurology Clinic of London - Lexington
3470 Blazer Parkway Suite 150,
Lexington, KY 40509
Phone: (859) 263-8807 Fax: (859) 263-8808

*MRN:* **1668060**

*Encounter Date:* **06/08/2018 7:15AM**

*DOB:*
*h*
*Work:*

*Address:*
**Jamie Reece**

--

**PCP:** Adams, Doris W

### History Reported By

The history today is reported by the patient and Husband.

### Chief Complaint

Mrs. Reece was referred by Dr Tutt, neurosurgeon for consult regarding cervical radiculopathy, multiple sclerosis evaluation.
She reports neck, shoulder, right side arm, hip, foot pain, left eye and ear pain, blurry vision, episodes of stabbing pain in chest, dizziness/vertigo, difficulty swallowing.

### History of Present Illness

**HPI Free Text** - **v1.0:** Ms. Reece is here today for consultation regarding possible MS.

Ms. Reece got hurt at work and had an MRI of her shoulder and neck. She went to see Dr. Tutt, and it was reported to her that there was an abnormality in the cord at the cervical spine level concerning for possible MS.

For the past 3-4 months, she has experienced a squeezing sensation to her chest. She has had a couple episodes of this that lasted about 1 hour. These episodes were painful. Other times have lasted just seconds. Episodes occur about once weekly.

Does have blurry vision. No diplopia or sudden loss of vision. Has recently gotten new glasses
Has had a bilateral upper extremity tremor years ago, but this went away.
Denies difficulty ambulating. Denies unsteadiness/balance issues.
Denies any weakness in her extremities.
Her feet "go to sleep" easily. Sometimes her right arm tingles. Sometimes if she sits for a while, half of her "private parts" will go numb.
Has urinary urgency. Feels like she does empty her bladder completely.

### Allergies

- Lortab TABS
  Recorded By: Baker, Carrie; 6/8/2018 9:16:53 AM

### Current Meds

1. Calcium TABS
2. CVS Probiotic Maximum Strength Oral Capsule
3. Esomeprazole Magnesium 40 MG Oral Capsule Delayed Release; TAKE 1 CAPSULE ONCE DAILY
4. Estradiol 1 MG Oral Tablet; TAKE 1 TABLET DAILY
5. Folic Acid 1 MG Oral Tablet; TAKE 1 TABLET DAILY
6. Ketoprofen 75 MG Oral Capsule
7. LORazepam 0.5 MG Oral Tablet; TAKE 1 TABLET TWICE DAILY
8. Methotrexate 2.5 MG Oral Tablet; 4 tablets twice weekly
9. Motrin 600 MG TABS



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

*Patient:* **Jamie Reece**
*Encounter:* **Jun 8 2018 7:15AM** *MRN:* **1668060**

10. Multi Complete CAPS
11. PredniSONE 5 MG Oral Tablet
12. ZyrTEC Allergy CAPS

**Past Medical History**
History of Anxiety (300.00) (F41.9)
History of psoriatic arthritis (V13 4) (Z87 2)

**Surgical History**
History of Hysterectomy
History of Oral surgery
History of Tonsillectomy

**Family History**
- Family history of arthritis (V17.7) (Z82.61)
- Family history of coronary artery disease (V17.3) (Z82 49)
- Family history of hypothyroidism (V18.19) (Z83.49)
- FH: stomach cancer (V16.0) (Z80.0)

**Review of Systems**
A complete review of systems revealed no pertinent patient complaints except as noted below and in the history of present illness.
**CONSTITUTIONAL**: fatigue.
**EYES**: eye pain, watery eyes and blurred vision.
**ENT**: earache, vertigo, dizziness and dysphagia.
**CARDIOVASCULAR**: chest discomfort.
**RESPIRATORY**: normal.
**GASTROINTESTINAL**: Heartburn.
**GENITOURINARY**: urinary frequency.
**MUSCULOSKELETAL**: arthralgia.
**INTEGUMENTARY**: itching and Psoriatic arthritis.
**NEUROLOGICAL**: headache, dizziness, lightheaded, tremor, sleep disturbances, memory loss and numbness.
**PSYCHIATRIC**: normal
**ENDOCRINE**: heat intolerance and polyuria.
**HEMATOLOGIC/LYMPHATIC**: normal.
**ALLERGIC/IMMUNOLOGIC**: normal.

**Vitals**
**Vital Signs**

| | Recorded: 08Jun2018 10:05AM |
|---|---|
| Height | 5 ft 7 in |
| Weight | 173 lb |
| BMI Calculated | 27.1 |
| BSA Calculated | 1.9 |
| Heart Rate | 77 |
| Systolic | 116 |
| Diastolic | 68 |
| O2 Saturation | 99 |

**Neurology Exam**



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

*Patient:* **Jamie Reece**
*Encounter:* **Jun 8 2018 7:15AM** *MRN:* **1668060**

**Constitutional:** Jamie Reece is a Caucasian female who appears well developed, well nourished and in no acute distress.
**Mental Status:** patient is alert. patient is appropriately oriented. language is fluent and logical. Speech is normal. Recent and remote memories are preserved. Good attention span and good concentration. Appropriate fund of knowledge.
**Cranial Nerves:** disk margins are sharp and fundi are normal. visual fields are full to confrontation. pupils are equal and symmetrically reactive. extraocular movements are full. Facial sensation is normal. Facial strength is symmetric and normal. Hearing acuity is normal. Normal movement of soft palate. Shoulder shrug is strong and symmetric. Tongue protrudes midline.
**Motor:** pronator drift is absent. motor strength is full in all four limbs. Muscle bulk and tone are normal.
**Sensory:** Sensory modalities are normal.
**Reflexes:** Reflexes are normal and symmetric. Plantars are flexor.
**Coordination:** Coordination is normal.
**Gait and Station:** Gait is steady and normal.
**Eyes:** Conjunctivae and eyelids reveals no swelling, erythema or discharge.
**Pulmonary:** Respiratory effort was normal with no increased work of breathing and no respiratory distress. Lungs were clear to auscultation bilaterally.
**Cardiovascular:** On auscultation the heart rate and rhythm is normal and there are no murmurs. Auscultation of the neck is without bruit. Arterial pulses are normal on peripheral vascular exam.

### Results/Data

4/10/18 MRI C-SPINE - Possible subtle increased signal within the cervical cord at C8 level (Images viewed from disc with Dr. Everman).

### Assessment

1. CNS demyelination (341.9) (G37.9)
2. Blurred vision (368.8) (H53.8)
3. Fatigue (780 79) (R53 83)
4. Numbness (782.0) (R20.0)

### Plan

**Blurred vision, CNS demyelination, Fatigue, Numbness**

1. Start: LORazepam 0.5 MG Oral Tablet (Ativan). Take 1 tablet PO 30 minutes prior to MRI, may repeat after 30 minutes X1 if needed
2. Creatinine, Serum; Status:Active; Requested for:08Jun2018;
3. Follow-up visit in 2 weeks Outpatient Follow-up WITH MRI RESULTS. SCHEDULE ON A DAY DR. EVERMAN IS HERE. Status: Complete Done: 08Jun2018
4. MRI Brain WO W; Status:Need Information - Required information; Requested for:08Jun2018;
5. MRI Spine Thoracic WO W; Status:Need Information - Required information; Requested for:08Jun2018;
6. Vitamin B12 and Folate; Status:Active; Requested for:08Jun2018;
7. Vitamin B6, Plasma; Status:Active; Requested for:08Jun2018;
8. Vitamin D, 1,25 + 25-Hydroxy; Status:Active, Requested for 08Jun2018,

### Discussion/Summary

Needs further work-up for MS. MRI brain, lab work - will go over results at follow-up.
Seen and evaluated by Dr. Everman at today's visit as well.

### Attending Note

*Attending Note:' I interviewed and examined the patient and the staff discussed the patient on the day of the visit'. Level of Participation:' I was present in clinic and examined the patient'. Patient's History:' Ms. reece has a possible T2 hyperintnese lesion in her Cervical spine. She describes a HUG sensation around chest and waist. Otherwise exam unremarkable. Will send for MRI brain and MRI thoracic spine to look for other demyelinating lesions. Will also send for lab work since low vitamin levels can cause T2 hyperintense lesions in spine. Will see back after studies.'.*

*' Amended By: Everman, Nicole; Jun 11 2018 7:59 AM EST*

**'End of Encounter Meds'**

*Patient:* **Jamie Reece**
*Encounter:* **Jun 8 2018 7:15AM** *MRN:* **1668060**

**Signatures**

Electronically signed by : Carrie Baker, CMA; Jun 8 2018 10:07AM EST (Co-author)
Electronically signed by : Megan Collett, APRN; Jun 8 2018 12:49PM EST (Co-author)
Electronically signed by : Nicole Everman, M.D.; Jun 11 2018 7:59AM EST (Author)



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

**Neurology Clinic of London - Lexington**
**3470 Blazer Parkway Suite 150,**
**Lexington, KY 40509**
**Phone: (859) 263-8807 Fax: (859) 263-8808**

*MRN:* **1668060** *Encounter Date:* **06/08/2018 7:15AM**

*DOB:*
*Home:*
*Work:*

*Address:*
**Jamie Reece**

**PCP:** Adams, Doris W

## History Reported By

The history today is reported by the patient and Husband.

## Chief Complaint

Mrs. Reece was referred by Dr Tutt, neurosurgeon for consult regarding cervical radiculopathy, multiple sclerosis evaluation.
She reports neck, shoulder, right side arm, hip, foot pain, left eye and ear pain, blurry vision, episodes of stabbing pain in chest, dizziness/vertigo, difficulty swallowing.

## History of Present Illness

**HPI Free Text - v1.0:** Ms. Reece is here today for consultation regarding possible MS.

Ms. Reece got hurt at work and had an MRI of her shoulder and neck. She went to see Dr. Tutt, and it was reported to her that there was an abnormality in the cord at the cervical spine level concerning for possible MS.

For the past 3-4 months, she has experienced a squeezing sensation to her chest. She has had a couple episodes of this that lasted about 1 hour. These episodes were painful. Other times have lasted just seconds. Episodes occur about once weekly.

Does have blurry vision. No diplopia or sudden loss of vision. Has recently gotten new glasses
Has had a bilateral upper extremity tremor years ago, but this went away.
Denies difficulty ambulating. Denies unsteadiness/balance issues.
Denies any weakness in her extremities.
Her feet "go to sleep" easily. Sometimes her right arm tingles. Sometimes if she sits for a while, half of her "private parts" will go numb.
Has urinary urgency. Feels like she does empty her bladder completely.

## Allergies

- Lortab TABS
  Recorded By: Baker, Carrie: 6/8/2018 9:16:53 AM

## Current Meds

1. Calcium TABS
2. CVS Probiotic Maximum Strength Oral Capsule
3. Esomeprazole Magnesium 40 MG Oral Capsule Delayed Release; TAKE 1 CAPSULE ONCE DAILY
4. Estradiol 1 MG Oral Tablet; TAKE 1 TABLET DAILY
5. Folic Acid 1 MG Oral Tablet; TAKE 1 TABLET DAILY
6. Ketoprofen 75 MG Oral Capsule
7. LORazepam 0.5 MG Oral Tablet; TAKE 1 TABLET TWICE DAILY
8. Methotrexate 2.5 MG Oral Tablet; 4 tablets twice weekly

*Patient:* **Jamie Reece**
*Encounter:* **Jun 8 2018 7:15AM** *MRN:* **1668060**

9. Motrin 600 MG TABS
10. Multi Complete CAPS
11. PredniSONE 5 MG Oral Tablet
12. ZyrTEC Allergy CAPS

**Past Medical History**
History of Anxiety (300.00) (F41 9)
History of psoriatic arthritis (V13.4) (Z87.2)

**Surgical History**
History of Hysterectomy
History of Oral surgery
History of Tonsillectomy

**Family History**
- Family history of arthritis (V17.7) (Z82.61)
- Family history of coronary artery disease (V17 3) (Z82 49)
- Family history of hypothyroidism (V18.19) (Z83.49)
- FH: stomach cancer (V16.0) (Z80.0)

**Review of Systems**
A complete review of systems revealed no pertinent patient complaints except as noted below and in the history of present illness.
**CONSTITUTIONAL:** fatigue.
**EYES:** eye pain, watery eyes and blurred vision.
**ENT:** earache, vertigo, dizziness and dysphagia.
**CARDIOVASCULAR:** chest discomfort.
**RESPIRATORY:** normal.
**GASTROINTESTINAL:** Heartburn.
**GENITOURINARY:** urinary frequency.
**MUSCULOSKELETAL:** arthralgia.
**INTEGUMENTARY:** itching and Psoriatic arthritis.
**NEUROLOGICAL:** headache, dizziness, lightheaded, tremor, sleep disturbances, memory loss and numbness.
**PSYCHIATRIC:** normal.
**ENDOCRINE:** heat intolerance and polyuria.
**HEMATOLOGIC/LYMPHATIC:** normal.
**ALLERGIC/IMMUNOLOGIC:** normal

**Vitals**
**Vital Signs**

| | Recorded: 08Jun2018 10 05AM |
|---|---|
| Height | 5 ft 7 in |
| Weight | 173 lb |
| BMI Calculated | 27.1 |
| BSA Calculated | 1 9 |
| Heart Rate | 77 |
| Systolic | 116 |
| Diastolic | 68 |
| O2 Saturation | 99 |

*Patient:* **Jamie Reece**
*Encounter:* **Jun 8 2018 7:15AM** *MRN:* **1668060**

### Neurology Exam

**Constitutional**: Jamie Reece is a Caucasian female who appears well developed, well nourished and in no acute distress.
**Mental Status:** patient is alert. patient is appropriately oriented. language is fluent and logical. Speech is normal. Recent and remote memories are preserved. Good attention span and good concentration. Appropriate fund of knowledge.
**Cranial Nerves:** disk margins are sharp and fundi are normal. visual fields are full to confrontation. pupils are equal and symmetrically reactive. extraocular movements are full. Facial sensation is normal. Facial strength is symmetric and normal. Hearing acuity is normal. Normal movement of soft palate. Shoulder shrug is strong and symmetric. Tongue protrudes midline.
**Motor:** pronator drift is absent. motor strength is full in all four limbs. Muscle bulk and tone are normal.
**Sensory:** Sensory modalities are normal.
**Reflexes:** Reflexes are normal and symmetric. Plantars are flexor.
**Coordination**: Coordination is normal.
**Gait and Station:** Gait is steady and normal.
**Eyes:** Conjunctivae and eyelids reveals no swelling, erythema or discharge.
**Pulmonary:** Respiratory effort was normal with no increased work of breathing and no respiratory distress. Lungs were clear to auscultation bilaterally.
**Cardiovascular**: On auscultation the heart rate and rhythm is normal and there are no murmurs. Auscultation of the neck is without bruit. Arterial pulses are normal on peripheral vascular exam.

### Results/Data
4/10/18 MRI C-SPINE - Possible subtle increased signal within the cervical cord at C8 level (Images viewed from disc with Dr. Everman).

### Assessment
1. CNS demyelination (341.9) (G37.9)
2. Blurred vision (368.8) (H53.8)
3. Fatigue (780.79) (R53.83)
4. Numbness (782.0) (R20.0)

### Plan
**Blurred vision, CNS demyelination, Fatigue, Numbness**
1. Start: LORazepam 0.5 MG Oral Tablet (Ativan); Take 1 tablet PO 30 minutes prior to MRI, may repeat after 30 minutes X1 if needed
2. Creatinine, Serum; Status:Active; Requested for:08Jun2018;
3. Follow-up visit in 2 weeks Outpatient Follow-up WITH MRI RESULTS. SCHEDULE ON A DAY DR. EVERMAN IS HERE. Status: Complete Done: 08Jun2018
4. MRI Brain WO W; Status:Need Information - Required information; Requested for:08Jun2018;
5. MRI Spine Thoracic WO W; Status:Need Information - Required information; Requested for:08Jun2018;
6. Vitamin B12 and Folate; Status:Active; Requested for:08Jun2018;
7. Vitamin B6, Plasma; Status:Active; Requested for:08Jun2018;
8. Vitamin D, 1,25 + 25-Hydroxy; Status:Active; Requested for:08Jun2018;

### Discussion/Summary
Needs further work-up for MS. MRI brain, lab work - will go over results at follow-up.
Seen and evaluated by Dr. Everman at today's visit as well.

### 'End of Encounter Meds'

### Signatures
Electronically signed by : Carrie Baker, CMA; Jun 8 2018 10:07AM EST (Co-author)
Electronically signed by : Megan Collett, APRN; Jun 8 2018 12:49PM EST (Co-author)



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

**Saint Joseph Rheumatology Associates**
**211 Fountain Court Suite 220,**
**Lexington, KY 40509**
**Phone: (859) 629-7265 Fax: (859) 629-7266**

*MRN:* **1668060**

*Encounter Date:* **06/11/2018 8:30AM**

*DOB:*

*Address:*
**Jamie Reece**

*Work:*

**PCP:** Adams, Doris W

## History Reported by

The history was reported by the patient

## Reason For Visit

Mrs Reece was referred to us by Doris Adams for consultation regarding hx of Psoriatic Arthritis.
Patient reports she was recently seen by Susanna Moberly,
APRN for PsA and is here today to get a second opinion.
She endorses pain on shoulders and neck and recently started having chest discomfort.

## History of Present Illness

**Text Templates:**
49 y/o WF whom has recently been diagnosed with psoriatic arthritis here today for a second opinion.

Today 6/11/2018 she tells me that.
She says she was dx with PsA around 12/2017.

The patient endorses stiffness on her R hip and deep pain; swelling on her R 2 DIP with a lot soreness; also stiffness on hand and legs.
She thinks her joint pain started with the hip about 6 years; she denies any hx of injections or evaluation by orthopedia.
Right now feels really good.

She has tried NSAID and did not help the pain.

She says Moberly recommended a trial of Prednisone x 3 weeks and it helped tremendously but as has been off of it the pain has been coming slowly back

She has been using Methotrexate 4 tabs twice weekly since January for PsA. Also daily Folic acid.

She has been diagnosed with psoriasis in the skin 8 years ago; tried topicals by derm before.
She doesn't think MTX has helped so much the joints.

She thinks MTX has helped the skin but
now feels more itching coming back. Is worse now for the past 1 month.
She says lotions and antihistamine don't seem to help the itchiness on the skin.

She denies any swelling on her joints
She denies any family hx of psoriasis or arthritis.

She works in Toyota but now is out due to a neck injury recently.

*Patient:* **Jamie Reece**
*Encounter:* **Jun 11 2018 8:30AM** *MRN:* **1668060**

She used to smoke, quit years ago, denies any alcohol use or drug use.

She denies any recent fevers, chills or weight.

Endorses soreness on the sternal area when lies on it or when lies on the R shoulder
She went to the ER for the tightness on the chest recently she was told her heart was OK.
She will need to see chest pain clinic for stress test.

She denies any hx of uveitis/eye inflammation.

She endorses itchiness all over that improves with Zyrtec but still itches.

### Active Problems

1. Blurred vision (368.8) (H53.8)
2. CNS demyelination (341.9) (G37.9)
3. Fatigue (780.79) (R53.83)
4. Numbness (782.0) (R20.0)

### Allergies

1. Lortab TABS
   Recorded By: Baker, Carrie; 6/8/2018 9:16:53 AM

### Current Meds

1. Calcium TABS;
   Therapy: (Recorded:08Jun2018) to Recorded
2. CVS Probiotic Maximum Strength Oral Capsule;
   Therapy: (Recorded:08Jun2018) to Recorded
3. Cyclobenzaprine HCl - 10 MG Oral Tablet;
   Therapy: 29Mar2018 to Recorded
4. Esomeprazole Magnesium 40 MG Oral Capsule Delayed Release; TAKE 1 CAPSULE ONCE DAILY;
   Therapy: (Recorded:08Jun2018) to Recorded
5. Estrace 0.1 MG/GM Vaginal Cream;
   Therapy: 17Apr2018 to Recorded
6. Fluconazole 150 MG Oral Tablet;
   Therapy: 09Jan2018 to Recorded
7. Folic Acid 1 MG Oral Tablet; TAKE 1 TABLET DAILY;
   Therapy: (Recorded:08Jun2018) to Recorded
8. Gabapentin 300 MG Oral Capsule;
   Therapy: 04Apr2018 to Recorded
9. Havrix 1440 EL U/ML SUSP;
   Therapy: 02May2018 to Recorded
10. LORazepam 0.5 MG Oral Tablet; Take 1 tablet PO 30 minutes prior to MRI, may repeat after 30 minutes X1 if needed;
    Therapy: 08Jun2018 to (Evaluate:09Jun2018); Last Rx:08Jun2018 Ordered
11. LORazepam 0.5 MG Oral Tablet; TAKE 1 TABLET TWICE DAILY;
    Therapy: (Recorded:08Jun2018) to Recorded
12. Methotrexate 2.5 MG Oral Tablet; 4 tablets twice weekly;
    Therapy: (Recorded:08Jun2018) to Recorded
13. Motrin 600 MG TABS;
    Therapy: (Recorded:08Jun2018) to Recorded
14. Multi Complete CAPS;
    Therapy: (Recorded:08Jun2018) to Recorded
15. Terconazole 0.4 % Vaginal Cream;
    Therapy: 09Jan2018 to Recorded

*Patient:* **Jamie Reece**
*Encounter:* **Jun 11 2018 8:30AM** *MRN:* **1668060**

16 ZyrTEC Allergy CAPS;
Therapy: (Recorded:08Jun2018) to Recorded

**Past Medical History**

1. History of Anxiety (300.00) (F41.9)
2. History of cataract (V12.49) (Z86.69)
3. History of IBS (V12.79) (Z87.19)
4. History of miscarriage (V13.29) (Z87.59)

**Surgical History**

1. History of Hysterectomy
2. History of Oral surgery
3. History of Tonsillectomy

**Family History**

1. Family history of arthritis (V17.7) (Z82.61)
2. Family history of cardiac disorder (V17.49) (Z82.49)
3. Family history of coronary artery disease (V17.3) (Z82.49)
4. Family history of hypothyroidism (V18.19) (Z83.49)
5. FH: stomach cancer (V16.0) (Z80.0)

**Social History**

- Does not use illicit drugs (V49 89) (Z78 9)
- Employed
- Married
- Never smoker
- Social alcohol use (Z78.9)

**Review Medical History**

Past Medical History Reviewed Past Surgical History Reviewed Family History Reviewed Social History Reviewed

**Review of Systems**

A complete review of systems revealed no pertinent patient complaints except as noted below and in the history of present illness.
**CONSTITUTIONAL:** normal.
**EYES:** eye pain and change in vision.
**ENT:** mouth sores.
**CARDIOVASCULAR:** chest discomfort.
**RESPIRATORY:** normal.
**GASTROINTESTINAL:** heartburn.
**GENITOURINARY:** 3 miscarriage(s) and prior pregnancies.
**MUSCULOSKELETAL:** arthralgia, morning stiffness mins and hands/ fingers .
**INTEGUMENTARY:** itching
**NEUROLOGICAL:** headache, dizziness and memory loss.
**PSYCHIATRIC:** normal.
**ENDOCRINE:** normal.
**ALLERGIC/IMMUNOLOGIC:** normal.

**Vitals**

**Vital Signs**

**Recorded: 11Jun2018 10:36AM**
Height: 5 ft 7 in
Weight: 171 lb
BMI Calculated: 26.78
BSA Calculated: 1.89



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

*Patient:* **Jamie Reece**
*Encounter:* **Jun 11 2018 8:30AM** *MRN:* **1668060**

Temperature: 97.9 F
Heart Rate: 73
Respiration: 18
Systolic: 129, RLE, Sitting
Diastolic: 86, RLE, Sitting

**Physical Exam**

Jamie Reece is a Caucasian female who appears well developed, well nourished and in no acute distress. Vitals x 3 noted.
**HEAD & FACE:** Head and face are symmetric, normocephalic and atraumatic.
**EYES:** Inspection of the conjunctivae and lids reveals no swelling, erythema or discharge. Pupils are round, equal and reactive to light and there is no scleral icterus.
**EARS, NOSE, MOUTH & THROAT:** On inspection, ears and nose are within normal limits. Lips, teeth, and gums appear healthy with good dentition. There is no exposed bone in the jaw. The oropharynx is normal with no erythema, edema, exudate or lesions.
**NECK:** Neck is supple without masses. No thyromegaly or masses.
**PULMONARY:** Normal respiratory effort. Lungs are clear to auscultation bilaterally.
**CARDIOVASCULAR:** On auscultation the heart rate and rhythm are normal. There are no murmurs or rubs. Examination of the extremities shows no significant edema.
**LYMPHATIC:** No cervical lymphadenopathy.
**MUSCULOSKELETAL:** Gait is within normal limits. Digits and nails are without clubbing, cyanosis or pitting. No joint swelling, warmth or tenderness. Inspection and palpation of muscles and soft tissues is normal. Range of motion is within normal limits. Muscle strength is normal. The spine has normal alignment and range of motion,.
**SKIN:** No rash, nodules or sclerodactyly
**NEUROLOGIC:** Patellar reflexes are 2+ and symmetric.
**PSYCHIATRIC:** Patient's judgment and insight are unimpaired. Patient's mood and affect are normal.

**Assessment**

1. Joint pain (719.40) (M25.50)
2. Encounter for medication monitoring (V58.83) (Z51.81)
3. History of psoriasis (V13 3) (Z87.2)
4. Chest pain, midsternal (786.51) (R07.89)
5. Psoriatic arthritis (696.0) (L40.50)
6. Pruritus (698.9) (L29 9)

**Orders**

1. Start: Indomethacin 50 MG Oral Capsule; TAKE 1 CAPSULE 3 TIMES DAILY WITH FOOD
2. Angiotensin-Converting Enzyme; Status:Complete; Done: 11Jun2018 12:49PM
3. Antinuclear Antibodies, IFA; Status:Complete; Done: 11Jun2018 12:49PM
4. CBC With Differential/Platelet; Status:Complete; Done: 11Jun2018 12:49PM
5. CCP Antibodies IgG/IgA; Status:Complete; Done: 11Jun2018 12:49PM
6. CMP-COMPREHENSIVE METABOLIC PANEL(14) w/eGFR; Status:Complete; Done: 11Jun2018 12:49PM
7. C-Reactive Protein, Quant; Status:Complete; Done: 11Jun2018 12:49PM
8. dsDNA (nDNA) Scrn by Crithidia; Status:Complete; Done: 11Jun2018 12:49PM
9. Hepatitis Panel (4); Status:Complete; Done: 11Jun2018 12:49PM
10. QuantiFERON TB Gold (In Tube); Status:Active; Requested for:11Jun2018;
11. Rheumatoid Arthritis Factor; Status:Complete; Done: 11Jun2018 12:49PM
12. RNP Antibodies; Status:Complete; Done: 11Jun2018 12:49PM
13. RPR; Status:Complete; Done: 11Jun2018 12:49PM
14. Sedimentation Rate-Westergren; Status:Complete; Done: 11Jun2018 12:49PM
15. Sjogren's Ab, Anti-SS-A/-SS-B; Status:Complete; Done: 11Jun2018 12:49PM
16. Smith Antibodies; Status:Complete; Done: 11Jun2018 12:49PM
17. Vitamin D, 25-Hydroxy; Status:Complete; Done: 11Jun2018 12:49PM
18. Bilirubin, Direct; Status:Complete; Done: 11Jun2018 12:49PM
19. CR Ribs BILAT 3 Vws W PA Chest; Status:Active; Requested for:11Jun2018;



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

*Patient:* **Jamie Reece**
*Encounter:* **Jun 11 2018 8:30AM** *MRN:* **1668060**

Location of Service : Saint Joseph East
20. HIV 4th gen; Status:Complete; Done: 11Jun2018 12:49PM
21. Renew: Methotrexate 2.5 MG Oral Tablet; TAKE 8 TABLET Weekly
22. CR Sacroiliac Jts Min 3 Vws; Status:Active; Requested for:11Jun2018;
Location of Service : Saint Joseph East
23. HLA B 27 Disease Association, Status:Active, Requested for:11Jun2018.
24. Stop: Motrin 600 MG TABS (Ibuprofen)

Psoriatic arthritis (696.0) (L40.50)

Chest pain, midsternal (786.51) (R07.89)

## Discussion/Summary

49 y/o WF with hx of psoriasis in the skin , worsening joint pain with hx of swelling and also skin pruritus here for 2 opinion.

Agree that her history sounds inflammatory and I do believe she has Psoriatic arthritis.
-PsA is a seronegative spondyloarthropathy that sometimes can cause mid chest pain due to costochondral inflammation/non cardiac chest pain so I have recommended her a trial of a strong NSAID like Indomethacin 50 mg TID with food.
-I warned her that these NSAID can lead to severe GERD or diarrhea and if she feels 3 times a day its too much she can do it twice a day- she voiced understanding.
-I will order Rheum serologies and labs in preparation for Humira when she willing to try it.
-I will order X-rays of chest and Ribs and SI joints and HLA-B27.
-Will request records from Morberly to review.
-Will order labs to investigate for secondary cause of pruritus and if all normal will defer to PCP that she might need another Dermatological evaluation for possible worsening eczema of the skin.

She will RTC in 4 weeks

## Counseling

The patient was counseled regarding prognosis, risks and benefits of treatment options, instructions for management, patient and family education, importance of compliance with treatment, risk factor reductions and impressions. Total time of encounter was 45 minutes of which greater than 50% was spent counseling and coordinating care

## 'End of Encounter Meds'

## Signatures

Electronically signed by : Tera Murillo, LPN; Jun 11 2018 10:09AM EST (Co-author)
Electronically signed by : Tera Murillo, LPN; Jun 11 2018 10:37AM EST (Co-author)
Electronically signed by : Tera Murillo, LPN; Jun 11 2018 10:40AM EST (Co-author)
Electronically signed by : Indhira Bisono Jimenez, M.D.; Jun 17 2018 1:52PM EST (Author)



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

**Saint Joseph Rheumatology Associates**
**211 Fountain Court Suite 220,**
**Lexington, KY 40509**
**Phone: (859) 629-7265 Fax: (859) 629-7266**

*MRN:* **1668060** *Encounter Date:* **06/14/2018 7:00AM**

*DOB:*

*Address:* *Work:*
**Jamie Reece**

**PCP:** Adams, Doris W

### History Reported by

Patient coming called to be seen again for chest discomfort
Patient reports the pain comes and goes .
Pain level 2/10

### Reason For Visit

49 y/o WF with hx of PsA here for acute visit for chest wall pain

### Review Medical History

Past Medical History Reviewed

### History of Present Illness

**Text Templates:**
49 y/o WF with hx of PsA here for follow up.

She was here 2 days ago and was supposed to come back for follow up in 4 weeks.
I received the records from Susana Morberly and she mentioned that she patient was on Methotrexate and that she wanted to start Humira but the patient did not started it.

I Rx her Indomethacin for substernal pain that I though was related to costochondral inflammation for PsA; Xray of riabs and PA chest was normal and SI X-rays were normal.
All Rheum serologies and ESR and CRP were normal on 6/11/2018

Today 6/14/2018 she tells me that:
She says yesterday morning she woke up with pain on the upper chest, higher than usual,then got better and she left to tun an errand and started again on the middle part of her chest and then worsened and felt like an stabbing pain.
She says she discussed with the husband and the told her to call me back and try to get in.

The pain is better now, just feels like a weird sensation there.
She admits she picked up the Indomethacin yesterday night but did not take it as wasn't sure if I needed to do something different that time.

### Active Problems

1. Blurred vision (368.8) (H53.8)
2. Chest pain, midsternal (786.51) (R07.89)
3. CNS demyelination (341.9) (G37.9)
4. Encounter for medication monitoring (V58.83) (Z51.81)
5. Fatigue (780.79) (R53.83)
6. History of psoriasis (V13.3) (Z87.2)

7. Joint pain (719.40) (M25.50)
8. Numbness (782.0) (R20.0)
9. Pruritus (698.9) (L29.9)
10. Psoriatic arthritis (696.0) (L40.50)

**Current Meds**

1. Calcium TABS
2. CVS Probiotic Maximum Strength Oral Capsule
3. Cyclobenzaprine HCl - 10 MG Oral Tablet
4. Esomeprazole Magnesium 40 MG Oral Capsule Delayed Release, TAKE 1 CAPSULE ONCE DAILY
5. Estrace 0.1 MG/GM Vaginal Cream
6. Fluconazole 150 MG Oral Tablet
7. Folic Acid 1 MG Oral Tablet; TAKE 1 TABLET DAILY
8. Gabapentin 300 MG Oral Capsule
9. Havrix 1440 EL U/ML SUSP
10. Indomethacin 50 MG Oral Capsule; TAKE 1 CAPSULE 3 TIMES DAILY WITH FOOD
11. LORazepam 0.5 MG Oral Tablet; Take 1 tablet PO 30 minutes prior to MRI, may repeat after 30 minutes X1 if needed
12. LORazepam 0.5 MG Oral Tablet; TAKE 1 TABLET TWICE DAILY
13. Methotrexate 2.5 MG Oral Tablet, TAKE 8 TABLET Weekly
14. Multi Complete CAPS
15. Terconazole 0.4 % Vaginal Cream
16. ZyrTEC Allergy CAPS

**Review of Systems**

A complete review of systems revealed no pertinent patient complaints except as noted below and in the history of present illness.
**CONSTITUTIONAL:** normal.
**CARDIOVASCULAR:** chest discomfort, but no palpitations, no irregular heart rate and no swelling of extremities.
**RESPIRATORY:** normal.
**GASTROINTESTINAL:** normal.
**INTEGUMENTARY:** normal.
**ALLERGIC/IMMUNOLOGIC:** normal.

**Vitals**

**Vital Signs**
**Recorded: 14Jun2018 09:17AM**
Height: 5 ft 7 in
Weight: 173 lb
BMI Calculated: 27.1
BSA Calculated: 1.9
Temperature: 98.1 F
Heart Rate: 76
Respiration: 18
Systolic: 116, RUE, Sitting
Diastolic: 77, RUE, Sitting

**Physical Exam**

**CONSTITUTIONAL:** This 49 year old female appears, well developed, well nourished and in no acute distress. Vitals x3 noted.
**HEAD & FACE:** Head and face are symmetric, normocephalic and atraumatic
**EYES:** Inspection of the conjunctivae and lids reveals no swelling, erythema or discharge. Pupils are round, equal and reactive to light and there is no scleral icterus.
**EARS, NOSE, MOUTH & THROAT:** On inspection, ears and nose are within normal limits.



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

*Patient:* **Jamie Reece**
*Encounter:* **Jun 14 2018 7:00AM** *MRN:* **1668060**

**PULMONARY:** Normal respiratory effort. Lungs are clear to auscultation bilaterally. TTP on midternal area and more toward the L.
**CARDIOVASCULAR:** On auscultation the heart rate and rhythm are normal There are no murmurs or rubs. Examination of the extremities shows no significant edema
**MUSCULOSKELETAL:** Gait is within normal limits. Digits and nails are without clubbing, cyanosis or pitting. No joint swelling, warmth or tenderness Inspection and palpation of muscles and soft tissues is normal. Range of motion is within normal limits. Muscle strength is normal.
**SKIN:** No rash, nodules or sclerodactyly
**PSYCHIATRIC:** Patient's judgment and insight are unimpaired. Patient's mood and affect are normal.

## Assessment

1. Chest pain, midsternal (786.51) (R07.89)
2. History of psoriasis (V13.3) (Z87.2)
3. Psoriatic arthritis (696.0) (L40.50)
4. Costochondritis (733.6) (M94.0)
5. Costochondral pain (786.52) (R07.1)

## Discussion/Summary

49 y/o WF with hx of PsA and what seems to be midsternal pain to palpation here for acute visit

She was TTP on midsternal area which confirms this is not coming from the heart.
-Again I told her this is most likely costochondritis pain / chest wall inflammation can occur in seronegative arthropathies like PsA.
-She was told to start the Indomethacin 50 mg po TID for 1 month and I hope she should be feeling better in 3-4 days; if not was told to call PCP for further evaluation.
-Rheum serologies OK.
-Awaiting for Quantiferon TB gold to be back, if negative we will proceed with Humira PA for PsA when she feels ready for; she says she wants to have her R shoulder surgery before proceeding with Humira.

She will RTC in 1 month

## Counseling

The patient was counseled regarding diagnostic results, prognosis, risks and benefits of treatment options, instructions for management, patient and family education, importance of compliance with treatment, risk factor reductions and impressions. Total time of encounter was 30 minutes of which greater than 50% was spent counseling and coordinating care.

## 'End of Encounter Meds'

## Signatures

Electronically signed by : Tera Murillo, LPN; Jun 14 2018 9:17AM EST (Co-author)
Electronically signed by : Indhira Bisono Jimenez, M.D. Jun 14 2018 9:50AM EST (Author)

REECE, JAMIE (id #1791, dob: )
**PATRICK K LEUNG MD PLLC**
1401 HARRODSBURG RD, STE C225
LEXINGTON, KY 40504-1750
Phone: (859) 373-0700
Fax: (859) 422-3994

**Encounter Summary - Progress Note**
Date Printed: 07/03/2018

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:32183-H-16626]

| | |
|---|---|
| **Patient** | Reece, Jamie (49yo, F) #1791 |
| **DOB** | |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | | **Home Phone** | |
| | | **Work Phone** | |

Encounter Notes:

| | |
|---|---|
| **Encounter Reason/Date** | Possible multiple sclerosis<br>07/03/2018 - 08:00AM - Main Office |
| **History of Present Illness** | Mrs. Reece is a 49-year-old married white female Toyota team member. She developed right shoulder pain. She was seen by Dr. Donegan. Pain radiates to her right arm. EMG/NCV of the right arm is normal. She had an MRI scan of the right shoulder that was unremarkable. She subsequently had MRI scan of the cervical spine which showed questionable lesion in the spinal cord. She was referred to Dr. Matthew Tutt. She was found to be hyperreflexic. Multiple sclerosis was suspected as a possible explanation. She subsequently had MRI scan of the brain and the thoracic spine that is unremarkable on my review. She is here today for neurologic evaluation.<br><br>Her current complaint remains the same. She has right shoulder pain with movement. Pain is localized between her shoulder and collarbone. She has no other symptoms to suggest multiple sclerosis. There is no hemiparesis, hemisensory loss, visual disturbance, ataxia, bladder or bowel dysfunction. |
| **Review of Systems** | ROS as noted in HPI. |
| **Vitals** | 07/03/2018 08:03 am<br>**Ht:** 5 ft 7 in **Wt:** 160 lbs **BMI:** 25.1<br>**BP:** 110/78 **Pulse:** 76 bpm **RR:** 16 |
| **Results/Interpretations** | None recorded |
| **Physical Exam** | Patient is a 49-year-old female.<br><br>She is pain with rotation, abduction and extension of her right shoulder.The patient is alert and pleasant. Head is atraumatic. Neck is supple without carotid bruit. Heart has regular rate and rhythm without murmur. Dorsalis pedis pulses are palpable. Neurologically, the patient is oriented ×3 with intact short and long-term memory, fund of knowledge, language function, |



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

| | |
|---|---|
| | judgment, insight and attention span. There is no evidence of aphasia or dysarthria. Cranial nerves II through XII are unremarkable. Funduscopic examination is benign. Pupils are equal, round and reactive to light. Motor examination reveals normal strength, bulk and tone. Reflexes are symmetrical. Toes are downgoing. Finger to nose, heel-to-shin are well done. Patient can do heel, toe and tandem walk without problem. Romberg is negative. Gait and station is intact. Sensory examination is intact to all primary modalities. |
| **Assessment and Plan** | **1. Impingement syndrome of right shoulder region -**<br>The patient is a 49-year-old white female who has right shoulder impingement syndrome. I found no evidence to suggest multiple sclerosis.<br>M75.41: Impingement syndrome of right shoulder<br>**Patient Instructions**<br>Finding has been discussed with the patient in detail.<br>There is no evidence of multiple sclerosis.<br>She has appointment with Dr. Kibler for second opinion of her right shoulder.<br>Return as needed.<br>Return to Office<br>None recorded |

Patient Medical History:

| | | | |
|---|---|---|---|
| **Allergies List** | Reviewed Allergies | | |
| | NKDA | | |
| **Medications** | Reviewed Medications | | |
| | **esomeprazole magnesium 40 mg capsule,delayed release** | 05/11/18 | filled |
| | **folic acid 1 mg tablet** | 03/26/18 | filled |
| | **Indomethacin 50 mg capsule** | 06/13/18 | filled |
| | **LORazepam 0.5 mg tablet** | 06/22/18 | filled |
| | **metHOTREXate sodium 2.5 mg tablet** | 05/24/18 | filled |
| **Family History** | Reviewed Family History | | |
| | Mother | - Heart disease | |
| **Past Medical History** | Reviewed Past Medical History<br>Arthritis: **Y**<br>Migraines: **Y** | | |
| **Vaccine History** | None recorded | | |

Electronically Signed by: PATRICK K. LEUNG. MD

Patrick Leung, MD

**REECE, JAMIE H (id #21591363, dob:**

**NEW LEXINGTON CLINIC PSC**
700 BOB-O-LINK DR
LEXINGTON, KY 40504-3756
Phone: (859) 258-4000
Fax: (859) 258-8239

**Encounter Summary - Progress Note**
Date Printed: 07/16/2018

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:17245811-H-13059]

| | |
|---|---|
| **Patient** | Reece, Jamie H (49yo, F) #21591363 |
| **DOB** | |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | | **Home Phone** | |
| | | **Work Phone** | |

Encounter Notes:

| | |
|---|---|
| **Encounter Reason/Date** | np rt shoulder, will bring MRI disc<br>07/13/2018 - 08:45AM - ORTHOPEDICS PICADOME |
| **History of Present Illness** | None recorded |
| **Review of Systems** | None recorded |
| **Vitals** | **Ht:** 5 ft 7 in **Wt:** 170 lbs **BMI:** 26.6<br>**BP:** 118/72 |
| **Results/Interpretations** | None recorded |
| **Physical Exam** | None recorded |
| **Procedure Documentation** | None recorded |
| **Assessment and Plan** | **1. Scapulalgia**<br>M89.8X1: Other specified disorders of bone, shoulder<br><br>**2. Impingement syndrome of shoulder region** - Right<br>M75.41: Impingement syndrome of right shoulder<br>• ROTATOR CUFF INJURY: CARE INSTRUCTIONS<br>• ROTATOR CUFF: EXERCISES<br><br>**Return to Office**<br>• DANIEL M ROUSE, PT, DPT for NEW PATIENT at PHYSICAL THERAPY PICADOME on 07/25/2018 at 09:30 AM<br>• AN-YU CHEN, MD for RECHECK at GASTRO S8 on 09/04/2018 at 01:00 PM<br>• W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on |



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

| | |
|---|---|
| | 09/07/2018 at 09:30 AM<br>• to see AN-YU CHEN, MD for EGD at GASTRO 58 on or around 08/01/2019 |

Patient Medical History:

| | |
|---|---|
| **Allergies List** | Reviewed Allergies<br>**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM; |
| **Medications** | Reviewed Medications<br>**folic acid** 07/13/18 entered<br>**metHOTREXate sodium 2.5 mg tablet** 03/30/18 prescribed<br>take 4 po twice weekly/please d/c previous rx<br>**Multi Vitamin** 11/17/17 entered<br>**NexIUM** 07/13/18 entered<br>**Probiotic** 11/17/17 entered<br>**ZyrTEC 10 mg capsule** 11/17/17 entered<br>Take 1 capsule(s) every day by oral route. |
| **Family History** | Reviewed Family History<br>Father - No current problems or disability<br>Mother - No current problems or disability<br>- Arthritis |
| **Past Medical History** | see table below |
| **Vaccine History** | None recorded |

| | | | |
|---|---|---|---|
| **AIDS/HIV** | N | **Hypertension** | N |
| **Allergies/Hayfever** | Y | **Kidney Disease** | N |
| **Arthritis** | N | **Kidney Stones** | N |
| **Asthma** | N | **Liver Disease** | N |
| **Bleeding Disorder** | N | **Mental Illness** | N |
| **Blood Clot** | N | **Osteoporosis** | N |
| **COPD** | N | **Other** | N |
| **Cancer** | N | **Seizures/Epilepsy** | N |
| **Diabetes** | N | **Skin Problems** | N |
| **Genetic Disorder** | N | **Sleep Apnea** | N |
| **Gout** | N | **Stroke** | N |
| **Heart Attack (MI)** | N | **Tuberculosis** | N |
| **High Cholesterol** | N | | |

Electronically Signed by: W BEN KIBLER, MD

**Saint Joseph Rheumatology Associates**
**211 Fountain Court Suite 220,**
**Lexington, KY 40509**
**Phone: (859) 629-7265 Fax: (859) 629-7266**

*MRN:* **1668060** *Encounter Date:* **08/01/2018 7:15AM**

*DOB:*

*Address:* *Work:*
**Jamie Reece**

## Reason For Visit

Patient coming in for follow up on Join t pain hx of PsA
Patient reports she took the Indomethacin for 1 month and now has GI issues.
Pain level - 2/10

## Review Medical History

Past Medical History Reviewed

## History of Present Illness

**Text Templates:**
49 y/o WF with hx of psoriatic arthritis and concerns of costochondritis here for evaluation.

Her Quantiferon TB gold was negative on 6/11/2018
-X-ray of b/l ribs and SI joint WNL then.
HLA-B27 negative and all other serologies negative.

Today 8/1/2018 she tells me that:
She says the pain in the chest wall is better but it comes and goes
Is sporadic and comes on and off.
She says on July 19th was very painful.

She thinks she is flaring as her hips and R foot.

She endorses bloating on her stomach and diarrhea.

She says she is not going to have any shoulder surgery anymore.

She says she is taking the Methotrexate 20 mg a week and Folic acid once a week.

She endorses some psoriasis on her L elbow now

She says Neurology told her she doesn't have MS.

## Active Problems

1. Blurred vision (368.8) (H53.8)
2. Chest pain, midsternal (786.51) (R07.89)
3. CNS demyelination (341.9) (G37.9)
4. Costochondral pain (786.52) (R07.1)
5. Costochondritis (733.6) (M94.0)
6. Encounter for medication monitoring (V58.83) (Z51.81)
7. Fatigue (780.79) (R53.83)
8. History of psoriasis (V13.3) (Z87.2)



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

*Patient:* **Jamie Reece**
*Encounter:* **Aug 1 2018 7:15AM** *MRN:* **1668060**

9. Joint pain (719.40) (M25.50)
10. Numbness (782.0) (R20.0)
11. Pruritus (698.9) (L29.9)
12. Psoriatic arthritis (696.0) (L40.50)

**Current Meds**

1. Calcium TABS
2. CVS Probiotic Maximum Strength Oral Capsule
3. Cyclobenzaprine HCl - 10 MG Oral Tablet
4. Esomeprazole Magnesium 40 MG Oral Capsule Delayed Release, TAKE 1 CAPSULE ONCE DAILY
5. Estrace 0.1 MG/GM Vaginal Cream
6. Fluconazole 150 MG Oral Tablet
7. Folic Acid 1 MG Oral Tablet; TAKE 1 TABLET DAILY
8. Gabapentin 300 MG Oral Capsule
9. Havrix 1440 EL U/ML SUSP
10. Indomethacin 50 MG Oral Capsule; TAKE 1 CAPSULE 3 TIMES DAILY WITH FOOD
11. LORazepam 0.5 MG Oral Tablet; TAKE 1 TABLET TWICE DAILY
12. Methotrexate 2.5 MG Oral Tablet; TAKE 8 TABLET Weekly
13. Multi Complete CAPS
14. Terconazole 0.4 % Vaginal Cream
15. ZyrTEC Allergy CAPS

**Review of Systems**

A complete review of systems revealed no pertinent patient complaints except as noted below and in the history of present illness.
**CONSTITUTIONAL:** normal.
**CARDIOVASCULAR:** chest discomfort.
**GASTROINTESTINAL:** abdominal pain and diarrhea.
**MUSCULOSKELETAL:** arthralgia, but no joint swelling.
**INTEGUMENTARY:** psoriasis on L elbow.

**Vitals**

**Vital Signs**
**Recorded: 01Aug2018 09:29AM**
Height: 5 ft 7 In
Weight: 176.8 lb
BMI Calculated: 27.69
BSA Calculated: 1.92
Temperature: 98.2 F
Heart Rate: 73
Respiration: 18
Systolic: 138, RUE, Sitting
Diastolic: 85, RUE, Sitting

**Physical Exam**

**CONSTITUTIONAL:** This 49 year old female appears, well developed, well nourished and in no acute distress. Vitals x3 noted.
**HEAD & FACE:** Head and face are symmetric, normocephalic and atraumatic.
**EYES:** Inspection of the conjunctivae and lids reveals no swelling, erythema or discharge. Pupils are round, equal and reactive to light and there is no scleral icterus.
**EARS, NOSE, MOUTH & THROAT:** On inspection, ears and nose are within normal limits.
**PULMONARY:** Normal respiratory effort. TTP of midsternal manubrial joint.
**CARDIOVASCULAR:** Examination of the extremities shows no significant edema.
**MUSCULOSKELETAL:** Gait is within normal limits. Digits and nails are without clubbing, cyanosis or pitting. No



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

*Patient:* **Jamie Reece**
*Encounter:* **Aug 1 2018 7:15AM** *MRN:* **1668060**

joint swelling, warmth or tenderness. Inspection and palpation of muscles and soft tissues is normal. TTP on lateral aspect of both hips? trochanteric areas?. Range of motion is within normal limits. Muscle strength is normal

**SKIN:** mild psoriasis over L elbow.

**PSYCHIATRIC:** Patient's judgment and insight are unimpaired. Patient's mood and affect are normal.

## Assessment

1. Mid sternal chest pain (786.51) (R07.89)
2. Encounter for medication monitoring (V58.83) (Z51.81)
3. Costochondral pain (786.52) (R07.1)
4. Chest pain, midsternal (786.51) (R07.89)
5. Joint pain (719.40) (M25.50)
6. Psoriatic arthritis (696.0) (L40.50)
7. History of psoriasis (V13.3) (Z87.2)
8. Hip bursitis (726.5) (M70 70)

## Orders

1. MRI Chest WO W; Status:Need information - Required information; Requested for:01Aug2018;
2. CBC With Differential/Platelet; Status:Active; Requested for:01Aug2018;
3. CMP-COMPREHENSIVE METABOLIC PANEL(14) w/eGFR; Status:Active; Requested for:01Aug2018;
4. C-Reactive Protein, Quant; Status:Active; Requested for:01Aug2018;
5. Sedimentation Rate-Westergren; Status:Active; Requested for:01Aug2018;
6. Renew: Folic Acid 1 MG Oral Tablet; TAKE 1 TABLET DAILY
7. Renew: Methotrexate 2.5 MG Oral Tablet; TAKE 8 TABLET Weekly

## Discussion/Summary

49 y/o WF with psoriatic arthritis, psoriasis of the skin here for follow up.

Having issues with chronic costochondritis pain and now possible b/l hip bursitis vs ligament inflammation of hips/ enthesis tis?
-Will order MRI of chest to evaluate for Sterno manubrial signs of inflammation.
-Will continue Methotrexate 20 mg q weekly along with daily Folic acid 1 mg, both refilled for 90 days today.
-Will proceed with Humira 40 mg SQ q 15 days as not on clinical remission and Humira usually helps costochondral inflammation and mght help enthesitis on hips if that is the case.
-She received a Humira injection sample today and Humira injection teaching by my CMA Tera Murillo today.
-Had mild psoriasis on L elbow today hopefully Humira will help both skin and joint issues.
-Side effects of higher risk of infections, paradoxical palmo-plantar psoriasis and rash, were discussed with her today.
-Wil try Humira for about 5-6 months and if not better by them will try Remicade infusions.
-Told to hold off on indomethacin due to diarrhea and she will see GI.

Will see her again in 3 months but will do CBC, CMP, ESR, CRP today and Q 3 months for MTX motioning.

## Counseling

The patient was counseled regarding prognosis, risks and benefits of treatment options, instructions for management, patient and family education, importance of compliance with treatment, risk factor reductions and impressions. Total time of encounter was 30 minutes of which greater than 50% was spent counseling and coordinating care.

## 'End of Encounter Meds'

## Signatures

Electronically signed by : Tera Murillo, LPN; Aug 1 2018 9:19AM EST (Co-author)

*Patient:* **Jamie Reece**
*Encounter:* **Aug 1 2018 7:15AM** *MRN:* **1668060**

Electronically signed by : Tera Murillo, LPN, Aug 1 2018 9:28AM EST (Co-author)
Electronically signed by : Indhira Bisono Jimenez, M.D.: Aug 1 2018 10:14AM EST (Author)



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

KentuckyOne Health

**SJE Saint Joseph East**
150 N. Eagle Creek Dr
Lexington, KY 40509-

| | | | |
|---|---|---|---|
| Patient: | **REECE, JAMIE HUNTER** | DOB: | 49 years Female |
| MRN: | E000394059 | Account #: | E1822501541 |
| Admit: | 8/21/2018 10:30 EDT | Discharge: | |
| Admitting: | BISONO JIMENEZ, INDHIRA,MD-INT | Attending: | BISONO JIMENEZ,INDHIRA,MD-INT |
| | | Copy to: | ADAMS,DORIS WHITNEY,NP-INT |

*Magnetic Resonance Imaging*

| Accession | Exam | STATUS | Exam Date/Time | Ordering Provider |
|---|---|---|---|---|
| 22-MR-18-0004397 | MRI Chest WO W | Auth (Verified) | 8/21/2018 12:01 EDT | BISONO JIMENEZ, INDHIRA,MD-INT |

**Reason For Exam**
(MRI Chest WO W) R07.1 CHEST PAIN ON BREATHING R07.89

**Report**
MRI CHEST WITHOUT AND WITH CONTRAST

HISTORY: Costochondral pain, midsternal pain

FINDINGS: Multiplanar MR imaging of the chest was performed without and with contrast. The chest wall appears intact. There is no evidence of bone marrow edema. The musculature is intact. No soft tissue edema is seen. The sternal manubrial and sternoclavicular joints have an unremarkable MR appearance. No mediastinal or hilar mass is identified. No focal pulmonary abnormality is seen. No area of abnormal contrast enhancement is identified

IMPRESSION: No focal chest wall abnormality identified.

***** *Final* *****

*Dictated by: KENNEY, CHARLES M, MD-RAD*
*Dictated DT/TM: 08/21/2018 2:31 pm*
*Interpreted and electronically signed by: KENNEY, CHARLES M, MD-RAD*
*Signed DT/TM: 08/21/2018 2:32 pm*
*Transcribed by: RS*



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

Lexington Clinic

LEXINGTON CLINIC RHEUMATOLOGY

1221 S BROADWAY 5TH FLOOR
LEXINGTON, KY 40504-2701
(859) 258-4450 Fax (859) 258-4039

Date: 10/10/2018

RE: Jamie Reece, DOB: PT ID #21591363

Dear Family Practice Associates,

I would like to thank you for referring Jamie Reece to our practice for consultation and evaluation. I have enclosed a copy of the office evaluation for your records.

Sincerely,

Electronically Signed by: SYED HAIDER ABBAS, MD

## Encounter Reason/Date

Pt is here today for f/up psoriatic arthritis.
10/10/2018 - 08:00AM - RHEUMATOLOGY SB

## History of Present Illness

seen today for the first time, she was followed by susanna moberly and later was followed at rheumatology clinic with KY one at SJE.

Though was not satisfied by the care at KY one rheumatology.

So decided to get an opinion from me.

She in the interval used Humira, but got sick after second dose with feeling sick.

Though since that time, has gone back on Humira and done 2 shots thus far. No side effects since going back on Humira.

she is followed by orthopedics for right shoulder injury and pains, due to repititive motions involving the right arm.

has some swelling in the arm, significant pains at times , with color changes to red and blue.

positive tingling and sweating in the arm.

works in Toyota.

Besides Humira she is on MTX at 8 pills weekly.



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

## Review of Systems

Patient reports **muscle aches, arthralgias/joint pain, back pain, and swelling in the extremities (upper extremity. )**. She reports **paresthesia (right arm.)**. She reports **fatigue**. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no irritation, and no vision change. She reports no pleuritic chest pain, no shortness of breath when walking, no shortness of breath when lying down, and no Raynaud's Phenomenon. She reports no cough, no wheezing, no shortness of breath, and no coughing up blood. She reports no rashes, no ulcers, no loss of hair, no tightening of the skin, and no psoriasis. She reports no depression, no sleep disturbances, no anxiety, and restful sleep.
**ROS as noted in the HPI**

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:**
General Appearance: **overweight**.

**Mental Status:**
Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Lungs:**
Respiration: no dyspnea and good air movement. Percussion: no dullness, flatness, or hyperresonance. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal and CTA except as noted.

**Cardiovascular System:**
Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR Neck vessels: no JVD. Pulses including femoral / pedal: normal throughout

**Musculoskeletal System:**
Joints, Bones, and Muscles: **limited ROM (right arm, with painful limited GH mobility. ); no synovitis .**
**no effusions.** . Extremities: **edema (modest edema through out the arm.)**.

**Skin:**
Inspection and palpation: **modest erythema and coolness to touch right arm.** .

## Procedure Documentation

None recorded

## Assessment/Plan

**1. Psoriasis with arthropathy** -

she has chronic psoriatic arthritis, but clinically, her disease looks under excellent control and w/o any disease activity.

No synovitis noted.

No dactylitis or enthesitis noted.

The pains in her right arm are secondary to CRPS type I as stated below.

Her last ESR/CRP are normal.

I would suggest to reduce the MTX dose to 4 pills once weekly, or 10 mg q weekly from 20 mg q weekly.

maintain folic acid 1 mg po qd and maintain Humira 40 mg q 2 weeks.

obtain labs to fu on psoriatic arthritis.



This fax was received by GFI FaxMaker fax server For more information, visit: http://www.gfi.com

L40.50: Arthropathic psoriasis, unspecified

- ESR, AUTOMATED
- AST
- ALT
- CBC
- C-REACTIVE PROTEIN

**2. Pain in upper limb** - Right -

she has right upper extremity pains.

symptoms going on since January 2018.

Symptoms are suggestive of CRPS- type I.

would arrange for pain clinic evaluation.

maintain the PT.

M79.601: Pain in right arm

**3. Complex regional pain syndrome** -

she has classic symptoms of pains, allodynia, motor component with limited ROM upper arm, sensory component with paresthesia, vasomotor changes with change in skin color from pale, red to blue at times.

Further has edema, with sweating at times.

All these clinical features along with h/o right shoulder and elbow injury due to repititive work at Toyota factor are very typical for the CRPS-type I.

I have discussed this concern with the patient.

Suggested pain management evaluation as this is a long term condition and requires multi disciplinary approach.

Must maintain PT.

Add low dose Gabapentin 100 mg po qhs with titration of dose to her tolerance and benefits.

This is a clinical diagnosis without any definitive test, a 3 phase bone scan can be useful in early phase of the disease process and so is MRI which can show some patch or local osteopenia or bone loss.

I have suggested her to go ahead and do a 3 phase right arm bone scan.

in terms of work, I doubt if she can perform repititive work especially ina factory.

she needs to discuss this with her employer about changing her work description to more of a desk work.

long term pain management and plans would be as per Dr Flinchum in pain management.

M89.00: Algoneurodystrophy, unspecified site

- PAIN MANAGEMENT REFERRAL -
  Schedule Within: provider's discretion
  Appointment Date: 10/15/2018 Appointment Time: 9:00
- gabapentin 100 mg capsule -
  1 po qhs can titrate to 3 po qhs based on tolerance Qty: 90 capsule(s) Refills: 1
  Pharmacy: WALMART PHARMACY 3894 Note to Pharmacy: seen today, for CRPS type I
- NM BONE IMAGING, 3 PHASE -
  Note to Imaging Facility: limited to the right arm. CRPS- type i ( RSD)

## Discussion

**Discussion Notes**

cc note:

PCP, FP associates.

Dr B Kibler.

**Return to Office**

- KATHERINE S RODEN, MD for CONSULT at PAIN MEDICINE on 10/15/2018 at 09:00 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 11/12/2018 at 08:45 AM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 11/15/2018 at 09:00 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019



This fax was received by GFI FaxMaker fax server For more information, visit: http://www.gfi com

**REECE, JAMIE (id #1791, dob: )**

**PATRICK K LEUNG MD PLLC**
1401 HARRODSBURG RD, STE C225
LEXINGTON, KY 40504-1750
Phone: (859) 373-0700
Fax: (859) 422-3994

**Encounter Summary - Progress Note**
Date Printed: 12/10/2018

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:60646-H-16626]

| | |
|---|---|
| **Patient** | Reece, Jamie (50yo, F) #1791 |
| **DOB** | |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | | **Home Phone** | |
| | | **Work Phone** | |

Encounter Notes:

| | |
|---|---|
| **Encounter Reason/Date** | Right shoulder impingement<br>12/10/2018 - 01:30PM - Main Office |
| **History of Present Illness** | Ms. Reece is a 50-year-old white female team member at Toyota. She had a work-related injury in January. She has a right shoulder impingement syndrome. She was being treated by Dr. Kibler with physical therapy. She was recently diagnosed with CRPS by Dr. Abbas, , her rheumatologist. He has been treating her for psoriatic arthritis with Humira. She has noticed swelling in her right forearm with pain and numbness and thickness in the right shoulder. She is being treated by Dr. Rhoden at the pain clinic with gabapentin and Norco. She is getting physical therapy at KORT. She has not been able to return to work. |
| **Review of Systems** | ROS as noted in HPI. |
| **Vitals** | **Ht:** 5 ft 7 in **Wt:** 157 lbs **BMI:** 24.6<br>**BP:** 121/76 **Pulse:** 80 bpm **RR:** 17 |
| **Results/Interpretations** | None recorded |
| **Physical Exam** | Patient is a 50-year-old female.<br><br>She is alert and pleasant. She has limited range of motion of her right shoulder. There is trace swelling in the right forearm. Her reflexes are symmetrical. There is no atrophy, cyanosis or skin changes. |
| **Assessment and Plan** | **1. Impingement syndrome of right shoulder region -**<br>The patient is a 49-year-old white female who has right shoulder impingement syndrome. I cannot exclude early CRPS<br><br>M75.41: Impingement syndrome of right shoulder<br>• Medrol (Pak) 4 mg tablets in a dose pack - |

Take 1 dose pk(s) by oral route. Qty: 1 dose pk(s) Refills: 0
Pharmacy: WALMART PHARMACY 3894

## Discussion

**Patient Instructions**

Finding has been discussed with the patient in detail.

Continue physical therapy and pain management.

Medrol Dosepak.

Forearm sleeve for swelling.

Elevate right forearm as much as possible.

**Return to Office**
None recorded

Patient Medical History:

| | |
|---|---|
| **Allergies List** | Reviewed Allergies<br>NKDA |

**Medications**

Reviewed Medications

| | | |
|---|---|---|
| **baclofen 10 mg tablet** | 11/12/18 | filled |
| **diazePAM 5 mg tablet** | 08/16/18 | filled |
| **esomeprazole magnesium 40 mg capsule,delayed release** | 11/28/18 | filled |
| **Estrace 0.01% (0.1 mg/gram) vaginal cream** | 09/11/18 | filled |
| **estradiol 1 mg tablet** | 11/15/18 | filled |
| **fluconazole 150 mg tablet** | 08/20/18 | filled |
| **folic acid 1 mg tablet** | 07/30/18 | filled |
| **gabapentin 600 mg tablet** | 11/12/18 | filled |
| **Humira Pen 40 mg/0.8 mL subcutaneous kit** | 10/29/18 | filled |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet** | 11/16/18 | filled |
| **indomethacin 50 mg capsule** | 06/13/18 | filled |
| **LORazepam 0.5 mg tablet** | 11/15/18 | filled |
| **Medrol (Pak) 4 mg tablets in a dose pack**<br>Take 1 dose pk(s) by oral route. | 12/10/18 | prescribed |
| **metHOTREXate sodium 2.5 mg tablet** | 08/20/18 | filled |



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

| | | | | |
|---|---|---|---|---|
| | **terconazole 0.4 % vaginal cream** | | 08/20/18 | filled |
| **Family History** | Reviewed Family History<br>Mother - Heart disease | | | |
| **Past Medical History** | **Arthritis** Y | | **Migraines** Y | |
| **Vaccine History** | None recorded | | | |

Electronically Signed by: PATRICK K. LEUNG, MD

Patrick Leung, MD

Store #: 3894
Report Date: 03/12/2019

From : 01/01/2017 To 03/12/2019

**Connexus Pharmacy System**
**Wal-Mart Pharmacy10-3894**
**HIPAA - Designated Record Set**

2350 GREY LAG WAY ROAD
LEXINGTON KY-40509

**Name** REECE,JAMIE
**Address**

**DOB**
**SSN #**
**Phone**

**Allergies** NO KNOWN DRUG ALLERGY

**Email**

**Clinical HIPAA Notes**

**Insurance Information**

| Card Status | Plan / Carrier | Card Id # | Group # | Dependent Code |
|---|---|---|---|---|
| Active | ESI/EXPRESS SCRIPTS-A4 C | 1943783065 | 4 | 002 |
| Active | WCP/WORKER'S COMP PROGRAM C | | 48 | 01 |

**Prescription Information**

| Fill Date | Rx # Fill Id | Drug Name Qty | SIG | Physician | Ins. | Price |
|---|---|---|---|---|---|---|
| 09/10/2017 | 7100044 2587284 | NAPROXEN DR EC 500MG TAB Qty : 30 | TAKE ONE TABLET BY MOUTH TWICE DAILY | CHISWELL,ERIN WILDER | ESI | $ 5.62 |
| 09/10/2017 | 7100045 2587285 | CYCLOBENZAPR 10MG TAB Qty : 45 | TAKE ONE TABLET BY MOUTH THREE TIMES DAILY | CHISWELL,ERIN WILDER | ESI | $ 4.59 |
| 09/11/2017 | 7100365 2588195 | DICLOFENAC 75MG DR TAB Qty : 60 | TAKE ONE TABLET BY MOUTH TWICE DAILY | CLICKNER,LINDSEY H | ESI | $ 4.00 |
| 09/11/2017 | 7100366 2588196 | METHYLPRED 4MG PAK Qty : 21 | TAKE AS DIRECTED ON INSIDE OF PACKAGE | CLICKNER,LINDSEY H | ESI | $ 10.37 |
| 01/09/2018 | 7120145 2654862 | FLUCONAZOLE 150MG TAB Qty : 2 | TAKE ONE TABLET BY MOUTH NOW , MAY REPEAT DOSE IN 3 DAYS | GREENE,JOHN FRANK | ESI | $ 1.89 |
| 01/09/2018 | 7120147 2654867 | TERCONAZOLE 0.4% CRE Qty : 45 | INSERT ONE APPLICATORFUL VAGINALLY AT NIGHT FOR 7 DAYS | GREENE,JOHN FRANK | ESI | $ 28.45 |
| 01/26/2018 | 7123139 2664874 | PredniSONE 5MG TAB Qty : 30 | TAKE ONE TABLET BY MOUTH ONCE DAILY AS NEEDED | MOBERLY,SUSANNA LEIGH | ESI | $ 3.86 |
| 01/26/2018 | 7123141 2664929 | METHOTREXATE 2.5MG TAB Qty : 96 | TAKE FOUR TABLETS BY MOUTH TWICE A WEEK (SATURDAY AND TUESDAY) | MOBERLY,SUSANNA LEIGH | ESI | $ 269.44 |
| 01/26/2018 | 7123142 2664876 | FOLIC ACID 1MG TAB Qty : 30 | TAKE ONE TABLET BY MOUTH ONCE DAILY | MOBERLY,SUSANNA LEIGH | ESI | $ 1.46 |
| 04/18/2018 | 7135935 2708756 | ESTRACE VAG 0.1MG/GM CRE Qty : 43 | INSERT 1 GRAM VAGINALLY TWICE A WEEK | GREENE,JOHN FRANK | ESI | $ 290.94 |
| 09/11/2018 | 7135935 2797302 | ESTRACE VAG 0.1MG/GM CRE Qty : 43 | INSERT 1 GRAM VAGINALLY TWICE A WEEK | GREENE,JOHN FRANK | ESI | $ 290.94 |
| 05/02/2018 | 7138368 2716322 | HAVRIX 1440UNIT INJ Qty : 1 | PHARMACIST ADMINISTERED IMMUNIZATION, ADMINISTERED AT TIME OF DISPENSING | KHAFAGI,AYMAN MAHMOUD | ESI | $ 79.62 |
| 05/10/2018 | 4456232 2721057 | LORAZEPAM 0.5MG TAB Qty : 60 | TAKE 1 TABLET BY MOUTH TWICE DAILY | CHEN,AN-YU | ESI | $ 17.00 |
| 05/24/2018 | 7141906 2728321 | METHOTREXATE 2.5MG TAB Qty : 96 | TAKE 4 TABLETS BY MOUTH TWICE WEEKLY | MOBERLY,SUSANNA LEIGH | ESI | $ 153.96 |
| 05/29/2018 | 4456441 2730522 | GABAPENTIN 300MG CAP Qty : 14 | TAKE 1 CAPSULE BY MOUTH AT BEDTIME | DONEGAN,RYAN PATRICK | WCP | $ 12.96 |

Store #: 3894
Report Date: 03/12/2019
From : 01/01/2017 To 03/12/2019

**Connexus Pharmacy System**
**Wal-Mart Pharmacy10-3894**
**HIPAA - Designated Record Set**

2350 GREY LAG WAY ROAD
LEXINGTON KY-40509

**Name** REECE,JAMIE
**Address**
**DOB**
**SSN #**
**Phone**

**Allergies** NO KNOWN DRUG ALLERGY

**Email**

**Clinical HIPAA Notes**

**Prescription Information**

| Fill Date | Rx # Fill Id | Drug Name Qty | SIG | Physician | Ins. | Price |
|---|---|---|---|---|---|---|
| 06/13/2018 | 7144299 2738442 | INDOMETHACIN 50MG CAP Qty : 90 | TAKE 1 CAPSULE BY MOUTH THREE TIMES DAILY WITH FOOD | BISONO,INDHIRA | ESI | $ 10.30 |
| 06/12/2018 | 4456644 2737935 | ALPRAZolam 1MG TAB Qty : 10 | TAKE 1 TABLET BY MOUTH ONCE DAILY 30 MINUTES PRIOR TO ANXIETY PROVOKING EVENT | HENKEL,MARY HOERTZ | ESI | $ 1.55 |
| 06/22/2018 | 4456743 2743582 | LORAZEPAM 0.5MG TAB Qty : 180 | TAKE 1 TABLET BY MOUTH TWICE DAILY | CHEN,AN-YU | ESI | $ 51.01 |
| 11/15/2018 | 4456743 2842424 | LORAZEPAM 0.5MG TAB Qty : 180 | TAKE 1 TABLET BY MOUTH TWICE DAILY | CHEN,AN-YU | ESI | $ 5.99 |
| 08/20/2018 | 7153252 2783162 | METHOTREXATE 2.5MG TAB Qty : 96 | TAKE 8 TABLETS BY MOUTH ONCE A WEEK | BISONO,INDHIRA | ESI | $ 153.96 |
| 08/16/2018 | 4457513 2780399 | DIAZEPAM 5MG TAB Qty : 1 | TAKE 1 TABLET BY MOUTH 30 MINUTES PRIOR TO MRI | BISONO,INDHIRA | ESI | $ 0.12 |
| 08/20/2018 | 7157865 2783119 | FLUCONAZOLE 150MG TAB Qty : 1 | TAKE 1 TABLET BY MOUTH NOW MAY REPEAT IN ONE WEEK IF SYMPTOMS PERSISTS | APPLEGATE,KEITH THOMAS | ESI | $ 3.42 |
| 08/20/2018 | 7157866 2783120 | TERCONAZOLE 0.4% CRE Qty : 45 | INSERT 1 APPLICATORFUL VAGINALLY AT BEDTIME | APPLEGATE,KEITH THOMAS | ESI | $ 34.30 |
| 08/20/2018 | 7157867 2783121 | DOXYCYCLINE HYC 100MG TAB Qty : 20 | TAKE 1 TABLET BY MOUTH TWICE DAILY | APPLEGATE,KEITH THOMAS | ESI | $ 9.49 |
| 09/20/2018 | 7164048 2803717 | ESTRADIOL 1MG TAB Qty : 30 | TAKE 1 TABLET BY MOUTH ONCE DAILY | CAMPBELL,ELIZABETH SHAWN | ESI | $ 4.00 |
| 10/18/2018 | 7164048 2822700 | ESTRADIOL 1MG TAB Qty : 30 | TAKE 1 TABLET BY MOUTH ONCE DAILY | CAMPBELL,ELIZABETH SHAWN | ESI | $ 4.00 |
| 11/15/2018 | 7164048 2842423 | ESTRADIOL 1MG TAB Qty : 30 | TAKE 1 TABLET BY MOUTH ONCE DAILY | CAMPBELL,ELIZABETH SHAWN | ESI | $ 4.00 |
| 12/26/2018 | 7164048 2868897 | ESTRADIOL 1MG TAB Qty : 30 | TAKE 1 TABLET BY MOUTH ONCE DAILY | CAMPBELL,ELIZABETH SHAWN | ESI | $ 6.00 |
| 01/29/2019 | 7164048 2892276 | ESTRADIOL 1MG TAB Qty : 30 | TAKE 1 TABLET BY MOUTH ONCE DAILY | CAMPBELL,ELIZABETH SHAWN | ESI | $ 6.00 |
| 03/01/2019 | 7164048 2912695 | ESTRADIOL 1MG TAB Qty : 30 | TAKE 1 TABLET BY MOUTH ONCE DAILY | CAMPBELL,ELIZABETH SHAWN | ESI | $ 4.27 |
| 10/10/2018 | 4458316 2816994 | GABAPENTIN 100MG CAP Qty : 90 | TAKE 1 CAPSULE BY MOUTH AT BEDTIME. CAN TITRATE TO 3 CAPSULES AT BEDTIME BASED ON TOLERANCE | ABBAS,HAIDER | ESI | $ 36.90 |
| 10/15/2018 | 7169458 2820296 | BACLOFEN 10MG TAB Qty : 90 | TAKE 1 TABLET BY MOUTH EVERY 8 HOURS | RODEN,KATHERINE SEBASTIAN | ESI | $ 10.34 |
| 10/15/2018 | 4458362 2820297 | GABAPENTIN 300MG CAP Qty : 90 | TAKE 1 CAPSULE BY MOUTH AT BEDTIME FOR 7 DAYS AND 1 TWICE DAILY FOR 7 DAYS AND 1 THREE | RODEN,KATHERINE SEBASTIAN | ESI | $ 39.93 |

****PRIVATE-IF YOU RECEIVE THIS REPORT IN ERROR, PLEASE RETURN TO WAL*MART PHARMACY IMMEDIATELY.**
**WAL*MART STORES, INC.**

Store #: 3894
Report Date: 03/12/2019
From : 01/01/2017 To 03/12/2019

**Connexus Pharmacy System**
**Wal-Mart Pharmacy10-3894**
**HIPAA - Designated Record Set**

2350 GREY LAG WAY ROAD
LEXINGTON KY-40509

**Name** REECE,JAMIE
**Address**

**DOB**
**SSN #**
**Phone**

**Allergies** NO KNOWN DRUG ALLERGY

**Email**

**Clinical HIPAA Notes**

**Prescription Information**

| Fill Date | Rx # Fill Id | Drug Name Qty | SIG | Physician | Ins. | Price |
|---|---|---|---|---|---|---|
| | | | TIMES DAILY THEREAFTER | | | |
| 11/12/2018 | 7175443 2839644 | BACLOFEN 10MG TAB Qty : 90 | TAKE 1 TABLET BY MOUTH EVERY 8 HOURS | RODEN,KATHERINE SEBASTIAN | ESI | $ 10.34 |
| 01/29/2019 | 7175443 2892272 | BACLOFEN 10MG TAB Qty : 90 | TAKE 1 TABLET BY MOUTH EVERY 8 HOURS | RODEN,KATHERINE SEBASTIAN | ESI | $ 10.34 |
| 11/12/2018 | 4458761 2839645 | GABAPENTIN 600MG TAB Qty : 90 | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY | RODEN,KATHERINE SEBASTIAN | ESI | $ 14.23 |
| 01/29/2019 | 7181111 2892271 | METHYLPRED 4MG PAK Qty : 21 | TAKE BY MOUTH AS DIRECTED ON INSIDE OF PACKAGE | LEUNG,PATRICK KWOK-HIM | ESI | $ 12.84 |
| 02/11/2019 | 7193473 2900643 | TiZANidine 4MG TAB Qty : 90 | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY AS NEEDED | RODEN,KATHERINE SEBASTIAN | ESI | $ 13.93 |
| 02/11/2019 | 4460042 2900649 | GABAPENTIN 800MG TAB Qty : 90 | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY | RODEN,KATHERINE SEBASTIAN | ESI | $ 16.41 |
| 03/09/2019 | 4460273 2918497 | GABAPENTIN 600MG TAB Qty : 90 | TAKE 1 TABLET BY MOUTH THREE TIMES DAILY | RODEN,KATHERINE SEBASTIAN | ESI | $ 0.00 |

****PRIVATE-IF YOU RECEIVE THIS REPORT IN ERROR, PLEASE RETURN TO WAL*MART PHARMACY IMMEDIATELY.**
**WAL*MART STORES, INC.**

**INDEPENDENT MEDICAL EXAMINATION by ANTHONY J. McELDOWNEY, MD, ORTHOPEDIC SURGEON**

**1025 Dove Run Road, #109**

**Lexington, KY 40502**

**(859)550-7364**

**zippo8162@yahoo.com**

Attention: Theresa Gilbert

Date: March 6, 2019

RE: Jamie H Reese

Social Security number:

Date of birth:

Job title and employee: Production team member/Toyota Motor Manufacturing Kentucky (4 years)

RECORDS REVIEWED – Toyota IHS, W Ben Kibler MD, Central Kentucky Radiology, Lexington Diagnostic Center and Open MRI, Patrick K Leung MD, St. Joseph Rheumatology Associates, Picadome Physical Therapy, Syed H Abbas MD, Ryan P Donegan MD, American Imaging Consultants, and David J Jenkinson MD.

**PLAINTIFF HISTORY**

Pleasant 50-year-old female who states, and of which medical records confirm, work-related injury to dominant right shoulder while applying frame type on January 30, 2018. Patient states new onset pain right shoulder into right arm with initial numbness and tingling. Patient states initial evaluation at Toyota IHS following ESI with restrictions and physical therapy. Patient states that she was sent home mid-April 2018 has not worked since. Patient confirms treatment right shoulder with injection summer 2018 without notable improvement. Patient currently not working, in physical therapy 1x/week, and followed with a pain management specialist for a diagnosis of complex regional pain syndrome type I.

Presently, patient states residual pain right shoulder specifically with activity but occasionally even at rest and at times awakens her from sleep with resolution of previous numbness and tingling down her right arm and into her right hand. Patient states some discomfort with overhead activities and more discomfort with repetitive activities and only mild problems bringing right arm around her back. Patient states sensitivity which comes and goes specifically in the right trapezial region extending forward to the

right clavicle and right upper chest. Patient denies significant strength loss in her right arm. Patient states periods of spasms in her neck. Patient states ongoing problems with sleep whether she sleeps on her right shoulder or not. Patient denies previous right shoulder injuries or conditions. Patient states difficulty with activities of daily living, including sustained activities specifically stirring a pot or using a vacuum cleaner. Patient states current medical problems include psoriatic arthritis diagnosed December 2017. Patient currently is taking gabapentin and baclofen.

Patient states arriving to work on January 30, 2018 without restrictions performing full work activities usual and customary for job description. Patient denies previous injuries or conditions from motor vehicle or motorcycle accidents or sports. Patient denies previous Worker's Compensation injuries or claims. Patient states follow up scheduled next week with pain management specialist.

**TREATMENT**

Treatment for this work-related injury included: medications, physical therapy and massage, single injection right shoulder, and compression sleeve for right arm.

**PHYSICAL EXAMINATION**

On physical examination, the patient presented to my office on time, casually dressed and groomed appearing younger than her stated age with appropriate affect and in no obvious distress. Patient ambulates normally without evidence of long tract or myelopathic signs. No bony deformity right shoulder without localized swelling or appreciable effusion. Subjective tenderness is absent. Strength measurements: flexion at shoulder level right 5/5, left 5/5; abduction at shoulder level right 5/5, left 5/5; shoulder ER right 5/5, left 5/5; shoulder IR right 5/5, left 5/5; elbow flexion right 5/5, left 5/5; elbow extension right 5/5, left 5/5; wrist flexion right 5/5, left 5/5; wrist extension right 5/5, left 5/5; opposition right 5/5, left 5/5; hand intrinsics right 5/5, left 5-/5; pinch right 5/5, left 5/5; grip right 26.6 kg, grip left 27.0 kg. AROM cervical spine without radicular symptoms and pain-free with flexion chin to chest, extension 50, right rotation 75, left rotation 85, right lateral bending 40, and left lateral bending 50. Upper extremity reflexes symmetrical and 2-3+ at C5 and C6, and 1+ at C7. Mid-arm circumference measurements right 32.0 cm and left 32.25 cm. ROM right shoulder with pain at extremes flexion 150/150, extension 40/40, abduction 180, adduction 40/40, ER 75/75, and IR 70/70 (T7-8 level). AROM left shoulder pain-free flexion 155, extension 40, abduction 180, adduction 55, ER 100, and IR 90 (T5 level). Right shoulder with mild multidirectional instability. Left shoulder with mild to moderate multidirectional instability. AROM bilateral elbow pain-free slight hyperextension to 160, supination 90, and pronation 90. Bilateral elbow with pseudo-valgus instability at MCL with carrying angle right elbow 22° and carrying angle left elbow 18°. Bilateral DRUJ with mild to moderate hypermobility to translational testing. AROM bilateral wrist pain-free flexion approximate 90, extension approximate 90, ulnar deviation approximate 50, and radial deviation approximate 30. 2-point discrimination intact bilateral hands. No evidence of causalgia or hypersensitivity to testing along the entire right arm.

**DIAGNOSTIC TESTING**

Radiographs cervical spine February 27, 2018 with impression no fracture or subluxation with straightening of the cervical spine and mild degenerative changes, most significant at C5-6.

Radiographs right shoulder February 27, 2018 with impression no acute fracture or dislocation with minimal degenerative changes at AC and glenohumeral joints and no soft tissue abnormality.

MRI right shoulder with contrast March 20, 2018 with impression mild frame along the articular surface of supraspinatus and infraspinatus tendons with no full thickness rotator cuff tear and mild AC joint osteoarthritic changes.

MRI cervical spine without contrast April 10, 2018 with impression mild diffuse disc bulge and mild bilateral foraminal narrowing at C4-5 with unknown increased signal within cervical cord at C6 level.

EMG with nerve conduction studies March 22, 2018 with impression normal right arm with no evidence of carpal tunnel syndrome, other focal nerve entrapment, or cervical radiculopathy.

**SURGICAL PROCEDURES**

**None for work-related injury right shoulder on January 30, 2018.**

**DIAGNOSIS**

**Non-specific overuse right shoulder strain with exacerbation of previously dormant and asymptomatic multidirectional instability.**

**CAUSATION**

Within reasonable medical probability, was plaintiff's injury the cause of her complaints? Yes, as this patient arrived to work on January 30, 2018 without restrictions and performing full work activities, without previous injury or condition to her right shoulder.

**EXPLANATION OF CAUSAL RELATIONSHIP**

Because of work-related injury dominant right shoulder on January 30, 2018, there has been a harmful change to the human organism of Jamie Reese, who suffers residual pain and mild instability right shoulder despite appropriate conservative treatment.

**IMPAIRMENT**

Using the fifth edition AMA <u>Guides to the Evaluation of Permanent Impairment</u>, the plaintiff's permanent whole person impairment is 4%, calculated using Table 16-26 on page 505, which assigns 6% upper extremity impairment for right shoulder instability. Using Table 16-3 on page 439, a 4% whole person impairment is calculated.

Plaintiff had an active impairment prior to this injury? No, as this patient arrived to work on January 30, 2018 without restrictions and performing full work activities.

Date on which maximum medical improvement was reached: January 30, 2019.

**RESTRICTIONS**

The plaintiff described the physical requirements of the type of work performed at the time of injury as follows: Patient confirms work on the assembly line in Lexus paint using tools and hydraulic gun with pushing and pulling.

Does the plaintiff retain the physical capacity to return to the type of work performed at the time of injury? No.

Which restrictions, if any, should be placed upon plaintiff's work activities as the result of the injury? Restrictions include: No frequent, repetitive, or sustained labor activities bilateral upper extremities.

**CERTIFICATION and QUALIFICATIONS of PHYSICIAN**

I hereby certify that the above information is correct and that all opinions were formulated within the realm of reasonable medical probability of my experience as an orthopedic specialist for 23 years following successful orthopedic surgical residency at the Cleveland Clinic Foundation, as well as further training through the American Board of Independent Medical Evaluators in the fields of causation and impairment rating.

**Date: March 6, 2019**

**Full name of Physician: Anthony J. McEldowney, MD**

**Department of Workers' Claims Physician Index Number: 4297**

MEHR, FAIRBANKS & PETERSON
TRIAL LAWYERS

201 West Short Street, Suite 800 • Lexington, Kentucky 40507 • (859) 225-3731 • Fax (859) 225-3830 • www.mehrfairbanks.com

M. Austin Mehr amehr@austinmehr.com
Philip G. Fairbanks pgf@austinmehr.com
Erik D. Peterson edp@austinmehr.com
Bartley K. Hagerman bkh@austinmehr.com
Elizabeth A. Thornsbury elizabeth@austinmehr.com

April 12, 2019

**Via certified mail and facsimile:**
**(603) 559-0310 (fax w/o enclosures)**

The Liberty Life Assurance Company of Boston,
now a Lincoln Financial Group company
ATTN: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

RE: Our Client/Claimant: Jamie Reece
Claim No.: 8356763
Employer: Toyota

Dear Madam or Sir:

Please consider this an **appeal** of Liberty's wrongful denial of my client's **long-term disability (LTD) claim**, which claim was denied by letter from Liberty dated October 29, 2018.[1] This is also an appeal of any and all applicable waiver of premium claims (disability, life, etc.) For reasons that follow, Liberty's decision to deny Ms. Reece's LTD benefits[2] is arbitrary and capricious, not supported by substantial evidence, and against the great weight of the evidence. Ms. Reece requests that Liberty reverse its denial of this LTD claim, approve any and all waiver of premium claims, and LTD claims, and resume all benefits payments accordingly. **Should Liberty reverse its denial, Liberty is hereby directed to mail all benefits checks directly to undersigned counsel for Ms. Reece.** The checks may be made payable to Ms. Reece.

Enclosed are the following additional documents in support of Ms. Reece's appeal (all on CD):

- Medical Records – Dr. Patrick Leung (1001-1011)
- Medical Records – KentuckyOne Health Neuro. (2001-2012)

[1] This is also an appeal of Liberty's denial dated October 11, 2018, although the later denial letter allowed 180 days from the date Ms. Reece received the October 29, 2018 to appeal the denial.
[2] All references to Ms. Reece's LTD claim herein shall also be deemed to include all applicable waiver of premium claims.

- Medical Records – KORT Physical Therapy (4001-4062)
- Medical Records – Lexington Clinic (5001-5113)
- Medical Records – Bluegrass Orthopaedics (6001-6058)
- Medical Records – Costco Pharmacy (7001)
- Medical Records – Family Practice Associates (8001-8081)
- Medical Records – Walmart Pharmacy (9001-9003)
- IME report – Dr. Anthony McEldowney
- Medical Opinion Letters – Dr. Ben Kibler (3/29/2019; 3/7/2019)
- Assorted records – Dr. Katherine Roden

Standard of Disability

The plan document Liberty provided sets forth the following standard of disability:

For persons other than pilots, co-pilots, and crewmembers of an aircraft:

i. that during the Elimination Period and the next 24 months of Disability you, as a result of Injury or Sickness, are unable to perform the Material and Substantial Duties of your Own Occupation

Because Ms. Reece clearly satisfies the above definition of disability, Liberty's decision to deny LTD benefits is arbitrary and capricious and unsupported by substantial evidence on the whole record.

Claim File and Denial Letter

Liberty's arbitrary and capricious decision to deny LTD benefits to Ms. Reece was dated 10/29/2018 and wrongfully asserts that Ms. Reece's disability stems from a "pre-existing condition of psoriatic arthritis . . ., right shoulder pain, CNS demyelination and fatigue in the period September 12, 2017 through December 11, 2017."

Ms. Reece disputes that the pre-existing condition exclusion is even applicable to her claim. Alternatively, even if pre-existing conditions may be considered by Liberty, Ms. Reece's disability does not stem from a pre-existing condition, as conclusively demonstrated by the medical records and opinions from physicians who have treated and examined Ms. Reece, discussed below.

Medical Issues and Documentation Included

Documentation from Dr. Roden at Lexington Clinic indicates an onset date of Ms. Reece's psoriatic arthritis of 12/30/2017. This clearly refutes Liberty's assertion that the onset of that condition was prior to December 7, 2017. Dr. Roden lists a plethora of other medical conditions with onset dates subsequent to the pre-existing condition period: generalized anxiety disorder (4/17/2018), IBS (8/14/2018), shoulder pain (7/25/2018), scapulalgia (7/25/2018), incoordination (7/25/2018), chokes when swallowing (4/17/2018), intermittent dysphagia (6/19/2018), and altered bowel function (8/14/2018). To the extent Liberty did not consider these other conditions

in evaluating Ms. Reece's LTD application, she hereby amends her application and directs Liberty to consider these conditions and the records provided herewith in support of same.

These records clearly indicate that Ms. Reece began experiencing pain in her right shoulder beginning January 2018. Her job responsibilities of repetitive pushing and pulling were noted. On 11/12/2018, Ms. Reece followed up on her right arm pain, with arm numbness and swelling. She had color changes in her hands. Dr. Roden noted that the "pain is related to repetitive injury to her work at Toyota."

Dr. Abbas noted that Ms. Reece "has CRPS Type I, right arm after right shoulder and elbow injury due to repetitive work at Toyota factory. Initially symptoms started some time early January 2018." He also stated on 2/11/2019: "On account of constant pain with worsening at times, she is not able to go back to work."

Dr. Anthony McEldowney saw Ms. Reece on March 6, 2019 for an IME and assigned a 4% whole person impairment rating. He attributes Ms. Reece's issues to her repetitive work injury at Toyota and states that she is unable to return to her job.

Dr. Patrick Leung diagnosed right shoulder impingement syndrome on 7/3/2018 and stated he could not rule out early CRPS. (Bates 1000 series.)

In her physical therapy records from KORT, she notes that her pain is "at times severe at work." (Bates 2000 series.) The records state under "Work status: Unable to work secondary to dysfunction."

Dr. Ben Kibler explained in a 3/29/2019 letter that he placed weight restrictions of no more than 5 to 10 pounds of lifting, and stated her limitations would probably be permanent.

Case Law

"It is by now well-established that courts review such challenges to benefit determinations under the de novo standard, unless the benefit plan gives the plan administrator discretionary authority to determine eligibility for benefits or to construe the terms of the plan." *University Hospitals of Cleveland v. Emerson Electric Co.*, 202 F.3d 839, 845 (6th Cir. 2000). "[T]o the extent that the Plan's language is susceptible of more than one interpretation, [the Court] will apply the rule of contra proferentum and construe any ambiguities against [Unum] as the drafting part[y]." *Id.* at 846-47.

"When interpreting ERISA plans, federal courts apply general rules of contract law as part of the federal common law." *Cassidy v. Akzo Nobel Salt*, 308 F.3d 613, 615 (6th Cir 2002). "When interpreting ERISA plan provisions, general principles of contract law dictate that we interpret the provisions according to their plain meaning in an ordinary and popular sense." *Bd. of Trs. v. Moore*, 800 F.3d 214, 221-22 (6th Cir. 2015). Further, "[a]ny ambiguity in the language of the contract is to be construed in favor of the employee insured in accordance with the principle of *contra proferentum*, which provides that 'ambiguous contract provisions in ERISA-governed insurance contracts should be construed against the drafting party.'" *Cornish v. United States Life*

*Ins. Co.*, 690 F. Supp. 2d 581, 585-86 (W.D. Ky. June 3, 2009) (citing *Perez v. Aetna Life Ins. Co.*, 150 F.3d 550, 555-58 (6th Cir. 1998)). The terms in an ERISA plan must be interpreted according to their "plain meaning, in an ordinary and popular sense." *Perez v. Aetna Life Ins. Co.*, 150 F.3d 550, 556 (6th Cir. 1998).

"In any action under [ERISA's civil enforcement provisions] by a participant, beneficiary, or fiduciary, the court in its discretion may allow a reasonable attorney's fee and costs of action to either party." 29 U.S.C. § 1132(g)(1). The Supreme Court has analyzed this portion of the ERISA statute and has held that a party may seek fees and costs as long as it "has achieved some success on the merits." *Hardt v. Reliance Std. Life Ins. Co.*, 560 U.S. 242, 254 (2010). Based on the foregoing, Ms. Reece's position is correct and she will achieve success on the merits if forced to pursue this matter further in a court of law.

It is important to note that when Liberty is reviewing the LTD plan/policy, Kentucky case law is very clear that insurance contracts are to be liberally construed in favor of the insured to afford coverage. *See State Auto Mut. Ins. Co. v. Ellis*, 700 S.W.2d 801, 803 (Ky. Ct. App. 1985) (doubts concerning the construction of insurance contracts are to be liberally construed in favor of the insured, and exclusions are to be strictly construed to make insurance effective). In *Wolford v. Wolford*, 662 S.W.2d 835, 838 (Ky. 1984), the Kentucky Supreme Court held, "[i]f the contract language is ambiguous, it must be liberally construed to resolve any doubts in favor of the insured." Courts will always attempt to effectuate insurance, not to defeat it. *See Sun Life Assur. Co. of Canada v. Wiley*, 79 S.W.2d 937, 939 (Ky. 1935).

Further, Kentucky case law is clear that "total disability" does not mean utter helplessness, and "permanent disability" does not mean utter hopelessness, and an individual to be totally and permanently disabled does not have to be reduced to a state wherein he is entirely dependent on others and is absolutely without hope of improvement. *Liberty Life Ins. Co. of Hartford, Conn. v. Gullett*, 89 S.W.2d 1 (Ky. App. 1935). Further, the "any occupation" standard, if applicable, must yield a reasonably similar wage to that of Ms. Reece. *Rudder v. Ohio State Life Ins. Co.*, 389 S.W.2d 448 (Ky. 1965). Therefore, the definition of disability is to be read in favor of coverage for Ms. Reece, the insured.

Conclusion

For the foregoing reasons, it is clear that Liberty's decision to deny LTD benefits to Ms. Reece is arbitrary and capricious, and against the great weight of the evidence. The only logical conclusion that can be drawn, given the evidence enclosed herewith, and the evidence previously provided to Liberty, is that Ms. Reece is qualified to receive LTD benefits under the terms of the policy. She is disabled under the terms of the plan, and her disability does not stem from a pre-existing condition. Wherefore, Jamie Reece respectfully requests that Liberty reinstate monthly LTD benefits, and remit payment of all past-due LTD benefits. Ms. Reece also requests that premiums be waived for all applicable insurance coverages, including disability and life insurance, due to disability.

Sincerely,

Bartley K. Hagerman

Enclosures

Manage DVD RW Drive (D:) Reece 2019-04-12

hare View Drive Tools

This PC › DVD RW Drive (D:) Reece 2019-04-12 Search DVD RW ...

Files Currently on the Disc (12)

| Name | Date modified | Type | Size |
|---|---|---|---|
| 1001-1011 Dr. Patrick Leung Neurology | 2/6/2019 10:21 AM | Adobe Acrobat D... | 1,295 KB |
| 2001-2012 KentuckyOne Health Neurolo... | 2/14/2019 10:03 AM | Adobe Acrobat D... | 1,122 KB |
| 2019-02-18 Medical Opinion Dr K. Roden ... | 4/12/2019 3:48 PM | Adobe Acrobat D... | 1,964 KB |
| 2019-03-07 ltr from Dr. Ben Kibler | 3/22/2019 2:48 PM | Adobe Acrobat D... | 692 KB |
| 2019-03-29 ltr fr Dr. Kibler | 4/8/2019 8:31 AM | Adobe Acrobat D... | 384 KB |
| 4001-4062 KORT Physical Therapy | 2/19/2019 11:25 AM | Adobe Acrobat D... | 5,047 KB |
| 5001-5113 Lexington Clinic | 2/20/2019 10:21 AM | Adobe Acrobat D... | 16,857 KB |
| 6001-6058 Bluegrass Orthopedics | 4/12/2019 4:32 PM | Adobe Acrobat D... | 2,673 KB |
| 7001 Costco Pharmacy | 2/25/2019 10:37 AM | Adobe Acrobat D... | 761 KB |
| 8001-8081 Family Practice Associates of ... | 2/25/2019 11:54 AM | Adobe Acrobat D... | 7,544 KB |
| 9001-9003 Walmart Pharmacy | 3/18/2019 12:41 PM | Adobe Acrobat D... | 858 KB |
| MCELDOWNEY REPORT | 4/5/2019 3:57 PM | Adobe Acrobat D... | 177 KB |

CERTIFIED MAIL

7018 1830 0001 3841 6979

Hasler

04/12/2019

US POSTAGE $07.10

MEHR
FAIRBANKS
PETERSON
TRIAL LAWYERS
201 West Short Street
Suite 800
Lexington, KY 40507

TO:

The Liberty Life Assurance Company of Boston,

now a Lincoln Financial Group company
ATTN: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

40742$7213

MEHR, FAIRBANKS & PETERSON
TRIAL LAWYERS

201 West Short Street, Suite 800 • Lexington, Kentucky 40507 • (859) 225-3731 • Fax (859) 225-3830 • www.mehrfairbanks.com

| | |
|---|---|
| M. Austin Mehr | amehr@austinmehr.com |
| Philip G. Fairbanks | pgf@austinmehr.com |
| Erik D. Peterson | edp@austinmehr.com |
| Bartley K. Hagerman | bkh@austinmehr.com |
| Elizabeth A. Thornsbury | elizabeth@austinmehr.com |

April 12, 2019

The Liberty Life Assurance Company of Boston,
now a Lincoln Financial Group company
ATTN: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

**Via certified mail and facsimile:**
**(603) 559-0310 (fax w/o enclosures)**

RE: Our Client/Claimant: Jamie Reece
Claim No.: 8356763
Employer: Toyota

Dear Madam or Sir:

Please consider this an **appeal** of Liberty's wrongful denial of my client's **long-term disability (LTD) claim**, which claim was denied by letter from Liberty dated October 29, 2018.[1] This is also an appeal of any and all applicable waiver of premium claims (disability, life, etc.) For reasons that follow, Liberty's decision to deny Ms. Reece's LTD benefits[2] is arbitrary and capricious, not supported by substantial evidence, and against the great weight of the evidence. Ms. Reece requests that Liberty reverse its denial of this LTD claim, approve any and all waiver of premium claims, and LTD claims, and resume all benefits payments accordingly. **Should Liberty reverse its denial, Liberty is hereby directed to mail all benefits checks directly to undersigned counsel for Ms. Reece.** The checks may be made payable to Ms. Reece.

Enclosed are the following additional documents in support of Ms. Reece's appeal (all on CD):

- Medical Records – Dr. Patrick Leung (1001-1011)
- Medical Records – KentuckyOne Health Neuro. (2001-2012)

[1] This is also an appeal of Liberty's denial dated October 11, 2018, although the later denial letter allowed 180 days from the date Ms. Reece received the October 29, 2018 to appeal the denial.
[2] All references to Ms. Reece's LTD claim herein shall also be deemed to include all applicable waiver of premium claims.

- Medical Records – KORT Physical Therapy (4001-4062)
- Medical Records – Lexington Clinic (5001-5113)
- Medical Records – Bluegrass Orthopaedics (6001-6058)
- Medical Records – Costco Pharmacy (7001)
- Medical Records – Family Practice Associates (8001-8081)
- Medical Records – Walmart Pharmacy (9001-9003)
- IME report – Dr. Anthony McEldowney
- Medical Opinion Letters – Dr. Ben Kibler (3/29/2019; 3/7/2019)
- Assorted records – Dr. Katherine Roden

Standard of Disability

The plan document Liberty provided sets forth the following standard of disability:

For persons other than pilots, co-pilots, and crewmembers of an aircraft:

i. that during the Elimination Period and the next 24 months of Disability you, as a result of Injury or Sickness, are unable to perform the Material and Substantial Duties of your Own Occupation

Because Ms. Reece clearly satisfies the above definition of disability, Liberty's decision to deny LTD benefits is arbitrary and capricious and unsupported by substantial evidence on the whole record.

Claim File and Denial Letter

Liberty's arbitrary and capricious decision to deny LTD benefits to Ms. Reece was dated 10/29/2018 and wrongfully asserts that Ms. Reece's disability stems from a "pre-existing condition of psoriatic arthritis . . ., right shoulder pain, CNS demyelination and fatigue in the period September 12, 2017 through December 11, 2017."

Ms. Reece disputes that the pre-existing condition exclusion is even applicable to her claim. Alternatively, even if pre-existing conditions may be considered by Liberty, Ms. Reece's disability does not stem from a pre-existing condition, as conclusively demonstrated by the medical records and opinions from physicians who have treated and examined Ms. Reece, discussed below.

Medical Issues and Documentation Included

Documentation from Dr. Roden at Lexington Clinic indicates an onset date of Ms. Reece's psoriatic arthritis of 12/30/2017. This clearly refutes Liberty's assertion that the onset of that condition was prior to December 7, 2017. Dr. Roden lists a plethora of other medical conditions with onset dates subsequent to the pre-existing condition period: generalized anxiety disorder (4/17/2018), IBS (8/14/2018), shoulder pain (7/25/2018), scapulalgia (7/25/2018), incoordination (7/25/2018), chokes when swallowing (4/17/2018), intermittent dysphagia (6/19/2018), and altered bowel function (8/14/2018). To the extent Liberty did not consider these other conditions

in evaluating Ms. Reece's LTD application, she hereby amends her application and directs Liberty to consider these conditions and the records provided herewith in support of same.

These records clearly indicate that Ms. Reece began experiencing pain in her right shoulder beginning January 2018. Her job responsibilities of repetitive pushing and pulling were noted. On 11/12/2018, Ms. Reece followed up on her right arm pain, with arm numbness and swelling. She had color changes in her hands. Dr. Roden noted that the "pain is related to repetitive injury to her work at Toyota."

Dr. Abbas noted that Ms. Reece "has CRPS Type I, right arm after right shoulder and elbow injury due to repetitive work at Toyota factory. Initially symptoms started some time early January 2018." He also stated on 2/11/2019: "On account of constant pain with worsening at times, she is not able to go back to work."

Dr. Anthony McEldowney saw Ms. Reece on March 6, 2019 for an IME and assigned a 4% whole person impairment rating. He attributes Ms. Reece's issues to her repetitive work injury at Toyota and states that she is unable to return to her job.

Dr. Patrick Leung diagnosed right shoulder impingement syndrome on 7/3/2018 and stated he could not rule out early CRPS. (Bates 1000 series.)

In her physical therapy records from KORT, she notes that her pain is "at times severe at work." (Bates 2000 series.) The records state under "Work status: Unable to work secondary to dysfunction."

Dr. Ben Kibler explained in a 3/29/2019 letter that he placed weight restrictions of no more than 5 to 10 pounds of lifting, and stated her limitations would probably be permanent.

<u>Case Law</u>

"It is by now well-established that courts review such challenges to benefit determinations under the de novo standard, unless the benefit plan gives the plan administrator discretionary authority to determine eligibility for benefits or to construe the terms of the plan." *University Hospitals of Cleveland v. Emerson Electric Co.*, 202 F.3d 839, 845 (6th Cir. 2000). "[T]o the extent that the Plan's language is susceptible of more than one interpretation, [the Court] will apply the rule of contra proferentum and construe any ambiguities against [Unum] as the drafting part[y]." *Id.* at 846-47.

"When interpreting ERISA plans, federal courts apply general rules of contract law as part of the federal common law." *Cassidy v. Akzo Nobel Salt*, 308 F.3d 613, 615 (6th Cir 2002). "When interpreting ERISA plan provisions, general principles of contract law dictate that we interpret the provisions according to their plain meaning in an ordinary and popular sense." *Bd. of Trs. v. Moore*, 800 F.3d 214, 221-22 (6th Cir. 2015). Further, "[a]ny ambiguity in the language of the contract is to be construed in favor of the employee insured in accordance with the principle of *contra proferentum*, which provides that 'ambiguous contract provisions in ERISA-governed insurance contracts should be construed against the drafting party.'" *Cornish v. United States Life*

*Ins. Co.*, 690 F. Supp. 2d 581, 585-86 (W.D. Ky. June 3, 2009) (citing *Perez v. Aetna Life Ins. Co.*, 150 F.3d 550, 555-58 (6th Cir. 1998)). The terms in an ERISA plan must be interpreted according to their "plain meaning, in an ordinary and popular sense." *Perez v. Aetna Life Ins. Co.*, 150 F.3d 550, 556 (6th Cir. 1998).

"In any action under [ERISA's civil enforcement provisions] by a participant, beneficiary, or fiduciary, the court in its discretion may allow a reasonable attorney's fee and costs of action to either party." 29 U.S.C. § 1132(g)(1). The Supreme Court has analyzed this portion of the ERISA statute and has held that a party may seek fees and costs as long as it "has achieved some success on the merits." *Hardt v. Reliance Std. Life Ins. Co.*, 560 U.S. 242, 254 (2010). Based on the foregoing, Ms. Reece's position is correct and she will achieve success on the merits if forced to pursue this matter further in a court of law.

It is important to note that when Liberty is reviewing the LTD plan/policy, Kentucky case law is very clear that insurance contracts are to be liberally construed in favor of the insured to afford coverage. *See State Auto Mut. Ins. Co. v. Ellis*, 700 S.W.2d 801, 803 (Ky. Ct. App. 1985) (doubts concerning the construction of insurance contracts are to be liberally construed in favor of the insured, and exclusions are to be strictly construed to make insurance effective). In *Wolford v. Wolford*, 662 S.W.2d 835, 838 (Ky. 1984), the Kentucky Supreme Court held, "[i]f the contract language is ambiguous, it must be liberally construed to resolve any doubts in favor of the insured." Courts will always attempt to effectuate insurance, not to defeat it. *See Sun Life Assur. Co. of Canada v. Wiley*, 79 S.W.2d 937, 939 (Ky. 1935).

Further, Kentucky case law is clear that "total disability" does not mean utter helplessness, and "permanent disability" does not mean utter hopelessness, and an individual to be totally and permanently disabled does not have to be reduced to a state wherein he is entirely dependent on others and is absolutely without hope of improvement. *Liberty Life Ins. Co. of Hartford, Conn. v. Gullett*, 89 S.W.2d 1 (Ky. App. 1935). Further, the "any occupation" standard, if applicable, must yield a reasonably similar wage to that of Ms. Reece. *Rudder v. Ohio State Life Ins. Co.*, 389 S.W.2d 448 (Ky. 1965). Therefore, the definition of disability is to be read in favor of coverage for Ms. Reece, the insured.

Conclusion

For the foregoing reasons, it is clear that Liberty's decision to deny LTD benefits to Ms. Reece is arbitrary and capricious, and against the great weight of the evidence. The only logical conclusion that can be drawn, given the evidence enclosed herewith, and the evidence previously provided to Liberty, is that Ms. Reece is qualified to receive LTD benefits under the terms of the policy. She is disabled under the terms of the plan, and her disability does not stem from a pre-existing condition. Wherefore, Jamie Reece respectfully requests that Liberty reinstate monthly LTD benefits, and remit payment of all past-due LTD benefits. Ms. Reece also requests that premiums be waived for all applicable insurance coverages, including disability and life insurance, due to disability.

Sincerely,

Bartley K. Hagerman

Enclosures

TRACEY SPROUS
603-731-6463
LIBERTY MUTUAL-DOVER-0096
100 LIBERTY WAY
DOVER NH 03820

**0.0 LBS LTR 1 OF 1**

**SHIP TO:**
BARTLEY K. HAGERMAN
MEHR, FAIRBANKS & PETERSON
SUITE 800
201 WEST SHORT STREET
**LEXINGTON KY 40507-1225**

**KY 405 9-01**

**UPS 2ND DAY AIR 2**

TRACKING #: 1Z 248 96X 02 9853 1178

BILLING: P/P

Office/Dept Number: 009607532

CS 21.0.21. WNTNV50 09.0A 01/2019

Jamie Reece 8356763



**Lincoln/Reece 3027**

**n0235808**

---

**From:** Pilar, Sarah
**Sent:** Tuesday, February 12, 2019 11:05:24 AM
**To:** Sprous, Tracey
**Subject:** RE: File Copy Request Form_.docx Jamie Reece 8356763
**Attachments:** image007.png; image008.png; image009.png; image010.png; image011.png; image012.png; image013.png; image014.png; image015.png; image016.png; image017.png; image018.png

Sent today 1Z24896X0298531178.

Thank you! ☺


**Sarah Pilar**

Admin II, Operations & Project Support

Lincoln Financial Group

100 Liberty Way

Dover, NH 03821

603-970-2302 Office



**LincolnFinancial.com**

**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group

*This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 603-750-7550 and permanently delete the original and any copy of any e-mail and any printout thereof.*

**From:** Sprous, Tracey
**Sent:** Friday, February 08, 2019 5:08 PM
**To:** ClaimsHOAdmin <ClaimsHOAdmin@lfg.com>
**Subject:** File Copy Request Form_.docx Jamie Reece 8356763

Good Afternoon,

Please forward copy of file to Bartley K Hagerman at Mehr, Fairbanks, & Peterson Law Firm,

Thank you,

**Tracey Sprous**

LTD Specialist

Lincoln Financial Group

P.O. Box 7209, 03A

London, KY 40742-7209

800.320.7585 Office

X41452 Extension

603.559.0310 Fax

**LincolnFinancial.com**

**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

| | |
|---|---|
| Date: | February 8, 2019 |
| To: | BARTLEY HAGERMAN<br>MEHR, FAIRBANKS & PETERSON<br>201 WEST SHORT STREET<br>SUITE 800<br>LEXINGTON KY 40507 |
| Attn: | APPEAL DEADLINE DATE |
| Fax: | (859) 225-3830 |
| From: | Tracey Sprous<br>Disability Claims Case Manager<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 559-0310 |
| Total Pages (Including Cover): | 2 |
| RE: | Claim #: 8356763<br>Claimant: Jamie Reece<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

February 8, 2019

Bartley K. Hagerman
Mehr, Fairbanks & Peterson
201 WEST SHORT STREET
SUITE 800
LEXINGTON, KY 40507

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece

Dear Bartley Hagerman:

We are writing in regards to your letter dated February 8, 2019 regarding the appeal deadline.

The denial letter was issued on October 29, 2018 to Ms. Reece. She has a maximum of 180 calendar days to submit a written request for review, which will expire on April 26, 2019.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tracey Sprous
Disability Claims Case Manager
Phone No.: (855) 508-4895 Ext. 41452
Secure Fax No.: (603) 559-0310

MEHR, FAIRBANKS & PETERSON
TRIAL LAWYERS
201 West Short Street, Suite 800, Lexington, KY 40507 • Phone: (859) 225-3731 • Fax: (859) 225-3830

FAX TRANSMISSION COVER SHEET

---

Date: February 7, 2019

To: Lincoln Financial Group

Fax: **(603) 559-0310**

**RE: Long Term Disability (LTD) Benefits**
**Toyota**
**Claimant: Jamie H. Reece**
**Claim No.: 8356763**

Sender: Bartley K. Hagerman

YOU SHOULD RECEIVE 5 PAGE(S), INCLUDING THIS COVER SHEET. IF YOU DO NOT RECEIVE ALL THE PAGES,
**Please call 859-225-3731**

---

The information contained in this fax is confidential and intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient (or the employee or agent responsible to deliver it to the intended recipient), you are hereby notified that any distribution or copying of this communication is prohibited. If you have received this communication in error, please notify us by collect telephone and return the original message to us at the above address at our expense.

MEHR, FAIRBANKS & PETERSON
TRIAL LAWYERS

201 West Short Street, Suite 800 • Lexington, Kentucky 40507 • (859) 225-3731 • Fax (859) 225-3830 • www.mehrfairbanks.com

M. Austin Mehr — amehr@austinmehr.com
Philip G. Fairbanks — pgf@austinmehr.com
Erik D. Peterson — edp@austinmehr.com
Bartley K. Hagerman — bkh@austinmehr.com
Elizabeth A. Thornsbury — elizabeth@austinmehr.com

February 7, 2019

Lincoln Financial Group
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

**Via standard mail & facsimile: (603) 559-0310**

RE: Our Client/Claimant: Jamie Reece
Claim No.: 8356763
Employer: Toyota

Dear Madam or Sir:

Please be advised that our law firm has been retained to represent Jamie Reece, with respect to the above-referenced **long-term disability claim**. I enclose herewith an authorization signed by my client permitting Lincoln Financial to communicate with us, and provide information to us, regarding her claim. Please direct all future communications and correspondence to my attention as legal counsel. I will be the primary attorney handling this case.

We are in receipt of your letter to my client dated October 29, 2018, advising that this LTD claim has been denied. It is our understanding that my client has 180 days from the date she received that letter to submit an appeal. Our office intends to submit an appeal of the claim denial, prior to the 180-day deadline. This letter is not the appeal itself; the appeal will follow in due course. This letter is to notify Lincoln Financial of my client's intent to appeal.

I noticed that there was also a letter sent to my client on October 11, 2018, purporting to deny this claim. I assume that the 180-day deadline will run from the October 29, 2018 letter, since that letter clearly states my client has 180 days from the date she received the October 29, 2018 letter to appeal. If my understanding is incorrect, please advise as soon as possible.

Please provide the following documentation to our office as soon as possible (you may provide it on a CD; and please contact us prior to producing same if there will be any financial charge for this production) **but no later than 30 days**:

- All documents, records, or other information relating or pertaining to any and all internal rules, guidelines, protocols, or other similar criterion relied upon by Lincoln Financial in making its benefit determination as to Ms. Reece. This request is also intended to include any and all claims manuals, training manuals, and other policy guidelines that are used to instruct Lincoln Financial's claims handlers.

- All documents, records, or other information that were submitted, considered, or generated by Lincoln Financial as to Ms. Reece's claim for LTD benefits, without regard as to whether said documents, records or other information is or was relied upon in making the benefit determination.

- All documents, records, or other information demonstrating Lincoln Financial's compliance with the administrative processes and safeguards required by federal law to be used in making benefit determinations and in handling benefit determinations.

- All documents, records, or other information that constitute a statement of policy, advice, or guidance concerning the payment, termination, or denial of benefits for persons with Ms. Reece's diagnoses, without regard as to whether such statements were relied upon by Lincoln Financial.

- All documents, records, or other information relating or pertaining to statements of policy, advice, or guidance concerning Lincoln Financial's plan language as to the definition of "disability" and how Lincoln Financial's claims adjusters are to evaluate, handle, and investigate claims of persons falling within these plan categories.

- All documents, records, or other information relating or pertaining to Lincoln Financial's criteria or guidelines for the selection and use of persons or businesses who conduct vocation assessments, persons or businesses who conduct peer reviews, and persons or businesses who conduct independent medical examinations.

Our law office requests such documentation, including, but not limited to the (1) summary plan description; (2) the applicable LTD plan/policy; (3) and all plan documentation, be provided to our law office **within thirty (30) days.**

Pursuant to 29 U.S.C. §1024(b)(4):

> The administrator shall, upon written request of any participant or beneficiary, furnish a copy of the latest updated summary plan description, and the latest annual report, any terminal report, the bargaining agreement, trust agreement, contract, or other instruments under which the plan is established or operated.

Therefore, our law office requests that the above-specified documentation be provided to our law office, **pursuant to ERISA subsection 502(c)**, which allows for a penalty of up to $110 per day, if the plan administrator does not provide such plan documentation within the period specified by statute.

Further, pursuant to 29 CFR § 2560.503-1(h)(2)(iii), the claimant shall be provided, upon request and free of charge, reasonable access to, and copies of all documents, records, and other information relevant to the claimant's claim for benefits. Relevant information includes documentation, records or other information:

(i) Relied upon in making the benefit determination;
(ii) Submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record, or other information was relied upon in making the benefit determination;
(iii) Demonstrates compliance with the administrative processes and safeguards required pursuant to paragraph (b)(5) of this section in making the benefit determination; or
(iv) In the case of a group health plan or a plan providing disability benefits, constitutes a statement of policy or guidance with respect to the plan concerning the denied treatment option or benefit for the claimant's diagnosis, without regard to whether such advice or statement was relied upon in making the benefit determination.

Thank you for your attention to this matter. I look forward to your response and the prompt tendering of the requested documentation. If you have any questions, please feel free to contact me at (859) 225-3731.

**You may omit any documentation which you provided to Elizabeth Thornsbury in my office in response to her letter to you dated December 13, 2018.**

**Please also note that Lincoln Financial (including its employees and any medical reviewers hired by Lincoln Financial) does not have permission to speak with Ms. Reece's physicians orally, but it may submit requests for information to them *in writing*.**

Sincerely,

Bartley K. Hagerman

Enclosure

**AUTHORIZATION TO DISCLOSE INFORMATION**

TO: Lincoln Financial Group/Liberty Life ("Lincoln")

NAME: Jamie Reece

I, Jamie Reece, do hereby authorize Lincoln to supply and provide any and all information regarding my long-term disability claim to my attorneys listed below.

Further I, Jamie Reece, do hereby authorize Lincoln to discuss my long-term disability claim with my attorneys listed below.

A photocopy of this request shall have the same force and effect as the original.

Please send to my attorneys:

M. Austin Mehr
Philip G. Fairbanks
Erik D. Peterson
Bartley K. Hagerman
Elizabeth A. Thornsbury
MEHR, FAIRBANKS & PETERSON TRIAL LAWYERS, P.L.L.C.
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: (859) 225-3731
Facsimile: (859) 225-3830

Jamie Reece
SIGNATURE

2/4/19
DATE

MEHR, FAIRBANKS & PETERSON
TRIAL LAWYERS
201 West Short Street, Suite 800, Lexington, KY 40507 • Phone: (859) 225-3731 • Fax: (859) 225-3830

FAX TRANSMISSION COVER SHEET

---

Date: February 8, 2019

To: Lincoln Financial Group

Attn: Tracey Sprous

Fax: **(603) 559-0310**

**RE: Long Term Disability (LTD) Benefits**
**Toyota**
**Claimant: Jamie H. Reece**
**Claim No.: 8356763**

Sender: Bartley K. Hagerman

YOU SHOULD RECEIVE __2__ PAGE(S), INCLUDING THIS COVER SHEET. IF YOU DO NOT RECEIVE ALL THE PAGES,
**Please call 859-225-3731**

---

The information contained in this fax is confidential and intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient (or the employee or agent responsible to deliver it to the intended recipient), you are hereby notified that any distribution or copying of this communication is prohibited. If you have received this communication in error, please notify us by collect telephone and return the original message to us at the above address at our expense.

MEHR, FAIRBANKS & PETERSON
TRIAL LAWYERS

201 West Short Street, Suite 800 • Lexington, Kentucky 40507 • (859) 225-3731 • Fax (859) 225-3830 • www.mehrfairbanks.com

M. Austin Mehr — amehr@austinmehr.com
Philip G. Fairbanks — pgf@austinmehr.com
Erik D. Peterson — edp@austinmehr.com
Bartley K. Hagerman — bkh@austinmehr.com
Elizabeth A. Thornsbury — elizabeth@austinmehr.com

February 8, 2019

*Sent via Mail and Facsimile: (603) 559-0310*

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
Attn: Tracey Sprous
P.O. Box 7209
London, KY 40742

RE: Long Term Disability (LTD) Benefits
Toyota
Claimant: Jamie H. Reece
Claim No.: 8356763

Dear Ms. Sprous:

Thank you for your letter of February 7, 2019, wherein you indicate "as set forth in the denial letter issued to Ms. Reece on October 29, 2018 she has a maximum of 180 days to submit a written request for review, which will expire on August 6, 2019." Please confirm that the deadline to submit a request for review is indeed August 6, 2019, as according to my calculation, 180 days from October 29, 2018 is April 29, 2019.

If you have any questions, please do not hesitate to call. Thank you

Sincerely,

Bartley K. Hagerman

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

BARTLEY HAGERMAN
MEHR, FAIRBANKS & PETERSON
201 WEST SHORT STREET
SUITE 800
LEXINGTON KY 40507

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

February 8, 2019

Bartley K. Hagerman
Mehr, Fairbanks & Peterson
201 WEST SHORT STREET
SUITE 800
LEXINGTON, KY 40507

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece

Dear Bartley Hagerman:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Toyota Motor Engineering & Manufacturing North America, Inc.'s Group Disability Policy. We are writing in reference to Jamie Reece's claim for LTD benefits under the Policy.

The purpose of this letter is to acknowledge Jamie Reece's intent to appeal the denial of her claim for Long Term Disability (LTD) benefits.

We understand that Ms. Reece is in the process of gathering information to submit with her formal request for review. Since no appeal has yet been submitted, the claim remains closed with no additional review completed. The claim will not be forwarded to Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company's Appeal Review Unit at this time.

As set forth in the denial letter issued to Ms. Reece on October 29, 2018 she has a maximum of 180 days to submit a written request for review, which will expire on August 6, 2019. Please be aware that all information that Ms. Reece would like to have considered on appeal must be submitted with the written request no later than August 6, 2019.

Per your request for relevant claim documentation, we have enclosed the following information:

- Toyota Motor Engineering & Manufacturing North America, Inc.'s LTD Policy
- A complete copy of our claim file

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Tracey Sprous
Disability Claims Case Manager
Phone No.: (855) 508-4895 Ext. 41452
Secure Fax No.: (603) 559-0310

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

| | |
|---|---|
| Date: | February 7, 2019 |
| To: | BARTLEY HAGERMAN<br>MEHR, FAIRBANKS & PETERSON<br>201 WEST SHORT STREET<br>SUITE 800<br>LEXINGTON KY 40507 |
| Attn: | |
| Fax: | (859) 225-3830 |
| From: | Tracey Sprous<br>Disability Claims Case Manager<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 559-0310 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 8356763<br>Claimant: Jamie Reece<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

February 7, 2019

Bartley K. Hagerman
Mehr, Fairbanks & Peterson
201 WEST SHORT STREET
SUITE 800
LEXINGTON, KY 40507

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece

Dear Bartley Hagerman:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Toyota Motor Engineering & Manufacturing North America, Inc.'s Group Disability Policy. We are writing in reference to Jamie Reece's claim for LTD benefits under the Policy.

The purpose of this letter is to acknowledge Jamie Reece's intent to appeal the denial of her claim for Long Term Disability (LTD) benefits.

We understand that Ms. Reece is in the process of gathering information to submit with her formal request for review. Since no appeal has yet been submitted, the claim remains closed with no additional review completed. The claim will not be forwarded to Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company's Appeal Review Unit at this time.

As set forth in the denial letter issued to Ms. Reece on October 29, 2018 she has a maximum of 180 days to submit a written request for review, which will expire on August 6, 2019. Please be aware that all information that Ms. Reece would like to have considered on appeal must be submitted with the written request no later than August 6, 2019.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Tracey Sprous
Disability Claims Case Manager

Phone No.: (855) 508-4895 Ext. 41452
Secure Fax No.: (603) 559-0310

**n0235808**

---

**From:** UPS Quantum View
**Sent:** Wednesday, December 19, 2018 11:36:36 AM
**To:** tracey.sprous@libertymutual.com
**Subject:** UPS Ship Notification, Tracking Number 1Z8166380294272102

http://www.ups.com/img/1.gif
http://www.ups.com/img/UPS_logo_sm.png

**You have a package coming.**

**Scheduled Delivery Date:** Friday, 12/21/2018
This message was sent to you at the request of LIBERTY MUTUAL INS CO to notify you that the shipment information below has been transmitted to UPS. The physical package may or may not have actually been tendered to UPS for shipment. To verify the actual transit status of your shipment, click on the tracking link below.

# Shipment Details

---

**From:** LIBERTY MUTUAL INS CO
**Tracking Number:** 1Z8166380294272102
**Ship To:** Elizabeth A. Thornsbury
201 W. Short St.
Suite 800
LEXINGTON, KY 405071225
US
**UPS Service:** UPS 2ND DAY AIR
**Number of Packages:** 1
**Scheduled Delivery:** 12/21/2018
**Shipment Type:** Letter

**Reference Number 1:** 091307532

http://www.ups.com/img/icon_arrow_down_square_64.gif Download the UPS mobile app
© 2018 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

Please do not reply directly to this e-mail. UPS will not receive any reply message.
For more information on UPS's privacy practices, refer to the UPS Privacy Notice.
For questions or comments, visit Contact UPS.

This communication contains proprietary information and may be confidential. If you are not the intended recipient, the reading, copying, disclosure or other use of the contents of this e-mail is strictly prohibited and you are instructed to please delete this e-mail immediately.

UPS Privacy Notice
Help and Support Center

https://statse.webtrendslive.com/dcs2227ulli4xxp3oi2yv4qus_5g8l/dcs.gif?dcsdat=1545237396421&dcsuri=%2F&dcssip=email_rpt.ups.com&pgf_Site=Country&WT.z_country_cd=US&WT.z_lang=en&WT.z_edatesent=12192018&WT.z_st_area=E-mail+Template&WT.z_st_sbarea=Quantum+View+Notify&WT.z_ti_id=ct1_eml_qvn_eml_5shp&WT.z_emailid=ct1_eml_qvn_eml_5shp&e_Site=Country&WT.z_uemail_id=1545237396421

MEHR, FAIRBANKS & PETERSON
TRIAL LAWYERS
201 West Short Street, Suite 800, Lexington, KY 40507 • Phone: (859) 225-3731 • Fax: (859) 225-3830

FAX TRANSMISSION COVER SHEET

---

Date: December 13, 2018

To: Liberty Life Assurance Company of Boston

Fax: **(603) 559-0310**

**RE: Long Term Disability (LTD) Benefits**
**Toyota**
**Claimant: Jamie H. Reece**
**Claim No.: 8356763**

Sender: Elizabeth A. Thornsbury

YOU SHOULD RECEIVE 4 PAGE(S), INCLUDING THIS COVER SHEET. IF YOU DO NOT RECEIVE ALL THE PAGES,
**Please call 859-225-3731**

---

The information contained in this fax is confidential and intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient (or the employee or agent responsible to deliver it to the intended recipient), you are hereby notified that any distribution or copying of this communication is prohibited. If you have received this communication in error, please notify us by collect telephone and return the original message to us at the above address at our expense.

MEHR, FAIRBANKS & PETERSON
TRIAL LAWYERS

201 West Short Street, Suite 800 • Lexington, Kentucky 40507 • (859) 225-3731 • Fax (859) 225-3830 • www.mehrfairbanks.com

M. Austin Mehr — amehr@austinmehr.com
Philip G. Fairbanks — pgf@austinmehr.com
Erik D. Peterson — edp@austinmehr.com
Bartley K. Hagerman — bkh@austinmehr.com
Elizabeth A. Thornsbury — elizabeth@austinmehr.com

December 13, 2018

*Sent via Mail and Facsimile: (603) 559-0310*

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742

RE: Long Term Disability (LTD) Benefits
Toyota
Claimant: Jamie H. Reece
Claim No.: 8356763

To Whom It May Concern:

Ms. Jamie Reece has asked for my assistance with regard to her claim for long-term disability ("LTD") benefits with Liberty Life Assurance Company of Boston ("Liberty Life").

Please consider this letter a request for information regarding Ms. Reece's LTD claim. This request is intended to be as broad as possible to include all documents in the claim file(s), all plan documents, insurance agreements (if any), trust agreements, summary plan descriptions, and any reports or opinions prepared by doctors or claim analysts regarding Ms. Reece's claim(s).

Please provide information regarding the current status of his claim(s) and if any appeal rights are available to Ms. Reece.

I have enclosed an authorization signed by Ms. Reece allowing the release of this information. Please don't hesitate to contact me at (859) 225-3731 if you have any questions. Thank you.

Sincerely,

Elizabeth A. Thornsbury

Elizabeth A. Thornsbury

Enclosure

**AUTHORIZATION TO DISCLOSE INFORMATION**

TO: Liberty Life Assurance Company of Boston ("Liberty Life")

NAME: To Whom It May Concern

I, Jamie H. Reece, do hereby authorize Liberty Life to supply and provide any and all information regarding my long-term disability claim to the attorneys listed below.

Further I, Jamie H. Reece, do hereby authorize Liberty Life to discuss my long-term disability claim with the attorneys listed below.

A photocopy of this request shall have the same force and effect as the original.

Please send to my attorneys:

M. Austin Mehr
Philip G. Fairbanks
Erik D. Peterson
Bartley K. Hagerman
Elizabeth A. Thornsbury
MEHR, FAIRBANKS & PETERSON TRIAL LAWYERS, P.L.L.C.
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: (859) 225-3731
Facsimile: (859) 225-3830

Jamie H Reece 11/26/18

SIGNATURE DATE

MediCopy

Lexington Clinic

# FAXED REQUESTS WILL NOT BE PROCESSED.

LEXINGTON CLINIC **ONLY** ACCEPTS MEDICAL RECORDS REQUESTS VIA MAIL OR WALK IN.

THIS INCLUDES BUT IS NOT LIMITED TO REQUESTS FOR BILLING, IMAGING, AND ALL PHI.

PLEASE MAIL YOUR REQUEST WITH THE ORIGINAL SIGNATURE TO:

**LEXINGTON CLINIC**

**RELEASE OF INFORMATION**

**1221 SOUTH BROADWAY**

**LEXINGTON, KY 40504**

LONG TERM CARE for REECE, JAMIE H (50yo F) #21591363 E#21591363



Liberty Mutual. INSURANCE

Liberty Life Assurance Co
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

October 12, 2018

Dr. Abbas Haider
1221 S. BROADWAY
LEXINGTON, KY 40504

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece
Claimant D.O.B.:

Dear Dr. Abbas Haider:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from October 10, 2018 through present.

We ask that you provide this information by October 26, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

If you have any questions regarding this matter, please contact me.



AAR 11-27-18
MAIL OUT
UPS

Lincoln Financial Group®

MT/BT

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

October 17, 2018

Dr. Indhira Bisono- Jimenez
Kentucky One Health Rheumatology Associates
211 FOUTAIN COURT
SUITE 220
LEXINGTON, KY 40509

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece ← PT
Claimant D.O.B.:

Dear Dr. Indhira Bisono- Jimenez:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 12, 2017 through present.

We ask that you provide this information by October 31, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Daisy Ixehualt
Ltd Claim Assistant
On Behalf Of: Tracey Sprous
Phone No.: (855) 508-4895 Ext. 41452
Secure Fax No.: (603) 559-0310

Attachments: 8356763-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.09.2018

DocuSign Envelope ID: 886213AD-ADE9-47B8-08B0-518809FEEA4C

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7107

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

- My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
- Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
- Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) self Relationship self

Signature of claimant or legal representative [signature]

Date of Birth: ______ Claim Number: 8191808 Date: 6/25/2018

**A copy of this authorization will be considered as valid as the original.**

**Saint Joseph Rheumatology Associates**
**211 Fountain Court Suite 220,**
**Lexington, KY 40509**
**Phone: (859) 629-7265 Fax: (859) 629-7266**

*MRN:* **1668060** *Encounter Date:* **09/17/2018 3:45PM**

*DOB:* **09/22/1968**
*Home:***(859) 533-6163**
*Work:*

*Address:*
**Jamie Reece**
**1108 Deer Haven Lane**
**Lexington, KY 40509**

**PCP:** Adams, Doris W

## History Reported by

The history was reported by the patient

## Reason For Visit

Patient coming in acute visit with history of PsA and she wants to discuss other medications options now. .
Patient is into discuss medication options as says had side effects on Humira.
Pain level - 6/10

## Review Medical History

Past Medical History Reviewed

## History of Present Illness

**Text Templates:**
49 y/o WF with PsA and chronic anxiety here for follow up.

Her case has been difficult as she seems over anxious about her disease and medications.

Today 9/17/2018 she tells me that:
She says she had got so sick at home she says with "fever of 100F " and denies any nausea or vomiting, but feel like a head cold and with body aches and felt terrible and lasted like 8 days.
She says she talked to the Humira people and they told her it might happen but she might try again.

She says couldn't sleep at all and she thinks Humira caused as she says is on of those patient that get the side effects that nobody else gets.

She endorses swelling on her R wrist and pain radiating down her R arm.

She says she is not using more Indomethacin right now as she says the severe chest pain is better.

She says she will think it retry Humira or do the Remicade.

## Active Problems

1. Blurred vision (368.8) (H53.8)
2. Chest pain, midsternal (786.51) (R07.89)
3. CNS demyelination (341.9) (G37.9)
4. Costochondral pain (786.52) (R07.1)
5. Costochondritis (733.6) (M94.0)
6. Encounter for medication monitoring (V58.83) (Z51.81)
7. Fatigue (780.79) (R53.83)
8. Hip bursitis (726.5) (M70.70)
9. History of psoriasis (V13.3) (Z87.2)

*Patient:* **Jamie Reece**
*Encounter:* **Sep 17 2018 3:45PM** *MRN:* **1668060**

10. Joint pain (719.40) (M25.50)
11. Mid sternal chest pain (786.51) (R07.89)
12. Numbness (782.0) (R20.0)
13. Pruritus (698.9) (L29.9)
14. Psoriatic arthritis (696.0) (L40.50)

**Current Meds**

1. Calcium TABS
2. CVS Probiotic Maximum Strength Oral Capsule
3. Cyclobenzaprine HCl - 10 MG Oral Tablet
4. Esomeprazole Magnesium 40 MG Oral Capsule Delayed Release; TAKE 1 CAPSULE ONCE DAILY
5. Estrace 0.1 MG/GM Vaginal Cream
6. Fluconazole 150 MG Oral Tablet
7. Folic Acid 1 MG Oral Tablet; TAKE 1 TABLET DAILY
8. Gabapentin 300 MG Oral Capsule
9. Havrix 1440 EL U/ML SUSP
10. Humira Pen 40 MG/0.8ML Subcutaneous Pen-injector Kit; one SC injection q other week as directed
11. Indomethacin 50 MG Oral Capsule; TAKE 1 CAPSULE 3 TIMES DAILY WITH FOOD
12. LORazepam 0.5 MG Oral Tablet; TAKE 1 TABLET TWICE DAILY
13. Methotrexate 2.5 MG Oral Tablet; TAKE 8 TABLET Weekly
14. Multi Complete CAPS
15. Terconazole 0.4 % Vaginal Cream
16. ZyrTEC Allergy CAPS

**Review of Systems**

A complete review of systems revealed no pertinent patient complaints except as noted below and in the history of present illness.

**Vitals**

**Vital Signs**

**Recorded: 17Sep2018 04:01PM**

Height: 5 ft 7 in
Weight: 177 lb
**BMI Calculated: 27.72**
BSA Calculated: 1.92
Temperature: 98.2 F
Heart Rate: 97
Respiration: 18
Systolic: 101
Diastolic: 64

**Physical Exam**

**CONSTITUTIONAL:** This 49 year old female appears. well developed, well nourished and in no acute distress. Vitals x3 noted.
**HEAD & FACE:** Head and face are symmetric, normocephalic and atraumatic.
**EYES:** Inspection of the conjunctivae and lids reveals no swelling, erythema or discharge. Pupils are round, equal and reactive to light and there is no scleral icterus.
**EARS, NOSE, MOUTH & THROAT:** On inspection, ears and nose are within normal limits.
**PULMONARY:** Normal respiratory effort.
**MUSCULOSKELETAL:** Gait is within normal limits. Digits and nails are without clubbing, cyanosis or pitting. No joint swelling, warmth or tenderness. Inspection and palpation of muscles and soft tissues is normal. Range of motion is within normal limits. Muscle strength is normal.

*Patient:* **Jamie Reece**
*Encounter:* **Sep 17 2018 3:45PM** *MRN:* **1668060**

**SKIN:** No rash, nodules or sclerodactyly.
**PSYCHIATRIC:** Patient's judgment and insight are unimpaired. Patient's mood and affect are normal.

## Assessment

1. Psoriatic arthritis (696.0) (L40.50)
2. Joint pain (719.40) (M25.50)
3. Encounter for medication monitoring (V58.83) (Z51.81)
4. History of psoriasis (V13.3) (Z87.2)

## Orders

1. Stop: Humira Pen 40 MG/0.8ML Subcutaneous Pen-injector Kit

## Discussion/Summary

49 y/o WF with PsA, anxiety and psoriasis of the skin and concems of reaction to Humira.

She felt "sick" after using Humira, unclear if was really a side effect of had a cold, advise we can try Remicade 5m/kg loading doses and Q 2 months combined with her MTX to see if would help.
-She says she will think about it and let me know in 2 days when she comes to accompany her daughter on her app with me.
-No tender or swollen joints today.
-
Will see he in 3 months and will decided soon if she wants to switch meds.
-Explained to her that from my standpoint she doesn't need a medical leave or restriction on her job and if orthopedia thinks she needs restriction they should send a letter to her employer.
-Sternal chest pain, costochondritis has resolved, so use Indomethacin PRN only.
-Continue MTX labs q 2-3 months with CBC and CMP on 8/2018 WNL.

RTC in 3 months

## Counseling

The patient was counseled regarding prognosis, risks and benefits of treatment options, instructions for management, patient and family education, importance of compliance with treatment, risk factor reductions and impressions. Total time of encounter was 30 minutes of which greater than 50% was spent counseling and coordinating care.

## 'End of Encounter Meds'

## Signatures

Electronically signed by : Tera Murillo, LPN; Sep 17 2018 3:55PM EST (Co-author)
Electronically signed by : Indhira Bisono Jimenez, M.D.; Sep 17 2018 4:29PM EST (Author)

**Saint Joseph Rheumatology Associates**
**211 Fountain Court Suite 220,**
**Lexington, KY 40509**
**Phone: (859) 629-7265 Fax: (859) 629-7266**

*MRN:* **1668060** *Encounter Date:* **08/01/2018 9:15AM**

*DOB:*
*Home:*
*Work:*

*Address:*
**Jamie Reece**

## Reason For Visit

Patient coming in for follow up on Join t pain hx of PsA
Patient reports she took the Indomethacin for 1 month and now has GI issues.
Pain level - 2/10

## Review Medical History

Past Medical History Reviewed

## History of Present Illness

**Text Templates:**
49 y/o WF with hx of psoriatic arthritis and concerns of costochondritis here for evaluation.

Her Quantiferon TB gold was negative on 6/11/2018.
-X-ray of b/l ribs and SI joint WNL then.
HLA-B27 negative and all other serologies negative.

Today 8/1/2018 she tells me that:
She says the pain in the chest wall is better but it comes and goes.
Is sporadic and comes on and off.
She says on July 19th was very painful.

She thinks she is flaring as her hips and R foot.

She endorses bloating on her stomach and diarrhea.

She says she is not going to have any shoulder surgery anymore.

She says she is taking the Methotrexate 20 mg a week and Folic acid once a week.

She endorses some psoriasis on her L elbow now.

She says Neurology told her she doesn't have MS.

## Active Problems

1. Blurred vision (368.8) (H53.8)
2. Chest pain, midsternal (786.51) (R07.89)
3. CNS demyelination (341.9) (G37.9)
4. Costochondral pain (786.52) (R07.1)
5. Costochondritis (733.6) (M94.0)
6. Encounter for medication monitoring (V58.83) (Z51.81)
7. Fatigue (780.79) (R53.83)
8. History of psoriasis (V13.3) (Z87.2)

9. Joint pain (719.40) (M25.50)
10. Numbness (782.0) (R20.0)
11. Pruritus (698.9) (L29.9)
12. Psoriatic arthritis (696.0) (L40.50)

**Current Meds**

1. Calcium TABS
2. CVS Probiotic Maximum Strength Oral Capsule
3. Cyclobenzaprine HCl - 10 MG Oral Tablet
4. Esomeprazole Magnesium 40 MG Oral Capsule Delayed Release; TAKE 1 CAPSULE ONCE DAILY
5. Estrace 0.1 MG/GM Vaginal Cream
6. Fluconazole 150 MG Oral Tablet
7. Folic Acid 1 MG Oral Tablet; TAKE 1 TABLET DAILY
8. Gabapentin 300 MG Oral Capsule
9. Havrix 1440 EL U/ML SUSP
10. Indomethacin 50 MG Oral Capsule; TAKE 1 CAPSULE 3 TIMES DAILY WITH FOOD
11. LORazepam 0.5 MG Oral Tablet; TAKE 1 TABLET TWICE DAILY
12. Methotrexate 2.5 MG Oral Tablet; TAKE 8 TABLET Weekly
13. Multi Complete CAPS
14. Terconazole 0.4 % Vaginal Cream
15. ZyrTEC Allergy CAPS

**Review of Systems**

A complete review of systems revealed no pertinent patient complaints except as noted below and in the history of present illness.
**CONSTITUTIONAL:** normal.
**CARDIOVASCULAR:** chest discomfort.
**GASTROINTESTINAL:** abdominal pain and diarrhea.
**MUSCULOSKELETAL:** arthralgia, but no joint swelling.
**INTEGUMENTARY:** psoriasis on L elbow.

**Vitals**

**Vital Signs**
**Recorded: 01Aug2018 09:29AM**
Height: 5 ft 7 in
Weight: 176.8 lb
**BMI Calculated: 27.69**
BSA Calculated: 1.92
Temperature: 98.2 F
Heart Rate: 73
Respiration: 18
Systolic: 138, RUE, Sitting
Diastolic: 85, RUE, Sitting

**Physical Exam**

**CONSTITUTIONAL:** This 49 year old female appears. well developed, well nourished and in no acute distress. Vitals x3 noted.
**HEAD & FACE:** Head and face are symmetric, normocephalic and atraumatic.
**EYES:** Inspection of the conjunctivae and lids reveals no swelling, erythema or discharge. Pupils are round, equal and reactive to light and there is no scleral icterus.
**EARS, NOSE, MOUTH & THROAT:** On inspection, ears and nose are within normal limits.
**PULMONARY:** Normal respiratory effort. TTP of midsternal manubrial joint.
**CARDIOVASCULAR:** Examination of the extremities shows no significant edema.

**MUSCULOSKELETAL:** Gait is within normal limits. Digits and nails are without clubbing, cyanosis or pitting. No joint swelling, warmth or tenderness. Inspection and palpation of muscles and soft tissues is normal. TTP on lateral aspect of both hips? trochanteric areas?. Range of motion is within normal limits. Muscle strength is normal.
**SKIN:** mild psoriasis over L elbow.
**PSYCHIATRIC:** Patient's judgment and insight are unimpaired. Patient's mood and affect are normal.

## Assessment

1. Mid sternal chest pain (786.51) (R07.89)
2. Encounter for medication monitoring (V58.83) (Z51.81)
3. Costochondral pain (786.52) (R07.1)
4. Chest pain, midsternal (786.51) (R07.89)
5. Joint pain (719.40) (M25.50)
6. Psoriatic arthritis (696.0) (L40.50)
7. History of psoriasis (V13.3) (Z87.2)
8. Hip bursitis (726.5) (M70.70)

## Orders

1. MRI Chest WO W; Status:Need Information - Required information; Requested for:01Aug2018;
2. CBC With Differential/Platelet; Status:Active; Requested for:01Aug2018;
3. CMP-COMPREHENSIVE METABOLIC PANEL(14) w/eGFR; Status:Active; Requested for:01Aug2018;
4. C-Reactive Protein, Quant; Status:Active; Requested for:01Aug2018;
5. Sedimentation Rate-Westergren; Status:Active; Requested for:01Aug2018;
6. Renew: Folic Acid 1 MG Oral Tablet; TAKE 1 TABLET DAILY
7. Renew: Methotrexate 2.5 MG Oral Tablet; TAKE 8 TABLET Weekly

## Discussion/Summary

49 y/o WF with psoriatic arthritis, psoriasis of the skin here for follow up.

Having issues with chronic costochondritis pain and now possible b/l hip bursitis vs ligament inflammation of hips/ enthesis tis?
-Will order MRI of chest to evaluate for Sterno manubrial signs of inflammation.
-Will continue Methotrexate 20 mg q weekly along with daily Folic acid 1 mg, both refilled for 90 days today.
-Will proceed with Humira 40 mg SQ q 15 days as not on clinical remission and Humira usually helps costochondral inflammation and mght help enthesitis on hips if that is the case.
-She received a Humira injection sample today and Humira injection teaching by my CMA Tera Murillo today.
-Had mild psoriasis on L elbow today hopefully Humira will help both skin and joint issues.
-Side effects of higher risk of infections, paradoxical palmo-plantar psoriasis and rash, were discussed with her today.
-Wil try Humira for about 5-6 months and if not better by them will try Remicade infusions.
-Told to hold off on Indomethacin due to diarrhea and she will see GI.

Will see her again in 3 months but will do CBC, CMP, ESR, CRP today and Q 3 months for MTX motioning.

## Counseling

The patient was counseled regarding prognosis, risks and benefits of treatment options, instructions for management, patient and family education, importance of compliance with treatment, risk factor reductions and impressions. Total time of encounter was 30 minutes of which greater than 50% was spent counseling and coordinating care.

## 'End of Encounter Meds'

## Signatures

*Patient:* **Jamie Reece**
*Encounter:* **Aug 1 2018 9:15AM** *MRN:* **1668060**

Electronically signed by : Tera Murillo, LPN; Aug 1 2018 9:19AM EST (Co-author)
Electronically signed by : Tera Murillo, LPN; Aug 1 2018 9:28AM EST (Co-author)
Electronically signed by : Indhira Bisono Jimenez, M.D.; Aug 1 2018 10:14AM EST (Author)

**Saint Joseph Rheumatology Associates**
**211 Fountain Court Suite 220,**
**Lexington, KY 40509**
**Phone: (859) 629-7265 Fax: (859) 629-7266**

*MRN:* **1668060** *Encounter Date:* **06/14/2018 9:00AM**

*DOB:*
*Home:*
*Address:* *Work:*
**Jamie Reece**

**PCP:** Adams, Doris W

## History Reported by

Patient coming called to be seen again for chest discomfort .
Patient reports the pain comes and goes .
Pain level 2/10

## Reason For Visit

49 y/o WF with hx of PsA here for acute visit for chest wall pain

## Review Medical History

Past Medical History Reviewed

## History of Present Illness

**Text Templates:**
49 y/o WF with hx of PsA here for follow up.

She was here 2 days ago and was supposed to come back for follow up in 4 weeks.
I received the records from Susana Morberly and she mentioned that she patient was on Methotrexate and that she wanted to start Humira but the patient did not started it.

I Rx her Indomethacin for substernal pain that I though was related to costochondral inflammation for PsA; Xray of riabs and PA chest was normal and SI X-rays were normal.
All Rheum serologies and ESR and CRP were normal on 6/11/2018.

Today 6/14/2018 she tells me that:
She says yesterday morning she woke up with pain on the upper chest, higher than usual,then got better and she left to tun an errand and started again on the middle part of her chest and then worsened and felt like an stabbing pain.
She says she discussed with the husband and the told her to call me back and try to get in.

The pain is better now, just feels like a weird sensation there.
She admits she picked up the Indomethacin yesterday night but did not take it as wasn't sure if I needed to do something different that time.

## Active Problems

1. Blurred vision (368.8) (H53.8)
2. Chest pain, midsternal (786.51) (R07.69)
3. CNS demyelination (341.9) (G37.9)
4. Encounter for medication monitoring (V58.83) (Z51.81)
5. Fatigue (780.79) (R53.83)
6. History of psoriasis (V13.3) (Z87.2)

*Patient:* **Jamie Reece**
*Encounter:* **Jun 14 2018 9:00AM** *MRN:* **1668060**

7. Joint pain (719.40) (M25.50)
8. Numbness (782.0) (R20.0)
9. Pruritus (698.9) (L29.9)
10. Psoriatic arthritis (696.0) (L40.50)

**Current Meds**

1. Calcium TABS
2. CVS Probiotic Maximum Strength Oral Capsule
3. Cyclobenzaprine HCl - 10 MG Oral Tablet
4. Esomeprazole Magnesium 40 MG Oral Capsule Delayed Release; TAKE 1 CAPSULE ONCE DAILY
5. Estrace 0.1 MG/GM Vaginal Cream
6. Fluconazole 150 MG Oral Tablet
7. Folic Acid 1 MG Oral Tablet; TAKE 1 TABLET DAILY
8. Gabapentin 300 MG Oral Capsule
9. Havrix 1440 EL U/ML SUSP
10. Indomethacin 50 MG Oral Capsule; TAKE 1 CAPSULE 3 TIMES DAILY WITH FOOD
11. LORazepam 0.5 MG Oral Tablet; Take 1 tablet PO 30 minutes prior to MRI, may repeat after 30 minutes X1 if needed
12. LORazepam 0.5 MG Oral Tablet; TAKE 1 TABLET TWICE DAILY
13. Methotrexate 2.5 MG Oral Tablet; TAKE 8 TABLET Weekly
14. Multi Complete CAPS
15. Terconazole 0.4 % Vaginal Cream
16. ZyrTEC Allergy CAPS

**Review of Systems**

A complete review of systems revealed no pertinent patient complaints except as noted below and in the history of present illness.
**CONSTITUTIONAL:** normal.
**CARDIOVASCULAR:** chest discomfort, but no palpitations, no irregular heart rate and no swelling of extremities.
**RESPIRATORY:** normal.
**GASTROINTESTINAL:** normal.
**INTEGUMENTARY:** normal.
**ALLERGIC/IMMUNOLOGIC:** normal.

**Vitals**

**Vital Signs**
**Recorded: 14Jun2018 09:17AM**
Height: 5 ft 7 in
Weight: 173 lb
**BMI Calculated: 27.1**
BSA Calculated: 1.9
Temperature: 98.1 F
Heart Rate: 76
Respiration: 18
Systolic: 116, RUE, Sitting
Diastolic: 77, RUE, Sitting

**Physical Exam**

**CONSTITUTIONAL:** This 49 year old female appears. well developed, well nourished and in no acute distress. Vitals x3 noted.
**HEAD & FACE:** Head and face are symmetric, normocephalic and atraumatic.
**EYES:** Inspection of the conjunctivae and lids reveals no swelling, erythema or discharge. Pupils are round, equal and reactive to light and there is no scleral icterus.

*Patient:* **Jamie Reece**
*Encounter:* **Jun 14 2018 9:00AM** *MRN:* **1668060**

**EARS, NOSE, MOUTH & THROAT:** On inspection, ears and nose are within normal limits.
**PULMONARY:** Normal respiratory effort. Lungs are clear to auscultation bilaterally. TTP on midsternal area and more toward the L.
**CARDIOVASCULAR:** On auscultation the heart rate and rhythm are normal. There are no murmurs or rubs. Examination of the extremities shows no significant edema.
**MUSCULOSKELETAL:** Gait is within normal limits. Digits and nails are without clubbing, cyanosis or pitting. No joint swelling, warmth or tenderness. Inspection and palpation of muscles and soft tissues is normal. Range of motion is within normal limits. Muscle strength is normal.
**SKIN:** No rash, nodules or sclerodactyly.
**PSYCHIATRIC:** Patient's judgment and insight are unimpaired. Patient's mood and affect are normal.

## Assessment

1. Chest pain, midsternal (786.51) (R07.89)
2. History of psoriasis (V13.3) (Z87.2)
3. Psoriatic arthritis (696.0) (L40.50)
4. Costochondritis (733.6) (M94.0)
5. Costochondral pain (786.52) (R07.1)

## Discussion/Summary

49 y/o WF with hx of PsA and what seems to be midsternal pain to palpation here for acute visit.

She was TTP on midsternal area which confirms this is not coming from the heart.
-Again I told her this is most likely costochondritis pain / chest wall inflammation can occur in seronegative arthropathies like PsA.
-She was told to start the Indomethacin 50 mg po TID for 1 month and I hope she should be feeling better in 3-4 days; if not was told to call PCP for further evaluation.
-Rheum serologies OK.
-Awaiting for Quantiferon TB gold to be back; if negative we will proceed with Humira PA for PsA when she feels ready for; she says she wants to have her R shoulder surgery before proceeding with Humira.

She will RTC in 1 month

## Counseling

The patient was counseled regarding diagnostic results, prognosis, risks and benefits of treatment options, instructions for management, patient and family education, importance of compliance with treatment, risk factor reductions and impressions. Total time of encounter was 30 minutes of which greater than 50% was spent counseling and coordinating care.

## 'End of Encounter Meds'

## Signatures

Electronically signed by : Tera Murillo, LPN; Jun 14 2018 9:17AM EST (Co-author)
Electronically signed by : Indhira Bisono Jimenez, M.D.; Jun 14 2018 9:50AM EST (Author)

**Saint Joseph Rheumatology Associates**
**211 Fountain Court Suite 220,**
**Lexington, KY 40509**
**Phone: (859) 629-7265 Fax: (859) 629-7266**

*MRN:* **1668060**

*Encounter Date:* **06/11/2018 10:30AM**

*DOB:*
*Home:*
*Work:*

*Address:*
**Jamie Reece**

PCP: Adams, Doris W

## History Reported by

The history was reported by the patient

## Reason For Visit

Mrs Reece was referred to us by Doris Adams for consultation regarding hx of Psoriatic Arthritis.
Patient reports she was recently seen by Susanna Moberly,
APRN for PsA and is here today to get a second opinion.
She endorses pain on shoulders and neck and recently started having chest discomfort.

## History of Present Illness

**Text Templates:**
49 y/o WF whom has recently been diagnosed with psoriatic arthritis here today for a second opinion.

Today 6/11/2018 she tells me that:
She says she was dx with PsA around 12/2017.

The patient endorses stiffness on her R hip and deep pain; swelling on her R 2 DIP with a lot soreness; also stiffness on hand and legs.
She thinks her joint pain started with the hip about 6 years; she denies any hx of injections or evaluation by orthopedia.
Right now feels really good.

She has tried NSAID and did not help the pain.

She says Moberly recommended a trial of Prednisone x 3 weeks and it helped tremendously but as has been off of it the pain has been coming slowly back.

She has been using Methotrexate 4 tabs twice weekly since January for PsA. Also daily Folic acid.

She has been diagnosed with psoriasis in the skin 8 years ago; tried topicals by derm before.
She doesn't think MTX has helped so much the joints.

She thinks MTX has helped the skin but
now feels more itching coming back. Is worse now for the past 1 month.
She says lotions and antihistamine don't seem to help the itchiness on the skin.

She denies any swelling on her joints.
She denies any family hx of psoriasis or arthritis.

*Patient:* **Jamie Reece**
*Encounter:* **Jun 11 2018 10:30AM** *MRN:* **1668060**

She works in Toyota but now is out due to a neck injury recently.

She used to smoke, quit years ago, denies any alcohol use or drug use.

She denies any recent fevers, chills or weight.

Endorses soreness on the sternal area when lies on it or when lies on the R shoulder.
She went to the ER for the tightness on the chest recently she was told her heart was OK.
She will need to see chest pain clinic for stress test.

She denies any hx of uveitis/eye inflammation.

She endorses itchiness all over that improves with Zyrtec but still itches.

**Active Problems**

1. Blurred vision (368.8) (H53.8)
2. CNS demyelination (341.9) (G37.9)
3. Fatigue (780.79) (R53.83)
4. Numbness (782.0) (R20.0)

**Allergies**

1. Lortab TABS
   Recorded By: Baker, Carrie; 6/8/2018 9:16:53 AM

**Current Meds**

1. Calcium TABS;
   Therapy: (Recorded:08Jun2018) to Recorded
2. CVS Probiotic Maximum Strength Oral Capsule;
   Therapy: (Recorded:08Jun2018) to Recorded
3. Cyclobenzaprine HCl - 10 MG Oral Tablet;
   Therapy: 29Mar2018 to Recorded
4. Esomeprazole Magnesium 40 MG Oral Capsule Delayed Release; TAKE 1 CAPSULE ONCE DAILY;
   Therapy: (Recorded:08Jun2018) to Recorded
5. Estrace 0.1 MG/GM Vaginal Cream;
   Therapy: 17Apr2018 to Recorded
6. Fluconazole 150 MG Oral Tablet;
   Therapy: 09Jan2018 to Recorded
7. Folic Acid 1 MG Oral Tablet; TAKE 1 TABLET DAILY;
   Therapy: (Recorded:08Jun2018) to Recorded
8. Gabapentin 300 MG Oral Capsule;
   Therapy: 04Apr2018 to Recorded
9. Havrix 1440 EL U/ML SUSP;
   Therapy: 02May2018 to Recorded
10. LORazepam 0.5 MG Oral Tablet; Take 1 tablet PO 30 minutes prior to MRI, may repeat after 30 minutes X1 if needed;
    Therapy: 08Jun2018 to (Evaluate:09Jun2018); Last Rx:08Jun2018 Ordered
11. LORazepam 0.5 MG Oral Tablet; TAKE 1 TABLET TWICE DAILY;
    Therapy: (Recorded:08Jun2018) to Recorded
12. Methotrexate 2.5 MG Oral Tablet; 4 tablets twice weekly;
    Therapy: (Recorded:08Jun2018) to Recorded
13. Motrin 600 MG TABS;
    Therapy: (Recorded:08Jun2018) to Recorded
14. Multi Complete CAPS;
    Therapy: (Recorded:08Jun2018) to Recorded
15. Terconazole 0.4 % Vaginal Cream;

Therapy: 09Jan2018 to Recorded
16. ZyrTEC Allergy CAPS;
Therapy: (Recorded:08Jun2018) to Recorded

**Past Medical History**
1. History of Anxiety (300.00) (F41.9)
2. History of cataract (V12.49) (Z86.69)
3. History of IBS (V12.79) (Z87.19)
4. History of miscarriage (V13.29) (Z87.59)

**Surgical History**
1. History of Hysterectomy
2. History of Oral surgery
3. History of Tonsillectomy

**Family History**
1. Family history of arthritis (V17.7) (Z82.61)
2. Family history of cardiac disorder (V17.49) (Z82.49)
3. Family history of coronary artery disease (V17.3) (Z82.49)
4. Family history of hypothyroidism (V18.19) (Z83.49)
5. FH: stomach cancer (V16.0) (Z80.0)

**Social History**
- Does not use illicit drugs (V49.69) (Z78.9)
- Employed
- Married
- Never smoker
- Social alcohol use (Z78.9)

**Review Medical History**
Past Medical History Reviewed Past Surgical History Reviewed Family History Reviewed Social History Reviewed

**Review of Systems**
A complete review of systems revealed no pertinent patient complaints except as noted below and in the history of present illness.
**CONSTITUTIONAL:** normal.
**EYES:** eye pain and change in vision.
**ENT:** mouth sores.
**CARDIOVASCULAR:** chest discomfort.
**RESPIRATORY:** normal.
**GASTROINTESTINAL:** heartburn.
**GENITOURINARY:** 3 miscarriage(s) and prior pregnancies.
**MUSCULOSKELETAL:** arthralgia, morning stiffness mins and hands/ fingers .
**INTEGUMENTARY:** itching .
**NEUROLOGICAL:** headache, dizziness and memory loss.
**PSYCHIATRIC:** normal.
**ENDOCRINE:** normal.
**ALLERGIC/IMMUNOLOGIC:** normal.

**Vitals**
**Vital Signs**
**Recorded: 11Jun2018 10:36AM**
Height: 5 ft 7 in
Weight: 171 lb

**BMI Calculated: 26.78**
BSA Calculated: 1.89
Temperature: 97.9 F
Heart Rate: 73
Respiration: 18
Systolic: 129, RLE, Sitting
Diastolic: 86, RLE, Sitting

## Physical Exam

Jamie Reece is a Caucasian female who appears well developed, well nourished and in no acute distress. Vitals x 3 noted.
**HEAD & FACE:** Head and face are symmetric, normocephalic and atraumatic.
**EYES:** Inspection of the conjunctivae and lids reveals no swelling, erythema or discharge. Pupils are round, equal and reactive to light and there is no scleral icterus.
**EARS, NOSE, MOUTH & THROAT:** On inspection, ears and nose are within normal limits. Lips, teeth, and gums appear healthy with good dentition. There is no exposed bone in the jaw. The oropharynx is normal with no erythema, edema, exudate or lesions.
**NECK:** Neck is supple without masses. No thyromegaly or masses.
**PULMONARY:** Normal respiratory effort. Lungs are clear to auscultation bilaterally.
**CARDIOVASCULAR:** On auscultation the heart rate and rhythm are normal. There are no murmurs or rubs. Examination of the extremities shows no significant edema.
**LYMPHATIC:** No cervical lymphadenopathy.
**MUSCULOSKELETAL:** Gait is within normal limits. Digits and nails are without clubbing, cyanosis or pitting. No joint swelling, warmth or tenderness. Inspection and palpation of muscles and soft tissues is normal. Range of motion is within normal limits. Muscle strength is normal. The spine has normal alignment and range of motion,.
**SKIN:** No rash, nodules or sclerodactyly.
**NEUROLOGIC:** Patellar reflexes are 2+ and symmetric.
**PSYCHIATRIC:** Patient's judgment and insight are unimpaired. Patient's mood and affect are normal.

## Assessment

1. Joint pain (719.40) (M25.50)
2. Encounter for medication monitoring (V58.83) (Z51.81)
3. History of psoriasis (V13.3) (Z87.2)
4. Chest pain, midsternal (786.51) (R07.89)
5. Psoriatic arthritis (696.0) (L40.50)
6. Pruritus (698.9) (L29.9)

## Orders

1. Start: Indomethacin 50 MG Oral Capsule; TAKE 1 CAPSULE 3 TIMES DAILY WITH FOOD
2. Angiotensin-Converting Enzyme; Status:Complete; Done: 11Jun2018 12:49PM
3. Antinuclear Antibodies, IFA; Status:Complete; Done: 11Jun2018 12:49PM
4. CBC With Differential/Platelet; Status:Complete; Done: 11Jun2018 12:49PM
5. CCP Antibodies IgG/IgA; Status:Complete; Done: 11Jun2018 12:49PM
6. CMP-COMPREHENSIVE METABOLIC PANEL(14) w/eGFR; Status:Complete; Done: 11Jun2018 12:49PM
7. C-Reactive Protein, Quant; Status:Complete; Done: 11Jun2018 12:49PM
8. dsDNA (nDNA) Scrn by Crithidia; Status:Complete; Done: 11Jun2018 12:49PM
9. Hepatitis Panel (4); Status:Complete; Done: 11Jun2018 12:49PM
10. QuantiFERON TB Gold (In Tube); Status:Active; Requested for:11Jun2018;
11. Rheumatoid Arthritis Factor; Status:Complete; Done: 11Jun2018 12:49PM
12. RNP Antibodies; Status:Complete; Done: 11Jun2018 12:49PM
13. RPR; Status:Complete; Done: 11Jun2018 12:49PM
14. Sedimentation Rate-Westergren; Status:Complete; Done: 11Jun2018 12:49PM
15. Sjogren's Ab, Anti-SS-A/-SS-B; Status:Complete; Done: 11Jun2018 12:49PM
16. Smith Antibodies; Status:Complete; Done: 11Jun2018 12:49PM

17. Vitamin D, 25-Hydroxy; Status:Complete; Done: 11Jun2018 12:49PM
18. Bilirubin, Direct; Status:Complete; Done: 11Jun2018 12:49PM
19. CR Ribs BILAT 3 Vws W PA Chest; Status:Active; Requested for:11Jun2018; Location of Service : Saint Joseph East
20. HIV 4th gen; Status:Complete; Done: 11Jun2018 12:49PM
21. Renew: Methotrexate 2.5 MG Oral Tablet; TAKE 8 TABLET Weekly
22. CR Sacroiliac Jts Min 3 Vws; Status:Active; Requested for:11Jun2018; Location of Service : Saint Joseph East
23. HLA B 27 Disease Association; Status:Active; Requested for:11Jun2018;
24. Stop: Motrin 600 MG TABS (Ibuprofen)

Psoriatic arthritis (696.0) (L40.50)

Chest pain, midsternal (786.51) (R07.89)

### Discussion/Summary

49 y/o WF with hx of psoriasis in the skin , worsening joint pain with hx of swelling and also skin pruritus here for 2 opinion.

Agree that her history sounds inflammatory and I do believe she has Psoriatic arthritis.
-PsA is a seronegative spondyloarthropathy that sometimes can cause mid chest pain due to costochondral inflammation/non cardiac chest pain so I have recommended her a trial of a strong NSAID like Indomethacin 50 mg TID with food.
-I warned her that these NSAID can lead to severe GERD or diarrhea and if she feels 3 times a day its too much she can do it twice a day- she voiced understanding.
-I will order Rheum serologies and labs in preparation for Humira when she willing to try it.
-I will order X-rays of chest and Ribs and SI joints and HLA-B27.
-Will request records from Morberly to review.
-Will order labs to investigate for secondary cause of pruritus and if all normal will defer to PCP that she might need another Dermatological evaluation for possible worsening eczema of the skin.

She will RTC in 4 weeks

### Counseling

The patient was counseled regarding prognosis, risks and benefits of treatment options, instructions for management, patient and family education, importance of compliance with treatment, risk factor reductions and impressions. Total time of encounter was 45 minutes of which greater than 50% was spent counseling and coordinating care.

### 'End of Encounter Meds'

### Signatures

Electronically signed by : Tera Murillo, LPN; Jun 11 2018 10:09AM EST (Co-author)
Electronically signed by : Tera Murillo, LPN; Jun 11 2018 10:37AM EST (Co-author)
Electronically signed by : Tera Murillo, LPN; Jun 11 2018 10:40AM EST (Co-author)
Electronically signed by : Indhira Bisono Jimenez, M.D.; Jun 17 2018 1:52PM EST (Author)

NEW LEXINGTON CLINIC PSC • 1221 S BROADWAY, LEXINGTON KY 40504-2701

**REECE, JAMIE H (id #21591363, dob:**

**Patient**

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 03/26/2018 01:30PM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313878<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Prescription: EGI1 - Member is eligible. | | |

Reviewed by Dr Bryan paperwork upload

**Chief Complaint**

Followup: Psoriatic arthritis

routine pt has not started the humira yet has concerns; pt is still on MTX 4 pills twice weekly

**Patient's Care Team**

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-6007, Fax (859) 278-6867

**Patient's Pharmacies**

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 283-0526, Fax (859) 263-0528

**Vitals**

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 03/26/2018 01:49 pm | **Wt:** | 168 lbs 03/26/2018 01:49 pm | **BMI:** | 26.3 03/26/2018 01:49 pm |
| **BP:** | 86/58 sitting L arm 03/26/2018 01:50 pm | **BP Cuff Size:** | adult 03/26/2018 01:49 pm | **Pulse:** | 82 bpm regular 03/26/2018 01:50 pm |
| **RR:** | 18 03/26/2018 01:49 pm | | | | |

**Allergies**

Reviewed Allergies
LORTAB: itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:16 PM;

**Medications**

**Reviewed Medications**

| | | |
|---|---|---|
| **calcium** | 11/17/17 | entered |
| **Diflucan 150 mg tablet**<br>Take 1 tablet(s) every day by oral route for 3 days. | 01/09/18 | prescribed |
| **estradiol 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 11/17/17 | entered |
| **folic acid 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 03/26/18 | prescribed |
| **Humira 40 mg/0.8 mL subcutaneous syringe kit**<br>inject 0.8 mL every 2 weeks by subcutaneous route.<br>*Internal Note:* approved 12/31/17-4/30/18 | 01/30/18 | prescribed |
| **ketoprofen 75 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 09/08/17 | prescribed |

NEW LEXINGTON CLINIC PSC • 1221 S BROADWAY, LEXINGTON KY 40504-2701

**REECE, JAMIE H (id #21591363, dob:**

| | | |
|---|---|---|
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly | 03/26/18 | prescribed |
| **Motrin 600 mg tablet**<br>Two times a day<br>**Internal Note:** Frequency: bid;Alt Frequency: prn;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008 | 05/20/08 | filled |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM 40 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **predniSONE 5 mg tablet**<br>take one po daily as needed | 01/26/18 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/10/2017)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): Y

## HPI

received humira and didn't start taking it due to the s/e list sent with it; has a new injury from work and may have to have surgery on her shoulder due to fraying; she reports multiple recurring joint pain and tenderness; with hx of psoriasis; right hip pains, stiffness; tenderness; works full time at toyota and is concerned about worsening joint pains; denies cp, sob, rash or fevers and all others are negative

## ROS

NEW LEXINGTON CLINIC PSC • 1221 S BROADWAY, LEXINGTON KY 40504-2701

**REECE, JAMIE H (id #21591363, dob:**

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally and normal tandem gait test.

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Sclerae: non-icteric.

**ENMT:** Ears: no lesions on external ear or hearing loss. Nose: no lesions on external nose and nares patent. Oral Cavity: no mouth or lip ulcers. Oropharynx: moist mucous membranes. Face: no malar erythema.

**Musculoskeletal System:** Joints, Bones, and Muscles: no contractures, malalignment, or bony abnormalities and normal movement of all extremities and tenderness. Extremities: no cyanosis, edema, varicosities, or palpable cord. Knees: no ligamentous instability on examination.

**Neurological Exam:** Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no ulcer, induration, nodules, jaundice, or abnormal nevi,rash and lesion; and good turgor; Mild psoriatic lesions. Nails: normal.

## Assessment / Plan

**1. Psoriatic arthritis -**

prednisone trial improved outcome; no itching, no rash, joint pains improved overall

will initiate methotrexate and folic acid
labs are good
requested and received humira, but she did not start on the meds
feeling improved with mtx and folic acid
L40.50: Arthropathic psoriasis, unspecified

- methotrexate sodium 2.5 mg tablet - take 4 po twice weekly Qty: 32 tablet(s) Refills: 2 Pharmacy: WALMART PHARMACY 3894
- folic acid 1 mg tablet - Take 1 tablet(s) every day by oral route. Qty: 30 tablet(s) Refills: 3 Pharmacy: WALMART PHARMACY 3894

**2. Long term methotrexate user**

Z79.899: Other long term (current) drug therapy

- CBC
- ESR, AUTOMATED
- ALT
- AST
- CREATININE

## Return to Office

- AN-YU CHEN, MD for RECHECK at GASTRO SB on 04/17/2018 at 02:15 PM
- to see SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on or around 06/26/2018
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2018

## Encounter Sign-Off

Encounter signed-off by SUSANNA MOBERLY, APRN, 03/28/2018.

Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 03/28/2018 at 2:35pm

TRANSMISSION VERIFICATION REPORT

TIME : 06/11/2018 10:54
NAME : LC-082-4908
FAX : 859-258-4039
TEL : 859-258-4039
SER.# : BROL4J536821

| | |
|---|---|
| DATE,TIME | 06/11 10:54 |
| FAX NO./NAME | 95297266 |
| DURATION | 00:00:00 |
| PAGE(S) | 00 |
| RESULT | BUSY |
| MODE | STANDARD |

BUSY: BUSY/NO RESPONSE

NEW LEXINGTON CLINIC PSC • 1221 S BROADWAY, LEXINGTON KY 40504-2701

REECE, JAMIE H (Id #21591363, dob:

**Patient**

| | | | |
|---|---|---|---|
| Name | REECE, JAMIE (49yo, F) ID# 21591363 | Appt. Date/Time | 03/28/2018 01:30PM |
| DOB | | Service Dept. | RHEUMATOLOGY SB |
| Provider | SUSANNA MOBERLY, APRN | | |
| Insurance | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP084<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Prescription: ES11 - Member is eligible. | | |

**Chief Complaint**

Followup: Psoriatic arthritis

routine pt has not started the humira yet has concerns; pt is still on MTX 4 pills twice weekly

**Patient's Care Team**

Primary Care Provider: FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867

**Patient's Pharmacies**

WALMART PHARMACY 7258 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4609, Fax (502) 570-4610
WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0528, Fax (859) 263-0528

**Vitals**

| | | | | | |
|---|---|---|---|---|---|
| Ht: | 5 ft 7 in 03/28/2018 01:48 pm | Wt: | 165 lbs 03/28/2018 01:49 pm | BMI: | 25.3 03/28/2018 01:49 pm |
| BP: | 88/58 sitting L arm 03/28/2018 01:50 pm | BP Cuff Size: | adult 03/28/2018 01:49 pm | Pulse: | 82 bpm regular 03/28/2018 01:50 pm |
| RR: | 18 03/28/2018 01:49 pm | | | | |

**Allergies**

Reviewed Allergies

... - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2008 2:48:15 PM;

NEW LEXINGTON CLINIC PSC • 1221 S BROADWAY, LEXINGTON KY 40504-2701

**REECE, JAMIE H (id #21591363, dob:**

**Patient**

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 03/26/2018 01:30PM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313875<br>Policy/Group # : 003320100TEAP084<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Prescription: ESI1 - Member is eligible. | | |

**Chief Complaint**

Followup: Psoriatic arthritis

routine pt has not started the humira yet has concerns; pt is still on MTX 4 pills twice weekly

**Patient's Care Team**

Primary Care Provider: FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867

**Patient's Pharmacies**

WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610
WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0528, Fax (859) 263-0528

**Vitals**

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 03/26/2018 01:49 pm | **Wt:** | 168 lbs 03/26/2018 01:49 pm | **BMI:** | 26.3 03/26/2018 01:49 pm |
| **BP:** | 86/58 sitting L arm 03/26/2018 01:50 pm | **BP Cuff Size:** | adult 03/26/2018 01:49 pm | **Pulse:** | 62 bpm regular 03/26/2018 01:50 pm |
| **RR:** | 18 03/26/2018 01:49 pm | | | | |

**Allergies**

Reviewed Allergies
LORTAB: itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

**Medications**

**Reviewed Medications**

| | | |
|---|---|---|
| **calcium** | 11/17/17 | entered |
| **Diflucan 150 mg tablet**<br>Take 1 tablet(s) every day by oral route for 3 days. | 01/09/18 | prescribed |
| **estradiol 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 11/17/17 | entered |
| **folic acid 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 03/26/18 | prescribed |
| **Humira 40 mg/0.8 mL subcutaneous syringe kit**<br>Inject 0.8 mL every 2 weeks by subcutaneous route.<br>Internal Note: approved 12/31/17-4/30/18 | 01/30/18 | prescribed |
| **ketoprofen 75 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |

NEW LEXINGTON CLINIC PSC • 1221 S BROADWAY, LEXINGTON KY 40504-2701

**REECE, JAMIE H (id #21591363, dob:**

**metHOTREXate sodium 2.5 mg tablet** 03/26/18 prescribed
take 4 po twice weekly

**Motrin 600 mg tablet** 05/20/08 filled
Two times a day
**Internal Note:** Frequency: bid;Alt Frequency: prn;Medication Description: Ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008

**Multi Vitamin** 11/17/17 entered

**NexIUM 40 mg capsule,delayed release** 09/08/17 prescribed
Take 1 capsule(s) every day by oral route.

**predniSONE 5 mg tablet** 01/28/18 prescribed
take one po daily as needed

**Probiotic** 11/17/17 entered

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/10/2017)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): Y

## HPI

received humira and didn't start taking it due to the s/e list sent with it; has a new injury from work and may have to have surgery on her shoulder due to fraying; she reports multiple recurring joint pain and tenderness; with hx of psoriasis; right hip pains, stiffness; tenderness; works full time at toyota and is concerned about worsening joint pains; denies cp, sob, rash or fevers and all others are negative

## ROS

ROS as noted in the HPI

## Physical Exam

Patient is a 49-year-old female.

Constitutional: General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally and normal tandem gait test.

Mental Status: Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

Head: Head: normocephalic and atraumatic.

Eyes: Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Sclerae: non-icteric.

ENMT: Ears: no lesions on external ear or hearing loss. Nose: no lesions on external nose and nares patent. Oral Cavity: no mouth or lip ulcers. Oropharynx: moist mucous membranes. Face: no malar erythema.

Musculoskeletal System: Joints, Bones, and Muscles: no contractures, malalignment, or bony abnormalities and normal movement of all extremities and tenderness. Extremities: no cyanosis, edema, varicosities, or palpable cord. Knees: no ligamentous instability on examination.

Neurological Exam: Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

Skin: Inspection and palpation: no ulcer, induration, nodules, jaundice, or abnormal nevi;rash and lesion; and good turgor; Mild psoriatic lesions. Nails: normal.

## Assessment / Plan

1. Psoriatic arthritis -

prednisone trial improved outcome; no itching, no rash, joint pains improved overall

will initiate methotrexate and folic acid
labs are good
requested and received humira, but she did not start on the meds
feeling improved with mtx and folic acid
L40.50: Arthropathic psoriasis, unspecified

- methotrexate sodium 2.5 mg tablet - take 4 po twice weekly Qty: 32 tablet(s) Refills: 2 Pharmacy: WALMART PHARMACY 3894
- folic acid 1 mg tablet - Take 1 tablet(s) every day by oral route. Qty: 30 tablet(s) Refills: 3 Pharmacy: WALMART PHARMACY 3894

2. Long term methotrexate user
Z79.899: Other long term (current) drug therapy

- CBC
- ESR, AUTOMATED
- ALT
- AST
- CREATININE

## Return to Office

- AN-YU CHEN, MD for RECHECK at GASTRO SB on 04/17/2018 at 02:15 PM
- to see SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on or around 06/26/2018
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by SUSANNA MOBERLY, APRN, 03/26/2018.

Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 03/26/2018 at 2:35pm

# Saint Joseph Rheumatology Associates

211 Fountain Court Suite 220
Lexington,KY 40509
(859) 629-7265

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:** (859) 533-6163
**Work:**

---

## Results

**Lab Accession #** Cerner_E3000029033
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** Saint Joseph East Hospital

**Collected:** 06/11/2018 12:10:00PM
**Resulted:** 06/11/2018 2:27:00PM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**CR Ribs BILAT 3 Vws W PA Chest** **Stage:** **Final**

History chest pain with swelling at sternum, no inj
Pregnancy status
**No
Patient Shielded?
**No

| Test | Result | Units | Flag Reference Range |
|---|---|---|---|
| CR Ribs BILAT 3 Vws W PA Chest 71111 | | | |

SACROILIAC JOINT SERIES

INDICATION: Psoriatic arthritis.

COMPARISON: None.

FINDINGS: AP and oblique views of the sacroiliac joint were obtained. There is no acute osseous abnormality. There are no erosions and there is no ankylosis. No significant osteophytes are identified. No acute soft tissue abnormality is identified.

IMPRESSION: No acute abnormality of the sacroiliac joints.

CHEST WITH BILATERAL RIBS SERIES

INDICATION: Chest pain with swelling at sternum.

COMPARISON: None.

FINDINGS: A PA view of the chest and rib detail films were obtained. The cardiac and mediastinal silhouettes are within normal limits. The lungs are clear. There is no pneumothorax.

**Patient: Reece, Jamie** **EMRN: 6015259**

| Test | Result | Units | Flag Reference Range |
| --- | --- | --- | --- |

Rib detail films reveal no acute rib abnormality.

IMPRESSION: No acute rib abnormality. No acute cardiac or pulmonary disease.

***** Final *****

Dictated by: BUTLER, CARINA L, MD-RAD
Dictated DT/TM: 06/11/2018 12:58 pm
Interpreted and electronically signed by: BUTLER, CARINA L, MD-RAD
Signed DT/TM: 06/11/2018 2:27 pm
Transcribed by: VG

# Saint Joseph Rheumatology Associates

211 Fountain Court Suite 220
Lexington,KY 40509
(859) 629-7265

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

## Results

**Lab Accession #** Cerner_E3000029031
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** Saint Joseph East Hospital

**Collected:** 06/11/2018 12:10:00PM
**Resulted:** 06/11/2018 2:27:00PM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**CR Sacroiliac Jts Min 3 Vws** **Stage:** **Final**

History psoriatic arthritis, joint pain with no inj
Pregnancy status
**No
Patient Shielded?
**No

| Test | Result | Units | Flag Reference Range |
|---|---|---|---|
| CR Sacroiliac Jts Min 3 Vws 72202 | | | |

SACROILIAC JOINT SERIES

INDICATION: Psoriatic arthritis.

COMPARISON: None.

FINDINGS: AP and oblique views of the sacroiliac joint were obtained. There is no acute osseous abnormality. There are no erosions and there is no ankylosis. No significant osteophytes are identified. No acute soft tissue abnormality is identified.

IMPRESSION: No acute abnormality of the sacroiliac joints.

CHEST WITH BILATERAL RIBS SERIES

INDICATION: Chest pain with swelling at sternum.

COMPARISON: None.

FINDINGS: A PA view of the chest and rib detail films were obtained. The cardiac and mediastinal silhouettes are within normal limits. The lungs are clear. There is no pneumothorax.

**Patient: Reece, Jamie** **EMRN: 6015259**

| Test | Result | Units | Flag Reference Range |
|---|---|---|---|

Rib detail films reveal no acute rib abnormality.

IMPRESSION: No acute rib abnormality. No acute cardiac or pulmonary disease.

***** Final *****

Dictated by: BUTLER, CARINA L, MD-RAD
Dictated DT/TM: 06/11/2018 12:58 pm
Interpreted and electronically signed by: BUTLER, CARINA L, MD-RAD
Signed DT/TM: 06/11/2018 2:27 pm
Transcribed by: VG

# Saint Joseph Rheumatology Associates

**211 Fountain Court Suite 220**
**Lexington,KY 40509**
**(859) 629-7265**

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:** (859) 533-6163
**Work:**

## Results

**Lab Accession #** Cerner_E3119519065
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** Saint Joseph East Hospital

**Collected:** 08/21/2018 10:48:00AM
**Resulted:** 08/21/2018 2:32:00PM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**MRI Chest WO W** **Stage:** **Final**

History Costochondral pain, mid sternal chest pain. Per drs order eval for sterno manubrial arthritis.
**No
Contrast Media: Dotarem
Contrast amount in ml's: 20
Contrast Lot #: 17GD640A
Contrast Exp Date: 11-2019

| Test | Result | Units | Flag Reference Range |
|---|---|---|---|
| MRI Chest WO W 71552 | | | |

MRI CHEST WITHOUT AND WITH CONTRAST

HISTORY: Costochondral pain, midsternal pain

FINDINGS: Multiplanar MR imaging of the chest was performed without and with contrast. The chest wall appears intact. There is no evidence of bone marrow edema. The musculature is intact. No soft tissue edema is seen. The sternal manubrial and sternoclavicular joints have an unremarkable MR appearance. No mediastinal or hilar mass is identified. No focal pulmonary abnormality is seen. No area of abnormal contrast enhancement is identified.

IMPRESSION: No focal chest wall abnormality identified.

***** Final *****

Dictated by: KENNEY, CHARLES M, MD-RAD
Dictated DT/TM: 08/21/2018 2:31 pm
Interpreted and electronically signed by: KENNEY, CHARLES M, MD-RAD
Signed DT/TM: 08/21/2018 2:32 pm
Transcribed by: RS

# Saint Joseph Rheumatology Associates

211 Fountain Court Suite 220
Lexington,KY 40509
(859) 629-7265

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:** (859) 533-6163
**Work:**

## Results

**Lab Accession #** LC_2134070085020182018
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** Saint Joseph Hospital, 1 Saint Joseph Drive, , Lexington, KY, 405040000, 8002827300
MD: 1 Saint Joseph Drive
Lexington, KY 405040000

**Collected:** 08/01/2018 10:23:00AM
**Resulted:** 08/01/2018 6:58:00PM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**CBC With Differential/Platelet** **Stage:** **Final**

Is Patient Fasting : Yes.

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| WBC | 4.6 | K/uL | | 4.0-10.0 |
| RBC | 4.06 | Million/uL | | 3.93-5.22 |
| Hemoglobin | 12.9 | g/dL | | 11.2-15.7 |
| Hematocrit | 40.8 | % | | 34.1-44.9 |
| MCV | 100.5 | fL | H | 79.0-94.8 |
| MCH | 31.8 | pg | | 25.6-32.2 |
| MCHC | 31.6 | Gram/dL | L | 32.2-36.5 |
| RDW | 12.9 | % | | 11.6-14.4 |
| Platelets | 333 | K/uL | | 163-369 |
| Neutrophils | 47.4 | % | | 34.0-71.0 |
| Lymphs | 44.6 | % | | 19.3-53.1 |
| Monocytes | 5.4 | % | | 3.0-9.0 |
| Eos | 2.0 | % | | 0.0-7.0 |
| Basos | 0.4 | % | | 0.0-1.5 |
| Neutrophils (Absolute) | 2.18 | K/uL | | 1.56-6.13 |
| Lymphs (Absolute) | 2.05 | x10(3)/uL | | 1.00-3.90 |
| Monocytes(Absolute) | 0.25 | K/uL | | 0.16-1.00 |
| Eos (Absolute) | 0.09 | x10(3)/uL | | 0.00-0.80 |
| Baso (Absolute) | 0.02 | x10(3)/uL | | 0.00-0.10 |
| Immature Granulocytes | 0.20 | % | | 0.00-0.60 |
| Immature Grans (Abs) | 0.01 | x10(3)/uL | | 0.00-0.05 |
| NRBC | 0.00 | | | 0.000-0.012 |

# Saint Joseph Rheumatology Associates

211 Fountain Court Suite 220
Lexington,KY 40509
(859) 629-7265

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:** (
**Work:**

## Results

**Lab Accession #** LC_21340700850201820l8
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** Saint Joseph Hospital, 1 Saint Joseph Drive, , Lexington, KY, 405040000, 8002827300
MD: 1 Saint Joseph Drive
Lexington, KY 405040000

**Collected:** 08/01/2018 10:23:00AM
**Resulted:** 08/01/2018 6:58:00PM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**Sedimentation Rate-Westergren**

**Stage:** **Final**

Is Patient Fasting : Yes.

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Sedimentation Rate-Westergren | 10 | mm/Hr | | 0-20 |

# Saint Joseph Rheumatology Associates

211 Fountain Court Suite 220
Lexington,KY 40509
(859) 629-7265

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:** (859) 533-6163
**Work:**

## Results

**Lab Accession #** LC_2134070085020182018
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** Saint Joseph Hospital, 1 Saint Joseph Drive, , Lexington, KY, 405040000, 8002827300
MD: 1 Saint Joseph Drive
Lexington, KY 405040000

**Collected:** 08/01/2018 10:23:00AM
**Resulted:** 08/01/2018 7:27:00PM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**CMP-COMPREHENSIVE METABOLIC PANEL(14) w/eGFR** **Stage:** Final

Is Patient Fasting : Yes.

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Glucose | 93 | mg/dL | | 74-106 |

Siemens Healthcare Diagnostics has become aware of sulfasalazine and sulfapyridine drug interference in the assays ALT, AST, T4, CKMB, glucose, and ammonia. The probability of misinterpretation of results for the assays is remote and would be limited to scenarios where a patient has taken the drug and had a blood sample drawn before clearance of the drug to a level that does not interfere with laboratory testing. Venipuncture should occur prior to administration of the drug.

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| BUN | 10 | mg/dL | | 7-22 |
| Creatinine | 0.80 | mg/dL | | 0.55-1.02 |
| eGFR If Africn Am | 92 | mL/mn/1.73m2 | | >=60 |

GFR <60 suggests chronic kidney disease, if found over 3 month period.
GFR <15 indicates renal failure.

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| eGFR If NonAfricn Am | 76 | mL/mn/1.73m2 | | >=60 |

GFR <60 suggests chronic kidney disease, if found over 3 month period.
GFR <15 indicates renal failure.

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| BUN/Creatinine Ratio | 12.5 | | | 8.0-20.0 |
| Sodium | 139 | mmol/L | | 136-146 |
| Potassium | 3.9 | mmol/L | | 3.5-5.1 |
| Chloride | 104 | mmol/L | | 102-112 |
| Carbon Dioxide, Total | 28 | mmol/L | | 21-32 |
| Calcium | 9.2 | mg/dL | | 8.5-10.1 |
| Protein, Total | 7.4 | Gram/dL | | 6.4-8.2 |
| Albumin | 4.1 | Gram/dL | | 3.4-5.0 |
| Globulin, Total | 3.3 | Gram/dL | | 1.5-4.5 |
| A/G Ratio | 1.2 | | | 1.1-2.5 |
| Bilirubin, Total | 0.5 | mg/dL | | 0.2-1.3 |

**Patient: Reece, Jamie** **EMRN: 6015259**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Alkaline Phosphatase | 75 | Units/Liter | | 27-136 |
| ALT (SGPT) | 37 | Units/Liter | | 12-78 |

Siemens Healthcare Diagnostics has become aware of sulfasalazine and sulfapyridine drug interference in the assays ALT, AST, T4, CKMB, glucose, and ammonia. The probability of misinterpretation of results for the assays is remote and would be limited to scenarios where a patient has taken the drug and had a blood sample drawn before clearance of the drug to a level that does not interfere with laboratory testing. Venipuncture should occur prior to administration of the drug.

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| AST (SGOT) | 26 | Units/Liter | | 5-37 |

Siemens Healthcare Diagnostics has become aware of sulfasalazine and sulfapyridine drug interference in the assays ALT, AST, T4, CKMB, glucose, and ammonia. The probability of misinterpretation of results for the assays is remote and would be limited to scenarios where a patient has taken the drug and had a blood sample drawn before clearance of the drug to a level that does not interfere with laboratory testing. Venipuncture should occur prior to administration of the drug.

# Saint Joseph Rheumatology Associates

**211 Fountain Court Suite 220**
**Lexington,KY 40509**
**(859) 629-7265**

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

---

## Results

**Lab Accession #** LC_21340700850201820l8
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300
MD: 6370 Wilcox Road
Dublin, OH 430161269

**Collected:** 08/01/2018 10:23:00AM
**Resulted:** 08/02/2018 2:52:00AM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**C-Reactive Protein, Quant**

**Stage:** **Final**

Is Patient Fasting : Yes.

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| C-Reactive Protein, Quant | 0.5 | mg/L | | 0.0-4.9 |

# Saint Joseph Rheumatology Associates

**211 Fountain Court Suite 220**
**Lexington,KY 40509**
**(859) 629-7265**

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

## Results

**Lab Accession #** LC_16230592990201820l8
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300
MD: 6370 Wilcox Road
Dublin, OH 430161269

**Collected:** 06/11/2018 12:54:00PM
**Resulted:** 06/20/2018 5:04:00AM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**QuantiFERON TB Gold (In Tube)**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| QuantiFERON Incubation | | | | |

(Performing Location: LabCorp Lexington, 2201 Regency Road Suite 506-507, , Lexington, KY, 405032335, 8592775341 MD: 2201
Incubated, testing to follow.

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| QuantiFERON TB Gold | Negative | | | Negative |
| QuantiFERON Criteria | | | | |

To be considered positive a specimen should have a TB Ag minus Nil value greater than or equal to 0.35 IU/mL and in addition the TB Ag minus Nil value must be greater than or equal to 25% of the Nil value. There may be insufficient information in these values to differentiate between some negative and some indeterminate test values.

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| QuantiFERON TB Ag Value | 0.03 | IU/mL | | |
| QuantiFERON Nil Value | 0.05 | IU/mL | | |
| QuantiFERON Mitogen Value | >10.00 | IU/mL | | |
| QFT TB Ag minus Nil Value | <0.00 | IU/mL | | |

Interpretation:

The QuantiFERON TB Gold (in Tube) assay is intended for use as an aid in the diagnosis of TB infection. Negative results suggest that there is no TB infection. In patients with high suspicion of exposure, a negative test should be repeated. A positive test indicates infection with Mycobacterium tuberculosis. Among individuals without tuberculosis infection, a positive test may be due to exposure to M. kansasii, M. szulgai or M. marinum. On the Internet, go to cdc.gov/tb for further details.

# Saint Joseph Rheumatology Associates

211 Fountain Court Suite 220
Lexington,KY 40509
(859) 629-7265

| | | | |
|---|---|---|---|
| **Patient:** | Reece, Jamie | **Age/Sex/DOB:** | 50 yrs F |
| | | **EMRN:** | 6015259 |
| | | **OMRN:** | 1668060 |
| | | **Home:** | |
| | | **Work:** | |

## Results

| | | | |
|---|---|---|---|
| **Lab Accession #** | LC_1624882425020182018 | **Collected:** | 06/11/2018 12:49:00PM |
| **Ordering Provider:** | Bisono Jimenez, Indhira | **Resulted:** | 06/12/2018 7:09:00AM |
| **Performing Location:** | LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300<br>MD: 6370 Wilcox Road<br>Dublin, OH 430161269 | **Verified By:** | Bisono Jimenez, Indhira |
| | | **Auto Verify:** | N |

**HIV 4th gen** **Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| HIV Screen 4th Generation wRfx | Non Reactive | | | Non Reactive |

# Saint Joseph Rheumatology Associates

211 Fountain Court Suite 220
Lexington,KY 40509
(859) 629-7265

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F -
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

## Results

**Lab Accession #** LC_16248824250201820l8
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300
MD: 6370 Wilcox Road
Dublin, OH 430161269

**Collected:** 06/11/2018 12:49:00PM
**Resulted:** 06/12/2018 6:45:00AM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**Sedimentation Rate-Westergren**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Sedimentation Rate-Westergren | 8 | mm/hr | | 0-32 |

# Saint Joseph Rheumatology Associates

211 Fountain Court Suite 220
Lexington,KY 40509
(859) 629-7265

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

## Results

**Lab Accession #** LC_16248824250201820l8
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300
MD: 6370 Wilcox Road
Dublin, OH 430161269

**Collected:** 06/11/2018 12:49:00PM
**Resulted:** 06/12/2018 8:12:00AM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**CBC With Differential/Platelet**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| WBC | 8.8 | x10E3/uL | | 3.4-10.8 |
| RBC | 4.04 | x10E6/uL | | 3.77-5.28 |
| Hemoglobin | 12.9 | g/dL | | 11.1-15.9 |
| Hematocrit | 39.8 | % | | 34.0-46.6 |
| MCV | 99 | fL | H | 79-97 |
| MCH | 31.9 | pg | | 26.6-33.0 |
| MCHC | 32.4 | g/dL | | 31.5-35.7 |
| RDW | 15.3 | % | | 12.3-15.4 |
| Platelets | 356 | x10E3/uL | | 150-379 |
| Neutrophils | 73 | % | | Not Estab. |
| Lymphs | 21 | % | | Not Estab. |
| Monocytes | 5 | % | | Not Estab. |
| Eos | 1 | % | | Not Estab. |
| Basos | 0 | % | | Not Estab. |
| Neutrophils (Absolute) | 6.4 | x10E3/uL | | 1.4-7.0 |
| Lymphs (Absolute) | 1.8 | x10E3/uL | | 0.7-3.1 |
| Monocytes(Absolute) | 0.4 | x10E3/uL | | 0.1-0.9 |
| Eos (Absolute) | 0.1 | x10E3/uL | | 0.0-0.4 |
| Baso (Absolute) | 0.0 | x10E3/uL | | 0.0-0.2 |
| Immature Granulocytes | 0 | % | | Not Estab. |
| Immature Grans (Abs) | 0.0 | x10E3/uL | | 0.0-0.1 |

# Saint Joseph Rheumatology Associates

211 Fountain Court Suite 220
Lexington,KY 40509
(859) 629-7265

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

---

## Results

**Lab Accession #** LC_1624882425020182018
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300
MD: 6370 Wilcox Road
Dublin, OH 430161269

**Collected:** 06/11/2018 12:49:00PM
**Resulted:** 06/12/2018 8:03:00AM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**Vitamin D, 25-Hydroxy**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Vitamin D, 25-Hydroxy | 41.1 | ng/mL | | 30.0-100.0 |

Vitamin D deficiency has been defined by the Institute of Medicine and an Endocrine Society practice guideline as a level of serum 25-OH vitamin D less than 20 ng/mL (1,2). The Endocrine Society went on to further define vitamin D insufficiency as a level between 21 and 29 ng/mL (2).

1. IOM (Institute of Medicine). 2010. Dietary reference intakes for calcium and D. Washington DC: The National Academies Press.
2. Holick MF, Binkley NC, Bischoff-Ferrari HA, et al. Evaluation, treatment, and prevention of vitamin D deficiency: an Endocrine Society clinical practice guideline. JCEM. 2011 Jul; 96(7):1911-30.

# Saint Joseph Rheumatology Associates

211 Fountain Court Suite 220
Lexington,KY 40509
(859) 629-7265

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:** (859) 533-6163
**Work:**

## Results

**Lab Accession #** LC_1624882425020182018
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300
MD: 6370 Wilcox Road
Dublin, OH 430161269

**Collected:** 06/11/2018 12:49:00PM
**Resulted:** 06/12/2018 8:50:00AM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**CMP-COMPREHENSIVE METABOLIC PANEL(14) w/eGFR**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Glucose | 91 | mg/dL | | 65-99 |
| BUN | 13 | mg/dL | | 6-24 |
| Creatinine | 0.78 | mg/dL | | 0.57-1.00 |
| eGFR If Africn Am | 103 | mL/min/1.73 | | >59 |
| eGFR If NonAfricn Am | 90 | mL/min/1.73 | | >59 |
| BUN/Creatinine Ratio | 17 | | | 9-23 |
| Sodium | 142 | mmol/L | | 134-144 |
| Potassium | 4.3 | mmol/L | | 3.5-5.2 |
| Chloride | 100 | mmol/L | | 96-106 |
| Carbon Dioxide, Total | 25 | mmol/L | | 20-29 |
| **Please note reference interval change** | | | | |
| Calcium | 9.8 | mg/dL | | 8.7-10.2 |
| Protein, Total | 7.5 | g/dL | | 6.0-8.5 |
| Albumin | 4.6 | g/dL | | 3.5-5.5 |
| Globulin, Total | 2.9 | g/dL | | 1.5-4.5 |
| A/G Ratio | 1.6 | | | 1.2-2.2 |
| Bilirubin, Total | 0.3 | mg/dL | | 0.0-1.2 |
| Alkaline Phosphatase | 76 | IU/L | | 39-117 |
| ALT (SGPT) | 20 | IU/L | | 0-32 |
| AST (SGOT) | 18 | IU/L | | 0-40 |

# Saint Joseph Rheumatology Associates

**211 Fountain Court Suite 220**
**Lexington,KY 40509**
**(859) 629-7265**

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

---

## Results

| | | | |
|---|---|---|---|
| **Lab Accession #** | LC_16248824250201820l8 | **Collected:** | 06/11/2018 12:49:00PM |
| **Ordering Provider:** | Bisono Jimenez, Indhira | **Resulted:** | 06/12/2018 8:50:00AM |
| **Performing Location:** | LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300<br>MD: 6370 Wilcox Road<br>Dublin, OH 430161269 | **Verified By:** | Bisono Jimenez, Indhira |
| | | **Auto Verify:** | N |

**Hepatitis Panel (4)** **Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Hep A Ab, IgM | Negative | | | Negative |
| HBsAg Screen | Negative | | | Negative |
| Hep B Core Ab, IgM | Negative | | | Negative |
| Hep C Virus Ab | <0.1 | s/co ratio | | 0.0-0.9 |

Negative: < 0.8
Indeterminate: 0.8 - 0.9
Positive: > 0.9

The CDC recommends that a positive HCV antibody result be followed up with a HCV Nucleic Acid Amplification test (550713).

# Saint Joseph Rheumatology Associates

211 Fountain Court Suite 220
Lexington,KY 40509
(859) 629-7265

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:** (859) 533-6163
**Work:**

## Results

**Lab Accession #** LC_1624882425020182018
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300
MD: 6370 Wilcox Road
Dublin, OH 430161269

**Collected:** 06/11/2018 12:49:00PM
**Resulted:** 06/12/2018 8:50:00AM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**Bilirubin, Direct**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Bilirubin, Direct | 0.08 | mg/dL | | 0.00-0.40 |

# Saint Joseph Rheumatology Associates

**211 Fountain Court Suite 220**
**Lexington,KY 40509**
**(859) 629-7265**

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

## Results

**Lab Accession #** LC_1624882425020182018
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300
MD: 6370 Wilcox Road
Dublin, OH 430161269

**Collected:** 06/11/2018 12:49:00PM
**Resulted:** 06/12/2018 9:51:00AM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**Rheumatoid Arthritis Factor**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| RA Latex Turbid | <10.0 | IU/mL | | 0.0-13.9 |

# Saint Joseph Rheumatology Associates

211 Fountain Court Suite 220
Lexington,KY 40509
(859) 629-7265

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

## Results

**Lab Accession #** LC_16248824250201820I8
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300
MD: 6370 Wilcox Road
Dublin, OH 430161269

**Collected:** 06/11/2018 12:49:00PM
**Resulted:** 06/12/2018 9:51:00AM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**C-Reactive Protein, Quant**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| C-Reactive Protein, Quant | 1.6 | mg/L | | 0.0-4.9 |

# Saint Joseph Rheumatology Associates

**211 Fountain Court Suite 220**
**Lexington,KY 40509**
**(859) 629-7265**

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

## Results

**Lab Accession #** LC_1624882425020182018
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300
MD: 6370 Wilcox Road
Dublin, OH 430161269

**Collected:** 06/11/2018 12:49:00PM
**Resulted:** 06/12/2018 11:54:00AM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**Sjogren's Ab, Anti-SS-A/-SS-B**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Sjogren's Anti-SS-A | <0.2 | AI | | 0.0-0.9 |
| Sjogren's Anti-SS-B | 0.5 | AI | | 0.0-0.9 |



**Lincoln/Reece 3100**

# Saint Joseph Rheumatology Associates

211 Fountain Court Suite 220
Lexington,KY 40509
(859) 629-7265

| | | | |
|---|---|---|---|
| **Patient:** | Reece, Jamie | **Age/Sex/DOB:** | 50 yrs F |
| | | **EMRN:** | 6015259 |
| | | **OMRN:** | 1668060 |
| | | **Home:** | |
| | | **Work:** | |

## Results

| | | | |
|---|---|---|---|
| **Lab Accession #** | LC_1624882425020182018 | **Collected:** | 06/11/2018 12:49:00PM |
| **Ordering Provider:** | Bisono Jimenez, Indhira | **Resulted:** | 06/12/2018 11:54:00AM |
| **Performing Location:** | LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300<br>MD: 6370 Wilcox Road<br>Dublin, OH 430161269 | **Verified By:** | Bisono Jimenez, Indhira |
| | | **Auto Verify:** | N |

**RNP Antibodies** **Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| RNP Antibodies | <0.2 | AI | | 0.0-0.9 |

# Saint Joseph Rheumatology Associates

211 Fountain Court Suite 220
Lexington,KY 40509
(859) 629-7265

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

## Results

**Lab Accession #** LC_1624882425020182018
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300
MD: 6370 Wilcox Road
Dublin, OH 430161269

**Collected:** 06/11/2018 12:49:00PM
**Resulted:** 06/12/2018 11:54:00AM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**Smith Antibodies**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Smith Antibodies | <0.2 | AI | | 0.0-0.9 |

# Saint Joseph Rheumatology Associates

211 Fountain Court Suite 220
Lexington,KY 40509
(859) 629-7265

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

## Results

**Lab Accession #** LC_16248824250201820 18
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300
MD: 6370 Wilcox Road
Dublin, OH 430161269

**Collected:** 06/11/2018 12:49:00PM
**Resulted:** 06/12/2018 2:34:00PM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**Angiotensin-Converting Enzyme**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| ACE | 28 | U/L | | 14-82 |

# Saint Joseph Rheumatology Associates

211 Fountain Court Suite 220
Lexington,KY 40509
(859) 629-7265

| | | | |
|---|---|---|---|
| **Patient:** | Reece, Jamie | **Age/Sex/DOB:** | 50 yrs F |
| | | **EMRN:** | 6015259 |
| | | **OMRN:** | 1668060 |
| | | **Home:** | |
| | | **Work:** | |

## Results

| | | | |
|---|---|---|---|
| **Lab Accession #** | LC_1624882425020182018 | **Collected:** | 06/11/2018 12:49:00PM |
| **Ordering Provider:** | Bisono Jimenez, Indhira | **Resulted:** | 06/12/2018 4:59:00PM |
| **Performing Location:** | LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300<br>MD: 6370 Wilcox Road<br>Dublin, OH 430161269 | **Verified By:** | Bisono Jimenez, Indhira |
| | | **Auto Verify:** | N |

**Antinuclear Antibodies, IFA** — **Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Antinuclear Antibodies, IFA | Negative | | | |

Negative <1:80
Borderline 1:80
Positive >1:80

# Saint Joseph Rheumatology Associates

211 Fountain Court Suite 220
Lexington,KY 40509
(859) 629-7265

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

## Results

**Lab Accession #** LC_1624882425020182018
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** Immco Diagnostic Inc, 640 Ellicott Street, , Buffalo, NY, 142031245, 8005378378
MD: 640 Ellicott Street
Buffalo, NY 142031245

**Collected:** 06/11/2018 12:49:00PM
**Resulted:** 06/13/2018 2:52:00PM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**dsDNA (nDNA) Scrn by Crithidia**

**Stage:** Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| dsDNA (nDNA) Scrn by Crithidia | <1:10 | titer | | |

Reference Range:
Negative: < 1:10 titer
Positive: => 1:10 titer
Double-stranded DNA (dsDNA) antibodies of the IgG class are an accepted criterion (American College of Rheumatology) for the diagnosis of systemic lupus erythematosus (SLE). DsDNA antibodies detected by Crithidia method is highly specific (over 95%) for SLE. The sensitivity for this method is approximately 70-85% of patients with untreated SLE, and is rarely detectable in other connective tissue diseases. Weakly-positive results caused by low-avidity antibodies to dsDNA are not specific for SLE and can occur in a variety of diseases. The levels of IgG antibodies to dsDNA in serum are known to fluctuate with disease activity in lupus erythematous, often increasing prior to an increase in inflammation and decreasing in response to therapy.
*This test has been developed and performance parameters have been validated by IMMCO Diagnostics, Inc. This test has not been approved by the U.S. Food and Drug Administration (FDA); however, US FDA approval is not required for clinical use. It is not intended that clinical diagnosis and patient management decisions be made using these results alone. This test has been validated using serum samples. The manufacturer has not determined the efficacy of this test when performed on CSF, plasma, joint or pleural fluid specimens. The performance characteristics of this test were determined by IMMCO Diagnostics Inc.

# Saint Joseph Rheumatology Associates

211 Fountain Court Suite 220
Lexington,KY 40509
(859) 629-7265

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

## Results

**Lab Accession #** LC_1624882425020182018
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** LabCorp Burlington
1447 York Court

**Collected:** 06/11/2018 12:49:00PM
**Resulted:** 06/13/2018 9:42:00PM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**CCP Antibodies IgG/IgA**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| CCP Antibodies IgG/IgA | 7 | units | | 0-19 |

Negative <20
Weak positive 20 - 39
Moderate positive 40 - 59
Strong positive >59

# Saint Joseph Rheumatology Associates

211 Fountain Court Suite 220
Lexington,KY 40509
(859) 629-7265

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

---

## Results

**Lab Accession #** LC_1624882425020182018
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** LabCorp Burlington DNA
1447 York Court
Burlington, NC 272153361

**Collected:** 06/11/2018 12:49:00PM
**Resulted:** 06/19/2018 2:57:00PM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**HLA B 27 Disease Association** **Stage:** **Final**

| Test | Result | Units | Flag Reference Range |
|---|---|---|---|
| HLA-B27 | Negative | | |

HLA-B*27 Negative
B27 allele interpretation for all loci based on IMGT/HLA
database version 3.27
This test was developed and its performance characteristics
determined by LabCorp. It has not been cleared or approved
by the Food and Drug Administration.
HLA Lab CLIA ID Number 34D0954530

This test was performed using PCR (Polymerase Chain Reaction)/SSOP (Sequence Specific Oligonucleotide Probes) technique. SBT (Sequence Based Typing) and/or SSP (Sequence Specific Primers) may be used as supplemental methods when necessary. Please contact HLA Customer Service at 1-800-533-1037 if you have any questions.

Director of HLA Laboratory
Dr George C Maha, PhD

Ciox Health
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

ciox HEALTH

# INVOICE

Invoice #: 0258330622
Date: 11/6/2018
Customer #: 1568141

**Ship to:**
DAISY IXEHUALT
LIBERTY LIFE ASSURANCE BOSTON
PO BOX 7209
LONDON, KY 40742-7209

**Bill to:**
DAISY IXEHUALT
LIBERTY LIFE ASSURANCE BOSTON
PO BOX 7209
LONDON, KY 40742-7209

**Records from:**
KENTUCKYONE RHEUMATOLOGY ASSOC
211 FOUNTAIN CT
STE 210
LEXINGTON, KY 40509-2696

**Requested By:** LIBERTY LIFE ASSURANCE BOSTON
**CLAIM NUMBER:** 8356763
**Patient Name:** REECE JAMIE
**DOB:**

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 0.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 50 | 1.00 | 50.00 |
| Shipping | | | 2.89 |
| Subtotal | | | 52.89 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 52.89 |
| Less Payment | | | -52.89 |
| Balance Due | | | 0.00 |

Pay your invoice online at https://paycioxhealth.com/pay/

Terms: Net 30 days

---

Ciox Health
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

Invoice #: 0258330622

Check # ____________

Payment Amount $____________

Get future medical records as soon as they are processed, by signing up for secure electronic delivery.
Register at: edelivery.cioxhealth.com

**Please return stub with payment.**
Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.
Email questions to collections@cioxhealth.com.

MediCopy

| | |
|---|---|
| **To:** | +1 (603) 559-0310 |
| **Company:** | |
| **Fax:** | +1 (603) 559-0310 |
| **Subject:** | |
| **Ref:** | |
| **From:** | Brooke Ladue |
| **Fax:** | +1 (833) 330-0521 |
| **Date:** | 11/08/2018 |
| **Time:** | 11:50:28 AM CST |
| **Pages:** | 16 |
| **Remarks:** | |

MediCopy Services, Inc.
8 City Blvd Suite 400
Nashville, TN 37209

This facsimile transmission contains confidential information, some or all of which may be protected health information as defined by the federal Health Insurance Portability & Accountability Act (HIPAA) Privacy Rule. This transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential, and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission intended recipient), you are hereby notified that any disclosure, dissemination, distribution, or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify MediCopy Services, Inc. by telephone (number listed above) to arrange the return or destruction of this information and all copies.

MediCopy Services, Inc.
PO Box 331787
Nashville TN 37203

MediCopy

PHONE: 866-587-6274 TAX ID 75-3134811

LINCOLN FINANCIAL GROUP - 7209
PO BOX 7209
LONDON KY 40742

| | |
|---|---|
| Invoice # | 12463058 |
| Invoice Date | November 8, 2018 |
| **Balance Due (USD)** | **$39.16** |

| Item | Description | Unit Cost | Quantity | Line Total |
|---|---|---|---|---|
| LEXCL | HEALTH INFORMATION REQUESTED FROM THE LEXINGTON CLINIC/DR. MATTHEW TUTT<br><br>MEDICAL RECORDS FEE | 35.00 | 1 | 35.00 |
| LEXCLMR | HEALTH INFORMATION REQUESTED FROM THE LEXINGTON CLINIC<br><br>MEDICAL RECORDS @ 0.50 PER PAGE | 0.50 | 8 | 4.00 |
| FAX | FAXED RECORDS FROM SECURED DATA LINE (RECORDS ATTACHED) | 0.02 | 8 | 0.16 |
| 10 | IF YOU WISH TO MAKE A CREDIT CARD PAYMENT OVER THE PHONE, THERE WILL BE A $10 CONVENIENCE FEE | 0.00 | 1 | 0.00 |

| | |
|---|---|
| **Total** | **39.16** |
| Amount Paid | 0.00 |
| **Balance Due (USD)** | **$39.16** |

**Terms**
***DUE ON RECEIPT***
NOTICE: A $5.00 LATE FEE WILL BE
ASSESSED TO YOUR INVOICE/ACCOUNT
IF PAYMENT IS NOT RECEIVED WITHIN 30 DAYS.

**Notes**
JAMIE REECE
CLAIM# 8356763
REQ BY: TRACEY SPROUS
PAGES: 8




**Lincoln/Reece 3110**

# PAYMENT STUB

MediCopy Services, Inc.
PO Box 331787
Nashville TN  37203

**To Pay Your Invoice Online**
Go to https://medicopy.freshbooks.com/code and enter the code YDuSP4SCMWAL7A8

| | |
|---|---|
| **Client** | LINCOLN FINANCIAL GROUP - 7209 |
| **Invoice #** | 12463058 |
| **Invoice Date** | November 8, 2018 |
| **Balance Due (USD)** | $39.16 |
| **Amount Enclosed** | |

**Lincoln/Reece 3111**

21591363

Lincoln Financial Group®

Liberty Life Assurance Company of Boston, now a
Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

October 20, 2018

Dr. Matthew P. Tutt, MD
Lexington Clinic
1221 SOUTH BROADWAY
LEXINGTON, KY 40504

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece
Claimant D.O.B.:

Dear Dr. Matthew Tutt

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 12, 2017 through present.

We ask that you provide this information by November 3, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

MediCopy Received 11/16/18

If you have any questions regarding this matter, please contact me

Date Range Requested ____
SSN / DOB Checked ____
Employee ____



MediCopy Scanned ___/___/___

Sincerely,

Tracey Sprous
Disability Claims Case Manager
Phone No.: (855) 508-4895 Ext. 41452
Secure Fax No.: (603) 559-0310

Attachments: 8356763-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.17.2018

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie H. Reece

Name of legal representative, if applicable (print) Theresa Gilbert Relationship Attorney

Signature of claimant or legal representative Jamie H. Reece

Date of Birth: ____ Claim Number: 8356763 Date: 10/8/18

**A copy of this authorization will be considered as valid as the original**

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

- My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
- Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
- Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) Theresa Gilbert Relationship attorney

Signature of claimant or legal representative Jamie Reece

Date of Birth: ________ Claim Number: 8356763 Date: 10/7/18

**A copy of this authorization will be considered as valid as the original.**

*000014*
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
GROUP BENEFITS DISABILITY CLAIMS
P.O. BOX 7209
LONDON, KY 40742-7209

DR MATTHEW TUTT MD
LEXINGTON CLINIC
1221 SOUTH BROADWAY
LEXINGTON KY 40504

*40000001000400000100001401 4*

## Medical Records - CONFIDENTIAL

**TO:**

**Name: REECE, JAMIE H**

**DOB:**

**Date Range: 09/12/2017 to 10/20/2018**

**This document contains the following records of the patient:**
- **Encounters and Procedures**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:21591363-A-13059]

**REECE, JAMIE H (id #21591363, dob:**

# Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 05/14/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 05/14/2018 10:00AM |
| **DOB** | | **Service Dept.** | NEUROSURGERY KOHOP |
| **Provider** | MATTHEW TUTT, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

cervical pain

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**

## Vitals

05/14/2018 10:10 am

| | | |
|---|---|---|
| **Ht:** 5 ft 7 in | **Wt:** 171 lbs | **BMI:** 26.8 |
| **BP:** 120/80 | | |

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **Ativan 0.5 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 30 days. | 05/10/18 | prescribed |
| **calcium** | 11/17/17 | entered |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>take one capsule daily | 05/11/18 | prescribed |
| **estradiol 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 11/17/17 | entered |
| **folic acid 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 03/26/18 | prescribed |
| **ketoprofen 75 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |

| | | |
|---|---|---|
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Motrin 600 mg tablet**<br>Two times a day<br>**Internal Note:** Frequency: bid;Alt Frequency: prn;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008 | 05/20/08 | filled |
| **Multi Vitamin** | 11/17/17 | entered |
| **predniSONE 5 mg tablet**<br>take one po daily as needed | 01/26/18 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Chokes when swallowing - Onset: 04/17/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

GYN History not reviewed (last reviewed 09/10/2017)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/10/2017)

## Past Medical History

Past Medical History not reviewed (last reviewed 04/17/2018)

## HPI

Mrs. Reece is a 49-year-old female who works at Toyota presenting with right-sided neck pain, jaw pain, collarbone pain and radiating pain into her arm in a non-dermatomal distribution. Her pain started at the end of January after changing jobs at Toyota. She denies any specific injury. Her pain has multiple characteristics, is fairly constant, but the arm pain comes and goes. She is seen some relief of her pain with inactivity. She describes right arm numbness and tingling. No weakness. No loss of bowel or bladder control. No difficulty with balance. No visual complaints.
She did physical therapy for 8-10 weeks, 2 times a week at Toyota. She has trialed a TENS unit as well as steroid pack. She has been taking over-the-counter anti-inflammatories for the past 8-10 weeks. She trialed Neurontin, prescribed by Dr. Donegan, with some relief.

## ROS

**Additionally reports:**

**As noted per patient intake sheet and in the HPI. All other systems reviewed and negative.**

## Physical Exam

Patient is a 49-year-old female.

General: NAD, alert &oriented x3
HEENT: normal
PERRL, EOM intact
face symmetric
Motor: grossly intact all extremities
Sensation: intact to light tough bilaterally UE and LE
Reflexes:

Positive Hoffman's bilaterally

2+ upper extremities bilaterally
3+ lower extremities bilaterally
Chest: Clear with no wheezes.
Heart: regular rate and rhythm with no rubs gallops or murmur
Abdomen: soft and nontender GU and rectal: deferred
Extremities: no cyanosis clubbing or edema
Skin: unremarkable

## Assessment / Plan

Mrs. Reece is a 49-year-old female with no significant findings on her cervical MRI. We reviewed her MRI together in my office. She has no significant central stenosis or nerve root compression. She also has an EMG and nerve conduction study performed by Dr. Leung which shows no evidence of cervical radiculopathy or focal nerve compression. There are no neurosurgical options here. However, on examination she does appear to be a bit hyper-reflexive, with a positive Hoffmann's reflex bilaterally. Although it may be artifact, her MRI report does describe some subtle signal change in the spinal cord. I would like her to be evaluated by neurology to rule out an neurologic disorder, such as multiple sclerosis. She may need an MRI of the brain performed.

I had a lengthy conversation with her with regards to my opinion. There are clearly no further considerations with regards to her cervical spine. I explained that her distribution of pain does not correlate with any specific neurologic dermatome. I feel strongly that we must look elsewhere for the cause of her symptoms. She and her husband voiced good understanding of this, but she did seem quite disappointed that I could not give her a clear answer today. I think neurology is appropriate at this point.

Her follow-up with me will be as needed, but I would appreciate receiving the opinion of the neurologist.

**1. Neck pain -**

Minutes spent reviewing images, discussing the diagnosis and coordinating care: 45 min

M54.2: Cervicalgia

## Return to Office

- AN-YU CHEN, MD for RECHECK at GASTRO SB on 06/19/2018 at 02:30 PM
- SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on 06/25/2018 at 01:15 PM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by MATTHEW TUTT, MD, 05/14/2018.

Encounter performed and documented by MATTHEW TUTT, MD
Encounter reviewed & signed by MATTHEW TUTT, MD on 05/14/2018 at 10:48am

REECE, JAMIE 21591363
* 1919399x13059 First Page E-HealthHx

# Lexington Clinic

**Department Information**

Name Jamie Reece DOB: oday's Date 5 /14 /18

Street Address

City State Zip

Home phone ( ) - Cell Email

Occupation Toyota Team Member ☐Retired ☐Disabled

Primary Care Family Pract Ass. Referred by Dr. Donegan - PA

Age 49 Weight 160 lbs Height 5 ft 7 in ☑Right Handed ☐Left Handed

Briefly explain you MAIN SYMPTOM OR PROBLEM: pain in upper right qudrant head/neck /arm /shoulder /hand / also chest

CURRENT MEDICATIONS: prescription and over the counter – list dose and frequency ☐check if list attached

| | |
|---|---|
| 1) nexium - 40mg | 9) |
| 2) ativan - .5 x 2 day | 10) |
| 3) methotrexate | 11) |
| 4) folic acid | 12) |
| 5) | 13) |
| 6) | 14) |
| 7) | 15) |
| 8) | 16) |

ALLERGIES/DRUG REACTIONS: ☐check if list attached

SIGNIFICANT MEDICAL PROBLEMS: circle all that apply or write in specifics

| | |
|---|---|
| High Blood Pressure | Osteoporosis / Osteopenia |
| Heart Attack – date: | Sleep Apnea |
| Cancer – specify: | Fibromyalgia |
| Stroke – date: | Mental Illness – specify: |
| Diabetes Type I / II (circle) | Asthma / Emphysema / COPD / Black Lung (circle) |
| High / Low Thyroid (circle) | Liver Disease – specify: |
| Bleeding Disorder | Kidney Disease / Renal Failure / Dialysis (circle) |
| Gout / Arthritis (circle) Psoriatic Arthritis | AIDs / Immune Disorder (circle) |
| High Cholesterol | Epilepsy – seizure frequency: |
| Deep Vein Thrombosis / Pulmonary Embolism (circle) | Genetic Disorder |
| Other: | |

Revised 2/29/2018

OPERATIONS: list all operations or medical procedures ☐check if list attached

| Procedure | Hospital | Date |
|---|---|---|
| Hysterectomy - Complete 2005 | Dr James | |
| Tonsillectomy 1972 | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

REVIEW OF SYSTEMS: circle any you currently experiencing *considered negative if not marked

| | | | | |
|---|---|---|---|---|
| Headaches | Difficulty with taste/smell | Chest Pain | Nausea | Heartburn |
| ~~Arm or leg weakness~~ | Blurred vision | Irregular heartbeat | Vomiting | Abdominal pain |
| Numbness/tingling | Double vision | Shortness of breath | Fever/chills/night sweats | Constipation |
| Dizziness | Facial pain | Wheezing | Chronic cough | Diarrhea |
| Difficulty walking | Swallowing difficulty | Eye or mouth dryness | Bloody cough | Bowel incontinence |
| Speech difficulty | Hearing difficulty | Stiff or swollen joints | Unintended weight loss | Black or bloody stools |
| Impaired thinking | Ringing in ear | Arm or leg swelling | Weight gain | Increased urination |
| Memory problems | Poor coordination | ~~Chronic fatigue~~ | Loss of appetite | Urinary incontinence |
| Black outs or fainting | Tremors or shaking | Problems sleeping | Increased appetite | Bloody urine |
| Depression | Decreased attention | Sexual dysfunction | Menstrual difficulty | Urinary tract infection |
| Recent infection or illness: | | | | |

SOCIAL HISTORY; please current and past use

| | Never | Quit | Currently use | Amount | # of years total |
|---|---|---|---|---|---|
| Tobacco | ☒ | ☐ | ☐ | packs/day | |
| Alcohol | ☐ | ☐ | ☒ | 1 month drinks/day or week | |
| Recreational drugs | ☒ | ☐ | ☐ | | |
| Comments: | | | | | |

FAMILY HISTORY: circle if common in your family

| | |
|---|---|
| Cancer / Leukemia | Stroke |
| Diabetes | Brain aneurysms |
| High Blood Pressure | Epilepsy |
| Heart Attacks | Back Problems |
| Other: | |

PATIENT SIGNATURE:
x Jamie Reece DATE: 5/13/18

PHYSICIAN SIGNATURE:
[signature]

Revised 7/26/2018

Lexington Clinic

**Department of Neurosurgery**
**Spine Evaluation**

**Please fill in the following so we can understand your problem and treatment course to date.**

**Name** Jamie Reece **Date** 5/13/18

**How long have you experienced symptoms?** end of January

**If known, what caused symptoms?** became apparant at work.

**This relates to...** ☒ worker's compensation ☐ motor vehicle accident ☐ pending legal action

**Rate your usual pain level (circle):** [No Pain] 1 2 3 4 5 6 7 8 9 10 [Worst Imaginable]

**Describe your pain (circle):** (burning) (sharp) (electric) (shooting) (stabbing) (deep ache) (tightness) (spasms)
Can be all

**Pain is (circle)...** (constant) (comes and goes) getting better getting worse

**What activities makes it better?** no activity

**What activities makes it worse?** no use

**(Circle) if you have...** (numbness) (tingling) weakness bladder incontinence bowel incontinence

**What treatments have you undergone (check)?** *Use space provided to briefly describe effects of treatment.*

☒ **Physical therapy:** Name Toyota visits or weeks? 2 a week 8-10 wks
☐ **Chiropractor:** Name visits or weeks?
☐ **Traction:** neck or low back?
☐ **Massage:**
☐ **Ultrasound:**
☒ **TENS units:** @ PT
☒ **Steroid pack:** 1 HS Toyota
☒ **Non-steroidal anti-inflammatories, NSAIDS** (ie: Advil, Alleve) how long? 8-10 wks
☐ **Narcotic pain medications** (ie: Norco, Percocet, Oxycontin) how long?
☒ **Neuromodulating drugs** (ie: Lyrica, (Neurontin)) how long? month
Dr. Donegan PA
☐ **Injections:** # times How long did they relieve the pain?
☐ **Spine surgery:** procedure(s), surgeon(s)?

*See illustration on back.*

Revised 2/28/2018

REECE, JAMIE 1591363
* 1819399y13059 Last Page E-HealthHx

**Please use this diagram to illustrate your pain, numbness or associated symptoms**




Revised 2/28/2018

**From:** TEMALeaves@LibertyMutual.com
**To:**
donna.sutherland@toyota.com;shelly.shrout@toyota.com;judy.lykins@toyota.com
**Subject:** LIBERTY MUTUAL NOTIFICATION: Change in Long Term Disability Status for Jamie Reece 277390 Claim 8356763

This is to notify you that there has been a change in the status of your Team Member's Long Term Disability claim.

**Long Term Disability Information:**

Last Day Worked: 4/14/2018

Date of Disability: Not Applicable

Benefit Begin Date: 10/21/2018

Claim Status: Denied - Pre-Existing Condition

The Team Member has 180 days to appeal this determination. The appeal deadline is 4/10/2019.

If you have further questions, please call Liberty Mutual at (800) 291-0112 ext. 41452 or contact the assigned Case Manager at Tracey.Sprous@lfg.com. Please be sure to reference claim number 8356763.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

| | |
|---|---|
| **To:** | +1 (603) 559-0310 |
| **Company:** | |
| **Fax:** | +1 (603) 559-0310 |
| **Subject:** | |
| **Ref:** | |
| **From:** | Brooke Ladue |
| **Fax:** | +1 (833) 330-0521 |
| **Date:** | 10/29/2018 |
| **Time:** | 09:28:37 AM CST |
| **Pages:** | 15 |
| **Remarks:** | |

MediCopy Services, Inc.
8 City Blvd Suite 400
Nashville, TN 37209

This facsimile transmission contains confidential information, some or all of which may be protected health information as defined by the federal Health Insurance Portability & Accountability Act (HIPAA) Privacy Rule. This transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential, and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission intended recipient), you are hereby notified that any disclosure, dissemination, distribution, or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify MediCopy Services, Inc. by telephone (number listed above) to arrange the return or destruction of this information and all copies.

MediCopy Services, Inc.
PO Box 331787
Nashville TN 37203

PHONE: 866-587-6274 TAX ID 75-3134811

LIBERTY MUTUAL (LONDON KY)
PO BOX 7209
LONDON KY 40742

| | |
|---|---|
| Invoice # | 12460734 |
| Invoice Date | October 29, 2018 |
| **Balance Due (USD)** | **$39.16** |

| Item | Description | Unit Cost | Quantity | Line Total |
|---|---|---|---|---|
| LEXCL | HEALTH INFORMATION REQUESTED FROM THE LEXINGTON CLINIC/DR. ABBAS HAIDER | 35.00 | 1 | 35.00 |
| LEXCLMR | HEALTH INFORMATION REQUESTED FROM THE LEXINGTON CLINIC<br><br>MEDICAL RECORDS @ 0.50 PER PAGE | 0.50 | 8 | 4.00 |
| FAX | FAXED RECORDS FROM SECURED DATA LINE (RECORDS ATTACHED) | 0.02 | 8 | 0.16 |
| 10 | IF YOU WISH TO MAKE A CREDIT CARD PAYMENT OVER THE PHONE, THERE WILL BE A $10 CONVENIENCE FEE | 0.00 | 1 | 0.00 |

| | |
|---|---|
| **Total** | **39.16** |
| Amount Paid | 0.00 |
| **Balance Due (USD)** | **$39.16** |

**Terms**
***DUE ON RECEIPT***
NOTICE: A $5.00 LATE FEE WILL BE
ASSESSED TO YOUR INVOICE/ACCOUNT
IF PAYMENT IS NOT RECEIVED WITHIN 30 DAYS.

**Notes**
JAMIE REECE
CLAIM# 8356763
REQ BY: TRACEY SPROUS
PAGES: 8



# PAYMENT STUB

**To Pay Your Invoice Online**
Go to https://medicopy.freshbooks.com/code and enter the code 3vn2g55992m4MkZj

MediCopy Services, Inc.
PO Box 331787
Nashville TN 37203

| | |
|---|---|
| **Client** | LIBERTY MUTUAL (LONDON KY) |
| **Invoice #** | 12460734 |
| **Invoice Date** | October 29, 2018 |
| **Balance Due (USD)** | $39.16 |
| **Amount Enclosed** | |

**Lincoln/Reece 3128**

2159136 3

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

October 12, 2018

Dr. Abbas Haider
1221 S. BROADWAY
LEXINGTON, KY 40504

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece
Claimant D.O.B.:

Dear Dr. Abbas Haider:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from October 10, 2018 through present.

We ask that you provide this information by October 26, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

**MediCopy Received** 10/25/19

If you have any questions regarding this matter, please contact me.

Date Range Requested ____________
SSN / DOB Checked ____________
Employee ____________



**MediCopy Scanned** ___/___/___

Sincerely,

Tracey Sprous
Disability Claims Case Manager
Phone No.: (855) 508-4895 Ext. 41452
Secure Fax No.: (603) 559-0310

Attachments: 8356763-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.09.2018

DocuSign Envelope ID: 886213AD-ADE9-47B8-98B0-5188D8FEEA4C

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7307

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) self Relationship self

Signature of claimant or legal representative [signature: Jamie Reece]

Date of Birth: ______ Claim Number: 8191808 Date: 6/25/2018

**A copy of this authorization will be considered as valid as the original.**

*002448*

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
GROUP BENEFITS DISABILITY CLAIMS
P.O. BOX 7209
LONDON, KY 40742-7209

DR ABBAS HAIDER
1221 S. BROADWAY
LEXINGTON KY 40504

*4000000100030000010024484448*

## Medical Records - CONFIDENTIAL

**TO:**

**Name: REECE, JAMIE H**

**DOB:**

**Date Range: 10/10/2018 to 10/12/2018**

**This document contains the following records of the patient:**
- **Encounters and Procedures**
- **Lab Results**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:21591363-A-13059]

# Encounters and Procedures

Clinical Encounter Summaries
**Encounter Date: 10/10/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 10/10/2018 08:00AM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SYED HAIDER ABBAS, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

Pt is here today for fup psoriatic arthritis.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 10/10/2018 07:59 am | **Wt:** | 179 lbs 10/10/2018 07:59 am | **BMI:** | 28 10/10/2018 07:59 am |
| **BP:** | 105/80 sitting L arm 10/10/2018 08:01 am | **BP Cuff Size:** | adult 10/10/2018 08:01 am | **Pulse:** | 105 bpm 10/10/2018 08:01 am |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **folic acid** | 07/13/18 | entered |
| **gabapentin 100 mg capsule**<br>1 po qhs can titrate to 3 po qhs based on tolerance | 10/10/18 | prescribed |
| **Humira Pen 40 mg/0.8 mL subcutaneous kit**<br>Inject 0.8 mL every 2 weeks by subcutaneous route. | 10/10/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |

**Probiotic** 11/17/17 entered

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**

## HPI

seen today for the first time, she was followed by susanna moberly and later was followed at rheumatology clinic with KY one at SJE.

Though was not satisfied by the care at KY one rheumatology.

So decided to get an opinion from me.

She in the interval used Humira, but got sick after second dose with feeling sick.

Though since that time, has gone back on Humira and done 2 shots thus far. No side effects since going back on Humira.

she is followed by orthopedics for right shoulder injury and pains, due to repititive motions involving the right arm.

has some swelling in the arm, significant pains at times , with color changes to red and blue.

positive tingling and sweating in the arm.

works in Toyota.

Besides Humira she is on MTX at 8 pills weekly.

## ROS

Patient reports **muscle aches, arthralgias/joint pain, back pain, and swelling in the extremities (upper extremity. )**She reports **paresthesia (right arm.)**. She reports **fatigue**. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no irritation, and no vision change. She reports no pleuritic chest pain, no shortness of breath when walking, no shortness of breath when lying down, and no Raynaud's Phenomenon. She reports no cough, no wheezing, no shortness of breath, and no coughing up blood. She reports no rashes, no ulcers, no loss of hair, no tightening of the skin, and no psoriasis. She reports no depression, no sleep disturbances, no anxiety, and restful sleep.
**ROS as noted in the HPI**

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:** General Appearance: **overweight**.

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Lungs:** Respiration: no dyspnea and good air movement. Percussion: no dullness, flatness, or hyperresonance. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal and CTA except as noted.

**Cardiovascular System:** Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no JVD. Pulses including femoral / pedal: normal throughout.

**Musculoskeletal System:** Joints, Bones, and Muscles: **limited ROM (right arm, with painful limited GH mobility.)**; **no synovitis**
.

**no effusions.** . Extremities: **edema (modest edema through out the arm.)**.

**Skin:** Inspection and palpation: **modest erythema and coolness to touch right arm.**.

## Assessment / Plan

**1. Psoriasis with arthropathy** -

she has chronic psoriatic arthritis, but clinically, her disease looks under excellent control and w/o any disease activity.

No synovitis noted.

No dactylitis or enthesitis noted.

The pains in her right arm are secondary to CRPS type I as stated below.

Her last ESR/CRP are normal.

I would suggest to reduce the MTX dose to 4 pills once weekly, or 10 mg q weekly from 20 mg q weekly.

maintain folic acid 1 mg po qd and maintain Humira 40 mg q 2 weeks.

obtain labs to fu on psoriatic arthritis.

L40.50: Arthropathic psoriasis, unspecified
- ESR, AUTOMATED
- AST
- ALT
- CBC
- C-REACTIVE PROTEIN

**2. Pain in upper limb** - Right -

she has right upper extremity pains.

symptoms going on since January 2018.

Symptoms are suggestive of CRPS- type I.

would arrange for pain clinic evaluation.

maintain the PT.

M79.601: Pain in right arm

**3. Complex regional pain syndrome -**

she has classic symptoms of pains, allodynia, motor component with limited ROM upper arm, sensory component with paresthesia, vasomotor changes with change in skin color from pale, red to blue at times.

Further has edema, with sweating at times.

All these clinical features along with h/o right shoulder and elbow injury due to repititive work at Toyota factor are very typical for the CRPS-type I.

I have discussed this concern with the patient.

Suggested pain management evaluation as this is a long term condition and requires multi disciplinary approach.

Must maintain PT.

Add low dose Gabapentin 100 mg po qhs with titration of dose to her tolerance and benefits.

This is a clinical diagnosis without any definitive test, a 3 phase bone scan can be useful in early phase of the disease process and so is MRI which can show some patch or local osteopenia or bone loss.

I have suggested her to go ahead and do a 3 phase right arm bone scan.

in terms of work, I doubt if she can perform repititive work especially ina factory.

she needs to discuss this with her employer about changing her work description to more of a desk work.

long term pain management and plans would be as per Dr Flinchum in pain management.

M89.00: Algoneurodystrophy, unspecified site

- PAIN MANAGEMENT REFERRAL - Schedule Within: provider's discretion
  Appointment Date: 10/15/2018 Appointment Time: 9:00
- gabapentin 100 mg capsule - 1 po qhs can titrate to 3 po qhs based on tolerance Qty: 90 capsule(s) Refills: 1
  Pharmacy: WALMART PHARMACY 3894 Note to Pharmacy: seen today, for CRPS type I
- NM BONE IMAGING, 3 PHASE - Note to Imaging Facility: limited to the right arm, CRPS- type i ( RSD)

**Discussion Notes**

cc note:

PCP, FP associates.

Dr B Kibler.

Return to Office

- KATHERINE S RODEN, MD for CONSULT at PAIN MEDICINE on 10/15/2018 at 09:00 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 11/12/2018 at 08:45 AM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 11/15/2018 at 09:00 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

Encounter Sign-Off

Encounter signed-off by SYED HAIDER ABBAS, MD, 10/10/2018.

Encounter performed and documented by SYED HAIDER ABBAS, MD
Encounter reviewed & signed by SYED HAIDER ABBAS, MD on 10/10/2018 at 1:03pm

## Lab Results

**REECE, JAMIE H (id #21591363, dob:**

## ESR, AUTOMATED 10/10/2018 (#19567113, Final, 10/10/2018 9:00am)

| | | | |
|---|---|---|---|
| Ordering Provider | SYED HAIDER ABBAS, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | R4100176 | Specimen Source | |
| Specimen Coll. Date | 10/10/2018 09:00 | Result Status | Final |
| Specimen Rec. Date | 10/10/2018 09:05 | Report Status | |
| Specimen Reported Date | 10/10/2018 14:07 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ESR, AUTOMATED | 14 | 0-29 | MM/HR | Normal | Final | |

## RBC MORPHOLOGY 10/10/2018 (#19554809, Final, 10/10/2018 9:00am)

| | | | |
|---|---|---|---|
| Ordering Provider | SYED HAIDER ABBAS, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | R4100176 | Specimen Source | |
| Specimen Coll. Date | 10/10/2018 09:00 | Result Status | Final |
| Specimen Rec. Date | 10/10/2018 09:05 | Report Status | |
| Specimen Reported Date | 10/10/2018 10:38 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| RBC MORPHOLOGY | NORMAL | | | Normal | Final | |
| PLATELET MORPHOLOGY | NORMAL | | | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob: )**

## CBC 10/10/2018 (#19554802, Final, 10/10/2018 9:00am)

| | | | |
|---|---|---|---|
| Ordering Provider | SYED HAIDER ABBAS, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | R4100176 | Specimen Source | |
| Specimen Coll. Date | 10/10/2018 09:00 | Result Status | Final |
| Specimen Rec. Date | 10/10/2018 09:05 | Report Status | |
| Specimen Reported Date | 10/10/2018 10:38 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WHITE BLOOD CELLS | 5.3 | 3.8-10.8 | K/uL | Normal | Final | |
| RED BLOOD CELLS | 4.20 | 3.80-5.20 | M/uL | Normal | Final | |
| HEMOGLOBIN | 13.3 | 12.0-16.0 | G/DL | Normal | Final | |
| HEMATOCRIT | 39.1 | 35.0-47.0 | % | Normal | Final | |
| MCV | 93 | 80-100 | fL | Normal | Final | |
| MCH | 32 | 26-35 | PG | Normal | Final | |
| MCHC | 34 | 32-36 | G/DL | Normal | Final | |
| RDW | 13.4 | 11.0-15.0 | % | Normal | Final | |
| MPV | 7.8 | 6.2-10.5 | fL | Normal | Final | |
| PLATELET COUNT | 271 | 130-400 | K/uL | Normal | Final | |
| NEUTROPHIL,ABSOLUTE | 2.0 | 1.6-8.4 | K/uL | Normal | Final | |
| LYMPHOCYTE,ABSOLUTE | 2.7 | 0.4-5.1 | K/uL | Normal | Final | |
| MONOCYTE,ABSOLUTE | 0.4 | 0.0-1.2 | K/uL | Normal | Final | |
| EOSINOPHIL,ABSOLUTE | 0.1 | 0.0-0.8 | K/uL | Normal | Final | |
| BASOPHIL,ABSOLUTE | 0.0 | 0.0-0.3 | K/uL | Normal | Final | |
| | Smear reviewed to confirm cell morphology. | | | | | |
| **% NEUTROPHILS** | **38.2** | **42.0-78.0** | **%** | **Low** | **Final** | |
| **% LYMPHOCYTES** | **51.0** | **11.0-47.0** | **%** | **High** | **Final** | |
| % MONOCYTES | 8.0 | 0.0-11.0 | % | Normal | Final | |
| % EOSINOPHILS | 2.4 | 0.0-7.0 | % | Normal | Final | |
| % BASOPHILS | 0.4 | 0.0-3.0 | % | Normal | Final | |
| NUCLEATED RED CELLS | 0.1 | 0.0-0.9 | % | Normal | Final | |
| NUCLEATED RBCS, ABSOLUTE | 0.00 | NOT ESTAB. | K/uL | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob: )**

## C-REACTIVE PROTEIN 10/10/2018 (#19550248, Final, 10/10/2018 9:00am)

| | | | |
|---|---|---|---|
| Ordering Provider | SYED HAIDER ABBAS, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | R4100176 | Specimen Source | |
| Specimen Coll. Date | 10/10/2018 09:00 | Result Status | Final |
| Specimen Rec. Date | 10/10/2018 09:08 | Report Status | |
| Specimen Reported Date | 10/10/2018 09:38 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| C REACTIVE PROTEIN | <0.03 | 0.00-0.50 | mg/dL | Normal | Final | |
| | Concentrations of < 1 mg/dL exclude many acute inflammatory diseases but do not specifically exclude inflammatory processes.<br>Elevated concentrations of < 5 mg/dL in acute disease occur in the presence of slight to moderate inflammatory processes.<br>Values > 5 mg/dL indicate high and extensive inflammatory activity. | | | | | |

## AST 10/10/2018 (#19550244, Final, 10/10/2018 9:00am)

| | | | |
|---|---|---|---|
| Ordering Provider | SYED HAIDER ABBAS, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | R4100176 | Specimen Source | |
| Specimen Coll. Date | 10/10/2018 09:00 | Result Status | Final |
| Specimen Rec. Date | 10/10/2018 09:08 | Report Status | |
| Specimen Reported Date | 10/10/2018 09:38 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| **AST** | **37** | **0-32** | **U/L** | **High** | **Final** | |

## ALT 10/10/2018 (#19550240, Final, 10/10/2018 9:00am)

| | |
|---|---|
| Note to Patient | your liver shows inflammation likely from the methotrexate and other medications you take, I want you to hold the methotrexate for next 2 weeks and start back after 2 weeks at 4 pills once weekly.<br><br>All test for the psoriatic arthritis activity are normal, and no activity of psoriatic arthritis noted as expected. |

| | | | |
|---|---|---|---|
| Ordering Provider | SYED HAIDER ABBAS, MD | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | R4100176 | Specimen Source | |
| Specimen Coll. Date | 10/10/2018 09:00 | Result Status | Final |
| Specimen Rec. Date | 10/10/2018 09:08 | Report Status | |
| Specimen Reported Date | 10/10/2018 09:38 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| **ALT** | **35** | **0-33** | **U/L** | **High** | **Final** | |

Lincoln Financial Group®

Liberty Life Assurance Company of Boston, now a
Lincoln Financial Group company
Group Benefits Disability Claims
MT/BT → P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

October 17, 2018

Dr. Indhira Bisono- Jimenez
Kentucky One Health Rheumatology Associates
211 FOUTAIN COURT
SUITE 220
LEXINGTON, KY 40509

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece ← PT
Claimant D.O.B.:

Dear Dr. Indhira Bisono- Jimenez:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 12, 2017 through present.

We ask that you provide this information by October 31, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Daisy Ixehualt
Ltd Claim Assistant
On Behalf Of: Tracey Sprous
Phone No.: (855) 508-4895 Ext. 41452
Secure Fax No.: (603) 559-0310

Attachments: 8356763-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.09.2018

DocuSign Envelope ID: 886213AD-A0E9-47B8-08B0-5188D9FEEA4C

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7307

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

- My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
- Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
- Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) self Relationship self

Signature of claimant or legal representative [signature: Jamie Reece]

Date of Birth: ______ Claim Number: 8191808 Date: 6/25/2018

**A copy of this authorization will be considered as valid as the original.**

Ciox Health
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

# Ciox HEALTH INVOICE

Invoice #: 0258330622
Date: 10/22/2018
Customer #: 1568141

| Ship to: | Bill to: | Records from: |
|---|---|---|
| DAISY IXEHUALT<br>LIBERTY LIFE ASSURANCE BOSTON<br>PO BOX 7209<br>LONDON, KY 40742-7209 | DAISY IXEHUALT<br>LIBERTY LIFE ASSURANCE BOSTON<br>PO BOX 7209<br>LONDON, KY 40742-7209 | KENTUCKYONE RHEUMATOLOGY ASSOC<br>211 FOUNTAIN CT<br>STE 210<br>LEXINGTON, KY 40509-2696 |

**Requested By:** LIBERTY LIFE ASSURANCE BOSTON **CLAIM NUMBER:** 8356763
**Patient Name:** REECE JAMIE **DOB:**

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Your request for copies of medical records has been processed. Full payment in advance is required and must be received within 30 days of the receipt of this invoice, before your copies will be released. Promptly return the bottom portion of this invoice along with a check for the balance due. To expedite the request or to pay by credit card, please call 800-367-1500. | | | |
| **FULL PAYMENT REQUIRED PRIOR TO RELEASE OF RECORDS** | | | |
| Basic Fee | | | 0.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 50 | 1.00 | 50.00 |
| Shipping | | | 2.89 |
| Subtotal | | | 52.89 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 52.89 |
| Balance Due | | | 52.89 |

Pay your Invoice online at https://paycioxhealth.com/pay/

**Please remit this amount : $ 52.89 (USD)**

---

Ciox Health
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

Invoice #: 0258330622

Check # ________________

Payment Amount $____________

Get future medical records as soon as they are processed, by signing up for secure electronic delivery.
Register at: edelivery.cioxhealth.com

**Please return stub with payment.**
Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.
Email questions to collections@cioxhealth.com.

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MS. JAMIE REECE

Liberty Life Assurance Company of Boston, now a
Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

October 29, 2018

Ms. Jamie H. Reece

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763

Dear Ms. Jamie Reece:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Toyota Motor Engineering & Manufacturing North America, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

Based on the information received, your claim has been denied and no benefits are payable.

Toyota Motor Engineering & Manufacturing North America, Inc.'s LTD Policy contains the following exclusion regarding pre-existing conditions:

***Pre-Existing Condition Exclusion***

*This policy will not cover any Disability or Partial Disability:*

1. *which is caused or contributed to by, or results from a Pre-Existing Condition; and*

2. *which begins in the first 12 months immediately after the Covered Person's effective date of coverage.*

***"Pre-Existing Condition"*** *means a condition resulting from an Injury or Sickness for which the Covered Person is diagnosed or received Treatment within three months prior to the Covered Person's effective date of coverage.*

***For Employees who Increase their Coverage Option During an Annual Enrollment:***

*This policy will not cover any increase in amount of coverage for any Disability or Partial Disability:*

1. *which is caused or contributed to by, or results from, a Pre-Existing Condition; and*

*2. which begins in the first 12 months immediately after the Covered Person's effective date of increased coverage.*

***"Pre-Existing Condition"*** *means a condition resulting from an Injury or Sickness for which the Covered Person is diagnosed or received Treatment within three months prior to the Covered Person's effective date of increased coverage.*

Your coverage for LTD benefits under the Policy became effective on December 12, 2017, and your disability occurred on April 15, 2018. Since your date of disability falls within 12 months of your effective date of coverage the Policy requires us to conduct a pre-existing condition investigation. This investigation is part of our overall evaluation of your eligibility for disability benefits. For your claim, the Pre-Existing investigation period we are reviewing is September 12, 2017 through December 11, 2017.

In order to clarify the review of the pre-existing condition investigation, we referred your file to a Nurse Case Manager. The review dated October 29, 2018 is summarized as follows:

*You were seen on 9/14/17 with Doris Adams APRN (Family Practice) for acute bilateral low back pain with left sided sciatica (nerve pain-m54.42). You were seen on 9/18/17 for pulled back, lower back pain. You stated that your back is doing better. No exam. The assessment was alteration in comfort. The 9/18/17 therapy noted you were seen for low back pain. You were seen on 11/17/17 with Susanna Moberly APRN (Rheumatology), seen for new joint stiffness and pain. You reported multiple recurring joint pain and tenderness, history of psoriasis (a condition in which skin cells build up and form scales and itchy, dry patches), right hip pain, stiffness, and tenderness. The assessment was multiple joint pain chronic and recurring joint pain and tenderness with flares more on the right side than on the left and psoriasis with arthropathy (disease of the joints). Medications were anti-inflammatory and steroid. The 11/17/17 labs showed negative ANA, RA normal, sed rate and CRP normal (inflammatory markers). You were referred to Dr. Donagan. You have undergone cervical x-rays, MRI of the right shoulder and EMG. You were seen on 4/12/18 with Debra Schilder, PA-C for right shoulder, right wrist and neck. You reported your right shoulder is still hurting a lot with pain in the right anterior shoulder and above the clavicle as well. The assessment was neck and right shoulder pain, medical epicondylitis of the right elbow, acute right wrist pain and acute right neuritis (nerve inflammation) of the upper extremity. You were seen by Dr. Ryan Donegan (orthopedic), the assessment was shoulder pain without an obvious source. The AP reports that you had an injection that has given you no relief. The AP to refer to either Dr. Sajadi or Dr. Wilkes. The AP reports he has nothing further to add. The restrictions given were no use of the right upper extremity and off work until the next office visit. You were seen by neurology Megan Collett APRN for a consult in regards to cervical radiculopathy and multiple sclerosis evaluation (a disease in which the immune system eats away at the protective covering of nerves). The assessment was CNS demyelination, blurred vision, fatigue and numbness. The APRN indicates further workup is needed. On 6/20/18, MRI of the brain few scattered nonspecific whiter matter changes. You were seen on 8/20/18 with Dr. Keith Applegate, diagnoses of acute pharyngitis (inflammation of the throat) and psoriatic arthritis.*

*Based on medical evidence the disabling diagnoses are psoriatic arthritis (a form of arthritis that affects some people who have the skin condition psoriasis), right shoulder pain, CNS demyelination and fatigue. With the current records, you did treat for the diagnosis of psoriatic arthropathy/psoriatic arthritis between the dates of 9/12/17 through 12/11/17. You were treated by*

*Susan Moberly (Rheumatology) and was treated with prednisone (steroid), methotrexate (immunosuppressive).*

**Summary**

Based on the information above, you have treated for your pre-existing condition of psoriatic arthritis (a form of arthritis that affects some people who have the skin condition psoriasis), right shoulder pain, CNS demyelination and fatigue in the period of September 12, 2017 through December 11, 2017. Therefore, we have determined that your medical condition is pre-existing in nature and we must deny your claim for LTD benefits.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Liberty Life Assurance Company of Boston,
now a Lincoln Financial Group company
Attn: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

All medical records from December 12, 2016 through the present, including therapy notes, office treatment notes, diagnostic test results, and procedure reports from all treating physicians that documents you did not receive treatment for your conditions during the Pre-Existing period.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata’ hane’go shíká a’doowoł nínízingo saad hosíníłį́į’ dóó ná’ookąąh nííní’ą́ągo naaltsoos nííníłtsoozígíí hazho’ó bik’idi’deeshtį́įł nínízingo doo bą́ąh ílínígóó níká a’doowoł éí biniiyé shił hodíílnih áko ákwe’égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tracey Sprous
Disability Claims Case Manager
Phone No.: (855) 508-4895 Ext. 41452
Secure Fax No.: (603) 559-0310

# COVER SHEET FAX

**GILBERT LAW GROUP PLLC**
**177 N. Limestone**
**Lexington, Kentucky 40507**
**Phone: (859)252-0824**
**Fax: (859)259-2931**

**To:** Tracy
**Fax #:** 603 559 0310
**Subject:** Jamie Reece Rx list
**Date:**
**Pages:** 6
**From:**

COMMENTS:

IF YOU DO NOT RECEIVE ALL OF THE PAGES INDICATED ABOVE, OR IF ANY OF THE PAGES ARE NOT LEGIBLE, PLEASE CALL DIONNA AS SOON AS POSSIBLE.

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS BY MAIL. THANK YOU.

M:\Theresa Work\WPDOCS\FORM\FAX.FRM

Store #: 3894
Report Date: 10/15/2018

**Connexus Pharmacy System**
**Wal-Mart Pharmacy10-3894**
**Medical Expense Summary**

**Patient:** REECE,JAMIE,

**Birthdate:**

Below is a list of your Pharmacy Orders for the date range of:12/01/2016 To 10/15/2018

**SUPERCENTER PHARMACY #10-3894,2350 GREY LAG WAY ROAD 2350 GREY LAG WAY RO LEXINGTON KY 40509, LEXINGTON KY-40509**
**NABP Number:1829843 ID: FW0100747 NPI Number :1952466922**

| Date Filled Date Written | Rx Fill ID | Drug Name NDC | Prescriber | Qty Refill # | Days Supply | Dispense As Written | Patient Paid |
|---|---|---|---|---|---|---|---|
| 09/10/2017 09/10/2017 | 7100045 2587285 | CYCLOBENZAPR 10MG TAB 68645-0518-90 | CHISWELL ERIN WILDER | 45 0 | 15 | 0 | $ 4.59 EST |
| 09/10/2017 09/10/2017 | 7100044 2587284 | NAPROXEN DR EC 500MG TAB 00093-1006-01 | CHISWELL ERIN WILDER | 30 0 | 15 | 0 | $ 5.00 EST |
| 09/11/2017 09/11/2017 | 7100366 2588196 | METHYLPRED 4MG PAK 59746-0001-03 | CLICKNER LINDSEY H | 21 0 | 6 | 0 | $ 5.00 EST |
| 09/11/2017 09/11/2017 | 7100365 2588195 | DICLOFENAC 75MG DR TAB 16571-0201-50 | CLICKNER LINDSEY H | 60 0 | 30 | 0 | $ 4.00 EST |
| 01/09/2018 01/09/2018 | 7120147 2654867 | TERCONAZOLE 0.4% CRE 51672-1304-06 | GREENE JOHN FRANK | 45 0 | 7 | 0 | $ 5.00 EST |
| 01/09/2018 01/09/2018 | 7120145 2654862 | FLUCONAZOLE 150MG TAB 55111-0145-12 | GREENE JOHN FRANK | 2 0 | 3 | 0 | $ 1.89 EST |
| 01/26/2018 01/26/2018 | 7123142 2664876 | FOLIC ACID 1MG TAB 58657-0150-10 | MOBERLY SUSANNA LEIGH | 30 0 | 30 | 0 | $ 1.46 EST |
| 01/26/2018 01/26/2018 | 7123141 2664929 | METHOTREXATE 2.5MG TAB 00378-0014-01 | MOBERLY SUSANNA LEIGH | 96 0 | 84 | 0 | $ 5.00 EST |
| 01/26/2018 01/26/2018 | 7123139 2664874 | PredniSONE 5MG TAB 00143-9740-10 | MOBERLY SUSANNA LEIGH | 30 0 | 30 | 0 | $ 3.86 EST |
| 05/24/2018 03/30/2018 | 7141906 2728321 | METHOTREXATE 2.5MG TAB 47335-0235-83 | MOBERLY SUSANNA LEIGH | 96 0 | 84 | 0 | $ 5.00 EST |
| 04/18/2018 04/17/2018 | 7135935 2708756 | ESTRACE VAG 0.1MG/GM CRE 00430-3754-14 | GREENE JOHN FRANK | 43 0 | 90 | 9 | $ 5.00 EST |
| 09/11/2018 04/17/2018 | 7135935 2797302 | ESTRACE VAG 0.1MG/GM CRE 00430-3754-14 | GREENE JOHN FRANK | 43 1 | 90 | 9 | $ 5.00 EST |
| 05/02/2018 05/02/2018 | 7138368 2716322 | HAVRIX 1440UNIT INJ 58160-0826-52 | KHALAGI AYMAN MAHMOUD | 1 0 | 1 | 0 | $ 0.00 EST |

Store #: 3894
Report Date: 10/15/2018

**Connexus Pharmacy System**
**Wal-Mart Pharmacy10-3894**
**Medical Expense Summary**

**Patient:** REECE,JAMIE,

**Birthdate:**

Below is a list of your Pharmacy Orders for the date range of:12/01/2016 To 10/15/2018

**SUPERCENTER PHARMACY #10-3894,2350 GREY LAG WAY ROAD 2350 GREY LAG WAY RO LEXINGTON KY 40509, LEXINGTON KY-40509**
**NABP Number:1829843 ID: FW0100747 NPI Number :1952466922**

| Date Filled Date Written | Rx Fill ID | Drug Name NDC | Prescriber | Qty Refill # | Days Supply | Dispense As Written | Patient Paid |
|---|---|---|---|---|---|---|---|
| 05/10/2018 05/10/2018 | 4456232 2721057 | LORAZEPAM 0.5MG TAB 69315-0904-01 | CHEN AN-YU | 60 0 | 30 | 0 | $ 5.00 ESI |
| 05/29/2018 05/29/2018 | 4456441 2730522 | GABAPENTIN 300MG CAP 67877-0223-10 | DONEGAN RYAN PATRICK | 14 0 | 14 | 0 | $ 0.00 WCP |
| 06/13/2018 06/11/2018 | 7144299 2738442 | INDOMETHACIN 50MG CAP 31722-0543-01 | BISONO INDHIRA | 90 0 | 30 | 0 | $ 5.00 ESI |
| 06/12/2018 06/12/2018 | 4456644 2737935 | ALPRAZolam 1MG TAB 00228-2031-50 | HENKEL MARY HOERTZ | 10 0 | 10 | 0 | $ 1.55 ESI |
| 06/22/2018 06/19/2018 | 4456743 2743582 | LORAZEPAM 0.5MG TAB 69315-0904-01 | CHEN AN-YU | 180 0 | 90 | 0 | $ 5.00 ESI |
| 08/20/2018 08/01/2018 | 7153252 2783162 | METHOTREXATE 2.5MG TAB 47335-0235-83 | BISONO INDHIRA | 96 0 | 84 | 0 | $ 5.00 ESI |
| 08/16/2018 08/16/2018 | 4457513 2780399 | DIAZEPAM 5MG TAB 00172-3926-70 | BISONO INDHIRA | 1 0 | 1 | 0 | $ 0.12 ESI |
| 08/20/2018 08/20/2018 | 7157865 2783119 | FLUCONAZOLE 150MG TAB 55111-0145-12 | APPLEGATE KEITH THOMAS | 1 0 | 7 | 0 | $ 3.42 ESI |
| 08/20/2018 08/20/2018 | 7157867 2783121 | DOXYCYCLINE HYC 100MG TAB 42806-0312-50 | APPLEGATE KEITH THOMAS | 20 0 | 10 | 0 | $ 5.00 ESI |
| 08/20/2018 08/20/2018 | 7157866 2783120 | TERCONAZOLE 0.4% CRE 51672-1304-06 | APPLEGATE KEITH THOMAS | 45 0 | 8 | 0 | $ 5.00 ESI |
| 09/20/2018 09/20/2018 | 7164048 2803717 | ESTRADIOL 1MG TAB 00555-0886-02 | CAMPBELL ELIZABETH SHAWN | 30 0 | 30 | 0 | $ 4.00 ESI |
| 10/10/2018 10/10/2018 | 4458316 2816994 | GABAPENTIN 100MG CAP 65862-0198-99 | ABBAS HAIDER | 90 0 | 30 | 0 | $ 5.00 ESI |
| 10/15/2018 10/15/2018 | 4458362 2820297 | GABAPENTIN 300MG CAP 65862-0199-99 | RODEN KATHERINE SEBASTIAN | 90 0 | 37 | 0 | $ 5.00 ESI |

Store #: 3894
Report Date: 10/15/2018

**Connexus Pharmacy System**
**Wal-Mart Pharmacy10-3894**
**Medical Expense Summary**

**Patient:** REECE,JAMIE,

**Birthdate:**

Below is a list of your Pharmacy Orders for the date range of:12/01/2016 To 10/15/2018

**SUPERCENTER PHARMACY #10-3894,2350 GREY LAG WAY ROAD 2350 GREY LAG WAY RO LEXINGTON KY 40509, LEXINGTON KY-40509**
**NABP Number:1829843 ID: FW0100747 NPI Number :1952466922**

| Date Filled Date Written | Rx Fill ID | Drug Name NDC | Prescriber | Qty Refill # | Days Supply | Dispense As Written | Patient Paid |
|---|---|---|---|---|---|---|---|
| 10/15/2018 10/15/2018 | 7169458 2820296 | BACLOFEN 10MG TAB 00832-1054-15 | RODEN KATHERINE SEBASTIAN | 90 0 | 30 | 0 | $ 5.00 ESI |

**WAL-MART PHARMACY #10-7259,1001 CHERRY BLOSSOM WAY GATE 7 1001 CHERRY BLOSSOM WAY GATE 7 GEORGETOWN KY 40324, LEXINGTON KY-40509**
**NABP Number:1833981 ID: FW4268264 NPI Number :1750717344**

| Date Filled Date Written | Rx Fill ID | Drug Name NDC | Prescriber | Qty Refill # | Days Supply | Dispense As Written | Patient Paid |
|---|---|---|---|---|---|---|---|
| 12/19/2016 05/17/2016 | 6743669 1485641 | ESTRADIOL 1MG TAB 00555-0886-02 | GREENE JOHN F | 30 5 | 30 | 0 | $ 0.00 ESI |
| 01/30/2017 05/17/2016 | 6743669 1504630 | ESTRADIOL 1MG TAB 00555-0886-02 | GREENE JOHN F | 30 6 | 30 | 0 | $ 4.00 ESI |
| 03/07/2017 05/17/2016 | 6743669 1521533 | ESTRADIOL 1MG TAB 00555-0886-02 | GREENE JOHN F | 30 7 | 30 | 0 | $ 4.00 ESI |
| 04/04/2017 05/17/2016 | 6743669 1535654 | ESTRADIOL 1MG TAB 00555-0886-02 | GREENE JOHN F | 30 8 | 30 | 0 | $ 4.00 ESI |
| 05/11/2017 05/17/2016 | 6743669 1552227 | ESTRADIOL 1MG TAB 00555-0886-02 | GREENE JOHN F | 30 9 | 30 | 0 | $ 4.00 ESI |
| 12/21/2016 09/29/2016 | 6757447 1487231 | KETOPROFEN 75MG CAP 00093-3195-01 | CHEN AN-YU | 90 1 | 30 | 0 | $ 0.00 ESI |
| 12/16/2016 09/29/2016 | 6757448 1484966 | ESOMEPRAZOLE DR 40MG CAP 13668-0155-30 | CHEN AN-YU | 90 1 | 90 | 0 | $ 0.00 ESI |
| 04/03/2017 09/29/2016 | 6757448 1534849 | ESOMEPRAZOLE DR 40MG CAP 13668-0155-30 | CHEN AN-YU | 90 2 | 90 | 0 | $ 5.00 ESI |
| 06/29/2017 09/29/2016 | 6757448 1572354 | ESOMEPRA MAG 40MG DR CAP 65862-0784-30 | CHEN AN-YU | 90 3 | 90 | 0 | $ 5.00 ESI |
| 03/07/2017 03/06/2017 | 6783502 1521383 | KETOPROFEN 75MG CAP 00093-3195-01 | CLICKNER LINDSEY H | 30 0 | 10 | 0 | $ 5.00 ESI |
| 03/07/2017 03/06/2017 | 6783503 1521382 | METHYLPRED 4MG PAK 59746-0001-03 | CLICKNER LINDSEY H | 21 0 | 6 | 0 | $ 5.00 ESI |

Store #: 3894
Report Date: 10/15/2018

**Connexus Pharmacy System**
**Wal-Mart Pharmacy10-3894**
**Medical Expense Summary**

**Patient:** REECE,JAMIE,

**Birthdate:**

Below is a list of your Pharmacy Orders for the date range of:12/01/2016 To 10/15/2018

**WAL-MART PHARMACY #10-7259,1001 CHERRY BLOSSOM WAY GATE 7 1001 CHERRY BLOSSOM WAY GATE 7 GEORGETOWN KY 40324, LEXINGTON KY-40509**
**NABP Number:1833981 ID: FW4268264 NPI Number :1750717344**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 05/04/2017 6791628<br>05/03/2017 1548885 | TOPIRAMATE 50MG TAB<br>68382-0139-14 | DENISON LORI GRIFFITH | 120<br>0 | 30 | 0 | $ 5.00 ESI |
| 05/04/2017 8812992<br>05/03/2017 1548887 | LORATADINE-D 24HR TAB<br>00904-5833-48 | DENISON LORI GRIFFITH | 90<br>0 | 90 | 0 | $ 5.00 ESI |
| 05/04/2017 6791629<br>05/03/2017 1548886 | ONDANSETRON 4MG TAB<br>57237-0075-30 | DENISON LORI GRIFFITH | 9<br>0 | 3 | 0 | $ 1.35 ESI |
| 11/28/2017 8812992<br>05/03/2017 1638006 | LORATADINE-D 24HR TAB<br>00904-5833-48 | DENISON LORI GRIFFITH | 90<br>1 | 90 | 0 | $ 5.00 ESI |
| 07/14/2017 6800022<br>07/13/2017 1578507 | ESTRADIOL 1MG TAB<br>00555-0886-02 | GREENE JOHN F | 30<br>0 | 30 | 0 | $ 4.00 ESI |
| 07/14/2017 6800057<br>07/13/2017 1578654 | SUPREP BOWEL PREP SOL<br>52268-0012-01 | CHEN AN-YU | 354<br>0 | 2 | 0 | $ 20.00 ESI |
| 08/18/2017 6801127<br>07/24/2017 1592697 | ESTRADIOL 1MG TAB<br>00555-0886-02 | GREENE JOSEPH WATTS | 90<br>0 | 90 | 0 | $ 5.00 ESI |
| 11/29/2017 6801127<br>07/24/2017 1639007 | ESTRADIOL 1MG TAB<br>00555-0886-02 | GREENE JOSEPH WATTS | 90<br>1 | 90 | 0 | $ 5.00 ESI |
| 08/11/2017 6803456<br>08/10/2017 1589404 | FLUTICASONE 50MCG SPR<br>60432-0264-15 | HOWARD SAMANTHA MARIE | 16<br>0 | 60 | 0 | $ 5.00 ESI |
| 10/05/2017 6806718<br>09/06/2017 1613495 | ESOMEPRA MAG 40MG DR CAP<br>65862-0784-30 | CHEN AN-YU | 90<br>0 | 90 | 0 | $ 5.00 ESI |
| 02/05/2018 6806718<br>09/06/2017 1670830 | ESOMEPRA MAG 40MG DR CAP<br>65862-0784-30 | CHEN AN-YU | 90<br>1 | 90 | 0 | $ 5.00 ESI |
| 11/17/2017 6818874<br>11/17/2017 1634295 | PredniSONE 5MG TAB<br>00143-9740-10 | MOBERLY SUSANNA LEIGH | 42<br>0 | 14 | 0 | $ 5.00 ESI |
| 12/06/2017 6821139<br>12/06/2017 1642278 | FLUZONE QUAD SYR 0.5 17-18 INJ<br>49281-0417-50 | KHAFAGI AYMAN MAHMOUD | 1<br>0 | 1 | 0 | $ 0.00 ESI |
| | | | | 28 | 0 | $ 5.00 ESI |

Store #: 3894
Report Date: 10/15/2018

**Connexus Pharmacy System**
**Wal-Mart Pharmacy10-3894**
**Medical Expense Summary**

**Patient:** REECE,JAMIE.

**Birthdate:**

Below is a list of your Pharmacy Orders for the date range of:12/01/2016 To 10/15/2018

**WAL-MART PHARMACY #10-7259,1001 CHERRY BLOSSOM WAY GATE 7 1001 CHERRY BLOSSOM WAY GATE 7 GEORGETOWN KY 40324, LEXINGTON KY-40509**
**NABP Number:1833981 ID: FW4268264 NPI Number :1750717344**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/21/2017<br>12/20/2017 | 6823477<br>1650235 | METHOTREXATE 2.5MG TAB<br>00378-0014-01 | MOBERLY SUSANNA LEIGH | 24<br>0 | | | |
| 12/21/2017<br>12/20/2017 | 6823476<br>1650234 | FOLIC ACID 1MG TAB<br>58657-0150-10 | MOBERLY SUSANNA LEIGH | 30<br>0 | 30 | 0 | $ 0.97 ESI |
| 12/21/2017<br>12/20/2017 | 6823475<br>1650233 | PrednISONE 5MG TAB<br>00143-9740-10 | MOBERLY SUSANNA LEIGH | 30<br>0 | 30 | 0 | $ 1.86 ESI |
| 02/23/2018<br>02/22/2018 | 6832062<br>1679362 | METHYLPRED 4MG PAK<br>59746-0001-03 | SCHILDER DEBRA L | 21<br>0 | 6 | 0 | $ 0.00 WCP |
| 02/23/2018<br>02/22/2018 | 6832063<br>1679356 | METHOCARBAM 750MG TAB<br>00143-1292-01 | SCHILDER DEBRA L | 15<br>0 | 15 | 0 | $ 0.00 WCP |
| 03/26/2018<br>03/19/2018 | 6835857<br>1693261 | FOLIC ACID 1MG TAB<br>58657-0150-10 | MOBERLY SUSANNA LEIGH | 90<br>0 | 90 | 0 | $ 4.37 ESI |
| 03/29/2018<br>03/26/2018 | 6836386<br>1695090 | METHOTREXATE2.5MG TAB<br>47335-0235-83 | MOBERLY SUSANNA LEIGH | 32<br>0 | 29 | 0 | $ 5.00 ESI |
| 03/30/2018<br>03/29/2018 | 6836542<br>1695489 | CYCLOBENZAPR 10MG TAB<br>68645-0518-90 | SCHILDER DEBRA L | 15<br>0 | 15 | 0 | $ 2.36 ESI |
| 04/04/2018<br>04/04/2018 | 4417704<br>1697714 | GABAPENTIN 300MG CAP<br>53746-0102-05 | HUFF WALLACE L | 14<br>0 | 14 | 0 | $ 5.00 ESI |
| 04/09/2018<br>04/09/2018 | 6837550<br>1699310 | FLUCONAZOLE 150MG TAB<br>55111-0145-12 | COOPER KIRSTEN LEA | 2<br>0 | 6 | 0 | $ 2.84 ESI |

Report Date :10/15/2018
Attested To By : [signature] Registered Pharmacist

**Total: $ 238.64**

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

DR MATTHEW TUTT MD
LEXINGTON CLINIC
1221 SOUTH BROADWAY
LEXINGTON KY 40504

Lincoln Financial Group®

Liberty Life Assurance Company of Boston, now a
Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

October 20, 2018

Dr. Matthew P. Tutt, MD
Lexington Clinic
1221 SOUTH BROADWAY
LEXINGTON, KY 40504

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece
Claimant D.O.B.:

Dear Dr. Matthew Tutt:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 12, 2017 through present.

We ask that you provide this information by November 3, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tracey Sprous
Disability Claims Case Manager
Phone No.: (855) 508-4895 Ext. 41452
Secure Fax No.: (603) 559-0310

Attachments: 8356763-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.17.2018

5M290180131

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie H. Reece

Name of legal representative, if applicable (print) Theresa Gilbert Relationship Attorney

Signature of claimant or legal representative Jamie H. Reece

Date of Birth: ______ Claim Number: 8356763 Date: 10/8/19

**A copy of this authorization will be considered as valid as the original**

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) Theresa Gilbert Relationship attorney

Signature of claimant or legal representative Jamie Reece

Date of Birth: _ ____ Claim Number: 8356763 Date: 10/7/18

**A copy of this authorization will be considered as valid as the original.**

REECE, JAMIE 09/22/68 #21591363

* 91142522w13059 A-Consent

## Authorization for the Release of Medical Records
## Lexington Clinic / MediCopy

**1) TELL US ABOUT THE PATIENT**

| | | | |
|---|---|---|---|
| Name: **JAMIE REECE** | DOB: | SSN: | MRN: |
| Address: | | | |
| City: | State: | Zip: | |
| Phone: ( | Email: | | |

**2) WHERE AND HOW ARE WE SENDING THE RECORDS? (PLEASE COMPLETE DELIVERY OPTION A, B OR C)**

| | | |
|---|---|---|
| Sent To: | Phone # of Requestor: | |
| a. Mail to Address: | | |
| City: | State: | Zip: |
| (b) Email (Via secure portal through Medi-Copy Inc.): | | |
| c. Fax to (Healthcare Providers Only): | **PLEASE CHOOSE ONLY ONE OPTION (A, B OR C)** | |

**3) WHAT INFORMATION WOULD YOU LIKE RELEASED?**

☐Provider(s) Rheumotology, PT, Kibler, Mobery, Abiss ☐All Clinic Providers

☐Include Associate Practices (List Here)__________

☐Records covering period of time: 12/2016 to current ☐All dates of treatment

☐Records regarding treatment for the following condition(s) or injury(ies):__________

☐Ambulatory Surgery Center Records (Check here if requesting Operative Report only☐)

☐Labs/Path Only ☐Radiology Reports Only ☐Office Notes Only ☐ Immunization Records ☐Other ________

☐Records including mental health, HIV, and/or substance abuse records (cross out any item you do not authorize disclosure.)

**4) PURPOSE OF DISCLOSURE**

☐Personal Use ☐Transfer/Community of Care ☐Litigation/Legal ☐Other

**5) FEE SCHEDULE (IF APPLICABLE, MEDI-COPY WILL INVOICE YOU. PLEASE DO NOT SEND PAYMENT TO LEXINGTON CLINIC.)**

- Per KRS 422.317, patients are entitled to the first copy of their medical records free of charge. Each additional copy shall be $1.00 per page.
- Records on CD $6.50 **(Please do not send payment to Lexington Clinic. You will be invoiced by our vendor.)**
- Records transferred directly to another healthcare entity are free of charge.

☐ I hereby agree to fees listed above and understand fees are non-refundable once services are rendered. Payment is due on receipt of invoice and payments received after 30 days are subject to $5.00 late fee. ***There is no additional charge for records emailed, faxed or picked up at facility.**

**6) PATIENT'S SIGNATURE**

I understand this is the minimum amount of information necessary for the purpose described above. No other information will be disclosed. I understand I have the right to revoke this authorization, in writing, at any time, by sending such notification to the Director of Health information at the address noted on this form. I understand my revocation is not effective to the extent that the persons I have authorized to use and/or disclose my protected health information have acted in reliance upon this authorization. I understand Lexington Clinic may not condition my treatment or payment on whether I choose to sign this authorization. I understand information used/disclose pursuant to this authorization may be subject to re-disclosure by the recipient and no longer protected by federal laws and regulations regarding the privacy of my protected health information. I understand this authorization expires in 1 year from date of signature unless a specific date/event is listed __________. I understand I will receive a copy of this authorization. I understand this authorization must be filled out in its entirely to ensure timely release of my information. **I UNDERSTAND THAT FOR MY PROTECTION FAXED AUTHORIZATIONS WILL NOT BE ACCEPTED.**

| | |
|---|---|
| Signature of Patient or Authorized Person: Jamie Reece | Date: 10/15/18 |
| Authorized Person's Relationship: | Reason Patient Unable to sign (If applicable): |

**LC Employees: This authorization does not permit usage of our computer systems to access your / a family member's PHI.**

**Lexington Clinic Release of Information • 1221 South Broadway • Lexington, KY 40504**
**P (866) 587-6274 or (859) 258-4837 • F (888) 830-1191**

MediCopy Received 10/15/18
Date Range Requested
Employee

**MediCopy Scanned 10 / 15 / 18**

# Medical Records - CONFIDENTIAL

**FROM:** KY - Lexington Clinic
Jerome C
LEXINGTON, KY 40504-2701
Fax: (859) 258-4915

**TO:**

## Name: REECE, JAMIE H

## DOB:

## Date Range: to 10/15/2018

**This document contains the following records of the patient:**

- **Encounters and Procedures**
- **Clinical Documents**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:21591363-A-13059]

# Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 10/10/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 10/10/2018 08:00AM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SYED HAIDER ABBAS, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

Pt is here today for fup psoriatic arthritis.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 10/10/2018 07:59 am | **Wt:** | 179 lbs 10/10/2018 07:59 am | **BMI:** | 28 10/10/2018 07:59 am |
| **BP:** | 105/80 sitting L arm 10/10/2018 08:01 am | **BP Cuff Size:** | adult 10/10/2018 08:01 am | **Pulse:** | 105 bpm 10/10/2018 08:01 am |

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **folic acid** | 07/13/18 | entered |
| **gabapentin 100 mg capsule**<br>1 po qhs can titrate to 3 po qhs based on tolerance | 10/10/18 | prescribed |
| **Humira Pen 40 mg/0.8 mL subcutaneous kit**<br>Inject 0.8 mL every 2 weeks by subcutaneous route. | 10/10/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |

| | | |
|---|---|---|
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**

## HPI

seen today for the first time, she was followed by susanna moberly and later was followed at rheumatology clinic with KY one at SJE.

Though was not satisfied by the care at KY one rheumatology.

So decided to get an opinion from me.

She in the interval used Humira, but got sick after second dose with feeling sick.

Though since that time, has gone back on Humira and done 2 shots thus far. No side effects since going back on Humira.

she is followed by orthopedics for right shoulder injury and pains, due to repititive motions involving the right arm.

has some swelling in the arm, significant pains at times , with color changes to red and blue.

positive tingling and sweating in the arm.

works in Toyota.

Besides Humira she is on MTX at 8 pills weekly.

## ROS

Patient reports **muscle aches, arthralgias/joint pain, back pain, and swelling in the extremities (upper extremity. )** She reports **paresthesia (right arm.)**. She reports **fatigue**. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no irritation, and no vision change. She reports no pleuritic chest pain, no shortness of breath when walking, no shortness of breath when lying down, and no Raynaud's Phenomenon. She reports no cough, no wheezing, no shortness of breath, and no coughing up blood. She reports no rashes, no ulcers, no loss of hair, no tightening of the skin, and no psoriasis. She reports no depression, no sleep disturbances, no anxiety, and restful sleep.
**ROS as noted in the HPI**

## Physical Exam

Patient is a 50-year-old female.

**Constitutional:** General Appearance: **overweight**.

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Lungs:** Respiration: no dyspnea and good air movement. Percussion: no dullness, flatness, or hyperresonance. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal and CTA except as noted.

**Cardiovascular System:** Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no JVD. Pulses including femoral / pedal: normal throughout.

**Musculoskeletal System:** Joints, Bones, and Muscles: **limited ROM** (**right arm, with painful limited GH mobility.** ); **no synovitis .**
**no effusions.** . Extremities: **edema** (**modest edema through out the arm.**).

**Skin:** Inspection and palpation: **modest erythema and coolness to touch right arm.**.

## Assessment / Plan

**1. Psoriasis with arthropathy** -

she has chronic psoriatic arthritis, but clinically, her disease looks under excellent control and w/o any disease activity.

No synovitis noted.

No dactylitis or enthesitis noted.

The pains in her right arm are secondary to CRPS type I as stated below.

Her last ESR/CRP are normal.

I would suggest to reduce the MTX dose to 4 pills once weekly, or 10 mg q weekly from 20 mg q weekly.

maintain folic acid 1 mg po qd and maintain Humira 40 mg q 2 weeks.

obtain labs to fu on psoriatic arthritis.

L40.50: Arthropathic psoriasis, unspecified
- ESR, AUTOMATED
- AST
- ALT
- CBC
- C-REACTIVE PROTEIN

**2. Pain in upper limb** - Right -

she has right upper extremity pains.

symptoms going on since January 2018.

Symptoms are suggestive of CRPS- type I.

would arrange for pain clinic evaluation.

maintain the PT.

M79.601: Pain in right arm

**3. Complex regional pain syndrome -**

she has classic symptoms of pains, allodynia, motor component with limited ROM upper arm, sensory component with paresthesia, vasomotor changes with change in skin color from pale, red to blue at times.

Further has edema, with sweating at times.

All these clinical features along with h/o right shoulder and elbow injury due to repititive work at Toyota factor are very typical for the CRPS-type I.

I have discussed this concern with the patient.

Suggested pain management evaluation as this is a long term condition and requires multi disciplinary approach.

Must maintain PT.

Add low dose Gabapentin 100 mg po qhs with titration of dose to her tolerance and benefits.

This is a clinical diagnosis without any definitive test, a 3 phase bone scan can be useful in early phase of the disease process and so is MRI which can show some patch or local osteopenia or bone loss.

I have suggested her to go ahead and do a 3 phase right arm bone scan.

in terms of work, I doubt if she can perform repititive work especially ina factory.

she needs to discuss this with her employer about changing her work description to more of a desk work.

long term pain management and plans would be as per Dr Flinchum in pain management.

M89.00: Algoneurodystrophy, unspecified site

- PAIN MANAGEMENT REFERRAL - Schedule Within: provider's discretion
  Appointment Date: 10/15/2018 Appointment Time: 9:00
- gabapentin 100 mg capsule - 1 po qhs can titrate to 3 po qhs based on tolerance Qty: 90 capsule(s) Refills: 1
  Pharmacy: WALMART PHARMACY 3894 Note to Pharmacy: seen today, for CRPS type I
- NM BONE IMAGING, 3 PHASE - Note to Imaging Facility: limited to the right arm, CRPS- type i ( RSD)

**Discussion Notes**

cc note:

PCP, FP associates.

Dr B Kibler.

## Return to Office

- KATHERINE S RODEN, MD for CONSULT at PAIN MEDICINE on 10/15/2018 at 09:00 AM
- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 11/12/2018 at 08:45 AM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 11/15/2018 at 09:00 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by SYED HAIDER ABBAS, MD, 10/10/2018.

Encounter performed and documented by SYED HAIDER ABBAS, MD
Encounter reviewed & signed by SYED HAIDER ABBAS, MD on 10/10/2018 at 1:03pm

**Encounter Date: 10/05/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (50yo, F) ID# 21591363 | **Appt. Date/Time** | 10/05/2018 11:00AM |
| **DOB** | | **Service Dept.** | PHYSICAL THERAPY PICADOME |
| **Provider** | DANIEL M ROUSE, PT, DPT | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675 | | |

**REECE, JAMIE H (id #21591363, dob: )**

Policy/Group # : 003320100TEAP064
PCP : FAMILY PRACTICE ASSOCIATES
Employer Name : TOYOTA
Med Worker's Comp: MSMM
Referring Provider Name : DONEGAN, RYAN P
Employer Name : KELLY SERVICES
Case # : SA211932PVY
Case Injury Date : 01/30/2018
Prescription: ESI1 - Member is eligible. details

## Chief Complaint

Followup: Shoulder pain
Followup: Incoordination
Followup: Scapulalgia
Followup: Shoulder girdle weakness

## Physical Therapy Episodes

Episode: R Scapula

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 09/07/2018)
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Medications not reviewed (last reviewed 09/07/2018)

| | | |
|---|---|---|
| **folic acid** | 07/13/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017

- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 09/07/2018)

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Social History not reviewed (last reviewed 09/07/2018)
Smoking Status: Never

## Surgical History

Surgical History not reviewed (last reviewed 09/07/2018)

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Past Medical History not reviewed (last reviewed 09/07/2018)
Allergies/Hayfever: **Y**
Headaches: **Y**

## HPI

Pt reports minimal to no change in RUE symptoms since last visit. She continues to have swelling in R distal forearm and elbow. Her primary complaint has been R lateral wrist and R thumb. She denies numbness in R wrist and thumb, but occasional painful tingling. She has noticed return of symptoms in R clavicle, R GH joint.

Numeric Pain Scale:

Pre R clavicle 4/10 R wrist thumb 4/10

Post R clavicle 4/10 R wrist thumb 4/10

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 50-year-old female.

R SH AROM: FF 170 deg AB 170 deg ER 85 deg IR T8

ER at 90 deg AB not assessed

IR at 90 deg AB not assessed

anterior tilt and scapular end range

ER at 90 deg AB not assessed; IR at 90 deg AB not assessed

Observation: R scapula at rest elevated and anteriorly tilted

anterior tilt end range elevation

Mild TTP R upper trapezius, R pec minor insertion at coracoid process

Thoracic Spine Mobility: T2-T8 mod hypomobility; mild TTP T2, T5

MMT: R SH Flex 4+/5, Abd 4+/5, IR 5/5, ER 4/5, SA 4-/5, Lat 4-/5, rhomboids 4-/5, MT 4-/5 LT 3/5

Applied hot pack to R upper trap/R shoulder for 10 minutes prior to TE

## Exercise Flowsheet

| Exercise | 08/24/2018 | 09/07/2018 | 09/21/2018 | 10/05/2018 |
|---|---|---|---|---|
| Seated Thoracic Extension | x10 :05 | hold | hold | hold |
| Chin tuck | seated thoracic extension x10 | hold | hold | hold |
| Low row | x12 seated isometric | x8 purple | x10 isometric | x10 isometric |
| Seated Table Slide | elevated x10 oblique with YTB; x10 forward; x10 3lb oblique | hold | table slides forward/oblique x10 | table slides forward/oblique x10 |
| Pec stretch | x2 :30 AB/supinated | x2 :30 AB/supinated | supine hands clasped x10B | supine hands clasped FF x10B |
| chest row | | x8 red | hold | shoulder slides x10 FF/SC |
| Lateral Fencer | | x8 red | hold | hold |
| low clean | | x10 seated GSB 3# | hold | hold |
| Lawnmower Pull | | x10 3# | hold | hold |

## Procedure Documentation

**PT Therapeutic Exercise:** 30 minutes

The patient performed therapeutic exercise per exercise log.

## Assessment / Plan

Pt displays no change in R shoulder AROM, R shoulder strength and R scapular kinematics since last assessed. However, she appears to have sustained and remain in an arthritic flare up with referred into R forearm, wrist and hand. Modified her HEP last session to avoid further stressing her RUE and she subjectively reports minimal to no change in symptoms. She is scheduled to see Dr. Abbas with rheumatology next week and plan to await further instruction from MD. She has achieved short term goals 1 4 5 and no other goals at this time.

STG: In 6 weeks, patient will:

1) Display independence with HEP and verbalize compliance as written MET

2) Display Right Shoulder ROM: ER at 90 deg AB 90 deg; IR at 90 deg AB 50 deg NOT MET

3) Display Right Shoulder MMT: Flex 5/5, Abd 5/5, IR 5/5, ER 5/5, SA 4/5, Lat 4/5, rhomboids 4/5, MT 4/5 LT 4-/5 NOT MET

4) Display appropriate scapular kinematics to 90deg elevation MET

5) Display appropriate GH jt mobility within available ROM MET

LTG: In 12 weeks, Patient will:

1) Discharge independent with HEP and Self-Management skills NOT MET

2) Display R shoulder and scapular MMT: SA 4+/5, Lat 4+/5, rhomboids 4+/5, MT 4+/5 LT 4/5 NOT MET

3) Return to Recreational Activities with modifications NOT MET

4) Return to Activities of Daily Living with modifications NOT MET

5) Display improved flexibility of R upper trapezius, R scalenes and R pec minor to minimal tightness NOT MET

6) Display appropriate ST and GH kinematics with active and resisted elevation within available ROM NOT MET

**1. Shoulder pain**
M25.511: Pain in right shoulder

**2. Incoordination**
R27.9: Unspecified lack of coordination

**3. Scapulalgia**
M89.8X1: Other specified disorders of bone, shoulder

**4. Shoulder girdle weakness**
M99.07: Segmental and somatic dysfunction of upper extremity

## Return to Office

- SYED HAIDER ABBAS, MD for RECHECK at RHEUMATOLOGY SB on 10/10/2018 at 08:00 AM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 11/15/2018 at 09:00 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by DANIEL M ROUSE, PT, DPT, 10/05/2018.

Encounter performed and documented by DANIEL M ROUSE, PT, DPT
Encounter reviewed & signed by DANIEL M ROUSE, PT, DPT on 10/05/2018 at 11:58am

**Encounter Date: 09/21/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 09/21/2018 10:00AM |
| **DOB** | | **Service Dept.** | PHYSICAL THERAPY PICADOME |
| **Provider** | DANIEL M ROUSE, PT, DPT | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

Followup: Shoulder pain
Followup: Incoordination
Followup: Scapulalgia
Followup: Shoulder girdle weakness

## Physical Therapy Episodes

Episode: R Scapula

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-**

**0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 09/07/2018)

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Medications not reviewed (last reviewed 09/07/2018)

| | | |
|---|---|---|
| **folic acid** | 07/13/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 09/07/2018)

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Social History not reviewed (last reviewed 09/07/2018)
Smoking Status: Never smoker

## Surgical History

Surgical History not reviewed (last reviewed 09/07/2018)

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Past Medical History not reviewed (last reviewed 09/07/2018)
Allergies/Hayfever: **Y**
Headaches: **Y**

## HPI

Pt contacted therapist earlier this week 9/17/18 due to increase in swelling in R wrist and R elbow with attempting to progress HEP. Instructed her to discontinue HEP and to contact rheumatologist. She visited rheumatologist 9/17/18 and discussed adverse reaction to humira such as difficulty sleeping, upper respiratory infection and multiple joint pain.

She reports today she has R shoulder anterior joint line pain, R upper trapezius pain and return to radiating pain down to R lateral wrist. Also complains of numbness R thumb. She has attempted to use heat for pain management.

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

R SH AROM: FF 170 deg AB 170 deg ER 90 deg IR T8

ER at 90 deg AB not assessed; IR at 90 deg AB not assessed

scapular elevation end range elevation; prominent inferior angle returning to neutral

No change in symptoms with R shoulder movements

Mod TTP R upper trapezius, R pec minor insertion at coracoid process

## Exercise Flowsheet

| Exercise | 08/15/2018 | 08/24/2018 | 09/07/2018 | 09/21/2018 |
|---|---|---|---|---|
| Seated Thoracic Extension | | x10 :05 | hold | hold |
| Chin tuck | x10 standing @ wall | seated thoracic extension x10 | hold | hold |
| Low row | x10 seated isometric | x12 seated isometric | x8 purple | x10 isometric |
| Seated Table Slide | x10 oblique with RTB; x10 forward; x10 3lb oblique | elevated x10 oblique with YTB; x10 forward; x10 3lb oblique | hold | table slides forward/oblique x10 |
| Pec stretch | x2 :30 | x2 :30 AB/supinated | x2 :30 AB/supinated | supine hands clasped x10B |
| chest row | | | x8 red | hold |
| Lateral Fencer | | | x8 red | hold |
| low clean | | | x10 seated GSB 3# | hold |
| Lawnmower Pull | | | x10 3# | hold |

## Procedure Documentation

**PT Therapeutic Exercise:** 30 minutes

The patient performed therapeutic exercise per exercise log.

## Assessment / Plan

Pt displays no change in R shoulder AROM and improvements in scapular kinematics. However, she appears to be in the midst of

Pt displays no change in R shoulder AROM and improvements in scapular kinematics. However, she appears to be in the midst of an arthritic flare up with new onset of R wrist, R elbow and radiating RUE pain since last visit. Therefore, today's session she performed modifications of TE to avoid loading RUE joints, but to emphasize scapular control with ROM. She returned to rheumatologist since last visit and plans to get a second opinion. She will return for follow up visit in 2 weeks.

**1. Shoulder pain**
M25.511: Pain in right shoulder

**2. Incoordination**
R27.9: Unspecified lack of coordination

**3. Scapulalgia**
M89.8X1: Other specified disorders of bone, shoulder

**4. Shoulder girdle weakness**
M99.07: Segmental and somatic dysfunction of upper extremity

## Return to Office

- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 09/28/2018 at 11:00 AM
- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 10/05/2018 at 11:00 AM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 11/08/2018 at 08:45 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by DANIEL M ROUSE, PT, DPT, 09/21/2018.

Encounter performed and documented by DANIEL M ROUSE, PT, DPT
Encounter reviewed & signed by DANIEL M ROUSE, PT, DPT on 09/21/2018 at 10:52am

**Encounter Date: 09/07/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 09/07/2018 10:30AM |
| **DOB** | | **Service Dept.** | PHYSICAL THERAPY PICADOME |
| **Provider** | DANIEL M ROUSE, PT, DPT | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

Followup: Shoulder pain
Followup: Incoordination
Followup: Scapulalgia
Followup: Shoulder girdle weakness

## Physical Therapy Episodes

Episode: R Scapula

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

None recorded.

**REECE, JAMIE H (id #21591363, dob:**

## Allergies

Allergies not reviewed (last reviewed 08/14/2018)
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Medications not reviewed (last reviewed 08/14/2018)

| | | |
|---|---|---|
| **folic acid** | 07/13/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 08/14/2018)

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Social History not reviewed (last reviewed 08/14/2018)
Smoking Status: Never smoker

## Surgical History

Surgical History not reviewed (last reviewed 08/14/2018)

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Past Medical History not reviewed (last reviewed 08/14/2018)
Allergies/Hayfever: **Y**
Headaches: **Y**

**REECE, JAMIE H (id #21591363, dob: )**

## HPI

Pt returned to Dr. Kibler this morning and was instructed to continue with skilled PT for 2 more months. She reports her R scapular pain might be complicated by autoimmune and she is fearful humira injections are complicating her R shoulder. She reports R scapular has fluctuated and she has noticed a significant decrease in ability to sleep. Dr. Kibler recommended contacting rheumatologist to possibly change medication. She reports receiving a favorable report from Dr. Kibler with improvements of R scapula. Today she reports increase in R SCM pain; denies pain in R clavicle or scapula.

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

Applied MHP to R upper trap start of session

R SH AROM: FF 170 deg AB 170 deg ER 90 deg IR T8

ER at 90 deg AB not assessed; IR at 90 deg AB not assessed

anterior tilt end range elevation; prominent inferior angle returning to neutral

Mod TTP R upper trapezius, R pec minor insertion at coracoid process

Next visit plan to start on UE ergometer

## Exercise Flowsheet

| Exercise | 08/08/2018 | 08/15/2018 | 08/24/2018 | 09/07/2018 |
|---|---|---|---|---|
| Seated Thoracic Extension | | | x10 :05 | hold |
| Chin tuck | x10 standing @ wall | x10 standing @ wall | seated thoracic extension x10 | hold |
| Low row | x10 seated isometric | x10 seated isometric | x12 seated isometric | x8 purple |
| Seated Table Slide | hold | x10 oblique with RTB; x10 forward; x10 3lb oblique | elevated x10 oblique with YTB; x10 forward; x10 3lb oblique | hold |
| Pec stretch | x2 :30 | x2 :30 | x2 :30 AB/supinated | x2 :30 AB/supinated |
| chest row | | | | x8 red |
| Lateral Fencer | | | | x8 red |
| low clean | | | | x10 seated GSB 3# |
| Lawnmower Pull | | | | x10 3# |

## Procedure Documentation

**PT Therapeutic Exercise:** 40 minutes

The patient performed therapeutic exercise per exercise log.

## Assessment / Plan

Pt displays new onset of R SCM tenderness to touch today, but responded well to moist heat pack prior to TE. She progressed to performing resistance and light weight training for scapular stabilization and co-contraction. Her scapular dyskinesis appears to be slowly improving and updated HEP to reflect progressions. She will return for follow up visit in 2 weeks.

**1. Shoulder pain**
M25.511: Pain in right shoulder

**2. Incoordination**
R27.9: Unspecified lack of coordination

**3. Scapulalgia**
M89.8X1: Other specified disorders of bone, shoulder

**4. Shoulder girdle weakness**
M99.07: Segmental and somatic dysfunction of upper extremity

Return to Office

- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 09/21/2018 at 10:00 AM
- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 09/28/2018 at 11:00 AM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 11/08/2018 at 08:45 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by DANIEL M ROUSE, PT, DPT, 09/07/2018.

Encounter performed and documented by DANIEL M ROUSE, PT, DPT
Encounter reviewed & signed by DANIEL M ROUSE, PT, DPT on 09/07/2018 at 11:50am

**Encounter Date: 09/07/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 09/07/2018 09:30AM |
| **DOB** | | **Service Dept.** | ORTHOPEDICS PICADOME |
| **Provider** | W BEN KIBLER, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

reck 2mo rt elbow
reck rt elbowPatient returns for followup of her left shoulder problem.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 09/07/2018 10:13 am | **Wt:** | 177 lbs 09/07/2018 10:13 am | **BMI:** | 27.7 09/07/2018 10:13 am |
| **BP:** | 110/68 09/07/2018 10:14 am | | | | |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **folic acid** | 07/13/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Allergies/Hayfever: **Y**

## HPI

She has made some improvements. She has less soreness in her arm with less radiating pain and less clavicle pain. She still has some stiffness when she first gets up in the morning and still has episodic days where she has more pain and tenderness. There is no relationship to specific activities or therapy or medication. She evidently took some medication that seemed to make her stomach upset. She has better scapular position, and so, she is making some progress, but she cannot do the overhead activities or repetitive pushing activities.

## ROS

**Additionally reports: She continues to have the psoriatic arthritis problem. She tried some medication which gave her some fever and other problems, so she is switching to other types of medicine. I think this is, at this point in time, relatively poorly controlled and is probably contributing to some of the problems with the shoulder and the impingement.**

## Physical Exam

Patient is a 49-year-old female.

Physical exam shows she has no abnormalities of posture. She actually has better scapular retraction position with stronger low row testing. She still has a little bit of upper trapezius tightness that is relieved by scapular retraction and scapular assistance. She has mildly positive impingement with forward flexion that is relieved by scapular assistance. She has no pectoralis minor pain. She has no neurologic deficit.

## Assessment / Plan

I do think she is ready to return to her work activities, but I think a significant portion of this is due to the collagen vascular disease component of this, and this probably needs to be considered in any return-to-work-type situation. I had long discussion with her about this and told her that, at this point in time, we would need to have input from Rheumatology about her capability of return to work and whether or not this is even a feasible goal. She probably needs to talk with IHS to see if there is any modified duty that she could do. She will return to see me in another 2 months.

**1. Shoulder pain** - Right
M25.511: Pain in right shoulder
- SHOULDER PAIN: CARE INSTRUCTIONS

**Discussion Notes**

She has made progress in terms of her musculoskeletal component. She needs to work on some specific strengthening exercises now to improve the scapular retraction and overhead positioning.

### Return to Office

- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 09/21/2018 at 10:00 AM
- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 09/28/2018 at 11:00 AM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 11/08/2018 at 08:45 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by W BEN KIBLER, MD, 09/10/2018.

Encounter performed and documented by W BEN KIBLER, MD
Encounter reviewed & signed by W BEN KIBLER, MD on 09/10/2018 at 7:50am

**Encounter Date: 08/24/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 08/24/2018 10:00AM |
| **DOB** | | **Service Dept.** | PHYSICAL THERAPY PICADOME |
| **Provider** | DANIEL M ROUSE, PT, DPT | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

Followup: Shoulder pain
Followup: Incoordination
Followup: Scapulalgia
Followup: Shoulder girdle weakness

**REECE, JAMIE H (id #21591363, dob:**

## Physical Therapy Episodes

Episode: R Scapula

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 08/14/2018)
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Medications not reviewed (last reviewed 08/14/2018)

| | | |
|---|---|---|
| **folic acid** | 07/13/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 08/14/2018)

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability<br>- Arthritis |

**REECE, JAMIE H (id #21591363, dob:**

## Social History

Social History not reviewed (last reviewed 08/14/2018)
Smoking Status: Never smoker

## Surgical History

Surgical History not reviewed (last reviewed 08/14/2018)

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Past Medical History not reviewed (last reviewed 08/14/2018)
Allergies/Hayfever: **Y**
Headaches: **Y**

## HPI

Pt reports since last visit she received her second humira injection. She noticed sinus symptoms and has had a cold as well as fever since then. She went to the doctor earlier this week and she's feeling better today, but still fatigued and winded. She was placed on antibiotics. She denies fever today. She has not been able to perform HEP as much as she would have liked. She noticed increase in R shoulder anterior joint line and R deltoid. She states her R clavicle feels better. She has placed ice on R shoulder with temporary relief.

Overall, she reports improvements in R shoulder symptoms since onset of skilled PT. She reports decrease in frequency and intensity of R clavicle. She continues to have difficulty with reaching overhead such as grabbing object from cabinet, dressing and reaching in refrigerator.

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

R SH AROM: FF 170 deg AB 170 deg ER 85 deg IR T8

ER at 90 deg AB not assessed; IR at 90 deg AB not assessed

improvements in R scapular dyskinesis, but continues to display anterior tilt end range elevation

Mild TTP R upper trapezius, R pec minor insertion at coracoid process

Thoracic Spine Mobility: T2-T8 mod hypomobility; mild TTP T2-4

Thoracic spine rotational PA glides T2-5; observed cavitation approximately T4-T5

MMT: R SH Flex 4+/5, Abd 4+/5, IR 5/5, ER 4+/5, SA 4-/5, Lat 4-/5, rhomboids 4-/5, MT 4-/5 LT 3/5

Updated HEP to include seated thoracic extension, pec stretch

## Exercise Flowsheet

| Exercise | 08/01/2018 | 08/08/2018 | 08/15/2018 | 08/24/2018 |
|---|---|---|---|---|
| Seated Thoracic Extension | | | | x10 :05 |
| Chin tuck | x10 | x10 standing @ wall | x10 standing @ wall | seated thoracic extension x10 |
| Low row | x10 seated isometric | x10 seated isometric | x10 seated isometric | x12 seated isometric |
| Seated Table Slide | x10 | hold | x10 oblique with RTB; x10 forward; x10 3lb oblique | elevated x10 oblique with YTB; x10 forward; x10 3lb |

| | | | | |
|---|---|---|---|---|
| | | | | oblique |
| Pec stretch | | x2 :30 | x2 :30 | x2 :30 AB/supinated |

## Procedure Documentation

**PT Therapeutic Exercise:** 40 minutes

The patient performed therapeutic exercise per exercise log.

## Assessment / Plan

Pt appears to be making progress with R scapular pain and dysfunction. She demonstrates improved scapulothoracic mechanics with initial R shoulder flexion and abduction, but continues to display anterior tilt at end range elevation. She demonstrates ability to perform HEP, but recently unable to perform HEP as instructed due to illness. She performed TE progressions in clinic and updated HEP to reflect progressions. Her suboccipital pain appears to be resolved and R clavicular pain is decreasing, but she subjectively reports pain primarily R anterior GH joint line and referred pain to R deltoid. She displays minimal to no change in R shoulder and scapular strength. She has achieved short term goal 1 and no other goals at this time.

STG: In 6 weeks, patient will:

1) Display independence with HEP and verbalize compliance as written MET

2) Display Right Shoulder ROM: ER at 90 deg AB 90 deg; IR at 90 deg AB 50 deg NOT MET

3) Display Right Shoulder MMT: Flex 5/5, Abd 5/5, IR 5/5, ER 5/5, SA 4/5, Lat 4/5, rhomboids 4/5, MT 4/5 LT 4-/5 NOT MET

4) Display appropriate scapular kinematics to 90deg elevation MET

5) Display appropriate GH jt mobility within available ROM MET

LTG: In 12 weeks, Patient will:

1) Discharge independent with HEP and Self-Management skills NOT MET

2) Display R shoulder and scapular MMT: SA 4+/5, Lat 4+/5, rhomboids 4+/5, MT 4+/5 LT 4/5 NOT MET

3) Return to Recreational Activities with modifications NOT MET

4) Return to Activities of Daily Living with modifications NOT MET

5) Display improved flexibility of R upper trapezius, R scalenes and R pec minor to minimal tightness NOT MET

6) Display appropriate ST and GH kinematics with active and resisted elevation within available ROM NOT MET

**1. Shoulder pain**
M25.511: Pain in right shoulder

**2. Incoordination**
R27.9: Unspecified lack of coordination

**3. Scapulalgia**
M89.8X1: Other specified disorders of bone, shoulder

**4. Shoulder girdle weakness**
M99.07: Segmental and somatic dysfunction of upper extremity

### Return to Office

- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 09/07/2018 at 10:30 AM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 09/07/2018 at 09:30 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by DANIEL M ROUSE, PT, DPT, 08/24/2018.

**REECE, JAMIE H (id #21591363, dob: )**

Encounter performed and documented by DANIEL M ROUSE, PT, DPT
Encounter reviewed & signed by DANIEL M ROUSE, PT, DPT on 08/24/2018 at 12:03pm

**Encounter Date: 08/15/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 08/15/2018 01:00PM |
| **DOB** | | **Service Dept.** | PHYSICAL THERAPY PICADOME |
| **Provider** | DANIEL M ROUSE, PT, DPT | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

Followup: Shoulder pain
Followup: Incoordination
Followup: Scapulalgia
Followup: Shoulder girdle weakness

## Physical Therapy Episodes

Episode: R Scapula

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 08/14/2018)
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Medications not reviewed (last reviewed 08/14/2018)

| | | |
|---|---|---|
| **folic acid** | 07/13/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Irritable bowel syndrome with diarrhea - Onset: 08/14/2018
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Altered bowel function - Onset: 08/14/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 08/14/2018)

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Social History not reviewed (last reviewed 08/14/2018)
Smoking Status: Never smoker

## Surgical History

Surgical History not reviewed (last reviewed 08/14/2018)

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Past Medical History not reviewed (last reviewed 08/14/2018)
Allergies/Hayfever: **Y**
Headaches: **Y**

## HPI

Symptoms: Worse

Response to last session: reports increase in R clavicle, R upper arm and R forearm later in the day and continued to be worse since last visit

Subjective: She reports prior to last visit she had been doing well. She reports her R distal lateral forearm has been bothering her more. She thinks she might be having a flare up of psoriatic arthritis due to increase pain in her R foot and hip pain. She continues to be compliant with HEP and has noticed improvements in cervical pain since last visit.

Numeric Pain Scale:

Pre R anterior shoulder 3/10

Post R anterior shoulder 2/10

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

R SH AROM: FF 170 deg AB 170 deg pain lateral deltoid end range ER 85 deg

Mild TTP R suboccipitals, R cervical paraspinals, R upper trapezius, R pec minor insertion at coracoid process

Thoracic Spine Mobility: T2-T8 mod hypomobility

Updated HEP

## Exercise Flowsheet

| Exercise | 07/25/2018 | 08/01/2018 | 08/08/2018 | 08/15/2018 |
|---|---|---|---|---|
| Chin tuck | | x10 | x10 standing @ wall | x10 standing @ wall |
| Low row | | x10 seated isometric | x10 seated isometric | x10 seated isometric |
| Seated Table Slide | | x10 | hold | x10 oblique with RTB; x10 forward; x10 3lb oblique |
| Pec stretch | | | x2 :30 | x2 :30 |

## Procedure Documentation

**PT Manual Therapy:** 10 minutes

The patient received manual therapy consisting of:

Thoracic PA glides T2-T8 grades 1-2

Thoracic spine rotational PA glides T2-5; observed cavitation approximately T5-T6

Cervical PA glides C2-C7 grades 1-2

B upper trapezius x2 :30

**PT Therapeutic Exercise:** 20 minutes

The patient performed therapeutic exercise per exercise log.

## Assessment / Plan

Pt displays improved kinesthetic awareness of R scapula with performing scapular stabilization exercises in clinic today. However, she subjectively reports increase in R clavicular pain since last visit. Updated HEP to reflect progression for scapular stabilization and she will return for follow up visit in 1 week.

**1. Shoulder pain**
M25.511: Pain in right shoulder

**2. Incoordination**
R27.9: Unspecified lack of coordination

**3. Scapulalgia**
M89.8X1: Other specified disorders of bone, shoulder

**4. Shoulder girdle weakness**
M99.07: Segmental and somatic dysfunction of upper extremity

### Return to Office

- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 08/22/2018 at 01:00 PM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 09/07/2018 at 09:30 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by DANIEL M ROUSE, PT, DPT, 08/15/2018.

Encounter performed and documented by DANIEL M ROUSE, PT, DPT
Encounter reviewed & signed by DANIEL M ROUSE, PT, DPT on 08/15/2018 at 3:13pm

**REECE, JAMIE H (id #21591363, dob:**

**Encounter Date: 08/08/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 08/08/2018 01:00PM |
| **DOB** | | **Service Dept.** | PHYSICAL THERAPY PICADOME |
| **Provider** | DANIEL M ROUSE, PT, DPT | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

Followup: Shoulder pain
Followup: Incoordination
Followup: Scapulalgia
Followup: Shoulder girdle weakness

## Physical Therapy Episodes

Episode: R Scapula

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 07/13/2018)
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Medications not reviewed (last reviewed 07/13/2018)

| | | |
|---|---|---|
| **folic acid** | 07/13/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

**REECE, JAMIE H (id #21591363, dob:**

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 07/13/2018)

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Social History not reviewed (last reviewed 07/13/2018)
Smoking Status: Never smoker

## Surgical History

Surgical History not reviewed (last reviewed 07/13/2018)

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Past Medical History not reviewed (last reviewed 07/13/2018)
Allergies/Hayfever: **Y**
Headaches: **Y**

## HPI

Symptoms: Better

Response to last session: no significant change

Subjective: She reports decrease intensity of pain in R clavicle and decreased in R shoulder anterior joint line. She notices improved R scapular motion with decreased stiffness since last visit. Also a decrease in radiating pain down RUE. She received a therapeutic massage the following day and reports the massage therapist her shoulder was very stiff.

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

R SH AROM: FF 170 deg AB 170 deg pain lateral deltoid end range ER 80 deg

Mild TTP R suboccipitals, R cervical paraspinals, R upper trapezius, R pec minor insertion at coracoid process

Thoracic Spine Mobility: T2-T8 mod hypomobility

Discussed core stability exercises to perform at gym-standing hip AB/Ext, resisted side stepping

Updated HEP

## Exercise Flowsheet

| Exercise | 07/25/2018 | 08/01/2018 | 08/08/2018 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Chin tuck | | x10 | x10 standing @ wall |
| Low row | | x10 seated isometric | x10 seated isometric |
| Seated Table Slide | | x10 | hold |
| Pec stretch | | | x2 :30 |

## Procedure Documentation

**PT Manual Therapy:** 20 minutes

The patient received manual therapy consisting of:

Thoracic PA glides T2-T8 grades 1-2

Thoracic spine rotational PA glides T2-5; observed cavitation approximately T4-T5

Cervical PA glides C2-C7 grades 1-2

B upper trapezius, levator scapulae manual stretches x2 :30

R pec minor stretch in supine x5 :10; pre and post ultrasound

**PT Therapeutic Exercise:** 8 minutes

The patient performed therapeutic exercise per exercise log.

**PT Ultrasound:** 10 minutes

Application of continuous ultrasound at 2.0 w/cm2 at 3 Mhz for 8-22min. (10 min.) R pec minor insertion at coracoid

## Assessment / Plan

Pt appears to be making slow progress with R scapular dyskinesis. She subjectively reports decrease in RUE radicular symptoms and pain today was primarily R coracoid process. Today's session focused on mobilization of cervical and thoracic spine as well as pec minor flexibility. Applied continuous ultrasound to R pec minor insertion, performed manually stretching pre and post. Updated HEP to progress postural correction and scapular stabilization exercises. Briefly discussed core stability training in the gym and plan to emphasize HEP next visit.

**1. Scapulalgia**
M89.8X1: Other specified disorders of bone, shoulder

**2. Shoulder girdle weakness**
M99.07: Segmental and somatic dysfunction of upper extremity

**3. Incoordination**
R27.9: Unspecified lack of coordination

**4. Shoulder pain**
M25.511: Pain in right shoulder

### Return to Office

- AN-YU CHEN, MD for RECHECK at GASTRO SB on 08/14/2018 at 01:45 PM
- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 08/15/2018 at 01:00 PM
- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 08/22/2018 at 01:00 PM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 09/07/2018 at 09:30 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by DANIEL M ROUSE, PT, DPT, 08/08/2018.

Encounter performed and documented by DANIEL M ROUSE, PT, DPT
Encounter reviewed & signed by DANIEL M ROUSE, PT, DPT on 08/08/2018 at 2:18pm

**Encounter Date: 08/01/2018**
Patient

**REECE, JAMIE H (id #21591363, dob:**

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 08/01/2018 01:00PM |
| **DOB** | | **Service Dept.** | PHYSICAL THERAPY PICADOME |
| **Provider** | DANIEL M ROUSE, PT, DPT | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

Followup: Shoulder pain
Followup: Incoordination
Followup: Scapulalgia
Followup: Shoulder girdle weakness

## Physical Therapy Episodes

Episode: R Scapula

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 07/13/2018)
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Medications not reviewed (last reviewed 07/13/2018)

| | | |
|---|---|---|
| **folic acid** | 07/13/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

**REECE, JAMIE H (id #21591363, dob: )**

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 07/13/2018)

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Social History not reviewed (last reviewed 07/13/2018)
Smoking Status: Never smoker

## Surgical History

Surgical History not reviewed (last reviewed 07/13/2018)

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Past Medical History not reviewed (last reviewed 07/13/2018)
Allergies/Hayfever: **Y**
Headaches: **Y**

## HPI

Symptoms: Better
Response to last session: "I felt okay after last visit"
Subjective: Jamie reports she has noticed minor improvements in R clavicular pain since last visit, but R shoulder anterior joint line has been bothering. She mainly reports tightness in R upper trap and R pec minor today.

Numeric Pain Scale:

Pre: R shoulder anterior joint line 1/10

Post: R shoulder anterior joint line 1/10

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

R SH AROM: FF 170 deg AB 170 deg pain lateral deltoid end range ER 80 deg

Mild TTP R suboccipitals, R cervical paraspinals, R upper trapezius, R pec minor insertion at coracoid process

Thoracic Spine Mobility: T2-T4 severe hypomobility T5-T8 mod hypomobility

## Exercise Flowsheet

| Exercise | 07/25/2018 | 08/01/2018 |
|---|---|---|

| | | |
|---|---|---|
| Chin tuck | | x10 |
| Low row | | x10 seated isometric |
| Seated Table Slide | | x10 |

## Procedure Documentation

**PT Manual Therapy:** 20 minutes

The patient received manual therapy consisting of:

Thoracic PA glides T2-T8 grades 1-2

Thoracic spine rotational PA glides T2-5; observed cavitation approximately T4-T5

Cervical PA glides C2-Cy grades 1-2

B upper trapezius, levator scapulae manual stretches x2 :30

R pec minor stretch in supine x5 :10

**PT Therapeutic Exercise:** 10 minutes

The patient performed therapeutic exercise per exercise log.

Supine pec stretch x10

**PT Ultrasound:** 10 minutes

Application of continuous ultrasound at 2.0 w/cm2 at 3 Mhz for 8-22min. (10 min.) R upper trapezius; R lower cervical paraspinals

## Assessment / Plan

Pt continues to display multiple areas with mild tenderness to touch surrounding R scapula today. She tolerated initial follow up visit well with manual therapy to promote upper trapezius and pec minor flexibility. Applied continuous ultrasound to R upper trapezius and R cervical paraspinals to address muscle guarding. She reviewed and performed initial HEP; required verbal cues to perform isometric low rows with correct technique. Instructed pt to continue with current HEP and she will return for follow up visit in 1 week.

**1. Scapulalgia**
M89.8X1: Other specified disorders of bone, shoulder

**2. Shoulder girdle weakness**
M99.07: Segmental and somatic dysfunction of upper extremity

**3. Incoordination**
R27.9: Unspecified lack of coordination

**4. Shoulder pain**
M25.511: Pain in right shoulder

### Return to Office

- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 08/08/2018 at 01:00 PM
- AN-YU CHEN, MD for RECHECK at GASTRO SB on 08/14/2018 at 01:45 PM
- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 08/15/2018 at 01:00 PM
- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 08/22/2018 at 01:00 PM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 09/07/2018 at 09:30 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by DANIEL M ROUSE, PT, DPT, 08/01/2018.

Encounter performed and documented by DANIEL M ROUSE, PT, DPT
Encounter reviewed & signed by DANIEL M ROUSE, PT, DPT on 08/01/2018 at 3:15pm

**Encounter Date: 07/25/2018**
Patient

## REECE, JAMIE H (id #21591363, dob:

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 07/25/2018 09:30AM |
| **DOB** | 09/22/1968 | **Service Dept.** | PHYSICAL THERAPY PICADOME |
| **Provider** | DANIEL M ROUSE, PT, DPT | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

### Chief Complaint

Shoulder

### Physical Therapy Episodes

Episode: R Scapula

### Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

### Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

### Vitals

None recorded.

### Allergies

Allergies not reviewed (last reviewed 07/13/2018)
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

### Medications

Medications not reviewed (last reviewed 07/13/2018)

| | | |
|---|---|---|
| **folic acid** | 07/13/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

### Vaccines

None recorded.

### Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017

- Psoriatic arthritis - Onset: 12/30/2017
- Shoulder pain - Onset: 07/25/2018
- Shoulder girdle weakness - Onset: 07/25/2018
- Scapulalgia - Onset: 07/25/2018
- Incoordination - Onset: 07/25/2018
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 07/13/2018)

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Social History not reviewed (last reviewed 07/13/2018)
Smoking Status: Never smoker

## Surgical History

Surgical History not reviewed (last reviewed 07/13/2018)

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Past Medical History not reviewed (last reviewed 07/13/2018)
Allergies/Hayfever: **Y**
Headaches: **Y**

## HPI

**LexClin Evaluation Subjective**

Reported by patient.

Referring Provider: Kibler, MD
Chief Complaint: Pain; R clavicle, R shoulder and R scapula
Mechanism: Repetitive Stress
Onset: 7 Months
Chronicity: Chronic
Subjective Report: Jamie presents to clinic with complaints of R clavicle, R upper trapezius with radiating symptoms to R hand. She also describe pain in suboccipital region. She works second shift inspection requires her to use R hand dominant and performed repetitive movements wiping cars. She started to notice symptoms in R shoulder in January 2018 and radiating pain occurred to R wrist and fingers. She underwent PT at Toyota x2 week for 8 weeks with worsening of symptoms. She eventually had a EMG which was negative. She also had an MRI of her cervical spine with increased signal density at C6. Starting in January she was on sit down restriction until April when she was placed off work. She reports since being off work since April her symptoms have continued to fluctuate and worsen. She visited Dr. Kibler 7/13/18 and was instructed to return to skilled PT for scapular stabilization. She has discontinued exercising and reports gaining 25lbs since being off work. She reports history of psoriatic arthritis and anxiety.
Description of Pain/Symptoms: R anterior shoulder joint line and infraclavicular region origin dull aching; radiates down R UE to elbow and hand
Severity: current 2-3/10; best 2-3/10; worst 8/10
Frequency: Constant
Aggravating Factors: driving, reaching overhead for household objects, folding laundry, static positions
Alleviating Factors: rest, activity avoidance, activity modification, discontinued use of ibuprofen
Sleeping (ability to sleep without pain) Severe problem: pain disrupts sleep > 5 times per night
Prior Studies: MRI; see report
Prior Treatments: physical therapy; medication
Occupation and Limitations: Toyota-second shift inspection for Lexus
Recreational Activities and Limitations: discontinued exercise due to fear of worsening symptoms in R shoulder
ADL Limitations: driving, reaching overhead for household objects, dressing, bathing folding laundry, static positions

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

**Posture:** Patient stands with **Increased C-T Junction Kyphosis** and **Thoracic Kyphosis** and **Decreased Cervical Lordosis** and **Scapular Anterior Tilting**.

**Scapular Motion:** RIGHT **Excessive Lateral Slide** and **Upward Rotation** and **Vertebral Border Winging** and **Anterior Tilting**; **type 2 scapular dyskinesis**.

**Cervical Screen:** Active Range of Motion: Left Rotation: 70 deg and Side Bending: 45 deg, Right Rotation: 70 deg and Side Bending: 45 deg, and Forward Flexion: 50 deg and Extension: 45 deg. Special Tests: Compression Test -.

**Shoulder Range of Motion:** ACTIVE RIGHT Internal Rotation: T8 and Rotation at 90deg Abd: 40 deg painful, External Rotation: 65 deg and Rotation at 90deg Abd: 80 deg painful, and Flexion: 170 deg and Abduction: 170 deg. ACTIVE LEFT Internal Rotation: T7 and Rotation at 90deg Abd: 60 deg, External Rotation: 78 deg and Rotation at 90deg Abd: 90 deg, and Flexion: 170 deg and Abduction: 170 deg.

**Manual Muscle Testing:** RIGHT SHOULDER **Flexion 4+/5**, **Abduction 4+/5**, **Internal Rotation 4+/5**, and **External Rotation 4+/5**. LEFT SHOULDER Flexion 5/5, Abduction 5/5, Internal Rotation 5/5, and External Rotation 5/5. RIGHT ELBOW Extension 5/5, Pronation 5/5, Supination 5/5, and **Flexion 4+/5**. LEFT ELBOW Flexion 5/5, Extension 5/5, Pronation 5/5, and Supination 5/5. RIGHT WRIST Flexion 5/5 and Extension 5/5. LEFT WRIST Flexion 5/5 and Extension 5/5.

**Scapular Manual Muscle Testing:** Right: **SA: 4/5**
**Lat: 4/5**
**Rhomboids: 4-/5**
**MT: 4-/5**
**LT: 4-/5**. Left: **SA: 4-/5**
**Lat: 4-/5**
**Rhomboids: 4-/5**
**MT: 4-/5**
**LT: 3/5**.

**Palpation Exam:** Shoulder: **mild TTP R coracoid process, R long head of biceps, R posterior joint line**

**Shoulder Special Testing:** Right: DLS -:, Speed's test -:, O'Brien's test +:, Full Can test -:, Empty Can test -:, Belly Press test -:, Drop Arm -:, Hawkin's Kennydy test -:, and Scapular Assist test +:.

Hip MMT: R hip AB 4-/5 Ext

L hip AB 4/5

Flexibility:

R pec minor mod, R scalenes mod, R upper trap mod

## Exercise Flowsheet

None recorded.

## Procedure Documentation

**PT Evaluation - Moderate Complexity:**
Physical Therapy Evaluation of moderate complexity performed.
**PT Therapeutic Exercise:** 15 minutes

The patient performed therapeutic exercise per handout:

supine chin tuck, corner stretch, isometric low row and scaption table slides

## Assessment / Plan

Referring Physician: Kibler, MD

Assessment:
Pt is a 49 yo female presenting with R anterior shoulder and infraclavicular pain. Initial evaluation revealed signs and symptoms consistent with R type 2 scapular dyskinesis. She demonstrates postural dysfunction, decreased scapular strength, poor kinethestic awareness of R scapula and multiple areas of tightness surrounding R scapula. She also complains of intermittent radiating pain RUE, but unable to reproduce symptoms in clinic clearing cervical spine, cervical compression and R shoulder AROM. She would benefit from skilled PT intervention to address functional deficits and decrease R scapular pain.

STG: In 6 weeks, patient will:

1) Display independence with HEP and verbalize compliance as written

2) Display Right Shoulder ROM: ER at 90 deg AB 90 deg; IR at 90 deg AB 50 deg

3) Display Right Shoulder MMT: Flex 5/5, Abd 5/5, IR 5/5, ER 5/5, SA 4/5, Lat 4/5, rhomboids 4/5, MT 4/5 LT 4-/5

4) Display appropriate scapular kinematics to 90deg elevation

5) Display appropriate GH jt mobility within available ROM

LTG: In 12 weeks, Patient will:

1) Discharge independent with HEP and Self-Management skills

2) Display R shoulder and scapular MMT: SA 4+/5, Lat 4+/5, rhomboids 4+/5, MT 4+/5 LT 4/5

3) Return to Recreational Activities with modifications

4) Return to Activities of Daily Living with modifications

5) Display improved flexibility of R upper trapezius, R scalenes and R pec minor to minimal tightness

6) Display appropriate ST and GH kinematics with active and resisted elevation within available ROM

Plan of Treatment

Rehab Potential: Fair with compliance to HEP
Complicating Factors
Body Structure and Function: Weakness (3/5), MINIMAL Range of Motion Limitation,
Activity Limitations: SIGNIFICANT impact on ADLs, SIGNIFICANT Functional Limitations
Participation Restrictions: avoided exercise due to fear of worsening R scapular symptoms
Personal: 49 yo female, overweight, psoriatic arthritis, anxiety
Environmental: 3 children, currently off work but continues to be required to perform housework

Treatment Plan:
Episode of care to include: Initial Evaluation, Manual Techniques, Therapeutic Exercise, Home Exercise Program, Modalities (as indicated) such as iontophoresis, Mechanical Traction, Neuromuscular Re-education, Postural Correction/Body Mechanic Education

Goals, POT and Rehabilitation potential were discussed and agreed upon with the:
Patient

Frequency of Treatment: 1x/wk for 12 weeks
Frequency and duration of care to depend on pt's response to skilled PT intervention.

I certify the need for the above PT outpatient services for this patient who is under my care. The plan for these services has been

reviewed.

Physician Signature: ______________________________________________ Date: __________

**1. Shoulder pain**
M25.511: Pain in right shoulder

**2. Scapulalgia**
M89.8X1: Other specified disorders of bone, shoulder

**3. Shoulder girdle weakness**
M99.07: Segmental and somatic dysfunction of upper extremity

**4. Incoordination**
R27.9: Unspecified lack of coordination

## Return to Office

- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 08/01/2018 at 01:00 PM
- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 08/08/2018 at 01:00 PM
- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 08/15/2018 at 01:00 PM
- DANIEL M ROUSE, PT, DPT for RECHECK at PHYSICAL THERAPY PICADOME on 08/22/2018 at 01:00 PM
- AN-YU CHEN, MD for RECHECK at GASTRO SB on 09/04/2018 at 01:00 PM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 09/07/2018 at 09:30 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by DANIEL M ROUSE, PT, DPT, 07/25/2018.

Encounter performed and documented by DANIEL M ROUSE, PT, DPT
Encounter reviewed & signed by DANIEL M ROUSE, PT, DPT on 07/25/2018 at 12:50pm
Encounter signed by W BEN KIBLER, MD on 07/26/2018 at 5:24pm

**Encounter Date: 07/13/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 07/13/2018 08:45AM |
| **DOB** | | **Service Dept.** | ORTHOPEDICS PICADOME |
| **Provider** | W BEN KIBLER, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

np rt shoulder, will bring MRI discPatient comes for evaluation of problems with the right shoulder. She came for evaluation and second opinion of problems with the right shoulder. She has a job that involves a lot of repetitive pushing and pulling and overhead lifting. She developed soreness and tenderness since January. She was put on restrictions, was told that she had some tendinitis and she was put on some open chain activation exercises. This did not seem to relieve the symptoms. She eventually sought other opinions. She has had multiple workups including an EMG for any type of nerve impingement, a workup for cervical issues and a workup for possible multiple sclerosis. These have all been negative. She was told that she had mainly a muscle problem, but she has not been on a specific therapy program for scapular retraction or stabilization. She has soreness, tenderness over the anterior aspect of the shoulder in the infraclavicular area and along the anterior aspect of the shoulder with some pain which goes down into her elbow. She has been unable to continue doing work because of the pain and limitations. She has mild soreness at nighttime. However, she can sleep during the night. Because of continued symptoms she came for further evaluation.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

**REECE, JAMIE H (id #21591363, dob:**

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

07/13/2018 09:39 am

**Ht:** 5 ft 7 in **Wt:** 170 lbs **BMI:** 26.6

**BP:** 118/72

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **folic acid** | 07/13/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Allergies/Hayfever: **Y**

## HPI

Her history is as outlined. There is no history of acute trauma other than the chronic repetitive use.

## ROS

**Additionally reports: She has no diabetes. She has no collagen vascular disease. She has a Sjogren's type psoriatic arthritis that she is taking medicine for and that seems to keep this in fairly good control.**

## Physical Exam

Patient is a 49-year-old female.

Physical exam from a kinetic chain standpoint, shows she has bilateral weakness of the hips with 1 leg stability. She has weakness of low row that is improved by hip active assistance. She has painful arc in forward flexion that is relieved by scapular assistance. She has weakness with external rotation and forward flexion that is relieved by scapular retraction. She has pain to palpation of the coracoid base muscles of the pectoralis minor and the short head of the biceps that creates an anterior tilt of the scapula. She gets pain down her arm from the trigger point, referred pain from her pectoralis minor. She has tightness of her scalenes as well. She has no instability, her neurologic exam is normal leg work exam is negative.

## Assessment / Plan

She will be put on a therapy program to see if we cannot relieve some of the overhead and scapular retraction symptoms. She will continue working on strengthening to the level of tolerance. She will return to see me in another 2 months. We can talk about seeing if we can get her back into some type of work activities at that time.

**1. Scapulalgia**
M89.8X1: Other specified disorders of bone, shoulder

**2. Impingement syndrome of shoulder region** - Right
M75.41: Impingement syndrome of right shoulder
- ROTATOR CUFF INJURY: CARE INSTRUCTIONS
- ROTATOR CUFF: EXERCISES

**Discussion Notes**

She has a mild amount of the collagen vascular disease that is probably adding to the problem. However, I think the major problem is the kinetic chain and scapular problems with some mild chronic pain syndrome as well. We discussed all these findings and the relationship to the clinical findings with her.

### Return to Office

- DANIEL M ROUSE, PT, DPT for NEW PATIENT at PHYSICAL THERAPY PICADOME on 07/25/2018 at 09:30 AM
- AN-YU CHEN, MD for RECHECK at GASTRO SB on 09/04/2018 at 01:00 PM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 09/07/2018 at 09:30 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by W BEN KIBLER, MD, 07/16/2018.

Encounter performed and documented by W BEN KIBLER, MD
Encounter reviewed & signed by W BEN KIBLER, MD on 07/16/2018 at 4:58pm

**Encounter Date: 03/26/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 03/26/2018 01:30PM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES | | |

**REECE, JAMIE H (id #21591363, dob: )**

Employer Name : TOYOTA
Prescription: ESI1 - Member is eligible. details

## Chief Complaint

Followup: Psoriatic arthritis

routine pt has not started the humira yet has concerns; pt is still on MTX 4 pills twice weekly

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 03/26/2018 01:49 pm | **Wt:** | 168 lbs 03/26/2018 01:49 pm | **BMI:** | 26.3 03/26/2018 01:49 pm |
| **BP:** | 86/58 sitting L arm 03/26/2018 01:50 pm | **BP Cuff Size:** | adult 03/26/2018 01:49 pm | **Pulse:** | 62 bpm regular 03/26/2018 01:50 pm |
| **RR:** | 18 03/26/2018 01:49 pm | | | | |

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **calcium** | 11/17/17 | entered |
| **Diflucan 150 mg tablet**<br>Take 1 tablet(s) every day by oral route for 3 days. | 01/09/18 | prescribed |
| **estradiol 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 11/17/17 | entered |
| **folic acid 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 03/26/18 | prescribed |
| **Humira 40 mg/0.8 mL subcutaneous syringe kit**<br>Inject 0.8 mL every 2 weeks by subcutaneous route.<br>**Internal Note:** approved 12/31/17-4/30/18 | 01/30/18 | prescribed |
| **ketoprofen 75 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly | 03/26/18 | prescribed |
| **Motrin 600 mg tablet**<br>Two times a day<br>**Internal Note:** Frequency: bid;Alt Frequency: prn;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008 | 05/20/08 | filled |
| **Multi Vitamin** | 11/17/17 | entered |

| | | |
|---|---|---|
| **NexIUM 40 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **predniSONE 5 mg tablet**<br>take one po daily as needed | 01/26/18 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/10/2017)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**

## HPI

received humira and didn't start taking it due to the s/e list sent with it; has a new injury from work and may have to have surgery on her shoulder due to fraying; she reports multiple recurring joint pain and tenderness; with hx of psoriasis; right hip pains, stiffness; tenderness; works full time at toyota and is concerned about worsening joint pains; denies cp, soa, rash or fevers and all others are negative

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally and normal tandem gait test.

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Sclerae: non-icteric.

**ENMT:** Ears: no lesions on external ear or hearing loss. Nose: no lesions on external nose and nares patent. Oral Cavity: no mouth or lip ulcers. Oropharynx: moist mucous membranes. Face: no malar erythema.

**Musculoskeletal System:** Joints, Bones, and Muscles: no contractures, malalignment, or bony abnormalities and normal movement of all extremities and **tenderness**. Extremities: no cyanosis, edema, varicosities, or palpable cord. Knees: no ligamentous instability on examination.

**Neurological Exam:** Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no ulcer, induration, nodules, jaundice, or abnormal nevi;**rash** and **lesion**; and good turgor; **Mild psoriatic lesions**. Nails: normal.

## Assessment / Plan

**1. Psoriatic arthritis** -

prednisone trial improved outcome; no itching, no rash, joint pains improved overall

will initiate methotrexate and folic acid
labs are good
requested and received humira, but she did not start on the meds
feeling improved with mtx and folic acid

L40.50: Arthropathic psoriasis, unspecified

- methotrexate sodium 2.5 mg tablet - take 4 po twice weekly Qty: 32 tablet(s) Refills: 2 Pharmacy: WALMART PHARMACY 3894
- folic acid 1 mg tablet - Take 1 tablet(s) every day by oral route. Qty: 30 tablet(s) Refills: 3 Pharmacy: WALMART PHARMACY 3894

**2. Long term methotrexate user**

Z79.899: Other long term (current) drug therapy

- CBC
- ESR, AUTOMATED
- ALT
- AST
- CREATININE

### Return to Office

- AN-YU CHEN, MD for RECHECK at GASTRO SB on 04/17/2018 at 02:15 PM
- to see SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on or around 06/26/2018
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by SUSANNA MOBERLY, APRN, 03/26/2018.

Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 03/26/2018 at 2:35pm

**Encounter Date: 01/26/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 01/26/2018 01:00PM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

Followup: Psoriatic arthritis

1 month reck, doing about the same, has not noticed any improvement

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867

## Patient's Pharmacies

## REECE, JAMIE H (id #21591363, dob: )

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

### Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 01/26/2018 01:14 pm | **Wt:** | 169 lbs 01/26/2018 01:14 pm | **BMI:** | 26.5 01/26/2018 01:14 pm |
| **BP:** | 105/62 sitting R arm 01/26/2018 01:16 pm | **BP Cuff Size:** | adult 01/26/2018 01:16 pm | **Pulse:** | 61 bpm regular 01/26/2018 01:16 pm |
| **RR:** | 16 01/26/2018 01:16 pm | | | | |

### Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **calcium** | 11/17/17 | entered |
| **Diflucan 150 mg tablet**<br>Take 1 tablet(s) every day by oral route for 3 days. | 01/09/18 | prescribed |
| **estradiol 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 11/17/17 | entered |
| **folic acid 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 01/26/18 | prescribed |
| **ketoprofen 75 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly | 01/26/18 | prescribed |
| **Motrin 600 mg tablet**<br>Two times a day<br>**Internal Note:** Frequency: bid;Alt Frequency: prn;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008 | 05/20/08 | filled |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM 40 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **predniSONE 5 mg tablet**<br>take one po daily as needed | 01/26/18 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

### Vaccines

None recorded.

### Problems

Reviewed Problems

- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/10/2017)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**

## HPI

multiple recurring joint pain and tenderness; with hx of psoriasis; right hip pains, stiffness; tenderness; works full time at toyota and is concerned about worsening joint pains; denies cp, soa, rash or fevers and all others are negative

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally and normal tandem gait test.

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Sclerae: non-icteric.

**ENMT:** Ears: no lesions on external ear or hearing loss. Nose: no lesions on external nose and nares patent. Oral Cavity: no mouth or lip ulcers. Oropharynx: moist mucous membranes. Face: no malar erythema.

**Musculoskeletal System:** Joints, Bones, and Muscles: no contractures, malalignment, or bony abnormalities and normal movement of all extremities and **tenderness**. Extremities: no cyanosis, edema, varicosities, or palpable cord. Knees: no ligamentous instability on examination.

**Neurological Exam:** Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no ulcer, induration, nodules, jaundice, or abnormal nevi;**rash** and **lesion**; and good turgor; **Mild psoriatic lesions**. Nails: normal.

## Assessment / Plan

**1. Psoriatic arthritis** - prednisone trial improved outcome; no itching, no rash, joint pains improved overall
will initiate methotrexate and folic acid
labs are good
will f/u in 1 month

L40.50: Arthropathic psoriasis, unspecified

- methotrexate sodium 2.5 mg tablet - take 4 po twice weekly Qty: 32 tablet(s) Refills: 2 Pharmacy: WALMART

PHARMACY 3894
- folic acid 1 mg tablet - Take 1 tablet(s) every day by oral route. Qty: 30 tablet(s) Refills: 3 Pharmacy: WALMART PHARMACY 3894
- prednisone 5 mg tablet - take one po daily as needed Qty: 30 tablet(s) Refills: 2 Pharmacy: WALMART PHARMACY 3894

**2. Long term methotrexate user**
Z79.899: Other long term (current) drug therapy
- CBC
- ESR, AUTOMATED
- ALT
- AST
- CREATININE

**3. Long-term drug therapy**
Z79.899: Other long term (current) drug therapy
- QUANTIFERON TB GOLD

Return to Office
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by SUSANNA MOBERLY, APRN, 01/26/2018.

Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 01/26/2018 at 1:21pm

**Encounter Date: 12/20/2017**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 12/20/2017 02:00PM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

Followup: Psoriatic arthritis

Pt is here today for fup labs done at last visit.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867

## Patient's Pharmacies

**WAL-MART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WAL-MART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4609, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 12/20/2017 01:09 pm | **Wt:** | 163 lbs 12/20/2017 01:09 pm | **BMI:** | 25.5 12/20/2017 01:09 pm |
| **BP:** | 113/83 sitting R arm 12/20/2017 01:10 pm | **BP Cuff Size:** | adult 12/20/2017 01:10 pm | **Pulse:** | 71 bpm 12/20/2017 01:10 pm |

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **calcium** | 11/17/17 | entered |
| **estradiol 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 11/17/17 | entered |
| **folic acid 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 12/20/17 | prescribed |
| **ketoprofen 75 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po once weekly x 2 weeks; then increase to 6 po once weekly until follow up | 12/20/17 | prescribed |
| **Motrin 600 mg tablet**<br>Two times a day<br>**Internal Note:** Frequency: bid;Alt Frequency: prn;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008 | 05/20/08 | filled |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM 40 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **predniSONE 5 mg tablet**<br>take one po daily as needed | 12/20/17 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/10/2017)

## Past Medical History

**REECE, JAMIE H (id #21591363, dob:**

Reviewed Past Medical History
Acid Reflux (GERD): **Y**

## HPI

multiple recurring joint pain and tenderness; with hx of psoriasis; right hip pains, stiffness; tenderness; works full time at toyota and is concerned about worsening joint pains; denies cp, soa, rash or fevers and all others are negative

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally and normal tandem gait test.

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Sclerae: non-icteric.

**ENMT:** Ears: no lesions on external ear or hearing loss. Nose: no lesions on external nose and nares patent. Oral Cavity: no mouth or lip ulcers. Oropharynx: moist mucous membranes. Face: no malar erythema.

**Musculoskeletal System:** Joints, Bones, and Muscles: no contractures, malalignment, or bony abnormalities and normal movement of all extremities and **tenderness**. Extremities: no cyanosis, edema, varicosities, or palpable cord. Knees: no ligamentous instability on examination.

**Neurological Exam:** Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no ulcer, induration, nodules, jaundice, or abnormal nevi;**rash** and **lesion**; and good turgor; **Mild psoriatic lesions**. Nails: normal.

## Assessment / Plan

**1. Psoriatic arthritis** - prednisone trial improved outcome; no itching, no rash, joint pains improved overall
will initiate methotrexate and folic acid
labs are good
will f/u in 1 month

L40.50: Arthropathic psoriasis, unspecified

- methotrexate sodium 2.5 mg tablet - take 4 po once weekly x 2 weeks; then increase to 6 po once weekly until follow up Qty: 24 tablet(s) Refills: 2 Pharmacy: WAL-MART PHARMACY 3894
- folic acid 1 mg tablet - Take 1 tablet(s) every day by oral route. Qty: 30 tablet(s) Refills: 3 Pharmacy: WAL-MART PHARMACY 3894
- prednisone 5 mg tablet - take one po daily as needed Qty: 30 tablet(s) Refills: 2 Pharmacy: WAL-MART PHARMACY 3894

### Return to Office

- SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on 01/18/2018 at 02:30 PM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by SUSANNA MOBERLY, APRN, 12/30/2017.

Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 12/30/2017 at 11:11pm

**Encounter Date: 11/17/2017**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 11/17/2017 01:00PM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA | | |

**REECE, JAMIE H (id #21591363, dob:**
Prescription: ESI1 - Member is eligible. details

## Chief Complaint

new patient

new, joint stiffness and pain

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867

## Patient's Pharmacies

**WAL-MART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
TOYOTA FAMILY PHARMACY (TMMK): 1001 CHERRY BLOSSOM WAY, GEORGETOWN KY 40324, Ph (502) 570-4610, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 11/17/2017 01:22 pm | **Wt:** | 159 lbs 11/17/2017 01:22 pm | **BMI:** | 24.9 11/17/2017 01:22 pm |
| **BP:** | 109/61 sitting R arm 11/17/2017 01:29 pm | **BP Cuff Size:** | adult 11/17/2017 01:29 pm | **Pulse:** | 57 bpm regular 11/17/2017 01:29 pm |
| **RR:** | 16 11/17/2017 01:29 pm | | | | |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **calcium** | 11/17/17 | entered |
| **estradiol 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 11/17/17 | entered |
| **ketoprofen 75 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **Motrin 600 mg tablet**<br>Two times a day<br>**Internal Note:** Frequency: bid;Alt Frequency: prn;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008 | 05/20/08 | filled |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM 40 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **predniSONE 5 mg tablet**<br>take one po tid x 1 week; one po bid x 1 week then one po daily until gone | 11/17/17 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

**REECE, JAMIE H (id #21591363, dob:**

## Problems

Reviewed Problems
- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 09/10/2017)

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/10/2017)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**

## HPI

multiple recurring joint pain and tenderness; with hx of psoriasis; right hip pains, stiffness; tenderness; works full time at toyota and is concerned about worsening joint pains; denies cp, soa, rash or fevers and all others are negative

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally and normal tandem gait test.

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Sclerae: non-icteric.

**ENMT:** Ears: no lesions on external ear or hearing loss. Nose: no lesions on external nose and nares patent. Oral Cavity: no mouth or lip ulcers. Oropharynx: moist mucous membranes. Face: no malar erythema.

**Neck:** Neck: supple, FROM, trachea midline, and no masses. Lymph Nodes: no cervical LAD or supraclavicular LAD. Thyroid: no enlargement, tenderness, or nodules.

**Lungs:** Respiration: no dyspnea. Percussion: no dullness, flatness, or hyperresonance. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal and CTA except as noted.

**Cardiovascular System:** Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no JVD. Pulses including femoral / pedal: normal throughout.

**Musculoskeletal System:** Joints, Bones, and Muscles: no contractures, malalignment, or bony abnormalities and normal movement of all extremities and **tenderness**. Extremities: no cyanosis, edema, varicosities, or palpable cord. Cervical Spine: normal extension and flexion. Lumbar Spine: normal extension, negative straight-leg raising test, and no paravertebral tenderness. Hips: normal internal rotation and external rotation; no tenderness of the SI joints, pain over the greater trochanteric bursa, or trigger point pain; and negative Patrick's test. Knees: no ligamentous instability on examination.

**Neurological Exam:** Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no ulcer, induration, nodules, jaundice, or abnormal nevi;**rash** and **lesion**; and good turgor; **Mild**

**psoriatic lesions.** Nails: normal.

**Back:** Thoracolumbar Appearance: normal curvature.

## Assessment / Plan

**1. Multiple joint pain** - chronic and recurring joint pain and tenderness with flares more on the right side than on the left
hx of psoriasis for years
currently doesn't take any medications for this
no regular use of nsaids

M25.50: Pain in unspecified joint

- EATING HEALTHY FOODS: CARE INSTRUCTIONS
- ESR, AUTOMATED
- C-REACTIVE PROTEIN
- ANTI-CCP
- RHEUMATOID FACTOR
- ANTINUCLEAR AB (ANA)
- prednisone 5 mg tablet - take one po tid x 1 week; one po bid x 1 week then one po daily until gone Qty: 42 tablet(s) Refills: 0 Pharmacy: TOYOTA FAMILY PHARMACY (TMMK)

**2. Psoriasis with arthropathy** - Mild, sparse psoriatic lesions

L40.50: Arthropathic psoriasis, unspecified

- PSORIASIS: CARE INSTRUCTIONS

### Return to Office

- SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on 12/22/2017 at 01:30 PM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by SUSANNA MOBERLY, APRN, 11/22/2017.

Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 11/22/2017 at 1:26pm

# Clinical Documents

REECE, JAMIE #21591363 PHYSIC

**SPORTS MEDICINE CENTER**
Lexington Clinic

Routine For: Jamie Ree
Created By: Daniel Rou

* 61043236w13059 Single Page ClinDoc

CERVICAL SPINE - 24 Flexibility: Corner Stretch



Standing in corner with hands just above shoulder level and feet _6-8_ inches from corner, lean forward until a comfortable stretch is felt across chest.
Hold __15__ seconds.

Repeat __4__ times per set.
Do __1__ sets per session.
Do __3__

SHOULDER - 101 Scapular Retraction (Standing)

With arms at sides, pinch shoulder blades together.

CHIN TUCK PLUS PRESS HANDS BACK

PALMS OUT

Repeat __10__ times per set.
Do __1__ sets per session.
Do __3__ sessions



Sit on chair edge. Elevate chest as you press hands into chairs bottom

3sec. hold

1 X 7-12 Reps.






A: Slide arm away from body at an oblique angle (Bend forward)
B: Pull arm back around trunk. Point elbow to spine. Allow trunk to rotate




Bend trunk to drive both arms to front. Sit TALL and slide elbows back to trunk. Try to touch elbows together

Copyright © VHI. All rights reserved.

REECE, JAMIE 21591363 PHYSIC

SPORTS MEDICINE CENTER
Lexington Clinic

Routine For: Jamie Reece
Created By: Daniel Rousc

31033057w13059 Single Page ClinDoc



Pectoralis Minor Stretch

Standing, place shoulder and arm against wall. Step same leg forward. Lean and turn in opposite direction from wall.

MediCopy

Lexington Clinic

**FAXED REQUESTS WILL NOT BE PROCESSED.**

LEXINGTON CLINIC **ONLY** ACCEPTS MEDICAL RECORDS REQUESTS VIA MAIL OR WALK IN.

THIS INCLUDES BUT IS NOT LIMITED TO REQUESTS FOR BILLING, IMAGING, AND ALL PHI.

PLEASE MAIL YOUR REQUEST WITH THE ORIGINAL SIGNATURE TO:

**LEXINGTON CLINIC**

**RELEASE OF INFORMATION**

**1221 SOUTH BROADWAY**

**LEXINGTON, KY 40504**

Lincoln Financial Group®

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

Date: October 17, 2018

To:
DR MATTHEW TUTT MD
LEXINGTON CLINIC
1221 SOUTH BROADWAY
LEXINGTON KY 40504

Attn: Medical records

Fax: (859) 258-6512

From:
Daisy Ixchualt
Ltd Claim Assistant
On Behalf Of: Tracey Sprous
Phone No.: Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

Total Pages
(Including Cover): 4

RE:

Claim #: 8356763
Claimant: Jamie Reece

Toyota Motor Engineering & Manufacturing North America, Inc.

FAX# 10-19-18
MAILOUT ______
UPS ______

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 308-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group

Liberty Life Assurance Company of Boston, now a
Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 568-4895
Secure Fax No.: (603) 559-0310

October 17, 2018

Dr. Matthew P. Tutt, MD
Lexington Clinic
1221 SOUTH BROADWAY
LEXINGTON, KY 40504

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece
Claimant D.O.B.:

Dear Dr. Matthew Tutt:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 12, 2017 through present.

We ask that you provide this information by October 31, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Daisy Ixchualt
Ltd Claim Assistant
On Behalf Of: Tracey Sprous
Phone No.: (855) 508-4895 Ext. 41452
Secure Fax No.: (603) 559-0310

Attachments: 8356763-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.09.2018

DocuSign Envelope ID: 8B6213AD-A0E9-47BB-8880-5183C0FEEA4C

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (888) 504-4693
Secure Fax No.: (603) 334-7307

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employers, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) self Relationship self

Signature of claimant or legal representative [signature]

Date of Birth: Claim Number: 8191808 Date: 6/25/2018

**A copy of this authorization will be considered as valid as the original.**

**n0303912**

| | |
|---|---|
| **From:** | Jamie Reece |
| **Sent:** | Saturday, October 20, 2018 2:32:19 PM |
| **To:** | DisabilityDocuments |
| **Subject:** | medical documents PDF |
| **Attachments:** | JAMIE REECE 21591363.pdf |

**Ciox Health**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

# INVOICE

**Invoice #:** 0256727398
**Date:** 10/18/2018
Customer #: 1528672

| Ship to: | Bill to: | Records from: |
|---|---|---|
| Liberty Life Assurance Company<br>Liberty Life Assurance Company<br>PO BOX 7209<br>LONDON, KY 40742-7209 | Liberty Life Assurance Company<br>Liberty Life Assurance Company<br>PO BOX 7209<br>LONDON, KY 40742-7209 | KENTUCKYONE RHEUMATOLOGY ASSOC<br>211 FOUNTAIN CT<br>STE 210<br>LEXINGTON, KY 40509-2696 |

**Requested By:** LIBERTY LIFE ASSURANCE COMPANY **DOB:**
**Patient Name:** REECE JAMIE

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 0.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 51 | 1.00 | 51.00 |
| Electronic Data Archive Fee | | | 2.00 |
| Subtotal | | | 53.00 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 53.00 |
| Less Payment | | | -53.00 |
| Balance Due | | | 0.00 |

**Pay your invoice online at** https://paycioxhealth.com/pay/

**Terms: Net 30 days**

---

**Ciox Health**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

Invoice #: 0256727398

Check # ____________________

Payment Amount $____________

Get future medical records as soon as they are processed, by signing up for secure electronic delivery.
Register at: edelivery.cioxhealth.com

**Please return stub with payment.**

Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.
Email questions to collections@cioxhealth.com.

Lincoln/Reece 3218

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

MT / BT

August 28, 2018

Dr. Indhira Bisono- Jimenez
211 FOUTAIN COURT
SUITE 220
LEXINGTON, KY 40509

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763 PT
Claimant: Jamie Reece
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 12, 2016 through present

We ask that you provide this information by September 11, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tracey Sprous
Disability Claims Case Manager
Phone No.: (855) 508-4895 Ext. 41452
Secure Fax No.: (603) 559-0310

Attachments: 8191808-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.25.2018

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

| | |
|---|---|
| Date: | August 28, 2018 |
| To: | DR INDHIRA BISONO- JIMENEZ<br>KENTUCKY ONE HEALTH RHEUMATOLOGY ASSOCIA<br>211 FOUTAIN COURT<br>SUITE 220<br>LEXINGTON KY 40509 |
| Attn: | MEDICAL RECORDS |
| Fax: | (859) 629-7266 |
| From: | Tracey Sprous<br>Disability Claims Case Manager<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 559-0310 |
| Total Pages<br>(Including Cover): | 4 |
| RE: | Claim #: 8356763<br>Claimant: Jamie Reece<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

DocuSign Envelope ID: 8B6213AD-ADE9-47BB-98B0-5189D9FEEA4C

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7307

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) self Relationship self

Signature of claimant or legal representative DocuSigned by: Jamie Reece

Date of Birth: ______ Claim Number: 8191808 Date: 6/25/2018

**A copy of this authorization will be considered as valid as the original.**

**Saint Joseph Rheumatology Associates**
**211 Fountain Court Suite 220,**
**Lexington, KY 40509**
**Phone: (859) 629-7265 Fax: (859) 629-7266**

*MRN:* **1668060** *Encounter Date:* **09/17/2018 3:45PM**

*DOB:*
*Home.*
*Address:* *Work:*
**Jamie Reece**

**PCP:** Adams, Doris W

## History Reported by
The history was reported by the patient

## Reason For Visit
Patient coming in acute visit with history of PsA and she wants to discuss other medications options now. .
Patient is into discuss medication options as says had side effects on Humira.
Pain level - 6/10

## Review Medical History
Past Medical History Reviewed

## History of Present Illness
**Text Templates:**
49 y/o WF with PsA and chronic anxiety here for follow up.

Her case has been difficult as she seems over anxious about her disease and medications.

Today 9/17/2018 she tells me that:
She says she had got so sick at home she says with "fever of 100F " and denies any nausea or vomiting, but feel like a head cold and with body aches and felt terrible and lasted like 8 days.
She says she talked to the Humira people and they told her it might happen but she might try again.

She says couldn't sleep at all and she thinks Humira caused as she says is on of those patient that get the side effects that nobody else gets.

She endorses swelling on her R wrist and pain radiating down her R arm.

She says she is not using more Indomethacin right now as she says the severe chest pain is better.

She says she will think it retry Humira or do the Remicade.

## Active Problems
1. Blurred vision (368.8) (H53.8)
2. Chest pain, midsternal (786.51) (R07.89)
3. CNS demyelination (341.9) (G37.9)
4. Costochondral pain (786.52) (R07.1)
5. Costochondritis (733.6) (M94.0)
6. Encounter for medication monitoring (V58.83) (Z51.81)
7. Fatigue (780.79) (R53.83)
8. Hip bursitis (726.5) (M70.70)
9. History of psoriasis (V13.3) (Z87.2)

10. Joint pain (719.40) (M25.50)
11. Mid sternal chest pain (786.51) (R07.89)
12. Numbness (782.0) (R20.0)
13. Pruritus (698.9) (L29.9)
14. Psoriatic arthritis (696.0) (L40.50)

**Current Meds**

1. Calcium TABS
2. CVS Probiotic Maximum Strength Oral Capsule
3. Cyclobenzaprine HCl - 10 MG Oral Tablet
4. Esomeprazole Magnesium 40 MG Oral Capsule Delayed Release; TAKE 1 CAPSULE ONCE DAILY
5. Estrace 0.1 MG/GM Vaginal Cream
6. Fluconazole 150 MG Oral Tablet
7. Folic Acid 1 MG Oral Tablet; TAKE 1 TABLET DAILY
8. Gabapentin 300 MG Oral Capsule
9. Havrix 1440 EL U/ML SUSP
10. Humira Pen 40 MG/0.8ML Subcutaneous Pen-injector Kit; one SC injection q other week as directed
11. Indomethacin 50 MG Oral Capsule; TAKE 1 CAPSULE 3 TIMES DAILY WITH FOOD
12. LORazepam 0.5 MG Oral Tablet; TAKE 1 TABLET TWICE DAILY
13. Methotrexate 2.5 MG Oral Tablet; TAKE 8 TABLET Weekly
14. Multi Complete CAPS
15. Terconazole 0.4 % Vaginal Cream
16. ZyrTEC Allergy CAPS

**Review of Systems**

A complete review of systems revealed no pertinent patient complaints except as noted below and in the history of present illness.

**Vitals**

**Vital Signs**

**Recorded: 17Sep2018 04:01PM**

Height: 5 ft 7 in
Weight: 177 lb
**BMI Calculated: 27.72**
BSA Calculated: 1.92
Temperature: 98.2 F
Heart Rate: 97
Respiration: 18
Systolic: 101
Diastolic: 64

**Physical Exam**

**CONSTITUTIONAL:** This 49 year old female appears. well developed, well nourished and in no acute distress. Vitals x3 noted.
**HEAD & FACE:** Head and face are symmetric, normocephalic and atraumatic.
**EYES:** Inspection of the conjunctivae and lids reveals no swelling, erythema or discharge. Pupils are round, equal and reactive to light and there is no scleral icterus.
**EARS, NOSE, MOUTH & THROAT:** On inspection, ears and nose are within normal limits.
**PULMONARY:** Normal respiratory effort.
**MUSCULOSKELETAL:** Gait is within normal limits. Digits and nails are without clubbing, cyanosis or pitting. No joint swelling, warmth or tenderness. Inspection and palpation of muscles and soft tissues is normal. Range of motion is within normal limits. Muscle strength is normal.

**SKIN:** No rash, nodules or sclerodactyly.
**PSYCHIATRIC:** Patient's judgment and insight are unimpaired. Patient's mood and affect are normal.

## Assessment

1. Psoriatic arthritis (696.0) (L40.50)
2. Joint pain (719.40) (M25.50)
3. Encounter for medication monitoring (V58.83) (Z51.81)
4. History of psoriasis (V13.3) (Z87.2)

## Orders

1. Stop: Humira Pen 40 MG/0.8ML Subcutaneous Pen-injector Kit

## Discussion/Summary

49 y/o WF with PsA, anxiety and psoriasis of the skin and concerns of reaction to Humira.

She felt "sick" after using Humira, unclear if was really a side effect of had a cold, advise we can try Remicade 5m/kg loading doses and Q 2 months combined with her MTX to see if would help.
-She says she will think about it and let me know in 2 days when she comes to accompany her daughter on her app with me.
-No tender or swollen joints today.
-
Will see he in 3 months and will decided soon if she wants to switch meds.
-Explained to her that from my standpoint she doesn't need a medical leave or restriction on her job and if orthopedia thinks she needs restriction they should send a letter to her employer.
-Sternal chest pain, costochondritis has resolved, so use Indomethacin PRN only.
-Continue MTX labs q 2-3 months with CBC and CMP on 8/2018 WNL.

RTC in 3 months

## Counseling

The patient was counseled regarding prognosis, risks and benefits of treatment options, instructions for management, patient and family education, importance of compliance with treatment, risk factor reductions and impressions. Total time of encounter was 30 minutes of which greater than 50% was spent counseling and coordinating care.

## 'End of Encounter Meds'

## Signatures

Electronically signed by : Tera Murillo, LPN; Sep 17 2018 3:55PM EST (Co-author)
Electronically signed by : Indhira Bisono Jimenez, M.D.; Sep 17 2018 4:29PM EST (Author)

**Saint Joseph Rheumatology Associates**
**211 Fountain Court Suite 220,**
**Lexington, KY 40509**
**Phone: (859) 629-7265 Fax: (859) 629-7266**

*MRN:* **1668060** *Encounter Date:* **08/01/2018 9:15AM**

*DOB:*
*Home.*
*Work:*

*Address:*
**Jamie Reece**

## Reason For Visit

Patient coming in for follow up on Join t pain hx of PsA
Patient reports she took the Indomethacin for 1 month and now has GI issues.
Pain level - 2/10

## Review Medical History

Past Medical History Reviewed

## History of Present Illness

**Text Templates:**
49 y/o WF with hx of psoriatic arthritis and concerns of costochondritis here for evaluation.

Her Quantiferon TB gold was negative on 6/11/2018.
-X-ray of b/l ribs and SI joint WNL then.
HLA-B27 negative and all other serologies negative.

Today 8/1/2018 she tells me that:
She says the pain in the chest wall is better but it comes and goes.
Is sporadic and comes on and off.
She says on July 19th was very painful.

She thinks she is flaring as her hips and R foot.

She endorses bloating on her stomach and diarrhea.

She says she is not going to have any shoulder surgery anymore.

She says she is taking the Methotrexate 20 mg a week and Folic acid once a week.

She endorses some psoriasis on her L elbow now.

She says Neurology told her she doesn't have MS.

## Active Problems

1. Blurred vision (368.8) (H53.8)
2. Chest pain, midsternal (786.51) (R07.89)
3. CNS demyelination (341.9) (G37.9)
4. Costochondral pain (786.52) (R07.1)
5. Costochondritis (733.6) (M94.0)
6. Encounter for medication monitoring (V58.83) (Z51.81)
7. Fatigue (780.79) (R53.83)
8. History of psoriasis (V13.3) (Z87.2)

9. Joint pain (719.40) (M25.50)
10. Numbness (782.0) (R20.0)
11. Pruritus (698.9) (L29.9)
12. Psoriatic arthritis (696.0) (L40.50)

**Current Meds**

1. Calcium TABS
2. CVS Probiotic Maximum Strength Oral Capsule
3. Cyclobenzaprine HCl - 10 MG Oral Tablet
4. Esomeprazole Magnesium 40 MG Oral Capsule Delayed Release; TAKE 1 CAPSULE ONCE DAILY
5. Estrace 0.1 MG/GM Vaginal Cream
6. Fluconazole 150 MG Oral Tablet
7. Folic Acid 1 MG Oral Tablet; TAKE 1 TABLET DAILY
8. Gabapentin 300 MG Oral Capsule
9. Havrix 1440 EL U/ML SUSP
10. Indomethacin 50 MG Oral Capsule; TAKE 1 CAPSULE 3 TIMES DAILY WITH FOOD
11. LORazepam 0.5 MG Oral Tablet; TAKE 1 TABLET TWICE DAILY
12. Methotrexate 2.5 MG Oral Tablet; TAKE 8 TABLET Weekly
13. Multi Complete CAPS
14. Terconazole 0.4 % Vaginal Cream
15. ZyrTEC Allergy CAPS

**Review of Systems**

A complete review of systems revealed no pertinent patient complaints except as noted below and in the history of present illness.
**CONSTITUTIONAL:** normal.
**CARDIOVASCULAR:** chest discomfort.
**GASTROINTESTINAL:** abdominal pain and diarrhea.
**MUSCULOSKELETAL:** arthralgia, but no joint swelling.
**INTEGUMENTARY:** psoriasis on L elbow.

**Vitals**

**Vital Signs**
**Recorded: 01Aug2018 09:29AM**
Height: 5 ft 7 in
Weight: 176.8 lb
**BMI Calculated: 27.69**
BSA Calculated: 1.92
Temperature: 98.2 F
Heart Rate: 73
Respiration: 18
Systolic: 138, RUE, Sitting
Diastolic: 85, RUE, Sitting

**Physical Exam**

**CONSTITUTIONAL:** This 49 year old female appears. well developed, well nourished and in no acute distress. Vitals x3 noted.
**HEAD & FACE:** Head and face are symmetric, normocephalic and atraumatic.
**EYES:** Inspection of the conjunctivae and lids reveals no swelling, erythema or discharge. Pupils are round, equal and reactive to light and there is no scleral icterus.
**EARS, NOSE, MOUTH & THROAT:** On inspection, ears and nose are within normal limits.
**PULMONARY:** Normal respiratory effort. TTP of midsternal manubrial joint.
**CARDIOVASCULAR:** Examination of the extremities shows no significant edema.

**MUSCULOSKELETAL:** Gait is within normal limits. Digits and nails are without clubbing, cyanosis or pitting. No joint swelling, warmth or tenderness. Inspection and palpation of muscles and soft tissues is normal. TTP on lateral aspect of both hips? trochanteric areas?. Range of motion is within normal limits. Muscle strength is normal.
**SKIN:** mild psoriasis over L elbow.
**PSYCHIATRIC:** Patient's judgment and insight are unimpaired. Patient's mood and affect are normal.

## Assessment

1. Mid sternal chest pain (786.51) (R07.89)
2. Encounter for medication monitoring (V58.83) (Z51.81)
3. Costochondral pain (786.52) (R07.1)
4. Chest pain, midsternal (786.51) (R07.89)
5. Joint pain (719.40) (M25.50)
6. Psoriatic arthritis (696.0) (L40.50)
7. History of psoriasis (V13.3) (Z87.2)
8. Hip bursitis (726.5) (M70.70)

## Orders

1. MRI Chest WO W; Status:Need Information - Required information; Requested for:01Aug2018;
2. CBC With Differential/Platelet; Status:Active; Requested for:01Aug2018;
3. CMP-COMPREHENSIVE METABOLIC PANEL(14) w/eGFR; Status:Active; Requested for:01Aug2018;
4. C-Reactive Protein, Quant; Status:Active; Requested for:01Aug2018;
5. Sedimentation Rate-Westergren; Status:Active; Requested for:01Aug2018;
6. Renew: Folic Acid 1 MG Oral Tablet; TAKE 1 TABLET DAILY
7. Renew: Methotrexate 2.5 MG Oral Tablet; TAKE 8 TABLET Weekly

## Discussion/Summary

49 y/o WF with psoriatic arthritis, psoriasis of the skin here for follow up.

Having issues with chronic costochondritis pain and now possible b/l hip bursitis vs ligament inflammation of hips/ enthesis tis?
-Will order MRI of chest to evaluate for Sterno manubrial signs of inflammation.
-Will continue Methotrexate 20 mg q weekly along with daily Folic acid 1 mg, both refilled for 90 days today.
-Will proceed with Humira 40 mg SQ q 15 days as not on clinical remission and Humira usually helps costochondral inflammation and mght help enthesitis on hips if that is the case.
-She received a Humira injection sample today and Humira injection teaching by my CMA Tera Murillo today.
-Had mild psoriasis on L elbow today hopefully Humira will help both skin and joint issues.
-Side effects of higher risk of infections, paradoxical palmo-plantar psoriasis and rash, were discussed with her today.
-Wil try Humira for about 5-6 months and if not better by them will try Remicade infusions.
-Told to hold off on Indomethacin due to diarrhea and she will see GI.

Will see her again in 3 months but will do CBC, CMP, ESR, CRP today and Q 3 months for MTX motioning.

## Counseling

The patient was counseled regarding prognosis, risks and benefits of treatment options, instructions for management, patient and family education, importance of compliance with treatment, risk factor reductions and impressions. Total time of encounter was 30 minutes of which greater than 50% was spent counseling and coordinating care.

## 'End of Encounter Meds'

## Signatures

Electronically signed by : Tera Murillo, LPN; Aug 1 2018 9:19AM EST (Co-author)
Electronically signed by : Tera Murillo, LPN; Aug 1 2018 9:28AM EST (Co-author)
Electronically signed by : Indhira Bisono Jimenez, M.D.; Aug 1 2018 10:14AM EST (Author)

**Saint Joseph Rheumatology Associates**
**211 Fountain Court Suite 220,**
**Lexington, KY 40509**
**Phone: (859) 629-7265 Fax: (859) 629-7266**

*MRN:* **1668060**

*Encounter Date:* **06/14/2018 9:00AM**

*DOB:*
*Home*
*Work:*

*Address:*
**Jamie Reece**

**PCP:** Adams, Doris W

## History Reported by

Patient coming called to be seen again for chest discomfort .
Patient reports the pain comes and goes .
Pain level 2/10

## Reason For Visit

49 y/o WF with hx of PsA here for acute visit for chest wall pain

## Review Medical History

Past Medical History Reviewed

## History of Present Illness

**Text Templates:**
49 y/o WF with hx of PsA here for follow up.

She was here 2 days ago and was supposed to come back for follow up in 4 weeks.
I received the records from Susana Morberly and she mentioned that she patient was on Methotrexate and that she wanted to start Humira but the patient did not started it.

I Rx her Indomethacin for substernal pain that I though was related to costochondral inflammation for PsA; Xray of riabs and PA chest was normal and SI X-rays were normal.
All Rheum serologies and ESR and CRP were normal on 6/11/2018.

Today 6/14/2018 she tells me that:
She says yesterday morning she woke up with pain on the upper chest, higher than usual,then got better and she left to tun an errand and started again on the middle part of her chest and then worsened and felt like an stabbing pain.
She says she discussed with the husband and the told her to call me back and try to get in.

The pain is better now, just feels like a weird sensation there.
She admits she picked up the Indomethacin yesterday night but did not take it as wasn't sure if I needed to do something different that time.

## Active Problems

1. Blurred vision (368.8) (H53.8)
2. Chest pain, midsternal (786.51) (R07.89)
3. CNS demyelination (341.9) (G37.9)
4. Encounter for medication monitoring (V58.83) (Z51.81)
5. Fatigue (780.79) (R53.83)
6. History of psoriasis (V13.3) (Z87.2)

7. Joint pain (719.40) (M25.50)
8. Numbness (782.0) (R20.0)
9. Pruritus (698.9) (L29.9)
10. Psoriatic arthritis (696.0) (L40.50)

**Current Meds**

1. Calcium TABS
2. CVS Probiotic Maximum Strength Oral Capsule
3. Cyclobenzaprine HCl - 10 MG Oral Tablet
4. Esomeprazole Magnesium 40 MG Oral Capsule Delayed Release; TAKE 1 CAPSULE ONCE DAILY
5. Estrace 0.1 MG/GM Vaginal Cream
6. Fluconazole 150 MG Oral Tablet
7. Folic Acid 1 MG Oral Tablet; TAKE 1 TABLET DAILY
8. Gabapentin 300 MG Oral Capsule
9. Havrix 1440 EL U/ML SUSP
10. Indomethacin 50 MG Oral Capsule; TAKE 1 CAPSULE 3 TIMES DAILY WITH FOOD
11. LORazepam 0.5 MG Oral Tablet; Take 1 tablet PO 30 minutes prior to MRI, may repeat after 30 minutes X1 if needed
12. LORazepam 0.5 MG Oral Tablet; TAKE 1 TABLET TWICE DAILY
13. Methotrexate 2.5 MG Oral Tablet; TAKE 8 TABLET Weekly
14. Multi Complete CAPS
15. Terconazole 0.4 % Vaginal Cream
16. ZyrTEC Allergy CAPS

**Review of Systems**

A complete review of systems revealed no pertinent patient complaints except as noted below and in the history of present illness.
**CONSTITUTIONAL:** normal.
**CARDIOVASCULAR:** chest discomfort, but no palpitations, no irregular heart rate and no swelling of extremities.
**RESPIRATORY:** normal.
**GASTROINTESTINAL:** normal.
**INTEGUMENTARY:** normal.
**ALLERGIC/IMMUNOLOGIC:** normal.

**Vitals**

**Vital Signs**
**Recorded: 14Jun2018 09:17AM**
Height: 5 ft 7 in
Weight: 173 lb
**BMI Calculated: 27.1**
BSA Calculated: 1.9
Temperature: 98.1 F
Heart Rate: 76
Respiration: 18
Systolic: 116, RUE, Sitting
Diastolic: 77, RUE, Sitting

**Physical Exam**

**CONSTITUTIONAL:** This 49 year old female appears. well developed, well nourished and in no acute distress. Vitals x3 noted.
**HEAD & FACE:** Head and face are symmetric, normocephalic and atraumatic.
**EYES:** Inspection of the conjunctivae and lids reveals no swelling, erythema or discharge. Pupils are round, equal and reactive to light and there is no scleral icterus.

**EARS, NOSE, MOUTH & THROAT:** On inspection, ears and nose are within normal limits.
**PULMONARY:** Normal respiratory effort. Lungs are clear to auscultation bilaterally. TTP on midternal area and more toward the L.
**CARDIOVASCULAR:** On auscultation the heart rate and rhythm are normal. There are no murmurs or rubs. Examination of the extremities shows no significant edema.
**MUSCULOSKELETAL:** Gait is within normal limits. Digits and nails are without clubbing, cyanosis or pitting. No joint swelling, warmth or tenderness. Inspection and palpation of muscles and soft tissues is normal. Range of motion is within normal limits. Muscle strength is normal.
**SKIN:** No rash, nodules or sclerodactyly.
**PSYCHIATRIC:** Patient's judgment and insight are unimpaired. Patient's mood and affect are normal.

## Assessment

1. Chest pain, midsternal (786.51) (R07.89)
2. History of psoriasis (V13.3) (Z87.2)
3. Psoriatic arthritis (696.0) (L40.50)
4. Costochondritis (733.6) (M94.0)
5. Costochondral pain (786.52) (R07.1)

## Discussion/Summary

49 y/o WF with hx of PsA and what seems to be midsternal pain to palpation here for acute visit.

She was TTP on midsternal area which confirms this is not coming from the heart.
-Again I told her this is most likely costochondritis pain / chest wall inflammation can occur in seronegative arthropathies like PsA.
-She was told to start the Indomethacin 50 mg po TID for 1 month and I hope she should be feeling better in 3-4 days; if not was told to call PCP for further evaluation.
-Rheum serologies OK.
-Awaiting for Quantiferon TB gold to be back; if negative we will proceed with Humira PA for PsA when she feels ready for; she says she wants to have her R shoulder surgery before proceeding with Humira.

She will RTC in 1 month

## Counseling

The patient was counseled regarding diagnostic results, prognosis, risks and benefits of treatment options, instructions for management, patient and family education, importance of compliance with treatment, risk factor reductions and impressions. Total time of encounter was 30 minutes of which greater than 50% was spent counseling and coordinating care.

## 'End of Encounter Meds'

## Signatures

Electronically signed by : Tera Murillo, LPN; Jun 14 2018 9:17AM EST (Co-author)
Electronically signed by : Indhira Bisono Jimenez, M.D.; Jun 14 2018 9:50AM EST (Author)

**Saint Joseph Rheumatology Associates**
**211 Fountain Court Suite 220,**
**Lexington, KY 40509**
**Phone: (859) 629-7265 Fax: (859) 629-7266**

*MRN:* **1668060** *Encounter Date:* **06/11/2018 10:30AM**

*DOB:*
*Home:*
*Work:*

*Address:*
**Jamie Reece**

**PCP:** Adams, Doris W

## History Reported by
The history was reported by the patient

## Reason For Visit
Mrs Reece was referred to us by Doris Adams for consultation regarding hx of Psoriatic Arthritis.
Patient reports she was recently seen by Susanna Moberly,
APRN for PsA and is here today to get a second opinion.
She endorses pain on shoulders and neck and recently started having chest discomfort.

## History of Present Illness
**Text Templates:**
49 y/o WF whom has recently been diagnosed with psoriatic arthritis here today for a second opinion.

Today 6/11/2018 she tells me that:
She says she was dx with PsA around 12/2017.

The patient endorses stiffness on her R hip and deep pain; swelling on her R 2 DIP with a lot soreness; also stiffness on hand and legs.
She thinks her joint pain started with the hip about 6 years; she denies any hx of injections or evaluation by orthopedia.
Right now feels really good.

She has tried NSAID and did not help the pain.

She says Moberly recommended a trial of Prednisone x 3 weeks and it helped tremendously but as has been off of it the pain has been coming slowly back.

She has been using Methotrexate 4 tabs twice weekly since January for PsA. Also daily Folic acid.

She has been diagnosed with psoriasis in the skin 8 years ago; tried topicals by derm before.
She doesn't think MTX has helped so much the joints.

She thinks MTX has helped the skin but
now feels more itching coming back. Is worse now for the past 1 month.
She says lotions and antihistamine don't seem to help the itchiness on the skin.

She denies any swelling on her joints.
She denies any family hx of psoriasis or arthritis.

She works in Toyota but now is out due to a neck injury recently.

She used to smoke, quit years ago, denies any alcohol use or drug use.

She denies any recent fevers, chills or weight.

Endorses soreness on the sternal area when lies on it or when lies on the R shoulder.
She went to the ER for the tightness on the chest recently she was told her heart was OK.
She will need to see chest pain clinic for stress test.

She denies any hx of uveitis/eye inflammation.

She endorses itchiness all over that improves with Zyrtec but still itches.

## Active Problems

1. Blurred vision (368.8) (H53.8)
2. CNS demyelination (341.9) (G37.9)
3. Fatigue (780.79) (R53.83)
4. Numbness (782.0) (R20.0)

## Allergies

1. Lortab TABS
   Recorded By: Baker, Carrie; 6/8/2018 9:16:53 AM

## Current Meds

1. Calcium TABS;
   Therapy: (Recorded:08Jun2018) to Recorded
2. CVS Probiotic Maximum Strength Oral Capsule;
   Therapy: (Recorded:08Jun2018) to Recorded
3. Cyclobenzaprine HCl - 10 MG Oral Tablet;
   Therapy: 29Mar2018 to Recorded
4. Esomeprazole Magnesium 40 MG Oral Capsule Delayed Release; TAKE 1 CAPSULE ONCE DAILY;
   Therapy: (Recorded:08Jun2018) to Recorded
5. Estrace 0.1 MG/GM Vaginal Cream;
   Therapy: 17Apr2018 to Recorded
6. Fluconazole 150 MG Oral Tablet;
   Therapy: 09Jan2018 to Recorded
7. Folic Acid 1 MG Oral Tablet; TAKE 1 TABLET DAILY;
   Therapy: (Recorded:08Jun2018) to Recorded
8. Gabapentin 300 MG Oral Capsule;
   Therapy: 04Apr2018 to Recorded
9. Havrix 1440 EL U/ML SUSP;
   Therapy: 02May2018 to Recorded
10. LORazepam 0.5 MG Oral Tablet; Take 1 tablet PO 30 minutes prior to MRI, may repeat after 30 minutes X1 if needed;
    Therapy: 08Jun2018 to (Evaluate:09Jun2018); Last Rx:08Jun2018 Ordered
11. LORazepam 0.5 MG Oral Tablet; TAKE 1 TABLET TWICE DAILY;
    Therapy: (Recorded:08Jun2018) to Recorded
12. Methotrexate 2.5 MG Oral Tablet; 4 tablets twice weekly;
    Therapy: (Recorded:08Jun2018) to Recorded
13. Motrin 600 MG TABS;
    Therapy: (Recorded:08Jun2018) to Recorded
14. Multi Complete CAPS;
    Therapy: (Recorded:08Jun2018) to Recorded
15. Terconazole 0.4 % Vaginal Cream;

Therapy: 09Jan2018 to Recorded

16. ZyrTEC Allergy CAPS;
    Therapy: (Recorded:08Jun2018) to Recorded

**Past Medical History**

1. History of Anxiety (300.00) (F41.9)
2. History of cataract (V12.49) (Z86.69)
3. History of IBS (V12.79) (Z87.19)
4. History of miscarriage (V13.29) (Z87.59)

**Surgical History**

1. History of Hysterectomy
2. History of Oral surgery
3. History of Tonsillectomy

**Family History**

1. Family history of arthritis (V17.7) (Z82.61)
2. Family history of cardiac disorder (V17.49) (Z82.49)
3. Family history of coronary artery disease (V17.3) (Z82.49)
4. Family history of hypothyroidism (V18.19) (Z83.49)
5. FH: stomach cancer (V16.0) (Z80.0)

**Social History**

- Does not use illicit drugs (V49.89) (Z78.9)
- Employed
- Married
- Never smoker
- Social alcohol use (Z78.9)

**Review Medical History**

Past Medical History Reviewed Past Surgical History Reviewed Family History Reviewed Social History Reviewed

**Review of Systems**

A complete review of systems revealed no pertinent patient complaints except as noted below and in the history of present illness.
**CONSTITUTIONAL:** normal.
**EYES:** eye pain and change in vision.
**ENT:** mouth sores.
**CARDIOVASCULAR:** chest discomfort.
**RESPIRATORY:** normal.
**GASTROINTESTINAL:** heartburn.
**GENITOURINARY:** 3 miscarriage(s) and prior pregnancies.
**MUSCULOSKELETAL:** arthralgia, morning stiffness mins and hands/ fingers .
**INTEGUMENTARY:** itching .
**NEUROLOGICAL:** headache, dizziness and memory loss.
**PSYCHIATRIC:** normal.
**ENDOCRINE:** normal.
**ALLERGIC/IMMUNOLOGIC:** normal.

**Vitals**

**Vital Signs**

**Recorded: 11Jun2018 10:36AM**

Height: 5 ft 7 in
Weight: 171 lb

**BMI Calculated: 26.78**
BSA Calculated: 1.89
Temperature: 97.9 F
Heart Rate: 73
Respiration: 18
Systolic: 129, RLE, Sitting
Diastolic: 86, RLE, Sitting

## Physical Exam

Jamie Reece is a Caucasian female who appears well developed, well nourished and in no acute distress. Vitals x 3 noted.
**HEAD & FACE:** Head and face are symmetric, normocephalic and atraumatic.
**EYES:** Inspection of the conjunctivae and lids reveals no swelling, erythema or discharge. Pupils are round, equal and reactive to light and there is no scleral icterus.
**EARS, NOSE, MOUTH & THROAT:** On inspection, ears and nose are within normal limits. Lips, teeth, and gums appear healthy with good dentition. There is no exposed bone in the jaw. The oropharynx is normal with no erythema, edema, exudate or lesions.
**NECK:** Neck is supple without masses. No thyromegaly or masses.
**PULMONARY:** Normal respiratory effort. Lungs are clear to auscultation bilaterally.
**CARDIOVASCULAR:** On auscultation the heart rate and rhythm are normal. There are no murmurs or rubs. Examination of the extremities shows no significant edema.
**LYMPHATIC:** No cervical lymphadenopathy.
**MUSCULOSKELETAL:** Gait is within normal limits. Digits and nails are without clubbing, cyanosis or pitting. No joint swelling, warmth or tenderness. Inspection and palpation of muscles and soft tissues is normal. Range of motion is within normal limits. Muscle strength is normal. The spine has normal alignment and range of motion,.
**SKIN:** No rash, nodules or sclerodactyly.
**NEUROLOGIC:** Patellar reflexes are 2+ and symmetric.
**PSYCHIATRIC:** Patient's judgment and insight are unimpaired. Patient's mood and affect are normal.

## Assessment

1. Joint pain (719.40) (M25.50)
2. Encounter for medication monitoring (V58.83) (Z51.81)
3. History of psoriasis (V13.3) (Z87.2)
4. Chest pain, midsternal (786.51) (R07.89)
5. Psoriatic arthritis (696.0) (L40.50)
6. Pruritus (698.9) (L29.9)

## Orders

1. Start: Indomethacin 50 MG Oral Capsule; TAKE 1 CAPSULE 3 TIMES DAILY WITH FOOD
2. Angiotensin-Converting Enzyme; Status:Complete; Done: 11Jun2018 12:49PM
3. Antinuclear Antibodies, IFA; Status:Complete; Done: 11Jun2018 12:49PM
4. CBC With Differential/Platelet; Status:Complete; Done: 11Jun2018 12:49PM
5. CCP Antibodies IgG/IgA; Status:Complete; Done: 11Jun2018 12:49PM
6. CMP-COMPREHENSIVE METABOLIC PANEL(14) w/eGFR; Status:Complete; Done: 11Jun2018 12:49PM
7. C-Reactive Protein, Quant; Status:Complete; Done: 11Jun2018 12:49PM
8. dsDNA (nDNA) Scrn by Crithidia; Status:Complete; Done: 11Jun2018 12:49PM
9. Hepatitis Panel (4); Status:Complete; Done: 11Jun2018 12:49PM
10. QuantiFERON TB Gold (In Tube); Status:Active; Requested for:11Jun2018;
11. Rheumatoid Arthritis Factor; Status:Complete; Done: 11Jun2018 12:49PM
12. RNP Antibodies; Status:Complete; Done: 11Jun2018 12:49PM
13. RPR; Status:Complete; Done: 11Jun2018 12:49PM
14. Sedimentation Rate-Westergren; Status:Complete; Done: 11Jun2018 12:49PM
15. Sjogren's Ab, Anti-SS-A/-SS-B; Status:Complete; Done: 11Jun2018 12:49PM
16. Smith Antibodies; Status:Complete; Done: 11Jun2018 12:49PM

17. Vitamin D, 25-Hydroxy; Status:Complete; Done: 11Jun2018 12:49PM
18. Bilirubin, Direct; Status:Complete; Done: 11Jun2018 12:49PM
19. CR Ribs BILAT 3 Vws W PA Chest; Status:Active; Requested for:11Jun2018; Location of Service : Saint Joseph East
20. HIV 4th gen; Status:Complete; Done: 11Jun2018 12:49PM
21. Renew: Methotrexate 2.5 MG Oral Tablet; TAKE 8 TABLET Weekly
22. CR Sacroiliac Jts Min 3 Vws; Status:Active; Requested for:11Jun2018; Location of Service : Saint Joseph East
23. HLA B 27 Disease Association; Status:Active; Requested for:11Jun2018;
24. Stop: Motrin 600 MG TABS (Ibuprofen)

Psoriatic arthritis (696.0) (L40.50)

Chest pain, midsternal (786.51) (R07.89)

### Discussion/Summary

49 y/o WF with hx of psoriasis in the skin , worsening joint pain with hx of swelling and also skin pruritus here for 2 opinion.

Agree that her history sounds inflammatory and I do believe she has Psoriatic arthritis.
-PsA is a seronegative spondyloarthropathy that sometimes can cause mid chest pain due to costochondral inflammation/non cardiac chest pain so I have recommended her a trial of a strong NSAID like Indomethacin 50 mg TID with food.
-I warned her that these NSAID can lead to severe GERD or diarrhea and if she feels 3 times a day its too much she can do it twice a day- she voiced understanding.
-I will order Rheum serologies and labs in preparation for Humira when she willing to try it.
-I will order X-rays of chest and Ribs and SI joints and HLA-B27.
-Will request records from Morberly to review.
-Will order labs to investigate for secondary cause of pruritus and if all normal will defer to PCP that she might need another Dermatological evaluation for possible worsening eczema of the skin.

She will RTC in 4 weeks

### Counseling

The patient was counseled regarding prognosis, risks and benefits of treatment options, instructions for management, patient and family education, importance of compliance with treatment, risk factor reductions and impressions. Total time of encounter was 45 minutes of which greater than 50% was spent counseling and coordinating care.

### 'End of Encounter Meds'

### Signatures

Electronically signed by : Tera Murillo, LPN; Jun 11 2018 10:09AM EST (Co-author)
Electronically signed by : Tera Murillo, LPN; Jun 11 2018 10:37AM EST (Co-author)
Electronically signed by : Tera Murillo, LPN; Jun 11 2018 10:40AM EST (Co-author)
Electronically signed by : Indhira Bisono Jimenez, M.D.; Jun 17 2018 1:52PM EST (Author)

| | | | |
|---|---|---|---|
| **Patient Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 03/26/2018 01:30PM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Prescription: ESI1 - Member is eligible. | | |

Reviewed by Dr Bloom please upload

## Chief Complaint

Followup: Psoriatic arthritis

routine pt has not started the humira yet has concerns; pt is still on MTX 4 pills twice weekly

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 03/26/2018 01:49 pm | **Wt:** | 168 lbs 03/26/2018 01:49 pm | **BMI:** | 26.3 03/26/2018 01:49 pm |
| **BP:** | 86/58 sitting L arm 03/26/2018 01:50 pm | **BP Cuff Size:** | adult 03/26/2018 01:49 pm | **Pulse:** | 62 bpm regular 03/26/2018 01:50 pm |
| **RR:** | 18 03/26/2018 01:49 pm | | | | |

## Allergies

Reviewed Allergies
**LORTAB:** Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **calcium** | 11/17/17 | entered |
| **Diflucan 150 mg tablet**<br>Take 1 tablet(s) every day by oral route for 3 days. | 01/09/18 | prescribed |
| **estradiol 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 11/17/17 | entered |
| **folic acid 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 03/26/18 | prescribed |
| **Humira 40 mg/0.8 mL subcutaneous syringe kit**<br>Inject 0.8 mL every 2 weeks by subcutaneous route.<br>**Internal Note:** approved 12/31/17-4/30/18 | 01/30/18 | prescribed |
| **ketoprofen 75 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |

**REECE, JAMIE H (id #21591363, dob:**

**metHOTREXate sodium 2.5 mg tablet** 03/26/18 prescribed
take 4 po twice weekly

**Motrin 600 mg tablet** 05/20/08 filled
Two times a day
**Internal Note:** Frequency: bid;Alt Frequency: prn;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008

**Multi Vitamin** 11/17/17 entered

**NexIUM 40 mg capsule,delayed release** 09/06/17 prescribed
Take 1 capsule(s) every day by oral route.

**predniSONE 5 mg tablet** 01/26/18 prescribed
take one po daily as needed

**Probiotic** 11/17/17 entered

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/10/2017)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): Y

## HPI

received humira and didn't start taking it due to the s/e list sent with it; has a new injury from work and may have to have surgery on her shoulder due to fraying; she reports multiple recurring joint pain and tenderness; with hx of psoriasis; right hip pains, stiffness; tenderness; works full time at toyota and is concerned about worsening joint pains; denies cp, soa, rash or fevers and all others are negative

## ROS

**REECE, JAMIE H (id #21591363, dob:**

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally and normal tandem gait test.

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Sclerae: non-icteric.

**ENMT:** Ears: no lesions on external ear or hearing loss. Nose: no lesions on external nose and nares patent. Oral Cavity: no mouth or lip ulcers. Oropharynx: moist mucous membranes. Face: no malar erythema.

**Musculoskeletal System:** Joints, Bones, and Muscles: no contractures, malalignment, or bony abnormalities and normal movement of all extremities and **tenderness**. Extremities: no cyanosis, edema, varicosities, or palpable cord. Knees: no ligamentous instability on examination.

**Neurological Exam:** Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no ulcer, induration, nodules, jaundice, or abnormal nevi;**rash** and **lesion**; and good turgor; **Mild psoriatic lesions.** Nails: normal.

## Assessment / Plan

**1. Psoriatic arthritis -**

prednisone trial improved outcome; no itching, no rash, joint pains improved overall

will initiate methotrexate and folic acid
labs are good
requested and received humira, but she did not start on the meds
feeling improved with mtx and folic acid

L40.50: Arthropathic psoriasis, unspecified

- methotrexate sodium 2.5 mg tablet - take 4 po twice weekly Qty: 32 tablet(s) Refills: 2 Pharmacy: WALMART PHARMACY 3894
- folic acid 1 mg tablet - Take 1 tablet(s) every day by oral route. Qty: 30 tablet(s) Refills: 3 Pharmacy: WALMART PHARMACY 3894

**2. Long term methotrexate user**

Z79.899: Other long term (current) drug therapy

- CBC
- ESR, AUTOMATED
- ALT
- AST
- CREATININE

## Return to Office

- AN-YU CHEN, MD for RECHECK at GASTRO SB on 04/17/2018 at 02:15 PM
- to see SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on or around 06/26/2018
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by SUSANNA MOBERLY, APRN, 03/26/2018.

Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 03/26/2018 at 2:35pm

TRANSMISSION VERIFICATION REPORT

TIME : 06/11/2018 10:54
NAME : LC-082-4908
FAX : 859-258-4039
TEL : 859-258-4039
SER.# : BROL4J536821

| | |
|---|---|
| DATE,TIME | 06/11 10:54 |
| FAX NO./NAME | 96297266 |
| DURATION | 00:00:00 |
| PAGE(S) | 00 |
| RESULT | BUSY |
| MODE | STANDARD |

BUSY: BUSY/NO RESPONSE

NEW LEXINGTON CLINIC PSC • 1221 S BROADWAY, LEXINGTON KY 40504-2701

**REECE, JAMIE H (id #21591363, dob: )**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 03/26/2018 01:30PM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Prescription: ES11 - Member is eligible. | | |

## Chief Complaint

Followup: Psoriatic arthritis

routine pt has not started the humira yet has concerns; pt is still on MTX 4 pills twice weekly

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0528

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 03/26/2018 01:48 pm | **Wt:** | 168 lbs 03/26/2018 01:49 pm | **BMI:** | 26.3 03/26/2018 01:49 pm |
| **BP:** | 86/58 sitting L arm 03/26/2018 01:50 pm | **BP Cuff Size:** | adult 03/26/2018 01:49 pm | **Pulse:** | 62 bpm regular 03/26/2018 01:50 pm |
| **RR:** | 18 03/26/2018 01:49 pm | | | | |

## Allergies

Reviewed Allergies
LORTAB: tablet - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 03/26/2018 01:30PM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Prescription: ESI1 - Member is eligible. | | |

## Chief Complaint

**Followup:** Psoriatic arthritis

routine pt has not started the humira yet has concerns; pt is still on MTX 4 pills twice weekly

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**
WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 03/26/2018 01:49 pm | **Wt:** | 168 lbs 03/26/2018 01:49 pm | **BMI:** | 26.3 03/26/2018 01:49 pm |
| **BP:** | 86/58 sitting L arm 03/26/2018 01:50 pm | **BP Cuff Size:** | adult 03/26/2018 01:49 pm | **Pulse:** | 62 bpm regular 03/26/2018 01:50 pm |
| **RR:** | 18 03/26/2018 01:49 pm | | | | |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **calcium** | 11/17/17 | entered |
| **Diflucan 150 mg tablet**<br>Take 1 tablet(s) every day by oral route for 3 days. | 01/09/18 | prescribed |
| **estradiol 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 11/17/17 | entered |
| **folic acid 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 03/26/18 | prescribed |
| **Humira 40 mg/0.8 mL subcutaneous syringe kit**<br>Inject 0.8 mL every 2 weeks by subcutaneous route.<br>**Internal Note:** approved 12/31/17-4/30/18 | 01/30/18 | prescribed |
| **ketoprofen 75 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |

**REECE, JAMIE H (id #21591363, dob:**

| | | |
|---|---|---|
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly | 03/26/18 | prescribed |
| **Motrin 600 mg tablet**<br>Two times a day<br>**Internal Note:** Frequency: bid;Alt Frequency: prn;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008 | 05/20/08 | filled |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM 40 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **predniSONE 5 mg tablet**<br>take one po daily as needed | 01/26/18 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability<br>- Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/10/2017)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): Y

## HPI

received humira and didn't start taking it due to the s/e list sent with it; has a new injury from work and may have to have surgery on her shoulder due to fraying; she reports multiple recurring joint pain and tenderness; with hx of psoriasis; right hip pains, stiffness; tenderness; works full time at toyota and is concerned about worsening joint pains; denies cp, soa, rash or fevers and all others are negative

## ROS

NEW LEXINGTON CLINIC PSC • 1221 S BROADWAY, LEXINGTON KY 40504-2701

**REECE, JAMIE H (id #21591363, dob: )**

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally and normal tandem gait test.

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Sclerae: non-icteric.

**ENMT:** Ears: no lesions on external ear or hearing loss. Nose: no lesions on external nose and nares patent. Oral Cavity: no mouth or lip ulcers. Oropharynx: moist mucous membranes. Face: no malar erythema.

**Musculoskeletal System:** Joints, Bones, and Muscles: no contractures, malalignment, or bony abnormalities and normal movement of all extremities and **tenderness**. Extremities: no cyanosis, edema, varicosities, or palpable cord. Knees: no ligamentous instability on examination.

**Neurological Exam:** Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no ulcer, induration, nodules, jaundice, or abnormal nevi;**rash and lesion**; and good turgor; **Mild psoriatic lesions.** Nails: normal.

## Assessment / Plan

**1. Psoriatic arthritis** -

prednisone trial improved outcome; no itching, no rash, joint pains improved overall

will initiate methotrexate and folic acid
labs are good
requested and received humira, but she did not start on the meds
feeling improved with mtx and folic acid

L40.50: Arthropathic psoriasis, unspecified

- methotrexate sodium 2.5 mg tablet - take 4 po twice weekly Qty: 32 tablet(s) Refills: 2 Pharmacy: WALMART PHARMACY 3894
- folic acid 1 mg tablet - Take 1 tablet(s) every day by oral route. Qty: 30 tablet(s) Refills: 3 Pharmacy: WALMART PHARMACY 3894

**2. Long term methotrexate user**

Z79.899: Other long term (current) drug therapy

- CBC
- ESR, AUTOMATED
- ALT
- AST
- CREATININE

## Return to Office

- AN-YU CHEN, MD for RECHECK at GASTRO SB on 04/17/2018 at 02:15 PM
- to see SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on or around 06/26/2018
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by SUSANNA MOBERLY, APRN, 03/26/2018.

Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 03/26/2018 at 2:35pm

# Saint Joseph Rheumatology Associates

**211 Fountain Court Suite 220**
**Lexington,KY 40509**
**(859) 629-7265**

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:** (859) 533-6163
**Work:**

## Results

**Lab Accession #** Cerner_E3000029033
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** Saint Joseph East Hospital

**Collected:** 06/11/2018 12:10:00PM
**Resulted:** 06/11/2018 2:27:00PM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**CR Ribs BILAT 3 Vws W PA Chest** **Stage:** **Final**

History chest pain with swelling at sternum, no inj
Pregnancy status
**No
Patient Shielded?
**No

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|

CR Ribs BILAT 3 Vws W PA Chest 71111

SACROILIAC JOINT SERIES

INDICATION: Psoriatic arthritis.

COMPARISON: None.

FINDINGS: AP and oblique views of the sacroiliac joint were obtained. There is no acute osseous abnormality. There are no erosions and there is no ankylosis. No significant osteophytes are identified. No acute soft tissue abnormality is identified.

IMPRESSION: No acute abnormality of the sacroiliac joints.

CHEST WITH BILATERAL RIBS SERIES

INDICATION: Chest pain with swelling at sternum.

COMPARISON: None.

FINDINGS: A PA view of the chest and rib detail films were obtained. The cardiac and mediastinal silhouettes are within normal limits. The lungs are clear. There is no pneumothorax.

| **Test** | **Result** | **Units** | **Flag** | **Reference Range** |
|---|---|---|---|---|

Rib detail films reveal no acute rib abnormality.

IMPRESSION: No acute rib abnormality. No acute cardiac or pulmonary disease.

***** Final *****

Dictated by: BUTLER, CARINA L, MD-RAD
Dictated DT/TM: 06/11/2018 12:58 pm
Interpreted and electronically signed by: BUTLER, CARINA L, MD-RAD
Signed DT/TM: 06/11/2018 2:27 pm
Transcribed by: VG

# Saint Joseph Rheumatology Associates

**211 Fountain Court Suite 220**
**Lexington,KY 40509**
**(859) 629-7265**

| | | | |
|---|---|---|---|
| **Patient:** | Reece, Jamie | **Age/Sex/DOB:** | 50 yrs F |
| | | **EMRN:** | 6015259 |
| | | **OMRN:** | 1668060 |
| | | **Home:** | |
| | | **Work:** | |

## Results

| | | | |
|---|---|---|---|
| **Lab Accession #** | Cerner_E3000029031 | **Collected:** | 06/11/2018 12:10:00PM |
| **Ordering Provider:** | Bisono Jimenez, Indhira | **Resulted:** | 06/11/2018 2:27:00PM |
| **Performing Location:** | Saint Joseph East Hospital | **Verified By:** | Bisono Jimenez, Indhira |
| | | **Auto Verify:** | N |

**CR Sacroiliac Jts Min 3 Vws** **Stage:** **Final**

History psoriatic arthritis, joint pain with no inj
Pregnancy status
**No
Patient Shielded?
**No

| Test | Result | Units | Flag Reference Range |
|---|---|---|---|
| CR Sacroiliac Jts Min 3 Vws 72202 | | | |

SACROILIAC JOINT SERIES

INDICATION: Psoriatic arthritis.

COMPARISON: None.

FINDINGS: AP and oblique views of the sacroiliac joint were obtained. There is no acute osseous abnormality. There are no erosions and there is no ankylosis. No significant osteophytes are identified. No acute soft tissue abnormality is identified.

IMPRESSION: No acute abnormality of the sacroiliac joints.

CHEST WITH BILATERAL RIBS SERIES

INDICATION: Chest pain with swelling at sternum.

COMPARISON: None.

FINDINGS: A PA view of the chest and rib detail films were obtained. The cardiac and mediastinal silhouettes are within normal limits. The lungs are clear. There is no pneumothorax.

| **Test** | **Result** | **Units** | **Flag** | **Reference Range** |
|---|---|---|---|---|

Rib detail films reveal no acute rib abnormality.

IMPRESSION: No acute rib abnormality. No acute cardiac or pulmonary disease.

***** Final *****

Dictated by: BUTLER, CARINA L, MD-RAD
Dictated DT/TM: 06/11/2018 12:58 pm
Interpreted and electronically signed by: BUTLER, CARINA L, MD-RAD
Signed DT/TM: 06/11/2018 2:27 pm
Transcribed by: VG

# Saint Joseph Rheumatology Associates

**211 Fountain Court Suite 220**
**Lexington,KY 40509**
**(859) 629-7265**

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

## Results

**Lab Accession #** Cerner_E3119519065
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** Saint Joseph East Hospital

**Collected:** 08/21/2018 10:48:00AM
**Resulted:** 08/21/2018 2:32:00PM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**MRI Chest WO W** **Stage:** **Final**

History Costochondral pain, mid sternal chest pain. Per drs order eval for sterno manubrial arthritis.
**No
Contrast Media: Dotarem
Contrast amount in ml's: 20
Contrast Lot #: 17GD640A
Contrast Exp Date: 11-2019

| Test | Result | Units | Flag Reference Range |
|---|---|---|---|
| MRI Chest WO W 71552 | | | |

MRI CHEST WITHOUT AND WITH CONTRAST

HISTORY: Costochondral pain, midsternal pain

FINDINGS: Multiplanar MR imaging of the chest was performed without and with contrast. The chest wall appears intact. There is no evidence of bone marrow edema. The musculature is intact. No soft tissue edema is seen. The sternal manubrial and sternoclavicular joints have an unremarkable MR appearance. No mediastinal or hilar mass is identified. No focal pulmonary abnormality is seen. No area of abnormal contrast enhancement is identified.

IMPRESSION: No focal chest wall abnormality identified.

***** Final *****

Dictated by: KENNEY, CHARLES M, MD-RAD
Dictated DT/TM: 08/21/2018 2:31 pm
Interpreted and electronically signed by: KENNEY, CHARLES M, MD-RAD
Signed DT/TM: 08/21/2018 2:32 pm
Transcribed by: RS

# Saint Joseph Rheumatology Associates

**211 Fountain Court Suite 220**
**Lexington,KY 40509**
**(859) 629-7265**

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

## Results

**Lab Accession #** LC_21340700850201820 18
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** Saint Joseph Hospital, 1 Saint Joseph Drive, , Lexington, KY, 405040000, 8002827300
MD: 1 Saint Joseph Drive
Lexington, KY 405040000

**Collected:** 08/01/2018 10:23:00AM
**Resulted:** 08/01/2018 6:58:00PM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**CBC With Differential/Platelet**

**Stage:** **Final**

Is Patient Fasting : Yes.

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| WBC | 4.6 | K/uL | | 4.0-10.0 |
| RBC | 4.06 | Million/uL | | 3.93-5.22 |
| Hemoglobin | 12.9 | g/dL | | 11.2-15.7 |
| Hematocrit | 40.8 | % | | 34.1-44.9 |
| MCV | 100.5 | fL | H | 79.0-94.8 |
| MCH | 31.8 | pg | | 25.6-32.2 |
| MCHC | 31.6 | Gram/dL | L | 32.2-36.5 |
| RDW | 12.9 | % | | 11.6-14.4 |
| Platelets | 333 | K/uL | | 163-369 |
| Neutrophils | 47.4 | % | | 34.0-71.0 |
| Lymphs | 44.6 | % | | 19.3-53.1 |
| Monocytes | 5.4 | % | | 3.0-9.0 |
| Eos | 2.0 | % | | 0.0-7.0 |
| Basos | 0.4 | % | | 0.0-1.5 |
| Neutrophils (Absolute) | 2.18 | K/uL | | 1.56-6.13 |
| Lymphs (Absolute) | 2.05 | x10(3)/uL | | 1.00-3.90 |
| Monocytes(Absolute) | 0.25 | K/uL | | 0.16-1.00 |
| Eos (Absolute) | 0.09 | x10(3)/uL | | 0.00-0.80 |
| Baso (Absolute) | 0.02 | x10(3)/uL | | 0.00-0.10 |
| Immature Granulocytes | 0.20 | % | | 0.00-0.60 |
| Immature Grans (Abs) | 0.01 | x10(3)/uL | | 0.00-0.05 |
| NRBC | 0.00 | | | 0.000-0.012 |

# Saint Joseph Rheumatology Associates

**211 Fountain Court Suite 220**
**Lexington,KY 40509**
**(859) 629-7265**

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

---

## Results

**Lab Accession #** LC_21340700850201820l8
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** Saint Joseph Hospital, 1 Saint Joseph Drive, , Lexington, KY, 405040000, 8002827300
MD: 1 Saint Joseph Drive
Lexington, KY 405040000

**Collected:** 08/01/2018 10:23:00AM
**Resulted:** 08/01/2018 6:58:00PM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**Sedimentation Rate-Westergren**

**Stage:** **Final**

Is Patient Fasting : Yes.

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Sedimentation Rate-Westergren | 10 | mm/Hr | | 0-20 |

# Saint Joseph Rheumatology Associates

**211 Fountain Court Suite 220**
**Lexington,KY 40509**
**(859) 629-7265**

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

## Results

**Lab Accession #** LC_2134070085020182018
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** Saint Joseph Hospital, 1 Saint Joseph Drive, , Lexington, KY, 405040000, 8002827300
MD: 1 Saint Joseph Drive
Lexington, KY 405040000

**Collected:** 08/01/2018 10:23:00AM
**Resulted:** 08/01/2018 7:27:00PM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**CMP-COMPREHENSIVE METABOLIC PANEL(14) w/eGFR** **Stage:** **Final**

Is Patient Fasting : Yes.

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Glucose | 93 | mg/dL | | 74-106 |

Siemens Healthcare Diagnostics has become aware of sulfasalazine and sulfapyridine drug interference in the assays ALT, AST, T4, CKMB, glucose, and ammonia. The probability of misinterpretation of results for the assays is remote and would be limited to scenarios where a patient has taken the drug and had a blood sample drawn before clearance of the drug to a level that does not interfere with laboratory testing. Venipuncture should occur prior to administration of the drug.

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| BUN | 10 | mg/dL | | 7-22 |
| Creatinine | 0.80 | mg/dL | | 0.55-1.02 |
| eGFR If Africn Am | 92 | mL/mn/1.73m2 | | >=60 |

GFR <60 suggests chronic kidney disease, if found over 3 month period.
GFR <15 indicates renal failure.

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| eGFR If NonAfricn Am | 76 | mL/mn/1.73m2 | | >=60 |

GFR <60 suggests chronic kidney disease, if found over 3 month period.
GFR <15 indicates renal failure.

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| BUN/Creatinine Ratio | 12.5 | | | 8.0-20.0 |
| Sodium | 139 | mmol/L | | 136-146 |
| Potassium | 3.9 | mmol/L | | 3.5-5.1 |
| Chloride | 104 | mmol/L | | 102-112 |
| Carbon Dioxide, Total | 28 | mmol/L | | 21-32 |
| Calcium | 9.2 | mg/dL | | 8.5-10.1 |
| Protein, Total | 7.4 | Gram/dL | | 6.4-8.2 |
| Albumin | 4.1 | Gram/dL | | 3.4-5.0 |
| Globulin, Total | 3.3 | Gram/dL | | 1.5-4.5 |
| A/G Ratio | 1.2 | | | 1.1-2.5 |
| Bilirubin, Total | 0.5 | mg/dL | | 0.2-1.3 |

**Patient: Reece, Jamie** **EMRN: 6015259**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Alkaline Phosphatase | 75 | Units/Liter | | 27-136 |
| ALT (SGPT) | 37 | Units/Liter | | 12-78 |

Siemens Healthcare Diagnostics has become aware of sulfasalazine and sulfapyridine drug interference in the assays ALT, AST, T4, CKMB, glucose, and ammonia. The probability of misinterpretation of results for the assays is remote and would be limited to scenarios where a patient has taken the drug and had a blood sample drawn before clearance of the drug to a level that does not interfere with laboratory testing. Venipuncture should occur prior to administration of the drug.

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| AST (SGOT) | 26 | Units/Liter | | 5-37 |

Siemens Healthcare Diagnostics has become aware of sulfasalazine and sulfapyridine drug interference in the assays ALT, AST, T4, CKMB, glucose, and ammonia. The probability of misinterpretation of results for the assays is remote and would be limited to scenarios where a patient has taken the drug and had a blood sample drawn before clearance of the drug to a level that does not interfere with laboratory testing. Venipuncture should occur prior to administration of the drug.

# Saint Joseph Rheumatology Associates

**211 Fountain Court Suite 220**
**Lexington,KY 40509**
**(859) 629-7265**

| | | | |
|---|---|---|---|
| **Patient:** | Reece, Jamie | **Age/Sex/DOB:** | 50 yrs F |
| | | **EMRN:** | 6015259 |
| | | **OMRN:** | 1668060 |
| | | **Home:** | |
| | | **Work:** | |

## Results

| | | | |
|---|---|---|---|
| **Lab Accession #** | LC_2134070085020182018 | **Collected:** | 08/01/2018 10:23:00AM |
| **Ordering Provider:** | Bisono Jimenez, Indhira | **Resulted:** | 08/02/2018 2:52:00AM |
| **Performing Location:** | LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300<br>MD: 6370 Wilcox Road<br>Dublin, OH 430161269 | **Verified By:** | Bisono Jimenez, Indhira |
| | | **Auto Verify:** | N |

**C-Reactive Protein, Quant** **Stage:** **Final**

Is Patient Fasting : Yes.

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| C-Reactive Protein, Quant | 0.5 | mg/L | | 0.0-4.9 |

# Saint Joseph Rheumatology Associates

**211 Fountain Court Suite 220**
**Lexington,KY 40509**
**(859) 629-7265**

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

## Results

**Lab Accession #** LC_1623059299020182018
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300
MD: 6370 Wilcox Road
Dublin, OH 430161269

**Collected:** 06/11/2018 12:54:00PM
**Resulted:** 06/20/2018 5:04:00AM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**QuantiFERON TB Gold (In Tube)**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| QuantiFERON Incubation | | | | |

(Performing Location: LabCorp Lexington, 2201 Regency Road Suite 506-507, , Lexington, KY, 405032335, 8592775341 MD: 2201
Incubated, testing to follow.

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| QuantiFERON TB Gold | Negative | | | Negative |
| QuantiFERON Criteria | | | | |

To be considered positive a specimen should have a TB Ag minus Nil value greater than or equal to 0.35 IU/mL and in addition the TB Ag minus Nil value must be greater than or equal to 25% of the Nil value. There may be insufficient information in these values to differentiate between some negative and some indeterminate test values.

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| QuantiFERON TB Ag Value | 0.03 | IU/mL | | |
| QuantiFERON Nil Value | 0.05 | IU/mL | | |
| QuantiFERON Mitogen Value | >10.00 | IU/mL | | |
| QFT TB Ag minus Nil Value | <0.00 | IU/mL | | |

Interpretation:

The QuantiFERON TB Gold (in Tube) assay is intended for use as an aid in the diagnosis of TB infection. Negative results suggest that there is no TB infection. In patients with high suspicion of exposure, a negative test should be repeated. A positive test indicates infection with Mycobacterium tuberculosis. Among individuals without tuberculosis infection, a positive test may be due to exposure to M. kansasii, M. szulgai or M. marinum. On the Internet, go to cdc.gov/tb for further details.

# Saint Joseph Rheumatology Associates

**211 Fountain Court Suite 220**
**Lexington,KY 40509**
**(859) 629-7265**

| | | | |
|---|---|---|---|
| **Patient:** | Reece, Jamie | **Age/Sex/DOB:** | 50 yrs F |
| | | **EMRN:** | 6015259 |
| | | **OMRN:** | 1668060 |
| | | **Home:** | |
| | | **Work:** | |

## Results

| | | | |
|---|---|---|---|
| **Lab Accession #** | LC_1624882425020182018 | **Collected:** | 06/11/2018 12:49:00PM |
| **Ordering Provider:** | Bisono Jimenez, Indhira | **Resulted:** | 06/12/2018 7:09:00AM |
| **Performing Location:** | LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300<br>MD: 6370 Wilcox Road<br>Dublin, OH 430161269 | **Verified By:** | Bisono Jimenez, Indhira |
| | | **Auto Verify:** | N |

**HIV 4th gen** **Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| HIV Screen 4th Generation wRfx | Non Reactive | | | Non Reactive |

# Saint Joseph Rheumatology Associates

**211 Fountain Court Suite 220**
**Lexington,KY 40509**
**(859) 629-7265**

| | | | |
|---|---|---|---|
| **Patient:** | Reece, Jamie | **Age/Sex/DOB:** | 50 yrs F |
| | | **EMRN:** | 6015259 |
| | - | **OMRN:** | 1668060 |
| | | **Home:** | |
| | | **Work:** | |

## Results

| | | | |
|---|---|---|---|
| **Lab Accession #** | LC_1624882425020182018 | **Collected:** | 06/11/2018 12:49:00PM |
| **Ordering Provider:** | Bisono Jimenez, Indhira | **Resulted:** | 06/12/2018 6:45:00AM |
| **Performing Location:** | LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300<br>MD: 6370 Wilcox Road<br>Dublin, OH 430161269 | **Verified By:** | Bisono Jimenez, Indhira |
| | | **Auto Verify:** | N |

**Sedimentation Rate-Westergren** **Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Sedimentation Rate-Westergren | 8 | mm/hr | | 0-32 |

# Saint Joseph Rheumatology Associates

**211 Fountain Court Suite 220**
**Lexington,KY 40509**
**(859) 629-7265**

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

## Results

**Lab Accession #** LC_1624882425020182018
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300
MD: 6370 Wilcox Road
Dublin, OH 430161269

**Collected:** 06/11/2018 12:49:00PM
**Resulted:** 06/12/2018 8:12:00AM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**CBC With Differential/Platelet**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| WBC | 8.8 | x10E3/uL | | 3.4-10.8 |
| RBC | 4.04 | x10E6/uL | | 3.77-5.28 |
| Hemoglobin | 12.9 | g/dL | | 11.1-15.9 |
| Hematocrit | 39.8 | % | | 34.0-46.6 |
| MCV | 99 | fL | H | 79-97 |
| MCH | 31.9 | pg | | 26.6-33.0 |
| MCHC | 32.4 | g/dL | | 31.5-35.7 |
| RDW | 15.3 | % | | 12.3-15.4 |
| Platelets | 356 | x10E3/uL | | 150-379 |
| Neutrophils | 73 | % | | Not Estab. |
| Lymphs | 21 | % | | Not Estab. |
| Monocytes | 5 | % | | Not Estab. |
| Eos | 1 | % | | Not Estab. |
| Basos | 0 | % | | Not Estab. |
| Neutrophils (Absolute) | 6.4 | x10E3/uL | | 1.4-7.0 |
| Lymphs (Absolute) | 1.8 | x10E3/uL | | 0.7-3.1 |
| Monocytes(Absolute) | 0.4 | x10E3/uL | | 0.1-0.9 |
| Eos (Absolute) | 0.1 | x10E3/uL | | 0.0-0.4 |
| Baso (Absolute) | 0.0 | x10E3/uL | | 0.0-0.2 |
| Immature Granulocytes | 0 | % | | Not Estab. |
| Immature Grans (Abs) | 0.0 | x10E3/uL | | 0.0-0.1 |

# Saint Joseph Rheumatology Associates

**211 Fountain Court Suite 220**
**Lexington,KY 40509**
**(859) 629-7265**

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

---

## Results

**Lab Accession #** LC_1624882425020182018
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300
MD: 6370 Wilcox Road
Dublin, OH 430161269

**Collected:** 06/11/2018 12:49:00PM
**Resulted:** 06/12/2018 8:03:00AM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**Vitamin D, 25-Hydroxy**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Vitamin D, 25-Hydroxy | 41.1 | ng/mL | | 30.0-100.0 |

Vitamin D deficiency has been defined by the Institute of Medicine and an Endocrine Society practice guideline as a level of serum 25-OH vitamin D less than 20 ng/mL (1,2). The Endocrine Society went on to further define vitamin D insufficiency as a level between 21 and 29 ng/mL (2).


1. IOM (Institute of Medicine). 2010. Dietary reference intakes for calcium and D. Washington DC: The National Academies Press.
2. Holick MF, Binkley NC, Bischoff-Ferrari HA, et al. Evaluation, treatment, and prevention of vitamin D deficiency: an Endocrine Society clinical practice guideline. JCEM. 2011 Jul; 96(7):1911-30.

# Saint Joseph Rheumatology Associates

**211 Fountain Court Suite 220**
**Lexington,KY 40509**
**(859) 629-7265**

| | | | |
|---|---|---|---|
| **Patient:** | Reece, Jamie | **Age/Sex/DOB:** | 50 yrs F |
| | | **EMRN:** | 6015259 |
| | | **OMRN:** | 1668060 |
| | | **Home:** | |
| | | **Work:** | |

## Results

| | | | |
|---|---|---|---|
| **Lab Accession #** | LC_1624882425020182018 | **Collected:** | 06/11/2018 12:49:00PM |
| **Ordering Provider:** | Bisono Jimenez, Indhira | **Resulted:** | 06/12/2018 7:44:00AM |
| **Performing Location:** | LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300<br>MD: 6370 Wilcox Road<br>Dublin, OH 430161269 | **Verified By:** | Bisono Jimenez, Indhira |
| | | **Auto Verify:** | N |

**RPR** **Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| RPR | Non Reactive | | | Non Reactive |

# Saint Joseph Rheumatology Associates

**211 Fountain Court Suite 220**
**Lexington,KY 40509**
**(859) 629-7265**

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

## Results

**Lab Accession #** LC_1624882425020182018
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300
MD: 6370 Wilcox Road
Dublin, OH 430161269

**Collected:** 06/11/2018 12:49:00PM
**Resulted:** 06/12/2018 8:50:00AM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**CMP-COMPREHENSIVE METABOLIC PANEL(14) w/eGFR**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Glucose | 91 | mg/dL | | 65-99 |
| BUN | 13 | mg/dL | | 6-24 |
| Creatinine | 0.78 | mg/dL | | 0.57-1.00 |
| eGFR If Africn Am | 103 | mL/min/1.73 | | >59 |
| eGFR If NonAfricn Am | 90 | mL/min/1.73 | | >59 |
| BUN/Creatinine Ratio | 17 | | | 9-23 |
| Sodium | 142 | mmol/L | | 134-144 |
| Potassium | 4.3 | mmol/L | | 3.5-5.2 |
| Chloride | 100 | mmol/L | | 96-106 |
| Carbon Dioxide, Total | 25 | mmol/L | | 20-29 |
| **Please note reference interval change** | | | | |
| Calcium | 9.8 | mg/dL | | 8.7-10.2 |
| Protein, Total | 7.5 | g/dL | | 6.0-8.5 |
| Albumin | 4.6 | g/dL | | 3.5-5.5 |
| Globulin, Total | 2.9 | g/dL | | 1.5-4.5 |
| A/G Ratio | 1.6 | | | 1.2-2.2 |
| Bilirubin, Total | 0.3 | mg/dL | | 0.0-1.2 |
| Alkaline Phosphatase | 76 | IU/L | | 39-117 |
| ALT (SGPT) | 20 | IU/L | | 0-32 |
| AST (SGOT) | 18 | IU/L | | 0-40 |

# Saint Joseph Rheumatology Associates

**211 Fountain Court Suite 220**
**Lexington,KY 40509**
**(859) 629-7265**

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

---

## Results

**Lab Accession #** LC_1624882425020182018
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300
MD: 6370 Wilcox Road
Dublin, OH 430161269

**Collected:** 06/11/2018 12:49:00PM
**Resulted:** 06/12/2018 8:50:00AM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**Hepatitis Panel (4)**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Hep A Ab, IgM | Negative | | | Negative |
| HBsAg Screen | Negative | | | Negative |
| Hep B Core Ab, IgM | Negative | | | Negative |
| Hep C Virus Ab | <0.1 | s/co ratio | | 0.0-0.9 |

Negative: < 0.8
Indeterminate: 0.8 - 0.9
Positive: > 0.9
.
The CDC recommends that a positive HCV antibody result be followed up with a HCV Nucleic Acid Amplification test (550713).

# Saint Joseph Rheumatology Associates

**211 Fountain Court Suite 220**
**Lexington,KY 40509**
**(859) 629-7265**

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

---

## Results

**Lab Accession #** LC_1624882425020182018
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300
MD: 6370 Wilcox Road
Dublin, OH 430161269

**Collected:** 06/11/2018 12:49:00PM
**Resulted:** 06/12/2018 8:50:00AM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**Bilirubin, Direct**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Bilirubin, Direct | 0.08 | mg/dL | | 0.00-0.40 |

# Saint Joseph Rheumatology Associates

211 Fountain Court Suite 220
Lexington,KY 40509
(859) 629-7265

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

---

## Results

**Lab Accession #** LC_1624882425020182018
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300
MD: 6370 Wilcox Road
Dublin, OH 430161269

**Collected:** 06/11/2018 12:49:00PM
**Resulted:** 06/12/2018 9:51:00AM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**Rheumatoid Arthritis Factor**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| RA Latex Turbid. | <10.0 | IU/mL | | 0.0-13.9 |

# Saint Joseph Rheumatology Associates

**211 Fountain Court Suite 220**
**Lexington,KY 40509**
**(859) 629-7265**

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

---

## Results

**Lab Accession #** LC_1624882425020182018
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300
MD: 6370 Wilcox Road
Dublin, OH 430161269

**Collected:** 06/11/2018 12:49:00PM
**Resulted:** 06/12/2018 9:51:00AM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**C-Reactive Protein, Quant**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| C-Reactive Protein, Quant | 1.6 | mg/L | | 0.0-4.9 |

# Saint Joseph Rheumatology Associates

**211 Fountain Court Suite 220**
**Lexington,KY 40509**
**(859) 629-7265**

| | | | |
|---|---|---|---|
| **Patient:** | Reece, Jamie | **Age/Sex/DOB:** | 50 yrs F |
| | | **EMRN:** | 6015259 |
| | | **OMRN:** | 1668060 |
| | | **Home:** | |
| | | **Work:** | |

## Results

| | | | |
|---|---|---|---|
| **Lab Accession #** | LC_1624882425020182018 | **Collected:** | 06/11/2018 12:49:00PM |
| **Ordering Provider:** | Bisono Jimenez, Indhira | **Resulted:** | 06/12/2018 11:54:00AM |
| **Performing Location:** | LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300<br>MD: 6370 Wilcox Road<br>Dublin, OH 430161269 | **Verified By:** | Bisono Jimenez, Indhira |
| | | **Auto Verify:** | N |

**Sjogren's Ab, Anti-SS-A/-SS-B** **Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Sjogren's Anti-SS-A | <0.2 | AI | | 0.0-0.9 |
| Sjogren's Anti-SS-B | 0.5 | AI | | 0.0-0.9 |

# Saint Joseph Rheumatology Associates

**211 Fountain Court Suite 220**
**Lexington,KY 40509**
**(859) 629-7265**

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

---

## Results

**Lab Accession #** LC_1624882425020182018
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300
MD: 6370 Wilcox Road
Dublin, OH 430161269

**Collected:** 06/11/2018 12:49:00PM
**Resulted:** 06/12/2018 11:54:00AM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**RNP Antibodies**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| RNP Antibodies | <0.2 | AI | | 0.0-0.9 |

# Saint Joseph Rheumatology Associates

**211 Fountain Court Suite 220**
**Lexington,KY 40509**
**(859) 629-7265**

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

## Results

**Lab Accession #** LC_1624882425020182018
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300
MD: 6370 Wilcox Road
Dublin, OH 430161269

**Collected:** 06/11/2018 12:49:00PM
**Resulted:** 06/12/2018 11:54:00AM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**Smith Antibodies**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Smith Antibodies | <0.2 | AI | | 0.0-0.9 |

# Saint Joseph Rheumatology Associates

**211 Fountain Court Suite 220**
**Lexington,KY 40509**
**(859) 629-7265**

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

---

## Results

**Lab Accession #** LC_1624882425020182018
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300
MD: 6370 Wilcox Road
Dublin, OH 430161269

**Collected:** 06/11/2018 12:49:00PM
**Resulted:** 06/12/2018 2:34:00PM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**Angiotensin-Converting Enzyme**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| ACE | 28 | U/L | | 14-82 |

# Saint Joseph Rheumatology Associates

**211 Fountain Court Suite 220**
**Lexington,KY 40509**
**(859) 629-7265**

| | | | |
|---|---|---|---|
| **Patient:** | Reece, Jamie | **Age/Sex/DOB:** | 50 yrs F |
| | | **EMRN:** | 6015259 |
| | | **OMRN:** | 1668060 |
| | | **Home:** | |
| | | **Work:** | |

## Results

| | | | |
|---|---|---|---|
| **Lab Accession #** | LC_1624882425020182018 | **Collected:** | 06/11/2018 12:49:00PM |
| **Ordering Provider:** | Bisono Jimenez, Indhira | **Resulted:** | 06/12/2018 4:59:00PM |
| **Performing Location:** | LabCorp Dublin, 6370 Wilcox Road, , Dublin, OH, 430161269, 8002827300<br>MD: 6370 Wilcox Road<br>Dublin, OH 430161269 | **Verified By:** | Bisono Jimenez, Indhira |
| | | **Auto Verify:** | N |

**Antinuclear Antibodies, IFA** **Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Antinuclear Antibodies, IFA | Negative | | | |

Negative <1:80
Borderline 1:80
Positive >1:80

# Saint Joseph Rheumatology Associates

**211 Fountain Court Suite 220**
**Lexington,KY 40509**
**(859) 629-7265**

| | | | |
|---|---|---|---|
| **Patient:** | Reece, Jamie | **Age/Sex/DOB:** | 50 yrs F |
| | | **EMRN:** | 6015259 |
| | | **OMRN:** | 1668060 |
| | | **Home:** | |
| | | **Work:** | |

## Results

| | | | |
|---|---|---|---|
| **Lab Accession #** | LC_1624882425020182018 | **Collected:** | 06/11/2018 12:49:00PM |
| **Ordering Provider:** | Bisono Jimenez, Indhira | **Resulted:** | 06/13/2018 2:52:00PM |
| **Performing Location:** | Immco Diagnostic Inc, 640 Ellicott Street, , Buffalo, NY, 142031245, 8005378378<br>MD: 640 Ellicott Street<br>Buffalo, NY 142031245 | **Verified By:** | Bisono Jimenez, Indhira |
| | | **Auto Verify:** | N |

**dsDNA (nDNA) Scrn by Crithidia** **Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| dsDNA (nDNA) Scrn by Crithidia | <1:10 | titer | | |

Reference Range:
Negative: < 1:10 titer
Positive: => 1:10 titer
Double-stranded DNA (dsDNA) antibodies of the IgG class are an accepted criterion (American College of Rheumatology) for the diagnosis of systemic lupus erythematosus (SLE). DsDNA antibodies detected by Crithidia method is highly specific (over 95%) for SLE. The sensitivity for this method is approximately 70-85% of patients with untreated SLE, and is rarely detectable in other connective tissue diseases. Weakly-positive results caused by low-avidity antibodies to dsDNA are not specific for SLE and can occur in a variety of diseases. The levels of IgG antibodies to dsDNA in serum are known to fluctuate with disease activity in lupus erythematous, often increasing prior to an increase in inflammation and decreasing in response to therapy.
*This test has been developed and performance parameters have been validated by IMMCO Diagnostics, Inc. This test has not been approved by the U.S. Food and Drug Administration (FDA); however, US FDA approval is not required for clinical use. It is not intended that clinical diagnosis and patient management decisions be made using these results alone. This test has been validated using serum samples. The manufacturer has not determined the efficacy of this test when performed on CSF, plasma, joint or pleural fluid specimens. The performance characteristics of this test were determined by IMMCO Diagnostics Inc.

# Saint Joseph Rheumatology Associates

**211 Fountain Court Suite 220**
**Lexington,KY 40509**
**(859) 629-7265**

**Patient:** Reece, Jamie

**Age/Sex/DOB:** 50 yrs F
**EMRN:** 6015259
**OMRN:** 1668060
**Home:**
**Work:**

---

## Results

**Lab Accession #** LC_1624882425020182018
**Ordering Provider:** Bisono Jimenez, Indhira
**Performing Location:** LabCorp Burlington
1447 York Court

**Collected:** 06/11/2018 12:49:00PM
**Resulted:** 06/13/2018 9:42:00PM
**Verified By:** Bisono Jimenez, Indhira
**Auto Verify:** N

**CCP Antibodies IgG/IgA** **Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| CCP Antibodies IgG/IgA | 7 | units | | 0-19 |

Negative <20
Weak positive 20 - 39
Moderate positive 40 - 59
Strong positive >59

# Saint Joseph Rheumatology Associates

**211 Fountain Court Suite 220**
**Lexington,KY 40509**
**(859) 629-7265**

| | | | |
|---|---|---|---|
| **Patient:** | Reece, Jamie | **Age/Sex/DOB:** | 50 yrs F |
| | | **EMRN:** | 6015259 |
| | | **OMRN:** | 1668060 |
| | | **Home:** | |
| | | **Work:** | |

## Results

| | | | |
|---|---|---|---|
| **Lab Accession #** | LC_1624882425020182018 | **Collected:** | 06/11/2018 12:49:00PM |
| **Ordering Provider:** | Bisono Jimenez, Indhira | **Resulted:** | 06/19/2018 2:57:00PM |
| **Performing Location:** | LabCorp Burlington DNA<br>1447 York Court<br>Burlington, NC 272153361 | **Verified By:** | Bisono Jimenez, Indhira |
| | | **Auto Verify:** | N |

**HLA B 27 Disease Association** **Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| HLA-B27 | Negative | | | |

HLA-B*27 Negative
B27 allele interpretation for all loci based on IMGT/HLA database version 3.27
This test was developed and its performance characteristics determined by LabCorp. It has not been cleared or approved by the Food and Drug Administration.
HLA Lab CLIA ID Number 34D0954530

.

This test was performed using PCR (Polymerase Chain Reaction)/SSOP (Sequence Specific Oligonucleotide Probes) technique. SBT (Sequence Based Typing) and/or SSP (Sequence Specific Primers) may be used as supplemental methods when necessary. Please contact HLA Customer Service at 1-800-533-1037 if you have any questions.

.

Director of HLA Laboratory
Dr George C Maha, PhD

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

| | |
|---|---|
| Date: | October 17, 2018 |
| To: | DR INDHIRA BISONO- JIMENEZ<br>KENTUCKY ONE HEALTH RHEUMATOLOGY ASSOCIA<br>211 FOUTAIN COURT<br>SUITE 220<br>LEXINGTON KY 40509 |
| Attn: | Medical records |
| Fax: | (859) 629-7266 |
| From: | Daisy Ixehualt<br>Ltd Claim Assistant<br>On Behalf Of: Tracey Sprous<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 559-0310 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 8356763<br>Claimant: Jamie Reece<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston, now a
Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

October 17, 2018

Dr. Indhira Bisono- Jimenez
Kentucky One Health Rheumatology Associates
211 FOUTAIN COURT
SUITE 220
LEXINGTON, KY 40509

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece
Claimant D.O.B.:

Dear Dr. Indhira Bisono- Jimenez:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 12, 2017 through present.

We ask that you provide this information by October 31, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Daisy Ixehualt
Ltd Claim Assistant
On Behalf Of: Tracey Sprous
Phone No.: (855) 508-4895 Ext. 41452
Secure Fax No.: (603) 559-0310

Attachments: 8356763-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.09.2018

DocuSign Envelope ID: 8B6213AD-ADE9-47B8-98B0-5189D9FEEA4C

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7307

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) self Relationship self

Signature of claimant or legal representative [DocuSigned by: Jamie Reece]

Date of Birth: ___ Claim Number: 8191808 Date: 6/25/2018

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

Date: October 17, 2018

To:
DR MATTHEW TUTT MD
LEXINGTON CLINIC
1221 SOUTH BROADWAY
LEXINGTON KY 40504

Attn: Medical records

Fax: (859) 258-6512

From:
Daisy Ixehualt
Ltd Claim Assistant
On Behalf Of: Tracey Sprous
Phone No.: Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

Total Pages
(Including Cover): 4

RE:

Claim #: 8356763
Claimant: Jamie Reece

Toyota Motor Engineering & Manufacturing North America, Inc.

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston, now a
Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

October 17, 2018

Dr. Matthew P. Tutt, MD
Lexington Clinic
1221 SOUTH BROADWAY
LEXINGTON, KY 40504

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece
Claimant D.O.B.:

Dear Dr. Matthew Tutt:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 12, 2017 through present.

We ask that you provide this information by October 31, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Daisy Ixehualt
Ltd Claim Assistant
On Behalf Of: Tracey Sprous
Phone No.: (855) 508-4895 Ext. 41452
Secure Fax No.: (603) 559-0310

Attachments: 8356763-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.09.2018

DocuSign Envelope ID: 8B6213AD-ADE9-47B8-98B0-5189D9FEEA4C

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7307

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) self Relationship self

Signature of claimant or legal representative [DocuSigned by: Jamie Reece]

Date of Birth: ____ Claim Number: 8191808 Date: 6/25/2018

**A copy of this authorization will be considered as valid as the original.**

5M290180132

Liberty Mutual. INSURANCE

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

**Return To:** Tracey Sprous

EMPLOYEE/CLAIMANT NAME: Jamie Reece

CLAIM NO: 8356763

EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North America, Inc.

DATE OF BIRTH: ______________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 12/12/2016 to present . *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Family Practice Associates
Specialty:
Address: 1775 Alysheba Way. #201 Lex. Ky. 40509
Telephone No.: (859) 278-5007 Fax No.: (859) 278-6867

Name: Bluegrass Orthopedics
Specialty:
Address: 3480 Yorkshire Medical Park Lex. Ky. 40509
Telephone No.: (859) 263-5140 Fax No.: (859) 263-5141

Name: Dr. Patrick Leung
Specialty: Neurology
Address: 1401 Harrodsburg Rd Bldg C #225 Lex. Ky. 40504
Telephone No.: (859) 373-0100 Fax No.: (859) 422-3994

Name: Dr Matthew Tutt
Specialty: Neurosurgery
Address: 1401 Harrodsburg Rd, Suite A 540 Lex. Ky. 40504
Telephone No.: (859) 258-4760 Fax No.: (859) 258-6512

**MEDICAL INSURANCE CARRIER(S):**

Name: Anthem Blue Cross / Toyota
~~Specialty~~: ID# 00332 0100
Address:
Telephone No.: (800) 456 4573 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: Walmart Toyota Pharmacy
~~Specialty~~: 1001 Cherry Blossom Way
Address: Georgetown, Ky. 40324
Telephone No.: (502) 570-4608 Fax No.: (502) 570-4610

Name: Walmart Pharmacy
Specialty:
Address: 2350 Grey Lag Way Lex. Ky. 40509
Telephone No.: (859) 263-0526 Fax No.: (859) 263-0526

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: Jamie Reece DATE: 10/7/18

# Medical Providers Continued

Dr. Ben Kibler
Orthopedic Surgeon
700 Bob-O-Link Dr.

859-258-8575 / fax. 859-258-8562

Susanna Moberly and Dr. Abbas Harder
Rheumatology
1221 South Broadway
Lex. Ky. 40504

859-258-4450 / fax 859-258-4039

Dr. Indhira Bisono
Rheumatology
211 Fountain Ct. #210
Lex. Ky. 40509

859-629-7265 / fax 859-629-7266

## Pharmacy

Express Scripts
Accredo

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

Return to: Tracey Sprous

**EMPLOYEE/CLAIMANT NAME:** Jamie Reece — **CLAIM #:** 8356763

**EMPLOYER:** Toyota Motor Engineering & Manufacturing North America, Inc. — **DATE OF BIRTH:** 09/22/1968

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) Reece, Jamie H. | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) 859-533-6163 | Cell Phone Number (include area code) | Marital Status Married | |
| Spouse's Full Name and Date of Birth 5-19-70 Christopher B. Reece | Number of Children 3 | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).

Name — Relationship to you? — Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? NO

Do you hold a professional license? If yes, for what purpose? NO

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date: N/A

| Yes | No | Type | Amount per Week/Month (Week circled; "2" written) | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☑ | ☐ | Short Term Disability (circled) or State Disability | $ 1072.00 | 4/2018 | 10/2018 | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | $ | | | |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Jamie H. Reece

**DATE:** 10/1/18 **EMPLOYEE'S SIGNATURE:** Jamie H. Reece

DP 409

# Workers' Compensation
# INFORMATION FORM

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

Return To: Tracey Sprous

EMPLOYEE/CLAIMANT NAME: Jamie Reece

CLAIM NO: 8356763

EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North America, Inc. DATE OF BIRTH: 09/22/1968

We received your disability claim form. The form indicates that your disability is the result of a work related Injury/Sickness. Please provide the following information and return this form to my attention in order to avoid any delay in processing.

1. Date of Injury/Sickness: Jan 2018
2. Location of Injury (please provide complete address): 1001 Cherry Blossom Way Gtown Ky. 40324
3. Description of Injury/Sickness (please include copy of accident report): not an accident. Just started having pain in shoulder region with radiated pain down arm into hand. while on process at work.
4. Please provide the name of your Employer:

   Company Name: TMMK
   Address: 1001 Cherry Blossom Way, Gtown. Ky. 40324
   Supervisor Name: Rhonda Miller Telephone: (502 316 0371

5. Please provide the name of your Employer's Workers' Compensation Carrier or Administrator:

   Insurance Carrier: ~~[illegible]~~ MSIG / Mitsui Sumitomo Marine Mgmt.
   Address: 312 Elm Street Suite 1100 PO Box 5435 Cinci, OH 45201
   Telephone: (502) 868-4996
   Claim Representative: Jenna Kane

6. Are you collecting benefits from your Employer's Workers' Compensation Insurance Company or Administrator?

   Yes ☐ No ☒

   If "Yes": Weekly Benefit Amount $
   Claim No.:

7. Are you using the services of an attorney?

   Yes ☒ No ☐

   If "Yes": Name: Theresa Gilbert
   Address: 177 North Limestone Lex. Ky 40507
   Telephone: (859) 594-7540

SIGNATURE: Jamie Reece DATE: 10/8/18

DP 539D – Rev. 12/02

# ACTIVITIES QUESTIONNAIRE

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

Return To: Tracey Sprous



EMPLOYEE/CLAIMANT NAME: Jamie Reece

CLAIM NO: 8356763 DATE OF BIRTH: ____

EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North America, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:
sit as needed stand as needed walk as needed

How many hours a day do you:
sit as needed stand as needed walk as needed

Do you take a nap during the day?
Yes ____ No ✓

If Yes, for how long? ____ At what time of the day? ____

How many hours a day do you spend in bed? 8

Do you require any assistive devices such as a: No
cane ____ walker ____ crutches ____ wheelchair ____ other ____

How long are you able to sit in a car? as needed

Do you hold a valid driver's license?
Yes ✓ No ____

If No, please explain: ____

If Yes, how long are you able to drive a car? as needed

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
phone

Do you have children?
Yes ✓ No ____ If Yes, what are their dates of birth 11-18-96, 8-14-00, 6-17-03

Do you need help caring for your children?
Yes ____ No ✓

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?
Yes ____ No ✓ If Yes, please explain ____

How many times a day do you leave the house during the week? as needed
On the weekends? as needed

How often do you run errands? 2-3 times per week

Please describe what errands you most commonly run: dr appt, pharmacy, bank
grocery pick up, PT

Liberty Mutual. INSURANCE

***ACTIVITIES QUESTIONNAIRE***


How often do you get outdoors? daily

Are you left or right hand dominant? Left ______ Right ✓

Are you able to work in your garden? Yes ______ No ✓

Are you able to work on your house? Yes ______ No ✓

Are you able to wash your car? Yes ______ No ✓

How much time is spent daily on your home computer?
✓ None ______ 0-1 hours ______ 1-2 hours ______ 2-3 hours ______ 3+ hours

How much time is spent weekly on your home computer?
✓ None ______ 0-1 hours ______ 1-2 hours ______ 2-3 hours ______ 3+ hours

What activities do you perform on your home computer. Please check all that apply: N/A Don't use
______ Pay bills ______ Read news/articles ______ Use search engines ______ Send emails
______ Visit chat rooms ______ Photos Other: ______

What computer software applications do you utilize. Please check all that apply: N/A Don't use
______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics
______ Photo software (Photoshop) ______ Programming Other: ______

Do you have a working home copy machine/fax machine? ______ Yes ✓ No

If yes, please explain purpose and usage: ______

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | online/phone | |
| Carrying groceries into the house | family | |
| Cooking meals | family | |
| Cleaning after meals | family | |
| Cleaning bathrooms | family | |
| Vacuuming | family | |
| Doing the laundry | family | |
| Opening and responding to mail | husband | |
| Managing your finances | husband | |
| Balancing your checkbook | husband | |
| Bathing yourself | myself | |
| Styling your own hair | myself | |
| Getting dressed | myself | |
| Going up and down stairs | myself | |

Have you been confined to a hospital within the last 12 months? Yes ______ No ✓

If Yes, please provide reason and hospital contact Information: ______

Liberty Mutual.
INSURANCE

*ACTIVITIES QUESTIONNAIRE*
*page 3 of 3*

How often do you travel or take vacation? 2x over 3yrs

Where do you go? How do you get there (transportation method)? Car or plane

Are you able to pursue your hobbies? N/A Yes ______ No ______

If Yes, please describe ______

Do you participate in an exercise program? Yes ______ No ✓

If Yes, please describe only PT currently - walking

Do you do any Volunteer work? Yes ______ No ✓

If Yes:

how many hours per day? ______

how many hours per week? ______

for whom? ______

Are you working for wages? Yes ______ No ✓

If Yes, please provide employer's name ______

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

I am employed by TMMK and am currently off on medical.

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

Daily Hygiene, [illegible]

any errands, appts etc.

any light household items.

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

859-533-6163

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

Brad Reece (husband) 859-552-6509

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: Jamie Reece Date: 10/8/18

Signature: Jamie Reece

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

# AGREEMENT CONCERNING BENEFITS

Return To: Tracey Sprous

| | |
|---|---|
| Policy No: 06 - 066619 | Claim Number: 8356763 |
| Employer: Toyota Motor Engineering & Manufacturing North America, Inc. | Address |
| Claimant: Jamie Reece | |
| Date of Disability: 04/15/2018 | |

In return for the advance payment of group disability benefits made to me by Liberty Life Assurance Company of Boston, which may be in excess of the amount due to me under the terms of Policy number 06 066619 I, for myself, my heirs, executors, administrators and assigns agree:

1) That I am not currently receiving any benefits from Social Security and/or Workers' Compensation.

2) If I apply for Social Security benefits and/or Workers' Compensation benefits I will promptly notify Liberty Life Assurance Company of Boston.

3) If I, and/or my spouse and family receive any benefits payments, from Social Security and/or Workers' Compensation, I, and/or my spouse and family will immediately notify by Liberty Life Assurance Company of Boston, of such benefit payments and pay back any overpayment resulting from this award in accordance with my Policy provisions.

4) I understand that thereafter Liberty Life Assurance Company of Boston is entitled to integrate any amounts received from Social Security and/or Workers' Compensation with the benefits payable under the Policy in accordance with the terms of the Policy.

I understand that Liberty Life Assurance Company of Boston in reliance on the above statements and promises, has agreed to advance benefits to me.

Jamie Reece
Claimant Name (please print)

Address

Jamie Reece
Signature

10/7/18
Date

***PLEASE RETAIN A COPY FOR YOUR RECORDS, OR ONE MAY BE PROVIDED FOR YOU UPON REQUEST.***

5M290180132

# FAMILY INFORMATION QUESTIONNAIRE

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

Return to: Tracey Sprous

EMPLOYEE/CLAIMANT NAME: Jamie Reece

CLAIM NO: 8356763

EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North Ame

DATE OF BIRTH:

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ✓ Divorced ____

If married, please indicate your spouse's name and date of birth. Name: Christopher B Reece DOB:

Do you have children or dependents*? Yes ✓ No ____

If yes, please provide additional details below, using additional space as needed.

* An Eligible dependent may include:

- Biological Child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| Miles Milby | | custodeal | yes | 2019 |
| Eliza Milby | | custodial | yes | 2021 |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ____ (No)

If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: Jamie Reece

Date: 10/8/18

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

EMPLOYEE/CLAIMANT NAME: Jamie Reece

CLAIM NO: 8356763

EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North America, Inc.

DATE OF BIRTH:

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: 12 Check if earned: ☐ GED ☑ HS Diploma

Vocational Training: / Certificate Program completed: /

Associates Degree: / College: number of years: /

Bachelor's Degree: BA /BS Major: / Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ____

Professional Training, License, Certificates(s): ____

Are you currently attending any classes: ☐ Y ☑ N If yes, provide name of school: ____

List any other Training or Classes Attended or Plan to Attend: /

Additional Skills, Hobbies & Volunteer Work /

Did you serve in the Armed Forces? ☐ Y ☑ N From: ____ To: ____

Branch of Service: ____ Specialty: ____

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: Toyota Department: Paint From: 6/2017 To: current
   Job Title(s): Team Member- Production
   Supervisory Experience ☐ Y ☑ N
   Tasks/Duties (please be specific): ____

2. Company: Kelly Services Department: Paint From: 2/2015 To: 6/2017
   Job Title(s): Team Member - Production
   Supervisory Experience ☐ Y ☑ N
   Tasks/Duties (please be specific): ____

A Liberty Mutual Company

3. Company: Tots Landing Department: ______ From: 4/2012 To: 2/2015
Job Title(s): Lead Teacher
Supervisory Experience ☐ Y ☒ N
Tasks/Duties (please be specific): provide care and curriculum for my class room.

4. Company: ______ Department: ______ From: ______ To: ______
Job Title(s): ______
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______

5. Company: ______ Department: ______ From: ______ To: ______
Job Title(s): ______
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______

**Computer Utilization:**

Computer Training/Courses, Certifications: /

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ______ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☒ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☒ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☒ No If yes, WPM (words per minute) ______
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: /

SIGNATURE: Jamie Reece PHONE NO: (859) 533-6163

5M290180132



Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie H. Reece

Name of legal representative, if applicable (print) Theresa Gilbert Relationship Attorney

Signature of claimant or legal representative Jamie H. Reece

Date of Birth: ______ Claim Number: 8356763 Date: 10/8/18

**A copy of this authorization will be considered as valid as the original**

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) Theresa Gilbert Relationship attorney

Signature of claimant or legal representative Jamie Reece

Date of Birth: ______ Claim Number: 8356763 Date: 10/7/18

**A copy of this authorization will be considered as valid as the original.**

**From:** TEMALeaves@LibertyMutual.com
**To:**
donna.sutherland@toyota.com;shelly.shrout@toyota.com;judy.lykins@toyota.com
**Subject:** LIBERTY MUTUAL NOTIFICATION: Change in Long Term Disability Status for Jamie Reece 277390 Claim 8356763

This is to notify you that there has been a change in the status of your Team Member's Long Term Disability claim.

**Long Term Disability Information:**

Last Day Worked: 4/14/2018

Date of Disability: Not Applicable

Benefit Begin Date: 10/21/2018

Claim Status: Denied - Failure To Provide Proof Of Disability

The Team Member has 180 days to appeal this determination. The appeal deadline is 4/10/2019.

If you have further questions, please call Liberty Mutual at (800) 291-0112 ext. 41452 or contact the assigned Case Manager at Tracey.Sprous@lfg.com. Please be sure to reference claim number 8356763.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

DR ABBAS HAIDER
1221 S. BROADWAY
LEXINGTON KY 40504

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

October 12, 2018

Dr. Abbas Haider
1221 S. BROADWAY
LEXINGTON, KY 40504

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece
Claimant D.O.B.:

Dear Dr. Abbas Haider:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from October 10, 2018 through present.

We ask that you provide this information by October 26, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tracey Sprous
Disability Claims Case Manager
Phone No.: (855) 508-4895 Ext. 41452
Secure Fax No.: (603) 559-0310

Attachments: 8356763-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.09.2018

DocuSign Envelope ID: 8B6213AD-ADE9-47B8-98B0-5189D9FEEA4C

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7307

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) self Relationship self

Signature of claimant or legal representative Jamie Reece

Date of Birth: ______ Claim Number: 8191808 Date: 6/25/2018

**A copy of this authorization will be considered as valid as the original.**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MS. JAMIE REECE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

October 11, 2018

Ms. Jamie H. Reece

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763

Dear Ms. Jamie Reece:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Toyota Motor Engineering & Manufacturing North America, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

Based on the information received, your claim has been denied and no benefits are payable.

Long Term Disability Policy Overview

*Toyota Motor Engineering & Manufacturing North America, Inc.'s Group Disability Policy contains the following exclusion regarding pre-existing conditions:*

*Pre-Existing Condition Exclusion(s)*

*This policy will not cover any Disability or Partial Disability:*

1. *which is caused or contributed to by, or results from, a Pre-Existing Condition; and*

2. *which begins in the first 12 months immediately after the Covered Person's effective date of coverage.*

*"Pre-Existing Condition" means a condition resulting from an Injury or Sickness for which the Covered Person is diagnosed or received Treatment within three months prior to the Covered Person's effective date of coverage.*

*For Employees who Increase their Coverage Option During an Annual Enrollment:*
*This policy will not cover any increase in amount of coverage for any Disability or Partial Disability:*

1. *which is caused or contributed to by, or results from, a Pre-Existing Condition; and*

*2. which begins in the first 12 months immediately after the Covered Person's effective date of increased coverage.*

***"Pre-Existing Condition"*** *means a condition resulting from an Injury or Sickness for which the Covered Person is diagnosed or received Treatment within three months prior to the Covered Person's effective date of increased coverage.*

Your coverage for LTD benefits under the Policy became effective on December 12, 2017 and your disability occurred on April 15, 2018. Since your date of disability falls within three months of your effective date of coverage the Policy requires us to conduct a pre-existing condition investigation. This investigation is part of our overall evaluation of your eligibility for disability benefits. For your claim, the Pre-Existing investigation period we are reviewing is September 12, 2017 through December 11, 2017.

Toyota Motor Engineering & Manufacturing North America, Inc.'s Group Disability Policy requires that to receive disability benefits you must provide proof of disability defined as follows:

***Notice and Proof of Claim***

*1.* ***Notice***

*a. Notice of claim must be given to Liberty within 30 days of the date of the loss on which the claim is based. If that is not possible, Liberty must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Liberty.*

*b. When written notice of claim is applicable and has been received by Liberty, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Liberty written Proof of claim without waiting for the forms.*

*2.* ***Proof***

*a. Satisfactory Proof of loss must be given to Liberty no later than 90 days after the end of the Elimination Period.*

*b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*

*c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Liberty within 30 days of the request for such Proof.*

*Liberty reserves the right to determine if the Covered Person's Proof of loss is satisfactory*

On August 28, 2018, September 11, 2018, we mailed a letter to request that you complete and return the Long Term Disability forms to include: Activities Questionnaire, Agreement Concerning Benefits Form, Workers Compensation Form, Authorization(s), Claimant Information, Claimant Supplementary Statement, Family Information Questionnaire, Training-Education-Experience; a legible photocopy of a valid ID along with a copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, prescription history and treatment plans from December 12, 2016 through present from all treating provider to include IHS Kentucky, Family Practice Associates, Dr Ryan Donegan, Dr. Nicole Everman, Dr. Indhira Bisono-Jimenez, Dr. Willliams Kibler, Dr. Patrick Leung, Dr. Matthew Tutt and Susanna Moberly. We requested this information be submitted to our office by October 11, 2018.

On September 18, 2018, we mailed a letter to request that you complete and return the Long Term Disability forms to include: Activities Questionnaire, Agreement Concerning Benefits Form, Workers Compensation Form, Authorization(s), Claimant Information, Claimant Supplementary Statement, Family Information Questionnaire, Training-Education-Experience; a legible photocopy of a valid ID along with a copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, prescription history and treatment plans from December 12, 2016 through present from Family Practice, Dr. Donegan, Dr. Jimenez, Dr. Kibler, Dr. Moberly, and Walmart Pharmacy. We requested this information be submitted to our office by October 11, 2018.

To date, we have not received Long Term Disability forms to include: Activities Questionnaire, Agreement Concerning Benefits Form, Workers Compensation Form, Authorization(s), Claimant Information, Claimant Supplementary Statement, Family Information Questionnaire, Training-Education-Experience; a legible photocopy of a valid ID along with a copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, prescription history and treatment plans from December 12, 2016 through present from Dr. Donegan, Dr. Kibler, and Walmart Pharmacy. Therefore, we are unable to complete the pre-existing review.

This claim determination reflects an evaluation of the claim facts and the Policy provisions.  No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination.  We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Liberty Life Assurance Company of Boston
Attn: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

Long Term Disability forms to include: Activities Questionnaire, Agreement Concerning Benefits Form, Workers Compensation Form, Authorization(s), Claimant Information, Claimant Supplementary Statement, Family Information Questionnaire, Training-Education-Experience; a legible photocopy of a valid ID along with a copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, prescription history and treatment plans from December 12, 2016 through present from Dr. Donegan, Dr. Kibler, and Walmart Pharmacy.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Liberty Life does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Liberty Life to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłį́į' dóó ná'ookąąh nííní'ą́ągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtį́įł nínízingo doo bą́ąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tracey Sprous
Disability Claims Case Manager
Phone No.: (855) 508-4895 Ext. 41452
Secure Fax No.: (603) 559-0310

DocuSign Envelope ID: 8B6213AD-ADE9-47BB-98B0-5189D9FEEA4C

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7307

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) self Relationship self

Signature of claimant or legal representative [DocuSigned by: Jamie Reece]

Date of Birth: _ . Claim Number: 8191808 Date: 6/25/2018

**A copy of this authorization will be considered as valid as the original.**

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

MT / BT

August 28, 2018

Dr. Indhira Bisono- Jimenez
211 FOUTAIN COURT
SUITE 220
LEXINGTON, KY 40509

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece
Claimant D.O.B.:

PT

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 12, 2016 through present

We ask that you provide this information by September 11, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

If you have any questions regarding this matter, please contact me.

Ciox Health
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

# INVOICE

**Invoice #:** 0256727398
**Date:** 10/1/2018
**Customer #:** 1528672

| Ship to: | Bill to: | Records from: |
|---|---|---|
| Liberty Life Assurance Company<br>Liberty Life Assurance Company<br>PO BOX 7209<br>LONDON, KY 40742-7209 | Liberty Life Assurance Company<br>Liberty Life Assurance Company<br>PO BOX 7209<br>LONDON, KY 40742-7209 | KENTUCKYONE RHEUMATOLOGY ASSOC<br>211 FOUNTAIN CT<br>STE 210<br>LEXINGTON, KY 40509-2696 |

**Requested By:** LIBERTY LIFE ASSURANCE COMPANY **DOB:**
**Patient Name:** REECE JAMIE

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Your request for copies of medical records has been processed. Full payment in advance is required and must be received within 30 days of the receipt of this invoice, before your copies will be released. Promptly return the bottom portion of this invoice along with a check for the balance due. To expedite the request or to pay by credit card, please call 800-367-1500. | | | |
| **FULL PAYMENT REQUIRED PRIOR TO RELEASE OF RECORDS** | | | |
| Basic Fee | | | 0.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 51 | 1.00 | 51.00 |
| Electronic Data Archive Fee | | | 2.00 |
| Subtotal | | | 53.00 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 53.00 |
| Balance Due | | | 53.00 |

Pay your invoice online at https://paycioxhealth.com/pay/

**Please remit this amount : $ 53.00 (USD)**

---

Ciox Health
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

Invoice #: 0256727398

Check # ____________________

Payment Amount $____________

Get future medical records as soon as they are processed, by signing up for secure electronic delivery.
Register at: edelivery.cioxhealth.com

## Please return stub with payment.

Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.
Email questions to collections@cioxhealth.com.

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

| | |
|---|---|
| Date: | August 28, 2018 |
| To: | DR INDHIRA BISONO- JIMENEZ<br>KENTUCKY ONE HEALTH RHEUMATOLOGY ASSOCIA<br>211 FOUTAIN COURT<br>SUITE 220<br>LEXINGTON KY 40509 |
| Attn: | MEDICAL RECORDS |
| Fax: | (859) 629-7266 |
| From: | Tracey Sprous<br>Disability Claims Case Manager<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 559-0310 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 8356763<br>Claimant: Jamie Reece<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln/Reece 3313

# ACTIVITIES QUESTIONNAIRE

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

**Return To:** Tracey Sprous



EMPLOYEE/CLAIMANT NAME: Jamie Reece
CLAIM NO: 8356763 DATE OF BIRTH: ______
EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North America, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:
sit as needed stand as needed walk as needed

How many hours a day do you:
sit as needed stand as needed walk as needed

Do you take a nap during the day?
Yes ______ No ✓

If Yes, for how long? ______ At what time of the day? ______

How many hours a day do you spend in bed? 8

Do you require any assistive devices such as a: No
cane ______ walker ______ crutches ______ wheelchair ______ other ______

How long are you able to sit in a car? as needed

Do you hold a valid driver's license?
Yes ✓ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car? as needed

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
phone

Do you have children?
Yes ✓ No ______ If Yes, what are their dates of birth ______

Do you need help caring for your children?
Yes ______ No ✓

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?
Yes ______ No ✓ If Yes, please explain ______

How many times a day do you leave the house during the week? as needed
On the weekends? as needed

How often do you run errands? 2-3 times per week

Please describe what errands you most commonly run: dr appt, pharmacy, bank
grocery pick-up, PT

Lincoln/Reece 3314

Liberty Mutual. INSURANCE

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 3*

How often do you get outdoors? daily

| | | | | |
|---|---|---|---|---|
| Are you left or right hand dominant? | Left | ____ | Right | ✓ |
| Are you able to work in your garden? | Yes | ____ | No | ✓ |
| Are you able to work on your house? | Yes | ____ | No | ✓ |
| Are you able to wash your car? | Yes | ____ | No | ✓ |

How much time is spent daily on your home computer?
✓ None ____ 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ 3+ hours

How much time is spent weekly on your home computer?
✓ None ____ 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ 3+ hours

What activities do you perform on your home computer. Please check all that apply: N/A Don't use
____ Pay bills ____ Read news/articles ____ Use search engines ____ Send emails
____ Visit chat rooms ____ Photos Other: ____

What computer software applications do you utilize. Please check all that apply: N/A Don't use
____ Word processing (Word) ____ Spreadsheets (Excel) ____ Database (Access) ____ Graphics
____ Photo software (Photoshop) ____ Programming Other: ____

Do you have a working home copy machine/fax machine? ____ Yes ✓ No

If yes, please explain purpose and usage: ____

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | online/iphone | |
| Carrying groceries into the house | family | |
| Cooking meals | family | |
| Cleaning after meals | family | |
| Cleaning bathrooms | family | |
| Vacuuming | family | |
| Doing the laundry | family | |
| Opening and responding to mail | husband | |
| Managing your finances | husband | |
| Balancing your checkbook | husband | |
| Bathing yourself | myself | |
| Styling your own hair | myself | |
| Getting dressed | myself | |
| Going up and down stairs | myself | |

Have you been confined to a hospital within the last 12 months? Yes ____ No ✓

If Yes, please provide reason and hospital contact Information: ____

Lincoln/Reece 3315

Liberty Mutual. INSURANCE

*ACTIVITIES QUESTIONNAIRE*
*page 3 of 3*

How often do you travel or take vacation? 2x over 3yrs
Where do you go? How do you get there (transportation method)? Car or plane

Are you able to pursue your hobbies? N/A Yes ____ No ____
If Yes, please describe ____

Do you participate in an exercise program? Yes ____ No ✓
If Yes, please describe only PT currently - walking
Do you do any Volunteer work? Yes ____ No ✓
If Yes:
how many hours per day? ____
how many hours per week? ____
for whom? ____
Are you working for wages? Yes ____ No ✓
If Yes, please provide employer's name ____

**Describe in your own words, what prevents you from engaging in __any gainful__ employment.**
I am employed by TMMK and am currently off on medical.

**Please describe your daily routine: (if more space is needed, please use the back of this form)**
Daily Hygiene, [illegible]
any errands, appts etc.
any light household items.

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?
____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.
Brad Reece (husband)

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: Jamie Reece Date: 10/8/18

Signature: Jamie Reece

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

# AGREEMENT CONCERNING BENEFITS

Return To: Tracey Sprous

| | |
|---|---|
| Policy No: 06 - 066619 | Claim Number: 8356763 |
| Employer: Toyota Motor Engineering & Manufacturing North America, Inc. | Address |
| Claimant: Jamie Reece | |
| Date of Disability: 04/15/2018 | |

In return for the advance payment of group disability benefits made to me by Liberty Life Assurance Company of Boston, which may be in excess of the amount due to me under the terms of Policy number 06 066619 I, for myself, my heirs, executors, administrators and assigns agree:

1) That I am not currently receiving any benefits from Social Security and/or Workers' Compensation.

2) If I apply for Social Security benefits and/or Workers' Compensation benefits I will promptly notify Liberty Life Assurance Company of Boston.

3) If I, and/or my spouse and family receive any benefits payments, from Social Security and/or Workers' Compensation, I, and/or my spouse and family will immediately notify by Liberty Life Assurance Company of Boston, of such benefit payments and pay back any overpayment resulting from this award in accordance with my Policy provisions.

4) I understand that thereafter Liberty Life Assurance Company of Boston is entitled to integrate any amounts received from Social Security and/or Workers' Compensation with the benefits payable under the Policy in accordance with the terms of the Policy.

I understand that Liberty Life Assurance Company of Boston in reliance on the above statements and promises, has agreed to advance benefits to me.

Jamie Reece
Claimant Name (please print)

Address

Jamie Reece
Signature

10/7/18
Date

***PLEASE RETAIN A COPY FOR YOUR RECORDS, OR ONE MAY BE PROVIDED FOR YOU UPON REQUEST.***

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) Theresa Gilbert Relationship attorney

Signature of claimant or legal representative Jamie Reece

Date of Birth: ______ Claim Number: 8356763 Date: 10/7/18

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT INFORMATION FORM

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

**Return To:** Tracey Sprous

EMPLOYEE/CLAIMANT NAME: Jamie Reece

CLAIM NO: 8356763

EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North America, Inc.    DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**

Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 12/12/2016 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Family Practice Associates
Specialty:
Address: 1775 Alysheba Way, #201
Lex. Ky. 40509
Telephone No.: (859) 278-5007 Fax No.: (859) 278-6867

Name: Bluegrass Orthopedics
Specialty:
Address: 3480 Yorkshire Medical Park
Lex. Ky. 40509
Telephone No.: (859) 263-5140 Fax No.: (859) 263-5141

Name: Dr. Patrick Leung
Specialty: Neurology
Address: 1401 Harrodsburg Rd Bldg C #225
Lex. Ky. 40504
Telephone No.: (859) 373-0100 Fax No.: (859) 422-3994

Name: Dr Matthew Tutt
Specialty: Neurosurgery
Address: 1401 Harrodsburg Rd, Suite A-540
Lex. Ky. 40504
Telephone No.: (859) 258-4760 Fax No.: (859) 258-6512

**MEDICAL INSURANCE CARRIER(S):**

Name: Anthem Blue Cross / Toyota
~~Specialty~~: ID# 00332010 0
Address:
Telephone No.: (800) 456 4573 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: Walmart Toyota Pharmacy
~~Specialty~~: 1001 Cherry Blossom Way
Address: Georgetown, Ky. 40324
Telephone No.: (502) 570-4608 Fax No.: (502) 570-4610

Name: Walmart Pharmacy
Specialty:
Address: 2350 Grey Lag Way
Lex. Ky. 40509
Telephone No.: (859) 263-0526 Fax No.: (859) 263-0526

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: Jamie Reece    DATE: 10/7/18

Medical Providers Continued

Dr. Ben Kibler
Orthopedic Surgeon
700 Bob-O-Link Dr.
859-258-8575 / fax. 859-258-8562

Susanna Moberly and Dr. Abbas (Haider)
Rheumatology
1221 South Broadway
Lex. Ky. 40504
859-258-4450 / fax 859-258-4039

Dr. Indhira Bisono
Rheumatology
211 Fountain Ct. #210
Lex. Ky. 40509
859-629-7265 / fax 859-629-7266

Pharmacy

Express Scripts
Accredo

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

Return to: Tracey Sprous

**EMPLOYEE/CLAIMANT NAME:** Jamie Reece **CLAIM #:** 8356763
**EMPLOYER:** Toyota Motor Engineering & Manufacturing North America, Inc. **DATE OF BIRTH:**

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address |
|---|---|---|
| Reece, Jamie H. | | |
| Street Address | City | |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status: Married |
| Spouse's Full Name and Date of Birth: Christopher B. Reece 5-19-70 | Number of Children: 3 | Dates of Birth of Children |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? NO

Do you hold a professional license? If yes, for what purpose? NO

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date: N/A

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☑ | ☐ | Short Term Disability or State Disability | $ 1072.00 (Week) | 4/2018 | 10/2018 | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) | $ | | | |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Jamie H. Reece

**DATE:** 10/7/18 **EMPLOYEE'S SIGNATURE:** Jamie H. Reece

DP 409

# FAMILY INFORMATION QUESTIONNAIRE

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

**Return to:** Tracey Sprous

EMPLOYEE/CLAIMANT NAME: Jamie Reece
CLAIM NO: 8356763
EMPLOYER/SPONSOR: Amer Toyota Motor Engineering & Manufacturing North
DATE OF BIRTH: ____________

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ✓ Divorced ____

If married, please indicate your spouse's name and date of birth. Name: Christopher B Reece DOB: 5-19-70

Do you have children or dependents*? Yes ✓ No ____

If yes, please provide additional details below, using additional space as needed.

* An Eligible dependent may include:

- Biological Child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| Miles Milby | | custodial | yes | 2019 |
| Eliza Milby | | custodial | yes | 2021 |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ________ (No)

If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice(s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: Jamie Reece Date: 10/8/18

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

**Liberty Mutual.** INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

EMPLOYEE/CLAIMANT NAME: Jamie Reece

CLAIM NO: 8356763

EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North America, Inc. DATE OF BIRTH: ______

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: 12 Check if earned: ☐ GED ☒ HS Diploma

Vocational Training: / Certificate Program completed: /

Associates Degree: / College: number of years: /

Bachelor's Degree: BA /BS Major: / Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ______

Professional Training, License, Certificates(s): ______

Are you currently attending any classes: ☐ Y ☒ N If yes, provide name of school: ______

List any other Training or Classes Attended or Plan to Attend: /

Additional Skills, Hobbies & Volunteer Work /

Did you serve in the Armed Forces? ☐ Y ☒ N From: ______ To: ______

Branch of Service: ______ Specialty: ______

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: Toyota Department: Paint From: 6/2017 To: current
   Job Title(s): Team Member- Production
   Supervisory Experience ☐ Y ☒ N
   Tasks/Duties (please be specific): ______

2. Company: Kelly Services Department: Paint From: 2/2015 To: 6/2017
   Job Title(s): Team Member - Production
   Supervisory Experience ☐ Y ☒ N
   Tasks/Duties (please be specific): ______

A Liberty Mutual Company

**Lincoln/Reece 3323**

3. Company: Tots Landing Department: ________ From: 4/2012 To: 2/2015
   Job Title(s): Lead Teacher
   Supervisory Experience ☐ Y ☒ N
   Tasks/Duties (please be specific): provide care and curriculum for my class room.

4. Company: ________ Department: ________ From: ______ To: ______
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ________

5. Company: ________ Department: ________ From: ______ To: ______
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ________

**Computer Utilization:**

Computer Training/Courses, Certifications: /

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | | | |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Database | ☐ | ☐ | Project Management | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other: ________ | | |

How much time is spent daily on your work computer? ☒ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☒ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☒ No If yes, WPM (words per minute) ________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address Personal: jhmilby3@gmail.com Work: /

SIGNATURE: Jamie Reece PHONE NO



# Workers' Compensation
# INFORMATION FORM

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

Return To: Tracey Sprous

EMPLOYEE/CLAIMANT NAME: Jamie Reece

CLAIM NO: 8356763

EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North America, Inc. DATE OF BIRTH: ____________

We received your disability claim form. The form indicates that your disability is the result of a work related Injury/Sickness. Please provide the following information and return this form to my attention in order to avoid any delay in processing.

1. Date of Injury/Sickness: Jan 2018
2. Location of Injury (please provide complete address): 1001 Cherry Blossom Way Gtown Ky. 40324
3. Description of Injury/Sickness (please include copy of accident report): not an accident. Just started having pain in shoulder region with radiated pain down arm into hand. While on process at work.
4. Please provide the name of your Employer:

   Company Name: TMMK
   Address: 1001 Cherry Blossom Way, Gtown, Ky. 40324
   Supervisor Name: Rhonda Miller Telephone: (502 316 0371

5. Please provide the name of your Employer's Workers' Compensation Carrier or Administrator:

   Insurance Carrier: [illegible] MSIG-/ Mitsui Sumitomo Marine Mgmt.
   Address: 312 Elm Street Suite 1100 PO Box 5435 Cinci, OH 45201
   Telephone: (502) 868-4996
   Claim Representative: Jenna Kane

6. Are you collecting benefits from your Employer's Workers' Compensation Insurance Company or Administrator?

   Yes ☐ No ☒

   If "Yes": Weekly Benefit Amount $ ____________
   Claim No.: ____________

7. Are you using the services of an attorney?

   Yes ☒ No ☐

   If "Yes": Name: Theresa Gilbert
   Address: 177 North Limestone Lex. Ky 40507
   Telephone: (859) 594-7540

SIGNATURE: Jamie Reece DATE: 10/8/18

DP 539D – Rev. 12/02

Lincoln/Reece 3326

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie H. Reece

Name of legal representative, if applicable (print) Theresa Gilbert Relationship Attorney

Signature of claimant or legal representative Jamie H. Reece

Date of Birth: _ Claim Number: 8356763 Date: 10/8/18

**A copy of this authorization will be considered as valid as the original**

**n0235808**

| | |
|---|---|
| **From:** | Heather Ross |
| **Sent:** | Monday, October 01, 2018 6:18:15 PM |
| **To:** | Sprous, Tracey |
| **Cc:** | Sarah Humphrey |
| **Subject:** | RE: Claim 8356763 Jamie Reece Medical Facility Search |
| **Attachments:** | image001.png; image002.png; image003.png; image004.png; image005.png; image006.png; image007.jpg |

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Tracey,

Walmart would not honor the signed authorization, as it was a digital signature

**From:** Sprous, Tracey [mailto:Tracey.Sprous@lfg.com]
**Sent:** Monday, October 01, 2018 10:43 AM
**To:** Sarah Humphrey
**Subject:** RE: Claim 8356763 Jamie Reece Medical Facility Search

Hi Sarah,

Do have a copy of the Walmart Pharmacy records?

Thank you,

**Tracey Sprous**

LTD Specialist

Lincoln Financial Group

P.O. Box 7209, 03A

London, KY 40742-7209

800.320.7585 Office

X41452 Extension

603.559.0310 Fax

**LincolnFinancial.com**

**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company**

**From:** Sarah Humphrey [mailto:shumphrey@hubenterprises.com]
**Sent:** Monday, October 01, 2018 6:15 AM
**To:** tracey.sprous@libertymutual.com
**Cc:** Heather Ross <heatherc@hubenterprises.com>
**Subject:** Claim 8356763 Jamie Reece Medical Facility Search

Thank you,

***<u>Sarah Humphrey</u>***

Client Relations Assistant

HUB Enterprises, Inc.

P 800.873.0933 ext 348 | F 337.837.8903

PO Box 3162, Lafayette, LA 70502

shumphrey@hubenterprises.com

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail

and any printout. Thank You.**

HUB ENTERPRISES INC

P.O. Box 3162
Lafayette, Louisiana 70502
800-873-0933 / 337-837-2608
800-436-4399 / 337-837-2293 fax
hub@hubenterprises.com
hubenterprises.com

October 1, 2018

**TRACEY SPROUS**
**LIBERTY MUTUAL BENEFITS**
2510 West Dunlap Avenue
Suite 300
Phoenix, AZ 85021

| | |
|---|---|
| Claim Number: | **8356763** |
| Subject: | **JAMIE REECE** |
| Date of Loss: | **UNKNOWN** |
| Injury: | **UNKNOWN** |
| Received: | **2018-08-28** |
| Analysts: | **LAKISHA MALBROUGH, LATONIA CHEVIS, AND TRICIA LANDRY** |
| HUB Case: | **1808002368** |
| HUB Contact: | **HEATHER ROSS** |




**RED FLAGS:**
There were no red flags identified.

**SUMMARY:**
On Thursday, August 30, 2018, we conducted a pharmacy check of area facilities near Lexington, KY for records related to the claimant, Jamie Reece. Records were located at Walmart Pharmacy within the provided date range. Records were also located at Walgreens Pharmacy; however, we were unable to determine if prescriptions were filled within the provided date range.

According to research, names associated with the claimant were listed as Jamie H Milby, Jamie Reece, Jamie Hunter Reece, James Milby, Jamie Hunter, Jamie Hunter Milby, Jamie L Hunter, Jamie H Alexander, Hunter Milby, Jamie Hunter-Milby, James E Milby, Jamie Milby, Jamie Hunter Milby, Jamie E Milby, James H Milby, Jamie Huntermilby, Jamie Hunter Alexander, Jamie Alexander, and Reece

Jamie Hunter. Records were located utilizing the name Jamie Milby and Jamie Reece and the provided date of birth.

According to research, the claimant is associated with addresses located in Lexington, KY.

We drafted and forwarded a letter of request via fax to Walmart Pharmacy Legal Department at 479-204-9655 to obtain records from December 12, 2016 through present related to the claimant.

We drafted and forwarded a letter of request and mailed it to Walgreens Pharmacy Custodian of Records at PO Box 4039, MS 735, Danville, IL 61834 to obtain records from December 12, 2016 through present related to the claimant.

On Monday, September 24, 2018, we received correspondence from Ciox Health on behalf of Walmart Pharmacy advising our request could not be completed because it lacks the required signature of the individual or representative.

On Friday, September 28, 2018, we contacted Walgreens Pharmacy at (217) 554-8949 to determine the status of our request. We spoke with Custodian of Records, Tani, who stated there were no records located for the claimant within the requested date range.

See complete report below.

Reece, Jamie October 1, 2018

## MEDICAL CANVASS DETAILS:

## TREATMENT LOCATED AT THE FOLLOWING LOCATIONS:

### Pharmacy:

| Facility | Contact | Treatment Dates and Type |
|---|---|---|
| **Walmart Pharmacy**<br><br>**1859 Bypass Road**<br>**Winchester, KY 40391**<br><br>**(859) 744-6055** | **Emily**<br><br>**Pharmacy Technician** | **Has records**<br><br>**08/20/2018 (last d.o.s)**<br><br>**We attempted to obtain any and all dates of service; however, this facility would only provide us with a last date of service of 08/20/2018.**<br><br>**Records were located utilizing the name Jamie Reece with the provided date of birth.**<br><br>**To obtain pharmacy records, a request and signed medical release form must be faxed to (479) 204-9655. We were provided with the telephone number (479) 204-6788 and email address: hportreq@wal-mart.com to follow-up with our request.**<br><br>**Turnaround time is approximately 30 business days from the day the request is received.**<br><br>**We were advised there will be a processing fee to obtain dates of service and/or records; however, the amount is undetermined at this time.**<br><br>***A request was submitted; however, could not be completed because it lacks the required signature of the individual or representative.*** |

Reece, Jamie October 1, 2018

## NO TREATMENT LOCATED AT THE FOLLOWING LOCATIONS:

### PHARMACY SEARCH

| DATE<br>AUGUST 30, 2018 | ANALYSTS:<br>LAKISHA MALBROUGH AND<br>LATONIA CHEVIS | CLIENT FILE #<br>8356763 |
|---|---|---|

We have made every attempt to ensure accuracy on this report. However, we must depend on the facility personnel for our information. This report is confidential, is not in violation of any known FCRA laws and is meant only for you and your attorneys.

| Facility | Contact | Treatment Dates and Type |
|---|---|---|
| Walgreens Pharmacy<br><br>1857 Plaudit Plaza<br>Lexington, KY 40509<br><br>(859) 543-8665 | Sanda<br><br>Pharmacy Technician | No records |
| Clark County Pharmacy<br><br>716 Boone Avenue<br>Winchester, KY 40391<br><br>(859) 744-3350 | Sarah<br><br>Pharmacy Technician | No records |
| Costco Pharmacy<br><br>1500 Fitzgerald Court<br>Lexington, KY 40509<br><br>(859) 245-3630 | Alison<br><br>Pharmacy Technician | No records |
| Toyota Family Pharmacy<br><br>1001 Cherry Blossom Way<br>Georgetown, KY 40324<br><br>(502) 570-4608 | No name provided<br><br>Pharmacist | No records |
| Kentucky One Health Comm Pharmacy<br><br>120 North Eagle Creek Drive<br>Lexington, KY 40509 | Penny<br><br>Pharmacy Technician | No records |

| | | |
|---|---|---|
| (859) 967-5923 | | |
| Rite Aid Pharmacy<br><br>104 Pedro Way<br>Winchester, KY 40391<br><br>(859) 745-7870 | Tammy<br><br>Pharmacy Technician | No records |
| CVS Pharmacy<br><br>3097 Todds Road<br>Lexington, KY 40509<br><br>(859) 266-3202 | Lisa<br><br>Pharmacy Technician | No records |
| Kroger Pharmacy<br><br>1661 Bypass Road<br>Winchester, KY 40391<br><br>(859) 745-0802 | Ashley<br><br>Pharmacy Technician | No records |
| C&C Pharmacy<br><br>3122 Mapleleaf Drive<br>Lexington, KY 40509<br><br>(859) 263-1220 | Terry<br><br>Pharmacy Technician | No records |

**HUB Enterprises is not responsible for the processing of Medical Release Forms.**

**CONCLUSION:**

All research activity on this file has been terminated pending further instructions from the Client.

Should you have any questions, or wish to further discuss this matter, please feel free to call me. We appreciate this opportunity to be of service to you.

Heather Ross
Client Relations

HR/lc:lm:tl


PO Box 3162 Lafayette, LA 70502 337-837-2608 800-873-0933 fax 337-837-2293
Fax 800-436-4399 hub@hubenterprises.com www.hubenterprises.com
Provided are license numbers as mandated by State Regulations: Arizona (D/B/A-HUB Detectives, Inc.) 1003020; California PI 23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117-001297; Indiana PI20700031; Missouri 2010016560; Montana 7576; Nevada 1269; New York 11000118203; Texas C05635; Utah P106085; Virginia 11-3838

Hub Enterprises, Inc
P.O. Box 3162
Lafayette, LA 70502
(337) 837-2608
Federal ID: 720827028

| | |
|---|---|
| **INVOICE NO.** | 277015 |
| **DATE** | 10/01/18 |

**CUSTOMER**

Tracey Sprous
Liberty Mutual Benefits
2510 West Dunlap Ave, Suite 300
Phoenix, AZ 85021-2732

RE: Jamie Reece
1808002368

| TERMS: | CUSTOMER NO. | JOB NO. | P.O. No. / Claim No. |
|---|---|---|---|
| Due Upon Receipt | A025712 | 208025 | 8356763 |

| Description | Quantity | Unit of Measure | Price | Amount |
|---|---|---|---|---|
| 8.30.18 | | | | |
| Pharmacy Check | 1.00 | | 125.00 | 125.00 |
| Letters of Request | 0.20 | | 60.00 | 12.00 |
| 9.24.18 | | | | |
| Correspondence | 0.10 | | 60.00 | 6.00 |
| 9.28.18 | | | | |
| Telephone Call | 0.10 | Hour | 60.00 | 6.00 |

Please remit payment to: Hub Enterprises, Inc

Invoice Due and Payable Upon Receipt

| | |
|---|---|
| **Sub-Total** | 149.00 |
| **Sales Tax** | |
| **TOTAL** | $149.00 |

MediCopy

| | |
|---|---|
| **To:** | +1 (603) 559-0310 |
| **Company:** | |
| **Fax:** | +1 (603) 559-0310 |
| **Subject:** | |
| **Ref:** | |
| **From:** | Brooke Ladue |
| **Fax:** | +1 (833) 330-0521 |
| **Date:** | 09/20/2018 |
| **Time:** | 02:36:29 PM CST |
| **Pages:** | 28 |
| **Remarks:** | |

MediCopy Services, Inc.
8 City Blvd Suite 400
Nashville, TN 37209

This facsimile transmission contains confidential information, some or all of which may be protected health information as defined by the federal Health Insurance Portability & Accountability Act (HIPAA) Privacy Rule. This transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential, and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission intended recipient), you are hereby notified that any disclosure, dissemination, distribution, or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify MediCopy Services, Inc. by telephone (number listed above) to arrange the return or destruction of this information and all copies.

MediCopy Services, Inc.
PO Box 331787
Nashville TN 37203

MediCopy

PHONE: 866-587-6274 TAX ID 75-3134811

LIBERTY MUTUAL (LONDON KY)
PO BOX 7209
LONDON KY 40742

| | |
|---|---|
| Invoice # | 12452754 |
| Invoice Date | September 20, 2018 |
| **Balance Due (USD)** | **$45.92** |

| Item | Description | Unit Cost | Quantity | Line Total |
|---|---|---|---|---|
| LEXCL | HEALTH INFORMATION REQUESTED FROM THE LEXINGTON CLINIC | 35.00 | 1 | 35.00 |
| LEXCLMR | HEALTH INFORMATION REQUESTED FROM THE LEXINGTON CLINIC<br><br>MEDICAL RECORDS @ 0.50 PER PAGE | 0.50 | 21 | 10.50 |
| FAX | FAXED RECORDS FROM SECURED DATA LINE (RECORDS ATTACHED) | 0.02 | 21 | 0.42 |
| 10 | IF YOU WISH TO MAKE A CREDIT CARD PAYMENT OVER THE PHONE, THERE WILL BE A $10 CONVENIENCE FEE | 0.00 | 1 | 0.00 |

| | |
|---|---|
| **Total** | **45.92** |
| Amount Paid | 0.00 |
| **Balance Due (USD)** | **$45.92** |

**Terms**
***DUE ON RECEIPT***
NOTICE: A $5.00 LATE FEE WILL BE
ASSESSED TO YOUR INVOICE/ACCOUNT
IF PAYMENT IS NOT RECEIVED WITHIN 30 DAYS.

**Notes**
JAMIE REECE

CLAIM# 8356763




**Lincoln/Reece 3340**

# PAYMENT STUB

MediCopy Services, Inc.
PO Box 331787
Nashville TN  37203

**To Pay Your Invoice Online**
Go to https://medicopy.freshbooks.com/code and enter the code 35DQzQ2q4jQtFSiV

| | |
|---|---|
| **Client** | LIBERTY MUTUAL (LONDON KY) |
| **Invoice #** | 12452754 |
| **Invoice Date** | September 20, 2018 |
| **Balance Due (USD)** | $45.92 |
| **Amount Enclosed** | |

**Lincoln/Reece 3341**

21591363
3555141

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

September 13, 2018

Susanna Moberly, Sn, Aprn, Fnp-Bc
Rheumatology-Lexington Clinic
1221 S. BROADWAY LCSB-5
LEXINGTON, KY 40504

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece
Claimant D.O.B.:

Dear Susanna Moberly:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 12, 2016 through present.

We ask that you provide this information by September 27, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

If you have any questions regarding this matter, please contact me

MediCopy Received 9/19/18

Date Range Requested ______
SSN / DOB Checked ______
Employee ______

MediCopy Scanned __/__/__

Sincerely,

Tracey Sprous
Disability Claims Case Manager
Phone No.: (855) 508-4895 Ext. 41452
Secure Fax No.: (603) 559-0310

Attachments: 8191808-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.25.2018

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7307

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) self Relationship self

Signature of claimant or legal representative DocuSigned by: Jamie Reece 8A2AB9A7398414...

Date of Birth: ____ Claim Number: 8191808 Date: 6/25/2018

**A copy of this authorization will be considered as valid as the original.**

*002932*
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
GROUP BENEFITS DISABILITY CLAIMS
P.O. BOX 7209
LONDON, KY 40742-7209

SUSANNA MOBERLY SN, APRN, FNP-BC
RHEUMATOLOGY-LEXINGTON CLINIC
1221 S. BROADWAY LCSB-5
LEXINGTON KY 40504

*400000010003000001002932932*

## Medical Records - CONFIDENTIAL

**TO:**

**Name: REECE, JAMIE H**

**DOB:**

**Date Range: 12/12/2016 to 09/13/2018**

**This document contains the following records of the patient:**
- **Encounters and Procedures**
- **Lab Results**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:21591363-A-13059]

# Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 03/26/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 03/26/2018 01:30PM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

Followup: Psoriatic arthritis

routine pt has not started the humira yet has concerns; pt is still on MTX 4 pills twice weekly

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**

WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 03/26/2018 01:49 pm | **Wt:** | 168 lbs 03/26/2018 01:49 pm | **BMI:** | 26.3 03/26/2018 01:49 pm |
| **BP:** | 86/58 sitting L arm 03/26/2018 01:50 pm | **BP Cuff Size:** | adult 03/26/2018 01:49 pm | **Pulse:** | 62 bpm regular 03/26/2018 01:50 pm |
| **RR:** | 18 03/26/2018 01:49 pm | | | | |

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **calcium** | 11/17/17 | entered |
| **Diflucan 150 mg tablet**<br>Take 1 tablet(s) every day by oral route for 3 days. | 01/09/18 | prescribed |
| **estradiol 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 11/17/17 | entered |
| **folic acid 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 03/26/18 | prescribed |
| **Humira 40 mg/0.8 mL subcutaneous syringe kit**<br>Inject 0.8 mL every 2 weeks by subcutaneous route.<br>**Internal Note:** approved 12/31/17-4/30/18 | 01/30/18 | prescribed |
| **ketoprofen 75 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |

| | | |
|---|---|---|
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly | 03/26/18 | prescribed |
| **Motrin 600 mg tablet**<br>Two times a day<br>**Internal Note:** Frequency: bid;Alt Frequency: prn;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008 | 05/20/08 | filled |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM 40 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **predniSONE 5 mg tablet**<br>take one po daily as needed | 01/26/18 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/10/2017)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**

## HPI

received humira and didn't start taking it due to the s/e list sent with it; has a new injury from work and may have to have surgery on her shoulder due to fraying; she reports multiple recurring joint pain and tenderness; with hx of psoriasis; right hip pains, stiffness; tenderness; works full time at toyota and is concerned about worsening joint pains; denies cp, soa, rash or fevers and all others are negative

## ROS

**ROS as noted in the HPI**

**REECE, JAMIE H (id #21591363, dob:**

## Physical Exam

Patient is a 49-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally and normal tandem gait test.

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Sclerae: non-icteric.

**ENMT:** Ears: no lesions on external ear or hearing loss. Nose: no lesions on external nose and nares patent. Oral Cavity: no mouth or lip ulcers. Oropharynx: moist mucous membranes. Face: no malar erythema.

**Musculoskeletal System:** Joints, Bones, and Muscles: no contractures, malalignment, or bony abnormalities and normal movement of all extremities and **tenderness**. Extremities: no cyanosis, edema, varicosities, or palpable cord. Knees: no ligamentous instability on examination.

**Neurological Exam:** Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no ulcer, induration, nodules, jaundice, or abnormal nevi;**rash** and **lesion**; and good turgor; **Mild psoriatic lesions**. Nails: normal.

## Assessment / Plan

**1. Psoriatic arthritis -**

prednisone trial improved outcome; no itching, no rash, joint pains improved overall

will initiate methotrexate and folic acid
labs are good
requested and received humira, but she did not start on the meds
feeling improved with mtx and folic acid

L40.50: Arthropathic psoriasis, unspecified

- methotrexate sodium 2.5 mg tablet - take 4 po twice weekly Qty: 32 tablet(s) Refills: 2 Pharmacy: WALMART PHARMACY 3894
- folic acid 1 mg tablet - Take 1 tablet(s) every day by oral route. Qty: 30 tablet(s) Refills: 3 Pharmacy: WALMART PHARMACY 3894

**2. Long term methotrexate user**

Z79.899: Other long term (current) drug therapy

- CBC
- ESR, AUTOMATED
- ALT
- AST
- CREATININE

## Return to Office

- AN-YU CHEN, MD for RECHECK at GASTRO SB on 04/17/2018 at 02:15 PM
- to see SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on or around 06/26/2018
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by SUSANNA MOBERLY, APRN, 03/26/2018.

Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 03/26/2018 at 2:35pm

**Encounter Date: 01/26/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 01/26/2018 01:00PM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES | | |

**REECE, JAMIE H (id #21591363, dob:**

Employer Name : TOYOTA
Prescription: ESI1 - Member is eligible. details

## Chief Complaint

Followup: Psoriatic arthritis

1 month reck, doing about the same, has not noticed any improvement

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 01/26/2018 01:14 pm | **Wt:** | 169 lbs 01/26/2018 01:14 pm | **BMI:** | 26.5 01/26/2018 01:14 pm |
| **BP:** | 105/62 sitting R arm 01/26/2018 01:16 pm | **BP Cuff Size:** | adult 01/26/2018 01:16 pm | **Pulse:** | 61 bpm regular 01/26/2018 01:16 pm |
| **RR:** | 16 01/26/2018 01:16 pm | | | | |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **calcium** | 11/17/17 | entered |
| **Diflucan 150 mg tablet**<br>Take 1 tablet(s) every day by oral route for 3 days. | 01/09/18 | prescribed |
| **estradiol 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 11/17/17 | entered |
| **folic acid 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 01/26/18 | prescribed |
| **ketoprofen 75 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly | 01/26/18 | prescribed |
| **Motrin 600 mg tablet**<br>Two times a day<br>**Internal Note:** Frequency: bid;Alt Frequency: prn;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008 | 05/20/08 | filled |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM 40 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **predniSONE 5 mg tablet**<br>take one po daily as needed | 01/26/18 | prescribed |

**REECE, JAMIE H (id #21591363, dob:**

**Probiotic** 11/17/17 entered

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/10/2017)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**

## HPI

multiple recurring joint pain and tenderness; with hx of psoriasis; right hip pains, stiffness; tenderness; works full time at toyota and is concerned about worsening joint pains; denies cp, soa, rash or fevers and all others are negative

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally and normal tandem gait test.

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Sclerae: non-icteric.

**ENMT:** Ears: no lesions on external ear or hearing loss. Nose: no lesions on external nose and nares patent. Oral Cavity: no mouth or lip ulcers. Oropharynx: moist mucous membranes. Face: no malar erythema.

**Musculoskeletal System:** Joints, Bones, and Muscles: no contractures, malalignment, or bony abnormalities and normal movement of all extremities and **tenderness**. Extremities: no cyanosis, edema, varicosities, or palpable cord. Knees: no ligamentous instability on examination.

**Neurological Exam:** Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no ulcer, induration, nodules, jaundice, or abnormal nevi;**rash** and **lesion**; and good turgor; **Mild psoriatic lesions**. Nails: normal.

## Assessment / Plan

**1. Psoriatic arthritis** - prednisone trial improved outcome; no itching, no rash, joint pains improved overall
will initiate methotrexate and folic acid
labs are good
will f/u in 1 month

L40.50: Arthropathic psoriasis, unspecified
- methotrexate sodium 2.5 mg tablet - take 4 po twice weekly Qty: 32 tablet(s) Refills: 2 Pharmacy: WALMART PHARMACY 3894
- folic acid 1 mg tablet - Take 1 tablet(s) every day by oral route. Qty: 30 tablet(s) Refills: 3 Pharmacy: WALMART PHARMACY 3894
- prednisone 5 mg tablet - take one po daily as needed Qty: 30 tablet(s) Refills: 2 Pharmacy: WALMART PHARMACY 3894

**2. Long term methotrexate user**

Z79.899: Other long term (current) drug therapy
- CBC
- ESR, AUTOMATED
- ALT
- AST
- CREATININE

**3. Long-term drug therapy**

Z79.899: Other long term (current) drug therapy
- QUANTIFERON TB GOLD

## Return to Office

- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by SUSANNA MOBERLY, APRN, 01/26/2018.

Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 01/26/2018 at 1:21pm

**Encounter Date: 12/20/2017**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 12/20/2017 02:00PM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

Followup: Psoriatic arthritis

Pt is here today for fup labs done at last visit.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867

## Patient's Pharmacies

**WAL-MART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WAL-MART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4609, Fax (502) 570-4610

## Vitals

| | | |
|---|---|---|
| **Ht:** 5 ft 7 in 12/20/2017 01:09 pm | **Wt:** 163 lbs 12/20/2017 01:09 pm | **BMI:** 25.5 12/20/2017 01:09 pm |

**REECE, JAMIE H (id #21591363, dob:**

**BP:** 113/83 sitting R arm 12/20/2017 01:10 pm **BP Cuff Size:** adult 12/20/2017 01:10 pm **Pulse:** 71 bpm 12/20/2017 01:10 pm

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **calcium** | 11/17/17 | entered |
| **estradiol 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 11/17/17 | entered |
| **folic acid 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 12/20/17 | prescribed |
| **ketoprofen 75 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po once weekly x 2 weeks; then increase to 6 po once weekly until follow up | 12/20/17 | prescribed |
| **Motrin 600 mg tablet**<br>Two times a day<br>**Internal Note:** Frequency: bid;Alt Frequency: prn;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008 | 05/20/08 | filled |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM 40 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **predniSONE 5 mg tablet**<br>take one po daily as needed | 12/20/17 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability<br>- Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/10/2017)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**

## HPI

multiple recurring joint pain and tenderness; with hx of psoriasis; right hip pains, stiffness; tenderness; works full time at toyota and is concerned about worsening joint pains; denies cp, soa, rash or fevers and all others are negative

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally and normal tandem gait test.

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Sclerae: non-icteric.

**ENMT:** Ears: no lesions on external ear or hearing loss. Nose: no lesions on external nose and nares patent. Oral Cavity: no mouth or lip ulcers. Oropharynx: moist mucous membranes. Face: no malar erythema.

**Musculoskeletal System:** Joints, Bones, and Muscles: no contractures, malalignment, or bony abnormalities and normal movement of all extremities and **tenderness**. Extremities: no cyanosis, edema, varicosities, or palpable cord. Knees: no ligamentous instability on examination.

**Neurological Exam:** Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no ulcer, induration, nodules, jaundice, or abnormal nevi;**rash** and **lesion**; and good turgor; **Mild psoriatic lesions**. Nails: normal.

## Assessment / Plan

**1. Psoriatic arthritis** - prednisone trial improved outcome; no itching, no rash, joint pains improved overall
will initiate methotrexate and folic acid
labs are good
will f/u in 1 month

L40.50: Arthropathic psoriasis, unspecified

- methotrexate sodium 2.5 mg tablet - take 4 po once weekly x 2 weeks; then increase to 6 po once weekly until follow up Qty: 24 tablet(s) Refills: 2 Pharmacy: WAL-MART PHARMACY 3894
- folic acid 1 mg tablet - Take 1 tablet(s) every day by oral route. Qty: 30 tablet(s) Refills: 3 Pharmacy: WAL-MART PHARMACY 3894
- prednisone 5 mg tablet - take one po daily as needed Qty: 30 tablet(s) Refills: 2 Pharmacy: WAL-MART PHARMACY 3894

## Return to Office

- SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on 01/18/2018 at 02:30 PM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by SUSANNA MOBERLY, APRN, 12/30/2017.

Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 12/30/2017 at 11:11pm

**REECE, JAMIE H (id #21591363, dob:**

**Encounter Date: 11/17/2017**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 11/17/2017 01:00PM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

new patient

new, joint stiffness and pain

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867

## Patient's Pharmacies

**WAL-MART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**

TOYOTA FAMILY PHARMACY (TMMK): 1001 CHERRY BLOSSOM WAY, GEORGETOWN KY 40324, Ph (502) 570-4610, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 11/17/2017 01:22 pm | **Wt:** | 159 lbs 11/17/2017 01:22 pm | **BMI:** | 24.9 11/17/2017 01:22 pm |
| **BP:** | 109/61 sitting R arm 11/17/2017 01:29 pm | **BP Cuff Size:** | adult 11/17/2017 01:29 pm | **Pulse:** | 57 bpm regular 11/17/2017 01:29 pm |
| **RR:** | 16 11/17/2017 01:29 pm | | | | |

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **calcium** | 11/17/17 | entered |
| **estradiol 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 11/17/17 | entered |
| **ketoprofen 75 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **Motrin 600 mg tablet**<br>Two times a day<br>**Internal Note:** Frequency: bid;Alt Frequency: prn;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008 | 05/20/08 | filled |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM 40 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **predniSONE 5 mg tablet**<br>take one po tid x 1 week; one po bid x 1 week then one po daily until gone | 11/17/17 | prescribed |

**Probiotic** 11/17/17 entered

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 09/10/2017)

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/10/2017)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**

## HPI

multiple recurring joint pain and tenderness; with hx of psoriasis; right hip pains, stiffness; tenderness; works full time at toyota and is concerned about worsening joint pains; denies cp, soa, rash or fevers and all others are negative

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally and normal tandem gait test.

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Sclerae: non-icteric.

**ENMT:** Ears: no lesions on external ear or hearing loss. Nose: no lesions on external nose and nares patent. Oral Cavity: no mouth or lip ulcers. Oropharynx: moist mucous membranes. Face: no malar erythema.

**Neck:** Neck: supple, FROM, trachea midline, and no masses. Lymph Nodes: no cervical LAD or supraclavicular LAD. Thyroid: no enlargement, tenderness, or nodules.

**Lungs:** Respiration: no dyspnea. Percussion: no dullness, flatness, or hyperresonance. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal and CTA except as noted.

**Cardiovascular System:** Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no JVD. Pulses including femoral / pedal: normal throughout.

**Musculoskeletal System:** Joints, Bones, and Muscles: no contractures, malalignment, or bony abnormalities and normal movement

of all extremities and **tenderness**. Extremities: no cyanosis, edema, varicosities, or palpable cord. Cervical Spine: normal extension and flexion. Lumbar Spine: normal extension, negative straight-leg raising test, and no paravertebral tenderness. Hips: normal internal rotation and external rotation; no tenderness of the SI joints, pain over the greater trochanteric bursa, or trigger point pain; and negative Patrick's test. Knees: no ligamentous instability on examination.

**Neurological Exam:** Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no ulcer, induration, nodules, jaundice, or abnormal nevi;**rash** and **lesion**; and good turgor; **Mild psoriatic lesions**. Nails: normal.

**Back:** Thoracolumbar Appearance: normal curvature.

## Assessment / Plan

**1. Multiple joint pain** - chronic and recurring joint pain and tenderness with flares more on the right side than on the left
hx of psoriasis for years
currently doesn't take any medications for this
no regular use of nsaids
M25.50: Pain in unspecified joint
- EATING HEALTHY FOODS: CARE INSTRUCTIONS
- ESR, AUTOMATED
- C-REACTIVE PROTEIN
- ANTI-CCP
- RHEUMATOID FACTOR
- ANTINUCLEAR AB (ANA)
- prednisone 5 mg tablet - take one po tid x 1 week; one po bid x 1 week then one po daily until gone Qty: 42 tablet(s) Refills: 0 Pharmacy: TOYOTA FAMILY PHARMACY (TMMK)

**2. Psoriasis with arthropathy** - Mild, sparse psoriatic lesions
L40.50: Arthropathic psoriasis, unspecified
- PSORIASIS: CARE INSTRUCTIONS

## Return to Office

- SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on 12/22/2017 at 01:30 PM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by SUSANNA MOBERLY, APRN, 11/22/2017.

Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 11/22/2017 at 1:26pm

# Lab Results

## ESR, AUTOMATED 03/26/2018 (#14619782, Final, 03/26/2018 2:47pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q7260755 | Specimen Source | |
| Specimen Coll. Date | 03/26/2018 14:47 | Result Status | Final |
| Specimen Rec. Date | 03/26/2018 14:52 | Report Status | |
| Specimen Reported Date | 03/26/2018 15:49 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ESR, AUTOMATED | 10 | 0-19 | MM/HR | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob:**

## ALT 03/26/2018 (#14618351, Final, 03/26/2018 2:47pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q7260755 | Specimen Source | |
| Specimen Coll. Date | 03/26/2018 14:47 | Result Status | Final |
| Specimen Rec. Date | 03/26/2018 14:52 | Report Status | |
| Specimen Reported Date | 03/26/2018 15:26 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ALT | 11 | 0-33 | U/L | Normal | Final | |

## AST 03/26/2018 (#14618349, Final, 03/26/2018 2:47pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q7260755 | Specimen Source | |
| Specimen Coll. Date | 03/26/2018 14:47 | Result Status | Final |
| Specimen Rec. Date | 03/26/2018 14:52 | Report Status | |
| Specimen Reported Date | 03/26/2018 15:26 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| AST | 19 | 0-32 | U/L | Normal | Final | |

## CREATININE 03/26/2018 (#14618347, Final, 03/26/2018 2:47pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q7260755 | Specimen Source | |
| Specimen Coll. Date | 03/26/2018 14:47 | Result Status | Final |
| Specimen Rec. Date | 03/26/2018 14:52 | Report Status | |
| Specimen Reported Date | 03/26/2018 15:26 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| CREATININE | 0.72 | 0.50-0.95 | mg/dL | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob:**

## CBC 03/26/2018 (#14617913, Final, 03/26/2018 2:47pm)

| | |
|---|---|
| Note to Patient | your labs are normal |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q7260755 | Specimen Source | |
| Specimen Coll. Date | 03/26/2018 14:47 | Result Status | Final |
| Specimen Rec. Date | 03/26/2018 14:52 | Report Status | |
| Specimen Reported Date | 03/26/2018 15:21 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WHITE BLOOD CELLS | 4.8 | 3.8-10.8 | K/uL | Normal | Final | |
| RED BLOOD CELLS | 3.99 | 3.80-5.20 | M/uL | Normal | Final | |
| HEMOGLOBIN | 12.5 | 12.0-16.0 | G/DL | Normal | Final | |
| HEMATOCRIT | 36.9 | 35.0-47.0 | % | Normal | Final | |
| MCV | 92 | 80-100 | fL | Normal | Final | |
| MCH | 31 | 26-35 | PG | Normal | Final | |
| MCHC | 34 | 32-36 | G/DL | Normal | Final | |
| RDW | 13.5 | 11.0-15.0 | % | Normal | Final | |
| MPV | 7.7 | 6.2-10.5 | fL | Normal | Final | |
| PLATELET COUNT | 291 | 130-400 | K/uL | Normal | Final | |
| NEUTROPHIL,ABSOLUTE | 2.2 | 1.6-8.4 | K/uL | Normal | Final | |
| LYMPHOCYTE,ABSOLUTE | 2.1 | 0.4-5.1 | K/uL | Normal | Final | |
| MONOCYTE,ABSOLUTE | 0.4 | 0.0-1.2 | K/uL | Normal | Final | |
| EOSINOPHIL,ABSOLUTE | 0.1 | 0.0-0.8 | K/uL | Normal | Final | |
| BASOPHIL,ABSOLUTE | 0.0 | 0.0-0.3 | K/uL | Normal | Final | |
| % NEUTROPHILS | 46.8 | 42.0-78.0 | % | Normal | Final | |
| % LYMPHOCYTES | 42.9 | 11.0-47.0 | % | Normal | Final | |
| % MONOCYTES | 7.4 | 0.0-11.0 | % | Normal | Final | |
| % EOSINOPHILS | 2.6 | 0.0-7.0 | % | Normal | Final | |
| % BASOPHILS | 0.3 | 0.0-3.0 | % | Normal | Final | |
| NUCLEATED RED CELLS | 0.0 | 0.0-0.9 | % | Normal | Final | |
| NUCLEATED RBCS, ABSOLUTE | 0.00 | NOT ESTAB. | K/uL | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob:**

# QUANTIFERON TB GOLD 01/29/2018 (#13217013, Final, 01/26/2018 2:07pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q5260529 | Specimen Source | |
| Specimen Coll. Date | 01/26/2018 14:07 | Result Status | Final |
| Specimen Rec. Date | 01/26/2018 15:12 | Report Status | |
| Specimen Reported Date | 01/29/2018 17:30 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| QT. TB GOLD (INCUBATED) | NEGATIVE | NEGATIVE | | Normal | Final | CB |
| | Negative test result. M. tuberculosis complex infection unlikely. | | | | | |
| NIL | 0.02 | | IU/mL | Normal | Final | CB |
| MITOGEN NIL | >10.00 | | IU/mL | Normal | Final | CB |
| TB NIL | 0.00 | | IU/mL | Normal | Final | CB |
| | The Nil tube value is used to determine if the patient has a preexisting immune response which could cause a false-positive reading on the test. In order for a test to be valid, the Nil tube must have a value of less than or equal to 8.0 IU/mL.<br><br>The mitogen control tube is used to assure the patient has a healthy immune status and also serves as a control for correct blood handling and incubation. It is used to detect false-negative readings. The mitogen tube must have a gamma interferon value of greater than or equal to 0.5 IU/mL higher than the value of the Nil tube.<br><br>The TB antigen tube is coated with the M. tuberculosis specific antigens. For a test to be considered positive, the TB antigen tube value minus the Nil tube value must be greater than or equal to 0.35 IU/mL.<br><br>For additional information, please refer to http://education.questdiagnostics.com/faq/QFT (This link is being provided for informational/ educational purposes only.)<br><br>TEST PERFORMED AT:<br>QUEST DIAGNOSTICS WOOD DALE<br>1355 MITTEL BOULEVARD WOOD DALE, IL 60191-1024<br>ANTHONY V. THOMAS, MD | | | | | |

| | |
|---|---|
| **To:** | +1 (603) 559-0310 |
| **Company:** | |
| **Fax:** | +1 (603) 559-0310 |
| **Subject:** | |
| **Ref:** | |
| **From:** | Brooke Ladue |
| **Fax:** | +1 (833) 330-0521 |
| **Date:** | 09/20/2018 |
| **Time:** | 02:36:29 PM CST |
| **Pages:** | 28 |
| **Remarks:** | |

MediCopy Services, Inc.
8 City Blvd Suite 400
Nashville, TN 37209

This facsimile transmission contains confidential information, some or all of which may be protected health information as defined by the federal Health Insurance Portability & Accountability Act (HIPAA) Privacy Rule. This transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential, and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission intended recipient), you are hereby notified that any disclosure, dissemination, distribution, or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify MediCopy Services, Inc. by telephone (number listed above) to arrange the return or destruction of this information and all copies.

MediCopy Services, Inc.
PO Box 331787
Nashville TN  37203

MediCopy

PHONE: 866-587-6274 TAX ID 75-3134811

LIBERTY MUTUAL (LONDON KY)
PO BOX 7209
LONDON KY  40742

| | |
|---|---|
| Invoice # | 12452754 |
| Invoice Date | September 20, 2018 |
| **Balance Due (USD)** | **$45.92** |

| Item | Description | Unit Cost | Quantity | Line Total |
|---|---|---|---|---|
| LEXCL | HEALTH INFORMATION REQUESTED FROM THE LEXINGTON CLINIC | 35.00 | 1 | 35.00 |
| LEXCLMR | HEALTH INFORMATION REQUESTED FROM THE LEXINGTON CLINIC<br><br>MEDICAL RECORDS @ 0.50 PER PAGE | 0.50 | 21 | 10.50 |
| FAX | FAXED RECORDS FROM SECURED DATA LINE (RECORDS ATTACHED) | 0.02 | 21 | 0.42 |
| 10 | IF YOU WISH TO MAKE A CREDIT CARD PAYMENT OVER THE PHONE, THERE WILL BE A $10 CONVENIENCE FEE | 0.00 | 1 | 0.00 |

| | |
|---|---|
| **Total** | **45.92** |
| Amount Paid | 0.00 |
| **Balance Due (USD)** | **$45.92** |

**Terms**
***DUE ON RECEIPT***
NOTICE: A $5.00 LATE FEE WILL BE
ASSESSED TO YOUR INVOICE/ACCOUNT
IF PAYMENT IS NOT RECEIVED WITHIN 30 DAYS.

**Notes**
JAMIE REECE

CLAIM# 8356763




**Lincoln/Reece 3362**

# PAYMENT STUB

MediCopy Services, Inc.
PO Box 331787
Nashville TN 37203

**To Pay Your Invoice Online**
Go to https://medicopy.freshbooks.com/code and enter the code 35DQzQ2q4jQtFSiV

| | |
|---|---|
| **Client** | LIBERTY MUTUAL (LONDON KY) |
| **Invoice #** | 12452754 |
| **Invoice Date** | September 20, 2018 |
| **Balance Due (USD)** | $45.92 |
| **Amount Enclosed** | |

**Lincoln/Reece 3363**

21591363
3555141

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

September 13, 2018

Susanna Moberly, Sn, Aprn, Fnp-Bc
Rheumatology-Lexington Clinic
1221 S. BROADWAY LCSB-5
LEXINGTON, KY 40504

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece
Claimant D.O.B.:

Dear Susanna Moberly:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 12, 2016 through present.

We ask that you provide this information by September 27, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms.

MediCopy Received 9/19/18 JL

If you have any questions regarding this matter, please contact m

Date Range Requested ____
SSN / DOB Checked ____
Employee ____



MediCopy Scanned ___/___/___

Sincerely,

Tracey Sprous
Disability Claims Case Manager
Phone No.: (855) 508-4895 Ext. 41452
Secure Fax No.: (603) 559-0310

Attachments: 8191808-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.25.2018

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7307

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) self Relationship self

Signature of claimant or legal representative DocuSigned by: Jamie Reece 8A2AB4A7398A414...

Date of Birth: ______ Claim Number: 8191808 Date: 6/25/2018

**A copy of this authorization will be considered as valid as the original.**

*002932*
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
GROUP BENEFITS DISABILITY CLAIMS
P.O. BOX 7209
LONDON, KY 40742-7209

SUSANNA MOBERLY SN, APRN, FNP-BC
RHEUMATOLOGY-LEXINGTON CLINIC
1221 S. BROADWAY LCSB-5
LEXINGTON KY 40504

*40000001000300000100293293 2*

## Medical Records - CONFIDENTIAL

**TO:**

**Name: REECE, JAMIE H**

**DOB:**

**Date Range: 12/12/2016 to 09/13/2018**

**This document contains the following records of the patient:**
- **Encounters and Procedures**
- **Lab Results**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:21591363-A-13059]

**REECE, JAMIE H (id #21591363, dob:**

# Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 03/26/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 03/26/2018 01:30PM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

Followup: Psoriatic arthritis

routine pt has not started the humira yet has concerns; pt is still on MTX 4 pills twice weekly

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**

WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 03/26/2018 01:49 pm | **Wt:** | 168 lbs 03/26/2018 01:49 pm | **BMI:** | 26.3 03/26/2018 01:49 pm |
| **BP:** | 86/58 sitting L arm 03/26/2018 01:50 pm | **BP Cuff Size:** | adult 03/26/2018 01:49 pm | **Pulse:** | 62 bpm regular 03/26/2018 01:50 pm |
| **RR:** | 18 03/26/2018 01:49 pm | | | | |

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **calcium** | 11/17/17 | entered |
| **Diflucan 150 mg tablet**<br>Take 1 tablet(s) every day by oral route for 3 days. | 01/09/18 | prescribed |
| **estradiol 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 11/17/17 | entered |
| **folic acid 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 03/26/18 | prescribed |
| **Humira 40 mg/0.8 mL subcutaneous syringe kit**<br>Inject 0.8 mL every 2 weeks by subcutaneous route.<br>**Internal Note:** approved 12/31/17-4/30/18 | 01/30/18 | prescribed |
| **ketoprofen 75 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |

**REECE, JAMIE H (id #21591363, dob:**

| | | |
|---|---|---|
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly | 03/26/18 | prescribed |
| **Motrin 600 mg tablet**<br>Two times a day<br>**Internal Note:** Frequency: bid;Alt Frequency: prn;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008 | 05/20/08 | filled |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM 40 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **predniSONE 5 mg tablet**<br>take one po daily as needed | 01/26/18 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/10/2017)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**

## HPI

received humira and didn't start taking it due to the s/e list sent with it; has a new injury from work and may have to have surgery on her shoulder due to fraying; she reports multiple recurring joint pain and tenderness; with hx of psoriasis; right hip pains, stiffness; tenderness; works full time at toyota and is concerned about worsening joint pains; denies cp, soa, rash or fevers and all others are negative

## ROS

**ROS as noted in the HPI**

**REECE, JAMIE H (id #21591363, dob:**

## Physical Exam

Patient is a 49-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally and normal tandem gait test.

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Sclerae: non-icteric.

**ENMT:** Ears: no lesions on external ear or hearing loss. Nose: no lesions on external nose and nares patent. Oral Cavity: no mouth or lip ulcers. Oropharynx: moist mucous membranes. Face: no malar erythema.

**Musculoskeletal System:** Joints, Bones, and Muscles: no contractures, malalignment, or bony abnormalities and normal movement of all extremities and **tenderness**. Extremities: no cyanosis, edema, varicosities, or palpable cord. Knees: no ligamentous instability on examination.

**Neurological Exam:** Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no ulcer, induration, nodules, jaundice, or abnormal nevi;**rash** and **lesion**; and good turgor; **Mild psoriatic lesions**. Nails: normal.

## Assessment / Plan

**1. Psoriatic arthritis -**

prednisone trial improved outcome; no itching, no rash, joint pains improved overall

will initiate methotrexate and folic acid
labs are good
requested and received humira, but she did not start on the meds
feeling improved with mtx and folic acid

L40.50: Arthropathic psoriasis, unspecified

- methotrexate sodium 2.5 mg tablet - take 4 po twice weekly Qty: 32 tablet(s) Refills: 2 Pharmacy: WALMART PHARMACY 3894
- folic acid 1 mg tablet - Take 1 tablet(s) every day by oral route. Qty: 30 tablet(s) Refills: 3 Pharmacy: WALMART PHARMACY 3894

**2. Long term methotrexate user**

Z79.899: Other long term (current) drug therapy

- CBC
- ESR, AUTOMATED
- ALT
- AST
- CREATININE

## Return to Office

- AN-YU CHEN, MD for RECHECK at GASTRO SB on 04/17/2018 at 02:15 PM
- to see SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on or around 06/26/2018
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by SUSANNA MOBERLY, APRN, 03/26/2018.

Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 03/26/2018 at 2:35pm

**Encounter Date: 01/26/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 01/26/2018 01:00PM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES | | |

**REECE, JAMIE H (id #21591363, dob:**

Employer Name : TOYOTA
Prescription: ESI1 - Member is eligible. details

## Chief Complaint

Followup: Psoriatic arthritis

1 month reck, doing about the same, has not noticed any improvement

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 01/26/2018 01:14 pm | **Wt:** | 169 lbs 01/26/2018 01:14 pm | **BMI:** | 26.5 01/26/2018 01:14 pm |
| **BP:** | 105/62 sitting R arm 01/26/2018 01:16 pm | **BP Cuff Size:** | adult 01/26/2018 01:16 pm | **Pulse:** | 61 bpm regular 01/26/2018 01:16 pm |
| **RR:** | 16 01/26/2018 01:16 pm | | | | |

## Allergies

Reviewed Allergies
**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **calcium** | 11/17/17 | entered |
| **Diflucan 150 mg tablet**<br>Take 1 tablet(s) every day by oral route for 3 days. | 01/09/18 | prescribed |
| **estradiol 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 11/17/17 | entered |
| **folic acid 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 01/26/18 | prescribed |
| **ketoprofen 75 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly | 01/26/18 | prescribed |
| **Motrin 600 mg tablet**<br>Two times a day<br>**Internal Note:** Frequency: bid;Alt Frequency: prn;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008 | 05/20/08 | filled |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM 40 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **predniSONE 5 mg tablet**<br>take one po daily as needed | 01/26/18 | prescribed |

**Probiotic** 11/17/17 entered

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/10/2017)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**

## HPI

multiple recurring joint pain and tenderness; with hx of psoriasis; right hip pains, stiffness; tenderness; works full time at toyota and is concerned about worsening joint pains; denies cp, soa, rash or fevers and all others are negative

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally and normal tandem gait test.

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Sclerae: non-icteric.

**ENMT:** Ears: no lesions on external ear or hearing loss. Nose: no lesions on external nose and nares patent. Oral Cavity: no mouth or lip ulcers. Oropharynx: moist mucous membranes. Face: no malar erythema.

**Musculoskeletal System:** Joints, Bones, and Muscles: no contractures, malalignment, or bony abnormalities and normal movement of all extremities and **tenderness**. Extremities: no cyanosis, edema, varicosities, or palpable cord. Knees: no ligamentous instability on examination.

**Neurological Exam:** Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no ulcer, induration, nodules, jaundice, or abnormal nevi;**rash** and **lesion**; and good turgor; **Mild psoriatic lesions**. Nails: normal.

## Assessment / Plan

**1. Psoriatic arthritis** - prednisone trial improved outcome; no itching, no rash, joint pains improved overall
will initiate methotrexate and folic acid
labs are good
will f/u in 1 month

L40.50: Arthropathic psoriasis, unspecified

- methotrexate sodium 2.5 mg tablet - take 4 po twice weekly Qty: 32 tablet(s) Refills: 2 Pharmacy: WALMART PHARMACY 3894
- folic acid 1 mg tablet - Take 1 tablet(s) every day by oral route. Qty: 30 tablet(s) Refills: 3 Pharmacy: WALMART PHARMACY 3894
- prednisone 5 mg tablet - take one po daily as needed Qty: 30 tablet(s) Refills: 2 Pharmacy: WALMART PHARMACY 3894

**2. Long term methotrexate user**

Z79.899: Other long term (current) drug therapy

- CBC
- ESR, AUTOMATED
- ALT
- AST
- CREATININE

**3. Long-term drug therapy**

Z79.899: Other long term (current) drug therapy

- QUANTIFERON TB GOLD

## Return to Office

- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by SUSANNA MOBERLY, APRN, 01/26/2018.

Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 01/26/2018 at 1:21pm

**Encounter Date: 12/20/2017**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 12/20/2017 02:00PM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

Followup: Psoriatic arthritis

Pt is here today for fup labs done at last visit.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867

## Patient's Pharmacies

**WAL-MART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**

WAL-MART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4609, Fax (502) 570-4610

## Vitals

| | | |
|---|---|---|
| **Ht:** 5 ft 7 in 12/20/2017 01:09 pm | **Wt:** 163 lbs 12/20/2017 01:09 pm | **BMI:** 25.5 12/20/2017 01:09 pm |

**REECE, JAMIE H (id #21591363, dob:**

| | | | | | |
|---|---|---|---|---|---|
| **BP:** | 113/83 sitting R arm 12/20/2017 01:10 pm | **BP Cuff Size:** | adult 12/20/2017 01:10 pm | **Pulse:** | 71 bpm 12/20/2017 01:10 pm |

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **calcium** | 11/17/17 | entered |
| **estradiol 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 11/17/17 | entered |
| **folic acid 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 12/20/17 | prescribed |
| **ketoprofen 75 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po once weekly x 2 weeks; then increase to 6 po once weekly until follow up | 12/20/17 | prescribed |
| **Motrin 600 mg tablet**<br>Two times a day<br>**Internal Note:** Frequency: bid;Alt Frequency: prn;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008 | 05/20/08 | filled |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM 40 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **predniSONE 5 mg tablet**<br>take one po daily as needed | 12/20/17 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability<br>- Arthritis |

## Social History

Reviewed Social History

Smoking Status: Never smoker

**REECE, JAMIE H (id #21591363, dob:**

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/10/2017)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**

## HPI

multiple recurring joint pain and tenderness; with hx of psoriasis; right hip pains, stiffness; tenderness; works full time at toyota and is concerned about worsening joint pains; denies cp, soa, rash or fevers and all others are negative

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally and normal tandem gait test.

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Sclerae: non-icteric.

**ENMT:** Ears: no lesions on external ear or hearing loss. Nose: no lesions on external nose and nares patent. Oral Cavity: no mouth or lip ulcers. Oropharynx: moist mucous membranes. Face: no malar erythema.

**Musculoskeletal System:** Joints, Bones, and Muscles: no contractures, malalignment, or bony abnormalities and normal movement of all extremities and **tenderness**. Extremities: no cyanosis, edema, varicosities, or palpable cord. Knees: no ligamentous instability on examination.

**Neurological Exam:** Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no ulcer, induration, nodules, jaundice, or abnormal nevi;**rash** and **lesion**; and good turgor; **Mild psoriatic lesions**. Nails: normal.

## Assessment / Plan

**1. Psoriatic arthritis** - prednisone trial improved outcome; no itching, no rash, joint pains improved overall
will initiate methotrexate and folic acid
labs are good
will f/u in 1 month
L40.50: Arthropathic psoriasis, unspecified

- methotrexate sodium 2.5 mg tablet - take 4 po once weekly x 2 weeks; then increase to 6 po once weekly until follow up Qty: 24 tablet(s) Refills: 2 Pharmacy: WAL-MART PHARMACY 3894
- folic acid 1 mg tablet - Take 1 tablet(s) every day by oral route. Qty: 30 tablet(s) Refills: 3 Pharmacy: WAL-MART PHARMACY 3894
- prednisone 5 mg tablet - take one po daily as needed Qty: 30 tablet(s) Refills: 2 Pharmacy: WAL-MART PHARMACY 3894

## Return to Office

- SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on 01/18/2018 at 02:30 PM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by SUSANNA MOBERLY, APRN, 12/30/2017.

Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 12/30/2017 at 11:11pm

**REECE, JAMIE H (id #21591363, dob:**
**Encounter Date: 11/17/2017**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 11/17/2017 01:00PM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

new patient

new, joint stiffness and pain

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867

## Patient's Pharmacies

**WAL-MART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
TOYOTA FAMILY PHARMACY (TMMK): 1001 CHERRY BLOSSOM WAY, GEORGETOWN KY 40324, Ph (502) 570-4610, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 11/17/2017 01:22 pm | **Wt:** | 159 lbs 11/17/2017 01:22 pm | **BMI:** | 24.9 11/17/2017 01:22 pm |
| **BP:** | 109/61 sitting R arm 11/17/2017 01:29 pm | **BP Cuff Size:** | adult 11/17/2017 01:29 pm | **Pulse:** | 57 bpm regular 11/17/2017 01:29 pm |
| **RR:** | 16 11/17/2017 01:29 pm | | | | |

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **calcium** | 11/17/17 | entered |
| **estradiol 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 11/17/17 | entered |
| **ketoprofen 75 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **Motrin 600 mg tablet**<br>Two times a day<br>**Internal Note:** Frequency: bid;Alt Frequency: prn;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008 | 05/20/08 | filled |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM 40 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **predniSONE 5 mg tablet**<br>take one po tid x 1 week; one po bid x 1 week then one po daily until gone | 11/17/17 | prescribed |

**Probiotic** 11/17/17 entered

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 09/10/2017)

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/10/2017)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**

## HPI

multiple recurring joint pain and tenderness; with hx of psoriasis; right hip pains, stiffness; tenderness; works full time at toyota and is concerned about worsening joint pains; denies cp, soa, rash or fevers and all others are negative

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally and normal tandem gait test.

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Sclerae: non-icteric.

**ENMT:** Ears: no lesions on external ear or hearing loss. Nose: no lesions on external nose and nares patent. Oral Cavity: no mouth or lip ulcers. Oropharynx: moist mucous membranes. Face: no malar erythema.

**Neck:** Neck: supple, FROM, trachea midline, and no masses. Lymph Nodes: no cervical LAD or supraclavicular LAD. Thyroid: no enlargement, tenderness, or nodules.

**Lungs:** Respiration: no dyspnea. Percussion: no dullness, flatness, or hyperresonance. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal and CTA except as noted.

**Cardiovascular System:** Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no JVD. Pulses including femoral / pedal: normal throughout.

**Musculoskeletal System:** Joints, Bones, and Muscles: no contractures, malalignment, or bony abnormalities and normal movement

of all extremities and **tenderness**. Extremities: no cyanosis, edema, varicosities, or palpable cord. Cervical Spine: normal extension and flexion. Lumbar Spine: normal extension, negative straight-leg raising test, and no paravertebral tenderness. Hips: normal internal rotation and external rotation; no tenderness of the SI joints, pain over the greater trochanteric bursa, or trigger point pain; and negative Patrick's test. Knees: no ligamentous instability on examination.

**Neurological Exam:** Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no ulcer, induration, nodules, jaundice, or abnormal nevi;**rash** and **lesion**; and good turgor; **Mild psoriatic lesions**. Nails: normal.

**Back:** Thoracolumbar Appearance: normal curvature.

## Assessment / Plan

**1. Multiple joint pain** - chronic and recurring joint pain and tenderness with flares more on the right side than on the left
hx of psoriasis for years
currently doesn't take any medications for this
no regular use of nsaids

M25.50: Pain in unspecified joint
- EATING HEALTHY FOODS: CARE INSTRUCTIONS
- ESR, AUTOMATED
- C-REACTIVE PROTEIN
- ANTI-CCP
- RHEUMATOID FACTOR
- ANTINUCLEAR AB (ANA)
- prednisone 5 mg tablet - take one po tid x 1 week; one po bid x 1 week then one po daily until gone Qty: 42 tablet(s)

Refills: 0 Pharmacy: TOYOTA FAMILY PHARMACY (TMMK)

**2. Psoriasis with arthropathy** - Mild, sparse psoriatic lesions

L40.50: Arthropathic psoriasis, unspecified
- PSORIASIS: CARE INSTRUCTIONS

## Return to Office

- SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on 12/22/2017 at 01:30 PM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by SUSANNA MOBERLY, APRN, 11/22/2017.

Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 11/22/2017 at 1:26pm

# Lab Results

## ESR, AUTOMATED 03/26/2018 (#14619782, Final, 03/26/2018 2:47pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q7260755 | Specimen Source | |
| Specimen Coll. Date | 03/26/2018 14:47 | Result Status | Final |
| Specimen Rec. Date | 03/26/2018 14:52 | Report Status | |
| Specimen Reported Date | 03/26/2018 15:49 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ESR, AUTOMATED | 10 | 0-19 | MM/HR | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob:**

## ALT 03/26/2018 (#14618351, Final, 03/26/2018 2:47pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q7260755 | Specimen Source | |
| Specimen Coll. Date | 03/26/2018 14:47 | Result Status | Final |
| Specimen Rec. Date | 03/26/2018 14:52 | Report Status | |
| Specimen Reported Date | 03/26/2018 15:26 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ALT | 11 | 0-33 | U/L | Normal | Final | |

## AST 03/26/2018 (#14618349, Final, 03/26/2018 2:47pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q7260755 | Specimen Source | |
| Specimen Coll. Date | 03/26/2018 14:47 | Result Status | Final |
| Specimen Rec. Date | 03/26/2018 14:52 | Report Status | |
| Specimen Reported Date | 03/26/2018 15:26 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| AST | 19 | 0-32 | U/L | Normal | Final | |

## CREATININE 03/26/2018 (#14618347, Final, 03/26/2018 2:47pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q7260755 | Specimen Source | |
| Specimen Coll. Date | 03/26/2018 14:47 | Result Status | Final |
| Specimen Rec. Date | 03/26/2018 14:52 | Report Status | |
| Specimen Reported Date | 03/26/2018 15:26 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| CREATININE | 0.72 | 0.50-0.95 | mg/dL | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob:**

## CBC 03/26/2018 (#14617913, Final, 03/26/2018 2:47pm)

| Note to Patient | your labs are normal |
|---|---|

| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
|---|---|---|---|
| Specimen/Accession ID | Q7260755 | Specimen Source | |
| Specimen Coll. Date | 03/26/2018 14:47 | Result Status | Final |
| Specimen Rec. Date | 03/26/2018 14:52 | Report Status | |
| Specimen Reported Date | 03/26/2018 15:21 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WHITE BLOOD CELLS | 4.8 | 3.8-10.8 | K/uL | Normal | Final | |
| RED BLOOD CELLS | 3.99 | 3.80-5.20 | M/uL | Normal | Final | |
| HEMOGLOBIN | 12.5 | 12.0-16.0 | G/DL | Normal | Final | |
| HEMATOCRIT | 36.9 | 35.0-47.0 | % | Normal | Final | |
| MCV | 92 | 80-100 | fL | Normal | Final | |
| MCH | 31 | 26-35 | PG | Normal | Final | |
| MCHC | 34 | 32-36 | G/DL | Normal | Final | |
| RDW | 13.5 | 11.0-15.0 | % | Normal | Final | |
| MPV | 7.7 | 6.2-10.5 | fL | Normal | Final | |
| PLATELET COUNT | 291 | 130-400 | K/uL | Normal | Final | |
| NEUTROPHIL,ABSOLUTE | 2.2 | 1.6-8.4 | K/uL | Normal | Final | |
| LYMPHOCYTE,ABSOLUTE | 2.1 | 0.4-5.1 | K/uL | Normal | Final | |
| MONOCYTE,ABSOLUTE | 0.4 | 0.0-1.2 | K/uL | Normal | Final | |
| EOSINOPHIL,ABSOLUTE | 0.1 | 0.0-0.8 | K/uL | Normal | Final | |
| BASOPHIL,ABSOLUTE | 0.0 | 0.0-0.3 | K/uL | Normal | Final | |
| % NEUTROPHILS | 46.8 | 42.0-78.0 | % | Normal | Final | |
| % LYMPHOCYTES | 42.9 | 11.0-47.0 | % | Normal | Final | |
| % MONOCYTES | 7.4 | 0.0-11.0 | % | Normal | Final | |
| % EOSINOPHILS | 2.6 | 0.0-7.0 | % | Normal | Final | |
| % BASOPHILS | 0.3 | 0.0-3.0 | % | Normal | Final | |
| NUCLEATED RED CELLS | 0.0 | 0.0-0.9 | % | Normal | Final | |
| NUCLEATED RBCS, ABSOLUTE | 0.00 | NOT ESTAB. | K/uL | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob:**

# QUANTIFERON TB GOLD 01/29/2018 (#13217013, Final, 01/26/2018 2:07pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q5260529 | Specimen Source | |
| Specimen Coll. Date | 01/26/2018 14:07 | Result Status | Final |
| Specimen Rec. Date | 01/26/2018 15:12 | Report Status | |
| Specimen Reported Date | 01/29/2018 17:30 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| QT. TB GOLD (INCUBATED) | NEGATIVE | NEGATIVE | | Normal | Final | CB |
| | Negative test result. M. tuberculosis complex infection unlikely. | | | | | |
| NIL | 0.02 | | IU/mL | Normal | Final | CB |
| MITOGEN NIL | >10.00 | | IU/mL | Normal | Final | CB |
| TB NIL | 0.00 | | IU/mL | Normal | Final | CB |
| | The Nil tube value is used to determine if the patient has a preexisting immune response which could cause a false-positive reading on the test. In order for a test to be valid, the Nil tube must have a value of less than or equal to 8.0 IU/mL.<br><br>The mitogen control tube is used to assure the patient has a healthy immune status and also serves as a control for correct blood handling and incubation. It is used to detect false-negative readings. The mitogen tube must have a gamma interferon value of greater than or equal to 0.5 IU/mL higher than the value of the Nil tube.<br><br>The TB antigen tube is coated with the M. tuberculosis specific antigens. For a test to be considered positive, the TB antigen tube value minus the Nil tube value must be greater than or equal to 0.35 IU/mL.<br><br>For additional information, please refer to http://education.questdiagnostics.com/faq/QFT (This link is being provided for informational/ educational purposes only.)<br><br>TEST PERFORMED AT:<br>QUEST DIAGNOSTICS WOOD DALE<br>1355 MITTEL BOULEVARD WOOD DALE, IL 60191-1024<br>ANTHONY V. THOMAS, MD | | | | | |

**REECE, JAMIE H (id #21591363, dob:**

## ESR, AUTOMATED 01/26/2018 (#13172514, Final, 01/26/2018 2:07pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q5260529 | Specimen Source | |
| Specimen Coll. Date | 01/26/2018 14:07 | Result Status | Final |
| Specimen Rec. Date | 01/26/2018 15:14 | Report Status | |
| Specimen Reported Date | 01/26/2018 16:19 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ESR, AUTOMATED | 11 | 0-19 | MM/HR | Normal | Final | |

## AST 01/26/2018 (#13171396, Final, 01/26/2018 2:07pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q5260529 | Specimen Source | |
| Specimen Coll. Date | 01/26/2018 14:07 | Result Status | Final |
| Specimen Rec. Date | 01/26/2018 15:13 | Report Status | |
| Specimen Reported Date | 01/26/2018 15:52 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| AST | 20 | 0-32 | U/L | Normal | Final | |

## CREATININE 01/26/2018 (#13171395, Final, 01/26/2018 2:07pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q5260529 | Specimen Source | |
| Specimen Coll. Date | 01/26/2018 14:07 | Result Status | Final |
| Specimen Rec. Date | 01/26/2018 15:13 | Report Status | |
| Specimen Reported Date | 01/26/2018 15:52 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| CREATININE | 0.73 | 0.50-0.95 | mg/dL | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob:**

## ALT 01/26/2018 (#13171394, Final, 01/26/2018 2:07pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q5260529 | Specimen Source | |
| Specimen Coll. Date | 01/26/2018 14:07 | Result Status | Final |
| Specimen Rec. Date | 01/26/2018 15:13 | Report Status | |
| Specimen Reported Date | 01/26/2018 15:52 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ALT | 12 | 0-33 | U/L | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob:**

## CBC 01/26/2018 (#13171328, Final, 01/26/2018 2:07pm)

| | |
|---|---|
| Note to Patient | your labs are normal. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q5260529 | Specimen Source | |
| Specimen Coll. Date | 01/26/2018 14:07 | Result Status | Final |
| Specimen Rec. Date | 01/26/2018 15:14 | Report Status | |
| Specimen Reported Date | 01/26/2018 15:50 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WHITE BLOOD CELLS | 4.2 | 3.8-10.8 | K/uL | Normal | Final | |
| RED BLOOD CELLS | 4.07 | 3.80-5.20 | M/uL | Normal | Final | |
| HEMOGLOBIN | 12.6 | 12.0-16.0 | G/DL | Normal | Final | |
| HEMATOCRIT | 37.1 | 35.0-47.0 | % | Normal | Final | |
| MCV | 91 | 80-100 | fL | Normal | Final | |
| MCH | 31 | 26-35 | PG | Normal | Final | |
| MCHC | 34 | 32-36 | G/DL | Normal | Final | |
| RDW | 13.6 | 11.0-15.0 | % | Normal | Final | |
| MPV | 7.7 | 6.2-10.5 | fL | Normal | Final | |
| PLATELET COUNT | 282 | 130-400 | K/uL | Normal | Final | |
| NEUTROPHIL,ABSOLUTE | 1.6 | 1.6-8.4 | K/uL | Normal | Final | |
| LYMPHOCYTE,ABSOLUTE | 2.0 | 0.4-5.1 | K/uL | Normal | Final | |
| MONOCYTE,ABSOLUTE | 0.3 | 0.0-1.2 | K/uL | Normal | Final | |
| EOSINOPHIL,ABSOLUTE | 0.1 | 0.0-0.8 | K/uL | Normal | Final | |
| BASOPHIL,ABSOLUTE | 0.0 | 0.0-0.3 | K/uL | Normal | Final | |
| **% NEUTROPHILS** | **39.5** | **42.0-78.0** | % | **Low** | **Final** | |
| **% LYMPHOCYTES** | **48.6** | **11.0-47.0** | % | **High** | **Final** | |
| % MONOCYTES | 8.0 | 0.0-11.0 | % | Normal | Final | |
| % EOSINOPHILS | 3.5 | 0.0-7.0 | % | Normal | Final | |
| % BASOPHILS | 0.4 | 0.0-3.0 | % | Normal | Final | |
| NUCLEATED RED CELLS | 0.1 | 0.0-0.9 | % | Normal | Final | |
| NUCLEATED RBCS, ABSOLUTE | 0.00 | NOT ESTAB. | K/uL | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob:**

## QUEST ANA, REFLEX 11/25/2017 (#11672547, Final, 11/17/2017 2:15pm)

| | |
|---|---|
| Note to Patient | Your autoimmune screening test is negative |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q3170710 | Specimen Source | |
| Specimen Coll. Date | 11/17/2017 14:15 | Result Status | Final |
| Specimen Rec. Date | 11/17/2017 14:52 | Report Status | |
| Specimen Reported Date | 11/25/2017 14:55 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ANA SCREEN, IFA | NEGATIVE | NEGATIVE | | Normal | Final | CB |

```
ANA IFA is a first line screen for detecting the
presence of up to approximately 150 autoantibodies in
various autoimmune diseases. A negative ANA IFA result
suggests ANA-associated autoimmune diseases are not
present at this time.

Visit Physician FAQs for interpretation of all
antibodies in the Cascade, prevalence, and association
with diseases at http://education.QuestDiagnostics.com/
faq/FAQ177

TEST PERFORMED AT:
QUEST DIAGNOSTICS WOOD DALE
1355 MITTEL BOULEVARD WOOD DALE, IL 60191-1024
ANTHONY V. THOMAS, MD
```

## ANTI-CCP 11/19/2017 (#11544741, Final, 11/17/2017 2:15pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q3170710 | Specimen Source | |
| Specimen Coll. Date | 11/17/2017 14:15 | Result Status | Final |
| Specimen Rec. Date | 11/17/2017 14:52 | Report Status | |
| Specimen Reported Date | 11/19/2017 16:46 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ANTI-CCP | <16 | | UNITS | Normal | Final | CB |

```
Reference Range
Negative:           <20
Weak Positive:      20-39
Moderate Positive:  40-59
Strong Positive:    >59

TEST PERFORMED AT:
QUEST DIAGNOSTICS WOOD DALE
1355 MITTEL BOULEVARD WOOD DALE, IL 60191-1024
ANTHONY V. THOMAS, MD
```

**REECE, JAMIE H (id #21591363, dob:**

## ESR, AUTOMATED 11/17/2017 (#11535359, Final, 11/17/2017 2:15pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q3170710 | Specimen Source | |
| Specimen Coll. Date | 11/17/2017 14:15 | Result Status | Final |
| Specimen Rec. Date | 11/17/2017 14:19 | Report Status | |
| Specimen Reported Date | 11/17/2017 15:38 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ESR, AUTOMATED | 12 | 0-19 | MM/HR | Normal | Final | |

## RHEUMATOID FACTOR 11/17/2017 (#11532162, Final, 11/17/2017 2:15pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q3170710 | Specimen Source | |
| Specimen Coll. Date | 11/17/2017 14:15 | Result Status | Final |
| Specimen Rec. Date | 11/17/2017 14:19 | Report Status | |
| Specimen Reported Date | 11/17/2017 14:47 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| RF SCREEN, QUANT. | <10.0 | 0.0-13.9 | IU/mL | Normal | Final | |

## C-REACTIVE PROTEIN 11/17/2017 (#11532160, Final, 11/17/2017 2:15pm)

| | |
|---|---|
| Note to Patient | I do not have all of your labs returned as of yet but your labs are normal and negative for rheumatoid or inflammatory arthritis |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q3170710 | Specimen Source | |
| Specimen Coll. Date | 11/17/2017 14:15 | Result Status | Final |
| Specimen Rec. Date | 11/17/2017 14:19 | Report Status | |
| Specimen Reported Date | 11/17/2017 14:47 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| C REACTIVE PROTEIN | 0.04 | 0.00-0.50 | mg/dL | Normal | Final | |
| | CONCENTRATIONS OF < 1 MG/DL EXCLUDE MANY ACUTE INFLAMMATORY DISEASES, BUT DO NOT SPECIFICALLY EXCLUDE INFLAMMATORY PROCESSES.<br><br>ELEVATED CONCENTRATIONS OF < 5 MG/DL IN ACUTE DISEASE OCCUR IN THE PRESENCE OF SLIGHT TO MODERATE INFLAMMATORY PROCESSES. VALUES > 5 MG/DL INDICATE HIGH AND EXTENSIVE INFLAMMATORY ACTIVITY. | | | | | |

**REECE, JAMIE H (id #21591363, dob:**

## SURGICAL PATHOLOGY 08/09/2017 (#8669818, Final, 08/07/2017)

| | |
|---|---|
| Note to Patient | At the time of your recent colonoscopy, polyps were removed. The results are as follows:<br><br>Tubular adenoma (precancerous) polyp was identified and removed. No evidence of cancer was found.<br><br>The majority of colonic polyps are benign, but virtually all colon cancers begin as benign polyps. Therefore, removing the benign polyps can prevent the development of colon cancer. A colonoscopy may need to be repeated periodically to remove additional polyps that may form over time. Based on your results, I would advise that your next colonoscopy be performed:<br><br>In about three years or so, sooner if clinically indicated.<br><br>Your gastric biopsies are perfectly normal.<br><br>Please feel free to contact my office if you have any questions or concerns at this time. |

MediCopy

| | |
|---|---|
| **To:** | +1 (603) 559-0310 |
| **Company:** | |
| **Fax:** | +1 (603) 559-0310 |
| **Subject:** | |
| **Ref:** | |
| **From:** | Brooke Ladue |
| **Fax:** | +1 (833) 330-0521 |
| **Date:** | 09/20/2018 |
| **Time:** | 02:36:29 PM CST |
| **Pages:** | 28 |
| **Remarks:** | |

MediCopy Services, Inc.
8 City Blvd Suite 400
Nashville, TN 37209

This facsimile transmission contains confidential information, some or all of which may be protected health information as defined by the federal Health Insurance Portability & Accountability Act (HIPAA) Privacy Rule. This transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential, and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission intended recipient), you are hereby notified that any disclosure, dissemination, distribution, or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify MediCopy Services, Inc. by telephone (number listed above) to arrange the return or destruction of this information and all copies.

MediCopy Services, Inc.
PO Box 331787
Nashville TN  37203

PHONE: 866-587-6274 TAX ID 75-3134811

LIBERTY MUTUAL (LONDON KY)
PO BOX 7209
LONDON KY  40742

| | |
|---|---|
| Invoice # | 12452754 |
| Invoice Date | September 20, 2018 |
| **Balance Due (USD)** | **$45.92** |

| Item | Description | Unit Cost | Quantity | Line Total |
|---|---|---|---|---|
| LEXCL | HEALTH INFORMATION REQUESTED FROM THE LEXINGTON CLINIC | 35.00 | 1 | 35.00 |
| LEXCLMR | HEALTH INFORMATION REQUESTED FROM THE LEXINGTON CLINIC<br><br>MEDICAL RECORDS @ 0.50 PER PAGE | 0.50 | 21 | 10.50 |
| FAX | FAXED RECORDS FROM SECURED DATA LINE (RECORDS ATTACHED) | 0.02 | 21 | 0.42 |
| 10 | IF YOU WISH TO MAKE A CREDIT CARD PAYMENT OVER THE PHONE, THERE WILL BE A $10 CONVENIENCE FEE | 0.00 | 1 | 0.00 |

| | |
|---|---|
| **Total** | **45.92** |
| Amount Paid | 0.00 |
| **Balance Due (USD)** | **$45.92** |

**Terms**
***DUE ON RECEIPT***
NOTICE: A $5.00 LATE FEE WILL BE
ASSESSED TO YOUR INVOICE/ACCOUNT
IF PAYMENT IS NOT RECEIVED WITHIN 30 DAYS.

**Notes**
JAMIE REECE

CLAIM# 8356763




**Lincoln/Reece 3390**

# PAYMENT STUB

MediCopy Services, Inc.
PO Box 331787
Nashville TN 37203

**To Pay Your Invoice Online**
Go to https://medicopy.freshbooks.com/code and enter the code 35DQzQ2q4jQtFSiV

| | |
|---|---|
| **Client** | LIBERTY MUTUAL (LONDON KY) |
| **Invoice #** | 12452754 |
| **Invoice Date** | September 20, 2018 |
| **Balance Due (USD)** | $45.92 |
| **Amount Enclosed** | |

**Lincoln/Reece 3391**

21591363
3555141

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

September 13, 2018

Susanna Moberly, Sn, Aprn, Fnp-Bc
Rheumatology-Lexington Clinic
1221 S. BROADWAY LCSB-5
LEXINGTON, KY 40504

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece
Claimant D.O.B.:

Dear Susanna Moberly:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 12, 2016 through present.

We ask that you provide this information by September 27, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

MediCopy Received 9 / 19 / 18 JL

Date Range Requested ________
SSN / DOB Checked ________
Employee ________

If you have any questions regarding this matter, please contact me



MediCopy Scanned ___/___/___

Sincerely,

Tracey Sprous
Disability Claims Case Manager
Phone No.: (855) 508-4895 Ext. 41452
Secure Fax No.: (603) 559-0310

Attachments: 8191808-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.25.2018

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MS. JAMIE REECE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

September 18, 2018

Ms. Jamie H. Reece

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763

Dear Ms. Jamie Reece:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Toyota Motor Engineering & Manufacturing North America, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

This letter is to inform you that your claim is still pending because we have not yet received your complete and return the following form.

- Agreement Concerning Benefits Form
- Training Education Experience
- Authorization
- Attending Physician's Statement
- Claimant Information Form
- Authorization – Medical Claimant Supplementary Statement
- Activities Questionnaire Form
- Worker's Compensation Form
- Copy of Valid ID

Additionally, please contact each of your medical providers and request they provide our office with the following information:

- A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, prescription history and treatment plans from December 12, 2016 through present from Family Practice, Dr. Donegan, Dr. Jimenez, Dr. Kibler, Dr. Moberly, and Walmart Pharmacy.

This information is needed in order to continue the initial processing of your claim.

Once this information has been received, we will contact you. If this information is not received by October 11, 2018, your claim will be closed.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tracey Sprous
Disability Claims Case Manager
Phone No.: (855) 508-4895 Ext. 41452
Secure Fax No.: (603) 559-0310

Attachments: 8356763-ACKNOWLEDGE-NEW CLAIM-08.28.2018

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MS. JAMIE REECE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

August 28, 2018

Ms. Jamie H. Reece

RE: Long Term Disability (LTD) and Short Term Disability (STD) Benefits
Toyota
Claim #: 8356763 and 8191808

Dear Ms. Jamie Reece:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Toyota Motor Engineering & Manufacturing North America, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

You have been receiving Short Term Disability (STD) benefits since April 22, 2018. Should your disability continue through the maximum benefit date, STD benefits are payable through October 20, 2018.

Tracey Sprous has been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

During the remainder of this benefit period, we will be reviewing your claim for consideration under Toyota Motor Engineering & Manufacturing North America, Inc.'s LTD Policy. Please note that receipt of STD benefits does not automatically mean that LTD benefits will be approved. The provisions and requirements in the LTD Policy differ from those of the STD Plan and may require that we request additional information prior to making a claim determination.

Toyota Motor Engineering & Manufacturing North America, Inc.'s LTD Policy contains the following exclusion regarding pre-existing conditions:

***Pre-Existing Condition Exclusion(s)***

*This policy will not cover any Disability or Partial Disability:*

1. *which is caused or contributed to by, or results from, a Pre-Existing Condition; and*

2. *which begins in the first 12 months immediately after the Covered Person's effective date of coverage.*

***"Pre-Existing Condition"*** *means a condition resulting from an Injury or Sickness for which the Covered Person is diagnosed or received Treatment within three months prior to the Covered Person's effective date of coverage.*

***For Employees who Increase their Coverage Option During an Annual Enrollment:***

*This policy will not cover any increase in amount of coverage for any Disability or Partial Disability:*

1. *which is caused or contributed to by, or results from, a Pre-Existing Condition; and*

2. *which begins in the first 12 months immediately after the Covered Person's effective date of increased coverage.*

***"Pre-Existing Condition"*** *means a condition resulting from an Injury or Sickness for which the Covered Person is diagnosed or received Treatment within three months prior to the Covered Person's effective date of increased coverage.*

Your coverage for LTD benefits under the Policy became effective on December 12, 2017, and your disability occurred on April 15, 2018. Since your date of disability falls within twelve months of your effective date of coverage the Policy requires us to conduct a pre-existing condition investigation. This investigation is part of our overall evaluation of your eligibility for disability benefits. For your claim, the Pre-Existing investigation period we are reviewing is September 12, 2017 through December 11, 2017.

To assist us with our investigation, please provide us the full names, addresses, and telephone numbers of all medical providers, including pharmacies, which you have used from December 12, 2016 through the present date on the enclosed Claimant Information Form.

Additionally, please contact each of your medical providers and request they provide our office with the following information:

- A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, prescription history and treatment plans from December 12, 2016 through present.

To assist us with our review, please complete the following forms and return them by the due date indicated below:

X Activities Questionnaire Form
X Agreement Concerning Benefits Form
X Authorization - Medical

X Claimant Information Form
X Claimant Supplementary Statement
X Family Information Questionnaire
X Training Education Experience
X Workers' Compensation Information Form
X Authorization
X Copy of Valid ID

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated below.

Toyota Motor Engineering & Manufacturing North America, Inc.'s LTD Policy requires that you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than October 11, 2018.

Toyota Motor Engineering & Manufacturing North America, Inc.'s LTD Policy requires that you provide proof of disability in order to receive benefits. The Policy requires that you provide proof of disability as follows:

***Notice and Proof of Claim***

1. ***Notice***

   a. *Notice of claim must be given to Liberty within 30 days of the date of the loss on which the claim is based. If that is not possible, Liberty must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Liberty.*

   b. *When written notice of claim is applicable and has been received by Liberty, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Liberty written Proof of claim without waiting for the forms.*

2. ***Proof***

   a. *Satisfactory Proof of loss must be given to Liberty no later than 90 days after the end of the Elimination Period.*

   b. *Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*

c. *Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Liberty within 30 days of the request for such Proof.*

*Liberty reserves the right to determine if the Covered Person's Proof of loss is satisfactory.*

On August 28, 2018, we requested medical records from IHS Kentucky, Family Practice Associates, Dr Ryan Donegan, Dr. Nicole Everman, Dr. Indhira Bisono-Jimenez, Dr. Willliams Kibler, Dr. Patrick Leung, Dr. Matthew Tutt and Susanna Moberly. To date, we have not received all of the information necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

Additionally, please contact each of your medical providers and request they provide our office with the following information:

- A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, prescription history and treatment plans from December 12, 2016 through present.

To assist us with our review, please complete the following forms and return them by the due date indicated below:

X Activities Questionnaire Form
X Agreement Concerning Benefits Form
X Authorization - Medical
X Claimant Information Form
X Claimant Supplementary Statement
X Family Information Questionnaire
X Training Education Experience
X Workers' Compensation Information Form
X Authorization
X Copy of Valid ID

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated below.

Toyota Motor Engineering & Manufacturing North America, Inc.'s LTD Policy requires that you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than October 11, 2018.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tracey Sprous
Disability Claims Case Manager
Phone No.: (855) 508-4895 Ext. 41452
Secure Fax No.: (603) 559-0310

Attachments: Activities Questionnaire Form
Agreement Concerning Benefits Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
Family Information Questionnaire
Training Education Experience
Workers' Compensation Information Form
Authorization

# ACTIVITIES QUESTIONNAIRE

**Liberty Mutual INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

**Return To:** Tracey Sprous



EMPLOYEE/CLAIMANT NAME: Jamie Reece

CLAIM NO: 8356763 DATE OF BIRTH: __

EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North America, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit ______ stand ______ walk ______

How many hours a day do you:

sit ______ stand ______ walk ______

Do you take a nap during the day?

Yes______ No ______

If Yes, for how long? ______ At what time of the day?______

How many hours a day do you spend in bed?______

Do you require any assistive devices such as a:

cane ______ walker______ crutches ______ wheelchair ______ other______

How long are you able to sit in a car?______

Do you hold a valid driver's license?

Yes______ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car?______

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

______

Do you have children?

Yes______ No ______ If Yes, what are their dates of birth ______

Do you need help caring for your children?

Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes______ No ______ If Yes, please explain ______

How many times a day do you leave the house during the week? ______

On the weekends? ______

How often do you run errands? ______

Please describe what errands you most commonly run: ______

______

How often do you get outdoors? ______________________________

Are you left or right hand dominant? Left ______ Right ______

Are you able to work in your garden? Yes ______ No ______

Are you able to work on your house? Yes ______ No ______

Are you able to wash your car? Yes ______ No ______

How much time is spent daily on your home computer?
______ None ______ 0-1 hours ______ 1-2 hours ______ 2-3 hours ______ 3+ hours

How much time is spent weekly on your home computer?
______ None ______ 0-1 hours ______ 1-2 hours ______ 2-3 hours ______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

______ Pay bills ______ Read news/articles ______ Use search engines ______ Send emails

______ Visit chat rooms ______ Photos Other: ______________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ______________________

Do you have a working home copy machine/fax machine? ______ Yes ______ No

If yes, please explain purpose and usage: ______________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ______ No ______

If Yes, please provide reason and hospital contact Information: ______________________________

______________________________________________________________

______________________________________________________________

How often do you travel or take vacation? ____________________

Where do you go? How do you get there (transportation method)? ____________________

____________________

Are you able to pursue your hobbies? Yes ______ No ______

If Yes, please describe ____________________

Do you participate in an exercise program? Yes ______ No ______

If Yes, please describe ____________________

Do you do any Volunteer work? Yes ______ No ______

If Yes:

how many hours per day? ________

how many hours per week? ________

for whom? ____________________

Are you working for wages? Yes ______ No ______

If Yes, please provide employer's name ____________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

____________________

____________________

____________________

____________________

____________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

____________________

____________________

____________________

____________________

____________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

____________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

____________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: ____________________ Date: ____________________

Signature: ____________________

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

# AGREEMENT CONCERNING BENEFITS

Return To: Tracey Sprous

Policy No: 06 - 066619

Claim Number: 8356763

Employer: Toyota Motor Engineering & Manufacturing North America, Inc.

Address

Claimant: Jamie Reece

Date of Disability: 04/15/2018

In return for the advance payment of group disability benefits made to me by Liberty Life Assurance Company of Boston, which may be in excess of the amount due to me under the terms of Policy number 06 066619 I, for myself, my heirs, executors, administrators and assigns agree:

1) That I am not currently receiving any benefits from Social Security and/or Workers' Compensation.

2) If I apply for Social Security benefits and/or Workers' Compensation benefits I will promptly notify Liberty Life Assurance Company of Boston.

3) If I, and/or my spouse and family receive any benefits payments, from Social Security and/or Workers' Compensation, I, and/or my spouse and family will immediately notify by Liberty Life Assurance Company of Boston, of such benefit payments and pay back any overpayment resulting from this award in accordance with my Policy provisions.

4) I understand that thereafter Liberty Life Assurance Company of Boston is entitled to integrate any amounts received from Social Security and/or Workers' Compensation with the benefits payable under the Policy in accordance with the terms of the Policy.

I understand that Liberty Life Assurance Company of Boston in reliance on the above statements and promises, has agreed to advance benefits to me.

______________________________
Claimant Name (please print)

______________________________
Address

______________________________
Signature

______________________________
Date

***PLEASE RETAIN A COPY FOR YOUR RECORDS, OR ONE MAY BE PROVIDED FOR YOU UPON REQUEST.***

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________________ Relationship ________________

Signature of claimant or legal representative ______________________________

Date of Birth: _ _ Claim Number: 8356763 Date: ______________________

**A copy of this authorization will be considered as valid as the original.**



**Lincoln/Reece 3407**

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

**Return To:** Tracey Sprous

EMPLOYEE/CLAIMANT NAME: Jamie Reece

CLAIM NO: 8356763

EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North America, Inc.

DATE OF BIRTH: ___

**TO BE COMPLETED BY EMPLOYEE:**

Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 12/12/2016 to present . *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ____________________
Specialty: ____________________
Address: ____________________
____________________
Telephone No. :( ) ________ Fax No. :( ) ________

Name: ____________________
Specialty: ____________________
Address: ____________________
____________________
Telephone No. :( ) ________ Fax No. :( ) ________

Name: ____________________
Specialty: ____________________
Address: ____________________
____________________
Telephone No. :( ) ________ Fax No. :( ) ________

Name: ____________________
Specialty: ____________________
Address: ____________________
____________________
Telephone No. :( ) ________ Fax No. :( ) ________

**MEDICAL INSURANCE CARRIER(S):**

Name: ____________________
Specialty: ____________________
Address: ____________________
____________________
Telephone No. :( ) ________ Fax No. :( ) ________

Name: ____________________
Specialty: ____________________
Address: ____________________
____________________
Telephone No. :( ) ________ Fax No. :( ) ________

**PHARMACY(S):**

Name: ____________________
Specialty: ____________________
Address: ____________________
____________________
Telephone No. :( ) ________ Fax No. :( ) ________

Name: ____________________
Specialty: ____________________
Address: ____________________
____________________
Telephone No. :( ) ________ Fax No. :( ) ________

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ____________________ **DATE:** ____________________

**Lincoln/Reece 3408**

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

Liberty Mutual INSURANCE

**Return to:** Tracey Sprous

**EMPLOYEE/CLAIMANT NAME:** Jamie Reece **CLAIM #:** 8356763
**EMPLOYER:** Toyota Motor Engineering & Manufacturing North America, Inc. **DATE OF BIRTH:**

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) ______________ | $ | | | |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______________________

**DATE:**______________ **EMPLOYEE'S SIGNATURE:** ______________________

DP 409

# FAMILY INFORMATION QUESTIONNAIRE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

**Return to:** Tracey Sprous

EMPLOYEE/CLAIMANT NAME: Jamie Reece

CLAIM NO: 8356763

EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North Ame

DATE OF BIRTH: ________

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single _____ Married _____ Divorced _____

If married, please indicate your spouse's name and date of birth. Name: ____________________ DOB: _________

Do you have children or dependents*? Yes _____ No _____

If yes, please provide additional details below, using additional space as needed.

* An Eligible dependent may include:

- Biological Child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: __________ No: __________

If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ______________________________________

Date: ____________________

**Lincoln/Reece 3410**

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

EMPLOYEE/CLAIMANT NAME: Jamie Reece

CLAIM NO: 8356763

EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North America, Inc.

DATE OF BIRTH: ______

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: ____________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ____________ Certificate Program completed: ____________

Associates Degree: ____________ College: number of years: ____________

Bachelor's Degree: BA /BS Major: ____________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ____________

Professional Training, License, Certificates(s): ____________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ____________

List any other Training or Classes Attended or Plan to Attend: ____________

Additional Skills, Hobbies & Volunteer Work ____________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ____________ To: ____________

Branch of Service: ____________ Specialty: ____________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

2. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

A Liberty Mutual Company

3. Company: ______________________ Department: ______________________ From: _________ To: _______

Job Title(s): ____________________________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ____________________________________________

____________________________________________

4. Company: ______________________ Department: ______________________ From: _________ To: _______

Job Title(s): ____________________________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ____________________________________________

____________________________________________

5. Company: ______________________ Department: ______________________ From: _________ To: _______

Job Title(s): ____________________________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ____________________________________________

____________________________________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ____________________________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ______________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ______________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ____________________ Work: ____________________

**SIGNATURE:** ____________________ **PHONE NO:** ( ) ____________________

# Workers' Compensation
# INFORMATION FORM

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

Return To: Tracey Sprous ______________________________

EMPLOYEE/CLAIMANT NAME: Jamie Reece ______________________

CLAIM NO: 8356763 ______________

EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North America, Inc. ______________ DATE OF BIRTH: ________

We received your disability claim form. The form indicates that your disability is the result of a work related Injury/Sickness. Please provide the following information and return this form to my attention in order to avoid any delay in processing.

1. Date of Injury/Sickness: ______________________
2. Location of Injury (please provide complete address): ______________________
3. Description of Injury/Sickness (please include copy of accident report): ______________________

______________________________________________

4. Please provide the name of your Employer:

Company Name: ______________________

Address: ______________________

Supervisor Name: ______________ Telephone: (____) ______________

5. Please provide the name of your Employer's Workers' Compensation Carrier or Administrator:

Insurance Carrier: ______________________

Address: ______________________

Telephone: (____) ______________

Claim Representative: ______________________

6. Are you collecting benefits from your Employer's Workers' Compensation Insurance Company or Administrator?

Yes ☐ No ☐

If "Yes": Weekly Benefit Amount $ ______________________

Claim No.: ______________________

7. Are you using the services of an attorney?

Yes ☐ No ☐

If "Yes": Name: ______________________

Address: ______________________

Telephone: (____) ______________

SIGNATURE: ______________________ DATE: ______________

DP 539D – Rev. 12/02

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

# AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ____________________________________________

Name of legal representative, if applicable (print) ______________________ Relationship ____________

Signature of claimant or legal representative ____________________________________________

Date of Birth: _ ______ Claim Number: 8356763 Date: ______________________

**A copy of this authorization will be considered as valid as the original**

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

August 28, 2018

Family Practice Associates of Lexington Psc
1775 ALYSHABA WAY
LEXINGTON, KY 40509

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 12, 2016 through present

We ask that you provide this information by September 11, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

If you have any questions regarding this matter, please contact me.



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

Sincerely,

Tracey Sprous
Disability Claims Case Manager
Phone No.: (855) 508-4895 Ext. 41452
Secure Fax No.: (603) 559-0310

Attachments: 8191808-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.25.2018



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

# Chart

## Jamie Reece

**DOB:**

From 12/12/2016 to 09/11/2018

# Encounters

**Encounter 6** Date 08/20/2018
**Diagnosis** ACUTE PHARYNGITIS, UNSPECIFIED ETIOLOGY (J02.9), PA (PSORIATIC ARTHRITIS) (L40.50), SINUSITIS, BACTERIAL (J32.9), BRONCHITIS (J40), VAGINITIS AND VULVOVAGINITIS (N76.0), BMI 26.0-26.9,ADULT

**Encounter 5** Date 06/12/2018
**Diagnosis** SITUATIONAL ANXIETY (F41.8), PA (PSORIATIC ARTHRITIS) (L40.50), BMI 26.0-26.9,ADULT

**Encounter 4** Date 09/14/2017
**Diagnosis** ACUTE BILATERAL LOW BACK PAIN WITH LEFT-SIDED SCIATICA (M54.42), BMI 25.0-25.9,ADULT

**Encounter 3** Date 09/11/2017
**Diagnosis** ACUTE BILATERAL LOW BACK PAIN WITH LEFT-SIDED SCIATICA (M54.42), BMI 24.0-24.9, ADULT

**Encounter 2** Date 05/03/2017
**Diagnosis** SEASONAL ALLERGIES, MIGRANE,COMMON, BMI 24.0-24.9, ADULT

**Encounter 1** Date 03/06/2017
**Diagnosis** WELL WOMAN EXAM (NO GYNECOLOGICAL EXAM) (Z00.00), SCREENING FOR DEPRESSION (Z13.89), PAIN, JOINT, HIP, RIGHT (M25.551), BREAST CANCER SCREENING (Z12.39), BMI 22.0-22.9, ADULT

**Encounter #6**

**History & Physical Report**
**8/20/2018: Office Visit - ACUTE PHARYNGITIS, UNSPECIFIED ETIOLOGY (J02.9), PA (PSORIATIC ARTHRITIS) (L40.50), SINUSITIS, BACTERIAL (J32.9), BRONCHITIS (J40), VAGINITIS AND VULVOVAGINITIS (N76.0), BMI 26.0-26.9,ADULT (Keith T. Applegate, MD)**
Jamie Reece
8/20/2018 1:23 PM
Location: Hamburg
Patient #: 7061990
DOB: 9/22/1968
Married / Language: English / Race: White
Female

History of Present Illness (Keith T. Applegate MD; 8/20/2018 6:21 PM)
The patient is a 49 year old female who presents with a complaint of Cold Symptoms. The onset of the cold symptoms has been sudden and has been occurring in a persistent pattern for 3 days. The course has been constant. The symptoms have been associated with sore throat, fever, chills, Body aches, stuffy/runny nose and dry cough, while the symptoms have not been associated with headache, hoarseness, cough all the time, shortness of breath or ear fullness. Note for "Cold Symptoms": PT IS SP HUMIRA INJECTION 8-16-18 AND TAKES MTX.

Problem List/Past Medical (LaShondia R. Dixon; 8/20/2018 4:54 PM)
Medical History Reviewed - No Changes [08/20/2018]:
GERD (GASTROESOPHAGEAL REFLUX DISEASE) (K21.9)
MIGRANE,COMMON (G43.019)
SEASONAL ALLERGIES (J30.2)
PA (PSORIATIC ARTHRITIS) (L40.50)
Problems Reconciled

Allergies (LaShondia R. Dixon; 8/20/2018 4:54 PM)
No Known Drug Allergies
Allergies Reconciled

Family History (LaShondia R. Dixon; 8/20/2018 4:33 PM)
Hypothyroidism Mother, Sister, Maternal Grandmother. Phreesia 03/06/2017
Arthritis Mother, Maternal Grandmother. Phreesia 03/06/2017
Coronary Artery Disease Mother, Maternal Grandmother. Phreesia 03/06/2017

Social History (LaShondia R. Dixon; 8/20/2018 4:33 PM)
Tobacco Use Never smoker. Phreesia 08/20/2018
Alcohol use Moderate alcohol use. Phreesia 03/06/2017
Exercise 5 x week. Phreesia 03/06/2017
Highest Education Level Attained Some college. Phreesia 03/06/2017
No drug use Phreesia 03/06/2017
Marital status Married. Phreesia 03/06/2017

Medication History (Keith T. Applegate, MD; 8/20/2018 5:13 PM)
Zofran (4MG Tablet, 1 (one) Tablet Oral every 8 hours as needed for nausea, Taken starting 05/03/2017) Active.
Loratadine-D 24HR (10-240MG Tablet ER 24HR, 1 (one) Tablet Oral every day, Taken starting 05/03/2017) Active.
ALPRAZolam (1MG Tablet, 1 (one) Tablet Oral 30 min. prior to anxiety provoking event, Taken starting 06/12/2018) Active.
NexIUM (40MG Capsule DR, 1 Oral daily) Active.
Multivitamin Adult (Oral daily) Active.
Cyclobenzaprine HCl (10MG Tablet, 1 Oral) Discontinued.
LORazepam (0.5MG Tablet, 1 Oral Two times daily) Active.
Folic Acid (1 Oral Daily) Specific strength unknown - Active.
Methotrexate Sodium (2.5MG Tablet, 8 Oral Weekly) Active.
Gabapentin (300MG Capsule, Oral prn) Discontinued.
Humira Pen (40MG/0.8ML Pen-inj Kit, 2 Subcutaneous monthly) Active.
Medications Reconciled

Past Surgical History (LaShondia R. Dixon; 8/20/2018 4:33 PM)
Other Surgery Phreesia 03/06/2017
Wisdom Teeth Extraction Phreesia 03/06/2017
Tonsillectomy Phreesia 03/06/2017
Hysterectomy with Bilateral Oophorectomy Phreesia 03/06/2017

Health Maintenance History (LaShondia R. Dixon; 8/20/2018 4:33 PM)
Flu Vaccine (90656) [2016]: Repeat in 1 year.. 9/14/2017 pt. wants to wait until later in the year
Screening Annual Mammography (77067) [06/2017]: Normal, Repeat in 1 year..
HEP A VAC, ADULT (90632) [05/02/2018]: Given at Pharmacy , Repeat in 6 months. Reported by WM/Sams
Pap smear Not indicated per the USPSTF. TAH/BSO
9/11/2017
Depression Screen Annual (G0444) [03/06/2017]: Repeat in 1 year..
Boostrix - TDAP (90715) Unknown
Last Kasper Obtained (G9003) [06/12/2018]: Repeat in 1 year..
Controlled Substance Agreement on File [06/12/2018]:
Last Drug Screen Obtained (G0434)

Review of Systems (Keith T. Applegate MD; 8/20/2018 5:16 PM)
**General** Present- Chills, Feeling well, Fever and Good general health lately. Not Present- Fatigue.
**Skin** Not Present- Bruising, New Lesions and Rash.
**HEENT** Present- Nasal Congestion, Sinus problems and Sore Throat. Not Present- Blurred Vision, Double Vision, Earache, Headache, Hearing Loss, Seasonal Allergies, Sinus Pain and Visual Disturbances.
**Neck** Not Present- Neck Mass, Neck Pain and Swollen Glands.
**Respiratory** Present- Cough. Not Present- Dyspnea, Short of breath, Sputum Production and Wheezing.
**Cardiovascular** Not Present- Chest Pain, Edema, Irregular Heart Beat and Palpitations.
**Gastrointestinal** Not Present- Constipation, Diarrhea, Nausea and Vomiting.
**Musculoskeletal** Present- Arthritis and Myalgia. Not Present- Joint Pain, Joint Stiffness, Muscle Pain and Muscle Weakness.
**Neurological** Not Present- Dizziness, Focal Neurological Symptoms and Headaches.
**Psychiatric** Not Present- Anxiety and Depression.
**Endocrine** Not Present- Excessive Thirst and Excessive Urination.
**Hematology** Not Present- Easy Bruising and Nose Bleed.
**All other systems negative**

Vitals (Keith T. Applegate MD; 8/20/2018 5:14 PM)
8/20/2018 4:32 PM
**Weight:** 175.13 lb **Height:** 67 in
**Body Surface Area:** 1.91 m² **Body Mass Index:** 27.43 kg/m²
**Temp.:** 97.2° F (Temporal) **Pulse:** 99 (Regular) P.OX: 98% (Room air)
**BP:** 102/66 (Sitting, Left Arm, Standard)

Physical Exam (Keith T. Applegate MD; 8/20/2018 5:18 PM)
**General**
**General Appearance** - Well Developed and Well Nourished, Not in acute distress, Not Sickly.
**Voice** - Normal.

**Integumentary**
**General Characteristics**
**Color** - normal coloration of skin.

**Head and Neck**
**Face**
**Global Assessment** - atraumatic, no pallor observed.
**Neck**
**Global Assessment** - supple, no decreased range of motion.
**Trachea** - midline.
**Thyroid**
**Gland Characteristics** - no palpable nodules, no palpable enlargement, non-tender.

**Eye**
**Iris - Left** - Normal.
**Iris - Right** - Normal.
**Sclera/Conjunctiva - Left** - sclera are not injected, No Discharge.
**Sclera/Conjunctiva - Right** - sclera are not injected, No Discharge.
**Pupil - Left** - Normal.
**Pupil - Right** - Normal.

**ENMT**
**Ears**
**Pinna - Left** - no drainage observed. **Right** - no drainage observed. **External Auditory Canal - Left** - no cerumen impaction noted. **Right** - no cerumen impaction noted. **Otoscopic Exam - Middle Ear - Left** - no effusion noted. **Right** - no effusion noted. **Tympanic Membrane - Left** - no bulging noted. **Right** - no bulging noted.
**Nose and Sinuses**
**Inspection of the nares - Left** - no mucus present . **Right** - no mucus present . **Nasal Mucosa - Left** - no bleeding noted, no congestion observed. **Right** - no bleeding noted, no congestion observed. **Right** - no tenderness observed. **Right** - no tenderness observed. **Turbinates - Middle - Left** - not enlarged, no hypertrophy, no inflammation noted. **Right** - not enlarged, no hypertrophy, no inflammation noted. **Frontal Sinuses - Left** - no tenderness observed. **Maxillary Sinuses - Left** - no tenderness observed.
**Mouth and Throat**
**Oral Cavity/Oropharynx - Oral Mucosa** - moist. **Oropharynx** - posterior oropharyngeal walls are edematous and Red 2/4, no evidence of airway distress observed, No Lymphoid hyperplasia (cobblestoning).

**Chest and Lung Exam**
**Auscultation**
**Breath sounds** - Clear to ascultation bilaterally and Normal.
**Chest and lung exam reveals** - quiet, even and easy respiratory effort with no use of accessory muscles.

**Cardiovascular**
**Auscultation**
**Rhythm** - Regular. **Heart Sounds** - Normal heart sounds, S1 WNL and S2 WNL.

**Neuropsychiatric**
**The patient's mood and affect are described as** - normal.
**Judgment and Insight** - insight is appropriate concerning matters relevant to self.

**Musculoskeletal**
**Global Assessment**
**Examination of related systems reveals** - no generalized swelling or edema of extremities.
**Head**
**Skull - Examination of the skull reveals** - no tenderness to palpation, no pain, no deformities, malformations, or known fractures, negative Battle's sign and no swelling, edema or erythema of surrounding tissue.

**Upper Extremity**
**General** - Bilateral UEs with grossly intact and symmetric strength, motor and tone..
**Lower Extremity**
**General** - Bilateral LEs with grossly intact and symmetric strength, motor and tone..

**Lymphatic**
**Head & Neck**

**Anterior Cervical Nodes: Bilateral - Tenderness** - Mildly tender.
**Posterior Cervical Nodes: Left - Tenderness** - Non Tender. **Right - Tenderness** - Non Tender.
**Axillary**

**Supraclavicular Nodes: Bilateral - Size** - Note: normal nodes.

Assessment & Plan (Keith T. Applegate MD; 8/20/2018 6:22 PM)
ACUTE PHARYNGITIS, UNSPECIFIED ETIOLOGY (J02.9)
Current Plans

- Pt Education - PATIENT ED:Sore Throat *: acute pharyngitis
- The patient was educated and reassured on the signs, symptoms and pathophysiology of this condition. They will return to clinic for re-evaluation and discussion if either the symptoms change and/or increase or they have additional concerns or questions.
- SALT WATER GARGLE FOUR TIMES DAILY/ PHARYNGITIS VERBAL INSTRUCTIONS GIVEN: discussed with patient and provided information.
- Tylenol and/or Advil for fever/symptom control
- Follow up as needed unless not resolved in 7-10 days, then return to clinic for re-evaluation.
- Follow up if no improvement or if symptoms worsen
- STREP, GROUP A, NAA (87651)
- Pt Education - Sore Throat: discussed with patient and provided information.

PA (PSORIATIC ARTHRITIS) (L40.50)
Current Plans

- Pt Education - Managing Psoriasis: discussed with patient and provided information.
- This chronic condition affected the medical decision making process.

SINUSITIS, BACTERIAL (J32.9)
Current Plans

- Pt Education - PATIENT ED:Sinusitis *: sinus infection
- The patient was educated and reassured on the signs, symptoms and pathophysiology of this condition. They will return to clinic for re-evaluation and discussion if either the symptoms change and/or increase or they have additional concerns or questions.
- Tylenol and/or Advil for fever/symptom control
- Follow up as needed unless not resolved in 7-10 days, then return to clinic for re-evaluation.
- Follow up if no improvement or if symptoms worsen
- Started Doxycycline Hyclate 100MG, 1 (one) Tablet two times daily, #20, 10 days starting 08/20/2018, No Refill.
  Local Order: WITH FOOD

BRONCHITIS (J40)
Current Plans

- PULSE OX (94760)
- Pt Education - PATIENT ED:Acute Bronchitis: Brief Version *: acute bronchitis
- The patient was educated and reassured on the signs, symptoms and pathophysiology of this condition. They will return to clinic for re-evaluation and discussion if either the symptoms change and/or increase or they have additional concerns or questions.
- Tylenol and/or Advil for fever/symptom control
- Follow up if no improvement or if symptoms worsen
- Current Kasper on File
- Started Delsym 30MG/5ML, 5 Milliliter two times daily, as needed, 120 Milliliter, 10 days starting 08/20/2018, Ref. x1.
  Local Order: COUGH

VAGINITIS AND VULVOVAGINITIS (N76.0)
Current Plans

- Pt Education - Pt Ed:Vaginitis *: vaginal infection
- Started Fluconazole 150MG, 1 (one) Tablet once, #1, 7 days starting 08/20/2018, Ref. x1.
  Local Order: NOW, MAY REPEAT IN ONE WEEK IF SYMPTOMS PERSIST
- Started Terazol 7 0.4%, 1 (one) Applicator(s) INTRAVAGINALLY QHS, 45 Gram, 7 days starting 08/20/2018, Ref. x1.

BMI 26.0-26.9,ADULT (Z68.26)
Current Plans

- BMI IS DOCUMENTED ABOVE NORMAL PARAMETERS AND A FOLLOW-UP PLAN IS DOCUMENTED (G8417)
- Pt Education - Healthy Diet: Brief Version *: health maintenance

Signed by Keith T Applegate, MD (8/20/2018 6:22 PM)

## Laboratories

**STREP, GROUP A, NAA (87651)** Final, Reviewed (Collected: 08/20/2018)
Diagnosis: ACUTE PHARYNGITIS, UNSPECIFIED ETIOLOGY (J02.9)
Note: Testing performed at Family Practice Associates of Lexington Hamburg Location-1775 Alysheba Way Suite 201 Lexington, KY 40509
CLIA ID: 18D0949691

STREP, GROUP A, NAA **Negative** (Normal Range: Negative) Result Note:
Result Annotation:

## Procedures

**BMI IS DOCUMENTED ABOVE NORMAL PARAMETERS AND A FOLLOW-UP PLAN IS DOCUMENTED (G8417)** Performed: 08/20/2018 (Final, Reviewed)

**PULSE OX (94760)** Performed: 08/20/2018 (Final, Reviewed)

**Encounter #5**

**History & Physical Report**
**6/12/2018: Office Visit - SITUATIONAL ANXIETY (F41.8), PA (PSORIATIC ARTHRITIS) (L40.50), BMI 26.0-26.9,ADULT (Mary H. Henkel, MD)**
Jamie Reece
6/12/2018 9:10 AM
Location: The Springs
Patient #: 7061990
DOB:
Married / Language: English / Race: White
Female

History of Present Illness (Mary H. Henkel MD; 6/12/2018 9:48 AM)
The patient is a 49 year old female who presents with a complaint of Anxiety. The onset of the anxiety has been acute and has been occurring in an intermittent pattern for years. The course has been recurrent. The anxiety is characterized as apprehension, expectant dread, nervousness and extreme fear. The phobia is defined as claustrophobia. Precipitating factors include specific forthcoming events. Note for "Anxiety": 6/12/2018 Patient states she is having an MRI of Head and Chest soon, she is requesting prescription to keep her calm because she does not like to be enclosed and she was told the imaging would take about an hour and a half. Patient is nervous that she is going to get called to come and she isn't going to be able to do the test because of claustrophobia. ROS and PFSH reviewed , /Mary Henkel, M.D.

Problem List/Past Medical (Makenzie L. Hunt; 6/12/2018 9:20 AM)
GERD (GASTROESOPHAGEAL REFLUX DISEASE) (K21.9)
MIGRANE,COMMON (G43.019)
SEASONAL ALLERGIES (J30.2)
PA (PSORIATIC ARTHRITIS) (L40.50)

Allergies (Makenzie L. Hunt; 6/12/2018 9:17 AM)
No Known Drug Allergies

Family History (Makenzie L. Hunt; 6/12/2018 9:20 AM)
Hypothyroidism Mother, Sister, Maternal Grandmother. Phreesia 03/06/2017
Arthritis Mother, Maternal Grandmother. Phreesia 03/06/2017
Coronary Artery Disease Mother, Maternal Grandmother. Phreesia 03/06/2017

Social History (Makenzie L. Hunt; 6/12/2018 9:20 AM)
Tobacco Use Former smoker. Phreesia 03/06/2017
Alcohol use Moderate alcohol use. Phreesia 03/06/2017
Exercise 5 x week. Phreesia 03/06/2017
Highest Education Level Attained Some college. Phreesia 03/06/2017
No drug use Phreesia 03/06/2017
Marital status Married. Phreesia 03/06/2017

Medication History (Makenzie L. Hunt; 6/12/2018 10:29 AM)
LORazepam (0.5MG Tablet, 1 Oral Two times daily) Active.
Zofran (4MG Tablet, 1 (one) Tablet Oral every 8 hours as needed for nausea, Taken starting 05/03/2017) Active.
Loratadine-D 24HR (10-240MG Tablet ER 24HR, 1 (one) Tablet Oral every day, Taken starting 05/03/2017) Active.
NexIUM (40MG Capsule DR, 1 Oral daily) Active.
Multivitamin Adult (Oral daily) Active.
Cyclobenzaprine HCl (10MG Tablet, Oral) Active.
Folic Acid (1 Oral Daily) Specific strength unknown - Active.
Methotrexate Sodium (2.5MG Tablet, 8 Oral Weekly) Active.
Gabapentin (300MG Capsule, Oral) Active.
Medications Reconciled

Past Surgical History (Makenzie L. Hunt; 6/12/2018 9:20 AM)
Other Surgery Phreesia 03/06/2017
Wisdom Teeth Extraction Phreesia 03/06/2017
Tonsillectomy Phreesia 03/06/2017
Hysterectomy with Bilateral Oophorectomy Phreesia 03/06/2017

Health Maintenance History (Makenzie L. Hunt; 6/12/2018 9:35 AM)
Flu Vaccine (90656) [2016]: Repeat in 1 year.. 9/14/2017 pt. wants to wait until later in the year
Screening Annual Mammography (77067) [06/2017]: Normal, Repeat in 1 year..
HEP A VAC, ADULT (90632) [05/02/2018]: Given at Pharmacy , Repeat in 6 months. Reported by WM/Sams
Pap smear Not indicated per the USPSTF. TAH/BSO
9/11/2017
Depression Screen Annual (G0444) [03/06/2017]: Repeat in 1 year..
Boostrix - TDAP (90715) Unknown
Last Kasper Obtained (G9003) [06/12/2018]: Repeat in 1 year..
Controlled Substance Agreement on File [06/12/2018]:
Last Drug Screen Obtained (G0434)

Review of Systems (Mary H. Henkel MD; 6/12/2018 7:52 PM)
**General** Not Present- Medication Changes.
**Psychiatric** Present- Anxiety.

Vitals (Makenzie L. Hunt; 6/12/2018 9:15 AM)
6/12/2018 9:14 AM
**Weight:** 171.38 lb **Height:** 67 in
**Body Surface Area:** 1.89 m² **Body Mass Index: 26.84 kg/m²**
**Temp.:** 97.5° F (Temporal) **Pulse:** 75 (Regular) P.OX: 98% (Room air)

**BP:** 112/70 (Sitting, Left Arm, Standard)

Physical Exam (Mary H. Henkel MD; 6/12/2018 7:52 PM)
General
**Mental Status** - Alert.
**General Appearance** - Cooperative, Not in acute distress.

Cardiovascular
**Auscultation**
**Heart Sounds** - Normal heart sounds.

Neuropsychiatric
**The patient's mood and affect are described as** - anxious.

Assessment & Plan (Mary H. Henkel MD; 6/12/2018 7:53 PM)
SITUATIONAL ANXIETY (F41.8)
Current Plans

- Started ALPRAZolam 1MG, 1 (one) Tablet 30 min. prior to anxiety provoking event, #10, 06/12/2018, No Refill.
- Discussed risk, benifit and indications for medication (s).: discussed with patient and provided information.

PA (PSORIATIC ARTHRITIS) (L40.50)
Current Plans

- This chronic condition affected the medical decision making process.

BMI 26.0-26.9,ADULT (Z68.26)
Current Plans

- BMI IS DOCUMENTED ABOVE NORMAL PARAMETERS AND A FOLLOW-UP PLAN IS DOCUMENTED (G8417)
- Pt Education - Healthy Diet: Brief Version *: health maintenance: discussed with patient and provided information.

Mary Henkel MD.

Signed by Mary H Henkel, MD (6/12/2018 7:53 PM)

## Procedures

**BMI IS DOCUMENTED ABOVE NORMAL PARAMETERS AND A FOLLOW-UP PLAN IS DOCUMENTED (G8417)** Performed: 06/12/2018 (Final, Reviewed)

**Encounter #4**

**History & Physical Report**
**9/14/2017: Office Visit - ACUTE BILATERAL LOW BACK PAIN WITH LEFT-SIDED SCIATICA (M54.42), BMI 25.0-25.9,ADULT (Doris W. Adams, APRN)**
Jamie Reece
9/14/2017 8:34 AM
Location: Hamburg
Patient #: [redacted]
DOB:
Married / Language: English / Race: White
Female

History of Present Illness (Doris W. Adams APRN; 9/14/2017 12:07 PM)
The patient is a 48 year old female who presents for a Recheck of Back pain. The onset of the back pain has been sudden and has been occurring in a persistent pattern for 2 days. The course has been increasing. The back pain is described as being located in the lower back. The back pain does not radiate. The symptoms have no relieving factors. The pain has been associated with back stiffness and flank pain (left), while there has been no fever, hip pain, leg weakness, paresthesias in leg or trauma. Note for "Back pain": 9/11/2017 Patient states she was unloading her car on Saturday, bent over & was stuck. Could stand back up straight. Was seen at UTC yesterday. Rx'd Naproxen & muscle relaxer, doesn't really help. Has been using ice & heat.

9/14/2017 pt. states that she is able to stand up straight now, but she is having trouble rising from a sitting position.

HPI and PFSH reviewed. Whitney Adams, APRN

Problem List/Past Medical (Penni M. Foreman; 9/14/2017 11:53 AM)
GERD (GASTROESOPHAGEAL REFLUX DISEASE) (K21.9)
MIGRANE,COMMON (G43.019)
SEASONAL ALLERGIES (J30.2)

Allergies (Penni M. Foreman; 9/14/2017 11:53 AM)
No Known Drug Allergies

Family History (Penni M. Foreman; 9/14/2017 11:53 AM)
Hypothyroidism Mother, Sister, Maternal Grandmother. Phreesia 03/06/2017
Arthritis Mother, Maternal Grandmother. Phreesia 03/06/2017
Coronary Artery Disease Mother, Maternal Grandmother. Phreesia 03/06/2017

Social History (Penni M. Foreman; 9/14/2017 11:53 AM)
Tobacco Use Former smoker. Phreesia 03/06/2017
Alcohol use Moderate alcohol use. Phreesia 03/06/2017
Exercise 5 x week. Phreesia 03/06/2017
Highest Education Level Attained Some college. Phreesia 03/06/2017
No drug use Phreesia 03/06/2017
Marital status Married. Phreesia 03/06/2017

Medication History (Penni M. Foreman; 9/14/2017 11:51 AM)
MethylPREDNISolone (4MG Tab Ther Pack, 1 (one) Tablet Oral ask directed, Taken starting 09/11/2017) Active. (six tablets the first day, five tablets the second day, four tablets the third day,three tablets the fourth day, two tablets the fifth day, one tablet the sixth day)
Diclofenac Sodium (75MG Tablet DR, 1 (one) Tablet DR Oral two times daily, Taken starting 09/11/2017) Active.
Zofran (4MG Tablet, 1 (one) Tablet Oral every 8 hours as needed for nausea, Taken starting 05/03/2017) Active.
Loratadine-D 24HR (10-240MG Tablet ER 24HR, 1 (one) Tablet Oral every day, Taken starting 05/03/2017) Active.
Cyclobenzaprine HCl (10MG Tablet, Oral) Active.
Estradiol (1MG Tablet, 1 Oral daily) Active.
NexIUM (40MG Capsule DR, 1 Oral daily) Active.
Multivitamin Adult (Oral daily) Active.
Medications Reconciled

Past Surgical History (Penni M. Foreman; 9/14/2017 11:53 AM)
Other Surgery Phreesia 03/06/2017
Wisdom Teeth Extraction Phreesia 03/06/2017
Tonsillectomy Phreesia 03/06/2017
Hysterectomy with Bilateral Oophorectomy Phreesia 03/06/2017

Health Maintenance History (Penni M. Foreman; 9/14/2017 11:53 AM)
Flu Vaccine (90656) [2016]: Repeat in 1 year.. 9/14/2017 pt. wants to wait until later in the year
Pap smear Not indicated per the USPSTF. TAH/BSO 9/11/2017
Depression Screen Annual (G0444) [03/06/2017]: Repeat in 1 year..
Screening Annual Mammography (77067) Ordered. 9/11/2017
Boostrix - TDAP (90715) Unknown

Review of Systems (Doris W. Adams APRN; 9/14/2017 12:21 PM)
**General** Not Present- Fever.
**Cardiovascular** Not Present- Edema.
**Gastrointestinal** Not Present- Diarrhea, Nausea and Vomiting.
**Musculoskeletal** Present- Back Pain (improving since starting steroids and diclofenac. Can now stand up, but still has pain when getting up from seated position. Concerned about starting back to work next week.), Decreased Range of Motion, Difficulty walking (d/t pain), Known Accident or Injury (unloading a car on Saturday) and Muscle Pain. Not Present- Joint Pain, Muscle Weakness, Neck Pain and Swelling of Extremities.
**Neurological** Not Present- Incontinence Urine, Numbness, Pain Relief when Leaning Forward, Paresthesias, Radiculopathy, Saddle Anesthesia, Tingling and Trouble walking.

Vitals (Penni M. Foreman; 9/14/2017 11:49 AM)
9/14/2017 8:34 AM
**Weight:** 163 lb **Height:** 67 in
**Body Surface Area:** 1.85 m² **Body Mass Index: 25.53 kg/m²**
**Temp.:** 98.3° F (Temporal) **Pulse: 103 (Regular)** P.OX: 97% (Room air)
**BP:** 114/72 (Sitting, Left Arm, Standard)

Physical Exam (Doris W. Adams APRN; 9/14/2017 12:22 PM)
**General**
**General Appearance** - Cooperative, Well Developed, Well Nourished, Not in acute distress.
**Build & Nutrition** - Well developed.
**Gait** - Slow and cautious.
**Hydration** - Well hydrated.

**Integumentary**
**General Characteristics**
**Color** - normal coloration of skin (on areas examined). **Skin Moisture** - normal skin moisture.

**Head and Neck**
**Face**
**Global Assessment** - atraumatic, no pallor observed.
**Neck**
**Global Assessment** - supple, no abnormal movements, non-tender.

**Eye**
**Iris - Bilateral** - Normal.
**Sclera/Conjunctiva - Bilateral** - Normal.

**Chest and Lung Exam**
**Auscultation**
**Breath sounds** - Clear to ascultation bilaterally and Normal.
**Inspection**
**Shape** - Normal. **Movements** - Symmetrical.
**Palpation**
**Palpation of the chest reveals** - Non-tender.

**Cardiovascular**
**Auscultation**
**Rhythm** - Regular. **Heart Sounds** - Normal heart sounds, S1 WNL and S2 WNL.

**Peripheral Vascular**
**Upper Extremity**
**Palpation - Temperature - Left** - Normal. **Right** - Normal. **Edema - Left** - No edema. **Right** - No edema.
**Lower Extremity**
**Inspection - Left** - Inspection Normal. **Right** - Inspection Normal. **Palpation - Temperature - Left** - Normal. **Right** - Normal. **Dorsalis pedis pulse - Left** - Normal. **Right** - Normal. **Edema - Left** - No edema. **Right** - No edema.

**Neurologic**
**Mental Status**
**Affect** - normal. **Speech** - Normal. **Thought content/perception** - Normal.
**Sensory - Left** - LLE Touch Intact and LLE Temperature Intact.
**Sensory - Right** - RLE Touch Intact, RLE Temperature Intact and RUE Temperature Intact.
**Motor**
**Bulk and Contour** - Normal. **Tone - Spastic** - Back extensors.
**General Assessment of Reflexes**
**Right Knee** - 2+. **Left Knee** - 2+.
**Coordination** - Normal.
**Gait** - Abnormal Favoring Complaint as Expected.

**Neuropsychiatric**
**The patient's mood and affect are described as** - normal.
**Associations** - intact.
**Judgment and Insight** - insight is appropriate concerning matters relevant to self.

**Musculoskeletal**
**Head**
**Facial - Examination of the face reveals** - atraumatic, symmetric.
**Spine/Ribs/Pelvis**
**Cervical Spine - Examination of the cervical spine reveals** - no tenderness to palpation, no pain, no swelling, edema or erythema, normal cervical spine movements, normal strength and tone, no laxity or crepitus, no palpable step off, no known fractures or deformities, normal posture and normal sensation. **Thoracic (Dorsal) Spine - Examination of the thoracic spine reveals** - no tenderness over thoracic vertebrae, no pain, no swelling, edema or erythema of surrounding tissue, no paraspinous muscle spasm, normal sensation, normal strength and tone, no laxity or crepitus, normal thoracic spine movements, no known fractures or deformities, normal posture and gait and normal coordination and reflexes. **Lumbosacral Spine - Examination of the lumbosacral spine reveals** - no swelling, edema or erythema of surrounding tissue, normal sensation, no known fractures or deformities and normal coordination and reflexes. **Inspection and Palpation - Tenderness** - moderate, L SI Joint and L Lumbosacral Muscle. **Muscle tone** - spasticity (Left lumbar paraspinal muscles with increased tone.). **Assessment of pain reveals the following findings - The pain is characterized as** - moderate. **Location** - pain refers to buttocks on affected side, pain refers laterally to left lower back and pain refers to posterior leg on affected side. **Causative Factors include** - Note: Movement.
**Lower Extremity**
**Hip - Examination of the right hip reveals** - normal strength and tone and normal sensation and coordination. **Examination of the left hip reveals** - normal strength and tone, no instability, subluxation or laxity, no known fractures or dislocations and normal sensation and

coordination. **Knee/Patella - Examination of right knee reveals -** normal deep tendon reflexes and normal coordination, normal strength and tone, normal range of motion, normal sensation, no instability, subluxation or laxity, no crepitus and no known fractures or deformities. **Examination of the left knee reveals -** normal strength and tone, normal deep tendon reflexes and normal coordination, normal range of motion, normal sensation, no instability, subluxation or laxity, no crepitus and no known fractures or deformities.

**Lymphatic**
**no other lymphadenopathy** - no other lymphadenopathy.

Assessment & Plan (Doris W. Adams APRN; 9/14/2017 12:23 PM)
ACUTE BILATERAL LOW BACK PAIN WITH LEFT-SIDED SCIATICA (M54.42)
Current Plans

- You have been evaluated and instructed to continue the previously Prescribed medication(s).
- Referred to RAR KORT Physical Therapy (Physical Medicine and Rehabilitation). Routine.
- The patient was educated and reassured on the signs, symptoms and pathophysiology of this condition. They will return to clinic for re-evaluation and discussion if either the symptoms change and/or increase or they have additional concerns or questions.
- PROVIDER NOTE: See how pain improves over next few days-will reassess return to work date based on symptoms over next few days. Referral to PT sent.
- Follow up in 7-10 if symptoms not resolved or pm

BMI 25.0-25.9,ADULT (Z68.25)

Signed by Doris W Adams, APRN (9/14/2017 12:23 PM)

**Encounter #3**

**History & Physical Report**
**9/11/2017: Office Visit - ACUTE BILATERAL LOW BACK PAIN WITH LEFT-SIDED SCIATICA (M54.42), BMI 24.0-24.9, ADULT (Lindsey H. Clickner, APRN)**
Jamie Reece
9/11/2017 11:35 AM
Location: Hamburg
Patient #: 7061990
DOB:
Married / Language: English / Race: White
Female

History of Present Illness (Lindsey H. Clickner APRN; 9/11/2017 7:59 PM)
The patient is a 48 year old female who presents with a complaint of Back pain. The onset of the back pain has been sudden and has been occurring in a persistent pattern for 2 days. The course has been increasing. The back pain is described as being located in the lower back. The back pain does not radiate. The symptoms have no relieving factors. The pain has been associated with back stiffness and flank pain (left), while there has been no fever, hip pain, leg weakness, paresthesias in leg or trauma. Note for "Back pain": 9/11/2017 Patient states she was unloading her car on Saturday, bent over & was stuck. Could stand back up straight. Was seen at UTC yesterday. Rx'd Naproxen & muscle relaxer, doesn't really help. Has been using ice & heat. Pt works at Toyota.

HPI and PFSH reviewed , Lindsey H. Clickner, APRN

Problem List/Past Medical (Ivy N. Griffin; 9/11/2017 11:37 AM)
GERD (GASTROESOPHAGEAL REFLUX DISEASE) (K21.9)
MIGRANE,COMMON (G43.019)
SEASONAL ALLERGIES (J30.2)

Allergies (Ivy N. Griffin; 9/11/2017 11:35 AM)
No Known Drug Allergies

Family History (Ivy N. Griffin; 9/11/2017 11:35 AM)
Hypothyroidism Mother; Sister, Maternal Grandmother. Phreesia 03/06/2017
Arthritis Mother, Maternal Grandmother. Phreesia 03/06/2017
Coronary Artery Disease Mother, Maternal Grandmother. Phreesia 03/06/2017

Social History (Ivy N. Griffin; 9/11/2017 11:36 AM)
Tobacco Use Former smoker. Phreesia 03/06/2017
Alcohol use Moderate alcohol use. Phreesia 03/06/2017
Exercise 5 x week. Phreesia 03/06/2017
Highest Education Level Attained Some college. Phreesia 03/06/2017
No drug use Phreesia 03/06/2017
Marital status Married. Phreesia 03/06/2017

Medication History (Ivy N. Griffin; 9/11/2017 6:45 PM)
Ketoprofen (75MG Capsule, 1 (one) Capsule Oral every eight hours as needed for pain, Taken starting 03/06/2017) Active.
Zofran (4MG Tablet, 1 (one) Tablet Oral every 8 hours as needed for nausea, Taken starting 05/03/2017) Active.
Loratadine-D 24HR (10-240MG Tablet ER 24HR, 1 (one) Tablet Oral every day, Taken starting 05/03/2017) Active.
Estradiol (1MG Tablet, 1 Oral daily) Active.
NexIUM (40MG Capsule DR, 1 Oral daily) Active.
Multivitamin Adult (Oral daily) Active.
Naproxen DR (500MG Tablet DR, Oral) Active.
Cyclobenzaprine HCl (10MG Tablet, Oral) Active.
Medications Reconciled

Past Surgical History (Ivy N. Griffin; 9/11/2017 11:36 AM)
Other Surgery Phreesia 03/06/2017
Wisdom Teeth Extraction Phreesia 03/06/2017
Tonsillectomy Phreesia 03/06/2017
Hysterectomy with Bilateral Oophorectomy Phreesia 03/06/2017

Health Maintenance History (Ivy N. Griffin; 9/11/2017 11:36 AM)
Pap smear Not indicated per the USPSTF. TAH/BSO 9/11/2017
Flu Vaccine (90656) [2016]: Repeat in 1 year..
Depression Screen Annual (G0444) [03/06/2017]: Repeat in 1 year..
Screening Annual Mammography (77067) Ordered. 9/11/2017
Boostrix - TDAP (90715) Unknown

Review of Systems (Lindsey H. Clickner APRN; 9/11/2017 8:01 PM)
**General** Not Present- Fever.
**Cardiovascular** Not Present- Edema.
**Gastrointestinal** Not Present- Diarrhea, Nausea and Vomiting.
**Musculoskeletal** Present- Back Pain, Decreased Range of Motion, Difficulty walking (d/t pain), Known Accident or Injury (unloading a car on Saturday) and Muscle Pain. Not Present- Joint Pain, Muscle Weakness, Neck Pain and Swelling of Extremities.
**Neurological** Present- Radiculopathy and Trouble walking. Not Present- Incontinence Urine, Numbness, Pain Relief when Leaning Forward, Paresthesias, Saddle Anesthesia and Tingling.

Vitals (Ivy N. Griffin; 9/11/2017 6:46 PM)
9/11/2017 11:35 AM
**Weight:** 159.13 lb **Height:** 67 in
**Body Surface Area:** 1.83 $m^2$ **Body Mass Index:** 24.92 kg/$m^2$

**Temp.:** 97.3° F (Tympanic) **Pulse:** 90 (Regular) **P.OX:** 98% (Room air)
**BP:** 110/70 (Sitting, Left Arm, Standard)

Physical Exam (Lindsey H. Cickner APRN; 9/11/2017 8:03 PM)
**General**
**General Appearance** - Cooperative, Well Developed, Well Nourished, Not in acute distress.
**Build & Nutrition** - Well developed.
**Hydration** - Well hydrated.

**Integumentary**
**General Characteristics**
**Color** - normal coloration of skin (on areas examined). **Skin Moisture** - normal skin moisture.

**Head and Neck**
**Face**
**Global Assessment** - atraumatic, no pallor observed.
**Neck**
**Global Assessment** - supple, no abnormal movements, non-tender.

**Eye**
**Iris** - **Bilateral** - Normal.
**Sclera/Conjunctiva** - **Bilateral** - Normal.

**Chest and Lung Exam**
**Auscultation**
**Breath sounds** - Clear to ascultation bilaterally and Normal.
**Inspection**
**Shape** - Normal. **Movements** - Symmetrical.
**Palpation**
**Palpation of the chest reveals** - Non-tender.

**Cardiovascular**
**Auscultation**
**Rhythm** - Regular. **Heart Sounds** - Normal heart sounds, S1 WNL and S2 WNL.

**Peripheral Vascular**
**Upper Extremity**
**Palpation** - **Temperature** - **Left** - Normal. **Right** - Normal. **Edema** - **Left** - No edema. **Right** - No edema.
**Lower Extremity**
**Inspection** - **Left** - Inspection Normal. **Right** - Inspection Normal. **Palpation** - **Temperature** - **Left** - Normal. **Right** - Normal. **Dorsalis pedis pulse** - **Left** - Normal. **Right** - Normal. **Edema** - **Left** - No edema. **Right** - No edema.

**Neurologic**
**Mental Status**
**Affect** - normal. **Speech** - Normal. **Thought content/perception** - Normal.
**Sensory** - **Left** - LLE Touch Intact and LLE Temperature Intact.
**Sensory** - **Right** - RLE Touch Intact, RLE Temperature Intact and RUE Temperature Intact.
**Motor**
**Bulk and Contour** - Normal. **Tone** - **Spastic** - Back extensors.
**General Assessment of Reflexes**
**Right Knee** - 2+. **Left Knee** - 2+.
**Coordination** - Normal.
**Gait** - Abnormal Favoring Complaint as Expected.

**Neuropsychiatric**
**The patient's mood and affect are described as** - normal.
**Associations** - intact.
**Judgment and Insight** - insight is appropriate concerning matters relevant to self.

**Musculoskeletal**
**Head**
**Facial** - **Examination of the face reveals** - atraumatic, symmetric.
**Spine/Ribs/Pelvis**
**Cervical Spine** - **Examination of the cervical spine reveals** - no tenderness to palpation, no pain, no swelling, edema or erythema, normal cervical spine movements, normal strength and tone, no laxity or crepitus, no palpable step off, no known fractures or deformities, normal posture and normal sensation. **Thoracic (Dorsal) Spine** - **Examination of the thoracic spine reveals** - no tenderness over thoracic vertebrae, no pain, no swelling, edema or erythema of surrounding tissue, no paraspinous muscle spasm, normal sensation, normal strength and tone, no laxity or crepitus, normal thoracic spine movements, no known fractures or deformities, normal posture and gait and normal coordination and reflexes. **Lumbosacral Spine** - **Examination of the lumbosacral spine reveals** - no swelling, edema or erythema of surrounding tissue, normal sensation, no known fractures or deformities and normal coordination and reflexes. **Inspection and Palpation** - **Tenderness** - moderate, L SI Joint and L Lumbosacral Muscle. **Muscle tone** - spasticity (Left lumbar paraspinal muscles with increased tone.). **Assessment of pain reveals the following findings** - **The pain is characterized as** - moderate. **Location** - pain refers to buttocks on affected side, pain refers laterally to left lower back and pain refers to posterior leg on affected side. **Causative Factors include** - Note: Movement.
**Lower Extremity**
**Hip** - **Examination of the right hip reveals** - normal strength and tone and normal sensation and coordination. **Examination of the left hip reveals** - normal strength and tone, no instability, subluxation or laxity, no known fractures or dislocations and normal sensation and coordination. **Knee/Patella** - **Examination of right knee reveals** - normal deep tendon reflexes and normal coordination, normal strength and tone, normal range of motion, normal sensation, no instability, subluxation or laxity, no crepitus and no known fractures or deformities. **Examination of the left knee reveals** - normal strength and tone, normal deep tendon reflexes and normal coordination, normal range of motion, normal sensation, no instability, subluxation or laxity, no crepitus and no known fractures or deformities.
**Special Tests**

**Back Pain** - Left straight leg raise posative (abnormal), Right straight leg raise negative (normal).

**Lymphatic**
**no other lymphadenopathy** - no other lymphadenopathy.

Assessment & Plan (Lindsey H. Clickner APRN; 9/11/2017 8:04 PM)
ACUTE BILATERAL LOW BACK PAIN WITH LEFT-SIDED SCIATICA (M54.42)
Current Plans

- SPINE LUMBAR AP & LATERAL X-RAY (72100)
- Started Diclofenac Sodium 75MG, 1 (one) Tablet DR two times daily, #60, 30 days starting 09/11/2017, Ref. x2.
- Steroid side effects discussed
- Restarted MethylPREDNISolone 4MG, 1 (one) Tablet ask directed, #21, 6 days starting 09/11/2017, No Refill.
  Local Order: six tablets the first day, five tablets the second day, four tablets the third day,three tablets the fourth day, two tablets the fifth day, one tablet the sixth day
- TORADOL 60MG (KETOROLAC) (J1885)
- Admin of Therapeutic Injection (96372)
- Discussed risk, benefit and indications for medication (s).
- Follow up in 7-10 if symptoms not resolved or prn
- Medical decision-making upon review of pending ancillary tests. Pt to call office if has not heard results in 1 week.

BMI 24.0-24.9, ADULT (Z68.24)
Current Plans

- MEDICAL SERVICE(S) PROVIDED IN THE OFFICE AFTER 5PM OR ON WEEKEND (99050)

Medical Decision Making (Lindsey H. Clickner APRN; 9/11/2017 8:05 PM)
**Amount/complexity of data to be reviewed:**
- Order and/or review of radiology test(s)

Lindsey Clickner APRN

Signed by Lindsey H Clickner, APRN (9/11/2017 8:05 PM)

## Procedures

**MEDICAL SERVICE(S) PROVIDED IN THE OFFICE AFTER 5PM OR ON WEEKEND (99050)** Performed: 09/11/2017 (Final, Reviewed)
**SPINE LUMBAR AP & LATERAL X-RAY (72100)** Performed: 09/11/2017 (Final, Reviewed)
- Comments: 9/11/2017 Order printed & given to patient. IG

**TORADOL 60MG (KETOROLAC) (J1885)** Performed: 09/11/2017 (Final, Reviewed)
**Admin of Therapeutic Injection (96372)** Performed: 09/11/2017 (Final, Reviewed)



Lincoln/Reece 3430

**Encounter #2**

**History & Physical Report**
**5/3/2017: Office Visit - SEASONAL ALLERGIES, MIGRANE,COMMON, BMI 24.0-24.9, ADULT (Lori Denison, APRN)**
Jamie Reece
5/3/2017 1:41 PM
Location: Hamburg
Patient #: 7061990
DOB: 9/22/1968
Married / Language: English / Race: White
Female

History of Present Illness (Lori Denison APRN; 5/3/2017 8:55 PM)
The patient is a 48 year old female who presents for migraine headache. Symptoms include headache and nausea. The headache is located in the left occipital area, left hemicranium, right occipital area and right hemicranium. The patient describes the pain as throbbing, dull and achy. Onset was gradual year(s) ago. The patient describes this as moderate in severity and unchanged. Migraine triggers include stress, menses onset and weather changes. Symptoms are exacerbated by light. Note for "Migraine headache": Pt would like to discuss her options for medications.

Migraine frequency went down after hysterectomy(~2006). Has been taking estrogen for 3 years. Had flu like sx with -tripan use. Never took anything prophylactic for migraines. Migraines frequency has increased since October 2016.

Works at Toyota and is working in a new area since December with lots of lights. Does not currently have a headache. Last migraine lasted 8 days and went away yesterday. Usually takes Excedrin Migraine, Ketoprofen, and Tylenol for migraines but they do not give much relief.

Additional reasons for visit:

Allergic rhinitis is described as the following:
Symptoms include sneezing, nasal congestion, postnasal drip, eye redness and tearing, but do not include sore throat or cough. Onset was year(s) ago. The episodes occur daily. This is described as moderate in severity. Note for "Allergic rhinitis": HPI and PFSH reviewed. Lori Denison, APRN

Problem List/Past Medical (Jessica L Foster; 5/3/2017 1:42 PM)
BREAST CANCER SCREENING (Z12.39)
GERD (GASTROESOPHAGEAL REFLUX DISEASE) (K21.9)

Allergies (Jessica L Foster; 5/3/2017 1:42 PM)
No Known Drug Allergies 03/06/2017

Family History (Jessica L Foster; 5/3/2017 1:42 PM)
Hypothyroidism Mother, Sister, Maternal Grandmother. Phreesia 03/06/2017
Arthritis Mother, Maternal Grandmother. Phreesia 03/06/2017
Coronary Artery Disease Mother, Maternal Grandmother. Phreesia 03/06/2017

Social History (Jessica L Foster; 5/3/2017 1:42 PM)
Tobacco Use Former smoker. Phreesia 03/06/2017
Alcohol use Moderate alcohol use. Phreesia 03/06/2017
Exercise 5 x week. Phreesia 03/06/2017
Highest Education Level Attained Some college. Phreesia 03/06/2017
No drug use Phreesia 03/06/2017
Marital status Married. Phreesia 03/06/2017

Medication History (Jessica L Foster; 5/3/2017 5:51 PM)
Ketoprofen (75MG Capsule, 1 (one) Capsule Oral every eight hours as needed for pain, Taken starting 03/06/2017) Active.
Estradiol (1MG Tablet, 1 Oral daily) Active.
NexIUM (40MG Capsule DR, 1 Oral daily) Active.
Multivitamin Adult (Oral daily) Active.
Medications Reconciled

Past Surgical History (Jessica L Foster; 5/3/2017 1:42 PM)
Other Surgery Phreesia 03/06/2017
Wisdom Teeth Extraction Phreesia 03/06/2017
Tonsillectomy Phreesia 03/06/2017
Hysterectomy with Bilateral Oophorectomy Phreesia 03/06/2017

Health Maintenance History (Jessica L Foster; 5/3/2017 1:42 PM)
Screening Annual Mammography (77067) Ordered. 3/6/2017
Boostrix - TDAP (90715) Unknown
Pap smear Not indicated per the USPSTF. TAH/BSO 3/6/2017
Flu Vaccine (90656) 2016 Repeat in 1 year..
Depression Screen Annual (G0444) 03/06/2017 Repeat in 1 year..

Review of Systems (Lori Denison APRN; 5/3/2017 8:55 PM)
**General** Present- Feeling well and Good general health lately. Not Present- Fever and Medication Changes.
**Skin** Not Present- Rash.
**HEENT** Present- Seasonal Allergies. Not Present- Head Injury, Sinus Pain and Spinning Sensation.
**Neck** Not Present- Neck Stiffness and Swollen Glands.
**Respiratory** Not Present- Short of breath.
**Cardiovascular** Not Present- Chest Pain, Fainting / Blacking Out, Hypertension and Palpitations.
**Gastrointestinal** Not Present- Nausea and Vomiting.
**Neurological** Present- Migraine Headache. Not Present- Auras, Dizziness, Numbness, Numbness & Tingling, Seizures, Spinning Sensation, Visual Changes and Weakness.
**Psychiatric** Not Present- Anxiety, Depression and Memory loss.

Vitals (Jessica L Foster; 5/3/2017 5:52 PM)
5/3/2017 1:42 PM
**Weight:** 154.38 lb **Height:** 67 in
**Body Surface Area:** 1.81 m² **Body Mass Index:** 24.18 kg/m²
**Temp.:** 97.8° F (Temporal) **Pulse:** 81 (Regular) P.OX: 100% (Room air)
**BP:** 110/64 (Sitting, Left Arm, Standard)

Physical Exam (Lori Denison APRN; 5/3/2017 8:53 PM)
General
**Mental Status** - Alert.
**General Appearance** - Well Developed, Well Nourished, Well groomed, Not in acute distress.
**Orientation** - Oriented X4.
**Hydration** - Well hydrated.
**Voice** - Normal.

Integumentary
**General Characteristics**
**Overall examination of the patient's skin reveals** - no rashes, no pallor and without cyanosis. **Color** - normal coloration of skin. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted. **Texture** - normal skin texture. **Thickness** - normal skin thickness. **Mobility & Turgor** - normal mobility and turgor. **Hair Distribution and Texture** - normal distribution of scalp and body hair, with normal hair texture.

Head and Neck
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - atraumatic.
**Neck**
**Global Assessment** - full range of motion.
**Trachea** - midline.

Chest and Lung Exam
**Chest and lung exam reveals** - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

Cardiovascular
**Cardiovascular examination reveals** - normal heart sounds, regular rate and rhythm with no murmurs.
**Inspection**
**Carotid artery - Left** - Inspection Normal. **Right** - Inspection Normal. **Jugular vein - Bilateral** - Inspection Normal.
**Auscultation**
**Rate** - normal (60 - 100). **Rhythm** - Regular. **Heart Sounds** - S1 WNL and S2 WNL.

Peripheral Vascular
**Upper Extremity**
**Inspection - Bilateral** - Normal - No Clubbing, No Cyanosis, No Edema, Pulses Intact.
**Lower Extremity**
**Inspection - Bilateral** - Inspection Normal.

Neurologic
**Neurologic evaluation reveals** - normal attention span and ability to concentrate.

Neuropsychiatric
**The patient's mood and affect are described as** - normal.
**Judgment and Insight** - insight is appropriate concerning matters relevant to self and the patient displays appropriate judgment regarding every day activities.
**The patient displays or has experienced abnormal or psychotic thoughts including** - The patient neither reports nor displays abnormal or psycotic thoughts.
**Thought Processes/Cognitive Function** - appropriate fund of knowledge and aware of current events.

Musculoskeletal
**Global Assessment**
**Gait and Station** - normal gait and station and normal posture.

Lymphatic
**General Lymphatics**
**Description** - Normal .

Assessment & Plan (Lori Denison APRN; 5/3/2017 8:56 PM)
SEASONAL ALLERGIES (J30.2)
Current Plans

- Started Loratadine-D 24HR 10-240MG, 1 (one) Tablet every day, #90, 90 days starting 05/03/2017, Ref. x1.
- Follow up if no improvement or if symptoms worsen
- FOLLOW-UP AS NEEDED
- Pt Education - Patient Education given: Seasonal allergies: discussed with patient and provided information.
- Supportive care: OTC NSAID's, Antitussives, antihistamines, mucolytics, et.al.
- The etiology of the condition and treatment options were explained and the need for compliance and follow-up emphasized.
- Discussed risk, benefit and indications for medication (s).

MIGRANE,COMMON (G43.019)
Current Plans

- Started Topiramate 50MG, 1 (one) Tablet as directed, #120, 30 days starting 05/03/2017, No Refill.
  Local Order: week 1-1/2 tab twice daily week 2-1 tab twice daily week 3-1.5 tab in the AM & 1 tab in the PM week 4- 2 tab in the AM & 2 tab in the PM
- Started Zofran 4MG, 1 (one) Tablet every 8 hours as needed for nausea, #15, 15 days starting 05/03/2017, Ref. x1.
- Follow up if no improvement or if symptoms worsen
- -FU- Follow up if symptoms have not completely resolved in 72 hours. If so, follow up as needed.
- Pt Education - Patient Ed: Migraine Headache: Brief Version *: migraine headache: discussed with patient and provided information.
- Keep headache log.
- Call the office if you have a severe headache that will not go away.
- MEDICAL SERVICE(S) PROVIDED IN THE OFFICE AFTER 5PM OR ON WEEKEND (99050)

BMI 24.0-24.9, ADULT (Z68.24)

Lori G. Denison, APRN

Signed by Lori Denison, APRN (5/3/2017 8:57 PM)

## Procedures

**MEDICAL SERVICE(S) PROVIDED IN THE OFFICE AFTER 5PM OR ON WEEKEND (99050)** Performed: 05/03/2017 (Final, Reviewed)

**Encounter #1**

**History & Physical Report**
**3/6/2017: Office Visit - WELL WOMAN EXAM (NO GYNECOLOGICAL EXAM) (Z00.00), SCREENING FOR DEPRESSION (Z13.89), PAIN, JOINT, HIP, RIGHT (M25.551), BREAST CANCER SCREENING (Z12.39), BMI 22.0-22.9, ADULT (Lindsey H. Clickner, APRN)**
Jamie Reece
3/6/2017 6:00 PM
Location: Hamburg
Patient #: 7061990
DOB: 9/22/1968
Married / Language: English / Race: White
Female

History of Present Illness (Lindsey H. Clickner APRN; 3/6/2017 8:10 PM)
The patient is a 48 year old female who presents with a complaint of Establish Physician - Female. The patient feels well with minor complaints, has good energy level and is sleeping well. Pap smear: Date: (Has had TAH/BSO). Nutrition: balanced diet. Patient exercises a weekly. Patient sleeps 7 hours per night. Note for "Establish Physician - Female": 3/6/2017 Patient in to establish care with new PCP.

Additional reasons for visit:

Leg pain is described as the following:
The onset of the leg pain has been sudden following an incident not at work and has been occurring in a persistent pattern for 1 month. The course has been constant. The leg pain is described as a mild to moderate dull aching. The leg pain involves the right leg. The leg pain is described as being located in the hip. There has been associated decreased range of motion, limping and tingling, while there has been no catching, locking, numbness or swelling in the leg. The pain is aggravated by lifting and sitting. The pain is relieved by heat and ice. Pt would like to have full PE today; she is not able to come back to the doctor due to her work schedule.
HPI and PFSH reviewed , Lindsey H. Clickner, APRN

Problem List/Past Medical (Ivy N Griffin; 3/6/2017 6:15 PM)
GERD (GASTROESOPHAGEAL REFLUX DISEASE) (K21.9)

Allergies (Phreesia Administrator; 3/6/2017 6:00 PM)
No Known Drug Allergies 03/06/2017

Family History (Phreesia Administrator; 3/6/2017 6:00 PM)
Arthritis Mother, Maternal Grandmother. Phreesia 03/06/2017
Coronary Artery Disease Mother, Maternal Grandmother. Phreesia 03/06/2017
Hypothyroidism Mother, Sister, Maternal Grandmother. Phreesia 03/06/2017

Social History (Phreesia Administrator; 3/6/2017 6:00 PM)
Tobacco Use Former smoker. Phreesia 03/06/2017
Alcohol use Moderate alcohol use. Phreesia 03/06/2017
No drug use Phreesia 03/06/2017
Marital status Married. Phreesia 03/06/2017
Highest Education Level Attained Some college. Phreesia 03/06/2017
Exercise 5 x week. Phreesia 03/06/2017

Medication History (Ivy N Griffin; 3/6/2017 6:14 PM)
Estradiol (1MG Tablet, 1 Oral daily) Active.
NexIUM (40MG Capsule DR, 1 Oral daily) Active.
Multivitamin Adult (Oral daily) Active.
Medications Reconciled

Past Surgical History (Phreesia Administrator; 3/6/2017 6:00 PM)
Hysterectomy with Bilateral Oophorectomy Phreesia 03/06/2017
Tonsillectomy Phreesia 03/06/2017
Wisdom Teeth Extraction Phreesia 03/06/2017
Other Surgery Phreesia 03/06/2017

Health Maintenance History (Ivy N Griffin; 3/6/2017 6:16 PM)
Pap smear Not indicated per the USPSTF. TAH/BSO 3/6/2017
Depression Screen Annual (G0444) 03/06/2017 Repeat in 1 year..
Screening Annual Mammography (77067) Ordered. 3/6/2017
Boostrix - TDAP (90715) Unknown
Flu Vaccine (90656) 2016 Repeat in 1 year..

Review of Systems (Lindsey H. Clickner APRN; 3/6/2017 8:10 PM)
**General** Present- Fatigue. Not Present- Appetite Loss, Chills, Dietary Changes, Feeling well, Fever, Good general health lately, Night Sweats, Persistent Infections, Recent Exposure, Recent Travel, Weight Gain and Weight Loss.
**Skin** Present- Psoriasis (controlled with probiotics per pt) and Varicose veins. Not Present- acne, Bruising, Change in Wart/Mole, Eczema, Itching, Nail Changes, Rash and Rosacea.
**HEENT** Not Present- Deafness, Decreased Hearing, Ear Pain, Eye Pain, Glaucoma, Headache, Hearing Loss, Nose Bleed, Ringing in the Ears, Seasonal Allergies, Sinus problems, Sleep Apnea, Visual Disturbances and Wears glasses/contact lenses.
**Neck** Not Present- Swollen Glands.
**Respiratory** Not Present- Asthma, Chronic Obstructive Pulmonary Disease (COPD), Cough, Emphysema, Hemoptysis, Short of breath and Wheezing.
**Breast** Not Present- Breast Pain and Nipple Discharge.
**Cardiovascular** Not Present- Atrial Fibrillation, Chest Pain, Congestive Heart Failure (CHF), Coronary Artery Disease, Edema, Fainting / Blacking Out, Heart Stent, High Cholesterol, Hypertension, Murmur, Palpitations, Peripheral Vascular Disease, Shortness of Breath and Swelling of Extremities.
**Gastrointestinal** Present- Dysphagia (followed by GI doctor; Dr Chen. Esophageal stretching.). Not Present- Abdominal Pain, Barrett's Esophagus, Black, Tarry Stool, Change in Bowel Habits, Constipation, Diarrhea, Difficulty Swallowing, Gastro-Esophageal Reflux, Hemorrhoids, Irritable Bowel, Jaundice, Loss of apetite, Nausea, Rectal Bleeding and Vomiting.
**Female Genitourinary** Not Present- Blood in Urine, Change In Bladder Habits, Chronic Kidney Disease, Flank Pain, Frequency, Menstrual Irregularities, Nocturia, Painful Urination, Urinary Complaints, Vaginal Discharge and Vaginal Itching/burning.
**Musculoskeletal** Present- Hip Pain, Joint Pain and Muscle Pain. Not Present- Arthritis, Back Pain, Difficulty walking, Fibromyalgia, Gout, Joint Stiffness, Known Accident or Injury, Leg Cramps, Osteoporosis/Osteopenia and Swelling of Extremities.
**Neurological** Not Present- Decreased Memory, Difficulty Speaking, Dizziness, Headaches, History of TIA/Stroke/CVA, Incontinence Stool, Incontinence Urine, Migraine Headache, Numbness & Tingling, Radiculopathy, Seizures, Stroke, Tremor, Trouble walking, Vertigo, Weakness and Weakness In Extremities.
**Psychiatric** Not Present- Anxiety, Attention Deficite, Bipolar Disorder, Depression, Impaired Cognitive Function, Inability to Concentrate, Insomnia, Memory loss, Obsessive Compulsive Disorder (OCD), Panic Attacks and Post-Traumatic Stress Disorder.
**Endocrine** Not Present- Cold Intolerance, Diabetes, Dry skin, Excessive Thirst, Excessive Urination, Glandular or hormone problem, Hair Loss, Hot flashes, Libido Change, Menopause, Poly-Cystic Ovarian Syndrome (PCOS) and Thyroid Problems.
**Hematology** Not Present- Anemia, Blood Clots, Easy Bleeding, Easy Bruising, Past transfusion, Slow to heal after cuts, Vein Problems and Vitamin Deficiency.

Vitals (Ivy N. Griffin; 3/6/2017 6:18 PM)
3/6/2017 6:10 PM
**Weight:** 146.44 lb **Height:** 67 in
**Body Surface Area:** 1.77 m² **Body Mass Index:** 22.94 kg/m²
**Temp.:** 98.5° F (Tympanic) **Pulse:** 80 (Regular) - P.OX: 99% (Room air)
**BP:** 110/60 (Sitting, Left Arm, Standard)

Physical Exam (Lindsey H. Clickner APRN; 3/6/2017 8:13 PM)
**Integumentary**
**General Characteristics**
**Overall examination of the patient's skin reveals** - no rashes, no suspicious lesions and no evidence of photo damage.

**ENMT**
**Global Assessment**
**Examination of related systems reveals** - alert and oriented X3, well developed, well nourished and in no acute distress, normal voice with no communication aids required, normocephalic, atraumatic, trachea is midline, with no palpable neck masses, no palpable thyroid masses or prominent nodules, no thyromegaly, respiratory effort is quiet, even and easy with no use of accessory muscles, on auscultation of the lungs, normal breath sounds with no rales and rhonchi and normal ocular motility and primary gaze.

**Chest and Lung Exam**
**Auscultation**
**Breath sounds** - Clear to ascultation bilaterally and Normal.

**Cardiovascular**
**Examination of related systems reveals** - well-developed, well-nourished and in no acute distress; alert and oriented x 3.
**Auscultation**
**Rate** - normal (60 - 100). **Heart Sounds** - Normal heart sounds, S1 WNL and S2 WNL.

**Abdomen**
**Inspection**
**Inspection of the abdomen reveals** - No Visible peristalsis, No Abnormal pulsations and No Hernias.
**Palpation/Percussion**
**Palpation and Percussion of the abdomen reveal** - Soft, Non Tender, No Rebound tenderness, No Rigidity (guarding), No Abnormal dullness to percussion, No Abnormal tympany to percussion, No hepatosplenomegaly and No Palpable abdominal masses.

**Peripheral Vascular**
**Lower Extremity**
**Inspection - Bilateral** - Inspection Normal. **Palpation - Dorsalis pedis pulse - Bilateral** - Normal. **Edema - Bilateral** - No edema.

**Neurologic**
**Sensory - Bilateral** - Normal, LLE Touch Intact and RLE Touch Intact.
**General Assessment of Reflexes**
**Right Knee** - 2+. **Left Knee** - 2+.

**Neuropsychiatric**
**Examination of related systems reveals** - The patient is well-nourished and well-groomed and normal gait and station.
**Mental status exam performed with findings of** - Oriented X3 with appropriate mood and affect.

**Musculoskeletal**
**Global Assessment**
**Examination of related systems reveals** - neurovascularly intact globally with normal deep tendon reflexes and normal coordination.

**Lower Extremity**
**Hip - Examination of the right hip reveals** - no swelling, edema or erythema of surrounding tissue, normal strength and tone, no instability, subluxation or laxity, no known fractures or dislocations and normal sensation and coordination. **Examination of the left hip reveals** - no tenderness to palpation, no pain, no swelling, edema or erythema of surrounding tissue, normal strength and tone, normal range of motion, no crepitus, no instability, subluxation or laxity, no known fractures or dislocations and normal sensation and coordination. **Inspection and Palpation - Tenderness** - 1+, generalized (Right Hip), about the groin, (R), over the gluteal area, (R) and over the lateral thigh, (R).
**Assessment of pain reveals the following findings: - The pain is characterized as** - moderate, constant and deep. **Location - Right** - groin along medial thigh to above the knee.
**Assessment of pain reveals the following findings: - Causative Factors include** - ascending stairs and descending stairs.

**Lymphatic**
**General Lymphatics**
**Description** - Normal .

Assessment & Plan (Lindsey H. Clickner APRN; 3/6/2017 8:15 PM)
WELL WOMAN EXAM (NO GYNECOLOGICAL EXAM) (Z00.00)
Story: pt is not fasting for labs
Current Plans

- COLLECTION OF VENOUS BLOOD BY VENIPUNCTURE (36415)
- CBC: CBC, PLATELETS & AUTO DIFF (85025)
- BMP: BASIC METABOLIC PANEL (80048)
- HGBA1C: HEMOGLOBIN (GLYCOSYLATED) A1C (83036)
- HEPATIC FUNCTION PANEL (80076)
- FT4: THYROXINE, FREE (84439)
- TSH: THYROID STIMULATING HORMONE (84443)
- PROVIDER NOTE: Age appropriate risk factors discussed with patient. Follow up in 1 year for annual physical.: discussed with patient and provided information.

SCREENING FOR DEPRESSION (Z13.89)
Current Plans

- ANNUAL DEPRESSION SCREENING (G0444) (SCORE =2; ; 0-9: No Diagnosis of Depression; 10-14: Major Depressive, Mild F32.0; 15-19: Major Depressive, Mod F32.1; > 20: Major depressive, severe w/o psychotic features F32.2, w/ psychotic features F32.3)
- MEDICAL SERVICE(S) PROVIDED IN THE OFFICE AFTER 5PM OR ON WEEKEND (99050)

PAIN, JOINT, HIP, RIGHT (M25.551)
Current Plans

- Discussed risk, benefit and indications for medication (s).
- Follow up if no improvement or if symptoms worsen
- Referred to RAR KORT Physical Therapy (Physical Medicine and Rehabilitation).
  Routine. Provide referring physician with visit summaries. Assume management for problem and return to primary caregiver at conclusion of care.
- Steroid side effects discussed
- Started MethylPREDNISolone 4MG, 1 (one) Tablet ask directed, #21, 6 days starting 03/06/2017, No Refill.
  Local Order: six tablets the first day, five tablets the second day, four tablets the third day,three tablets the fourth day, two tablets the fifth day, one tablet the sixth day
- Started Ketoprofen 75MG, 1 (one) Capsule every eight hours as needed for pain, #30, 30 days starting 03/06/2017, Ref. x2.

BREAST CANCER SCREENING (Z12.39)
Current Plans

- SCREENING ANNUAL MAMMOGRAPHY (77067)

BMI 22.0-22.9, ADULT (Z68.22)

Lindsey Clickner APRN

Signed by Lindsey H Clickner, APRN (3/6/2017 8:17 PM)

## Laboratories

**CBC: CBC, PLATELETS & AUTO DIFF (85025)** Final, Reviewed (Collected: 03/06/2017)
Diagnosis: WELL WOMAN EXAM (NO GYNECOLOGICAL EXAM) (Z00.00)
Annotation: I have reviewed your lab results and the interpretation are as follows:
CBC is normal. This test is a measure of blood levels including white blood cells, red blood cells (anemia) and platelets.
Glucose, kidney function, liver function and electrolytes are all within normal limits. Great news!
Thyroid test was in normal limits. Good news!

Hemoglobin A1C is within normal range. This is a screening test for diabetes.
please call my patient care team at 859-278-5007 if you have any further questions or concerns. Thanks!
Lindsey H. Clickner, APRN

| | | | |
|---|---|---|---|
| WBC | **6.6** x10^3/uL | (Normal Range: 4.1-10.9 x10^3/uL) Result Annotation: | Result Note: |
| RBC | **3.95 (abn) x10^6/uL** | (Normal Range: 4.20-6.30 x10^6/uL) Result Annotation: | Result Note: |
| HGB | **12.8** g/dL | (Normal Range: 12.0-18.0 g/dL) Result Annotation: | Result Note: |
| HCT | **37.2** % | (Normal Range: 37.0-51.0 %) Result Annotation: | Result Note: |
| MCV | **94.2** fL | (Normal Range: 80.0-97.0 fL) Result Annotation: | Result Note: |
| MCH | **32.4 (abn) pg** | (Normal Range: 26.0-32.0 pg) Result Annotation: | Result Note: |
| MCHC | **34.4** g/dL | (Normal Range: 31.0-36.0 g/dL) Result Annotation: | Result Note: |
| RDW-SD | **45.2** fL | (Normal Range: 37.0-54.0 fL) Result Annotation: | Result Note: |
| RDW-CV | **12.1** % | (Normal Range: 11.0-16.0 %) Result Annotation: | Result Note: |
| PLT | **231** x10^3/uL | (Normal Range: 140-440 x10^3/uL) Result Annotation: | Result Note: |
| MPV | **9.8** fL | (Normal Range: 0.0-100.0 fL) Result Annotation: | Result Note: |
| NEUT # | **3.4** x10^3/uL | (Normal Range: 2.0-7.8 x10^3/uL) Result Annotation: | Result Note: |
| LYMPH# | **2.8** x10^3/uL | (Normal Range: 0.6-4.1 x10^3/uL) Result Annotation: | Result Note: |
| MXD# | **0.4** x10^3/uL | (Normal Range: 0.0-1.8 x10^3/uL) Result Annotation: | Result Note: |
| NEUT % | **50.9** % | (Normal Range: 37.0-92.0 %) Result Annotation: | Result Note: |
| LYMPH % | **42.3** % | (Normal Range: 10.0-58.5 %) Result Annotation: | Result Note: |
| MXD% | **6.8** % | (Normal Range: 0.1-24.0 %) Result Annotation: | Result Note: |

**BMP: BASIC METABOLIC PANEL (80048)** Final, Reviewed (Collected: 03/06/2017)
Diagnosis: WELL WOMAN EXAM (NO GYNECOLOGICAL EXAM) (Z00.00)
Note: Non-fasting

| | | | |
|---|---|---|---|
| SODIUM | **141** mmol/L | (Normal Range: 132-145 mmol/L) Result Annotation: | Result Note: |
| POTASSIUM | **3.90** mmol/L | (Normal Range: 3.30-5.40 mmol/L) Result Annotation: | Result Note: |
| CHLORIDE | **104.0** mmol/L | (Normal Range: 97.0-110.0 mmol/L) Result Annotation: | Result Note: |
| CARBON DIOXIDE | **30.0** mmol/L | (Normal Range: 21.0-31.0 mmol/L) Result Annotation: | Result Note: |
| ANION GAP | **10.9** | Result Annotation: | Result Note: |
| GLUCOSE | **85** mg/dL | (Normal Range: 66-99 mg/dL) Result Annotation: | Result Note: |
| BUN | **15** mg/dL | (Normal Range: 7-20 mg/dL) Result Annotation: | Result Note: |
| CREATININE | **0.67** mg/dL | (Normal Range: 0.60-1.30 mg/dL) Result Annotation: | Result Note: |
| CALCIUM | **9.5** mg/dL | (Normal Range: 8.7-10.6 mg/dL) Result Annotation: | Result Note: |
| OSMOLALITY | **371.3** CALC | CALC) Result Annotation: | Result Note: |
| GFR NON-AFRICAN AMERICAN | **>60** ml/min/1.73m^2 | (Normal Range: >=60 ml/min/1.73m^2) Result Annotation: | Result Note: |
| GFR AFRICAN AMERICAN | **>60** ml/min/1.73m^2 | (Normal Range: >=60 ml/min/1.73m^2) Result Annotation: | Result Note: |

**HGBA1C: HEMOGLOBIN (GLYCOSYLATED) A1C (83036)** Final, Reviewed (Collected: 03/06/2017)
Diagnosis: WELL WOMAN EXAM (NO GYNECOLOGICAL EXAM) (Z00.00)

| | | |
|---|---|---|
| HBA1C | **5.7** % (Normal Range: 4.5-5.7 %) | Result Note: Result Annotation: |
| ESTIMATED AVERAGE GLUCOSE | **117** | Result Note: Result Annotation: |

**HEPATIC FUNCTION PANEL (80076)** Final, Reviewed (Collected: 03/06/2017)
Diagnosis: WELL WOMAN EXAM (NO GYNECOLOGICAL EXAM) (Z00.00)

| | | | |
|---|---|---|---|
| TOTAL PROTEIN | **7.2** g/dL | (Normal Range: 6.4-8.3 g/dL) | Result Note: Result Annotation: |
| ALBUMIN | **4.5** g/dL | (Normal Range: 3.5-5.0 g/dL) | Result Note: Result Annotation: |
| GLOBULIN | **2.7** g/dL | g/dL) | Result Note: Result Annotation: |
| A/G RATIO | **1.7** CALC | CALC) | Result Note: Result Annotation: |
| ALK. PHOSPHATASE | **43** IU/L | (Normal Range: 27-133 IU/L) | Result Note: Result Annotation: |
| ALT (SGPT) | **12** IU/L | (Normal Range: 5-60 IU/L) | Result Note: Result Annotation: |
| AST (SGOT) | **16** IU/L | (Normal Range: 10-42 IU/L) | Result Note: Result Annotation: |
| TOTAL BILIRUBIN | **0.2** mg/dL | (Normal Range: 0.0-1.5 mg/dL) | Result Note: Result Annotation: |
| DIRECT BILIRUBN | **0.0** mg/dL | (Normal Range: 0.0-0.2 mg/dL) | Result Note: Result Annotation: |
| INDIRECT BILIRUBIN | **0.2** mg/dL | mg/dL) | Result Note: Result Annotation: |

**FT4: THYROXINE, FREE (84439)** Final, Reviewed (Collected: 03/06/2017)
Diagnosis: WELL WOMAN EXAM (NO GYNECOLOGICAL EXAM) (Z00.00)
FT4 (FREE THYROXINE) **1.08** ng/dL (Normal Range: 0.71-1.85 ng/dL) Result Note:
Result Annotation:

**TSH: THYROID STIMULATING HORMONE (84443)** Final, Reviewed (Collected: 03/06/2017)
Diagnosis: WELL WOMAN EXAM (NO GYNECOLOGICAL EXAM) (Z00.00)
TSH **3.28** uIU/mL (Normal Range: 0.38-4.31 uIU/mL) Result Note:
Result Annotation:

## Procedures

**ANNUAL DEPRESSION SCREENING (G0444)** Performed: 03/06/2017 (Final, Reviewed)

**COLLECTION OF VENOUS BLOOD BY VENIPUNCTURE (36415)** Performed: 03/06/2017 (Final, Reviewed)

**SCREENING ANNUAL MAMMOGRAPHY (77067)** Performed: 03/06/2017 (Final, Reviewed)

- Comments: 3/6/2017 Order printed & given to patient. IG
  4/10/2017 Reminder letter & mammo order mailed to patient. IG
  5/8/2017 No report available, reminder letter sent to patient with order to schedule mammogram.
  Ok to close per provider. IG

**MEDICAL SERVICE(S) PROVIDED IN THE OFFICE AFTER 5PM OR ON WEEKEND (99050)** Performed: 03/06/2017 (Final, Reviewed)

# Scanned Documents

| # | Date | Title | Approved By | Comments |
|---|---|---|---|---|
| 1 | 08/21/2018 | MRI CHEST | Adams, Doris W APRN | No |
| 2 | 08/01/2018 | RHEUMATOLOGY | Clickner, Undsey H APRN | No |
| 3 | 07/16/2018 | ORTHOPAEDICS | Clickner, Lindsey H APRN | No |
| 4 | 07/03/2018 | NEUROLOGY | Clickner, Undsey H APRN | Yes |
| 5 | 06/14/2018 | RHEUMATOLOGY | Clickner, Undsey H APRN | No |
| 6 | 06/11/2018 | RHEUMATOLOGY | Adams, Doris W APRN | No |
| 7 | 06/08/2018 | NEUROLOGY | Adams, Doris W APRN | No |
| 8 | 06/08/2018 | NEUROLOGY | Clickner, Undsey H APRN | Yes |
| 9 | 05/14/2018 | NEUROLOGY | Clickner, Undsey H APRN | Yes |
| 10 | 09/18/2017 | KORT | Adams, Doris W APRN | No |
| 11 | 08/10/2017 | KIOSK MED | Clickner, Lindsey H APRN | No |
| 12 | 04/18/2017 | KORT POC | Ballard, Amber K APRN | No |
| 13 | 03/15/2017 | KORT POC | Ballard, Amber K APRN | No |

KentuckyOne Health

**SJE Saint Joseph East**
150 N. Eagle Creek Dr
Lexington, KY 40509-

| | | | |
|---|---|---|---|
| Patient: | REECE, JAMIE HUNTER | DOB: | 49 years Female |
| MRN: | E000394059 | Account #: | E1822501541 |
| Admit: | 8/21/2018 10:30 EDT | Discharge: | |
| Admitting: | BISONO JIMENEZ, INDHIRA,MD-INT | Attending: | BISONO JIMENEZ,INDHIRA,MD-INT |
| | | Copy to: | ADAMS,DORIS WHITNEY,NP-INT |

## Magnetic Resonance Imaging

| Accession | Exam | STATUS | Exam Date/Time | Ordering Provider |
|---|---|---|---|---|
| 22-MR-18-0004397 | MRI Chest WO W | Auth (Verified) | 8/21/2018 12:01 EDT | BISONO JIMENEZ, INDHIRA,MD-INT |

**Reason For Exam**
(MRI Chest WO W) R07.1 CHEST PAIN ON BREATHING R07.89

**Report**
MRI CHEST WITHOUT AND WITH CONTRAST

HISTORY: Costochondral pain, midsternal pain

FINDINGS: Multiplanar MR imaging of the chest was performed without and with contrast. The chest wall appears intact. There is no evidence of bone marrow edema. The musculature is intact. No soft tissue edema is seen. The sternal manubrial and sternoclavicular joints have an unremarkable MR appearance. No mediastinal or hilar mass is identified. No focal pulmonary abnormality is seen. No area of abnormal contrast enhancement is identified.

IMPRESSION: No focal chest wall abnormality identified.

***** *Final* *****

*Dictated by: KENNEY, CHARLES M, MD-RAD*
*Dictated DT/TM: 08/21/2018 2:31 pm*
*Interpreted and electronically signed by: KENNEY, CHARLES M, MD-RAD*
*Signed DT/TM: 08/21/2018 2:32 pm*
*Transcribed by: RS*



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

**Saint Joseph Rheumatology Associates**
**211 Fountain Court Suite 220,**
**Lexington, KY 40509**
**Phone: (859) 629-7265 Fax: (859) 629-7266**

***MRN:*** **1668060**

***Encounter Date:*** **08/01/2018 7:15AM**

*DOB:*
*Home:*
*Work:*

*Address:*
**Jamie Reece**

## Reason For Visit

Patient coming in for follow up on Join t pain hx of PsA
Patient reports she took the Indomethacin for 1 month and now has GI issues.
Pain level - 2/10

## Review Medical History

Past Medical History Reviewed

## History of Present Illness

**Text Templates:**
49 y/o WF with hx of psoriatic arthritis and concems of costochondritis here for evaluation.

Her Quantiferon TB gold was negative on 6/11/2018.
-X-ray of b/l ribs and SI joint WNL then.
HLA-B27 negative and all other serologies negative.

Today 8/1/2018 she tells me that:
She says the pain in the chest wall is better but it comes and goes.
Is sporadic and comes on and off.
She says on July 19th was very painful.

She thinks she is flaring as her hips and R foot.

She endorses bloating on her stomach and diarrhea.

She says she is not going to have any shoulder surgery anymore.

She says she is taking the Methotrexate 20 mg a week and Folic acid once a week.

She endorses some psoriasis on her L elbow now.

She says Neurology told her she doesn't have MS.

## Active Problems

1. Blurred vision (368.8) (H53.8)
2. Chest pain, midsternal (786.51) (R07.89)
3. CNS demyelination (341.9) (G37.9)
4. Costochondral pain (786.52) (R07.1)
5. Costochondritis (733.6) (M94.0)
6. Encounter for medication monitoring (V58.83) (Z51.81)
7. Fatigue (780.79) (R53.83)
8. History of psoriasis (V13.3) (Z87.2)

*Patient:* **Jamie Reece**
*Encounter:* **Aug 1 2018 7:15AM** *MRN:* **1668060**

9. Joint pain (719.40) (M25.50)
10. Numbness (782.0) (R20.0)
11. Pruritus (698.9) (L29.9)
12. Psoriatic arthritis (696.0) (L40.50)

**Current Meds**

1. Calcium TABS
2. CVS Probiotic Maximum Strength Oral Capsule
3. Cyclobenzaprine HCl - 10 MG Oral Tablet
4. Esomeprazole Magnesium 40 MG Oral Capsule Delayed Release; TAKE 1 CAPSULE ONCE DAILY
5. Estrace 0.1 MG/GM Vaginal Cream
6. Fluconazole 150 MG Oral Tablet
7. Folic Acid 1 MG Oral Tablet; TAKE 1 TABLET DAILY
8. Gabapentin 300 MG Oral Capsule
9. Havrix 1440 EL U/ML SUSP
10. Indomethacin 50 MG Oral Capsule; TAKE 1 CAPSULE 3 TIMES DAILY WITH FOOD
11. LORazepam 0.5 MG Oral Tablet; TAKE 1 TABLET TWICE DAILY
12. Methotrexate 2.5 MG Oral Tablet; TAKE 8 TABLET Weekly
13. Multi Complete CAPS
14. Terconazole 0.4 % Vaginal Cream
15. ZyrTEC Allergy CAPS

**Review of Systems**

A complete review of systems revealed no pertinent patient complaints except as noted below and in the history of present illness.
**CONSTITUTIONAL:** normal.
**CARDIOVASCULAR:** chest discomfort.
**GASTROINTESTINAL:** abdominal pain and diarrhea.
**MUSCULOSKELETAL:** arthralgia, but no joint swelling.
**INTEGUMENTARY:** psoriasis on L elbow.

**Vitals**

**Vital Signs**
**Recorded: 01Aug2018 09:29AM**
Height: 5 ft 7 in
Weight: 176.8 lb
BMI Calculated: 27.69
BSA Calculated: 1.92
Temperature: 98.2 F
Heart Rate: 73
Respiration: 18
Systolic: 138, RUE, Sitting
Diastolic: 85, RUE, Sitting

**Physical Exam**

**CONSTITUTIONAL:** This 49 year old female appears. well developed, well nourished and in no acute distress. Vitals x3 noted.
**HEAD & FACE:** Head and face are symmetric, normocephalic and atraumatic.
**EYES:** Inspection of the conjunctivae and lids reveals no swelling, erythema or discharge. Pupils are round, equal and reactive to light and there is no scleral icterus.
**EARS, NOSE, MOUTH & THROAT:** On inspection, ears and nose are within normal limits.
**PULMONARY:** Normal respiratory effort. TTP of midsternal manubrial joint.
**CARDIOVASCULAR:** Examination of the extremities shows no significant edema.
**MUSCULOSKELETAL:** Gait is within normal limits. Digits and nails are without clubbing, cyanosis or pitting. No

*Patient:* **Jamie Reece**
*Encounter:* **Aug 1 2018 7:15AM** *MRN:* **1668060**

joint swelling, warmth or tenderness. Inspection and palpation of muscles and soft tissues is normal. TTP on lateral aspect of both hips? trochanteric areas?. Range of motion is within normal limits. Muscle strength is normal.
**SKIN:** mild psoriasis over L elbow.
**PSYCHIATRIC:** Patient's judgment and insight are unimpaired. Patient's mood and affect are normal.

**Assessment**

1. Mid sternal chest pain (786.51) (R07.89)
2. Encounter for medication monitoring (V58.83) (Z51.81)
3. Costochondral pain (786.52) (R07.1)
4. Chest pain, midsternal (786.51) (R07.89)
5. Joint pain (719.40) (M25.50)
6. Psoriatic arthritis (696.0) (L40.50)
7. History of psoriasis (V13.3) (Z87.2)
8. Hip bursitis (726.5) (M70.70)

**Orders**

1. MRI Chest WO W; Status:Need Information - Required information; Requested for:01Aug2018;
2. CBC With Differential/Platelet; Status:Active; Requested for:01Aug2018;
3. CMP-COMPREHENSIVE METABOLIC PANEL(14) w/eGFR; Status:Active; Requested for:01Aug2018;
4. C-Reactive Protein, Quant; Status:Active; Requested for:01Aug2018;
5. Sedimentation Rate-Westergren; Status:Active; Requested for:01Aug2018;
6. Renew: Folic Acid 1 MG Oral Tablet; TAKE 1 TABLET DAILY
7. Renew: Methotrexate 2.5 MG Oral Tablet; TAKE 8 TABLET Weekly

**Discussion/Summary**

49 y/o WF with psoriatic arthritis, psoriasis of the skin here for follow up.

Having issues with chronic costochondritis pain and now possible b/l hip bursitis vs ligament inflammation of hips/ enthesis tis?
-Will order MRI of chest to evaluate for Sterno manubrial signs of inflammation.
-Will continue Methotrexate 20 mg q weekly along with daily Folic acid 1 mg, both refilled for 90 days today.
-Will proceed with Humira 40 mg SQ q 15 days as not on clinical remission and Humira usually helps costochondral inflammation and mght help enthesitis on hips if that is the case.
-She received a Humira injection sample today and Humira injection teaching by my CMA Tera Murillo today.
-Had mild psoriasis on L elbow today hopefully Humira will help both skin and joint issues.
-Side effects of higher risk of infections, paradoxical palmo-plantar psoriasis and rash, were discussed with her today.
-Wil try Humira for about 5-6 months and if not better by them will try Remicade infusions.
-Told to hold off on Indomethacin due to diarrhea and she will see GI.

Will see her again in 3 months but will do CBC, CMP, ESR, CRP today and Q 3 months for MTX motioning.

**Counseling**

The patient was counseled regarding prognosis, risks and benefits of treatment options, instructions for management, patient and family education, importance of compliance with treatment, risk factor reductions and impressions. Total time of encounter was 30 minutes of which greater than 50% was spent counseling and coordinating care.

**'End of Encounter Meds'**

**Signatures**

Electronically signed by : Tera Murillo, LPN; Aug 1 2018 9:19AM EST (Co-author)



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

*Patient:* **Jamie Reece**
*Encounter:* **Aug 1 2018 7:15AM** *MRN:* **1668060**

Electronically signed by : Tera Murillo, LPN; Aug 1 2018 9:28AM EST (Co-author)
Electronically signed by : Indhira Bisono Jimenez, M.D.; Aug 1 2018 10:14AM EST (Author)



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

**REECE, JAMIE H (id #21591363, dob:**

**NEW LEXINGTON CLINIC PSC**
700 BOB-O-LINK DR
LEXINGTON, KY 40504-3756
Phone: (859) 258-4000
Fax: (859) 258-8239

**Encounter Summary - Progress Note**
Date Printed: 07/16/2018

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:17245811-H-13059]

| | |
|---|---|
| **Patient** | Reece, Jamie H (49yo, F) #21591363 |
| **DOB** | |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | | **Home Phone** | |
| | | **Work Phone** | |

Encounter Notes:

| | |
|---|---|
| **Encounter Reason/Date** | np rt shoulder, will bring MRI disc<br>07/13/2018 - 08:45AM - ORTHOPEDICS PICADOME |
| **History of Present Illness** | None recorded |
| **Review of Systems** | None recorded |
| **Vitals** | **Ht:** 5 ft 7 in **Wt:** 170 lbs **BMI:** 26.6<br>**BP:** 118/72 |
| **Results/Interpretations** | None recorded |
| **Physical Exam** | None recorded |
| **Procedure Documentation** | None recorded |
| **Assessment and Plan** | **1. Scapulalgia**<br>M89.8X1: Other specified disorders of bone, shoulder<br>**2. Impingement syndrome of shoulder region** - Right<br>M75.41: Impingement syndrome of right shoulder<br>• ROTATOR CUFF INJURY: CARE INSTRUCTIONS<br>• ROTATOR CUFF: EXERCISES<br>**Return to Office**<br>• DANIEL M ROUSE, PT, DPT for NEW PATIENT at PHYSICAL THERAPY PICADOME on 07/25/2018 at 09:30 AM<br>• AN-YU CHEN, MD for RECHECK at GASTRO SB on 09/04/2018 at 01:00 PM<br>• W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on |

| | |
|---|---|
| | 09/07/2018 at 09:30 AM<br>• to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019 |

Patient Medical History:

| | |
|---|---|
| **Allergies List** | Reviewed Allergies<br>**LORTAB:** Itching - Reaction: ITCHING: Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM; |
| **Medications** | Reviewed Medications<br>**folic acid** 07/13/18 entered<br>**metHOTREXate sodium 2.5 mg tablet** take 4 po twice weekly/please d/c previous rx 03/30/18 prescribed<br>**Multi Vitamin** 11/17/17 entered<br>**NexIUM** 07/13/18 entered<br>**Probiotic** 11/17/17 entered<br>**ZyrTEC 10 mg capsule** Take 1 capsule(s) every day by oral route. 11/17/17 entered |
| **Family History** | Reviewed Family History<br>Father - No current problems or disability<br>Mother - No current problems or disability<br>- Arthritis |
| **Past Medical History** | AIDS/HIV: N; Allergies/Hayfever: Y; Arthritis: N; Asthma: N; Bleeding Disorder: N; Blood Clot: N; COPD: N; Cancer: N; Diabetes: N; Genetic Disorder: N; Gout: N; Heart Attack (MI): N; High Cholesterol: N; Hypertension: N; Kidney Disease: N; Kidney Stones: N; Liver Disease: N; Mental Illness: N; Osteoporosis: N; Other: N; Seizures/Epilepsy: N; Skin Problems: N; Sleep Apnea: N; Stroke: N; Tuberculosis: N |
| **Vaccine History** | None recorded |

Electronically Signed by: W BEN KIBLER, MD

**REECE, JAMIE (id #1791, dob:**

**PATRICK K LEUNG MD PLLC**
1401 HARRODSBURG RD, STE C225
LEXINGTON, KY 40504-1750
Phone: (859) 373-0700
Fax: (859) 422-3994

**Encounter Summary - Progress Note**
Date Printed: 07/03/2018

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have Internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:32183-H-16626]

| | |
|---|---|
| **Patient** | Reece, Jamie (49yo, F) #1791 |
| **DOB** | |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | | **Home Phone** | ( |
| | | **Work Phone** | |

Encounter Notes:

| | |
|---|---|
| **Encounter Reason/Date** | Possible multiple sclerosis<br>07/03/2018 - 08:00AM - Main Office |
| **History of Present Illness** | Mrs. Reece is a 49-year-old married white female Toyota team member. She developed right shoulder pain. She was seen by Dr. Donegan. Pain radiates to her right arm. EMG/NCV of the right arm is normal. She had an MRI scan of the right shoulder that was unremarkable. She subsequently had MRI scan of the cervical spine which showed questionable lesion in the spinal cord. She was referred to Dr. Matthew Tutt. She was found to be hyperreflexic. Multiple sclerosis was suspected as a possible explanation. She subsequently had MRI scan of the brain and the thoracic spine that is unremarkable on my review. She is here today for neurologic evaluation.<br><br>Her current complaint remains the same. She has right shoulder pain with movement. Pain is localized between her shoulder and collarbone. She has no other symptoms to suggest multiple sclerosis. There is no hemiparesis, hemisensory loss, visual disturbance, ataxia, bladder or bowel dysfunction. |
| **Review of Systems** | ROS as noted in HPI. |
| **Vitals** | 07/03/2018 08:28 am<br>**Ht:** 5 ft 7 in **Wt:** 160 lbs **BMI:** 25.1<br>**BP:** 110/78 **Pulse:** 76 bpm **RR:** 16 |
| **Results/Interpretations** | None recorded |
| **Physical Exam** | Patient is a 49-year-old female.<br><br>She is pain with rotation, abduction and extension of her right shoulder. The patient is alert and pleasant. Head is atraumatic. Neck is supple without carotid bruit. Heart has regular rate and rhythm without murmur. Dorsalis pedis pulses are palpable. Neurologically, the patient is oriented x3 with intact short and long-term memory, fund of knowledge, language function, |



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

| | |
|---|---|
| | judgment, insight and attention span. There is no evidence of aphasia or dysarthria. Cranial nerves II through XII are unremarkable. Funduscopic examination is benign. Pupils are equal, round and reactive to light. Motor examination reveals normal strength, bulk and tone. Reflexes are symmetrical. Toes are downgoing. Finger to nose, heel-to-shin are well done. Patient can do heel, toe and tandem walk without problem. Romberg is negative. Gait and station is intact. Sensory examination is intact to all primary modalities. |
| **Assessment and Plan** | **1. Impingement syndrome of right shoulder region -**<br>The patient is a 49-year-old white female who has right shoulder impingement syndrome. I found no evidence to suggest multiple sclerosis.<br>M75.41: Impingement syndrome of right shoulder<br>**Patient Instructions**<br>Finding has been discussed with the patient in detail.<br>There is no evidence of multiple sclerosis.<br>She has appointment with Dr. Kibler for second opinion of her right shoulder.<br>Return as needed.<br>Return to Office<br>None recorded |

Patient Medical History:

| | |
|---|---|
| **Allergies List** | Reviewed Allergies<br>NKDA |
| **Medications** | Reviewed Medications<br>**esomeprazole magnesium 40 mg capsule,delayed release** 05/11/18 filled<br>**folic acid 1 mg tablet** 03/26/18 filled<br>**indomethacin 50 mg capsule** 06/13/18 filled<br>**LORazepam 0.5 mg tablet** 06/22/18 filled<br>**metHOTREXate sodium 2.5 mg tablet** 05/24/18 filled |
| **Family History** | Reviewed Family History<br>Mother - Heart disease |
| **Past Medical History** | Reviewed Past Medical History<br>Arthritis: Y<br>Migraines: Y |
| **Vaccine History** | None recorded |

Electronically Signed by: PATRICK K. LEUNG, MD

Patrick Leung, MD

---

**Saint Joseph Rheumatology Asso‹ iates**
**211 Fountain Court Suite 22(**
**Lexington, KY 40509**
**Phone: (859) 629-7265 Fax: (859) 62·)-7266**

*MRN:* 1668060

*Enc‹ unter Date:* 06/14/2018 7:00AM

*DOB:*
*Home:*
*Work:*

*Address:*
**Jamie Reece**

**PCP:** Adams, Doris W

**History Reported by**

Patient coming called to be seen again for chest discomfort .
Patient reports the pain comes and goes .
Pain level 2/10

**Reason For Visit**

49 y/o WF with hx of PsA here for acute visit for chest wall pain

**Review Medical History**

Past Medical History Reviewed

**History of Present Illness**

**Text Templates:**
49 y/o WF with hx of PsA here for follow up.

She was here 2 days ago and was supposed to come back for follow up in 4 weeks.
I received the records from Susana Morberly and she mentioned that she patient was on Methotrexate and that she wanted to start Humira but the patient did not started it.

I Rx her Indomethacin for substernal pain that I though was related to costochondral inflammation for PsA; Xray of riabs and PA chest was normal and SI X-rays were normal.
All Rheum serologies and ESR and CRP were normal on 6/11/2018.

Today 6/14/2018 she tells me that:
She says yesterday morning she woke up with pain on the upper chest, higher than usual,then got better and she left to tun an errand and started again on the middle part of her chest and then worsened and felt like an stabbing pain.
She says she discussed with the husband and the told her to call me back and try to get in.

The pain is better now, just feels like a weird sensation there.
She admits she picked up the Indomethacin yesterday night but did not take it as wasn't sure if I needed to do something different that time.

**Active Problems**

1. Blurred vision (368.8) (H53.8)
2. Chest pain, midsternal (786.51) (R07.89)
3. CNS demyelination (341.9) (G37.9)
4. Encounter for medication monitoring (V58.83) (Z51.81)
5. Fatigue (780.79) (R53.83)
6. History of psoriasis (V13.3) (Z87.2)



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

*Patient:* **Jamie Reece**
*Encounter:* **Jun 14 2018 7:00AM** *MRN:* **1668060**

7. Joint pain (719.40) (M25.50)
8. Numbness (782.0) (R20.0)
9. Pruritus (698.9) (L29.9)
10. Psoriatic arthritis (696.0) (L40.50)

**Current Meds**

1. Calcium TABS
2. CVS Probiotic Maximum Strength Oral Capsule
3. Cyclobenzaprine HCl - 10 MG Oral Tablet
4. Esomeprazole Magnesium 40 MG Oral Capsule Delayed Release; TAKE 1 CAPSULE ONCE DAILY
5. Estrace 0.1 MG/GM Vaginal Cream
6. Fluconazole 150 MG Oral Tablet
7. Folic Acid 1 MG Oral Tablet; TAKE 1 TABLET DAILY
8. Gabapentin 300 MG Oral Capsule
9. Havrix 1440 EL U/ML SUSP
10. Indomethacin 50 MG Oral Capsule; TAKE 1 CAPSULE 3 TIMES DAILY WITH FOOD
11. LORazepam 0.5 MG Oral Tablet; Take 1 tablet PO 30 minutes prior to MRI, may repeat after 30 minutes X1 if needed
12. LORazepam 0.5 MG Oral Tablet; TAKE 1 TABLET TWICE DAILY
13. Methotrexate 2.5 MG Oral Tablet; TAKE 8 TABLET Weekly
14. Multi Complete CAPS
15. Terconazole 0.4 % Vaginal Cream
16. ZyrTEC Allergy CAPS

**Review of Systems**

A complete review of systems revealed no pertinent patient complaints except as noted below and in the history of present illness.
**CONSTITUTIONAL:** normal.
**CARDIOVASCULAR:** chest discomfort, but no palpitations, no irregular heart rate and no swelling of extremities.
**RESPIRATORY:** normal.
**GASTROINTESTINAL:** normal.
**INTEGUMENTARY:** normal.
**ALLERGIC/IMMUNOLOGIC:** normal.

**Vitals**

**Vital Signs**
**Recorded: 14Jun2018 09:17AM**
Height: 5 ft 7 in
Weight: 173 lb
BMI Calculated: 27.1
BSA Calculated: 1.9
Temperature: 98.1 F
Heart Rate: 78
Respiration: 18
Systolic: 116, RUE, Sitting
Diastolic: 77, RUE, Sitting

**Physical Exam**

**CONSTITUTIONAL:** This 49 year old female appears. well developed, well nourished and in no acute distress. Vitals x3 noted.
**HEAD & FACE:** Head and face are symmetric, normocephalic and atraumatic.
**EYES:** Inspection of the conjunctivae and lids reveals no swelling, erythema or discharge. Pupils are round, equal and reactive to light and there is no scleral icterus.
**EARS, NOSE, MOUTH & THROAT:** On inspection, ears and nose are within normal limits.



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

*Patient:* **Jamie Reece**
*Encounter:* **Jun 14 2018 7:00AM** *MRN:* **1668060**

**PULMONARY:** Normal respiratory effort. Lungs are clear to auscultation bilaterally. TTP on midternal area and more toward the L.
**CARDIOVASCULAR:** On auscultation the heart rate and rhythm are normal. There are no murmurs or rubs. Examination of the extremities shows no significant edema.
**MUSCULOSKELETAL:** Gait is within normal limits. Digits and nails are without clubbing, cyanosis or pitting. No joint swelling, warmth or tenderness. Inspection and palpation of muscles and soft tissues is normal. Range of motion is within normal limits. Muscle strength is normal.
**SKIN:** No rash, nodules or sclerodactyly.
**PSYCHIATRIC:** Patient's judgment and insight are unimpaired. Patient's mood and affect are normal.

**Assessment**

1. Chest pain, midsternal (786.51) (R07.89)
2. History of psoriasis (V13.3) (Z87.2)
3. Psoriatic arthritis (696.0) (L40.50)
4. Costochondritis (733.6) (M94.0)
5. Costochondral pain (786.52) (R07.1)

**Discussion/Summary**

49 y/o WF with hx of PsA and what seems to be midsternal pain to palpation here for acute visit.

She was TTP on midsternal area which confirms this is not coming from the heart.
-Again I told her this is most likely costochondritis pain / chest wall inflammation can occur in seronegative arthropathies like PsA.
-She was told to start the Indomethacin 50 mg po TID for 1 month and I hope she should be feeling better in 3-4 days; if not was told to call PCP for further evaluation.
-Rheum serologies OK.
-Awaiting for Quantiferon TB gold to be back; if negative we will proceed with Humira PA for PsA when she feels ready for; she says she wants to have her R shoulder surgery before proceeding with Humira.

She will RTC in 1 month

**Counseling**

The patient was counseled regarding diagnostic results, prognosis, risks and benefits of treatment options, instructions for management, patient and family education, importance of compliance with treatment, risk factor reductions and impressions. Total time of encounter was 30 minutes of which greater than 50% was spent counseling and coordinating care.

**'End of Encounter Meds'**

**Signatures**

Electronically signed by : Tera Murillo, LPN; Jun 14 2018 9:17AM EST (Co-author)
Electronically signed by : Indhira Bisono Jimenez, M.D.; Jun 14 2018 9:50AM EST (Author)



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

**Saint Joseph Rheumatology Associates**
**211 Fountain Court Suite 220,**
**Lexington, KY 40509**
**Phone: (859) 629-7265 Fax: (859) 629-7266**

*MRN:* **1668060**

*Encounter Date:* **06/11/2018 8:30AM**

*DOB:*
*Home:*
*Work:*

*Address:*
**Jamie Reece**

**PCP:** Adams, Doris W

**History Reported by**

The history was reported by the patient

**Reason For Visit**

Mrs Reece was referred to us by Doris Adams for consultation regarding hx of Psoriatic Arthritis.
Patient reports she was recently seen by Susanna Moberly,
APRN for PsA and is here today to get a second opinion.
She endorses pain on shoulders and neck and recently started having chest discomfort.

**History of Present Illness**

**Text Templates:**

49 y/o WF whom has recently been diagnosed with psoriatic arthritis here today for a second opinion.

Today 6/11/2018 she tells me that:
She says she was dx with PsA around 12/2017.

The patient endorses stiffness on her R hip and deep pain; swelling on her R 2 DIP with a lot soreness; also stiffness on hand and legs.
She thinks her joint pain started with the hip about 6 years; she denies any hx of injections or evaluation by orthopedia.
Right now feels really good.

She has tried NSAID and did not help the pain.

She says Moberly recommended a trial of Prednisone x 3 weeks and it helped tremendously but as has been off of it the pain has been coming slowly back

She has been using Methotrexate 4 tabs twice weekly since January for PsA. Also daily Folic acid.

She has been diagnosed with psoriasis in the skin 8 years ago; tried topicals by derm before.
She doesn't think MTX has helped so much the joints.

She thinks MTX has helped the skin but
now feels more itching coming back. is worse now for the past 1 month.
She says lotions and antihistamine don't seem to help the itchiness on the skin.

She denies any swelling on her joints.
She denies any family hx of psoriasis or arthritis.

She works in Toyota but now is out due to a neck injury recently.



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

*Patient:* **Jamie Reece**
*Encounter:* **Jun 11 2018 8:30AM** *MRN:* **1668060**

She used to smoke, quit years ago, denies any alcohol use or drug use.

She denies any recent fevers, chills or weight.

Endorses soreness on the sternal area when lies on it or when lies on the R shoulder.
She went to the ER for the tightness on the chest recently she was told her heart was OK.
She will need to see chest pain clinic for stress test.

She denies any hx of uveitis/eye inflammation.

She endorses itchiness all over that improves with Zyrtec but still itches.

**Active Problems**

1. Blurred vision (368.8) (H53.8)
2. CNS demyelination (341.9) (G37.9)
3. Fatigue (780.79) (R53.83)
4. Numbness (782.0) (R20.0)

**Allergies**

1. Lortab TABS
   Recorded By: Baker, Carrie; 6/8/2018 9:18:53 AM

**Current Meds**

1. Calcium TABS;
   Therapy: (Recorded:08Jun2018) to Recorded
2. CVS Probiotic Maximum Strength Oral Capsule;
   Therapy: (Recorded:08Jun2018) to Recorded
3. Cyclobenzaprine HCl - 10 MG Oral Tablet;
   Therapy: 29Mar2018 to Recorded
4. Esomeprazole Magnesium 40 MG Oral Capsule Delayed Release; TAKE 1 CAPSULE ONCE DAILY;
   Therapy: (Recorded:08Jun2018) to Recorded
5. Estrace 0.1 MG/GM Vaginal Cream;
   Therapy: 17Apr2018 to Recorded
6. Fluconazole 150 MG Oral Tablet;
   Therapy: 09Jan2018 to Recorded
7. Folic Acid 1 MG Oral Tablet; TAKE 1 TABLET DAILY;
   Therapy: (Recorded:08Jun2018) to Recorded
8. Gabapentin 300 MG Oral Capsule;
   Therapy: 04Apr2018 to Recorded
9. Havrix 1440 EL U/ML SUSP;
   Therapy: 02May2018 to Recorded
10. LORazepam 0.5 MG Oral Tablet; Take 1 tablet PO 30 minutes prior to MRI, may repeat after 30 minutes X1 if needed;
    Therapy: 08Jun2018 to (Evaluate:09Jun2018); Last Rx:08Jun2018 Ordered
11. LORazepam 0.5 MG Oral Tablet; TAKE 1 TABLET TWICE DAILY;
    Therapy: (Recorded:08Jun2018) to Recorded
12. Methotrexate 2.5 MG Oral Tablet; 4 tablets twice weekly;
    Therapy: (Recorded:08Jun2018) to Recorded
13. Motrin 600 MG TABS;
    Therapy: (Recorded:08Jun2018) to Recorded
14. Multi Complete CAPS;
    Therapy: (Recorded:08Jun2018) to Recorded
15. Terconazole 0.4 % Vaginal Cream;
    Therapy: 09Jan2018 to Recorded

*Patient:* **Jamie Reece**
*Encounter:* **Jun 11 2018 8:30AM** *MRN:* **1668060**

16. ZyrTEC Allergy CAPS;
Therapy: (Recorded:08Jun2018) to Recorded

**Past Medical History**
1. History of Anxiety (300.00) (F41.9)
2. History of cataract (V12.49) (Z86.69)
3. History of IBS (V12.79) (Z87.19)
4. History of miscarriage (V13.29) (Z87.59)

**Surgical History**
1. History of Hysterectomy
2. History of Oral surgery
3. History of Tonsillectomy

**Family History**
1. Family history of arthritis (V17.7) (Z82.61)
2. Family history of cardiac disorder (V17.49) (Z82.49)
3. Family history of coronary artery disease (V17.3) (Z82.49)
4. Family history of hypothyroidism (V18.19) (Z83.49)
5. FH: stomach cancer (V16.0) (Z80.0)

**Social History**
- Does not use illicit drugs (V49.89) (Z78.9)
- Employed
- Married
- Never smoker
- Social alcohol use (Z78.9)

**Review Medical History**
Past Medical History Reviewed Past Surgical History Reviewed Family History Reviewed Social History Reviewed

**Review of Systems**
A complete review of systems revealed no pertinent patient complaints except as noted below and in the history of present illness.
**CONSTITUTIONAL:** normal.
**EYES:** eye pain and change in vision.
**ENT:** mouth sores.
**CARDIOVASCULAR:** chest discomfort.
**RESPIRATORY:** normal.
**GASTROINTESTINAL:** heartburn.
**GENITOURINARY:** 3 miscarriage(s) and prior pregnancies.
**MUSCULOSKELETAL:** arthralgia, morning stiffness mins and hands/ fingers .
**INTEGUMENTARY:** itching .
**NEUROLOGICAL:** headache, dizziness and memory loss.
**PSYCHIATRIC:** normal.
**ENDOCRINE:** normal.
**ALLERGIC/IMMUNOLOGIC:** normal.

**Vitals**
**Vital Signs**
**Recorded: 11Jun2018 10:36AM**
Height: 5 ft 7 in
Weight: 171 lb
BMI Calculated: 26.78
BSA Calculated: 1.89



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

Temperature: 97.9 F
Heart Rate: 73
Respiration: 18
Systolic: 129, RLE, Sitting
Diastolic: 88, RLE, Sitting

## Physical Exam

Jamie Reece is a Caucasian female who appears well developed, well nourished and in no acute distress. Vitals x 3 noted.

**HEAD & FACE:** Head and face are symmetric, normocephalic and atraumatic.
**EYES:** Inspection of the conjunctivae and lids reveals no swelling, erythema or discharge. Pupils are round, equal and reactive to light and there is no scleral icterus.
**EARS, NOSE, MOUTH & THROAT:** On inspection, ears and nose are within normal limits. Lips, teeth, and gums appear healthy with good dentition. There is no exposed bone in the jaw. The oropharynx is normal with no erythema, edema, exudate or lesions.
**NECK:** Neck is supple without masses. No thyromegaly or masses.
**PULMONARY:** Normal respiratory effort. Lungs are clear to auscultation bilaterally.
**CARDIOVASCULAR:** On auscultation the heart rate and rhythm are normal. There are no murmurs or rubs. Examination of the extremities shows no significant edema.
**LYMPHATIC:** No cervical lymphadenopathy.
**MUSCULOSKELETAL:** Gait is within normal limits. Digits and nails are without clubbing, cyanosis or pitting. No joint swelling, warmth or tenderness. Inspection and palpation of muscles and soft tissues is normal. Range of motion is within normal limits. Muscle strength is normal. The spine has normal alignment and range of motion,.
**SKIN:** No rash, nodules or sclerodactyly.
**NEUROLOGIC:** Patellar reflexes are 2+ and symmetric.
**PSYCHIATRIC:** Patient's judgment and insight are unimpaired. Patient's mood and affect are normal.

## Assessment

1. Joint pain (719.40) (M25.50)
2. Encounter for medication monitoring (V58.83) (Z51.81)
3. History of psoriasis (V13.3) (Z87.2)
4. Chest pain, midsternal (786.51) (R07.89)
5. Psoriatic arthritis (696.0) (L40.50)
6. Pruritus (698.9) (L29.9)

## Orders

1. Start: Indomethacin 50 MG Oral Capsule; TAKE 1 CAPSULE 3 TIMES DAILY WITH FOOD
2. Angiotensin-Converting Enzyme; Status:Complete; Done: 11Jun2018 12:49PM
3. Antinuclear Antibodies, IFA; Status:Complete; Done: 11Jun2018 12:49PM
4. CBC With Differential/Platelet; Status:Complete; Done: 11Jun2018 12:49PM
5. CCP Antibodies IgG/IgA; Status:Complete; Done: 11Jun2018 12:49PM
6. CMP-COMPREHENSIVE METABOLIC PANEL(14) w/eGFR; Status:Complete; Done: 11Jun2018 12:49PM
7. C-Reactive Protein, Quant; Status:Complete; Done: 11Jun2018 12:49PM
8. dsDNA (nDNA) Scrn by Crithidia; Status:Complete; Done: 11Jun2018 12:49PM
9. Hepatitis Panel (4); Status:Complete; Done: 11Jun2018 12:49PM
10. QuantiFERON TB Gold (In Tube); Status:Active; Requested for:11Jun2018;
11. Rheumatoid Arthritis Factor; Status:Complete; Done: 11Jun2018 12:49PM
12. RNP Antibodies; Status:Complete; Done: 11Jun2018 12:49PM
13. RPR; Status:Complete; Done: 11Jun2018 12:49PM
14. Sedimentation Rate-Westergren; Status:Complete; Done: 11Jun2018 12:49PM
15. Sjogren's Ab, Anti-SS-A/-SS-B; Status:Complete; Done: 11Jun2018 12:49PM
16. Smith Antibodies; Status:Complete; Done: 11Jun2018 12:49PM
17. Vitamin D, 25-Hydroxy; Status:Complete; Done: 11Jun2018 12:49PM
18. Bilirubin, Direct; Status:Complete; Done: 11Jun2018 12:49PM
19. CR Ribs BILAT 3 Vws W PA Chest; Status:Active; Requested for:11Jun2018;



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

*Patient:* **Jamie Reece**
*Encounter:* **Jun 11 2018 8:30AM** *MRN:* **1668060**

Location of Service : Saint Joseph East
20. HIV 4th gen; Status:Complete; Done: 11Jun2018 12:49PM
21. Renew: Methotrexate 2.5 MG Oral Tablet; TAKE 8 TABLET Weekly
22. CR Sacroiliac Jts Min 3 Vws; Status:Active; Requested for:11Jun2018;
Location of Service : Saint Joseph East
23. HLA B 27 Disease Association; Status:Active; Requested for:11Jun2018;
24. Stop: Motrin 600 MG TABS (Ibuprofen)

Psoriatic arthritis (696.0) (L40.50)

Chest pain, midsternal (786.51) (R07.89)

## Discussion/Summary

49 y/o WF with hx of psoriasis in the skin , worsening joint pain with hx of swelling and also skin pruritus here for 2 opinion.

Agree that her history sounds inflammatory and I do believe she has Psoriatic arthritis.
-PsA is a seronegative spondyloarthropathy that sometimes can cause mid chest pain due to costochondral inflammation/non cardiac chest pain so I have recommended her a trial of a strong NSAID like Indomethacin 50 mg TID with food.
-I warned her that these NSAID can lead to severe GERD or diarrhea and if she feels 3 times a day its too much she can do it twice a day- she voiced understanding.
-I will order Rheum serologies and labs in preparation for Humira when she willing to try it.
-I will order X-rays of chest and Ribs and SI joints and HLA-B27.
-Will request records from Morberly to review.
-Will order labs to investigate for secondary cause of pruritus and if all normal will defer to PCP that she might need another Dermatological evaluation for possible worsening eczema of the skin.

She will RTC in 4 weeks

## Counseling

The patient was counseled regarding prognosis, risks and benefits of treatment options, instructions for management, patient and family education, importance of compliance with treatment, risk factor reductions and impressions. Total time of encounter was 45 minutes of which greater than 50% was spent counseling and coordinating care.

## 'End of Encounter Meds'

## Signatures

Electronically signed by : Tera Murillo, LPN; Jun 11 2018 10:09AM EST (Co-author)
Electronically signed by : Tera Murillo, LPN; Jun 11 2018 10:37AM EST (Co-author)
Electronically signed by : Tera Murillo, LPN; Jun 11 2016 10:40AM EST (Co-author)
Electronically signed by : Indhira Bisono Jimenez, M.D.; Jun 17 2018 1:52PM EST (Author)



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

**Neurology Clinic of London - Lexington**
**3470 Blazer Parkway Suite 150,**
**Lexington, KY 40509**
**Phone: (859) 263-8807 Fax: (859) 263-8808**

*MRN:* 1668060

*Encounter Date:* 06/08/2018 7:15AM

*DOB:*
*Home:*
*Work:*

*Address:*
**Jamie Reece**

**PCP:** Adams, Doris W

**History Reported By**

The history today is reported by the patient and Husband.

**Chief Complaint**

Mrs. Reece was referred by Dr Tutt, neurosurgeon for consult regarding cervical radiculopathy, multiple sclerosis evaluation.

She reports neck, shoulder, right side arm, hip, foot pain, left eye and ear pain, blurry vision, episodes of stabbing pain in chest, dizziness/vertigo, difficulty swallowing.

**History of Present Illness**

**HPI Free Text - v1.0:** Ms. Reece is here today for consultation regarding possible MS.

Ms. Reece got hurt at work and had an MRI of her shoulder and neck. She went to see Dr. Tutt, and it was reported to her that there was an abnormality in the cord at the cervical spine level concerning for possible MS.

For the past 3-4 months, she has experienced a squeezing sensation to her chest. She has had a couple episodes of this that lasted about 1 hour. These episodes were painful. Other times have lasted just seconds. Episodes occur about once weekly.

Does have blurry vision. No diplopia or sudden loss of vision. Has recently gotten new glasses.
Has had a bilateral upper extremity tremor years ago, but this went away.
Denies difficulty ambulating. Denies unsteadiness/balance issues.
Denies any weakness in her extremities.
Her feet "go to sleep" easily. Sometimes her right arm tingles. Sometimes if she sits for a while, half of her "private parts" will go numb.
Has urinary urgency. Feels like she does empty her bladder completely.

**Allergies**

- Lortab TABS
  Recorded By: Baker, Carrie; 6/8/2018 9:16:53 AM

**Current Meds**

1. Calcium TABS
2. CVS Probiotic Maximum Strength Oral Capsule
3. Esomeprazole Magnesium 40 MG Oral Capsule Delayed Release; TAKE 1 CAPSULE ONCE DAILY
4. Estradiol 1 MG Oral Tablet; TAKE 1 TABLET DAILY
5. Folic Acid 1 MG Oral Tablet; TAKE 1 TABLET DAILY
6. Ketoprofen 75 MG Oral Capsule
7. LORazepam 0.5 MG Oral Tablet; TAKE 1 TABLET TWICE DAILY
8. Methotrexate 2.5 MG Oral Tablet; 4 tablets twice weekly

*Patient:* **Jamie Reece**
*Encounter:* **Jun 8 2018 7:15AM** *MRN:* **1668060**

9. Motrin 600 MG TABS
10. Multi Complete CAPS
11. PredniSONE 5 MG Oral Tablet
12. ZyrTEC Allergy CAPS

**Past Medical History**
History of Anxiety (300.00) (F41.9)
History of psoriatic arthritis (V13.4) (Z87.2)

**Surgical History**
History of Hysterectomy
History of Oral surgery
History of Tonsillectomy

**Family History**
- Family history of arthritis (V17.7) (Z82.61)
- Family history of coronary artery disease (V17.3) (Z82.49)
- Family history of hypothyroidism (V18.19) (Z83.49)
- FH: stomach cancer (V16.0) (Z80.0)

**Review of Systems**
A complete review of systems revealed no pertinent patient complaints except as noted below and in the history of present illness.
**CONSTITUTIONAL:** fatigue.
**EYES:** eye pain, watery eyes and blurred vision.
**ENT:** earache, vertigo, dizziness and dysphagia.
**CARDIOVASCULAR:** chest discomfort.
**RESPIRATORY:** normal.
**GASTROINTESTINAL:** Heartburn.
**GENITOURINARY:** urinary frequency.
**MUSCULOSKELETAL:** arthralgia.
**INTEGUMENTARY:** itching and Psoriatic arthritis.
**NEUROLOGICAL:** headache, dizziness, lightheaded, tremor, sleep disturbances, memory loss and numbness.
**PSYCHIATRIC:** normal.
**ENDOCRINE:** heat intolerance and polyuria.
**HEMATOLOGIC/LYMPHATIC:** normal.
**ALLERGIC/IMMUNOLOGIC:** normal.

**Vitals**
**Vital Signs**

| | Recorded: 08Jun2018 10:05AM |
|---|---|
| Height | 5 ft 7 in |
| Weight | 173 lb |
| BMI Calculated | 27.1 |
| BSA Calculated | 1.9 |
| Heart Rate | 77 |
| Systolic | 116 |
| Diastolic | 68 |
| O2 Saturation | 99 |



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

*Patient:* **Jamie Reece**
*Encounter:* **Jun 8 2018 7:15AM** *MRN:* **1668060**

**Neurology Exam**

**Constitutional:** Jamie Reece is a Caucasian female who appears well developed, well nourished and in no acute distress.
**Mental Status:** patient is alert. patient is appropriately oriented. language is fluent and logical. Speech is normal. Recent and remote memories are preserved. Good attention span and good concentration. Appropriate fund of knowledge.
**Cranial Nerves:** disk margins are sharp and fundi are normal. visual fields are full to confrontation. pupils are equal and symmetrically reactive. extraocular movements are full. Facial sensation is normal. Facial strength is symmetric and normal. Hearing acuity is normal. Normal movement of soft palate. Shoulder shrug is strong and symmetric. Tongue protrudes midline.
**Motor:** pronator drift is absent. motor strength is full in all four limbs. Muscle bulk and tone are normal.
**Sensory:** Sensory modalities are normal.
**Reflexes:** Reflexes are normal and symmetric. Plantars are flexor.
**Coordination:** Coordination is normal.
**Gait and Station:** Gait is steady and normal.
**Eyes:** Conjunctivae and eyelids reveals no swelling, erythema or discharge.
**Pulmonary:** Respiratory effort was normal with no increased work of breathing and no respiratory distress. Lungs were clear to auscultation bilaterally.
**Cardiovascular:** On auscultation the heart rate and rhythm is normal and there are no murmurs. Auscultation of the neck is without bruit. Arterial pulses are normal on peripheral vascular exam.

**Results/Data**

4/10/18 MRI C-SPINE - Possible subtle increased signal within the cervical cord at C8 level. (Images viewed from disc with Dr. Everman).

**Assessment**

1. CNS demyelination (341.9) (G37.9)
2. Blurred vision (368.8) (H53.8)
3. Fatigue (780.79) (R53.83)
4. Numbness (782.0) (R20.0)

**Plan**

**Blurred vision, CNS demyelination, Fatigue, Numbness**

1. Start: LORazepam 0.5 MG Oral Tablet (Ativan); Take 1 tablet PO 30 minutes prior to MRI. may repeat after 30 minutes X1 if needed
2. Creatinine, Serum; Status:Active; Requested for:08Jun2018;
3. Follow-up visit in 2 weeks Outpatient Follow-up WITH MRI RESULTS. SCHEDULE ON A DAY DR. EVERMAN IS HERE. Status: Complete Done: 08Jun2018
4. MRI Brain WO W; Status:Need Information - Required information; Requested for:08Jun2018;
5. MRI Spine Thoracic WO W; Status:Need Information - Required information; Requested for:08Jun2018;
6. Vitamin B12 and Folate; Status:Active; Requested for:08Jun2018;
7. Vitamin B6, Plasma; Status:Active; Requested for:08Jun2018;
8. Vitamin D, 1,25 + 25-Hydroxy; Status:Active; Requested for:08Jun2018;

**Discussion/Summary**

Needs further work-up for MS. MRI brain, lab work - will go over results at follow-up.
Seen and evaluated by Dr. Everman at today's visit as well.

**'End of Encounter Meds'**

**Signatures**

Electronically signed by : Carrie Baker, CMA; Jun 8 2018 10:07AM EST (Co-author)
Electronically signed by : Megan Collett, APRN; Jun 8 2018 12:49PM EST (Co-author)



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

Neurology Clinic of London - Lexington
3470 Blazer Parkway Suite 150,
Lexington, KY 40509
Phone: (859) 263-8807 Fax: (859) 263-8808

*MRN:* 1668060

*Encounter Date:* 06/08/2018 7:15AM

*DOB:*
*Home:*
*Work:*

*Address:*
Jamie Reece

**PCP:** Adams, Doris W

### History Reported By

The history today is reported by the patient and Husband.

### Chief Complaint

Mrs. Reece was referred by Dr Tutt, neurosurgeon for consult regarding cervical radiculopathy, multiple sclerosis evaluation.

She reports neck, shoulder, right side arm, hip, foot pain, left eye and ear pain, blurry vision, episodes of stabbing pain in chest, dizziness/vertigo, difficulty swallowing.

### History of Present Illness

**HPI Free Text - v1.0:** Ms. Reece is here today for consultation regarding possible MS.

Ms. Reece got hurt at work and had an MRI of her shoulder and neck. She went to see Dr. Tutt, and it was reported to her that there was an abnormality in the cord at the cervical spine level concerning for possible MS.

For the past 3-4 months, she has experienced a squeezing sensation to her chest. She has had a couple episodes of this that lasted about 1 hour. These episodes were painful. Other times have lasted just seconds. Episodes occur about once weekly.

Does have blurry vision. No diplopia or sudden loss of vision. Has recently gotten new glasses
Has had a bilateral upper extremity tremor years ago, but this went away.
Denies difficulty ambulating. Denies unsteadiness/balance issues.
Denies any weakness in her extremities.
Her feet "go to sleep" easily. Sometimes her right arm tingles. Sometimes if she sits for a while, half of her "private parts" will go numb.
Has urinary urgency. Feels like she does empty her bladder completely.

### Allergies

- Lortab TABS
  Recorded By: Baker, Carrie; 6/8/2018 9:18:53 AM

### Current Meds

1. Calcium TABS
2. CVS Probiotic Maximum Strength Oral Capsule
3. Esomeprazole Magnesium 40 MG Oral Capsule Delayed Release; TAKE 1 CAPSULE ONCE DAILY
4. Estradiol 1 MG Oral Tablet; TAKE 1 TABLET DAILY
5. Folic Acid 1 MG Oral Tablet; TAKE 1 TABLET DAILY
6. Ketoprofen 75 MG Oral Capsule
7. LORazepam 0.5 MG Oral Tablet; TAKE 1 TABLET TWICE DAILY
8. Methotrexate 2.5 MG Oral Tablet; 4 tablets twice weekly
9. Motrin 600 MG TABS



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

10. Multi Complete CAPS
11. PredniSONE 5 MG Oral Tablet
12. ZyrTEC Allergy CAPS

**Past Medical History**

History of Anxiety (300.00) (F41.9)
History of psoriatic arthritis (V13.4) (Z87.2)

**Surgical History**

History of Hysterectomy
History of Oral surgery
History of Tonsillectomy

**Family History**

- Family history of arthritis (V17.7) (Z82.61)
- Family history of coronary artery disease (V17.3) (Z82.49)
- Family history of hypothyroidism (V18.19) (Z83.49)
- FH: stomach cancer (V16.0) (Z80.0)

**Review of Systems**

A complete review of systems revealed no pertinent patient complaints except as noted below and in the history of present illness.
**CONSTITUTIONAL:** fatigue.
**EYES:** eye pain, watery eyes and blurred vision.
**ENT:** earache, vertigo, dizziness and dysphagia.
**CARDIOVASCULAR:** chest discomfort.
**RESPIRATORY:** normal.
**GASTROINTESTINAL:** Heartburn.
**GENITOURINARY:** urinary frequency.
**MUSCULOSKELETAL:** arthralgia.
**INTEGUMENTARY:** itching and Psoriatic arthritis.
**NEUROLOGICAL:** headache, dizziness, lightheaded, tremor, sleep disturbances, memory loss and numbness.
**PSYCHIATRIC:** normal.
**ENDOCRINE:** heat intolerance and polyuria.
**HEMATOLOGIC/LYMPHATIC:** normal.
**ALLERGIC/IMMUNOLOGIC:** normal.

**Vitals**

**Vital Signs**

| | Recorded: 08Jun2018 10:05AM |
|---|---|
| Height | 5 ft 7 in |
| Weight | 173 lb |
| BMI Calculated | 27.1 |
| BSA Calculated | 1.9 |
| Heart Rate | 77 |
| Systolic | 116 |
| Diastolic | 68 |
| O2 Saturation | 99 |

**Neurology Exam**

*Patient:* **Jamie Reece**
*Encounter:* **Jun 8 2018 7:15AM** *MRN:* **1668060**

**Constitutional:** Jamie Reece is a Caucasian female who appears well developed, well nourished and in no acute distress.
**Mental Status:** patient is alert. patient is appropriately oriented. language is fluent and logical. Speech is normal. Recent and remote memories are preserved. Good attention span and good concentration. Appropriate fund of knowledge.
**Cranial Nerves:** disk margins are sharp and fundi are normal. visual fields are full to confrontation. pupils are equal and symmetrically reactive. extraocular movements are full. Facial sensation is normal. Facial strength is symmetric and normal. Hearing acuity is normal. Normal movement of soft palate. Shoulder shrug is strong and symmetric. Tongue protrudes midline.
**Motor:** pronator drift is absent. motor strength is full in all four limbs. Muscle bulk and tone are normal.
**Sensory:** Sensory modalities are normal.
**Reflexes:** Reflexes are normal and symmetric. Plantars are flexor.
**Coordination:** Coordination is normal.
**Gait and Station:** Gait is steady and normal.
**Eyes:** Conjunctivae and eyelids reveals no swelling, erythema or discharge.
**Pulmonary:** Respiratory effort was normal with no increased work of breathing and no respiratory distress. Lungs were clear to auscultation bilaterally.
**Cardiovascular:** On auscultation the heart rate and rhythm is normal and there are no murmurs. Auscultation of the neck is without bruit. Arterial pulses are normal on peripheral vascular exam.

## Results/Data

4/10/18 MRI C-SPINE - Possible subtle increased signal within the cervical cord at C8 level. (Images viewed from disc with Dr. Everman).

## Assessment

1. CNS demyelination (341.9) (G37.9)
2. Blurred vision (368.8) (H53.8)
3. Fatigue (780.79) (R53.83)
4. Numbness (782.0) (R20.0)

## Plan

### Blurred vision, CNS demyelination, Fatigue, Numbness

1. Start: LORazepam 0.5 MG Oral Tablet (Ativan): Take 1 tablet PO 30 minutes prior to MRI, may repeat after 30 minutes X1 if needed
2. Creatinine, Serum; Status:Active; Requested for:08Jun2018;
3. Follow-up visit in 2 weeks Outpatient Follow-up WITH MRI RESULTS. SCHEDULE ON A DAY DR. EVERMAN IS HERE. Status: Complete Done: 08Jun2018
4. MRI Brain WO W; Status:Need Information - Required Information; Requested for:08Jun2018;
5. MRI Spine Thoracic WO W; Status:Need Information - Required Information; Requested for:08Jun2018;
6. Vitamin B12 and Folate; Status:Active; Requested for:08Jun2018;
7. Vitamin B6, Plasma; Status:Active; Requested for:08Jun2018;
8. Vitamin D, 1,25 + 25-Hydroxy; Status:Active; Requested for:08Jun2018;

## Discussion/Summary

Needs further work-up for MS. MRI brain, lab work - will go over results at follow-up.
Seen and evaluated by Dr. Everman at today's visit as well.

## Attending Note

*Attending Note:[1] I interviewed and examined the patient[1] and the staff discussed the patient on the day of the visit[1]. Level of Participation:[1] I was present in clinic and examined the patient[1]. Patient's History:[1] Ms. reece has a possible T2 hyperintense lesion in her Cervical spine. She describes a HUG sensation around chest and waist. Otherwise exam unremarkable. Will send for MRI brain and MRI thoracic spine to look for other demyelinating lesions. Will also send for lab work since low vitamin levels can cause T2 hyperintense lesions in spine. Will see back after studies.[1].*

[1] *Amended By: Everman, Nicole; Jun 11 2018 7:59 AM EST*

**'End of Encounter Meds'**

*Patient:* **Jamie Reece**
*Encounter:* **Jun 8 2018 7:15AM** *MRN:* **1668060**

**Signatures**

Electronically signed by : Carrie Baker, CMA; Jun 8 2018 10:07AM EST (Co-author)
Electronically signed by : Megan Collett, APRN; Jun 8 2018 12:48PM EST (Co-author)
Electronically signed by : Nicole Everman, M.D.; Jun 11 2018 7:59AM EST (Author)



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

**Lexington Clinic**

KENTUCKY ONE HEALTH - NEUROSURGERY

1401 HARRODSBURG RD SUITE A540
LEXINGTON, KY 40504-1720
(859) 258-6760 Fax (859) 258-6512

Date: 05/14/2018

RE: Jamie Reece, DOB: , PT ID #21591363

Dear Family Practice Associates,

I would like to thank you for referring Jamie Reece to our practice for consultation and evaluation. I have enclosed a copy of the office evaluation for your records.

Sincerely,

Matt Tutt M.D.

Electronically Signed by: MATTHEW TUTT, MD

## Encounter Reason/Date

cervical pain
05/14/2018 - 10:00AM - NEUROSURGERY KOHOP

## History of Present Illness

Mrs. Reece is a 49-year-old female who works at Toyota presenting with right-sided neck pain, jaw pain, collarbone pain and radiating pain into her arm in a non-dermatomal distribution. Her pain started at the end of January after changing jobs at Toyota. She denies any specific injury. Her pain has multiple characteristics, is fairly constant, but the arm pain comes and goes. She is seen some relief of her pain with inactivity. She describes right arm numbness and tingling. No weakness. No loss of bowel or bladder control. No difficulty with balance. No visual complaints.
She did physical therapy for 8-10 weeks, 2 times a week at Toyota. She has trialed a TENS unit as well as steroid pack. She has been taking over-the-counter anti-inflammatories for the past 8-10 weeks. She trialed Neurontin, prescribed by Dr. Donegan, with some relief.

## Review of Systems

**Additionally reports:**

**As noted per patient intake sheet and in the HPI. All other systems reviewed and negative.**

## Physical Exam

Patient is a 49-year-old female.



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

General: NAD, alert &oriented x3
HEENT: normal
PERRL, EOM intact
face symmetric
Motor: grossly intact all extremities
Sensation: intact to light tough bilaterally UE and LE
Reflexes:

Positive Hoffman's bilaterally

2+ upper extremities bilaterally
3+ lower extremities bilaterally
Chest: Clear with no wheezes.
Heart: regular rate and rhythm with no rubs gallops or murmur
Abdomen: soft and nontender GU and rectal: deferred
Extremities: no cyanosis clubbing or edema
Skin: unremarkable

## Procedure Documentation

None recorded

## Assessment/Plan

Mrs. Reece is a 49-year-old female with no significant findings on her cervical MRI. We reviewed her MRI together in my office. She has no significant central stenosis or nerve root compression. She also has an EMG and nerve conduction study performed by Dr. Leung which shows no evidence of cervical radiculopathy or focal nerve compression. There are no neurosurgical options here. However, on examination she does appear to be a bit hyper-reflexive, with a positive Hoffmann's reflex bilaterally. Although it may be artifact, her MRI report does describe some subtle signal change in the spinal cord. I would like her to be evaluated by neurology to rule out an neurologic disorder, such as multiple sclerosis. She may need an MRI of the brain performed.

I had a lengthy conversation with her with regards to my opinion. There are clearly no further considerations with regards to her cervical spine. I explained that her distribution of pain does not correlate with any specific neurologic dermatome. I feel strongly that we must look elsewhere for the cause of her symptoms. She and her husband voiced good understanding of this, but she did seem quite disappointed that I could not give her a clear answer today. I think neurology is appropriate at this point.

Her follow-up with me will be as needed, but I would appreciate receiving the opinion of the neurologist.

**1. Neck pain -**

Minutes spent reviewing images, discussing the diagnosis and coordinating care: 45 min

M54.2: Cervicalgia

### Return to Office

- AN-YU CHEN, MD for RECHECK at GASTRO SB on 06/19/2018 at 02:30 PM
- SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on 06/25/2018 at 01:15 PM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

KORT
The Best In Rehab.

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

| | | | |
|---|---|---|---|
| Patient: | Jamie Reece | | |
| Acct #: | 036-430317901 | Visit Date: | Sep 18, 2017 |
| DOB: | | FSC: | BCBS |
| Clinician: | Michael W. Hopper, PT | Payor: | ANTHEM KY |
| Prim Phy: | Doris W. Adams APRN | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 278-5007 | Insured: | Not Specified |
| Phy Fax: | (859) 278-6867 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 9/9/2017 | Visits: | 1 |
| Surg. Date: | Not Specified | Cx/Ns: | 0 |

# Plan of Care

**Diagnosis**

Spine M54.5 Low back pain

## Subjective Examination

The medical history questionnaire has been completed and signed by the patient, reviewed by the evaluating therapist, and is on file.

**ADL / Functional Status:**

- Premorbid Status: ADL/ IADL: Independent Without Difficulty.

**Chief Complaint:**

- Pain: Severity at Best: 2/10.

**Functional Comorbidity Index: Body Measurements:**

- Height (in) 67 Inches
- Weight (lbs) 145 Pounds

**Rehabilitation Expectations/Goals:**

- Return to Age Appropriate Activities: Unrestricted/Symptom Free.

**ADL / Functional Status:**

- Current Status: Patient reporting she has been off of work at Toyota since injury. Job requires lots of sit to stand, twisting, squatting, reaching, and leaning. Reporting she has been avoiding a lot of activity to keep pain down. Increased pain in buttock with prolonged sitting.

**Chief Complaint:**

- Pain: Severity at Worst: 8/10.

**Mechanism of Injury:**

- Patient reporting that she was unloading her car 9/9/17 and bent over to set down something light when her back gave out and locked up. She had immediate severe lumbar pain and radiating pain down the left lower extremity to the shin. Visited UTC the next day and was prescribed muscle relaxors. Visited PCP shortly after where she received lumbar injection and steroid dose pack. Reporting that steroid pack significantly helped radicular symptoms. At start of treatment, patient reporting no symptoms past her left buttock.

**Questionnaires: M-O: Oswestry Disability Index (ODI): Scoring:**

- Date 09/18/2017
- Assessment Initial
- Percentage 22.00%

## Assessment

The patient requires skilled physical therapy to address the problems identified, and to achieve the individualized patient goals as outlined in the problems and goals section of this evaluation. Overall rehabilitation potential is good. The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

**Recommendations: Skilled Intervention: Required To:**

- Decrease Pain. Improve Function. Improve Motor Control. Increase Strength. Increase Range of Motion.

## Problems & Goals

***Problem #1*Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees).**

- Active Extension (lower lumbar soreness) 90 Degrees
- Active Flexion 90 Degrees
- Active Side Bend Left 30 Degrees
- Active Side Bend Right 30 Degrees

*LTG Achieve by Oct 16, 2017.*

**Lumbar extension will not increase discomfort.**

***Problem #2*Chief Complaint: Pain: Severity at Worst: 8/10.**

*LTG Achieve by Oct 16, 2017.*

**GROC +5**

***Problem #3*ADL / Functional Status: Current Status: Patient reporting she has been off of work at Toyota since injury. Job**



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

**requires lots of sit to stand, twisting, squatting, reaching, and leaning. Reporting she has been avoiding a lot of activity to keep pain down. Increased pain in buttock with prolonged sitting.**

*LTG Achieve by Oct 16, 2017.*

**Independence in HEP.**

## Plan

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**

- Client Education. Gait Training. Home Exercise Program. Manual Therapy Techniques. Modalities: As Needed. Neuromuscular Re-education. Self Care/Home Management. Therapeutic Activities. Therapeutic Exercise.

Michael W. Hopper, PT, PT(KY Lic: 006740)
Signed on Sep 18, 2017 21:11:34

**Please Sign and Return**

I have reviewed the Plan of Care established for skilled therapy services and certify that the services are required and that they will be provided while the patient is under my care.

**Comments/Revisions**

**Doris W. Adams APRN** **Date**



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

**Progress Notes**

**Patient:** REECE, JAMIE
**Account Number:** 4197223
**DOB:** **Age:** 48 Y **Sex:** Female
**Phone:**
**Address:**
**Pcp:** Of Lexington Family Practice Associates

**Provider:** Samantha Howard, APRN
**Date:** 08/10/2017

## Subjective:

**Chief Complaints:**

1. ear pain (R).

**HPI:**

Ears:

48 year old female presents with c/o pain for began this am.

c/o right ear pain that began this AM. Noticed when she went to clean ears out after shower this AM that is was painful to put q-tip in and has had shooting pains off and on throughout the day. Associated symptoms: right side of throat sore, right lymph nodes tender to touch. Denies fever, rhinorrhea, nasal congestion. Alleviated by: has not tried anything OTC. Worsened by: touch. Discomfort 5/10 with pain, resting 1/10.

**ROS:**

CONSTITUTIONAL:
no chills. no fever.

EYES:
no watery. no itchy. no redness. no drainage.

EARS:
no ringing. no hearing loss. no previous ear infections. ear pain yes. no sensation of fullness.

NOSE:
no rhinorrhea. no congestion. no drainage.

MOUTH AND THROAT:
sore throat yes. scratchy throat yes.

NECK:
no pain. no stiffness. swollen glands yes. no decreased range of motion.

RESPIRATORY:
no cough.

**Medical History:** Healthy.

**Surgical History:** hysterectomy 2006, tonsilectomy .

**Hospitalization/Major Diagnostic Procedure:** see above .

**Family History:** Father: deceasedMother: aliveNon-Contributory

**Social History:** Tobacco Use (Smart Form) Are you a: **never smoker**. Occupation: toyota.

**Medications:** Taking Hormone Medications compounded as directed , Discontinued acyclovir 800 mg tablet 1 tab(s) orally 5 times a day, Medication List reviewed and reconciled with the patient

**Allergies:** N.K.D.A.

## Objective:

**Vitals:** Temp 97.7, Pulse 76, RR 16, BP 95/70, Pain (at time of visit) hpi, LNMP hyst, Ht 67, Wt 155, BMI 24.27.

**Examination:**

Focused Exam:

GENERAL: no acute distress, well nourished and hydrated, appearance congruent with stated age, appears well. EYES: conjunctiva pink w/o inflammation or pallor, sclera white, no discharge. EARS: bilateral, external canal w/o redness, swelling, discharge, TM intact, pearly gray, landmarks visualized, TM bulging, fluid visualized behind TM. NOSE external nose free of swelling, trauma, and deviation, no discharge, no septal deviation or perforation, mucosa dull red, smooth, moist, & free of inflammation, no frontal or maxillary tenderness. MOUTH AND THROAT: lips pink, moist, oral mucosa pink, moist, w/o lesions or discolorations, uvula midline, pharynx pink, moist, w/o infection. NECK: no lymphadenopathy, full range of motion. RESPIRATORY: breath sounds clear throughout, respiration even and unlabored. CARDIO: S1 & S2 single sounds, no murmurs, gallops, rubs, or clicks, RRR.

## Assessment:

**Assessment:**

1. Bilateral acute serous otitis media, recurrence not specified - H65.03 (Primary)

## Plan:

**1. Bilateral acute serous otitis media, recurrence not specified**

Start fluticasone nasal spray, 50 mcg/inh, 1 spray(s), intranasally, once a day, 30 day(s), 1 ; Start cetirizine tablet, 10 mg, 1 tab(s), orally, once a day, 30 day(s), 30 Tablet .

Notes: Eustachian Tube Dysfunction results in negative pressure in the middle ear cleft. Symptoms are often mild and do not persist beyond a few days. Swallow, yawn, or chewing can equalize the pressure in the middle ear, and is appropriate especially on aircrafts. Hearing impairment caused by patulous Eustachian tubes may improve with supine position or leaning the head forward. Intranasal corticosteroids are given intranasally to minimize edema and inflammation at the Eustachian tube orifice. The treatment may be given at any time after clinical presentation. The risks or significant complications associated with intranasal corticosteroid use are nose bleeds. Primary Treatment Options: fluticasone propionate nasal : (50 micrograms/spray) 100 micrograms (2 sprays) in each nostril once daily. After you have used nasal saline to clear you nasal passaged, blow your nose a couple of times, then use the flonase spray in your nose: 2 sprays each nostril once a day. Fluticasone is a steroid. It prevents the release of substances in the body that cause inflammation. It is used to treat nasal symptoms such as congestion, sneezing, and runny nose caused by seasonal or year-round allergies. Fluticasone may also be used for other purposes. The usual dose of fluticasone nasal is 1 to 2 sprays into each nostril once per day. Before using the spray for the first time, you must prime the spray pump. Shake the medicine well and sprey 6 test sprays into the air and away from your face. Prime the spray pump any time you have not used your nasal spray. Spray until a fine mist appears. Shake the medicine bottle well just before each use. It may take up to several days of using this medicine before your symptoms improve. Spray up into the nostril, but away from your nasal septum (middle), may irritate your septum. For best results, keep using the medication as directed. Talk with your doctor if your symptoms do not improve after a week of treatment. Fluticasone nasal can lower the blood cells that help your body fight infections. Avoid being near people who are sick or have infections. Call your doctor for preventive treatment if you are exposed to chicken pox or measles. While using fluticasone nasal, tell your doctor if you have severe or ongoing nose bleed, vision problems, sores in the nose that won't heal, or if you have fever, chills, body aches, or flu symptoms.

**Follow Up:** No follow-up is indicated unless symptoms worsen after 3-5 days, new symptoms develop, or symptoms do not improve or resolve after 10-14 days

**Provider:** Samantha Howard, APRN
**Patient:** REECE, JAMIE **DOB:** **Date:** 08/10/2017

**Electronically signed by SH33009 Samantha Howard on 08/10/2017 at 02:50 PM CDT**
**Sign off status: Pending**

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

KORT
The Best In Rehab.

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

| | | | |
|---|---|---|---|
| Patient: | Jamie Reece | Visit Date: | Apr 17, 2017 |
| Acct #: | 036-430317001 | FSC: | BCBS |
| DOB: | | Payor: | ANTHEM KY |
| Clinician: | Mark A. Neal, PT | Pol/Claim#: | TOAAN1313675 |
| Prim Phy: | Lindsey Glckner APRN | Insured: | Jamie Reece |
| Phy Phone: | (859) 278-5007 | Employer: | Toyota |
| Phy Fax: | (859) 278-6867 | Case Mgr: | No Orthonet |
| Sec Phy: | Not Specified | Visits: | 3 |
| Inj. Date: | 3/1/2017 | Cxl/Ns: | 2 |
| Surg. Date: | Not Specified | | |

# Plan of Care

**Diagnoses**

| | | |
|---|---|---|
| Right Hip/Pelvis | M25.551 | Pain in right hip |
| | M70.61 | Trochanteric bursitis, right hip |

## Subjective Examination

**ADL / Functional Status:**

- Current Status: Basic care: Independent With Difficulty.

**Questionnaires: Lower Extremity Functional Scale (LEFS):**

| | |
|---|---|
| • Date | 03/15/2017 |
| • Assessment | Admit |
| • Total Score | 76.00 |
| • Percent of Maximal Function | 95.00% |

## Assessment

The patient requires skilled physical therapy to address the problems identified, and to achieve the individualized patient goals as outlined in the problems and goals section of this evaluation. Overall rehabilitation potential is good. The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

**Assessment of Improvement:**

- Patient hasn't been seen in 4 weeks. She has made minimal improvements in strength, but larger improvements in hip AROM. She continues to have intermittent pain, but at times severe at work. Recommend continued PT at 2x/week for 4 weeks.

**Recommendations: Skilled Intervention Required To:**

- Decrease Pain. Improve Balance. Improve Function. Improve Motor Control. Increase Range of Motion. Increase Strength. Return to Premorbid State.

## Problems & Goals

***Problem #1*Chief Complaint: Pain: Severity at Worst: 3/10.**

*LTG Achieve by May 15, 2017. Progress: Good progress.*

**Symptomatic Improvements:**

- Decreasing Pain: to 0/10.

*Goal Achieved Apr 17, 2017.*

**Symptomatic Improvements:**

- Decreasing Pain: to 5/10.

***Problem #2*ADL / Functional Status: Current Status: Basic care: Independent With Difficulty.**

*LTG Achieve by May 15, 2017. Progress: Good progress.*

**ADL Improvements In:**

- Patient will perform all daily activities with no pain and no restrictions.

***Problem #3*Palpation: ttp at the right greater trochanter and right iliopsoas.**

*LTG Achieve by May 15, 2017. Progress: Good progress.*

**Palpable Improvements:**

- Tenderness Decreasing to: 0=No tenderness noted.

*Goal Achieved Apr 17, 2017.*

**Palpable Improvements:**

- Tenderness Decreasing to: 1=Complaint of pain.

***Problem #4*Range of Motion: Hip/Pelvis: Pre-Treatment.**

| | Left AROM | Right AROM |
|---|---|---|
| • External Rotation | 50 | 55 |
| • Flexion | 120 | 125 |
| • Internal Rotation | [illegible] | 35 |

*LTG Achieve by May 15, 2017. Progress: Good progress.*

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com



| Range of Motion Improvements to: Hip/Pelvis: | Left AROM | Left PROM | Right AROM | Right PROM |
|---|---|---|---|---|
| • Gross Assessment | WNL | WNL | WNL | WNL |

| *Problem #5* Muscle Testing: Lower Extremity MMT. | Left | Right |
|---|---|---|
| • Hip Abduction | 4/5 | 4/5 |
| • Hip Extension | 4/5 | 4/5 |
| • Hip External Rotation | 4/5 | 3/5 |
| • Hip Flexion | 4/5 | 4/5 |
| • Hip Internal Rotation | 4/5 | 4/5 |
| • Knee Extension | 5/5 | 5/5 |
| • Knee Flexion | 5/5 | 5/5 |

*LTG Achieve by May 15, 2017. Progress: Good progress.*

| Musculoskeletal Improvements In: Lower Extremity Strength to: | Left | Right |
|---|---|---|
| • Gross Assessment | 4/5 | 4/5 |

## Plan

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**

- Active Assistive Range of Motion Activities. Active Range of Motion Activities. Client Education. Gait Training. Group Therapy. Home Exercise Program. Joint Mobilization Techniques. Joint Protection. Manual Range of Motion Activities. Manual Therapy Techniques. Neural Mobilization Techniques. Neuromuscular Re-education. Passive Range of Motion Activities. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Activities. Trigger Point Dry Needle. Therapeutic Exercise.
- Modalities:
  - Cryotherapy. Interferential Stimulation. Moist Hot Pack. Ultrasound.

Mark A. Neal, PT, PT(KY Lic: 005703)
Signed on Apr 17, 2017 21:04:57

**Please Sign and Return**

I have reviewed the Plan of Care established for skilled therapy services and certify that the services are required and that they will be provided while the patient is under my care.

**Comments/Revisions**

**Lindsey Clickner APRN** **Date**

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

KORT
The Best In Rehab.

| | | | |
|---|---|---|---|
| Patient: | Jamie Reece | Visit Date: | Mar 15, 2017 |
| Acct #: | 036-430317801 | FSC: | BCBS |
| DOB: | | Payor: | ANTHEM KY |
| Clinician: | Mark A. Neal, PT | Pol/Claim#: | TOAAN1313675 |
| Prim Phy: | Lindsey Ockner APRN | Insured: | Not Specified |
| Phy Phone: | (859) 278-5007 | Employer: | Not Specified |
| Phy Fax: | (859) 278-6867 | Case Mgr: | Not Specified |
| Sec Phy: | Not Specified | Visits: | 1 |
| Inj. Date: | 2/15/2017 | Cd/Ns: | 0 |
| Surg. Date: | Not Specified | | |

# Plan of Care

**Diagnoses**

| | | |
|---|---|---|
| Right Hip/Pelvis | M25.551 | Pain in right hip |
| | M70.61 | Trochanteric bursitis, right hip |

## Subjective Examination

The medical history questionnaire has been completed and signed by the patient, reviewed by the evaluating therapist, and is on file.

**ADL / Functional Status:**
- Premorbid Status:
  - Basic care: Independent Without Difficulty. Work status: Independent Without Difficulty. Recreation/Athletics: Independent Without Difficulty.
- Current Status:
  - Work status: Independent With Difficulty. Recreation/Athletics: Independent With Difficulty.

**Chief Complaint:**
- Pain: Severity: Current : 4/10.

**Functional Comorbidity Index:**
- Arthritis (RA, OA).

**Rehabilitation Expectations/Goals:**
- Return to ADL Performance: Unrestricted/Symptom Free. Return to Work Activities: Unrestricted/Symptom Free. Return to Recreational Activities: Unrestricted/Symptom Free.

**ADL / Functional Status:**
- Current Status: Basic care: Independent With Difficulty.

**Chief Complaint:**
- Pain: Severity at Worst: 8/10.

**Mechanism of Injury:**
- Patient says she began having right hip pain about a month ago. She cannot relate it to an injury. She has pain in her right groin and into her thigh and buttock. She has had no imaging studies, but has been given oral steroids that have decreased her pain. She has most difficulty with prolonged sitting and stairs and walking.

**Questionnaires: Lower Extremity Functional Scale (LEFS):**

| | |
|---|---|
| • Date | 03/15/2017 |
| • Assessment | Admit |
| • Total Score | 76.00 |
| • Percent of Maximal Function | 95.00% |

## Assessment

The patient requires skilled physical therapy to address the problems identified, and to achieve the individualized patient goals as outlined in the problems and goals section of this evaluation. Overall rehabilitation potential is good. The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

**Recommendations: Skilled Intervention: Required To:**
- Decrease Pain. Improve Function. Improve Motor Control. Increase Range of Motion. Increase Strength. Return to Premorbid State.

## Problems & Goals

***Problem #1*Chief Complaint: Pain: Severity at Worst: 8/10.**

*STG Achieve by Mar 29, 2017.*

**Symptomatic Improvements:**
- Decreasing Pain: to 5/10.

*LTG Achieve by Apr 12, 2017.*

**Symptomatic Improvements:**
- Decreasing Pain: to 0/10.

***Problem #2*ADL / Functional Status: Current Status: Basic care: Independent With Difficulty.**



This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

*LTG Achieve by Apr 12, 2017.*

**ADL Improvements In:**

- Patient will perform all daily activities with no pain and no restrictions.

***Problem #3*Palpation: ttp at the right greater trochanter and right iliopsoas.**

*STG Achieve by Mar 29, 2017.*

**Palpable Improvements:**

- Tenderness Decreasing to: 1=Complaint of pain.

*LTG Achieve by Apr 12, 2017.*

**Palpable Improvements:**

- Tenderness Decreasing to: 0=No tenderness noted.

| ***Problem #4*Range of Motion: Hip/Pelvis: Pre-Treatment.** | **Left AROM** | **Right AROM** |
|---|---|---|
| • External Rotation | 30 | 55 |
| • Flexion | 120 | 125 |
| • Internal Rotation | 42 | 20 |

*LTG Achieve by Apr 12, 2017.*

| **Range of Motion Improvements to: Hip/Pelvis:** | **Left AROM** | **Left PROM** | **Right AROM** | **Right PROM** |
|---|---|---|---|---|
| • Gross Assessment | WNL | WNL | WNL | WNL |

| ***Problem #5*Muscle Testing: Lower Extremity MMT.** | **Left** | **Right** |
|---|---|---|
| • Hip Abduction | 4/5 | +3/5 |
| • Hip Extension | +3/5 | +3/5 |
| • Hip External Rotation | +3/5 | +3/5 |
| • Hip Flexion | 4/5 | 4/5 |
| • Hip Internal Rotation | 4/5 | 4/5 |
| • Knee Extension | 5/5 | 5/5 |
| • Knee Flexion | 5/5 | 5/5 |

*LTG Achieve by Apr 12, 2017.*

| **Musculoskeletal Improvements In: Lower Extremity Strength to:** | **Left** | **Right** |
|---|---|---|
| • Gross Assessment | 4/5 | 4/5 |

## Plan

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**

- Active Assistive Range of Motion Activities. Active Range of Motion Activities. Client Education. Gait Training. Group Therapy. Home Exercise Program. Joint Mobilization Techniques. Joint Protection. Manual Range of Motion Activities. Manual Therapy Techniques. Neural Mobilization Techniques. Neuromuscular Re-education. Passive Range of Motion Activities. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Activities. Therapeutic Exercise. Trigger Point Dry Needle.
- Modalities:
  - Cryotherapy. Interferential Stimulation. Moist Hot Pack. Ultrasound.



This fax was received by GFI FaxMaker fax server. For more information visit: http://www.gfi.com

## Procedure

# XR SPINE LUMBAR AP AND LATERAL

Jamie Reece

**Final, Reviewed**
Diagnosis:
Ordered by Lindsey H. Clickner, APRN on 9/13/2017 (Routine)
Performed on 9/13/2017 2:27 PM
Reviewed by Lindsey H. Clickner, APRN on 9/14/2017

Comments: LBP, left buttocks pain x 3 days, non trauma

(Reason for Exam:->acute bilateral low back pain with left-sided sciatica
Patient Pregnant->No
EXAMINATION: XR SPINE, LUMBAR, AP AND LATERAL-09/12/2017:

INDICATION: Acute bilateral low back pain with left-sided sciatica; M54.42-Lumbago with sciatica, left side.

COMPARISON: NONE.

FINDINGS: AP, lateral, and spot views of the lumbar spine reveal no evidence of acute fracture or malalignment. The vertebral body height and disc spaces are preserved. Facets are well aligned. Pedicles are intact. Minimal degenerative changes seen within the sacroiliac joints, left greater than right.

Minimal degenerative changes seen in the lumbar spine with no evidence of acute fracture or dislocation. Degenerative changes seen within the left sacroiliac joint.

D: 09/13/2017
E: 09/13/2017

This report was finalized on 9/13/2017 2:27 PM by Dr. Katherine Jenkins, MD.

LBP, left buttocks pain x 3 days, non trauma
)

Addendum
*Lindsey Clickner 09/14/2017 10:17 AM*
no acute abnormalities of lumbar spine and disc spaces are preserved. Minimal degenerative changes (arthritis) noted in left sacroiliac joint (top of left hip). OK for PT referral if pain persists.

# INVOICE

**FAMILY PRACTICE ASSOCIATES**
**OF LEXINGTON, PSC**

1775 Alysheba Way, Suite 201
Lexington, KY 40509
Phone 859-278-6717 Fax 859-278-6867

**DATE:** 09/11/2018
**FOR:** *MEDICAL RECORDS*

**Bill To:LIBERTY MUTUAL**
PO BOX 7209
LONDON, KY 40742

**JAMIE REECE**
**DATE OF BIRTH:**
**S.S. # XXX-XX-XXXX**
**REFERENCE #8356763**

| DESCRIPTION | AMOUNT |
|---|---|
| COPY FEE | $25.00 |
| POSTAGE | |
| **TOTAL** | **$25.00** |

Make all checks payable to Family Practice Associates
of Lexington, PSC
TAX ID# 61-1141828
If you have any questions concerning this invoice, contact
Denise Mcmillion @ 859-278-5007 ext 2145

**THANK YOU FOR YOUR BUSINESS!**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

SUSANNA MOBERLY SN, APRN, FNP-BC
RHEUMATOLOGY-LEXINGTON CLINIC
1221 S. BROADWAY LCSB-5
LEXINGTON KY 40504

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

September 13, 2018

Susanna Moberly, Sn, Aprn, Fnp-Bc
Rheumatology-Lexington Clinic
1221 S. BROADWAY LCSB-5
LEXINGTON, KY 40504

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece
Claimant D.O.B.:

Dear Susanna Moberly:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 12, 2016 through present.

We ask that you provide this information by September 27, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tracey Sprous
Disability Claims Case Manager
Phone No.: (855) 508-4895 Ext. 41452
Secure Fax No.: (603) 559-0310

Attachments: 8191808-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.25.2018

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7307

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) self Relationship self

Signature of claimant or legal representative DocuSigned by: Jamie Reece 8A2AB9A73984414...

Date of Birth: _ __ Claim Number: 8191808 Date: 6/25/2018

**A copy of this authorization will be considered as valid as the original.**

| | |
|---|---|
| **To:** | +1 (603) 559-0310 |
| **Company:** | |
| **Fax:** | +1 (603) 559-0310 |
| **Subject:** | |
| **Ref:** | |
| **From:** | Jerome Collins |
| **Fax:** | +1 (888) 830-1191 |
| **Date:** | 09/13/2018 |
| **Time:** | 08:22:39 AM CST |
| **Pages:** | 4 |
| **Remarks:** | |

MediCopy Services, Inc.
8 City Blvd Suite 400
Nashville, TN 37209

This facsimile transmission contains confidential information, some or all of which may be protected health information as defined by the federal Health Insurance Portability & Accountability Act (HIPAA) Privacy Rule. This transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential, and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission intended recipient), you are hereby notified that any disclosure, dissemination, distribution, or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify MediCopy Services, Inc. by telephone (number listed above) to arrange the return or destruction of this information and all copies.

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

REECE, JAMIE 21591363 DISABI
* 81073546x13059 First Page ClinDoc

August 28, 2018

Susanna Moberly, Sn, Aprn, Fnp-Bc
Rheumatology-Lexington Clinic
1221 S. BROADWAY LCSB-5
LEXINGTON, KY 40504

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece
Claimant D.O.B.:

Dear Susanna Moberly:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 12, 2016 through present.

We ask that you provide this information by September 11, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

If you have any questions regarding this matter, please contact me.

MediCopy Received 9/12/18
Date Range Requested Invalid
SSN / DOB Checked ✓
Employee
MediCopy Scanned 9/12/18

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7307

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) self Relationship self

Signature of claimant or legal representative DocuSigned by: Jamie Reece

Date of Birth: ____ Claim Number: 8191808 Date: 6/25/2018

**A copy of this authorization will be considered as valid as the original.**

# FAXED REQUESTS WILL NOT BE PROCESSED.

LEXINGTON CLINIC **ONLY** ACCEPTS MEDICAL RECORDS REQUESTS VIA MAIL OR WALK IN.

THIS INCLUDES BUT IS NOT LIMITED TO REQUESTS FOR BILLING, IMAGING, AND ALL PHI.

PLEASE MAIL YOUR REQUEST WITH THE ORIGINAL SIGNATURE TO:

**LEXINGTON CLINIC**

**RELEASE OF INFORMATION**

**1221 SOUTH BROADWAY**

**LEXINGTON, KY 40504**

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Thu, 13 Sep 2018 16:37:45 +0000
**To:**
donna.sutherland@toyota.com;GrpMktClmOpsReporting@LibertyMutual.com;shelly.shrout@toyota.co
m
**Subject:** JAMIE REECE, 277390, Claim# 8191808, S

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

Based on our recent investigation regarding JAMIE REECE's Short Term Disability (STD) claim, we have determined that the claim is closed due to MAXIMUM DURATION/SWITCHED TO LTD with a closure date of 10/21/2018.

JAMIE has been notified of this determination under separate cover, including an explanation of their right to appeal. In order to be considered, JAMIE must submit an appeal to Liberty no later than 10/01/2018.

If you have further questions please call Liberty Mutual at (800) 320-7585.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Thu, 13 Sep 2018 16:37:45 +0000
**To:** donna.sutherland@toyota.com;GrpMktClmOpsReporting@LibertyMutual.com;shelly.shrout@toyota.com
**Subject:** JAMIE REECE, 277390, Claim# 8191808, S

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

Based on our recent investigation regarding JAMIE REECE's Short Term Disability (STD) claim, we have determined that the claim is closed due to MAXIMUM DURATION/SWITCHED TO LTD with a closure date of 10/21/2018.

JAMIE has been notified of this determination under separate cover, including an explanation of their right to appeal. In order to be considered, JAMIE must submit an appeal to Liberty no later than 10/01/2018.

If you have further questions please call Liberty Mutual at (800) 320-7585.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Thu, 13 Sep 2018 16:37:45 +0000
**To:** donna.sutherland@toyota.com;GrpMktClmOpsReporting@LibertyMutual.com;shelly.shrout@toyota.com
**Subject:** JAMIE REECE, 277390, Claim# 8191808, S

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

Based on our recent investigation regarding JAMIE REECE's Short Term Disability (STD) claim, we have determined that the claim is closed due to MAXIMUM DURATION/SWITCHED TO LTD with a closure date of 10/21/2018.

JAMIE has been notified of this determination under separate cover, including an explanation of their right to appeal. In order to be considered, JAMIE must submit an appeal to Liberty no later than 10/01/2018.

If you have further questions please call Liberty Mutual at (800) 320-7585.

«Sequence_Number»

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209

JAMIE REECE

0000

*4000002002913*

**Lincoln/Reece 3489**

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

September 13, 2018

JAMIE REECE

0000

RE: Short Term Disability (STD) Benefits
TOYOTA MOTOR ENGINEERING & MAN
Claim #: 8191808

MS. REECE

Team Member ID - 277390

We have recently received updated medical information pertaining to your claim. Based on our review of this information your STD benefits have been extended through 10/20/2018. STD benefits are payable from 4/22/2018 through 10/20/2018.

Please be advised that where applicable Toyota's Medical Leave of Absence (MLOA) will run concurrently with your approved STD claim.

While on MLOA from Toyota:

- You are to stay in contact with your GL/supervisor on a weekly basis and provide any updates on your leave status.
- You may not engage in any other employment, including self-employment, or any activity that would be in violation of your medical restrictions.
- Reference your Company's MLOA policy for additional information including return to work procedures.

MLOA days will also count against any entitlement under Family and Medical Leave Act (FMLA) or State leave. You will receive a separate notification from Liberty regarding FMLA/State leave.

***Extension of Benefits:***
Please note that extension of benefits beyond 10/20/2018 will require additional medical documentation that supports continued disability. Lack of sufficient medical evidence to support your claim will result in the denial of further disability benefits.

If you should feel your disability will extend beyond the approved through date, please submit updated medical records from your treating provider(s). This information must include office

treatment notes, test results, prescription histories, and treatment plans from your treating physicians.

***Payment of Benefits:***
You will receive STD benefits directly from Toyota. You can expect payment of these benefits with your regular company scheduled payroll.

***Benefit Overpayment:***
STD benefits are reduced by Other Income Benefits as well as any applicable taxes. Covered Earnings and Other Income Benefits are defined by your STD Plan.

Other Income Benefits may include, but are not limited to: Social Security Disability or Retirement, No-Fault insurance, State Disability benefits, pension, Veterans' benefits or any other disability payments from another group insurance policy. Please notify us immediately if you begin to receive any other sources of income.

If your benefit is overpaid Toyota has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your STD Plan.

Liberty Life Assurance Company of Boston (“Liberty”) is responsible for managing claims for Short Term Disability ("STD”) benefits under Toyota’s Group Disability Plan.

If you have any questions regarding your Disability leave, please contact me.

Sincerely,

Tracey Sprous
Disability Case Manager
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Thu, 13 Sep 2018 15:53:35 +0000
**To:** donna.sutherland@toyota.com;shelly.shrout@toyota.com
**Subject:** Claim #8191808, JAMIE REECE
**Attachments:** TEMA_06-066619_STD_EXT_ASO.clm_num=8191808.09-13-18.Pub.CC.doc

****THIS IS AN AUTOMATED EMAIL MESSAGE -** PLEASE DO NOT REPLY AS MESSAGES ARE NOT MONITORED**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at (800) 838-5290 and permanently delete the original and any copy of any e-mail and any printout thereof.

**********Text on the pages that follow from attachments to the email.**********

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

September 13, 2018

JAMIE REECE

0000

RE: Short Term Disability (STD) Benefits
TOYOTA MOTOR ENGINEERING & MAN
Claim #: 8191808

MS. REECE

Team Member ID - 277390

We have recently received updated medical information pertaining to your claim. Based on our review of this information your STD benefits have been extended through 10/20/2018. STD benefits are payable from 4/22/2018 through 10/20/2018.

Please be advised that where applicable Toyota's Medical Leave of Absence (MLOA) will run concurrently with your approved STD claim.

While on MLOA from Toyota:

- You are to stay in contact with your GL/supervisor on a weekly basis and provide any updates on your leave status.
- You may not engage in any other employment, including self-employment, or any activity that would be in violation of your medical restrictions.
- Reference your Company's MLOA policy for additional information including return to work procedures.

MLOA days will also count against any entitlement under Family and Medical Leave Act (FMLA) or State leave. You will receive a separate notification from Liberty regarding FMLA/State leave.

***Extension of Benefits:***
Please note that extension of benefits beyond 10/20/2018 will require additional medical documentation that supports continued disability. Lack of sufficient medical evidence to support your claim will result in the denial of further disability benefits.

If you should feel your disability will extend beyond the approved through date, please submit updated medical records from your treating provider(s). This information must include office

treatment notes, test results, prescription histories, and treatment plans from your treating physicians.

***Payment of Benefits:***

You will receive STD benefits directly from Toyota. You can expect payment of these benefits with your regular company scheduled payroll.

***Benefit Overpayment:***

STD benefits are reduced by Other Income Benefits as well as any applicable taxes. Covered Earnings and Other Income Benefits are defined by your STD Plan.

Other Income Benefits may include, but are not limited to: Social Security Disability or Retirement, No-Fault insurance, State Disability benefits, pension, Veterans' benefits or any other disability payments from another group insurance policy. Please notify us immediately if you begin to receive any other sources of income.

If your benefit is overpaid Toyota has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your STD Plan.

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability ("STD") benefits under Toyota's Group Disability Plan.

If you have any questions regarding your Disability leave, please contact me.

Sincerely,

Tracey Sprous
Disability Case Manager
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Thu, 13 Sep 2018 15:53:35 +0000
**To:** donna.sutherland@toyota.com;shelly.shrout@toyota.com
**Subject:** Claim #8191808, JAMIE REECE
**Attachments:** TEMA_06-066619_STD_EXT_ASO.clm_num=8191808.09-13-18.Pub.CC.doc

****THIS IS AN AUTOMATED EMAIL MESSAGE -** PLEASE DO NOT REPLY AS MESSAGES ARE NOT MONITORED**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at (800) 838-5290 and permanently delete the original and any copy of any e-mail and any printout thereof.

**********Text on the pages that follow from attachments to the email.**********

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

September 13, 2018

JAMIE REECE

0000

RE: Short Term Disability (STD) Benefits
TOYOTA MOTOR ENGINEERING & MAN
Claim #: 8191808

MS. REECE

Team Member ID - 277390

We have recently received updated medical information pertaining to your claim. Based on our review of this information your STD benefits have been extended through 10/20/2018. STD benefits are payable from 4/22/2018 through 10/20/2018.

Please be advised that where applicable Toyota's Medical Leave of Absence (MLOA) will run concurrently with your approved STD claim.

While on MLOA from Toyota:

- You are to stay in contact with your GL/supervisor on a weekly basis and provide any updates on your leave status.
- You may not engage in any other employment, including self-employment, or any activity that would be in violation of your medical restrictions.
- Reference your Company's MLOA policy for additional information including return to work procedures.

MLOA days will also count against any entitlement under Family and Medical Leave Act (FMLA) or State leave. You will receive a separate notification from Liberty regarding FMLA/State leave.

***Extension of Benefits:***
Please note that extension of benefits beyond 10/20/2018 will require additional medical documentation that supports continued disability. Lack of sufficient medical evidence to support your claim will result in the denial of further disability benefits.

If you should feel your disability will extend beyond the approved through date, please submit updated medical records from your treating provider(s). This information must include office

treatment notes, test results, prescription histories, and treatment plans from your treating physicians.

***Payment of Benefits:***

You will receive STD benefits directly from Toyota. You can expect payment of these benefits with your regular company scheduled payroll.

***Benefit Overpayment:***

STD benefits are reduced by Other Income Benefits as well as any applicable taxes. Covered Earnings and Other Income Benefits are defined by your STD Plan.

Other Income Benefits may include, but are not limited to: Social Security Disability or Retirement, No-Fault insurance, State Disability benefits, pension, Veterans' benefits or any other disability payments from another group insurance policy. Please notify us immediately if you begin to receive any other sources of income.

If your benefit is overpaid Toyota has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your STD Plan.

Liberty Life Assurance Company of Boston (“Liberty”) is responsible for managing claims for Short Term Disability ("STD”) benefits under Toyota’s Group Disability Plan.

If you have any questions regarding your Disability leave, please contact me.

Sincerely,

Tracey Sprous
Disability Case Manager
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MS. JAMIE REECE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

September 11, 2018

Ms. Jamie H. Reece

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763

Dear Ms. Jamie Reece:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Toyota Motor Engineering & Manufacturing North America, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by October 11, 2018.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Tracey Sprous
Disability Claims Case Manager
Phone No.: (855) 508-4895 Ext. 41452
Secure Fax No.: (603) 559-0310

Attachments: 8356763-ACKNOWLEDGE-NEW CLAIM-08.28.2018

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MS. JAMIE REECE

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

August 28, 2018

Ms. Jamie H. Reece

RE: Long Term Disability (LTD) and Short Term Disability (STD) Benefits
Toyota
Claim #: 8356763 and 8191808

Dear Ms. Jamie Reece:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Toyota Motor Engineering & Manufacturing North America, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

You have been receiving Short Term Disability (STD) benefits since April 22, 2018. Should your disability continue through the maximum benefit date, STD benefits are payable through October 20, 2018.

Tracey Sprous has been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

During the remainder of this benefit period, we will be reviewing your claim for consideration under Toyota Motor Engineering & Manufacturing North America, Inc.'s LTD Policy. Please note that receipt of STD benefits does not automatically mean that LTD benefits will be approved. The provisions and requirements in the LTD Policy differ from those of the STD Plan and may require that we request additional information prior to making a claim determination.

Toyota Motor Engineering & Manufacturing North America, Inc.'s LTD Policy contains the following exclusion regarding pre-existing conditions:

***Pre-Existing Condition Exclusion(s)***

*This policy will not cover any Disability or Partial Disability:*

1. *which is caused or contributed to by, or results from, a Pre-Existing Condition; and*

2. *which begins in the first 12 months immediately after the Covered Person's effective date of coverage.*

***"Pre-Existing Condition"*** *means a condition resulting from an Injury or Sickness for which the Covered Person is diagnosed or received Treatment within three months prior to the Covered Person's effective date of coverage.*

***For Employees who Increase their Coverage Option During an Annual Enrollment:***

*This policy will not cover any increase in amount of coverage for any Disability or Partial Disability:*

1. *which is caused or contributed to by, or results from, a Pre-Existing Condition; and*

2. *which begins in the first 12 months immediately after the Covered Person's effective date of increased coverage.*

***"Pre-Existing Condition"*** *means a condition resulting from an Injury or Sickness for which the Covered Person is diagnosed or received Treatment within three months prior to the Covered Person's effective date of increased coverage.*

Your coverage for LTD benefits under the Policy became effective on December 12, 2017, and your disability occurred on April 15, 2018. Since your date of disability falls within twelve months of your effective date of coverage the Policy requires us to conduct a pre-existing condition investigation. This investigation is part of our overall evaluation of your eligibility for disability benefits. For your claim, the Pre-Existing investigation period we are reviewing is September 12, 2017 through December 11, 2017.

To assist us with our investigation, please provide us the full names, addresses, and telephone numbers of all medical providers, including pharmacies, which you have used from December 12, 2016 through the present date on the enclosed Claimant Information Form.

Additionally, please contact each of your medical providers and request they provide our office with the following information:

- A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, prescription history and treatment plans from December 12, 2016 through present.

To assist us with our review, please complete the following forms and return them by the due date indicated below:

X Activities Questionnaire Form
X Agreement Concerning Benefits Form
X Authorization - Medical

X Claimant Information Form
X Claimant Supplementary Statement
X Family Information Questionnaire
X Training Education Experience
X Workers' Compensation Information Form
X Authorization
X Copy of Valid ID

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated below.

Toyota Motor Engineering & Manufacturing North America, Inc.'s LTD Policy requires that you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than October 11, 2018.

Toyota Motor Engineering & Manufacturing North America, Inc.'s LTD Policy requires that you provide proof of disability in order to receive benefits. The Policy requires that you provide proof of disability as follows:

***Notice and Proof of Claim***

1. ***Notice***

   a. *Notice of claim must be given to Liberty within 30 days of the date of the loss on which the claim is based. If that is not possible, Liberty must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Liberty.*

   b. *When written notice of claim is applicable and has been received by Liberty, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Liberty written Proof of claim without waiting for the forms.*

2. ***Proof***

   a. *Satisfactory Proof of loss must be given to Liberty no later than 90 days after the end of the Elimination Period.*

   b. *Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*

c. *Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Liberty within 30 days of the request for such Proof.*

*Liberty reserves the right to determine if the Covered Person's Proof of loss is satisfactory.*

On August 28, 2018, we requested medical records from IHS Kentucky, Family Practice Associates, Dr Ryan Donegan, Dr. Nicole Everman, Dr. Indhira Bisono-Jimenez, Dr. Willliams Kibler, Dr. Patrick Leung, Dr. Matthew Tutt and Susanna Moberly. To date, we have not received all of the information necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

Additionally, please contact each of your medical providers and request they provide our office with the following information:

- A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, prescription history and treatment plans from December 12, 2016 through present.

To assist us with our review, please complete the following forms and return them by the due date indicated below:

X Activities Questionnaire Form
X Agreement Concerning Benefits Form
X Authorization - Medical
X Claimant Information Form
X Claimant Supplementary Statement
X Family Information Questionnaire
X Training Education Experience
X Workers' Compensation Information Form
X Authorization
X Copy of Valid ID

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated below.

Toyota Motor Engineering & Manufacturing North America, Inc.'s LTD Policy requires that you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than October 11, 2018.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tracey Sprous
Disability Claims Case Manager
Phone No.: (855) 508-4895 Ext. 41452
Secure Fax No.: (603) 559-0310

Attachments: Activities Questionnaire Form
Agreement Concerning Benefits Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
Family Information Questionnaire
Training Education Experience
Workers' Compensation Information Form
Authorization

# ACTIVITIES QUESTIONNAIRE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

**Return To:** Tracey Sprous



EMPLOYEE/CLAIMANT NAME: Jamie Reece

CLAIM NO: 8356763 DATE OF BIRTH: __

EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North America, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit ________ stand ________ walk ________

How many hours a day do you:

sit ________ stand ________ walk ________

Do you take a nap during the day?

Yes________ No ________

If Yes, for how long? ________ At what time of the day?________

How many hours a day do you spend in bed?________

Do you require any assistive devices such as a:

cane ______ walker______ crutches ______ wheelchair ______ other______

How long are you able to sit in a car?________

Do you hold a valid driver's license?

Yes________ No ________

If No, please explain: ________

If Yes, how long are you able to drive a car?________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

________

Do you have children?

Yes______ No ______ If Yes, what are their dates of birth ________

Do you need help caring for your children?

Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes______ No ______ If Yes, please explain ________

How many times a day do you leave the house during the week? ________

On the weekends? ________

How often do you run errands? ________

Please describe what errands you most commonly run: ________

________

How often do you get outdoors? ______________________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ________________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ________________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ______________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ______________________________

______________________________________________________________

______________________________________________________________

*ACTIVITIES QUESTIONNAIRE*



How often do you travel or take vacation? ______________________

Where do you go? How do you get there (transportation method)? ______________________

______________________

Are you able to pursue your hobbies? Yes ______ No ______

If Yes, please describe ______________________

Do you participate in an exercise program? Yes ______ No ______

If Yes, please describe ______________________

Do you do any Volunteer work? Yes ______ No ______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ______________________

Are you working for wages? Yes ______ No ______

If Yes, please provide employer's name ______________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

______________________

______________________

______________________

______________________

______________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______________________

______________________

______________________

______________________

______________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: ______________________ Date: ______________________

Signature: ______________________

**Lincoln/Reece 3509**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

# AGREEMENT CONCERNING BENEFITS

Return To: Tracey Sprous

Policy No: 06 - 066619

Claim Number: 8356763

Employer: Toyota Motor Engineering & Manufacturing North America, Inc.

Address

Claimant:
Jamie Reece

Date of Disability: 04/15/2018

In return for the advance payment of group disability benefits made to me by Liberty Life Assurance Company of Boston, which may be in excess of the amount due to me under the terms of Policy number 06 066619 I, for myself, my heirs, executors, administrators and assigns agree:

1) That I am not currently receiving any benefits from Social Security and/or Workers' Compensation.

2) If I apply for Social Security benefits and/or Workers' Compensation benefits I will promptly notify Liberty Life Assurance Company of Boston.

3) If I, and/or my spouse and family receive any benefits payments, from Social Security and/or Workers' Compensation, I, and/or my spouse and family will immediately notify by Liberty Life Assurance Company of Boston, of such benefit payments and pay back any overpayment resulting from this award in accordance with my Policy provisions.

4) I understand that thereafter Liberty Life Assurance Company of Boston is entitled to integrate any amounts received from Social Security and/or Workers' Compensation with the benefits payable under the Policy in accordance with the terms of the Policy.

I understand that Liberty Life Assurance Company of Boston in reliance on the above statements and promises, has agreed to advance benefits to me.

______________________________
Claimant Name (please print)

______________________________
Address

______________________________
Signature

______________________________
Date

***PLEASE RETAIN A COPY FOR YOUR RECORDS, OR ONE MAY BE PROVIDED FOR YOU UPON REQUEST.***

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________________ Relationship ________________

Signature of claimant or legal representative ______________________________

Date of Birth: _ _ Claim Number: 8356763 Date: ______________________

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

**Return To:** Tracey Sprous

EMPLOYEE/CLAIMANT NAME: Jamie Reece

CLAIM NO: 8356763

EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North America, Inc. DATE OF BIRTH: ___

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 12/12/2016 to present . *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ____________________
Specialty: ____________________
Address: ____________________
____________________
Telephone No. :( ) ______ Fax No. :( ) ______

Name: ____________________
Specialty: ____________________
Address: ____________________
____________________
Telephone No. :( ) ______ Fax No. :( ) ______

Name: ____________________
Specialty: ____________________
Address: ____________________
____________________
Telephone No. :( ) ______ Fax No. :( ) ______

Name: ____________________
Specialty: ____________________
Address: ____________________
____________________
Telephone No. :( ) ______ Fax No. :( ) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ____________________
Specialty: ____________________
Address: ____________________
____________________
Telephone No. :( ) ______ Fax No. :( ) ______

Name: ____________________
Specialty: ____________________
Address: ____________________
____________________
Telephone No. :( ) ______ Fax No. :( ) ______

**PHARMACY(S):**

Name: ____________________
Specialty: ____________________
Address: ____________________
____________________
Telephone No. :( ) ______ Fax No. :( ) ______

Name: ____________________
Specialty: ____________________
Address: ____________________
____________________
Telephone No. :( ) ______ Fax No. :( ) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ____________________ **DATE:** ____________________

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

**Return to:** Tracey Sprous

**EMPLOYEE/CLAIMANT NAME:** Jamie Reece **CLAIM #:** 8356763

**EMPLOYER:** Toyota Motor Engineering & Manufacturing North America, Inc. **DATE OF BIRTH:**

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |

| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |
|---|---|---|

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) ____________ | $ | | | |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______________________

**DATE:** ______________ **EMPLOYEE'S SIGNATURE:** ______________________

DP 409

# FAMILY INFORMATION QUESTIONNAIRE

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

**Return to:** Tracey Sprous

EMPLOYEE/CLAIMANT NAME: Jamie Reece

CLAIM NO: 8356763

EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North Ame

DATE OF BIRTH: ________

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ______ Married ______ Divorced ______

If married, please indicate your spouse's name and date of birth. Name: ______________________ DOB: __________

Do you have children or dependents*? Yes ______ No ______

If yes, please provide additional details below, using additional space as needed.

* An Eligible dependent may include:

- Biological Child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: __________ No: __________

If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ________________________________________

Date: ______________________

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

EMPLOYEE/CLAIMANT NAME: Jamie Reece

CLAIM NO: 8356763 ____________

EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North America, Inc. ____________ DATE OF BIRTH: ______

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: ____________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ____________ Certificate Program completed: ____________

Associates Degree: ____________ College: number of years: ____________

Bachelor's Degree: BA /BS Major: ____________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ____________

Professional Training, License, Certificates(s): ____________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ____________

List any other Training or Classes Attended or Plan to Attend: ____________

Additional Skills, Hobbies & Volunteer Work ____________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ____________ To: ____________

Branch of Service: ____________ Specialty: ____________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

2. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

3. Company: ______________ Department: ______________ From: ________ To: ______

Job Title(s): ______________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ______________________________

______________________________

4. Company: ______________ Department: ______________ From: ________ To: ______

Job Title(s): ______________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ______________________________

______________________________

5. Company: ______________ Department: ______________ From: ________ To: ______

Job Title(s): ______________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ______________________________

______________________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ______________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ______________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ______________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ______________ Work: ______________

**SIGNATURE:** ______________ **PHONE NO:** ( ) ______________

# Workers' Compensation
# INFORMATION FORM

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

Return To: Tracey Sprous

EMPLOYEE/CLAIMANT NAME: Jamie Reece

CLAIM NO: 8356763

EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North America, Inc.

DATE OF BIRTH: __________

We received your disability claim form. The form indicates that your disability is the result of a work related Injury/Sickness. Please provide the following information and return this form to my attention in order to avoid any delay in processing.

1. Date of Injury/Sickness: ______________________
2. Location of Injury (please provide complete address): ______________________
3. Description of Injury/Sickness (please include copy of accident report): ______________________

______________________

4. Please provide the name of your Employer:

Company Name: ______________________

Address: ______________________

Supervisor Name: ______________ Telephone: (    ) ______________

5. Please provide the name of your Employer's Workers' Compensation Carrier or Administrator:

Insurance Carrier: ______________________

Address: ______________________

Telephone: (    ) ______________________

Claim Representative: ______________________

6. Are you collecting benefits from your Employer's Workers' Compensation Insurance Company or Administrator?

Yes ☐ No ☐

If "Yes": Weekly Benefit Amount $ ______________________

Claim No.: ______________________

7. Are you using the services of an attorney?

Yes ☐ No ☐

If "Yes": Name: ______________________

Address: ______________________

Telephone: (    ) ______________________

SIGNATURE: ______________________ DATE: ______________________

DP 539D – Rev. 12/02

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ____________________

Name of legal representative, if applicable (print) ____________________ Relationship ____________

Signature of claimant or legal representative ____________________

Date of Birth: _ ______ Claim Number: 8356763 Date: ____________________

**A copy of this authorization will be considered as valid as the original**

**Lexington Clinic**

**Physical Therapy Prescription**

Orthopedics - Sports Medicine
700 Bob-O-Link Drive
Phone: (859) 258-8575
Fax: (859) 258-8562

Name: Jamie Reece

Clinic No: ______ Date: ______

Diagnosis: Impingement

~~Precautions~~/Special Instructions: Emphasize scapular retraction, co-contraction. May start resistance training, wts + tubing

Date of next visit to Physician: ______

**Treatment Desired:**

___ **Evaluate and Treat:** Progressing as Tolerated

___ **Therapeutic Exercise**

- ✓ Strengthening
- ___ Flexibility
- ___ Stabilization
- X ROM Full Rom
- ___ Functional Activities
- X Postural Exercise
- X Scapular Stabilization
- ___ Core Stability
- ___ Closed Kinetic Chain
- ___ Joint Mobilization
- ___ Soft Tissue Mobilization
- ___ TKA ___ TSA ___ THA Program
- ___ Tens Instruction

___ **Gait Training/Weight Bearing Status**

___ NWB ___ PWB ___ WBAT

___ **Brace/Orthotic Fitting** ______

___ **Modalities per Therapist Discretion**

- ___ Ultrasound
- ___ Phonophoresis
- ___ Iontophoresis
- ___ Whirlpool
- ___ Edema Management
- ___ Moist Heat
- ___ Traction
- ___ Soft Tissue Mobilization
- ___ Electrical Stimulation
- ___ Ice
- ___ Tens

X **Home Program for:** Thanks

W. Ben Kibler, MD

04012709 (01/11/2016)

---

**Lexington Clinic**

**Orthopedic Surgery Department**

Work Status Report Form

Date: 9
Time In:
Time Ou[t]

Employee/Patient Name: Jamie Reece

Lexington Clinic MRN: ______

SSN: ______

Date of Injury: ______

Employer: ______

Contact ______ Phone ______

WC Insurer ______

Contact ______ Phone ______

Dates Effective:

**WORK STATUS:**

Regular Duty ______
Unable to Return ✓
Modified Duty ______

- ☐ No driving commercial vehicles
- ☐ No prolonged standing & walking Time: ______
- ☐ No shoulder movement **above / at** s[houlder]
- ☐ No climbing
- ☐ No prolonged sitting
- ☐ Limited use **right / left** hand
- ☐ No pushing / pulling / lifting Pounds: ______
- ☐ Keep injured part clean & dry
- ☐ Can only work in splint
- ☐ Sit down work only
- ☐ Other:

**OFFICE VISIT:**

First Visit
Recheck
Released

**TREATMENT:**

Medications:

Physical Therapy:

Occupational Therapy:

Referral / Testing:

Other:

Next Appointment: Nov 8th @ 8:45

Diagnosis: From orthopedic standpoint unable to do regular duty. to have rheumatologic input regarding ultimate return to [cut off]

Physician Signature: W. Ben Kibler

0403272[8]

Lincoln/Reece 3519

P.O. Box 3162
Lafayette, Louisiana 70502
800-873-0933 / 337-837-2608
800-436-4399 / 337-837-2293 fax
hub@hubenterprises.com
hubenterprises.com

August 30, 2018

**TRACEY SPROUS**
**LIBERTY MUTUAL BENEFITS**
2510 West Dunlap Ave, Suite 300
Phoenix, AZ 850212732

| | |
|---|---|
| Claim Number: | **8356763** |
| Subject: | **JAMIE REECE** |
| Date of Loss: | **UNKNOWN** |
| Injury: | **UNKNOWN** |
| Received: | **2018-08-28** |
| Analysts: | **LAKISHA MALBROUGH AND LATONIA CHEVIS** |
| HUB Case: | **1808002368** |
| HUB Contact: | **HEATHER ROSS** |




## RED FLAGS:

There were no red flags identified.

## SUMMARY:

On Thursday, August 30, 2018, we conducted a pharmacy check of area facilities near Lexington, KY for records related to the claimant, Jamie Reece. Records were located at Walmart Pharmacy within the provided date range. Records were also located at Walgreens Pharmacy; however, we were unable to determine if prescriptions were filled within the provided date range.

According to research, names associated with the claimant were listed as Jamie H Milby, Jamie Reece, Jamie Hunter Reece, James Milby, Jamie Hunter, Jamie Hunter Milby, Jamie L Hunter, Jamie H Alexander, Hunter Milby, Jamie Hunter-Milby, James E Milby, Jamie Milby, Jamie Hunter Milby, Jamie

E Milby, James H Milby, Jamie Huntermilby, Jamie Hunter Alexander, Jamie Alexander and Reece Jamie Hunter. Records were located utilizing the name Jamie Milby and Jamie Reece and the provided date of birth.

According to research, the claimant is associated with addresses located in Lexington, KY.

We drafted and forwarded a letter of request via fax to Walmart Pharmacy Legal Department at 479-204-9655 to obtain records from December 12, 2016 through present related to the claimant.

We drafted and forwarded a letter of request and mailed it to Walgreens Pharmacy Custodian of Records at PO Box 4039, MS 735, Danville, IL 61834 to obtain records from December 12, 2016 through present related to the claimant.

## MEDICAL CANVASS DETAILS:

## TREATMENT LOCATED AT THE FOLLOWING LOCATIONS:

### Pharmacy:

| Facility | Contact | Treatment Dates and Type |
|---|---|---|
| **Walmart Pharmacy**<br><br>**1859 Bypass Road**<br>**Winchester, KY 40391**<br><br>**(859) 744-6055** | **Emily**<br><br>**Pharmacy Technician** | **Has records**<br><br>**08/20/2018 (last d.o.s)**<br><br>**We attempted to obtain any and all dates of service; however, this facility would only provide us with a last date of service of 08/20/2018.**<br><br>**Records were located utilizing the name Jamie Reece with the provided date of birth.**<br><br>**To obtain pharmacy records, a** |

| | | |
|---|---|---|
| | | **request and signed medical release form must be faxed to (479) 204-9655. We were provided with the telephone number (479) 204-6788 and email address: hportreq@wal-mart.com to follow-up with our request.**<br><br>**Turnaround time is approximately 30 business days from the day the request is received.**<br><br>**We were advised there will be a processing fee to obtain dates of service and/or records; however, the amount is undetermined at this time.** |
| **Walgreens Pharmacy**<br><br>**1857 Plaudit Plaza**<br>**Lexington, KY 40509**<br><br>**(859) 543-8665** | **Sanda**<br><br>**Pharmacy Technician** | **Has records; however, information cannot be provided over the telephone.**<br><br>**Records were located utilizing the name Jamie Milby with the provided date of birth.**<br><br>**To obtain pharmacy records, a request and signed medical release form must be mailed to:**<br>**Walgreens Pharmacy**<br>**Custodian of Records**<br>**PO Box 4039, MS 735**<br>**Danville, IL 61834**<br><br>**We were provided with the telephone number of (217) 554-8949 to follow-up with our request.**<br><br>**Turnaround time is approximately 30 business days from the day the request is received.**<br><br>**We were advised there will be a processing fee to obtain dates of service and/or records; however,** |

| | | |
|---|---|---|
| | | **the amount is undetermined at this time.** |

## NO TREATMENT LOCATED AT THE FOLLOWING LOCATIONS:

### PHARMACY SEARCH

| DATE AUGUST 30, 2018 | ANALYSTS: LAKISHA MALBROUGH AND LATONIA CHEVIS | CLIENT FILE # 8356763 |
|---|---|---|

We have made every attempt to ensure accuracy on this report. However, we must depend on the facility personnel for our information. This report is confidential, is not in violation of any known FCRA laws and is meant only for you and your attorneys.

| Facility | Contact | Treatment Dates and Type |
|---|---|---|
| Clark County Pharmacy<br><br>716 Boone Avenue<br>Winchester, KY 40391<br><br>(859) 744-3350 | Sarah<br><br>Pharmacy Technician | No records |
| Costco Pharmacy<br><br>1500 Fitzgerald Court<br>Lexington, KY 40509<br><br>(859) 245-3630 | Alison<br><br>Pharmacy Technician | No records |
| Toyota Family Pharmacy<br><br>1001 Cherry Blossom Way<br>Georgetown, KY 40324<br><br>(502) 570-4608 | No Name Provided<br><br>Pharmacist | No records |
| Kentucky One Health Comm Pharmacy<br><br>120 North Eagle Creek Drive<br>Lexington, KY 40509<br><br>(859) 967-5923 | Penny<br><br>Pharmacy Technician | No records |

| | | |
|---|---|---|
| Rite Aid Pharmacy<br><br>104 Pedro Way<br>Winchester, KY 40391<br><br>(859) 745-7870 | Tammy<br><br>Pharmacy Technician | No records |
| CVS Pharmacy<br><br>3097 Todds Road<br>Lexington, KY 40509<br><br>(859) 266-3202 | Lisa<br><br>Pharmacy Technician | No records |
| Kroger Pharmacy<br><br>1661 Bypass Road<br>Winchester, KY 40391<br><br>(859) 745-0802 | Ashley<br><br>Pharmacy Technician | No records |
| C&C Pharmacy<br><br>3122 Mapleleaf Drive<br>Lexington, KY 40509<br><br>(859) 263-1220 | Terry<br><br>Pharmacy Technician | No records |

**HUB Enterprises is not responsible for the processing of Medical Release Forms.**

MediCopy

| | |
|---|---|
| **To:** | +1 (603) 334-7307 |
| **Company:** | |
| **Fax:** | +1 (603) 334-7307 |
| **Subject:** | |
| **Ref:** | |
| **From:** | Brooke Ladue |
| **Fax:** | +1 (833) 330-0521 |
| **Date:** | 09/05/2018 |
| **Time:** | 01:23:32 PM CST |
| **Pages:** | 6 |
| **Remarks:** | |


MediCopy Services, Inc.
8 City Blvd Suite 400
Nashville, TN 37209



This facsimile transmission contains confidential information, some or all of which may be protected health information as defined by the federal Health Insurance Portability & Accountability Act (HIPAA) Privacy Rule. This transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential, and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission intended recipient), you are hereby notified that any disclosure, dissemination, distribution, or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify MediCopy Services, Inc. by telephone (number listed above) to arrange the return or destruction of this information and all copies.

21591363

**Liberty Mutual.**
**INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7307

August 24, 2018

Dr. Matthew P. Tutt, MD
Lexington Clinic
1221 SOUTH BROADWAY
LEXINGTON, KY 40504

RE: Short Term Disability (STD) Benefits
Toyota
Claim #: 8191808
Claimant: Jamie Reece
Claimant D.O.B.:

Dear Dr. Matthew Tutt:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 14, 2018 through the present.

We ask that you provide this information by August 31, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-7307 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

MediCopy Received 9 / 4 / 18
Date Range Requested ______
SSN / DOB Checked ______
Employee ______
MediCopy Scanned / /



Lincoln/Reece 3527

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Andrew Socaciu
Disabil Claims Case Mgr I
Phone No.: (855) 508-4895 Ext. 41552
Secure Fax No.: (603) 334-7307

Attachments: 8191808-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.25.2018

DocuSign Envelope ID: 8B6213AD-ADE9-47BB-98B0-5189D9FEEA4C

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7307

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) self Relationship self

Signature of claimant or legal representative DocuSigned by: Jamie Reece 8A7AB0A730B4414...

Date of Birth: ______ Claim Number: 8191808 Date: 6/25/2018

**A copy of this authorization will be considered as valid as the original.**

*002260*
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
GROUP BENEFITS DISABILITY CLAIMS
P.O. BOX 7209
LONDON, KY 40742-7209

DR MATTHEW TUTT MD
LEXINGTON CLINIC
1221 SOUTH BROADWAY
LEXINGTON KY 40504

*4000000100030000001002260260*

MediCopy

## Notice of No Records

We have received your request for records. A thorough search has been made for the records you have requested. Unfortunately, we were unable to locate records at this time. Please review the following information regarding this discrepancy. If you have any questions, or feel that you are receiving this notice in error, please contact us at MediCopy at 866.587.6274.

**Patient Information:**

Patient Name: JAMIE REECE

DOB/SSN:

**Records/Information Requested From:**

Facility/Dr. Name: LEXINGTON CLINIC/MATTHEW TUTT

**Reason That Records/Information Could Not Be Provided**

☐ Patient Not Seen at Facility/Dr.'s Office:

☑ No Records for Dates Requested. Last Seen on_____/_____/_____

☐ Other

MediCopy Services, Inc. *simple. secure. solutions.*
8 City Blvd Suite 400 Nashville, TN 37209
866.587.MCSI I www.MediCopy.net

| | |
|---|---|
| **To:** | +1 (603) 559-0310 |
| **Company:** | |
| **Fax:** | +1 (603) 559-0310 |
| **Subject:** | |
| **Ref:** | |
| **From:** | Stephen Surrell |
| **Fax:** | +1 (888) 830-0548 |
| **Date:** | 09/06/2018 |
| **Time:** | 02:14:31 PM CST |
| **Pages:** | 11 |
| **Remarks:** | |

MediCopy Services, Inc.
8 City Blvd Suite 400
Nashville, TN 37209

This facsimile transmission contains confidential information, some or all of which may be protected health information as defined by the federal Health Insurance Portability & Accountability Act (HIPAA) Privacy Rule. This transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential, and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission intended recipient), you are hereby notified that any disclosure, dissemination, distribution, or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify MediCopy Services, Inc. by telephone (number listed above) to arrange the return or destruction of this information and all copies.

MediCopy Services, Inc.
PO Box 331787
Nashville TN 37203

MediCopy

PHONE: 866-587-6274 TAX ID 75-3134811

LIBERTY MUTUAL - 7209
P.O. BOX 7209
LONDON KY 40742

| | |
|---|---|
| Invoice # | 124370246 |
| Invoice Date | September 6, 2018 |
| **Balance Due (USD)** | **$37.08** |

| Item | Description | Unit Cost | Quantity | Line Total |
|---|---|---|---|---|
| LEXCL85 | HEALTH INFORMATION REQUESTED FROM THE LEXINGTON CLINIC<br><br>BASIC MEDICAL RECORDS FEE | 35.00 | 1 | 35.00 |
| LEXCLADD | MEDICAL RECORDS PER PAGE | 0.50 | 4 | 2.00 |
| FAX | FAXED RECORDS FROM SECURED DATA LINE (RECORDS ATTACHED) | 0.02 | 4 | 0.08 |
| 10 | | 0.00 | 0 | 0.00 |

| | |
|---|---|
| **Total** | **37.08** |
| Amount Paid | 0.00 |
| **Balance Due (USD)** | **$37.08** |

**Terms**
***DUE ON RECEIPT***
NOTICE: A $5.00 LATE FEE WILL BE
ASSESSED TO YOUR INVOICE/ACCOUNT
IF PAYMENT IS NOT RECEIVED WITHIN 30 DAYS.




**Notes**
JAMIE REECE

LEXINGTON CLINIC

CLAIM # 8356763

**Lincoln/Reece 3533**

# PAYMENT STUB

**To Pay Your Invoice Online**
Go to https://medicopy.freshbooks.com/code and enter the code XrX4zrvCiWrfWR3

MediCopy Services, Inc.
PO Box 331787
Nashville TN 37203

| | |
|---|---|
| **Client** | LIBERTY MUTUAL - 7209 |
| **Client Phone** | 800-291-0112 |
| **Invoice #** | 124370246 |
| **Invoice Date** | September 6, 2018 |
| **Balance Due (USD)** | $37.08 |
| **Amount Enclosed** | |

**Lincoln/Reece 3534**

21591363
3555141

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

August 28, 2018

Dr. William Kibler, MD
1221 S BROADWAY
LEXINGTON, KY 40504

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 12, 2016 through present

We ask that you provide this information by September 11, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

If you have any questions regarding this matter, please contact me.

MediCopy Received 9 / 5 /18
Date Range Requested ________
SSN / DOB Checked ________
Employee ________
MediCopy Scanned ___ / ___ / ___

Sincerely,

Tracey Sprous
Disability Claims Case Manager
Phone No.: (855) 508-4895 Ext. 41452
Secure Fax No.: (603) 559-0310

Attachments: 8191808-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.25.2018

DocuSign Envelope ID: 8B6213AD-ADE9-47BB-98B0-5189D9FEEA4C

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7307

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) self Relationship self

Signature of claimant or legal representative DocuSigned by: Jamie Reece 8A2AB9A73984414...

Date of Birth: ______ Claim Number: 8191808 Date: 6/25/2018

**A copy of this authorization will be considered as valid as the original.**

*000014*
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
GROUP BENEFITS DISABILITY CLAIMS
P.O. BOX 7209
LONDON, KY 40742-7209

DR WILLIAM KIBLER MD
1221 S BROADWAY
LEXINGTON KY 40504

*400000010003000001000014014*

## Medical Records - CONFIDENTIAL

TO:

**Name: REECE, JAMIE H**

**DOB:**

**Date Range: 12/12/2016 to 08/28/2019**

**This document contains the following records of the patient:**
- **Encounters and Procedures**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:21591363-A-13059]

# Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 07/13/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 07/13/2018 08:45AM |
| **DOB** | | **Service Dept.** | ORTHOPEDICS PICADOME |
| **Provider** | W BEN KIBLER, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

np rt shoulder, will bring MRI discPatient comes for evaluation of problems with the right shoulder. She came for evaluation and second opinion of problems with the right shoulder. She has a job that involves a lot of repetitive pushing and pulling and overhead lifting. She developed soreness and tenderness since January. She was put on restrictions, was told that she had some tendinitis and she was put on some open chain activation exercises. This did not seem to relieve the symptoms. She eventually sought other opinions. She has had multiple workups including an EMG for any type of nerve impingement, a workup for cervical issues and a workup for possible multiple sclerosis. These have all been negative. She was told that she had mainly a muscle problem, but she has not been on a specific therapy program for scapular retraction or stabilization. She has soreness, tenderness over the anterior aspect of the shoulder in the infraclavicular area and along the anterior aspect of the shoulder with some pain which goes down into her elbow. She has been unable to continue doing work because of the pain and limitations. She has mild soreness at nighttime. However, she can sleep during the night. Because of continued symptoms she came for further evaluation.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

07/13/2018 09:39 am

**Ht:** 5 ft 7 in **Wt:** 170 lbs **BMI:** 26.6

**BP:** 118/72

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **folic acid** | 07/13/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |

| | | |
|---|---|---|
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability<br>- Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Allergies/Hayfever: **Y**

## HPI

Her history is as outlined. There is no history of acute trauma other than the chronic repetitive use.

## ROS

**Additionally reports: She has no diabetes. She has no collagen vascular disease. She has a Sjogren's type psoriatic arthritis that she is taking medicine for and that seems to keep this in fairly good control.**

## Physical Exam

Patient is a 49-year-old female.

Physical exam from a kinetic chain standpoint, shows she has bilateral weakness of the hips with 1 leg stability. She has weakness of low row that is improved by hip active assistance. She has painful arc in forward flexion that is relieved by scapular assistance. She has weakness with external rotation and forward flexion that is relieved by scapular retraction. She has pain to palpation of the coracoid base muscles of the pectoralis minor and the short head of the biceps that creates an anterior tilt of the scapula. She gets pain down her arm from the trigger point, referred pain from her pectoralis minor. She has tightness of her scalenes as well. She has no instability, her neurologic exam is normal leg work exam is negative.

## Assessment / Plan

She will be put on a therapy program to see if we cannot relieve some of the overhead and scapular retraction symptoms. She will continue working on strengthening to the level of tolerance. She will return to see me in another 2 months. We can talk about seeing if we can get her back into some type of work activities at that time.

**1. Scapulalgia**
M89.8X1: Other specified disorders of bone, shoulder

**2. Impingement syndrome of shoulder region -** Right
M75.41: Impingement syndrome of right shoulder
- ROTATOR CUFF INJURY: CARE INSTRUCTIONS
- ROTATOR CUFF: EXERCISES

**Discussion Notes**

She has a mild amount of the collagen vascular disease that is probably adding to the problem. However, I think the major problem is the kinetic chain and scapular problems with some mild chronic pain syndrome as well. We discussed all these findings and the relationship to the clinical findings with her.

## Return to Office

- DANIEL M ROUSE, PT, DPT for NEW PATIENT at PHYSICAL THERAPY PICADOME on 07/25/2018 at 09:30 AM
- AN-YU CHEN, MD for RECHECK at GASTRO SB on 09/04/2018 at 01:00 PM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 09/07/2018 at 09:30 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by W BEN KIBLER, MD, 07/16/2018.

Encounter performed and documented by W BEN KIBLER, MD
Encounter reviewed & signed by W BEN KIBLER, MD on 07/16/2018 at 4:58pm

# Medical Records - CONFIDENTIAL

**FROM:** KY - Patrick K. Leung MD
Niki B
1401 HARRODSBURG RD, STE C225, LEXINGTON, KY 40504-1750
Phone: (859) 373-0700
Fax: (859) 422-3994

**TO:**

**Name: REECE, JAMIE**

**DOB: 09/22/1968**

**Date Range: 01/01/2018 to 09/04/2018**

**This document contains the following records of the patient:**
- **Encounters and Procedures**
- **Imaging Results**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation.
[ID:1791-A-16626]

**REECE, JAMIE (id #1791, dob:**

## Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 07/03/2018**

### Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 1791 | **Appt. Date/Time** | 07/03/2018 08:00AM |
| **DOB** | | **Service Dept.** | Main Office |
| **Provider** | PATRICK K. LEUNG, MD | | |
| **Insurance** | Med Primary: BCBS-KY (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : HAYSLIP, DIANA C<br>Med Worker's Comp: MSMM<br>Employer Name : TOYOTA<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

### Chief Complaint

Possible multiple sclerosis

### Patient's Care Team

**Primary Care Provider (Primary Insurance):** HAYSLIP, DIANA C: 1775 ALYSHEBA WAY, SUITE 201, LEXINGTON, KY 40509-2381, Ph 859-278-5007, Fax 859-278-6867
**Insurance Adjuster (Worker's Comp):** PATTY YEAST

### Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**

### Vitals

07/03/2018 08:28 am

| | | |
|---|---|---|
| **Ht:** 5 ft 7 in | **Wt:** 160 lbs | **BMI:** 25.1 |
| **BP:** 110/78 | **Pulse:** 76 bpm | **RR:** 16 |

### Allergies

Reviewed Allergies
NKDA

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **esomeprazole magnesium 40 mg capsule,delayed release** | 05/11/18 | filled |
| **folic acid 1 mg tablet** | 03/26/18 | filled |
| **indomethacin 50 mg capsule** | 06/13/18 | filled |
| **LORazepam 0.5 mg tablet** | 06/22/18 | filled |
| **metHOTREXate sodium 2.5 mg tablet** | 05/24/18 | filled |

### Vaccines

None recorded.

### Problems

Reviewed Problems
- Hoffman syndrome - Onset: 07/03/2018

### Family History

Reviewed Family History
Mother - Heart disease

### Social History

Reviewed Social History
Smoking Status: Never smoker
Live alone or with others?: with others
Alcohol intake: None

## Surgical History

Reviewed Surgical History
- Hysterectomy

## Past Medical History

Reviewed Past Medical History
Arthritis: **Y**
Migraines: **Y**

## HPI

Mrs. Reece is a 49-year-old married white female Toyota team member. She developed right shoulder pain. She was seen by Dr. Donegan. Pain radiates to her right arm. EMG/NCV of the right arm is normal. She had an MRI scan of the right shoulder that was unremarkable. She subsequently had MRI scan of the cervical spine which showed questionable lesion in the spinal cord. She was referred to Dr. Matthew Tutt. She was found to be hyperreflexic. Multiple sclerosis was suspected as a possible explanation. She subsequently had MRI scan of the brain and the thoracic spine that is unremarkable on my review. She is here today for neurologic evaluation.

Her current complaint remains the same. She has right shoulder pain with movement. Pain is localized between her shoulder and collarbone. She has no other symptoms to suggest multiple sclerosis. There is no hemiparesis, hemisensory loss, visual disturbance, ataxia, bladder or bowel dysfunction.

## ROS

Patient reports **chest pain** but reports no rapid or irregular heartbeat (palpitations) and no pounding heartbeat. She reports **heartburn** but reports no difficulty swallowing (dysphagia), no constipation, no diarrhea, no nausea, no stomach pain, and no vomiting. She reports **limb pain and neck pain** but reports no joints-swollen, no muscle cramps, no muscle soreness, no muscle stiffness, and no twitching. She reports **alternately too hot and too cold** but reports no excessive thirst. She reports no eye pain, no dry eyes, no blurred vision, no seeing double (diplopia), no vision loss, and no pain in the eyes: burning. She reports no ringing in the ears (tinnitus), no ear pain, no difficulty hearing, no dryness of mouth, and no sore throat. She reports no sore throat, no bleeding gums, no mouth ulcers, no oral abnormalities, no teeth problems, no ringing in the ears, and no sinusitis. She reports no cough, no coughing up blood (hemoptysis), no cough phlegm, no wheezing, and no shortness of breath (dyspnea). She reports no blood in urine (hematuria), bladder symptoms, and no incontinence. She reports no excessive sweating, no dry skin, no itching, no peeling of the skin, and no rash. She reports no dizziness, no numbness, no memory loss, no headaches, no imbalance or falling, no jerking, no lightheadedness, no shaking, no slurred speech, no numbness, no tingling, and no weakness. She reports no angry, no depression, no high irritability, no loss of interest in activities, no loss of interest in friends and family (social withdrawal), no nervous, no change in personality, no sadness, no suicidal thoughts, and no withdrawl. She reports no easy bleeding tendency, no easy bruising tendency, and no swollen glands. She reports no fatigue, no fever, no loss of appetite, no night sweats, no shaking chills, no poor sleep, no daytime sleepiness, no snoring, and no weight loss.
**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

She is pain with rotation, abduction and extension of her right shoulder.The patient is alert and pleasant. Head is atraumatic. Neck is supple without carotid bruit. Heart has regular rate and rhythm without murmur. Dorsalis pedis pulses are palpable. Neurologically, the patient is oriented ×3 with intact short and long-term memory, fund of knowledge, language function, judgment, insight and attention span. There is no evidence of aphasia or dysarthria. Cranial nerves II through XII are unremarkable. Funduscopic examination is benign. Pupils are equal, round and reactive to light. Motor examination reveals normal strength, bulk and tone. Reflexes are symmetrical. Toes are downgoing. Finger to nose, heel-to-shin are well done. Patient can do heel, toe and tandem walk without problem. Romberg is negative. Gait and station is intact. Sensory examination is intact to all primary modalities.

## Assessment / Plan

**1. Impingement syndrome of right shoulder region** -

The patient is a 49-year-old white female who has right shoulder impingement syndrome. I found no evidence to suggest multiple sclerosis.

M75.41: Impingement syndrome of right shoulder

**Patient Instructions**

Finding has been discussed with the patient in detail.

There is no evidence of multiple sclerosis.

She has appointment with Dr. Kibler for second opinion of her right shoulder.

Return as needed.

### Return to Office

None recorded.

### Encounter Sign-Off

Encounter signed-off by Patrick K. Leung, MD, 07/03/2018.

Encounter performed and documented by Patrick K. Leung, MD
Encounter reviewed & signed by Patrick K. Leung, MD on 07/03/2018 at 8:34am

**Encounter Date: 03/22/2018**

### Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 1791 | **Appt. Date/Time** | 03/22/2018 03:00PM |
| **DOB** | | **Service Dept.** | Main Office |
| **Provider** | PATRICK K. LEUNG, MD | | |
| **Insurance** | Med Worker's Comp: MSI RISK MANAGEMENT<br>Employer Name : TOYOTA<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

### Chief Complaint

None recorded.

### Patient's Care Team

**Insurance Adjuster (Worker's Comp):** PATTY YEAST

### Vitals

None recorded.

### Allergies

None recorded.

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **cyclobenzaprine 10 mg tablet** | 09/10/17 | filled |
| **diclofenac sodium 75 mg tablet,delayed release** | 09/11/17 | filled |
| **esomeprazole magnesium 40 mg capsule,delayed release** | 02/05/18 | filled |
| **estradiol 1 mg tablet** | 11/29/17 | filled |
| **fluconazole 150 mg tablet** | 01/09/18 | filled |
| **fluticasone 50 mcg/actuation nasal spray,suspension** | 08/11/17 | filled |
| **Fluzone Quad 2017-18(PF) 60 mcg(15 mcgx4)/0.5 mL intramuscular syringe** | 12/06/17 | filled |
| **folic acid 1 mg tablet** | 03/19/18 | filled |
| **ketoprofen 75 mg capsule** | 03/07/17 | filled |
| **Loratadine-D 10 mg-240 mg tablet,extended release 24 hr** | 11/28/17 | filled |

| | | |
|---|---|---|
| **metHOTREXate sodium 2.5 mg tablet** | 01/26/18 | filled |
| **methylPREDNISolone 4 mg tablets in a dose pack** | 09/11/17 | filled |
| **naproxen 500 mg tablet,delayed release** | 09/10/17 | filled |
| **ondansetron HCl 4 mg tablet** | 05/04/17 | filled |
| **predniSONE 5 mg tablet** | 01/26/18 | filled |
| **Suprep Bowel Prep Kit 17.5 gram-3.13 gram-1.6 gram oral solution** | 07/14/17 | filled |
| **terconazole 0.4 % vaginal cream** | 01/09/18 | filled |
| **topiramate 50 mg tablet** | 05/04/17 | filled |

## Vaccines

None recorded.

## Problems

Reviewed Problems

## Procedure Documentation

**NCV/EMG:**
Results

## Assessment / Plan

**1. Paresthesia**
R20.2: Paresthesia of skin
- NECK PAIN: CARE INSTRUCTIONS

Return to Office
None recorded.

## Encounter Sign-Off

Encounter signed-off by Robby Allen, 03/22/2018.

Encounter performed and documented by Patrick K. Leung, MD
Encounter reviewed & signed by Robby Allen on 03/22/2018 at 3:26pm

## Imaging Results

## ELECTROMYOGRAM + NERVE CONDUCTION STUDY

(#15875, 03/22/2018 12:00am)

**Patrick K Leung, M.D., PSC**
**Neurodiagnostic Laboratory**
1401 Harrodsburg Road, C-225
Lexington, KY 40504
Phone: (859) 373-0700
Fax: (859) 422-3994

**Test Date:** 3/22/2018

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | Jamie Reece | **DOB:** | | **Physician:** | Patrick Leung, M.D. |
| **Sex:** | Female | **Height:** | 5' 7" | **Ref Phys:** | Debra Schilder, P.A. |
| **ID#:** | 18-0259 | **Weight:** | 160 lbs. | **Technician:** | Robert Allen, R. NCST, BS |

**History:**
This is a 49 year old female who has pain in her right arm and hand. She has numbness, weakness and tingling in her right hand.

DOI: 1/30/18 Claim #: SA211932 PVY Employee #:77390

## Nerve Conduction Studies

**Anti Sensory Summary Table**

| Site | NR | Onset (ms) | Peak (ms) | Norm Peak (ms) | O-P Amp (µV) | Norm O-P Amp | Site1 | Site2 | Delta-P (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Right Radial Anti Sensory (Base 1st Digit)** | | | | | | | | | | | | |
| Wrist | | 1.4 | 2.0 | <2.9 | 39.8 | >20 | Wrist | Base 1st Digit | 2.0 | 10.0 | 50 | |
| Site 2 | | 1.4 | 2.0 | | 42.2 | | | | | | | |

**Ortho Sensory Summary Table**

| Site | NR | Onset (ms) | Peak (ms) | Norm Peak (ms) | O-P Amp (µV) | Norm O-P Amp | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Right Median Ortho Sensory (Wrist)** | | | | | | | | | | | | |
| Palm | | 1.4 | 1.8 | <2.3 | 116.8 | >50 | Palm | Wrist | 1.4 | 8.0 | 57 | |
| Site 2 | | 1.4 | 1.8 | | 114.3 | | | | | | | |
| **Right Ulnar Ortho Sensory (Wrist)** | | | | | | | | | | | | |
| Palm | | 1.2 | 1.7 | <2.3 | 48.9 | >15 | Palm | Wrist | 1.2 | 8.0 | 67 | |
| Site 2 | | 1.2 | 1.7 | | 47.9 | | | | | | | |

**Motor Summary Table**

| Site | NR | Onset (ms) | Norm Onset (ms) | O-P Amp (mV) | Norm O-P Amp | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Right Median Motor (Abd Poll Brev)** | | | | | | | | | | | |
| Wrist | | 3.6 | <4.5 | 10.1 | >4 | Wrist | Abd Poll Brev | 3.6 | 7.0 | 19 | |
| Elbow | | 7.3 | | 9.8 | | Elbow | Wrist | 3.7 | 22.5 | 61 | >48 |
| **Right Ulnar Motor (Abd Dig Minimi)** | | | | | | | | | | | |
| Wrist | | 2.4 | <3.6 | 8.5 | >6 | Wrist | Abd Dig Minimi | 2.4 | 6.5 | 27 | |
| B Elbow | | 5.7 | | 8.2 | | B Elbow | Wrist | 3.3 | 21.5 | 65 | >51 |
| A Elbow | | 7.2 | | 8.2 | | A Elbow | B Elbow | 1.5 | 10.0 | 67 | >51 |

**Patient:** Reece, Jamie **Test Date:** 3/22/2018 **Page 2**

## F Wave Studies

| NR | F-Lat (ms) | Lat Norm (ms) | L-R F-Lat (ms) | L-R Lat Norm |
|---|---|---|---|---|
| **Right Median (Mrkrs) (Abd Poll Brev)** | | | | |
| | 25.85 | <33 | | <2.2 |
| **Right Ulnar (Mrkrs) (Abd Dig Min)** | | | | |
| | 24.97 | <36 | | <2.5 |

## EMG

| Side | Muscle | Nerve | Root | Ins Act | Fibs | Psw | Fasic | Amp | Dur | Poly | Recrt | Int Pat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Right | 1stDorInt | Ulnar | C8-T1 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Abd Poll Brev | Median | C8-T1 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | PronatorTeres | Median | C6-7 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Biceps | Musculocut | C5-6 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Triceps | Radial | C6-7-8 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Deltoid | Axillary | C5-6 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Supraspinatus | SupraScap | C5-6 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Cervical Parasp Up | Rami | C1-3 | Nml | Nml | Nml | 0 | | | | | |
| Right | Cervical Parasp Mid | Rami | C4-6 | Nml | Nml | Nml | 0 | | | | | |

**Impression:**

**Normal right arm.**

**No evidence of carpal tunnel syndrome, other focal nerve entrapment or cervical radiculopathy.**

Patrick Leung, M.D.

**Patrick K Leung, M.D., PSC**
**Neurodiagnostic Laboratory**
1401 Harrodsburg Road, C-225
Lexington, KY 40504
Phone: (859) 373-0700
Fax: (859) 422-3994

**Test Date:** 3/22/2018

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | Jamie Reece | **DOB:** | | **Physician:** | Patrick Leung, M.D. |
| **Sex:** | Female | **Height:** | 5' 7" | **Ref Phys:** | Debra Schilder, P.A. |
| **ID#:** | 18-0259 | **Weight:** | 160 lbs. | **Technician:** | Robert Allen, R. NCST, BS |

**History:** This is a 49 year old female who has pain in her right arm and hand. She has numbness, weakness and tingling in her right hand.

DOI: 1/30/18 Claim #: SA211932 PVY Employee #:77390

## Nerve Conduction Studies

**Anti Sensory Summary Table**

| Site | NR | Onset (ms) | Peak (ms) | Norm Peak (ms) | O-P Amp (µV) | Norm O-P Amp | Site1 | Site2 | Delta-P (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Right Radial Anti Sensory (Base 1st Digit)** | | | | | | | | | | | | |
| Wrist | | 1.4 | 2.0 | <2.9 | 39.8 | >20 | Wrist | Base 1st Digit | 2.0 | 10.0 | 50 | |
| Site 2 | | 1.4 | 2.0 | | 42.2 | | | | | | | |

**Ortho Sensory Summary Table**

| Site | NR | Onset (ms) | Peak (ms) | Norm Peak (ms) | O-P Amp (µV) | Norm O-P Amp | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Right Median Ortho Sensory (Wrist)** | | | | | | | | | | | | |
| Palm | | 1.4 | 1.8 | <2.3 | 116.8 | >50 | Palm | Wrist | 1.4 | 8.0 | 57 | |
| Site 2 | | 1.4 | 1.8 | | 114.3 | | | | | | | |
| **Right Ulnar Ortho Sensory (Wrist)** | | | | | | | | | | | | |
| Palm | | 1.2 | 1.7 | <2.3 | 48.9 | >15 | Palm | Wrist | 1.2 | 8.0 | 67 | |
| Site 2 | | 1.2 | 1.7 | | 47.9 | | | | | | | |

**Motor Summary Table**

| Site | NR | Onset (ms) | Norm Onset (ms) | O-P Amp (mV) | Norm O-P Amp | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Right Median Motor (Abd Poll Brev)** | | | | | | | | | | | |
| Wrist | | 3.6 | <4.5 | 10.1 | >4 | Wrist | Abd Poll Brev | 3.6 | 7.0 | 19 | |
| Elbow | | 7.3 | | 9.8 | | Elbow | Wrist | 3.7 | 22.5 | 61 | >48 |
| **Right Ulnar Motor (Abd Dig Minimi)** | | | | | | | | | | | |
| Wrist | | 2.4 | <3.6 | 8.5 | >6 | Wrist | Abd Dig Minimi | 2.4 | 6.5 | 27 | |
| B Elbow | | 5.7 | | 8.2 | | B Elbow | Wrist | 3.3 | 21.5 | 65 | >51 |
| A Elbow | | 7.2 | | 8.2 | | A Elbow | B Elbow | 1.5 | 10.0 | 67 | >51 |

**Patient:** Reece, Jamie **Test Date:** 3/22/2018 **Page 2**

## F Wave Studies

| NR | F-Lat (ms) | Lat Norm (ms) | L-R F-Lat (ms) | L-R Lat Norm |
|---|---|---|---|---|
| **Right Median (Mrkrs) (Abd Poll Brev)** | | | | |
| | 25.85 | <33 | | <2.2 |
| **Right Ulnar (Mrkrs) (Abd Dig Min)** | | | | |
| | 24.97 | <36 | | <2.5 |

**Waveforms:**



Premise Health. Keep your edge.

# Physical Demand Analysis

## TMMK :: Paint Lexus :: Lexus Finish :: LT 130/ 230 :: TEAM 5 :: HOSPITAL

| Mobility Position | Frequency | Seat Height | | | |
|---|---|---|---|---|---|
| Walking | Constant | | | | |
| Standing | Constant | | | | |
| Sitting | Constant | 26 | | | |
| **Neck Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| Flexion (if > 20°) | Frequent | | > 45° | | |
| Extension (if > 20°) | Frequent | | >= 45° | | |
| Rotation (if > 30°) | Frequent | BOTH | >= 70° | | |
| Lateral Flexion (if > 30°) | Frequent | BOTH | > 30° | | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | | |
| Below Bench Height <35" | Frequent | BOTH | 3 | | |
| Bench to Shelf Height 35" - 55" | Frequent | BOTH | 52 | | |
| Overhead Height >= 56" | Frequent | BOTH | 77 | | |
| Horizontal Reach | Constant | BOTH | 38 | | |
| **Seated Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | | |
| Below Bench Height | Frequent | BOTH | -5 | | |
| Bench to Shelf Height | Frequent | BOTH | | | |
| Overhead Height | Frequent | BOTH | 30 | | |
| Horizontal Reach | Frequent | BOTH | 38 | | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | | |
| Elbow Flexion (if > 90°) | Frequent | BOTH | > 90° | | |
| Wrist Flexion (if > 45°) | Frequent | BOTH | > 45° | | |
| Wrist Extension (if > 45°) | Frequent | BOTH | > 45° | | |
| Wrist Twisting | Occasional | BOTH | >= 3 Turns | | |
| Hand Tools | Constant | BOTH | Medium 3.5 - 5.5 lbss | VIBRATORY | |
| **Low Back Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| Flexion (if > 20°) | Frequent | | 45 - 89° | | |
| Extension (if > 0°) | Frequent | | > 20° | | |
| Twist (if > 45°) | Frequent | BOTH | > 45 | | |
| Side Bend (if > 25°) | Frequent | BOTH | > 25 | | |
| **Lower Extremity** | **Frequency** | **Extremity Side** | **Max Value** | | |
| Squatting/Crouching | Occasional | | 46-89° | | |
| Kneeling | Occasional | BOTH | | | |
| Crawling | Occasional | | 3" | | |
| In/Out Vehicle | Occasional | | | | |
| **Lift Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Horizontal Location** |
| Bench to Shelf Height | Occasional | >= 40.0 lbs | 62.8 lbs | BOTH | >= 18 in. |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** | |
| Gripping | Occasional | | | | |
| Trigger Pulls | Occasional | 3.3 - 5.9 lbs | 5.5 lbs | EITHER | |

**Key:**
*Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls-* Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement-* Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

**Lincoln/Reece 3553**

| Requirements/Factors | Perception Conditions | Cognition Conditions |
|---|---|---|
| • Driving Vehicle (Forklift, etc.)<br>• Machine Equipment Operation<br>• Balancing Required | • Depth<br>• Peripheral<br>• Close Vision (read dials, instructions)<br>• Distance Vision (20 feet or more)<br>• Change Focus (close to distance)<br>• Color Vision<br>• Shape/Size | • Reasoning, Planning<br>• Memory (short and long-term)<br>• Multi-Step Procedures<br>• Simple Mathematics<br>• Work Alone<br>• Comprehend Verbal and Written Instructions |
| **Environmental Conditions** | **PPE Requirements** | |
| • Work near moving machinery | • Safety Glasses<br>• Steel Toes<br>• Gloves | |

Premise Health. Keep your edge.

# Physical Demand Analysis

## TMMK :: Paint Lexus :: Lexus Finish :: LT 130/ 230 :: TEAM 5 :: HOSPITAL 2

| Mobility Position | Frequency | Seat Height | | | |
|---|---|---|---|---|---|
| **Walking** | Constant | | | | |
| **Standing** | Constant | | | | |
| **Sitting** | Frequent | 26 | | | |
| **Neck Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| **Flexion (if > 20°)** | Frequent | | > 45° | | |
| **Extension (if > 20°)** | Frequent | | >= 45° | | |
| **Rotation (if > 30°)** | Frequent | BOTH | >= 70° | | |
| **Lateral Flexion (if > 30°)** | Frequent | BOTH | > 30° | | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | | |
| **Below Bench Height <35"** | Frequent | BOTH | 3 | | |
| **Bench to Shelf Height 35" - 55"** | Frequent | BOTH | | | |
| **Overhead Height >= 56"** | Frequent | BOTH | 77 | | |
| **Horizontal Reach** | Frequent | BOTH | 42 | | |
| **Seated Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | | |
| **Below Bench Height** | Frequent | BOTH | -7 | | |
| **Bench to Shelf Height** | Frequent | BOTH | | | |
| **Overhead Height** | Frequent | BOTH | 30 | | |
| **Horizontal Reach** | Frequent | BOTH | 38 | | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | | |
| **Elbow Flexion (if > 90°)** | Constant | BOTH | > 90° | | |
| **Wrist Flexion (if > 45°)** | Frequent | BOTH | > 45° | | |
| **Wrist Extension (if > 45°)** | Frequent | BOTH | > 45° | | |
| **Wrist Twisting** | Occasional | BOTH | >= 3 Turns | | |
| **Hand Tools** | Frequent | BOTH | Medium 3.5 - 5.5 lbss | VIBRATORY | |
| **Low Back Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| **Flexion (if > 20°)** | Frequent | | 21 - 44° | | |
| **Extension (if > 0°)** | Frequent | | 1 - 20° | | |
| **Twist (if > 45°)** | Frequent | BOTH | > 45 | | |
| **Side Bend (if > 25°)** | Frequent | BOTH | > 25 | | |
| **Lower Extremity** | **Frequency** | **Extremity Side** | **Max Value** | | |
| **Squatting/Crouching** | Occasional | | 46-89° | | |
| **Kneeling** | Frequent | BOTH | | | |
| **Crawling** | Frequent | | 3" | | |
| **In/Out Vehicle** | Occasional | | | | |
| **Lift Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Horizontal Location** |
| **Bench to Shelf Height** | Occasional | >= 40.0 lbs | 62.8 lbs | BOTH | >= 18 in. |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** | |
| **Gripping** | Occasional | | | | |
| **Trigger Pulls** | Occasional | 3.3 - 5.9 lbs | 5.5 lbs | BOTH | |

**Key:**
*Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls-* Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement-* Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

| Requirements/Factors | Perception Conditions | Cognition Conditions |
|---|---|---|
| • Driving Vehicle (Forklift, etc.)<br>• Machine Equipment Operation<br>• Balancing Required | • Depth<br>• Peripheral<br>• Close Vision (read dials, instructions)<br>• Distance Vision (20 feet or more)<br>• Change Focus (close to distance)<br>• Color Vision<br>• Shape/Size | • Reasoning, Planning<br>• Memory (short and long-term)<br>• Multi-Step Procedures<br>• Simple Mathematics<br>• Work Alone<br>• Comprehend Verbal and Written Instructions |
| **Environmental Conditions** | **PPE Requirements** | |
| • Work near moving machinery | • Safety Glasses<br>• Steel Toes<br>• Gloves | |

●●●● HIGHLY CONFIDENTIAL

Premise Health. Keep your edge.

# Physical Demand Analysis

## TMMK :: Paint Lexus :: Lexus Finish :: LT 130/ 230 :: TEAM 4 :: R FORECOAT

| Mobility Position | Frequency | Seat Height | | |
|---|---|---|---|---|
| **Standing** | Constant | | | |
| **Sitting** | Occasional | 21 | | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | |
| **Below Bench Height <35"** | Occasional | EITHER | 34 | |
| **Bench to Shelf Height 35" - 55"** | Occasional | | | |
| **Overhead Height >= 56"** | Constant | BOTH | 56 | |
| **Horizontal Reach** | Constant | BOTH | 40 | |
| **Seated Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | |
| **Bench to Shelf Height** | Constant | EITHER | 14 | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | |
| **Elbow Flexion (if > 90°)** | Constant | BOTH | > 90° | |
| **Hand Tools** | Constant | BOTH | Small: <= 3.1 lbs | NON-VIBRATORY |
| **Low Back Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | |
| **Side Bend (if > 25°)** | Constant | BOTH | > 25 | |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** |
| **Gripping** | Constant | 3.1 lbs | 3.1 lbs | BOTH |
| **Trigger Pulls** | Constant | | | |

**Key:**
*Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls*- Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement*- Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

### Requirements/Factors
- Balancing Required

### Perception Conditions
- Depth
- Peripheral
- Close Vision (read dials, instructions)
- Color Vision
- Shape/Size

### Cognition Conditions
- Reasoning, Planning
- Memory (short and long-term)
- Multi-Step Procedures
- Simple Mathematics
- Work Alone
- Comprehend Verbal and Written Instructions

### Environmental Conditions
- Work near moving machinery

### PPE Requirements
- Safety Glasses
- Steel Toes
- Gloves

●●●● HIGHLY CONFIDENTIAL

Premise Health. Keep your edge.

# Physical Demand Analysis

## TMMK :: Paint Lexus :: Lexus Finish :: LT 130/ 230 :: TEAM 4 :: OFFLINE 4

| Mobility Position | Frequency | Seat Height | | | |
|---|---|---|---|---|---|
| Walking | Frequent | | | | |
| Standing | Frequent | | | | |
| Sitting | Occasional | 16 | | | |
| **Neck Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| Flexion (if > 20°) | Frequent | | 21 - 45° | | |
| Extension (if > 20°) | Frequent | | 21 - 44° | | |
| Rotation (if > 30°) | Occasional | EITHER | 31 - 69° | | |
| Lateral Flexion (if > 30°) | Occasional | EITHER | > 30° | | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | | |
| Below Bench Height <35" | Frequent | EITHER | 20 | | |
| Bench to Shelf Height 35" - 55" | Constant | EITHER | | | |
| Overhead Height >= 56" | Frequent | EITHER | 50 | | |
| Horizontal Reach | Frequent | EITHER | 40 | | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | | |
| Elbow Flexion (if > 90°) | Frequent | EITHER | > 90° | | |
| Wrist Flexion (if > 45°) | Frequent | EITHER | > 45° | | |
| Wrist Extension (if > 45°) | Frequent | EITHER | > 45° | | |
| Hand Tools | Frequent | EITHER | Medium 3.5 - 5.5 lbss | VIBRATORY | |
| **Low Back Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| Flexion (if > 20°) | Constant | | 21 - 44° | | |
| Extension (if > 0°) | Occasional | | 1 - 20° | | |
| Twist (if > 45°) | Frequent | EITHER | > 45 | | |
| Side Bend (if > 25°) | Frequent | EITHER | > 25 | | |
| **Lower Extremity** | **Frequency** | **Extremity Side** | **Max Value** | | |
| Squatting/Crouching | Occasional | | Up to 45° | | |
| Kneeling | Frequent | EITHER | | | |
| **Lift Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Horizontal Location** |
| Bench to Shelf Height | Occasional | >= 40.0 lbs | 70.0 lbs | EITHER | < 18 in. |
| Carry (> than 3 steps) | Frequent | >= 40.0 lbs | 70.0 lbs | BOTH | |
| **Pushing Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Body Position** |
| Bench to Shelf | Frequent | 20.0 - 24.9 lbs | 22.0 lbs | BOTH | Stand |
| **Pulling Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Body Position** |
| Bench to Shelf | Frequent | 20.0 - 24.9 lbs | 22.0 lbs | BOTH | Stand |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** | |
| Gripping | Frequent | 5.3 - 9.7 lbs | | EITHER | |
| Trigger Pulls | Occasional | 3.3 - 5.9 lbs | | EITHER | |

**Key:**
*Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls-* Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement-* Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

**Perception Conditions** | **Cognition Conditions** | **Environmental Conditions**

**Lincoln/Reece 3558**

- Depth
- Peripheral
- Close Vision (read dials, instructions)
- Distance Vision (20 feet or more)
- Change Focus (close to distance)
- Color Vision
- Shape/Size

- Reasoning, Planning
- Memory (short and long-term)
- Multi-Step Procedures
- Simple Mathematics
- Work Alone
- Comprehend Verbal and Written Instructions

- Work near moving machinery

---

**PPE Requirements**

- Safety Glasses
- Steel Toes
- Gloves

---

Premise Health. Keep your edge.

# Physical Demand Analysis

## TMMK :: Paint Lexus :: Lexus Finish :: LT 130/ 230 :: TEAM 5 :: HOSPITAL 2

| Mobility Position | Frequency | Seat Height | | | |
|---|---|---|---|---|---|
| Walking | Constant | | | | |
| Standing | Constant | | | | |
| Sitting | Frequent | 26 | | | |
| **Neck Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| Flexion (if > 20°) | Frequent | | > 45° | | |
| Extension (if > 20°) | Frequent | | >= 45° | | |
| Rotation (if > 30°) | Frequent | BOTH | >= 70° | | |
| Lateral Flexion (if > 30°) | Frequent | BOTH | > 30° | | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | | |
| Below Bench Height <35" | Frequent | BOTH | 3 | | |
| Bench to Shelf Height 35" - 55" | Frequent | BOTH | | | |
| Overhead Height >= 56" | Frequent | BOTH | 77 | | |
| Horizontal Reach | Frequent | BOTH | 42 | | |
| **Seated Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | | |
| Below Bench Height | Frequent | BOTH | -7 | | |
| Bench to Shelf Height | Frequent | BOTH | | | |
| Overhead Height | Frequent | BOTH | 30 | | |
| Horizontal Reach | Frequent | BOTH | 38 | | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | | |
| Elbow Flexion (if > 90°) | Constant | BOTH | > 90° | | |
| Wrist Flexion (if > 45°) | Frequent | BOTH | > 45° | | |
| Wrist Extension (if > 45°) | Frequent | BOTH | > 45° | | |
| Wrist Twisting | Occasional | BOTH | >= 3 Turns | | |
| Hand Tools | Frequent | BOTH | Medium 3.5 - 5.5 lbss | VIBRATORY | |
| **Low Back Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| Flexion (if > 20°) | Frequent | | 21 - 44° | | |
| Extension (if > 0°) | Frequent | | 1 - 20° | | |
| Twist (if > 45°) | Frequent | BOTH | > 45 | | |
| Side Bend (if > 25°) | Frequent | BOTH | > 25 | | |
| **Lower Extremity** | **Frequency** | **Extremity Side** | **Max Value** | | |
| Squatting/Crouching | Occasional | | 46-89° | | |
| Kneeling | Frequent | BOTH | | | |
| Crawling | Frequent | | 3" | | |
| In/Out Vehicle | Occasional | | | | |
| **Lift Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Horizontal Location** |
| Bench to Shelf Height | Occasional | >= 40.0 lbs | 62.8 lbs | BOTH | >= 18 in. |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** | |
| Gripping | Occasional | | | | |
| Trigger Pulls | Occasional | 3.3 - 5.9 lbs | 5.5 lbs | BOTH | |

**Key:**
*Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls-* Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement-* Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

**Lincoln/Reece 3560**

**Requirements/Factors**

- Driving Vehicle (Forklift, etc.)
- Machine Equipment Operation
- Balancing Required

**Perception Conditions**

- Depth
- Peripheral
- Close Vision (read dials, instructions)
- Distance Vision (20 feet or more)
- Change Focus (close to distance)
- Color Vision
- Shape/Size

**Cognition Conditions**

- Reasoning, Planning
- Memory (short and long-term)
- Multi-Step Procedures
- Simple Mathematics
- Work Alone
- Comprehend Verbal and Written Instructions

**Environmental Conditions**

- Work near moving machinery

**PPE Requirements**

- Safety Glasses
- Steel Toes
- Gloves

●●●● HIGHLY CONFIDENTIAL

# Physical Demand Analysis

## TMMK :: Paint Lexus :: Lexus Finish :: LT 130/ 230 :: TEAM 4 :: L FORECOAT

| Mobility Position | Frequency | Seat Height | | |
|---|---|---|---|---|
| Standing | Constant | | | |
| Sitting | Frequent | 21 | | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | |
| Below Bench Height <35" | Occasional | EITHER | 34 | |
| Bench to Shelf Height 35" - 55" | Occasional | | | |
| Overhead Height >= 56" | Constant | BOTH | 56 | |
| Horizontal Reach | Constant | BOTH | 40 | |
| **Seated Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | |
| Bench to Shelf Height | Constant | EITHER | 14 | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | |
| Elbow Flexion (if > 90°) | Constant | BOTH | > 90° | |
| Hand Tools | Constant | BOTH | Small: <= 3.1 lbs | NON-VIBRATORY |
| **Low Back Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | |
| Side Bend (if > 25°) | Constant | BOTH | > 25 | |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** |
| Gripping | Constant | 3.1 lbs | 3.1 lbs | BOTH |
| Trigger Pulls | Constant | | | |

**Key:**
*Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls-* Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement-* Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

**Requirements/Factors**
- Balancing Required

**Perception Conditions**
- Depth
- Peripheral
- Close Vision (read dials, instructions)
- Distance Vision (20 feet or more)
- Change Focus (close to distance)
- Color Vision
- Shape/Size

**Cognition Conditions**
- Reasoning, Planning
- Memory (short and long-term)
- Multi-Step Procedures
- Simple Mathematics
- Work Alone
- Comprehend Verbal and Written Instructions

**Environmental Conditions**
- Work near moving machinery

**PPE Requirements**
- Safety Glasses
- Steel Toes
- Gloves

**Lincoln/Reece 3562**

Premise Health. Keep your edge.

# Physical Demand Analysis

## TMMK :: Paint Lexus :: Lexus Finish :: LT 130/ 230 :: TEAM 3 :: LEFT BLACKOUT

| Mobility Position | Frequency | Seat Height | |
|---|---|---|---|
| Walking | Occasional | | |
| Standing | Constant | | |
| **Neck Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** |
| Flexion (if > 20°) | Frequent | | 21 - 45° |
| Extension (if > 20°) | Occasional | | 21 - 44° |
| Rotation (if > 30°) | Occasional | BOTH | 31 - 69° |
| Lateral Flexion (if > 30°) | Occasional | BOTH | > 30° |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** |
| Below Bench Height <35" | Occasional | RIGHT | 22 |
| Overhead Height >= 56" | Occasional | RIGHT | 64 |
| Horizontal Reach | Constant | RIGHT | 36 |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** |
| Wrist Flexion (if > 45°) | Occasional | BOTH | > 45° |
| Wrist Extension (if > 45°) | Frequent | BOTH | > 45° |
| **Low Back Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** |
| Flexion (if > 20°) | Occasional | | 21 - 44° |
| Side Bend (if > 25°) | Occasional | BOTH | > 25 |
| **Lower Extremity** | **Frequency** | **Extremity Side** | **Max Value** |

**Key:** *Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls-* Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement-* Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

**Requirements/Factors**

- Balancing Required

**Perception Conditions**

- Depth
- Peripheral
- Close Vision (read dials, instructions)
- Distance Vision (20 feet or more)
- Change Focus (close to distance)
- Color Vision
- Shape/Size

**Cognition Conditions**

- Multi-Step Procedures

**PPE Requirements**

- Safety Glasses
- Steel Toes
- Gloves
- Sleeves

●●●● HIGHLY CONFIDENTIAL

Premise Health. Keep your edge.

# Physical Demand Analysis

## TMMK :: Paint Lexus :: Lexus Finish :: LT 130/ 230 :: TEAM 4 :: R FORECOAT

| Mobility Position | Frequency | Seat Height | | |
|---|---|---|---|---|
| Standing | Constant | | | |
| Sitting | Occasional | 21 | | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | |
| Below Bench Height <35" | Occasional | EITHER | 34 | |
| Bench to Shelf Height 35" - 55" | Occasional | | | |
| Overhead Height >= 56" | Constant | BOTH | 56 | |
| Horizontal Reach | Constant | BOTH | 40 | |
| **Seated Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | |
| Bench to Shelf Height | Constant | EITHER | 14 | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | |
| Elbow Flexion (if > 90°) | Constant | BOTH | > 90° | |
| Hand Tools | Constant | BOTH | Small: <= 3.1 lbs | NON-VIBRATORY |
| **Low Back Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | |
| Side Bend (if > 25°) | Constant | BOTH | > 25 | |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** |
| Gripping | Constant | 3.1 lbs | 3.1 lbs | BOTH |
| Trigger Pulls | Constant | | | |

**Key:** *Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls*- Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement*- Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

**Requirements/Factors**

- Balancing Required

**Perception Conditions**

- Depth
- Peripheral
- Close Vision (read dials, instructions)
- Color Vision
- Shape/Size

**Cognition Conditions**

- Reasoning, Planning
- Memory (short and long-term)
- Multi-Step Procedures
- Simple Mathematics
- Work Alone
- Comprehend Verbal and Written Instructions

**Environmental Conditions**

- Work near moving machinery

**PPE Requirements**

- Safety Glasses
- Steel Toes
- Gloves

**Lincoln/Reece 3564**

Premise Health. Keep your edge.

# Physical Demand Analysis

## TMMK :: Paint Lexus :: Lexus Finish :: LT 130/ 230 :: TEAM 4 :: OFFLINE 2

| Mobility Position | Frequency | Seat Height | | | |
|---|---|---|---|---|---|
| **Walking** | Frequent | | | | |
| **Standing** | Frequent | | | | |
| **Sitting** | Occasional | 16 | | | |
| **Neck Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| **Flexion (if > 20°)** | Frequent | | 21 - 45° | | |
| **Extension (if > 20°)** | Frequent | | 21 - 44° | | |
| **Rotation (if > 30°)** | Occasional | EITHER | 31 - 69° | | |
| **Lateral Flexion (if > 30°)** | Occasional | EITHER | > 30° | | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | | |
| **Below Bench Height <35"** | Frequent | EITHER | 20 | | |
| **Bench to Shelf Height 35" - 55"** | Constant | EITHER | | | |
| **Overhead Height >= 56"** | Frequent | EITHER | 50 | | |
| **Horizontal Reach** | Frequent | EITHER | 40 | | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | | |
| **Elbow Flexion (if > 90°)** | Frequent | EITHER | > 90° | | |
| **Wrist Flexion (if > 45°)** | Frequent | EITHER | > 45° | | |
| **Wrist Extension (if > 45°)** | Frequent | EITHER | > 45° | | |
| **Hand Tools** | Frequent | EITHER | Medium 3.5 - 5.5 lbss | VIBRATORY | |
| **Low Back Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| **Flexion (if > 20°)** | Constant | | 45 - 89° | | |
| **Extension (if > 0°)** | Occasional | | 1 - 20° | | |
| **Twist (if > 45°)** | Frequent | EITHER | > 45 | | |
| **Side Bend (if > 25°)** | Frequent | EITHER | > 25 | | |
| **Lower Extremity** | **Frequency** | **Extremity Side** | **Max Value** | | |
| **Squatting/Crouching** | Occasional | | Up to 45° | | |
| **Kneeling** | Frequent | EITHER | | | |
| **Lift Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Horizontal Location** |
| **Bench to Shelf Height** | Occasional | >= 40.0 lbs | 70.0 lbs | EITHER | < 18 in. |
| **Carry (> than 3 steps)** | Frequent | >= 40.0 lbs | 70.0 lbs | BOTH | |
| **Pushing Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Body Position** |
| **Bench to Shelf** | Frequent | 20.0 - 24.9 lbs | 22.0 lbs | BOTH | Stand |
| **Pulling Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Body Position** |
| **Bench to Shelf** | Frequent | 20.0 - 24.9 lbs | 22.0 lbs | BOTH | Stand |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** | |
| **Gripping** | Frequent | 5.3 - 9.7 lbs | | BOTH | |
| **Trigger Pulls** | Occasional | 3.3 - 5.9 lbs | | EITHER | |

**Key:**
*Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls-* Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement-* Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

**Perception Conditions** **Cognition Conditions** **Environmental Conditions**

- Depth
- Peripheral
- Close Vision (read dials, instructions)
- Distance Vision (20 feet or more)
- Change Focus (close to distance)
- Color Vision
- Shape/Size

- Reasoning, Planning
- Memory (short and long-term)
- Multi-Step Procedures
- Simple Mathematics
- Work Alone
- Comprehend Verbal and Written Instructions

- Work near moving machinery

**PPE Requirements**

- Safety Glasses
- Steel Toes
- Gloves

●●●● HIGHLY CONFIDENTIAL

Premise Health. Keep your edge.

# Physical Demand Analysis

## TMMK :: Paint Lexus :: Lexus Finish :: LT 130/ 230 :: TEAM 3 :: RIGHT BLACKOUT

| **Mobility Position** | **Frequency** | **Seat Height** | |
|---|---|---|---|
| **Walking** | Occasional | | |
| **Standing** | Constant | | |
| **Neck Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** |
| **Extension (if > 20°)** | Occasional | | 21 - 44° |
| **Rotation (if > 30°)** | Occasional | | 31 - 69° |
| **Lateral Flexion (if > 30°)** | Occasional | BOTH | > 30° |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** |
| **Below Bench Height <35"** | Occasional | BOTH | 22 |
| **Overhead Height >= 56"** | Occasional | RIGHT | 64 |
| **Horizontal Reach** | Constant | BOTH | 36 |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** |
| **Wrist Flexion (if > 45°)** | Occasional | BOTH | > 45° |
| **Wrist Extension (if > 45°)** | Occasional | BOTH | > 45° |
| **Low Back Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** |
| **Flexion (if > 20°)** | Occasional | | 21 - 44° |
| **Side Bend (if > 25°)** | Frequent | BOTH | > 25 |
| **Lower Extremity** | **Frequency** | **Extremity Side** | **Max Value** |

**Key:** *Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls*- Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement*- Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

### Perception Conditions

- Depth
- Peripheral
- Close Vision (read dials, instructions)
- Distance Vision (20 feet or more)
- Change Focus (close to distance)
- Color Vision
- Shape/Size

### Cognition Conditions

- Multi-Step Procedures

### PPE Requirements

- Safety Glasses
- Steel Toes
- Gloves
- Sleeves

**Lincoln/Reece 3567**

# Physical Demand Analysis

## TMMK :: Paint Lexus :: Lexus Finish :: LT 130/ 230 :: TEAM 3 :: LEFT ANTI CHIP

| Mobility Position | Frequency | Seat Height | | |
|---|---|---|---|---|
| **Sitting** | Constant | 13 | | |
| **Neck Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | |
| **Flexion (if > 20°)** | Frequent | | 21 - 45° | |
| **Extension (if > 20°)** | Occasional | | 21 - 44° | |
| **Rotation (if > 30°)** | Frequent | BOTH | 31 - 69° | |
| **Lateral Flexion (if > 30°)** | Frequent | BOTH | > 30° | |
| **Seated Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | |
| **Below Bench Height** | Occasional | BOTH | 3 | |
| **Overhead Height** | Frequent | BOTH | 39 | |
| **Horizontal Reach** | Frequent | BOTH | 38 | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | |
| **Elbow Flexion (if > 90°)** | Occasional | BOTH | > 90° | |
| **Wrist Flexion (if > 45°)** | Frequent | BOTH | > 45° | |
| **Wrist Extension (if > 45°)** | Frequent | BOTH | > 45° | |
| **Hand Tools** | Frequent | RIGHT | Small < 3.3 lbss | NON-VIBRATORY |
| **Low Back Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | |
| **Flexion (if > 20°)** | Frequent | | 21 - 44° | |
| **Twist (if > 45°)** | Occasional | BOTH | > 45 | |
| **Side Bend (if > 25°)** | Frequent | BOTH | > 25 | |
| **Lower Extremity** | **Frequency** | **Extremity Side** | **Max Value** | |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** |
| **Pinching** | Frequent | >= 6.6 lbs | 13.2 lbs | RIGHT |
| **Gripping** | Frequent | | | |
| **Trigger Pulls** | Constant | <= 3.1 lbs | 3.1 lbs | RIGHT |

**Key:** *Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls-* Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement-* Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

### Perception Conditions
- Depth
- Peripheral
- Close Vision (read dials, instructions)
- Distance Vision (20 feet or more)
- Change Focus (close to distance)
- Color Vision
- Shape/Size

### Cognition Conditions
- Reasoning, Planning
- Memory (short and long-term)
- Multi-Step Procedures
- Simple Mathematics
- Work Alone
- Comprehend Verbal and Written Instructions

### Environmental Conditions
- Work near moving machinery
- Fumes or airborne debris
- Toxic or caustic chemicals

### PPE Requirements
- Safety Glasses

- Steel Toes
- Gloves
- Respirator
- Other

---

**Liberty Mutual.** INSURANCE

FAXED 8/29/18

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

| | |
|---|---|
| Date: | August 28, 2018 |
| To: | DR NICOLE EVERMAN MD<br>KENTUCKYONE HEALTH<br>3470 BLAZER PKWY SUITE 150<br>LEXINGTON KY 40509 |
| Attn: | MEDICAL RECORDS |
| Fax: | (859) 263-8808 |
| From: | Tracey Sprous<br>Disability Claims Case Manager<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 559-0310 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 8356763<br>Claimant: Jamie Reece<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

August 28, 2018

Dr. Nicole A. Everman, MD
3470 BLAZER PKWY SUITE 150
LEXINGTON, KY 40509

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 12, 2016 through present

We ask that you provide this information by September 11, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tracey Sprous
Disability Claims Case Manager
Phone No.: (855) 508-4895 Ext. 41452
Secure Fax No.: (603) 559-0310

Attachments: 8191808-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.25.2018

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7307

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) self Relationship self

Signature of claimant or legal representative DocuSigned by: Jamie Reece

Date of Birth: ______ Claim Number: 8191808 Date: 6/25/2018

**A copy of this authorization will be considered as valid as the original.**

**Neurology Clinic of London - Lexington**
**3470 Blazer Parkway Suite 150,**
**Lexington, KY 40509**
**Phone: (859) 263-8807 Fax: (859) 263-8808**

*MRN:* **1668060** *Encounter Date:* **06/08/2018 9:15AM**

*DOB:*
*Home:*
*Work:*

*Address:*
**Jamie Reece**

**PCP:** Adams, Doris W

## History Reported By

The history today is reported by the patient and Husband.

## Chief Complaint

Mrs. Reece was referred by Dr Tutt, neurosurgeon for consult regarding cervical radiculopathy, multiple sclerosis evaluation.

She reports neck, shoulder, right side arm, hip, foot pain, left eye and ear pain, blurry vision, episodes of stabbing pain in chest, dizziness/vertigo, difficulty swallowing.

## History of Present Illness

**HPI Free Text - v1.0:** Ms. Reece is here today for consultation regarding possible MS.

Ms. Reece got hurt at work and had an MRI of her shoulder and neck. She went to see Dr. Tutt, and it was reported to her that there was an abnormality in the cord at the cervical spine level concerning for possible MS.

For the past 3-4 months, she has experienced a squeezing sensation to her chest. She has had a couple episodes of this that lasted about 1 hour. These episodes were painful. Other times have lasted just seconds. Episodes occur about once weekly.

Does have blurry vision. No diplopia or sudden loss of vision. Has recently gotten new glasses.
Has had a bilateral upper extremity tremor years ago, but this went away.
Denies difficulty ambulating. Denies unsteadiness/balance issues.
Denies any weakness in her extremities.
Her feet "go to sleep" easily. Sometimes her right arm tingles. Sometimes if she sits for a while, half of her "private parts" will go numb.
Has urinary urgency. Feels like she does empty her bladder completely.

## Allergies

- Lortab TABS
  Recorded By: Baker, Carrie; 6/8/2018 9:16:53 AM

## Current Meds

1. Calcium TABS
2. CVS Probiotic Maximum Strength Oral Capsule
3. Esomeprazole Magnesium 40 MG Oral Capsule Delayed Release; TAKE 1 CAPSULE ONCE DAILY
4. Estradiol 1 MG Oral Tablet; TAKE 1 TABLET DAILY
5. Folic Acid 1 MG Oral Tablet; TAKE 1 TABLET DAILY
6. Ketoprofen 75 MG Oral Capsule
7. LORazepam 0.5 MG Oral Tablet; TAKE 1 TABLET TWICE DAILY
8. Methotrexate 2.5 MG Oral Tablet; 4 tablets twice weekly
9. Motrin 600 MG TABS

*Patient:* **Jamie Reece**
*Encounter:* **Jun 8 2018 9:15AM** *MRN:* **1668060**

10. Multi Complete CAPS
11. PredniSONE 5 MG Oral Tablet
12. ZyrTEC Allergy CAPS

**Past Medical History**
History of Anxiety (300.00) (F41.9)
History of psoriatic arthritis (V13.4) (Z87.2)

**Surgical History**
History of Hysterectomy
History of Oral surgery
History of Tonsillectomy

**Family History**
- Family history of arthritis (V17.7) (Z82.61)
- Family history of coronary artery disease (V17.3) (Z82.49)
- Family history of hypothyroidism (V18.19) (Z83.49)
- FH: stomach cancer (V16.0) (Z80.0)

**Review of Systems**
A complete review of systems revealed no pertinent patient complaints except as noted below and in the history of present illness.
**CONSTITUTIONAL:** fatigue.
**EYES:** eye pain, watery eyes and blurred vision.
**ENT:** earache, vertigo, dizziness and dysphagia.
**CARDIOVASCULAR:** chest discomfort.
**RESPIRATORY:** normal.
**GASTROINTESTINAL:** Heartburn.
**GENITOURINARY:** urinary frequency.
**MUSCULOSKELETAL:** arthralgia.
**INTEGUMENTARY:** itching and Psoriatic arthritis.
**NEUROLOGICAL:** headache, dizziness, lightheaded, tremor, sleep disturbances, memory loss and numbness.
**PSYCHIATRIC:** normal.
**ENDOCRINE:** heat intolerance and polyuria.
**HEMATOLOGIC/LYMPHATIC:** normal.
**ALLERGIC/IMMUNOLOGIC:** normal.

**Vitals**
**Vital Signs**

| | Recorded: 08Jun2018 10:05AM |
|---|---|
| Height | 5 ft 7 in |
| Weight | 173 lb |
| BMI Calculated | **27.1** |
| BSA Calculated | 1.9 |
| Heart Rate | 77 |
| Systolic | 116 |
| Diastolic | 68 |
| O2 Saturation | 99 |

**Neurology Exam**

*Patient:* **Jamie Reece**
*Encounter:* **Jun 8 2018 9:15AM** *MRN:* **1668060**

**Constitutional:** Jamie Reece is a Caucasian female who appears well developed, well nourished and in no acute distress.
**Mental Status:** patient is alert. patient is appropriately oriented. language is fluent and logical. Speech is normal. Recent and remote memories are preserved. Good attention span and good concentration. Appropriate fund of knowledge.
**Cranial Nerves:** disk margins are sharp and fundi are normal. visual fields are full to confrontation. pupils are equal and symmetrically reactive. extraocular movements are full. Facial sensation is normal. Facial strength is symmetric and normal. Hearing acuity is normal. Normal movement of soft palate. Shoulder shrug is strong and symmetric. Tongue protrudes midline.
**Motor:** pronator drift is absent. motor strength is full in all four limbs. Muscle bulk and tone are normal.
**Sensory:** Sensory modalities are normal.
**Reflexes:** Reflexes are normal and symmetric. Plantars are flexor.
**Coordination:** Coordination is normal.
**Gait and Station:** Gait is steady and normal.
**Eyes:** Conjunctivae and eyelids reveals no swelling, erythema or discharge.
**Pulmonary:** Respiratory effort was normal with no increased work of breathing and no respiratory distress. Lungs were clear to auscultation bilaterally.
**Cardiovascular:** On auscultation the heart rate and rhythm is normal and there are no murmurs. Auscultation of the neck is without bruit. Arterial pulses are normal on peripheral vascular exam.

## Results/Data

4/10/18 MRI C-SPINE - Possible subtle increased signal within the cervical cord at C8 level. (Images viewed from disc with Dr. Everman).

## Assessment

1. CNS demyelination (341.9) (G37.9)
2. Blurred vision (368.8) (H53.8)
3. Fatigue (780.79) (R53.83)
4. Numbness (782.0) (R20.0)

## Plan

### Blurred vision, CNS demyelination, Fatigue, Numbness

1. Start: LORazepam 0.5 MG Oral Tablet (Ativan); Take 1 tablet PO 30 minutes prior to MRI, may repeat after 30 minutes X1 if needed
2. Creatinine, Serum; Status:Active; Requested for:08Jun2018;
3. Follow-up visit in 2 weeks Outpatient Follow-up WITH MRI RESULTS. SCHEDULE ON A DAY DR. EVERMAN IS HERE. Status: Complete Done: 08Jun2018
4. MRI Brain WO W; Status:Need Information - Required information; Requested for:08Jun2018;
5. MRI Spine Thoracic WO W; Status:Need Information - Required information; Requested for:08Jun2018;
6. Vitamin B12 and Folate; Status:Active; Requested for:08Jun2018;
7. Vitamin B6, Plasma; Status:Active; Requested for:08Jun2018;
8. Vitamin D, 1,25 + 25-Hydroxy; Status:Active; Requested for:08Jun2018;

## Discussion/Summary

Needs further work-up for MS. MRI brain, lab work - will go over results at follow-up.
Seen and evaluated by Dr. Everman at today's visit as well.

## Attending Note

*Attending Note:[1] I interviewed and examined the patient[1] and the staff discussed the patient on the day of the visit[1]. Level of Participation:[1] I was present in clinic and examined the patient[1]. Patient's History:[1] Ms. reece has a possible T2 hyperintnese lesion in her Cervical spine. She describes a HUG sensation around chest and waist. Otherwise exam unremarkable. Will send for MRI brain and MRI thoracic spine to look for other demyelinating lesions. Will also send for lab work since low vitamin levels can cause T2 hyperintense lesions in spine. Will see back after studies.[1].*

*[1] Amended By: Everman, Nicole; Jun 11 2018 7:59 AM EST*

**'End of Encounter Meds'**

*Patient:* **Jamie Reece**
*Encounter:* **Jun 8 2018 9:15AM** *MRN:* **1668060**

**Signatures**

Electronically signed by : Carrie Baker, CMA; Jun 8 2018 10:07AM EST (Co-author)
Electronically signed by : Megan Collett, APRN; Jun 8 2018 12:49PM EST (Co-author)
Electronically signed by : Nicole Everman, M.D.; Jun 11 2018 7:59AM EST (Author)

**From:** TEMALeaves@LibertyMutual.com
**To:**
donna.sutherland@toyota.com;shelly.shrout@toyota.com;judy.lykins@toyota.com
**Subject:** LIBERTY MUTUAL NOTIFICATION: Acknowledgement of Long Term Disability claim for Jamie Reece 277390 Claim 8356763

This e-mail is to inform you Jamie Reece has a PENDED Long Term Disability claim. We are in the process of reviewing the details of this claim and you will be notified via email once a determination is made.

Last Day Worked: 4/14/2018

Date of Disability: 4/15/2018

Benefit Begin Date: 10/21/2018

Claim Status: Pended

Pended Reason: Pre-X Investigation

If you have further questions, please call Liberty Mutual at (800) 291-0112 ext. 41452 or contact the assigned Case Manager at Tracey Sprous. Please be sure to reference claim number 8356763.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

| | |
|---|---|
| Date: | August 28, 2018 |
| To: | IHS<br>1001 CHERRY BLOSSOM WAY<br>GEORGETOWN KY 40324 |
| Attn: | MEDICAL RECORDS |
| Fax: | (502) 868-4998 |
| From: | Tracey Sprous<br>Disability Claims Case Manager<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 559-0310 |
| Total Pages<br>(Including Cover): | 4 |
| RE:<br><br>Claim #: 8356763<br>Claimant: Jamie Reece<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

August 28, 2018

Ihs
1001 CHERRY BLOSSOM WAY
GEORGETOWN, KY 40324

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 12, 2016 through present

We ask that you provide this information by September 11, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tracey Sprous
Disability Claims Case Manager
Phone No.: (855) 508-4895 Ext. 41452
Secure Fax No.: (603) 559-0310

Attachments: 8191808-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.25.2018

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7307

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) self Relationship self

Signature of claimant or legal representative DocuSigned by: Jamie Reece 8A2AB9A73984414...

Date of Birth: _ __ Claim Number: 8191808 Date: 6/25/2018

**A copy of this authorization will be considered as valid as the original.**

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

| | |
|---|---|
| Date: | August 28, 2018 |
| To: | FAMILY PRACTICE ASSOCIATES OF LEXINGTON<br>1775 ALYSHABA WAY<br>LEXINGTON KY 40509 |
| Attn: | MEDICAL RECORDS |
| Fax: | (859) 278-6867 |
| From: | Tracey Sprous<br>Disability Claims Case Manager<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 559-0310 |
| Total Pages<br>(Including Cover): | 4 |
| RE:<br><br>Claim #: 8356763<br>Claimant: Jamie Reece<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

August 28, 2018

Family Practice Associates of Lexington Psc
1775 ALYSHABA WAY
LEXINGTON, KY 40509

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 12, 2016 through present

We ask that you provide this information by September 11, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tracey Sprous
Disability Claims Case Manager
Phone No.: (855) 508-4895 Ext. 41452
Secure Fax No.: (603) 559-0310

Attachments: 8191808-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.25.2018

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7307

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) self Relationship self

DocuSigned by: Jamie Reece 8A2AB9A73984414...
Signature of claimant or legal representative

Date of Birth: _ __ Claim Number: 8191808 Date: 6/25/2018

**A copy of this authorization will be considered as valid as the original.**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

| | |
|---|---|
| Date: | August 28, 2018 |
| To: | DR INDHIRA BISONO- JIMENEZ<br>KENTUCKY ONE HEALTH RHEUMATOLOGY ASSOCIA<br>211 FOUTAIN COURT<br>SUITE 220<br>LEXINGTON KY 40509 |
| Attn: | MEDICAL RECORDS |
| Fax: | (859) 629-7266 |
| From: | Tracey Sprous<br>Disability Claims Case Manager<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 559-0310 |
| Total Pages<br>(Including Cover): | 4 |
| RE:<br><br>Claim #: 8356763<br>Claimant: Jamie Reece<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

August 28, 2018

Dr. Indhira Bisono- Jimenez
211 FOUTAIN COURT
SUITE 220
LEXINGTON, KY 40509

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 12, 2016 through present

We ask that you provide this information by September 11, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tracey Sprous
Disability Claims Case Manager
Phone No.: (855) 508-4895 Ext. 41452
Secure Fax No.: (603) 559-0310

Attachments: 8191808-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.25.2018

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7307

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) self Relationship self

Signature of claimant or legal representative DocuSigned by: Jamie Reece 8A2AB9A73984414...

Date of Birth: _ __ Claim Number: 8191808 Date: 6/25/2018

**A copy of this authorization will be considered as valid as the original.**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

DR MATTHEW TUTT MD
LEXINGTON CLINIC
1221 SOUTH BROADWAY
LEXINGTON KY 40504

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

August 28, 2018

Dr. Matthew P. Tutt, MD
1221 SOUTH BROADWAY
LEXINGTON, KY 40504

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 12, 2016 through present

We ask that you provide this information by September 11, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tracey Sprous
Disability Claims Case Manager
Phone No.: (855) 508-4895 Ext. 41452
Secure Fax No.: (603) 559-0310

Attachments: 8191808-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.25.2018

DocuSign Envelope ID: 8B6213AD-ADE9-47BB-98B0-5189D9FEEA4C

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7307

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) self Relationship self

DocuSigned by: Jamie Reece 8A2AB9A73984414...
Signature of claimant or legal representative

Date of Birth: _ __ Claim Number: 8191808 Date: 6/25/2018

**A copy of this authorization will be considered as valid as the original.**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

| | |
|---|---|
| Date: | August 28, 2018 |
| To: | DR NICOLE EVERMAN MD<br>KENTUCKYONE HEALTH<br>3470 BLAZER PKWY SUITE 150<br>LEXINGTON KY 40509 |
| Attn: | MEDICAL RECORDS |
| Fax: | (859) 263-8808 |
| From: | Tracey Sprous<br>Disability Claims Case Manager<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 559-0310 |
| Total Pages<br>(Including Cover): | 4 |
| RE: | Claim #: 8356763<br>Claimant: Jamie Reece<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

August 28, 2018

Dr. Nicole A. Everman, MD
3470 BLAZER PKWY SUITE 150
LEXINGTON, KY 40509

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 12, 2016 through present

We ask that you provide this information by September 11, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tracey Sprous
Disability Claims Case Manager
Phone No.: (855) 508-4895 Ext. 41452
Secure Fax No.: (603) 559-0310

Attachments: 8191808-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.25.2018

DocuSign Envelope ID: 8B6213AD-ADE9-47BB-98B0-5189D9FEEA4C

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7307

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) self Relationship self

DocuSigned by: Jamie Reece 8A2AB9A73984414...
Signature of claimant or legal representative

Date of Birth: _ __ Claim Number: 8191808 Date: 6/25/2018

**A copy of this authorization will be considered as valid as the original.**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

DR PATRICK LEUNG MD
1401 HARRODSBURG ROAD, C-225
LEXINGTON KY 40504

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

August 28, 2018

Dr. Patrick K. Leung, MD
1401 HARRODSBURG ROAD, C-225
LEXINGTON, KY 40504

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 12, 2016 through present

We ask that you provide this information by September 11, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tracey Sprous
Disability Claims Case Manager
Phone No.: (855) 508-4895 Ext. 41452
Secure Fax No.: (603) 559-0310

Attachments: 8191808-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.25.2018

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7307

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) self Relationship self

Signature of claimant or legal representative DocuSigned by: Jamie Reece 8A2AB9A73984414...

Date of Birth: ___ Claim Number: 8191808 Date: 6/25/2018

**A copy of this authorization will be considered as valid as the original.**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

| | |
|---|---|
| Date: | August 28, 2018 |
| To: | DR RYAN DONEGAN MD<br>BLUEGRASS ORTHOPAEDICS<br>3480 YORKSHIRE MEDICAL PARK<br>LEXINGTON KY 40509 |
| Attn: | MEDICAL RECORDS |
| Fax: | (859) 422-4558 |
| From: | Tracey Sprous<br>Disability Claims Case Manager<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 559-0310 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 8356763<br>Claimant: Jamie Reece<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

August 28, 2018

Dr. Ryan Donegan, MD
3480 YORKSHIRE MEDICAL PARK
LEXINGTON, KY 40509

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 12, 2016 through present

We ask that you provide this information by September 11, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tracey Sprous
Disability Claims Case Manager
Phone No.: (855) 508-4895 Ext. 41452
Secure Fax No.: (603) 559-0310

Attachments: 8191808-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.25.2018

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7307

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) self Relationship self

Signature of claimant or legal representative DocuSigned by: Jamie Reece 8A2AB9A73984414...

Date of Birth: _ __ Claim Number: 8191808 Date: 6/25/2018

**A copy of this authorization will be considered as valid as the original.**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

| | |
|---|---|
| Date: | August 28, 2018 |
| To: | SUSANNA MOBERLY SN, APRN, FNP-BC<br>RHEUMATOLOGY-LEXINGTON CLINIC<br>1221 S. BROADWAY LCSB-5<br>LEXINGTON KY 40504 |
| Attn: | MEDICAL RECORDS |
| Fax: | (859) 258-4261 |
| From: | Tracey Sprous<br>Disability Claims Case Manager<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 559-0310 |
| Total Pages<br>(Including Cover): | 4 |
| RE:<br><br>Claim #: 8356763<br>Claimant: Jamie Reece<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

August 28, 2018

Susanna Moberly, Sn, Aprn, Fnp-Bc
1221 S. BROADWAY LCSB-5
LEXINGTON, KY 40504

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 12, 2016 through present

We ask that you provide this information by September 11, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tracey Sprous
Disability Claims Case Manager
Phone No.: (855) 508-4895 Ext. 41452
Secure Fax No.: (603) 559-0310

Attachments: 8191808-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.25.2018

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7307

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) self Relationship self

DocuSigned by: Jamie Reece 8A2AB9A73984414...
Signature of claimant or legal representative

Date of Birth: _ __ Claim Number: 8191808 Date: 6/25/2018

**A copy of this authorization will be considered as valid as the original.**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

DR WILLIAM KIBLER MD
1221 S BROADWAY
LEXINGTON KY 40504

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

August 28, 2018

Dr. William Kibler, MD
1221 S BROADWAY
LEXINGTON, KY 40504

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 12, 2016 through present

We ask that you provide this information by September 11, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tracey Sprous
Disability Claims Case Manager
Phone No.: (855) 508-4895 Ext. 41452
Secure Fax No.: (603) 559-0310

Attachments: 8191808-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.25.2018

DocuSign Envelope ID: 8B6213AD-ADE9-47BB-98B0-5189D9FEEA4C

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7307

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) self Relationship self

Signature of claimant or legal representative DocuSigned by: Jamie Reece 8A2AB9A73984414...

Date of Birth: _ __ Claim Number: 8191808 Date: 6/25/2018

**A copy of this authorization will be considered as valid as the original.**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

SUSANNA MOBERLY SN, APRN, FNP-BC
RHEUMATOLOGY-LEXINGTON CLINIC
1221 S. BROADWAY LCSB-5
LEXINGTON KY 40504

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

August 28, 2018

Susanna Moberly, Sn, Aprn, Fnp-Bc
Rheumatology-Lexington Clinic
1221 S. BROADWAY LCSB-5
LEXINGTON, KY 40504

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece
Claimant D.O.B.:

Dear Susanna Moberly:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 12, 2016 through present.

We ask that you provide this information by September 11, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tracey Sprous
Disability Claims Case Manager
Phone No.: (855) 508-4895 Ext. 41452
Secure Fax No.: (603) 559-0310

Attachments: 8191808-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.25.2018

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7307

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) self Relationship self

Signature of claimant or legal representative DocuSigned by: Jamie Reece 8A2AB9A73984414...

Date of Birth: _ __ Claim Number: 8191808 Date: 6/25/2018

**A copy of this authorization will be considered as valid as the original.**

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

| | |
|---|---|
| Date: | August 28, 2018 |
| To: | IHS<br>1001 CHERRY BLOSSOM WAY<br>GEORGETOWN KY 40324 |
| Attn: | MEDICAL RECORDS |
| Fax: | (502) 868-4998 |
| From: | Tracey Sprous<br>Disability Claims Case Manager<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 559-0310 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 8356763<br>Claimant: Jamie Reece<br>Toyota Motor Engineering & Manufacturing North America, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

August 28, 2018

lhs
1001 CHERRY BLOSSOM WAY
GEORGETOWN, KY 40324

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8356763
Claimant: Jamie Reece
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 12, 2016 through present

We ask that you provide this information by September 11, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0310 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tracey Sprous
Disability Claims Case Manager
Phone No.: (855) 508-4895 Ext. 41452
Secure Fax No.: (603) 559-0310

Attachments: 8191808-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.25.2018

DocuSign Envelope ID: 8B6213AD-ADE9-47B5-98B0-5189D9FEEA4C

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7307

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) self Relationship self

Signature of claimant or legal representative DocuSigned by: Jamie Reece

Date of Birth: ______ Claim Number: 8191808 Date: 6/25/2018

**A copy of this authorization will be considered as valid as the original.**

# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Jamie Reece | **Visit Date:** | March 23, 2017 |
| **Patient ID:** | 95270 | **Provider:** | Nan Pack, PA |
| **Sex:** | Female | **Location:** | 2000 Clinic |
| **Birthdate:** | | **Location Address:** | 1001 Cherry Blossom Way<br>Georgetown, KY 403249999 |
| | | **Location Phone:** | (502) 868-4961 |

## Chief Complaint

- Right foot

1ST OCC NOTE
ID # V35729
COST CENTER LT130
Lexus Paint
SHIFT/ FT or PT 1st shift
Full Time Kelly Services
GL NAME AND EXTENSION Barney Crouch
INCIDENT#
CASE# 532461
BODY PART Right foot
DATE OF INJURY 3/23/17
DATE REPORTED 3/23/17
# DAY(S) REPORTING DELAYED 0
DATE MARKED HYP n/a
ESI PERFORMED n/a
MOI TM states that she was on the frame tape process and was walking backwards sealing the edge of the tape and her shoe caught the edge of the step and bent her toes backwards. TM states that she did not fall. This occurred about 10:00 this morning.
PPE All appropriate; steel toes; safety glasses; paint suit; gloves; hat
ROOT CAUSE
COUNTERMEASURES n/a
OUTSIDE TREATMENT None
REFERRED BY Walk-in
NOTES TM states that she continued working but then checked it on break and noticed some bruising and pain. States that she waited to report until she noticed some bruising. States that she notices the pain mostly when walking. Rates pain 4/10 at worst, 1/10 currently. TM has not had any OTC meds today and has not applied ice. States that she does feel like she can do her jobs, she was just concerned because of the bruising. Denies previous injury or surgery to right foot.
Completed by Amber Guy, RN Date 3/23/17

## History Of Present Illness

As noted in CC. 1st Occ right foot injury. TM is a Kelly services temp who works in Lexus Paint. She presents with c/o right foot pain that started around 10 am today. She reports that she was working on " frame tape process " and as she stepped backwards right shoe caught the edge of the step and toes bent backwards. She states that she immediately experienced sharp pain over bottom of first toe, no popping or burning or n/t at time of injury. She states that she thought she would be alright and kept working but after break foot hurt more and she reported problems to her supervisor. At visit TM c/o achy pain over first MTP, sharp pain when she tries to bend the toes and pain with weight bearing. No past foot injury. She has hx of bunion.

## Additional Info (PFSH)

Reviewed. AG, RN

[Digital Signature Validated]

## Review of Systems

**Constitutional**
- **Denies** : no complaints

**Musculoskeletal**
- **Admits** : foot pain
- **Denies** : additional musculoskeletal symptoms except as noted in the HPI

## Vitals

| Date | Time | BP | Position | Site | L\R | Cuff Size | HR | RR | TEMP(°F) | WT | HT | BMI kg/m² | BSA m² | O2 Sat | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/23/2017 | 01:29 PM | 102/68 | Sitting | | | | 71 - R | 16 | 98.5 | 155lbs 0oz | 5' 7" | 24.28 | 1.82 | 98 % | |

## Physical Examination

**Constitutional**
- **Appearance** : well-nourished, well developed, alert, in no acute distress

**Musculoskeletal**
- **Right Lower Extremity** :
  - **Inspection/Palpation** : Right foot: no deformity, tenderness to palpation over 1st MTP and ball of foot, (+) swelling and ecchymosis over bottom of foot area of 1st and 2nd MTP, normal distal pulses palpated, neuro-vasc intact
  - **Joint Stability** : Right foot joint stability within normal limits
  - **Range of Motion** : Right foot range of motion normal, no joint crepitations present, (+) pain when bending toes - worse 1st and 2nd toes

**Neurologic**
- **Gait and Station** :
  - **Gait Screening** : normal gait, able to stand without difficulty

## Assessment

- Foot injury, right, initial encounter 959.7/S99.921A

## Plan

**Orders**
- ALT: OCC - First report of injury (OC1RPINJ) - 959.7/S99.921A - 03/23/2017
- ALT: Provider - Occupational Visit (OCCPROV) - 959.7/S99.921A - 03/23/2017
- XR Foot, complete, minimum of 3 views (73630) - 959.7/S99.921A - 03/23/2017
  right foot
- Non-prescription drugs (A9150) - 959.7/S99.921A - 03/23/2017
  Tylenol 500 mg x 2 & ibuprofen 200 mg x 2
- Hot water bottle, ice cap or collar, heat and/or cold wrap, any type (A9273) - 959.7/S99.921A - 03/23/2017

**Instructions**
- 1st Occ right foot injury
- BOS restrictions
- X-rays completed and sent for overread
- Advised ROM stretching as tolerate, ice and OTC meds
- F/U prior to shift for re-eval

**Electronically Signed by:** Nan Pack, PA -Author on March 23, 2017 03:25:20 PM
**Electronically Co-signed by:** Maria Reyes, MD -Reviewer on April 5, 2017 07:23:06 PM

[Digital Signature Validated]

# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Jamie Reece | **Visit Date:** | March 24, 2017 |
| **Patient ID:** | 95270 | **Provider:** | Maria Reyes, MD |
| **Sex:** | Female | **Location:** | 2000 Clinic |
| **Birthdate:** | | **Location Address:** | 1001 Cherry Blossom Way<br>Georgetown, KY 403249999 |
| | | **Location Phone:** | (502) 868-4961 |

## Chief Complaint

- Right foot

ID # V35729
COST CENTER LT130
Lexus Paint
SHIFT/ FT or PT 1st shift
Full Time Kelly Services
GL NAME AND EXTENSION Barney Crouch
INCIDENT#
CASE# 532461
BODY PART Right foot
DATE OF INJURY 3/23/17

F/u Occ. Right foot. Restricted BOS. TM reports her foot is a little sore. Current pain 2-3/10. Has not taken anything for pain. States foot is sore when bending it. Hurts around bunion area. Reports walking increases pain. TM states her process is a moving process. Reports she did epsom salt bath, and ice last night, but that helped w/ swelling. Denies any n/t. RC, RN

## History Of Present Illness

Right foot still hurts at the 1st MTP. Bruising is resolving but still hurts when she puts weight on it. Xrays were negative.

## Additional Info (PFSH)

Reviewed. RC, RN

## Review of Systems

**Constitutional**
- **Admits** : no complaints

**Musculoskeletal**
- **Denies** : additional musculoskeletal symptoms except as noted in the HPI

## Vitals

| Date | Time | BP | Position | Site | L\R | Cuff Size | HR | RR | TEMP(°F) | WT | HT | BMI kg/m² | BSA m² | O2 Sat | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/24/2017 | 05:57 AM | 114/76 | Sitting | | | | 75 - R | | | | | | | 100 % | |

## Physical Examination

**Constitutional**
- **Appearance** : well-nourished, well developed, alert, in no acute distress

**Musculoskeletal**
- **Right Lower Extremity** :
  - **Inspection/Palpation** : right foot: (+) bunion, (+) resolving hematoma on plantar surface of 1st MTP, N/V

[Digital Signature Validated]

intact

- **Range of Motion** : right great toe active and passive range of motion normal, no joint crepitations present, no pain on motion

**Neurologic**

- **Gait and Station** : slight limp, able to stand without difficulty

## Assessment

- Sprain of metatarsophalangeal joint of great toe, right, subsequent encounter V58.89/S93.521D
- Bunion of great toe of right foot 727.1/M21.611

## Plan

**Orders**

- ALT: Provider - Occupational Visit (OCCPROV) - V58.89/S93.521D, 727.1/M21.611 - 03/24/2017
- ALT: OCC - Follow-up (OCINJFU) - V58.89/S93.521D, 727.1/M21.611 - 03/24/2017

**Instructions**

- RTW/EIA
- Ice, Aleve as tolerated, Tylenol as needed
- Follow up in 1 week and as needed

**Electronically Signed by:** Maria Reyes, MD -Author on March 24, 2017 06:59:18 AM

[Digital Signature Validated]

# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Jamie Reece | **Visit Date:** | August 1, 2017 |
| **Patient ID:** | 95270 | **Provider:** | Jennifer Mosley, RN |
| **Sex:** | Female | **Location:** | 2000 Clinic |
| **Birthdate:** | | **Location Address:** | 1001 Cherry Blossom Way<br>Georgetown, KY 403249999 |
| | | **Location Phone:** | (502) 868-4961 |

## Chief Complaint

- Left 2nd Digit

TM NAME Jamie Reece
ID # 77390
COST CENTER LT130
SHIFT 1st/ FT
GL NAME AND EXTENSION
Incident#/CASE #
BODY PART L 2nd Digit
DATE OF INJURY 8/1/17
DATE REPORTED 8/1/17
# DAY(S) REPORTING DELAYED N/A
DATE MARKED HYP N/A
DATE ESI STARTED N/A
DAY(S) ESI DELAYED N/A
LSM EVAL?/DATE 8/1/17
EI/MMD CANDIDATE Y
EI/MMD UTILIZED N
MOI TM states running hand along the bottom the car to feel for area where cavity wax is applied and metal shaving went into left 2nd Digit.
PPE All Proper PPE
ROOT CAUSE N/A
COUNTERMEASURES N/A
ESI/LSM TREATMENT Cleaned area after TM pulled out metal shaving with Hibiclens. Applied antibacterial ointment & Band Aid.
OUTSIDE TREATMENT N/A
NOTES TM works in Lexus Paint. States was running along the bottom of the car to feel area where cavity wax is applied and metal shaving went into Left 2nd Digit. TM removed metal shaving and was sent to LSN. NO FB remaining. Left lateral MIP 2nd Digit had small abrasion, where metal shaving had been. No bleeding, No s/s of infection. TM states was wearing required PPE for her area, gloves with 2 fingers cut out to do remaining process. Cleaned area with Hibiclens, applied antibacterial ointment & Band Aid. Informed TM to return to LSN if S/S of infection and to keep area clean, dry & Covered while at work. TM acknowledged understanding.
Completed by J. Mosley, RN Date 8/1/17

## Additional Info (PFSH)

Reviewed. J. Mosley, RN

## Assessment

- Foreign body (FB) in soft tissue 729.6/M79.5
  Alteration in Skin Integrity

## Plan

**Orders**
- ALT: OCC - First report of Injury (OC1RPINJ) - - 08/01/2017
- ALT: Nursing Education (NURSEEDU) - - 08/01/2017
- ALT: Nurse Visit - Occupational (OCN) - - 08/01/2017

**Instructions**
- Keep area clean & dry
- Monitor for S/S of Infection
- See LSN as needed

**Disposition**
- Call or Return if symptoms worsen or persist.

**Electronically Signed by:** Jennifer Mosley, RN -Author on August 1, 2017 02:35:57 PM

[Digital Signature Validated]

# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Jamie Reece | **Visit Date:** | September 18, 2017 |
| **Patient ID:** | 95270 | **Provider:** | Katie Hart, RN |
| **Sex:** | Female | **Location:** | 2000 Clinic |
| **Birthdate:** | | **Location Address:** | 1001 Cherry Blossom Way<br>Georgetown, KY 403249999 |
| | | **Location Phone:** | (502) 868-4961 |

## Chief Complaint

- PRTW

ID# 77390

LT130
Lexus Paint 2nd inspection
1st Shift
Full Time
GL: Bobby Shrout

LDW: 9/8/17

PMLOA: TM has been out for a pulled back, lower back. States she bent over to put something down and had a sudden paina nd decreased ROM. TM was under the care of UTC and PCP. States she was prescribed muscle relaxers and NSAID, then PCP gave her an injection, prescribed steroids and difflerent NSAIDs. F/U PCP on Wed., ordered PT, has not started yet. States her back is doing better. States she has some minor discomfort but it has improved greatly. Has increased ROM. TM feels she can RTW, has a release note. KEH RN

## Additional Info (PFSH)

Reviewed. KEH RN

## Vitals

| Date | Time | BP | Position | Site | L\R | Cuff Size | HR | RR | TEMP(°F) | WT | HT | BMI kg/m² | BSA m² | O2 Sat | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/18/2017 | 08:31 PM | 111/76 | Sitting | | | | 108 - R | 16 | 97.5 | | | | | 96 % | |

## Assessment

- Return to work evaluation V72.85/Z76.89
  Alteration in comfort. KEH RN

## Plan

**Orders**

- ALT Ancillary Visit - Health Center Patient (99199LX) - - 09/18/2017
- ALT Ancillary Visit - Outside Order (99199LXO) - - 09/18/2017
- ALT: Nurse Visit - Personal (PCN) - - 09/18/2017

**Instructions**

- Regular duty 9/19/17
- f/u prn

[Digital Signature Validated]

**Electronically Signed by:** Katie Hart, RN -Author on September 18, 2017 08:34:21 PM

[Digital Signature Validated]

# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Jamie Reece | **Visit Date:** | February 1, 2018 |
| **Patient ID:** | 95270 | **Provider:** | Kristin Ford, RN |
| **Sex:** | Female | **Location:** | 2000 Clinic |
| **Birthdate:** | | **Location Address:** | 1001 Cherry Blossom Way<br>Georgetown, KY 403249999 |
| | | **Location Phone:** | (502) 868-4961 |

## Chief Complaint

1ST OCC NOTE
TM NAME Jamie Reece
ID # 77390
COST CENTER LT230 Lexus Paint Finish
SHIFT 2
GL NAME AND EXTENSION Brad McKinney
INCIDENT #
BODY PART Right Shoulder
DATE OF INJURY 1/30/2018
DATE REPORTED 1/31/2018
# DAY(S) REPORTING DELAYED 1
DATE MARKED HYP 1/31/2018
DATE ESI STARTED 2/1/2018
DAY(S) ESI DELAYED 2
LSM EVAL?/DATE 2/1/2018
EI/MMD CANDIDATE No- TM feels unsafe going back on her processes. Suggestion made for no line paced work until ATC spot in I.H.S 2000 at 9:00PM
EI/MMD UTILIZED No
MOI TM states all of her jobs she is on has a shoulder component such as repetitive buffing, wiping, and doing frame tape. TM states she has at risk shoulder postures on all these processes. The jobs the TM performs are as follows; cavity wax, frame tape, 2nd inspection.
PPE All Appropriate
ROOT CAUSE Required Posture
COUNTERMEASURES TM states she has been taking OTC NSAID's.
ESI/LSM TREATMENT TM is sent to I.H.S 2000 self referral due to feeling unsafe doing her processes.
OUTSIDE TREATMENT None
NOTES TM presents to LSM with right shoulder pain. TM states all of her jobs she is on has a shoulder component such as repetitive buffing, wiping, and doing frame tape. TM states she has at risk shoulder postures on all these processes. The jobs the TM performs are as follows; cavity wax, frame tape, and 2nd inspection. TM states recently she fell on stairs at work but caught herself. TM does not believe this incident is related to her discomfort, TM states she has not had discomfort from this incident. TM reports his symptoms as; ache, with referred discomfort into neck. TM states the discomfort is waking her up in the middle of the night. TM rates discomfort 6/10 at rest and 7-8/10 at worst. TM denies any history of surgery, injury, or discomfort in right shoulder. TM denies any bruising, swelling, or redness at site of discomfort. TM has LROM with external rotation of shoulder. FROM of neck. MMT 4/5 with flexion, internal rotation, and external rotation of shoulder. Positive test per AT include; +Hawkin's Kennedy +Empty Can and +O'Brien's. TM has 2+radial pulses, and brisk cap refill. Hands are warm to the touch. TM is sent to I.H.S 2000 self referral due to feeling unsafe on processes.

Completed by Kristin Ford RN
Date 2/1/2018

GLR 9.15.2014

## Additional Info (PFSH)

Reviewed KF RN

## Vitals

[Digital Signature Validated]

| Date | Time | BP | Position | Site | L\R | Cuff Size | HR | RR | TEMP(°F) | WT | HT | BMI kg/m2 | BSA m2 | O2 Sat | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/01/2018 | 07:54 PM | 103/71 | Sitting | | | | 66 - R | | | | | | | 97 % | |

## Assessment

- Right shoulder pain 719.41/M25.511
  Alteration in comfort KF RN

## Plan

**Orders**

- ALT Nurse Visit - Occupational (OCN) - - 02/01/2018

**Electronically Signed by:** Kristin Ford, RN -Author on February 1, 2018 08:02:41 PM

[Digital Signature Validated]

# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Jamie Reece | **Visit Date:** | February 1, 2018 |
| **Patient ID:** | 95270 | **Provider:** | Kristin Ford, RN |
| **Sex:** | Female | **Location:** | 2000 Clinic |
| **Birthdate:** | | **Location Address:** | 1001 Cherry Blossom Way Georgetown, KY 403249999 |
| | | **Location Phone:** | (502) 868-4961 |

## Chief Complaint

1ST OCC NOTE
TM NAME Jamie Reece
ID # 77390
COST CENTER LT230 Lexus Paint Finish
SHIFT 2
GL NAME AND EXTENSION Brad McKinney
NCIDENT #
BODY PART Right Wrist
DATE OF INJURY 1/31/2018
DATE REPORTED 1/31/2018
# DAY(S) REPORTING DELAYED 0
DATE MARKED HYP 1/31/2018
DATE ESI STARTED 2/1/2018
DAY(S) ESI DELAYED 1
LSM EVAL?/DATE 2/1/2018
EI/MMD CANDIDATE No- TM states she feels unsafe doing processes. Modification for no line paced work until I.H.S 2000 Appointment suggested.
EI/MMD UTILIZED No
MOI TM states she believes the discomfort in right wrist is due to the process cavity wax. TM states on cavity wax the gun she is using is always trying to twist in different directions and it causing her to have to fight the motion from happening. TM thinks is may be the hose the gun is attached to.
PPE All Appropriate
ROOT CAUSE Force
COUNTERMEASURES TM states she has taken OTC NSAIDs for discomfort.
ESI/LSM TREATMENT TM is sent to I.H.S 2000 self referral for further evaluation.
OUTSIDE TREATMENT None
NOTES TM presents to LSM with right wrist discomfort. TM states she believes the discomfort in right wrist is due to the process cavity wax. TM states on cavity wax the gun she is using is always trying to twist in different directions and it causing her to have to fight the motion from happening. TM thinks is may be the hose the gun is attached to. TM states maintenance has been down to work on gun to improve the pull the gun is having. TM reports his symptoms as; ache, with referred discomfort into fingertips, throbbing, with numbness and tingling. TM rates discomfort 5-6/10 at rest and 7-8/10 at worst. TM denies any history of surgery, injury, or discomfort in right wrist. TM admits to swelling at thenar region of palm. TM denies any redness or bruising. TM has LROM with flexion and extension of the 3rd-5th digit. TM has FROM of elbow. TM has normal grip strength. Positive Test per AT include; +Finklestein's +Watson's Test +Upper Limb Tension. MMT not tested due to LROM. TM has tension in forearms. TM has normal sensation.

Completed by Kristin Ford RN
Date 2/1/2018

GLR 9.15.2014

## Additional Info (PFSH)

Reviewed KF RN

## Vitals

BMI

[Digital Signature Validated]

| Date | Time | BP | Position | Site | L\R | Cuff Size | HR | RR | TEMP(°F) | WT | HT | kg/m$^2$ | BSA m$^2$ | O2 Sat | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/01/2018 | 08:45 PM | 103/71 | Sitting | | | | 66 - R | | | | | | | 97 % | |

## Assessment

- Right wrist pain 719.43/M25.531
  Alteration in comfort KF RN

## Plan

**Orders**

- o ALT Nurse Visit - Occupational (OCN) - - 02/01/2018

**Electronically Signed by:** Kristin Ford, RN -Author on February 1, 2018 08:47:01 PM

[Digital Signature Validated]

# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Jamie Reece | **Visit Date:** | February 1, 2018 |
| **Patient ID:** | 95270 | **Provider:** | Debra Schilder, PA-C |
| **Sex:** | Female | **Location:** | 2000 Clinic |
| **Birthdate:** | | **Location Address:** | 1001 Cherry Blossom Way<br>Georgetown, KY 403249999 |
| | | **Location Phone:** | (502) 868-4961 |

## Chief Complaint

- right shoulder
- Right wrist
- neck

1ST OCC NOTE
TM NAME Jamie Reece
ID # 77390
COST CENTER LT230 Lexus Paint Finish
SHIFT 2
GL NAME AND EXTENSION Brad McKinney
INCIDENT #
BODY PART Right Shoulder/ neck / Right wrist /right hand / RUE
DATE OF INJURY 1/30/2018
DATE REPORTED 1/31/2018
# DAY(S) REPORTING DELAYED 1
DATE MARKED HYP 1/31/2018
DATE ESI STARTED 2/1/2018
DAY(S) ESI DELAYED 2
LSM EVAL?/DATE 2/1/2018
EI/MMD CANDIDATE No- TM feels unsafe going back on her processes. Suggestion made for no line paced work until ATC spot in I.H.S 2000 at 9:00PM
EI/MMD UTILIZED No
MOI TM states all of her jobs she is on has a shoulder component such as repetitive buffing, wiping, and doing frame tape. TM states she has at risk shoulder postures on all these processes. The jobs the TM performs are as follows; cavity wax, frame tape, 2nd inspection.
PPE All Appropriate
ROOT CAUSE Required Posture
COUNTERMEASURES TM states she has been taking OTC NSAID's.
ESI/LSM TREATMENT TM is sent to I.H.S 2000 self referral due to feeling unsafe doing her processes.
OUTSIDE TREATMENT None
NOTES TM presents to LSM with right shoulder pain. TM states all of her jobs she is on has a shoulder component such as repetitive buffing, wiping, and doing frame tape. TM states she has at risk shoulder postures on all these processes. The jobs the TM performs are as follows; cavity wax, frame tape, and 2nd inspection. TM states recently she fell on stairs at work but caught herself. TM does not believe this incident is related to her discomfort, TM states she has not had discomfort from this incident. TM reports his symptoms as; ache, with referred discomfort into neck. TM states the discomfort is waking her up in the middle of the night. TM rates discomfort 6/10 at rest and 7-8/10 at worst. TM denies any history of surgery, injury, or discomfort in right shoulder. TM denies any bruising, swelling, or redness at site of discomfort. TM has LROM with external rotation of shoulder. FROM of neck. MMT 4/5 with flexion, internal rotation, and external rotation of shoulder. Positive test per AT include; +Hawkin's Kennedy +Empty Can and +O'Brien's. TM has 2+radial pulses, and brisk cap refill. Hands are warm to the touch. TM is sent to I.H.S 2000 self referral due to feeling unsafe on processes.

Completed by Kristin Ford RN
Date 2/1/2018

GLR 9.15.2014
Updated AG, Rn 2/1/18

[Digital Signature Validated]

Triage notes: TM states that her shoulder and wrist are bothering her. States that the pain started in her shoulder an her wrist both started hurting at the same time. States that all of her jobs require use of her shoulder and of her wrist. States she has to apply tape with her right hand /wrist repetitively and has to buff which irritates her shoulder and her wrist. States all of her processes bother her. States that the gun on cavity wax is always trying to "roll over" and she has to fight it with her wrist and that also causes shoulder discomfort. TM states that this is a result of all of her processes. TM admits that the on the night of 1/30/18 to the end of that shift (on 1/31/18) she started having pain in her shoulder that radiated to the neck and clavicle area. States she also started having wrist pain affecting her radial wrist and hand. States that she also has pain that radiates to her 3rd-5th digits. TM admits n/t to right hand. Rates pain 7-8/10 at worst; 6/10 at best. TM has been taking ibuprofen. Has also applied ice and has been modified off of her processes today. Denies previous injury / surgery to RUE/shoulder/hand/wrist or neck. AG, RN

## History Of Present Illness

See CC. TM states about 2-3 days ago, she started having pain in the right lateral side of the neck, into the right shoulder/upper trapezius, and it has progressed to the medial elbow, and wrist. Getting intermit. n/t into the 4th and 5th fingers and occ. to the 3rd finger. Denies any swelling, redness, or warmth to her joints. TM states she feels like it is due to a lot of her processes that require her to raise her arm at shoulder level or higher repetitively and torqueing her wrist a lot as well. Does a lot of wiping, buffing, and taping. TM denies any direct trauma. TM denies any prior injuries or surgeries to this shoulder/arm. TM has recently been diagnoses with psoriatic arthritis and has been placed on Methotrexate. Sees a rheumatologist. However, feels like the neck and right arm issues is work related and not with her arthritis.

## Past Medical History
Reviewed None Changed

## Past Surgical History
Reviewed None Changed

## Medication List
Reviewed None Changed

## Allergy List
Reviewed None Changed

## Social History
Reviewed None Changed

## Additional Info (PFSH)

Reviewed. AG, RN

## Review of Systems

**Constitutional**
- **Denies** : no complaints

**Cardiovascular**
- **Denies** : chest pain

**Respiratory**
- **Denies** : shortness of breath

**Neurologic**
- **Admits** : tingling or numbness- see HPI

**Musculoskeletal**
- **Admits** : neck pain, shoulder pain, elbow pain, wrist pain--see HPI

## Vitals

| Date | Time | BP | Position | Site | L\R | Cuff Size | HR | RR | TEMP(°F) | WT | HT | BMI kg/m² | BSA m² | O2 Sat | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/01/2018 | 08:54 PM | 101/70 | Sitting | | | | 63 - R | 14 | | 169lbs 0oz | 5' 7" | 26.47 | 1.9 | | |

## Physical Examination

**Constitutional**
- **Appearance** : well-nourished, well developed, alert, in no acute distress

**Neck**
- **Inspection/Palpation** : normal appearance, no masses. Tender over the right paraspinals and into the right upper trapezius and above the right clavicle.
- **Range of Motion** : cervical range of motion within normal limits

**Respiratory**
- **Auscultation of Lungs** : normal breath sounds

**Cardiovascular**
- **Heart** :
  - **Auscultation of Heart** : regular rate, normal rhythm, no murmurs present
- **Peripheral Vascular System** :
  - **Extremities** : no cyanosis, clubbing or edema; less than 2 second refill noted

**Musculoskeletal**
- **Right Upper Extremity** :
  - **Inspection/Palpation** : shoulder: tender over the anterior shoulder slightly. Elbow: tender over the medial epicondyle. Wrist: no real tenderness. Fingers: no tenderness. Normal skin color and temp. down arm. n/v intact.
  - **Joint Stability** : shoulder, elbow and wrist joint stability normal with neg. empty can and full can test. Neg. Hawkin's test. Neg. Neer's test.
  - **Range of Motion** : shoulder: full ROM with pain reaching across the body and with lateral abduction at about 100 degrees. Able to internally and externally rotate shoulder without pain. Elbow: full ROM with some soreness with flexion. Wrist: full ROM with mild pain with ulnar deviation. Tightness sensation with Finkelstein's test.
- **Left Upper Extremity** :
  - **Inspection/Palpation** : no tenderness to palpation
  - **Joint Stability** : shoulder, elbow and wrist joint stability normal
  - **Range of Motion** : range of motion normal, no joint crepitus present, no pain with joint motion

**Neurologic**
- **Mental Status Examination** :
  - **Orientation** : grossly oriented to person, place and time
- **Motor Examination** :
  - **RUE Strength** : strength normal
  - **RUE Motor Function** : tone normal, muscle bulk normal, no abnormal movements noted
  - **LUE Strength** : strength normal
  - **LUE Motor Function** : tone normal, muscle bulk normal, no abnormal movements noted
- **Reflexes** :
  - **RUE** : biceps reflex 2, triceps reflex 2, brachioradialis reflex 2
  - **LUE** : biceps reflex 2, triceps reflex 2, brachioradialis reflex 2
- **Sensation** :
  - **Light Touch** : sensation intact to light touch in extremities

## Assessment

- Neck and right shoulder pain/upper trapezius 723.1/M54.2
- Medial epicondylitis of right elbow 726.31/M77.01
- Wrist pain, acute, right 719.43/M25.531
- Ulnar neuritis, right 723.4/G56.21

## Plan

[Digital Signature Validated]

**Orders**

- ALT: OCC - First report of Injury (OC1RPINJ) - - 02/01/2018
- ALT: Provider - Occupational Visit (OCCPROV) - - 02/01/2018

**Instructions**

- 1. RTW with restrictions, due to multiple body parts with pain and need for PT for reducing inflammation and to help strengthen TM.
- 2. Refer to PT to help with pain, since I am concerned about treating her with any NSAIDs with her Methotrexate and reflux issues. Also, multiple body parts that have pain.
- 3. Follow up in about 3-4 weeks to give PT a chance or sooner if needed.

**Referrals**

- ID: 13836 Date: 02/01/2018 Type: Outbound
  Referral To: TMEC Facility
  Reason: please eval. and treat

**Electronically Signed by:** Debra Schilder, PA-C -Author on February 1, 2018 11:14:04 PM
**Electronically Co-signed by:** Maria Reyes, MD -Reviewer on February 2, 2018 05:00:36 PM

[Digital Signature Validated]

# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Jamie Reece | **Visit Date:** | February 22, 2018 |
| **Patient ID:** | 95270 | **Provider:** | Debra Schilder, PA-C |
| **Sex:** | Female | **Location:** | 2000 Clinic |
| **Birthdate:** | | **Location Address:** | 1001 Cherry Blossom Way<br>Georgetown, KY 403249999 |
| | | **Location Phone:** | (502) 868-4961 |

## Chief Complaint

- right shoulder
- Right wrist
- neck

ID # 77390

LT230 Lexus Paint Finish
2nd shift
full time
GL: Brad McKinney

case#
BODY PART Right Shoulder/ neck / Right wrist /right hand / RUE
DOI: 1/30/2018

f/u occ. Right neck/right shoulder/RUE. Restricted. TM presents to IHS stating some improvement to ROM in neck. TM admits to PT with TMEC along to HEP. TM pain post PT visits. TM states pain remains with certain movements that she is unable to pinpoint. TM states concern extension and flexion of her neck during her restrictions. TM admits to n/t to right hand. ts,rn

## History Of Present Illness

See CC. TM states that she is still having discomfort on the right side of her neck, into the right clavicle, into right shoulder and pain and numbness into the hand, exp. the 4th and 5th fingers. Having pain also into the right greater thenar eminence. Going to PT, which has helped improve the range of motion of the neck. Having a lot of muscle tightness in the upper trapezius. TM admits that she has to do a lot of looking up and down at monitors, which is causing some of her pain, she believes. Wrist feels a little better. Elbow is achy.

## Additional Info (PFSH)

reviewed. ts,rn

## Review of Systems

**Constitutional**
- **Denies** : no complaints

**Neurologic**
- **Admits** : tingling or numbness- see HPI

**Musculoskeletal**
- **Admits** : neck pain, shoulder pain, elbow pain, wrist pain- see HPI

## Vitals

| Date | Time | BP | Position | Site | L\R | Cuff Size | HR | RR | TEMP(°F) | WT | HT | BMI kg/m$^2$ | BSA m$^2$ | O2 Sat | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/22/2018 | 10:06 PM | 124/77 | Sitting | | | | 86 - R | 16 | | | | | | 99 % | |

[Digital Signature Validated]

## Physical Examination

**Constitutional**

- **Appearance** : well-nourished, well developed, alert, in no acute distress

**Neck**

- **Inspection/Palpation** : normal appearance, no masses. Tender over the right paraspinals and into the right upper trapezius and above the right clavicle.
- **Range of Motion** : cervical range of motion within normal limits, but pain with extension of neck >flexion. Neg. Spurling's test

**Musculoskeletal**

- **Right Upper Extremity** :
  - **Inspection/Palpation** : shoulder: tender over the anterior shoulder slightly. Elbow: tender over the medial epicondyle. Wrist: no real tenderness. Fingers: no tenderness. Normal skin color and temp. down arm. n/v intact.
  - **Joint Stability** : shoulder, elbow and wrist joint stability normal with neg. empty can and full can test. Neg. Hawkin's test. Neg. Neer's test.
  - **Range of Motion** : shoulder: full ROM with pain reaching across the body and with lateral abduction at about 100 degrees. Able to internally and externally rotate shoulder without pain. Elbow: full ROM with some soreness with flexion. Wrist: full ROM with mild pain with ulnar deviation. Tightness sensation with Finkelstein's test.
- **Left Upper Extremity** :
  - **Inspection/Palpation** : no tenderness to palpation
  - **Joint Stability** : shoulder, elbow and wrist joint stability normal
  - **Range of Motion** : range of motion normal, no joint crepitus present, no pain with joint motion

**Neurologic**

- **Mental Status Examination** :
  - **Orientation** : grossly oriented to person, place and time
- **Motor Examination** :
  - **RUE Strength** : strength normal
  - **RUE Motor Function** : tone normal, muscle bulk normal, no abnormal movements noted
  - **LUE Strength** : strength normal
  - **LUE Motor Function** : tone normal, muscle bulk normal, no abnormal movements noted
- **Sensation** :
  - **Light Touch** : sensation intact to light touch in extremities

## Assessment

- Neck and right shoulder pain/upper trapezius 723.1/M54.2
- Medial epicondylitis of right elbow 726.31/M77.01
- Wrist pain, acute, right 719.43/M25.531
- Ulnar neuritis, right 723.4/G56.21

## Plan

**Orders**

- ALT: OCC - Follow-up (OCINJFU) - - 02/22/2018
- ALT: Provider - Occupational Visit (OCCPROV) - - 02/22/2018
- XR Spine, cervical; 4 or 5 views (72050) - - 02/22/2018
- XR Shoulder, complete, minimum of 2 views (73030) - - 02/22/2018
  right

**Medications**

- Medrol (Pak) 4 mg oral tablets,dose pack
  SIG: take as directed for 6 days
  DISP: (1) 21 ct dose-pack with 0 refills
  **Prescribed on 02/22/2018**

- methocarbamol 750 mg oral tablet
  SIG: take 1 tablet by oral route QHS PRN
  DISP: (15) tablets with 0 refills

[Digital Signature Validated]

**Prescribed on 02/22/2018**

**Instructions**

- 1. RTW with restrictions
- 2. X-ray C-spine and right shoulder
- 3. Cont. PT/HEP
- 4. Try Medrol Dosepak and Methocarbamol
- 5. Follow up in 2-3 weeks or sooner if needed.

**Electronically Signed by:** Debra Schilder, PA-C -Author on February 22, 2018 11:23:25 PM

[Digital Signature Validated]

# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Jamie Reece | **Visit Date:** | March 15, 2018 |
| **Patient ID:** | 95270 | **Provider:** | Debra Schilder, PA-C |
| **Sex:** | Female | **Location:** | 2000 Clinic |
| **Birthdate:** | | **Location Address:** | 1001 Cherry Blossom Way<br>Georgetown, KY 403249999 |
| | | **Location Phone:** | (502) 868-4961 |

## Chief Complaint

- right shoulder
- Right wrist
- neck

ID # 77390

LT230 Lexus Paint Finish
2nd shift
full time
GL: Brad McKinney

case#
BODY PART Right Shoulder/ neck / Right wrist /right hand / RUE
DOI: 1/30/2018

f/u occ. Right neck/right shoulder/RUE. Restricted. TM states she has had no improvement. States that PT is going well, but she doesn't notice a difference. TM feels like some PT exercises, particularly the shoulder shrugging motion, exacerbates her pain. TM states she can move her neck from side to side better. States she still has some n/t to her right hand. Occasionally pain radiates from her right shoulder down to her wrist and fingers. Denies any new complaints. TLM RN

## History Of Present Illness

See CC. TM presents today for follow up. TM states the back of her neck is feeling better with better range of motion, but having a lot of pain still up the right lateral side of the neck and into the jaw, right superior and inferior clavicular region. Having pain into the right anterior shoulder and down into the triceps and occ. into the axillae. Still having right medial elbow pain and right wrist/forearm pain. States her hand get numb and it varies from finger to finger. Sometimes it is just in the 4th and 5th fingers, but then it can involve all the fingers. TM denies any swelling, warmth, erythema to any of the joints or muscles in the right arm. TM states that her pain in the lateral neck and anterior shoulder/clavicular region is worse with some of the PT exercises. TM very frustrated that she is not a lot better with PT/restrictions and medication. TM states that her GL and AM treated her awful when she went back with her restrictions to the point she cried all the way home. The steroids only helped a little, but now hurting more again. Taking NSAID regularly and icing region.

## Additional Info (PFSH)

Reviewed TLM RN

## Review of Systems

**Constitutional**
- **Denies** : no complaints

**Neurologic**
- **Admits** : tingling or numbness- see HPI

**Musculoskeletal**

- **Admits** : neck pain, shoulder pain, elbow pain, wrist pain--see HPI

## Vitals

| Date | Time | BP | Position | Site | L\R | Cuff Size | HR | RR | TEMP(°F) | WT | HT | BMI kg/m² | BSA m² | O2 Sat | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/15/2018 | 05:24 PM | 108/72 | Sitting | | | | 99 - R | 16 | 97.3 | | | | | 98 % | |

## Physical Examination

**Constitutional**

- **Appearance** : well-nourished, well developed, alert, in no acute distress

**Neck**

- **Inspection/Palpation** : normal appearance, no masses. Tender over the right lateral side/levator scapula of her neck and above the right clavicle and below the right clavicle without swelling, warmth, or erythema. Tender into the pectoralis muscle near the anterior shoulder.
- **Range of Motion** : cervical range of motion within normal limits, but pain with extension of neck > flexion. Pain with Spurling's test down the right arm

**Musculoskeletal**

- **Right Upper Extremity** :
  - **Inspection/Palpation** : shoulder: tender over the anterior shoulder and some over the teres minor. Elbow: tender over the medial epicondyle. Wrist: no real tenderness. Fingers: no tenderness. Normal skin color and temp. down arm. n/v intact. No swelling or erythema of joints.
  - **Joint Stability** : shoulder: Pain with empty can and full can test today. Neg. Hawkin's test. Neg. Neer's test. Elbow/wrist joints are stable.
  - **Range of Motion** : shoulder: full ROM with pain reaching across the body and with lateral abduction at about 100 degrees. Able to internally and externally rotate shoulder without pain. Pain reaching behind the body at about L1. Elbow: full ROM with some soreness with flexion. Wrist: full ROM. Neg. Finkelstein's test today.
- **Left Upper Extremity** :
  - **Inspection/Palpation** : no tenderness to palpation
  - **Joint Stability** : shoulder, elbow and wrist joint stability normal
  - **Range of Motion** : range of motion normal, no joint crepitus present, no pain with joint motion

**Neurologic**

- **Mental Status Examination** :
  - **Orientation** : grossly oriented to person, place and time
- **Motor Examination** :
  - **RUE Strength** : strength normal
  - **RUE Motor Function** : tone normal, muscle bulk normal, no abnormal movements noted
  - **LUE Strength** : strength normal
  - **LUE Motor Function** : tone normal, muscle bulk normal, no abnormal movements noted
- **Sensation** :
  - **Light Touch** : sensation intact to light touch in extremities with numbness into fingers with Tinel's test and reverse Phalen's test and mild discomfort with Phalen's test on right side.

## Assessment

- Neck and right shoulder pain/upper trapezius 723.1/M54.2
  -persistent right shoulder, despite PT. Improvement of posterior neck pain and motion.
- Medial epicondylitis of right elbow 726.31/M77.01
- Wrist pain, acute, right 719.43/M25.531
- Acute Right Neuritis of upper extremity 354.8/M79.2

## Plan

**Orders**

- ALT: OCC - Follow-up (OCINJFU) - - 03/15/2018
- ALT: Provider - Occupational Visit (OCCPROV) - - 03/15/2018
- MRI Extremity Upper Joint with contrast - Shoulder, Elbow, Wrist (73222) - - 03/15/2018

[Digital Signature Validated]

right shoulder with arthrogram
- Nerve conduction studies (95904) - - 03/15/2018
  NCV of RUE

**Instructions**
- 1. RTW with same restrictions
- 2. MRI of the right shoulder, since TM is having persistent pain, despite PT
- 3. Request NCV/EMG of the RUE, due to persistent numbness in the arm/hand with positive clinic findings, despite PT.
- 4. Cont. PT/HEP program in the meantime
- 5. Follow up after testing completed or sooner if needed.

Advised TM that if she had any further issues with her GL/AM, she needs to discuss it with HR.

**Electronically Signed by:** Debra Schilder, PA-C -Author on March 15, 2018 06:32:50 PM

[Digital Signature Validated]

# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Jamie Reece | **Visit Date:** | March 23, 2018 |
| **Patient ID:** | 95270 | **Provider:** | Nan Pack, PA |
| **Sex:** | Female | **Location:** | 2000 Clinic |
| **Birthdate:** | | **Location Address:** | 1001 Cherry Blossom Way<br>Georgetown, KY 403249999 |
| | | **Location Phone:** | (502) 868-4961 |

## Chief Complaint

- right shoulder
- Right wrist
- neck

ID # 77390

LT230 Lexus Paint Finish
2nd shift
full time
GL: Brad McKinney

case#548495
BODY PART Right Shoulder/ neck / Right wrist /right hand / RUE
DOI: 1/30/2018

f/u occ. Right neck/right shoulder/RUE. Restricted. s/p MRI and NCV. TM states she has had no improvement. TM states that the dye from the MRI has caused her a lot of pain. States that her pain is radiating from her right neck up her right jawline, down into her right shoulder and right collarbone, down her right arm into her right thumb. Rates her pain currently 5/10. States she has a constant ache with occasional sharp pains. States that PT is going well, but she doesn't notice a difference. TM states she had her NCV done, and Dr Leung told her it was normal. She feels her ROM has decreased d/t pain. States she still has some numbness in her right hand. TLM RN

## History Of Present Illness

As noted in CC. F/U neck, right shoulder wrist and hand. TM here c/o worsening of shoulder and neck pain after getting MRI on 3/21/18. TM states she has pain all around the shoulder joint that radiates down arm into triceps and pain at side of the neck that radiates into jaw and clavicle, n/t at finger tips. She states elbow and wrist also still hurt. She states that she feels like if she could get her shoulder in a sling this would help. She mentioned this to the therapist at PT and he told her that was not a good ideal. She states PA talked to her about MRI results and the examiner told her that nerve study was normal. She is concerned about what can be done next since PT has not really helped. Discussed options for referral to specialist, Donegan or Hester and TM will discuss this with provider at f/u next week. Provided pain management and this visit.

## Additional Info (PFSH)

Reviewed TLM RN

## Review of Systems

**Constitutional**
- **Denies** : no complaints

**Musculoskeletal**
- **Denies** : additional musculoskeletal symptoms except as noted in the HPI

## Vitals

| Date | Time | BP | Position | Site | L\R | Cuff Size | HR | RR | TEMP(°F) | WT | HT | BMI kg/m$^2$ | BSA m$^2$ | O2 Sat | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/23/2018 | 05:30 PM | 109/65 | Sitting | | | | 76 - R | 16 | | | | | | 97 % | |

## Physical Examination

**Constitutional**
- **Appearance** : well-nourished, well developed, alert, in no acute distress

**Neck**
- **Inspection/Palpation** : Cervical spine: tenderness over the right lateral, over clavicle and left pectoralis muscle, no swelling or masses
- **Range of Motion** : cervical range of motion within normal limits, pain with flexion and extension motion

**Musculoskeletal**
- **Right Upper Extremity** :
  - **Inspection/Palpation** : Right shoulder: appears normal, no redness or swelling or injection site, tenderness to palpation over the anterior shoulder and axilla and tenderness over medial elbow
  - **Joint Stability** : Right shoulder, elbow and wrist joint stability normal
  - **Range of Motion** : Right shoulder range of motion normal, no joint crepitus present, pain with all shoulder joint motion

**Neurologic**
- **Motor Examination** :
  - **RUE Strength** : strength normal
  - **LUE Strength** : strength normal
- **Gait and Station** :
  - **Gait Screening** : gait within normal limits, able to participate in exercise program

## Assessment

- Medial epicondylitis of right elbow 726.31/M77.01
- Wrist pain, acute, right 719.43/M25.531
- Acute Right Neuritis of upper extremity 354.8/M79.2
  EMG/NCV normal
- Tendinopathy 727.9/M67.90
  MRI shows right shoulder & mild AC joint OA changes

## Plan

**Orders**
- ALT: OCC - Follow-up (OCINJFU) - 726.31/M77.01, 719.43/M25.531, 354.8/M79.2, 727.9/M67.90 - 03/23/2018
- ALT: Provider - Occupational Visit (OCCPROV) - 726.31/M77.01, 719.43/M25.531, 354.8/M79.2, 727.9/M67.90 - 03/23/2018
- Hot water bottle, ice cap or collar, heat and/or cold wrap, any type (A9273) - 726.31/M77.01, 719.43/M25.531, 354.8/M79.2, 727.9/M67.90 - 03/23/2018
- Injection, ketorolac tromethamine, per 15 mg (J1885) - 726.31/M77.01, 719.43/M25.531, 354.8/M79.2, 727.9/M67.90 - 03/23/2018
  60 mg IM
- Non-prescription drugs (A9150) - 726.31/M77.01, 719.43/M25.531, 354.8/M79.2, 727.9/M67.90 - 03/23/2018
  Tylenol 1000 mg
- Therapeutic, prophylactic, or diagnostic injection; SQ or IM (96372) - 726.31/M77.01, 719.43/M25.531, 354.8/M79.2, 727.9/M67.90 - 03/23/2018

**Instructions**
- F/U Occ
- RTW with modified restrictions
- TM advised she can resume naproxen in 24 hours
- Advised ROM stretching, ice and meds as directed
- Continue PT

[Digital Signature Validated]

- Keep f/u scheduled next week

**Electronically Signed by:** Nan Pack, PA -Author on March 23, 2018 09:32:08 PM

[Digital Signature Validated]

# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Jamie Reece | **Visit Date:** | March 29, 2018 |
| **Patient ID:** | 95270 | **Provider:** | Debra Schilder, PA-C |
| **Sex:** | Female | **Location:** | 2000 Clinic |
| **Birthdate:** | | **Location Address:** | 1001 Cherry Blossom Way<br>Georgetown, KY 403249999 |
| | | **Location Phone:** | (502) 868-4961 |

## Chief Complaint

- right shoulder
- Right wrist
- neck

ID # 77390

LT230 Lexus Paint Finish
2nd shift
full time
GL: Brad McKinney

case#548495
BODY PART Right Shoulder/ neck / Right wrist /right hand / RUE
DOI: 1/30/2018

f/u occ. Right neck/right shoulder/RUE. Restricted. TM states she has had some improvement. TM states her arm is hurting less than it was before. TM says she still has trouble sleeping at night. TM states her PT is on hold per her physical therapist. TM states he told her it wasn't helping so he put it on hold. TM denies any new complaints. TLM RN

## History Of Present Illness

See CC. TM states that her right shoulder is still hurting a lot, but better, than on Friday. TM states she can not take it any more. She is tired of being in pain and PT is not helping. Actually, felt like PT was making it worse. Most of her pain is in the anterior shoulder. Still getting intermit. n/t down the arm, despite normal NCV/EMG. TM states her arm hurts, if it hangs down to her side. Tends to keep it close to her body. Being on restricted duty/sedentary has helped.

## Additional Info (PFSH)

Reviewed TLM RN

## Review of Systems

**Constitutional**
- **Denies** : no complaints

**Neurologic**
- **Admits** : tingling or numbness down the right arm, but little better with less activity.

**Musculoskeletal**
- **Admits** : shoulder pain- see HPI

## Vitals

| Date | Time | BP | Position | Site | L\R | Cuff Size | HR | RR | TEMP(°F) | WT | HT | BMI kg/m² | BSA m² | O2 Sat | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

[Digital Signature Validated]

03/29/2018 10:01 PM 110/74 Sitting 74 - R 16 98.2 99 %

## Physical Examination

**Constitutional**

- **Appearance** : well-nourished, well developed, alert, in no acute distress

**Neck**

- **Inspection/Palpation** : normal appearance, no masses. Tender over the right lateral side/levator scapula of her neck and above the right clavicle and below the right clavicle without swelling, warmth, or erythema. Tender into the pectoralis muscle near the anterior shoulder.
- **Range of Motion** : cervical range of motion within normal limits, but pain with extension of neck > flexion. Pain with Spurling's test down the right arm

**Musculoskeletal**

- **Right Upper Extremity** :
  - **Inspection/Palpation** : shoulder: tender over the anterior shoulder and some over the teres minor. Elbow: tender over the medial epicondyle. Wrist: no real tenderness. Fingers: no tenderness. Normal skin color and temp. down arm. n/v intact. No swelling or erythema of joints.
  - **Joint Stability** : shoulder: Pain with empty can and full can test today. Neg. Hawkin's test. Neg. Neer's test. Elbow/wrist joints are stable.
  - **Range of Motion** : shoulder: full ROM with pain reaching across the body and with lateral abduction at about 100 degrees. Able to internally and externally rotate shoulder without pain. Pain reaching behind the body at about L1. Elbow: full ROM with some soreness with flexion. Wrist: full ROM. Neg. Finkelstein's test today.
- **Left Upper Extremity** :
  - **Inspection/Palpation** : no tenderness to palpation
  - **Joint Stability** : shoulder, elbow and wrist joint stability normal
  - **Range of Motion** : range of motion normal, no joint crepitus present, no pain with joint motion

**Neurologic**

- **Mental Status Examination** :
  - **Orientation** : grossly oriented to person, place and time
- **Motor Examination** :
  - **RUE Strength** : strength normal
  - **RUE Motor Function** : tone normal, muscle bulk normal, no abnormal movements noted
  - **LUE Strength** : strength normal
  - **LUE Motor Function** : tone normal, muscle bulk normal, no abnormal movements noted
- **Sensation** :
  - **Light Touch** : sensation intact to light touch in extremities with numbness into fingers with Tinel's test and reverse Phalen's test and mild discomfort with Phalen's test on right side.

## Assessment

- Neck and right shoulder pain/upper trapezius 723.1/M54.2
  -MRI- mild fraying of the supraspinatus and infraspinatus and some mild AC joint OA
- Medial epicondylitis of right elbow 726.31/M77.01
- Wrist pain, acute, right 719.43/M25.531
- Acute Right Neuritis of upper extremity 354.8/M79.2
  -Neg. NCV/EMG

## Plan

**Orders**

- ALT: OCC - Follow-up (OCINJFU) - - 03/29/2018
- ALT: Provider - Occupational Visit (OCCPROV) - - 03/29/2018

**Medications**

- cyclobenzaprine 10 mg oral tablet
  SIG: take 1 tablet by oral route once a day (at bedtime) as needed for 15 days
  DISP: (15) tablets with 0 refills
  **Prescribed on 03/29/2018**

[Digital Signature Validated]

- methocarbamol 750 mg oral tablet
  SIG: take 1 tablet by oral route QHS PRN
  DISP: (15) tablets with 0 refills
  **Discontinued on 03/29/2018**

**Instructions**

- 1. RTW with same work restrictions
- 2. Refer to Dr. Donegan
- 3. Hold PT
- 4. Stop methocarbamol, since it is not helping. Try cyclobenzaprine at bedtime to help her rest.
- 5. Follow up after seen by specialist or sooner if needed.

**Referrals**

- ID: 14260 Date: 03/29/2018 Type: Outbound
  Referral To: Orthopedic Specialist Specialty: Orthopedic Surgery
  Reason: please eval. and treat

**Electronically Signed by:** Debra Schilder, PA-C -Author on March 29, 2018 10:55:42 PM

[Digital Signature Validated]

# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Jamie Reece | **Visit Date:** | April 12, 2018 |
| **Patient ID:** | 95270 | **Provider:** | Debra Schilder, PA-C |
| **Sex:** | Female | **Location:** | 2000 Clinic |
| **Birthdate:** | | **Location Address:** | 1001 Cherry Blossom Way<br>Georgetown, KY 403249999 |
| | | **Location Phone:** | (502) 868-4961 |

## Chief Complaint

- right shoulder
- Right wrist
- neck

ID # 77390

LT230 Lexus Paint Finish
2nd shift
full time
GL: Rhonda Miller

case#548495
BODY PART Right Shoulder/ neck / Right wrist /right hand / RUE
DOI: 1/30/2018

f/u occ. Right neck/right shoulder/RUE. Restricted. TM here s/p Dr. Donegan's office. TM states that she saw the PA on last visit. TM states that she had a MRI of her neck and was notified that she has bulging disks. TM states that she is being referred to Dr. Tutt at Lexington Clinic. Appointment is on 5/14/18. TM states that Dr. Donegan's office is not going to treat the tear in her right shoulder until the neck is corrected. No physical therapy. TM states that Dr. Donegan's office added a new prescription: Neurontin, to help with symptoms. CL, RN

## History Of Present Illness

See CC. TM states that her right shoulder is still hurting a lot. Having pain in the right anterior shoulder and above the right clavicle as well. TM states that Dr. Donegan's PA is referring him to Dr. Tutt after doing a MRI that showed mild disc bulge at C4-C5. TM states she realizes some of her pain may be coming from her neck, but still feels like it is in her shoulder as well. TM is frustrated with Donegan's office, because she has not been able to see the actual physician, since the first visit. TM states that she feels like she needs to see the actual physician, because she feels like her shoulder is serious to her and needs to be addressed by the actual specialist. TM started on Neurontin for pain. Takes 300mg at bedtime.

## Additional Info (PFSH)

Medications and allergies reviewed. CL, RN

## Review of Systems

**Constitutional**
- **Denies** : no complaints

**Neurologic**
- **Denies** : tingling or numbness

**Musculoskeletal**
- **Admits** : right lateral neck/upper clavicular pain, right shoulder pain

[Digital Signature Validated]

## Vitals

| Date | Time | BP | Position | Site | L\R | Cuff Size | HR | RR | TEMP(°F) | WT | HT | BMI kg/m² | BSA m² | O2 Sat | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/12/2018 | 08:08 PM | 108/74 | Sitting | | | | 94 - R | | 97.6 | | | | | 98 % | |

## Physical Examination

**Constitutional**

- **Appearance** : well-nourished, well developed, alert, in no acute distress

**Psychiatric**

- **Mood and Affect** : mood normal, affect appropriate but appears aggravated/frustrated

Exam deferred to specialist

## Assessment

- Neck and right shoulder pain/upper trapezius 723.1/M54.2
  -MRI- mild fraying of the supraspinatus and infraspinatus and some mild AC joint OA
- Medial epicondylitis of right elbow 726.31/M77.01
- Wrist pain, acute, right 719.43/M25.531
- Acute Right Neuritis of upper extremity 354.8/M79.2
  -Neg. NCV/EMG

## Plan

**Orders**

- ALT: OCC - Follow-up (OCINJFU) - - 04/12/2018
- ALT: Provider - Occupational Visit (OCCPROV) - - 04/12/2018

**Instructions**

- 1. RTW with same restrictions
- 2. Keep appt. with Dr. Tutt
- 3. TM to call back and let us know when appt. is and follow up with Dr. Donegan's office as well. Follow up after seen.

**Electronically Signed by:** Debra Schilder, PA-C -Author on April 12, 2018 09:45:02 PM

[Digital Signature Validated]

# Quick Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Jamie Reece | **Visit Date:** | February 13, 2018 |
| **Patient ID:** | 95270 | **Provider:** | Todd Brockman, PTMS,DPT |
| **Sex:** | Female | **Location:** | TMEC |
| **Birthdate:** | | **Location Address:** | 1001 Cherry Blossom Way Georgetown, KY 403249999 |
| | | **Location Phone:** | 502-868-2944 |

## History Of Present Illness

**Physical Therapy - Cervical /Thoracic (Evaluation/RE-Evaluation/Follow-Up)**

Referring Provider: Internal Provider
Jamie Reece presents to Physical Therapy 02/13/2018 for Evaluation Visit:

- Type of Evaluation Visit:
Initial visit

- Occupation:......................... factory, lexus paint finish
- Personal or Workers Comp:.. Workers Comp.
- Work Status:...................... Full Time , restricted duty , feels better since starting restricted duty
- Prior Level of Function:.... Independent and unrestricted ADLs
- Contributing PMHx or PSHx:........... see below
- Chief Complaint:................ neck pain, R shld pain, R elbow/wrist pain
- Onset of Symptoms:........... 1/30/18
- History of Current Complaint/Mechanism of Injury:........... overuse

========================================

- Functions/Factors that increase symptoms:....... work
- Functions/Factors that decrease symptoms:.... rest

- Diagnostic Tests:.............. No diagnostic tests performed.

Screening for Red Flags: Patient denies : History of Trauma, Fever, History of Cancer, Unexplained Weight Loss, Bowel/Bladder Dysfunction, Saddle Anesthesia, History of Recent Infection, Severe, Unremitting Night Pain, and Signs and Symptoms of Vertebrobasilar Insufficiency
*

============================================================

49 y.o. female
3 yrs at TOYOTA

pain:
neck 6-8/10
R shld 0-6/10
R elbow: 0-3/10

[Digital Signature Validated]

R Wrist: 0-5/10 (medial aspect)

MEDS:
Hormone replacement therapy
methotrexate
nexium
zyrtec
vitamins

PMHX:
hysterectomy 2006 (total)
psoriatic arthritis 2018
GERD
seasonal allergies
L ankle pain/injury 2015
R foot injury (per patient injured "my arch" while in PT in the past at off-site location)

---

FH, scap protracted posture

AROM Cspine
flexion wnl
ext 25% decr
SB R wnl
SB L 25% decr with increased R UT "tightness"
ROT R wnl
ROT L 25% decr with increased R UT "tightness"

AROM UEs wnl/wfl
grip (lbs):
R 75
L 60
R handedness

hypomobility Tspine unilateral PA glides

ttp R lateral wrist, R cervical parasp, R Mid trap/rhomboids, R UT/levator scap

derm: intact bilat C3-T1 derm fine touch
DTR 2+ bilat C5/6, 1 bilat C7

negative:
R phalen's
R tinel's at cubital and carpal tunnels

+ R shld KH test

*

*

[Digital Signature Validated]

*

*

**FUNCTIONAL OUTCOME MEASURE**
Neck Disability Index score (Minimum Clinically Important Change = 10 percentage points) = PERCENTAGE SCORE+%, which equals NECK DISABILITY INDEX RAW SCORE
*

==============================================================

**3. PT-TESTS: CERVICAL/THORACIC**

**Special Tests:**
Special Tests done: SPECIAL TESTS

*

==================================================

**Physical Therapy Treatment**
Physical Therapy treatment(s) done for Jamie Reece :

**MODALITIES:**
Ice Cspine/R shld x15min, supine, normal tissue response

[Digital Signature Validated]

**MANUAL THERAPY**
No manual therapy done

**THERAPEUTIC PROCEDURES**
Therapeutic Exercise
- THERAPEUTIC EXERCISE: see scanned doc Duration 10 minutes.

*
==================================================================

**ASSESSMENT/GOALS**

**ASSESSMENT**
*
Jamie Reece has been found to have impaired: Range of Motion and Posture, which are consistent with the PT Practice Pattern of: Impaired Joint Mobility, Motor Function, Muscle Performance, and Range of Motion Associated With Connective Tissue Dysfunction
The impairments listed above have led to a decline in the patient's ADL/functional performance. DX: CERVICOTHORACIC MYOFASCIAL STRAINS/PAIN, R SHLD RTC TENDONITIS, RESOLVING R MEDIAL EPICONDYLITIS?, RESOLVING DEQUERVEIN'S R?, LIKELY ULNAR N. NEURITIS
As a result, the patient would benefit from skilled Physical Therapy services and has fair rehab potential.
**GOALS:**

*
==================================================================

## Assessment

- Cervical myofascial strain, initial encounter 847.0/S16.1XXA
- Rotator cuff tendonitis, right 726.10/M75.81
- Elbow joint pain 719.42/M25.529
- Wrist pain 719.43/M25.539

tolerated all Rx well

[Digital Signature Validated]

prob list
1. neck/upper back pain, R shld pain, R UE n/t, R elbow/wrist pain
2. decr arom cspine
3. decr strength? Further test later
4. fxl decline

stg 1-2wk
1, indep with HEP/self care
2. able to progress TE without difficulty

ltgs 4-6wks
1. 75%+ decr overall pain
2. arom to wnl/wfl throughout
3. able to tolerate testing and reveal 5/5 strength throughout
4. RTW full duty without problems

## Plan

**Orders**

- Physical Therapy evaluation: moderate complexity (97162) - - 02/13/2018
- Therapeutic procedure, 1 or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility (97110) - - 02/13/2018
- Application of a modality to 1 or more areas; hot or cold packs (97010) - - 02/13/2018
- ALT: Ancillary Visit - Health Center Patient (99199LX) - - 02/13/2018

**Instructions**

- PLAN: Patient to attend Physical Therapy _2_ time(s)/week, for _4-6___ weeks.
- Physical Therapy treatment will include one or more of the following:
- Cryotherapy.
- Moist Heat Packs.
- Electrical Stimulation.
- Therapeutic Exercise.
- Neuromuscular Re-Education.
- Other Manual Therapy Techniques
- Patient Education/Home Exercise Program.
- Self-care/home management training.

**Electronically Signed by:** Todd Brockman, PTMS,DPT -Author on February 20, 2018 07:23:53 PM

[Digital Signature Validated]

# Quick Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Jamie Reece | **Visit Date:** | February 15, 2018 |
| **Patient ID:** | 95270 | **Provider:** | Todd Brockman, PTMS,DPT |
| **Sex:** | Female | **Location:** | TMEC |
| **Birthdate:** | | **Location Address:** | 1001 Cherry Blossom Way<br>Georgetown, KY 403249999 |
| | | **Location Phone:** | 502-868-2944 |

## History Of Present Illness

**Physical Therapy Follow-up Visit:**

**SUBJECTIVE:**

Jamie Reece presents today, 2/15/18for Physical Therapy follow-up for CERVICOTHORACIC MYOFASCIAL STRAINS/PAIN, R SHLD RTC TENDONITIS, RESOLVING R MEDIAL EPICONDYLITIS?, RESOLVING DEQUERVEINS R?, LIKELY ULNAR N. NEURITIS R
This is visit number 2 for this episode of care.
Jamie Reece reports: no problems with home or clinic PT

**OBJECTIVE FINDINGS:**

ttp R cervical parasp, R mid trap/rhomboids, R UT/levator scap, R lateral wrist

**TREATMENT:**

Physical Therapy treatment(s) done for Jamie Reece :
Therapeutic Modalities: Ice Cspine, R shld x15min, normal tissue responso (supine)

*

Manual Therapy: 10min, seated, STM UT/levator scap/mid trap/rhomboids, normal tissue response

*

Therapeutic Procedures: see below

[Digital Signature Validated]

*

TE LOG:
UBE retro 5min, L1 with postural cues
AROM Cspine flexion x30
AROM Cspine rotations x30
shld circles x30

NMR:
chin tucks 5sec holds x3min
isometric scap retractions 10sec holds x3min

Total TE +NMR: 24min

## Assessment

- Cervical myofascial strain, initial encounter 847.0/S16.1XXA
- Rotator cuff tendonitis, right 726.10/M75.81
- Elbow joint pain 719.42/M25.529
- Wrist pain 719.43/M25.539

tolerated all Rx well

prob list
1. neck/upper back pain, R shld pain, R UE n/t, R elbow/wrist pain
2. decr arom cspine
3. decr strength? Further test later
4. fxl decline

stg 1-2wk
1, indep with HEP/self care
2. able to progress TE without difficulty

ltgs 4-6wks
1. 75%+ decr overall pain
2. arom to wnl/wfl throughout
3. able to tolerate testing and reveal 5/5 strength throughout
4. RTW full duty without problems

## Plan

**Orders**

- 2 - Therapeutic procedure, 1 or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility (97110) - - 02/15/2018
- Manual therapy techniques (eg, mobilization/ manipulation, manual lymphatic drainage, manual traction), 1 or more regions, each 15 minutes (97140) - - 02/15/2018
- Application of a modality to 1 or more areas; electrical stimulation (unattended) (97014) - - 02/15/2018
- Application of a modality to 1 or more areas; hot or cold packs (97010) - - 02/15/2018

[Digital Signature Validated]

- ALT: Ancillary Visit - Health Center Patient (99199LX, 99199LX) - - 02/15/2018

**Instructions**

- PLAN: Patient to attend Physical Therapy _2_ time(s)/week, for _4-6___ weeks.
- Physical Therapy treatment will include one or more of the following:
- Cryotherapy.
- Moist Heat Packs.
- Electrical Stimulation.
- Therapeutic Exercise.
- Neuromuscular Re-Education.
- Other Manual Therapy Techniques
- Patient Education/Home Exercise Program.
- Self-care/home management training.

**Electronically Signed by:** Todd Brockman, PTMS,DPT -Author on February 20, 2018 07:24:43 PM

[Digital Signature Validated]

# Quick Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Jamie Reece | **Visit Date:** | February 20, 2018 |
| **Patient ID:** | 95270 | **Provider:** | Todd Brockman, PTMS,DPT |
| **Sex:** | Female | **Location:** | TMEC |
| **Birthdate:** | | **Location Address:** | 1001 Cherry Blossom Way<br>Georgetown, KY 403249999 |
| | | **Location Phone:** | 502-868-2944 |

## History Of Present Illness

**Physical Therapy Follow-up Visit:**

**SUBJECTIVE:**

Jamie Reece presents today, 2/20/18for Physical Therapy follow-up for CERVICOTHORACIC MYOFASCIAL STRAINS/PAIN, R SHLD RTC TENDONITIS, RESOLVING R MEDIAL EPICONDYLITIS?, RESOLVING DEQUERVEINS R?, LIKELY ULNAR N. NEURITIS R
This is visit number 3 for this episode of care.
Jamie Reece reports: no problems with home or clinic PT

**OBJECTIVE FINDINGS:**

ttp R cervical parasp, R mid trap/rhomboids, R UT/levator scap, R lateral wrist

**TREATMENT:**

Physical Therapy treatment(s) done for Jamie Reece :
Therapeutic Modalities: IFC Estim UT/levator scap/mid trap/rhobmoids with ice Cspine, R shld x15min, normal tissue response (supine)

*

Manual Therapy: 10min, seated, STM UT/levator scap/mid trap/rhomboids, normal tissue response

*

Therapeutic Procedures: see below

[Digital Signature Validated]

*

TE LOG:
UBE retro 5min, L1 with postural cues
AROM Cspine flexion x30
AROM Cspine rotations x30
shld circles x30

NMR:
chin tucks 5sec holds x3min
isometric scap retractions 10sec holds x3min

Total TE +NMR: 24min

## Assessment

- Cervical myofascial strain, initial encounter 847.0/S16.1XXA
- Rotator cuff tendonitis, right 726.10/M75.81
- Elbow joint pain 719.42/M25.529
- Wrist pain 719.43/M25.539

tolerated all Rx well

prob list
1. neck/upper back pain, R shld pain, R UE n/t, R elbow/wrist pain
2. decr arom cspine
3. decr strength? Further test later
4. fxl decline

stg 1-2wk
1, indep with HEP/self care
2. able to progress TE without difficulty

ltgs 4-6wks
1. 75%+ decr overall pain
2. arom to wnl/wfl throughout
3. able to tolerate testing and reveal 5/5 strength throughout
4. RTW full duty without problems

## Plan

**Orders**

- 2 - Therapeutic procedure, 1 or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility (97110) - - 02/20/2018
- Manual therapy techniques (eg, mobilization/ manipulation, manual lymphatic drainage, manual traction), 1 or more regions, each 15 minutes (97140) - - 02/20/2018
- Application of a modality to 1 or more areas; electrical stimulation (unattended) (97014) - - 02/20/2018

[Digital Signature Validated]

- Application of a modality to 1 or more areas; hot or cold packs (97010) - - 02/20/2018
- ALT: Ancillary Visit - Health Center Patient (99199LX, 99199LX, 99199LX) - - 02/20/2018

**Instructions**

- PLAN: Patient to attend Physical Therapy _2_ time(s)/week, for _4-6___ weeks.
- Physical Therapy treatment will include one or more of the following:
- Cryotherapy.
- Moist Heat Packs.
- Electrical Stimulation.
- Therapeutic Exercise.
- Neuromuscular Re-Education.
- Other Manual Therapy Techniques
- Patient Education/Home Exercise Program.
- Self-care/home management training.

**Electronically Signed by:** Todd Brockman, PTMS,DPT -Author on February 20, 2018 09:04:35 PM

[Digital Signature Validated]

# Quick Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Jamie Reece | **Visit Date:** | February 22, 2018 |
| **Patient ID:** | 95270 | **Provider:** | Todd Brockman, PTMS,DPT |
| **Sex:** | Female | **Location:** | TMEC |
| **Birthdate:** | | **Location Address:** | 1001 Cherry Blossom Way<br>Georgetown, KY 403249999 |
| | | **Location Phone:** | 502-868-2944 |

## History Of Present Illness

**Physical Therapy Follow-up Visit:**

**SUBJECTIVE:**

Jamie Reece presents today, 2/22/18for Physical Therapy follow-up for CERVICOTHORACIC MYOFASCIAL STRAINS/PAIN, R SHLD RTC TENDONITIS, RESOLVING R MEDIAL EPICONDYLITIS?, RESOLVING DEQUERVEINS R?, LIKELY ULNAR N. NEURITIS R
This is visit number 4 for this episode of care.
Jamie Reece reports: no problems with home or clinic PT. Repeatedly looking up and down and reaching overhead with L UE aggravating my neck pain.

**OBJECTIVE FINDINGS:**

ttp R cervical parasp, R mid trap/rhomboids, R UT/levator scap, R lateral wrist

**TREATMENT:**

Physical Therapy treatment(s) done for Jamie Reece :
Therapeutic Modalities: IFC Estim UT/levator scap/mid trap/rhobmolds with ice Cspine, R shld x15min, normal tissue response (supine)

*

Manual Therapy: 10min, seated, STM UT/levator scap/mid trap/rhomboids, normal tissue response

*

Therapeutic Procedures: see below

[Digital Signature Validated]

*

TE LOG:
UBE retro 5min, L1 with postural cues
AROM Cspine flexion x30
AROM Cspine rotations x30
shld circles x30

NMR:
chin tucks 5sec holds x3min
isometric scap retractions 10sec holds x3min

Total TE +NMR: 24min

## Assessment

- Cervical myofascial strain, initial encounter 847.0/S16.1XXA
- Rotator cuff tendonitis, right 726.10/M75.81
- Elbow joint pain 719.42/M25.529
- Wrist pain 719.43/M25.539

tolerated all Rx well

prob list
1. neck/upper back pain, R shld pain, R UE n/t, R elbow/wrist pain
2. decr arom cspine
3. decr strength? Further test later
4. fxl decline

stg 1-2wk
1, indep with HEP/self care
2. able to progress TE without difficulty

ltgs 4-6wks
1. 75%+ decr overall pain
2. arom to wnl/wfl throughout
3. able to tolerate testing and reveal 5/5 strength throughout
4. RTW full duty without problems

## Plan

**Orders**

- 2 - Therapeutic procedure, 1 or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility (97110) - - 02/22/2018
- Manual therapy techniques (eg, mobilization/ manipulation, manual lymphatic drainage, manual traction), 1 or more regions, each 15 minutes (97140) - - 02/22/2018

[Digital Signature Validated]

- Application of a modality to 1 or more areas; electrical stimulation (unattended) (97014) - - 02/22/2018
- Application of a modality to 1 or more areas; hot or cold packs (97010) - - 02/22/2018
- ALT: Ancillary Visit - Health Center Patient (99199LX, 99199LX, 99199LX, 99199LX) - - 02/22/2018

**Instructions**

- PLAN: Patient to attend Physical Therapy _2_ time(s)/week, for _4-6___ weeks.
- Physical Therapy treatment will include one or more of the following:
- Cryotherapy.
- Moist Heat Packs.
- Electrical Stimulation.
- Therapeutic Exercise.
- Neuromuscular Re-Education.
- Other Manual Therapy Techniques
- Patient Education/Home Exercise Program.
- Self-care/home management training.

**Electronically Signed by:** Todd Brockman, PTMS,DPT -Author on February 22, 2018 09:28:36 PM

[Digital Signature Validated]

# Quick Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Jamie Reece | **Visit Date:** | February 26, 2018 |
| **Patient ID:** | 95270 | **Provider:** | Todd Brockman, PTMS,DPT |
| **Sex:** | Female | **Location:** | TMEC |
| **Birthdate:** | | **Location Address:** | 1001 Cherry Blossom Way<br>Georgetown, KY 403249999 |
| | | **Location Phone:** | 502-868-2944 |

## History Of Present Illness

**Physical Therapy Follow-up Visit:**

**SUBJECTIVE:**

Jamie Reece presents today, 2/26/18for Physical Therapy follow-up for CERVICOTHORACIC MYOFASCIAL STRAINS/PAIN, R SHLD RTC TENDONITIS, RESOLVING R MEDIAL EPICONDYLITIS?, RESOLVING DEQUERVEINS R?, LIKELY ULNAR N. NEURITIS R
This is visit number 5 for this episode of care.
Jamie Reece reports: no problems with home or clinic PT. Repeatedly looking up and down and reaching overhead with L UE aggravating my neck pain.

**OBJECTIVE FINDINGS:**

ttp R cervical parasp, R mid trap/rhomboids, R UT/levator scap, R lateral wrist

**TREATMENT:**

Physical Therapy treatment(s) done for Jamie Reece :
Therapeutic Modalities: IFC Estim UT/levator scap/mid trap/rhobmoids with ice Cspine, R shld x15min, normal tissue response (supine)

*

Manual Therapy: 10min, seated, STM UT/levator scap/mid trap/rhomboids, normal tissue response

*

Therapeutic Procedures: see below

[Digital Signature Validated]

*

TE LOG:
UBE retro 5min, L1 with postural cues
AROM Cspine flexion x30
AROM Cspine rotations x30
shld circles x30

NMR:
chin tucks 5sec holds x3min
isometric scap retractions 10sec holds x3min

Total TE +NMR: 24min

## Assessment

- Cervical myofascial strain, initial encounter 847.0/S16.1XXA
- Rotator cuff tendonitis, right 726.10/M75.81
- Elbow joint pain 719.42/M25.529
- Wrist pain 719.43/M25.539

tolerated all Rx well

prob list
1. neck/upper back pain, R shld pain, R UE n/t, R elbow/wrist pain
2. decr arom cspine
3. decr strength? Further test later
4. fxl decline

stg 1-2wk
1, indep with HEP/self care
2. able to progress TE without difficulty

ltgs 4-6wks
1. 75%+ decr overall pain
2. arom to wnl/wfl throughout
3. able to tolerate testing and reveal 5/5 strength throughout
4. RTW full duty without problems

## Plan

**Orders**

- 2 - Therapeutic procedure, 1 or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility (97110) - - 02/26/2018
- Manual therapy techniques (eg, mobilization/ manipulation, manual lymphatic drainage, manual traction), 1 or more regions, each 15 minutes (97140) - - 02/26/2018

[Digital Signature Validated]

- Application of a modality to 1 or more areas; electrical stimulation (unattended) (97014) - - 02/26/2018
- Application of a modality to 1 or more areas; hot or cold packs (97010) - - 02/26/2018
- ALT: Ancillary Visit - Health Center Patient (99199LX, 99199LX, 99199LX, 99199LX, 99199LX) - - 02/26/2018

**Instructions**

- PLAN: Patient to attend Physical Therapy _2_ time(s)/week, for _4-6___ weeks.
- Physical Therapy treatment will include one or more of the following:
- Cryotherapy.
- Moist Heat Packs.
- Electrical Stimulation.
- Therapeutic Exercise.
- Neuromuscular Re-Education.
- Other Manual Therapy Techniques
- Patient Education/Home Exercise Program.
- Self-care/home management training.

**Electronically Signed by:** Todd Brockman, PTMS,DPT -Author on February 26, 2018 08:50:15 PM

[Digital Signature Validated]

# Quick Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Jamie Reece | **Visit Date:** | February 27, 2018 |
| **Patient ID:** | 95270 | **Provider:** | Stacey Wright, RT |
| **Sex:** | Female | **Location:** | 2000 Clinic |
| **Birthdate:** | | **Location Address:** | 1001 Cherry Blossom Way<br>Georgetown, KY 403249999 |
| | | **Location Phone:** | (502) 868-4961 |

## History Of Present Illness

Jamie Reece is a 49 year old female who presents to the Health Center TODAY for a Radiology Visit.
Completed the following x-ray(s): Cervical Spine and Shoulder [See order(s) for details]
Female: LMP LMP

**FOLLOW UP:**
Radiology results follow up: - Health Center to call patient with abnormal results. and - Normal radiology results will be discussed at your follow-up visit.
Clinician: Stacey Wright RT

## Assessment

- Neck and shoulder pain 723.1/M54.2
- Medial epicondylitis of right elbow 726.31/M77.01
- Wrist pain, acute, right 719.43/M25.531
- Ulnar neuritis, right 723.4/G56.21

## Plan

**Orders**

- ALT: Ancillary Visit - Health Center Patient (99199LX) - - 02/27/2018

**Electronically Signed by:** Stacey Wright, RT -Author on February 27, 2018 05:50:55 PM

[Digital Signature Validated]

# Quick Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Jamie Reece | **Visit Date:** | March 5, 2018 |
| **Patient ID:** | 95270 | **Provider:** | Todd Brockman, PTMS,DPT |
| **Sex:** | Female | **Location:** | TMEC |
| **Birthdate:** | | **Location Address:** | 1001 Cherry Blossom Way<br>Georgetown, KY 403249999 |
| | | **Location Phone:** | 502-868-2944 |

## History Of Present Illness

**Physical Therapy Follow-up Visit:**

**SUBJECTIVE:**

Jamie Reece presents today, 3/5/18for Physical Therapy follow-up for CERVICOTHORACIC MYOFASCIAL STRAINS/PAIN, R SHLD RTC TENDONITIS, RESOLVING R MEDIAL EPICONDYLITIS?, DEQUERVEINS R, LIKELY ULNAR N. NEURITIS R
This is visit number 6 for this episode of care.
Jamie Reece reports: no problems with home or clinic PT. Repeatedly looking up and down and reaching overhead with L UE aggravating my neck pain. Overall ~50% better since start of PT. Last week I took steroid pack, aleve, and muscle relaxant--that has helped. Neck moving better.

**OBJECTIVE FINDINGS:**

ttp R cervical parasp, R mid trap/rhomboids, R UT/levator scap, R lateral wrist

**TREATMENT:**

Physical Therapy treatment(s) done for Jamie Reece :
Therapeutic Modalities: IFC Estim UT/levator scap/mid trap/rhobmoids with ice Cspine, R shld x15min, normal tissue response (supine)

*

Manual Therapy: 10min, seated, STM UT/levator scap/mid trap/rhomboids,//PA glides Tspine gr I-III, normal tissue response

*

Therapeutic Procedures: see below

[Digital Signature Validated]

*

As of 3/5/18:
Grip (lbs)
R 76
L 70

AROM Cspine wnl/wfl except 25% decr ext with increased "base of neck" pain
AROM UEs wnl/wfl

no ttp UEs except R lateral wrist
+ finkelstein's test R, neg on L
neg tinel's at cubital/carpal tunnels R

TE LOG:
UBE retro 5min, L1 with postural cues
AROM Cspine flexion x30
AROM Cspine rotations x30
shld circles x30
NEW:
UBE retro 5min, L7 with postural cues

NMR:
chin tucks 5sec holds x3min
isometric scap retractions 10sec holds x3min

Total TE +NMR: 30min

## Assessment

- Cervical myofascial strain, initial encounter 847.0/S16.1XXA
- Rotator cuff tendonitis, right 726.10/M75.81
- Elbow joint pain 719.42/M25.529
- Wrist pain 719.43/M25.539

tolerated all Rx well

prob list
1. neck/upper back pain, R shld pain, R UE n/t, R elbow/wrist pain
2. decr arom cspine
3. decr strength? Further test later
4. fxl decline

[Digital Signature Validated]

Goals as of 3/5/18:
stg 1-2wk
1, Indep with HEP/self care: MET
2. able to progress TE without difficulty: MET

ltgs 4-6wks
1. 75%+ decr overall pain: UNMET, PROGRESSING
2. arom to wnl/wfl throughout: UNMET, PROGRESSING
3. able to tolerate testing and reveal 5/5 strength throughout: DEFERRED EXCEPT GRIP WNL R AND L
4. RTW full duty without problems: UNMET, UNCHANGED

## Plan

**Orders**

- 2 - Therapeutic procedure, 1 or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility (97110) - - 03/05/2018
- Manual therapy techniques (eg, mobilization/ manipulation, manual lymphatic drainage, manual traction), 1 or more regions, each 15 minutes (97140) - - 03/05/2018
- Application of a modality to 1 or more areas; electrical stimulation (unattended) (97014) - - 03/05/2018
- Application of a modality to 1 or more areas; hot or cold packs (97010) - - 03/05/2018
- ALT: Ancillary Visit - Health Center Patient (99199LX, 99199LX, 99199LX, 99199LX, 99199LX, 99199LX) - - 03/05/2018

**Instructions**

- PLAN: Patient to attend Physical Therapy _2_ time(s)/week, for _4-6___ weeks.
- Physical Therapy treatment will include one or more of the following:
- Cryotherapy.
- Moist Heat Packs.
- Electrical Stimulation.
- Therapeutic Exercise.
- Neuromuscular Re-Education.
- Other Manual Therapy Techniques
- Patient Education/Home Exercise Program.
- Self-care/home management training.

**Electronically Signed by:** Todd Brockman, PTMS,DPT -Author on March 5, 2018 07:41:05 PM

[Digital Signature Validated]

# Quick Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Jamie Reece | **Visit Date:** | March 6, 2018 |
| **Patient ID:** | 95270 | **Provider:** | Todd Brockman, PTMS,DPT |
| **Sex:** | Female | **Location:** | TMEC |
| **Birthdate:** | | **Location Address:** | 1001 Cherry Blossom Way<br>Georgetown, KY 403249999 |
| | | **Location Phone:** | 502-868-2944 |

## History Of Present Illness

**Physical Therapy Follow-up Visit:**

**SUBJECTIVE:**

Jamie Reece presents today, 3/5/18 for Physical Therapy follow-up for CERVICOTHORACIC MYOFASCIAL STRAINS/PAIN, R SHLD RTC TENDONITIS, RESOLVING R MEDIAL EPICONDYLITIS?, DEQUERVEINS R, LIKELY ULNAR N. NEURITIS R
This is visit number 7 for this episode of care.
Jamie Reece reports: no problems with home or clinic PT.

**OBJECTIVE FINDINGS:**

ttp R cervical parasp, R mid trap/rhomboids, R UT/levator scap, R lateral wrist

**TREATMENT:**

Physical Therapy treatment(s) done for Jamie Reece :
Therapeutic Modalities: IFC Estim UT/levator scap/mid trap/rhobmoids with ice Cspine, R shld x15min, normal tissue response (supine)

*

Manual Therapy: 10min, seated, STM UT/levator scap/mid trap/rhomboids,//PA glides Tspine gr I-III, normal tissue response

*

Therapeutic Procedures: see below

[Digital Signature Validated]

*

As of 3/5/18:
Grip (lbs)
R 76
L 70

AROM Cspine wnl/wfl except 25% decr ext with increased "base of neck" pain
AROM UEs wnl/wfl

no ttp UEs except R lateral wrist
+ finkelstein's test R, neg on L
neg tinel's at cubital/carpal tunnels R

Rx today:

TE LOG:
UBE retro 5min, L1 with postural cues
AROM Cspine flexion x30
AROM Cspine rotations x30
shld circles x30
NEW:
UBE retro 5min, L7 with postural cues

NMR:
chin tucks 5sec holds x3min
isometric scap retractions 10sec holds x3min

Total TE +NMR: 30min

## Assessment

- Cervical myofascial strain, initial encounter 847.0/S16.1XXA
- Rotator cuff tendonitis, right 726.10/M75.81
- Elbow joint pain 719.42/M25.529
- Wrist pain 719.43/M25.539

tolerated all Rx well

prob list
1. neck/upper back pain, R shld pain, R UE n/t, R elbow/wrist pain
2. decr arom cspine
3. decr strength? Further test later
4. fxl decline

Goals as of 3/5/18:

stg 1-2wk
1, indep with HEP/self care: MET
2. able to progress TE without difficulty: MET

ltgs 4-6wks
1. 75%+ decr overall pain: UNMET, PROGRESSING
2. arom to wnl/wfl throughout: UNMET, PROGRESSING
3. able to tolerate testing and reveal 5/5 strength throughout: DEFERRED EXCEPT GRIP WNL R AND L
4. RTW full duty without problems: UNMET, UNCHANGED

## Plan

**Orders**

- 2 - Therapeutic procedure, 1 or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility (97110) - - 03/06/2018
- Manual therapy techniques (eg, mobilization/ manipulation, manual lymphatic drainage, manual traction), 1 or more regions, each 15 minutes (97140) - - 03/06/2018
- Application of a modality to 1 or more areas; electrical stimulation (unattended) (97014) - - 03/06/2018
- Application of a modality to 1 or more areas; hot or cold packs (97010) - - 03/06/2018
- ALT: Ancillary Visit - Health Center Patient (99199LX, 99199LX, 99199LX, 99199LX, 99199LX, 99199LX, 99199LX) - - 03/06/2018

**Instructions**

- PLAN: Patient to attend Physical Therapy _2_ time(s)/week, for _4-6___ weeks.
- Physical Therapy treatment will include one or more of the following:
- Cryotherapy.
- Moist Heat Packs.
- Electrical Stimulation.
- Therapeutic Exercise.
- Neuromuscular Re-Education.
- Other Manual Therapy Techniques
- Patient Education/Home Exercise Program.
- Self-care/home management training.

**Electronically Signed by:** Todd Brockman, PTMS,DPT -Author on March 6, 2018 07:19:31 PM

[Digital Signature Validated]

# Quick Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Jamie Reece | **Visit Date:** | March 13, 2018 |
| **Patient ID:** | 95270 | **Provider:** | Todd Brockman, PTMS,DPT |
| **Sex:** | Female | **Location:** | TMEC |
| **Birthdate:** | | **Location Address:** | 1001 Cherry Blossom Way<br>Georgetown, KY 403249999 |
| | | **Location Phone:** | 502-868-2944 |

## History Of Present Illness

**Physical Therapy Follow-up Visit:**

**SUBJECTIVE:**

Jamie Reece presents today, 3/13/18 for Physical Therapy follow-up for CERVICOTHORACIC MYOFASCIAL STRAINS/PAIN, R SHLD RTC TENDONITIS, RESOLVING R MEDIAL EPICONDYLITIS?, DEQUERVEINS R, LIKELY ULNAR N. NEURITIS R
This is visit number 8 for this episode of care.
Jamie Reece reports: no problems with home or clinic PT. Increased R (upper trap pain) over the past couple days, not sure why. Frustrated with injury and time it's taking to recover.

**OBJECTIVE FINDINGS:**

ttp R cervical parasp, R mid trap/rhomboids, R UT/levator scap, R lateral wrist

**TREATMENT:**

Physical Therapy treatment(s) done for Jamie Reece :
Therapeutic Modalities: IFC Estim UT/levator scap/mid trap/rhobmoids with ice Cspine, R shld x15min, normal tissue response (supine)

*

Manual Therapy: 10min, seated, STM UT/levator scap/mid trap/rhomboids,//PA glides Tspine gr I-III, normal tissue response

*

Therapeutic Procedures: see below

[Digital Signature Validated]

*

As of 3/5/18:
Grip (lbs)
R 76
L 70

AROM Cspine wnl/wfl except 25% decr ext with increased "base of neck" pain
AROM UEs wnl/wfl

no ttp UEs except R lateral wrist
+ finkelstein's test R, neg on L
neg tinel's at cubital/carpal tunnels R

Rx today:

TE LOG:
UBE retro 5min, L1 with postural cues
AROM Cspine flexion x30
AROM Cspine rotations x30
shld circles x30
UBE retro 5min, L7 with postural cues--patient wanted to skip this until MRI is done, so skipped

NMR:
chin tucks 5sec holds x3min
isometric scap retractions 10sec holds x3min

Total TE +NMR: 25min

## Assessment

- Cervical myofascial strain, initial encounter 847.0/S16.1XXA
- Rotator cuff tendonitis, right 726.10/M75.81
- Elbow joint pain 719.42/M25.529
- Wrist pain 719.43/M25.539

tolerated all Rx well

prob list
1. neck/upper back pain, R shld pain, R UE n/t, R elbow/wrist pain
2. decr arom cspine
3. decr strength? Further test later
4. fxl decline

Goals as of 3/5/18:

[Digital Signature Validated]

stg 1-2wk
1, Indep with HEP/self care: MET
2. able to progress TE without difficulty: MET

ltgs 4-6wks
1. 75%+ decr overall pain: UNMET, PROGRESSING
2. arom to wnl/wfl throughout: UNMET, PROGRESSING
3. able to tolerate testing and reveal 5/5 strength throughout: DEFERRED EXCEPT GRIP WNL R AND L
4. RTW full duty without problems: UNMET, UNCHANGED

## Plan

**Orders**

- 2 - Therapeutic procedure, 1 or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility (97110) - - 03/13/2018
- Manual therapy techniques (eg, mobilization/ manipulation, manual lymphatic drainage, manual traction), 1 or more regions, each 15 minutes (97140) - - 03/13/2018
- Application of a modality to 1 or more areas; electrical stimulation (unattended) (97014) - - 03/13/2018
- Application of a modality to 1 or more areas; hot or cold packs (97010) - - 03/13/2018
- ALT: Ancillary Visit - Health Center Patient (99199LX, 99199LX, 99199LX, 99199LX, 99199LX, 99199LX, 99199LX, 99199LX) - - 03/13/2018

**Instructions**

- PLAN: Patient to attend Physical Therapy _2_ time(s)/week, for _4-6___ weeks.
- Physical Therapy treatment will include one or more of the following:
- Cryotherapy.
- Moist Heat Packs.
- Electrical Stimulation.
- Therapeutic Exercise.
- Neuromuscular Re-Education.
- Other Manual Therapy Techniques
- Patient Education/Home Exercise Program.
- Self-care/home management training.

**Electronically Signed by:** Todd Brockman, PTMS,DPT -Author on March 13, 2018 07:30:49 PM

[Digital Signature Validated]

# Quick Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Jamie Reece | **Visit Date:** | March 14, 2018 |
| **Patient ID:** | 95270 | **Provider:** | Todd Brockman, PTMS,DPT |
| **Sex:** | Female | **Location:** | TMEC |
| **Birthdate:** | | **Location Address:** | 1001 Cherry Blossom Way<br>Georgetown, KY 403249999 |
| | | **Location Phone:** | 502-868-2944 |

## History Of Present Illness

**Physical Therapy Follow-up Visit:**

**SUBJECTIVE:**

Jamie Reece presents today, 3/14/18 for Physical Therapy follow-up for CERVICOTHORACIC MYOFASCIAL STRAINS/PAIN, R SHLD RTC TENDONITIS, RESOLVING R MEDIAL EPICONDYLITIS?, DEQUERVEINS R, LIKELY ULNAR N. NEURITIS R
This is visit number 9 for this episode of care.
Jamie Reece reports: no problems with home or clinic PT. Increased R (upper trap pain) over the past couple days, not sure why. Frustrated with injury and time it's taking to recover.

**OBJECTIVE FINDINGS:**

ttp R cervical parasp, R mid trap/rhomboids, R UT/levator scap, R lateral wrist

**TREATMENT:**

Physical Therapy treatment(s) done for Jamie Reece :
Therapeutic Modalities: IFC Estim UT/levator scap/mid trap/rhobmoids with ice Cspine, R shld x15min, normal tissue response (supine)

*

Manual Therapy: 10min, seated, STM UT/levator scap/mid trap/rhomboids,//PA glides Tspine gr I-III, normal tissue response

*

Therapeutic Procedures: see below

[Digital Signature Validated]

*

As of 3/5/18:
Grip (lbs)
R 76
L 70

AROM Cspine wnl/wfl except 25% decr ext with increased "base of neck" pain
AROM UEs wnl/wfl

no ttp UEs except R lateral wrist
+ finkelstein's test R, neg on L
neg tinel's at cubital/carpal tunnels R

Rx today:

TE LOG:
UBE retro 5min, L1 with postural cues
AROM Cspine flexion x30
AROM Cspine rotations x30
shld circles x30
UBE retro 5min, L7 with postural cues--patient wanted to skip this until MRI is done, so skipped

NMR:
chin tucks 5sec holds x3min
isometric scap retractions 10sec holds x3min

Total TE +NMR: 25min

## Assessment

- Cervical myofascial strain, initial encounter 847.0/S16.1XXA
- Rotator cuff tendonitis, right 726.10/M75.81
- Elbow joint pain 719.42/M25.529
- Wrist pain 719.43/M25.539

tolerated all Rx well

prob list
1. neck/upper back pain, R shld pain, R UE n/t, R elbow/wrist pain
2. decr arom cspine
3. decr strength? Further test later
4. fxl decline

Goals as of 3/5/18:

stg 1-2wk
1, Indep with HEP/self care: MET
2. able to progress TE without difficulty: MET

ltgs 4-6wks
1. 75%+ decr overall pain: UNMET, PROGRESSING
2. arom to wnl/wfl throughout: UNMET, PROGRESSING
3. able to tolerate testing and reveal 5/5 strength throughout: DEFERRED EXCEPT GRIP WNL R AND L
4. RTW full duty without problems: UNMET, UNCHANGED

## Plan

**Orders**

- 2 - Therapeutic procedure, 1 or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility (97110) - - 03/14/2018
- Manual therapy techniques (eg, mobilization/ manipulation, manual lymphatic drainage, manual traction), 1 or more regions, each 15 minutes (97140) - - 03/14/2018
- Application of a modality to 1 or more areas; electrical stimulation (unattended) (97014) - - 03/14/2018
- Application of a modality to 1 or more areas; hot or cold packs (97010) - - 03/14/2018
- ALT: Ancillary Visit - Health Center Patient (99199LX, 99199LX, 99199LX, 99199LX, 99199LX, 99199LX, 99199LX, 99199LX, 99199LX) - - 03/14/2018

**Instructions**

- PLAN: Patient to attend Physical Therapy _2_ time(s)/week, for _4-6___ weeks.
- Physical Therapy treatment will include one or more of the following:
- Cryotherapy.
- Moist Heat Packs.
- Electrical Stimulation.
- Therapeutic Exercise.
- Neuromuscular Re-Education.
- Other Manual Therapy Techniques
- Patient Education/Home Exercise Program.
- Self-care/home management training.

**Electronically Signed by:** Todd Brockman, PTMS,DPT -Author on March 14, 2018 06:42:46 PM

[Digital Signature Validated]

# Quick Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Jamie Reece | **Visit Date:** | March 22, 2018 |
| **Patient ID:** | 95270 | **Provider:** | Todd Brockman, PTMS,DPT |
| **Sex:** | Female | **Location:** | TMEC |
| **Birthdate:** | | **Location Address:** | 1001 Cherry Blossom Way<br>Georgetown, KY 403249999 |
| | | **Location Phone:** | 502-868-2944 |

## History Of Present Illness

**Physical Therapy Follow-up Visit:**

**SUBJECTIVE:**

Jamie Reece presents today, 3/22/18 for Physical Therapy follow-up for CERVICOTHORACIC MYOFASCIAL STRAINS/PAIN, R SHLD RTC TENDONITIS, RESOLVING R MEDIAL EPICONDYLITIS?, DEQUERVEINS R, LIKELY ULNAR N. NEURITIS R
This is visit number 10 for this episode of care.
Jamie Reece reports: no problems with home or clinic PT. Increased R UE, neck, R shld pain following arthrogram test. EMG/NCV test earlier today : negative.

**OBJECTIVE FINDINGS:**

ttp R cervical parasp, R mid trap/rhomboids, R UT/levator scap, R lateral wrist

**TREATMENT:**

Physical Therapy treatment(s) done for Jamie Reece :
Therapeutic Modalities: IFC Estim UT/levator scap/mid trap/rhobmoids with ice Cspine, R shld x15min, normal tissue response (supine)

*

Manual Therapy: 10min, seated, STM UT/levator scap/mid trap/rhomboids,//PA glides Tspine gr I-III, normal tissue response --deferred today

*

Therapeutic Procedures: see below

[Digital Signature Validated]

*

arthrogram/MRI R shld 3/20/18:
successful MRI
mild fraying supraspinatus/infraspinatus
mild AC OA noted

Patient reports IHS 2000 already called and explained MRI results, but wanted me to review some more and answer some questions so I did that

As of 3/5/18:
Grip (lbs)
R 76
L 70

AROM Cspine wnl/wfl except 25% decr ext with increased "base of neck" pain
AROM UEs wnl/wfl

no ttp UEs except R lateral wrist
+ finkelstein's test R, neg on L
neg tinel's at cubital/carpal tunnels R

Rx today:

TE LOG:
UBE retro 5min, L1 with postural cues
AROM Cspine flexion x30
AROM Cspine rotations x30
shld circles x30
UBE retro 5min, L7 with postural cues--patient wanted to skip this until MRI is done, so skipped

NMR:
chin tucks 5sec holds x3min
isometric scap retractions 10sec holds x3min

Total TE +NMR: 25min

## Assessment

- Cervical myofascial strain, initial encounter 847.0/S16.1XXA
- Rotator cuff tendonitis, right 726.10/M75.81
- Elbow joint pain 719.42/M25.529
- Wrist pain 719.43/M25.539

tolerated all Rx well

[Digital Signature Validated]

prob list
1. neck/upper back pain, R shld pain, R UE n/t, R elbow/wrist pain
2. decr arom cspine
3. decr strength? Further test later
4. fxl decline

Goals as of 3/5/18:
stg 1-2wk
1, indep with HEP/self care: MET
2. able to progress TE without difficulty: MET

ltgs 4-6wks
1. 75%+ decr overall pain: UNMET, PROGRESSING
2. arom to wnl/wfl throughout: UNMET, PROGRESSING
3. able to tolerate testing and reveal 5/5 strength throughout: DEFERRED EXCEPT GRIP WNL R AND L
4. RTW full duty without problems: UNMET, UNCHANGED

## Plan

**Orders**

- 2 - Therapeutic procedure, 1 or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility (97110) - - 03/22/2018
- Application of a modality to 1 or more areas; electrical stimulation (unattended) (97014) - - 03/22/2018
- Application of a modality to 1 or more areas; hot or cold packs (97010) - - 03/22/2018
- ALT: Ancillary Visit - Health Center Patient (99199LX, 99199LX, 99199LX, 99199LX, 99199LX, 99199LX, 99199LX, 99199LX, 99199LX, 99199LX) - - 03/22/2018

**Instructions**

- PLAN: Patient to attend Physical Therapy _2_ time(s)/week, for _4-6___ weeks.
- Physical Therapy treatment will include one or more of the following:
- Cryotherapy.
- Moist Heat Packs.
- Electrical Stimulation.
- Therapeutic Exercise.
- Neuromuscular Re-Education.
- Other Manual Therapy Techniques
- Patient Education/Home Exercise Program.
- Self-care/home management training.

**Electronically Signed by:** Todd Brockman, PTMS,DPT -Author on March 22, 2018 08:07:22 PM

[Digital Signature Validated]

●●●● HIGHLY CONFIDENTIAL 極秘

EIA
Follow up SOAP Note

Name: Jamie Reece Emp. ID: V35729 Group: LT130 Date: 3/27/17

Date of Birth: ____ Shift: 1 Incident#: 532461 Time: Start 12:55 End 1315

[X] Follow up [ ] Close out

Reported by: [X] LSM [X] ESI [ ] GL [X] TM

S: Body Part: foot Side: [X] Right [ ] Left [ ] Both

Symptoms Reported:
[ ] Sharp [ ] Numbness [ ] Weakness [ ] Dull [ ] Burning [ ] Popping
[ ] Referred Discomfort [X] Ache [ ] Tingle [ ] Clicking [ ] No Discomfort [ ] N/A
[ ] Other: "tender"
reports bruising has improved

Discomfort Scale: Current: 0 (1 2) 3 4 5 6 7 8 9 10 At Worst: 0 1 (2) 3 4 5 6 7 8 9 10

Self-Countermeasures: [X] Ice: ____ [ ] Heat: ____ ~~[ ] NSAIDS~~ [ ] Posture Coaching [ ] Massage Therapy
[X] Preventative/Wellness Stretches [X] Other elevating, epsom salt soak
↳ none more than usual

[ ] Process changes ____ [ ] EIA utilized in big polish able to sit down
[ ] TM concerns ____

O: Localized: ~~[ ] Swelling [ ]~~ Ecchymosis [ ] Scars [ ] Bony Deformities [ ] N/A [ ] Other ____
↳ very minor now to posterior foot

A: Improving. TM allowed to ice × 15 minutes

P:
Recommendations: [X] Continue Current Recommendations [ ] EIA appropriate by ATC
[ ] New Recommendations ____

[X] Follow-Up Thursday @ 1230

Close: [ ] Referral Request by TM ESI Time Expired Positive Findings Indicated Lack of Improvement
[ ] Close Successful [ ] No Longer Employed

Signature: M Keech, RN Date: 3/27/17

New Medications or Change in Medical History:
✱ Seen in IHS on 3/23/17 & returned EIA - IHS followup 3/31/17 @ 2:00 pm.

MAQUINN

Wednesday, March 22, 2017

●●●● HIGHLY CONFIDENTIAL 極秘

## Follow up SOAP Note

Name: Jamie Reece Emp. ID: V35729 Group: LT130 Date: 3/30/17

Date of Birth: Shift: 1 Incident#: 532461 Time: Start 1240 End 1245

[X] Follow up [ ] Close out Reported by: [X] LSM [X] ESI [ ] GL [X] TM

S: Body Part: foot Side: [X] Right [ ] Left [ ] Both

Symptoms Reported:
[ ] Sharp [ ] Numbness [ ] Weakness [ ] Dull [ ] Burning [ ] Popping
[ ] Referred Discomfort [ ] Ache [ ] Tingle [ ] Clicking [X] No Discomfort [ ] N/A
[ ] Other: "when I step on it wrong"

Discomfort Scale: Current: (0) 1 2 3 4 5 6 7 8 9 10 At Worst: 0 (1) 2 3 4 5 6 7 8 9 10

Self-Countermeasures: [ ] Ice:_____ [ ] Heat:_____ [ ] NSAIDS [ ] Posture Coaching [ ] Massage Therapy
[ ] Preventative/Wellness Stretches [ ] Other epsom salt bath

[ ] Process changes ______ [ ] EIA utilized on all jobs now

[ ] TM concerns ______

O: Localized: [ ] Swelling [ ] Ecchymosis [ ] Scars [ ] Bony Deformities [ ] N/A [ ] Other ______

A: Doing well. Anticipate closing EIA/ESI successful tomorrow.

P:
Recommendations: [X] Continue Current Recommendations [ ] EIA appropriate by ATC
[ ] New Recommendations ______

[X] Follow-Up IHS follow up 3/31/17 @ 2:00 pm

Close: [ ] Referral Request by TM ESI Time Expired Positive Findings Indicated Lack of Improvement
[ ] Close Successful [ ] No Longer Employed

Signature: M Keach, RN Date: 3/30/17

New Medications or Change in Medical History:

MAQUINN Thursday, March 30, 2017

●●●● HIGHLY CONFIDENTIAL 極秘

EIA

**Follow up SOAP Note**

Name: Jamie Reece Emp. ID: V35729 Group: LT130 Date: 4/4/17

Date of Birth: _ Shift: 1 Incident#: 532461 Time: Start 1215 End 1230

[X] Follow up [X] Close out Reported by: [X] LSM [X] ESI [ ] GL [X] TM

S: Body Part: foot Side: [X] Right [ ] Left [ ] Both

Symptoms Reported:
[ ] Sharp [ ] Numbness [ ] Weakness [ ] Dull [ ] Burning [ ] Popping
[ ] Referred Discomfort [ ] Ache [ ] Tingle [ ] Clicking [X] No Discomfort [ ] N/A
[ ] Other :

Discomfort Scale: Current: (0) 1 2 3 4 5 6 7 8 9 10 At Worst: (0) 1 2 3 4 5 6 7 8 9 10

Self-Countermeasures: [ ] Ice:_____ [ ] Heat:_____ [ ] NSAIDS [ ] Posture Coaching [ ] Massage Therapy
[ ] Preventative/Wellness Stretches [ ] Other

[ ] Process changes [ ] EIA utilized on all c̄ issue

[ ] TM concerns

O: Localized: [ ] Swelling [ ] Ecchymosis [ ] Scars [ ] Bony Deformities [ ] N/A [ ] Other
normal gait

A: Improved. No pain or problems. TM wishes to close case. Does not wish to return to HS. Discussed c̄ Carla Kelley, APRN. OK to close out at this time.

P:
Recommendations: [X] Continue Current Recommendations [ ] EIA appropriate by ATC
[ ] New Recommendations
[X] Follow-Up PRN

Close: [ ] Referral Request by TM ESI Time Expired Positive Findings Indicated Lack of Improvement
[X] Close Successful [ ] No Longer Employed

Signature: MKeochi RN Date: 4/4/17

New Medications or Change in Medical History:

MAQUINN

Thursday, March 30, 2017

(1) ☆EIA -S☆

**Follow up SOAP Note**

Name: Jamie Reese Emp ID: V35724 Group: L7/30 Incident #: —
Date: 4/4/17 Shift: 1 DOB: _
Time: Start 12:15 End 12:25

[ ] Follow up [X] Close out
[ ] EIA Follow-up from IHS

Present: [X] AT [X] LSN [X] ESI [ ] GL [ ] TL [ ] TM
Location of follow-up: [X] Break room/ESI room [ ] Line side

S: Body Part: [ ] Neck [ ] Upper Back [ ] Shoulder [ ] Elbow [ ] Wrist [ ] Hand [ ] Lower Back [ ] Torso [ ] Hip [ ] Knee [ ] Ankle [X] Foot
Side: [ ] Left [X] Right [ ] Both [ ] N/A

**Symptoms Reported:** TM feels comfortable closing ESI, no new signs/symptoms

[ ] Sharp [ ] Numbness [ ] Tingle [ ] Weakness [ ] Dull [ ] Burning [ ] Popping [ ] Clicking
[ ] Ache [ ] Referred Discomfort ________ [ ] Other ________ [X] No Discomfort

Discomfort Scale: Current (0) 1 2 3 4 5 6 7 8 9 10 At Worst (0) 1 2 3 4 5 6 7 8 9 10

**Does the TM feel overall improvement?** [X] Yes [ ] No "I'm good to go"
If 'Yes': TM notes improvement in the following:
[X] Range of motion/mobility [ ] Swelling [ ] Ecchymosis [X] Tenderness [ ] Trigger Points

Is the TM currently in Massage? [ ] Yes [X] No Comments: —

**Self-Countermeasures being utilized:** [X] Ice [ ] Heat [ ] NSAIDS [X] Stretching [ ] Strengthening
[ ] Posture Coaching [ ] Soft Support [ ] Biofreeze [ ] Self-Massage [ ] None [ ] Other ________
Has EIA been utilized? [ ] Yes [X] No Comments: —
Process C/M Utilized: — [ ] No Change

**Notes and Other Findings:** TM feels comfortable closing ESI, created EIA.

Localized: [ ] Swelling [ ] Ecchymosis [ ] Scars [ ] Bony Deformities [X] None present [ ] Not observed
AROM: [X] Full Range [ ] Limited [ ] No Change ________
MMT: [X] Full Strength [ ] Decreased Strength [ ] No Change ________

A/DD: Foot Discomfort

**P: Countermeasures:** [ ] Heat [ ] Ice [ ] Self Massage [ ] Soft Support/ Non-Rigid Brace [ ] OTC's (If ✓, See Attach.)
[ ] Massage [ ] Reviewed Injury Prevention Stretching/ Strengthening Packet [ ] Review PDA [ ] Review T/m Education
[ ] Perform Video Analysis of T/m [ ] Re-assess [ ] Posture Coaching [ ] Early Intervention Appropriate
**[ ] Continue previous recommendations** [ ] Provider consulted ________

**Close:** [X] Close Successful [ ] No Longer Employed
[ ] Referral Reason: ________

AT Signature: [signature]
AA CA DB MC JD JE (ZF) EG CJ MM NM KT KW SW

Premise Health. Keep your edge

★EIA★

(11)

**Follow up SOAP Note**

Name: Jamie Reese Emp ID: V35729 Group: LT130 Incident #: —
Date: 3/30/17 Shift: 1 DOB: _
Time: Start 1120 End 1130

[ ] Follow up [ ] Close out
[X] EIA Follow-up from IHS

Present: [X] AT [X] LSN [X] ESI [ ] GL [ ] TL [ ] TM
Location of follow-up: [X] Break room/ESI room [ ] Line side

**S:** Body Part: [ ] Neck [ ] Upper Back [ ] Shoulder [ ] Elbow [ ] Wrist [ ] Hand [ ] Lower Back [ ] Torso [ ] Hip [ ] Knee [ ] Ankle [X] Foot
Side: [ ] Left [X] Right [ ] Both [ ] N/A

**Symptoms Reported:** TM reports no new signs/symptoms since last visit

[ ] Sharp [ ] Numbness [ ] Tingle [ ] Weakness [ ] Dull [ ] Burning [ ] Popping [ ] Clicking
[X] Ache [ ] Referred Discomfort ______ [ ] Other ______ [ ] No Discomfort

Discomfort Scale: Current (0) 1 2 3 4 5 6 7 8 9 10 At Worst 0 (1) 2 3 4 5 6 7 8 9 10

**Does the TM feel overall improvement?** [X] Yes [ ] No " little to no discomfort

If 'Yes': TM notes improvement in the following:
[ ] Range of motion/mobility [ ] Swelling [ ] Ecchymosis [X] Tenderness [ ] Trigger Points

Is the TM currently in Massage? [ ] Yes [X] No Comments: —

**Self-Countermeasures being utilized:** [X] Ice [ ] Heat [ ] NSAIDS [X] Stretching [ ] Strengthening
[ ] Posture Coaching [ ] Soft Support [ ] Biofreeze [ ] Self-Massage [ ] None [ ] Other ______

Has EIA been utilized? [ ] Yes [X] No Comments: Full duty
Process C/M Utilized: ______ [ ] No Change

**Notes and Other Findings:** Continue recommendations.

Localized: [ ] Swelling [ ] Ecchymosis [ ] Scars [ ] Bony Deformities [X] None present [ ] Not observed
AROM: [X] Full Range [ ] Limited [ ] No Change
MMT: [X] Full Strength [ ] Decreased Strength [ ] No Change

**A/DD:** Foot Discomfort

**P: Countermeasures:** [ ] Heat [ ] Ice [ ] Self Massage [ ] Soft Support/ Non-Rigid Brace [ ] OTC's (If ✓, See Attach.)
[ ] Massage [ ] Reviewed Injury Prevention Stretching/ Strengthening Packet [ ] Review PDA [ ] Review T/m Education
[ ] Perform Video Analysis of T/m [ ] Re-assess [ ] Posture Coaching [ ] Early Intervention Appropriate
[X] **Continue previous recommendations** [ ] Provider consulted ______

**Close:** [ ] Close Successful [ ] No Longer Employed
[ ] Referral Reason: ______

AT Signature: [signature]
AA CA DB MC JD JE (ZF) EG CJ MM NM KT KW SW

Premise Health.

*EIA*

## Follow up SOAP Note

Name: Jamie Reese Emp ID: V35729 Group: LT130 Incident #: —
Date: 3/27/17 Shift: 1 DOB: _
Time: Start 1:00 End 1:15

[ ] Follow up [ ] Close out
[X] EIA Follow-up from IHS

Present: [X] AT [X] LSN [X] ESI [ ] GL [ ] TL [ ] TM
Location of follow-up: [ ] Break room/ESI room [ ] Line side

S: Body Part: [ ] Neck [ ] Upper Back [ ] Shoulder [ ] Elbow [ ] Wrist [ ] Hand [ ] Lower Back [ ] Torso [ ] Hip [ ] Knee [X] Ankle [X] Foot
Side: [ ] Left [X] Right [ ] Both [ ] N/A

Symptoms Reported: TM reports no new signs/symptoms since initial injury.

[ ] Sharp [ ] Numbness [ ] Tingle [ ] Weakness [X] Dull [ ] Burning [ ] Popping [ ] Clicking
[X] Ache [ ] Referred Discomfort ____ [ ] Other ____ [ ] No Discomfort

Discomfort Scale: Current 0 (1 2) 3 4 5 6 7 8 9 10 At Worst 0 1 (2) 3 4 5 6 7 8 9 10

Does the TM feel overall improvement? [X] Yes [ ] No "better than when It happened"

If 'Yes': TM notes improvement in the following:
[X] Range of motion/mobility [X] Swelling [X] Ecchymosis [ ] Tenderness [ ] Trigger Points

Is the TM currently in Massage? [ ] Yes [X] No Comments: —

Self-Countermeasures being utilized: [X] Ice [ ] Heat [ ] NSAIDS [X] Stretching [ ] Strengthening
[ ] Posture Coaching [ ] Soft Support [ ] Biofreeze [ ] Self-Massage [ ] None [ ] Other ____
Has EIA been utilized? [ ] Yes [X] No Comments: —
Process C/M Utilized: — [ ] No Change

Notes and Other Findings: Continue EIA.

Localized: [ ] Swelling [ ] Ecchymosis [ ] Scars [ ] Bony Deformities [X] None present [ ] Not observed
AROM: [X] Full Range [ ] Limited [ ] No Change ____
MMT: [X] Full Strength [ ] Decreased Strength [ ] No Change ____

A/DD: Foot Discomfort

P: Countermeasures: [ ] Heat [ ] Ice [ ] Self Massage [ ] Soft Support/ Non-Rigid Brace [ ] OTC's (If ✓, See Attach.)
[ ] Massage [ ] Reviewed Injury Prevention Stretching/ Strengthening Packet [ ] Review PDA [ ] Review T/m Education
[ ] Perform Video Analysis of T/m [ ] Re-assess [ ] Posture Coaching [ ] Early Intervention Appropriate
[X] **Continue previous recommendations** [ ] Provider consulted ____

Close: [ ] Close Successful [ ] No Longer Employed
[ ] Referral Reason: ____

AT Signature: [signature]
AA CA DB MC JD JE (ZF) EG CJ MM NM KT KW SW

Premise Health.

TM given restrictions following IHS visit

(mg)

Premise Health.

## SOAP Note: Neck/Shoulder/Upper Back

Name: Jamie Reece DOB: ____ Event #: 462547 Shift: 1 (2) 3
Emp ID: 77390 Inc Group: LT230 Team: — Section: Paint Finish
Eval Date: 2/11/2018 Sx. Start Date: 1/30/2018 Reported on: 2/11/2018 Work Related? (Y) N
Time: Start 1730 End 1830 (MSD) / Non-MSD (Assessment) / Re-assessment
Body Part: arm (neck - fingers) Side: Left / (Right) / Both R hand dom

Process of Concern: all jobs in LT230 CM Implemented?: none
Job Rotation: In training / abnormal rotation / no(rmal) rotation / TL / GL # of jobs: 3

vity wax / anti chip / R frame tape / IR Big polish / IR 2nd inspec. / re-jis

MOI and C/C:
All jobs have a shoulder component, used to shoulder being tight but this is d/ recently fell on stairs (caught self tripped up) doesn't believe it's related. p/ occassionally in neck + collar bone. p/ mostly in anterior shoulder + biceps. Sleep + ADL's affected (doesn't sleep on that side) NO specific MOI - overuse. TM doesn't feel she can safely do her jobs

Direct Cause: ☑ Required Posture ☐ Force ☐ Weight ☐ Environment ☐ Trip/Fall ☐ Behavior ☐ Unknown

Type of Discomfort:
Numbness: = = =   Pins and needles: OOO
Burning: x x x   Stabbing/Sharp: / / /
(Ache/Dull: V V V)   Trigger Point: • • •



Self Countermeasures: rest
☐ Ice ☐ Heat ☑ NSAIDS ☐ Posture Coaching ☐ None

PMH: see LSN note
none
Medications: see LSN note
Drug Allergies: see LSN note

Discomfort Scale: Current: 0 1 2 3 4 5 (6) 7 8 9 10
Worst: 0 1 2 3 4 5 6 (7)(8) 9 10 no nausea/ dizziness

Observation and Palpation:
Posture / Gait / Deformities: forward shoulders
Swelling / Ecchymosis / Scars / Other: none
Tender to palpate: upper trap, SCM, biceps tendon

Range of Motion:

| NECK | AROM L/(R) | MMT | NOTES | SHOULDER | AROM L/(R) | MMT | NOTES |
|---|---|---|---|---|---|---|---|
| Flexion | WNL | /5 | | Flexion | WNL / WNL | 4 /5 | |
| Extension | | /5 | | Extension | / | 5 /5 | ROM/MMT |
| Rotation | / | /5 | | Abduction | / [illegible] | 5 /5 | caused n/t |
| Side Flexion | / | /5 | | Hz. Adduction | / | 5 /5 | in 3rd - 5th |
| | | | | Internal Rot. | / | 4 /5 | fingers |
| Grip Strength | - | 5 /5 | | External Rot. | / lack | 4 /5 | |

Special Tests: Other findings:

| | | | | | |
|---|---|---|---|---|---|
| Spurling's Test | – / + | Bear Hug | – / + | Empty Can | – / (+) |
| Rib Compression | – / + | Lift Off/Belly Test | (–) / + | O'Brien's | – / (+) |
| Adson's | – / + | Neer Impingement | (–) / + | Biceps Load | – / + |
| Load and Shift | – / + | Hawkins-Kennedy | – / (+) | Speed's Test | (–) / + |
| Hornblower's Sign | – / + | A/P Apprehension | – / + | Sulcus Sign | – / + |

A/DD: (R) arm d/ ☑ EIA ☐ Provider Consulted

Countermeasures: ☐ Ice ☐ Heat ☐ Self-massage ☐ Soft Support ☐ Massage ☐ Stretching Packet ☐ Wellness Education ☐ Review PDA ☐ Posture Coaching ☐ Video Analysis ☐ Re-assess on
☑ Referral reason: Self - TM request Case #: 2018 - 548495

AT Signature: Allison Strickland MS, ATC
AA CA DB MC JD JE (NJ) MN NM JS KT KW SW

2/11 - 900pm
Deborah

426662

Tuesday, December 19, 2017

(my)

TM given restrictions following IHS visit

SOAP Note: Elbow/Wrist/Hand

Premise Health

Name: Jamie Reece DOB: ___ Event # 462547 Shift: 1 (2) 3
Emp ID: 77390 Inc Group: LT230 Team: — Section: Paint Finish
Eval Date: 2/1/2018 Sx. Start Date: 1/31/2018 Reported on: 2/1/2018 Work Related? (Y) N
Time: Start 1730 End 1830 (MSD) / Non-MSD Assessment / Re-assessment
Body Part: arm (neck-fingers) Side: Left / (Right) / Both (R) hand dom

Process of Concern: cavity wax CM Implemented?: gun hose been fixed
Job Rotation: In training / abnormal rotation / (normal rotation) / TL / GL # of Jobs: 3

MOI and C/C:
TM has d/ thumb side + radiating to fingers. p/ is so intense TM was unable to complete last run. Doesn't feel she can safely do her job. p/ is in all finger tips, was originally thumb then pinky then all fingers. TM believes cavity wax may have caused d/ Gun rolls/twists over requiring extra effort to use (pulls to pronation) Has corrected

Direct Cause: ☑ Required Posture ☑ Force ☐ Weight
☐ Environment ☐ Trip/Fall ☐ Behavior ☐ Unknown

Self Countermeasures: Stopped doing jobs
☐ Ice ☐ Heat ☑ NSAIDS ☐ Posture Coaching ☐ None

PMH: see LSN note
none
Medications: see LSN note
Drug Allergies: see LSN note NKDA

Type of Discomfort: occassional n/t. current: ache / throbbing
(Numbness: = = =) (Pins and needles: OOO)
Burning: x x x Stabbing/Sharp: / / /
(Ache/Dull: VVV) Trigger Point: • • •



Discomfort Scale: Current: 0 1 2 3 4 (5)(6) 7 8 9 10
Worst: 0 1 2 3 4 5 6 (7)(8) 9 10

Observation and Palpation:
Posture / Gait / Deformities: none
Swelling / Ecchymosis / Scars / Other: TM states she's had swelling around thumb, none @ ES
Tender to palpate: "Stiff" in abd hallucis, forearms present w/ tension

Range of Motion:

| ELBOW | AROM L/(R) | MMT | WRIST | AROM L/(R) | MMT | FINGER | AROM L/(R) | MMT |
|---|---|---|---|---|---|---|---|---|
| Flexion | WNL / | /5 | Flexion | WNL / WNL | /5 | 1st Abd/Add | WNL / WNL | /5 |
| Extension | / | /5 | Extension | / lack | /5 | 1st Flex/Ext | / WNL | /5 |
| Supination | / | /5 | U. Deviation | / lack | /5 | 2nd Flex/Ext | / WNL | /5 |
| Pronation | / | /5 | R. Deviation | / lack | /5 | 3rd Flex/Ext | / lack | /5 |
| | | | | | | 4th Flex/Ext | / lack | /5 |
| | | | Grip Strength | - | 5 /5 | 5th Flex/Ext | / lack | /5 |

Special Tests:

| | | | | | |
|---|---|---|---|---|---|
| Tap/Bump | – / + | Phalen's | – / + | Compression | – / + |
| Valgus | – / + | Finklestein's | – / (+) | Distraction | – / + |
| Varus | – / + | Watson's Test | – / (+) | upper limb tension | – / (+) |
| Tinel's Sign | (–) / + | Tennis Elbow Test | – / + | | – / + |

Other findings:
MMT not performed due to lacking ROM

A/DD: (R) arm d/ ☑ EIA ☐ Provider Consulted ___
Countermeasures: ☐ Ice ☐ Heat ☐ Self-massage ☐ Soft Support ☐ Massage ☐ Stretching Packet
☐ Wellness Education ☐ Review PDA ☐ Posture Coaching ☐ Video Analysis ☐ Re-assess on ___
☑ Referral reason: self referral TM request Case #: 2018-548495

9pm 2/1/18
Deborah

AT Signature: Allison Strickland MS, ATC
AA CA DB MC JD JE (NJ) MM NM JS KT KW SW

426662

Tuesday, January 23, 2018

Group - [illegible]

✓

●●●● HIGHLY CONFIDENTIAL 極秘

**Premise Line Side Medical Early Intervention Investigation Form**

Date: 2/1/2018 In: 17:30 Out: 18:30

Name: Jamie Reece TM# 17390 Incident#: ______ DOB: ______

Group LT230 Team____ Group Leader Brad McKinna / Ext____ Time in Group: ______

DOI: 1/30/2018 Reported on: 1/31 to TL HYH/HYP [X] Yes: Date: 1/31/18 [ ] No

1/30/18 Number of calendar days delayed in reporting: ______ Do you feel this is a work related issue? [X] yes [ ] no

***Body Part***: Shoulder [X] Right [ ] Left [ ] Bilateral [ ] Upper [ ] Lower

Incident Type: [ ] Acute [ ] Ergo Acute [ ] Cumulative → Required Posture

***MOI*** (address 5 whys): TM states all the jobs she is on has a shoulder component such as repetitive buffing, wiping, placing window frame ect. TM states she does not feel safe performing processes because the extent of discomfort.

* TM states recently she fell on stairs but caught herself. TM

***TM Statement:*** does not believe this is related to her d! and has not had d! from this incident.

*Processes in Rotation:* Cavity wax, Frame tape, 2nd inspection

Are you on a regular rotation? [X] yes [ ] no Have there been any recent changes to your process? [ ] yes [ ] no

Have you received any recent training? [ ] yes [ ] no Are you in an offline position? [ ] yes [X] no

Any process(es) causing increased discomfort? [X] yes [ ] no If yes, provide details: A combination of all jobs

Are other team members in your group complaining of similar symptoms? [ ] Yes [ ] No

***Symptoms Reported/Duration:*** [ ] Sharp______ [ ] Numbness______ [ ] Tingling______

[ ] Dull______ [X] Ache______ [ ] Burning______ [ ] Popping______ [ ] Clicking______

[ ] Weakness______ [X] Referred Discomfort ______ [ ] No Discomfort [ ] Other: ______

TM's description of symptoms: → into neck. d! in anterior shoulder.

Is this affecting sleep or other activities [X] yes [ ] no If yes, describe: Waking TM up in middle of night. → denies N/V

***Discomfort Scale:*** Current 6 / 10 At Worst 7-8 / 10 At Best ___ / 10

***Self-Countermeasures:*** [ ] Ice [ ] Heat [X] NSAIDS/Acetaminophen [ ] Posture Coaching [ ] Gen/Prev. Stretches

[ ] None [ ] Outside Medical Attention [ ] Other______

***LSM Assessment:***

Have you ever had surgery, injury, or discomfort in this or a similar body part? [ ] Yes [X] No

If yes, explain (include date(s) of occurrence). ______

Indefinite Restrictions? [ ] Yes [X] No Explain if yes. ______

In the last 3 months, have you returned to work from a leave of absence or transferred to a new position?

[ ] Yes [X] No If yes, provide details:

Medications: Nexium, Methotrexate, Estradiol

Medication Allergies: NKDA

Past Medical conditions: Complete hysterectomy, GERD

HIGHLY CONFIDENTIAL 極秘

**PREMISE LINE SIDE INITIAL EARLY INTERVENTION INVESTIGATION FORM**

Has your group leader, safety or other staff members made any corrective measures to improve the process causing your discomfort? [ ] Yes [ ] No If yes, Explain: ____________________

Do you have any recommendations to improve the process that is causing your discomfort? [ ] Yes [ ] No
If yes, explain team member recommendations: ____________________

***Assessment Findings***:
Skin temp: warm Cap. Refill: <3 sec Other: O2-97%. 2+ radial pulse
Blood Pressure: 103/71 HR: 66. Respirations: ______

***Significant Clinical Findings:*** [ ] FROM [ ] Limited ROM [ ] Bony abnormality [ ] Crepitus [ ] Trigger Points
[ ~~Edema~~ [ ~~Redness~~ [X] Tenderness [ ] Deformity [ ] No abnormalities noted [ ] Recent fever/chills
Other: TM denies any bruising, redness or swelling.
LROM w/ external rotation of shoulder. FROM of neck.
MMT 4/5 w/ flexion, internal + external rotation of shoulder.
Positive Test per AT; Hawkins-Kennedy + Empty can + O'Brien's.

LSM and/or ATC schedule a line call to review processes? [ ] Yes [ ] No Date: ______
[X] ATC Nikki Jackson ATC present for TM assessment
[ ] ATC verbalizes TM is able to safely perform 100% of all processes
[ ] Group Leader notified of eligibility for early intervention [ ] Yes [ ] No If yes, complete the following
GL: ____________ notified by: ____________
GL able to support EIA? [ ] Yes [ ] No Date EIA began: ______ Date EIA Ended : ______
Reason GL is unable to support EIA: ____________

***Recommendations by Lineside Medical***:
[ ] Ice [ ] QHS [ ] BID post shift/ prior to sleep [ ] TID top of lunch/post shift/prior to sleep
[ ] NSAIDS/Acetaminophen OTC doses as directed on bottle
[ ] Heat prior to activity [ ] Therawax [ ] Self Massage [ ] Biofreeze as directed on packet [ ] PDA
[ ] Preventative Stretches [ ] Soft Support ______ [ ] Wellness education
[ ] Other ______ **ESI Start Date:** 2/1/2018

***Referral:*** [ ] Requested by TM [ ] ESI Timeframe Expired [ ] Clinical Findings [ ] ATC recommendation
***Recommendations by ESI***: [ ] Video Analysis [ ] Posture Coaching [ ] Safety Concern Registration
Days ESI delayed: ______ Reason for Delay: ______

[ ] TM agreeable and verbalizes to report any changes in status or onset of new symptoms
Are you agreeable to schedule IHS visit and initiate Workers' Compensation claim?* [ ] Yes [ ] No
*** If referring to IHS for work related injury: explain that clinic visit will initiate Workers' Compensation Claim**

**Are you interested in Humana Vitality? [ ] Yes [ ] No [ ] Already Participating in Humana Vitality**
**LSM assisted with Humana Vitality? [ ] Yes [ ] No Referred to Wellness Nurse [ ] Yes [ ] No**

LSM RN NAME: Kristin Ford RN. Date: 2/1/2018

m does not feel like she can do her job safely.



426756

Wednesday, January 31, 2018

Group - Lexus ...

injuries.

●●●● HIGHLY CONFIDENTIAL 极秘

**Premise Line Side Medical Early Intervention Investigation Form**

Date: 2/1/2018 In: 17:30 Out: 18:30

Name: Jamie Reece TM# 77890 Incident#: DOB:

Group LT230 Team Group Leader Brad McKinney Ext Time in Group:

DOI: 1/31/2018 Reported on: 1/31 to TL HYH/HYP [X] Yes: Date: 1/31/18 [ ] No

Number of calendar days delayed in reporting: Do you feel this is a work related issue? [X] yes [ ] no

***Body Part:*** Wrist [X] Right [ ] Left [ ] Bilateral [ ] Upper [ ] Lower

Incident Type: [ ] Acute [ ] Ergo Acute [ ] Cumulative - Force

***MOI*** (address 5 whys): TM states the cavity wax gun on the cavity wax process is what is causing her wrist discomfort. TM states the gun is always trying to twist over and she feels she has to fight to keep it in a certain position. TM believe it may be the hose of the gun causing the gun to move. TM

***TM Statement:*** States she does not feel safe doing her processes.

***Processes in Rotation:***

Are you on a regular rotation? [X] yes [ ] no Have there been any recent changes to your process? [ ] yes [ ] no

Have you received any recent training? [ ] yes [ ] no Are you in an offline position? [ ] yes [ ] no

Any process(es) causing increased discomfort? [X] yes [ ] no If yes, provide details: Cavity wax

Are other team members in your group complaining of similar symptoms? [ ] Yes [ ] No

***Symptoms Reported/Duration:*** [ ] Sharp [X] Numbness [X] Tingling

[ ] Dull [X] Ache [ ] Burning [ ] Popping [ ] Clicking

[ ] Weakness [X] Referred Discomfort [ ] No Discomfort [ ] Other:

TM's description of symptoms: Into finger tips 'Throbbing'

Is this affecting sleep or other activities [X] yes [ ] no If yes, describe: Waking the team member up in the middle of the night.

***Discomfort Scale:*** Current 5-6 /10 At Worst 7-8 / 10 At Best /10

***Self-Countermeasures:*** [ ] Ice [ ] Heat [X] NSAIDS/Acetaminophen [ ] Posture Coaching [ ] Gen/Prev. Stretches

[ ] None [ ] Outside Medical Attention [ ] Other

***LSM Assessment:***

Have you ever had surgery, injury, or discomfort in this or a similar body part? [ ] Yes [X] No

If yes, explain (include date(s) of occurrence).

Indefinite Restrictions? [ ] Yes [X] No Explain if yes.

In the last 3 months, have you returned to work from a leave of absence or transferred to a new position?

[ ] Yes [X] No If yes, provide details:

Medications: ~~[illegible]~~ methotrexate, nexium, estradiol

Medication Allergies: NKDA

Past Medical conditions: complete hysterectomy, GERD

●●●● HIGHLY CONFIDENTIAL 極秘

**PREMISE LINE SIDE INITIAL EARLY INTERVENTION INVESTIGATION FORM**

Has your group leader, safety or other staff members made any corrective measures to improve the process causing your discomfort? [X] Yes [ ] No If yes, Explain: TM states maintenance came to work on gun

Do you have any recommendations to improve the process that is causing your discomfort? [ ] Yes [ ] No
If yes, explain team member recommendations: ______

***Assessment Findings:***
Skin temp: warm Cap. Refill: brisk Other: 2+radial pulse O2-97%
Blood Pressure: 103/71 HR: 66 Respirations: ______
***Significant Clinical Findings:*** [ ] FROM [ ] Limited ROM [ ] Bony abnormality [ ] Crepitus [ ] Trigger Points
[ ] ~~Edema~~ [ ] ~~Redness~~ [ ] Tenderness [ ] Deformity [ ] No abnormalities noted [ ] Recent fever/chills
Other: TM admits swelling at thenar region, no swelling noted on evaluation. LROM w/ 3rd, 4th and 5th digit flexion + extension FROM of elbow Normal grip strength Positive Test per MT; + Finklestein's + Watson's Test + upper limb tension MMT not tested due to LROM
LSM and/or ATC schedule a line call to review processes? [ ] Yes [ ] No Date: Tension in forearms
[X] ATC Nikki Jackson ATC present for TM assessment *TM has normal sensation
[ ] ATC verbalizes TM is able to safely perform 100% of all processes
[ ] Group Leader notified of eligibility for early intervention [ ] Yes [ ] No If yes, complete the following
GL: ______ notified by: ______
GL able to support EIA? [ ] Yes [ ] No Date EIA began: ______ Date EIA Ended: ______
Reason GL is unable to support EIA: ______

***Recommendations by Lineside Medical:***
[ ] Ice [ ] QHS [ ] BID post shift/ prior to sleep [ ] TID top of lunch/post shift/prior to sleep suggest sit down duty
[ ] NSAIDS/Acetaminophen OTC doses as directed on bottle
[ ] Heat prior to activity [ ] Therawax [ ] Self Massage [ ] Biofreeze as directed on packet [ ] PDA hill I.H.S 2000 Appointment.
[ ] Preventative Stretches [ ] Soft Support ______ [ ] Wellness education
[ ] Other ______ **ESI Start Date:** 2/1/2018
***Referral:*** [X] Requested by TM [ ] ESI Timeframe Expired [ ] Clinical Findings [ ] ATC recommendation
***Recommendations by ESI:*** [ ] Video Analysis [ ] Posture Coaching [ ] Safety Concern Registration
Days ESI delayed: ______ Reason for Delay: ______

[ ] TM agreeable and verbalizes to report any changes in status or onset of new symptoms
Are you agreeable to schedule IHS visit and initiate Workers' Compensation claim?* [ ] Yes [ ] No
*** If referring to IHS for work related injury: explain that clinic visit will initiate Workers' Compensation Claim**

**Are you interested in Humana Vitality? [ ] Yes [ ] No [ ] Already Participating in Humana Vitality**
**LSM assisted with Humana Vitality? [ ] Yes [ ] No Referred to Wellness Nurse [ ] Yes [ ] No**

LSM RN NAME: Kristen Ford RN Date: 2/1/2018



426756

Wednesday, January 31, 2018

Group - Lexus Paint Finish.

*Wrist + shoulder are combined injuries. ✓

●●●● HIGHLY CONFIDENTIAL 極秘

**Premise Line Side Medical Early Intervention Investigation Form**

Date: 2/1/2018 In: 17:30 Out: 18:30
Name: Jamie Reece TM# 77890 Incident#: DOB:
Group LJT230 Team Group Leader Brad McKinney Ext Time in Group:
DOI: 1/29/2018 Reported on: 1/31 to TL HYH/HYP [X] Yes: Date: 1/31/18 [ ] No
Number of calendar days delayed in reporting: Do you feel this is a work related issue? [X] yes [ ] no
**Body Part**: Wrist [X] Right [ ] Left [ ] Bilateral [ ] Upper [ ] Lower
Incident Type: [ ] Acute [ ] Ergo Acute [ ] Cumulative - Force
**MOI** (address 5 whys): TM states the cavity wax gun on the cavity wax process is what is causing her wrist discomfort. TM states the gun is always trying to twist over and she feels she has to fight to keep it in a certain position. TM believe it may be the hose at the gun causing the gun to move. TM
**TM Statement:** States she does not feel safe doing her processes.

**Processes in Rotation:**

Are you on a regular rotation? [X] yes [ ] no Have there been any recent changes to your process? [ ] yes [ ] no
Have you received any recent training? [ ] yes [ ] no Are you in an offline position? [ ] yes [ ] no
Any process(es) causing increased discomfort? [X] yes [ ] no If yes, provide details: Cavity wax

Are other team members in your group complaining of similar symptoms? [ ] Yes [ ] No
**Symptoms Reported/Duration:** [ ] Sharp [X] Numbness [X] Tingling
[ ] Dull [X] Ache [ ] Burning [ ] Popping [ ] Clicking
[ ] Weakness [X] Referred Discomfort [ ] No Discomfort [ ] Other:
TM's description of symptoms: Into finger tips 'Throbbing'

Is this affecting sleep or other activities [X] yes [ ] no If yes, describe: Waking the team member up in the middle of the night.
**Discomfort Scale:** Current 5-6 /10 At Worst 7-8 / 10 At Best ____ /10
**Self-Countermeasures:** [ ] Ice [ ] Heat [X] NSAIDS/Acetaminophen [ ] Posture Coaching [ ] Gen/Prev. Stretches
[ ] None [ ] Outside Medical Attention [ ] Other

**LSM Assessment:**
Have you ever had surgery, injury, or discomfort in this or a similar body part? [ ] Yes [X] No
If yes, explain (include date(s) of occurrence).

Indefinite Restrictions? [ ] Yes [X] No Explain if yes.
In the last 3 months, have you returned to work from a leave of absence or transferred to a new position?
[ ] Yes [X] No If yes, provide details:

Medications: ~~[illegible]~~ methotrexate, nexium, estradiol
Medication Allergies: NKDA
Past Medical conditions: complete hysterectomy, GERD



426756

Wednesday, January 31, 2018

●●●● HIGHLY CONFIDENTIAL 極秘

**PREMISE LINE SIDE INITIAL EARLY INTERVENTION INVESTIGATION FORM**

Has your group leader, safety or other staff members made any corrective measures to improve the process causing your discomfort? [X] Yes [ ] No If yes, Explain: TM states maitenance came to work on gun

Do you have any recommendations to improve the process that is causing your discomfort? [ ] Yes [ ] No
If yes, explain team member recommendations: ______

***Assessment Findings:***

Skin temp: warm Cap. Refill: brisk Other: 2+radial pulse 02-97%
Blood Pressure: 103/71 HR: 66 Respirations: ______

***Significant Clinical Findings:*** [ ] FROM [ ] Limited ROM [ ] Bony abnormality [ ] Crepitus [ ] Trigger Points
[ ] Edema [ ] Redness [ ] Tenderness [ ] Deformity [ ] No abnormalities noted [ ] Recent fever/chills
Other: TM admits swelling at thenar region, no swelling noted on evaluation. LROM w/ 3rd, 4th, and 5th digit flexion + extension FROM of elbow. Normal grip strength Positive Test per AT; + Finkelstein's + Watson's Test + Upper limb tension MMT not tested due to LROM

LSM and/or ATC schedule a line call to review processes? [ ] Yes [ ] No Date: Tension in forearms
[X] ATC Nikki Jackson ATC present for TM assessment **TM has normal sensation
[ ] ATC verbalizes TM is able to safely perform 100% of all processes
[ ] Group Leader notified of eligibility for early intervention [ ] Yes [ ] No If yes, complete the following
GL: ______ notified by: ______
GL able to support EIA? [ ] Yes [ ] No Date EIA began: ______ Date EIA Ended : ______
Reason GL is unable to support EIA: ______

***Recommendations by Lineside Medical:***

[ ] Ice [ ] QHS [ ] BID post shift/ prior to sleep [ ] TID top of lunch/post shift/prior to sleep suggest sit down duty
[ ] NSAIDS/Acetaminophen OTC doses as directed on bottle
[ ] Heat prior to activity [ ] Therawax [ ] Self Massage [ ] Biofreeze as directed on packet [ ] PDA hi I.H.S 2000
[ ] Preventative Stretches [ ] Soft Support ______ [ ] Wellness education Appointment.
[ ] Other______ **ESI Start Date:** 2/1/2018

***Referral:*** [X] Requested by TM [ ] ESI Timeframe Expired [ ] Clinical Findings [ ] ATC recommendation
***Recommendations by ESI:*** [ ] Video Analysis [ ] Posture Coaching [ ] Safety Concern Registration
Days ESI delayed: ______ Reason for Delay: ______

[ ] TM agreeable and verbalizes to report any changes in status or onset of new symptoms
Are you agreeable to schedule IHS visit and initiate Workers' Compensation claim?* [ ] Yes [ ] No
*** If referring to IHS for work related injury: explain that clinic visit will initiate Workers' Compensation Claim**

**Are you interested in Humana Vitality? [ ] Yes [ ] No [ ] Already Participating in Humana Vitality**
**LSM assisted with Humana Vitality? [ ] Yes [ ] No Referred to Wellness Nurse [ ] Yes [ ] No**

LSM RN NAME: Kristin Ford RN Date: 2/1/2018

Group - Liquid Paint Finish

●●●● HIGHLY CONFIDENTIAL 機密

**Premise Line Side Medical Early Intervention Investigation Form** ✓

Date: 2/1/2018 In: 17:30 Out: 18:30

Name: Jamie Reece TM# 11390 Incident#: ______ DOB: ______

Group LT230 Team____ Group Leader Brad McKinney Ext____ Time in Group: ______

DOI: 1/30/2018 Reported on: 1/31 to TL HYH/HYP [X] Yes: Date: 1/31/18 [ ] No

1/30/18 Number of calendar days delayed in reporting: ______ Do you feel this is a work related issue? [X] yes [ ] no

***Body Part:*** Shoulder [X] Right [ ] Left [ ] Bilateral [ ] Upper [ ] Lower

Incident Type: [ ] Acute [ ] Ergo Acute [ ] Cumulative → Required Posture

***MOI*** (address 5 whys): TM states all the jobs she is on has a shoulder component such as repetitive buffing, wiping, placing window frame ect. TM states she does not feel safe performing processes because the extent of discomfort.

* TM states recently she fell on stairs but caught herself. TM

***TM Statement:*** does not believe this is related to her d! and has not had d! from this incident.

***Processes in Rotation:*** Cavity wax, Frame tape, 2nd inspection

Are you on a regular rotation? [X] yes [ ] no Have there been any recent changes to your process? [ ] yes [ ] no

Have you received any recent training? [ ] yes [ ] no Are you in an offline position? [ ] yes [X] no

Any process(es) causing increased discomfort? [X] yes [ ] no If yes, provide details: A combination of all jobs

Are other team members in your group complaining of similar symptoms? [ ] Yes [ ] No

***Symptoms Reported/Duration:*** [ ] Sharp____ [ ] Numbness____ [ ] Tingling____

[ ] Dull____ [X] Ache____ [ ] Burning____ [ ] Popping____ [ ] Clicking____

[ ] Weakness____ [X] Referred Discomfort____ [ ] No Discomfort [ ] Other: ____

TM's description of symptoms: → into neck. d! rt anterior shoulder

Is this affecting sleep or other activities [X] yes [ ] no If yes, describe: Waking TM up in middle of night. → denies N/V

***Discomfort Scale:*** Current 6 /10 At Worst 7-8 / 10 At Best ____ /10

***Self-Countermeasures:*** [ ] Ice [ ] Heat [X] NSAIDS/Acetaminophen [ ] Posture Coaching [ ] Gen/Prev. Stretches

[ ] None [ ] Outside Medical Attention [ ] Other ______

***LSM Assessment:***

Have you ever had surgery, injury, or discomfort in this or a similar body part? [ ] Yes [X] No

If yes, explain (include date(s) of occurrence). ______

Indefinite Restrictions? [ ] Yes [X] No Explain if yes. ______

In the last 3 months, have you returned to work from a leave of absence or transferred to a new position?

[ ] Yes [X] No If yes, provide details:

Medications: Nexium, Methotrexate, Estradiol

Medication Allergies: NKDA

Past Medical conditions: Complete hysterectomy, GERD



426756

Wednesday, January 31, 2018

●●●● HIGHLY CONFIDENTIAL 極秘
**PREMISE LINE SIDE INITIAL EARLY INTERVENTION INVESTIGATION FORM**

Has your group leader, safety or other staff members made any corrective measures to improve the process causing your discomfort? [ ] Yes [ ] No If yes, Explain: ____________________

Do you have any recommendations to improve the process that is causing your discomfort? [ ] Yes [ ] No
If yes, explain team member recommendations: ____________________

***Assessment Findings:***
Skin temp: warm Cap. Refill: brisk Other: 02-97% . 2+ radial pulse
Blood Pressure: 103/71 HR: 66. Respirations: ______

***Significant Clinical Findings:*** [ ] FROM [ ] Limited ROM [ ] Bony abnormality [ ] Crepitus [ ] Trigger Points
[ -Edema [ -Redness [X] Tenderness [ ] Deformity [ ] No abnormalities noted [ ] Recent fever/chills
Other: TM denies any bruising, redness or swelling.
LROM w/ external rotation of shoulder. FROM of neck.
MMT 4/5 w/ flexion, internal + external rotation of shoulder.
Positive test per AT; Hawkins-Kennedy + Empty can + O'Brien's.

LSM and/or ATC schedule a line call to review processes? [ ] Yes [ ] No Date: ______
[X] ATC Nikki Jackson ATC. present for TM assessment
[ ] ATC verbalizes TM is able to safely perform 100% of all processes
[ ] Group Leader notified of eligibility for early intervention [ ] Yes [ ] No If yes, complete the following
GL: ______ notified by: ______
GL able to support EIA? [ ] Yes [ ] No Date EIA began: ______ Date EIA Ended : ______
Reason GL is unable to support EIA: ______

***Recommendations by Lineside Medical:***
[ ] Ice [ ] QHS [ ] BID post shift/ prior to sleep [ ] TID top of lunch/post shift/prior to sleep
[ ] NSAIDS/Acetaminophen OTC doses as directed on bottle
[ ] Heat prior to activity [ ] Therawax [ ] Self Massage [ ] Biofreeze as directed on packet [ ] PDA
[ ] Preventative Stretches [ ] Soft Support ______ [ ] Wellness education
[ ] Other ______ ESI Start Date: 2/1/2018
***Referral:*** [ ] Requested by TM [ ] ESI Timeframe Expired [ ] Clinical Findings [ ] ATC recommendation
***Recommendations by ESI:*** [ ] Video Analysis [ ] Posture Coaching [ ] Safety Concern Registration
Days ESI delayed: ______ Reason for Delay: ______

[ ] TM agreeable and verbalizes to report any changes in status or onset of new symptoms
Are you agreeable to schedule IHS visit and initiate Workers' Compensation claim?* [ ] Yes [ ] No
*** If referring to IHS for work related injury: explain that clinic visit will initiate Workers' Compensation Claim**

**Are you interested in Humana Vitality? [ ] Yes [ ] No [ ] Already Participating in Humana Vitality**
**LSM assisted with Humana Vitality? [ ] Yes [ ] No Referred to Wellness Nurse [ ] Yes [ ] No**

LSM RN NAME: Kristin Ford RN. Date: 2/1/2018

TM does not feel like she can do her job safely.

Central Kentucky Radiology, PLLC
www.ckr.net

FINAL REPORT

NAME: REECE, JAMIE H

D.O.B.: F

ID#: V35729

ORDERING PHYSICIAN: Nan Pack, PA

EXAM REQUESTED: 73630--FOOT MIN 3 VIEWS RIGHT FOOT

FACILITY: Toyota Georgetown

DATE: 3/23/2017

RADIOLOGIST NAME: Charles M. Kenney III, MD

CLINICAL HISTORY:
RIGHT FOOT- 3 VIEWS

HISTORY: RIGHT FOOT PAIN

OCCUPATIONAL XRAYS

FINDINGS:
RIGHT FOOT:

Three views of the right foot were obtained. There is no acute fracture or dislocation. The joint spaces are intact. There is hallux valgus deformity. There are small calcaneal spurs. There is no soft tissue abnormality.

IMPRESSION:
No acute bony abnormality.



Authenticated by Charles M. Kenney III, MD on 3/23/2017 3:40:15 PM

Central Kentucky Radiology, PLLC
www.ckr.net

Final Report

| | |
|---|---|
| NAME: | REECE, JAMIE H |
| D.O.B. / SEX: | Female |
| MRN / ACC#: | 77390 / KY180227053557762 |
| ORDERING PHYSICIAN: | Debra Schlider, PA-C, |
| EXAM REQUESTED: | 73030--SHOULDER MIN 2 VWS RIGHT SHOULDER |
| FACILITY: | Toyota Georgetown |
| DATE: | 2/27/2018 |
| RADIOLOGIST NAME: | Kenney III, MD, Charles M. |

**CLINICAL HISTORY:**
RIGHT SHOULDER- 3 VIEWS

HISTORY: NECK PAIN, RIGHT SHOULDER PAIN

OCCUPATIONAL XRAYS

**FINDINGS:**

RIGHT SHOULDER
Three views demonstrate no acute fracture or dislocation. There is minimal a.c. and glenohumeral joint degenerative change. The visualized bony structures are well aligned. No soft tissue abnormality is seen.

IMPRESSION:
No acute process.

Authenticated by Kenney III, MD, Charles M. on 2/28/2018 8:03:50 AM, Eastern Time

Central Kentucky Radiology, PLLC
www.ckr.net

Final Report

| | |
|---|---|
| NAME: | REECE, JAMIE H |
| D.O.B. / SEX: | / Female |
| MRN / ACC#: | 77390 / KY180227054058860 |
| ORDERING PHYSICIAN: | Debra Schlider, PA-C, |
| EXAM REQUESTED: | 72050--SPINE CERVICAL MIN 4 VIEWS |
| FACILITY: | Toyota Georgetown |
| DATE: | 2/27/2018 |
| RADIOLOGIST NAME: | Kenney III, MD, Charles M. |

**CLINICAL HISTORY:**
C-SPINE- 4 VIEWS

HISTORY: NECK PAIN, RIGHT SHOULDER PAIN

OCCUPATIONAL XRAYS

**FINDINGS:**

CERVICAL SPINE SERIES.
Four views demonstrate no fracture or subluxation. There is straightening of the cervical spine. Mild degenerative changes are present, greatest at C5-6.

IMPRESSION:
No acute process.

Authenticated by Kenney III, MD, Charles M. on 2/28/2018 8:04:21 AM, Eastern Time

LEXINGTON DIAGNOSTIC CENTER & OPEN MRI

1725 Harrodsburg Road, Suite 100
Lexington, KY 40504
T: 859 278-7226 F: 859 276-1540
www.LexingtonDiagnostic.com

| | | | |
|---|---|---|---|
| **Exam Date:** | March 20, 2018 13:39 | **Referred by:** | SCHILDER, PA-C, DEBRA |
| **Patient Information:** | REECE, JAMIE | | FAX (502) 868-4998 |
| **Patient ID:** | 538975 | | GEORGETOWN, KY 40324 |
| **Accession Number:** | EABF | | (502) 860-4961 |
| **Date of Birth:** | | | |



**EXAMINATION:** MRI of the right shoulder post intra-articular joint injection.

**SEDATION:** None.

**HISTORY:** On-the-job injury. Right shoulder and arm pain with limited range-of-motion.

**COMPARISON:** Comparison is made with prior x-rays from 2/27/2018.

**PROCEDURE:** MRI of the right shoulder post intra-articular joint injection using the 3T magnet. Axial, coronal, and sagittal T1 weighted with fat saturation, coronal and sagittal T2 weighted with fat saturation, and sagittal T1 weighted scans were performed.

**FINDINGS:** There is minimal tearing seen along the articular surface of the supraspinatus and infraspinatus. No full-thickness rotator cuff fraying is evident. There is intra-articular contrast present. There are mild acromioclavicular joint osteoarthritic changes. A discreet labral tear is not visualized. The long head of the biceps tendon remains within the bicipital groove and attaches normally to the superior labrum. The visualized shoulder musculature images normally. There are subchondral cystic changes seen along the humeral head at the posterior superior border.

**IMPRESSION:**

1. There is mild fraying along the articular surface of the supraspinatus and infraspinatus. No full-thickness rotator tearing is evident.

2. Mild acromioclavicular joint osteoarthritic changes.

DICOM format images are available to non-affiliated external healthcare facilities or entities for follow-up and comparison on InteleConnect with an InteleConnect sign-on and password. For access, please contact our office. The patient was also given a CD containing the DICOM format images at no additional charge.

Electronically signed by: JASON S. HARRIS, M.D. (Mar 20, 2018 18:22:10)

**Reporting Radiologist:** **HARRIS, M.D., JASON S.**
**Jason S. Harris, M.D.**
**Medical Director**

| | |
|---|---|
| **Date Dictated:** | March 20, 2018 16:54 |
| **Date Transcribed:** | March 20, 2018 17:34 |
| **Transcriptionist:** | H, Pam |

03/08/2016 TUE 14:02 FAX ☒001/001

From: ACE Group Page: 2/2 Date: 3/7/2016 7:10:00 PM

# KENTUCKY ORTHOPAEDIC & HAND SURGEONS
1760 NICHOLASVILLE ROAD
LEXINGTON, KY 4050

PHONE: 859-278-3481 FAX: 859-275-3647

☐ Dr. Mark Bimbecker ☒ Dr. Lisa DeKlotz ☐ Dr. Mathew Mahala ☐ Dr. Ryan Cieply
☐ Consultation ☒ 2nd Opinion ☐ Ongoing Treatment

Date: 03/07/16 Person Sending This Fax: Sena Yaptangco

**Referring Physician Information:**
Physician Name: Kimberly Hayes NPI#: ______
Physician Address: 1001 Cherry Blossom Way George Tow Y 40324
Phone #: 502-868-4961 Fax #: 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

**Patient Information:**
Patient Name: Jamie Milby
DOB: ______ SSN #: ______
Address: ______
Primary Phone #: ______ Secondary Phone #: ______
Primary Insurance: BS Insurance ID: ______ Group #: ______
Secondary Insurance: ______ ID: ______ Group #: ______

**Injury/Condition Information:**
Injury/Condition: Pain in left foot and ankle Date: ______
**Fracture:** Yes No **Stabilized By:** Cast Splint Sling Other N/A
**Imaging:** X-Ray MRI CT Scan Other None

| Worker's Comp / Auto / Liability |
|---|
| Insurance Company: |
| Address: |
| Date of Injury: |
| Claim #: |
| Claim Adjuster: |
| Phone #: |
| Fax #: |
| Authorization #: |
| Per: ______ Verbal / Written / N/A |

| THESE QUESTIONS MUST BE ANSWERED<br>Does the Patient Have (Circle Answer): | | |
|---|---|---|
| Yes | No | Diabetes |
| Yes | No | Neuropathy (Numbness/Tingling) |
| Yes | No | Ulcers/Pressure Sores |
| Yes | No | Non-Healing Wounds |
| Yes | No | Charcot |
| Yes | No | Gangrene |
| Yes | No | Prior Surgery For This Problem |
| Yes | No | Is This of Urgent Nature |

***Please fax this form including copies of all relevant OFFICE NOTES & IMAGING REPORTS.
Patient will need to bring images on DISC or FILM to their appointment.
Carpal Tunnel Syndrome Only: include EMG/NCV RESULTS & RECENT BLOOD WORK.
We will call and schedule the patient and fax you back with appointment date and time. Thank you!

Signature of Referring Physician: ______

Appointment Date: ______ Time: ______ Comment: ______

Faxed all occupational records to 859-275-1641 -AS 3/9/16

Please send any relevant office notes and imaging reports for this patient. Thank you. ~Aubrey

Kim H.

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

**Patrick K Leung, M.D., PSC**
**Neurodiagnostic Laboratory**
1401 Harrodsburg Road, C-225
Lexington, KY 40504
Phone: (859) 373-0700
Fax: (859) 422-3994

**Test Date:** 3/22/2018

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | Jamie Reece | **DOB:** | | **Physician:** | Patrick Leung, M.D. |
| **Sex:** | Female | **Height:** | 5' 7" | **Ref Phys:** | Debra Schilder, P.A. |
| **ID#:** | 18-0259 | **Weight:** | 160 lbs. | **Technician:** | Robert Allen, R. NCST, BS |

**History:**
This is a 49 year old female who has pain in her right arm and hand. She has numbness, weakness and tingling in her right hand.

DOI: 1/30/18 Claim #: SA211932 PVY Employee #:77390

## Nerve Conduction Studies

### Anti Sensory Summary Table

| Site | NR | Onset (ms) | Peak (ms) | Norm Peak (ms) | O-P Amp (µV) | Norm O-P Amp | Site1 | Site2 | Delta-P (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Right Radial Anti Sensory (Base 1st Digit)** | | | | | | | | | | | | |
| Wrist | | 1.4 | 2.0 | <2.9 | 39.8 | >20 | Wrist | Base 1st Digit | 2.0 | 10.0 | 50 | |
| Site 2 | | 1.4 | 2.0 | | 42.2 | | | | | | | |

### Ortho Sensory Summary Table

| Site | NR | Onset (ms) | Peak (ms) | Norm Peak (ms) | O-P Amp (µV) | Norm O-P Amp | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Right Median Ortho Sensory (Wrist)** | | | | | | | | | | | | |
| Palm | | 1.4 | 1.8 | <2.3 | 116.8 | >50 | Palm | Wrist | 1.4 | 8.0 | 57 | |
| Site 2 | | 1.4 | 1.8 | | 114.3 | | | | | | | |
| **Right Ulnar Ortho Sensory (Wrist)** | | | | | | | | | | | | |
| Palm | | 1.2 | 1.7 | <2.3 | 48.9 | >15 | Palm | Wrist | 1.2 | 8.0 | 67 | |
| Site 2 | | 1.2 | 1.7 | | 47.9 | | | | | | | |

### Motor Summary Table

| Site | NR | Onset (ms) | Norm Onset (ms) | O-P Amp (mV) | Norm O-P Amp | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Right Median Motor (Abd Poll Brev)** | | | | | | | | | | | |
| Wrist | | 3.6 | <4.5 | 10.1 | >4 | Wrist | Abd Poll Brev | 3.6 | 7.0 | 19 | |
| Elbow | | 7.3 | | 9.8 | | Elbow | Wrist | 3.7 | 22.5 | 61 | >48 |
| **Right Ulnar Motor (Abd Dig Minimi)** | | | | | | | | | | | |
| Wrist | | 2.4 | <3.6 | 8.5 | >6 | Wrist | Abd Dig Minimi | 2.4 | 6.5 | 27 | |
| B Elbow | | 5.7 | | 8.2 | | B Elbow | Wrist | 3.3 | 21.5 | 65 | >51 |
| A Elbow | | 7.2 | | 8.2 | | A Elbow | B Elbow | 1.5 | 10.0 | 67 | >51 |

**F Wave Studies**

| NR | F-Lat (ms) | Lat Norm (ms) | L-R F-Lat (ms) | L-R Lat Norm |
|---|---|---|---|---|
| Right Median (Mrkrs) (Abd Poll Brev) | | | | |
| | 25.85 | <33 | | <2.2 |
| Right Ulnar (Mrkrs) (Abd Dig Min) | | | | |
| | 24.97 | <36 | | <2.5 |

**EMG**

| Side | Muscle | Nerve | Root | Ins Act | Fibs | Psw | Fasic | Amp | Dur | Poly | Recrt | Int Pat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Right | 1stDorInt | Ulnar | C8-T1 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Abd Poll Brev | Median | C8-T1 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | PronatorTeres | Median | C6-7 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Biceps | Musculocut | C5-6 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Triceps | Radial | C6-7-8 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Deltoid | Axillary | C5-6 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Supraspinatus | SupraScap | C5-6 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Cervical Parasp Up | Rami | C1-3 | Nml | Nml | Nml | 0 | | | | | |
| Right | Cervical Parasp Mid | Rami | C4-6 | Nml | Nml | Nml | 0 | | | | | |

**Impression:**

**Normal right arm.**

**No evidence of carpal tunnel syndrome, other focal nerve entrapment or cervical radiculopathy.**

Patrick Leung, M.D.

**Patient:** 198482 - Jamie Reece
**DOB:**

**Date:** 04/04/2018 14:45
**Provider:** Donegan, Ryan Patrick MD
**Encounter:** WC NEW PATIENT

## ACTIVE PROBLEMS

- Bone Pain in the Heel Left
- Joint Pain, Localized in the Shoulder

## CHIEF COMPLAINT

The Chief Complaint is: Rt shoulder pain.

## REFERRED HERE

Referred by Toyota.

## HISTORY OF PRESENT ILLNESS

Jamie Reece is a 49 year old female.
• Symptoms burning
pinching
numbness
stiffness.
• Medication list reviewed.
• Sharp pain Symptoms • Pain is throbbing • Pain is dull, aching
Please rate pain on scale of 1 - 10: 4
Medications used for this condition: OTC, NSAID's
No Previous Treatment

Patient complains of right shoulder and right-sided neck pain since January. There was no traumatic event. She likely feels that this is related to repetitive use at work. She states that repetitive head movement and shoulder motion makes her symptoms worse. PT for the shoulder only exacerbates her symptoms. She does have numbness in her hand and fingers. Pain radiates up the side of her neck into her jaw area on occussion and there is pain that radiates into the chest and posterior shoulder as well. Ibuprofen and muscle relaxants have not helped.

## CURRENT MEDICATION

- Cyclobenzaprine HCl 10MG Oral Tablet 15 days, 0 refills
- Folic Acid 1MG Oral Tablet 90 days, 0 refills
- GoodSense Esomeprazole 20MG Oral Capsule Delayed Release 90 days, 0 refills
- Methotrexate 2.5MG Oral Tablet 29 days, 0 refills
- ZyrTEC Allergy 10 MG Tablet once a day 0 days, 0 refills

## PAST MEDICAL/SURGICAL HISTORY

**Reported:**
Medical: Arthritic joint problems.
Past medical history non-contributory

**Patient:** 198482 - Jamie Reece
**DOB:**

**Date:** 04/04/2018 14:45
**Provider:** Donegan, Ryan Patrick MD
**Encounter:** WC NEW PATIENT

anemia.
**Surgical:**
- Hysterectomy

## PREVIOUS THERAPY

- History of orthopedic options: physical therapy

## SOCIAL HISTORY

Diet: No recent change in diet.
Behavioral: No caffeine use, no tobacco use, not a current smoker, and smoking status: Never smoker.
Alcohol: Alcohol use.
Drug Use: Not using drugs.
Habits: Exercising regularly.

## ALLERGIES

- anti-inflammatories

## FAMILY HISTORY

Osteoporosis
**Maternal:**
Heart disease
Osteoporosis

## REVIEW OF SYSTEMS

**Systemic:** Not feeling tired (fatigue), no recent weight loss, and no recent weight gain. No edema.
**Head:** No headache and no sinus pain.
**Eyes:** No vision problems. Vision problems. No glaucomatous visual field defect.
**Otolaryngeal:** No hearing loss and no tinnitus. No nasal symptoms.
**Cardiovascular:** No chest pain or discomfort and no palpitations.
**Pulmonary:** No daytime asthma symptoms, no cough, and no chronic cough. No wheezing.
**Gastrointestinal:** No heartburn and no abdominal pain.
**Endocrine:** No hot flashes and no muscle weakness.
**Hematologic:** No easy bleeding and no tendency for easy bruising.
**Musculoskeletal:** No lower back pain. No soft tissue swelling and no localized joint pain.
**Neurological:** No dizziness, no convulsions, and no numbness.
**Psychological:** No anxiety, no emotional lability, no depression, and no insomnia. Not crying for no reason.
**Skin:** Dry skin psoriasis. No rash and no ulcers.
**Allergic and Immunologic:** No complaint of seasonal allergic reaction.

**Patient:** 198482 - Jamie Reece
**DOB:**

**Date:** 04/04/2018 14:45
**Provider:** Donegan, Ryan Patrick MD
**Encounter:** WC NEW PATIENT

## PHYSICAL FINDINGS

- Vitals taken 04/04/2018 03:01 pm
  kns

| | |
|---|---|
| BP-Sitting | 120/73 mmHg |
| Pulse Rate-Sitting | 77 bpm |
| Height | 67 in |
| Weight | 160 lbs |
| Body Mass Index | 25.1 kg/m2 |
| Body Surface Area | 1.84 m2 |

Patient is awake and alert. Well groomed and nourished. No acute distress. Normal gait and station

No skin changes to the right arm or neck.

No bunion deformities or joint effusions in the arm or shoulder

There is cervical pain and spasm on palpation today and over the trapezius. Pain with cervical flexion and lateral flexion to the left. Distraction test is negative. Hoffmans negative. negative TOS signs and peripheral compression signs. Her hand did become painful and tingling throughout the cervical exam.
shoulder shows full motion without pain. No strength defcit or pain with supra, subcap or infra testing. Labral sheer test is negative. No biceps pain. No AC joint pain. NO Instability.

Normal sensation. no atrophy. +2 radial pulse.

## TESTS

MR arthrogram of the right shoulder shows cuff tendinopathy and fraying but no tears.

Cervical x-ray shows kyphosis and mild degenerative changes in multiple levels.

## ASSESSMENT

Cervical radiculopathy

## PREVIOUS TESTS

**Imaging:**
**X-Ray:**
An X-ray was performed.
**MRI Scan:**
An MRI was performed.

**Patient:** 198482 - Jamie Reece
**DOB:**

**Date:** 04/04/2018 14:45
**Provider:** Donegan, Ryan Patrick MD
**Encounter:** WC NEW PATIENT

## THERAPY

- Clinical summary provided to patient.

## PLAN

- **Other**
  Radiology/MRI: MRI Cervical Spine
  Instructions: c-spine
  Neurontin 300 MG capsule, 1 every bedtime, 14 days, 0 refills

She has a benign shoulder exam. There is no pain or strength deficit noted on exam. I cannot reproduce her symptoms with shoulder exam. I think this is a more proximal issue. I recommended MRI of the cervical spine. We'll see her back after the test. I've advised her to hold off on therapy for her shoulder due to the exacerbating her symptoms. We gave her Neurontin for nighttime discomfort. This may need to be titrated. She understands the risks and benefits of the medication.

## NOTES

*This dictation was done with voice recognition software and may contain errors and omissions.*

Electronically signed by Cheslee Bloyd, PA-C

**Ryan Patrick Donegan MD**
**Electronically signed by: Ryan Donegan Date: 04/04/2018 16:07**

# Bluegrass Orthopaedics

Harry Lockstadt M.D
Gregory D'Angelo M.D
Veronica A. Vasicek M.D
Norman Ellingsen M.D
John E. Balthrop M.D
William L. O'Neill M.D
J. Martin Favetto M.D
Jason S. Harrod DPM
Wallace L. Huff M.D
Ryan Donegan M.D
Travis Hunt M.D
Christian Christensen M.D

Kayla Brown
3480 Yorkshire Medical Park
Lexington, KY 40509
(859) 263 – 5140 ex 656
**(859) 514 – 0268 fax**
Kayla.Brown@bluegrassortho.com

Done

Please take to Patty Yeast! Thank you!

FAX

| | |
|---|---|
| To: Patty Yeast | From: Kayla Brown / WC Department |
| Fax: 502·868·4990 | Date Faxed: 4-4-18 |
| Re: Jamie Reese | DOB/Claim #: SA211932PVY |

CONFIDENTIALITY NOTICE: The documents in this facsimile transmission may contain confidential health information that is privileged and legally protected from disclosure by the Health Insurance Portability and Accountability Act (HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, disseminating, disclosing, distributing, copying, acting upon or otherwise using the information contained in this facsimile is strictly prohibited. If you have received this information in error, please notify the sender immediately at 859-263-5140 and destroy this facsimile.

| **Please contact me with determination via phone/fax/email in regards to:** |
|---|
| **AUTHORIZATION REQUEST ATTACHED:** |
| MRI C-Spine |
| Without contrast |
| |
| Thanks! |
| |
| |

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MS. JAMIE REECE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

August 28, 2018

Ms. Jamie H. Reece

RE: Long Term Disability (LTD) and Short Term Disability (STD) Benefits
Toyota
Claim #: 8356763 and 8191808

Dear Ms. Jamie Reece:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Toyota Motor Engineering & Manufacturing North America, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

You have been receiving Short Term Disability (STD) benefits since April 22, 2018. Should your disability continue through the maximum benefit date, STD benefits are payable through October 20, 2018.

Tracey Sprous has been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

During the remainder of this benefit period, we will be reviewing your claim for consideration under Toyota Motor Engineering & Manufacturing North America, Inc.'s LTD Policy. Please note that receipt of STD benefits does not automatically mean that LTD benefits will be approved. The provisions and requirements in the LTD Policy differ from those of the STD Plan and may require that we request additional information prior to making a claim determination.

Toyota Motor Engineering & Manufacturing North America, Inc.'s LTD Policy contains the following exclusion regarding pre-existing conditions:

***Pre-Existing Condition Exclusion(s)***

*This policy will not cover any Disability or Partial Disability:*

1. *which is caused or contributed to by, or results from, a Pre-Existing Condition; and*

2. *which begins in the first 12 months immediately after the Covered Person's effective date of coverage.*

***"Pre-Existing Condition"** means a condition resulting from an Injury or Sickness for which the Covered Person is diagnosed or received Treatment within three months prior to the Covered Person's effective date of coverage.*

***For Employees who Increase their Coverage Option During an Annual Enrollment:***

*This policy will not cover any increase in amount of coverage for any Disability or Partial Disability:*

1. *which is caused or contributed to by, or results from, a Pre-Existing Condition; and*

2. *which begins in the first 12 months immediately after the Covered Person's effective date of increased coverage.*

***"Pre-Existing Condition"** means a condition resulting from an Injury or Sickness for which the Covered Person is diagnosed or received Treatment within three months prior to the Covered Person's effective date of increased coverage.*

Your coverage for LTD benefits under the Policy became effective on December 12, 2017, and your disability occurred on April 15, 2018. Since your date of disability falls within twelve months of your effective date of coverage the Policy requires us to conduct a pre-existing condition investigation. This investigation is part of our overall evaluation of your eligibility for disability benefits. For your claim, the Pre-Existing investigation period we are reviewing is September 12, 2017 through December 11, 2017.

To assist us with our investigation, please provide us the full names, addresses, and telephone numbers of all medical providers, including pharmacies, which you have used from December 12, 2016 through the present date on the enclosed Claimant Information Form.

Additionally, please contact each of your medical providers and request they provide our office with the following information:

- A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, prescription history and treatment plans from December 12, 2016 through present.

To assist us with our review, please complete the following forms and return them by the due date indicated below:

X Activities Questionnaire Form
X Agreement Concerning Benefits Form
X Authorization - Medical

X Claimant Information Form
X Claimant Supplementary Statement
X Family Information Questionnaire
X Training Education Experience
X Workers' Compensation Information Form
X Authorization
X Copy of Valid ID

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated below.

Toyota Motor Engineering & Manufacturing North America, Inc.'s LTD Policy requires that you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than October 11, 2018.

Toyota Motor Engineering & Manufacturing North America, Inc.'s LTD Policy requires that you provide proof of disability in order to receive benefits. The Policy requires that you provide proof of disability as follows:

***Notice and Proof of Claim***

1. ***Notice***

   a. *Notice of claim must be given to Liberty within 30 days of the date of the loss on which the claim is based. If that is not possible, Liberty must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Liberty.*

   b. *When written notice of claim is applicable and has been received by Liberty, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Liberty written Proof of claim without waiting for the forms.*

2. ***Proof***

   a. *Satisfactory Proof of loss must be given to Liberty no later than 90 days after the end of the Elimination Period.*

   b. *Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*

c. *Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Liberty within 30 days of the request for such Proof.*

*Liberty reserves the right to determine if the Covered Person's Proof of loss is satisfactory.*

On August 28, 2018, we requested medical records from IHS Kentucky, Family Practice Associates, Dr Ryan Donegan, Dr. Nicole Everman, Dr. Indhira Bisono-Jimenez, Dr. Willliams Kibler, Dr. Patrick Leung, Dr. Matthew Tutt and Susanna Moberly. To date, we have not received all of the information necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

Additionally, please contact each of your medical providers and request they provide our office with the following information:

- A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, prescription history and treatment plans from December 12, 2016 through present.

To assist us with our review, please complete the following forms and return them by the due date indicated below:

X Activities Questionnaire Form
X Agreement Concerning Benefits Form
X Authorization - Medical
X Claimant Information Form
X Claimant Supplementary Statement
X Family Information Questionnaire
X Training Education Experience
X Workers' Compensation Information Form
X Authorization
X Copy of Valid ID

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated below.

Toyota Motor Engineering & Manufacturing North America, Inc.'s LTD Policy requires that you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than October 11, 2018.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tracey Sprous
Disability Claims Case Manager
Phone No.: (855) 508-4895 Ext. 41452
Secure Fax No.: (603) 559-0310

Attachments: Activities Questionnaire Form
Agreement Concerning Benefits Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
Family Information Questionnaire
Training Education Experience
Workers' Compensation Information Form
Authorization

## ACTIVITIES QUESTIONNAIRE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

**Return To:** Tracey Sprous



EMPLOYEE/CLAIMANT NAME: Jamie Reece

CLAIM NO: 8356763 DATE OF BIRTH: ____________

EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North America, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit ____________ stand ____________ walk ____________

How many hours a day do you:

sit ____________ stand ____________ walk ____________

Do you take a nap during the day?

Yes____________ No ____________

If Yes, for how long? ____________ At what time of the day?____________

How many hours a day do you spend in bed?____________

Do you require any assistive devices such as a:

cane ________ walker________ crutches ________ wheelchair ________ other________

How long are you able to sit in a car?____________

Do you hold a valid driver's license?

Yes____________ No ____________

If No, please explain: ____________________________________________

If Yes, how long are you able to drive a car?__________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

______________________________________________________________

Do you have children?

Yes________ No ________ If Yes, what are their dates of birth ________________________

________________________

Do you need help caring for your children?

Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes________ No ________ If Yes, please explain ________________________

How many times a day do you leave the house during the week? __________

On the weekends? __________

How often do you run errands? ____________________________

Please describe what errands you most commonly run: ________________________________________

______________________________________________________________

How often do you get outdoors? ______________________________________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ____________________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ____________________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ____________________________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ______________________________

______________________________________________________________________

______________________________________________________________________

How often do you travel or take vacation? ____________________

Where do you go? How do you get there (transportation method)? ____________________

____________________

Are you able to pursue your hobbies? Yes _______ No _______

If Yes, please describe ____________________

Do you participate in an exercise program? Yes _______ No _______

If Yes, please describe ____________________

Do you do any Volunteer work? Yes _______ No _______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ____________________

Are you working for wages? Yes _______ No _______

If Yes, please provide employer's name ____________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

____________________
____________________
____________________
____________________
____________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

____________________
____________________
____________________
____________________
____________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

____________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

____________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: ____________________ Date: ____________________

Signature: ____________________

**Lincoln/Reece 3722**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

# AGREEMENT CONCERNING BENEFITS

Return To: Tracey Sprous

| | |
|---|---|
| Policy No: 06 - 066619 | Claim Number: 8356763 |
| Employer: Toyota Motor Engineering & Manufacturing North America, Inc. | Address |
| Claimant: Jamie Reece | |
| Date of Disability: 04/15/2018 | |

In return for the advance payment of group disability benefits made to me by Liberty Life Assurance Company of Boston, which may be in excess of the amount due to me under the terms of Policy number 06 066619 I, for myself, my heirs, executors, administrators and assigns agree:

1) That I am not currently receiving any benefits from Social Security and/or Workers' Compensation.

2) If I apply for Social Security benefits and/or Workers' Compensation benefits I will promptly notify Liberty Life Assurance Company of Boston.

3) If I, and/or my spouse and family receive any benefits payments, from Social Security and/or Workers' Compensation, I, and/or my spouse and family will immediately notify by Liberty Life Assurance Company of Boston, of such benefit payments and pay back any overpayment resulting from this award in accordance with my Policy provisions.

4) I understand that thereafter Liberty Life Assurance Company of Boston is entitled to integrate any amounts received from Social Security and/or Workers' Compensation with the benefits payable under the Policy in accordance with the terms of the Policy.

I understand that Liberty Life Assurance Company of Boston in reliance on the above statements and promises, has agreed to advance benefits to me.

Claimant Name (please print)

Address

Signature

Date

***PLEASE RETAIN A COPY FOR YOUR RECORDS, OR ONE MAY BE PROVIDED FOR YOU UPON REQUEST.***

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________________

Name of legal representative, if applicable (print) ___________________________________ Relationship ____________________

Signature of claimant or legal representative _________________________________________

Date of Birth: ___________________ Claim Number: 8356763 Date: ______________________________

**A copy of this authorization will be considered as valid as the original.**



**Lincoln/Reece 3724**

# CLAIMANT INFORMATION FORM

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

**Return To:** Tracey Sprous

EMPLOYEE/CLAIMANT NAME: Jamie Reece

CLAIM NO: 8356763

EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North America, Inc.

DATE OF BIRTH: ________________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 12/12/2016 to present . *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ____________________
Specialty: ____________________
Address: ____________________
____________________
Telephone No. :(   ) __________ Fax No. :(   ) __________

Name: ____________________
Specialty: ____________________
Address: ____________________
____________________
Telephone No. :(   ) __________ Fax No. :(   ) __________

Name: ____________________
Specialty: ____________________
Address: ____________________
____________________
Telephone No. :(   ) __________ Fax No. :(   ) __________

Name: ____________________
Specialty: ____________________
Address: ____________________
____________________
Telephone No. :(   ) __________ Fax No. :(   ) __________

**MEDICAL INSURANCE CARRIER(S):**

Name: ____________________
Specialty: ____________________
Address: ____________________
____________________
Telephone No. :(   ) __________ Fax No. :(   ) __________

Name: ____________________
Specialty: ____________________
Address: ____________________
____________________
Telephone No. :(   ) __________ Fax No. :(   ) __________

**PHARMACY(S):**

Name: ____________________
Specialty: ____________________
Address: ____________________
____________________
Telephone No. :(   ) __________ Fax No. :(   ) __________

Name: ____________________
Specialty: ____________________
Address: ____________________
____________________
Telephone No. :(   ) __________ Fax No. :(   ) __________

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ______________________ **DATE:** ______________________

**Lincoln/Reece 3725**

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

**Return to:** Tracey Sprous

**EMPLOYEE/CLAIMANT NAME:** Jamie Reece **CLAIM #:** 8356763
**EMPLOYER:** Toyota Motor Engineering & Manufacturing North America, Inc. **DATE OF BIRTH:**________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (disability or retirement) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Short Term Disability or State Disability | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Workers' Compensation | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Other income/money/benefit (describe) _____ | $ _____ | _____ | _____ | _____ |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ________________

**DATE:**__________ **EMPLOYEE'S SIGNATURE:** ________________

DP 409

# FAMILY INFORMATION QUESTIONNAIRE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

**Return to:** Tracey Sprous

EMPLOYEE/CLAIMANT NAME: Jamie Reece

CLAIM NO: 8356763

EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North Ame

DATE OF BIRTH: ______________________

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single _____ Married _____ Divorced _____

If married, please indicate your spouse's name and date of birth. Name: ______________________ DOB: _________

Do you have children or dependents*? Yes _____ No _____

If yes, please provide additional details below, using additional space as needed.

* An Eligible dependent may include:

- Biological Child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: __________ No: __________

If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ________________________________________

Date: ____________________

**Lincoln/Reece 3727**

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

EMPLOYEE/CLAIMANT NAME: Jamie Reece

CLAIM NO: 8356763

EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North America, Inc.

DATE OF BIRTH: ________________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: ____________________________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ____________________________ Certificate Program completed: ____________________________

Associates Degree: ______________________________ College: number of years: ______________________________

Bachelor's Degree: BA /BS Major: ________________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: __________

Professional Training, License, Certificates(s): ______________________________________________________________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: __________________________

List any other Training or Classes Attended or Plan to Attend: __________________________________________________

Additional Skills, Hobbies & Volunteer Work ____________________________________________________________

Did you serve in the Armed Forces? ☐ Y ☐ N From: _______________ To: _______________

Branch of Service: ____________________________ Specialty: ____________________________________________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ________________________ Department: ________________________ From: _________ To: _______
   Job Title(s): ______________________________________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): _______________________________________________________
   ______________________________________________________________________________

2. Company: ________________________ Department: ________________________ From: _________ To: _______
   Job Title(s): ______________________________________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): _______________________________________________________
   ______________________________________________________________________________

3. Company: ____________ Department: ____________ From: ______ To: ______
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

4. Company: ____________ Department: ____________ From: ______ To: ______
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

5. Company: ____________ Department: ____________ From: ______ To: ______
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

**Computer Utilization:**

Computer Training/Courses, Certifications: ____________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ____________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ____________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ____________ Work: ____________

**SIGNATURE:** ____________ **PHONE NO: (   )** ____________

# Workers' Compensation
# INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

Return To: Tracey Sprous

EMPLOYEE/CLAIMANT NAME: Jamie Reece

CLAIM NO: 8356763

EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North America, Inc. DATE OF BIRTH: ______

We received your disability claim form. The form indicates that your disability is the result of a work related Injury/Sickness. Please provide the following information and return this form to my attention in order to avoid any delay in processing.

1. Date of Injury/Sickness: ______
2. Location of Injury (please provide complete address): ______
3. Description of Injury/Sickness (please include copy of accident report): ______

______

4. Please provide the name of your Employer:
   - Company Name: ______
   - Address: ______
   - Supervisor Name: ______ Telephone: ( ) ______

5. Please provide the name of your Employer's Workers' Compensation Carrier or Administrator:
   - Insurance Carrier: ______
   - Address: ______
   - Telephone: ( ) ______
   - Claim Representative: ______

6. Are you collecting benefits from your Employer's Workers' Compensation Insurance Company or Administrator?

   Yes ☐ No ☐

   If "Yes": Weekly Benefit Amount $ ______
   Claim No.: ______

7. Are you using the services of an attorney?

   Yes ☐ No ☐

   If "Yes": Name: ______
   Address: ______
   Telephone: ( ) ______

SIGNATURE: ______ DATE: ______

DP 539D – Rev. 12/02

**Lincoln/Reece 3730**

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 559-0310

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________ Relationship __________

Signature of claimant or legal representative ______________________________

Date of Birth: __________ Claim Number: 8356763 Date: ____________________

**A copy of this authorization will be considered as valid as the original**

**n0235808**

| | |
|---|---|
| **From:** | Sprous, Tracey |
| **Sent:** | Tuesday, August 28, 2018 2:23:04 PM |
| **To:** | Heather Ross (heatherc@hubenterprises.com) |
| **Subject:** | JAMIE REECE 8356763 |
| **Attachments:** | 8191808-EMPLOYEE-CLAIMANT-AUTHORIZATION-06.25.2018.pdf; image001.png; image002.png; image003.png; image004.png; image005.png; image006.png |

Heather,

Hi Heather,

Please contact 10 closest pharmacies and obtain a prescription history report for any RX filled during the period of 12/12/16 current. Attached is an authorization to obtain RX HX report.

DOB

Thank you,

**Tracey Sprous**

LTD Specialist

Lincoln Financial Group

P.O. Box 7209, 03A

London, KY 40742-7209

800.320.7585 Office

X41452 Extension

603.559.0310 Fax

LincolnFinancial.com

**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

DR MATTHEW TUTT MD
LEXINGTON CLINIC
1221 SOUTH BROADWAY
LEXINGTON KY 40504

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7307

August 24, 2018

Dr. Matthew P. Tutt, MD
Lexington Clinic
1221 SOUTH BROADWAY
LEXINGTON, KY 40504

RE: Short Term Disability (STD) Benefits
Toyota
Claim #: 8191808
Claimant: Jamie Reece
Claimant D.O.B.:

Dear Dr. Matthew Tutt:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 14, 2018 through the present.

We ask that you provide this information by August 31, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-7307 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Andrew Socaciu
Disabil Claims Case Mgr I
Phone No.: (855) 508-4895 Ext. 41552
Secure Fax No.: (603) 334-7307

Attachments: 8191808-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.25.2018

DocuSign Envelope ID: 8B6213AD-ADE9-47BB-98B0-5189D9FEEA4C

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7307

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) self Relationship self

DocuSigned by: Jamie Reece 8A2AB9A73984414...

Signature of claimant or legal representative

Date of Birth: _ _ Claim Number: 8191808 Date: 6/25/2018

**A copy of this authorization will be considered as valid as the original.**

**n0233419**

| | |
|---|---|
| **From:** | Socaciu, Andrew |
| **Sent:** | Friday, August 24, 2018 10:31:28 AM |
| **To:** | lynn.combs@toyota.com |
| **Cc:** | Carolyn.mckenzie@toyota.com |
| **Subject:** | JAMIE REECE / 8191808 / 277390 |
| **Attachments:** | image001.png; image002.png; image003.png; image004.png; image005.png; image006.png |

Hello,

Can you please provide TM job description.

Thank you,

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.**


**Andrew Socaciu**

Disability Case Manger I

Lincoln Financial Group

P.O. Box 7209

London, KY 40742-7209

800.320.7585 ext. 41552

603.334.7307 Fax

LincolnFinancial.com

**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group

| | |
|---|---|
| **To:** | +1 (603) 334-7307 |
| **Company:** | |
| **Fax:** | +1 (603) 334-7307 |
| **Subject:** | |
| **Ref:** | |
| **From:** | Stephen Surrell |
| **Fax:** | +1 (888) 830-0548 |
| **Date:** | 07/25/2018 |
| **Time:** | 11:50:01 AM CST |
| **Pages:** | 10 |
| **Remarks:** | |


MediCopy Services, Inc.
8 City Blvd Suite 400
Nashville, TN 37209



This facsimile transmission contains confidential information, some or all of which may be protected health information as defined by the federal Health Insurance Portability & Accountability Act (HIPAA) Privacy Rule. This transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential, and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission intended recipient), you are hereby notified that any disclosure, dissemination, distribution, or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify MediCopy Services, Inc. by telephone (number listed above) to arrange the return or destruction of this information and all copies.

MediCopy Services, Inc.
PO Box 331787
Nashville TN 37203

MediCopy

PHONE: 866-587-6274 TAX ID 75-3134811

LIBERTY MUTUAL - 7209
P.O. BOX 7209
LONDON KY 40742

| | |
|---|---|
| Invoice # | 642500284 |
| Invoice Date | July 25, 2018 |
| **Balance Due (USD)** | **$37.08** |

| Item | Description | Unit Cost | Quantity | Line Total |
|---|---|---|---|---|
| LEXCL85 | HEALTH INFORMATION REQUESTED FROM THE LEXINGTON CLINIC<br><br>BASIC MEDICAL RECORDS FEE | 35.00 | 1 | 35.00 |
| LEXCLADD | MEDICAL RECORDS PER PAGE | 0.50 | 4 | 2.00 |
| FAX | FAXED RECORDS FROM SECURED DATA LINE (RECORDS ATTACHED) | 0.02 | 4 | 0.08 |
| 10 | IF YOU WISH TO MAKE A CREDIT CARD PAYMENT OVER THE PHONE, THERE WILL BE A $10 CONVENIENCE FEE | 0.00 | 1 | 0.00 |

| | |
|---|---|
| **Total** | **37.08** |
| Amount Paid | 0.00 |
| **Balance Due (USD)** | **$37.08** |

**Terms**
***DUE ON RECEIPT***
NOTICE: A $5.00 LATE FEE WILL BE
ASSESSED TO YOUR INVOICE/ACCOUNT
IF PAYMENT IS NOT RECEIVED WITHIN 30 DAYS.




**Notes**
JAMIE REECE

LEXINGTON CLINIC

CLAIM # 8191808

**Lincoln/Reece 3741**

# PAYMENT STUB

MediCopy Services, Inc.
PO Box 331787
Nashville TN 37203

**To Pay Your Invoice Online**
Go to https://medicopy.freshbooks.com/code and enter the code aBvqT8vZdEexrE7

| | |
|---|---|
| **Client** | LIBERTY MUTUAL - 7209 |
| **Client Phone** | 800-291-0112 |
| **Invoice #** | 642500284 |
| **Invoice Date** | July 25, 2018 |
| **Balance Due (USD)** | $37.08 |
| **Amount Enclosed** | |

**Lincoln/Reece 3742**

21591363

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7307

July 13, 2018

Dr. W. B. Kibler, MD
1221 S BROADWAY
LEXINGTON, KY 40504

RE: Short Term Disability (STD) Benefits ,
Toyota
Claim #: 8191808
Claimant: Jamie Reece
Claimant D.O.B.:

Dear Dr. W. Kibler:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 13, 2018 through the present.

We ask that you provide this information by July 20, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-7307 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other

MediCopy Received 7/24/18

Date Range Requested ____________
SSN / DOB Checked ____________
Employee ____________

entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Andrew Socaciu
Disabil Claims Case Mgr I
Phone No.: (855) 508-4895 Ext. 41552
Secure Fax No.: (603) 334-7307

Attachments: 8191808-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.25.2018

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7307

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) self Relationship self

Signature of claimant or legal representative DocuSigned by: Jamie Reece

Date of Birth: ______ Claim Number: 8191808 Date: 6/25/2018

**A copy of this authorization will be considered as valid as the original.**

## Medical Records - CONFIDENTIAL

**TO:**

**Name: REECE, JAMIE H**

**DOB:**

**Date Range: 07/13/2018 to 07/13/2018**

**This document contains the following records of the patient:**
- **Encounters and Procedures**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:21591363-A-13059]

# Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 07/13/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 07/13/2018 08:45AM |
| **DOB** | | **Service Dept.** | ORTHOPEDICS PICADOME |
| **Provider** | W BEN KIBLER, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

np rt shoulder, will bring MRI discPatient comes for evaluation of problems with the right shoulder. She came for evaluation and second opinion of problems with the right shoulder. She has a job that involves a lot of repetitive pushing and pulling and overhead lifting. She developed soreness and tenderness since January. She was put on restrictions, was told that she had some tendinitis and she was put on some open chain activation exercises. This did not seem to relieve the symptoms. She eventually sought other opinions. She has had multiple workups including an EMG for any type of nerve impingement, a workup for cervical issues and a workup for possible multiple sclerosis. These have all been negative. She was told that she had mainly a muscle problem, but she has not been on a specific therapy program for scapular retraction or stabilization. She has soreness, tenderness over the anterior aspect of the shoulder in the infraclavicular area and along the anterior aspect of the shoulder with some pain which goes down into her elbow. She has been unable to continue doing work because of the pain and limitations. She has mild soreness at nighttime. However, she can sleep during the night. Because of continued symptoms she came for further evaluation.

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

07/13/2018 09:39 am

| | | |
|---|---|---|
| **Ht:** 5 ft 7 in | **Wt:** 170 lbs | **BMI:** 26.6 |
| **BP:** 118/72 | | |

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **folic acid** | 07/13/18 | entered |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 | prescribed |
| **Multi Vitamin** | 11/17/17 | entered |

| | | |
|---|---|---|
| **NexIUM** | 07/13/18 | entered |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Chokes when swallowing - Onset: 04/17/2018
- Intermittent dysphagia - Onset: 06/19/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability<br>- Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 06/10/2018)

## Past Medical History

Reviewed Past Medical History
Allergies/Hayfever: **Y**

## HPI

Her history is as outlined. There is no history of acute trauma other than the chronic repetitive use.

## ROS

**Additionally reports: She has no diabetes. She has no collagen vascular disease. She has a Sjogren's type psoriatic arthritis that she is taking medicine for and that seems to keep this in fairly good control.**

## Physical Exam

Patient is a 49-year-old female.

Physical exam from a kinetic chain standpoint, shows she has bilateral weakness of the hips with 1 leg stability. She has weakness of low row that is improved by hip active assistance. She has painful arc in forward flexion that is relieved by scapular assistance. She has weakness with external rotation and forward flexion that is relieved by scapular retraction. She has pain to palpation of the coracoid base muscles of the pectoralis minor and the short head of the biceps that creates an anterior tilt of the scapula. She gets pain down her arm from the trigger point, referred pain from her pectoralis minor. She has tightness of her scalenes as well. She has no instability, her neurologic exam is normal leg work exam is negative.

## Assessment / Plan

She will be put on a therapy program to see if we cannot relieve some of the overhead and scapular retraction symptoms. She will continue working on strengthening to the level of tolerance. She will return to see me in another 2 months. We can talk about seeing if we can get her back into some type of work activities at that time.

**1. Scapulalgia**
M89.8X1: Other specified disorders of bone, shoulder

**2. Impingement syndrome of shoulder region -** Right
M75.41: Impingement syndrome of right shoulder
- ROTATOR CUFF INJURY: CARE INSTRUCTIONS
- ROTATOR CUFF: EXERCISES

**Discussion Notes**

She has a mild amount of the collagen vascular disease that is probably adding to the problem. However, I think the major problem is the kinetic chain and scapular problems with some mild chronic pain syndrome as well. We discussed all these findings and the relationship to the clinical findings with her.

## Return to Office

- DANIEL M ROUSE, PT, DPT for NEW PATIENT at PHYSICAL THERAPY PICADOME on 07/25/2018 at 09:30 AM
- AN-YU CHEN, MD for RECHECK at GASTRO SB on 09/04/2018 at 01:00 PM
- W BEN KIBLER, MD for RECHECK at ORTHOPEDICS PICADOME on 09/07/2018 at 09:30 AM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by W BEN KIBLER, MD, 07/16/2018.

Encounter performed and documented by W BEN KIBLER, MD
Encounter reviewed & signed by W BEN KIBLER, MD on 07/16/2018 at 4:58pm

«Sequence_Number»

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209

JAMIE REECE

0000

*4000002002913*

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

July 18, 2018

JAMIE REECE

0000

RE: Short Term Disability (STD) Benefits
TOYOTA MOTOR ENGINEERING & MAN
Claim #: 8191808

MS. REECE

Team Member ID - 277390

We have recently received updated medical information pertaining to your claim. Based on our review of this information your STD benefits have been extended through 9/8/2018. STD benefits are payable from 4/22/2018 through 9/8/2018.

Please be advised that where applicable Toyota's Medical Leave of Absence (MLOA) will run concurrently with your approved STD claim.

While on MLOA from Toyota:

- You are to stay in contact with your GL/supervisor on a weekly basis and provide any updates on your leave status.
- You may not engage in any other employment, including self-employment, or any activity that would be in violation of your medical restrictions.
- Reference your Company's MLOA policy for additional information including return to work procedures.

MLOA days will also count against any entitlement under Family and Medical Leave Act (FMLA) or State leave. You will receive a separate notification from Liberty regarding FMLA/State leave.

***Extension of Benefits:***

Please note that extension of benefits beyond 9/8/2018 will require additional medical documentation that supports continued disability. Lack of sufficient medical evidence to support your claim will result in the denial of further disability benefits.

If you should feel your disability will extend beyond the approved through date, please submit updated medical records from your treating provider(s). This information must include office

treatment notes, test results, prescription histories, and treatment plans from your treating physicians.

***Payment of Benefits:***

You will receive STD benefits directly from Toyota. You can expect payment of these benefits with your regular company scheduled payroll.

***Benefit Overpayment:***

STD benefits are reduced by Other Income Benefits as well as any applicable taxes. Covered Earnings and Other Income Benefits are defined by your STD Plan.

Other Income Benefits may include, but are not limited to: Social Security Disability or Retirement, No-Fault insurance, State Disability benefits, pension, Veterans' benefits or any other disability payments from another group insurance policy. Please notify us immediately if you begin to receive any other sources of income.

If your benefit is overpaid Toyota has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your STD Plan.

Liberty Life Assurance Company of Boston (“Liberty”) is responsible for managing claims for Short Term Disability ("STD”) benefits under Toyota’s Group Disability Plan.

If you have any questions regarding your Disability leave, please contact me.

Sincerely,

Andrew Socaciu
Disability Case Manager
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Wed, 18 Jul 2018 16:50:43 +0000
**To:**
deana.true@toyota.com;donna.sutherland@toyota.com;shelly.shrout@toyota.com
**Subject:** Claim #8191808, JAMIE REECE
**Attachments:** TEMA_06-066619_STD_EXT_ASO.clm_num=8191808.07-18-18.Pub.CC.doc

****THIS IS AN AUTOMATED EMAIL MESSAGE -** PLEASE DO NOT REPLY AS MESSAGES ARE NOT MONITORED**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at (800) 838-5290 and permanently delete the original and any copy of any e-mail and any printout thereof.

**********Text on the pages that follow from attachments to the email.**********

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

July 18, 2018

JAMIE REECE

0000

RE: Short Term Disability (STD) Benefits
TOYOTA MOTOR ENGINEERING & MAN
Claim #: 8191808

MS. REECE

Team Member ID - 277390

We have recently received updated medical information pertaining to your claim. Based on our review of this information your STD benefits have been extended through 9/8/2018. STD benefits are payable from 4/22/2018 through 9/8/2018.

Please be advised that where applicable Toyota's Medical Leave of Absence (MLOA) will run concurrently with your approved STD claim.

While on MLOA from Toyota:

- You are to stay in contact with your GL/supervisor on a weekly basis and provide any updates on your leave status.
- You may not engage in any other employment, including self-employment, or any activity that would be in violation of your medical restrictions.
- Reference your Company's MLOA policy for additional information including return to work procedures.

MLOA days will also count against any entitlement under Family and Medical Leave Act (FMLA) or State leave. You will receive a separate notification from Liberty regarding FMLA/State leave.

***Extension of Benefits:***
Please note that extension of benefits beyond 9/8/2018 will require additional medical documentation that supports continued disability. Lack of sufficient medical evidence to support your claim will result in the denial of further disability benefits.

If you should feel your disability will extend beyond the approved through date, please submit updated medical records from your treating provider(s). This information must include office

treatment notes, test results, prescription histories, and treatment plans from your treating physicians.

***Payment of Benefits:***

You will receive STD benefits directly from Toyota. You can expect payment of these benefits with your regular company scheduled payroll.

***Benefit Overpayment:***

STD benefits are reduced by Other Income Benefits as well as any applicable taxes. Covered Earnings and Other Income Benefits are defined by your STD Plan.

Other Income Benefits may include, but are not limited to: Social Security Disability or Retirement, No-Fault insurance, State Disability benefits, pension, Veterans' benefits or any other disability payments from another group insurance policy. Please notify us immediately if you begin to receive any other sources of income.

If your benefit is overpaid Toyota has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your STD Plan.

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability ("STD") benefits under Toyota's Group Disability Plan.

If you have any questions regarding your Disability leave, please contact me.

Sincerely,

Andrew Socaciu
Disability Case Manager
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Wed, 18 Jul 2018 16:50:43 +0000
**To:**
deana.true@toyota.com;donna.sutherland@toyota.com;shelly.shrout@toyota.com
**Subject:** Claim #8191808, JAMIE REECE
**Attachments:** TEMA_06-066619_STD_EXT_ASO.clm_num=8191808.07-18-18.Pub.CC.doc

****THIS IS AN AUTOMATED EMAIL MESSAGE -** PLEASE DO NOT REPLY AS MESSAGES ARE NOT MONITORED**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at (800) 838-5290 and permanently delete the original and any copy of any e-mail and any printout thereof.

**********Text on the pages that follow from attachments to the email.**********

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

July 18, 2018

JAMIE REECE

0000

RE: Short Term Disability (STD) Benefits
TOYOTA MOTOR ENGINEERING & MAN
Claim #: 8191808

MS. REECE

Team Member ID - 277390

We have recently received updated medical information pertaining to your claim. Based on our review of this information your STD benefits have been extended through 9/8/2018. STD benefits are payable from 4/22/2018 through 9/8/2018.

Please be advised that where applicable Toyota's Medical Leave of Absence (MLOA) will run concurrently with your approved STD claim.

While on MLOA from Toyota:

- You are to stay in contact with your GL/supervisor on a weekly basis and provide any updates on your leave status.
- You may not engage in any other employment, including self-employment, or any activity that would be in violation of your medical restrictions.
- Reference your Company's MLOA policy for additional information including return to work procedures.

MLOA days will also count against any entitlement under Family and Medical Leave Act (FMLA) or State leave. You will receive a separate notification from Liberty regarding FMLA/State leave.

***Extension of Benefits:***

Please note that extension of benefits beyond 9/8/2018 will require additional medical documentation that supports continued disability. Lack of sufficient medical evidence to support your claim will result in the denial of further disability benefits.

If you should feel your disability will extend beyond the approved through date, please submit updated medical records from your treating provider(s). This information must include office

treatment notes, test results, prescription histories, and treatment plans from your treating physicians.

***Payment of Benefits:***

You will receive STD benefits directly from Toyota. You can expect payment of these benefits with your regular company scheduled payroll.

***Benefit Overpayment:***

STD benefits are reduced by Other Income Benefits as well as any applicable taxes. Covered Earnings and Other Income Benefits are defined by your STD Plan.

Other Income Benefits may include, but are not limited to: Social Security Disability or Retirement, No-Fault insurance, State Disability benefits, pension, Veterans' benefits or any other disability payments from another group insurance policy. Please notify us immediately if you begin to receive any other sources of income.

If your benefit is overpaid Toyota has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your STD Plan.

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability ("STD") benefits under Toyota's Group Disability Plan.

If you have any questions regarding your Disability leave, please contact me.

Sincerely,

Andrew Socaciu
Disability Case Manager
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Wed, 18 Jul 2018 16:50:43 +0000
**To:** deana.true@toyota.com;donna.sutherland@toyota.com;shelly.shrout@toyota.com
**Subject:** Claim #8191808, JAMIE REECE
**Attachments:** TEMA_06-066619_STD_EXT_ASO.clm_num=8191808.07-18-18.Pub.CC.doc

****THIS IS AN AUTOMATED EMAIL MESSAGE -** PLEASE DO NOT REPLY AS MESSAGES ARE NOT MONITORED**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at (800) 838-5290 and permanently delete the original and any copy of any e-mail and any printout thereof.

**********Text on the pages that follow from attachments to the email.**********

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

July 18, 2018

JAMIE REECE

0000

RE: Short Term Disability (STD) Benefits
TOYOTA MOTOR ENGINEERING & MAN
Claim #: 8191808

MS. REECE

Team Member ID - 277390

We have recently received updated medical information pertaining to your claim. Based on our review of this information your STD benefits have been extended through 9/8/2018. STD benefits are payable from 4/22/2018 through 9/8/2018.

Please be advised that where applicable Toyota's Medical Leave of Absence (MLOA) will run concurrently with your approved STD claim.

While on MLOA from Toyota:

- You are to stay in contact with your GL/supervisor on a weekly basis and provide any updates on your leave status.
- You may not engage in any other employment, including self-employment, or any activity that would be in violation of your medical restrictions.
- Reference your Company's MLOA policy for additional information including return to work procedures.

MLOA days will also count against any entitlement under Family and Medical Leave Act (FMLA) or State leave. You will receive a separate notification from Liberty regarding FMLA/State leave.

***Extension of Benefits:***

Please note that extension of benefits beyond 9/8/2018 will require additional medical documentation that supports continued disability. Lack of sufficient medical evidence to support your claim will result in the denial of further disability benefits.

If you should feel your disability will extend beyond the approved through date, please submit updated medical records from your treating provider(s). This information must include office

treatment notes, test results, prescription histories, and treatment plans from your treating physicians.

***Payment of Benefits:***

You will receive STD benefits directly from Toyota. You can expect payment of these benefits with your regular company scheduled payroll.

***Benefit Overpayment:***

STD benefits are reduced by Other Income Benefits as well as any applicable taxes. Covered Earnings and Other Income Benefits are defined by your STD Plan.

Other Income Benefits may include, but are not limited to: Social Security Disability or Retirement, No-Fault insurance, State Disability benefits, pension, Veterans' benefits or any other disability payments from another group insurance policy. Please notify us immediately if you begin to receive any other sources of income.

If your benefit is overpaid Toyota has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your STD Plan.

Liberty Life Assurance Company of Boston (“Liberty”) is responsible for managing claims for Short Term Disability ("STD”) benefits under Toyota’s Group Disability Plan.

If you have any questions regarding your Disability leave, please contact me.

Sincerely,

Andrew Socaciu
Disability Case Manager
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

MediCopy

Lexington Clinic

## FAXED REQUESTS WILL NOT BE PROCESSED.

LEXINGTON CLINIC **ONLY** ACCEPTS MEDICAL RECORDS REQUESTS VIA MAIL OR WALK IN.

THIS INCLUDES BUT IS NOT LIMITED TO REQUESTS FOR BILLING, IMAGING, AND ALL PHI.

PLEASE MAIL YOUR REQUEST WITH THE ORIGINAL SIGNATURE TO:

**LEXINGTON CLINIC**

**RELEASE OF INFORMATION**

**1221 SOUTH BROADWAY**

**LEXINGTON, KY 40504**

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7307

June 27, 2018

Dr. Matthew P. Tutt, MD
Lexington Clinic
1401 HARRODSBURG RD A540
LEXINGTON, KY 40504

RE: Short Term Disability (STD) Benefits
Toyota
Claim #: 8191808
Claimant: Jamie Reece
Claimant D.O.B.:

Dear Dr. Matthew Tutt:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from April 14, 2018 through the present.

We ask that you provide this information by July 4, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-7307 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Andrew Socaciu
Disabil Claims Case Mgr I
Phone No.: (855) 508-4895 Ext. 41552
Secure Fax No.: (603) 334-7307

Attachments: 8191808-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.25.2018

DocuSign Envelope ID: 8B6213AD-ACE9-47B0-98B0-5109D9FEEA4C

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7507

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) self Relationship self

Signature of claimant or legal representative Jamie Reece

Date of Birth: ______ Claim Number: 8191808 Date: 6/25/2018

**A copy of this authorization will be considered as valid as the original.**

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7307

| | |
|---|---|
| Date: | June 27, 2018 |
| To: | DR MATTHEW TUTT MD<br>LEXINGTON CLINIC<br>1401 HARRODSBURG RD A540<br>LEXINGTON KY 40504 |
| Attn: | Medical records |
| Fax: | (859) 258-6512 |
| From: | Andrew Socaciu<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 334-7307 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 8191808<br>Claimant: Jamie Reece<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Tue, 17 Jul 2018 16:18:30 +0000
**To:**
deana.true@toyota.com;donna.sutherland@toyota.com;shelly.shrout@toyota.com
**Subject:** Claim #8191808, JAMIE REECE
**Attachments:** TEMA_06-066619_STD_AP_ASO.clm_num=8191808.07-17-18.Pub.CC.doc

****THIS IS AN AUTOMATED EMAIL MESSAGE -** PLEASE DO NOT REPLY AS MESSAGES ARE NOT MONITORED**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at (800) 838-5290 and permanently delete the original and any copy of any e-mail and any printout thereof.

**********Text on the pages that follow from attachments to the email.**********

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

July 17, 2018

JAMIE REECE

0000

RE: Short Term Disability (STD) Benefits
TOYOTA MOTOR ENGINEERING & MAN
Claim #: 8191808

MS. REECE

Team Member ID – 277390

Your request for STD benefits has been approved for the period of 4/15/2018 through 6/28/2018. Benefits are payable from 4/22/2018 through 6/28/2018.

Please be advised that where applicable Toyota's Medical Leave of Absence (MLOA) will run concurrently with your approved STD claim.

While on MLOA from Toyota:

- You are to stay in contact with your GL/supervisor on a weekly basis and provide any updates on your leave status.
- You may not engage in any other employment, including self-employment, or any activity that would be in violation of your medical restrictions.
- Reference your Company's MLOA policy for additional information including return to work procedures.

MLOA days will also count against any entitlement under Family and Medical Leave Act (FMLA) or State leave. You will receive a separate notification from Liberty regarding FMLA/State leave.

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability ("STD") benefits under Toyota's Group Disability Plan. The Plan states that to be eligible for benefits you must meet the definition of disability as defined in the STD Plan:

> *"Disability" or "Disabled" means you, as a result of Injury or Sickness, are unable to perform the Material and Substantial Duties of your Own Job.*

Based on a thorough review of the medical and vocational information contained in our claim file, we have determined that you are currently unable to perform the duties of your job. Your claim for benefits is approved provided you remain totally disabled from your occupation through 6/28/2018.

***Payment of Benefits:***

You will receive STD benefits directly from Toyota. You can expect payment of these benefits with your regularly scheduled Company payroll.

- STD benefits replace a percentage of your base pay. Additional information is available through the Toyota Benefits Center at www.mybenefits.toyota.com or your Team Member Benefits Manual.

***Benefit Overpayment:***

STD benefits are reduced by Other Income Benefits as well as any applicable taxes. Covered Earnings and Other Income Benefits are defined by your STD Plan.

Other Income Benefits may include, but are not limited to: Social Security Disability or Retirement, No-Fault insurance, State Disability benefits, pension, Veterans' benefits or any other disability payments from another group insurance policy. Please notify us immediately if you begin to receive any other sources of income.

If your benefit is overpaid Toyota has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your STD Plan.

***Benefits Available Through LifeMatters:***

No matter what the source of your disability, we know this can be a stressful time while you are balancing your health concerns and how they may be impacting your life. Toyota would like to remind you about the benefits available under the Employee Assistance Program, (EAP) LifeMatters.

> ***What Services LifeMatters can provide to You:***
>
> LifeMatters is a confidential, free service available to you and your eligible dependents 24-hours a day, 7-days a week. Whether your issue is emotional, financial or somewhere in between, LifeMatters representatives are there to provide assistance. If needed, you will be set up with one-on-one services with a representative in your area. As part of your benefit, you are covered for eight one-on-one visits per episode. If continued services are needed beyond the eight visits, you will be referred to another professional and your medical plan may pay part of the costs.
>
> ***Contact Information:***
>
> LifeMatters representatives can be reached via telephone at 800-634-6433. For quick access to educational articles, self-help tips and resources to meet your needs, visit LifeMatters on the internet at www.mylifematters.com using password tyta1.

If you have any questions regarding your Disability leave, please contact me.

Sincerely,

Andrew Socaciu
Disability Case Manager
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Tue, 17 Jul 2018 16:18:30 +0000
**To:**
deana.true@toyota.com;donna.sutherland@toyota.com;shelly.shrout@toyota.com
**Subject:** Claim #8191808, JAMIE REECE
**Attachments:** TEMA_06-066619_STD_AP_ASO.clm_num=8191808.07-17-18.Pub.CC.doc

****THIS IS AN AUTOMATED EMAIL MESSAGE -** PLEASE DO NOT REPLY AS MESSAGES ARE NOT MONITORED**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at (800) 838-5290 and permanently delete the original and any copy of any e-mail and any printout thereof.

**********Text on the pages that follow from attachments to the email.**********

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

July 17, 2018

JAMIE REECE

0000

RE: Short Term Disability (STD) Benefits
TOYOTA MOTOR ENGINEERING & MAN
Claim #: 8191808

MS. REECE

Team Member ID – 277390

Your request for STD benefits has been approved for the period of 4/15/2018 through 6/28/2018. Benefits are payable from 4/22/2018 through 6/28/2018.

Please be advised that where applicable Toyota's Medical Leave of Absence (MLOA) will run concurrently with your approved STD claim.

While on MLOA from Toyota:

- You are to stay in contact with your GL/supervisor on a weekly basis and provide any updates on your leave status.
- You may not engage in any other employment, including self-employment, or any activity that would be in violation of your medical restrictions.
- Reference your Company's MLOA policy for additional information including return to work procedures.

MLOA days will also count against any entitlement under Family and Medical Leave Act (FMLA) or State leave. You will receive a separate notification from Liberty regarding FMLA/State leave.

Liberty Life Assurance Company of Boston (“Liberty”) is responsible for managing claims for Short Term Disability ("STD”) benefits under Toyota’s Group Disability Plan. The Plan states that to be eligible for benefits you must meet the definition of disability as defined in the STD Plan:

> *“Disability” or “Disabled” means you, as a result of Injury or Sickness, are unable to perform the Material and Substantial Duties of your Own Job.*

Based on a thorough review of the medical and vocational information contained in our claim file, we have determined that you are currently unable to perform the duties of your job. Your claim for benefits is approved provided you remain totally disabled from your occupation through 6/28/2018.

***Payment of Benefits:***
You will receive STD benefits directly from Toyota. You can expect payment of these benefits with your regularly scheduled Company payroll.

- STD benefits replace a percentage of your base pay. Additional information is available through the Toyota Benefits Center at www.mybenefits.toyota.com or your Team Member Benefits Manual.

***Benefit Overpayment:***
STD benefits are reduced by Other Income Benefits as well as any applicable taxes. Covered Earnings and Other Income Benefits are defined by your STD Plan.

Other Income Benefits may include, but are not limited to: Social Security Disability or Retirement, No-Fault insurance, State Disability benefits, pension, Veterans' benefits or any other disability payments from another group insurance policy. Please notify us immediately if you begin to receive any other sources of income.

If your benefit is overpaid Toyota has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your STD Plan.

***Benefits Available Through LifeMatters:***
No matter what the source of your disability, we know this can be a stressful time while you are balancing your health concerns and how they may be impacting your life. Toyota would like to remind you about the benefits available under the Employee Assistance Program, (EAP) LifeMatters.

> ***What Services LifeMatters can provide to You:***
> LifeMatters is a confidential, free service available to you and your eligible dependents 24-hours a day, 7-days a week. Whether your issue is emotional, financial or somewhere in between, LifeMatters representatives are there to provide assistance. If needed, you will be set up with one-on-one services with a representative in your area. As part of your benefit, you are covered for eight one-on-one visits per episode. If continued services are needed beyond the eight visits, you will be referred to another professional and your medical plan may pay part of the costs.
>
> ***Contact Information:***
> LifeMatters representatives can be reached via telephone at 800-634-6433. For quick access to educational articles, self-help tips and resources to meet your needs, visit LifeMatters on the internet at www.mylifematters.com using password tyta1.

If you have any questions regarding your Disability leave, please contact me.

Sincerely,

Andrew Socaciu
Disability Case Manager
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Tue, 17 Jul 2018 16:18:30 +0000
**To:**
deana.true@toyota.com;donna.sutherland@toyota.com;shelly.shrout@toyota.com
**Subject:** Claim #8191808, JAMIE REECE
**Attachments:** TEMA_06-066619_STD_AP_ASO.clm_num=8191808.07-17-18.Pub.CC.doc

****THIS IS AN AUTOMATED EMAIL MESSAGE -** PLEASE DO NOT REPLY AS MESSAGES ARE NOT MONITORED**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at (800) 838-5290 and permanently delete the original and any copy of any e-mail and any printout thereof.

**********Text on the pages that follow from attachments to the email.**********

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

July 17, 2018

JAMIE REECE

0000

RE: Short Term Disability (STD) Benefits
TOYOTA MOTOR ENGINEERING & MAN
Claim #: 8191808

MS. REECE

Team Member ID – 277390

Your request for STD benefits has been approved for the period of 4/15/2018 through 6/28/2018. Benefits are payable from 4/22/2018 through 6/28/2018.

Please be advised that where applicable Toyota's Medical Leave of Absence (MLOA) will run concurrently with your approved STD claim.

While on MLOA from Toyota:

- You are to stay in contact with your GL/supervisor on a weekly basis and provide any updates on your leave status.
- You may not engage in any other employment, including self-employment, or any activity that would be in violation of your medical restrictions.
- Reference your Company's MLOA policy for additional information including return to work procedures.

MLOA days will also count against any entitlement under Family and Medical Leave Act (FMLA) or State leave. You will receive a separate notification from Liberty regarding FMLA/State leave.

Liberty Life Assurance Company of Boston (“Liberty”) is responsible for managing claims for Short Term Disability ("STD”) benefits under Toyota’s Group Disability Plan. The Plan states that to be eligible for benefits you must meet the definition of disability as defined in the STD Plan:

> *“Disability” or “Disabled” means you, as a result of Injury or Sickness, are unable to perform the Material and Substantial Duties of your Own Job.*

Based on a thorough review of the medical and vocational information contained in our claim file, we have determined that you are currently unable to perform the duties of your job. Your claim for benefits is approved provided you remain totally disabled from your occupation through 6/28/2018.

***Payment of Benefits:***
You will receive STD benefits directly from Toyota. You can expect payment of these benefits with your regularly scheduled Company payroll.

- STD benefits replace a percentage of your base pay. Additional information is available through the Toyota Benefits Center at www.mybenefits.toyota.com or your Team Member Benefits Manual.

***Benefit Overpayment:***
STD benefits are reduced by Other Income Benefits as well as any applicable taxes. Covered Earnings and Other Income Benefits are defined by your STD Plan.

Other Income Benefits may include, but are not limited to: Social Security Disability or Retirement, No-Fault insurance, State Disability benefits, pension, Veterans' benefits or any other disability payments from another group insurance policy. Please notify us immediately if you begin to receive any other sources of income.

If your benefit is overpaid Toyota has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your STD Plan.

***Benefits Available Through LifeMatters:***
No matter what the source of your disability, we know this can be a stressful time while you are balancing your health concerns and how they may be impacting your life. Toyota would like to remind you about the benefits available under the Employee Assistance Program, (EAP) LifeMatters.

***What Services LifeMatters can provide to You:***
LifeMatters is a confidential, free service available to you and your eligible dependents 24-hours a day, 7-days a week. Whether your issue is emotional, financial or somewhere in between, LifeMatters representatives are there to provide assistance. If needed, you will be set up with one-on-one services with a representative in your area. As part of your benefit, you are covered for eight one-on-one visits per episode. If continued services are needed beyond the eight visits, you will be referred to another professional and your medical plan may pay part of the costs.

***Contact Information:***
LifeMatters representatives can be reached via telephone at 800-634-6433. For quick access to educational articles, self-help tips and resources to meet your needs, visit LifeMatters on the internet at www.mylifematters.com using password tyta1.

If you have any questions regarding your Disability leave, please contact me.

Sincerely,

Andrew Socaciu
Disability Case Manager
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

«Sequence_Number»

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209

JAMIE REECE

0000

*40000030029l3*

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

July 17, 2018

JAMIE REECE

0000

RE: Short Term Disability (STD) Benefits
TOYOTA MOTOR ENGINEERING & MAN
Claim #: 8191808

MS. REECE

Team Member ID – 277390

Your request for STD benefits has been approved for the period of 4/15/2018 through 6/28/2018. Benefits are payable from 4/22/2018 through 6/28/2018.

Please be advised that where applicable Toyota's Medical Leave of Absence (MLOA) will run concurrently with your approved STD claim.

While on MLOA from Toyota:

- You are to stay in contact with your GL/supervisor on a weekly basis and provide any updates on your leave status.
- You may not engage in any other employment, including self-employment, or any activity that would be in violation of your medical restrictions.
- Reference your Company's MLOA policy for additional information including return to work procedures.

MLOA days will also count against any entitlement under Family and Medical Leave Act (FMLA) or State leave. You will receive a separate notification from Liberty regarding FMLA/State leave.

Liberty Life Assurance Company of Boston (“Liberty”) is responsible for managing claims for Short Term Disability ("STD”) benefits under Toyota’s Group Disability Plan. The Plan states that to be eligible for benefits you must meet the definition of disability as defined in the STD Plan:

> *“Disability” or “Disabled” means you, as a result of Injury or Sickness, are unable to perform the Material and Substantial Duties of your Own Job.*

Based on a thorough review of the medical and vocational information contained in our claim file, we have determined that you are currently unable to perform the duties of your job. Your claim for benefits is approved provided you remain totally disabled from your occupation through 6/28/2018.

***Payment of Benefits:***
You will receive STD benefits directly from Toyota. You can expect payment of these benefits with your regularly scheduled Company payroll.

- STD benefits replace a percentage of your base pay. Additional information is available through the Toyota Benefits Center at www.mybenefits.toyota.com or your Team Member Benefits Manual.

***Benefit Overpayment:***
STD benefits are reduced by Other Income Benefits as well as any applicable taxes. Covered Earnings and Other Income Benefits are defined by your STD Plan.

Other Income Benefits may include, but are not limited to: Social Security Disability or Retirement, No-Fault insurance, State Disability benefits, pension, Veterans' benefits or any other disability payments from another group insurance policy. Please notify us immediately if you begin to receive any other sources of income.

If your benefit is overpaid Toyota has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your STD Plan.

***Benefits Available Through LifeMatters:***
No matter what the source of your disability, we know this can be a stressful time while you are balancing your health concerns and how they may be impacting your life. Toyota would like to remind you about the benefits available under the Employee Assistance Program, (EAP) LifeMatters.

> ***What Services LifeMatters can provide to You:***
> LifeMatters is a confidential, free service available to you and your eligible dependents 24-hours a day, 7-days a week. Whether your issue is emotional, financial or somewhere in between, LifeMatters representatives are there to provide assistance. If needed, you will be set up with one-on-one services with a representative in your area. As part of your benefit, you are covered for eight one-on-one visits per episode. If continued services are needed beyond the eight visits, you will be referred to another professional and your medical plan may pay part of the costs.
>
> ***Contact Information:***
> LifeMatters representatives can be reached via telephone at 800-634-6433. For quick access to educational articles, self-help tips and resources to meet your needs, visit LifeMatters on the internet at www.mylifematters.com using password tyta1.

If you have any questions regarding your Disability leave, please contact me.

Sincerely,

Andrew Socaciu
Disability Case Manager
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

Orthopedics - Sports Medicine
700 Bob-O-Link Drive
Phone: (859) 258-8575
Fax: (859) 258-8562

Name: Jamie Reece

Clinic No: ____________ Date: ____________

Diagnosis: Scapular dysfunction c̄ low trap insufficiency

Precautions/Special Instructions: Emphasize core stability, scapular retraction, restore kinesthetic sense, strengthening

Date of next visit to Physician: ____________

**Treatment Desired:**

____ **Evaluate and Treat**: Progressing as Tolerated

____ **Therapeutic Exercise**

- x Strengthening co contraction
- ____ Flexibility
- x Stabilization
- x ROM GH rotation
- ____ Functional Activities
- x Postural Exercise
- X Scapular Stabilization
- x Core Stability
- ____ Closed Kinetic Chain
- ____ Joint Mobilization
- ____ Soft Tissue Mobilization
- ____ TKA ____ TSA ____ THA Program
- ____ Tens Instruction

____ **Gait Training/Weight Bearing Status**

____ NWB ____ PWB ____ WBAT

____ **Brace/Orthotic Fitting** ____________

____ **Modalities per Therapist Discretion**

- ____ Ultrasound
- ____ Phonophoresis
- ____ Iontophoresis
- ____ Whirlpool
- ____ Edema Management
- ____ Moist Heat
- ____ Traction
- x Soft Tissue Mobilization pect, up trap
- x Electrical Stimulation
- ____ Ice
- ____ Tens

x **Home Program for:**

Thanks

W. Ben Kibler, MD

04012709 (01/11/2016)

Date: 07/03/2018
RE: Jamie Reece, DOB: PT ID #1791

To whom it may concern:

I saw Jamie Reece in the office today. She does not have Multiple Sclerosis. She has a shoulder problem.

Thank you for referring this patient to me.

Sincerely,

Patrick Leung, MD

Electronically Signed by: PATRICK K. LEUNG, MD

**Orthopedic Surgery Department**
Work Status Report Form

Date: 2-15-18
Time In: ________
Time Out: ________

Dates Effective:

Jennie Reece
Employee/Patient Name

Lexington Clinic MRN

SSN

Date of Injury

Employer

Contact Phone

WC Insurer

Contact Phone

**WORK STATUS:**
Regular Duty
Unable to Return ___ X
Modified Duty
- ☐ No driving commercial vehicles
- ☐ No prolonged standing & walking
  Time: ____________
- ☐ No shoulder movement **above / at** shoulder heigl
- ☐ No climbing
- ☐ No prolonged sitting
- ☐ Limited use **right / left** hand
- ☐ No pushing / pulling / lifting
  Pounds: ________
- ☐ Keep injured part clean & dry
- ☐ Can only work in splint
- ☐ Sit down work only
- ☐ Other

**OFFICE VISIT:**
First Visit
Recheck
Released

Next Appointment:

Diagnosis:
Restriction x 2 months

**TREATMENT:**
Medications:

Physical Therapy:

Occupational Therapy:

Referral / Testing:

Other:

Physician Signature: W. Ben Kibler

04032728 (02/10/2014)

**Lincoln/Reece 3788**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

DR W. KIBLER MD
1221 S BROADWAY
LEXINGTON KY 40504

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7307

July 13, 2018

Dr. W. B. Kibler, MD
1221 S BROADWAY
LEXINGTON, KY 40504

RE: Short Term Disability (STD) Benefits
Toyota
Claim #: 8191808
Claimant: Jamie Reece
Claimant D.O.B.:

Dear Dr. W. Kibler:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 13, 2018 through the present.

We ask that you provide this information by July 20, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-7307 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other

entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

‘Genetic information’ as defined by GINA, includes an individual’s family medical history, the results of an individual’s or family member’s genetic tests, the fact that an individual or an individual’s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual’s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Andrew Socaciu
Disabil Claims Case Mgr I
Phone No.: (855) 508-4895 Ext. 41552
Secure Fax No.: (603) 334-7307

Attachments: 8191808-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.25.2018

DocuSign Envelope ID: 8B6213AD-ADE9-47BB-98B0-5189D9FEEA4C

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7307

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) self Relationship self

DocuSigned by: Jamie Reece
8A2AB9A73984414...

Signature of claimant or legal representative

Date of Birth: _ __ Claim Number: 8191808 Date: 6/25/2018

**A copy of this authorization will be considered as valid as the original.**

DocuSign Envelope ID: 8B6213AD-ADE9-47BB-98B0-5189D9FEEA4C

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7307

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) self Relationship self

Signature of claimant or legal representative [DocuSigned by: Jamie Reece]

Date of Birth: _ _____ Claim Number: 8191808 Date: 6/25/2018

**A copy of this authorization will be considered as valid as the original.**

SA211932

# Bluegrass Orthopaedics

Harry Lockstadt M.D
Gregory D'Angelo M.D
Veronica A. Vasicek M.D
Norman Ellingsen M.D
John E. Balthrop M.D
William L. O'Neill M.D
J. Martin Favetto M.D
Jason S. Harrod DPM
Wallace L. Huff M.D
Ryan Donegan M.D
Travis Hunt M.D
Christian Christensen M.D

Kayla Brown
3480 Yorkshire Medical Park
Lexington, KY 40509
(859) 263 – 5140 ex 656
(859) 514 – 0268 fax
Kayla.Brown@bluegrassortho.com

RECEIVED
JUN 19 2018

## FAX

| | |
|---|---|
| To: Jenna Kane | From: Kayla Brown / WC Department |
| Fax: 502-868-4990 | Date Faxed: 6-18-18 |
| Re: Jamie Reece | DOB/Claim # : SA211932 |

CONFIDENTIALITY NOTICE: The documents in this facsimile transmission may contain confidential health information that is privileged and legally protected from disclosure by the Health Insurance Portability and Accountability Act (HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, disseminating, disclosing, distributing, copying, acting upon or otherwise using the information contained in this facsimile is strictly prohibited. If you have received this information in error, please notify the sender immediately at 859-263-5140 and destroy this facsimile.

**Please contact me with determination via phone/fax/email in regards to:**

**AUTHORIZATION REQUEST ATTACHED:**

Referral to either
Dr. Sajadi or Dr. Wilkes
for 2nd Opinion.

Thanks!

Claim Denied
6/18/18
Jkane

SA211932

*Bluegrass Orthopaedics*
**859-263-5140**
Toll Free 888-422-3170
Harry Lockstadt, M.D. Gregory D'Angelo, M.D. Veronica A. Vasicek, M.D. Norman Ellingsen, M.D.
J. Martin Favetto, M.D. John E. Balthrop, M.D. William L. O'Neill, M.D. Jason S. Harrod, DPM Dirk Franzen, M.D.
Wallace L. Huff, Jr., M.D. Ryan Donegan, M.D.

RECEIVED
JUN 19 2018

**PATIENT ID: 198482**
**PATIENT NAME: REECE, JAMIE**
**DATE OF BIRTH:**
**EXAM DATE: 06/18/2018**

**FOLLOWUP EVALUATION**

**SUBJECTIVE:** Ms. Reece is here for re-evaluation of her shoulder. She still continues to have pain in her shoulder. It is primarily anterior. Worse with any reaching, pushing and pulling. She says the pain is actually that comes on is in a more of a delayed onset. She has pain that radiates all the way down the arm. She has had an EMG test. She has had an evaluation with Dr. Tutt, a neurosurgeon. The neurosurgeon, based on her report, was convinced this is something in her shoulder.

**PHYSICAL EXAMINATION:** Her exam today shows that she has pain around the shoulder. She has some focal tenderness anteriorly. She has some tenderness over the cervical spine, area of the C6-C7 centrally. Tenderness over her trapezius. Inspection of the scapula shows symmetric scapular mobility. She has elevation, which is about 150-160 degrees and symmetric. She has pain when she comes into a position of reposition of the shoulder. She has mild tenderness in the deltopectoral interval and in the peri coracoid area. AC signs are negative. Biceps signs are equivocal. Her cuff strength is 5/5 to supra, infra and subscap testing.

**IMAGING:** Her MRI I reviewed. This was a right shoulder MRI 3 Tesla with contrast, so a very high quality study. I see no obvious labral or biceps pathology. Biceps appears to be centered and in the groove. Her subscapularis appears to be intact. There is no evidence of muscle atrophy. Her rotator cuff shows tendinopathy without any full thickness or partial thickness tearing. Bony structures appear intact. MRI of her neck was reviewed. This shows mild disc bulge at C4-5 with mild bilateral neural foraminal narrowing and subtle increased signal within the cervical cord at C6. Again, she has had a neurosurgical evaluation.

**ASSESSMENT:** Shoulder pain without an obvious source.

**PLAN:** We will plan on a referral to either Dr. Sajadi or Dr. Wilkes. I do not have anything further to add. She has had injections. These have not provided her relief. I do not have a formal diagnosis for this issue.

Electronically authenticated by

RD/Ryan Donegan, M.D./lj
2794628

BLUEGRASS ORTHOPAEDICS

Re: Jamie Reece
DOB:
06/18/2018

☐ Return to full duty ☑ Return to work with restrictions ☐ Off Work

Effective date: 6/18/2018 Ending date : pending 2nd opinion

☑ OTHER

**FUNCTIONAL ABILITY**

☐ **Heavy Work.** Lifting 100lbs maximum with occasional lifting and/or carrying objects weighing up to 100lbs
☐ **Medium Work.** Lifting 50lbs maximum with occasional lifting and/or carrying objects weighing up to 50lbs
☐ **Light Work.** Lifting 20lbs maximum with occasional lifting and/or carrying objects weighing up to 20lbs
☐ **Seated Work Only:** Lifting 10lbs max. Occasionally carrying such articles as dockets, ledgers, and small tools. Jobs are sedentary if walking/standing is are required ONLY OCCASIONALLY.
☐ **Lumbar/Spine Restrictions.** Minimize repetitive bending and twisting through spine. Alternate between sitting, standing and walking with frequent changes in posture. Avoid impact loading and vibration to spine.
☐ **Limitation of work hours/day:** ☐ 4 hours ☐ 8 hours

**Restrictions/Limitation**

| | | | | |
|---|---|---|---|---|
| Sit | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Stand | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Walk | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Bend | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Squat | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Climb | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Stairs | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Twist | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |

☐ Lifting _____ to ______ lbs. ☐ Max: lbs. ☐ RUE ☐ LUE
☐ BUE
☑ No use of upper extremity ☑ Right ☐ Left
☐ Required to wear: ☐ Splint ☐ Cast ☐ Brace ☐ Left ☐ Right
☐ Avoid : ☐ Pushing/Pulling ☐ Flexion/Extension of wrist/elbow
☐ Pinching/Gripping ☐ Pronation/supination (palm down/palm up)
☐ Avoid overhead work (keep hands below heart level)

**If the employer is unable to accommodate the restrictions, the employee is off work until the next M.D. appointment.**

**Follow up appt:**

Sincerely,
Ryan P. Donegan MD

Electronically signed by: Ryan P. Donegan MDJun 18, 2018 8:43 am

SA811932

**David J. Jenkinson, M.D.**
*Orthopaedic Surgery*

2720 Old Rosebud Road
Unit 280, 2nd floor
Lexington, Kentucky 40509

# INDEPENDENT MEDICAL EXAMINATION

**NAME:** Jamie Reece
**DATE:** 05/31/18

Jamie Reece was interviewed and examined in my office at Lexington, Kentucky on 05/31/18 for the purpose of Independent Medical Examination. Ms. Reece was informed that this examination was for evaluation only and that I would not be involved with treatment. She agreed to participate in this process. She was accompanied by her husband who remained present during the examination. My Medical Office Assistant was also present and assisted with documentation.

## IDENTIFYING DATA:

Jamie Reece is a forty-nine year old lady who has been working with Toyota for approximately three years. She has been a full time employee for approximately one year but she has been off work since April 16, 2018.

She is married with three children and she is a nonsmoker.

## HISTORY OF INJURY:

Ms. Reece did not report an acute injury but she has complained of pain in her neck, right shoulder and right upper extremity which began on or about 01/30/18. Ms. Reece could not recall an acute incident but she believed that her symptoms were related to her work.

She stated "I do repetitive jobs eleven hours every day". She stated that she was doing "three jobs per day" including "the hardest job on our line, anti-chip cavity wax". She stated that her work involved various activities including inspection and application of tape but it was "repetitive all day".

**HISTORY OF INJURY:** (Continued)

She was not able to describe any one specific activity that she believes may have been responsible for her symptoms.

She was seen in the Toyota Clinic and she was assigned work restrictions. She was referred to an orthopaedic specialist for assessment of her shoulder and she was seen by a neurosurgeon, Dr. Tutt, for her neck.

The orthopaedic specialist told her that she had "a tear in the shoulder" and she had an injection the day before this evaluation but she has had no other treatment.

She had MRI scans and Dr. Tutt told her that she has "a bulging disc". He did not recommend treatment but he suggested referral to a neurologist.

Ms. Reece stated that the orthopaedic specialist told her that she is a "complicated case" and he is "unsure what is causing pain in the arm and hand".

She had physical therapy in the Toyota Clinic but it "didn't help much".

**PRESENT SYMPTOMS:**

Ms. Reece complains of pain in her neck more on the right side than the left and she pointed to the area around her right clavicle. She complains of pain which radiates from her neck to her right arm and hand with intermittent numbness and tingling.

She stated that her symptoms vary depending on activity and may be aggravated by "small tasks".

**PAST MEDICAL HISTORY:**

She did not report any previous injuries or accidents.

**PAST MEDICAL HISTORY:** (Continued)

Ms. Reece stated that she was recently diagnosed with psoriatic arthritis and she was asked about the symptoms. She stated that she "feels stiff" and she has pain in her hips.

**PRESENT MEDICATIONS:**

Methotrexate which was prescribed for the psoriatic arthritis. She has been prescribed Neurontin which she has been taking "as needed" for her neck.

**ACTIVITIES OF DAILY LIVING:**

Ms. Reece has been off work since April 13, 2018.
She was asked about her ability to work around her home and she replied "I do very little, I'm on restrictions".

**PHYSICAL EXAMINATION:**

Ms. Reece is 5'7" and her weight is 165 pounds. She appeared generally healthy and she sat comfortably for the history. She moved from a chair to an examination table with no apparent difficulty.

HEAD AND NECK:

There was no visible abnormality and she had full range of motion of her neck in all directions with no complaints. There was no local tenderness and no palpable or visible muscle spasm in the cervical region.

UPPER EXTREMITIES:

She is right hand dominant.

**PHYSICAL EXAMINATION:** (Continued)

She had no complaints on the left side where she had full range of motion of all joints including the shoulder.

RIGHT SHOULDER:

She had full range of motion with no apparent discomfort and impingement signs were negative. During the examination she stated that her right shoulder feels "tight" and it "hurts after a lot of motion". Upper limb reflexes were all brisk but symmetric and Hoffman reflex was negative. She had normal grip and pinch strength in both hands. There are no arthritic changes in the small joints of either hand.

LOWER EXTREMITIES:

She had full range of motion of hips, knees and ankle with no complaints. She has bunions on both feet, the right more than the left, but no other abnormality on examination of her lower extremities. Knee and ankle reflexes were brisk but symmetric and Babinski response was negative. She had normal strength in the muscle groups of both lower legs and feet. Straight leg raise was pain free to 90 degrees in the sitting position.

THORACIC AND LUMBAR SPINE:

There was no visible abnormality and she bent forward to reach fingertips to toes with no apparent discomfort. She had full range of lumbar motion with no complaints of pain. There was no tenderness and no palpable or visible muscle spasm. She was able to walk on her heels and toes with no weakness and Romberg sign was negative.

**INVESTIGATIONS:**

The following images were reviewed.

**INVESTIGATIONS:** (Continued)

1. 03/20/18. MRI Arthrogram right shoulder. No significant abnormality. The radiologist reported "mild fraying on the articular surface of the rotator cuff but no full thickness tear".

2. 04/10/18. MRI cervical spine. Minor degenerative changes with no nerve root or spinal cord compression. The radiologist reported "possible subtle increased signal within the cervical cord at the C-6 level. This is of uncertain significance".

The following radiology reports were reviewed.

1. 02/28/18. X-ray right shoulder. No acute abnormality.

2. 02/28/18. X-ray cervical spine. Mild degenerative changes.

3. 03/22/18. EMG/NCV. Ms. Reece reported "numbness, weakness and tingling in her right hand" but the studies were normal.

**REVIEW OF RECORDS:**

1. Toyota Clinic. 02/01/18.

Ms. Reece presented with complaints involving her neck with radiation to her right elbow and her right wrist. She was assigned several diagnoses including "medial epicondylitis and ulnar neuritis". She was seen several times over the next few weeks with continued complaints and she had MRI scans of the right shoulder and the cervical spine which demonstrated no significant abnormality. She had electrophysiological studies of the right arm which were normal.

2. Dr. Ryan Donegan. 04/04/18 until 04/11/18.

Ms. Reece was seen for assessment of right shoulder pain.

**REVIEW OF RECORDS:** (Continued)

Dr. Donegan reviewed the MRI which "shows cuff tendinopathy and fraying but no tears" and he assigned a diagnosis of cervical radiculopathy. Dr. Donegan concluded that the abnormalities in her right shoulder were "nonsurgical" and he recommended referral to a "neck specialist".

Ms. Reece reported that she was seen again recently and had an injection in the shoulder but those records were not available.

3. Dr. Matthew Tutt. 05/14/18.

Ms. Reece was seen by a neurosurgeon for assessment of right sided neck pain with radiation to the right arm "in a non-dermatomal distribution". Dr. Tutt reviewed MRI and electrical studies and he concluded that there was no evidence of cervical radiculopathy or nerve compression. He stated that there were no neurosurgical options but he recommended referral to a neurologist "to rule out a neurologic disorder such as multiple sclerosis".
Dr. Tutt stated "her distribution of pain does not correlate with any specific neurologic dermatome. I feel strongly that we must look elsewhere for the cause of her symptoms".

**PRIOR RECORDS:**

1. Susanna Moberly, NP. 11/17/17 until 03/26/18.

Ms. Reece was seen in a rheumatology clinic with complaints of "multiple recurring joint pain and tenderness with history of psoriasis".

She was prescribed medication for psoriatic arthritis but it appears that this diagnosis was based on subjective complaints of joint pain and the history of psoriasis. Ms. Reece currently has no clinical signs of joint disease that would be consistent with the diagnosis of psoriatic arthritis.

**SUMMARY AND OPINION:**

Jamie Reece is a forty-nine year old Toyota employee who presented with complaints of pain in her neck with radiation to her right upper extremity. She did not have an acute injury but she attributed symptoms to her work which involved "repetitive jobs eleven hours per day". Ms. Reece has had x-rays, MRI and electrodiagnostic studies which demonstrate no significant abnormality in her neck or her right upper extremity.

Ms. Reece has multiple vague subjective complaints with no objective abnormality and at this current evaluation she had a normal physical examination.

I will answer the questions listed in the request for this evaluation.

1. What is the appropriate diagnosis for Ms. Reece's neck and right upper extremity complaints?

A. There is no objective abnormality that could establish a specific diagnosis. She has multiple subjective complaints but she has no structural abnormality in her neck, right shoulder or right upper extremity.

2. What is the proximate cause for this diagnosis? If work related, please explain. Please specifically address the findings on her diagnostic studies (shoulder and cervical MRI's) and advise if these findings would be caused by her work activities, the natural aging process, or something else entirely.

A. It is not possible to assign "proximate cause" for the multiple subjective complaints in the absence of an objective abnormality. I have reviewed the MRI scans of the neck and the right shoulder as well as the radiology reports and I find no significant abnormality.

There are minor age related degenerative changes of no clinical significance. There is no abnormality on any of the imaging studies that could be attributed to the alleged work injury.

**SUMMARY AND OPINION:** (Continued)

3. What, if any, further medical testing or treatment do you deem necessary and appropriate relative to any work related diagnosis?

**A.** I find no convincing evidence that Ms. Reece suffered any significant work injury and it is my opinion that she requires no further investigation or treatment.

Dr. Tutt recommended referral to a neurologist to rule out an underlying neurologic disorder.

It appears that this recommendation was based on the MRI report of the cervical spine which suggested a very minor intrinsic abnormality of the cervical cord. Dr. Tutt noted that she had some generalized hyperreflexia and he found a positive Hoffman sign.

At this current physical examination, I agree that her reflexes are slightly hyper-reflexic but symmetric and she had no long track signs. Hoffman reflex was negative and she had a negative Babinski sign.

I have no reason to disagree with the suggestion that she should have a neurological assessment but I believe it unlikely that there is any significant underlying neurologic disorder. There is no reason why the recommended neurologic consultation should be attributed to her work activity.

4. If applicable, is the work related diagnosis at maximum medical improvement? If not, when do you expect this to be reached?

**A.** There is no evidence that Ms. Reece has a "work related diagnosis" and the question of MMI is technically not appropriate. It is my opinion that Ms. Reece has no objective abnormality to support her subjective complaints and for practical purposes she should be considered as having reached MMI as of the date of this evaluation, 05/31/18.

**SUMMARY AND OPINION:** (Continued)

It is my opinion that Ms. Reece requires no further investigation or treatment and she should have an immediate release to return to work with no restrictions.

5. Have all of your opinions been rendered within reasonable medical probability?

**A.** Yes. The opinions stated in this report are within the realm of reasonable medical probability.

David J. Jenkinson, M.D.
Kentucky License No. 32201

DJJ/as

NAME: Jamie Reece DOB: 09/22/1968 *Right hand dominant




Average grip for females age 40-49: Major hand 51 lbs, Minor hand 47 lbs

**Grip Strength**

| Position | Average (LBS) Left | Right |
|---|---|---|
| I | 36.5 | 39.5 |
| II | 43.1 | 46.5 |
| III | 39.5 | 47.9 |
| IV | 37.6 | 40.6 |
| V | 29.5 | 33.4 |

SA871932

**Patient:** 198482 - Jamie Reece
**DOB:**

**Date:** 05/29/2018 08:45
**Provider:** Donegan, Ryan Patrick MD
**Encounter:** WC FOLLOW UP/EST

## ACTIVE PROBLEMS

- Bone Pain in the Heel Left
- Joint Pain, Localized in the Shoulder

## CHIEF COMPLAINT

The Chief Complaint is: C spine pain.

## REFERRED HERE

Referred by Toyota.

## HISTORY OF PRESENT ILLNESS

Jamie Reece is a 49 year old female.
- Medication list reviewed.

Patient is in today for evaluation of her arm and neck again. She did see Dr. Tutt at the Lexington clinic. There was no surgical issues for her cervical spine however he was concerned about other neurologic issues such as multiple sclerosis. She still having anterior shoulder pain. She also has pain in the right side of her neck that radiates down to her hand and wrist area. Neurontin has helped this.

## CURRENT MEDICATION

- Cyclobenzaprine HCl 10MG Oral Tablet 15 days, 0 refills
- Folic Acid 1MG Oral Tablet 90 days, 0 refills
- GoodSense Esomeprazole 20MG Oral Capsule Delayed Release 90 days, 0 refills
- Methotrexate 2.5MG Oral Tablet 29 days, 0 refills
- ZyrTEC Allergy 10 MG Tablet once a day 0 days, 0 refills

## PAST MEDICAL/SURGICAL HISTORY

**Reported:**
Medical: Arthritic joint problems.
Past medical history non-contributory
anemia.
**Surgical:**
- Hysterectomy

## PREVIOUS THERAPY

- History of orthopedic options: physical therapy

**Patient:** **198482 - Jamie Reece**
**DOB:**

**Date:** **05/29/2018 08:45**
**Provider:** **Donegan, Ryan Patrick MD**
**Encounter:** **WC FOLLOW UP/EST**

## SOCIAL HISTORY

Diet: No recent change in diet.
Behavioral: No caffeine use, no tobacco use, not a current smoker, and smoking status: Never smoker.
Alcohol: Alcohol use.
Drug Use: Not using drugs.
Habits: Exercising regularly.

## ALLERGIES

- anti-inflammatories

## FAMILY HISTORY

Osteoporosis
**Maternal:**
Heart disease
Osteoporosis

## REVIEW OF SYSTEMS

**Systemic:** Not feeling tired (fatigue), no recent weight loss, and no recent weight gain. No edema.
**Head:** No headache and no sinus pain.
**Eyes:** No vision problems. Vision problems. No glaucomatous visual field defect.
**Otolaryngeal:** No hearing loss and no tinnitus. No nasal symptoms.
**Cardiovascular:** No chest pain or discomfort and no palpitations.
**Pulmonary:** No daytime asthma symptoms, no cough, and no chronic cough. No wheezing.
**Gastrointestinal:** No heartburn and no abdominal pain.
**Endocrine:** No hot flashes and no muscle weakness.
**Hematologic:** No easy bleeding and no tendency for easy bruising.
**Musculoskeletal:** No lower back pain. No soft tissue swelling. Pain localized to one or more joints.
**Neurological:** No dizziness, no convulsions, and no numbness.
**Psychological:** No anxiety, no emotional lability, no depression, and no insomnia. Not crying for no reason.
**Skin:** Dry skin psoriasis. No rash and no ulcers.
**Allergic and Immunologic:** No complaint of seasonal allergic reaction.

## PHYSICAL FINDINGS

- Vitals taken 05/29/2018 08:39 am

kns

| | |
|---|---|
| Height | 67 in |
| Weight | 160 lbs |
| Body Mass Index | 25.1 kg/m2 |

**Patient:** **198482 - Jamie Reece**
**DOB:**

**Date:** **05/29/2018 08:45**
**Provider:** **Donegan, Ryan Patrick MD**
**Encounter:** **WC FOLLOW UP/EST**

Body Surface Area 1.84 m2

General Exam: Patient is alert and afebrile. No acute distress, well groomed and well nourished.

The right upper extremity was examined:

Lymph exam: There is no lymphedema in the extremity. No palpable abnormal nodes.

Dermatological exam: There are no suspicious skin lesions. No masses. No lacerations or abrasions are seen.

Neuro exam: The patient has sensation to light touch. There are no tremors or nerve palsies. Shows normal coordination and balance

Vascular exam: +2 radial pulses. Normal skin temperature and turgor. No varicosities.

Musculoskeletal exam: Patient shows normal gait and station. There are no bony deformities. No Muscle deformities are seen.
She again shows some pain with passive motion of the shoulder but motion is completed. She does show pain with biceps testing. There is mild weakness in the cuff very mild pain with super cement is testing. There's mild pain with labral sheer test and is well

## ASSESSMENT

Right shoulder pain with tendinopathy of the cuff and biceps pain
Cervical pain
Possible neurologic disorder

## THERAPY

- Clinical summary provided to patient.

## PLAN

- **Other**
  Neurontin 300 MG capsule, 1 every bedtime, 14 days, 0 refills

She does have some mild anterior shoulder pain which could be biceps related. Overall her MRI was negative for any full-thickness tears or real surgical pathology. Try an intra-articular injection office and see if this alleviates any of her shoulder pain. I told her it is unlikely to do anything for her neck or the radiating arm pain. She does have a neurology appointment in the next few weeks. See her in 2 weeks in our office.

The risk and benefits of the injection were outlined to the patient. They understand these and wished to proceed. The anterior portion of the shoulder over the glenohumeral joint was prepped with alcohol and Betadine. Using a 27-gauge needle and 5 cc syringe I pierced the skin breaching the anterior joint capsule. I then aspirated to

**Patient:** **198482 - Jamie Reece**
**DOB:**

**Date:** **05/29/2018 08:45**
**Provider:** **Donegan, Ryan Patrick MD**
**Encounter:** **WC FOLLOW UP/EST**

confirm no presence of a vascular bed I then injected a solution of 40 mg Kenalog / 2 cc of lidocaine/2 cc of Marcaine into the joint. The patient tolerated this procedure well.

## NOTES

***This dictation was done with voice recognition software and may contain errors and omissions.***

Electronically signed by Chesiee Bloyd, PA-C

BLUEGRASS ORTHOPAEDICS

Re: Jamie Reece
DOB
05/29/2018

☐ Return to full duty ☑ Return to work with restrictions ☐ Off Work

**Effective date: 5/29/2018** **Ending date : follow up**

☐ OTHER

**FUNCTIONAL ABILITY**

☐ **Heavy Work.** Lifting 100lbs maximum with occasional lifting and/or carrying objects weighing up to 100lbs
☐ **Medium Work.** Lifting 50lbs maximum with occasional lifting and/or carrying objects weighing up to 50lbs
☐ **Light Work.** Lifting 20lbs maximum with occasional lifting and/or carrying objects weighing up to 20lbs
☐ **Seated Work Only:** Lifting 10lbs max. Occasionally carrying such articles as dockets, ledgers, and small tools. Jobs are sedentary if walking/standing is are required **ONLY OCCASIONALLY.**
☐ **Lumbar/Spine Restrictions.** Minimize repetitive bending and twisting through spine. Alternate between sitting, standing and walking with frequent changes in posture. Avoid impact loading and vibration to spine.
☐ **Limitation of work hours/day:** ☐ 4 hours ☐ 8 hours

**Restrictions/Limitation**

| | | | | |
|---|---|---|---|---|
| Sit | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Stand | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Walk | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Bend | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Squat | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Climb | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Stairs | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Twist | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |

☐ Lifting ______ to ______ lbs. ☐ Max: lbs. ☐ RUE ☐ LUE
☐ BUE
☑ No use of upper extremity ☑ Right ☐ Left
☐ Required to wear: ☐ Splint ☐ Cast ☐ Brace ☐ Left ☐ Right
☐ Avoid : ☐ Pushing/Pulling ☐ Flexion/Extension of wrist/elbow
☐ Pinching/Gripping ☐ Pronation/supination (palm down/palm up)
☐ Avoid overhead work (keep hands below heart level)

**If the employer is unable to accommodate the restrictions, the employee is off work until the next M.O. appointment.**

**Follow up appt:**

Sincerely,
Ryan P. Donegan MD

Electronically signed by: Ryan P. Donegan MDMay 29, 2018 9:05 am

Atten Jenna

REECE, JAMIE H (id #21591363, dob:

# Referral Order

502-868-4990

05/14/2018

| To Provider | From Provider |
|---|---|
| PATRICK K LEUNG MD<br><br>1401 HARRODSBURG RD STE C225<br>LEXINGTON, KY 40504<br>Phone:<br>Phone: (859) 373-0700<br>Fax:<br>Fax: (859) 422-3994 | MATTHEW TUTT, MD<br>Provider NPI:1881824860<br>NEUROSURGERY KOHOP<br>1401 HARRODSBURG RD SUITE A540<br>LEXINGTON; KY 40504-1720<br>Phone: (859) 258-6760<br>Fax: (859) 258-6512 |

## Referral Order Information

| | |
|---|---|
| Diagnosis | Cervical radiculopathy<br>ICD-10: M54.12: Radiculopathy, cervical region |
| Order Name | Orders included: 1<br><br>Cervical radiculopathy<br>ICD-10: M54.12: Radiculopathy, cervical region<br>• NEUROLOGY REFERRAL<br>Schedule Within: provider's discretion<br><br>Reason for Referral: positive hoffman's<br>Appointment Date: 07/03/2018<br>Appointment Time: 8am<br>Start Date: 07/03/2018 |
| Notes | |

## Patient Information

| | |
|---|---|
| Patient Name | REECE, JAMIE H |
| Patient SSN | 3239 |
| Sex - DOB - Age | F 49yo |
| Address | |
| Phone | |
| Primary Insurance | BCBS-OH (PPO)<br>ID: TOAAN1313675<br>Group: 003320100TEAP064<br>Policy Holder: REECE, CHRISTOPHE B |
| Secondary Insurance | None recorded. |

Electronically Signed by: MATTHEW TUTT, MD

Matt Tutt M.D.

MATTHEW TUTT, MD

**REECE, JAMIE H (id #21591363, dob: )**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 05/14/2018 10:00AM |
| **DOB** | | **Service Dept.** | NEUROSURGERY KOHOP |
| **Provider** | MATTHEW TUTT, MD | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Med Worker's Comp: MSMM<br>Referring Provider Name : DONEGAN, RYAN P<br>Employer Name : KELLY SERVICES<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. | | |

## Chief Complaint

cervical pain

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867
**Insurance Adjuster:** PATTY YEAST: Ph (502) 868-4996, Fax (502) 868-4990
**Referring Provider:** DONEGAN, RYAN P: 3480 YORKSHIRE MEDICAL PK, LEXINGTON, KY 40509-1886, Ph (859) 263-5140, Fax (859) 263-5141

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**

## Vitals

05/14/2018 10:10 am

| | | |
|---|---|---|
| **Ht:** 5 ft 7 in | **Wt:** 171 lbs | **BMI:** 26.8 |
| **BP:** 120/80 | | |

## Allergies

Reviewed Allergies

**LORTAB:** Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **Ativan 0.5 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 30 days. | 05/10/18 | prescribed |
| **calcium** | 11/17/17 | entered |
| **esomeprazole magnesium 40 mg capsule,delayed release**<br>take one capsule daily | 05/11/18 | prescribed |
| **estradiol 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 11/17/17 | entered |
| **folic acid 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 03/26/18 | prescribed |
| **ketoprofen 75 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |

**REECE, JAMIE H (id #21591363, dob:**

| | |
|---|---|
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly/please d/c previous rx | 03/30/18 prescribed |
| **Motrin 600 mg tablet**<br>Two times a day<br>**Internal Note:** Frequency: bid;Alt Frequency: prn;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008 | 05/20/08 filled |
| **Multi Vitamin** | 11/17/17 entered |
| **predniSONE 5 mg tablet**<br>take one po daily as needed | 01/26/18 prescribed |
| **Probiotic** | 11/17/17 entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Generalized anxiety disorder - Onset: 04/17/2018
- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Chokes when swallowing - Onset: 04/17/2018
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability<br>- Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

GYN History not reviewed (last reviewed 09/10/2017)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/10/2017)

## Past Medical History

Past Medical History not reviewed (last reviewed 04/17/2018)

## HPI

Mrs. Reece is a 49-year-old female who works at Toyota presenting with right-sided neck pain, jaw pain, collarbone pain and radiating pain into her arm in a non-dermatomal distribution. Her pain started at the end of January after changing jobs at Toyota. She denies any specific injury. Her pain has multiple characteristics, is fairly constant, but the arm pain comes and goes. She is seen some relief of her pain with inactivity. She describes right arm numbness and tingling. No weakness. No loss of bowel or bladder control. No difficulty with balance. No visual complaints.
She did physical therapy for 8-10 weeks, 2 times a week at Toyota. She has trialed a TENS unit as well as steroid pack. She has been taking over-the-counter anti-inflammatories for the past 8-10 weeks. She trialed Neurontin, prescribed by Dr. Donegan, with some relief.

REECE, JAMIE H (id #21591363, dob:

## ROS

**Additionally reports:**

**As noted per patient intake sheet and in the HPI. All other systems reviewed and negative.**

## Physical Exam

Patient is a 49-year-old female.

General: NAD, alert &oriented x3
HEENT: normal
PERRL, EOM intact
face symmetric
Motor: grossly intact all extremities
Sensation: intact to light tough bilaterally UE and LE
Reflexes:

Positive Hoffman's bilaterally

2+ upper extremities bilaterally
3+ lower extremities bilaterally
Chest: Clear with no wheezes.
Heart: regular rate and rhythm with no rubs gallops or murmur
Abdomen: soft and nontender GU and rectal: deferred
Extremities: no cyanosis clubbing or edema
Skin: unremarkable

## Assessment / Plan

Mrs. Reece is a 49-year-old female with no significant findings on her cervical MRI. We reviewed her MRI together in my office. She has no significant central stenosis or nerve root compression. She also has an EMG and nerve conduction study performed by Dr. Leung which shows no evidence of cervical radiculopathy or focal nerve compression. There are no neurosurgical options here. However, on examination she does appear to be a bit hyper-reflexive, with a positive Hoffmann's reflex bilaterally. Although it may be artifact, her MRI report does describe some subtle signal change in the spinal cord. I would like her to be evaluated by neurology to rule out an neurologic disorder, such as multiple sclerosis. She may need an MRI of the brain performed.

I had a lengthy conversation with her with regards to my opinion. There are clearly no further considerations with regards to her cervical spine. I explained that her distribution of pain does not correlate with any specific neurologic dermatome. I feel strongly that we must look elsewhere for the cause of her symptoms. She and her husband voiced good understanding of this, but she did seem quite disappointed that I could not give her a clear answer today. I think neurology is appropriate at this point.

Her follow-up with me will be as needed, but I would appreciate receiving the opinion of the neurologist.

**1. Neck pain -**

Minutes spent reviewing images, discussing the diagnosis and coordinating care: 45 min

M54.2: Cervicalgia

## Return to Office

- AN-YU CHEN, MD for RECHECK at GASTRO SB on 06/19/2018 at 02:30 PM
- SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on 06/25/2018 at 01:15 PM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2018

## Encounter Sign-Off

Encounter signed-off by MATTHEW TUTT, MD, 05/14/2018.

Encounter performed and documented by MATTHEW TUTT, MD
Encounter reviewed & signed by MATTHEW TUTT, MD on 05/14/2018 at 10:48am

5M187180068

Attn: DR. Tutt
Fax: 859 258 65[illegible]
RE: Jamie Reece
Neurosurgery eval 5/14/[illegible]

**Patrick K Leung, M.D., PSC**
**Neurodiagnostic Laboratory**
1401 Harrodsburg Road, C-225
Lexington, KY 40504
Phone: (859) 373-0700
Fax: (859) 422-3994

**Test Date:** 3/22/2018

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Patient:** | Jamie Reece | **DOB:** | | | **Physician:** | Patrick Leung, M.D. |
| **Sex:** | Female | **Height:** | 5' 7" | | **Ref Phys:** | Debra Schilder, P.A. |
| **ID#:** | 18-0259 | **Weight:** | 160 lbs. | | **Technician:** | Robert Allen, R. NCST, BS |

**History:**
This is a 49 year old female who has pain in her right arm and hand. She has numbness, weakness and tingling in her right hand.

DOI: 1/30/18 Claim #: SA211932 PVY Employee #:77390

## Nerve Conduction Studies

**Anti Sensory Summary Table**

| Site | NR | Onset (ms) | Peak (ms) | Norm Peak (ms) | O-P Amp (µV) | Norm O-P Amp | Site1 | Site2 | Delta-P (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Right Radial Anti Sensory (Base 1st Digit)** | | | | | | | | | | | | |
| Wrist | | 1.4 | 2.0 | <2.9 | 39.8 | >20 | Wrist | Base 1st Digit | 2.0 | 10.0 | 50 | |
| Site 2 | | 1.4 | 2.0 | | 42.2 | | | | | | | |

**Ortho Sensory Summary Table**

| Site | NR | Onset (ms) | Peak (ms) | Norm Peak (ms) | O-P Amp (µV) | Norm O-P Amp | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Right Median Ortho Sensory (Wrist)** | | | | | | | | | | | | |
| Palm | | 1.4 | 1.8 | <2.3 | 116.8 | >50 | Palm | Wrist | 1.4 | 8.0 | 57 | |
| Site 2 | | 1.4 | 1.8 | | 114.3 | | | | | | | |
| **Right Ulnar Ortho Sensory (Wrist)** | | | | | | | | | | | | |
| Palm | | 1.2 | 1.7 | <2.3 | 48.9 | >15 | Palm | Wrist | 1.2 | 8.0 | 67 | |
| Site 2 | | 1.2 | 1.7 | | 47.9 | | | | | | | |

**Motor Summary Table**

| Site | NR | Onset (ms) | Norm Onset (ms) | O-P Amp (mV) | Norm O-P Amp | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Right Median Motor (Abd Poll Brev)** | | | | | | | | | | | |
| Wrist | | 3.6 | <4.5 | 10.1 | >4 | Wrist | Abd Poll Brev | 3.6 | 7.0 | 19 | |
| Elbow | | 7.3 | | 9.8 | | Elbow | Wrist | 3.7 | 22.5 | 61 | >48 |
| **Right Ulnar Motor (Abd Dig Minimi)** | | | | | | | | | | | |
| Wrist | | 2.4 | <3.6 | 8.5 | >6 | Wrist | Abd Dig Minimi | 2.4 | 6.5 | 27 | |
| B Elbow | | 5.7 | | 8.2 | | B Elbow | Wrist | 3.3 | 21.5 | 65 | >51 |
| A Elbow | | 7.2 | | 8.2 | | A Elbow | B Elbow | 1.5 | 10.0 | 67 | >51 |

From: Jenna @ MSMM (WC)
ph 502-570-6628

**F Wave Studies**

| NR | F-Lat (ms) | Lat Norm (ms) | L-R F-Lat (ms) | L-R Lat Norm |
|---|---|---|---|---|
| Right Median (Mrkrs) (Abd Poll Brev) | | | | |
| | 25.85 | <33 | | <2.2 |
| Right Ulnar (Mrkrs) (Abd Dig Min) | | | | |
| | 24.97 | <36 | | <2.5 |

**EMG**

| Side | Muscle | Nerve | Root | Ins Act | Fibs | Psw | Fasic | Amp | Dur | Poly | Recrt | Int Pat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Right | 1stDorInt | Ulnar | C8-T1 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Abd Poll Brev | Median | C8-T1 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | PronatorTeres | Median | C6-7 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Biceps | Musculocut | C5-6 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Triceps | Radial | C6-7-8 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Deltoid | Axillary | C5-6 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Supraspinatus | SupraScap | C5-6 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Cervical Parasp Up | Rami | C1-3 | Nml | Nml | Nml | 0 | | | | | |
| Right | Cervical Parasp Mid | Rami | C4-6 | Nml | Nml | Nml | 0 | | | | | |

**Impression:**

**Normal right arm.**

**No evidence of carpal tunnel syndrome, other focal nerve entrapment or cervical radiculopathy.**

Patrick Leung, M.D.

5M187180068
2J5913605
3555141

AMPA

chart

MSIG

April 16, 2018

Lexington Clinic Rheumatology SB and Susanna Moberly, APRN
1221 South Broadway
Lexington, KY 40504
***Att: Medical Records***

RE: D/O/I: 1/30/18
CLAIM #: SA211932
D/O/B:
EMPLOYEE: Jamie Reece

To Whom It May Concern:

We are the administrators of the above captioned Worker's Compensation claim. KRS 342.020 (4) states that any...healthcare provider shall...provide the requesting party with any information...related to the injury for which the employee claims compensation.

Please forward **any and all information and written material reasonably related to a history of treatment for psoriatic arthritis, neck, and/or right upper extremity dated 1/1/00- present** and promptly return with your bill for the statutory $0.50 per page plus postage charge for pre-injury history.

The mailing address is: MSMM
1001 CHERRY BLOSSOM WAY
GEORGETOWN, KY 40324

If there are any questions or concerns, please contact me at 502-570-6628 or via fax at 502-868-4990.

Sincerely,

Jennifer Kane
Senior Claims Representative
Mitsui Sumitomo Insurance Group
1001 Cherry Blossom Way
Georgetown, KY 40324-0000
Phone: 502-570-6628
Fax: 502-868-4990
JKane@msigusa.com

MediCopy Received 4/18/18
Date Range Requested ____
SSN / DOB Checked ____
Employee ____
MediCopy Scanned __/__/__

# Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 03/26/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 03/26/2018 01:30PM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

Followup: Psoriatic arthritis

routine pt has not started the humira yet has concerns; pt is still on MTX 4 pills twice weekly

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867

## Patient's Pharmacies

**WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610**

WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 03/26/2018 01:49 pm | **Wt:** | 168 lbs 03/26/2018 01:49 pm | **BMI:** | 26.3 03/26/2018 01:49 pm |
| **BP:** | 86/58 sitting L arm 03/26/2018 01:50 pm | **BP Cuff Size:** | adult 03/26/2018 01:49 pm | **Pulse:** | 62 bpm regular 03/26/2018 01:50 pm |
| **RR:** | 18 03/26/2018 01:49 pm | | | | |

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **calcium** | 11/17/17 | entered |
| **Diflucan 150 mg tablet**<br>Take 1 tablet(s) every day by oral route for 3 days. | 01/09/18 | prescribed |
| **estradiol 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 11/17/17 | entered |
| **folic acid 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 03/26/18 | prescribed |
| **Humira 40 mg/0.8 mL subcutaneous syringe kit**<br>Inject 0.8 mL every 2 weeks by subcutaneous route.<br>**Internal Note:** approved 12/31/17-4/30/18 | 01/30/18 | prescribed |
| **ketoprofen 75 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |

**REECE, JAMIE H (id #21591363, dob:**

| | | |
|---|---|---|
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly | 03/26/18 | prescribed |
| **Motrin 600 mg tablet**<br>Two times a day<br>**Internal Note:** Frequency: bid;Alt Frequency: prn;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008 | 05/20/08 | filled |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM 40 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **predniSONE 5 mg tablet**<br>take one po daily as needed | 01/26/18 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/10/2017)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): Y

## HPI

received humira and didn't start taking it due to the s/e list sent with it; has a new injury from work and may have to have surgery on her shoulder due to fraying; she reports multiple recurring joint pain and tenderness; with hx of psoriasis; right hip pains, stiffness; tenderness; works full time at toyota and is concerned about worsening joint pains; denies cp, soa, rash or fevers and all others are negative

## ROS

**ROS as noted in the HPI**

**REECE, JAMIE H (id #21591363, dob: )**

## Physical Exam

Patient is a 49-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally and normal tandem gait test.

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Sclerae: non-icteric.

**ENMT:** Ears: no lesions on external ear or hearing loss. Nose: no lesions on external nose and nares patent. Oral Cavity: no mouth or lip ulcers. Oropharynx: moist mucous membranes. Face: no malar erythema.

**Musculoskeletal System:** Joints, Bones, and Muscles: no contractures, malalignment, or bony abnormalities and normal movement of all extremities and **tenderness**. Extremities: no cyanosis, edema, varicosities, or palpable cord. Knees: no ligamentous instability on examination.

**Neurological Exam:** Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no ulcer, induration, nodules, jaundice, or abnormal nevi;**rash and lesion**; and good turgor; **Mild psoriatic lesions**. Nails: normal.

## Assessment / Plan

**1. Psoriatic arthritis -**

prednisone trial improved outcome; no itching, no rash, joint pains improved overall

will initiate methotrexate and folic acid
labs are good
requested and received humira, but she did not start on the meds
feeling improved with mtx and folic acid

L40.50: Arthropathic psoriasis, unspecified

- methotrexate sodium 2.5 mg tablet - take 4 po twice weekly Qty: 32 tablet(s) Refills: 2 Pharmacy: WALMART PHARMACY 3894
- folic acid 1 mg tablet - Take 1 tablet(s) every day by oral route. Qty: 30 tablet(s) Refills: 3 Pharmacy: WALMART PHARMACY 3894

**2. Long term methotrexate user**

Z79.899: Other long term (current) drug therapy

- CBC
- ESR, AUTOMATED
- ALT
- AST
- CREATININE

## Return to Office

- AN-YU CHEN, MD for RECHECK at GASTRO SB on 04/17/2018 at 02:15 PM
- to see SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on or around 06/26/2018
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by SUSANNA MOBERLY, APRN, 03/26/2018.

Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 03/26/2018 at 2:35pm

**Encounter Date: 01/26/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 01/26/2018 01:00PM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES | | |

**REECE, JAMIE H (id #21591363, dob:**

Employer Name : TOYOTA
Prescription: ESI1 - Member is eligible. details

## Chief Complaint

Followup: Psoriatic arthritis

1 month reck, doing about the same, has not noticed any improvement

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867

## Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 01/26/2018 01:14 pm | **Wt:** | 169 lbs 01/26/2018 01:14 pm | **BMI:** | 26.5 01/26/2018 01:14 pm |
| **BP:** | 105/62 sitting R arm 01/26/2018 01:16 pm | **BP Cuff Size:** | adult 01/26/2018 01:16 pm | **Pulse:** | 61 bpm regular 01/26/2018 01:16 pm |
| **RR:** | 16 01/26/2018 01:16 pm | | | | |

## Allergies

Reviewed Allergies
**LORTAB:** Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **calcium** | 11/17/17 | entered |
| **Diflucan 150 mg tablet**<br>Take 1 tablet(s) every day by oral route for 3 days. | 01/09/18 | prescribed |
| **estradiol 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 11/17/17 | entered |
| **folic acid 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 01/26/18 | prescribed |
| **ketoprofen 75 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly | 01/26/18 | prescribed |
| **Motrin 600 mg tablet**<br>Two times a day<br>**Internal Note:** Frequency: bid;Alt Frequency: pm;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008 | 05/20/08 | filled |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM 40 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **predniSONE 5 mg tablet**<br>take one po daily as needed | 01/26/18 | prescribed |

**Probiotic** 11/17/17 entered

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/10/2017)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): Y

## HPI

multiple recurring joint pain and tenderness; with hx of psoriasis; right hip pains, stiffness; tenderness; works full time at toyota and is concerned about worsening joint pains; denies cp, soa, rash or fevers and all others are negative

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally and normal tandem gait test.

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

Head: Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Sclerae: non-icteric.

**ENMT:** Ears: no lesions on external ear or hearing loss. Nose: no lesions on external nose and nares patent. Oral Cavity: no mouth or lip ulcers. Oropharynx: moist mucous membranes. Face: no malar erythema.

**Musculoskeletal System:** Joints, Bones, and Muscles: no contractures, malalignment, or bony abnormalities and normal movement of all extremities and **tenderness**. Extremities: no cyanosis, edema, varicosities, or palpable cord. Knees: no ligamentous instability on examination.

**Neurological Exam:** Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no ulcer, induration, nodules, jaundice, or abnormal nevi;**rash and lesion**; and good turgor; **Mild psoriatic lesions**. Nails: normal.

## Assessment / Plan

**1. Psoriatic arthritis** - prednisone trial improved outcome; no itching, no rash, joint pains improved overall
will initiate methotrexate and folic acid
labs are good
will f/u in 1 month

L40.50: Arthropathic psoriasis, unspecified

- methotrexate sodium 2.5 mg tablet - take 4 po twice weekly Qty: 32 tablet(s) Refills: 2 Pharmacy: WALMART PHARMACY 3894
- folic acid 1 mg tablet - Take 1 tablet(s) every day by oral route. Qty: 30 tablet(s) Refills: 3 Pharmacy: WALMART PHARMACY 3894
- prednisone 5 mg tablet - take one po daily as needed Qty: 30 tablet(s) Refills: 2 Pharmacy: WALMART PHARMACY 3894

**2. Long term methotrexate user**

Z79.899: Other long term (current) drug therapy

- CBC
- ESR, AUTOMATED
- ALT
- AST
- CREATININE

**3. Long-term drug therapy**

Z79.899: Other long term (current) drug therapy

- QUANTIFERON TB GOLD

## Return to Office

- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by SUSANNA MOBERLY, APRN, 01/26/2018.

Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 01/26/2018 at 1:21pm

**Encounter Date: 12/20/2017**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 12/20/2017 02:00PM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

Followup: Psoriatic arthritis

Pt is here today for fup labs done at last visiL

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867

## Patient's Pharmacies

**WAL-MART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
WAL-MART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4609, Fax (502) 570-4610

## Vitals

| | | |
|---|---|---|
| **Ht:** 5 ft 7 in 12/20/2017 01:09 pm | **Wt:** 163 lbs 12/20/2017 01:09 pm | **BMI:** 25.5 12/20/2017 01:09 pm |

**REECE, JAMIE H (id #21591363, dob:**

**BP:** 113/83 sitting R arm 12/20/2017 01:10 pm **BP Cuff Size:** adult 12/20/2017 01:10 pm **Pulse:** 71 bpm 12/20/2017 01:10 pm

## Allergies

Reviewed Allergies

**LORTAB**: Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **calcium** | 11/17/17 | entered |
| **estradiol 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 11/17/17 | entered |
| **folic acid 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 12/20/17 | prescribed |
| **ketoprofen 75 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po once weekly x 2 weeks; then increase to 6 po once weekly until follow up | 12/20/17 | prescribed |
| **Motrin 600 mg tablet**<br>Two times a day<br>**Internal Note:** Frequency: bid;Alt Frequency: prn;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008 | 05/20/08 | filled |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM 40 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **predniSONE 5 mg tablet**<br>take one po daily as needed | 12/20/17 | prescribed |
| **Probiotic** | 11/17/17 | entered |
| **ZyrTEC 10 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability<br>- Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

**REECE, JAMIE H (id #21591363, dob: )**

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/10/2017)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): Y

## HPI

multiple recurring joint pain and tenderness; with hx of psoriasis; right hip pains, stiffness; tenderness; works full time at toyota and is concerned about worsening joint pains; denies cp, soa, rash or fevers and all others are negative

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally and normal tandem gait test.

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Sclerae: non-icteric.

**ENMT:** Ears: no lesions on external ear or hearing loss. Nose: no lesions on external nose and nares patent. Oral Cavity: no mouth or lip ulcers. Oropharynx: moist mucous membranes. Face: no malar erythema.

**Musculoskeletal System:** Joints, Bones, and Muscles: no contractures, malalignment, or bony abnormalities and normal movement of all extremities and **tenderness**. Extremities: no cyanosis, edema, varicosities, or palpable cord. Knees: no ligamentous instability on examination.

**Neurological Exam:** Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no ulcer, induration, nodules, jaundice, or abnormal nevi;**rash and lesion**; and good turgor; **Mild psoriatic lesions.** Nails: normal.

## Assessment / Plan

**1. Psoriatic arthritis** - prednisone trial improved outcome; no itching, no rash, joint pains improved overall
will initiate methotrexate and folic acid
labs are good
will f/u in 1 month

L40.50: Arthropathic psoriasis, unspecified

- methotrexate sodium 2.5 mg tablet - take 4 po once weekly x 2 weeks; then increase to 6 po once weekly until follow up Qty: 24 tablet(s) Refills: 2 Pharmacy: WAL-MART PHARMACY 3894
- folic acid 1 mg tablet - Take 1 tablet(s) every day by oral route. Qty: 30 tablet(s) Refills: 3 Pharmacy: WAL-MART PHARMACY 3894
- prednisone 5 mg tablet - take one po daily as needed Qty: 30 tablet(s) Refills: 2 Pharmacy: WAL-MART PHARMACY 3894

## Return to Office

- SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on 01/18/2018 at 02:30 PM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by SUSANNA MOBERLY, APRN, 12/30/2017.

Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 12/30/2017 at 11:11pm

**REECE, JAMIE H (id #21591363, dob:**
**Encounter Date: 11/17/2017**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 11/17/2017 01:00PM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

new patient

new, joint stiffness and pain

## Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867

## Patient's Pharmacies

**WAL-MART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**
TOYOTA FAMILY PHARMACY (TMMK): 1001 CHERRY BLOSSOM WAY, GEORGETOWN KY 40324, Ph (502) 570-4610, Fax (502) 570-4610

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 11/17/2017 01:22 pm | **Wt:** | 159 lbs 11/17/2017 01:22 pm | **BMI:** | 24.9 11/17/2017 01:22 pm |
| **BP:** | 109/61 sitting R arm 11/17/2017 01:29 pm | **BP Cuff Size:** | adult 11/17/2017 01:29 pm | **Pulse:** | 57 bpm regular 11/17/2017 01:29 pm |
| **RR:** | 16 11/17/2017 01:29 pm | | | | |

## Allergies

Reviewed Allergies
**LORTAB:** Itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **calcium** | 11/17/17 | entered |
| **estradiol 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 11/17/17 | entered |
| **ketoprofen 75 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **Motrin 600 mg tablet**<br>Two times a day<br>**Internal Note:** Frequency: bid;Alt Frequency: prn;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008 | 05/20/08 | filled |
| **Multi Vitamin** | 11/17/17 | entered |
| **NexIUM 40 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **predniSONE 5 mg tablet**<br>take one po tid x 1 week; one po bid x 1 week then one po daily until gone | 11/17/17 | prescribed |

**Probiotic** 11/17/17 entered

**ZyrTEC 10 mg capsule** 11/17/17 entered
Take 1 capsule(s) every day by oral route.

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 09/10/2017)

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/10/2017)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): Y

## HPI

multiple recurring joint pain and tenderness; with hx of psoriasis; right hip pains, stiffness; tendemess; works full time at toyota and is concemed about worsening joint pains; denies cp, soa, rash or fevers and all others are negative

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally and normal tandem gait test.

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Sclerae: non-icteric.

**ENMT:** Ears: no lesions on extemal ear or hearing loss. Nose: no lesions on extemal nose and nares patent. Oral Cavity: no mouth or lip ulcers. Oropharynx: moist mucous membranes. Face: no malar erythema.

**Neck:** Neck: supple, FROM, trachea midline, and no masses. Lymph Nodes: no cervical LAD or supraclavicular LAD. Thyroid: no enlargement, tendemess, or nodules.

**Lungs:** Respiration: no dyspnea. Percussion: no dullness, flatness, or hyperresonance. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal and CTA except as noted.

**Cardiovascular System:** Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no JVD. Pulses including femoral / pedal: normal throughout.

**Musculoskeletal System:** Joints, Bones, and Muscles: no contractures, malalignment, or bony abnormalities and normal movement

of all extremities and **tenderness**. Extremities: no cyanosis, edema, varicosities, or palpable cord. Cervical Spine: normal extension and flexion. Lumbar Spine: normal extension, negative straight-leg raising test, and no paravertebral tenderness. Hips: normal internal rotation and external rotation; no tenderness of the SI joints, pain over the greater trochanteric bursa, or trigger point pain; and negative Patrick's test. Knees: no ligamentous instability on examination.

**Neurological** Exam: Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin**: Inspection and palpation: no ulcer, induration, nodules, jaundice, or abnormal nevi;**rash and lesion**; and good turgor; **Mild psoriatic lesions**. Nails: normal.

**Back**: Thoracolumbar Appearance: normal curvature.

## Assessment / Plan

1. **Multiple joint pain** - chronic and recurring joint pain and tenderness with flares more on the right side than on the left
hx of psoriasis for years
currently doesn't take any medications for this
no regular use of nsaids
   M25.50: Pain in unspecified joint
   - EATING HEALTHY FOODS: CARE INSTRUCTIONS
   - ESR, AUTOMATED
   - C-REACTIVE PROTEIN
   - ANTI-CCP
   - RHEUMATOID FACTOR
   - ANTINUCLEAR AB (ANA)
   - prednisone 5 mg tablet - take one po tid x 1 week; one po bid x 1 week then one po daily until gone Qty: 42 tablet(s)
   Refills: 0 Pharmacy: TOYOTA FAMILY PHARMACY (TMMK)

2. **Psoriasis with arthropathy** - Mild, sparse psoriatic lesions
   L40.50: Arthropathic psoriasis, unspecified
   - PSORIASIS: CARE INSTRUCTIONS

## Return to Office

- SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on 12/22/2017 at 01:30 PM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by SUSANNA MOBERLY, APRN, 11/22/2017.

Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 11/22/2017 at 1:26pm

# Lab Results

## ESR, AUTOMATED 03/26/2018 (#14619782, Final, 03/26/2018 2:47pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q7260755 | Specimen Source | |
| Specimen Coll. Date | 03/26/2018 14:47 | Result Status | Final |
| Specimen Rec. Date | 03/26/2018 14:52 | Report Status | |
| Specimen Reported Date | 03/26/2018 15:49 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ESR, AUTOMATED | 10 | 0-19 | MM/HR | Normal | Final | |

NEW LEXINGTON CLINIC PSC • 100 N EAGLE CREEK DR, LEXINGTON KY 40509-1805

**REECE, JAMIE H (id #21591363, dob:**

## ALT 03/26/2018 (#14618351, Final, 03/26/2018 2:47pm)

| | | | |
|---|---|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. | | |
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q7260755 | Specimen Source | |
| Specimen Coll. Date | 03/26/2018 14:47 | Result Status | Final |
| Specimen Rec. Date | 03/26/2018 14:52 | Report Status | |
| Specimen Reported Date | 03/26/2018 15:26 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ALT | 11 | 0-33 | U/L | Normal | Final | |

## AST 03/26/2018 (#14618349, Final, 03/26/2018 2:47pm)

| | | | |
|---|---|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. | | |
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q7260755 | Specimen Source | |
| Specimen Coll. Date | 03/26/2018 14:47 | Result Status | Final |
| Specimen Rec. Date | 03/26/2018 14:52 | Report Status | |
| Specimen Reported Date | 03/26/2018 15:26 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| AST | 19 | 0-32 | U/L | Normal | Final | |

## CREATININE 03/26/2018 (#14618347, Final, 03/26/2018 2:47pm)

| | | | |
|---|---|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. | | |
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q7260755 | Specimen Source | |
| Specimen Coll. Date | 03/26/2018 14:47 | Result Status | Final |
| Specimen Rec. Date | 03/26/2018 14:52 | Report Status | |
| Specimen Reported Date | 03/26/2018 15:26 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| CREATININE | 0.72 | 0.50-0.95 | mg/dL | Normal | Final | |

NEW LEXINGTON CLINIC PSC • 100 N EAGLE CRE... LEXINGTON KY 40509-1805

**REECE, JAMIE H (id #21591363, dob:**

## CBC 03/26/2018 (#14617913, Final, 03/26/2018 2:47pm)

| | |
|---|---|
| Note to Patient | your labs are normal |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q7260755 | Specimen Source | |
| Specimen Coll. Date | 03/26/2016 14:47 | Result Status | Final |
| Specimen Rec. Date | 03/26/2016 14:52 | Report Status | |
| Specimen Reported Date | 03/26/2018 15:21 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WHITE BLOOD CELLS | 4.8 | 3.8-10.8 | K/uL | Normal | Final | |
| RED BLOOD CELLS | 3.99 | 3.80-5.20 | M/uL | Normal | Final | |
| HEMOGLOBIN | 12.5 | 12.0-16.0 | G/DL | Normal | Final | |
| HEMATOCRIT | 36.9 | 35.0-47.0 | % | Normal | Final | |
| MCV | 92 | 80-100 | fL | Normal | Final | |
| MCH | 31 | 26-35 | PG | Normal | Final | |
| MCHC | 34 | 32-36 | G/DL | Normal | Final | |
| RDW | 13.5 | 11.0-15.0 | % | Normal | Final | |
| MPV | 7.7 | 6.2-10.5 | fL | Normal | Final | |
| PLATELET COUNT | 291 | 130-400 | K/uL | Normal | Final | |
| NEUTROPHIL,ABSOLUTE | 2.2 | 1.6-8.4 | K/uL | Normal | Final | |
| LYMPHOCYTE,ABSOLUTE | 2.1 | 0.4-5.1 | K/uL | Normal | Final | |
| MONOCYTE,ABSOLUTE | 0.4 | 0.0-1.2 | K/uL | Normal | Final | |
| EOSINOPHIL,ABSOLUTE | 0.1 | 0.0-0.8 | K/uL | Normal | Final | |
| BASOPHIL,ABSOLUTE | 0.0 | 0.0-0.3 | K/uL | Normal | Final | |
| % NEUTROPHILS | 46.8 | 42.0-78.0 | % | Normal | Final | |
| % LYMPHOCYTES | 42.9 | 11.0-47.0 | % | Normal | Final | |
| % MONOCYTES | 7.4 | 0.0-11.0 | % | Normal | Final | |
| % EOSINOPHILS | 2.6 | 0.0-7.0 | % | Normal | Final | |
| % BASOPHILS | 0.3 | 0.0-3.0 | % | Normal | Final | |
| NUCLEATED RED CELLS | 0.0 | 0.0-0.9 | % | Normal | Final | |
| NUCLEATED RBCS, ABSOLUTE | 0.00 | NOT ESTAB. | K/uL | Normal | Final | |

NEW LEXINGTON CLINIC PSC • 100 N EAGLE CRE R, LEXINGTON KY 40509-1805

**REECE, JAMIE H (id #21591363, dob:**

# QUANTIFERON TB GOLD 01/29/2018 (#13217013, Final, 01/26/2018 2:07pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q5260529 | Specimen Source | |
| Specimen Coll. Date | 01/26/2018 14:07 | Result Status | Final |
| Specimen Rec. Date | 01/26/2018 15:12 | Report Status | |
| Specimen Reported Date | 01/29/2018 17:30 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| QT. TB GOLD (INCUBATED) | NEGATIVE | NEGATIVE | | Normal | Final | CB |
| | Negative test result. M. tuberculosis complex infection unlikely. | | | | | |
| NIL | 0.02 | | IU/mL | Normal | Final | CB |
| MITOGEN NIL | >10.00 | | IU/mL | Normal | Final | CB |
| TB NIL | 0.00 | | IU/mL | Normal | Final | CB |
| | The Nil tube value is used to determine if the patient has a preexisting immune response which could cause a false-positive reading on the test. In order for a test to be valid, the Nil tube must have a value of less than or equal to 8.0 IU/mL.<br><br>The mitogen control tube is used to assure the patient has a healthy immune status and also serves as a control for correct blood handling and incubation. It is used to detect false-negative readings. The mitogen tube must have a gamma interferon value of greater than or equal to 0.5 IU/mL higher than the value of the Nil tube.<br><br>The TB antigen tube is coated with the M. tuberculosis specific antigens. For a test to be considered positive, the TB antigen tube value minus the Nil tube value must be greater than or equal to 0.35 IU/mL.<br><br>For additional information, please refer to http://education.questdiagnostics.com/faq/QFT (This link is being provided for informational/ educational purposes only.)<br><br>TEST PERFORMED AT:<br>QUEST DIAGNOSTICS WOOD DALE<br>1355 MITTEL BOULEVARD WOOD DALE, IL 60191-1024<br>ANTHONY V. THOMAS, MD | | | | | |

**REECE, JAMIE H (id #21591363, dob:**

## ESR, AUTOMATED 01/26/2018 (#13172514, Final, 01/26/2018 2:07pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q5260529 | Specimen Source | |
| Specimen Coll. Date | 01/26/2018 14:07 | Result Status | Final |
| Specimen Rec. Date | 01/26/2018 15:14 | Report Status | |
| Specimen Reported Date | 01/26/2018 16:19 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ESR, AUTOMATED | 11 | 0-19 | MM/HR | Normal | Final | |

## AST 01/26/2018 (#13171396, Final, 01/26/2018 2:07pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q5260529 | Specimen Source | |
| Specimen Coll. Date | 01/26/2018 14:07 | Result Status | Final |
| Specimen Rec. Date | 01/26/2018 15:13 | Report Status | |
| Specimen Reported Date | 01/26/2018 15:52 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| AST | 20 | 0-32 | U/L | Normal | Final | |

## CREATININE 01/26/2018 (#13171395, Final, 01/26/2018 2:07pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q5260529 | Specimen Source | |
| Specimen Coll. Date | 01/26/2018 14:07 | Result Status | Final |
| Specimen Rec. Date | 01/26/2018 15:13 | Report Status | |
| Specimen Reported Date | 01/26/2018 15:52 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| CREATININE | 0.73 | 0.50-0.95 | mg/dL | Normal | Final | |

NEW LEXINGTON CLINIC PSC • 100 N EAGLE CRE[illegible] LEXINGTON KY 40509-1805

**REECE, JAMIE H (id #21591363, dob:**

## ALT 01/26/2018 (#13171394, Final, 01/26/2018 2:07pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q5260529 | Specimen Source | |
| Specimen Coll. Date | 01/26/2018 14:07 | Result Status | Final |
| Specimen Rec. Date | 01/26/2018 15:13 | Report Status | |
| Specimen Reported Date | 01/26/2018 15:52 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ALT | 12 | 0-33 | U/L | Normal | Final | |

NEW LEXINGTON CLINIC PSC • 100 N EAGLE CRE( L LEXINGTON KY 40509-1805

**REECE, JAMIE H (id #21591363, dob:**

## CBC 01/26/2018 (#13171328, Final, 01/26/2018 2:07pm)

| | |
|---|---|
| Note to Patient | your labs are normal. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q5260529 | Specimen Source | |
| Specimen Coll. Date | 01/26/2018 14:07 | Result Status | Final |
| Specimen Rec. Date | 01/26/2018 15:14 | Report Status | |
| Specimen Reported Date | 01/26/2018 15:50 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WHITE BLOOD CELLS | 4.2 | 3.8-10.8 | K/uL | Normal | Final | |
| RED BLOOD CELLS | 4.07 | 3.80-5.20 | M/uL | Normal | Final | |
| HEMOGLOBIN | 12.6 | 12.0-16.0 | G/DL | Normal | Final | |
| HEMATOCRIT | 37.1 | 35.0-47.0 | % | Normal | Final | |
| MCV | 91 | 80-100 | fL | Normal | Final | |
| MCH | 31 | 26-35 | PG | Normal | Final | |
| MCHC | 34 | 32-36 | G/DL | Normal | Final | |
| RDW | 13.6 | 11.0-15.0 | % | Normal | Final | |
| MPV | 7.7 | 6.2-10.5 | fL | Normal | Final | |
| PLATELET COUNT | 282 | 130-400 | K/uL | Normal | Final | |
| NEUTROPHIL,ABSOLUTE | 1.6 | 1.6-8.4 | K/uL | Normal | Final | |
| LYMPHOCYTE,ABSOLUTE | 2.0 | 0.4-5.1 | K/uL | Normal | Final | |
| MONOCYTE,ABSOLUTE | 0.3 | 0.0-1.2 | K/uL | Normal | Final | |
| EOSINOPHIL,ABSOLUTE | 0.1 | 0.0-0.8 | K/uL | Normal | Final | |
| BASOPHIL,ABSOLUTE | 0.0 | 0.0-0.3 | K/uL | Normal | Final | |
| **% NEUTROPHILS** | **39.5** | **42.0-78.0** | **%** | **Low** | **Final** | |
| **% LYMPHOCYTES** | **48.6** | **11.0-47.0** | **%** | **High** | **Final** | |
| % MONOCYTES | 8.0 | 0.0-11.0 | % | Normal | Final | |
| % EOSINOPHILS | 3.5 | 0.0-7.0 | % | Normal | Final | |
| % BASOPHILS | 0.4 | 0.0-3.0 | % | Normal | Final | |
| NUCLEATED RED CELLS | 0.1 | 0.0-0.9 | % | Normal | Final | |
| NUCLEATED RBCS, ABSOLUTE | 0.00 | NOT ESTAB. | K/uL | Normal | Final | |

**REECE, JAMIE H (id #21591363, dob:**

## QUEST ANA, REFLEX 11/25/2017 (#11672547, Final, 11/17/2017 2:15pm)

| | |
|---|---|
| Note to Patient | Your autoimmune screening test is negative |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q3170710 | Specimen Source | |
| Specimen Coll. Date | 11/17/2017 14:15 | Result Status | Final |
| Specimen Rec. Date | 11/17/2017 14:52 | Report Status | |
| Specimen Reported Date | 11/25/2017 14:55 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ANA SCREEN, IFA | NEGATIVE | NEGATIVE | | Normal | Final | CB |

```
ANA IFA is a first line screen for detecting the
presence of up to approximately 150 autoantibodies in
various autoimmune diseases. A negative ANA IFA result
suggests ANA-associated autoimmune diseases are not
present at this time.

Visit Physician FAQs for interpretation of all
antibodies in the Cascade, prevalence, and association
with diseases at http://education.QuestDiagnostics.com/
faq/FAQ177

TEST PERFORMED AT:
QUEST DIAGNOSTICS WOOD DALE
1355 MITTEL BOULEVARD WOOD DALE, IL 60191-1024
ANTHONY V. THOMAS, MD
```

## ANTI-CCP 11/19/2017 (#11544741, Final, 11/17/2017 2:15pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q3170710 | Specimen Source | |
| Specimen Coll. Date | 11/17/2017 14:15 | Result Status | Final |
| Specimen Rec. Date | 11/17/2017 14:52 | Report Status | |
| Specimen Reported Date | 11/19/2017 16:46 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ANTI-CCP | <16 | | UNITS | Normal | Final | CB |

```
Reference Range
Negative:           <20
Weak Positive:      20-39
Moderate Positive:  40-59
Strong Positive:    >59

TEST PERFORMED AT:
QUEST DIAGNOSTICS WOOD DALE
1355 MITTEL BOULEVARD WOOD DALE, IL 60191-1024
ANTHONY V. THOMAS, MD
```

**REECE, JAMIE H (id #21591363, dob:**

## ESR, AUTOMATED 11/17/2017 (#11535359, Final, 11/17/2017 2:15pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q3170710 | Specimen Source | |
| Specimen Coll. Date | 11/17/2017 14:15 | Result Status | Final |
| Specimen Rec. Date | 11/17/2017 14:19 | Report Status | |
| Specimen Reported Date | 11/17/2017 15:38 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ESR, AUTOMATED | 12 | 0-19 | MM/HR | Normal | Final | |

## RHEUMATOID FACTOR 11/17/2017 (#11532162, Final, 11/17/2017 2:15pm)

| | |
|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q3170710 | Specimen Source | |
| Specimen Coll. Date | 11/17/2017 14:15 | Result Status | Final |
| Specimen Rec. Date | 11/17/2017 14:19 | Report Status | |
| Specimen Reported Date | 11/17/2017 14:47 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| RF SCREEN, QUANT. | <10.0 | 0.0-13.9 | IU/mL | Normal | Final | |

## C-REACTIVE PROTEIN 11/17/2017 (#11532160, Final, 11/17/2017 2:15pm)

| | |
|---|---|
| Note to Patient | I do not have all of your labs returned as of yet but your labs are normal and negative for rheumatoid or inflammatory arthritis |

| | | | |
|---|---|---|---|
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| Specimen/Accession ID | Q3170710 | Specimen Source | |
| Specimen Coll. Date | 11/17/2017 14:15 | Result Status | Final |
| Specimen Rec. Date | 11/17/2017 14:19 | Report Status | |
| Specimen Reported Date | 11/17/2017 14:47 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| C REACTIVE PROTEIN | 0.04 | 0.00-0.50 | mg/dL | Normal | Final | |
| | CONCENTRATIONS OF < 1 MG/DL EXCLUDE MANY ACUTE INFLAMMATORY DISEASES, BUT DO NOT SPECIFICALLY EXCLUDE INFLAMMATORY PROCESSES.<br><br>ELEVATED CONCENTRATIONS OF < 5 MG/DL IN ACUTE DISEASE OCCUR IN THE PRESENCE OF SLIGHT TO MODERATE INFLAMMATORY PROCESSES. VALUES > 5 MG/DL INDICATE HIGH AND EXTENSIVE INFLAMMATORY ACTIVITY. | | | | | |

## Letters

REECE, JAMIE H (id #21591363, dob:

Lexington Clinic

LEXINGTON CLINIC RHEUMATOLOGY
1221 S BROADWAY 5TH FLOOR
LEXINGTON, KY 40504-2701
Phone: (859) 258-4450, Fax: (859) 258-4039

Date: 03/26/2018

Dear Jamie Reece,

The following is a summary of your visit today. If you have any questions, please contact our office.

Sincerely,

Electronically Signed by: SUSANNA MOBERLY, APRN, NP

# Patient Care Summary for Jamie H Reece

## Most Recent Encounter

03/26/2018 Susanna Moberly: 1221 S Broadway, 5th Floor, Lexington, KY 40504-2701, Ph. tel:+1-859-2584450

## Reason for Visit

Psoriatic arthritis
routine pt has not started the humira yet has concerns; pt is still on MTX 4 pills twice weekly

## Assessment and Plan

The following list includes any diagnoses that were discussed at your visit.

**1. Psoriatic arthritis**

prednisone trial improved outcome; no itching, no rash, joint pains improved overall
will initiate methotrexate and folic acid
labs are good
requested and received humira, but she did not start on the meds
feeling improved with mtx and folic acid

- methotrexate sodium 2.5 mg tablet
- folic acid 1 mg tablet

---

**2. Long term methotrexate user**

- CBC w/ auto diff
- ESR (erythrocyte sedimentation rate), blood
- ALT (alanine aminotransferase), serum or plasma
- AST/SGOT (aspartate aminotransferase), serum or plasma
- creatinine, serum or plasma

Discussion Note: None recorded.

Patient educational handouts: No information available.

**REECE, JAMIE H (id #21591363, dob:**

## Plan of Care

| Reminders | | | Provider |
|---|---|---|---|
| **Appointments** | Recheck | 04/17/2018 2:15PM | An-Yu Chen, MD |
| | Recheck | on or around 06/26/2018 | Susanna Moberly, APRN |
| | Egd | on or around 08/01/2019 | An-Yu Chen, MD |
| **Lab** | CBC W/ Auto Diff | 03/26/2018 | Lexington Clinic Laboratory |
| | ESR (Erythrocyte Sedimentation Rate), Blood | 03/26/2018 | Lexington Clinic Laboratory |
| | ALT (Alanine Aminotransferase), Serum or Plasma | 03/26/2018 | Lexington Clinic Laboratory |
| | AST/SGOT (Aspartate Aminotransferase), Serum or Plasma | 03/26/2018 | Lexington Clinic Laboratory |
| | Creatinine, Serum or Plasma | 03/26/2018 | Lexington Clinic Laboratory |
| **Referral** | None recorded. | | |
| **Procedures** | None recorded. | | |
| **Surgeries** | None recorded. | | |
| **Imaging** | None recorded. | | |

NEW LEXINGTON CLINIC PSC • 100 N EAGLE CREEK . LEXINGTON KY 40509-1805

REECE, JAMIE H (id #21591363, dob:

## Current Medications

Your medical record indicates you are on the following medicine. If this list is not consistent with the medications you are currently taking, or if you are taking additional over-the-counter medicines, please inform your provider.

| Name | Prescribed Date | Start Date |
|---|---|---|
| calcium | | |
| Diflucan 150 mg tablet<br>Take 1 tablet every day by oral route for 3 days. | 01/09/2018 | |
| estradiol 1 mg tablet<br>Take 1 tablet every day by oral route. | | |
| folic acid 1 mg tablet<br>Take 1 tablet every day by oral route. | 03/26/2018 | |
| Humira 40 mg/0.8 mL subcutaneous syringe kit<br>Inject 0.8 mL every 2 weeks by subcutaneous route. | 01/30/2018 | |
| ketoprofen 75 mg capsule<br>Take 1 capsule every day by oral route. | 09/06/2017 | |
| methotrexate sodium 2.5 mg tablet<br>take 4 po twice weekly | 03/26/2018 | |
| Motrin 600 mg tablet<br>Two times a day | | 05/20/2008 |
| Multi Vitamin | | |
| Nexium 40 mg capsule,delayed release<br>Take 1 capsule every day by oral route. | 09/06/2017 | |
| prednisone 5 mg tablet<br>take one po daily as needed | 01/26/2018 | |
| Probiotic | | |
| Zyrtec 10 mg capsule<br>Take 1 capsule every day by oral route. | | |

## Medications Administered

None recorded.

## Vitals

| Height | Weight | BMI | Blood Pressure | Pulse | Respiration Rate | Body Surface Area | Blood Pressure Cuff Size |
|---|---|---|---|---|---|---|---|
| 5 ft 7 in | 168 lbs | 26.3 kg/m2 | 86/58 mm[Hg] | 62 bpm regular | 18 | 1.9 | adult |

## Lab Results

None recorded.

## Allergies

Please review your allergy list for accuracy. Contact your provider if this list needs to be updated.

| Code | Code System | Name | Reaction | Severity | Onset |
|---|---|---|---|---|---|
| | | Lortab | Itching | | 12/27/2006 |

REECE, JAMIE H (id #21591363, dob:

## Problems

| Name | Status | Onset Date | Source |
|---|---|---|---|
| Left Upper Quadrant Pain | Active | 11/12/2016 | History |
| Globus Sensation | Active | 07/13/2017 | |
| Painless Rectal Bleeding | Active | 07/13/2017 | |
| Family History of Stomach Cancer | Active | 07/13/2017 | |
| Psoriatic Arthritis | Active | 12/30/2017 | |

## Procedures

| Date | Name | Performed by |
|---|---|---|
| 01/01/2005 | Total Hysterectomy | Information not available |

## Vaccine List

Here is a copy of your most up-to-date vaccination list.

None recorded.

## Smoking Status

| | |
|---|---|
| **Smoking Status** | Never Smoker |

## Past Encounters

03/26/2018
Psoriatic Arthritis; Long Term Methotrexate User
Susanna Moberly, APRN: 1221 S Broadway, 5th Floor, Lexington, KY 40504-2701, Ph. (859) 258-4450

## Demographics

| | | | |
|---|---|---|---|
| Sex: | Female | Ethnicity: | Not Hispanic or Latino |
| DOB: | 09/22/1968 | Race: | White |
| Preferred language: | English | Marital status: | Married |

Contact: 1108 Deer Haven Ln, Lexington, KY 40509-2118, Ph. tel:+1-859-5336163

## Care Team Members

Primary Care Provider

Family Practice Associates 1775 Alysheba Way, Ste 201, Lexington, KY 40509, Ph. tel:+1-859-2785007

REECE, JAMIE H (id #21591363, dob:

Lexington Clinic

LEXINGTON CLINIC RHEUMATOLOGY
1221 S BROADWAY 5TH FLOOR
LEXINGTON, KY 40504-2701
Phone: (859) 258-4450, Fax: (859) 258-4039

Date: 01/26/2018

Dear Jamie Reece,

The following is a summary of your visit today. If you have any questions, please contact our office.

Sincerely,

Electronically Signed by: SUSANNA MOBERLY, APRN, NP

## Patient Care Summary for Jamie H Reece

### Most Recent Encounter

01/26/2018 Susanna Moberly: 1221 S Broadway, 5th Floor, Lexington, KY 40504-2701, Ph. tel:+1-859-2584450

### Reason for Visit

Psoriatic arthritis
1 month reck, doing about the same, has not noticed any improvement

**REECE, JAMIE H (id #21591363, dob:**

## Assessment and Plan

The following list includes any diagnoses that were discussed at your visit.

**1. Psoriatic arthritis**

prednisone trial improved outcome; no itching, no rash, joint pains improved overall
will initiate methotrexate and folic acid
labs are good
will f/u in 1 month

- methotrexate sodium 2.5 mg tablet
- folic acid 1 mg tablet
- prednisone 5 mg tablet

**2. Long term methotrexate user**

- CBC w/ auto diff
- ESR (erythrocyte sedimentation rate), blood
- ALT (alanine aminotransferase), serum or plasma
- AST/SGOT (aspartate aminotransferase), serum or plasma
- creatinine, serum or plasma

**3. Long-term drug therapy**

- tb (M tuberculosis), ifn-gamma elisa, blood

Discussion Note: None recorded.

Patient educational handouts: No information available.

## Plan of Care

| Reminders | | | Provider |
|---|---|---|---|
| **Appointments** | Egd | on or around 08/01/2019 | An-Yu Chen, MD |
| **Lab** | CBC W/ Auto Diff | 01/26/2018 | Lexington Clinic Laboratory |
| | ESR (Erythrocyte Sedimentation Rate), Blood | 01/26/2018 | Lexington Clinic Laboratory |
| | ALT (Alanine Aminotransferase), Serum or Plasma | 01/26/2018 | Lexington Clinic Laboratory |
| | AST/SGOT (Aspartate Aminotransferase), Serum or Plasma | 01/26/2018 | Lexington Clinic Laboratory |
| | Creatinine, Serum or Plasma | 01/26/2018 | Lexington Clinic Laboratory |
| | Tb (M Tuberculosis), Ifn-gamma Elisa, Blood | 01/26/2018 | Lexington Clinic Laboratory |
| **Referral** | None recorded. | | |
| **Procedures** | None recorded. | | |
| **Surgeries** | None recorded. | | |
| **Imaging** | None recorded. | | |

NEW LEXINGTON CLINIC PSC • 100 N EAGLE CRE , LEXINGTON KY 40509 1805

**REECE, JAMIE H (id #21591363, dob:**

## Current Medications

Your medical record indicates you are on the following medicine. If this list is not consistent with the medications you are currently taking, or if you are taking additional over-the-counter medicines, please inform your provider.

| Name | Prescribed Date | Start Date |
|---|---|---|
| calcium | | |
| Diflucan 150 mg tablet<br>Take 1 tablet every day by oral route for 3 days. | 01/09/2018 | |
| estradiol 1 mg tablet<br>Take 1 tablet every day by oral route. | | |
| folic acid 1 mg tablet<br>Take 1 tablet every day by oral route. | 01/26/2018 | |
| ketoprofen 75 mg capsule<br>Take 1 capsule every day by oral route. | 09/06/2017 | |
| methotrexate sodium 2.5 mg tablet<br>take 4 po twice weekly | 01/26/2018 | |
| Motrin 600 mg tablet<br>Two times a day | | 05/20/2008 |
| Multi Vitamin | | |
| Nexium 40 mg capsule,delayed release<br>Take 1 capsule every day by oral route. | 09/06/2017 | |
| prednisone 5 mg tablet<br>take one po daily as needed | 01/26/2018 | |
| Probiotic | | |
| Zyrtec 10 mg capsule<br>Take 1 capsule every day by oral route. | | |

## Medications Administered

None recorded.

## Vitals

| Height | Weight | BMI | Blood Pressure | Pulse | Respiration Rate | Body Surface Area | Blood Pressure Cuff Size |
|---|---|---|---|---|---|---|---|
| 5 ft 7 in | 169 lbs | 26.5 kg/m2 | 105/62 mm[Hg] | 61 bpm regular | 16 | 1.9 | adult |

## Lab Results

None recorded.

## Allergies

Please review your allergy list for accuracy. Contact your provider if this list needs to be updated.

| Code | Code System | Name | Reaction | Severity | Onset |
|---|---|---|---|---|---|
| | | Lortab | Itching | | 12/27/2006 |

**REECE, JAMIE H (id #21591363, dob:**

## Problems

| Name | Status | Onset Date | Source |
|---|---|---|---|
| Left Upper Quadrant Pain | Active | 11/12/2016 | History |
| Globus Sensation | Active | 07/13/2017 | |
| Painless Rectal Bleeding | Active | 07/13/2017 | |
| Family History of Stomach Cancer | Active | 07/13/2017 | |
| Psoriatic Arthritis | Active | 12/30/2017 | |

## Procedures

| Date | Name | Performed by |
|---|---|---|
| 01/01/2005 | Total Hysterectomy | Information not available |

## Vaccine List

Here is a copy of your most up-to-date vaccination list.

None recorded.

## Smoking Status

| Smoking Status | Never Smoker |
|---|---|

## Past Encounters

01/26/2018
Psoriatic Arthritis; Long Term Methotrexate User; Long-term Drug Therapy
Susanna Moberly, APRN: 1221 S Broadway, 5th Floor, Lexington, KY 40504-2701, Ph. (859) 258-4450

## Demographics

| | | | |
|---|---|---|---|
| Sex: | Female | Ethnicity: | Not Hispanic or Latino |
| DOB: | 09/22/1968 | Race: | White |
| Preferred language: | English | Marital status: | Married |

Contact: 1108 Deer Haven Ln, Lexington, KY 40509-2118, Ph. tel:+1-859-5336163

## Care Team Members

Primary Care Provider

Family Practice Associates 1775 Alysheba Way, Ste 201, Lexington, KY 40509, Ph. tel:+1-859-2785007

Lexington Clinic

LEXINGTON CLINIC RHEUMATOLOGY
1221 S BROADWAY 5TH FLOOR
LEXINGTON, KY 40504-2701
Phone: (859) 258-4450, Fax: (859) 258-4039

Date: 12/30/2017

Dear Jamie Reece,

The following is a summary of your visit today. If you have any questions, please contact our office.

Sincerely,

Electronically Signed by: SUSANNA MOBERLY, APRN, NP

## Patient Care Summary for Jamie H Reece

### Most Recent Encounter

12/20/2017 Susanna Moberly: 1221 S Broadway, 5th Floor, Lexington, KY 40504-2701, Ph. tel:+1-859-2584450

### Reason for Visit

Psoriatic arthritis
Pt is here today for fup labs done at last visit.

### Assessment and Plan

The following list includes any diagnoses that were discussed at your visit.

**1. Psoriatic arthritis**

prednisone trial improved outcome; no itching, no rash, joint pains improved overall
will initiate methotrexate and folic acid
labs are good
will f/u in 1 month

- methotrexate sodium 2.5 mg tablet
- folic acid 1 mg tablet
- prednisone 5 mg tablet

Discussion Note: None recorded.

Patient educational handouts: No information available.

**REECE, JAMIE H (id #21591363, dob:**

## Plan of Care

| Reminders | | | Provider |
|---|---|---|---|
| **Appointments** | Recheck | 01/18/2018 2:30PM | Susanna Moberly, APRN |
| | Egd | on or around 08/01/2019 | An-Yu Chen, MD |
| **Lab** | None recorded. | | |
| **Referral** | None recorded. | | |
| **Procedures** | None recorded. | | |
| **Surgeries** | None recorded. | | |
| **Imaging** | None recorded. | | |

## Current Medications

Your medical record indicates you are on the following medicine. If this list is not consistent with the medications you are currently taking, or if you are taking additional over-the-counter medicines, please inform your provider.

| Name | Prescribed Date | Start Date |
|---|---|---|
| calcium | | |
| estradiol 1 mg tablet<br>Take 1 tablet every day by oral route. | | |
| folic acid 1 mg tablet<br>Take 1 tablet every day by oral route. | 12/20/2017 | |
| ketoprofen 75 mg capsule<br>Take 1 capsule every day by oral route. | 09/06/2017 | |
| methotrexate sodium 2.5 mg tablet<br>take 4 po once weekly x 2 weeks; then increase to 6 po once weekly until follow up | 12/20/2017 | |
| Motrin 600 mg tablet<br>Two times a day | | 05/20/2008 |
| Multi Vitamin | | |
| Nexium 40 mg capsule,delayed release<br>Take 1 capsule every day by oral route. | 09/06/2017 | |
| prednisone 5 mg tablet<br>take one po daily as needed | 12/20/2017 | |
| Probiotic | | |
| Zyrtec 10 mg capsule<br>Take 1 capsule every day by oral route. | | |

## Medications Administered

None recorded.

## Vitals

| Height | Weight | BMI | Blood Pressure | Pulse | Blood Pressure Cuff Size | Body Surface Area |
|---|---|---|---|---|---|---|
| 5 ft 7 in | 163 lbs | 25.5 kg/m2 | 113/83 mm[Hg] | 71 bpm | adult | 1.87 |

## Lab Results

None recorded.

**REECE, JAMIE H (id #21591363, dob:**

## Allergies

Please review your allergy list for accuracy. Contact your provider if this list needs to be updated.

| Code | Code System | Name | Reaction | Severity | Onset |
|---|---|---|---|---|---|
| | | Lortab | Itching | | 12/27/2006 |

## Problems

| Name | Status | Onset Date | Source |
|---|---|---|---|
| Left Upper Quadrant Pain | Active | 11/12/2016 | History |
| Globus Sensation | Active | 07/13/2017 | |
| Painless Rectal Bleeding | Active | 07/13/2017 | |
| Family History of Stomach Cancer | Active | 07/13/2017 | |
| Psoriatic Arthritis | Active | 12/30/2017 | |

## Procedures

| Date | Name | Performed by |
|---|---|---|
| 01/01/2005 | Total Hysterectomy | Information not available |

## Vaccine List

Here is a copy of your most up-to-date vaccination list.

None recorded.

## Smoking Status

| | |
|---|---|
| **Smoking Status** | Never Smoker |

## Past Encounters

12/20/2017
Psoriatic Arthritis
Susanna Moberly, APRN: 1221 S Broadway, 5th Floor, Lexington, KY 40504-2701, Ph. (859) 258-4450

## Demographics

| | | | |
|---|---|---|---|
| Sex: | Female | Ethnicity: | Not Hispanic or Latino |
| DOB: | 09/22/1968 | Race: | White |
| Preferred language: | English | Marital status: | Married |

Contact: 1108 Deer Haven Ln, Lexington, KY 40509-2118, Ph. tel:+1-859-5336163

## Care Team Members

Primary Care Provider

Family Practice Associates 1775 Alysheba Way, Ste 201, Lexington, KY 40509, Ph. tel:+1-859-2785007

**Lexington Clinic**

LEXINGTON CLINIC RHEUMATOLOGY
1221 S BROADWAY 5TH FLOOR
LEXINGTON, KY 40504-2701
Phone: (859) 258-4450, Fax: (859) 258-4039

Date: 11/22/2017

Dear Jamie Reece,

The following is a summary of your visit today. If you have any questions, please contact our office.

Sincerely,

Electronically Signed by: SUSANNA MOBERLY, APRN, NP

# Patient Care Summary for Jamie H Reece

## Most Recent Encounter

11/17/2017 Susanna Moberly: 1221 S Broadway, 5th Floor, Lexington, KY 40504-2701, Ph. tel:+1-859-2584450

## Reason for Visit

new patient
new, joint stiffness and pain

## Assessment and Plan

The following list includes any diagnoses that were discussed at your visit.

**1. Multiple joint pain**

chronic and recurring joint pain and tenderness with flares more on the right side than on the left
hx of psoriasis for years
currently doesn't take any medications for this
no regular use of nsaids

- eating healthy foods: care instructions
- ESR (erythrocyte sedimentation rate), blood
- C reactive protein, QN, serum or plasma
- ccp (cyclic citrullinated peptide) iga+igg, serum
- rf (rheumatoid factor), serum
- ANA (antinuclear antibodies) screen, serum
- prednisone 5 mg tablet

---

**2. Psoriasis with arthropathy**

Mild, sparse psoriatic lesions

- psoriasis: care instructions

Discussion Note: None recorded.

**REECE, JAMIE H (id #21591363, dob:**

## Plan of Care

| Reminders | | | Provider |
|---|---|---|---|
| Appointments | Recheck | 12/22/2017 1:30PM | Susanna Moberly, APRN |
| | Egd | on or around 08/01/2019 | An-Yu Chen, MD |
| Lab | ESR (Erythrocyte Sedimentation Rate), Blood | 11/17/2017 | Lexington Clinic Laboratory |
| | C Reactive Protein, QN, Serum or Plasma | 11/17/2017 | Lexington Clinic Laboratory |
| | Ccp (Cyclic Citrullinated Peptide) Iga+igg, Serum | 11/17/2017 | Lexington Clinic Laboratory |
| | Rf (Rheumatoid Factor), Serum | 11/17/2017 | Lexington Clinic Laboratory |
| | ANA (Antinuclear Antibodies) Screen, Serum | 11/17/2017 | Lexington Clinic Laboratory |
| Referral | None recorded. | | |
| Procedures | None recorded. | | |
| Surgeries | None recorded. | | |
| Imaging | None recorded. | | |

## Current Medications

Your medical record indicates you are on the following medicine. If this list is not consistent with the medications you are currently taking, or if you are taking additional over-the-counter medicines, please inform your provider.

| Name | Prescribed Date | Start Date |
|---|---|---|
| calcium | | |
| estradiol 1 mg tablet<br>Take 1 tablet every day by oral route. | | |
| ketoprofen 75 mg capsule<br>Take 1 capsule every day by oral route. | 09/06/2017 | |
| Motrin 600 mg tablet<br>Two times a day | | 05/20/2008 |
| Multi Vitamin | | |
| Nexium 40 mg capsule,delayed release<br>Take 1 capsule every day by oral route. | 09/06/2017 | |
| prednisone 5 mg tablet<br>take one po tid x 1 week; one po bid x 1 week then one po daily until gone | 11/17/2017 | |
| Probiotic | | |
| Zyrtec 10 mg capsule<br>Take 1 capsule every day by oral route. | | |

## Medications Administered

None recorded.

## Vitals

| Height | Weight | BMI | Blood Pressure | Pulse | Respiration Rate | Body Surface Area | Blood Pressure Cuff Size |
|---|---|---|---|---|---|---|---|
| 5 ft 7 in | 159 lbs | 24.9 kg/m2 | 109/61 mm[Hg] | 57 bpm regular | 16 | 1.85 | adult |

## Lab Results

None recorded.

**REECE, JAMIE H (id #21591363, dob:**

## Allergies

Please review your allergy list for accuracy. Contact your provider if this list needs to be updated.

| Code | Code System | Name | Reaction | Severity | Onset |
|---|---|---|---|---|---|
| | | Lortab | Itching | | 12/27/2006 |

## Problems

| Name | Status | Onset Date | Source |
|---|---|---|---|
| Left Upper Quadrant Pain | Active | 11/12/2016 | History |
| Globus Sensation | Active | 07/13/2017 | |
| Painless Rectal Bleeding | Active | 07/13/2017 | |
| Family History of Stomach Cancer | Active | 07/13/2017 | |

## Procedures

| Date | Name | Performed by |
|---|---|---|
| 01/01/2005 | Total Hysterectomy | Information not available |

## Vaccine List

Here is a copy of your most up-to-date vaccination list.

None recorded.

## Smoking Status

| Smoking Status | Never Smoker |
|---|---|

## Past Encounters

11/17/2017
Multiple Joint Pain; Psoriasis with Arthropathy
Susanna Moberly, APRN: 1221 S Broadway, 5th Floor, Lexington, KY 40504-2701, Ph. (859) 258-4450

## Demographics

| | | | |
|---|---|---|---|
| Sex: | Female | Ethnicity: | Not Hispanic or Latino |
| DOB: | | Race: | White |
| Preferred language: | English | Marital status: | Married |

Contact:

## Care Team Members

Primary Care Provider

Family Practice Associates — 1775 Alysheba Way, Ste 201, Lexington, KY 40509, Ph. tel:+1-859-2785007

TM given restrictions following IHS visit

(mg)

Premise Health

## SOAP Note: Neck/Shoulder/Upper Back

Name: Jamie Reece DOB: Event #: 462547 Shift: 1/(2)/3
Emp ID: 77390 Inc Group: LT230 Team: — Section: Paint Finish
Eval Date: 2/11/2018 Sx. Start Date: 1/30/2018 Reported on: 2/11/2018 Work Related? (Y) N
Time: Start 1730 End 1830 (MSD) / Non-MSD (Assessment) / Re-assessment
Body Part: arm (neck - fingers) Side: Left / (Right) / Both R hand dom

Process of Concern: all jobs in LT230 CM Implemented?: none
Job Rotation: In training / abnormal rotation / (normal) rotation / TL / GL # of jobs: 3

vity wax / anti chip / frame tape / IR Big polish / IR 2nd inspec. / re-jis

~~MOI and C/C:~~
All jobs have a shoulder component, used to shoulder being tight but this is a new recently fell on stairs (caught self tripped up) doesn't believe it's related. P! occassionally in neck + collar bone. P! mostly in anterior shoulder + biceps. Sleep + ADL's affected (doesn't sleep on that side) NO specific MOI - overuse. TM doesn't feel she can safely do her jobs

Direct Cause: ☑ Required Posture ☐ Force ☐ Weight
☐ Environment ☐ Trip/Fall ☐ Behavior ☐ Unknown

Type of Discomfort:
Numbness: ≡≡≡ Pins and needles: OOO
~~Burning: ×××~~ Stabbing/Sharp: ///
(Ache/Dull: VVV) Trigger Point: • • •




Self Countermeasures: rest
☐ Ice ☐ Heat ☑ NSAIDS ☐ Posture Coaching ☐ None

PMH: see LSN note
none

Medications: see LSN note
Drug Allergies: see LSN note

Discomfort Scale: Current: 0 1 2 3 4 5 (6) 7 8 9 10
Worst: 0 1 2 3 4 5 6 (7)(8) 9 10

no nausea / dizziness

Observation and Palpation:
Posture / Gait / Deformities: forward shoulders
Swelling / Ecchymosis / Scars / Other: none
Tender to palpate: upper trap, scm, biceps tendon

Range of Motion:

| NECK | AROM L/(R) | MMT | NOTES | SHOULDER | AROM L/(R) | MMT | NOTES |
|---|---|---|---|---|---|---|---|
| Flexion | WNL | /5 | | Flexion | WNL / WNL | 4 /5 | ROM/MMT |
| Extension | | /5 | | Extension | / | 5 /5 | caused n/t |
| Rotation | / | /5 | | Abduction | / [illegible] | 5 /5 | in 3rd - 5th |
| Side Flexion | / | /5 | | Hz. Adduction | / | 5 /5 | fingers |
| | | | | Internal Rot. | / | 4 /5 | |
| Grip Strength | - | 5 /5 | | External Rot. | / lax | 4 /5 | |

Other findings:

Special Tests:

| | | | | | |
|---|---|---|---|---|---|
| Spurling's Test | -/+ | Bear Hug | -/+ | Empty Can | -/(+) |
| Rib Compression | -/+ | Lift Off/Belly Test | (-)/+ | O'Brien's | -/(+) |
| Adson's | -/+ | Neer Impingement | (-)/+ | Biceps Load | -/+ |
| Load and Shift | -/+ | Hawkins-Kennedy | -/(+) | Speed's Test | (-)/+ |
| Hornblower's Sign | -/+ | A/P Apprehension | -/+ | Sulcus Sign | -/+ |

APR 18 2018

A/DD: (R) arm d! ☑ EIA ☐ Provider Consulted
Countermeasures: ☐ Ice ☐ Heat ☐ Self-massage ☐ Soft Support ☐ Massage ☐ Stretching Packet
☐ Wellness Education ☐ Review PDA ☐ Posture Coaching ☐ Video Analysis ☐ Re-assess on
☑ Referral reason: self - TM request Case #: 2018 - 548495
AT Signature: Allison Strickland MS, ATC
AA CA DB MC JD JE (NJ) MM NM JS KT KW SW

2/11 - 9:00pm
Deborah

426662

Tuesday, December 19, 2017

TM given restrictions following IHS visit

(MS)

Premise Health

**SOAP Note: Elbow/Wrist/Hand**

Name: Jamie Reece DOB: _ Event #: 462547 Shift: 1 (2) 3
Emp ID: 77390 Inc Group: LT230 Team: — Section: Paint Finish
Eval Date: 2/1/2018 Sx Start Date: 1/31/2018 Reported on: 2/1/2018 Work Related? (Y) N
Time: Start 1730 End 1830 (MSD) / Non-MSD (Assessment) / Re-assessment
Body Part: arm (neck-fingers) Side: Left / (Right) / Both — (R) hand dom

Process of Concern: cavity wax CM Implemented? : gun hose been fixed
Job Rotation: In training / abnormal rotation / (normal rotation) / TL / GL # of jobs: 3

MOI and C/C:
TM has d/ thumb side + radiating to fingers. D/ is so intense TM was unable to complete last run. Doesn't feel she can safely do her job. D/ is in all finger tips. was originally thumb then pinky then all fingers. TM believes cavity wax may have caused d/ Gun rolls/twists over requiring extra effort to use (pulls to pronation) AA's arrested

Direct Cause: ☒ Required Posture ☒ Force ☐ Weight ☐ Environment ☐ Trip/Fall ☐ Behavior ☐ Unknown

Type of Discomfort: occassional n/t . current: ache / throbbing
(Numbness: = = =) (Pins and needles: OOO) Burning: x x x Stabbing/Sharp: / / / (Ache/Dull: VVV) Trigger Point: • • •



Discomfort Scale: Current: 0 1 2 3 4 (5) (6) 7 8 9 10
Worst: 0 1 2 3 4 5 6 (7) (8) 9 10

Self Countermeasures: Stopped doing jobs
☐ Ice ☐ Heat ☒ NSAIDS ☐ Posture Coaching ☐ None

PMH: See LSN note none
Medications: see LSN note
Drug Allergies: See LSN note NKDA

Observation and Palpation:
Posture / Gait / Deformities: none
Swelling / Ecchymosis / Scars / Other: TM states she's had swelling around thumb, none @ ES
Tender to palpate: "Stiff" in abd hallucis, Forearms present w/ tension

Range of Motion:

| ELBOW | AROM L/(R) | MMT | WRIST | AROM L/(R) | MMT | FINGER | AROM L/(R) | MMT |
|---|---|---|---|---|---|---|---|---|
| Flexion | wnl / | /5 | Flexion | wnl/wnl | /5 | 1st Abd/Add | wnl/wnl | /5 |
| Extension | / | /5 | Extension | / lack | /5 | 1st Flex/Ext | / wnl | /5 |
| Supination | / | /5 | U. Deviation | / lack | /5 | 2nd Flex/Ext | / wnl | /5 |
| Pronation | / | /5 | R. Deviation | / lack | /5 | 3rd Flex/Ext | / lack | /5 |
| | | | | | | 4th Flex/Ext | / lack | /5 |
| | | | Grip Strength | - | 5 /5 | 5th Flex/Ext | / lack | /5 |

Special Tests:

| | | | | | |
|---|---|---|---|---|---|
| Tap/Bump | −/+ | Phalen's | −/+ | Compression | −/+ |
| Valgus | −/+ | Finkelstein's | −/(+) | Distraction | −/+ |
| Varus | −/+ | Watson's Test | −/(+) | upper limb tension | −/(+) |
| Tinel's Sign | (−)/+ | Tennis Elbow Test | −/+ | | −/+ |

Other findings: MMT not performed due to lacking ROM

A/DD: (R) arm d/ ☒ EIA ☐ Provider Consulted
Countermeasures: ☐ Ice ☒ Heat ☐ Self-massage ☐ Soft Support ☐ Massage ☐ Stretching Packet
☐ Wellness Education ☐ Review PDA ☐ Posture Coaching ☐ Video Analysis ☐ Re-assess on
☒ Referral reason: self referral TM request Case #: 2018-548495

9pm 2/1/18 deborah

AT Signature: Allison Strickland MS, ATC
AA CA DB MC JD JE (AU) MM NM JS KT KW SW

426662

Tuesday, January 23, 2018

Group - Lexus Paint Finish. (     *Wrist + shoulder are within ... injuries. (

●●●● HIGHLY CONFIDENTIAL 極秘

**Premise Line Side Medical Early Intervention Investigation Form**

Date: 2/1/2018 In: 17:30 Out: 18:30

Name: Jamie Reece TM# 77890 Incident#: DOB:

Group LT230 Team Group Leader Brad McKinney Ext Time In Group:

DOI: 1/28/2018 Reported on: 1/31 to TL HYH/HYP [X] Yes: Date: 1/31/18 [ ] No

Number of calendar days delayed in reporting: Do you feel this is a work related issue? [X] yes [ ] no

***Body Part***: Wrist [X] Right [ ] Left [ ] Bilateral [ ] Upper [ ] Lower

Incident Type: [ ] Acute [ ] Ergo Acute [ ] Cumulative - Force

***MOI*** (address 5 whys): TM states the cavity wax gun on the cavity wax process. is what is causing her wrist discomfort TM states the gun is always trying to twist over and she feels she has to fight to keep it in a certain position. TM believe it may be the hose of the gun causing the gun to move. TM

***TM Statement:*** states she does not feel safe doing her processes.

***Processes In Rotation:***

Are you on a regular rotation? [X] yes [ ] no Have there been any recent changes to your process? [ ] yes [ ] no

Have you received any recent training? [ ] yes [ ] no Are you in an offline position? [ ] yes [ ] no

Any process(es) causing increased discomfort? [X] yes [ ] no If yes, provide details: Cavity wax

Are other team members in your group complaining of similar symptoms? [ ] Yes [ ] No

***Symptoms Reported/Duration:*** [ ] Sharp [X] Numbness [X] Tingling

[ ] Dull [X] Ache [ ] Burning [ ] Popping [ ] Clicking

[ ] Weakness [X] Referred Discomfort [ ] No Discomfort [ ] Other:

TM's description of symptoms: Into finger tips 'Throbbing'

Is this affecting sleep or other activities [X] yes [ ] no If yes, describe: Waking the team member up in the middle of the night.

***Discomfort Scale:*** Current 5-6 /10 At Worst 7-8 / 10 At Best /10

***Self-Countermeasures:*** [ ] Ice [ ] Heat [X] NSAIDS/Acetaminophen [ ] Posture Coaching [ ] Gen/Prev. Stretches

[ ] None [ ] Outside Medical Attention [ ] Other

***LSM Assessment:***

Have you ever had surgery, injury, or discomfort in this or a similar body part? [ ] Yes [X] No

If yes, explain (include date(s) of occurrence).

Indefinite Restrictions? [ ] Yes [X] No Explain if yes.

In the last 3 months, have you returned to work from a leave of absence or transferred to a new position?

[ ] Yes [X] No If yes, provide details:

Medications: ~~[illegible]~~ methotrexate, nexium, estradiol

Medication Allergies: NKDA

Past Medical conditions: complete hysterectomy, GERD

●●●● HIGHLY CONFIDENTIAL

**PREMISE LINE SIDE INITIAL EARLY INTERVENTION INVESTIGATION FORM**

Has your group leader, safety or other staff members made any corrective measures to improve the process causing your discomfort? [X] Yes [ ] No If yes, Explain: TM states maitenance came to work on gun

Do you have any recommendations to improve the process that is causing your discomfort? [ ] Yes [ ] No
If yes, explain team member recommendations: ______

***Assessment Findings:***

Skin temp: Warm Cap. Refill: brisk Other: 2 radial pulse 02-97%
Blood Pressure: 103/71 HR: 66 Respirations: ______

***Significant Clinical Findings:*** [ ] FROM [ ] Limited ROM [ ] Bony abnormality [ ] Crepitus [ ] Trigger Points [ ] Edema [ ] Redness [ ] Tenderness [ ] Deformity [ ] No abnormalities noted [ ] Recent fever/chills

Other: TM admits swelling at thenar region, no swelling noted on evaluation.
LROM w/ 3rd, 4th, and 5th digit flexion + extension
FROM of elbow. Normal grip strength.
Positive Test per AT: + Finklestein's + Watson's Test
+ upper limb tension MMT not tested due to LROM

LSM and/or ATC schedule a line call to review processes? [ ] Yes [ ] No Date: Tension in forearms
[X] ATC Nikki Jackson ATC present for TM assessment *TM has normal sensation
[ ] ATC verbalizes TM is able to safely perform 100% of all processes
[ ] Group Leader notified of eligibility for early intervention [ ] Yes [ ] No If yes, complete the following
GL: ______ notified by: ______
GL able to support EIA? [ ] Yes [ ] No Date EIA began: ______ Date EIA Ended: ______
Reason GL is unable to support EIA: ______

***Recommendations by Lineside Medical:***

[ ] Ice [ ] QHS [ ] BID post shift/ prior to sleep [ ] TID top of lunch/post shift/prior to sleep suggest sit down duty
[ ] NSAIDS/Acetaminophen OTC doses as directed on bottle
[ ] Heat prior to activity [ ] Therawax [ ] Self Massage [ ] Biofreeze as directed on packet [ ] PDA hill I.H.S 2000
[ ] Preventative Stretches [ ] Soft Support ______ [ ] Wellness education Appointment.
[ ] Other ______ **ESI Start Date:** 2/1/2018

***Referral:*** [X] Requested by TM [ ] ESI Timeframe Expired [ ] Clinical Findings [ ] ATC recommendation
***Recommendations by ESI:*** [ ] Video Analysis [ ] Posture Coaching [ ] Safety Concern Registration
Days ESI delayed: ______ Reason for Delay: ______

[ ] TM agreeable and verbalizes to report any changes in status or onset of new symptoms
Are you agreeable to schedule IHS visit and initiate Workers' Compensation claim?* [ ] Yes [ ] No
*** If referring to IHS for work related injury: explain that clinic visit will initiate Workers' Compensation Claim**

**Are you interested in Humana Vitality? [ ] Yes [ ] No [ ] Already Participating in Humana Vitality**
**LSM assisted with Humana Vitality? [ ] Yes [ ] No Referred to Wellness Nurse [ ] Yes [ ] No**

LSM RN NAME: Kristin Ford RN Date: 2/1/2018

Group - Lexus Paint Finish

●●●● HIGHLY CONFIDENTIAL 極秘

**Premise Line Side Medical Early Intervention Investigation Form**

Date: 2/1/2018 In: 17:30 Out: 18:30

Name: Jamie Reece TM# 11390 Incident#: DOB:

Group LT230 Team Group Leader Brad McKinna / Ext Time in Group:

DOI: 1/23/2018 Reported on: 1/31 to TL HYH/HYP [X] Yes: Date: 1/31/18 [ ] No

1/30/18 Number of calendar days delayed in reporting: Do you feel this is a work related issue? [X] yes [ ] no

***Body Part***: Shoulder [X] Right [ ] Left [ ] Bilateral [ ] Upper [ ] Lower

Incident Type: [ ] Acute [ ] Ergo Acute [ ] Cumulative → ~~Forced~~ Required Posture

***MOI*** (address 5 whys): TM states all the jobs she is on has a shoulder component such as repetitive buffing, wiping, placing window frame ect. TM states she does not feel safe performing processes because the extent of discomfort.

* TM states recently she fell on stairs but caught herself. TM

***TM Statement:*** does not believe this is related to her d! and has not had d! from this incident.

***Processes in Rotation:*** Cavity wax, Frame tape, 2nd inspection

Are you on a regular rotation? [X] yes [ ] no Have there been any recent changes to your process? [ ] yes [ ] no

Have you received any recent training? [ ] yes [ ] no Are you in an offline position? [ ] yes [X] no

Any process(es) causing increased discomfort? [X] yes [ ] no If yes, provide details: A combination of all jobs

Are other team members in your group complaining of similar symptoms? [ ] Yes [ ] No

***Symptoms Reported/Duration:*** [ ] Sharp____ [ ] Numbness____ [ ] Tingling____

[ ] Dull____ [X] Ache____ [ ] Burning____ [ ] Popping____ [ ] Clicking____

[ ] Weakness____ [X] Referred Discomfort____ [ ] No Discomfort [ ] Other:

TM's description of symptoms: into neck. d! at anterior shoulder.

Is this affecting sleep or other activities [X] yes [ ] no If yes, describe: Waking TM up in middle of night. → denies NV

***Discomfort Scale:*** Current 6 /10 At Worst 7-8 / 10 At Best ____/10

***Self-Countermeasures:*** [ ] Ice [ ] Heat [X] NSAIDS/Acetaminophen [ ] Posture Coaching [ ] Gen/Prev. Stretches

[ ] None [ ] Outside Medical Attention [ ] Other

***LSM Assessment:***

Have you ever had surgery, injury, or discomfort in this or a similar body part? [ ] Yes [X] No

If yes, explain (include date(s) of occurrence).

Indefinite Restrictions? [ ] Yes [X] No Explain if yes.

In the last 3 months, have you returned to work from a leave of absence or transferred to a new position?

[ ] Yes [X] No If yes, provide details:

Medications: Nexium, Methotrexate, Estradiol

Medication Allergies: NKDA

Past Medical conditions: Complete hysterectomy, GERD

●●●● HIGHLY CONFIDENTIAL 極秘

**PREMISE LINE SIDE INITIAL EARLY INTERVENTION INVESTIGATION FORM**

Has your group leader, safety or other staff members made any corrective measures to improve the process causing your discomfort? [ ] Yes [ ] No If yes, Explain: ______________________

Do you have any recommendations to improve the process that is causing your discomfort? [ ] Yes [ ] No
If yes, explain team member recommendations: ______________________

***Assessment Findings:***
Skin temp: warm Cap. Refill: brisk Other: O2-97% . 2+ radial pulse
Blood Pressure: 103/71 HR: 66. Respirations: ________
***Significant Clinical Findings:*** [ ] FROM [ ] Limited ROM [ ] Bony abnormality [ ] Crepitus [ ] Trigger Points
[ ~~+Edema~~ [ ~~+Redness~~ [X] Tenderness [ ] Deformity [ ] No abnormalities noted [ ] Recent fever/chills
Other: TM denies any bruising, redness or swelling.
LROM w/ external rotation of shoulder FROM of neck.
MMT 4/5 w/ flexion, internal + external rotation of shoulder.
Positive Test per AT; Hawkins-Kennedy + Empty can + O'Brien's

LSM and/or ATC schedule a line call to review processes? [ ] Yes [ ] No Date: __________
[X] ATC Nikki Jackson ATC present for TM assessment
[ ] ATC verbalizes TM is able to safely perform 100% of all processes
[ ] Group Leader notified of eligibility for early intervention [ ] Yes [ ] No If yes, complete the following
GL: ______________ notified by: ______________
GL able to support EIA? [ ] Yes [ ] No Date EIA began: ________ Date EIA Ended : ________
Reason GL is unable to support EIA: ______________________

***Recommendations by Lineside Medical:***
[ ] Ice [ ] QHS [ ] BID post shift/ prior to sleep [ ] TID top of lunch/post shift/prior to sleep
[ ] NSAIDS/Acetaminophen OTC doses as directed on bottle
[ ] Heat prior to activity [ ] Therawax [ ] Self Massage [ ] Biofreeze as directed on packet [ ] PDA
[ ] Preventative Stretches [ ] Soft Support ________ [ ] Wellness education
[ ] Other______________ **ESI Start Date:** 2/1/2018
***Referral:*** [ ] Requested by TM [ ] ESI Timeframe Expired [ ] Clinical Findings [ ] ATC recommendation
***Recommendations by ESI:*** [ ] Video Analysis [ ] Posture Coaching [ ] Safety Concern Registration
Days ESI delayed: ______ Reason for Delay: ______________________

[ ] TM agreeable and verbalizes to report any changes in status or onset of new symptoms
Are you agreeable to schedule IHS visit and initiate Workers' Compensation claim?* [ ] Yes [ ] No
*** If referring to IHS for work related injury: explain that clinic visit will initiate Workers' Compensation Claim**

**Are you interested in Humana Vitality? [ ] Yes [ ] No [ ] Already Participating in Humana Vitality**
**LSM assisted with Humana Vitality? [ ] Yes [ ] No Referred to Wellness Nurse [ ] Yes [ ] No**

LSM RN NAME: Kristin Tord RN. Date: 2/1/2018

TM does not feel like she can do her job safely.

# Symptom Diagram

Name: Jamie Reece Clock#: 77390 DOB: ______________

Date: 2/1/18 Time: ______________

Please draw the symbol below on the body where the symptom/s are/have been happening.

| Numbness | Pins and Needles | Burning | Stabbing/Sharp | Ache/Dull |
|---|---|---|---|---|
| = = = | O O O | X X X | / / / | V V V |




Rate your pain by circling the number below, see the pain scale on reverse for description of pain scale

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. At this time | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 2. At its worst | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 3. At its best | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

# Pain Scale

0- Pain Free

1- Very Minor Annoyance, Occasional Minor Twinges

2- Minor Annoyance, Occasional Strong Twinges

3- Annoying Enough to be Distracting

4- Can be Ignored if you are really involved in your work, but still distracting

5- Can't be Ignored for more than 30 minutes

6- Can't be Ignored for any length of time, but you can still go to work and participate in social activities

7- Makes it difficult to concentrate, interferes with sleep. You can still function with effort

8- Physical activity is severely limited; you can read and converse with effort. Nausea and dizziness set in as factors of pain

9- Unable to speak, crying out and/or moaning uncontrollably; near delirium

10- Unconscious: Pain makes you pass out

MSIG

April 16, 2018

Lexington Clinic Rheumatology SB and Susanna Moberly, APRN
1221 South Broadway
Lexington, KY 40504
***Att: Medical Records***

received

RE: D/O/I: 1/30/18
CLAIM #: SA211932
D/O/B:
EMPLOYEE: Jamie Reece

To Whom It May Concern:

We are the administrators of the above captioned Worker's Compensation claim. KRS 342.020 (4) states that any...healthcare provider shall...provide the requesting party with any information...related to the injury for which the employee claims compensation.

Please forward **any and all information and written material reasonably related to a history of treatment for psoriatic arthritis, neck, and/or right upper extremity dated 1/1/00- present** and promptly return with your bill for the statutory $0.50 per page plus postage charge for pre-injury history.

The mailing address is: MSMM
1001 CHERRY BLOSSOM WAY
GEORGETOWN, KY 40324

If there are any questions or concerns, please contact me at 502-570-6628 or via fax at 502-868-4990.

Sincerely,

Jennifer Kane
Senior Claims Representative
Mitsui Sumitomo Insurance Group
1001 Cherry Blossom Way
Georgetown, KY 40324-0000
Phone: 502-570-6628
Fax: 502-868-4990
JKane@msigusa.com

# Bluegrass Orthopaedics

Harry Lockstadt M.D
Gregory D'Angelo M.D
Veronica A. Vasicek M.D
Norman Ellingsen M.D
John E. Balthrop M.D
William L. O'Neill M.D
J. Martin Favetto M.D
Jason S. Harrod DPM
Wallace L. Huff M.D
Ryan Donegan M.D
Travis Hunt M.D
Christian Christensen M.D

Kayla Brown
3480 Yorkshire Medical Park
Lexington, KY 40509
(859) 263 – 5140 ex 656
**(859) 514 – 0268 fax**
Kayla.Brown@bluegrassortho.com

## FAX

| | |
|---|---|
| To: Patty Yeast | From: Kayla Brown / WC Department |
| Fax: 502.868.4990 | Date Faxed: 4-11-18 |
| Re: Jamie Reece | DOB/Claim #: SA211932PVY |

CONFIDENTIALITY NOTICE: The documents in this facsimile transmission may contain confidential health information that is privileged and legally protected from disclosure by the Health Insurance Portability and Accountability Act (HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, disseminating, disclosing, distributing, copying, acting upon or otherwise using the information contained in this facsimile is strictly prohibited. If you have received this information in error, please notify the sender immediately at 859-263-5140 and destroy this facsimile.

**Please contact me with determination via phone/fax/email in regards to:**

**AUTHORIZATION REQUEST ATTACHED:**

Referral to Dr. Tutt
@ Lexington Clinic.

Thanks!

After reviewing Dr. Donegan's notes & request I am approving an evaluation with Dr. Tutt.

Thank you
Patty Yeast
Adjuster

BLUEGRASS ORTHOPAEDICS

Re: Jamie Reece
DOB:
04/11/2018

☐ Return to full duty ☑ Return to work with restrictions ☐ Off Work

Effective date: 4/11/2018 Ending date : Pending Referral

☐ OTHER

FUNCTIONAL ABILITY

☐ Heavy Work. Lifting 100lbs maximum with occasional lifting and/or carrying objects weighing up to 100lbs
☐ Medium Work. Lifting 50lbs maximum with occasional lifting and/or carrying objects weighing up to 50lbs
☐ Light Work. Lifting 20lbs maximum with occasional lifting and/or carrying objects weighing up to 20lbs
☐ Seated Work Only: Lifting 10lbs max. Occasionally carrying such articles as dockets, ledgers, and small tools. Jobs are sedentary if walking/standing is are required ONLY OCCASIONALLY.
☐ Lumbar/Spine Restrictions. Minimize repetitive bending and twisting through spine. Alternate between sitting, standing and walking with frequent changes in posture. Avoid impact loading and vibration to spine.
☐ Limitation of work hours/day: ☐ 4 hours ☐ 8 hours

Restrictions/Limitation

| | | | | |
|---|---|---|---|---|
| Sit | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Stand | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Walk | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Bend | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Squat | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Climb | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Stairs | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Twist | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |

☐ Lifting ______ to _______ lbs. ☐ Max: lbs. ☐ RUE ☐ LUE
☐ BUE
☑ No use of upper extremity ☑ Right ☐ Left
☐ Required to wear: ☐ Splint ☐ Cast ☐ Brace ☐ Left ☐ Right
☐ Avoid: ☐ Pushing/Pulling ☐ Flexion/Extension of wrist/elbow
☐ Pinching/Gripping ☐ Pronation/supination (palm down/palm up)
☐ Avoid overhead work (keep hands below heart level)

If the employer is unable to accommodate the restrictions, the employee is off work until the next M.D. appointment.

Follow up appt:

Sincerely,
Ryan P. Donegan MD

Electronically signed by: Ryan P. Donegan MDApr 11, 2018 3:13 pm

**Patient:** 198482 - Jamie Reece
**DOB:**

**Date:** 04/11/2018 15:00
**Provider:** Donegan, Ryan Patrick MD
**Encounter:** WC FOLLOW UP/EST

## ACTIVE PROBLEMS

- Bone Pain in the Heel Left
- Joint Pain, Localized in the Shoulder

## CHIEF COMPLAINT

The Chief Complaint is: F/u after RMI c-spine.

## REFERRED HERE

Referred by Toyota.

## HISTORY OF PRESENT ILLNESS

Jamie Reece is a 49 year old female.
- Medication list reviewed.

Patient's in today for follow-up on her C-spine MRI. She states the Neurontin has helped her pain. The pain over the anterior chest wall and around the clavicle and some of the numbness has been improved. She still has some mild anterior shoulder pain.

## CURRENT MEDICATION

- Cyclobenzaprine HCl 10MG Oral Tablet 15 days, 0 refills
- Folic Acid 1MG Oral Tablet 90 days, 0 refills
- GoodSense Esomeprazole 20MG Oral Capsule Delayed Release 90 days, 0 refills
- Methotrexate 2.5MG Oral Tablet 29 days, 0 refills
- Neurontin 300MG Oral Capsule 1 every bedtime, 14 days, 0 refills
- ZyrTEC Allergy 10 MG Tablet once a day 0 days, 0 refills

## PAST MEDICAL/SURGICAL HISTORY

**Reported:**

Medical: Arthritic joint problems.
Past medical history non-contributory
anemia.

**Surgical:**

- Hysterectomy

## PREVIOUS THERAPY

- History of orthopedic options: physical therapy

## SOCIAL HISTORY

**Patient:** **198482 - Jamie Reece**
**DOB:**

**Date:** **04/11/2018 15:00**
**Provider:** **Donegan, Ryan Patrick MD**
**Encounter:** **WC FOLLOW UP/EST**

Diet: No recent change in diet.
Behavioral: No caffeine use, no tobacco use, not a current smoker, and smoking status: Never smoker.
Alcohol: Alcohol use.
Drug Use: Not using drugs.
Habits: Exercising regularly.

## ALLERGIES

- anti-inflammatories

## FAMILY HISTORY

Osteoporosis
**Maternal:**
Heart disease
Osteoporosis

## REVIEW OF SYSTEMS

**Systemic:** Not feeling tired (fatigue), no recent weight loss, and no recent weight gain. No edema.
**Head:** No headache and no sinus pain.
**Eyes:** No vision problems. Vision problems. No glaucomatous visual field defect.
**Otolaryngeal:** No hearing loss and no tinnitus. No nasal symptoms.
**Cardiovascular:** No chest pain or discomfort and no palpitations.
**Pulmonary:** No daytime asthma symptoms, no cough, and no chronic cough. No wheezing.
**Gastrointestinal:** No heartburn and no abdominal pain.
**Endocrine:** No hot flashes and no muscle weakness.
**Hematologic:** No easy bleeding and no tendency for easy bruising.
**Musculoskeletal:** No lower back pain. No soft tissue swelling and no localized joint pain.
**Neurological:** No dizziness, no convulsions, and no numbness.
**Psychological:** No anxiety, no emotional lability, no depression, and no insomnia. Not crying for no reason.
**Skin:** Dry skin psoriasis. No rash and no ulcers.
**Allergic and Immunologic:** No complaint of seasonal allergic reaction.

## PHYSICAL FINDINGS

- Vitals taken 04/11/2018 02:42 pm

kns

| | |
|---|---|
| BP-Sitting | 115/71 mmHg |
| Pulse Rate-Sitting | 76 bpm |
| Height | 67 in |
| Weight | 160 lbs |
| Body Mass Index | 25.1 kg/m2 |

**Patient:** **198482 - Jamie Reece**
**DOB:**

**Date:** **04/11/2018 15:00**
**Provider:** **Donegan, Ryan Patrick MD**
**Encounter:** **WC FOLLOW UP/EST**

Body Surface Area 1.84 m2

She is awake and alert. Well groomed and nourished. No acute distress. Normal gait and station. Appropriate mood and affect. No atrophy of the arm. No skin changes. No swelling or joint effusions.

## TESTS

MRI of the C-spine was reviewed with Dr. Donegan. There is mild diffuse disc bulge at C4-5. There appears to be some increased signal in the cord around C5 and C6. The radiologist didn't comment on this but again no known significance of this signal.

## ASSESSMENT

Mild cuff tendinopathy
Cervical radiculopathy

## PREVIOUS TESTS

**Imaging:**
**X-Ray:**
An X-ray was performed.
**MRI Scan:**
An MRI was performed.

## THERAPY

- Clinical summary provided to patient.

## PLAN

- **Other**
  Neurontin 300 MG capsule, 1 every bedtime, 14 days, 0 refills

It is likely that she has multifactorial causes to her shoulder pain. She does have some very minor changes in the cuff that are nonsurgical. We again reviewed her MRI of the shoulder today and found no surgical indication there. The numbness and the pain radiating all the way down her arm is not cuff based and is likely radicular. Before we proceed with any further intervention in her shoulder will have a neck specialist evaluate her an MRI. No further questions. Dr. Donigan did refill her Neurontin.

## NOTES

***This dictation was done with voice recognition software and may contain errors and omissions.***

Electronically signed by Cheslee Bloyd, PA-C

**Patient:** **198482 - Jamie Reece**
**DOB:**

**Date:** **04/11/2018 15:00**
**Provider:** **Donegan, Ryan Patrick MD**
**Encounter:** **WC FOLLOW UP/EST**

AIC
American Imaging Consultants, PLLC
Your Strategic Partner for Teleradiology Solutions

Dale R. Absher, M.D.
J. Alex Harper, M.D
Charles M. Kenney III, M.D.
Jon K. Kostelic, M.D.
A. David Westerfield IV, M.D.

Final Report

SA 211932

| | |
|---|---|
| NAME: | REECE, JAMIE |
| D.O.B. / SEX: | / Female |
| MRN / ACC#: | 198482 / 1609591 |
| ORDERING PHYSICIAN: | RYAN DONEGAN MD, |
| EXAM REQUESTED: | 72141--MRI CERVICAL SPINE W/O CONTRAST |
| FACILITY: | Bluegrass Orthopaedics |
| DATE: | 4/10/2018 |
| RADIOLOGIST NAME: | Kostelic, Jon |

**CLINICAL HISTORY:**

right upper ext pain.

**FINDINGS:**

Multiplanar MR imaging of the cervical spine was performed without contrast. On the sagittal T2-weighted images, there is mild decreased signal throughout the cervical disks. There is no evidence of fracture. The vertebral alignment is normal. There is apparent subtle increased signal within the cervical cord at the C6 level of uncertain significance. This is not well seen on axial images. No significant canal stenosis is identified. The cervicomedullary junction is normal.

C2-3: There is no significant canal stenosis or neural foraminal narrowing.

C3-4: There is no significant canal stenosis or neural foraminal narrowing.

C4-5: There is a mild diffuse disc bulge. There is mild bilateral neuroforaminal narrowing.

C5-6: There is no significant canal stenosis or neural foraminal narrowing.

C6-7: There is no significant canal stenosis or neural foraminal narrowing.

C7-T1: There is no significant canal stenosis or neural foraminal narrowing.

IMPRESSION:

1. Mild diffuse disc bulge and mild bilateral neuroforaminal narrowing at C4-5.
2. Possible subtle increased signal within the cervical cord at the C6 level. This is of uncertain significance. Clinical correlation is recommended.

MSMM Georgetown
C Pull

APR 17 2018

Claim #: ________
Date Rec'd: ________ Ck: ________
Medical Case Mgr: ________________

Authenticated by Kostelic, Jon on 4/10/2018 3:19:56 PM, Eastern Time

# Bluegrass Orthopaedics

Harry Lockstadt M.D
Gregory D'Angelo M.D
Veronica A. Vasicek M.D
Norman Ellingsen M.D
John E. Balthrop M.D
William L. O'Neill M.D
J. Martin Favetto M.D
Jason S. Harrod DPM
Wallace L. Huff M.D
Ryan Donegan M.D
Travis Hunt M.D
Christian Christensen M.D

Kayla Brown
3480 Yorkshire Medical Park
Lexington, KY 40509
(859) 263 – 5140 ex 656
**(859) 514 – 0268 fax**
Kayla.Brown@bluegrassortho.com

Please take to Patty Yeast! Thank you!

**FAX**

Kayla

| | |
|---|---|
| To: ~~Patty Yeast~~ | From: ~~Kayla Brown / WC Department~~ Patty |
| Fax: 502·868·4990 | Date Faxed: 4-4-18 |
| Re: Jamie Reese | DOB/Claim # : SA211932PVY |

CONFIDENTIALITY NOTICE: The documents in this facsimile transmission may contain confidential health information that is privileged and legally protected from disclosure by the Health Insurance Portability and Accountability Act (HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, disseminating, disclosing, distributing, copying, acting upon or otherwise using the information contained in this facsimile is strictly prohibited. If you have received this information in error, please notify the sender immediately at 859-263-5140 and destroy this facsimile.

**Please contact me with determination via phone/fax/email in regards to:**

**AUTHORIZATION REQUEST ATTACHED:**

MRI C-Spine
Without contrast

Thanks!

I have reviewed Dr. Donegan's notes (thank you for faxing) and I am approving the MRI C-Spine. Patty Yeast adjuster

APR 05 2018

**Patient:** 198482 - Jamie Reece
**DOB:**

**Date:** 04/04/2018 14:45
**Provider:** Donegan, Ryan Patrick MD
**Encounter:** WC NEW PATIENT

GA 211932

## ACTIVE PROBLEMS
- Bone Pain in the Heel Left
- Joint Pain, Localized in the Shoulder

## CHIEF COMPLAINT
The Chief Complaint is: Rt shoulder pain.

## REFERRED HERE
Referred by Toyota.

## HISTORY OF PRESENT ILLNESS
Jamie Reece is a 49 year old female.
• Symptoms burning
pinching
numbness
stiffness.
• Medication list reviewed.
• Sharp pain Symptoms • Pain is throbbing • Pain is dull, aching
Please rate pain on scale of 1 - 10: 4
Medications used for this condition: OTC, NSAID's
No Previous Treatment

Patient complains of right shoulder and right-sided neck pain since January. There was no traumatic event. She likely feels that this is related to repetitive use at work. She states that repetitive head movement and shoulder motion makes her symptoms worse. PT for the shoulder only exacerbates her symptoms. She does have numbness in her hand and fingers. Pain radiates up the side of her neck into her jaw area on occassion and there is pain that radiates into the chest and posterior shoulder as well. Ibuprofen and muscle relaxants have not helped.

MSMM Georgetown
☐ Drop

## CURRENT MEDICATION
- Cyclobenzaprine HCl 10MG Oral Tablet 15 days, 0 refills
- Folic Acid 1MG Oral Tablet 90 days, 0 refills
- GoodSense Esomeprazole 20MG Oral Capsule Delayed Release 90 days, 0 refills
- Methotrexate 2.5MG Oral Tablet 29 days, 0 refills
- ZyrTEC Allergy 10 MG Tablet once a day 0 days, 0 refills

APR 16 2018
Claim #:
Ben. Date:
Initial & Date

## PAST MEDICAL/SURGICAL HISTORY
**Reported:**
Medical: Arthritic joint problems.
Past medical history non-contributory

**Patient:** 198482 - Jamie Reece
**DOB:**

**Date:** 04/04/2018 14:45
**Provider:** Donegan, Ryan Patrick MD
**Encounter:** WC NEW PATIENT

anemia.
**Surgical:**
- Hysterectomy

## PREVIOUS THERAPY
- History of orthopedic options: physical therapy

## SOCIAL HISTORY
Diet: No recent change in diet.
Behavioral: No caffeine use, no tobacco use, not a current smoker, and smoking status: Never smoker.
Alcohol: Alcohol use.
Drug Use: Not using drugs.
Habits: Exercising regularly.

## ALLERGIES
- anti-inflammatories

## FAMILY HISTORY
Osteoporosis
**Maternal:**
Heart disease
Osteoporosis

## REVIEW OF SYSTEMS
**Systemic:** Not feeling tired (fatigue), no recent weight loss, and no recent weight gain. No edema.
**Head:** No headache and no sinus pain.
**Eyes:** No vision problems. Vision problems. No glaucomatous visual field defect.
**Otolaryngeal:** No hearing loss and no tinnitus. No nasal symptoms.
**Cardiovascular:** No chest pain or discomfort and no palpitations.
**Pulmonary:** No daytime asthma symptoms, no cough, and no chronic cough. No wheezing.
**Gastrointestinal:** No heartburn and no abdominal pain.
**Endocrine:** No hot flashes and no muscle weakness.
**Hematologic:** No easy bleeding and no tendency for easy bruising.
**Musculoskeletal:** No lower back pain. No soft tissue swelling and no localized joint pain.
**Neurological:** No dizziness, no convulsions, and no numbness.
**Psychological:** No anxiety, no emotional lability, no depression, and no insomnia. Not crying for no reason.
**Skin:** Dry skin psoriasis. No rash and no ulcers.
**Allergic and Immunologic:** No complaint of seasonal allergic reaction.

**Patient:** 198482 - Jamie Reece
**DOB:**

**Date:** 04/04/2018 14:45
**Provider:** Donegan, Ryan Patrick MD
**Encounter:** WC NEW PATIENT

## PHYSICAL FINDINGS

- Vitals taken 04/04/2018 03:01 pm
  kns

| | |
|---|---|
| BP-Sitting | 120/73 mmHg |
| Pulse Rate-Sitting | 77 bpm |
| Height | 67 in |
| Weight | 160 lbs |
| Body Mass Index | 25.1 kg/m2 |
| Body Surface Area | 1.84 m2 |

Patient is awake and alert. Well groomed and nourished. No acute distress. Normal gait and station

No skin changes to the right arm or neck.

No bunion deformities or joint effusions in the arm or shoulder

There is cervical pain and spasm on palpation today and over the trapezius. Pain with cervical flexion and lateral flexion to the left. Distraction test is negative. Hoffmans negative. negative TOS signs and peripheral compression signs. Her hand did become painful and tingling throughout the cervical exam.
shoulder shows full motion without pain. No strength defcit or pain with supra, subcap or infra testing. Labral sheer test is negative. No biceps pain. No AC joint pain. NO instability.

Normal sensation. no atrophy. +2 radial pulse.

## TESTS

MR arthrogram of the right shoulder shows cuff tendinopathy and fraying but no tears.

Cervical x-ray shows kyphosis and mild degenerative changes in multiple levels.

## ASSESSMENT

Cervical radiculopathy

## PREVIOUS TESTS

**Imaging:**
**X-Ray:**
An X-ray was performed.
**MRI Scan:**
An MRI was performed.

**Patient:** 198482 - Jamie Reece
**DOB:**

**Date:** 04/04/2018 14:45
**Provider:** Donegan, Ryan Patrick MD
**Encounter:** WC NEW PATIENT

## THERAPY

- Clinical summary provided to patient.

## PLAN

- **Other**
  Radiology/MRI: MRI Cervical Spine
  Instructions: c-spine
  Neurontin 300 MG capsule, 1 every bedtime, 14 days, 0 refills

She has a benign shoulder exam. There is no pain or strength deficit noted on exam. I cannot reproduce her symptoms with shoulder exam. I think this is a more proximal issue. I recommended MRI of the cervical spine. We'll see her back after the test. I've advised her to hold off on therapy for her shoulder due to the exacerbating her symptoms. We gave her Neurontin for nighttime discomfort. This may need to be titrated. She understands the risks and benefits of the medication.

## NOTES

***This dictation was done with voice recognition software and may contain errors and omissions.***

Electronically signed by Cheslee Bloyd, PA-C

**Ryan Patrick Donegan MD**
**Electronically signed by: Ryan Donegan Date: 04/04/2018 16:07**

MSMM ... town
Dror
APR 16 2018
Claim #:
Ben. Date:
Initial & Date:

# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Jamie Reece | **Visit Date:** | March 23, 2018 |
| **Patient ID:** | 95270 | **Provider:** | Nan Pack, PA |
| **Sex:** | Female | **Location:** | 2000 Clinic |
| **Birthdate:** | | **Location Address:** | 1001 Cherry Blossom Way<br>Georgetown, KY 403249999 |
| | | **Location Phone:** | (502) 868-4961 |

## Chief Complaint

- right shoulder
- Right wrist
- neck

ID # 77390

LT230 Lexus Paint Finish
2nd shift
full time
GL: Brad McKinney

case#548495
BODY PART Right Shoulder/ neck / Right wrist /right hand / RUE
DOI: 1/30/2018

f/u occ. Right neck/right shoulder/RUE. Restricted. s/p MRI and NCV. TM states she has had no improvement. TM states that the dye from the MRI has caused her a lot of pain. States that her pain is radiating from her right neck up her right jawline, down into her right shoulder and right collarbone, down her right arm into her right thumb. Rates her pain currently 5/10. States she has a constant ache with occasional sharp pains. States that PT is going well, but she doesn't notice a difference. TM states she had her NCV done, and Dr Leung told her it was normal. She feels her ROM has decreased d/t pain. States she still has some numbness in her right hand. TLM RN

## History Of Present Illness

As noted in CC. F/U neck, right shoulder wrist and hand. TM here c/o worsening of shoulder and neck pain after getting MRI on 3/21/18. TM states she has pain all around the shoulder joint that radiates down arm into triceps and pain at side of the neck that radiates into jaw and clavicle, n/t at finger tips. She states elbow and wrist also still hurt. She states that she feels like if she could get her shoulder in a sling this would help. She mentioned this to the therapist at PT and he told her that was not a good ideal. She states PA talked to her about MRI results and the examiner told her that nerve study was normal. She is concerned about what can be done next since PT has not really helped. Discussed options for referral to specialist, Donegan or Hester and TM will discuss this with provider at f/u next week. Provided pain management and this visit.

## Additional Info (PFSH)

Reviewed TLM RN

## Review of Systems

**Constitutional**

- **Denies** : no complaints

**Musculoskeletal**

- **Denies** : additional musculoskeletal symptoms except as noted in the HPI

## Vitals

| Date | Time | BP | Position | Site | L\R | Cuff Size | HR | RR | TEMP(°F) | WT | HT | BMI kg/m² | BSA m² | O2 Sat | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/23/2018 | 05:30 PM | 109/65 | Sitting | | | | 76 - R | 16 | | | | | | 97 % | |

## Physical Examination

**Constitutional**

- **Appearance** : well-nourished, well developed, alert, in no acute distress

**Neck**

- **Inspection/Palpation** : Cervical spine: tenderness over the right lateral, over clavicle and left pectoralis muscle, no swelling or masses
- **Range of Motion** : cervical range of motion within normal limits, pain with flexion and extension motion

**Musculoskeletal**

- **Right Upper Extremity** :
  - **Inspection/Palpation** : Right shoulder: appears normal, no redness or swelling or injection site, tenderness to palpation over the anterior shoulder and axilla and tenderness over medial elbow
  - **Joint Stability** : Right shoulder, elbow and wrist joint stability normal
  - **Range of Motion** : Right shoulder range of motion normal, no joint crepitus present, pain with all shoulder joint motion

**Neurologic**

- **Motor Examination** :
  - **RUE Strength** : strength normal
  - **LUE Strength** : strength normal
- **Gait and Station** :
  - **Gait Screening** : gait within normal limits, able to participate in exercise program

## Assessment

- Medial epicondylitis of right elbow 726.31/M77.01
- Wrist pain, acute, right 719.43/M25.531
- Acute Right Neuritis of upper extremity 354.8/M79.2
  EMG/NCV normal
- Tendinopathy 727.9/M67.90
  MRI shows right shoulder & mild AC joint OA changes

## Plan

**Orders**

- ALT: OCC - Follow-up (OCINJFU) - 726.31/M77.01, 719.43/M25.531, 354.8/M79.2, 727.9/M67.90 - 03/23/2018
- ALT: Provider - Occupational Visit (OCCPROV) - 726.31/M77.01, 719.43/M25.531, 354.8/M79.2, 727.9/M67.90 - 03/23/2018
- Hot water bottle, ice cap or collar, heat and/or cold wrap, any type (A9273) - 726.31/M77.01, 719.43/M25.531, 354.8/M79.2, 727.9/M67.90 - 03/23/2018
- Injection, ketorolac tromethamine, per 15 mg (J1885) - 726.31/M77.01, 719.43/M25.531, 354.8/M79.2, 727.9/M67.90 - 03/23/2018
  60 mg IM
- Non-prescription drugs (A9150) - 726.31/M77.01, 719.43/M25.531, 354.8/M79.2, 727.9/M67.90 - 03/23/2018
  Tylenol 1000 mg
- Therapeutic, prophylactic, or diagnostic injection; SQ or IM (96372) - 726.31/M77.01, 719.43/M25.531, 354.8/M79.2, 727.9/M67.90 - 03/23/2018

**Instructions**

- F/U Occ
- RTW with modified restrictions
- TM advised she can resume naproxen in 24 hours
- Advised ROM stretching, ice and meds as directed
- Continue PT
- Keep f/u scheduled next week

[Digital Signature Validated]
Lincoln/Reece 3874

**Electronically Signed by:** Nan Pack, PA -Author on March 23, 2018 09:32:08 PM

# Patrick K Leung, M.D., PSC
## Neurodiagnostic Laboratory

1401 Harrodsburg Road, C-225
Lexington, KY 40504
Phone: (859) 373-0700
Fax: (859) 422-3994

**Test Date: 3/22/2018**

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | Jamie Reece | **DOB:** | | **Physician:** | Patrick Leung, M.D. |
| **Sex:** | Female | **Height:** | 5' 7" | **Ref Phys:** | Debra Schilder, P.A. |
| **ID#:** | 18-0259 | **Weight:** | 160 lbs. | **Technician:** | Robert Allen, R. NCST, BS |

**History:**
This is a 49 year old female who has pain in her right arm and hand. She has numbness, weakness and tingling in her right hand.

DOI: 1/30/18 Claim #: SA211932 PVY Employee #:77390

## Nerve Conduction Studies

**Anti Sensory Summary Table**

| Site | NR | Onset (ms) | Peak (ms) | Norm Peak (ms) | O-P Amp (µV) | Norm O-P Amp | Site1 | Site2 | Delta-P (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Right Radial Anti Sensory (Base 1st Digit)** | | | | | | | | | | | | |
| Wrist | | 1.4 | 2.0 | <2.9 | 39.8 | >20 | Wrist | Base 1st Digit | 2.0 | 10.0 | 50 | |
| Site 2 | | 1.4 | 2.0 | | 42.2 | | | | | | | |

**Ortho Sensory Summary Table**

| Site | NR | Onset (ms) | Peak (ms) | Norm Peak (ms) | O-P Amp (µV) | Norm O-P Amp | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Right Median Ortho Sensory (Wrist)** | | | | | | | | | | | | |
| Palm | | 1.4 | 1.8 | <2.3 | 116.8 | >50 | Palm | Wrist | 1.4 | 8.0 | 57 | |
| Site 2 | | 1.4 | 1.8 | | 114.3 | | | | | | | |
| **Right Ulnar Ortho Sensory (Wrist)** | | | | | | | | | | | | |
| Palm | | 1.2 | 1.7 | <2.3 | 48.9 | >15 | Palm | Wrist | 1.2 | 8.0 | 67 | |
| Site 2 | | 1.2 | 1.7 | | 47.9 | | | | | | | |

**Motor Summary Table**

| Site | NR | Onset (ms) | Norm Onset (ms) | O-P Amp (mV) | Norm O-P Amp | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Right Median Motor (Abd Poll Brev)** | | | | | | | | | | | |
| Wrist | | 3.6 | <4.5 | 10.1 | >4 | Wrist | Abd Poll Brev | 3.6 | 7.0 | 19 | |
| Elbow | | 7.3 | | 9.8 | | Elbow | Wrist | 3.7 | 22.5 | 61 | >48 |
| **Right Ulnar Motor (Abd Dig Minimi)** | | | | | | | | | | | |
| Wrist | | 2.4 | <3.6 | 8.5 | >6 | Wrist | Abd Dig Minimi | 2.4 | 6.5 | 27 | |
| B Elbow | | 5.7 | | 8.2 | | B Elbow | Wrist | 3.3 | 21.5 | 65 | >51 |
| A Elbow | | 7.2 | | 8.2 | | A Elbow | B Elbow | 1.5 | 10.0 | 67 | >51 |

**F Wave Studies**

| NR | F-Lat (ms) | Lat Norm (ms) | L-R F-Lat (ms) | L-R Lat Norm |
|---|---|---|---|---|
| **Right Median (Mrkrs) (Abd Poll Brev)** | | | | |
| | 25.85 | <33 | | <2.2 |
| **Right Ulnar (Mrkrs) (Abd Dig Min)** | | | | |
| | 24.97 | <36 | | <2.5 |

**EMG**

| Side | Muscle | Nerve | Root | Ins Act | Fibs | Psw | Fasic | Amp | Dur | Poly | Recrt | Int Pat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Right | 1stDorInt | Ulnar | C8-T1 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Abd Poll Brev | Median | C8-T1 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | PronatorTeres | Median | C6-7 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Biceps | Musculocut | C5-6 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Triceps | Radial | C6-7-8 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Deltoid | Axillary | C5-6 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Supraspinatus | SupraScap | C5-6 | Nml | Nml | Nml | 0 | Nml | Nml | 0 | Nml | Nml |
| Right | Cervical Parasp Up | Rami | C1-3 | Nml | Nml | Nml | 0 | | | | | |
| Right | Cervical Parasp Mid | Rami | C4-6 | Nml | Nml | Nml | 0 | | | | | |

**Impression:**

**Normal right arm.**

**No evidence of carpal tunnel syndrome, other focal nerve entrapment or cervical radiculopathy.**

Patrick Leung, M.D.

## Encounters and Procedures

Clinical Encounter Summaries
**Encounter Date: 03/22/2018**
Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 1791 | **Appt. Date/Time** | 03/22/2018 03:00PM |
| **DOB** | | **Service Dept.** | Main Office |
| **Provider** | PATRICK K. LEUNG, MD | | |
| **Insurance** | Med Worker's Comp: MSI RISK MANAGEMENT<br>Employer Name : TOYOTA<br>Case # : SA211932PVY<br>Case Injury Date : 01/30/2018<br>Prescription: ESI1 - Member is eligible. details | | |

Chief Complaint

None recorded.

Patient's Care Team

**Insurance Adjuster (Worker's Comp):** PATTY YEAST

Vitals

None recorded.

Allergies

None recorded.

Medications

Reviewed Medications

| | | |
|---|---|---|
| **cyclobenzaprine 10 mg tablet** | 09/10/17 | filled |
| **diclofenac sodium 75 mg tablet,delayed release** | 09/11/17 | filled |
| **esomeprazole magnesium 40 mg capsule,delayed release** | 02/05/18 | filled |
| **estradiol 1 mg tablet** | 11/29/17 | filled |
| **fluconazole 150 mg tablet** | 01/09/18 | filled |
| **fluticasone 50 mcg/actuation nasal spray,suspension** | 08/11/17 | filled |
| **Fluzone Quad 2017-18(PF) 60 mcg(15 mcgx4)/0.5 mL intramuscular syringe** | 12/06/17 | filled |
| **folic acid 1 mg tablet** | 03/19/18 | filled |
| **ketoprofen 75 mg capsule** | 03/07/17 | filled |
| **Loratadine-D 10 mg-240 mg tablet,extended release 24 hr** | 11/28/17 | filled |
| **metHOTREXate sodium 2.5 mg tablet** | 01/26/18 | filled |
| **methylPREDNISolone 4 mg tablets in a dose pack** | 09/11/17 | filled |
| **naproxen 500 mg tablet,delayed release** | 09/10/17 | filled |
| **ondansetron HCl 4 mg tablet** | 05/04/17 | filled |
| **predniSONE 5 mg tablet** | 01/26/18 | filled |
| **Suprep Bowel Prep Kit 17.5 gram-3.13 gram-1.6 gram oral solution** | 07/14/17 | filled |

MSMM Georgetown
☐ Drop ☐ Pull
MAR 30 2018
Claim #: ______ DOI: ______
Ben. Date: ______ Adj. Code: ______
Initial & Date Sent: ______

Attachment for claim 914V16626

**terconazole 0.4 % vaginal cream** 01/09/18 filled

**topiramate 50 mg tablet** 05/04/17 filled

Vaccines

None recorded.

Problems

Reviewed Problems

Procedure Documentation

**NCV/EMG:**
Results

Assessment / Plan

**1. Paresthesia**
R20.2: Paresthesia of skin
- NECK PAIN: CARE INSTRUCTIONS

Return to Office

None recorded.

Encounter Sign-Off

Encounter signed-off by Robby Allen, 03/22/2018.

Encounter performed and documented by Patrick K. Leung, MD
Encounter reviewed & signed by Robby Allen on 03/22/2018 at 3:26pm

MSMM Georgetown
☐ Drop ☐ Pull

MAR 30 2018

Claim #: ______ D/L: ______
Ben. Date: ______ AIA Code ______
Initial & Date Sent: ______

Attachment for claim 914V16626



123493-5360

LEXINGTON DIAGNOSTIC CENTER & OPEN MRI

neurodiagnostics
#2424.95

1725 Harrodsburg Road, Suite 100
Lexington, KY 40504
T: 859 276-7226 F: 859 276-1540
www.LexingtonDiagnostic.com

**Exam Date:** March 20, 2018 11:50
**Patient Information:** REECE, JAMIE
**Patient ID:** 538975
**Accession Number:** EAB4
**Date of Birth:**

**Referred by:** SCHILDER, PA-C, DEBRA
FAX (502) 868-4998
GEORGETOWN, KY 40324
(502) 868-4981

Page 1 of 1

4A211932

**EXAMINATION:** MR arthrogram of the right shoulder.

**SEDATION:** None.

**HISTORY:** On-the-job injury. Right shoulder and arm pain with limited range-of-motion.

**COMPARISON:** Comparison is made with prior x-rays from 2/27/2018.

**PROCEDURE:** After obtaining informed consent, the patient was transferred to the fluoroscopy suite and placed in the supine position. The patient was prepped and draped in a normal sterile fashion. The overlying skin was anesthetized with a mixture of 7 cc of 2% Lidocaine and 3 cc of sodium bicarbonate. Under fluoroscopic guidance, a 22 gauge spinal needle was introduced into the right shoulder joint. From a mixture of 9 cc of saline, 5 cc of Isovue-300, 7 cc of Lidocaine, and 0.2 ml of Dotarem, a total of 12 cc was injected into the right shoulder joint. The remaining 9.8 ml of Dotarem from the 10 ml vial was discarded. The needle was withdrawn and light manual compression was placed over the puncture site. There is normal opacification of the right shoulder joint with contrast. There is no evidence of contrast extravasation into the subacromial/subdeltoid space. The patient tolerated the exam well and was transferred to the MR suite. Fluoroscopy time: 15 seconds. A total of 2 digital fluoroscopic images were obtained.

**IMPRESSION:** Successful right shoulder arthrogram.

DICOM format images are available to non-affiliated external healthcare facilities or entities for follow-up and comparison on InteleConnect with an InteleConnect sign-on and password. For access, please contact our office. The patient was also given a CD containing the DICOM format images at no additional charge.

Electronically signed by: JASON S. HARRIS, M.D. (Mar 20, 2018 18:24:06)

MSMM Georgetown
☐ Drop ☐ Pull

**Reporting Radiologist:** HARRIS, M.D., JASON S.
Jason S. Harris, M.D.
Medical Director

MAR 29 2018

**Date Dictated:** March 20, 2018 16:39
**Date Transcribed:** March 20, 2018 17:34
**Transcriptionist:** H, Pam

Claim #: __________ D/L: __________
Ben. Date: __________ A/E Date: __________
Initial & Date Sent __________

LEXINGTON DIAGNOSTIC CENTER & OPEN MRI

1725 Harrodsburg Road, Suite 100
Lexington, KY 40504
T: 859 278-7226 F: 859 276-1540
www.LexingtonDiagnostic.com

| | | | |
|---|---|---|---|
| **Exam Date:** | March 20, 2018 13:39 | **Referred by:** | SCHILDER, PA-C, DEBRA |
| **Patient Information:** | REECE, JAMIE | | FAX (502) 868-4998 |
| **Patient ID:** | 538975 | | GEORGETOWN, KY 40324 |
| **Accession Number:** | EABF | | (502) 868-4961 |
| **Date of Birth:** | | | |



**EXAMINATION:** MRI of the right shoulder post intra-articular joint injection.

**SEDATION:** None.

**HISTORY:** On-the-job injury. Right shoulder and arm pain with limited range-of-motion.

**COMPARISON:** Comparison is made with prior x-rays from 2/27/2018.

**PROCEDURE:** MRI of the right shoulder post intra-articular joint injection using the 3T magnet. Axial, coronal, and sagittal T1 weighted with fat saturation, coronal and sagittal T2 weighted with fat saturation, and sagittal T1 weighted scans were performed.

**FINDINGS:** There is minimal tearing seen along the articular surface of the supraspinatus and infraspinatus. No full-thickness rotator cuff fraying is evident. There is intra-articular contrast present. There are mild acromioclavicular joint osteoarthritic changes. A discreet labral tear is not visualized. The long head of the biceps tendon remains within the bicipital groove and attaches normally to the superior labrum. The visualized shoulder musculature images normally. There are subchondral cystic changes seen along the humeral head at the posterior superior border.

**IMPRESSION:**

1. There is mild fraying along the articular surface of the supraspinatus and infraspinatus. No full-thickness rotator tearing is evident.

2. Mild acromioclavicular joint osteoarthritic changes.

MSMM Georgetown
☐ Drop ☐ Pull
MAR 2 2018

DICOM format images are available to non-affiliated external healthcare facilities or entities for follow-up and comparison on InteleConnect with an InteleConnect sign-on and password. For access, please contact our office. The patient was also given a CD containing the DICOM format images at no additional charge.

Claim #: ____ D/L: ____
Ben. Date: ____ Doc.: ____
Initial & Date Sent: ____

Electronically signed by: JASON S. HARRIS, M.D. (Mar 20, 2018 18:22:10)

**Reporting Radiologist:** **HARRIS, M.D., JASON S.**
**Jason S. Harris, M.D.**
**Medical Director**

| | |
|---|---|
| **Date Dictated:** | March 20, 2018 16:54 |
| **Date Transcribed:** | March 20, 2018 17:34 |
| **Transcriptionist:** | H, Pam |

# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Jamie Reece | **Visit Date:** | March 15, 2018 |
| **Patient ID:** | 95270 | **Provider:** | Debra Schilder, PA-C |
| **Sex:** | Female | **Location:** | 2000 Clinic |
| **Birthdate:** | | **Location Address:** | 1001 Cherry Blossom Way Georgetown, KY 403249999 |
| | | **Location Phone:** | (502) 868-4961 |

SAZ11932

## Chief Complaint

- right shoulder
- Right wrist
- neck

ID # 77390

LT230 Lexus Paint Finish
2nd shift
full time
GL: Brad McKinney

case#
BODY PART Right Shoulder/ neck / Right wrist /right hand / RUE
DOI: 1/30/2018

f/u occ. Right neck/right shoulder/RUE. Restricted. TM states she has had no improvement. States that PT is going well, but she doesn't notice a difference. TM feels like some PT exercises, particularly the shoulder shrugging motion, exacerbates her pain. TM states she can move her neck from side to side better. States she still has some n/t to her right hand. Occasionally pain radiates from her right shoulder down to her wrist and fingers. Denies any new complaints. TLM RN

## History Of Present Illness

See CC. TM presents today for follow up. TM states the back of her neck is feeling better with better range of motion, but having a lot of pain still up the right lateral side of the neck and into the jaw, right superior and inferior clavicular region. Having pain into the right anterior shoulder and down into the triceps and occ. into the axillae. Still having right medial elbow pain and right wrist/forearm pain. States her hand get numb and it varies from finger to finger. Sometimes it is just in the 4th and 5th fingers, but then it can involve all the fingers. TM denies any swelling, warmth, erythema to any of the joints or muscles in the right arm. TM states that her pain in the lateral neck and anterior shoulder/clavicular region is worse with some of the PT exercises. TM very frustrated that she is not a lot better with PT/restrictions and medication. TM states that her GL and AM treated her awful when she went back with her restrictions to the point she cried all the way home. The steroids only helped a little, but now hurting more again. Taking NSAID regularly and icing region.

MRI R shldr w/ EMG/support

## Additional Info (PFSH)

Reviewed TLM RN

## Review of Systems

**Constitutional**
- **Denies** : no complaints

**Neurologic**
- **Admits** : tingling or numbness- see HPI

**Musculoskeletal**

[Digital Signature Validated]

- **Admits** : neck pain, shoulder pain, elbow pain, wrist pain—see HPI

## Vitals

| Date | Time | BP | Position | Site | L\R | Cuff Size | HR | RR | TEMP(°F) | WT | HT | BMI kg/m² | BSA m² | O2 Sat | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/15/2018 | 05:24 PM | 108/72 | Sitting | | | | 99 - R | 16 | 97.3 | | | | | 98 % | |

## Physical Examination

**Constitutional**
- **Appearance** : well-nourished, well developed, alert, in no acute distress

**Neck**
- **Inspection/Palpation** : normal appearance, no masses. Tender over the right lateral side/levator scapula of her neck and above the right clavicle and below the right clavicle without swelling, warmth, or erythema. Tender into the pectoralis muscle near the anterior shoulder.
- **Range of Motion** : cervical range of motion within normal limits, but pain with extension of neck > flexion. Pain with Spurling's test down the right arm

**Musculoskeletal**
- **Right Upper Extremity** :
  - **Inspection/Palpation** : shoulder: tender over the anterior shoulder and some over the teres minor. Elbow: tender over the medial epicondyle. Wrist: no real tenderness. Fingers: no tenderness. Normal skin color and temp. down arm. n/v intact. No swelling or erythema of joints.
  - **Joint Stability** : shoulder: Pain with empty can and full can test today. Neg. Hawkin's test. Neg. Neer's test. Elbow/wrist joints are stable.
  - **Range of Motion** : shoulder: full ROM with pain reaching across the body and with lateral abduction at about 100 degrees. Able to internally and externally rotate shoulder without pain. Pain reaching behind the body at about L1. Elbow: full ROM with some soreness with flexion. Wrist: full ROM. Neg. Finkelstein's test today.
- **Left Upper Extremity** :
  - **Inspection/Palpation** : no tenderness to palpation
  - **Joint Stability** : shoulder, elbow and wrist joint stability normal
  - **Range of Motion** : range of motion normal, no joint crepitus present, no pain with joint motion

**Neurologic**
- **Mental Status Examination** :
  - **Orientation** : grossly oriented to person, place and time
- **Motor Examination** :
  - **RUE Strength** : strength normal
  - **RUE Motor Function** : tone normal, muscle bulk normal, no abnormal movements noted
  - **LUE Strength** : strength normal
  - **LUE Motor Function** : tone normal, muscle bulk normal, no abnormal movements noted
- **Sensation** :
  - **Light Touch** : sensation intact to light touch in extremities with numbness into fingers with Tinel's test and reverse Phalen's test and mild discomfort with Phalen's test on right side.

## Assessment

- Neck and right shoulder pain/upper trapezius 723.1/M54.2
  -persistent right shoulder, despite PT. Improvement of posterior neck pain and motion.
- Medial epicondylitis of right elbow 726.31/M77.01
- Wrist pain, acute, right 719.43/M25.531
- Acute Right Neuritis of upper extremity 354.8/M79.2

## Plan

**Orders**
- ALT: OCC - Follow-up (OCINJFU) - - 03/15/2018
- ALT: Provider - Occupational Visit (OCCPROV) - - 03/15/2018
- MRI Extremity Upper Joint with contrast - Shoulder, Elbow, Wrist (73222) - - 03/15/2018

[Digital Signature Validated]

right shoulder with arthrogram
- Nerve conduction studies (95904) - - 03/15/2018
  NCV of RUE

**Instructions**

- 1. RTW with same restrictions
- 2. MRI of the right shoulder, since TM is having persistent pain, despite PT
- 3. Request NCV/EMG of the RUE, due to persistent numbness in the arm/hand with positive clinic findings, despite PT.
- 4. Cont. PT/HEP program in the meantime
- 5. Follow up after testing completed or sooner if needed.

Advised TM that if she had any further issues with her GL/AM, she needs to discuss it with HR.

**Electronically Signed by:** Debra Schilder, PA-C -Author on March 15, 2018 06:32:50 PM

[Digital Signature Validated]

==========================================================================

MSI RISK MGMT SVCS

Patient Name: JAMIE H REECE
Birth Date:
Referring Doctor: SCHILDER, DEBRA
Reading Doctor: KENNEY, CHARLES M
Visit No.: 77390_180228
Order No.: 77390_180228
Exam Date: 02/28/2018 00:00:00
Exam: 73030 - SHOULDER MIN 2 VWS

==========================================================================

mj 211932

FINAL REPORT
NAME: REECE,JAMIE H
DOB: / F
ID#: 77390
ORDERING PHYSICIAN: Debra Schlider, PA-C,
EXAM REQUESTED: 73030--SHOULDER MIN 2 VWS
FACILITY: Toyota Georgetown
DATE: 02/28/2018 CKR #34
RADIOLOGIST NAME: Kenney III, MD, Charles M.
TECHNIQUE:
CLINICAL HISTORY:
RIGHT SHOULDER- 3 VIEWS
HISTORY: NECK PAIN, RIGHT SHOULDER PAIN
OCCUPATIONAL XRAYS
FINDINGS:
RIGHT SHOULDER
Three views demonstrate no acute fracture or dislocation. There is minimal a.c. and glenohumeral joint
degenerative change. The visualized bony structures are well aligned. No soft tissue abnormality is seen.
IMPRESSION:
No acute process.
Authenticated by Kenney III, MD, Charles M. on 02/28/2018 08:03:50 AM
Page of 1 1

MSMM Georgetown
☐ Drop ☐ Pull

MAR 2018

Claim #: ______
Ben. Date ______
Initial & Date Sent ______

MSI RISK MGMT SVCS

Patient Name: JAMIE H REECE
Birth Date:
Referring Doctor: SCHILDER, DEBRA
Reading Doctor: KENNEY, CHARLES M
Visit No.: 77390_180228
Order No.: 77390_180228
Exam Date: 02/28/2018 00:00:00
Exam: 72050 - SPINE CERVICAL MIN 4 VIEWS

FINAL REPORT
NAME: REECE, JAMIE H
DOB: F
ID#: 77390
ORDERING PHYSICIAN: Debra Schlider, PA-C,
EXAM REQUESTED: 72050--SPINE CERVICAL MIN 4 VIEWS
FACILITY: Toyota Georgetown
DATE: 02/28/2018
RADIOLOGIST NAME: Kenney III, MD, Charles M.
TECHNIQUE:
CLINICAL HISTORY:
C-SPINE- 4 VIEWS
HISTORY: NECK PAIN, RIGHT SHOULDER PAIN
OCCUPATIONAL XRAYS
FINDINGS:
CERVICAL SPINE SERIES.
Four views demonstrate no fracture or subluxation. There is straightening of the cervical spine. Mild
degenerative changes are present, greatest at C5-6.
IMPRESSION:
No acute process.
Authenticated by Kenney III, MD, Charles M. on 02/28/2018 08:04:21 AM
Page of 1 1

MSMM Georgetown
☐ Drop ☐ Pull

MAR 2 2 2018

Claim #: ____________
Ben. Date ____________
Initial & Date Sent ____________

# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Jamie Reece | **Visit Date:** | February 22, 2018 |
| **Patient ID:** | 95270 | **Provider:** | Debra Schilder, PA-C |
| **Sex:** | Female | **Location:** | 2000 Clinic |
| **Birthdate:** | | **Location Address:** | 1001 Cherry Blossom Way<br>Georgetown, KY 403249999 |
| | | **Location Phone:** | (502) 868-4961 |

## Chief Complaint

- right shoulder
- Right wrist
- neck

ID # 77390

LT230 Lexus Paint Finish
2nd shift
full time
GL: Brad McKinney

case#
BODY PART Right Shoulder/ neck / Right wrist /right hand / RUE
DOI: 1/30/2018

f/u occ. Right neck/right shoulder/RUE. Restricted. TM presents to IHS stating some improvement to ROM in neck. TM admits to PT with TMEC along to HEP. TM pain post PT visits. TM states pain remains with certain movements that she is unable to pinpoint. TM states concern extension and flexion of her neck during her restrictions. TM admits to n/t to right hand. ts,m

## History Of Present Illness

See CC. TM states that she is still having discomfort on the right side of her neck, into the right clavicle, into right shoulder and pain and numbness into the hand, exp. the 4th and 5th fingers. Having pain also into the right greater thenar eminence. Going to PT, which has helped improve the range of motion of the neck. Having a lot of muscle tightness in the upper trapezius. TM admits that she has to do a lot of looking up and down at monitors, which is causing some of her pain, she believes. Wrist feels a little better. Elbow is achy.

## Additional Info (PFSH)

reviewed. ts,m

## Review of Systems

**Constitutional**
- **Denies** : no complaints

**Neurologic**
- **Admits** : tingling or numbness- see HPI

**Musculoskeletal**
- **Admits** : neck pain, shoulder pain, elbow pain, wrist pain- see HPI

## Vitals

| Date | Time | BP | Position | Site | L\R | Cuff Size | HR | RR | TEMP(°F) | WT | HT | BMI kg/m$^2$ | BSA m$^2$ | O2 Sat | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/22/2018 | 10:06 PM | 124/77 | Sitting | | | | 86 - R | 16 | | | | | | 99 % | |

[Digital Signature Validated]

## Physical Examination

**Constitutional**

- **Appearance** : well-nourished, well developed, alert, in no acute distress

**Neck**

- **Inspection/Palpation** : normal appearance, no masses. Tender over the right paraspinals and into the right upper trapezius and above the right clavicle.
- **Range of Motion** : cervical range of motion within normal limits, but pain with extension of neck >flexion. Neg. Spurling's test

**Musculoskeletal**

- **Right Upper Extremity** :
  - **Inspection/Palpation** : shoulder: tender over the anterior shoulder slightly. Elbow: tender over the medial epicondyle. Wrist: no real tenderness. Fingers: no tenderness. Normal skin color and temp. down arm. n/v intact.
  - **Joint Stability** : shoulder, elbow and wrist joint stability normal with neg. empty can and full can test. Neg. Hawkin's test. Neg. Neer's test.
  - **Range of Motion** : shoulder: full ROM with pain reaching across the body and with lateral abduction at about 100 degrees. Able to internally and externally rotate shoulder without pain. Elbow: full ROM with some soreness with flexion. Wrist: full ROM with mild pain with ulnar deviation. Tightness sensation with Finkelstein's test.
- **Left Upper Extremity** :
  - **Inspection/Palpation** : no tenderness to palpation
  - **Joint Stability** : shoulder, elbow and wrist joint stability normal
  - **Range of Motion** : range of motion normal, no joint crepitus present, no pain with joint motion

**Neurologic**

- **Mental Status Examination** :
  - **Orientation** : grossly oriented to person, place and time
- **Motor Examination** :
  - **RUE Strength** : strength normal
  - **RUE Motor Function** : tone normal, muscle bulk normal, no abnormal movements noted
  - **LUE Strength** : strength normal
  - **LUE Motor Function** : tone normal, muscle bulk normal, no abnormal movements noted
- **Sensation** :
  - **Light Touch** : sensation intact to light touch in extremities

## Assessment

- Neck and right shoulder pain/upper trapezius 723.1/M54.2
- Medial epicondylitis of right elbow 726.31/M77.01
- Wrist pain, acute, right 719.43/M25.531
- Ulnar neuritis, right 723.4/G56.21

## Plan

**Orders**

- ALT: OCC - Follow-up (OCINJFU) - - 02/22/2018
- ALT: Provider - Occupational Visit (OCCPROV) - - 02/22/2018
- XR Spine, cervical; 4 or 5 views (72050) - - 02/22/2018
- XR Shoulder, complete, minimum of 2 views (73030) - - 02/22/2018
  right

**Medications**

- Medrol (Pak) 4 mg oral tablets,dose pack
  SIG: take as directed for 6 days
  DISP: (1) 21 ct dose-pack with 0 refills
  **Prescribed on 02/22/2018**

- methocarbamol 750 mg oral tablet
  SIG: take 1 tablet by oral route QHS PRN
  DISP: (15) tablets with 0 refills
  **Prescribed on 02/22/2018**

**Instructions**

- 1. RTW with restrictions

[Digital Signature Validated]

- 2. X-ray C-spine and right shoulder
- 3. Cont. PT/HEP
- 4. Try Medrol Dosepak and Methocarbamol
- 5. Follow up in 2-3 weeks or sooner if needed.

**Electronically Signed by:** Debra Schilder, PA-C -Author on February 22, 2018 11:23:25 PM

# Chart

## Jamie Reece

**DOB:**

# Encounters

**Encounter 4** Date 09/14/2017
**Diagnosis** ACUTE BILATERAL LOW BACK PAIN WITH LEFT-SIDED SCIATICA (M54.42), BMI 25.0-25.9,ADULT

**Encounter 3** Date 09/11/2017
**Diagnosis** ACUTE BILATERAL LOW BACK PAIN WITH LEFT-SIDED SCIATICA (M54.42), BMI 24.0-24.9, ADULT

**Encounter 2** Date 05/03/2017
**Diagnosis** SEASONAL ALLERGIES, MIGRANE,COMMON, BMI 24.0-24.9, ADULT

**Encounter 1** Date 03/06/2017
**Diagnosis** WELL WOMAN EXAM (NO GYNECOLOGICAL EXAM) (Z00.00), SCREENING FOR DEPRESSION (Z13.89), PAIN, JOINT, HIP, RIGHT (M25.551), BREAST CANCER SCREENING (Z12.39), BMI 22.0-22.9, ADULT

**Encounter #4**

**History & Physical Report**
**9/14/2017: Office Visit - ACUTE BILATERAL LOW BACK PAIN WITH LEFT-SIDED SCIATICA (M54.42), BMI 25.0-25.9,ADULT (Doris W. Adams, APRN)**
Jamie Reece
9/14/2017 8:34 AM
Location: Hamburg
Patient #: 7061990
DOB:
Married / Language: English / Race: White
Female

History of Present Illness (Doris W. Adams APRN; 9/14/2017 12:07 PM)
The patient is a 48 year old female who presents for a Recheck of Back pain. The onset of the back pain has been sudden and has been occurring in a persistent pattern for 2 days. The course has been increasing. The back pain is described as being located in the lower back. The back pain does not radiate. The symptoms have no relieving factors. The pain has been associated with back stiffness and flank pain (left), while there has been no fever, hip pain, leg weakness, paresthesias in leg or trauma. Note for "Back pain": 9/11/2017 Patient states she was unloading her car on Saturday, bent over & was stuck. Could stand back up straight. Was seen at UTC yesterday. Rx'd Naproxen & muscle relaxer, doesn't really help. Has been using ice & heat.

9/14/2017 pt. states that she is able to stand up straight now, but she is having trouble rising from a sitting position.

HPI and PFSH reviewed. Whitney Adams, APRN

Problem List/Past Medical (Penni M. Foreman; 9/14/2017 11:53 AM)
GERD (GASTROESOPHAGEAL REFLUX DISEASE) (K21.9)
MIGRANE,COMMON (G43.019)
SEASONAL ALLERGIES (J30.2)

Allergies (Penni M. Foreman; 9/14/2017 11:53 AM)
No Known Drug Allergies

Family History (Penni M. Foreman; 9/14/2017 11:53 AM)
Hypothyroidism Mother, Sister, Maternal Grandmother. Phreesia 03/06/2017
Arthritis Mother, Maternal Grandmother. Phreesia 03/06/2017
Coronary Artery Disease Mother, Maternal Grandmother. Phreesia 03/06/2017

Social History (Penni M. Foreman; 9/14/2017 11:53 AM)
Tobacco Use Former smoker. Phreesia 03/06/2017
Alcohol use Moderate alcohol use. Phreesia 03/06/2017
Exercise 5 x week. Phreesia 03/06/2017
Highest Education Level Attained Some college. Phreesia 03/06/2017
No drug use Phreesia 03/06/2017
Marital status Married. Phreesia 03/06/2017

Medication History (Penni M. Foreman; 9/14/2017 11:51 AM)
MethylPREDNISolone (4MG Tab Ther Pack, 1 (one) Tablet Oral ask directed, Taken starting 09/11/2017) Active. (six tablets the first day, five tablets the second day, four tablets the third day,three tablets the fourth day, two tablets the fifth day, one tablet the sixth day)
Diclofenac Sodium (75MG Tablet DR, 1 (one) Tablet DR Oral two times daily, Taken starting 09/11/2017) Active.
Zofran (4MG Tablet, 1 (one) Tablet Oral every 8 hours as needed for nausea, Taken starting 05/03/2017) Active.
Loratadine-D 24HR (10-240MG Tablet ER 24HR, 1 (one) Tablet Oral every day, Taken starting 05/03/2017) Active.
Cyclobenzaprine HCl (10MG Tablet, Oral) Active.
Estradiol (1MG Tablet, 1 Oral daily) Active.
NexIUM (40MG Capsule DR, 1 Oral daily) Active.
Multivitamin Adult (Oral daily) Active.
Medications Reconciled

Past Surgical History (Penni M. Foreman; 9/14/2017 11:53 AM)
Other Surgery Phreesia 03/06/2017
Wisdom Teeth Extraction Phreesia 03/06/2017
Tonsillectomy Phreesia 03/06/2017
Hysterectomy with Bilateral Oophorectomy Phreesia 03/06/2017

Health Maintenance History (Penni M. Foreman; 9/14/2017 11:53 AM)
Flu Vaccine (90656) [2016]: Repeat in 1 year.. 9/14/2017 pt. wants to wait until later in the year
Pap smear Not indicated per the USPSTF. TAH/BSO 9/11/2017
Depression Screen Annual (G0444) [03/06/2017]: Repeat in 1 year..
Screening Annual Mammography (77067) Ordered. 9/11/2017
Boostrix - TDAP (90715) Unknown

Review of Systems (Doris W. Adams APRN; 9/14/2017 12:21 PM)
**General** Not Present- Fever.
**Cardiovascular** Not Present- Edema.
**Gastrointestinal** Not Present- Diarrhea, Nausea and Vomiting.
**Musculoskeletal** Present- Back Pain (improving since starting steroids and diclofenac. Can now stand up, but still has pain when getting up from seated position. Concerned about starting back to work next week.), Decreased Range of Motion, Difficulty walking (d/t pain), Known Accident or Injury (unloading a car on Saturday) and Muscle Pain. Not Present- Joint Pain, Muscle Weakness, Neck Pain and Swelling of Extremities.
**Neurological** Not Present- Incontinence Urine, Numbness, Pain Relief when Leaning Forward, Paresthesias, Radiculopathy, Saddle Anesthesia, Tingling and Trouble walking.

Vitals (Penni M. Foreman; 9/14/2017 11:49 AM)
9/14/2017 8:34 AM
**Weight:** 163 lb **Height:** 67 in
**Body Surface Area:** 1.85 m² **Body Mass Index: 25.53 kg/m²**
**Temp.:** 98.3° F (Temporal) **Pulse: 103 (Regular)** P.OX: 97% (Room air)
**BP:** 114/72 (Sitting, Left Arm, Standard)

Physical Exam (Doris W. Adams APRN; 9/14/2017 12:22 PM)
General
**General Appearance** - Cooperative, Well Developed, Well Nourished, Not in acute distress.
**Build & Nutrition** - Well developed.
**Gait** - Slow and cautious.
**Hydration** - Well hydrated.

Integumentary
**General Characteristics**
**Color** - normal coloration of skin (on areas examined). **Skin Moisture** - normal skin moisture.

Head and Neck
**Face**
**Global Assessment** - atraumatic, no pallor observed.
**Neck**
**Global Assessment** - supple, no abnormal movements, non-tender.

Eye
**Iris - Bilateral** - Normal.
**Sclera/Conjunctiva - Bilateral** - Normal.

Chest and Lung Exam
**Auscultation**
**Breath sounds** - Clear to ascultation bilaterally and Normal.
**Inspection**
**Shape** - Normal. **Movements** - Symmetrical.
**Palpation**
**Palpation of the chest reveals** - Non-tender.

Cardiovascular
**Auscultation**
**Rhythm** - Regular. **Heart Sounds** - Normal heart sounds, S1 WNL and S2 WNL.

Peripheral Vascular
**Upper Extremity**
**Palpation - Temperature - Left** - Normal. **Right** - Normal. **Edema - Left** - No edema. **Right** - No edema.
**Lower Extremity**
**Inspection - Left** - Inspection Normal. **Right** - Inspection Normal. **Palpation - Temperature - Left** - Normal. **Right** - Normal. **Dorsalis pedis pulse - Left** - Normal. **Right** - Normal. **Edema - Left** - No edema. **Right** - No edema.

Neurologic
**Mental Status**
**Affect** - normal. **Speech** - Normal. **Thought content/perception** - Normal.
**Sensory - Left** - LLE Touch Intact and LLE Temperature Intact.
**Sensory - Right** - RLE Touch Intact, RLE Temperature Intact and RUE Temperature Intact.
**Motor**
**Bulk and Contour** - Normal. **Tone - Spastic** - Back extensors.
**General Assessment of Reflexes**
**Right Knee** - 2+. **Left Knee** - 2+.
**Coordination** - Normal.
**Gait** - Abnormal Favoring Complaint as Expected.

Neuropsychiatric
**The patient's mood and affect are described as** - normal.
**Associations** - intact.
**Judgment and Insight** - insight is appropriate concerning matters relevant to self.

Musculoskeletal
**Head**
**Facial - Examination of the face reveals** - atraumatic, symmetric.
**Spine/Ribs/Pelvis**
**Cervical Spine - Examination of the cervical spine reveals** - no tenderness to palpation, no pain, no swelling, edema or erythema, normal cervical spine movements, normal strength and tone, no laxity or crepitus, no palpable step off, no known fractures or deformities, normal posture and normal sensation. **Thoracic (Dorsal) Spine - Examination of the thoracic spine reveals** - no tenderness over thoracic vertebrae, no pain, no swelling, edema or erythema of surrounding tissue, no paraspinous muscle spasm, normal sensation, normal strength and tone, no laxity or crepitus, normal thoracic spine movements, no known fractures or deformities, normal posture and gait and normal coordination and reflexes. **Lumbosacral Spine - Examination of the lumbosacral spine reveals** - no swelling, edema or erythema of surrounding tissue, normal sensation, no known fractures or deformities and normal coordination and reflexes. **Inspection and Palpation - Tenderness** - moderate, L SI Joint and L Lumbosacral Muscle. **Muscle tone** - spasticity (Left lumbar paraspinal muscles with increased tone.). **Assessment of pain reveals the following findings - The pain is characterized as** - moderate. **Location** - pain refers to buttocks on affected side, pain refers laterally to left lower back and pain refers to posterior leg on affected side. **Causative Factors include** - Note: Movement.
**Lower Extremity**
**Hip - Examination of the right hip reveals** - normal strength and tone and normal sensation and coordination. **Examination of the left hip reveals** - normal strength and tone, no instability, subluxation or laxity, no known fractures or dislocations and normal sensation and

coordination. **Knee/Patella - Examination of right knee reveals** - normal deep tendon reflexes and normal coordination, normal strength and tone, normal range of motion, normal sensation, no instability, subluxation or laxity, no crepitus and no known fractures or deformities. **Examination of the left knee reveals** - normal strength and tone, normal deep tendon reflexes and normal coordination, normal range of motion, normal sensation, no instability, subluxation or laxity, no crepitus and no known fractures or deformities.

**Lymphatic**
**no other lymphadenopathy** - no other lymphadenopathy.

Assessment & Plan (Doris W. Adams APRN; 9/14/2017 12:23 PM)
ACUTE BILATERAL LOW BACK PAIN WITH LEFT-SIDED SCIATICA (M54.42)
Current Plans

- You have been evaluated and instructed to continue the previously Prescribed medication(s).
- Referred to RAR KORT Physical Therapy (Physical Medicine and Rehabilitation).
  Routine.
- The patient was educated and reassured on the signs, symptoms and pathophysiology of this condition. They will return to clinic for re-evaluation and discussion if either the symptoms change and/or increase or they have additional concerns or questions.
- PROVIDER NOTE: See how pain improves over next few days-will reassess return to work date based on symptoms over next few days. Referral to PT sent.
- Follow up in 7-10 if symptoms not resolved or prn

BMI 25.0-25.9,ADULT (Z68.25)

Signed by Doris W Adams, APRN (9/14/2017 12:23 PM)

**Encounter #3**

**History & Physical Report**
**9/11/2017: Office Visit - ACUTE BILATERAL LOW BACK PAIN WITH LEFT-SIDED SCIATICA (M54.42), BMI 24.0-24.9, ADULT (Lindsey H. Clickner, APRN)**
Jamie Reece
9/11/2017 11:35 AM
Location: Hamburg
Patient #: 7061990
DOB:
Married / Language: English / Race: White
Female

History of Present Illness (Lindsey H. Clickner APRN; 9/11/2017 7:59 PM)
The patient is a 48 year old female who presents with a complaint of Back pain. The onset of the back pain has been sudden and has been occurring in a persistent pattern for 2 days. The course has been increasing. The back pain is described as being located in the lower back. The back pain does not radiate. The symptoms have no relieving factors. The pain has been associated with back stiffness and flank pain (left), while there has been no fever, hip pain, leg weakness, paresthesias in leg or trauma. Note for "Back pain": 9/11/2017 Patient states she was unloading her car on Saturday, bent over & was stuck. Could stand back up straight. Was seen at UTC yesterday. Rx'd Naproxen & muscle relaxer, doesn't really help. Has been using ice & heat. Pt works at Toyota.

HPI and PFSH reviewed , Lindsey H. Clickner, APRN

Problem List/Past Medical (Ivy N. Griffin; 9/11/2017 11:37 AM)
GERD (GASTROESOPHAGEAL REFLUX DISEASE) (K21.9)
MIGRANE,COMMON (G43.019)
SEASONAL ALLERGIES (J30.2)

Allergies (Ivy N. Griffin; 9/11/2017 11:35 AM)
No Known Drug Allergies

Family History (Ivy N. Griffin; 9/11/2017 11:35 AM)
Hypothyroidism Mother, Sister, Maternal Grandmother. Phreesia 03/06/2017
Arthritis Mother, Maternal Grandmother. Phreesia 03/06/2017
Coronary Artery Disease Mother, Maternal Grandmother. Phreesia 03/06/2017

Social History (Ivy N. Griffin; 9/11/2017 11:36 AM)
Tobacco Use Former smoker. Phreesia 03/06/2017
Alcohol use Moderate alcohol use. Phreesia 03/06/2017
Exercise 5 x week. Phreesia 03/06/2017
Highest Education Level Attained Some college. Phreesia 03/06/2017
No drug use Phreesia 03/06/2017
Marital status Married. Phreesia 03/06/2017

Medication History (Ivy N. Griffin; 9/11/2017 6:45 PM)
Ketoprofen (75MG Capsule, 1 (one) Capsule Oral every eight hours as needed for pain, Taken starting 03/06/2017) Active.
Zofran (4MG Tablet, 1 (one) Tablet Oral every 8 hours as needed for nausea, Taken starting 05/03/2017) Active.
Loratadine-D 24HR (10-240MG Tablet ER 24HR, 1 (one) Tablet Oral every day, Taken starting 05/03/2017) Active.
Estradiol (1MG Tablet, 1 Oral daily) Active.
NexIUM (40MG Capsule DR, 1 Oral daily) Active.
Multivitamin Adult (Oral daily) Active.
Naproxen DR (500MG Tablet DR, Oral) Active.
Cyclobenzaprine HCl (10MG Tablet, Oral) Active.
Medications Reconciled

Past Surgical History (Ivy N. Griffin; 9/11/2017 11:36 AM)
Other Surgery Phreesia 03/06/2017
Wisdom Teeth Extraction Phreesia 03/06/2017
Tonsillectomy Phreesia 03/06/2017
Hysterectomy with Bilateral Oophorectomy Phreesia 03/06/2017

Health Maintenance History (Ivy N. Griffin; 9/11/2017 11:36 AM)
Pap smear Not indicated per the USPSTF. TAH/BSO 9/11/2017
Flu Vaccine (90656) [2016]: Repeat in 1 year..
Depression Screen Annual (G0444) [03/06/2017]: Repeat in 1 year..
Screening Annual Mammography (77067) Ordered. 9/11/2017
Boostrix - TDAP (90715) Unknown

Review of Systems (Lindsey H. Clickner APRN; 9/11/2017 8:01 PM)
**General** Not Present- Fever.
**Cardiovascular** Not Present- Edema.
**Gastrointestinal** Not Present- Diarrhea, Nausea and Vomiting.
**Musculoskeletal** Present- Back Pain, Decreased Range of Motion, Difficulty walking (d/t pain), Known Accident or Injury (unloading a car on Saturday) and Muscle Pain. Not Present- Joint Pain, Muscle Weakness, Neck Pain and Swelling of Extremities.
**Neurological** Present- Radiculopathy and Trouble walking. Not Present- Incontinence Urine, Numbness, Pain Relief when Leaning Forward, Paresthesias, Saddle Anesthesia and Tingling.

Vitals (Ivy N. Griffin; 9/11/2017 6:46 PM)
9/11/2017 11:35 AM
**Weight:** 159.13 lb **Height:** 67 in
**Body Surface Area:** 1.83 m² **Body Mass Index:** 24.92 kg/m²

**Temp.:** 97.3° F (Tympanic) **Pulse:** 90 (Regular) **P.OX:** 98% (Room air)
**BP:** 110/70 (Sitting, Left Arm, Standard)

Physical Exam (Lindsey H. Clickner APRN; 9/11/2017 8:03 PM)

**General**
**General Appearance** - Cooperative, Well Developed, Well Nourished, Not in acute distress.
**Build & Nutrition** - Well developed.
**Hydration** - Well hydrated.

**Integumentary**
**General Characteristics**
**Color** - normal coloration of skin (on areas examined). **Skin Moisture** - normal skin moisture.

**Head and Neck**
**Face**
**Global Assessment** - atraumatic, no pallor observed.
**Neck**
**Global Assessment** - supple, no abnormal movements, non-tender.

**Eye**
**Iris - Bilateral** - Normal.
**Sclera/Conjunctiva - Bilateral** - Normal.

**Chest and Lung Exam**
**Auscultation**
**Breath sounds** - Clear to ascultation bilaterally and Normal.
**Inspection**
**Shape** - Normal. **Movements** - Symmetrical.
**Palpation**
**Palpation of the chest reveals** - Non-tender.

**Cardiovascular**
**Auscultation**
**Rhythm** - Regular. **Heart Sounds** - Normal heart sounds, S1 WNL and S2 WNL.

**Peripheral Vascular**
**Upper Extremity**
**Palpation - Temperature - Left** - Normal. **Right** - Normal. **Edema - Left** - No edema. **Right** - No edema.
**Lower Extremity**
**Inspection - Left** - Inspection Normal. **Right** - Inspection Normal. **Palpation - Temperature - Left** - Normal. **Right** - Normal. **Dorsalis pedis pulse - Left** - Normal. **Right** - Normal. **Edema - Left** - No edema. **Right** - No edema.

**Neurologic**
**Mental Status**
**Affect** - normal. **Speech** - Normal. **Thought content/perception** - Normal.
**Sensory - Left** - LLE Touch Intact and LLE Temperature Intact.
**Sensory - Right** - RLE Touch Intact, RLE Temperature Intact and RUE Temperature Intact.
**Motor**
**Bulk and Contour** - Normal. **Tone - Spastic** - Back extensors.
**General Assessment of Reflexes**
**Right Knee** - 2+. **Left Knee** - 2+.
**Coordination** - Normal.
**Gait** - Abnormal Favoring Complaint as Expected.

**Neuropsychiatric**
**The patient's mood and affect are described as** - normal.
**Associations** - intact.
**Judgment and Insight** - insight is appropriate concerning matters relevant to self.

**Musculoskeletal**
**Head**
**Facial - Examination of the face reveals** - atraumatic, symmetric.
**Spine/Ribs/Pelvis**
**Cervical Spine - Examination of the cervical spine reveals** - no tenderness to palpation, no pain, no swelling, edema or erythema, normal cervical spine movements, normal strength and tone, no laxity or crepitus, no palpable step off, no known fractures or deformities, normal posture and normal sensation. **Thoracic (Dorsal) Spine - Examination of the thoracic spine reveals** - no tenderness over thoracic vertebrae, no pain, no swelling, edema or erythema of surrounding tissue, no paraspinous muscle spasm, normal sensation, normal strength and tone, no laxity or crepitus, normal thoracic spine movements, no known fractures or deformities, normal posture and gait and normal coordination and reflexes. **Lumbosacral Spine - Examination of the lumbosacral spine reveals** - no swelling, edema or erythema of surrounding tissue, normal sensation, no known fractures or deformities and normal coordination and reflexes. **Inspection and Palpation - Tenderness** - moderate, L SI Joint and L Lumbosacral Muscle. **Muscle tone** - spasticity (Left lumbar paraspinal muscles with increased tone.). **Assessment of pain reveals the following findings - The pain is characterized as** - moderate. **Location** - pain refers to buttocks on affected side, pain refers laterally to left lower back and pain refers to posterior leg on affected side. **Causative Factors include** - Note: Movement.
**Lower Extremity**
**Hip - Examination of the right hip reveals** - normal strength and tone and normal sensation and coordination. **Examination of the left hip reveals** - normal strength and tone, no instability, subluxation or laxity, no known fractures or dislocations and normal sensation and coordination. **Knee/Patella - Examination of right knee reveals** - normal deep tendon reflexes and normal coordination, normal strength and tone, normal range of motion, normal sensation, no instability, subluxation or laxity, no crepitus and no known fractures or deformities. **Examination of the left knee reveals** - normal strength and tone, normal deep tendon reflexes and normal coordination, normal range of motion, normal sensation, no instability, subluxation or laxity, no crepitus and no known fractures or deformities.
**Special Tests**

**Back Pain** - Left straight leg raise posative (abnormal), Right straight leg raise negative (normal).

**Lymphatic**
**no other lymphadenopathy** - no other lymphadenopathy.

Assessment & Plan (Lindsey H. Clickner APRN; 9/11/2017 8:04 PM)
ACUTE BILATERAL LOW BACK PAIN WITH LEFT-SIDED SCIATICA (M54.42)
Current Plans

- SPINE LUMBAR AP & LATERAL X-RAY (72100)
- Started Diclofenac Sodium 75MG, 1 (one) Tablet DR two times daily, #60, 30 days starting 09/11/2017, Ref. x2.
- Steroid side effects discussed
- Restarted MethylPREDNISolone 4MG, 1 (one) Tablet ask directed, #21, 6 days starting 09/11/2017, No Refill.
  Local Order: six tablets the first day, five tablets the second day, four tablets the third day,three tablets the fourth day, two tablets the fifth day, one tablet the sixth day
- TORADOL 60MG (KETOROLAC) (J1885)
- Admin of Therapeutic Injection (96372)
- Discussed risk, benefit and indications for medication (s).
- Follow up in 7-10 if symptoms not resolved or prn
- Medical decision-making upon review of pending ancillary tests. Pt to call office if has not heard results in 1 week.

BMI 24.0-24.9, ADULT (Z68.24)
Current Plans

- MEDICAL SERVICE(S) PROVIDED IN THE OFFICE AFTER 5PM OR ON WEEKEND (99050)

Medical Decision Making (Lindsey H. Clickner APRN; 9/11/2017 8:05 PM)
**Amount/complexity of data to be reviewed:**
- Order and/or review of radiology test(s)

Lindsey Clickner APRN

Signed by Lindsey H Clickner, APRN (9/11/2017 8:05 PM)

## Procedures

**MEDICAL SERVICE(S) PROVIDED IN THE OFFICE AFTER 5PM OR ON WEEKEND (99050)** Performed: 09/11/2017 (Final, Reviewed)

**SPINE LUMBAR AP & LATERAL X-RAY (72100)** Performed: 09/11/2017 (Final, Reviewed)
- Comments: 9/11/2017 Order printed & given to patient. IG

**TORADOL 60MG (KETOROLAC) (J1885)** Performed: 09/11/2017 (Final, Reviewed)

**Admin of Therapeutic Injection (96372)** Performed: 09/11/2017 (Final, Reviewed)

**Encounter #2**

**History & Physical Report**
**5/3/2017: Office Visit - SEASONAL ALLERGIES, MIGRANE,COMMON, BMI 24.0-24.9, ADULT (Lori Denison, APRN)**
Jamie Reece
5/3/2017 1:41 PM
Location: Hamburg
Patient #: 7061990
DOB: 9/22/1968
Married / Language: English / Race: White
Female

History of Present Illness (Lori Denison APRN; 5/3/2017 8:55 PM)
The patient is a 48 year old female who presents for migraine headache. Symptoms include headache and nausea. The headache is located in the left occipital area, left hemicranium, right occipital area and right hemicranium. The patient describes the pain as throbbing, dull and achy. Onset was gradual year(s) ago. The patient describes this as moderate in severity and unchanged. Migraine triggers include stress, menses onset and weather changes. Symptoms are exacerbated by light. Note for "Migraine headache": Pt would like to discuss her options for medications.

Migraine frequency went down after hysterectomy(~2006). Has been taking estrogen for 3 years. Had flu like sx with -tripan use. Never took anything prophylactic for migraines. Migraines frequency has increased since October 2016.

Works at Toyota and is working in a new area since December with lots of lights. Does not currently have a headache. Last migraine lasted 8 days and went away yesterday. Usually takes Excedrin Migraine, Ketoprofen, and Tylenol for migraines but they do not give much relief.

Additional reasons for visit:

Allergic rhinitis is described as the following:
Symptoms include sneezing, nasal congestion, postnasal drip, eye redness and tearing, but do not include sore throat or cough. Onset was year(s) ago. The episodes occur daily. This is described as moderate in severity. Note for "Allergic rhinitis": HPI and PFSH reviewed. Lori Denison, APRN

Problem List/Past Medical (Jessica L Foster; 5/3/2017 1:42 PM)
BREAST CANCER SCREENING (Z12.39)
GERD (GASTROESOPHAGEAL REFLUX DISEASE) (K21.9)

Allergies (Jessica L Foster; 5/3/2017 1:42 PM)
No Known Drug Allergies 03/06/2017

Family History (Jessica L Foster; 5/3/2017 1:42 PM)
Hypothyroidism Mother, Sister, Maternal Grandmother. Phreesia 03/06/2017
Arthritis Mother, Maternal Grandmother. Phreesia 03/06/2017
Coronary Artery Disease Mother, Maternal Grandmother. Phreesia 03/06/2017

Social History (Jessica L Foster; 5/3/2017 1:42 PM)
Tobacco Use Former smoker. Phreesia 03/06/2017
Alcohol use Moderate alcohol use. Phreesia 03/06/2017
Exercise 5 x week. Phreesia 03/06/2017
Highest Education Level Attained Some college. Phreesia 03/06/2017
No drug use Phreesia 03/06/2017
Marital status Married. Phreesia 03/06/2017

Medication History (Jessica L Foster; 5/3/2017 5:51 PM)
Ketoprofen (75MG Capsule, 1 (one) Capsule Oral every eight hours as needed for pain, Taken starting 03/06/2017) Active.
Estradiol (1MG Tablet, 1 Oral daily) Active.
NexIUM (40MG Capsule DR, 1 Oral daily) Active.
Multivitamin Adult (Oral daily) Active.
Medications Reconciled

Past Surgical History (Jessica L Foster; 5/3/2017 1:42 PM)
Other Surgery Phreesia 03/06/2017
Wisdom Teeth Extraction Phreesia 03/06/2017
Tonsillectomy Phreesia 03/06/2017
Hysterectomy with Bilateral Oophorectomy Phreesia 03/06/2017

Health Maintenance History (Jessica L Foster; 5/3/2017 1:42 PM)
Screening Annual Mammography (77067) Ordered. 3/6/2017
Boostrix - TDAP (90715) Unknown
Pap smear Not indicated per the USPSTF. TAH/BSO 3/6/2017
Flu Vaccine (90656) 2016 Repeat in 1 year..
Depression Screen Annual (G0444) 03/06/2017 Repeat in 1 year..

Review of Systems (Lori Denison APRN; 5/3/2017 8:55 PM)
**General** Present- Feeling well and Good general health lately. Not Present- Fever and Medication Changes.
**Skin** Not Present- Rash.
**HEENT** Present- Seasonal Allergies. Not Present- Head Injury, Sinus Pain and Spinning Sensation.
**Neck** Not Present- Neck Stiffness and Swollen Glands.
**Respiratory** Not Present- Short of breath.
**Cardiovascular** Not Present- Chest Pain, Fainting / Blacking Out, Hypertension and Palpitations.
**Gastrointestinal** Not Present- Nausea and Vomiting.
**Neurological** Present- Migraine Headache. Not Present- Auras, Dizziness, Numbness, Numbness & Tingling, Seizures, Spinning Sensation, Visual Changes and Weakness.
**Psychiatric** Not Present- Anxiety, Depression and Memory loss.

Vitals (Jessica L. Foster; 5/3/2017 5:52 PM)
5/3/2017 1:42 PM
**Weight:** 154.38 lb **Height:** 67 in
**Body Surface Area:** 1.81 m² **Body Mass Index:** 24.18 kg/m²
**Temp.:** 97.8° F (Temporal) **Pulse:** 81 (Regular) P.OX: 100% (Room air)
**BP:** 110/64 (Sitting, Left Arm, Standard)

Physical Exam (Lori Denison APRN; 5/3/2017 8:53 PM)
General
**Mental Status** - Alert.
**General Appearance** - Well Developed, Well Nourished, Well groomed, Not in acute distress.
**Orientation** - Oriented X4.
**Hydration** - Well hydrated.
**Voice** - Normal.

Integumentary
**General Characteristics**
**Overall examination of the patient's skin reveals** - no rashes, no pallor and without cyanosis. **Color** - normal coloration of skin. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted. **Texture** - normal skin texture. **Thickness** - normal skin thickness. **Mobility & Turgor** - normal mobility and turgor. **Hair Distribution and Texture** - normal distribution of scalp and body hair, with normal hair texture.

Head and Neck
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - atraumatic.
**Neck**
**Global Assessment** - full range of motion.
**Trachea** - midline.

Chest and Lung Exam
**Chest and lung exam reveals** - quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

Cardiovascular
**Cardiovascular examination reveals** - normal heart sounds, regular rate and rhythm with no murmurs.
**Inspection**
**Carotid artery - Left** - Inspection Normal. **Right** - Inspection Normal. **Jugular vein - Bilateral** - Inspection Normal.
**Auscultation**
**Rate** - normal (60 - 100). **Rhythm** - Regular. **Heart Sounds** - S1 WNL and S2 WNL.

Peripheral Vascular
**Upper Extremity**
**Inspection - Bilateral** - Normal - No Clubbing, No Cyanosis, No Edema, Pulses Intact.
**Lower Extremity**
**Inspection - Bilateral** - Inspection Normal.

Neurologic
**Neurologic evaluation reveals** - normal attention span and ability to concentrate.

Neuropsychiatric
**The patient's mood and affect are described as** - normal.
**Judgment and Insight** - insight is appropriate concerning matters relevant to self and the patient displays appropriate judgment regarding every day activities.
**The patient displays or has experienced abnormal or psychotic thoughts including** - The patient neither reports nor displays abnormal or psycotic thoughts.
**Thought Processes/Cognitive Function** - appropriate fund of knowledge and aware of current events.

Musculoskeletal
**Global Assessment**
**Gait and Station** - normal gait and station and normal posture.

Lymphatic
**General Lymphatics**
**Description** - Normal .

Assessment & Plan (Lori Denison APRN; 5/3/2017 8:56 PM)
SEASONAL ALLERGIES (J30.2)
Current Plans

- Started Loratadine-D 24HR 10-240MG, 1 (one) Tablet every day, #90, 90 days starting 05/03/2017, Ref. x1.
- Follow up if no improvement or if symptoms worsen
- FOLLOW-UP AS NEEDED
- Pt Education - Patient Education given: Seasonal allergies: discussed with patient and provided information.
- Supportive care: OTC NSAID's, Antitussives, antihistamines, mucolytics, et.al.
- The etiology of the condition and treatment options were explained and the need for compliance and follow-up emphasized.
- Discussed risk, benefit and indications for medication (s).

MIGRANE,COMMON (G43.019)
Current Plans

- Started Topiramate 50MG, 1 (one) Tablet as directed, #120, 30 days starting 05/03/2017, No Refill.
  Local Order: week 1-1/2 tab twice daily week 2-1 tab twice daily week 3-1.5 tab in the AM & 1 tab in the PM week 4- 2 tab in the AM & 2 tab in the PM
- Started Zofran 4MG, 1 (one) Tablet every 8 hours as needed for nausea, #15, 15 days starting 05/03/2017, Ref. x1.
- Follow up if no improvement or if symptoms worsen
- -FU- Follow up if symptoms have not completely resolved in 72 hours. If so, follow up as needed.
- Pt Education - Patient Ed: Migraine Headache: Brief Version *: migraine headache: discussed with patient and provided information.
- Keep headache log.
- Call the office if you have a severe headache that will not go away.
- MEDICAL SERVICE(S) PROVIDED IN THE OFFICE AFTER 5PM OR ON WEEKEND (99050)

BMI 24.0-24.9, ADULT (Z68.24)

Lori G. Denison, APRN

Signed by Lori Denison, APRN (5/3/2017 8:57 PM)

## Procedures

**MEDICAL SERVICE(S) PROVIDED IN THE OFFICE AFTER 5PM OR ON WEEKEND (99050)** Performed: 05/03/2017 (Final, Reviewed)

**Encounter #1**

**History & Physical Report**
**3/6/2017: Office Visit - WELL WOMAN EXAM (NO GYNECOLOGICAL EXAM) (Z00.00), SCREENING FOR DEPRESSION (Z13.89), PAIN, JOINT, HIP, RIGHT (M25.551), BREAST CANCER SCREENING (Z12.39), BMI 22.0-22.9, ADULT (Lindsey H. Clickner, APRN)**
Jamie Reece
3/6/2017 6:00 PM
Location: Hamburg
Patient #: 7061990
DOB: 9/22/1968
Married / Language: English / Race: White
Female

History of Present Illness (Lindsey H. Clickner APRN; 3/6/2017 8:10 PM)
The patient is a 48 year old female who presents with a complaint of Establish Physician - Female. The patient feels well with minor complaints, has good energy level and is sleeping well. Pap smear: Date: (Has had TAH/BSO). Nutrition: balanced diet. Patient exercises a weekly. Patient sleeps 7 hours per night. Note for "Establish Physician - Female": 3/6/2017 Patient in to establish care with new PCP.

Additional reasons for visit:

Leg pain is described as the following:
The onset of the leg pain has been sudden following an incident not at work and has been occurring in a persistent pattern for 1 month. The course has been constant. The leg pain is described as a mild to moderate dull aching. The leg pain involves the right leg. The leg pain is described as being located in the hip. There has been associated decreased range of motion, limping and tingling, while there has been no catching, locking, numbness or swelling in the leg. The pain is aggravated by lifting and sitting. The pain is relieved by heat and ice.
Pt would like to have full PE today; she is not able to come back to the doctor due to her work schedule.
HPI and PFSH reviewed , Lindsey H. Clickner, APRN

Problem List/Past Medical (Ivy N Griffin; 3/6/2017 6:15 PM)
GERD (GASTROESOPHAGEAL REFLUX DISEASE) (K21.9)

Allergies (Phreesia Administrator; 3/6/2017 6:00 PM)
No Known Drug Allergies 03/06/2017

Family History (Phreesia Administrator; 3/6/2017 6:00 PM)
Arthritis Mother, Maternal Grandmother. Phreesia 03/06/2017
Coronary Artery Disease Mother, Maternal Grandmother. Phreesia 03/06/2017
Hypothyroidism Mother, Sister, Maternal Grandmother. Phreesia 03/06/2017

Social History (Phreesia Administrator; 3/6/2017 6:00 PM)
Tobacco Use Former smoker. Phreesia 03/06/2017
Alcohol use Moderate alcohol use. Phreesia 03/06/2017
No drug use Phreesia 03/06/2017
Marital status Married. Phreesia 03/06/2017
Highest Education Level Attained Some college. Phreesia 03/06/2017
Exercise 5 x week. Phreesia 03/06/2017

Medication History (Ivy N Griffin; 3/6/2017 6:14 PM)
Estradiol (1MG Tablet, 1 Oral daily) Active.
NexIUM (40MG Capsule DR, 1 Oral daily) Active.
Multivitamin Adult (Oral daily) Active.
Medications Reconciled

Past Surgical History (Phreesia Administrator; 3/6/2017 6:00 PM)
Hysterectomy with Bilateral Oophorectomy Phreesia 03/06/2017
Tonsillectomy Phreesia 03/06/2017
Wisdom Teeth Extraction Phreesia 03/06/2017
Other Surgery Phreesia 03/06/2017

Health Maintenance History (Ivy N Griffin; 3/6/2017 6:16 PM)
Pap smear Not indicated per the USPSTF. TAH/BSO 3/6/2017
Depression Screen Annual (G0444) 03/06/2017 Repeat in 1 year..
Screening Annual Mammography (77067) Ordered. 3/6/2017
Boostrix - TDAP (90715) Unknown
Flu Vaccine (90656) 2016 Repeat in 1 year..

Review of Systems (Lindsey H. Clickner APRN; 3/6/2017 8:10 PM)
**General** Present- Fatigue. Not Present- Appetite ., Chills, Dietary Changes, Feeling well, Fever, G general health lately, Night Sweats, Persistent Infections, Recent Exposure, Recent Travel, Weight Gain and Weight Loss.
**Skin** Present- Psoriasis (controlled with probiotics per pt) and Varicose veins. Not Present- acne, Bruising, Change in Wart/Mole, Eczema, Itching, Nail Changes, Rash and Rosacea.
**HEENT** Not Present- Deafness, Decreased Hearing, Ear Pain, Eye Pain, Glaucoma, Headache, Hearing Loss, Nose Bleed, Ringing in the Ears, Seasonal Allergies, Sinus problems, Sleep Apnea, Visual Disturbances and Wears glasses/contact lenses.
**Neck** Not Present- Swollen Glands.
**Respiratory** Not Present- Asthma, Chronic Obstructive Pulmonary Disease (COPD), Cough, Emphysema, Hemoptysis, Short of breath and Wheezing.
**Breast** Not Present- Breast Pain and Nipple Discharge.
**Cardiovascular** Not Present- Atrial Fibrillation, Chest Pain, Congestive Heart Failure (CHF), Coronary Artery Disease, Edema, Fainting / Blacking Out, Heart Stent, High Cholesterol, Hypertension, Murmur, Palpitations, Peripheral Vascular Disease, Shortness of Breath and Swelling of Extremities.
**Gastrointestinal** Present- Dysphagia (followed by GI doctor; Dr Chen. Esophageal stretching.). Not Present- Abdominal Pain, Barrett's Esophagus, Black, Tarry Stool, Change in Bowel Habits, Constipation, Diarrhea, Difficulty Swallowing, Gastro-Esophageal Reflux, Hemorrhoids, Irritable Bowel, Jaundice, Loss of apetite, Nausea, Rectal Bleeding and Vomiting.
**Female Genitourinary** Not Present- Blood in Urine, Change In Bladder Habits, Chronic Kidney Disease, Flank Pain, Frequency, Menstrual Irregularities, Nocturia, Painful Urination, Urinary Complaints, Vaginal Discharge and Vaginal itching/burning.
**Musculoskeletal** Present- Hip Pain, Joint Pain and Muscle Pain. Not Present- Arthritis, Back Pain, Difficulty walking, Fibromyalgia, Gout, Joint Stiffness, Known Accident or Injury, Leg Cramps, Osteoporosis/Osteopenia and Swelling of Extremities.
**Neurological** Not Present- Decreased Memory, Difficulty Speaking, Dizziness, Headaches, History of TIA/Stroke/CVA, Incontinence Stool, Incontinence Urine, Migraine Headache, Numbness & Tingling, Radiculopathy, Seizures, Stroke, Tremor, Trouble walking, Vertigo, Weakness and Weakness In Extremities.
**Psychiatric** Not Present- Anxiety, Attention Deficite, Bipolar Disorder, Depression, Impaired Cognitive Function, Inability to Concentrate, Insomnia, Memory loss, Obsessive Compulsive Disorder (OCD), Panic Attacks and Post-Traumatic Stress Disorder.
**Endocrine** Not Present- Cold Intolerance, Diabetes, Dry skin, Excessive Thirst, Excessive Urination, Glandular or hormone problem, Hair Loss, Hot flashes, Libido Change, Menopause, Poly-Cystic Ovarian Syndrome (PCOS) and Thyroid Problems.
**Hematology** Not Present- Anemia, Blood Clots, Easy Bleeding, Easy Bruising, Past transfusion, Slow to heal after cuts, Vein Problems and Vitamin Deficiency.

Vitals (Ivy N. Griffin; 3/6/2017 6:18 PM)
<u>3/6/2017 6:10 PM</u>
**Weight:** 146.44 lb **Height:** 67 in
**Body Surface Area:** 1.77 m² **Body Mass Index:** 22.94 kg/m²
**Temp.:** 98.5° F (Tympanic) **Pulse:** 80 (Regular) P.OX: 99% (Room air)
**BP:** 110/60 (Sitting, Left Arm, Standard)

Physical Exam (Lindsey H. Clickner APRN; 3/6/2017 8:13 PM)
**<u>Integumentary</u>**
**General Characteristics**
**Overall examination of the patient's skin reveals** - no rashes, no suspicious lesions and no evidence of photo damage.

**<u>ENMT</u>**
**Global Assessment**
**Examination of related systems reveals** - alert and oriented X3, well developed, well nourished and in no acute distress, normal voice with no communication aids required, normocephalic, atraumatic, trachea is midline, with no palpable neck masses, no palpable thyroid masses or prominent nodules, no thyromegaly, respiratory effort is quiet, even and easy with no use of accessory muscles, on auscultation of the lungs, normal breath sounds with no rales and rhonchi and normal ocular motility and primary gaze.

**<u>Chest and Lung Exam</u>**
**Auscultation**
**Breath sounds** - Clear to ascultation bilaterally and Normal.

**<u>Cardiovascular</u>**
**Examination of related systems reveals** - well-developed, well-nourished and in no acute distress; alert and oriented x 3.
**Auscultation**
**Rate** - normal (60 - 100). **Heart Sounds** - Normal heart sounds, S1 WNL and S2 WNL.

**<u>Abdomen</u>**
**Inspection**
**Inspection of the abdomen reveals** - No Visible peristalsis, No Abnormal pulsations and No Hernias.
**Palpation/Percussion**
**Palpation and Percussion of the abdomen reveal** - Soft, Non Tender, No Rebound tenderness, No Rigidity (guarding), No Abnormal dullness to percussion, No Abnormal tympany to percussion, No hepatosplenomegaly and No Palpable abdominal masses.

**<u>Peripheral Vascular</u>**
**Lower Extremity**
**Inspection - Bilateral** - Inspection Normal. **Palpation - Dorsalis pedis pulse - Bilateral** - Normal. **Edema - Bilateral** - No edema.

**<u>Neurologic</u>**
**Sensory - Bilateral** - Normal, LLE Touch Intact and RLE Touch Intact.
**General Assessment of Reflexes**
**Right Knee** - 2+. **Left Knee** - 2+.

**<u>Neuropsychiatric</u>**
**Examination of related systems reveals** - The patient is well-nourished and well-groomed and normal gait and station.
**Mental status exam performed with findings of** - Oriented X3 with appropriate mood and affect.

**<u>Musculoskeletal</u>**
**Global Assessment**
**Examination of related systems reveals** - neurovascularly intact globally with normal deep tendon reflexes and normal coordination.

**Lower Extremity**
**Hip - Examination of the right hip reveals -** ( velling, edema or erythema of surrounding tiss( ormal strength and tone, no instability, subluxation or laxity, no known fractures or dislocations and normal sensation and coordination. **Exam..ation of the left hip reveals** - no tenderness to palpation, no pain, no swelling, edema or erythema of surrounding tissue, normal strength and tone, normal range of motion, no crepitus, no instability, subluxation or laxity, no known fractures or dislocations and normal sensation and coordination. **Inspection and Palpation - Tenderness** - 1+, generalized (Right Hip), about the groin, (R), over the gluteal area, (R) and over the lateral thigh, (R).
**Assessment of pain reveals the following findings: - The pain is characterized as** - moderate, constant and deep. **Location - Right** - groin along medial thigh to above the knee.
**Assessment of pain reveals the following findings: - Causative Factors include** - ascending stairs and descending stairs.

**Lymphatic**
**General Lymphatics**
**Description** - Normal .

Assessment & Plan (Lindsey H. Clickner APRN; 3/6/2017 8:15 PM)
WELL WOMAN EXAM (NO GYNECOLOGICAL EXAM) (Z00.00)
Story: pt is not fasting for labs
Current Plans

- COLLECTION OF VENOUS BLOOD BY VENIPUNCTURE (36415)
- CBC: CBC, PLATELETS & AUTO DIFF (85025)
- BMP: BASIC METABOLIC PANEL (80048)
- HGBA1C: HEMOGLOBIN (GLYCOSYLATED) A1C (83036)
- HEPATIC FUNCTION PANEL (80076)
- FT4: THYROXINE, FREE (84439)
- TSH: THYROID STIMULATING HORMONE (84443)
- PROVIDER NOTE: Age appropriate risk factors discussed with patient. Follow up in 1 year for annual physical.: discussed with patient and provided information.

SCREENING FOR DEPRESSION (Z13.89)
Current Plans

- ANNUAL DEPRESSION SCREENING (G0444) (SCORE =2; ; 0-9: No Diagnosis of Depression; 10-14: Major Depressive, Mild F32.0; 15-19: Major Depressive, Mod F32.1; > 20: Major depressive, severe w/o psychotic features F32.2, w/ psychotic features F32.3)
- MEDICAL SERVICE(S) PROVIDED IN THE OFFICE AFTER 5PM OR ON WEEKEND (99050)

PAIN, JOINT, HIP, RIGHT (M25.551)
Current Plans

- Discussed risk, benefit and indications for medication (s).
- Follow up if no improvement or if symptoms worsen
- Referred to RAR KORT Physical Therapy (Physical Medicine and Rehabilitation).
  Routine. Provide referring physician with visit summaries. Assume management for problem and return to primary caregiver at conclusion of care.
- Steroid side effects discussed
- Started MethylPREDNISolone 4MG, 1 (one) Tablet ask directed, #21, 6 days starting 03/06/2017, No Refill.
  Local Order: six tablets the first day, five tablets the second day, four tablets the third day,three tablets the fourth day, two tablets the fifth day, one tablet the sixth day
- Started Ketoprofen 75MG, 1 (one) Capsule every eight hours as needed for pain, #30, 30 days starting 03/06/2017, Ref. x2.

BREAST CANCER SCREENING (Z12.39)
Current Plans

- SCREENING ANNUAL MAMMOGRAPHY (77067)

BMI 22.0-22.9, ADULT (Z68.22)

Signed by Lindsey H Clickner, APRN (3/6/2017 8:17 PM)

## Laboratories

**CBC: CBC, PLATELETS & AUTO DIFF (85025)** Final, Reviewed (Collected: 03/06/2017)
Diagnosis: WELL WOMAN EXAM (NO GYNECOLOGICAL EXAM) (Z00.00)
Annotation: I have reviewed your lab results and the interpretation are as follows:
CBC is normal. This test is a measure of blood levels including white blood cells, red blood cells (anemia) and platelets.
Glucose, kidney function, liver function and electrolytes are all within normal limits. Great news!
Thyroid test was in normal limits. Good news!

Hemoglobin A1C is within normal range. This is a screening test for diabetes. please call my patient care team at 859-278-500[illegible] ou have any further questions or concerns. Tha[illegible]
Lindsey H. Clickner, APRN

| | | | |
|---|---|---|---|
| WBC | **6.6** x10^3/uL | (Normal Range: 4.1-10.9 x10^3/uL) Result Note: Result Annotation: | |
| RBC | **3.95 (abn) x10^6/uL** | (Normal Range: 4.20-6.30 x10^6/uL) Result Note: Result Annotation: | |
| HGB | **12.8** g/dL | (Normal Range: 12.0-18.0 g/dL) Result Note: Result Annotation: | |
| HCT | **37.2** % | (Normal Range: 37.0-51.0 %) Result Note: Result Annotation: | |
| MCV | **94.2** fL | (Normal Range: 80.0-97.0 fL) Result Note: Result Annotation: | |
| MCH | **32.4 (abn) pg** | (Normal Range: 26.0-32.0 pg) Result Note: Result Annotation: | |
| MCHC | **34.4** g/dL | (Normal Range: 31.0-36.0 g/dL) Result Note: Result Annotation: | |
| RDW-SD | **45.2** fL | (Normal Range: 37.0-54.0 fL) Result Note: Result Annotation: | |
| RDW-CV | **12.1** % | (Normal Range: 11.0-16.0 %) Result Note: Result Annotation: | |
| PLT | **231** x10^3/uL | (Normal Range: 140-440 x10^3/uL) Result Note: Result Annotation: | |
| MPV | **9.8** fL | (Normal Range: 0.0-100.0 fL) Result Note: Result Annotation: | |
| NEUT # | **3.4** x10^3/uL | (Normal Range: 2.0-7.8 x10^3/uL) Result Note: Result Annotation: | |
| LYMPH# | **2.8** x10^3/uL | (Normal Range: 0.6-4.1 x10^3/uL) Result Note: Result Annotation: | |
| MXD# | **0.4** x10^3/uL | (Normal Range: 0.0-1.8 x10^3/uL) Result Note: Result Annotation: | |
| NEUT % | **50.9** % | (Normal Range: 37.0-92.0 %) Result Note: Result Annotation: | |
| LYMPH % | **42.3** % | (Normal Range: 10.0-58.5 %) Result Note: Result Annotation: | |
| MXD% | **6.8** % | (Normal Range: 0.1-24.0 %) Result Note: Result Annotation: | |

**BMP: BASIC METABOLIC PANEL (80048)** Final, Reviewed (Collected: 03/06/2017)
Diagnosis: WELL WOMAN EXAM (NO GYNECOLOGICAL EXAM) (Z00.00)
Note: Non-fasting

| | | |
|---|---|---|
| SODIUM | **141** mmol/L | (Normal Range: 132-145 mmol/L) Result Note: Result Annotation: |
| POTASSIUM | **3.90** mmol/L | (Normal Range: 3.30-5.40 mmol/L) Result Note: Result Annotation: |
| CHLORIDE | **104.0** mmol/L | (Normal Range: 97.0-110.0 mmol/L) Result Note: Result Annotation: |
| CARBON DIOXIDE | **30.0** mmol/L | (Normal Range: 21.0-31.0 mmol/L) Result Note: Result Annotation: |
| ANION GAP | **10.9** | Result Note: Result Annotation: |
| GLUCOSE | **85** mg/dL | (Normal Range: 66-99 mg/dL) Result Note: Result Annotation: |
| BUN | **15** mg/dL | (Normal Range: 7-20 mg/dL) Result Note: Result Annotation: |
| CREATININE | **0.67** mg/dL | (Normal Range: 0.60-1.30 mg/dL) Result Note: Result Annotation: |
| CALCIUM | **9.5** mg/dL | (Normal Range: 8.7-10.6 mg/dL) Result Note: Result Annotation: |
| OSMOLALITY | **371.3** CALC | CALC) Result Note: Result Annotation: |
| GFR NON-AFRICAN AMERICAN | **>60** ml/min/1.73m^2 | (Normal Range: >=60 ml/min/1.73m^2) Result Note: Result Annotation: |
| GFR AFRICAN AMERICAN | **>60** ml/min/1.73m^2 | (Normal Range: >=60 ml/min/1.73m^2) Result Note: Result Annotation: |

**HGBA1C: HEMOGLOBIN (GLYCOSYLATED) A (83036)** Final, Reviewed (Collected: 03/06/2017)
Diagnosis: WELL WOMAN EXAM (NO GYNECOLOGICAL EXAM) (Z00.00)

| | | |
|---|---|---|
| HBA1C | **5.7** % | (Normal Range: 4.5-5.7 %) Result Note: Result Annotation: |
| ESTIMATED AVERAGE GLUCOSE | **117** | Result Note: Result Annotation: |

**HEPATIC FUNCTION PANEL (80076)** Final, Reviewed (Collected: 03/06/2017)
Diagnosis: WELL WOMAN EXAM (NO GYNECOLOGICAL EXAM) (Z00.00)

| | | |
|---|---|---|
| TOTAL PROTEIN | **7.2** g/dL | (Normal Range: 6.4-8.3 g/dL) Result Note: Result Annotation: |
| ALBUMIN | **4.5** g/dL | (Normal Range: 3.5-5.0 g/dL) Result Note: Result Annotation: |
| GLOBULIN | **2.7** g/dL | g/dL) Result Note: Result Annotation: |
| A/G RATIO | **1.7** CALC | CALC) Result Note: Result Annotation: |
| ALK. PHOSPHATASE | **43** IU/L | (Normal Range: 27-133 IU/L) Result Note: Result Annotation: |
| ALT (SGPT) | **12** IU/L | (Normal Range: 5-60 IU/L) Result Note: Result Annotation: |
| AST (SGOT) | **16** IU/L | (Normal Range: 10-42 IU/L) Result Note: Result Annotation: |
| TOTAL BILIRUBIN | **0.2** mg/dL | (Normal Range: 0.0-1.5 mg/dL) Result Note: Result Annotation: |
| DIRECT BILIRUBN | **0.0** mg/dL | (Normal Range: 0.0-0.2 mg/dL) Result Note: Result Annotation: |
| INDIRECT BILIRUBIN | **0.2** mg/dL | mg/dL) Result Note: Result Annotation: |

**FT4: THYROXINE, FREE (84439)** Final, Reviewed (Collected: 03/06/2017)
Diagnosis: WELL WOMAN EXAM (NO GYNECOLOGICAL EXAM) (Z00.00)
FT4 (FREE THYROXINE) **1.08** ng/dL (Normal Range: 0.71-1.85 ng/dL) Result Note:
Result Annotation:

**TSH: THYROID STIMULATING HORMONE (84443)** Final, Reviewed (Collected: 03/06/2017)
Diagnosis: WELL WOMAN EXAM (NO GYNECOLOGICAL EXAM) (Z00.00)
TSH **3.28** uIU/mL (Normal Range: 0.38-4.31 uIU/mL) Result Note:
Result Annotation:

## Procedures

**ANNUAL DEPRESSION SCREENING (G0444)** Performed: 03/06/2017 (Final, Reviewed)

**COLLECTION OF VENOUS BLOOD BY VENIPUNCTURE (36415)** Performed: 03/06/2017 (Final, Reviewed)

**SCREENING ANNUAL MAMMOGRAPHY (77067)** Performed: 03/06/2017 (Final, Reviewed)

- Comments: 3/6/2017 Order printed & given to patient. IG
  4/10/2017 Reminder letter & mammo order mailed to patient. IG
  5/8/2017 No report available, reminder letter sent to patient with order to schedule mammogram.
  Ok to close per provider. IG

**MEDICAL SERVICE(S) PROVIDED IN THE OFFICE AFTER 5PM OR ON WEEKEND (99050)** Performed: 03/06/2017 (Final, Reviewed)

# Scanned Documents

| # | Date | Title | Approved By | Comments |
|---|---|---|---|---|
| 1 | 02/14/2018 | ARTHRITIS CLINIC ARCHIVES | Clickner, Lindsey H APRN | No |
| 2 | 09/18/2017 | KORT | Adams, Doris W APRN | No |
| 3 | 08/10/2017 | KIOSK MED | Clickner, Lindsey H APRN | No |
| 4 | 04/18/2017 | KORT POC | Ballard, Amber K APRN | No |
| 5 | 03/15/2017 | KORT POC | Ballard, Amber K APRN | No |

From: 8592584000 Page: 1/15 Date: 2/14/2018 4:00:30 PM

Admin - Medical Records Request for REECE, JAMIE H
E#21591363 9yo F) #21591363

Feb. 13. 2018 4:03PM

Fax 258 No. 6814 P. 1

Hamburg
1775 Alysheba Way Suite 201
Lexington, KY 40509-2391
Phone: (859) 278-5007
Fax: (859) 278-6867

Patient Name: Jamie Reece
Street Address: 1166 Deer Haven Lane
City/State/ZIP: Lexington, KY 40509
DOB: 09/22/1968 SSN#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 Phone #(859) 533-6163
I hereby authorize (Physician, Clinic, Hospital or Other Health Care Provider) to Release Medical Records:

From(Name of party releasing records): ______

Street Address: ______ lex clinic Rheumatology

City, State, ZIP ______

To(Name of party requesting records): ______

Street Address: ______ FPA

City, State, Zip ______ Fax (859)278-6867

Family Practice Associates of Lexington
1775 Alysheba Way, Suite 201
Lexington, KY 40509-2379

**Please fill in complete mailing address - ALL records will be mailed**

The information to be released includes:

✓ Entire medical record
___ Billing Information DATE ______
___ History&Physical DATE ______
___ Progress Notes DATE ______
___ Laboratory Reports DATE ______
___ Other DATE ______

If the record includes information related to alcohol or drug abuse, mental health diagnosis/treatment, AIDS or other communicable diseases, please check the ones that are applicable.

___ Alcohol/Drug abuse
___ Mental Health diagnosis/treatment
___ AIDS/other communicable diseases

[illegible]

I understand that the purpose of this disclosure is for use in:

___ Specialty Appointment
___ Insurance Claim Processing
___ Legal Claim Processing
___ Change in Primary Doctor
Reasons: ___ Insurance ___ Closer to Home ___ Dissatisfied ___ other

___ Other (specify) ______

I ___ am or ___ am not transferring my care to another physician/provider other than FPA.

*(If I am transferring care, I understand that FPA will no longer be my primary care office.)*

Patient/Legal Guardian Continuation of Care Date ______

This authorization form will be in effect for a period of one year from the date of the signature; however, the patient and/or legal guardian may revoke this authorization in writing at any time as per the Notice of Privacy Practices. **Release of present and future billing and lab info will be in effect until revoked**

Treatment, payment, enrollment or eligibility for benefits may not be conditioned on obtaining the authorization if such conditioning is prohibited by the Privacy Rule.

___ [illegible]

DO NOT WRITE BELOW THIS LINE

**FPA EMPLOYEE SIGNATURE** ______

**COMMENTS** ______

___ Released to pt in office/ Initials/Date ______

Tuesday, February 13, 2018 Page 1 / 1

FAX 2-14-18
MAIL OUT ______
UPS ______

This fax was received by GFI FaxMaker fax server. For more information visit: http://www.gfi.com

NEW LEXINGTON CLINIC PSC - , LEXINGTON KY 40504-2701

**REECE, JAMIE H (Id #21591363, dob:**

## Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 01/26/2018**

### Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 01/26/2018 01:00PM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313675<br>Policy/Group # : 003320100TEAP084<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Prescription: ESI1 - Member is eligible. details | | |

### Chief Complaint

Followup: Psoriatic arthritis

1 month reck, doing about the same, has not noticed any improvement

### Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867

### Patient's Pharmacies

**WALMART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526**

WALMART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4608, Fax (502) 570-4610

### Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 01/26/2018 01:14 pm | **Wt:** | 169 lbs 01/26/2018 01:14 pm | **BMI:** | 26.5 01/26/2018 01:14 pm |
| **BP:** | 105/62 sitting R arm 01/26/2018 01:16 pm | **BP Cuff Size:** | adult 01/26/2018 01:16 pm | **Pulse:** | 61 bpm regular 01/26/2018 01:16 pm |
| **RR:** | 16 01/26/2018 01:16 pm | | | | |

### Allergies

Reviewed Allergies

**LORTAB:** itching - Reaction: ITCHING; Comment: Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **calcium** | 11/17/17 | entered |
| **Diflucan 150 mg tablet**<br>Take 1 tablet(s) every day by oral route for 3 days. | 01/09/18 | prescribed |
| **estradiol 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 11/17/17 | entered |
| **folic acid 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 01/26/18 | prescribed |
| **ketoprofen 75 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| **metHOTREXate sodium 2.5 mg tablet**<br>take 4 po twice weekly | 01/26/18 | prescribed |

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

**REECE, JAMIE H (id #21591363, dob: )**

**Motrin 800 mg tablet**
Two times a day — 05/20/08 filled
**Internal Note:** Frequency: bid;Alt Frequency: prn;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008

**Multi Vitamin** — 11/17/17 entered

**NexIUM 40 mg capsule,delayed release**
Take 1 capsule(s) every day by oral route. — 09/06/17 prescribed

**predniSONE 5 mg tablet**
take one po daily as needed — 01/26/18 prescribed

**Probiotic** — 11/17/17 entered

**ZyrTEC 10 mg capsule**
Take 1 capsule(s) every day by oral route. — 11/17/17 entered

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |
| | - Arthritis |

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/10/2017)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): Y

## HPI

multiple recurring joint pain and tenderness; with hx of psoriasis; right hip pains, stiffness; tenderness; works full time at toyota and is concerned about worsening joint pains; denies cp, soa, rash or fevers and all others are negative

## ROS

ROS as noted in the HPI

## Physical Exam

Patient is a 49-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally and normal tandem gait test.

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Sclerae: non-icteric.

**ENMT:** Ears: no lesions on external ear or hearing loss. Nose: no lesions on external nose and nares patent. Oral Cavity: no mouth or lip ulcers. Oropharynx: moist mucous membranes. Face: no malar erythema.

**Musculoskeletal System:** Joints, Bones, and Muscles: no contractures, malalignment, or bony abnormalities and normal movement of all extremities and tenderness. Extremities: no cyanosis, edema, varicosities, or palpable cord. Knees: no ligamentous instability on examination.

**Neurological Exam:** Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no ulcer, induration, nodules, jaundice, or abnormal nevi/rash and lesion; and good turgor; Mild psoriatic lesions. Nails: normal.

## Assessment / Plan

**1. Psoriatic arthritis** - prednisone trial improved outcome; no itching, no rash, joint pains improved overall
will initiate methotrexate and folic acid
labs are good
will f/u in 1 month

L40.50: Arthropathic psoriasis, unspecified

- methotrexate sodium 2.5 mg tablet - take 4 po twice weekly Qty: 32 tablet(s) Refills: 2 Pharmacy: WALMART PHARMACY 3894
- folic acid 1 mg tablet - Take 1 tablet(s) every day by oral route. Qty: 30 tablet(s) Refills: 3 Pharmacy: WALMART PHARMACY 3894
- prednisone 5 mg tablet - take one po daily as needed Qty: 30 tablet(s) Refills: 2 Pharmacy: WALMART PHARMACY 3894

**2. Long term methotrexate user**

Z79.899: Other long term (current) drug therapy

- CBC
- ESR, AUTOMATED
- ALT
- AST
- CREATININE

**3. Long-term drug therapy**

Z79.899: Other long term (current) drug therapy

- QUANTIFERON TB GOLD

## Return to Office

- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by SUSANNA MOBERLY, APRN, 01/26/2018.

Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 01/26/2018 at 1:21pm

**Encounter Date: 12/20/2017**

## Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 12/20/2017 02:00PM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313575<br>Policy/Group # : 003320100TEAP084<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Prescription: ESI1 - Member is eligible. details | | |

## Chief Complaint

Followup: Psoriatic arthritis

Pt is here today for f/up labs done at last visit.

NEW LEXINGTON CLINIC PSC • , LEXINGTON KY 40504-2701

**REECE, JAMIE H (id #21591363, dob:**

## ESR, AUTOMATED 11/17/2017 (#11535358, Final, 11/17/2017 2:15pm)

| | | | |
|---|---|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to [illegible] your next appointment. | | |
| Ordering Provider | SUSANNA MOBERLY, APRN | Performing Lab | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| [illegible] | Q3170710 | [illegible] | |
| [illegible] | 11/17/2017 14:16 | [illegible] | Final |
| [illegible] | 11/17/2017 14:19 | [illegible] | |
| [illegible] | 11/17/2017 15:38 | | |

| Result | [illegible] | Ref Range | Units | [illegible] | Status | [illegible] |
|---|---|---|---|---|---|---|
| ESR, AUTOMATED | 12 | 0-19 | MM/HR | Normal | Final | |

## RHEUMATOID FACTOR 11/17/2017 (#11532162, Final, 11/17/2017 2:15pm)

| | | | |
|---|---|---|---|
| Note to Patient | The results of your recent lab tests are enclosed. We look forward to [illegible] your next appointment. | | |
| [illegible] | SUSANNA MOBERLY, APRN | [illegible] | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| [illegible] | Q3170710 | [illegible] | |
| [illegible] | 11/17/2017 14:16 | [illegible] | Final |
| [illegible] | 11/17/2017 14:19 | [illegible] | |
| [illegible] | 11/17/2017 14:47 | | |

| Result | [illegible] | [illegible] | [illegible] | [illegible] | Status | [illegible] |
|---|---|---|---|---|---|---|
| RF SCREEN, QUANT | [illegible] | [illegible] | [illegible] | Normal | Final | |

## C-REACTIVE PROTEIN 11/17/2017 (#11532180, Final, 11/17/2017 2:15pm)

| | | | |
|---|---|---|---|
| [illegible] | [illegible] | | |
| [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | Final |
| [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | | |

[illegible]

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

NEW LEXINGTON CLINIC PSC • , LEXINGTON KY 40504-2701

REECE, JAMIE H (id #21591363, dob:

Patient's Care Team

Primary Care Provider: FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6867

Patient's Pharmacies

WAL-MART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0526

WAL-MART PHARMACY 7259 (ERX): 1001 CHERRY BLOSSOM WAY GATE 7 TOYOTA PLANT, GEORGETOWN KY 40324, Ph (502) 570-4609, Fax (502) 570-4610

Vitals

Ht: 5 ft 7 in 12/20/2017 01:09 pm
Wt: 163 lbs 12/20/2017 01:09 pm
BMI: 25.5 12/20/2017 01:09 pm
BP: 113/83 sitting R arm 12/20/2017 01:10 pm
BP Cuff Size: adult 12/20/2017 01:10 pm
Pulse: 71 bpm 12/20/2017 01:10 pm

Allergies

Reviewed Allergies

LORTAB: Itching - Reaction: ITCHING; Comment; Created By: Myers Darla;Created Date: 12/27/2008 2:48:15 PM;

Medications

Reviewed Medications

| Medication | Date | Status |
|---|---|---|
| calcium | 11/17/17 | entered |
| estradiol 1 mg tablet<br>Take 1 tablet(s) every day by oral route. | 11/17/17 | entered |
| folic acid 1 mg tablet<br>Take 1 tablet(s) every day by oral route. | 12/20/17 | prescribed |
| ketoprofen 75 mg capsule<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| metHOTREXate sodium 2.5 mg tablet<br>take 4 po once weekly x 2 weeks; then increase to 6 po once weekly until follow up | 12/20/17 | prescribed |
| Motrin 600 mg tablet<br>Two times a day<br>Internal Note: Frequency: bid;Alt Frequency: prn;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008 | 05/20/08 | filled |
| Multi Vitamin | 11/17/17 | entered |
| NexIUM 40 mg capsule,delayed release<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |
| predniSONE 5 mg tablet<br>take one po daily as needed | 12/20/17 | prescribed |
| Probiotic | 11/17/17 | entered |
| ZyrTEC 10 mg capsule<br>Take 1 capsule(s) every day by oral route. | 11/17/17 | entered |

Vaccines

None recorded.

Problems

Reviewed Problems

**REECE, JAMIE H (Id #21591363, dob:**

- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Psoriatic arthritis - Onset: 12/30/2017
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Reviewed Family History

Father - No current problems or disability

Mother - No current problems or disability
- Arthritis

## Social History

Reviewed Social History

Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/10/2017)

## Past Medical History

Reviewed Past Medical History

Acid Reflux (GERD): Y

## HPI

multiple recurring joint pain and tenderness; with hx of psoriasis; right hip pains, stiffness; tenderness; works full time at toyota and is concerned about worsening joint pains; denies cp, sob, rash or fevers and all others are negative

## ROS

ROS as noted in the HPI

## Physical Exam

Patient is a 49-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally and normal tandem gait test.

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Sclerae: non-icteric.

**ENMT:** Ears: no lesions on external ear or hearing loss. Nose: no lesions on external nose and nares patent. Oral Cavity: no mouth or lip ulcers. Oropharynx: moist mucous membranes. Face: no malar erythema.

**Musculoskeletal System:** Joints, Bones, and Muscles: no contractures, malalignment, or bony abnormalities and normal movement of all extremities and tenderness. Extremities: no cyanosis, edema, varicosities, or palpable cord. Knees: no ligamentous instability on examination.

**Neurological Exam:** Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no ulcer, induration, nodules, jaundice, or abnormal nevi/rash and lesion; and good turgor; **Mild psoriatic lesions.** Nails: normal

## Assessment / Plan

**1. Psoriatic arthritis** - prednisone trial improved outcome; no itching, no rash, joint pains improved overall
will initiate methotrexate and folic acid
labs are good
will f/u in 1 month

L40.50: Arthropathic psoriasis, unspecified

- methotrexate sodium 2.5 mg tablet - take 4 po once weekly x 2 weeks; then increase to 6 po once weekly until follow up

NEW LEXINGTON CLINIC, PSC • , LEXINGTON KY 40504-3704

**REECE, JAMIE H (Id #21591363, dob:**

Qty: 24 tablet(s) Refills: 2 Pharmacy: WAL-MART PHARMACY 3894
- folic acid 1 mg tablet - Take 1 tablet(s) every day by oral route. Qty: 30 tablet(s) Refills: 3 Pharmacy: WAL-MART PHARMACY 3894
- prednisone 5 mg tablet - take one po daily as needed Qty: 30 tablet(s) Refills: 2 Pharmacy: WAL-MART PHARMACY 3894

Return to Office
- SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on 01/18/2018 at 02:30 PM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 03/01/2018

Encounter Sign-Off

Encounter signed-off by SUSANNA MOBERLY, APRN, 12/30/2017.

Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 12/30/2017 at 11:11pm

**Encounter Date: 11/17/2017**

Patient

| | | | |
|---|---|---|---|
| **Name** | REECE, JAMIE (49yo, F) ID# 21591363 | **Appt. Date/Time** | 11/17/2017 01:00PM |
| **DOB** | | **Service Dept.** | RHEUMATOLOGY SB |
| **Provider** | SUSANNA MOBERLY, APRN | | |
| **Insurance** | Med Primary: BCBS-OH (PPO)<br>Insurance # : TOAAN1313876<br>Policy/Group # : 003320100TEAP064<br>PCP : FAMILY PRACTICE ASSOCIATES<br>Employer Name : TOYOTA<br>Prescription: ESI1 - Member is eligible. details | | |

Chief Complaint

new patient

new, joint stiffness and pain

Patient's Care Team

**Primary Care Provider:** FAMILY PRACTICE ASSOCIATES: 1775 ALYSHEBA WAY, STE 201, LEXINGTON, KY 40509, Ph (859) 278-5007, Fax (859) 278-6887

Patient's Pharmacies

**WAL-MART PHARMACY 3894 (ERX): 2350 GREY LAG WAY ROAD, LEXINGTON KY 40509, Ph (859) 263-0526, Fax (859) 263-0528**

TOYOTA FAMILY PHARMACY (TMMK): 1001 CHERRY BLOSSOM WAY, GEORGETOWN KY 40324, Ph (502) 570-4610, Fax (502) 570-4610

Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 7 in 11/17/2017 01:22 pm | **Wt:** | 159 lbs 11/17/2017 01:22 pm | **BMI:** | 24.9 11/17/2017 01:22 pm |
| **BP:** | 109/61 sitting R arm 11/17/2017 01:29 pm | **BP Cuff Size:** | adult 11/17/2017 01:29 pm | **Pulse:** | 57 bpm regular 11/17/2017 01:29 pm |
| **RR:** | 18 11/17/2017 01:29 pm | | | | |

Allergies

Reviewed Allergies

**LORTAB: itching - Reaction: ITCHING; Comment; Created By: Myers Darla;Created Date: 12/27/2006 2:48:15 PM;**

Medications

**Reviewed Medications**

| | | |
|---|---|---|
| **calcium** | 11/17/17 | entered |
| **estradiol 1 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 11/17/17 | entered |
| **ketoprofen 75 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 09/06/17 | prescribed |

**REECE, JAMIE H (id #21591363, dob:**

**Motrin 600 mg tablet**
Two times a day
**Internal Note:** Frequency: bid;Alt Frequency: prn;Medication Description: ibuprofen; Dosage:1; Route:oral; refills:2; Quantity:1 mo tablet, start 05/20/2008 — 05/20/08 filled

**Multi Vitamin** — 11/17/17 entered

**NexIUM 40 mg capsule,delayed release**
Take 1 capsule(s) every day by oral route. — 09/06/17 prescribed

**predniSONE 5 mg tablet**
take one po tid x 1 week; one po bid x 1 week then one po daily until gone — 11/17/17 prescribed

**Probiotic** — 11/17/17 entered

**ZyrTEC 10 mg capsule**
Take 1 capsule(s) every day by oral route. — 11/17/17 entered

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Globus sensation - Onset: 07/13/2017
- Painless rectal bleeding - Onset: 07/13/2017
- Left upper quadrant pain - Onset: 11/12/2016 - From Automated Load;Provider: Cassell, Jacqueline;Status: Active
- Family history of Stomach cancer - Onset: 07/13/2017

## Family History

Family History not reviewed (last reviewed 09/10/2017)
Father - No current problems or disability
Mother - No current problems or disability

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Surgical History

Reviewed Surgical History

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/10/2017)

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): Y

## HPI

multiple recurring joint pain and tenderness; with hx of psoriasis; right hip pains, stiffness; tenderness; works full time at toyota and is concerned about worsening joint pains; denies cp, sob, rash or fevers and all others are negative

## ROS

ROS as noted in the HPI

## Physical Exam

Patient is a 49-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally and normal tandem gait test.

**Mental Status:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Sclerae: non-icteric.

**ENMT:** Ears: no lesions on external ear or hearing loss. Nose: no lesions on external nose and nares patent. Oral Cavity: no mouth or lip ulcers. Oropharynx: moist mucous membranes. Face: no malar erythema.

**Neck:** Neck: supple, FROM, trachea midline, and no masses. Lymph Nodes: no cervical LAD or supraclavicular LAD. Thyroid: no enlargement, tenderness, or nodules.

**Lungs:** Respiration: no dyspnea. Percussion: no dullness, flatness, or hyperresonance. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal and CTA except as noted.

**Cardiovascular System:** Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no JVD. Pulses including femoral / pedal: normal throughout.

**Musculoskeletal System:** Joints, Bones, and Muscles: no contractures, malalignment, or bony abnormalities and normal movement of all extremities and tenderness. Extremities: no cyanosis, edema, varicosities, or palpable cord. Cervical Spine: normal extension and flexion. Lumbar Spine: normal extension, negative straight-leg raising test, and no paravertebral tenderness. Hips: normal internal rotation and external rotation; no tenderness of the SI joints, pain over the greater trochanteric bursa, or trigger point pain; and negative Patrick's test. Knees: no ligamentous instability on examination.

**Neurological Exam:** Motor: normal bulk and tone and no tremors, rigidity, or bradykinesia. Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact.

**Skin:** Inspection and palpation: no ulcer, induration, nodules, jaundice, or abnormal nevi/rash and lesion; and good turgor; Mild psoriatic lesions. Nails: normal.

**Back:** Thoracolumbar Appearance: normal curvature.

## Assessment / Plan

**1. Multiple joint pain** - chronic and recurring joint pain and tenderness with flares more on the right side than on the left
hx of psoriasis for years
currently doesn't take any medications for this
no regular use of nsaids

M25.50: Pain in unspecified joint
- EATING HEALTHY FOODS: CARE INSTRUCTIONS
- ESR, AUTOMATED
- C-REACTIVE PROTEIN
- ANTI-CCP
- RHEUMATOID FACTOR
- ANTINUCLEAR AB (ANA)
- prednisone 5 mg tablet - take one po tid x 1 week; one po bid x 1 week then one po daily until gone Qty: 42 tablet(s)

Refills: 0 Pharmacy: TOYOTA FAMILY PHARMACY (TMMK)

**2. Psoriasis with arthropathy** - Mild, sparse psoriatic lesions

L40.50: Arthropathic psoriasis, unspecified
- PSORIASIS: CARE INSTRUCTIONS

## Return to Office

- SUSANNA MOBERLY, APRN for RECHECK at RHEUMATOLOGY SB on 12/22/2017 at 01:30 PM
- to see AN-YU CHEN, MD for EGD at GASTRO SB on or around 08/01/2019

## Encounter Sign-Off

Encounter signed-off by SUSANNA MOBERLY, APRN, 11/22/2017.

Encounter performed and documented by SUSANNA MOBERLY, APRN
Encounter reviewed & signed by SUSANNA MOBERLY, APRN on 11/22/2017 at 1:26pm

## Lab Results

This fax was received by GFI FaxMaker fax server. For more information visit: http://www.gfi.com

NEW LEXINGTON CLINIC PSC • , LEXINGTON KY 40504-2701

**REECE, JAMIE H (id #21591363, dob:**

## QUANTIFERON TB GOLD 01/29/2018 (#13217013, Final, 01/29/2018 2:07pm)

[illegible]

Final

[illegible]

**REECE, JAMIE H (id #21591363, dob:**

## ESR, AUTOMATED 01/26/2018 (#13172514, Final, 01/26/2018 2:07pm)

| | | | |
|---|---|---|---|
| [illegible] | The results of your recent lab tests are enclosed. [illegible] | | |
| [illegible] | SUSANNA MOBERLY, APRN | [illegible] | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| [illegible] | Q5280529 | [illegible] | |
| [illegible] | 01/26/2018 14:07 | [illegible] | Final |
| [illegible] | 01/26/2018 15:14 | [illegible] | |
| [illegible] | 01/26/2018 18:19 | | |

| Report | Result | Ref Range | Units | [illegible] | Status | Lab |
|---|---|---|---|---|---|---|
| ESR AUTOMATED | [illegible] | 0-20 | mm/hr | Normal | Final | [illegible] |

## AST 01/26/2018 (#13171396, Final, 01/26/2018 2:07pm)

| | | | |
|---|---|---|---|
| [illegible] | The results of your recent lab tests are enclosed. [illegible] | | |
| [illegible] | SUSANNA MOBERLY, APRN | [illegible] | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| [illegible] | Q5280529 | [illegible] | |
| [illegible] | 01/26/2018 14:07 | [illegible] | Final |
| [illegible] | 01/26/2018 15:13 | [illegible] | |
| [illegible] | 01/26/2018 15:52 | | |

| Report | Result | Ref Range | Units | [illegible] | Status | Lab |
|---|---|---|---|---|---|---|
| AST | [illegible] | [illegible] | U/L | Normal | Final | [illegible] |

## CREATININE 01/26/2018 (#13171395, Final, 01/26/2018 2:07pm)

| | | | |
|---|---|---|---|
| [illegible] | [illegible] | | |
| [illegible] | SUSANNA MOBERLY, APRN | [illegible] | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | Final |
| [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | | |

| Report | Result | Ref Range | Units | [illegible] | Status | Lab |
|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

**REECE, JAMIE H (id #21591363, dob:**

## ALT 01/26/2018 (#13171394, Final, 01/26/2018 2:07pm)

| | | | |
|---|---|---|---|
| [illegible] | [illegible] | | |
| [illegible] | SUSANNA MOBERLY, APRN | [illegible] | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| [illegible] | Q5280529 | [illegible] | |
| [illegible] | 01/26/2018 14:07 | [illegible] | Final |
| [illegible] | 01/26/2018 15:13 | [illegible] | |
| [illegible] | 01/26/2018 15:52 | | |

| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|---|---|
| ALT | [illegible] | 0-33 | U/L | Normal | Final | [illegible] |

NEW LEXINGTON CLINIC PSC + , LEXINGTON KY 40504-2701

**REECE, JAMIE H (id #21591363, dob:**

## CBC 01/26/2018 (#13171328, Final, 01/26/2018 2:07pm)

[illegible]

This fax was received by GFI FaxMaker fax server. For more information visit: http://www.gfi.com

**REECE, JAMIE H (Id #21591363, dob:**

## QUEST ANA, REFLEX 11/25/2017 (#11672547, Final, 11/17/2017 2:15pm)

[illegible]

| | |
|---|---|
| [illegible] | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| 11/17/2017 14:15 | |
| 11/17/2017 14:52 | Final |
| 11/25/2017 14:55 | |

[illegible]

## ANTI-CCP 11/19/2017 (#11544741, Final, 11/17/2017 2:15pm)

[illegible]

| | |
|---|---|
| [illegible] | LEXINGTON CLINIC LABORATORY<br>1221 S BROADWAY<br>LEXINGTON KY 40504-2701 |
| 11/17/2017 14:15 | |
| 11/17/2017 14:52 | Final |
| 11/19/2017 [illegible] | |

[illegible]

KORT
The Best In Rehab.

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

| | | | |
|---|---|---|---|
| Patient: | Jamie Reece | | |
| Acct #: | 036-430317901 | Visit Date: | Sep 18, 2017 |
| DOB: | | FSC: | BCBS |
| Clinician: | Michael W. Hopper, PT | Payor: | ANTHEM KY |
| Prim Phy: | Doris W. Adams APRN | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 278-5007 | Insured: | Not Specified |
| Phy Fax: | (859) 278-6867 | Employer: | Toyota |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 9/9/2017 | Visits: | 1 |
| Surg. Date: | Not Specified | Cx/Ns: | 0 |

# Plan of Care

**Diagnosis**

Spine M54.5 Low back pain

## Subjective Examination

The medical history questionnaire has been completed and signed by the patient, reviewed by the evaluating therapist, and is on file.

**ADL / Functional Status:**

- Premorbid Status: ADL/ IADL: Independent Without Difficulty.

**Chief Complaint:**

- Pain: Severity at Best: 2/10.

**Functional Comorbidity Index: Body Measurements:**

- Height (in) 67 inches
- Weight (lbs) 145 Pounds

**Rehabilitation Expectations/Goals:**

- Return to Age Appropriate Activities: Unrestricted/Symptom Free.

**ADL / Functional Status:**

- Current Status: Patient reporting she has been off of work at Toyota since injury. Job requires lots of sit to stand, twisting, squatting, reaching, and leaning. Reporting she has been avoiding a lot of activity to keep pain down. Increased pain in buttock with prolonged sitting.

**Chief Complaint:**

- Pain: Severity at Worst: 8/10.

**Mechanism of Injury:**

- Patient reporting that she was unloading her car 9/9/17 and bent over to set down something light when her back gave out and locked up. She had immediate severe lumbar pain and radiating pain down the left lower extremity to the shin. Visited UTC the next day and was prescribed muscle relaxors. Visited PCP shortly after where she received lumbar injection and steroid dose pack. Reporting that steroid pack significantly helped radicular symptoms. At start of treatment, patient reporting no symptoms past her left buttock.

**Questionnaires: M-O: Oswestry Disability Index (ODI): Scoring:**

- Date 09/18/2017
- Assessment Initial
- Percentage 22.00%

## Assessment

The patient requires skilled physical therapy to address the problems identified, and to achieve the individualized patient goals as outlined in the problems and goals section of this evaluation. Overall rehabilitation potential is good. The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

**Recommendations: Skilled Intervention: Required To:**

- Decrease Pain. Improve Function. Improve Motor Control. Increase Strength. Increase Range of Motion.

## Problems & Goals

***Problem #1*Range of Motion: Spine: Pre-Treatment: Lumbar (Degrees).**

- Active Extension (lower lumbar soreness) 30 Degrees
- Active Flexion 90 Degrees
- Active Side Bend Left 30 Degrees
- Active Side Bend Right 30 Degrees

*LTG Achieve by Oct 16, 2017.*

**Lumbar extension will not increase discomfort.**

***Problem #2*Chief Complaint: Pain: Severity at Worst: 8/10.**

*LTG Achieve by Oct 16, 2017.*

**GROC +5**

***Problem #3*ADL / Functional Status: Current Status: Patient reporting she has been off of work at Toyota since injury. Job**



This fax was received by GFI FaxMaker fax server. For more information visit: http://www.gfi.com

**requires lots of sit to stand, twisting, squatting, reaching, and leaning. Reporting she has been avoiding a lot of activity to keep pain down. Increased pain in buttock with prolonged sitting.**

*LTG Achieve by Oct 16, 2017.*

**Independence in HEP.**

## Plan

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**

- Client Education. Gait Training. Home Exercise Program. Manual Therapy Techniques. Modalities: As Needed. Neuromuscular Re-education. Self Care/Home Management. Therapeutic Activities. Therapeutic Exercise.

Michael W. Hopper, PT, PT(KY Lic: 006740)
Signed on Sep 18, 2017 21:11:34

**Please Sign and Return**

I have reviewed the Plan of Care established for skilled therapy services and certify that the services are required and that they will be provided while the patient is under my care.

**Comments/Revisions**

**Doris W. Adams APRN** **Date**

**Progress Notes**

**Patient:** REECE, JAMIE
**Account Number:** 4197223
**DOB:** ... **Age:** 48 Y **Sex:** Female
**Phone:**
**Address:**
**Pcp:** Of Lexington Family Practice Associates

**Provider:** Samantha Howard, APRN

**Date:** 08/10/2017

## Subjective:

**Chief Complaints:**

1. ear pain (R).

**HPI:**

Ears:

48 year old female presents with c/o pain for began this am.

c/o right ear pain that began this AM. Noticed when she went to clean ears out after shower this AM that is was painful to put q-tip in and has had shooting pains off and on throughout the day. Associated symptoms: right side of throat sore, right lymph nodes tender to touch. Denies fever, rhinorrhea, nasal congestion. Alleviated by: has not tried anything OTC. Worsened by: touch. Discomfort 5/10 with pain, resting 1/10.

**ROS:**

CONSTITUTIONAL:
no chills. no fever.

EYES:
no watery. no itchy. no redness. no drainage.

EARS:
no ringing. no hearing loss. no previous ear infections. ear pain yes. no sensation of fullness.

NOSE:
no rhinorrhea. no congestion. no drainage.

MOUTH AND THROAT:
sore throat yes. scratchy throat yes.

NECK:
no pain. no stiffness. swollen glands yes. no decreased range of motion.

RESPIRATORY:
no cough.

**Medical History:** Healthy.

**Surgical History:** hysterectomy 2006, tonsilectomy .

**Hospitalization/Major Diagnostic Procedure:** see above .

**Family History:** Father: deceasedMother: aliveNon-Contributory

**Social History:** Tobacco Use (Smart Form) Are you a: **never smoker**. Occupation: toyota.

**Medications:** Taking Hormone Medications compounded as directed , Discontinued acyclovir 800 mg tablet 1 tab(s) orally 5 times a day, Medication List reviewed and reconciled with the patient

**Allergies:** N.K.D.A.

## Objective:

**Vitals:** Temp 97.7, Pulse 78, RR 16, BP 95/70, Pain (at time of visit) hpi, LNMP hyst, Ht 67, Wt 155, BMI 24.27.

**Examination:**

Focused Exam:

GENERAL: no acute distress, well nourished and hydrated, appearance congruent with stated age, appears well. EYES: conjunctiva pink w/o inflammation or pallor, sclera white, no discharge. EARS: bilateral, external canal w/o redness, swelling, discharge, TM intact, pearly gray, landmarks visualized, TM bulging, fluid visualized behind TM. NOSE external nose free of swelling, trauma, and deviation, no discharge, no septal deviation or perforation, mucosa dull red, smooth, moist, & free of inflammation, no frontal or maxillary tenderness. MOUTH AND THROAT: lips pink, moist, oral mucosa pink, moist, w/o lesions or discolorations, uvula midline, pharynx pink, moist, w/o infection. NECK: no lymphadenopathy, full range of motion. RESPIRATORY: breath sounds clear throughout, respiration even and unlabored. CARDIO: S1 & S2 single sounds, no murmurs, gallops, rubs, or clicks, RRR.

## Assessment:

**Assessment:**

1. Bilateral acute serous otitis media, recurrence not specified - H65.03 (Primary)

## Plan:

**1. Bilateral acute serous otitis media, recurrence not specified**

Start fluticasone nasal spray, 50 mcg/inh, 1 spray(s), intranasally, once a day, 30 day(s), 1 ; Start cetirizine tablet, 10 mg, 1 tab(s), orally, once a day, 30 day(s), 30 Tablet .

Notes: Eustachian Tube Dysfunction results in negative pressure in the middle ear cleft. Symptoms are often mild and do not persist beyond a few days. Swallow, yawn, or chewing can equalize the pressure in the middle ear, and is appropriate especially on aircrafts. Hearing impairment caused by patulous Eustachian tubes may improve with supine position or leaning the head forward. Intranasal corticosteroids are given intranasally to minimize edema and inflammation at the Eustachian tube orifice. The treatment may be given at any time after clinical presentation. The risks or significant complications associated with intranasal corticosteroid use are nose bleeds. Primary Treatment Options: fluticasone propionate nasal : (50 micrograms/spray) 100 micrograms (2 sprays) in each nostril once daily. After you have used nasal saline to clear you nasal passaged, blow your nose a couple of times, then use the flonase spray in your nose: 2 sprays each nostril once a day. Fluticasone is a steroid. It prevents the release of substances in the body that cause inflammation. It is used to treat nasal symptoms such as congestion, sneezing, and runny nose caused by seasonal or year-round allergies. Fluticasone may also be used for other purposes. The usual dose of fluticasone nasal is 1 to 2 sprays into each nostril once per day. Before using the spray for the first time, you must prime the spray pump. Shake the medicine well and spray 6 test sprays into the air and away from your face. Prime the spray pump any time you have not used your nasal spray. Spray until a fine mist appears. Shake the medicine bottle well just before each use. It may take up to several days of using this medicine before your symptoms improve. Spray up into the nostril, but away from your nasal septum (middle), may irritate your septum. For best results, keep using the medication as directed. Talk with your doctor if your symptoms do not improve after a week of treatment. Fluticasone nasal can lower the blood cells that help your body fight infections. Avoid being near people who are sick or have infections. Call your doctor for preventive treatment if you are exposed to chicken pox or measles. While using fluticasone nasal, tell your doctor if you have severe or ongoing nose bleed, vision problems, sores in the nose that won't heal, or if you have fever, chills, body aches, or flu symptoms.

**Follow Up:** No follow-up is indicated unless symptoms worsen after 3-5 days, new symptoms develop, or symptoms do not improve or resolve after 10-14 days

**Provider:** Samantha Howard, APRN
**Patient:** REECE, JAMIE **DOB:** 09/22/1968 **Date:** 08/10/2017

**Electronically signed by SH33009 Samantha Howard on 08/10/2017 at 02:50 PM CDT**
**Sign off status: Pending**

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

KORT
The Best In Rehab.

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

| | | | |
|---|---|---|---|
| Patient: | Jamie Reece | Visit Date: | Apr 17, 2017 |
| Acct #: | 036-430317901 | FSC: | BCBS |
| DOB: | | Payor: | ANTHEM KY |
| Clinician: | Mark A. Neal, PT | Pol/Claim#: | TOAAN1313675 |
| Prim Phy: | Lindsey Clickner APRN | Insured: | Jamie Reece |
| Phy Phone: | (859) 278-5007 | Employer: | Toyota |
| Phy Fax: | (859) 278-6867 | Case Mgr: | No Orthonet |
| Sec Phy: | Not Specified | Visits: | 3 |
| Inj. Date: | 3/1/2017 | Cd/Ns: | 2 |
| Surg. Date: | Not Specified | | |

# Plan of Care

**Diagnoses**

| | | |
|---|---|---|
| Right Hip/Pelvis | M25.551 | Pain in right hip |
| | M70.61 | Trochanteric bursitis, right hip |

## Subjective Examination

**ADL / Functional Status:**

- Current Status: Basic care: Independent With Difficulty.

**Questionnaires: Lower Extremity Functional Scale (LEFS):**

| | |
|---|---|
| • Date | 03/15/2017 |
| • Assessment | Admit |
| • Total Score | 76.00 |
| • Percent of Maximal Function | 95.00% |

## Assessment

The patient requires skilled physical therapy to address the problems identified, and to achieve the individualized patient goals as outlined in the problems and goals section of this evaluation. Overall rehabilitation potential is good. The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

**Assessment of Improvements**

- Patient hasn't been seen in 4 weeks. She has made minimal improvements in strength, but larger improvements in hip AROM. She continues to have intermittant pain, but at times severe at work. Recommend continued PT at 2x/week for 4 weeks.

**Recommendations: Skilled Intervention Required To:**

- Decrease Pain. Improve Balance. Improve Function. Improve Motor Control. Increase Range of Motion. Increase Strength. Return to Premorbid State.

## Problems & Goals

***Problem #1*Chief Complaint: Pain: Severity at Worst: 3/10.**

*LTG Achieve by May 15, 2017. Progress: Good progress.*

**Symptomatic Improvements:**

- Decreasing Pain: to 0/10.

*Goal Achieved Apr 17, 2017.*

**Symptomatic Improvements:**

- Decreasing Pain: to 5/10.

***Problem #2*ADL / Functional Status: Current Status: Basic care: Independent With Difficulty.**

*LTG Achieve by May 15, 2017. Progress: Good progress.*

**ADL Improvements In:**

- Patient will perform all daily activities with no pain and no restrictions.

***Problem #3*Palpation: ttp at the right greater trochanter and right iliopsoas.**

*LTG Achieve by May 15, 2017. Progress: Good progress.*

**Palpable Improvements:**

- Tenderness Decreasing to: 0=No tenderness noted.

*Goal Achieved Apr 17, 2017.*

**Palpable Improvements:**

- Tenderness Decreasing to: 1=Complaint of pain.

| ***Problem #4*Range of Motion: Hip/Pelvis: Pre-Treatment.** | Left AROM | Right AROM |
|---|---|---|
| • External Rotation | 50 | 55 |
| • Flexion | 120 | 125 |
| • Internal Rotation | 42 | 35 |

*LTG Achieve by May 15, 2017. Progress: Good progress.*



From: 8592936730 Page: 2/3 Date: 4/18/2017 10:20:15 AM

This fax was received by GFI FaxMaker fax server. For more information, visit http://www.gfi.com

Patient: Jamie Reece
Acct #: 026-430317901 Visit Date: Apr 17, 2017
DOB:

| Range of Motion Improvements to: Hip/Pelvis: | Left AROM | Left PROM | Right AROM | Right PROM |
|---|---|---|---|---|
| • Gross Assessment | WNL | WNL | WNL | WNL |

***Problem #5*** **Muscle Testing: Lower Extremity MMT.**

| | Left | Right |
|---|---|---|
| • Hip Abduction | 4/5 | 4/5 |
| • Hip Extension | 4/5 | 4/5 |
| • Hip External Rotation | 4/5 | 4/5 |
| • Hip Flexion | 4/5 | 4/5 |
| • Hip Internal Rotation | 4/5 | 4/5 |
| • Knee Extension | 5/5 | 5/5 |
| • Knee Flexion | 5/5 | 5/5 |

*LTG Achieve by May 15, 2017. Progress: Good progress.*

| Musculoskeletal Improvements In: Lower Extremity Strength to: | Left | Right |
|---|---|---|
| • Gross Assessment | 4/5 | 4/5 |

## Plan

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**

- Active Assistive Range of Motion Activities. Active Range of Motion Activities. Client Education. Gait Training. Group Therapy. Home Exercise Program. Joint Mobilization Techniques. Joint Protection. Manual Range of Motion Activities. Manual Therapy Techniques. Neural Mobilization Techniques. Neuromuscular Re-education. Passive Range of Motion Activities. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Activities. Trigger Point Dry Needle. Therapeutic Exercise.
- Modalities:
  - Cryotherapy. Interferential Stimulation. Moist Hot Pack. Ultrasound.

Mark A. Neal, PT, PT(KY Lic: 005703)
Signed on Apr 17, 2017 21:04:57

**Please Sign and Return**

I have reviewed the Plan of Care established for skilled therapy services and certify that the services are required and that they will be provided while the patient is under my care.

**Comments/Revisions**

**Lindsey Glickner APRN** **Date**



From: 8592836730 Page: 3/3 Date: 4/18/2017 10:20:15 AM

KORT
The Best In Rehab.

KORT - BRYAN STATION PT
1650 Bryan Station Road
Ste 122
Lexington, KY USA 40505
Phone: (859) 293-6133
Fax: (859) 293-6730

| | | | |
|---|---|---|---|
| Patient: | Jamie Reece | | |
| Acct #: | 036-430317901 | Visit Date: | Mar 15, 2017 |
| DOB: | | FSC: | BCBS |
| Clinician: | Mark A. Neal, PT | Payor: | ANTHEM KY |
| Prim Phy: | Lindsey Oldner APRN | Pol/Claim#: | TOAAN1313675 |
| Phy Phone: | (859) 278-5007 | Insured: | Not Specified |
| Phy Fax: | (859) 278-6867 | Employer: | Not Specified |
| Sec Phy: | Not Specified | Case Mgr: | Not Specified |
| Inj. Date: | 2/15/2017 | Visits: | 1 |
| Surg. Date: | Not Specified | Cd/Ns: | 0 |

# Plan of Care

**Diagnoses**

| | | |
|---|---|---|
| Right Hip/Pelvis | M25.551 | Pain in right hip |
| | M70.61 | Trochanteric bursitis, right hip |

## Subjective Examination

The medical history questionnaire has been completed and signed by the patient, reviewed by the evaluating therapist, and is on file.

**ADL / Functional Status:**

- Premorbid Status:
  - Basic care: Independent Without Difficulty. Work status: Independent Without Difficulty. Recreation/Athletics: Independent Without Difficulty.
- Current Status:
  - Work status: Independent With Difficulty. Recreation/Athletics: Independent With Difficulty.

**Chief Complaint:**

- Pain: Severity: Current : 4/10.

**Functional Comorbidity Index:**

- Arthritis (RA, OA).

**Rehabilitation Expectations/Goals:**

- Return to ADL Performance: Unrestricted/Symptom Free. Return to Work Activities: Unrestricted/Symptom Free. Return to Recreational Activities: Unrestricted/Symptom Free.

**ADL / Functional Status:**

- Current Status: Basic care: Independent With Difficulty.

**Chief Complaint:**

- Pain: Severity at Worst: 8/10.

**Mechanism of Injury:**

- Patient says she began having right hip pain about a month ago. She cannot relate it to an injury. She has pain in her right groin and into her thigh and buttock. She has had no imaging studies, but has been given oral steroids that have decreased her pain. She has most difficulty with prolonged sitting and stairs and walking.

**Questionnaires: Lower Extremity Functional Scale (LEFS):**

| | |
|---|---|
| • Date | 03/15/2017 |
| • Assessment | Admit |
| • Total Score | 76/80 |
| • Percent of Maximal Function | 95.00% |

## Assessment

The patient requires skilled physical therapy to address the problems identified, and to achieve the individualized patient goals as outlined in the problems and goals section of this evaluation. Overall rehabilitation potential is good. The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

**Recommendations: Skilled Intervention Required To:**

- Decrease Pain. Improve Function. Improve Motor Control. Increase Range of Motion. Increase Strength. Return to Premorbid State.

## Problems & Goals

***Problem #1*Chief Complaint: Pain: Severity at Worst: 8/10.**

*STG Achieve by Mar 29, 2017.*

**Symptomatic Improvements:**

- Decreasing Pain: to 5/10.

*LTG Achieve by Apr 12, 2017.*

**Symptomatic Improvements:**

- Decreasing Pain: to 0/10.

***Problem #2*ADL / Functional Status: Current Status: Basic care: Independent With Difficulty.**

**Patient:** Jamie Reece
**Acct #:** 036-430317901 **Visit Date:** Mar 15, 2017
**DOB:**

*LTG Achieve by Apr 12, 2017.*

**ADL Improvements In:**

- Patient will perform all daily activities with no pain and no restrictions.

***Problem #3*Palpation: ttp at the right greater trochanter and right iliopsoas.**

*STG Achieve by Mar 29, 2017.*

**Palpable Improvements:**

- Tenderness Decreasing to: 1=Complaint of pain.

*LTG Achieve by Apr 12, 2017.*

**Palpable Improvements:**

- Tenderness Decreasing to: 0=No tenderness noted.

| ***Problem #4*Range of Motion: Hip/Pelvis: Pre-Treatment.** | **Left AROM** | **Right AROM** |
|---|---|---|
| • External Rotation | 30 | 35 |
| • Flexion | 120 | 125 |
| • Internal Rotation | 42 | 20 |

*LTG Achieve by Apr 12, 2017.*

| **Range of Motion Improvements to: Hip/Pelvis:** | **Left AROM** | **Left PROM** | **Right AROM** | **Right PROM** |
|---|---|---|---|---|
| • Gross Assessment | WNL | WNL | WNL | WNL |

| ***Problem #5*Muscle Testing: Lower Extremity MMT.** | **Left** | **Right** |
|---|---|---|
| • Hip Abduction | 4/5 | +3/5 |
| • Hip Extension | +3/5 | +3/5 |
| • Hip External Rotation | +3/5 | +3/5 |
| • Hip Flexion | 4/5 | 4/5 |
| • Hip Internal Rotation | 4/5 | 4/5 |
| • Knee Extension | 5/5 | 5/5 |
| • Knee Flexion | 5/5 | 5/5 |

*LTG Achieve by Apr 12, 2017.*

| **Musculoskeletal Improvements In: Lower Extremity Strength to:** | **Left** | **Right** |
|---|---|---|
| • Gross Assessment | 4/5 | 4/5 |

## Plan

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 2 visits a week with an expected duration of 4 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**

- Active Assistive Range of Motion Activities. Active Range of Motion Activities. Client Education. Gait Training. Group Therapy. Home Exercise Program. Joint Mobilization Techniques. Joint Protection. Manual Range of Motion Activities. Manual Therapy Techniques. Neural Mobilization Techniques. Neuromuscular Re-education. Passive Range of Motion Activities. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Activities. Therapeutic Exercise. Trigger Point Dry Needle.
- Modalities:
  - Cryotherapy. Interferential Stimulation. Moist Hot Pack. Ultrasound.

**Patient:** Jamie Reece
**Acct #:** 036-430317801 **Visit Date:** Mar 15, 2017
**DOB:**

Mark A. Neal, PT, PT(KY Lic: 005703)
Signed on Mar 15, 2017 22:46:20

**Please Sign and Return**

I have reviewed the Plan of Care established for skilled therapy services and certify that the services are required and that they will be provided while the patient is under my care.

**Comments/Revisions**

**Lindsey Clickner APRN** **Date**



This fax was received by GFI FaxMaker fax server For more information visit http://www.gfi.com

## Procedure

# XR SPINE LUMBAR AP AND LATERAL

Jamie Reece

**Final, Reviewed**
Diagnosis:
Ordered by Lindsey H. Clickner, APRN on 9/13/2017 (Routine)
Performed on 9/13/2017 2:27 PM
Reviewed by Lindsey H. Clickner, APRN on 9/14/2017

Comments: LBP, left buttocks pain x 3 days, non trauma

(Reason for Exam:->acute bilateral low back pain with left-sided sciatica
Patient Pregnant->No
EXAMINATION: XR SPINE, LUMBAR, AP AND LATERAL-09/12/2017:

INDICATION: Acute bilateral low back pain with left-sided sciatica; M54.42-Lumbago with sciatica, left side.

COMPARISON: NONE.

FINDINGS: AP, lateral, and spot views of the lumbar spine reveal no evidence of acute fracture or malalignment. The vertebral body height and disc spaces are preserved. Facets are well aligned. Pedicles are intact. Minimal degenerative changes seen within the sacroiliac joints, left greater than right.

Minimal degenerative changes seen in the lumbar spine with no evidence of acute fracture or dislocation. Degenerative changes seen within the left sacroiliac joint.

D: 09/13/2017
E: 09/13/2017

This report was finalized on 9/13/2017 2:27 PM by Dr. Katherine Jenkins, MD.

LBP, left buttocks pain x 3 days, non trauma
)

Addendum
*Lindsey Clickner 09/14/2017 10:17 AM*
no acute abnormalities of lumbar spine and disc spaces are preserved. Minimal degenerative changes (arthritis) noted in left sacroiliac joint (top of left hip). OK for PT referral if pain persists.

# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Jamie Reece | **Visit Date:** | February 1, 2018 |
| **Patient ID:** | 95270 | **Provider:** | Kristin Ford, RN |
| **Sex:** | Female | **Location:** | 2000 Clinic |
| **Birthdate:** | | **Location Address:** | 1001 Cherry Blossom Way<br>Georgetown, KY 403249999 |
| | | **Location Phone:** | (502) 868-4961 |

## Chief Complaint

1ST OCC NOTE
TM NAME Jamie Reece
ID # 77390
COST CENTER LT230 Lexus Paint Finish
SHIFT 2
GL NAME AND EXTENSION Brad McKinney
NCIDENT #
BODY PART Right Wrist
DATE OF INJURY 1/31/2018
DATE REPORTED 1/31/2018
# DAY(S) REPORTING DELAYED 0
DATE MARKED HYP 1/31/2018
DATE ESI STARTED 2/1/2018
DAY(S) ESI DELAYED 1
LSM EVAL?/DATE 2/1/2018
EI/MMD CANDIDATE No- TM states she feels unsafe doing processes. Modification for no line paced work until I.H.S 2000 Appointment suggested.
EI/MMD UTILIZED No
MOI TM states she believes the discomfort in right wrist is due to the process cavity wax. TM states on cavity wax the gun she is using is always trying to twist in different directions and it causing her to have to fight the motion from happening. TM thinks is may be the hose the gun is attached to.
PPE All Appropriate
ROOT CAUSE Force
COUNTERMEASURES TM states she has taken OTC NSAIDs for discomfort.
ESI/LSM TREATMENT TM is sent to I.H.S 2000 self referral for further evaluation.
OUTSIDE TREATMENT None
NOTES TM presents to LSM with right wrist discomfort. TM states she believes the discomfort in right wrist is due to the process cavity wax. TM states on cavity wax the gun she is using is always trying to twist in different directions and it causing her to have to fight the motion from happening. TM thinks is may be the hose the gun is attached to. TM states maintenance has been down to work on gun to improve the pull the gun is having. TM reports his symptoms as; ache, with referred discomfort into fingertips, throbbing, with numbness and tingling. TM rates discomfort 5-6/10 at rest and 7-8/10 at worst. TM denies any history of surgery, injury, or discomfort in right wrist. TM admits to swelling at thenar region of palm. TM denies any redness or bruising. TM has LROM with flexion and extension of the 3rd-5th digit. TM has FROM of elbow. TM has normal grip strength. Positive Test per AT include; +Finklestein's +Watson's Test +Upper Limb Tension. MMT not tested due to LROM. TM has tension in forearms. TM has normal sensation.

Completed by Kristin Ford RN
Date 2/1/2018

GLR 9.15.2014

APR 18 2018

## Additional Info (PFSH)

Reviewed KF RN

## Vitals

| Date | Time | BP | Position | Site | L\R | Cuff Size | HR | RR | TEMP(°F) | WT | HT | BMI kg/m$^2$ | BSA m$^2$ | O2 Sat | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

[Digital Signature Validated]

| | | | | | |
|---|---|---|---|---|---|
| 02/01/2018 | 08:45 PM | 103/71 | Sitting | 66 - R | 97 % |

## Assessment

- Right wrist pain 719.43/M25.531
  Alteration in comfort KF RN

## Plan

**Orders**

- ALT Nurse Visit - Occupational (OCN) - - 02/01/2018

**Electronically Signed by:** Kristin Ford, RN -Author on February 1, 2018 08:47:01 PM

# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Jamie Reece | **Visit Date:** | February 1, 2018 |
| **Patient ID:** | 95270 | **Provider:** | Debra Schilder, PA-C |
| **Sex:** | Female | **Location:** | 2000 Clinic |
| **Birthdate:** | | **Location Address:** | 1001 Cherry Blossom Way<br>Georgetown, KY 403249999 |
| | | **Location Phone:** | (502) 868-4961 |

## Chief Complaint

- right shoulder
- Right wrist
- neck

1ST OCC NOTE
TM NAME Jamie Reece
ID # 77390
COST CENTER LT230 Lexus Paint Finish
SHIFT 2
GL NAME AND EXTENSION Brad McKinney
INCIDENT #
BODY PART Right Shoulder/ neck / Right wrist /right hand / RUE
DATE OF INJURY 1/30/2018
DATE REPORTED 1/31/2018
# DAY(S) REPORTING DELAYED 1
DATE MARKED HYP 1/31/2018
DATE ESI STARTED 2/1/2018
DAY(S) ESI DELAYED 2
LSM EVAL?/DATE 2/1/2018
EI/MMD CANDIDATE No- TM feels unsafe going back on her processes. Suggestion made for no line paced work until ATC spot in I.H.S 2000 at 9:00PM
EI/MMD UTILIZED No
MOI TM states all of her jobs she is on has a shoulder component such as repetitive buffing, wiping, and doing frame tape. TM states she has at risk shoulder postures on all these processes. The jobs the TM performs are as follows; cavity wax, frame tape, 2nd inspection.
PPE All Appropriate
ROOT CAUSE Required Posture
COUNTERMEASURES TM states she has been taking OTC NSAID's.
ESI/LSM TREATMENT TM is sent to I.H.S 2000 self referral due to feeling unsafe doing her processes.
OUTSIDE TREATMENT None
NOTES TM presents to LSM with right shoulder pain. TM states all of her jobs she is on has a shoulder component such as repetitive buffing, wiping, and doing frame tape. TM states she has at risk shoulder postures on all these processes. The jobs the TM performs are as follows; cavity wax, frame tape, and 2nd inspection. TM states recently she fell on stairs at work but caught herself. TM does not believe this incident is related to her discomfort, TM states she has not had discomfort from this incident. TM reports his symptoms as; ache, with referred discomfort into neck. TM states the discomfort is waking her up in the middle of the night. TM rates discomfort 6/10 at rest and 7-8/10 at worst. TM denies any history of surgery, injury, or discomfort in right shoulder. TM denies any bruising, swelling, or redness at site of discomfort. TM has LROM with external rotation of shoulder. FROM of neck. MMT 4/5 with flexion, internal rotation, and external rotation of shoulder. Positive test per AT include; +Hawkin's Kennedy +Empty Can and +O'Brien's. TM has 2+radial pulses, and brisk cap refill. Hands are warm to the touch. TM is sent to I.H.S 2000 self referral due to feeling unsafe on processes.

Completed by Kristin Ford RN
Date 2/1/2018

GLR 9.15.2014
Updated AG, Rn 2/1/18

Triage notes: TM states that her shoulder and wrist are bothering her. States that the pain started in her shoulder an her wrist both started hurting at the same time. States that all of her jobs require use of her shoulder and of her wrist. States she has to apply tape with her right hand /wrist repetitively and has to buff which irritates her shoulder and her wrist. States all of her processes bother her. States that the gun on cavity wax is always trying to "roll over" and she has to fight it with her wrist and that also causes shoulder discomfort. TM states that this is a result of all of her processes. TM admits that the on the night of 1/30/18 to the end of that shift (on 1/31/18) she started having pain in her shoulder that radiated to the neck and clavicle area. States she also started having wrist pain affecting her radial wrist and hand. States that she also has pain that radiates to her 3rd-5th digits. TM admits n/t to right hand. Rates pain 7-8/10 at worst; 6/10 at best. TM has been taking ibuprofen. Has also applied ice and has been modified off of her processes today. Denies previous injury / surgery to RUE/shoulder/hand/wrist or neck. AG, RN

## History Of Present Illness

See CC. TM states about 2-3 days ago, she started having pain in the right lateral side of the neck, into the right shoulder/upper trapezius, and it has progressed to the medial elbow, and wrist. Getting intermit. n/t into the 4th and 5th fingers and occ. to the 3rd finger. Denies any swelling, redness, or warmth to her joints. TM states she feels like it is due to a lot of her processes that require her to raise her arm at shoulder level or higher repetitively and torqueing her wrist a lot as well. Does a lot of wiping, buffing, and taping. TM denies any direct trauma. TM denies any prior injuries or surgeries to this shoulder/arm. TM has recently been diagnoses with psoriatic arthritis and has been placed on Methotrexate. Sees a rheumatologist. However, feels like the neck and right arm issues is work related and not with her arthritis.

## Past Medical History

Reviewed None Changed

## Past Surgical History

Reviewed None Changed

## Medication List

Reviewed None Changed

## Allergy List

Reviewed None Changed

## Social History

Reviewed None Changed

## Additional Info (PFSH)

Reviewed. AG, RN

## Review of Systems

**Constitutional**
- **Denies** : no complaints

**Cardiovascular**
- **Denies** : chest pain

**Respiratory**
- **Denies** : shortness of breath

**Neurologic**
- **Admits** : tingling or numbness- see HPI

**Musculoskeletal**
- **Admits** : neck pain, shoulder pain, elbow pain, wrist pain--see HPI

## Vitals

BMI

| Date | Time | BP | Position | Site | L\R | Cuff Size | HR | RR | TEMP(°F) | Wt | HT | kg/m$^2$ | BSA m$^2$ | O2 Sat | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/01/2018 | 08:54 PM | 101/70 | Sitting | | | | 63 - R | 14 | | 169lbs 0oz | 5' 7" | 26.47 | 1.9 | | |

## Physical Examination

**Constitutional**

- **Appearance** : well-nourished, well developed, alert, in no acute distress

**Neck**

- **Inspection/Palpation** : normal appearance, no masses. Tender over the right paraspinals and into the right upper trapezius and above the right clavicle.
- **Range of Motion** : cervical range of motion within normal limits

**Respiratory**

- **Auscultation of Lungs** : normal breath sounds

**Cardiovascular**

- **Heart** :
  - **Auscultation of Heart** : regular rate, normal rhythm, no murmurs present
- **Peripheral Vascular System** :
  - **Extremities** : no cyanosis, clubbing or edema; less than 2 second refill noted

**Musculoskeletal**

- **Right Upper Extremity** :
  - **Inspection/Palpation** : shoulder: tender over the anterior shoulder slightly. Elbow: tender over the medial epicondyle. Wrist: no real tenderness. Fingers: no tenderness. Normal skin color and temp. down arm. n/v intact.
  - **Joint Stability** : shoulder, elbow and wrist joint stability normal with neg. empty can and full can test. Neg. Hawkin's test. Neg. Neer's test.
  - **Range of Motion** : shoulder: full ROM with pain reaching across the body and with lateral abduction at about 100 degrees. Able to internally and externally rotate shoulder without pain. Elbow: full ROM with some soreness with flexion. Wrist: full ROM with mild pain with ulnar deviation. Tightness sensation with Finkelstein's test.
- **Left Upper Extremity** :
  - **Inspection/Palpation** : no tenderness to palpation
  - **Joint Stability** : shoulder, elbow and wrist joint stability normal
  - **Range of Motion** : range of motion normal, no joint crepitus present, no pain with joint motion

**Neurologic**

- **Mental Status Examination** :
  - **Orientation** : grossly oriented to person, place and time
- **Motor Examination** :
  - **RUE Strength** : strength normal
  - **RUE Motor Function** : tone normal, muscle bulk normal, no abnormal movements noted
  - **LUE Strength** : strength normal
  - **LUE Motor Function** : tone normal, muscle bulk normal, no abnormal movements noted
- **Reflexes** :
  - **RUE** : biceps reflex 2, triceps reflex 2, brachioradialis reflex 2
  - **LUE** : biceps reflex 2, triceps reflex 2, brachioradialis reflex 2
- **Sensation** :
  - **Light Touch** : sensation intact to light touch in extremities

## Assessment

- Neck and right shoulder pain/upper trapezius 723.1/M54.2
- Medial epicondylitis of right elbow 726.31/M77.01
- Wrist pain, acute, right 719.43/M25.531
- Ulnar neuritis, right 723.4/G56.21

## Plan

**Orders**

- ALT: OCC - First report of injury (OC1RPINJ) - - 02/01/2018
- ALT: Provider - Occupational Visit (OCCPROV) - - 02/01/2018

**Instructions**

- 1. RTW with restrictions, due to multiple body parts with pain and need for PT for reducing inflammation and to help

- strengthen TM.
  - 2. Refer to PT to help with pain, since I am concerned about treating her with any NSAIDs with her Methotrexate and reflux issues. Also, multiple body parts that have pain.
  - 3. Follow up in about 3-4 weeks to give PT a chance or sooner if needed.

**Referrals**

- ID: 13836 Date: 02/01/2018 Type: Outbound
  Referral To: TMEC Facility
  Reason: please eval. and treat

**Electronically Signed by:** Debra Schilder, PA-C -Author on February 1, 2018 11:14:04 PM

faxed 2/1/18 @ 2243 [illegible]

5M187180068

# PT / OT Referral

Toyota Motor Manufacturing Kentucky, Inc.
1001 Cherry Blossom Way, Georgetown, KY 40324
Phone (502) 868-4961 Fax (502) 868-4998
TMEC (502) 868-2944

☒ PT ☐ OT ☐ WC/WH ☐ ~~TMEC to schedule appointment and call TM~~ ☐ Off-Site

☐ Kelly Services- to schedule and call TM **Appt Date/Time** ________________

Team Member: Jamie Reece (Team Member Name) — 77390 (Employee#)

Date of injury: 1/30/18 — ICD 10 Code: ________ — DOB: ________

Group #: LT230 — Shift: 2nd — Group Leader: Brad McKinney — Extension: ________

☐Regular Duty ☐Restricted ☐Off Work ☐Reintro — Home Phone Number: ________

Clinical Condition:
1. Neck strain/upper trapezius strain
2. Right shoulder pain
3. Right elbow/wrist pain w/ ulnar nerve irritation

Condition is: ☐ Acute ☐ Subacute ☐ Chronic

Cardiac Status: ☐ No Prior History ☐ Higher Risk ☐ Prior Cardiac History

Referred for:
☐ Physical Therapy evaluation (1 visit) ☒ Physical Therapy Evaluation and RX
☐ Occupational Therapy evaluation (1 visit) ☐ Occupational Therapy Evaluation and RX
☐ Splint or Brace ☐ FCE
☐ Work Conditioning ________________ ☐ Work Hardening ________________

Additional Instructions: ☐ please discuss treatment plan with me.
☐ please evaluate with respect to the following PT modalities
☐ HEP ☐ E-stimulation ☐ Iontophoresis ☐ U-Sound
☐ Ice ☐ Heat ☐ Exercises ☐ Other Therapy
2 times per week for 6-8 weeks

☐ See Consultant recommendations Attached

Restrictions (Temporary / Permanent): ________________

Case Manager: ________________ Assigned Group: ________________
Comments: ________________

Referred By: [signature] (Physician / Provider) — Date: 2/1/18

Lincoln/Reece 3938

5M187180068

# TMMK Medical Instructions

DOB ________

.TM Name: Jamie Reece TM # 77390 DATE 2/1/18

SECTION: LT230 TIME IN: 2033 AM / PM TIME OUT: 2212 AM / PM

- [ ] RTW Regular Duty ____/____/____
  - __ Indefinite Restrictions
- [ ] No Work Until Follow-up
  - __ Home Balance of Shift (follow-up next work day)
- [ ] Early Intervention
- [ ] Off Work – Indefinite Restriction / JPC
- [x] RTW Restricted/Modified Duty
  - Remainder of Shift
  - X Temporary
- [ ] Alternate Duty (Pregnant TM's only)
- [ ] Follow-Up Personal Physician
- [ ] Reintroduction

***Call IHS at (502) 868- 4961 for any questions, concerns or to change appointment***

| IHS Follow-Up | | Referral ________ | | TMEC Appt 502-868-2944 | | WC/WH 502-868-2954 | |
|---|---|---|---|---|---|---|---|
| Date | 2/22/18 | Date | | Date | | Date | |
| Time | 1000pm | Time | | Time | | Time | |

| | RESTRICTIONS | Side* R | L | B | Frequency* N | O | F | C | Hours per shift* 2 | 4 | 6 | OT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| X | Use of vibrating tools and/or spray guns | X | | | X | | | | | | | |
| | Keep wrist(s) in neutral position | | | | | | | | | | | |
| X | Repetitive gripping, grasping or pinching > / lbs. | X | | | X | | | | | | | |
| | Repetitive or sustained bending of elbow(s) | | | | | | | | | | | |
| X | Repetitive torqueing of forearm(s) | X | | | | X | | | | | | |
| X | Use of elbow(s) at or above shoulder level | X | | | X | | | | | | | |
| X | Repetitive extended reach | X | | | X | | | | | | | |
| X | Repetitive Neck flexion/extension/rotation | | | | | X | | | | | | |
| | Walking/standing | | | | | | | | | | | |
| | Repetitive bending > degrees or twisting waist | | | | | | | | | | | |
| X | Lift/push/pull/tug > 5 lbs | X | | | X | | | | | | | |
| | Lift from below waist/knees | | | | | | | | | | | |
| X | Lift with extended reach | X | | | X | | | | | | | |
| | Kneeling/squatting/crawling | | | | | | | | | | | |
| | Repetitive bending of knee(s) | | | | | | | | | | | |
| | Seated duty (Allow to change positions as needed) | | | | | | | | | | | |

**See back of form*

- [x] PT/OT Referral
- [ ] Prescription Medications
- [ ] Hard Splint
- [x] Change in Restrictions

**Comments:**

(1) RTW with restrictions
(2) Refer to P.T.
(3) F/U in 3-4 weeks Sooner if needed

| Reintro or Ramp-up | | hour(s) regular duty | | hour(s) reintro/ramp-up activities for | | day(s)/week(s) |
|---|---|---|---|---|---|---|
| | | hour(s) regular duty | | hour(s) reintro/ramp-up activities for | | day(s)/week(s) |
| | | hour(s) regular duty | | hour(s) reintro/ramp-up activities for | | day(s)/week(s) |

***RESTRICTIONS ARE FOR REINTRO/RAMP-UP ACTIVITIES AND OVER TIME***

**IHS Provider** [signature] **Discharge Nurse** [signature] RN

*Restrictions are a part of medical treatment that apply to all activities (work and non-work). I have received a copy of these restrictions.*

**Team Member** Jamie Reece **Date** 2/1/18

WHITE COPY: MEDICAL CHART YELLOW COPY: GROUP LEADER/SUPERVISOR PINK COPY: TM

**Kane, Jennifer**

| | |
|---|---|
| **From:** | Socaciu, Andrew <Andrew.Socaciu@LibertyMutual.com> |
| **Sent:** | Wednesday, June 27, 2018 2:42 PM |
| **To:** | Kane, Jennifer |
| **Subject:** | JAMIE REECE / SA211932 / 277390 |
| **Attachments:** | 8191808-EMPLOYEECLAIMANT-AUTHORIZATION-06.25.2018.pdf |

Hello,

Can you please provide all medical records for Jamie Reece. I have attached her medical authorization. The STD claim number is 8191808.

Thank you,

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.**

**Andrew Socaciu**
Disability Case Manger I
Lincoln Financial Group
P.O. Box 7209
London, KY 40742-7209

800.320.7585 ext. 41552
603.334.7307 Fax

LincolnFinancial.com

Follow us on:

PLEASE NOTE: Liberty Mutual Insurance Company ("Liberty Mutual") has recently completed an agreement with Lincoln Financial Group pursuant to which it has sold the Liberty Life Assurance Company of Boston. The employee who sent this email is no longer employed by Liberty Mutual or any of its affiliates, and instead is now an employee of Lincoln Financial Group. In order to facilitate a smooth transition between the entities and allow our customers the opportunity to update contact information, this email is being delivered using a legacy Liberty Mutual email address and email system, but Liberty Mutual is not responsible for its contents. We ask that you please update your contact information accordingly.

Andrew,
as requested enclosed.
thanks,
Jana

**Liberty Mutual.**
**INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7307

June 27, 2018

Dr. Nicole A. Everman, MD
Kentuckyone Health
3470 BLAZER PKWY SUITE 150
LEXINGTON, KY 40509

RE: Short Term Disability (STD) Benefits
Toyota
Claim #: 8191808
Claimant: Jamie Reece
Claimant D.O.B.:

Dear Dr. Nicole Everman:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from April 14, 2018 through the present.

We ask that you provide this information by July 4, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-7307 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Andrew Socaciu
Disabil Claims Case Mgr I
Phone No.: (855) 508-4895 Ext. 41552
Secure Fax No.: (603) 334-7307

Attachments: 8191808-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.25.2018

Mailed 6/29/18

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7307

| | |
|---|---|
| Date: | June 27, 2018 |
| To: | DR NICOLE EVERMAN MD<br>KENTUCKYONE HEALTH<br>3470 BLAZER PKWY SUITE 150<br>LEXINGTON KY 40509 |
| Attn: | Medical records |
| Fax: | (859) 263-8808 |
| From: | Andrew Socaciu<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 334-7307 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 8191808<br>Claimant: Jamie Reece<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Fax would not go thru!

Received Time Jun. 27. 2018 2:25PM No. 3292

DocuSign Envelope ID: 8B6213AD-ADE9-47BB-98B0-5189D9FEEA4C

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7307

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) self Relationship self

Signature of claimant or legal representative DocuSigned by: Jamie Reece

Date of Birth: ______ Claim Number: 8191808 Date: 6/25/2018

**A copy of this authorization will be considered as valid as the original.**

**Neurology Clinic of London - Lexington**
**3470 Blazer Parkway Suite 150,**
**Lexington, KY 40509**
**Phone: (859) 263-8807 Fax: (859) 263-8808**

*MRN:* **1668060**

*Encounter Date:* **06/28/2018 11:00AM**

*DOB:*
*Home.*
*Work:*

*Address:*
**Jamie Reece**

PCP: Adams, Doris W

## History Reported By

The history today is reported by the patient.

## Chief Complaint

Established patient here today 3 week follow-up for CNS demyelination, numbness, blurry vision.
She reports no new complaints or concerns, here today to discuss MRI brain and thoracic spine results.

## History of Present Illness

**HPI Free Text - v1.0:** Last clinic visit 6/8/18.

Ms. Reece was referred by Dr. Tutt due to MRI abnormality on cervical spine MRI concerning for possible MS. MRI of the brain was ordered which does not show any findings consistent with MS.

For the past 3-4 months, she has experienced a squeezing sensation to her chest. She has had a couple episodes of this that lasted about 1 hour. These episodes were painful. Other times have lasted just seconds. Episodes occur about once weekly. MRI of the thoracic spine was ordered and it was normal.

MRI findings of brain and thoracic spine discussed with her today. At this point, there is no concern for MS.

## Active Problems

1. Blurred vision (368.8) (H53.8)
2. Chest pain, midsternal (786.51) (R07.89)
3. CNS demyelination (341.9) (G37.9)
4. Costochondral pain (786.52) (R07.1)
5. Costochondritis (733.6) (M94.0)
6. Encounter for medication monitoring (V58.83) (Z51.81)
7. Fatigue (780.79) (R53.83)
8. History of psoriasis (V13.3) (Z87.2)
9. Joint pain (719.40) (M25.50)
10. Numbness (782.0) (R20.0)
11. Pruritus (698.9) (L29.9)
12. Psoriatic arthritis (696.0) (L40.50)

## Allergies

- Lortab TABS
  Recorded By: Baker, Carrie; 6/8/2018 9:16:53 AM

## Current Meds

1. Calcium TABS
2. CVS Probiotic Maximum Strength Oral Capsule

*Patient:* **Jamie Reece**
*Encounter:* **Jun 28 2018 11:00AM** *MRN:* **1668060**

3. Cyclobenzaprine HCl - 10 MG Oral Tablet
4. Esomeprazole Magnesium 40 MG Oral Capsule Delayed Release; TAKE 1 CAPSULE ONCE DAILY
5. Estrace 0.1 MG/GM Vaginal Cream
6. Fluconazole 150 MG Oral Tablet
7. Folic Acid 1 MG Oral Tablet; TAKE 1 TABLET DAILY
8. Gabapentin 300 MG Oral Capsule
9. Havrix 1440 EL U/ML SUSP
10. Indomethacin 50 MG Oral Capsule; TAKE 1 CAPSULE 3 TIMES DAILY WITH FOOD
11. LORazepam 0.5 MG Oral Tablet; TAKE 1 TABLET TWICE DAILY
12. Methotrexate 2.5 MG Oral Tablet; TAKE 8 TABLET Weekly
13. Multi Complete CAPS
14. Terconazole 0.4 % Vaginal Cream
15. ZyrTEC Allergy CAPS

**Past Medical History**
1. History of Anxiety (300.00) (F41.9)
2. History of cataract (V12.49) (Z86.69)
3. History of IBS (V12.79) (Z87.19)
4. History of miscarriage (V13.29) (Z87.59)

**Surgical History**
History of Hysterectomy
History of Oral surgery
History of Tonsillectomy

**Family History**
**Mother**
Family history of arthritis (V17.7) (Z82.61)
Family history of cardiac disorder (V17.49) (Z82.49)
Family history of coronary artery disease (V17.3) (Z82.49)
Family history of hypothyroidism (V18.19) (Z83.49)
**Family History**
FH: stomach cancer (V16.0) (Z80.0)

**Social History**
Does not use illicit drugs (V49.89) (Z78.9)
Employed
Married
Never smoker
Social alcohol use (Z78.9)

**Review of Systems**
A complete review of systems revealed no pertinent patient complaints except as noted below and in the history of present illness.
**CONSTITUTIONAL:** fatigue.
**EYES:** eye pain, change in vision and blurred vision.
**ENT:** vertigo, dizziness and dysphagia.
**CARDIOVASCULAR:** normal.
**RESPIRATORY:** normal.
**GASTROINTESTINAL:** Heartburn.
**GENITOURINARY:** urinary frequency.
**MUSCULOSKELETAL:** arthralgia.
**INTEGUMENTARY:** Psoriatic arthritis.
**NEUROLOGICAL:** headache, dizziness, lightheaded, tremor, sleep disturbances, memory loss and numbness.

**PSYCHIATRIC:** normal.
**ENDOCRINE:** heat intolerance and polyuria.
**HEMATOLOGIC/LYMPHATIC:** normal.
**ALLERGIC/IMMUNOLOGIC:** normal.

## Vitals

### Vital Signs

| | Recorded: 28Jun2018 11:29AM |
|---|---|
| Height | 5 ft 7 in |
| Weight | 173 lb |
| BMI Calculated | **27.1** |
| BSA Calculated | 1.9 |
| Heart Rate | 79 |
| Systolic | 118 |
| Diastolic | 72 |
| O2 Saturation | 98 |

## Neurology Exam

**Constitutional:** Jamie Reece is a Caucasian female who appears well developed, well nourished and in no acute distress.
**Mental Status:** patient is alert. patient is appropriately oriented. language is fluent and logical. Speech is normal. Recent and remote memories are preserved. Good attention span and good concentration. Appropriate fund of knowledge.
**Cranial Nerves:** disk margins are sharp and fundi are normal. visual fields are full to confrontation. pupils are equal and symmetrically reactive. extraocular movements are full. Facial sensation is normal. Facial strength is symmetric and normal. Hearing acuity is normal. Normal movement of soft palate. Shoulder shrug is strong and symmetric. Tongue protrudes midline.
**Motor:** pronator drift is absent. motor strength is full in all four limbs. Muscle bulk and tone are normal.
**Sensory:** Sensory modalities are normal.
**Reflexes:** Reflexes are normal and symmetric. Plantars are flexor.
**Coordination:** Coordination is normal.
**Gait and Station:** Gait is steady and normal.
**Eyes:** Conjunctivae and eyelids reveals no swelling, erythema or discharge.
**Pulmonary:** Respiratory effort was normal with no increased work of breathing and no respiratory distress. Lungs were clear to auscultation bilaterally.
**Cardiovascular:** On auscultation the heart rate and rhythm is normal and there are no murmurs. Auscultation of the neck is without bruit. Arterial pulses are normal on peripheral vascular exam.

## Results/Data

4/10/18 MRI C-SPINE - Possible subtle increased signal within the cervical cord at C8 level.
6/20/18 MRI BRAIN W WO - A few scattered, non-specific white matter changes. Images viewed from disc with Dr. Everman.
6/20/18 MRI THORACIC SPINE W WO - No cord signal abnormality. Images viewed from disc with Dr. Everman.

## Assessment

1. CNS demyelination (341.9) (G37.9)
2. Numbness (782.0) (R20.0)
3. Blurred vision (368.8) (H53.8)

## Plan

*Patient:* **Jamie Reece**
*Encounter:* **Jun 28 2018 11:00AM** *MRN:* **1668060**

**Blurred vision, CNS demyelination, Numbness**

1. MRI Brain WO; Status:Need Information - Required information; Requested for:28Dec2018; Perform:See Facility Below; Order Comments:TO BE DONE IN DECEMBER 2018; Due:04Jan2019; Marked Important;Ordered; For:Blurred vision, CNS demyelination, Numbness; Ordered By:Collett, Megan;
2. Follow-up visit in 6 months Outpatient Follow-up WITH MRI BRAIN AND CERVICAL SPINE RESULTS. SCHEDULE ON A DAY DR. EVERMAN IS HERE. Status: Complete Done: 28Jun2018 Ordered;For: Blurred vision, CNS demyelination, Numbness; Ordered By: Collett, Megan Performed: Due: 12Jul2018 Marked Important; Last Updated By: Cassidy, Jodi; 6/28/2018 12:09:48 PM
3. MRI Spine Cervical WO; Status:Need Information - Required information; Requested for:28Dec2018; Perform:See Facility Below; Order Comments:TO BE DONE IN DECEMBER 2018; Due:04Jan2019; Marked Important;Ordered; For:Blurred vision, CNS demyelination, Numbness; Ordered By:Collett, Megan;

**Discussion/Summary**

Will re-evaluate MRI brain and cervical spine in 6 months. At this time concern for MS is very low.
F/U 6 months.

**'End of Encounter Meds'**

**Signatures**

Electronically signed by : Carrie Baker, CMA; Jun 28 2018 11:32AM EST (Co-author)
Electronically signed by : Megan Collett, APRN; Jun 29 2018 1:12PM EST (Author)

**Neurology Clinic of London - Lexington**
**3470 Blazer Parkway Suite 150,**
**Lexington, KY 40509**
**Phone: (859) 263-8807 Fax: (859) 263-8808**

*MRN:* **1668060** *Encounter Date:* **06/08/2018 9:15AM**

*DOB:*
*Home:*
*Work:*

*Address:*
**Jamie Reece**

**PCP:** Adams, Doris W

## History Reported By

The history today is reported by the patient and Husband.

## Chief Complaint

Mrs. Reece was referred by Dr Tutt, neurosurgeon for consult regarding cervical radiculopathy, multiple sclerosis evaluation.
She reports neck, shoulder, right side arm, hip, foot pain, left eye and ear pain, blurry vision, episodes of stabbing pain in chest, dizziness/vertigo, difficulty swallowing.

## History of Present Illness

HPI Free Text - v1.0: Ms. Reece is here today for consultation regarding possible MS.

Ms. Reece got hurt at work and had an MRI of her shoulder and neck. She went to see Dr. Tutt, and it was reported to her that there was an abnormality in the cord at the cervical spine level concerning for possible MS.

For the past 3-4 months, she has experienced a squeezing sensation to her chest. She has had a couple episodes of this that lasted about 1 hour. These episodes were painful. Other times have lasted just seconds. Episodes occur about once weekly.

Does have blurry vision. No diplopia or sudden loss of vision. Has recently gotten new glasses.
Has had a bilateral upper extremity tremor years ago, but this went away.
Denies difficulty ambulating. Denies unsteadiness/balance issues.
Denies any weakness in her extremities.
Her feet "go to sleep" easily. Sometimes her right arm tingles. Sometimes if she sits for a while, half of her "private parts" will go numb.
Has urinary urgency. Feels like she does empty her bladder completely.

## Allergies

- Lortab TABS
  Recorded By: Baker, Carrie; 6/8/2018 9:16:53 AM

## Current Meds

1. Calcium TABS
2. CVS Probiotic Maximum Strength Oral Capsule
3. Esomeprazole Magnesium 40 MG Oral Capsule Delayed Release; TAKE 1 CAPSULE ONCE DAILY
4. Estradiol 1 MG Oral Tablet; TAKE 1 TABLET DAILY
5. Folic Acid 1 MG Oral Tablet; TAKE 1 TABLET DAILY
6. Ketoprofen 75 MG Oral Capsule
7. LORazepam 0.5 MG Oral Tablet; TAKE 1 TABLET TWICE DAILY
8. Methotrexate 2.5 MG Oral Tablet; 4 tablets twice weekly
9. Motrin 600 MG TABS

10. Multi Complete CAPS
11. PredniSONE 5 MG Oral Tablet
12. ZyrTEC Allergy CAPS

**Past Medical History**
History of Anxiety (300.00) (F41.9)
History of psoriatic arthritis (V13.4) (Z87.2)

**Surgical History**
History of Hysterectomy
History of Oral surgery
History of Tonsillectomy

**Family History**
- Family history of arthritis (V17.7) (Z82.61)
- Family history of coronary artery disease (V17.3) (Z82.49)
- Family history of hypothyroidism (V18.19) (Z83.49)
- FH: stomach cancer (V16.0) (Z80.0)

**Review of Systems**
A complete review of systems revealed no pertinent patient complaints except as noted below and in the history of present illness.
**CONSTITUTIONAL:** fatigue.
**EYES:** eye pain, watery eyes and blurred vision.
**ENT:** earache, vertigo, dizziness and dysphagia.
**CARDIOVASCULAR:** chest discomfort.
**RESPIRATORY:** normal.
**GASTROINTESTINAL:** Heartburn.
**GENITOURINARY:** urinary frequency.
**MUSCULOSKELETAL:** arthralgia.
**INTEGUMENTARY:** itching and Psoriatic arthritis.
**NEUROLOGICAL:** headache, dizziness, lightheaded, tremor, sleep disturbances, memory loss and numbness.
**PSYCHIATRIC:** normal.
**ENDOCRINE:** heat intolerance and polyuria.
**HEMATOLOGIC/LYMPHATIC:** normal.
**ALLERGIC/IMMUNOLOGIC:** normal.

**Vitals**
**Vital Signs**

| | Recorded: 08Jun2018 10:05AM |
|---|---|
| Height | 5 ft 7 in |
| Weight | 173 lb |
| BMI Calculated | 27.1 |
| BSA Calculated | 1.9 |
| Heart Rate | 77 |
| Systolic | 116 |
| Diastolic | 68 |
| O2 Saturation | 99 |

**Neurology Exam**

**Constitutional:** Jamie Reece is a Caucasian famale who appears well developed, well nourished and in no acute distress.
**Mental Status:** patient is alert. patient is appropriately oriented. language is fluent and logical. Speech is normal. Recent and remote memories are preserved. Good attention span and good concentration. Appropriate fund of knowledge.
**Cranial Nerves:** disk margins are sharp and fundi are normal. visual fields are full to confrontation. pupils are equal and symmetrically reactive. extraocular movements are full. Facial sensation is normal. Facial strength is symmetric and normal. Hearing acuity is normal. Normal movement of soft palate. Shoulder shrug is strong and symmetric. Tongue protrudes midline.
**Motor:** pronator drift is absent. motor strength is full in all four limbs. Muscle bulk and tone are normal.
**Sensory:** Sensory modalities are normal.
**Reflexes:** Reflexes are normal and symmetric. Plantars are flexor.
**Coordination:** Coordination is normal.
**Gait and Station:** Gait is steady and normal.
**Eyes:** Conjunctivae and eyelids reveals no swelling, erythema or discharge.
**Pulmonary:** Respiratory effort was normal with no increased work of breathing and no respiratory distress. Lungs were clear to auscultation bilaterally.
**Cardiovascular:** On auscultation the heart rate and rhythm is normal and there are no murmurs. Auscultation of the neck is without bruit. Arterial pulses are normal on peripheral vascular exam.

## Results/Data

4/10/18 MRI C-SPINE - Possible subtle increased signal within the cervical cord at C8 level. (Images viewed from disc with Dr. Everman).

## Assessment

1. CNS demyelination (341.9) (G37.9)
2. Blurred vision (368.8) (H53.8)
3. Fatigue (780.79) (R53.83)
4. Numbness (782.0) (R20.0)

## Plan

### Blurred vision, CNS demyelination, Fatigue, Numbness

1. Start: LORazepam 0.5 MG Oral Tablet (Ativan); Take 1 tablet PO 30 minutes prior to MRI, may repeat after 30 minutes X1 if needed
2. Creatinine, Serum; Status:Active; Requested for:08Jun2018;
3. Follow-up visit in 2 weeks Outpatient Follow-up WITH MRI RESULTS. SCHEDULE ON A DAY DR. EVERMAN IS HERE. Status: Complete Done: 08Jun2018
4. MRI Brain WO W; Status:Need Information - Required information; Requested for:08Jun2018;
5. MRI Spine Thoracic WO W; Status:Need Information - Required information; Requested for:08Jun2018;
6. Vitamin B12 and Folate; Status:Active; Requested for:08Jun2018;
7. Vitamin B6, Plasma; Status:Active; Requested for:08Jun2018;
8. Vitamin D, 1,25 + 25-Hydroxy; Status:Active; Requested for:08Jun2018;

## Discussion/Summary

Needs further work-up for MS. MRI brain, lab work - will go over results at follow-up.
Seen and evaluated by Dr. Everman at today's visit as well.

## Attending Note

*Attending Note:[1] I interviewed and examined the patient[1] and the staff discussed the patient on the day of the visit[1]. Level of Participation:[1] I was present in clinic and examined the patient[1]. Patient's History:[1] Ms. reece has a possible T2 hyperintnese lesion in her Cervical spine. She describes a HUG sensation around chest and waist. Otherwise exam unremarkable. Will send for MRI brain and MRI thoracic spine to look for other demyelinating lesions. Will also send for lab work since low vitamin levels can cause T2 hyperintense lesions in spine. Will see back after studies.[1].*

*[1] Amended By: Everman, Nicole; Jun 11 2018 7:59 AM EST*

**'End of Encounter Meds'**

*Patient:* **Jamie Reece**
*Encounter:* **Jun 8 2018 9:15AM** *MRN:* **1668060**

**Signatures**

Electronically signed by : Carrie Baker, CMA; Jun 8 2018 10:07AM EST (Co-author)
Electronically signed by : Megan Collett, APRN; Jun 8 2018 12:49PM EST (Co-author)
Electronically signed by : Nicole Everman, M.D.; Jun 11 2018 7:59AM EST (Author)

| | |
|---|---|
| **To:** | +1 (603) 334-7307 |
| **Company:** | |
| **Fax:** | +1 (603) 334-7307 |
| **Subject:** | |
| **Ref:** | |
| **From:** | Toya Johnson |
| **Fax:** | +1 (844) 658-9552 |
| **Date:** | 07/03/2018 |
| **Time:** | 01:54:50 PM CST |
| **Pages:** | 18 |
| **Remarks:** | |

MediCopy Services, Inc.
8 City Blvd Suite 400
Nashville, TN 37209

This facsimile transmission contains confidential information, some or all of which may be protected health information as defined by the federal Health Insurance Portability & Accountability Act (HIPAA) Privacy Rule. This transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential, and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission intended recipient), you are hereby notified that any disclosure, dissemination, distribution, or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify MediCopy Services, Inc. by telephone (number listed above) to arrange the return or destruction of this information and all copies.

MediCopy Services, Inc.
PO Box 331787
Nashville TN 37203

MediCopy

PHONE: 866-587-6274 TAX ID 75-3134811

LIBERTY MUTUAL - 7209
P.O. BOX 7209
LONDON KY 40742

| | |
|---|---|
| Invoice # | 47006387 |
| Invoice Date | July 3, 2018 |
| **Balance Due (USD)** | **$40.50** |

| **Item** | **Description** | **Unit Cost** | **Quantity** | **Line Total** |
|---|---|---|---|---|
| BGO85 | HEALTH INFORMATION REQUESTED FROM BLUEGRASS ORTHOPAEDICS<br><br>BASIC MEDICAL RECORDS FEE | 35.00 | 1 | 35.00 |
| BGOMR | HEALTH INFORMATION REQUESTED FROM BLUEGRASS ORTHOPAEDICS<br>PAGES @ 0.50 | 0.50 | 11 | 5.50 |
| FAX | FAXED RECORDS FROM SECURED DATA LINE (RECORDS ATTACHED) | 0.00 | 1 | 0.00 |
| 10 | IF YOU WISH TO MAKE A CREDIT CARD PAYMENT OVER THE PHONE, THERE WILL BE A $10 CONVENIENCE FEE | 0.00 | 1 | 0.00 |

| | |
|---|---|
| **Total** | **40.50** |
| Amount Paid | 0.00 |
| **Balance Due (USD)** | **$40.50** |

**Terms**
***DUE ON RECEIPT***
NOTICE: A $5.00 LATE FEE WILL BE
ASSESSED TO YOUR INVOICE/ACCOUNT
IF PAYMENT IS NOT RECEIVED WITHIN 30 DAYS.

**Notes**
JAMIE REECE
CLAIM#8191808

---

# PAYMENT STUB

**To Pay Your Invoice Online**
Go to https://medicopy.freshbooks.com/code and enter the code 5Qx9Gsxz2R9sfQY

MediCopy Services, Inc.
PO Box 331787
Nashville TN 37203

| | |
|---|---|
| **Client** | LIBERTY MUTUAL - 7209 |
| **Client Phone** | 800-291-0112 |
| **Invoice #** | 47006387 |
| **Invoice Date** | July 3, 2018 |
| **Balance Due (USD)** | $40.50 |
| **Amount Enclosed** | |

**Lincoln/Reece 3955**

From Fax 8592635140
To Medical Records
4 fax pages from (859) 263-5140
LMG 6/27/2018 2:17:07 PM PAGE 1/004 Fax Server

**Liberty Mutual. INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7307

| | |
|---|---|
| Date: | June 27, 2018 |
| To: | DR RYAN DONEGAN MD<br>BLUEGRASS ORTHOPAEDICS<br>3480 YORKSHIRE MEDICAL PARK<br>LEXINGTON KY 40509 |
| Attn: | Medical records |
| Fax: | (859) 422-4558 |
| From: | Andrew Socaciu<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 334-7307 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 8191808<br>Claimant: Jamie Reece<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7307

June 27, 2018

Dr. Ryan Donegan, MD
Bluegrass Orthopaedics
3480 YORKSHIRE MEDICAL PARK
LEXINGTON, KY 40509

RE: Short Term Disability (STD) Benefits
Toyota
Claim #: 8191808
Claimant: Jamie Reece
Claimant D.O.B.:

Dear Dr. Ryan Donegan:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from April 14, 2018 through the present.

We ask that you provide this information by July 4, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-7307 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Andrew Socaciu
Disabil Claims Case Mgr I
Phone No.: (855) 508-4895 Ext. 41552
Secure Fax No.: (603) 334-7307

Attachments: 8191808-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.25.2018

LMG 6/27/2018 2:17:07 PM PAGE 4/004 Fax Server

DocuSign Envelope ID: 6B62'3AD-ACE9-47BB-9890-518909FEEA4C

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7307

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) self Relationship self

Signature of claimant or legal representative DocuSigned by: Jamie Reece

Date of Birth: ____ Claim Number: 8191808 Date: 6/25/2018

**A copy of this authorization will be considered as valid as the original.**

**Reece, Jamie 49y F**
DOB:

# Patient Chart Report

07/02/18 2:32 PM

BLUEGRASS
ORTHOPAEDICS, PSC

**Document list for All Documents -- 04/14/18 to 06/27/18**

| Encounter Date | Description | Type | Status | Provider |
|---|---|---|---|---|
| 06/18/2018 | WC FOLLOW UP/EST | Note | SLD | Donegan, Ryan Patrick MD |
| 06/18/2018 | Work Status | Correspondence | ARC | Donegan, Ryan Patrick MD |
| 06/18/2018 | BGO FOLLOWUP EVALUATION | CHARTNET | APP | Donegan, Ryan Patrick MD |
| 05/29/2018 | WC FOLLOW UP/EST | Note | SLD | Donegan, Ryan Patrick MD |
| 05/29/2018 | Work Status | Correspondence | ARC | Donegan, Ryan Patrick MD |

**Patient:** 198482 - Jamie Reece
**DOB:**

**Date:** 06/18/2018 08:30
**Provider:** Donegan, Ryan Patrick MD
**Encounter:** WC FOLLOW UP/EST

## ACTIVE PROBLEMS

- Bone Pain in the Heel Left
- Joint Pain, Localized in the Shoulder

## CHIEF COMPLAINT

The Chief Complaint is: C spine pain.

## REFERRED HERE

Referred by Toyota.

## HISTORY OF PRESENT ILLNESS

Jamie Reece is a 49 year old female.

- Medication list reviewed.

## CURRENT MEDICATION

- Cyclobenzaprine HCl 10MG Oral Tablet 15 days, 0 refills
- Folic Acid 1MG Oral Tablet 90 days, 0 refills
- GoodSense Esomeprazole 20MG Oral Capsule Delayed Release 90 days, 0 refills
- Methotrexate 2.5MG Oral Tablet 29 days, 0 refills
- ZyrTEC Allergy 10 MG Tablet once a day 0 days, 0 refills

## PAST MEDICAL/SURGICAL HISTORY

**Reported:**

Medical: Arthritic joint problems.
Past medical history non-contributory
anemia.

**Surgical:**

- Hysterectomy

## PREVIOUS THERAPY

- History of orthopedic options: physical therapy

## SOCIAL HISTORY

Diet: No recent change in diet.
Behavioral: No caffeine use, no tobacco use, not a current smoker, and smoking status: Never smoker.
Alcohol: Alcohol use.
Drug Use: Not using drugs.

**Patient:** **198482 - Jamie Reece**
**DOB:**

**Date:** **06/18/2018 08:30**
**Provider:** **Donegan, Ryan Patrick MD**
**Encounter:** **WC FOLLOW UP/EST**

Habits: Exercising regularly.

## ALLERGIES

- anti-inflammatories

## FAMILY HISTORY

Osteoporosis

**Maternal:**

Heart disease
Osteoporosis

## REVIEW OF SYSTEMS

**Systemic:** Not feeling tired (fatigue), no recent weight loss, and no recent weight gain. No edema.
**Head:** No headache and no sinus pain.
**Eyes:** No vision problems. Vision problems. No glaucomatous visual field defect.
**Otolaryngeal:** No hearing loss and no tinnitus. No nasal symptoms.
**Cardiovascular:** No chest pain or discomfort and no palpitations.
**Pulmonary:** No daytime asthma symptoms, no cough, and no chronic cough. No wheezing.
**Gastrointestinal:** No heartburn and no abdominal pain.
**Endocrine:** No hot flashes and no muscle weakness.
**Hematologic:** No easy bleeding and no tendency for easy bruising.
**Musculoskeletal:** No lower back pain. No soft tissue swelling. Pain localized to one or more joints.
**Neurological:** No dizziness, no convulsions, and no numbness.
**Psychological:** No anxiety, no emotional lability, no depression, and no insomnia. Not crying for no reason.
**Skin:** Dry skin psoriasis. No rash and no ulcers.
**Allergic and Immunologic:** No complaint of seasonal allergic reaction.

## PHYSICAL FINDINGS

- Vitals taken 06/18/2018 08:27 am

sg

| | |
|---|---|
| BP-Sitting | 117/87 mmHg |
| Pulse Rate-Sitting | 74 bpm |
| Height | 67 in |
| Weight | 170 lbs |
| Body Mass Index | 26.6 kg/m2 |
| Body Surface Area | 1.89 m2 |

## PLAN

- **Other**
  Referral/Orthopedic: Consult with Orthopedic
  Instructions: 2nd opinion w Dr. trevor Wilkes or Dr. Sajadi

**Ryan Patrick Donegan MD**
**Electronically signed by: Ryan Donegan** **Date: 06/22/2018 09:43**

BLUEGRASS ORTHOPAEDICS

Re: Jamie Reece
DOB:
06/18/2018

☐ **Return to full duty** ☒ **Return to work with restrictions** ☐ **Off Work**

**Effective date: 6/18/2018** **Ending date : pending 2nd opinion**

☒ **OTHER**

**FUNCTIONAL ABILITY**

☐ **Heavy Work.** Lifting 100lbs maximum with occasional lifting and/or carrying objects weighing up to 100lbs
☐ **Medium Work.** Lifting 50lbs maximum with occasional lifting and/or carrying objects weighing up to 50lbs
☐ **Light Work.** Lifting 20lbs maximum with occasional lifting and/or carrying objects weighing up to 20lbs
☐ **Seated Work Only:** Lifting 10lbs max. Occasionally carrying such articles as dockets, ledgers, and small tools. Jobs are sedentary if walking/standing is are required **ONLY OCCASIONALLY.**
☐ **Lumbar/Spine Restrictions.** Minimize repetitive bending and twisting through spine. Alternate between sitting, standing and walking with frequent changes in posture. Avoid impact loading and vibration to spine.
☐ **Limitation of work hours/day:** ☐ 4 hours ☐ 8 hours

**Restrictions/Limitation**

| | | | | |
|---|---|---|---|---|
| Sit | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Stand | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Walk | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Bend | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Squat | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Climb | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Stairs | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Twist | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |

☐ Lifting ______ to ______ lbs. ☐ Max: lbs. ☐ RUE ☐ LUE
☐ BUE
☒ No use of upper extremity ☒ Right ☐ Left
☐ Required to wear: ☐ Splint ☐ Cast ☐ Brace ☐ Left ☐ Right
☐ Avoid : ☐ Pushing/Pulling ☐ Flexion/Extension of wrist/elbow
☐ Pinching/Gripping ☐ Pronation/supination (palm down/palm up)
☐ Avoid overhead work (keep hands below heart level)

**If the employer is unable to accommodate the restrictions, the employee is off work until the next M.D. appointment.**

**Follow up appt:**

Sincerely,
Ryan P. Donegan MD

Electronically signed by: Ryan P. Donegan MDJun 18, 2018 8:43 am

*Bluegrass Orthopaedics*
**859-263-5140**
Toll Free 888-422-3170
Harry Lockstadt, M.D. Gregory D'Angelo, M.D. Veronica A. Vasicek, M.D. Norman Ellingsen, M.D.
J. Martin Favetto, M.D. John E. Balthrop, M.D. William L. O'Neill, M.D. Jason S. Harrod, DPM Dirk Franzen, M.D.
Wallace L. Huff, Jr., M.D. Ryan Donegan, M.D.

**PATIENT ID: 198482**
**PATIENT NAME: REECE, JAMIE**
**DATE OF BIRTH:**
**EXAM DATE: 06/18/2018**

**FOLLOWUP EVALUATION**

**SUBJECTIVE:** Ms. Reece is here for re-evaluation of her shoulder. She still continues to have pain in her shoulder. It is primarily anterior. Worse with any reaching, pushing and pulling. She says the pain is actually that comes on is in a more of a delayed onset. She has pain that radiates all the way down the arm. She has had an EMG test. She has had an evaluation with Dr. Tutt, a neurosurgeon. The neurosurgeon, based on her report, was convinced this is something in her shoulder.

**PHYSICAL EXAMINATION:** Her exam today shows that she has pain around the shoulder. She has some focal tenderness anteriorly. She has some tenderness over the cervical spine, area of the C6-C7 centrally. Tenderness over her trapezius. Inspection of the scapula shows symmetric scapular mobility. She has elevation, which is about 150-160 degrees and symmetric. She has pain when she comes into a position of reposition of the shoulder. She has mild tenderness in the deltopectoral interval and in the peri coracoid area. AC signs are negative. Biceps signs are equivocal. Her cuff strength is 5/5 to supra, infra and subscap testing.

**IMAGING:** Her MRI I reviewed. This was a right shoulder MRI 3 Tesla with contrast, so a very high quality study. I see no obvious labral or biceps pathology. Biceps appears to be centered and in the groove. Her subscapularis appears to be intact. There is no evidence of muscle atrophy. Her rotator cuff shows tendinopathy without any full thickness or partial thickness tearing. Bony structures appear intact. MRI of her neck was reviewed. This shows mild disc bulge at C4-5 with mild bilateral neural foraminal narrowing and subtle increased signal within the cervical cord at C6. Again, she has had a neurosurgical evaluation.

**ASSESSMENT:** Shoulder pain without an obvious source.

**PLAN:** We will plan on a referral to either Dr. Sajadi or Dr. Wilkes. I do not have anything further to add. She has had injections. These have not provided her relief. I do not have a formal diagnosis for this issue.

Electronically authenticated by

RD/Ryan Donegan, M.D./lj
2794628

**Patient:** 198482 - Jamie Reece
**DOB:**

**Date:** 05/29/2018 08:45
**Provider:** Donegan, Ryan Patrick MD
**Encounter:** WC FOLLOW UP/EST

## ACTIVE PROBLEMS

- Bone Pain in the Heel Left
- Joint Pain, Localized in the Shoulder

## CHIEF COMPLAINT

The Chief Complaint is: C spine pain.

## REFERRED HERE

Referred by Toyota.

## HISTORY OF PRESENT ILLNESS

Jamie Reece is a 49 year old female.
• Medication list reviewed.

Patient is in today for evaluation of her arm and neck again. She did see Dr. Tutt at the Lexington clinic. There was no surgical issues for her cervical spine however he was concerned about other neurologic issues such as multiple sclerosis. She still having anterior shoulder pain. She also has pain in the right side of her neck that radiates down to her hand and wrist area. Neurontin has helped this.

## CURRENT MEDICATION

- Cyclobenzaprine HCl 10MG Oral Tablet 15 days, 0 refills
- Folic Acid 1MG Oral Tablet 90 days, 0 refills
- GoodSense Esomeprazole 20MG Oral Capsule Delayed Release 90 days, 0 refills
- Methotrexate 2.5MG Oral Tablet 29 days, 0 refills
- ZyrTEC Allergy 10 MG Tablet once a day 0 days, 0 refills

## PAST MEDICAL/SURGICAL HISTORY

**Reported:**
Medical: Arthritic joint problems.
Past medical history non-contributory
anemia.
**Surgical:**
• Hysterectomy

## PREVIOUS THERAPY

• History of orthopedic options: physical therapy

**Patient:** **198482 - Jamie Reece**
**DOB:**

**Date:** **05/29/2018 08:45**
**Provider:** **Donegan, Ryan Patrick MD**
**Encounter:** **WC FOLLOW UP/EST**

## SOCIAL HISTORY

Diet: No recent change in diet.
Behavioral: No caffeine use, no tobacco use, not a current smoker, and smoking status: Never smoker.
Alcohol: Alcohol use.
Drug Use: Not using drugs.
Habits: Exercising regularly.

## ALLERGIES

- anti-inflammatories

## FAMILY HISTORY

Osteoporosis
**Maternal:**
Heart disease
Osteoporosis

## REVIEW OF SYSTEMS

**Systemic:** Not feeling tired (fatigue), no recent weight loss, and no recent weight gain. No edema.
**Head:** No headache and no sinus pain.
**Eyes:** No vision problems. Vision problems. No glaucomatous visual field defect.
**Otolaryngeal:** No hearing loss and no tinnitus. No nasal symptoms.
**Cardiovascular:** No chest pain or discomfort and no palpitations.
**Pulmonary:** No daytime asthma symptoms, no cough, and no chronic cough. No wheezing.
**Gastrointestinal:** No heartburn and no abdominal pain.
**Endocrine:** No hot flashes and no muscle weakness.
**Hematologic:** No easy bleeding and no tendency for easy bruising.
**Musculoskeletal:** No lower back pain. No soft tissue swelling. Pain localized to one or more joints.
**Neurological:** No dizziness, no convulsions, and no numbness.
**Psychological:** No anxiety, no emotional lability, no depression, and no insomnia. Not crying for no reason.
**Skin:** Dry skin psoriasis. No rash and no ulcers.
**Allergic and Immunologic:** No complaint of seasonal allergic reaction.

## PHYSICAL FINDINGS

- Vitals taken 05/29/2018 08:39 am
  kns

| | |
|---|---|
| Height | 67 in |
| Weight | 160 lbs |
| Body Mass Index | 25.1 kg/m2 |

**Patient:** **198482 - Jamie Reece**
**DOB:**

**Date:** **05/29/2018 08:45**
**Provider:** **Donegan, Ryan Patrick MD**
**Encounter:** **WC FOLLOW UP/EST**

Body Surface Area 1.84 m2

General Exam: Patient is alert and afebrile. No acute distress, well groomed and well nourished.

The right upper extremity was examined:

Lymph exam: There is no lymphedema in the extremity. No palpable abnormal nodes.

Dermatological exam: There are no suspicious skin lesions. No masses. No lacerations or abrasions are seen.

Neuro exam: The patient has sensation to light touch. There are no tremors or nerve palsies. Shows normal coordination and balance

Vascular exam: +2 radial pulses. Normal skin temperature and turgor. No varicosities.

Musculoskeletal exam: Patient shows normal gait and station. There are no bony deformities. No Muscle deformities are seen.
She again shows some pain with passive motion of the shoulder but motion is completed. She does show pain with biceps testing. There is mild weakness in the cuff very mild pain with super cement is testing. There's mild pain with labral sheer test and is well

## ASSESSMENT
Right shoulder pain with tendinopathy of the cuff and biceps pain
Cervical pain
Possible neurologic disorder

## THERAPY
- Clinical summary provided to patient.

## PLAN
- **Other**
  Neurontin 300 MG capsule, 1 every bedtime, 14 days, 0 refills

She does have some mild anterior shoulder pain which could be biceps related. Overall her MRI was negative for any full-thickness tears or real surgical pathology. Try an intra-articular injection office and see if this alleviates any of her shoulder pain. I told her it is unlikely to do anything for her neck or the radiating arm pain. She does have a neurology appointment in the next few weeks. See her in 2 weeks in our office.

The risk and benefits of the injection were outlined to the patient. They understand these and wished to proceed. The anterior portion of the shoulder over the glenohumeral joint was prepped with alcohol and Betadine. Using a 27-gauge needle and 5 cc syringe I pierced the skin breaching the anterior joint capsule. I then aspirated to

confirm no presence of a vascular bed I then injected a solution of 40 mg Kenalog / 2 cc of lidocaine/2 cc of Marcaine into the joint. The patient tolerated this procedure well.

## NOTES

***This dictation was done with voice recognition software and may contain errors and omissions.***

Electronically signed by Cheslee Bloyd, PA-C

**Ryan Patrick Donegan MD**
**Electronically signed by: Ryan Donegan Date: 06/07/2018 18:06**

Re: Jamie Reece
DOB:
05/29/2018

☐ **Return to full duty** ☒ **Return to work with restrictions** ☐ **Off Work**

**Effective date: 5/29/2018** **Ending date : follow up**

☐ **OTHER**

**FUNCTIONAL ABILITY**

☐ **Heavy Work**. Lifting 100lbs maximum with occasional lifting and/or carrying objects weighing up to 100lbs
☐ **Medium Work**. Lifting 50lbs maximum with occasional lifting and/or carrying objects weighing up to 50lbs
☐ **Light Work**. Lifting 20lbs maximum with occasional lifting and/or carrying objects weighing up to 20lbs
☐ **Seated Work Only:** Lifting 10lbs max. Occasionally carrying such articles as dockets, ledgers, and small tools. Jobs are sedentary if walking/standing is are required **ONLY OCCASIONALLY.**
☐ **Lumbar/Spine Restrictions.** Minimize repetitive bending and twisting through spine. Alternate between sitting, standing and walking with frequent changes in posture. Avoid impact loading and vibration to spine.
☐ **Limitation of work hours/day:** ☐ 4 hours ☐ 8 hours

**Restrictions/Limitation**

| | | | | |
|---|---|---|---|---|
| Sit | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Stand | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Walk | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Bend | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Squat | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Climb | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Stairs | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Twist | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |

☐ Lifting ______ to ______ lbs. ☐ Max: lbs. ☐ RUE ☐ LUE
☐ BUE
☒ No use of upper extremity ☒ Right ☐ Left
☐ Required to wear: ☐ Splint ☐ Cast ☐ Brace ☐ Left ☐ Right
☐ Avoid : ☐ Pushing/Pulling ☐ Flexion/Extension of wrist/elbow
☐ Pinching/Gripping ☐ Pronation/supination (palm down/palm up)
☐ Avoid overhead work (keep hands below heart level)

**If the employer is unable to accommodate the restrictions, the employee is off work until the next M.D. appointment.**

**Follow up appt:**

Sincerely,
Ryan P. Donegan MD

Electronically signed by: Ryan P. Donegan MDMay 29, 2018 9:05 am

**n0233419**

---

**From:** Kane, Jennifer
**Sent:** Thursday, June 28, 2018 10:45:38 AM
**To:** Socaciu, Andrew
**Subject:** RE: JAMIE REECE / SA211932 / 277390
**Attachments:** image001.png; image002.png; image003.png; image004.png; image005.png; image006.png

Andrew,

The file is too large to scan/email to you so I will mail to the PO box in London, KY as listed in your signature.

Thank you,

**Jenna Kane**

Senior Claims Representative

Mitsui Sumitomo Marine Management (U.S.A.), Inc.

1001 Cherry Blossom Way

Georgetown, KY 40324

Phone: 502-570-6628

Fax: 502-868-4990

Email: JKane@MSIGUSA.com

****Mitsui Sumitomo Corporate Email Disclaimer****
This message (which includes any attachments) is intended to be read only by the person(s) to whom it is addressed. The information contained herein is intended for the sole use of such person(s). The message may contain information that is privileged, confidential and exempt from disclosure under applicable law, including but not limited

to the law applicable to attorney/client privilege. Any unauthorized use or dissemination of this message in whole or in part is strictly prohibited. If you are not the addressee, you are hereby notified that you may not use, copy, disclose, or distribute to anyone the message or any information contained in the message. If you received this message in error, please immediately advise the sender by reply E-Mail and delete this message and the reply from your system. Thank you for your cooperation.

**From:** Socaciu, Andrew [mailto:Andrew.Socaciu@LibertyMutual.com]
**Sent:** Wednesday, June 27, 2018 2:42 PM
**To:** Kane, Jennifer <JKane@msigusa.com>
**Subject:** JAMIE REECE / SA211932 / 277390

Hello,

Can you please provide all medical records for Jamie Reece. I have attached her medical authorization. The STD claim number is 8191808.

Thank you,

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.**

**Andrew Socaciu**

Disability Case Manger I

Lincoln Financial Group

P.O. Box 7209

London, KY 40742-7209

800.320.7585 ext. 41552

603.334.7307 Fax

LincolnFinancial.com

**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group

PLEASE NOTE: Liberty Mutual Insurance Company ("Liberty Mutual") has recently completed an agreement with Lincoln Financial Group pursuant to which it has sold the Liberty Life Assurance Company of Boston. The employee who sent this email is no longer employed by Liberty Mutual or any of its affiliates, and instead is now an employee of Lincoln Financial Group. In order to facilitate a smooth transition between the entities and allow our customers the opportunity to update contact information, this email is being delivered using a legacy Liberty Mutual email address and email system, but Liberty Mutual is not responsible for its contents. We ask that you please update your contact information accordingly.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7307

| | |
|---|---|
| Date: | June 27, 2018 |
| To: | DR RYAN DONEGAN MD<br>BLUEGRASS ORTHOPAEDICS<br>3480 YORKSHIRE MEDICAL PARK<br>LEXINGTON KY 40509 |
| Attn: | Medical records |
| Fax: | (859) 422-4558 |
| From: | Andrew Socaciu<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 334-7307 |
| Total Pages<br>(Including Cover): | 4 |
| RE:<br><br>Claim #: 8191808<br>Claimant: Jamie Reece<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7307

June 27, 2018

Dr. Ryan Donegan, MD
Bluegrass Orthopaedics
3480 YORKSHIRE MEDICAL PARK
LEXINGTON, KY 40509

RE: Short Term Disability (STD) Benefits
Toyota
Claim #: 8191808
Claimant: Jamie Reece
Claimant D.O.B.:

Dear Dr. Ryan Donegan:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from April 14, 2018 through the present.

We ask that you provide this information by July 4, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-7307 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Andrew Socaciu
Disabil Claims Case Mgr I
Phone No.: (855) 508-4895 Ext. 41552
Secure Fax No.: (603) 334-7307

Attachments: 8191808-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.25.2018

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7307

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) self Relationship self

DocuSigned by: Jamie Reece 8A2AB9A73984414...
Signature of claimant or legal representative

Date of Birth: _ __ Claim Number: 8191808 Date: 6/25/2018

**A copy of this authorization will be considered as valid as the original.**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7307

| | |
|---|---|
| Date: | June 27, 2018 |
| To: | DR NICOLE EVERMAN MD<br>KENTUCKYONE HEALTH<br>3470 BLAZER PKWY SUITE 150<br>LEXINGTON KY 40509 |
| Attn: | Medical records |
| Fax: | (859) 263-8808 |
| From: | Andrew Socaciu<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 334-7307 |
| Total Pages<br>(Including Cover): | 4 |
| RE: | Claim #: 8191808<br>Claimant: Jamie Reece<br>Toyota Motor Engineering & Manufacturing North America, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7307

June 27, 2018

Dr. Nicole A. Everman, MD
Kentuckyone Health
3470 BLAZER PKWY SUITE 150
LEXINGTON, KY 40509

RE: Short Term Disability (STD) Benefits
Toyota
Claim #: 8191808
Claimant: Jamie Reece
Claimant D.O.B.:

Dear Dr. Nicole Everman:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from April 14, 2018 through the present.

We ask that you provide this information by July 4, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-7307 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Andrew Socaciu
Disabil Claims Case Mgr I
Phone No.: (855) 508-4895 Ext. 41552
Secure Fax No.: (603) 334-7307

Attachments: 8191808-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.25.2018

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7307

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) self Relationship self

Signature of claimant or legal representative DocuSigned by: Jamie Reece 8A2AB9A73984414...

Date of Birth: _ __ Claim Number: 8191808 Date: 6/25/2018

**A copy of this authorization will be considered as valid as the original.**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7307

| | |
|---|---|
| Date: | June 27, 2018 |
| To: | DR MATTHEW TUTT MD<br>LEXINGTON CLINIC<br>1401 HARRODSBURG RD A540<br>LEXINGTON KY 40504 |
| Attn: | Medical records |
| Fax: | (859) 258-6512 |
| From: | Andrew Socaciu<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 334-7307 |
| Total Pages<br>(Including Cover): | 4 |
| RE:<br><br>Claim #: 8191808<br>Claimant: Jamie Reece<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7307

June 27, 2018

Dr. Matthew P. Tutt, MD
Lexington Clinic
1401 HARRODSBURG RD A540
LEXINGTON, KY 40504

RE: Short Term Disability (STD) Benefits
Toyota
Claim #: 8191808
Claimant: Jamie Reece
Claimant D.O.B.:

Dear Dr. Matthew Tutt:

We are the Disability Claim Administrator for your patient, Jamie Reece.

To evaluate Ms. Reece's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from April 14, 2018 through the present.

We ask that you provide this information by July 4, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-7307 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Reece allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Reece's signature.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Andrew Socaciu
Disabil Claims Case Mgr I
Phone No.: (855) 508-4895 Ext. 41552
Secure Fax No.: (603) 334-7307

Attachments: 8191808-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.25.2018

DocuSign Envelope ID: 8B6213AD-ADE9-47BB-98B0-5189D9FEEA4C

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7307

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) self Relationship self

DocuSigned by: Jamie Reece 8A2AB9A73984414...

Signature of claimant or legal representative

Date of Birth: _ __ Claim Number: 8191808 Date: 6/25/2018

**A copy of this authorization will be considered as valid as the original.**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MS. JAMIE REECE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7307

June 27, 2018

Ms. Jamie H. Reece

RE: Short Term Disability (STD) Benefits
Toyota
Claim #: 8191808

Dear Ms. Jamie Reece:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under
Toyota Motor Engineering & Manufacturing North America, Inc.'s Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for disability benefits, and are in need of additional information.

On June 27, 2018, we requested medical records from Dr. Donegan, Dr. Everman, and Dr. Tutt. This information is necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from April 14, 2018 through the present from Dr. Donegan, Dr. Everman, and Dr. Tutt.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Toyota Motor Engineering & Manufacturing North America, Inc.'s STD Plan requires that, in order to receive benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be denied.

We ask that you provide us with this information no later than July 11, 2018 as required under the terms of the Plan.

If you have any questions regarding this matter, please contact me.

Sincerely,

Andrew Socaciu
Disabil Claims Case Mgr I
Phone No.: (855) 508-4895 Ext. 41552
Secure Fax No.: (603) 334-7307

**n0233419**

| | |
|---|---|
| **From:** | Socaciu, Andrew |
| **Sent:** | Wednesday, June 27, 2018 2:42:07 PM |
| **To:** | 'JKane@msigusa.com' |
| **Subject:** | JAMIE REECE / SA211932 / 277390 |
| **Attachments:** | 8191808-EMPLOYEECLAIMANT-AUTHORIZATION-06.25.2018.pdf; image001.png; image002.png; image003.png; image004.png; image005.png; image006.png |

Hello,

Can you please provide all medical records for Jamie Reece. I have attached her medical authorization. The STD claim number is 8191808.

Thank you,

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.**


**Andrew Socaciu**

Disability Case Manger I

Lincoln Financial Group

P.O. Box 7209

London, KY 40742-7209

800.320.7585 ext. 41552

603.334.7307 Fax


LincolnFinancial.com

**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group

**From:** Jamie Reece
**To:** DisabilityDocuments
**Subject:** Jamie Reece8198664/ Andrew
**Date:** Monday, June 25, 2018 1:09:06 PM

---

BGO BLUEGRASS ORTHOPAEDICS

Re: Jamie Reece
DOB
06/18/2018

☐ **Return to full duty** ☒ **Return to work with restrictions** ☐ **Off Work**

**Effective date: 6/18/2018** **Ending date : pending 2nd opinion**

☒ **OTHER**

**FUNCTIONAL ABILITY**

☐ **Heavy Work**. Lifting 100lbs maximum with occasional lifting and/or carrying objects weighing up to 100lbs
☐ **Medium Work**. Lifting 50lbs maximum with occasional lifting and/or carrying objects weighing up to 50lbs
☐ **Light Work**. Lifting 20lbs maximum with occasional lifting and/or carrying objects weighing up to 20lbs
☐ **Seated Work Only:** Lifting 10lbs max. Occasionally carrying such articles as dockets, ledgers, and small tools. Jobs are sedentary if walking/standing is are required **ONLY OCCASIONALLY.**
☐ **Lumbar/Spine Restrictions**. Minimize repetitive bending and twisting through spine. Alternate between sitting, standing and walking with frequent changes in posture. Avoid impact loading and vibration to spine.
☐ **Limitation of work hours/day:** ☐ 4 hours ☐ 8 hours

**Restrictions/Limitation**

| | | | | |
|---|---|---|---|---|
| Sit | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Stand | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Walk | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Bend | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Squat | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Climb | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Stairs | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |
| Twist | ☐ None | ☐ Occasionally (1-33%) | ☐ Frequent (34-66%) | ☐ Constant (67-100%) |

☐ Lifting _____ to _____ lbs. ☐ Max: lbs. ☐ RUE ☐ LUE
☐ BUE
☒ No use of upper extremity ☒ Right ☐ Left
☐ Required to wear: ☐ Splint ☐ Cast ☐ Brace ☐ Left ☐ Right
☐ Avoid : ☐ Pushing/Pulling ☐ Flexion/Extension of wrist/elbow
☐ Pinching/Gripping ☐ Pronation/supination (palm down/palm up)
☐ Avoid overhead work (keep hands below heart level)

**If the employer is unable to accommodate the restrictions, the employee is off work until the next M.D. appointment.**

**Follow up appt**:

*Sincerely,*
*Ryan P. Donegan MD*

Electronically signed by: Ryan P. Donegan MDJun 18, 2018 8:43 am

DocuSign Envelope ID: 8B6213AD-ADE9-47BB-98B0-5189D9FEEA4C

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7307

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jamie Reece

Name of legal representative, if applicable (print) self Relationship self

DocuSigned by: Jamie Reece 6A2AB9A73984414...
Signature of claimant or legal representative

Date of Birth: ________ Claim Number: 8191808 Date: 6/25/2018

**A copy of this authorization will be considered as valid as the original.**



**Lincoln/Reece 3992**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7307

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ________________________________________

Name of legal representative, if applicable (print) ____________________________________ Relationship _____________________

Signature of claimant or legal representative ___________________________________________

Date of Birth: ____________________ Claim Number: 8191808 Date: ______________________________

**A copy of this authorization will be considered as valid as the original.**



**Lincoln/Reece 3993**

| | claim_number | date_of_loss | status | ember_fi | ember_la | accepted | accepted_date | denied | enied_dat | delayed | location | peoplesoft_number | SSN | last_day_worked | return_to_work_date | _last_day_lt | first_da | mm_date | m_rep_na | p_phone | lity_paid_ | Work_Dat | Modified_ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | SA211932 | 01/30/2018 | Open | Jamie | Reece | Yes | 02/02/2018 | NO | | | TMMK - Self-Insured | 2018-548495 | 403253239 | 04/14/2018 | 06/24/2018 | | | | Kane, Jennifer | | 4784.56 | Estimated | ######## |

**n0171887**

---

**From:** 0913SCU
**Sent:** Tuesday, June 19, 2018 1:10:16 PM
**To:** Whetstone, Kiel
**Subject:** RE: Jamie Reece, SA211932, clock77390
**Attachments:** image001.png; image002.png; image003.png; image004.png; image005.png; image006.png

Good Afternoon,

Per your request, claim 8191808 has been created.

**Sincerely**


**Cynthia Newton**

Senior Customer Information Representative

Claim Intake and Contact Center
**Liberty Life Assurance Company of Boston is now a Lincoln Financial Group Company**

100 Liberty Way. Dover, N.H. 03820

Office: 603-970-2235


**LincolnFinancial.com**

Follow us on: Facebook, Twitter,
YouTube, Instagram and LinkedIn.

PLEASE NOTE: Liberty Mutual Insurance Company ("Liberty Mutual") has recently completed an agreement with Lincoln Financial Group pursuant to which it has sold the Liberty Life Assurance Company of Boston. The employee who sent this email is no longer employed by Liberty Mutual or any of its affiliates, and instead is now an employee of Lincoln Financial Group. In order to facilitate a smooth transition between the entities and allow our customers the opportunity to update contact information, this email is being delivered using a legacy Liberty Mutual email address and email system, but Liberty Mutual is not responsible for its contents. We ask that you please update your contact information accordingly.

**From:** Whetstone, Kiel
**Sent:** Monday, June 18, 2018 3:02 PM
**To:** 0913SCU <0913SCU@LibertyMutual.com>
**Subject:** FW: Jamie Reece, SA211932, clock#77390

Can you please setup an STD claim for this EE?

Thanks,

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.**


**Kiel Whetstone**

Manager I Lead

Short Term Disability

Phoenix, AZ

Lincoln Financial Group

800.320.7585 ext. 41455

603.422.0119 Fax

**[LincolnFinancial.com](LincolnFinancial.com)**

**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group

**From:** Kane, Jennifer [mailto:JKane@msigusa.com]
**Sent:** Monday, June 18, 2018 11:25 AM
**To:** Shelly Shrout (TMMK) <shelly.shrout@toyota.com>; Shawn Dempsey (TMMK) <shawn.dempsey@toyota.com>
**Cc:** Whetstone, Kiel <KIEL.WHETSTONE@LibertyMutual.com>; 'Judy Lykins (TMMK)' <judy.lykins@toyota.com>
**Subject:** Jamie Reece, SA211932, clock#77390

Good Afternoon,

We were paying Ms. Reece TTD while her claim for neck and right upper extremity was being investigated. Our investigation has been completed and her claim has been denied for no work injury per statutory definition. As such, TTD has been terminated as of today, she was paid (in total) from 4/15/18 – 6/9/18.

Thank you,

**Jenna Kane**

Senior Claims Representative

Mitsui Sumitomo Marine Management (U.S.A.), Inc.

1001 Cherry Blossom Way

Georgetown, KY 40324

Phone: 502-570-6628

Fax: 502-868-4990

Email: JKane@MSIGUSA.com

****Mitsui Sumitomo Corporate Email Disclaimer****
This message (which includes any attachments) is intended to be read only by the person(s) to whom it is addressed. The information contained herein is intended for the sole use of such person(s). The message may contain information that is privileged, confidential and exempt from disclosure under applicable law, including but not limited to the law applicable to attorney/client privilege. Any unauthorized use or dissemination of this message in whole or in part is strictly prohibited. If you are not the addressee, you are hereby notified that you may not use, copy, disclose, or distribute to anyone the message or any information contained in the message. If you received this message in error, please immediately advise the sender by reply E-Mail and delete this message and the reply from your system. Thank you for your cooperation.

PLEASE NOTE: Liberty Mutual Insurance Company ("Liberty Mutual") has recently completed an agreement with Lincoln Financial Group pursuant to which it has sold the Liberty Life Assurance Company of Boston. The employee who sent this email is no longer employed by Liberty Mutual or any of its affiliates, and instead is now an employee of Lincoln Financial Group. In order to facilitate a smooth transition between the entities and allow our customers the opportunity to update contact information, this email is being delivered using a legacy Liberty Mutual email address and email system, but Liberty Mutual is not responsible for its contents. We ask that you please update your contact information accordingly.