**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON**

| | | |
|---|---|---|
| **JAMIE REECE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO. 5:22cv00137-KKC** |
| **v.** | ) | |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINE</u>**

Plaintiff Jamie Reece and Defendant The Lincoln National Life Insurance Company file this *Joint Motion to Extend Scheduling Order Deadline* and would show the Court as follows:

1. Pursuant to the Scheduling Order (document 8) entered by the Court on June 9, 2022, Plaintiff must file a motion for judgment reversing the administrative decision by August 8, 2022.

2. The Parties are discussing a resolution of the case and want to save both the Court's resources and the Parties' time and expense of preparing and filing dispositive motions if the case will be resolved through settlement. Accordingly, the Parties respectfully request that the Court enter an order that Plaintiff have until and including August 22, 2022, to file a motion for judgment reversing the administrative decision so the parties can fully explore settlement options without incurring the time and expense required for the parties' counsel to prepare dispositive motions.

## PRAYER

Plaintiff and Defendant request the Court enter an Order extending the deadline for Plaintiff to file a motion for judgment reversing the administrative decision until and including August 22, 2022.

Respectfully submitted, this 27th day of July 2022.

Respectfully submitted,

By: /s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

**AND**

By: */s/ Bartley K. Hagerman*
PHILIP G. FAIRBANKS
Email: pgf@austinmehr.com
BARTLEY K. HAGERMAN
Email: bkh@austinmehr.com
**Mehr, Fairbanks & Peterson**
**Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: (859) 225-3731
Facsimile: (859) 225-3830

COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Eastern District of Kentucky, using the electronic case filing system of the court. The electronic case filing system sent a “Notice of Electronic Filing” to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

PHILIP G. FAIRBANKS
Email: pgf@austinmehr.com

BARTLEY K. HAGERMAN
Email: bkh@austinmehr.com

July 27, 2022 | /s/ Iwana Rademaekers
Date | Iwana Rademaekers