**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON**

**JAMIE REECE,**

**Plaintiff,**

**v.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**

**Defendant.**

**CIVIL ACTION NO. 5:22-cv-137-KKC**

## ORDER EXTENDING SCHEDULING ORDER DEADLINE

On Motion to Extend Scheduling Order Deadline, filed by the Parties, the Court being of the opinion that the requested extension is well taken, it is

ORDERED, that the Motion (DE #13) is GRANTED. The deadline for Plaintiff to file a motion for judgment reversing the administrative decision is extended to and including August 22, 2022. No later than thirty (30) days following the filing of plaintiff's motion, counsel for the defendant shall file a Response thereto. No later than fifteen (15) days following the filing of defendant's response, counsel for the plaintiff may file a Reply.

This 28th day of July, 2022.

Karen K. Caldwell

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY