**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON**

| | | |
|---|---|---|
| **JAMIE REECE,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CIVIL ACTION NO. 5:22cv00137-KKC** |

**JOINT NOTICE OF SETTLEMENT**

Come the Plaintiff and Defendant, by and through their respective counsel, and hereby jointly give notice to the Court that a settlement in principle has been reached in this case. The parties respectfully request that the Court vacate the current deadlines and allow the parties 30 days to finalize the settlement and file a joint stipulation of dismissal.

Respectfully submitted, this 12th day of August, 2022.

Respectfully submitted,

By: *__/s/ Iwana Rademaekers* (w/perm. by BKH)__

Iwana Rademaekers (Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

**AND**

By: *_/s/ Bartley K. Hagerman_*

PHILIP G. FAIRBANKS
Email: pgf@austinmehr.com
BARTLEY K. HAGERMAN
Email: bkh@austinmehr.com
**Mehr, Fairbanks & Peterson**
**Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: (859) 225-3731
Facsimile: (859) 225-3830

COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Eastern District of Kentucky, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

IWANA RADEMAEKERS
Email: iwana@rademaekerslaw.com

August 12, 2022
Date

/s/ Bartley K. Hagerman
Bartley K. Hagerman