**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**

**JAMIE REECE**

**Plaintiff,**

**V.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

**Defendant.**

**CIVIL ACTION NO. 5:22-CV-137-KKC**

**ORDER**

* * * * * * * *

In accordance with the parties' Joint Notice of Settlement, the Court hereby ORDERS as follows:

(1) within 30 days from the entry date of this order, the parties SHALL FILE either an Agreed Order of Dismissal or a notice explaining why they are unable to do so; and

(2) all deadlines in this action are VACATED.

This 19th day of August, 2022.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY