UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| **JAMIE REECE** | **CIVIL ACTION NO. 5:22-CV-137-KKC** |
| **Plaintiff,** | |
| V. | **ORDER** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY** | |
| **Defendant.** | |

\* \* \* \* \* \* \* \*

Pursuant to the Joint Stipulation for Dismissal with Prejudice filed by the parties, the Court hereby ORDERS that this action is DISMISSED with prejudice and STRICKEN from the active docket of this Court.

This 26th day of August, 2022.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY